UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NICHOLAS BERGERON, individually and on　　　:
behalf of others similarly situated,　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　Plaintiff,　　　:　　　Case No. 6:20-cv-06283

　　　　　　　　　　　　　　　　　　　　　　　　:

　　　　　-against-　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　　　:

ROCHESTER INSTITUTE OF TECHNOLOGY,　:

　　　　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　Defendant.　　:

　　　　　　　　　　　　　　　　　　　　　　　　:
-------------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the undersigned attorney hereby moves, before the

United States District Court for the Western District of New York, for an Order admitting Roy T.

Willey, IV *pro hac vice* in the above captioned action as attorney for Plaintiff Nicholas

Bergeron.  In support hereof, the undersigned relies on the accompanying Petition for

Admission, Sponsoring Affidavit of Robert L. Mullin, Attorney's Oath, Civility Principles and

Guidelines Oath, and Attorney Database and Electronic Case Filing Registration Form.

Dated: June 19, 2020

　　　　　　　　　　　　　　　　　**FERR & MULLIN, P.C.**

　　　　　　　　　　　　　　　　　By: /s/ Robert L. Mullin
　　　　　　　　　　　　　　　　　　　Robert L. Mullin
　　　　　　　　　　　　　　　　　7635 Main Street Fishers
　　　　　　　　　　　　　　　　　P.O. Box 440
　　　　　　　　　　　　　　　　　Fishers, NY 14453
　　　　　　　　　　　　　　　　　Tel: (585) 869-0210
　　　　　　　　　　　　　　　　　Fax: (585) 869-0211
　　　　　　　　　　　　　　　　　Email: rlmullin@FerrMullinLaw.com

TO:　　Rochester Institute of Technology
　　　　1 Lomb Memorial Drive
　　　　Rochester, NY 14623