UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

NICHOLAS BERGERON,

                              Plaintiff,          ORDER

-vs-

                                                  20-CV-6283 (CJS)

ROCHESTER INSTITUTE OF
TECHNOLOGY,

                              Defendant.

_____


Edward Toptani, John M. Bradham, and Roy T. Willey, IV attorneys for

Plaintiff, having filed motions (ECF Nos. [#3], [#4], and [#5]) for admission *pro hac*

*vice* and having paid the required fees, it is hereby

ORDERED, that the applications are granted.


Dated:      July 7, 2020
            Rochester, New York

                        ENTER:


                        /s/ Charles J. Siragusa
                        CHARLES J. SIRAGUSA
                        United States District Judge