UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NICHOLAS BERGERON, individually                         :
and on behalf of all others similarly situated,            :
                                                                             :
                                            Plaintiff,           :        Case No. 6:20-cv-06283
                                                                             :
v.                                                                          :
                                                                             :
ROCHESTER INSTITUTE OF                                  :
TECHNOLOGY,                                                   :
                                                                             :
                                            Defendant.         :
-------------------------------------------------------------------x

## Notice of Motion

       **PLEASE TAKE NOTICE** that the undersigned attorney hereby moves, before

the United States District Court for the Western District of New York, for an Order admitting

Eric M. Poulin *pro hac vice* in the above captioned action as attorney for Plaintiff Nicholas

Bergeron, In support hereof, the undersigned relies on the accompanying Petition for Admission,

Sponsoring Affidavit of Robert L. Mullin, Attorney's Oath, Civility Principles and Guidelines

Oath, and Attorney Database and Electronic Case Filing Registration Form.


Dated: July 27, 2020


                                          **FERR & MULLIN, P.C.**

                                          By: /s/_____
                                              Robert L. Mullin
                                        7635 Main Street Fishers
                                        P.O. Box 440
                                        Fishers, NY 14453
                                        Tel: (585) 869-0210
                                        Fax: (585) 869-0211
                                        Email: rlmullin@FerrMullinLaw.com


TO:    Rochester Institute of Technology
        1 Lomb Memorial Drive
        Rochester, NY 14623