AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

Western District of New York

| | | |
|---|---|---|
| NICHOLAS BERGERON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  6:20-cv-6283-CJS |
| ROCHESTER INSTITUTE OF TECHNOLOGY | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Nicholas Bergeron                                                                                      .

Date:     July 29, 2020

/s/ Eric M. Poulin
*Attorney's signature*

Eric M. Poulin
*Printed name and bar number*

32 Ann Street
Charleston, SC 29403
*Address*

eric@akimlawfirm.com
*E-mail address*

843-614-8888
*Telephone number*

843-494-5536
*FAX number*

**Print**        **Save As...**                                                    **Reset**