# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON, individually and on behalf of others similarly situated, | Case No.: 6:20-cv-06283-CJS |
| Plaintiff, | |
| v. | |
| ROCHESTER INSTITUTE OF TECHNOLOGY, | |
| Defendant. | |
| BARBARA MYCEK, individually and on behalf of others similarly situated, | Case No.: 6:20-cv-06324-CJS |
| Plaintiff, | |
| v. | |
| ROCHESTER INSTITUTE OF TECHNOLOGY, | |
| Defendant. | |

## JOINT STIPULATION AND MOTION TO CONSOLIDATE CASES AND FILE A CONSOLIDATED AMENDED COMPLAINT

Plaintiffs Nicholas Bergeron and Barbara Mycek ("Plaintiffs"), and defendant Rochester Institute of Technology ("RIT"), hereby stipulate as follows:

WHEREAS, this litigation arises from allegations that RIT deprived its students, including Plaintiffs, of the education and or services or facilities which they paid;

WHEREAS, Plaintiff Nicholas Bergeron initiated this action on May 1, 2020 (the "*Bergeron* Action");

WHEREAS, Plaintiff Barbara Mycek filed a similar action in this Court on May 19, 2020 (the

"*Mycek* Action");

WHEREAS, both the *Bergeron* and *Mycek* Actions are assigned to Your Honor;

WHEREAS, counsel in the *Bergeron* and *Mycek* Actions have met and conferred and agreed to consolidate the actions and to work together to ensure the efficient prosecution of this matter;

WHEREAS, counsel for RIT agrees to the consolidation of the *Bergeron* and *Mycek* Actions;

WHEREAS, Fed. R. Civ. P. 42(a)(2) permits the Court to consolidate actions that involve a common question of law or fact;

WHEREAS, Plaintiffs seek consolidation of the *Bergeron* and *Mycek* Actions to avoid wasting the resources of the Court and the parties by prosecuting two cases with substantially similar factual allegations;

WHEREAS, a proposed order granting this relief has been submitted herewith.

**IT IS HEREBY STIPULATED AND AGREED**, by Plaintiffs and RIT, subject to the Court's approval, that:

1.      Pursuant to Fed. R. Civ. P. 42, the *Bergeron* and *Mycek* Actions are consolidated for all purposes.  The lead case shall be the low-numbered *Bergeron* Action.  The *Mycek* Action will be administratively closed.

2.      Plaintiffs shall file their Consolidated Amended Complaint, which shall include the Plaintiffs from the *Bergeron* and *Mycek* Actions, within 30 days after the entry of the Court's Order granting this Stipulation.

3.      RIT shall file an Answer or otherwise respond to the Consolidated Amended Complaint within 30 days after Plaintiffs file their Consolidated Amended Complaint.

Dated:  August 4, 2020

By:    */s/ Roy T. Willey IV*
       Roy T. Willey IV (*Pro Hac Vice*)
       ANASTOPOULO LAW FIRM, LLC
       32 Ann Street
       Charleston, SC 29403
       843-614-8888
       roy@akimlawfirm.com

       *Counsel in the Bergeron Action*

By:    */s/ Philip L. Fraietta*
       Philip L. Fraietta
       BURSOR & FISHER, P.A.
       888 Seventh Avenue
       New York, NY 10019
       Telephone: (646) 837-7150
       Facsimile: (212) 989-9163
       pfraietta@bursor.com

       Sarah N. Westcot (*pro hac vice* app. forthcoming)
       BURSOR & FISHER, P.A.
       701 Brickell Ave, Suite 1420
       Miami, FL 33131
       Telephone: (305) 330-5512
       Facsimile: (305) 676-9006
       swestcot@bursor.com

       *Counsel in the Mycek Action*

By:    *s/ Fernando Santiago*
       Fernando Santiago
       SANTIAGO BURGER LLP
       2280 East Avenue, Second Floor
       Rochester, NY 14610
       Telephone:  (585) 563-2400
       Facsimile:  (585) 563-7526
       fernando@litgrp.com

       Paul G. Lannon (*pro hac vice* app. forthcoming)
       HOLLAND & KNIGHT LLP
       10 St. James Avenue, 11th Floor
       Boston, MA 02116

Telephone:  (617) 573-5842
paul.lannon@hklaw.com

*Counsel for Defendant Rochester Institute of Technology*