UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>Defendant. | Case No.: 6:20-cv-06283-CJS |
| BARBARA MYCEK, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>Defendant. | Case No.: 6:20-cv-06324-CJS |

**ORDER**

**IT IS HEREBY ORDERED**, by Plaintiffs and Defendants, subject to the Court's approval, that:

1. Pursuant to Fed. R. Civ. P. 42, the *Bergeron* and *Mycek* Actions are consolidated for all purposes. The lead case shall be the low-numbered *Bergeron* Action. The *Mycek* Action will be administratively closed.

2. Plaintiffs shall file their Consolidated Amended Complaint, which shall include the Plaintiffs from the *Bergeron* and *Mycek* Actions, within 30 days after the entry of the Court's Order granting this Stipulation, whichever comes later.

      3.      Defendant shall file an Answer or otherwise respond to the Consolidated Amended Complaint within 30 days after Plaintiffs file their Consolidated Amended Complaint, whichever comes later.

IT IS SO ORDERED.

Dated:  August 5, 2020

                                                      */s/ Charles J. Siragusa*
                                                      The Honorable Charles J. Siragusa
                                                      United States District Judge