AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the

Western District of New York

| | | |
|---|---|---|
| NICHOLAS BERGERON, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    6:20-cv-06283-CJS |
| ROCHESTER INSTITUTE OF TECHNOLOGY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Nicholas Bergeron                                                                                            .

Date:     September 3, 2020

/s/ Roy T. Willey IV
*Attorney's signature*

Roy T. Willey IV
*Printed name and bar number*

32 Ann Street
Charleston, SC 29403
*Address*

Roy@akimlawfirm.com
*E-mail address*

843-614-8888
*Telephone number*

843-494-5536
*FAX number*