**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
NICHOLAS BERGERON and BARBARA    :
MYCEK, both individually and on      :
behalf of all others similarly situated,   :
                                     :
                Plaintiffs,          :
                                     :        Lead Case No.: 6:20-cv-06283-CJS
        v.                           :
                                     :
ROCHESTER INSTITUTE OF               :
TECHNOLOGY,                          :
                                     :
                Defendant.           :
-------------------------------------------------------x
```

**NOTICE OF PLAINTIFFS' JOINT MOTION TO APPOINT INTERIM CLASS
COUNSEL**

     **PLEASE TAKE NOTICE** that Plaintiffs hereby move, before the United States

District Court for the Western District of New York, for an Order appointing Anastopoulo Law

Firm, LLC and Bursor & Fisher, P.A. as co-lead interim class counsel under Rule 23(g)(3) of the

Federal Rules of Civil Procedure. In support hereof, the undersigned relies on the accompanying

Plaintiffs' Joint Motion to Appoint Interim Class Counsel, Plaintiffs' Memorandum in Support

of Motion to Appoint Interim Class Counsel, and the Declarations of Roy T. Willey, IV and

Philip L. Fraietta, with the exhibits attached thereo, including the Firm Resumes of Anastopoulo

Law Firm, LLC and Bursor & Fisher, P.A.


TO:    Rochester Institute of Technology
       1 Lomb Memorial Drive
       Rochester, NY 14623


**[signature block on following page]**


1

Dated: September 23, 2020

Respectfully submitted,


By:     /s/ *Philip L. Fraietta*
       Philip L. Fraietta
       BURSOR & FISHER, P.A.
       888 Seventh Avenue
       New York, NY 10019
       Telephone: (646) 837-7150
       Facsimile: (212) 989-9163
       pfraietta@bursor.com

By:     Sarah N. Westcot (*pro hac vice* forthcoming)     Roy T. Willey, IV (*pro hac vice*)
       BURSOR & FISHER, P.A.               Eric M. Poulin (*pro hac vice*)
       701 Brickell Ave, Suite 1420          ANASTOPOULO LAW FIRM, LLC
       Miami, FL 33131                   32 Ann Street
       Telephone: (305) 330-5512           Charleston, SC 29403
       Facsimile: (305) 676-9006            Telephone: (843) 843-8888
       swestcot@bursor.com               Email: roy@akimlawfirm.com
                                              eric@akimlawfirm.com


**ATTORNEYS FOR PLAINTIFFS**