UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

NICHOLAS BERGERON and BARBARA
MYCEK, individually and on behalf of others
similarly situated,

*Plaintiffs,*

Case No. 6:20-cv-06283-CJS

    *v.*

ROCHESTER INSTITUTE OF TECHNOLOGY

*Defendant.*

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendant ROCHESTER INSTITUTE OF

TECHNOLOGY appears by the undersigned counsel and demands that all notices

and papers be served upon counsel at the addresses given below.

Dated:      Rochester, New York
           October 5, 2020

SANTIAGO BURGER LLP

By: /s *Fernando Santiago*
Fernando Santiago
fernando@litgrp.com
2280 East Avenue, 2nd Floor
Rochester, NY 14610
Tel: (585) 563-2400
Fax: (585) 563-7526

HOLLAND & KNIGHT LLP

By: /s *Robert J. Burns*
Robert J. Burns
Qian (Sheila) Shen
robert.burns@hklaw.com

qian.shen@hklaw.com
31 West 52nd Street
New York, NY 10019
Tel: (212) 513-3200
Fax: (212) 385-9010

Paul G. Lannon (*pro hac vice* forthcoming)
paul.lannon@hklaw.com
10 St. James Avenue, 11th Floor
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850


TO COUNSEL FOR PLAINTIFF:

FERR & MULLIN, P.C.
Robert L. Mullin, Esq.
rlmullin@FerrMullinLaw.com
7635 Main Street Fishers
P.O. Box 440
Fishers, NY 14453
Tel: (585) 869-0210
Fax: (585) 869-0211

MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN LLP
John M. Bradham,Esq.
Peter B. Katzman, Esq.
jbradham@msbllp.com
pkatzman@msbllp.com
444 Madison Avenue, 4th Floor
New York, NY 10022
Tel: (212) 695-8050

TOPTANI LAW PLLC
Edward Toptani, Esq.
edward@toptanilaw.com
375 Pearl Street, Suite 1410
New York, NY 10038
Tel: (212) 699-8930

ANASTOPOULO LAW FIRM, LLC
Eric M. Poulin, Esq.
Roy T. Willey IV, Esq.

2

eric@akimlawfirm.com
roy@akimlawfirm.com
32 Ann Street
Charleston, SC 29403
Tel: (843) 614-8888

BURSOR & FISHER, P.A.
Philip L. Fraietta, Esq.
Alec M. Leslie, Esq.
pfraietta@bursor.com
aleslie@bursor.com
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150

Sarah N. Westcot, Esq.
swestcot@bursor.com
2665 S. Bayshore Drive, Suite 220
Miami, Fl. 33133
Tel: (305) 330-5512

3