UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

NICHOLAS BERGERON and BARBARA MYCEK,
individually and on behalf of others similarly situated,

             Plaintiffs,

     v.

ROCHESTER INSTITUTE OF TECHNOLOGY,

             Defendant.

Case No. 6:20-cv-06283

**NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE that Sheila (Qian) Shen, of Holland & Knight LLP hereby appears on behalf of Defendant Rochester Institute of Technology in the above-captioned action and respectfully requests that she be electronically served (at her e-mail address listed below) with a copy of all future submissions to the Court.

Dated: October 5, 2020
     New York, NY

*/s/ Qian Shen*_____
Sheila (Qian) Shen
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
qian.shen@hklaw.com
Tel:   (212) 513-3521
Fax:  (212) 385-9010

#79198370_v2