UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON and BARBARA MYCEK, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY<br><br>Defendant. | Case No. 6:20-cv-06283<br><br>**NOTICE OF**<br>**MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Ellen Granberg and all exhibits annexed thereto, and the Declaration of Robert J. Burns and all exhibits annexed thereto, and all of the pleadings and prior proceedings in this action, Defendant Rochester Institute of Technology ("RIT") will move this Court located at 100 State Street, Room 127, Rochester, New York 14614 for the entry of an order dismissing Plaintiffs' Complaint in its entirety for failure to state a claim pursuant to Fed. R. Civ. Proc. Rule 12(b)(6), and granting such other and further relief as the Court deems just and proper.  The date and time for the return date of the motion shall be set by the Court.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Rule 7(b)(2)(B) of the Local Rules of Civil Procedure for the United States District Court for the Western District of New York, unless the Court issues an order setting alternative deadlines, opposition papers, if any, shall be filed and served upon the undersigned within fourteen (14) days after service of this motion. Defendant intends to file Reply papers.  Reply papers shall be served by the undersigned within seven (7) days after service of any opposition.

Oral argument is requested.

Dated: New York, New York
       October 5, 2020

SANTIAGO BURGER LLP

By: /s *Fernando Santiago*
Fernando Santiago, Esq.
fernando@litgrp.com
2280 East Avenue, 2nd Floor
Rochester, NY 14610
Tel: (585) 563-2400
Fax: (585) 563-7526


HOLLAND & KNIGHT LLP

By: /s/Qian Shen
Robert J. Burns, Esq.
Qian (Sheila) Shen, Esq.
robert.burns@hklaw.com
qian.shen@hklaw.com
31 West 52nd Street
New York, NY 10019
Tel: (212) 513-3200
Fax: (212) 385-9010

Paul G. Lannon, Esq. (*pro hac vice* forthcoming)
paul.lannon@hklaw.com
10 St. James Avenue, 11th Floor
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

2

TO:   FERR & MULLIN, P.C.
      Robert L. Mullin, Esq.
      rlmullin@FerrMullinLaw.com
      7635 Main Street Fishers
      P.O. Box 440
      Fishers, NY 14453
      Tel: (585) 869-0210
      Fax: (585) 869-0211

      MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN LLP
      John M. Bradham, Esq.
      Peter B. Katzman, Esq.
      jbradham@msbllp.com
      pkatzman@msbllp.com
      444 Madison Avenue, 4th Floor
      New York, NY 10022
      Tel: (212) 695-8050

      TOPTANI LAW PLLC
      Edward Toptani, Esq.
      edward@toptanilaw.com
      375 Pearl Street, Suite 1410
      New York, NY 10038
      Tel: (212) 699-8930

      ANASTOPOULO LAW FIRM, LLC
      Eric M. Poulin, Esq.
      Roy T. Willey IV, Esq.
      eric@akimlawfirm.com
      roy@akimlawfirm.com
      32 Ann Street
      Charleston, SC 29403
      Tel: (843) 614-8888

      BURSOR & FISHER, P.A.
      Philip L. Fraietta, Esq.
      Alec M. Leslie, Esq.
      pfraietta@bursor.com
      aleslie@bursor.com
      888 Seventh Avenue
      New York, NY 10019
      Tel: (646) 837-7150

3

Sarah N. Westcot, Esq.
swestcot@bursor.com
2665 S. Bayshore Drive, Suite 220
Miami, FL 33133
Tel: (305) 330-5512

#79193253_v1

4