UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON and BARBARA MYCEK, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>Defendant. | Case No. 6:20-cv-06283<br><br>**DECLARATION OF ROBERT J. BURNS IN SUPPORT OF ROCHESTER INSTITUTE OF TECHNOLOGY'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

I, ROBERT J. BURNS, declare:

1.     I am a Partner with the law firm Holland & Knight LLP and am counsel of record to Defendant Rochester Institute of Technology ("RIT") in this action.  I give this declaration in support of RIT's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint.

2.     Attached as **Exhibit A** is a true and correct copy of Governor Cuomo's Executive Order No. 202.4 dated March 16, 2020, available at

https://www.governor.ny.gov/sites/governor.ny.gov/files/atoms/files/EO%20202.4.pdf.

3.     Attached as **Exhibit B** is a true and correct copy of Governor Cuomo's Executive Order No. 202.11 dated March 27, 2020, available at

https://www.governor.ny.gov/sites/governor.ny.gov/files/atoms/files/EO%20202.11.pdf.

4.     Attached as **Exhibit C** is a true and correct copy of Governor Cuomo's Executive Order No. 202.14 dated April 7, 2020, available at

https://www.governor.ny.gov/sites/governor.ny.gov/files/atoms/files/EO_202.14_final.pdf.

2

5.      Attached as **Exhibit D** is a true and correct copy of Governor Cuomo's Executive Order No. 202.18 dated April 16, 2020, available at

https://www.governor.ny.gov/sites/governor.ny.gov/files/atoms/files/EO_202.18.pdf.

6.      Attached as **Exhibit E** is a true and correct copy of Governor Cuomo's Executive Order No. 202.28 dated May 7, 2020, available at

https://www.governor.ny.gov/sites/governor.ny.gov/files/atoms/files/EO202.28.pdf.

7.      Attached as **Exhibit F** is a true and correct copy of the U.S. Department of Education's Guidance for Interruptions of Study Related to Coronavirus (COVID-19), available at https://ifap.ed.gov/electronic-announcements/030520Guidance4interruptionsrelated2CoronavirusCOVID19 (last updated June 16, 2020).


I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.  Executed this 5th day of October 2020, in New York, New York.


_____
Robert J. Burns

2

#79089259_v1