UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON and BARBARA MYCEK, individually and on behalf of others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>          Defendant. | Case No. 6:20-cv-06283<br><br>**RULE 7.1 DISCLOSURE** |

Pursuant to Fed. R. Civ. P. 7.1, defendant Rochester Institute of Technology submits this disclosure statement identifying any parent corporation and any publicly held corporation that owns 10 percent or more of its stock: none.

Dated: New York, New York
       October 5, 2020

SANTIAGO BURGER LLP

By: /s *Fernando Santiago*
Fernando Santiago
fernando@litgrp.com
2280 East Avenue, 2nd Floor
Rochester, NY 14610
Tel:  (585) 563-2400
Fax:  (585) 563-7526


HOLLAND & KNIGHT LLP

By: /s Qian Shen
Robert J. Burns
Qian (Sheila) Shen
robert.burns@hklaw.com
qian.shen@hklaw.com
31 West 52nd Street
New York, NY 10019

Tel:  (212) 513-3200
Fax:  (212) 385-9010

Paul G. Lannon (*pro hac vice* forthcoming)
paul.lannon@hklaw.com
10 St. James Avenue, 11th Floor
Boston, MA 02116
Tel:  (617) 523-2700
Fax:  (617) 523-6850

#79194855_v1

2