UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON and BARBARA MYCEK, individually and on behalf of others similarly situated, | Case No. 6:20-cv-06283 |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| ROCHESTER INSTITUTE OF TECHNOLOGY, | |
| Defendant. | |

PLEASE TAKE NOTICE that Robert J. Burns, of Holland & Knight LLP hereby appears on behalf of Defendant Rochester Institute of Technology in the above-captioned action and respectfully requests that he be electronically served (at his e-mail address listed below) with a copy of all future submissions to the Court.

Dated: October 13, 2020        */s/ Robert J. Burns*_____
      New York, NY            Robert J. Burns
                    HOLLAND & KNIGHT LLP
                    31 West 52nd Street
                    New York, NY 10019
                    robert.burns@hklaw.com
                    Tel:    (212) 513-3490
                    Fax:    (212) 385-9010

#79198400_v1