## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF NEW YORK

NICHOLAS BERGERON, BARBARA
MYCEK, both individually and on behalf of
all others similarly situated,

      Plaintiff,

v.

ROCHESTER INSTITUTE OF
TECHNOLOGY

      Defendant.

Civil Case No. 6:20 cv. 06283 - CJS

## NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF
## PAUL G. LANNON, JR., ESQ.

PLEASE TAKE NOTICE that, upon the affidavit of Qian (Sheila) Shen, sworn to on October 12, 2020, and the petition and affidavit of Paul G. Lannon, Jr., sworn to on October 6, 2020, and all pleadings and proceedings herein, Defendant Rochester Institute of Technology ("RIT"), will move this Court, at a date and time to be determined by the Court, for an Order, pursuant to Local Rule 83.1(c),  of the Local Rules of Civil Procedure and for the United States District Court for the Western District of New York, admitting Paul G. Lannon, Jr., Esq. *pro hac vice* to represent RIT before this Court in all proceedings in this action.

Dated: October 14, 2020

Respectfully submitted,

*/s/ Qian Shen*
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
(212) 513-3200
Email: qian.shen@hklaw.com