UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON and BARBARA MYCEK, individually and on behalf of others similarly situated, | Case No. 6:20-cv-06283 |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| ROCHESTER INSTITUTE OF TECHNOLOGY, | |
| Defendant. | |

PLEASE TAKE NOTICE that Paul G. Lannon, Jr., of Holland & Knight LLP hereby appears on behalf of Defendant Rochester Institute of Technology in the above-captioned action and respectfully requests that he be electronically served (at his e-mail address listed below) with a copy of all future submissions to the Court.

Dated: October 19, 2020            /s/ Paul G. Lannon, Jr.
      New York, NY                Paul G. Lannon, Jr.
                                   HOLLAND & KNIGHT LLP
                                   10 St. James Avenue, 11th Floor
                                   Boston, MA 02116
                                   paul.lannon@hklaw.com
                                   Tel:    (617) 573-5842
                                   Fax:   (617) 523-6850

#79548561_v1