# BURSOR & FISHER
### P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
**www.bursor.com**

**PHILIP L. FRAIETTA**
Tel: **646.837.7150**
Fax: **212.989.9163**
**pfraietta@bursor.com**

October 21, 2020

***By ECF:***

The Honorable Charles J. Siragusa
United States Courthouse
100 State Street, Room 127
Rochester, NY 14614

Re:     *Bergeron, et al. v. Rochester Institute of Technology*,
         Case No. 6:20-cv-06283-CJS (W.D.N.Y.)

Dear Judge Siragusa:

I represent Plaintiffs Nicholas Bergeron and Barbara Mycek ("Plaintiffs") in the above-referenced matter. I write pursuant to Local Civil Rule 7(a)(2)(C) to request a five-page enlargement of the page limitations for Plaintiffs' forthcoming Memorandum of Law in Opposition to Defendant's Motion to Dismiss. In other words, Plaintiffs seek leave to file a brief not to exceed thirty (30) pages in length, exclusive of signatures. Counsel for Defendant confirmed by email that Defendant does not oppose this request.

I appreciate Your Honor's time and attention to this matter.

Very truly yours,

*/s/ Philip L. Fraietta*

Philip L. Fraietta

CC:     All counsel of record (via ECF)