# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T  | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Qian (Sheila) Shen
+1 212-513-3521
Qian.Shen@hklaw.com

November 16, 2020

*Via ECF*

The Honorable Charles J. Siragusa
United States District Court for the Western District of New York
United States Courthouse
100 State Street, Room 127
Rochester, NY 14614

> Re:     *Bergeron and Mycek v. Rochester Institute of Technology*
>          Case No. 6:20-cv-06283-CJS
>          **Request for Additional Pages**

Dear Judge Siragusa,

Holland & Knight LLP represents Defendant Rochester Institute of Technology ("RIT") in the above-referenced action.

We write pursuant to Local Civil Rule 7(a)(2)(C) to request a five-page enlargement of the page limitations for RIT's forthcoming Reply Memorandum in Further Support of RIT's Motion to Dismiss the Consolidated Amended Complaint. Plaintiffs' counsel have confirmed no opposition to this request.

Respectfully submitted,

HOLLAND & KNIGHT LLP


/s Qian Shen

Qian (Sheila) Shen


Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Jacksonville
Lakeland | Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford
Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Bogotá | London | Mexico City