| | |
|---|---|
| NICHOLAS BERGERON and BARBARA MYCEK, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>Defendant. | Case No.: 6:20-cv-06283-CJS |
| NICK QUATTROCIOCCHI, on behalf of himself and other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>Defendant. | Case No.: 6:20-cv-06558-EAW |

## <u>JOINT STIPULATION TO CONSOLIDATE CASES</u>

Plaintiffs Nicholas Bergeron, Barbara Mycek, and Nick Quattrociocchi ("Plaintiffs"), and

defendant Rochester Institute of Technology ("RIT"), hereby stipulate as follows:

WHEREAS, Plaintiff Nicholas Bergeron initiated this action on May 1, 2020 (the "*Bergeron*

Action");

WHEREAS, Plaintiff Barbara Mycek filed a similar action in this Court on May 19, 2020 (the

"*Mycek* Action");

WHEREAS, Plaintiff Nick Quattrociocchi filed a similar action on July 30, 2020 (the

"*Quattrociocchi* Action");

WHEREAS, the *Bergeron* and *Mycek* Actions have already been consolidated before Your Honor (the "*Bergeron-Mycek* Action");

WHEREAS, counsel in the *Bergeron-Mycek*, and *Quattrociocchi* Actions have met and conferred and agreed to consolidate the actions and to work together to ensure the efficient prosecution of this matter;

WHEREAS, counsel for RIT agrees to the consolidation of the *Bergeron-Mycek*, and *Quattrociocchi* Actions;

WHEREAS, in the interests of judicial efficiency, all parties agree that for the purposes of RIT's motion to dismiss, RIT's arguments in support of dismissal and Plaintiffs' arguments in opposition thereto shall apply equally to Plaintiff *Quattrociocchi*;

WHEREAS, a proposed order granting this relief has been submitted herewith.

**IT IS HEREBY STIPULATED AND AGREED**, by Plaintiffs and RIT, subject to the Court's approval, that:

1. Pursuant to Fed. R. Civ. P. 42, the *Bergeron-Mycek* and *Quattrociocchi* Actions are consolidated for all purposes. The lead case shall be the low-numbered *Bergeron-Mycek* Action. The *Quattrociocchi* Action will be administratively closed.

2. For the purposes of RIT's currently-pending motion to dismiss, RIT's arguments in support of dismissal and Plaintiffs' arguments in opposition thereto shall apply equally to Plaintiff *Quattrociocchi*.

Dated:  December 4, 2020    By:    *s/ Philip L. Fraietta*

Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
pfraietta@bursor.com

Roy T. Willey IV (*Pro Hac Vice*)
ANASTOPOULO LAW FIRM, LLC
32 Ann Street
Charleston, SC 29403
843-614-8888
roy@akimlawfirm.com

Sarah N. Westcot (*pro hac vice* app. forthcoming)
BURSOR & FISHER, P.A.
701 Brickell Ave, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
swestcot@bursor.com

*Counsel in the Bergeron-Mycek Action*

By:    *s/ Jason P. Sultzer*

Jason P. Sultzer
THE SULTZER LAW GROUP, P.C.
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
Email:  sultzerj@thesultzerlawgroup.com

*Counsel in the Quattrociocchi Action*

By:    *s/ Fernando Santiago*
Fernando Santiago
SANTIAGO BURGER LLP
2280 East Avenue, Second Floor
Rochester, NY 14610
Telephone:  (585) 563-2400
Facsimile:  (585) 563-7526

fernando@litgrp.com

Paul G. Lannon (*pro hac vice* app. forthcoming)
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone:  (617) 573-5842
paul.lannon@hklaw.com

*Counsel for Defendant Rochester Institute of Technology*