**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICHOLAS BERGERON and BARBARA MYCEK, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>      Defendant. | Case No.: 6:20-cv-06283-CJS |
| NICK QUATTROCIOCCHI, on behalf of himself and other individuals similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>      Defendant. | Case No.: 6:20-cv-06558-EAW |

**JOINT STIPULATION TO CONSOLIDATE CASES**

Plaintiffs Nicholas Bergeron, Barbara Mycek, and Nick Quattrociocchi ("Plaintiffs"), and

defendant Rochester Institute of Technology ("RIT"), hereby stipulate as follows:

WHEREAS, Plaintiff Nicholas Bergeron initiated this action on May 1, 2020 (the "*Bergeron*

Action");

WHEREAS, Plaintiff Barbara Mycek filed a similar action in this Court on May 19, 2020 (the

"*Mycek* Action");

WHEREAS, Plaintiff Nick Quattrociocchi filed a similar action on July 30, 2020 (the

"*Quattrociocchi* Action");

WHEREAS, the *Bergeron* and *Mycek* Actions have already been consolidated before Your Honor (the "*Bergeron-Mycek* Action");

WHEREAS, counsel in the *Bergeron-Mycek*, and *Quattrociocchi* Actions have met and conferred and agreed to consolidate the actions and to work together to ensure the efficient prosecution of this matter;

WHEREAS, counsel for RIT agrees to the consolidation of the *Bergeron-Mycek*, and *Quattrociocchi* Actions;

WHEREAS, in the interests of judicial efficiency, all parties agree that for the purposes of RIT's motion to dismiss, RIT's arguments in support of dismissal and Plaintiffs' arguments in opposition thereto shall apply equally to Plaintiff *Quattrociocchi*;

WHEREAS, a proposed order granting this relief has been submitted herewith.

**IT IS HEREBY STIPULATED AND AGREED**, by Plaintiffs and RIT, subject to the Court's approval, that:

1. Pursuant to Fed. R. Civ. P. 42, the *Bergeron-Mycek* and *Quattrociocchi* Actions are consolidated for all purposes.  The lead case shall be the low-numbered *Bergeron-Mycek* Action.  The *Quattrociocchi* Action will be administratively closed.

2. For the purposes of RIT's currently-pending motion to dismiss, RIT's arguments in support of dismissal and Plaintiffs' arguments in opposition thereto shall apply equally to Plaintiff *Quattrociocchi*.

Dated:  December 4, 2020             By:     _s/ Philip L. Fraietta_

                                             Philip L. Fraietta
                                             BURSOR & FISHER, P.A.
                                             888 Seventh Avenue
                                             New York, NY 10019
                                             Telephone: (646) 837-7150
                                             Facsimile: (212) 989-9163
                                             pfraietta@bursor.com

                                             Roy T. Willey IV (*Pro Hac Vice*)
                                             ANASTOPOULO LAW FIRM, LLC
                                             32 Ann Street
                                             Charleston, SC 29403
                                             843-614-8888
                                             roy@akimlawfirm.com

                                             Sarah N. Westcot (*pro hac vice* app. forthcoming)
                                             BURSOR & FISHER, P.A.
                                             701 Brickell Ave, Suite 1420
                                             Miami, FL 33131
                                             Telephone: (305) 330-5512
                                             Facsimile: (305) 676-9006
                                             swestcot@bursor.com

                                             *Counsel in the Bergeron-Mycek Action*

                                     By:     _s/ Jason P. Sultzer_

                                             Jason P. Sultzer
                                             THE SULTZER LAW GROUP, P.C.
                                             85 Civic Center Plaza, Suite 104
                                             Poughkeepsie, NY 12601
                                             Tel: (845) 483-7100
                                             Fax: (888) 749-7747
                                             Email:  sultzerj@thesultzerlawgroup.com

                                             *Counsel in the Quattrociocchi Action*

                                     By:     _s/ Fernando Santiago_
                                             Fernando Santiago
                                             SANTIAGO BURGER LLP
                                             2280 East Avenue, Second Floor
                                             Rochester, NY 14610
                                             Telephone:  (585) 563-2400
                                             Facsimile:  (585) 563-7526

fernando@litgrp.com

Paul G. Lannon (*pro hac vice* app. forthcoming)
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone:  (617) 573-5842
paul.lannon@hklaw.com

*Counsel for Defendant Rochester Institute of Technology*

SO ORDERED.

DATE:  December 7, 2020
           Rochester, New York

SIGNED:

CHARLES J. SIRACUSA
United States District Judge