UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON and BARBARA MYCEK, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>Defendant. | Case No. 6:20-cv-06283<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendant Rochester Institute of Technology ("RIT") hereby provides this notice of supplemental authority of the Court's decision and order granting Occidental College's motion to dismiss pursuant to Fed. R. Civ. Pro. 12(b)(1) and 12(b)(6) in the action *Lindner v. Occidental College*, Case No. 2:20-cv-08481-JFW-RAO (C.D. Cal.). A true and correct copy of the decision is annexed as <u>Exhibit 1</u>.

Plaintiff Linden, the parent of an adult university student, brought a putative class action asserting claims for breach of contract, unjust enrichment, conversion, and money had and received. The Court dismissed the complaint in its entirety with prejudice and without leave to amend on the grounds that (i) the plaintiff did not suffer any injury and thus lacked standing; (ii) the educational malpractice doctrine barred all claims; (iii) the agreements between the university and students contained no promise of in-person instruction; and (iv) plaintiff's quasi-contract and tort claims were barred because a contract governs.

Dated: New York, New York
       December 14, 2020

                                        SANTIAGO BURGER LLP

                                        By: /s *Fernando Santiago*

#80890998_v1

Fernando Santiago
fernando@litgrp.com
2280 East Avenue, 2nd Floor
Rochester, NY 14610
Tel:  (585) 563-2400
Fax:  (585) 563-7526


HOLLAND & KNIGHT LLP

By: /s/ Qian Shen
Robert J. Burns
Qian (Sheila) Shen
robert.burns@hklaw.com
qian.shen@hklaw.com
31 West 52nd Street
New York, NY 10019
Tel:  (212) 513-3200
Fax:  (212) 385-9010

Paul G. Lannon (*pro hac vice*)
paul.lannon@hklaw.com
10 St. James Avenue, 11th Floor
Boston, MA 02116
Tel:  (617) 523-2700
Fax:  (617) 523-6850