UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

NICHOLAS BERGERON and NICK
QUATTROCIOCCHI, individually and on behalf of
others similarly situated,

                              Plaintiffs,

          v.

ROCHESTER INSTITUTE OF TECHNOLOGY,

                              Defendant.

Case No. 6:20-cv-06283

**STIPULATION FOR FILING
SECOND CONSOLIDATED
AMENDED COMPLAINT AND
ANSWER, AND
REQUEST TO SO-ORDER**

Plaintiffs Nicholas Bergeron and Nick Quattrociocchi ("Plaintiffs") and defendant

Rochester Institute of Technology ("RIT") hereby stipulate as follows:

WHEREAS, Plaintiff Nicholas Bergeron initiated this action on May 1, 2020 (the

"*Bergeron* Action");

WHEREAS, Plaintiff Barbara Mycek filed a similar action in this Court on May 19, 2020

(the "*Mycek* Action");

WHEREAS, Plaintiff Nick Quattrociocchi filed a similar action on July 30, 2020 (the

"*Quattrociocchi* Action");

WHEREAS, on August 5, 2020, the Court ordered the consolidation of the *Bergeron* and

*Mycek* Actions (the "*Bergeron-Mycek* Action");

WHEREAS, on September 3, 2020, Plaintiffs in the consolidated *Bergeron-Mycek*

Action filed a Consolidated Amended Class Action Complaint;

WHEREAS, on October 5, 2020, RIT filed a motion to dismiss the Consolidated

Amended Class Action Complaint filed in the *Bergeron-Mycek* Action;

WHEREAS, on October 5, 2020, RIT filed a motion to dismiss the Complaint filed in the

#81395532_v1

*Quattrociocchi* Action;

WHEREAS, on December 7, 2020, the Court ordered the consolidation of the *Bergeron-Mycek* Action and the *Quattrociocchi* Action;

WHEREAS, on December 18, 2020, the Court (i) dismissed all claims asserted by Plaintiff Barbara Mycek for lack of standing and ordered the Clerk to remove Mycek's name from the case caption; (ii) dismissed all claims asserted by any Plaintiff pursuant to General Business Law §§ 349-350 and all claims for conversion; and (iii) directed RIT to answer Plaintiffs' claims of breach of contract and unjust enrichment;

WHEREAS, in the interests of judicial economy and clarity, all parties agree that remaining Plaintiffs Bergeron and Quattrociocchi will file a Second Consolidated Amended Complaint on this docket in accordance with the Court's December 18, 2020 decision no later than January 15, 2021; and

WHEREAS, all parties agree that RIT will file an answer to the Second Consolidated Amended Complaint no later than January 29, 2021;

WHEREAS, the parties jointly request the Court so-order the relief requested in this stipulation.

**IT IS HEREBY STIPULATED AND AGREED**, by Plaintiffs and RIT, subject to the Court's approval, that:

1. Plaintiffs Bergeron and Quattrociocchi will file a Second Consolidated Amended Complaint on this docket in accordance with the Court's December 18, 2020 decision no later than January 15, 2021.

2. RIT will file an answer to the Second Consolidated Amended Complaint no later than January 29, 2021.

Dated:  January 11, 2021

By:    */s/ Philip L. Fraietta*
     Roy T. Willey IV (*Pro Hac Vice*)
     ANASTOPOULO LAW FIRM, LLC
     32 Ann Street
     Charleston, SC 29403
     843-614-8888
     roy@akimlawfirm.com

     Philip L. Fraietta
     BURSOR & FISHER, P.A.
     888 Seventh Avenue
     New York, NY 10019
     Telephone: (646) 837-7150
     Facsimile: (212) 989-9163
     pfraietta@bursor.com

     Sarah N. Westcot (*pro hac vice* app. forthcoming)
     BURSOR & FISHER, P.A.
     701 Brickell Ave, Suite 1420
     Miami, FL 33131
     Telephone: (305) 330-5512
     Facsimile: (305) 676-9006
     swestcot@bursor.com

     *Counsel for the Bergeron Action*

     Jason P. Sultzer
     THE SULTZER LAW GROUP, P.C.
     85 Civic Center Plaza, Suite 104
     Poughkeepsie, NY 12601
     Tel: (845) 483-7100
     Fax: (888) 749-7747
     Email:  sultzerj@thesultzerlawgroup.com

     *Counsel for Quattrociocchi*

By:    */s/ Paul G. Lannon*
     Fernando Santiago
     SANTIAGO BURGER LLP
     2280 East Avenue, Second Floor
     Rochester, NY 14610
     Telephone:  (585) 563-2400
     Facsimile:  (585) 563-7526

3

fernando@litgrp.com

Paul G. Lannon (*pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone:  (617) 573-5842
paul.lannon@hklaw.com
*Counsel for Defendant Rochester Institute of Technology*

So ordered.   January  14, 2021

CHARLES J. SIRAGUSA
U.S. District Judge