**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
```
| | |
|---|---|
| NICHOLAS BERGERON AND<br>NICK QUATTROCIOCCHI, on behalf of<br>themselves and on behalf of all others<br>similarly situated, | :<br>:<br>:<br>:<br>: |
| Plaintiffs, | :   Lead Case No. 6:20-cv-06283<br>: |
| v. | :<br>: |
| ROCHESTER INSTITUTE OF TECHNOLOGY, | :<br>: |
| Defendant. | :<br>: |

```
----------------------------------------------------------------x
```

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby moves, before the United States District Court for the Western District of New York, for an Order admitting Blake G. Abbott *pro hac vice* in the above captioned action as attorney for Plaintiff Nicholas Bergeron. In support hereof, the undersigned relies on the accompanying Petition for Admission, Sponsoring Affidavit of Robert L. Mullin, Attorney's Oath, Civility Principles and Guidelines Oath, and Attorney Database and Electronic Case Filing Registration Form.

Dated: March 4, 2021

By: _/s/_____
      Robert L. Mullin
7635 Main Street Fishers
P.O. Box 440
Fishers, NY 14453
Tel:   (585) 869-0210
Fax:  (585) 869-0211
Email: rlmullin@FerrMullinLaw.com

CC:   All Counsel of Record via ECF