**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICHOLAS BERGERON, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>      Defendant. | Case No.: 6:20-cv-06283-CJS |
| NICK QUATTROCIOCCHI, on behalf of himself and other individuals similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>      Defendant. | Case No.: 6:20-cv-06558-EAW |

**STIPULATION SELECTION OF MEDIATOR**

IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to these actions, that The Honorable Steven M. Gold (Ret.) of JAMS New York has been selected, contacted, and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on September 29, 2021 at 9:30 a.m.

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for completion of ADR set forth in the Court's Scheduling Order (ECF No.

54).

Dated:  July 30, 2021

By:      _s/ Philip L. Fraietta_

Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
pfraietta@bursor.com

Roy T. Willey IV (_Pro Hac Vice_)
ANASTOPOULO LAW FIRM, LLC
32 Ann Street
Charleston, SC 29403
843-614-8888
roy@akimlawfirm.com

Sarah N. Westcot (_pro hac vice_ app. forthcoming)
BURSOR & FISHER, P.A.
701 Brickell Ave, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
swestcot@bursor.com

_Counsel in the Bergeron Action_

By:      _s/ Jason P. Sultzer_

Jason P. Sultzer
THE SULTZER LAW GROUP, P.C.
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
Email:  sultzerj@thesultzerlawgroup.com

_Counsel in the Quattrociocchi Action_

By:      _s/ Fernando Santiago_
Fernando Santiago
SANTIAGO BURGER LLP
2280 East Avenue, Second Floor
Rochester, NY 14610

2

Telephone:  (585) 563-2400
Facsimile:  (585) 563-7526
fernando@litgrp.com

Paul G. Lannon (*pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone:  (617) 573-5842
paul.lannon@hklaw.com

*Counsel for Defendant Rochester Institute of Technology*