UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON AND NICK QUATTROCIOCCHI, on behalf of themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> - against - <br><br> ROCHESTER INSTITUTE OF TECHNOLOGY, <br><br> Defendants. | Case No.: 6:20-cv-06283 <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that the undersigned hereby moves, before the United States District Court for the Western District of New York, for an Order admitting Anthony M. Alesandro *pro hac vice* in the above captioned action as attorney for Plaintiff Nick Quattrociocchi. In support hereof, the undersigned relies on the accompanying Petition for Admission, Sponsoring Affidavit of Jeffrey K. Brown, Attorney's Oath, Civility Principles and Guidelines Oath, and Attorney Database and Electronic Case Filing Registration Form.

Dated: November 2, 2021
Carle Place, New York

_/s/ Anthony M. Alesandro
Anthony M. Alesandro, Esq.
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, New York 11514

Cc: All Counsel of Record (via ECF)