# ANASTOPOULO
# LAW FIRM

Toll Free: 1 (800) 313-2546
Facsimile: (843) 494-5536

Reply to Ann Street Office
CMAD@AKIMLAWFIRM.COM

**Class & Mass Action Division**

AKIM A. ANASTOPOULO (SC)
Eric M. Poulin (SC)(NC)(GA)(CA)
Roy T. Willey, IV (SC)(KY)

Blake G. Abbott (SC)(NC)
Chase H. Cobble (SC)
Constance Anastopoulo (SC)*
Paul Doolittle (SC)
Stefan B. Feidler (SC)(GA)
Matthew T. Foss (SC)
Herb F. Glass (SC)(GA)
Thomas J. Godfrey (SC)(NC)
Kathryn L. Harden (SC)
Janek C. Kazmierski (SC)
Lane D. Jefferies (SC)
Joshua E. Jones (SC)
Brian P. Kerley (SC)
Alexis W. McCumber (SC)
India D. Shaw (SC)(DC)
Andrew D. Smith (SC)
Lisa M. Whiteleather (SC)
L. Crayton Williams (SC)
Bassel Zeitouni (SC)

*Of Counsel

January 12, 2022

**<u>VIA ELECTRONIC FILING</u>**

The Honorable Mark W. Pedersen
United States Magistrate Judge
100 State Street
Rochester, New York 14614

Re: *Bergeron, et al. v. Rochester Institute of Technology,* Case No. 6:20-cv-06283-CJS-MJP
  First Joint Request for Continuance of Case Deadlines

Dear Judge Pedersen,

 Plaintiffs Nicholas Bergeron and Nick Quattrociocchi ("Plaintiffs"), together with Defendant Rochester Institute of Technology ("Defendant," collectively the "Parties"), respectfully write the Court pursuant to ECF 54, and your Honor's Individual Practices for Adjournments and Enlargements of Time.  The Parties have stipulated and agreed that certain cut-off dates in the initial scheduling order need to be extended 60 days in order to afford the Parties sufficient time to complete discovery, including depositions.  As good cause in support thereof, the Parties state as follows:

 The Parties have diligently worked to complete all discovery consistent with the Court's initial Scheduling Order (ECF 54).  Currently, the Parties are in the process of scheduling depositions of key personnel at Defendant's institution.  These efforts have been impacted by the intervening holidays, Defendant's winter break and the recent increase in COVID-19 cases and closures.  The present deadlines cannot be met despite the Parties' diligent efforts.  The Parties submit that the reasons set forth herein constitute good cause warranting modification of the Scheduling Order.  This is the first request for extension of case deadlines.

 The Parties respectfully request that the Court grant this request and modify the Scheduling Order as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Factual Discovery Deadline | January 31, 2022 | April 1, 2022 |
| Plaintiffs' Expert Disclosure Deadline | February 28, 2022 | April 29, 2022 |
| Defendant's Expert Disclosure Deadline | April 1, 2022 | May 31, 2022 |
| Expert Discovery Deadline | May 31, 2022 | August 1, 2022 |
| Dispositive Motion Deadline | July 22, 2022 | September 20, 2022 |
| Class Certification Deadline | July 22, 2022 | September 20, 2022 |

**MAILING: 32 Ann Street, Charleston, South Carolina 29403**

**North Charleston**: 2170 Ashley Phosphate Road, 3rd Floor, North Charleston, South Carolina 29406 * **Greenville:** 418 River Street, Greenville, SC 29601
**Florence**: 150 W. Evans Street, Florence, South Carolina 29501 * **Myrtle Beach**: 2411 N. Oak Street, Suite 407, Myrtle Beach, South Carolina 29577
**Columbia**: 1324 Gadsden Street, Columbia, South Carolina 29201 * **Charlotte, NC:** 525 N. Tryon Street, Suite 1600, Charlotte, North Carolina 28202
**Lumberton, NC:** 411 East Second Street, Lumberton, North Carolina 28358 * **Wilmington, NC:** Appointment Only

Accordingly, for the reasons provided above and for good cause shown, the Parties respectfully request that the Court grant this joint request and enter an order amending the current case deadlines detailed above.

Respectfully submitted,

*/s/ Blake G. Abbott*
Blake G. Abbott

*Counsel for Plaintiffs*

*/s/Qian Shen*
Qian (Sheila) Shen

*Counsel for Defendant*

cc: all counsel of record (via ECF)