**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
 NICHOLAS BERGERON AND                           :
 NICK QUATTROCIOCCHI, on behalf of               :
themselves and on behalf of all others           :
 similarly situated,                             :
                                                 :
                    Plaintiffs,                  :      Lead Case No. 6:20-cv-06283
                                                 :
        v.                                       :
                                                 :
ROCHESTER INSTITUTE OF TECHNOLOGY,               :
                                                 :
                    Defendant.                   :
                                                 :
----------------------------------------------------------------x
```

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that the undersigned attorney hereby moves, before the United States District Court for the Western District of New York, for an Order admitting Paul J. Doolittle *pro hac vice* in the above captioned action as attorney for Plaintiff Nicholas Bergeron. In support hereof, the undersigned relies on the accompanying Petition for Admission, Sponsoring Affidavit of Robert L. Mullin, Attorney's Oath, Civility Principles and Guidelines Oath, and Attorney Database and Electronic Case Filing Registration Form.

Dated: March 17, 2022

                     By: _/s/_____

                     Robert L. Mullin
                     7635 Main Street Fishers
                     P.O. Box 440
                     Fishers, NY 14453
                     Tel:    (585) 869-0210
                     Fax:   (585) 869-0211
                     Email: rlmullin@FerrMullinLaw.com

CC:    All Counsel of Record via ECF