UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON and BARBARA MYCEK, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>Defendant. | Case No. 6:20-cv-06283 |

**DECLARATION OF QIAN (SHEILA) SHEN IN SUPPORT OF ROCHESTER INSTITUTE OF TECHNOLOGY'S MOTION FOR SUMMARY JUDGMENT**

I QIAN (SHEILA) SHEN, declare:

1. I am an associate with the law firm Holland & Knight LLP. I am one of the attorneys for Defendant Rochester Institute of Technology ("RIT") and accordingly am familiar with the facts of this case and the documents attached hereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the deposition of Nicholas Bergeron ("Bergeron Deposition") taken on November 4, 2021.

3. Attached as Exhibit 2 is a true and correct copy of Exhibit 2 from the Bergeron Deposition.

4. Attached as Exhibit 3 is a true and correct copy of Exhibit 4 from the Bergeron Deposition.

5. Attached as Exhibit 4 is a true and correct copy of Exhibit 5 from the Bergeron Deposition.

6. Attached as Exhibit 5 is a true and correct copy of Exhibit 6 from the Bergeron Deposition.

7. Attached as <u>Exhibit 6</u> is a true and correct copy of Exhibit 7 from the Bergeron Deposition.

8. Attached as <u>Exhibit 7</u> is a true and correct copy of Exhibit 8 from the Bergeron Deposition.

9. Attached as <u>Exhibit 8</u> is a true and correct copy of Exhibit 9 from the Bergeron Deposition.

10. Attached as <u>Exhibit 9</u> is a true and correct copy of Exhibit 10 from the Bergeron Deposition.

11. Attached as <u>Exhibit 10</u> is a true and correct copy of Exhibit 11 from the Bergeron Deposition.

12. Attached as <u>Exhibit 11</u> is a true and correct copy of Exhibit 14 from the Bergeron Deposition.

13. Attached as <u>Exhibit 12</u> is a true and correct copy of Exhibit 16 from the Bergeron Deposition.

14. Attached as <u>Exhibit 13</u> is a true and correct copy of excerpts from the deposition of Nicholas Quattrociocchi ("Quattrociocchi ") taken on November 5, 2021.

15. Attached as <u>Exhibit 14</u> is a true and correct copy of Exhibit 4 from the Quattrociocchi Deposition.

16. Attached as <u>Exhibit 15</u> is a true and correct copy of Exhibit 7 from the Quattrociocchi Deposition.

17. Attached as <u>Exhibit 16</u> is a true and correct copy of Exhibit 8 from the Quattrociocchi Deposition.

#178653814_v1

18. Attached as <u>Exhibit 17</u> is a true and correct copy of Exhibit 9 from the Quattrociocchi Deposition.

19. Attached as <u>Exhibit 18</u> is a true and correct copy of Exhibit 12 from the Quattrociocchi Deposition.

20. Attached as <u>Exhibit 19</u> is a true and correct copy of Exhibit 13 from the Quattrociocchi Deposition.

21. Attached as <u>Exhibit 20</u> is a true and correct copy of Exhibit 14 from the Quattrociocchi Deposition.

22. Attached as <u>Exhibit 21</u> is a true and correct copy of Exhibit 15 from the Quattrociocchi Deposition.

23. Attached as <u>Exhibit 22</u> is a true and correct copy of excerpts from the deposition of Milagros Concepcion ("Concepcion") taken on March 23, 2022.

24. Attached as <u>Exhibit 23</u> is a true and correct copy of Exhibit 4 from the Concepcion Deposition.

25. Attached as <u>Exhibit 24</u> is a true and correct copy of excerpts from the deposition of Charles D. Cowan, Ph.D. ("Cowan") taken on July 20, 2022.

26. Attached as <u>Exhibit 25</u> is a true and correct copy of the expert report of Charles D. Cowan, Ph.D. ("Cowan Report").

27. Attached as <u>Exhibit 26</u> is a true and correct copy of the March 14, 2020 Statement from County Executive Adam Bello on the closing of public schools across Monroe County.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed this 20$^h$ day of September 2022, in New York, New York.

                                                /s *Qian Shen*  
                                               Qian (Sheila) Shen