# EXHIBIT 3

Page 1 of 4

000842968

## Undergraduate Official Academic Transcript

**Name:** **Nicholas Bergeron**
**University ID:** **829002796**

Print Date:     2020-05-13

Plan:          Bachelor of Science in Computing and Information Technologies

Send To:      For Office Use Only
Attn: Marilyn Schleyer .
Rochester, NY 14623

### Transfer Credits

**Transfer Credit from Mass College Liberal Arts**
Applied Toward UGRD Computing & Info Sciences

|  | Attempted | Earned | Points |
|---|---|---|---|
| Transfer Totals: | 3.000 | 3.000 | 0.000 |

### Academic Program History

2014-11-01:     Applicant
Program:        UGRD Computing & Info Sciences

Plan:           Bachelor of Science in Computing Security (Formerly known as Information Security and Forensics)

2015-05-31:     Active in Program
Program:        UGRD Non-Degree

Plan:           Non-Degree Student

2017-06-19:     Active in Program
Program:        UGRD Computing & Info Sciences

Plan:           Bachelor of Science in Computing and Information Technologies

2017-07-11:     Active in Program
Program:        UGRD Computing & Info Sciences

### Beginning of Undergraduate Record

#### 2015-16 Fall

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ACSC | 10 | YearOne | 0.000 | 0.000 | S | 0.000 |
| CSCI | 141 | Computer Science I | 4.000 | 0.000 | D | 0.000 |
| | | Repeated - Excluded from Statistics | | | | |
| CSEC | 101 | Fundamentals of Comp Sec | 3.000 | 3.000 | B+ | 9.999 |
| MATH | 181A | Calculus I | 4.000 | 0.000 | D | 0.000 |
| | | Repeated - Excluded from Statistics | | | | |
| PHIL | 103 | Critical Thinking | 3.000 | 3.000 | B | 9.000 |
| UWRT | 150 | FYW: Writing Seminar | 3.000 | 3.000 | C- | 5.001 |

| | | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|---|
| Term GPA | 2.670 | Term | | 17.000 | 9.000 | 9.000 | 24.000 |

| | | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|---|
| Cum GPA | 2.670 | Cumulative | | 17.000 | 9.000 | 9.000 | 24.000 |
| | | Transfer/Test | | 0.000 | 0.000 | 0.000 | 0.000 |
| | | Combined | | 17.000 | 9.000 | 9.000 | 24.000 |

#### 2015-16 Spring

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ANTH | 102 | Cultural Anthropology | 3.000 | 3.000 | B+ | 9.999 |
| CRIM | 110 | Intro to Criminal Justice | 3.000 | 3.000 | C | 6.000 |
| CSCI | 141 | Computer Science I | 4.000 | 4.000 | C+ | 9.332 |
| | | Repeated - Included in Statistics | | | | |
| MATH | 181A | Calculus I | 4.000 | 4.000 | C- | 6.668 |
| | | Repeated - Included in Statistics | | | | |
| NSSA | 241 | Intro. Routing and Switching | 3.000 | 3.000 | B- | 8.001 |

| | | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|---|
| Term GPA | 2.350 | Term | | 17.000 | 17.000 | 17.000 | 40.000 |
| | | Transfer/Test | | 3.000 | 3.000 | 0.000 | 0.000 |
| | | Combined | | 20.000 | 20.000 | 17.000 | 40.000 |



DEFENDANT'S EXHIBIT

4

RIT0001155

## Undergraduate Official Academic Transcript

**Name:** Nicholas Bergeron
**University ID:** 829002796

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.460 | Cumulative | 34.000 | 26.000 | 26.000 | 64.000 |
|  |  | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
|  |  | Combined | 37.000 | 29.000 | 26.000 | 64.000 |

### 2016-17 Fall

| Course |  | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| CSCI | 142 | Computer Science II | 4.000 | 4.000 | D | 4.000 |
| CSEC | 99 | Cooperative Education Seminar | 0.000 | 0.000 | S | 0.000 |
| FNRT | 110 | Introduction to Music | 3.000 | 3.000 | B- | 8.001 |
| MATH | 182A | Calculus II | 4.000 | 4.000 | C- | 0.000 |
|  |  | Grade Exclusion - Excluded from GPA |  |  |  |  |
| MATH | 190 | Discrete Math for Computing | 3.000 | 0.000 | W | 0.000 |
| NSSA | 245 | Network Services | 3.000 | 3.000 | D | 3.000 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 1.500 | Term | 17.000 | 14.000 | 10.000 | 15.001 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.190 | Cumulative | 51.000 | 40.000 | 36.000 | 79.001 |
|  |  | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
|  |  | Combined | 54.000 | 43.000 | 36.000 | 79.001 |

### 2016-17 Spring

| Course |  | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ISTE | 140 | Web & Mobile I | 3.000 | 3.000 | B- | 8.001 |
| ISTE | 190 | Found of Modern Info Process | 3.000 | 3.000 | C+ | 6.999 |
| MATH | 131 | Discrete Mathematics | 4.000 | 4.000 | B | 12.000 |
| NSSA | 220 | Task Autom Using Interpret Lan | 3.000 | 3.000 | A | 12.000 |
| NSSA | 221 | Systems Administration I | 3.000 | 3.000 | B+ | 9.999 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.060 | Term | 16.000 | 16.000 | 16.000 | 48.999 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.460 | Cumulative | 67.000 | 56.000 | 52.000 | 128.000 |
|  |  | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
|  |  | Combined | 70.000 | 59.000 | 52.000 | 128.000 |

### 2017-18 Fall

| Course |  | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ISTE | 230 | Intro to Database & Data Model | 3.000 | 3.000 | D | 3.000 |
| ISTE | 590 | Information Technology Seminar | 3.000 | 3.000 | A- | 11.001 |
|  |  | Topic: Des Of Integrated System |  |  |  |  |
| NSSA | 102 | Computer Systems Concepts | 3.000 | 3.000 | B- | 8.001 |
| PHIL | 202 | Foundations Moral Philosophy | 3.000 | 3.000 | C+ | 6.999 |
| STAT | 145 | Introduction to Statistics I | 3.000 | 3.000 | D | 3.000 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 2.130 | Term | 15.000 | 15.000 | 15.000 | 32.001 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.390 | Cumulative | 82.000 | 71.000 | 67.000 | 160.001 |
|  |  | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
|  |  | Combined | 85.000 | 74.000 | 67.000 | 160.001 |

### 2017-18 Spring

| Course |  | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ISTE | 499 | Undergraduate Co-op | 0.000 | 0.000 | S | 0.000 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 0.000 | Term | 0.000 | 0.000 | 0.000 | 0.000 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.390 | Cumulative | 82.000 | 71.000 | 67.000 | 160.001 |
|  |  | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
|  |  | Combined | 85.000 | 74.000 | 67.000 | 160.001 |

### 2017-18 Summer

| Course |  | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ISTE | 499 | Undergraduate Co-op | 0.000 | 0.000 | S | 0.000 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 0.000 | Term | 0.000 | 0.000 | 0.000 | 0.000 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.390 | Cumulative | 82.000 | 71.000 | 67.000 | 160.001 |
|  |  | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
|  |  | Combined | 85.000 | 74.000 | 67.000 | 160.001 |

## Undergraduate Official Academic Transcript

**Name:** Nicholas Bergeron
**University ID:** 829002796

### 2018-19 Fall

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ISTE | 499 | Undergraduate Co-op | 0.000 | 0.000 | S | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 0.000 | Term | 0.000 | 0.000 | 0.000 | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.390 | Cumulative | 82.000 | 71.000 | 67.000 | 160.001 |
| | | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
| | | Combined | 85.000 | 74.000 | 67.000 | 160.001 |

### 2018-19 Spring

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| COMM | 142 | Intro Technical Communication | 3.000 | 3.000 | A- | 11.001 |
| ISTE | 240 | Web&MobileII | 3.000 | 3.000 | D | 3.000 |
| NSSA | 244 | Virtualization | 3.000 | 3.000 | B- | 8.001 |
| NSSA | 322 | Systems Administration II | 3.000 | 3.000 | A- | 11.001 |
| NSSA | 425 | DataCenterOperations | 3.000 | 3.000 | B | 9.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 2.800 | Term | 15.000 | 15.000 | 15.000 | 42.003 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.460 | Cumulative | 97.000 | 86.000 | 82.000 | 202.004 |
| | | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
| | | Combined | 100.000 | 89.000 | 82.000 | 202.004 |

### 2018-19 Summer

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ISTE | 499 | Undergraduate Co-op | 0.000 | 0.000 | S | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 0.000 | Term | 0.000 | 0.000 | 0.000 | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.460 | Cumulative | 97.000 | 86.000 | 82.000 | 202.004 |
| | | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
| | | Combined | 100.000 | 89.000 | 82.000 | 202.004 |

### 2019-20 Fall

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ISTE | 260 | DesigningTheUserExperience | 3.000 | 3.000 | B+ | 9.999 |
| ISTE | 430 | InformationRequirementsModelin | 3.000 | 3.000 | C | 6.000 |
| ISTE | 500 | SeniorDevelopmentProjectI | 3.000 | 3.000 | A | 12.000 |
| NSSA | 320 | ConfigurationManagement | 3.000 | 3.000 | A | 12.000 |
| PHIL | 401 | Great Thinkers | 3.000 | 3.000 | C+ | 6.999 |
| | | Topic: The Zen Masters | | | | |
| WHLS | 10 | CPR and First Aid | 0.000 | 0.000 | S | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.130 | Term | 15.000 | 15.000 | 15.000 | 46.998 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.570 | Cumulative | 112.000 | 101.000 | 97.000 | 249.002 |
| | | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
| | | Combined | 115.000 | 104.000 | 97.000 | 249.002 |

### 2019-20 Spring

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| CRIM | 245 | Prostitution and Vice | 3.000 | 3.000 | A | 12.000 |
| ISTE | 501 | SeniorDevelopmentProjectII | 3.000 | 3.000 | B- | 8.001 |
| NSSA | 422 | StorageArchitectures | 3.000 | 3.000 | B+ | 9.999 |
| PHIL | 416 | Seminar in Philosophy | 3.000 | 3.000 | B | 9.000 |
| | | Topic: Phil and Environmental Policy | | | | |
| PHYS | 111 | College Physics I | 4.000 | 4.000 | PE | 0.000 |
| PSYC | 101 | Introduction to Psychology | 3.000 | 3.000 | SE | 0.000 |
| WREC | 19 | Bowling/off-campus | 0.000 | 0.000 | S | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.250 | Term | 19.000 | 19.000 | 12.000 | 39.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.640 | Cumulative | 131.000 | 120.000 | 109.000 | 288.002 |
| | | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
| | | Combined | 134.000 | 123.000 | 109.000 | 288.002 |

CONFIDENTIAL

**Undergraduate Official Academic Transcript**

**Name:**         **Nicholas Bergeron**
**University ID:**    **829002796**

**Undergraduate Career Totals**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Cumulative | 131.000 | 120.000 | 109.000 | 288.002 |
|  | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
| Cumulative GPA  2.640 | Combined | 134.000 | 123.000 | 109.000 | 288.002 |

CONFIDENTIAL

RIT0001158