# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
NICHOLAS BERGERON and                               :
NICK QUATTROCIOCCHI, on behalf of                   :
themselves and on behalf of all others              :
similarly situated,                                 :
                                                    :
                        Plaintiffs,                 :   Lead Case No. 6:20-cv-06283
                                                    :
        v.                                          :
                                                    :
ROCHESTER INSTITUTE OF TECHNOLOGY,  :
                                                    :
                        Defendant.                  :
                                                    :
----------------------------------------------------------------x
```

## PLAINTIFF NICHOLAS BERGERON'S RESPONSES TO DEFENDANT'S SECOND SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Nicholas Bergeron ("Plaintiff Bergeron") responds to Defendant's Second Set of Interrogatories as set forth below. The following responses are made solely for the purposes of this action. Plaintiff Bergeron will respond to these Interrogatories on the basis of the best information available to it at the time of gathering responsive information and materials, subject to the objections described below. Each response is subject to all objections as to relevance, materiality, and admissibility, and to any and all objections on any ground that would require exclusion of any response if it were introduced in court.

Plaintiff Bergeron reserves the right, where appropriate, to supplement and/or correct the responses contained herein.

## OBJECTIONS AND RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 4:

IDENTIFY all written or oral statements made by RIT which YOU contend constituted a promise that RIT would provide exclusively in-person instruction and services during the spring 2020 semester.

DEFENDANT'S EXHIBIT

6

**RESPONSE:**

Plaintiff Bergeron objects to Interrogatory No. 4 on the grounds that it is a premature contention Interrogatory that is not appropriate until the close of discovery.

Subject to and without waiving the foregoing objections, Plaintiff Bergeron states that there is a contract that RIT breached as set forth in the brochures, catalogs, websites, advertising, social media posts, syllabi, etc. as outlined in the Complaint, and by the parties' prior course of conduct.

Plaintiff Bergeron further directs Defendant to the Consolidated Amended Class Action Complaint and incorporates that pleading into these answers.

Discovery and investigation are continuing, and Plaintiff Bergeron reserves the right to supplement or amend his response.

**INTERROGATORY NO. 5:**

IDENTIFY what services YOU used during the 2019-2020 academic year that discontinued as a result of RIT's transition to distance learning including, without limitation, what services YOU sought or attempted to use after the transition to distance learning.

**RESPONSE:**

Plaintiff Bergeron objects to Interrogatory No. 5 on the grounds that it is vague and overbroad. It is simply impossible to list each service that was discontinued as a result of RIT's transition to online learning.

Additionally, this request is irrelevant and not likely to lead to admissible evidence. Defendant's students paid for the opportunity to use ALL programs, accesses, experience, facilities, and benefits offered by Defendant. Whether students actually utilized or sought to utilize each one, and to what extent, is immaterial. Students paid for the right to do so if and when they chose, and that right was taken away without sufficient refund.

Discovery and investigation are continuing, and Plaintiffs reserve the right to supplement or amend Plaintiff Bergeron's response to this Interrogatory as additional information is learned through discovery.

**INTERROGATORY NO. 6:**

Identify and describe each and every difference between RIT's provision of in-person instruction and services to YOU before March 11, 2020, and RIT's provision of remote instruction and services to YOU after March 11, 2020, that YOU contend constitutes a breach of any agreement between YOU and RIT.

**RESPONSE:**

Plaintiff Bergeron objects to Interrogatory No. 6 on the grounds that it is a premature contention Interrogatory that is not appropriate until the close of discovery.

**INTERROGATORY NO. 7:**

Provide YOUR calculation of damages for each cause of action asserted by YOU in this litigation for which YOU seek any monetary recovery, including, but not limited to, the formula for calculating YOUR alleged damages, the dollar value of YOUR claimed damages, and the facts supporting YOUR calculation of damages.

**RESPONSE:**

Plaintiff Bergeron objects to Interrogatory No. 7 on the grounds that it is a premature contention interrogatory.  Discovery is ongoing and expert reports have yet to be finalized.

Subject to and without waiving the foregoing objection, Plaintiff Bergeron states that he will provide his expert witness reports and damages calculations on the schedule agreed to by the parties and entered by the Court.

Dated:  September 17, 2021                 Respectfully Submitted,

/s/ Blake G. Abbott
Eric M. Poulin (*pro hac vice*)
Roy T. Willey, IV (*pro hac vice*)
Blake G. Abbott (*pro hac vice*)
**ANASTOPOULO LAW FIRM, LLC**
32 Ann Street
Charleston, SC 29403

3

(843) 614-8888
eric@akimlawfirm.com
roy@akimlawfirm.com
blake@akimlawfirm.com

## **PROOF OF SERVICE**

I hereby certify that on September 17, 2021, the foregoing Plaintiff's Objections and Responses to Defendant's First Set of Requests for Production was served via electronic mail to the following:

HOLLAND AND KNIGHT LLP

Qian Shen
Robert J. Burns
31 West 52nd Street
12th Floor
New York, NY 10019
Telephone: (212) 513-3521
Fax: (212) 385-9010
Email: qian.shen@hklaw.com
        Robert.burns@hklaw.com

HOLLAND AND KNIGHT LLP
Paul G. Lannon, Jr.
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Fax: (617) 523-6850
Email: paul.lannon@hklaw.com

ATTORNEYS FOR DEFENDANT
ROCHESTER INSTITUTE OF TECHNOLOGY

SANTIAGO BURGER LLP

Fernando Santiago
2280 East Avenue
Rochester, NY 14610
Telephone: (585) 563-7514
Fax: (585) 563-7526
Email: fernando@litgrp.com

/s/  *Blake G. Abbott*
Blake G. Abbott

Charleston, South Carolina
September 17, 2021

5

## **VERIFICATION**

I, Nicholas Bergeron declare under penalty of perjury that I have read the Objections and Responses of Plaintiff Nicholas Bergeron to Defendant's Second Set of Interrogatories, and that the factual information contained therein is true and correct to the best of my knowledge and belief.

_____

Nicholas Bergeron

09/17/2021

_____

Date