# EXHIBIT  9



# Rochester Institute of Technology

# Disclaimer

The rit.edu website and all its content are protected by intellectual property or proprietary rights. You may use the rit.edu site and content for your personal, noncommercial purposes only. RIT makes the rit.edu website available as a source of information about RIT, as a virtual classroom for distance learning, and as a place for members of the RIT community to express their own views and opinions. The rit.edu website is provided AS IS, and nothing on the rit.edu website is intended to be a representation, offer, inducement, promise, or contract of any kind. Also, although rit.edu may contain links to other websites, RIT is not responsible for the availability, content, products, privacy or other policies and practices of any websites to which it may link or from which it may be accessible by link.

For more information about the legal terms governing your use of the rit.edu website, please read our **Terms of Use**.

**DEFENDANT'S EXHIBIT**

**10**

RIT0002059