# EXHIBIT  11



Nick Bergeron <nxb8373@g.rit.edu>

## RIT Coronavirus Question: Other ISSUE=1636 PROJ=24

1 message

**RIT Call Center** <coronavirusresponse@rit.edu>      Thu, Apr 9, 2020 at 5:17 PM
Reply-To: coronavirusresponse@rit.edu
To: nxb8373@rit.edu

*When replying, type your text above this line.*

Greetings Nick,

Thank you for contacting us.

**Ticket#:** 1636 **Subject:** RIT Coronavirus Question: Other **Status:** Open

**Details:**

Submitted on Thu, 04/09/2020 - 17:16
Submitted by: Anonymous

Submitted values are:
Topic: Other
Your Question:
Tuition not being refunded is absolutely unacceptable. I did not pay for
online classes - I paid for in-person lectures. The professors are handling
the transition to remote learning, at best, poorly. Everything canceled by
the school that was paid for with my tuition (Imagine RIT, Hockey games,
commencement, etc.) will be money that the school gets to keep now. I have
classes that have been deeply devalued because of remote instruction methods.
This is extremely disappointing not only as a student but as a graduating
senior who would've liked RIT to do the right thing one last time.

I am a...: Student
First Name: Nick
Last Name: Bergeron
Email: nxb8373@rit.edu

Regards,

RIT Call Center



If you would like to speak to someone in person, call 585-475-3500 or toll free 833-323-0002.

DEFENDANT'S EXHIBIT

_____ 14 _____

Bergeron000014