# EXHIBIT 12

## Semester Detail

| | |
|---|---|
| Student Name: | Nicholas Bergeron |
| University ID: | 829002796 |
| Available Terms: | 2019-20 SPRING (2195) ▾ |

| Term | Transaction Type | Total | |
|---|---|---|---|
| ▾ 2195 | Tuition | $22,454.00 | |
| 12/01/2019 | Tuition – UCIS | $21,323.00 | |
| 01/14/2020 | Overload Tuition – Undergrad | $1,131.00 | |
| ▾ 2195 | Activity Fee | $148.00 | |
| 12/01/2019 | Stu Activity – Ugrad | $148.00 | |
| ▾ 2195 | Health Fee | $175.00 | |
| 12/01/2019 | Student Health Services Fee | $175.00 | |
| ▾ 2195 | Wellness | $90.00 | |
| 12/01/2019 | Wellness Education Fee | $195.00 | |
| 01/22/2020 | Wellness Fee Credit | $105.00 | CR |
| ▾ 2195 | Housing | $3,206.31 | |
| 12/02/2019 | University Commons | $4,912.00 | |
| 04/15/2020 | Housing Spring Credit | $1,705.69 | CR |
| ▾ 2195 | Parking | $20.00 | |
| 03/02/2020 | Fine – Parking and Transp | $45.00 | |
| 04/24/2020 | Parking Spring Credit | $25.00 | CR |
| ▾ 2195 | Scholarships and Grants | $23,242.50 | CR |
| 01/24/2020 | Outside Scholarship | $14,242.50 | CR |
| 01/24/2020 | RIT Grant | $9,000.00 | CR |
| ▾ 2195 | Loans | $1,979.00 | CR |
| 01/03/2020 | Unsubsidized Direct Loan | $1,979.00 | CR |
| ▾ 2195 | Payments | $2,607.50 | CR |
| 01/13/2020 | Payment Thank You (EC) | $1,531.50 | CR |
| 02/18/2020 | Payment Thank You (EC) | $1,076.00 | CR |
| ▾ 2195 | Refunds | $1,685.69 | |
| 05/04/2020 | Refund | $1,685.69 | |
| ▾ 2195 | Late Fees | $50.00 | |
| 02/18/2020 | Late Fee | $50.00 | |
| | Net Term Balance: | $0.00 | |
| | Anticipated Financial Aid: | $0.00 | CR |
| | Term Balance: | $0.00 | |

CONFIDENTIAL

**DEFENDANT'S EXHIBIT**

**16**

RIT0001090