# EXHIBIT 14

R·I·T

**Rochester Institute of Technology**

Undergraduate Admissions Office
Bausch & Lomb Center
60 Lomb Memorial Drive
Rochester, NY 14623-5604
585-475-6631 Fax: 585-475-7424

August 14, 2018

Nicholas Quattrociocchi
843 Embury Rd
Penfield, NY 14526-9703
United States

Dear Nicholas:

Congratulations!  It is my pleasure to announce that you have been selected for admission into the Software Engineering program at the Rochester Institute of Technology. We believe that you possess the academic potential and motivation to benefit from the rich academic resources available to you at RIT.

While we realize that this area of study was not your first choice, the Committee believes the academic characteristics you present are better suited to the Software Engineering program. If you choose to accept our offer of admission, we believe you will find the program challenging and well suited to your career goals. Although we believe that this alternative represents a viable academic option for you, you should not pursue this option as a means for gaining entrance to your first choice program. We are unable to guarantee that there will be a place for you in your first choice program next year.

To accept our offer of admission and reserve your place at RIT, please confirm your intention to enroll by completing the online Offer of Admission Reply Form which can be found on your Admissions Application Status page at join.rit.edu/status.  Once this is complete, you should finalize your enrollment intention by submitting your $300 acceptance of admission deposit no later than August 31, 2018. If you are unable to respond online and you would like to pay your admissions deposit by echeck, mail or wire transfer please go to www.rit.edu/emcs/admissions/apply-now/pay-deposit for additional information.

Your previous college records are currently being evaluated by the academic departments to determine the transfer credit to be awarded and your first term class schedule.  This evaluation will follow shortly. Our offer of admission is contingent upon your successful completion of any college studies currently in progress and maintaining a level of achievement in your remaining studies which would give evidence of our faith in your potential.

Again, please accept our congratulations on your admission to RIT.  We are confident that your years on campus will be challenging and rewarding. We are proud of RIT's reputation for academic excellence, and of the many achievements of our alumni.  We look forward to welcoming you to the RIT class entering in Fall 2018.

Sincerely,

Marian M. Nicoletti '94
Director of Undergraduate Admissions

Software Engineering
W09 00127
Transfer
481500825

DEFENDANT'S EXHIBIT

NQ-4

RIT0001236