# EXHIBIT 15

## Undergraduate Official Academic Transcript

**Name:** **Nick Quattrociocchi**
**University ID:** **321008526**

Print Date: 2021-11-03

Send To: For Office Use Only
Attn: Marilyn Schleyer .
Rochester, NY 14620

| | Plan: | Bachelor of Science in Mechanical Engineering |
|---|---|---|
| 2020-05-22: | Active in Program | |
| Program: | UGRD Engineering | |
| Plan: | | Bachelor of Science in Mechanical EngineeringMechanical Engineering (BS) |
| Subplan: | | Combined BS/ME Degree in Mechanical Engineering |
| 2020-06-10: | Active in Program | |
| Program: | UGRD Engineering | |
| Plan: | | Bachelor of Science in Mechanical EngineeringMechanical Engineering (BS) |
| Subplan: | | Combined BS/ME Degree in Mechanical Engineering |

### Transfer Credits

**Transfer Credit from Saint John Fisher College**
Applied Toward UGRD Computing & Info Sciences

| | Attempted | Earned | Points |
|---|---|---|---|
| Transfer Totals: | 28.000 | 28.000 | 0.000 |

**Transfer Credit from Monroe Community College**
Applied Toward UGRD Computing & Info Sciences

| | Attempted | Earned | Points |
|---|---|---|---|
| Transfer Totals: | 44.000 | 40.000 | 0.000 |

**Transfer Credit from Monroe Community College**
Applied Toward UGRD Engineering

| | Attempted | Earned | Points |
|---|---|---|---|
| Transfer Totals: | 6.000 | 6.000 | 0.000 |

### Academic Program History

| 2018-07-25: | Admitted | |
|---|---|---|
| Program: | UGRD Computing & Info Sciences | |
| Plan: | | Bachelor of Science in Software Engineering |
| 2019-05-15: | Active in Program | |
| Program: | UGRD Engineering | |

| 2021-03-24: | Active in Program | |
|---|---|---|
| Program: | UGRD Engineering | |
| Plan: | | Bachelor of Science in Mechanical Engineering |
| Subplan: | | Combined BS/ME Degree in Mechanical Engineering |
| 2021-05-03: | Active in Program | |
| Program: | UGRD Engineering | |
| Plan: | | Bachelor of Science in Mechanical Engineering |
| Subplan: | | Combined BS/ME Degree in Mechanical Engineering |
| 2021-06-08: | Active in Program | |
| Program: | UGRD Engineering | |
| Plan: | | Bachelor of Science in Mechanical Engineering |
| Subplan: | | Combined BS/ME Degree in Mechanical Engineering |

DEFENDANT'S EXHIBIT

NQ-7

## Undergraduate Official Academic Transcript

**Name:**  **Nick Quattrociocchi**
**University ID:**  **321008526**

Plan: Minor in Computer Science

2021-10-04: Active in Program
Program: UGRD Engineering

Plan: Bachelor of Science in Mechanical Engineering

Subplan: Combined BS/ME Degree in Mechanical Engineering

Plan: Minor in Computer Science

Plan: Minor in Mathematics

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.520 | Cumulative | 14.000 | 11.000 | 11.000 | 38.669 |
|  |  | Transfer/Test | 68.000 | 68.000 | 0.000 | 0.000 |
|  |  | Combined | 82.000 | 79.000 | 11.000 | 38.669 |

### 2018-19 Summer
Other Credits Applied Toward UGRD Engineering

| Course |  | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| MECE | 499 | Cooperative Education | 0.000 | 0.000 | WV | 0.000 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 0.000 | Term | 0.000 | 0.000 | 0.000 | 0.000 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.520 | Cumulative | 14.000 | 11.000 | 11.000 | 38.669 |
|  |  | Transfer/Test | 68.000 | 68.000 | 0.000 | 0.000 |
|  |  | Combined | 82.000 | 79.000 | 11.000 | 38.669 |

Term Honor: Dean's List

### Beginning of Undergraduate Record

#### 2018-19 Fall

| Course |  | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| COMM | 253 | Communication | 3.000 | 3.000 | B- | 8.001 |
| CSCI | 141 | Computer Science I | 4.000 | 4.000 | A | 16.000 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.430 | Term | 7.000 | 7.000 | 7.000 | 24.001 |
|  |  | Transfer/Test | 68.000 | 68.000 | 0.000 | 0.000 |
|  |  | Combined | 75.000 | 75.000 | 7.000 | 24.001 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.430 | Cumulative | 7.000 | 7.000 | 7.000 | 24.001 |
|  |  | Transfer/Test | 68.000 | 68.000 | 0.000 | 0.000 |
|  |  | Combined | 75.000 | 75.000 | 7.000 | 24.001 |

#### 2018-19 Spring

| Course |  | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| CSCI | 142 | Computer Science II | 4.000 | 4.000 | A- | 14.668 |
| MATH | 190 | Discrete Math for Computing | 3.000 | 0.000 | W | 0.000 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.670 | Term | 7.000 | 4.000 | 4.000 | 14.668 |

#### 2019-20 Fall

| Course |  | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ANTH | 103 | Archaeology and the Human Past | 3.000 | 3.000 | A- | 11.001 |
| MATH | 326 | Boundary Value Problems | 3.000 | 3.000 | B | 9.000 |
| MECE | 110 | Thermodynamics I | 3.000 | 3.000 | B- | 8.001 |
| MECE | 305 | Materials Science with Apps | 3.000 | 3.000 | A- | 11.001 |
| MECE | 306 | Materials Science Apps Lab | 1.000 | 1.000 | A | 4.000 |

Other Credits Applied Toward UGRD Engineering

| Course |  | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| EGEN | 99 | Engineering Co-op Preparation | 0.000 | 0.000 | WV | 0.000 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.310 | Term | 13.000 | 13.000 | 13.000 | 43.003 |

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.400 | Cumulative | 27.000 | 24.000 | 24.000 | 81.672 |
|  |  | Transfer/Test | 68.000 | 68.000 | 0.000 | 0.000 |
|  |  | Combined | 95.000 | 92.000 | 24.000 | 81.672 |

## Undergraduate Official Academic Transcript

**Name:** Nick Quattrociocchi
**University ID:** 321008526

### 2019-20 Spring

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| MATH | 251 | Probability and Statistics I | 3.000 | 3.000 | SE | 0.000 |
| MECE | 204 | Strength of Materials I Lab | 1.000 | 1.000 | SE | 0.000 |
| MECE | 320 | System Dynamics | 3.000 | 3.000 | SE | 0.000 |
| MECE | 348 | Contemporary Issues | 3.000 | 3.000 | A- | 11.001 |
| | | Topic: Mechanical Engineering | | | | |
| MECE | 620 | Intro to Optimal Design | 3.000 | 3.000 | A- | 11.001 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.670 | Term | 13.000 | 13.000 | 6.000 | 22.002 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.460 | Cumulative | 40.000 | 37.000 | 30.000 | 103.674 |
| | | Transfer/Test | 68.000 | 68.000 | 0.000 | 0.000 |
| | | Combined | 108.000 | 105.000 | 30.000 | 103.674 |

### 2019-20 Summer

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| CSCI | 243 | The Mechanics of Programming | 3.000 | 3.000 | B+ | 9.999 |
| MECE | 689 | Grad.Lower Level Special Topic | 3.000 | 3.000 | A | 12.000 |
| | | Topic: Matlab/Sim. & Adv Sys Theory | | | | |

Other Credits Applied Toward UGRD Engineering

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| MECE | 499 | Cooperative Education | 0.000 | 0.000 | WV | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.670 | Term | 6.000 | 6.000 | 6.000 | 21.999 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.490 | Cumulative | 46.000 | 43.000 | 36.000 | 125.673 |
| | | Transfer/Test | 68.000 | 68.000 | 0.000 | 0.000 |
| | | Combined | 114.000 | 111.000 | 36.000 | 125.673 |

### 2020-21 Fall

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| HSPT | 160 | Beers Of The World | 2.000 | 2.000 | A | 8.000 |
| IGME | 797 | Advanced Topics in Game Dev | 3.000 | 0.000 | W | 0.000 |
| MECE | 210 | Fluid Mechanics I | 3.000 | 3.000 | SE | 0.000 |
| MECE | 301 | Engineering Applications Lab | 2.000 | 2.000 | A- | 7.334 |
| MECE | 497 | Multidisciplinary Sr. Design I | 3.000 | 3.000 | A- | 11.001 |
| MECE | 643 | Classical Controls | 3.000 | 3.000 | SE | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.760 | Term | 16.000 | 13.000 | 7.000 | 26.335 |
| | | Transfer/Test | 6.000 | 6.000 | 0.000 | 0.000 |
| | | Combined | 22.000 | 19.000 | 7.000 | 26.335 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.540 | Cumulative | 62.000 | 56.000 | 43.000 | 152.008 |
| | | Transfer/Test | 74.000 | 74.000 | 0.000 | 0.000 |
| | | Combined | 136.000 | 130.000 | 43.000 | 152.008 |

### 2020-21 Spring

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| CSCI | 262 | Intro to Comp Science Theory | 3.000 | 3.000 | SE | 0.000 |
| MATH | 241 | Linear Algebra | 3.000 | 3.000 | A | 12.000 |
| MATH | 252 | Probability and Statistics II | 3.000 | 3.000 | A | 12.000 |
| MECE | 498 | Multidisciplinary Sr.Design II | 3.000 | 3.000 | A | 12.000 |
| MECE | 795 | Graduate Seminar | 0.000 | 0.000 | S | 0.000 |
| MECE | 799 | Independent Study | 3.000 | 3.000 | A | 12.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 4.000 | Term | 15.000 | 15.000 | 12.000 | 48.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.640 | Cumulative | 77.000 | 71.000 | 55.000 | 200.008 |
| | | Transfer/Test | 74.000 | 74.000 | 0.000 | 0.000 |
| | | Combined | 151.000 | 145.000 | 55.000 | 200.008 |

CONFIDENTIAL

**Undergraduate Official Academic Transcript**

**Name:**          **Nick Quattrociocchi**
**University ID:**   **321008526**

Term Honor:     Dean's List

**2020-21 Summer**

Other Credits Applied Toward UGRD Engineering

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| MECE | 499 | Cooperative Education | 0.000 | 0.000 | WV | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 0.000 | Term | 0.000 | 0.000 | 0.000 | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.640 | Cumulative | 77.000 | 71.000 | 55.000 | 200.008 |
| | | Transfer/Test | 74.000 | 74.000 | 0.000 | 0.000 |
| | | Combined | 151.000 | 145.000 | 55.000 | 200.008 |

**2021-22 Fall**

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| MATH | 411 | Numerical Analysis | 3.000 | 0.000 | | 0.000 |
| MECE | 310 | Heat Transfer I | 3.000 | 0.000 | | 0.000 |
| WHWS | 7 | Your Heath, Your Style | 0.000 | 0.000 | | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 0.000 | Term | 6.000 | 0.000 | 0.000 | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.640 | Cumulative | 83.000 | 71.000 | 55.000 | 200.008 |
| | | Transfer/Test | 74.000 | 74.000 | 0.000 | 0.000 |
| | | Combined | 157.000 | 145.000 | 55.000 | 200.008 |

**Undergraduate Career Totals**

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| | | Cumulative | 83.000 | 71.000 | 55.000 | 200.008 |
| | | Transfer/Test | 74.000 | 74.000 | 0.000 | 0.000 |
| Cumulative GPA | 3.640 | Combined | 157.000 | 145.000 | 55.000 | 200.008 |

CONFIDENTIAL

RIT0002063

## Graduate Official Academic Transcript

**Name:**          **Nick Quattrociocchi**
**University ID:**     **321008526**

Print Date:        2021-11-03

Send To:        For Office Use Only
Attn: Marilyn Schleyer .
Rochester, NY 14620

### Academic Program History

| 2021-03-24: | Active in Program |
| Program: | GRAD Engineering |
| Plan: | Master of Engineering in Mechanical Engineering |
| Subplan: | Combined BS/ME Degree in Mechancial Engineering |

### Beginning of Graduate Record

#### 2020-21 Summer

| Course | | Description | Attempted | Earned | Grade | Points |
|--------|--|-------------|-----------|--------|-------|--------|
| MECE | 707 | Engineering Analysis | 3.000 | 3.000 | A- | 11.001 |

| | | | Attempted | Earned | GPA Units | Points |
|--|--|--|-----------|--------|-----------|--------|
| Term GPA | 3.670 | Term | 3.000 | 3.000 | 3.000 | 11.001 |

| | | | Attempted | Earned | GPA Units | Points |
|--|--|--|-----------|--------|-----------|--------|
| Cum GPA | 3.670 | Cumulative | 3.000 | 3.000 | 3.000 | 11.001 |
| | | Transfer/Test | 0.000 | 0.000 | 0.000 | 0.000 |
| | | Combined | 3.000 | 3.000 | 3.000 | 11.001 |

#### 2021-22 Fall

| Course | | Description | Attempted | Earned | Grade | Points |
|--------|--|-------------|-----------|--------|-------|--------|
| CSCI | 630 | Found Artificial Intelligence | 3.000 | 0.000 | | 0.000 |
| MECE | 709 | Advanced Eng. Mathematics | 3.000 | 0.000 | | 0.000 |
| MECE | 790 | Thesis | 3.000 | 0.000 | | 0.000 |
| MECE | 795 | Graduate Seminar | 0.000 | 0.000 | | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|--|--|--|-----------|--------|-----------|--------|
| Term GPA | 0.000 | Term | 9.000 | 0.000 | 0.000 | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|--|--|--|-----------|--------|-----------|--------|
| Cum GPA | 3.670 | Cumulative | 12.000 | 3.000 | 3.000 | 11.001 |
| | | Transfer/Test | 0.000 | 0.000 | 0.000 | 0.000 |
| | | Combined | 12.000 | 3.000 | 3.000 | 11.001 |

### Graduate Career Totals

| | | | Attempted | Earned | GPA Units | Points |
|--|--|--|-----------|--------|-----------|--------|
| | | Cumulative | 12.000 | 3.000 | 3.000 | 11.001 |
| | | Transfer/Test | 0.000 | 0.000 | 0.000 | 0.000 |
| Cumulative GPA | 3.670 | Combined | 12.000 | 3.000 | 3.000 | 11.001 |

CONFIDENTIAL

RIT0002064

# Rochester Institute of Technology, Rochester, NY – Transcript Key

## Accreditation

Rochester Institute of Technology is chartered by the legislature of the State of New York and accredited by Middle States Association of Colleges and Secondary Schools. In addition to this comprehensive accreditation, curricula in some of the colleges are individually accredited by their respective associations.

## Calendar

Historically, RIT has operated on both semester and quarter calendars. RIT operated on a semester calendar prior to 1954. In 1954 most of the University converted to a quarter calendar with the exception of the College of Continuing Education, which adopted the quarter calendar in the summer of 1971.

**In the Fall of 2013, RIT converted the entire University to a semester calendar.**
On August 12, 2013, RIT converted cumulative quarter term credit hours and quality points to semester equivalents by multiplying these cumulative totals by .6666667. If a transcript has the 2013 Conversion Term listed, both the last quarter statistics and the new semester equivalent statistics will be listed.

To convert previously earned semester credit hours to quarter hours, multiply semester hours by 1.3333337. To convert quarter hours to semester credit hours, multiply quarter hours by .6666667.

## Academic Probation Policy for Matriculated Students

**Undergraduate Full-time**
Any student whose term and/or cumulative Grade Point Average falls below 2.00 (C average) will be placed on probation.

**Graduate**
Any student whose cumulative and/or program Grade Point Average falls below 3.00 after 9 credit hours (attempted or earned) will be placed on probation.

## Thesis

When a graduate thesis is completed and accepted, the thesis title is posted at the beginning of the transcript.

## Rank

RIT does not rank its students.

## Confidentiality

This information is confidential. Release is covered by the Family Educational Rights and Privacy Act of 1974 (FERPA), as amended. This transcript cannot be released to a third party without the written consent of the student.

## Repeat Course Policy (undergraduate only)

If an undergraduate student repeats an undergraduate course, the last grade will stand as final. If a course has been repeated, both the original course and the repeated course remain on the transcript. Only the final course attempted will be included in the GPA.

## Grading System (Fall 2014 forward)

| Grade | Description | Quality Points per Credit Hour |
|---|---|---|
| A | Excellent | 4.00 |
| A- | | 3.67 |
| B+ | | 3.33 |
| B | Good | 3.00 |
| B- | | 2.67 |
| C+ | | 2.33 |
| C | Satisfactory | 2.00 |
| C- | | 1.67 |
| D | Minimum Passing | 1.00 |
| F | Failure | 0.00 |

## Grading System (Prior to Fall 2014)

| Grade | Description | Quality Points per Credit Hour |
|---|---|---|
| A | Excellent | 4 |
| B | Good | 3 |
| C | Satisfactory | 2 |
| D | Minimum Passing | 1 |
| F | Failure | 0 |

## Grades which are viable, but do not affect GPA calculations

| Grade | Description |
|---|---|
| AU | Audit |
| I | Incomplete |
| NG | Non-graded |
| NE | No Pass - Performance at the level of F and no course credit is earned. ‡ |
| P | Pass - A permanent grade indicating successful completion of a comprehensive examination |
| PE | Pass - Performance at the levels of C- or D and full course credit is earned. ‡ |
| R | Registered (graduate thesis work)* |
| S | Satisfactory |
| | *undergraduate* - Applies only to acceptable completion of cooperative work experience, wellness classes, and courses bearing course numbers 099 or below, and study abroad courses offered by affiliated programs. |
| | *graduate* - Applies to seminar courses, cooperative work experience, and internship courses where programs have determined that a traditional alpha system grade is inappropriate.* |
| SE | Satisfactory - Performance at the levels of A, A-,B+, B, B-, C+ or C and full course credit is earned. ‡ |
| T | Attempted - A comprehensive examination was unsuccessfully attempted |
| U | Unsatisfactory *(graduate)* A permanent grade used in certain graduate coursework* |
| UE | Unsatisfactory - Performance at the levels of C- and D. Full course credit is earned but courses graded with UE cannot be used to fulfill graduate degree requirements. ‡ |
| W | Withdrawn |
| WV | Waived |
| X | Credit by Examination or Experience |

*For details refer to RIT Governance Policy Library, section D5.0 rit.edu/academicaffairs/policiesmanual*

## Alpha Numeric Course Numbering System (Fall 2013 forward)

Course subject codes indicate the academic discipline.
**Examples:  PSYC** – Psychology
**ENGT** – Engineering Technology

*Go to: rit.edu/registrar for a complete list of disciplines.*

**Course Levels**

| | | |
|---|---|---|
| 0 - 99 | = | non-credit |
| 100 - 299 | = | lower division, undergraduate |
| 300 - 599 | = | upper division, undergraduate |
| 600 - 999 | = | graduate courses § |

## Numeric Course Numbering System (Prior to Fall 2013)

**Example: 0513-211**

05 – college offering the course
13 – department within the college
211 – level of the course

**Course Levels**

| | | |
|---|---|---|
| 0 - 99 | = | non-credit |
| 100 - 399 | = | lower division, undergraduate |
| 400 - 699 | = | upper division, undergraduate |
| 700 - 999 | = | graduate courses § |

## Number Code for Colleges

| | |
|---|---|
| 01 | Saunders College of Business |
| 02 | College of Continuing Education |
| 03 | Kate Gleason College of Engineering |
| 04 | College of Fine and Applied Arts** |
| 05 | College of Liberal Arts |
| 06 | College of Applied Science and Technology |
| 07 | Military Science |
| 08 | National Technical Institute for the Deaf |
| 09 | Graphic Arts and Photography** |
| 10 | College of Science |
| 11 | Center for Recreation and Intramurals and Wellness Instructional Program |
| 17 | English Language Center Academic Support Center |
| 20 | College of Imaging Arts and Sciences** |
| 30 | Interdisciplinary Studies *(School of Individualized Study 8/15)* |
| 40 | Golisano College of Computing and Information Sciences |
| 50 | Golisano Institute for Sustainability |
| 60 | College of Health Sciences and Technology |

\* *Beginning Fall 2014.*

\*\**In September 1993, these colleges (04) and (09) were merged to form the College of Imaging Arts and Sciences (20).*

§ *In some cases where appropriate, undergraduate courses may be included in a graduate program.*

‡ *In Spring 2020, due to the global health crisis of COVID-19, students were able to elect an alternative grading basis for enrolled courses.*

CONFIDENTIAL

RIT0002065