# EXHIBIT 20



Nick Quattrociocchi <nq9009@g.rit.edu>

## Coronavirus Alters University Schedule
1 message

**RIT Message Center** <msgctr@rit.edu>                    Wed, Mar 11, 2020 at 8:23 PM
To: msgctr@rit.edu

RIT

Dear RIT Community,

After thoughtful discussion and consultation with experts, we have decided to take the following steps to mitigate the potential spread of Coronavirus (COVID-19) on our Henrietta campus. I want to emphasize that we do not have any confirmed cases of COVID-19 at RIT or in Monroe County at this time.

RIT will remain open and many of our operations and activities will continue, although with adjustments. In addition to ensuring the health and safety of our community, it is critical that all students be able to fulfill their academic requirements. As a result, on the Henrietta campus:

**DEFENDANT'S EXHIBIT**

**NQ-14**

Quattrociocchi000017

• Spring break is being extended through Sunday, March 22. No classes will be held, but campus will be open. During this time, the university will prepare to move its courses to alternative delivery (e.g., online, course redesign, etc.).

• Starting Monday, March 23, all academic instruction will take place via alternative methods until further notice. We will communicate to students how to access their coursework.

• All residence halls will remain open.

• Campus services (e.g., dining, student health services, academic advising) will be available but may be modified.

• No new nonessential gatherings and meetings on campus should be scheduled. Details will be forthcoming for currently scheduled events.

• Nonessential international and domestic business travel is prohibited for faculty and staff until further notice.

• Faculty and staff are expected to report to campus.

• All current student employees who wish to return to campus will have work available.

While completing classes during this time, students may choose to reside at their permanent place of residence or their on/off-campus residence, where social distancing and enhanced preventative public health and hygiene measures will be actively encouraged. We urge all students to make the choice that is best for their own personal situations.

**DEFENDANT'S EXHIBIT**

**14**

Quattrociocchi000018

There remain many unanswered questions given rapidly evolving conditions. The RIT Coronavirus Task Force is working to provide additional information as quickly as possible. We will make decisions based on the best and most current public health guidance available. We will continue to keep you informed and encourage you to stay knowledgeable by visiting www.rit.edu/coronavirus. This site includes the latest information, FAQs, resources, and a dedicated email address for questions.

Let me say how much I appreciate the efforts of everyone who is helping the RIT community work through this challenging environment.

David Munson
President
RIT

rit.edu

   

Quattrociocchi000019

7/1/2021                                     Rochester Institute of Technology Mail - Coronavirus Alters University Schedule

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or the agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

This RIT message was sent by the *my*RIT Message Center to the members subscribed to the category *Important University Announcements - Important University Announcements.* If you would like to opt-out of a category of communications then please visit your *my*RIT Message Center at http://messagecenter.rit.edu/messageBoard/#!/prefs to indicate your preferences.

RIT Privacy Policy: http://www.rit.edu/academicaffairs/policiesmanual/c070

Please do not respond to this email. Replies to this email will not be read or responded to. Please use the contact information provided in the email.

Quattrociocchi000020