# EXHIBIT 22

# In The Matter Of:

*Nicholas Bergeron and Nick Quattrociocchi et al v. Rochester Institute of Technology*

Remote Video deposition via Zoom

Milagros Concepcion 30(b)(6)
March 23, 2022



*Holly Hiott O'Quinn, RPR -- LMOC, Inc.*
*Independent Contractor working in association with*
*Milligan Court Reporting*
*O: 843.224.5211  F: 843.971.6509*
*Email:  schedule@courtreportingsc.com*

Original File 0323 30B6X.txt
Min-U-Script® with Word Index

Page 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

NICHOLAS BERGERON and NICK QUATTROCIOCCHI, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ROCHESTER INSTITUTE OF TECHNOLOGY,

Defendant.

CASE NO.: 6:20-CV-06283

REMOTE VIDEO DEPOSITION:
30(b)(6) Witness:
Milagros Concepcion

DATE: Wednesday, March 23, 2022

TIME: 10:38 a.m.

REPORTER: Holly Hiott O'Quinn, RPR

LOCATION: Remote Via Zoom Videoconferencing

HOLLY HIOTT O'QUINN, RPR
Independent Contractor working in association with
Milligan Court Reporting
Telephone (843) 224-5211
Email: Schedule@courtreportingsc.com

---

I N D E X

| WITNESS | PAGE |
|---|---|
| MILAGROS CONCEPCION | |
| By Mr. Doolittle: . . . . . . . . . . . . . . . . . . . . | 4 |

PLAINTIFF EXHIBITS

| NO | DESCRIPTION | ID |
|---|---|---|
| 1 | RIT Online 2019-2020, 2 pages | 92 |
| 2 | RIT Undergraduate 2019-2020 Enrolled prior, 3 pages | 92 |
| 3 | Notice of Taking Deposition 7 pages | 93 |
| 4 | RIT Student Health and Wellness 1 page | 121 |
| 5 | RIT Tuition and Discount Spring 2020, 2 pages | 122 |
| 6 | RIT message from provost to faculty, 2 pages | 152 |

---

Page 2

Any court, party, or person who has purchased a transcript, may, without paying a further fee to the reporter, reproduce a copy or portion thereof as an exhibit pursuant to court order or rule or for internal use, but shall NOT otherwise provide or sell a copy or copies to any other party or person.

A P P E A R A N C E S

For Plaintiffs: Anastopoulo Law Firm
By: Paul Doolittle, Esq.
Blake G. Abbott, Esq.
32 Ann Street
Charleston, SC 29403
(843) 614-8888

For Defendant: Holland & Knight, LLP
By: Robert J. Burns, Esq.
Qian (Sheila) Shen, Esq.
31 West 52nd Street
New York, NY 10019
(212) 513-3200

Santiago Burger, LLP
By: Fernando Santiago, Esq.
2280 East Avenue, 2nd Floor
Rochester, NY 14610
(585) 563-2400

Also Present: Bobby Colón, Vice President and General Counsel for RIT

---

M. CONCEPCION - EX. BY MR. DOOLITTLE

Page 4

P R O C E E D I N G S

Thereupon, The 30(b)(6) Witness, Milagros Concepcion, was called for examination by Counsel for the Plaintiffs.

THE VIDEOGRAPHER: Now on the record at 10:38 a.m. on March 23rd, 2022. This is the 30(b)(6) video deposition of Rochester Institute of Technology. Counsel has waived the reading of the caption. Counsel, please introduce yourselves for the record.

MR. DOOLITTLE: Paul Doolittle for the plaintiffs.

MR. BURNS: Robert Burns for the defendant RIT.

MR. SANTIAGO: Fernando Santiago, Santiago Burger for Defendant RIT.

MS. SHEN: Sheila Shen, Holland & Knight for the Defendant RIT.

MR. ABBOTT: Blake Abbott, the Anastopoulo Law Firm for the Plaintiffs.

MILAGROS CONCEPCION, being first duly sworn, testified as follows:

EXAMINATION

BY MR. DOOLITTLE:

Q   Good morning, can you give me your name

M. CONCEPCION - EX. BY MR. DOOLITTLE   Page 105

on their student account and they are contained within their bill.

Q   Do the students have access to their -- to an account online?

A   Yes.

Q   Does the student account identify all the fees charged to an individual?

A   Yes.

Q   Does it vary per student?

A   Yes.

Q   Why would it vary?

A   Lots of different reasons.

Q   Yes, ma'am.  I'm sure there are.  And that's what I'm here to ask you today is what are those different reasons?

A   They are a lot of reasons.  I mean.

Q   Yes, ma'am.  I need to go over each one of the reasons.

A   Oh, we would be here for three days.  I mean, there is just a lot of different reasons why one bill might look a little different than another bill.  So if you are the -- you know, if you are the son or daughter of an employee, you might receive a tuition benefit for that.  So your bill will look different.  If you're an international student, your bill might look a little

M. CONCEPCION - EX. BY MR. DOOLITTLE   Page 106

different.  So there are a lot of different reasons, a lot.

Q   Okay.  That's two.  I'm ready for a lot.  So I need to go over each one of the different reasons that the fee can vary per student.  So I understand the two that you've explained so far.  And you said there's a lot that we can go over for three days, so I'm assuming we can go for a while.  I'm willing to listen, yes, ma'am.

MR. BURNS:  Just to clarify for me, are we talking about tuition or fees here?  I want to make sure that we're talking about the same thing.

MR. DOOLITTLE:  I was -- my question was fees.

MR. BURNS:  Okay.

THE WITNESS:  Yeah, so, I mean, your fees, it depends on, you know, what particular wellness class you might be taking.  There might be a different fee.

BY MR. DOOLITTLE:

Q   There might be or there is a different fee for each one of those classes?

A   There are different fees for different classes.

Q   Okay.  So a wellness class has different fees

M. CONCEPCION - EX. BY MR. DOOLITTLE   Page 107

charged for a wellness class versus -- I'm not following you.

A   Some classes have a different fee than others.

Q   Okay.  Can you give me an example?

A   So if you have a wellness class that has a component, for example, if you're taking horseback riding and you're going to go horseback riding, there might be an additional fee associated with that class.

Q   Okay.  And just to make sure I clarify your answer, earlier you said that -- I believe you said -- and correct me if I'm wrong, you said something about if I was a student who had some connection with the university like my parents work there or something, I might pay less fees because of that?  Were you talking about tuition or fees?

A   I was speaking of tuition, yes.

Q   The fees don't vary as far as whether or not my family works there or does not work there; is that correct?

A   That's correct.

Q   Okay.  What are the other reasons the fees may vary per classes?

A   For tuition?  Are we back to tuition or are we still on fees?

M. CONCEPCION - EX. BY MR. DOOLITTLE   Page 108

Q   What are the other reasons for the fee variation between students?

A   But not tuition, just fees?

Q   Fees.  I didn't say tuition at all.

A   Okay.

Q   I haven't said tuition at all since we've been back on.  So just to be clear.

A   Okay.  Other than the example I gave you, I can't think of any.

Q   So when you said that we could be here talking for days about the difference between one student's fees -- one student to another, you were talking about tuition?

A   I was specifically talking about tuition, yes.

Q   Okay.  So all student fees should be the same across the board except for the example you just gave us about the horseback riding class?

A   They should be.

Q   Okay.  The additional fee for the horseback riding class, does the student know about it before registering for the class?

A   Yes.

Q   Once RIT receives a fee payment from a student, what does it do with the fee payment then?

M. CONCEPCION - EX. BY MR. DOOLITTLE                Page 109

A    It's credited against the student account.

Q    Yes, ma'am. But what does the RIT actually do with the cash money?

A    Well, so the fee that someone may pay goes to cover a variety of costs. So, you know, the cost of administratively offering a particular activity, if it's an activity fee. And it also might cover, you know, the -- it will cover the instructor and other administrative expenses associated with offering a particular class or a particular activity.

Q    And that's just the fee portion of the student's payment; is that right?

A    You know, it's not segregated, you know, each individual person. So, you know, when RIT collects fees, it uses it to defray all the expenses associated with providing, you know, the wellness courses and instruction. It could be a wellness course just a little bit more expensive than a different wellness course, and those two combined, you know, might offset. So it's not every dollar goes specifically to that one thing. If that makes sense to you.

Q    Sure. So when a student health fee comes in and is received by RIT, is it then used for however RIT wants to use it, or is it not used for the student health activities?

M. CONCEPCION - EX. BY MR. DOOLITTLE                Page 110

A    The student health fee covers the expenses to offer student health services to students, but those costs are in excess of what we receive in student health fees. So the university uses other revenue streams to cover, you know, what that difference is.

Q    And to be clear, so when we talked earlier about the balance sheets and when the money is deposited into an account and you've got your balance sheets that you have to do with regards to your accounts. When a student health fee is received, does it go into a separate account or does it go into the general account?

A    It goes into the same bank account. So all the cash is in the same bank account. We do have a statement of activities line item that is entitled student health fee and student activities fee.

Q    Okay. And when the student activity fee is paid, what does the university do with that balance on its ledger?

A    It is used to cover university expenses. And in general, the student health fee is used to defray the expenses required to run our student health center. But every dollar -- you know, so when a student pays a dollar for a course, that one dollar is not earmarked to go towards that course. So it's, you know, RIT

M. CONCEPCION - EX. BY MR. DOOLITTLE                Page 111

receives revenues. RIT has expenses. And through the budget process, we ensure that we have enough funds to cover the expenditures that we incur for the year.

Q    Right. And that doesn't include the health center, right?

MR. BURNS: Objection.

THE WITNESS: Well, the health center is part of RIT, so we do cover the expenses related to our health center.

BY MR. DOOLITTLE:

Q    Okay. But again, I'm going back to the student -- a student pays a student health fee.

A    Yes, sir.

Q    I'm trying to figure out where that actual dollar goes. So let's say the student health fee is $20. The university takes that money. Does it go into an account specifically earmarked for the health center, or does the university just use that specific $20 bill for anything it wants to use?

A    A single dollar bill is not earmarked for a specific thing. So we are collecting the health fees and we have run the student health center. And where those dollars, if -- you know, you really can't tell where that cash came from, but we do know that we need to operate our student health center. And we do know

M. CONCEPCION - EX. BY MR. DOOLITTLE                Page 112

that the totality of the student health fee does not cover all the costs of the student health center, to run the student health center, to pay the doctors and the nurses and to run that building.

Q    Right. And so the individual dollars collected for the student health fee don't actually go specifically to the health fee, they go to the general ledger; is that right?

A    I wouldn't state that as an accountant. I would not think that that is an accurate statement. Every dollar is not earmarked exactly and follows that purpose throughout. We know that we collect that fee to operate the center, and we do operate the center. And the cost of operating the center exceed the student health fee. And other dollars the university raises are used to cover that deficit or delta.

Q    And, Ms. Concepcion, I understand that the student health center cost more to run than the fees collected. Is that what you're trying to tell me?

A    Yes.

Q    Okay. I want to take a specific student's payment of the student health fee and ask you what happens to the actual money once it's deposited. Does it go towards the health center or does it go towards the general university expenses?

Page 161

3:11 p.m., and the deponent waived signature.)

Page 162

STATE OF SOUTH CAROLINA       )
                              )C E R T I F I C A T E
COUNTY OF CHARLESTON          )

    I, Holly Hiott O'Quinn, Independent Court Reporter
and Notary Public for the State of South Carolina,
certify that I did have Milagros Concepcion, the
30(b)(6) Witness, to appear before me at 10:38 a.m. on
March 23, 2022, via Zoom video conferencing; that the
witness was duly sworn and cautioned to tell the truth,
the whole truth and nothing but the truth; that the
foregoing pages constitute a true and accurate
transcript of testimony given at the time and place.
    I do further certify that I am not of counsel or
kin to any of the parties to this cause of action, nor
am I interested in any manner of its outcome.
        IN THE WITNESS WHEREOF I have hereunto set my
hand and seal this the 10th day of April, 2022.


        _____
            Notary Public for South Carolina
            My Commission Expires March 21, 2026