# EXHIBIT 23

**RIT**
**Student Health and Wellness**
**FY 2017-2020**

*Includes:  Student Health Center, Counseling, Disability Services Office, Student Wellness*
*& Center for Recreational Sports*

|  | Fiscal Year | | | |
|---|---|---|---|---|
|  | 2017 | 2018 | 2019 | 2020 |
| Revenue |  |  |  |  |
| Fee Income | $ 3,792,850 | $ 3,926,865 | $ 4,085,666 | $ 4,663,041 |
|  |  |  |  |  |
| Expense |  |  |  |  |
| Salaries | 4,737,431 | 4,855,544 | 5,277,995 | 5,606,604 |
| Other Direct Expense | 1,012,208 | 1,194,192 | 1,337,129 | 1,107,727 |
| Chargeback Recovery | (69,469) | (60,269) | (69,524) | (51,418) |
| Benefits/ITS | 1,541,782 | 1,514,104 | 1,647,747 | 1,855,658 |
| Total Expense | $ 7,221,952 | $ 7,503,571 | $ 8,193,348 | $ 8,518,571 |
|  |  |  |  |  |
| Net Surplus/(Deficit) | $(3,429,102) | $(3,576,707) | $(4,107,681) | $(3,855,530) |
|  |  |  |  |  |
| Percent Expended | 190% | 191% | 201% | 183% |

Prepared By:  RIT Budget Office



PLAINTIFF'S EXHIBIT NO. 4  30b6
FOR IDENTIFICATION
DATE: 3-23-22   RPTR: HO
PENGAD 800-631-6989

RIT0001884