# EXHIBIT 26



News from the Office of

# ADAM BELLO
## MONROE COUNTY EXECUTIVE

**For Immediate Release**
Saturday, March 14, 2020

# Statement from County Executive Adam Bello on the closing of public schools across Monroe County

**Rochester, NY** – After declaring a local State of Emergency today, Monroe County Executive Adam Bello issued the following statement regarding the closing of all Monroe County School Districts:

> "After consultation with Public Health Commissioner Dr. Mike Mendoza and the Superintendents of all 22 Monroe County School Districts, all Monroe County public schools will be closed to students beginning Monday, March 16 until further notice.
>
> Staff may be asked to report depending on individual district needs.
>
> This closing includes all school-related activities, including sports and other extracurricular activities.
>
> Each individual school district will share more specific information regarding their plans for food, social supports, remote instruction, and other operational procedures with their individual communities.
>
> The Monroe County Health Department and school leaders will be reviewing this on a week-to-week basis – and providing an update by midday Friday.
>
> The City of Rochester will be announcing its efforts regarding food distribution and support for children and families tomorrow morning at 10:00 am press conference at the Emergency Operations Center."