**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICHOLAS BERGERON and NICK QUATTROCIOCCHI, individually and on behalf of others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>                              Defendants. | Case No. 6:20-cv-06283 |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CO-LEAD CLASS COUNSEL**

Plaintiffs Nicholas Bergeron and Nick Quattrochiocchi ("Plaintiffs"), hereby moves the Court, pursuant of the Federal Rules of Civil Procedure, for an Order certifying the classes defined as:

**The Tuition Class:**

All students enrolled at the Institute's "main campus" in Henrietta N.Y. for the Spring 2020 semester and who paid or whom the University credited as having paid tuition during that semester.

**The Fees Class:**

All students enrolled at the Institute's "main campus" in Henrietta N.Y. for the Spring 2020 semester and who paid or whom the Institute credited as having paid fees during that semester.

1

and appointing the named Plaintiffs as Class Representatives. Plaintiffs also move, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, for the appointment of Poulin | Willey | Anastopoulo, LLC and Bursor & Fisher, P.A., as Co-Lead Class Counsel.

In support of their motion, Plaintiffs submits contemporaneously-filed Memorandum of Law, which demonstrates that (1) the proposed Classes are so numerous that joinder of all class members is impracticable; (2) there are questions of law or fact common to the Classes; (3) Plaintiffs' claims are typical of the claims of the other members of the proposes Classes they seek to represent; (4) Plaintiffs and their counsel will fairly and adequately protect the interests of the proposed Classes; (5) the questions of law or fact common to the members of the proposed Classes predominate over any questions affecting only individual Class members; and (6) class treatment is superior to other available methods for fairly and efficiently adjudicating the controversy. WHEREFORE, Plaintiffs respectfully request that the Court issue an Order (i) certifying the proposed Classes pursuant to Rule 23 of the Federal Rules of Civil Procedure, (ii) appointing the named Plaintiffs as Class Representatives, and (iii) appointing the undersigned counsel as Class Counsel.

Dated: September 20, 2022

Respectfully Submitted,

**POULIN | WILLEY | ANASTOPOULO, LLC**

*BY: /s/ Blake G. Abbott*
Roy T. Willey IV*
Eric M. Poulin*
Blake G. Abbott*
Paul J. Doolittle*
32 Ann Street
Charleston, SC 29403

Telephone: (843) 614-8888
Email: eric@akimlawfirm.com
roy@akimlawfirm.com

-and-

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**CO-LEAD INTERIM COUNSEL FOR
THE PUTATIVE CLASS**

-and-

**FERR & MULLIN, P.C.**
Robert L. Mullin
7635 Main Street Fishers
P.O. Box 440
Fishers, NY 14453
Telephone: (585) 869-0210
Facsimile: 95850 869-0211
Email: rlmullin@ferrmullinlaw.com

-and-

**MOREA SCHWARTZ BRADHAM
FRIEDMAN & BROWN LLP**

John M. Bradham*
444 Madison Avenue, 4th Floor
New York, NY 10022
Telephone: (212) 695-8050
Email: jbradham@msbllp.com

-and-

**TOPTANI LAW PLLC**

Edward Toptani*
375 Pearl Street, Suite 1410
New York, NY 10038

Telephone: (212) 699-8930
Email: edward@toptanilaw.com

-and-

**THE SULTZER LAW GROUP, P.C.**

Jason P. Sultzer, Esq.
Joseph Lipari, Esq.
Jeremy Francis, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com
francisj@thesultzerlawgroup.com

-and-

**LEEDS BROWN LAW, P.C.**

Anthony M. Alesandro
Jeffrey K. Brown, Esq.
Michael A. Tompkins, Esq.
Brett R. Cohen, Esq.
One Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550
aalesandro@leedsbrownlaw.com
jbrown@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com
bcohen@leedsbrownlaw.com

**\*Admitted via *Pro Hac Vice***

4

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2022 a true and correct copy of the foregoing Motion and accompanying Memorandum of Points and Authorities, and Exhibits was served via the Court's electronic filing system to all counsel of record.

Date: September 20, 2022                    */s/Blake G. Abbott*