**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICHOLAS BERGERON and NICK QUATTROCIOCCHI, individually and on behalf of others similarly situated,<br><br>                     Plaintiffs,<br><br>          v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>                     Defendants. | Case No. 6:20-cv-06283 |

**DECLARATION OF NICK QUATTROCIOCCHI**

I, Nick Quattrociocchi, make this Declaration pursuant to 28 U.S.C. § 1746, as truthful and accurate to the best of my knowledge:

1.      This Declaration is based on my personal knowledge, and, if called upon to testify to the matters stated herein, I could and would competently do so. This declaration is submitted in support of Plaintiffs' Motion for Class Certification, including that I be approved as a class representative in this action.

2.      I was an undergraduate student at Defendant Rochester Institute of Technology during the Spring 2020 semester.

3.      During the Fall 2019 semester, I registered for classes for the Spring 2020 semester. I did not select to take these classes as online.

4.      Prior to the Spring 2020 semester, all of my courses that I was enrolled in at RIT were taught in person.

5.      I had enrolled at RIT with the understanding that all of my courses would be taught in person and on RIT's campus. I understand and expected that by paying tuition and fees, in

exchange, RIT would provide me with an in-person education and access to on-campus services, facilities, and amenities.

6.      When I reviewed class options on Student Information System (SIS) registration portal for the Spring 2020 semester, each class was listed by description, meeting time, and physical classroom location.

7.      During the 2019 and some of the 2020 semester, I had access to facilities, services, and amenities provided by RIT.

8.      Starting on approximately March 15, 2020, all of my classes at RIT were switched to a remote format, access to campus was denied, and students were directed to not return to campus. I followed RIT's instructions and did not return to campus.

9.      RIT's transition to remote classes continued for the remainder of the Spring 2020 semester.

10.     For the remainder of the Spring 2020 semester, I did not have access to RIT's campuses, facilities and services that I had expected to receive in exchange for paying tuition and fees.

11.     Prior to my enrollment for the Spring 2020 semester, I paid tuition and fees to Rochester Institute of Technology.

12.     I submit this Declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representative and Class Counsel.

13.     I currently reside in, and am a citizen of Rochester, New York.

14.     I am represented by Leeds Brown Law in New York; Poulin | Willey | Anastopoulo Law Firm, LLC in South Carolina; The Sultzer Law Group, P.C., in New York and Bursor &

Fisher P.A. I support my counsel being Class Counsel, so that they can protect the interest of all members of the class in this lawsuit.

15.     I understand the duties and obligations of a plaintiff in this proposed class action and have stayed in regular communications with my attorneys, including Leeds Brown Law, P.C. as this action has proceeded.

16.     Since I became a plaintiff in this case, I conferred regularly with my counsel, including Leeds Brown Law, P.C. In addition to numerous calls with counsel to discuss the case, I also exchanged emails with my counsel.

17.     My counsel often had questions for and needed information/documents from me concerning my experience at Rochester Institute of Technology, my interactions with the university, documents generated by me and/or the university which the university and I exchanged, all in an effort to advance the claims of the students that the university had breached its contracts with the students and/or had been unjustly enriched at our expense by retaining the tuition and fees we had paid for the Spring 2020 semester. I provided my counsel with whatever I knew or could find regarding my experience at RIT.

18.     I am knowledgeable about the nature of this case and am ready and able to serve as class representative in this action. I am seeking to be a class representative on behalf of all students enrolled at Rochester Institute of Technology who paid tuition and fees to the Rochester Institute of Technology for an in-person and on-campus education and educational services, facilities, activities, and amenities that were not provided to all students during the entire Spring 2020 Semester.

19.     I have also dedicated substantial time to this litigation through my participation in the following activities during the course of the litigation thus far: (i) reviewing and investigating

the claims against Rochester Institute of Technology; (ii) communicating with my counsel in connection with the investigation of the claims and the preparation of the class action complaints; (iii) reviewing and approving the allegations filed on my behalf and other documents filed in the action, including the discussions with my counsel in connection therewith; (iv) regular update communications with counsel concerning the status and strategy of the action; (v) regular updates with my counsel regarding Rochester Institute of Technology's motion to dismiss and Plaintiffs' successful efforts to oppose the motion to dismiss; and (vi) responded to Rochester Institute of Technology's interrogatories and requests for production of documents. I also sat for a deposition in this matter.

20.     I estimate my total time devoted to this litigation, including my calls, emails and other communications with my counsel, reviewing the pleadings and other papers in the case, together with the time I spent responding to discovery, involved at least 10 hours of my time from 2020 to the present.

21.     I have and will continue to be reasonably informed as to the status of this case and will work with my counsel to respond to future discovery requests and depositions. In addition to making myself available for a deposition, I am also willing to make myself available to testify at trial.

22.     I understand that as class representative, I will have the duty to represent the best interests of all unnamed class members. To my knowledge, I do not have any conflicts of interest with the absent class members or individual interests that are in conflict of the interests of the unnamed class.

23.     For all the foregoing reasons, I respectfully request that this Court name me as Class Representative.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:   Sept. 19, 2022
        Rochester, New York

<u>Nick Quattrociocchi (Sep 19, 2022 16:53 EDT)</u>

Nick Quattrociocchi

# Quattrociocchi Declaration - For Signature

Final Audit Report                                                                                    2022-09-19

| | |
|---|---|
| Created: | 2022-09-19 |
| By: | Anthony Alesandro (aalesandro@leedsbrownlaw.com) |
| Status: | Signed |



# "Quattrociocchi Declaration - For Signature" History

Document created by Anthony Alesandro (aalesandro@leedsbrownlaw.com)

2022-09-19 - 7:46:00 PM GMT- IP address: 71.183.51.107

Document emailed to Nick Quattrociocchi (nquattro1996@yahoo.com) for signature

2022-09-19 - 7:46:41 PM GMT

Email viewed by Nick Quattrociocchi (nquattro1996@yahoo.com)

2022-09-19 - 8:20:11 PM GMT- IP address: 209.73.183.39

Document e-signed by Nick Quattrociocchi (nquattro1996@yahoo.com)

Signature Date: 2022-09-19 - 8:53:40 PM GMT - Time Source: server- IP address: 174.208.44.10

Agreement completed.

2022-09-19 - 8:53:40 PM GMT


**Adobe Acrobat Sign**