**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

NICHOLAS BERGERON and NICK
QUATTROCIOCCHI, individually and on
behalf of others similarly situated,

                    Plaintiffs,

     v.

ROCHESTER INSTITUTE OF
TECHNOLOGY,

                    Defendants.

Case No. 6:20-cv-06283

## DECLARATION OF NICHOLAS BERGERON

I, Nicholas Bergeron, make this Declaration pursuant to 28 U.S.C. § 1746:

1. This Declaration is based on my personal knowledge, unless otherwise noted, and, if called upon to testify to the matters stated herein, I could and would competently do so. This declaration is submitted in support of Plaintiffs' Motion for Class Certification.

2. I was an undergraduate student at Defendant Rochester Institute of Technology during the Spring 2020 semester.

3. During the Fall 2019 semester, I registered for classes for the Spring 2020 semester. I selected to take all of my classes in-person, with the exception of CRIM 245 online.

4. Prior to the Spring 2020 semester, all of my courses that I was enrolled in at RIT were taught in person.

5. I had enrolled at RIT with the understanding that the in-person classes I registered for would be taught in-person, and on RIT's campus for the entire semester. I understand and expected that by paying tuition and fees, in exchange, RIT would provide me with an in-person education and access to on-campus services, facilities, and amenities.

1

6. When I reviewed class options on Student Information System (SIS) registration portal for the Spring 2020 semester, each class was listed by description, meeting time, and physical classroom location.

7. During the 2019 and some of the 2020 semester, I had access to facilities, services, and amenities provided by RIT.

8. Starting on approximately March 15, 2020, all of my classes at RIT were switched to a remote format, access to campus was denied, and students were directed to not return to campus. I followed RIT's instructions and did not return to campus to receive in-person educational instruction or access to on-campus services. I only returned to campus to collect my belongings pursuant to RIT's instructions.

9. RIT's transition to remote classes continued for the remainder of the Spring 2020 semester.

10. For the remainder of the Spring 2020 semester, I did not have access to RIT's campuses, facilities and services that I had expected to receive in exchange for paying tuition and fees.

11. Prior to my enrollment for the Spring 2020 semester, I paid tuition and fees to Rochester Institute of Technology.

12. I submit this Declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representative and Class Counsel.

13. I currently reside in, and am a citizen of Quincy, Massachusetts.

14. I am represented by Leeds Brown Law in New York; Poulin | Willey | Anastopoulo Law Firm, LLC in South Carolina; The Sultzer Law Group, P.C., in New York and Bursor & Fisher P.A. I support my counsel being Class Counsel, so that they can protect the interests of all members of the class in this lawsuit.

15. Once I became a plaintiff in this case, I conferred regularly with my counsel, including Poulin | Willey | Anastopoulo, LLC. In addition to numerous telephone and zoom calls with counsel to discuss the case, I also exchanged with my counsel via email.

16. My Counsel and his staff often had questions for and needed information and documents from me concerning my time at Rochester Institute of Technology, my interactions with the university, documents generated by me and/or the university which the university and I exchanged, all in an effort to advance the claims of the students that the university had breached its contracts with the students and/or had been unjustly enriched at our expense by retaining the tuition and fees we had paid for the Spring 2020 semester. I readily provided them with whatever I knew or could find regarding my experience at RIT.

17. I am knowledgeable about the nature of this case and am ready and able to serve as class representative in this action. I am seeking to be a class representative on behalf of all students enrolled at Rochester Institute of Technology who paid tuition and fees to the Rochester Institute of Technology for an in-person and on-campus education and educational services, facilities, activities, and amenities that were not provided to all students during the entire Spring 2020 Semester.

18. I have also dedicated significant amounts of time to this litigation through my participation in the following activities during the course of the litigation thus far: (i) reviewing and investigating the claims against Rochester Institute of Technology; (ii) communicating with my counsel in connection with the investigation of the claims and the preparation of the class action complaints that included me and the filing of both; (iii) reviewing and approving both complaints filed on my behalf and other pleadings and documents filed in the action and the discussions with my counsel in connection therewith; (iv) regular update

communications with counsel concerning the status and strategy of the action; (v) regular updates with my counsel regarding Rochester Institute of Technology's motion to dismiss and Plaintiffs' successful efforts to oppose the motion to dismiss; (vi) sat for a deposition; and (vii) responded to Rochester Institute of Technology's interrogatories and requests for production of documents.

19. I estimate my total time devoted to this litigation, including all of my phone calls, emails and other consultations with my counsel, reviewing the pleadings and other papers in the case, together with the time I spent responding to discovery, involved dozens of hours of my time from 2020 to the present.

20. I have and will continue to reasonably informed as to the status of this case and will work with my counsel to respond to future discovery requests and depositions. In addition to making myself available for a deposition, I am also willing to make myself available to testify at trial.

21. I understand that as class representative, I will have the duty to represent the best interests of all unnamed class members. To my knowledge, I do not have any conflicts of interest with the absent class members or individual interests that are in conflict of the interests of the unnamed class.

22. For all the foregoing reasons, I respectfully request that this Court name me as Class Representative.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 09/20/2022 _____

_____
Nicholas Bergeron