**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICHOLAS BERGERON and NICK QUATTROCIOCCHI, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>      Defendants. | Case No. 6:20-cv-06283 |

**DECLARATION OF ROY WILLEY**

I, Roy Willey, make this declaration pursuant to 28 U.S.C. § 1746:

1. I have personal knowledge of the facts stated below. If called upon to do so, I could and would competently testify thereto.

2. I am making this Declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representative and Class Counsel.

3. I have served as lead counsel in hundreds of complex cases and maintain an active trial practice actually trying cases to verdict.

4. Attached hereto as Exhibit A is a true and correct copy of the firm résumé of the Poulin | Willey | Anastopoulo Law Firm.

5. Relevant to this litigation, myself or my firm have been named as lead or co-lead counsel in the following actions:

    a. *In re Columbia University Tuition Refund Litigation*, 1:20-cv-03208-JMF (S.D.N.Y.);

    b. *Ford v. Rensselaer Polytechnic Institute*, Case No. 1:20-cv-00470 (N.D.N.Y);

1

c. *Espejo v. Cornell University*, Case No. 3:20-cv-00467 (N.D.N.Y);

d. *Bergeron v. Rochester Institute of Technology*, Case No. 6:20-cv-06283 (W.D.N.Y);

e. *In re: University of Miami COVID-19 Tuition and Fee Refund Litigation*, Case No. 0:20-cv-60851 (S.D. Fla.);

f. *Quereshi v. American University*, Case No. 1:20-cv-01141 (D.D.C.);

g. *Montesano v. The Catholic University of America*, Case No. 1:20-cv-01496 (D.D.C.);

h. *Ryan v. University of Temple*, Case No. 21-2016 (3rd Cir.);

i. *Levin v. Board of Regents of the University of Colorado*, 2020CV31409 (Dist. Ct. Denver); and

j. *Alderman v. The Board of Governors of the Colorado State University System*, 2020CV31410 (Dist. Ct. Denver).

6. I am currently overseeing the litigation of over 40 like cases across the country. Myself and my firm have been at the forefront of the college refund litigation nationally.

7. My firm received the first federal appellate decision in the college refund cases. After I personally appeared and argued on behalf of Plaintiffs, the D.C. Circuit Court of Appeals revived portions of the suit. *Qureshi v. American University*, Case No. 21-7064 (D.C. Cir. 2022) (consolidated with *Mark Shaffer, et al v. George Washington University*, Case No. 21-7040 (D.C. Cir. 2022). The Court reversed as to Plaintiffs' implied-in-fact contract claims with respect to tuition, some of the fees at issue, and Consumer Protection Procedures Act cause of action. *Id*.

2

8. Similarly, in *King v. Baylor University*, Case No. 21-50352 (5th Cir. 2022), the Fifth Circuit Court of Appeals reversed the district court's decision and revived the Plaintiff's breach of contract for tuition claim.

9. Due to my experience, I have been asked to be a frequent lecturer and lawyer educator in the areas of complex litigation, civil procedure, e-discovery and ethics. My presentations have ranged from certification issues in collective and class actions to state trial lawyers conference including sitting members of the judiciary, to top trial strategies and top ethics challenges involving duties to prospective clients as a nationally available CLE. For all my experience and efforts, I have been named among America's Top 100 High Stakes Litigators, a Super Lawyers Rising Star, National Top 10 Under 40, and have been repeatedly recognized for both my community and professional involvement.

10. Poulin | Willey | Anastopoulo Law Firm is headquartered in Charleston, South Carolina. Our firm focuses solely on civil litigation matters and in 2020 alone, recovered nearly $60,000,000 on behalf of our clients.

11. Poulin | Willey | Anastopoulo currently employs over 100 dedicated professionals, including 25+ attorneys who are collectively licensed to practice in over a dozen state and federal bars across the country.

12. In addition, Poulin | Willey | Anastopoulo Law Firm is among the remaining few firms nationally that regularly tries cases to verdict. For this purpose, our firm employs four full time investigators, and maintains an internal mock trial program that allow us to test and develop theories and case strategies from the outset.

13. We also have the in-house capability to arrange and conduct external focus groups, which we do on a regular basis.

14. Specific to COVID-19 tuition and fee refund litigation, our firm has assembled an in-house team of six lawyers, together with dedicated support staff, who are working exclusively on such cases, and our firm has set aside the resources necessary to grow this team as needed. Collectively, the team has already spent over 23,500 hours specific to the COVID-19 tuition and fee refund litigation nationwide.

15. With respect to tuition refund litigation generally, Poulin | Willey | Anastopoulo filed what is believed to be the second such lawsuit anywhere in the nation on April 8, 2020, and thereafter filed the third, fifth and sixth complaints of this type nationally. Since that time, our team has been contacted by thousands of students throughout the country. Currently, our firm has over 40 such cases pending throughout the country in various state and federal courts and is in contact with hundreds of students at those schools.

16. Our firm's participation in such cases nationally creates a tremendous economy of scale that will benefit the Class. Such scale will enable us to streamline such things as discovery requests, briefings, saving time and reducing ultimate costs to the Class.

17. Our firm has never utilized third party litigation funding and is committed to self-funding all of its cases on behalf of its clients. Poulin | Willey | Anastopoulo is willing to commit whatever resources are necessary to adequately represent the Class in this matter.

18. I, or my firm, have done the following with respect to this matter:

    a.  Investigated potential legal claims arising from Defendant's closure of its campus and failure to provide in-person classes during the Spring 2020 semester;

    b.  Reviewed and analyzed numerous articles describing Defendant's challenged conduct, and conduct of other colleges and universities;

    c.  Reviewed and analyzed Defendant's website;

d.  Reviewed and analyzed Defendant's policies, student handbooks, and course catalogs;

e.  Reviewed an analyzed Defendant's initial production of documents;

f.  Investigated the nature of the challenged conduct at issue by reviewing social media, message boards, and websites;

g.  Reviewed and analyzed the public comments and statements made by Defendant related to the challenged conduct at issue;

h.  Investigated the adequacy of the named Plaintiff to represent the putative class;

i.  Drafted the class action complaint in this action;

j.  Assisted the named Plaintiff in drafting responses to Defendant's discovery requests;

k.  Prepared the named Plaintiff for his deposition, defended the deposition; and

l.  Drafted the present motion.

19. I am well-positioned to serve as lead counsel in view of my extensive experience successfully litigating and trying complex cases like this one.

20. For the reasons stated above, I submit that appointment of Poulin | Willey | Anastopoulo, LLC as class counsel is in the best interest of the proposed class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th Day of September 2022, in Charleston, South Carolina.

*/s/ Roy T. Willey, IV*

5

6

Roy T. Willey, IV (*pro hac vice)*
Poulin | Willey | Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
Phone: (843) 614-8888
Email: roy@akimlawfirm.com

6