## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

--------------------------------------------------------x
NICHOLAS BERGERON and BARBARA  :
MYCEK, both individually and on      :
behalf of all others similarly situated,    :
                             :
           Plaintiffs,     :
                             :     Lead Case No.: 6:20-cv-06283-CJS
    v.                         :
                             :
ROCHESTER INSTITUTE OF      :
TECHNOLOGY,           :
                             :
          Defendant.    :
--------------------------------------------------------x

## DECLARATION OF PHILIP L. FRAIETTA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CO-CLASS COUNSEL

I, Philip L. Fraietta, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Bursor & Fisher, P.A. ("B&F"), Interim Co-Lead Class Counsel in this action. I am an attorney at law licensed to practice in the State of New York, and I am a member of the bar of this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto. I make this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Co-Class Counsel.

2. Attached hereto as **Exhibit 1** is a true and correct copy of my firm's Firm Resume.

3. My firm has extensive experience in college and university COVID-19 litigation, and has been appointed class counsel in numerous such matters, including in this case. *See* 12/18/20 Order Appointing Lead Counsel (ECF No. 44); *see also e.g.*, *D'Amario v. The*

1

*University of Tampa*, Case No. 20-cv-03744-CS (ECF No. 65) (S.D.N.Y. June 3, 2022); *Wright v. Southern New Hampshire University*, Case No. 20-cv-00609-LM (ECF No. 31) (D.N.H. Apr. 26, 2021); *In re: University of Miami COVID-19 Tuition and Fee Refund Litig.*, Case No. 20-cv-60851-AHS (ECF No. 48) (S.D. Fla. Aug. 19, 2020).

4.      My firm also has an extensive and successful history throughout the country, including certification of contested nationwide classes in cases such as *Ebin v. Kangadis Food Inc.*, 297 F.R.D. 561 (S.D.N.Y. 2014) and *Hart v. BHH, LLC*, 2017 WL 2912519 (S.D.N.Y. July 7, 2017), and New York and California classes in *In re Scotts EZ Seed Litig.*, 304 F.R.D. 397 (S.D.N.Y. Jan. 26, 2015). As Judge S. Rakoff of the Southern District of New York recognized in appointing Bursor & Fisher class counsel in *Ebin*, "Bursor & Fisher, P.A., are class action lawyers who have experience litigating consumer claims. . . . The firm has been appointed class counsel in dozens of cases in both federal and state courts, and has won multi-million dollar verdicts or recoveries in five class action jury trials since 2008." *Ebin*, 297 F.R.D. at 566.[1]

5.      Moreover, my firm has served as trial counsel for class action Plaintiffs in six jury trials and has won all six, with recoveries ranging from $21 million to $299 million.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 20, 2022 at Yorktown Heights, NY.

*/s/ Philip L. Fraietta*
Philip L. Fraietta

---

[1] My firm has since won a sixth jury verdict in *Perez v. Rash Curtis & Associates*, Case No. 4:16-cv-03396-YGR (N.D. Cal.), for $267 million.