**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

NICHOLAS BERGERON and NICK
QUATTROCIOCCHI, individually and on
behalf of others similarly situated,

                Plaintiffs,

      v.

ROCHESTER INSTITUTE OF
TECHNOLOGY,

                Defendants.

Case No. 6:20-cv-06283

## <u>DECLARATION OF MICHAEL A. TOMPKINS, ESQ.</u>

I, Michael A. Tompkins, make this declaration pursuant to 28 U.S.C. § 1746 and swear, under penalty of perjury, that the following is truthful and accurate to the best of my recollection:

1.     I have personal knowledge of the facts stated below. If called upon to do so, I could and would competently testify thereto.

2.     I am making this Declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representative and Class Counsel.

3.     My firm, Leeds Brown Law P.C., along with, the Poulin, Willey, Anastopoulo Law Firm, the Sultzer Law Group, P.C., and Bursor & Fisher P.A. represent the Named Plaintiffs.

4.     My firm has efficiently worked with co-class counsel to protect the interest of the Named Plaintiffs and putative class members, including by investigating the claims, reviewing publicly available records and documents, gathering facts regarding the university's response to COVID-19, compiling materials that form part of the university-student contract, and engaged in discovery in this proceeding and will continue to do so.

5.     A copy of the biography of Leeds Brown Law, P.C. is attached as Exhibit A.

6.       My firm has been certified as Class Counsel in another nearly identical matter in the Central District of California. The Honorable Mark C. Scarsi, U.S.D.J., noted the work performed by Leeds Brown Law, P.C. (along with other co-counsel):

> Counsel here has done significant work in identifying and investigating potential claims, including bringing a meritorious motion for class certification supported by ample evidence. Counsel also has a wealth of experience handling class actions. [Citing the declaration of Michael A. Tompkins, Esq. of Leeds Brown Law, P.C.]. … Counsel has demonstrated strong knowledge of the applicable law throughout the briefing process for this class certification motion. And finally, counsel has demonstrated it will commit sufficient resources to represent the class in this heavily litigated case…

*See Arredondo v. Univ. of La Verne*, 341 F.R.D. 47, 54 (C.D. Cal. Feb. 8, 2022).

7.       In the context of settlement of similar cases, our firm has been preliminary approved as class counsel in the matter of *Porter v. Emerson College*, Case No. 1:20-cv-11897-RWZ (D. Mass. July 21, 2022) (granting preliminary approval of the class-wide settlement facilitated by the magistrate judge). Our firm has also been counsel on numerous COVID-19 tuition and fee refund cases that have survived motions to dismiss around the country.

8.       Leeds Brown Law, P.C. has been recognized by Courts in New York for their work in class actions. *See* Ex A.

9.       We respectfully request that Court grant class certification and allow our firm, including myself, to serve as co-class counsel with the qualified firms presented to the Court here.

Date:September 19, 2022

Carle Place, New York

Respectfully submitted,

Michael Tompkins, Esq.,
**LEEDS BROWN LAW, P.C.,**
One Old Country Road, Suite 347
Carle Place, New York 11514
T: 516-873-9550