**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

NICHOLAS BERGERON and NICK
QUATTROCIOCCHI, individually and on
behalf of others similarly situated,

                  Plaintiffs,                  Case No. 6:20-cv-06283-CJS-MJP

     v.

ROCHESTER INSTITUTE OF
TECHNOLOGY,

                Defendant.

## DECLARATION OF JASON P. SULTZER, ESQ.

I, Jason P. Sultzer, make this declaration pursuant to 28 U.S.C. § 1746 and swear, under penalty of perjury, that the following is truthful and accurate to the best of my recollection:

1. I am a partner at The Sultzer Group, P.C. and I have personal knowledge of the facts stated below. If called upon to do so, I could and would competently testify thereto.

2. I am making this Declaration in support of Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel.

3. My firm along with Poulin, Wiley, Anastopoulo Law Firm, Bursor & Fisher P.A., and Leeds Brown Law P.C. represent the Named Plaintiffs.

4. My firm has efficiently worked with co-class counsel to protect the interest of the Named Plaintiffs and putative class members, including investigation the claims, reviewing publicly available records and documents, gathering facts regarding the university's response to COVID-19, compiling materials that form part of the university-student contract, and engaged in discovery in this proceeding and will continue to do so.

5. A copy of the biography of The Sultzer Law Group, P.C. is attached as Exhibit A.

1

6.        My firm has been certified as Class Counsel in another nearly identical matter in the Central District of California. The Honorable Mark C. Scarsi, U.S.D.J., noted the work performed by The Sultzer Law Group, P.C. (along with other co-counsel):

> Counsel here has done significant work in identifying and investigating potential claims, including bringing a meritorious motion for class certification supported by ample evidence. Counsel also has a wealth of experience handling class actions…Counsel has demonstrated strong knowledge of the applicable law throughout the briefing process for this class certification motion. And finally, counsel has demonstrated it will commit sufficient resources to represent the class in this heavily litigated case…

 *See Arredondo v. Univ. of La Verne*, 341 F.R.D. 47, 54 (C.D. Cal. Feb. 8, 2022).

7.        In the context of settlement of similar cases, our firm has been preliminary approved as class counsel in the matter of *Porter v. Emerson College*, Case No. 1:20-cv-11897-RWZ (D. Mass. July 21, 2022) (granting preliminary approval of the class-wide settlement facilitated by the magistrate judge). Our firm has also been counsel on numerous COVID-19 tuition and fee refund cases that have survived motions to dismiss around the country.

8.        The Sultzer Law Group, P.C. has been recognized by multiple courts for their work in class actions. *See* Ex A.

9.        We respectfully request that Court grant class certification and allow our firm, including myself, to serve as co-class counsel with the qualified firms presented to the Court here.

Executed this 19th day of September, 2022 in Poughkeepsie, New York.

/s/ *Jason P. Sultzer*
Jason P. Sultzer, Esq.
The Sultzer Law Group, P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Phone: (845) 483-7100
Facsimile: (888) 749-7747
