**EXHIBIT 2**

(Quattrociocchi001398 - Quattrociocchi001399)



Nick Quattrociocchi <nq9009@g.rit.edu>

## Spring 2021 - Annual Registration
1 message

**Registrar Office** <registrar@rit.edu>                                                    Thu, Apr 2, 2020 at 12:23 PM



Division of Academic Affairs
**Office of the Registrar**

Dear Student,

*If you are graduating prior to Spring 2021 (May 2021) please disregard the rest of this communication.*

Based on the progress you've made toward your degree, you are eligible to participate in RIT's annual enrollment program.   The annual enrollment program is one way that RIT demonstrates its commitment to help students stay on track for an "on-time" graduation. On **Friday, April 10th**, you can begin registering for your Spring 2021 classes (w*e strongly recommend that you first complete your Fall 2020 registration – which is happening now).* This enrollment opportunity provides you with more than a six month head start on your Spring 2021 registration.

**Your Spring 2021 enrollment appointment time is now viewable in SIS\*.**

***This program is only available to undergraduate** students in **BS or BFA programs** on the **main campus**.*

To be included a student must meet one of the following criteria:

- Degree-seeking student in a 4-year program *projected* to have earned more than 84 credits at the end of 2195 (Spring 2020).

- Degree-seeking student in a 5-year program *projected* to have earned more than 95 credits at the end of 2195 (Spring 2020).

Students who become eligible based on newly earned credits will be added to the annual enrollment program and notified of their eligibility via email.

**Expectations for the Spring Schedule of Classes:**

We encourage you to select the classes that you project you will need for spring. You should also select a waitlist position if that is the only option for the classes that you need.

Our colleges and academic departments have done their best to project the class schedule for Spring 2021. We know however, that between now and when Spring 2021 classes begin there will continue to be changes to the schedule. We realize that some classes will not have instructor assignments or the instructor assignments will change. We also expect some classes will be added to the schedule, so we encourage you to continue to review the class schedule for additional offerings that you would be interested in. We also anticipate that occasionally a class may be cancelled. If this occurs with a class you have registered for you will be notified.

If you have any questions about what classes to enroll in, please contact your primary academic advisor.

*Notes:*

- Enrollment in graduate courses is not allowed.  The Office of the Registrar will monitor enrollment in graduate courses on a weekly basis.  Any student enrolled in a graduate class (600-level or higher) will be dropped.  You will have the opportunity to enroll for graduate classes in November in the normal registration timeframe.

**Quattrociocchi001398**

- Students who take a leave of absence for the Fall term (2201) or in the Fall term (2201) who are enrolled for the Spring term (2205) will be dropped from their spring classes.  If a student decides to return from leave of absence for the spring semester, they will be eligible to enroll for spring semester in November during the regular enrollment cycle.

**Impact on Billing:**

The billing cycle for fall and spring semesters will remain the same. You will be billed for fall classes in July and spring classes in December. **Please note, however, if you have not paid your fall balance by the 10/15/20 due date you will be unenrolled from your Spring 2021 classes and will receive a financial hold.**

**Feedback:**

Please take advantage of this opportunity and we also want to know what you think about this initiative. Please send comments, concerns and suggestions to registrar@rit.edu (subject: Annual Registration)

\* Note: Students who are approved for an "early" enrollment appointment (students with accommodations, ROTC cadets, athletes, and honors students) for Fall 2020, have also be given an "early" enrollment appointment for Spring 2021.

Quattrociocchi001399