**EXHIBIT 3**

(https://web.archive.org/web/20200203015505/https://www.rit.edu/ritonline/tuition)

The Wayback Machine - https://web.archive.org/web/20200203015505/https://www.rit.edu/ritonline/tuition

**RIT** | Rochester Institute of Technology                    Directories    Search RIT



ROCHESTER INSTITUTE OF TECHNOLOGY
# RITONLINE

COURSES    PROGRAMS    ABOUT    HOW IT WORKS    CONTACT

## Tuition

An Affordable Online Education.

[CONTACT]

RIT has discounted the tuition rate to new students to make an online education affordable. Graduate students receive 43% off the standard graduate tuition rate, and undergraduate students receive 36% off the standard part-time undergraduate tuition rate.

Students approved to enroll in graduate-level RIT Online programs or courses beginning fall 2014 or later (*excluding Online Executive MBA, MS Product Development, and MS Manufacturing Leadership*), are assessed the discounted RIT Online tuition rate. Students approved to enroll in undergraduate-level offerings beginning fall 2015 or later (*excluding Mechatronics Engineering certificate*), are also assessed the discounted RIT Online tuition rate. While RIT merit scholarships and RIT grants are not available to students awarded the discounted RIT Online tuition, your financial aid award may contain a combination of several alternative forms of aid, including federal government, state government, and specialized tuition assistance programs. Please visit Student Financial Services for more information on program costs.

▲    **RIT ONLINE COURSES**

At RIT you have the option to take select skill-based courses without needing to apply to or be accepted into a program. This path is what we call "non-degree seeking." Students who are not enrolled in a degree program will be billed the standard RIT tuition rate.

**2019-2020 Tuition Rate**

| Graduate | Undergraduate |
|---|---|
| $1,980 per credit hour | $1,616 per credit hour |

Taking an online course before applying to a degree program can be a great way to try out online learning. If you take a course that is part of a degree program, you may be able to apply that course toward the degree upon enrolling into the degree program. To be considered for financial aid, students must be matriculated.

To enroll in a course, simply complete the enrollment request form and return to the Registrar's office. If you have any questions or can't find a course of interest, contact our concierge services for assistance.

▲    **RIT ONLINE TUITION RATE ELIGIBILITY**

The RIT Online graduate rate is charged per credit hour regardless of a student's residency or degree of study. This rate is applied for students admitted into an online degree program beginning Fall 2014 or later *(excluding the Online Executive MBA, MS Product Development, and MS Manufacturing Leadership programs)*. Students who receive this tuition rate may not enroll in on-campus or blended classes or receive RIT scholarships. The RIT Online graduate tuition rate is 43% off the standard graduate tuition rate. Please visit Student Financial Services for more information on degree program costs.

▼   FINANCIAL AID RESOURCES

▲   FAQS

**As an online student, am I eligible for financial aid?**
Yes. To be considered eligible, you must be accepted and admitted into a program consisting of at least 24 credit hours, and enrolled for at least six course credit hours within a term. Counselors are available at the Office of Financial Aid and Scholarship to answer any questions you may have and assist you with the application process. You may contact them directly at finaid@rit.edu or by phone at (585) 475-2186.

**Can I receive RIT Institutional funded grants/scholarships?**
Online students paying the RIT Online tuition rate are not eligible to receive RIT funded scholarships, due to the already discounted tuition rate. Students not awarded the RIT Online tuition rate may be eligible to receive RIT funded grants/scholarships.

**Is there a fee for applying?**
RIT requires a $65 application fee (*non-degree seeking students are not required to pay this fee unless they decide to later enroll in a degree program*) for applicants other than RIT alumni and current students within one school year of completing another RIT program. When you are filling out the online application, you will be prompted to pay this fee. Please be advised, if you do not pay this fee before submitting your final application, you will need to use the Secure Payment Service website.

The non-refundable application fee is currently $65 for degree students or free for non-degree seeking students. You can pay the application fee using a credit card.

**How much do course materials cost?**
The expense of course materials will vary from course to course since different instructors will use different course materials. If course materials such as software and textbooks or other lecture materials are required, the cost of materials on a per-course basis could vary from $100 to $250. Some courses may not even require purchased course materials at all, or the course may instead use free web-based resources. RIT students are eligible for discounts on select Microsoft, Adobe, and other software programs.

**How do I pay my bill?**
All billings are generated on or about the first of the month. Email notifications are sent to students and authorized payers when bills are available. Acceptable forms of payment are listed below. Additional information can be found on the Student Financial Services Billing Dates and Payment Options page.

- Check

- eCheck through your financial institution (no fee)

- Wire transfer (international payments only)

- Visa, Discover, or MasterCard payments are accepted online at www.rit.edu/eservices. (Vendor service fee applies)

 

CALENDAR   CONCIERGE   TUITION   FAQ   BLOG   PRESSROOM   RIT**X**