# EXHIBIT 5

(https://web.archive.org/web/20220716153143/https://www.rit.edu/sfs/policies)

Finance & Administration » Financial Services » Student Financial Services » Explanation of Fees

# Explanation of Fees

Search this site

### Menu

- Student Financial Services
- $ eServices
  - Tuition and Fees
  - Policies ⌄
  - Billing Dates and Payment Information ⌄
  - Student Insurance Options
  - Student Sponsored Billing
  - Loan Repayment
  - Educational Tax Credits
  - Payment Card Compliance
  - Forms
  - Popular Links ⌄
  - Contact Us
- Finance & Administration Home

student is assessed an all-inclusive orientation fee that will appear on the fall tuition statement.

## Student Health Services Fee

All full time students in a degree program and students enrolled in the English Language Program are assessed the **Student Health Services Fee** to provide support for programs and services offered by the Student Health Center, Student Counseling and Psychological Services and for health promotion initiatives. This fee does not cover diagnostic tests performed by offsite laboratories, x-rays or other imaging, prescriptions, or referrals to outside specialists and/or other health care providers. *

Part time and co-op students may opt to pay the semester Student Health Services Fee in order to access services offered or choose a fee per visit.

*RIT expects all students to carry medical insurance.  If your plan does not provide coverage in the Rochester area, RIT offers a Student Accident and Sickness Insurance program for purchase.

## Student Activity Fee

All undergraduate and full-time graduate students in a degree program are assessed the **Student Activity Fee.**  The student activity fee supports programs, events, and services that enhance the quality of student life at RIT.

## Wellness Education Fee

The **Wellness Education Fee** is assessed for classes offered through the Center for Intercollegiate Athletics and recreation. Please see the course catalog for the fee associated with each course.

## Wellness Fee Credit

The **Wellness Fee Credit** reflects the allowable credit for the wellness fee requirement based on a student's degree program status, course registration and program requirement.

## Student Accident & Sickness Insurance

Please visit the Student Accident & Sickness Insurance page for more details on this fee.

## Parking Permit

All individuals who park on RIT's campus must have a valid parking permit or authorization from RIT