# EXHIBIT 6

(November 5, 2021 Deposition of Nicholas Quattrociocchi)

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

-----------------------------------------X

NICHOLAS BERGERON and NICK

QUATTROCIOCCHI, on behalf of themselves

and on behalf of all others similarly

situated,

                Plaintiffs,

      -against-    Case No.
                    6:20-cv-06283

ROCHESTER INSTITUTE OF TECHNOLOGY,

                Defendants.

-----------------------------------------X

                November 5, 2021
                10:00 a.m.

VIDEOTAPED DEPOSITION of

NICHOLAS QUATTROCIOCCHI, the Plaintiff in

the above-entitled action, pursuant to

Order, held at the above time and place

before Binita Shrestha, a Stenographic

Court Reporter and Notary Public within

and for the State of New York.



Page 2

APPEARANCES:
LEEDS BROWN LAW, P.C.
    Attorneys for Plaintiffs
    One Old Country Road, Suite 347
    Carle Place, New York 11514
    516.873.9550
BY: ANTHONY ALESANDRO, ESQ.

HOLLAND & KNIGHT
    Attorneys for Defendant
    31 West 52nd Street, 12th Floor
    New York, New York 10019
    212.513.3490
BY: ROBERT J. BURNS, ESQ.
    Robert.Burns@hklaw.com

Also Present:
    Fernando Santiago, Esq.,
    Santiago Burger LLP

    Bobby Colon, Esq., Vice President and
    General Counsel, RIT
    Evan Thompson, Esq., Senior Associate
    Counsel, RIT

    Sheila Shen, Esq., Leeds Brown Law

    Tom Karwacki, Legal Video Specialist

Page 3

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the sealing and filing of the within deposition be waived.

IT IS FURTHER STIPULATED AND AGREED that this deposition may be signed and sworn to before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the officer before whom said deposition is taken.

IT IS FURTHER STIPULATED AND AGREED that that all objections, except as to form, are reserved to the time of trial.

Page 4

N. QUATTROCIOCCHI

NICHOLAS QUATTROCIOCCHI, the witness herein, having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

THE COURT REPORTER:  Please state your name and address for the record.

THE WITNESS:  Nicholas Quattrociocchi, 843 Embury Road, Penfield, New York.

EXAMINATION BY
MR. BURNS:

Q.  Good morning, Mr. Quattrociocchi.  My name is Bob Burns.  I'm with the law firm of Holland & Knight, and we represent Rochester Institute of Technology in your lawsuit against the school.

Going forward, if I refer to Rochester Institute of Technology as RIT, you know what that means, correct?

A.  Yes.

Q.  Have you ever been deposed

Page 5

N. QUATTROCIOCCHI

before?

A.  I don't know what that means.

Q.  Well, this is a deposition.  You understand that?

A.  Yes.  I have not.

Q.  I'm sorry, yes.  Have you ever sat for a deposition before?

A.  No.

Q.  Okay.  Have you ever testified in court before?

A.  No.

Q.  Have you ever been a party to a lawsuit other than this one?

A.  No.

Q.  Okay.  So let's go over a few ground rules at the outset since this is a new experience here to make sure we're on the same page.

I'm here to ask you some questions about your claims in this.  There's a court reporter, as you see, on one of the Zoom boxes.  She's recording my questions to you and your answers to those questions on a stenographic record.



Page 6

N. QUATTROCIOCCHI

And that means a few things. The first is that for the court reporter to be able to accurately record our exchange, you need to wait until I finish my question before you start your answer, and I'll extend you the same courtesy. That will make a clearer record.

And the second point is that your answers need to be verbal. So nods of the head, or shakes of the head, or uh-uhs or uh-huhs don't reflect well in the stenographic record, so verbal answers are required.

All good so far?

A. Yes.

Q. You're entitled to a question from me that you understand. Some of my questions will inevitably be garbled. I apologize for that in advance. But if that happens, just let me know, and I will either restate the question or rephrase the question so you understand the question.

But if you do answer a question,

Page 7

N. QUATTROCIOCCHI

I'll assume that you understood the question; is that fair?

A. Yes.

Q. Okay. If you need a break at any time during this deposition, just let me know. We'll take a few breaks at your convenience or the court reporter's convenience throughout the deposition. Just let me know when you need a break.

The only thing I ask is that you complete your answer to any pending questions before we take a break.

Sir, you understand that although we're on a Zoom screen today and not in a courtroom, this is an official proceeding in this case, correct?

A. Yes.

Q. And you took an oath moments ago, correct?

A. Yes.

Q. And that's the same oath to tell the truth in this deposition that you would take if you were testifying in court. Do you understand that?

Page 8

N. QUATTROCIOCCHI

A. Yes.

Q. And do you understand that the testimony you give today may be used at the trial of this case?

A. Yes.

Q. Because we're on Zoom and not in a conference room altogether, I would ask that you don't communicate with anyone other than the faces on the Zoom boxes while we're on the record; is that fair?

A. Yes.

Q. Okay. That means no texts, no IMs, nothing like that; agreed?

A. Yes.

Q. Okay.

A. My phone is off.

Q. Okay. Thanks. So let's just go over a few preliminary questions.

How are you feeling today, Mr. Quattrociocchi?

A. I'm feeling fine.

Q. Are you on any drugs or medication that might affect your ability to understand my questions today?

Page 9

N. QUATTROCIOCCHI

A. No.

Q. Are you on any drugs or medication that might affect your ability to remember facts or details?

A. No.

Q. Did you drink alcohol today?

A. No.

Q. Are you aware of any reasons why your answers today may not be truthful or complete?

A. No.

Q. Have you ever been found guilty of a crime?

A. No.

Q. What did you do to prepare for this deposition today?

A. I briefly spoke with my lawyer this morning, and I reviewed the documents inside the Dropbox folder.

Q. Okay. You spoke with your lawyer, Mr. Alesandro?

A. Yes.

Q. And this was just this morning?

A. Yes.



Page 10

N. QUATTROCIOCCHI

Q. Had you spoken with Mr. Alesandro or any of his colleagues prior to this morning regarding this deposition?

A. Yes.

Q. How many times?

A. Once yesterday, once this morning, and Wednesday once, I think. About three times.

Q. Wednesday of last week?

A. No. Wednesday two days ago.

Q. Wednesday, Thursday, and this morning, Friday?

A. I believe so, yes.

Q. Is that it?

A. I think so in regards to this interview.

Q. Okay. And how long was your conversation, about, this morning?

A. About five, ten minutes. Somewhere in that range.

Q. Okay. And how long was your conversation yesterday?

A. I don't recall.

Page 11

N. QUATTROCIOCCHI

Q. Minutes, hours?

A. Definitely not hours. Minutes.

Q. Okay. How about your conversation on Wednesday? How long?

A. That was still less than hours. I think that one was a little longer. Probably closer to 10, 15 minutes.

Q. Okay. And were these meetings with your lawyer on Zoom or some other remote means?

A. Phone call.

Q. Phone call. Did anyone participate in these conversations other than Mr. Alesandro?

A. No.

Q. Was anyone present during these meetings other than Mr. Alesandro?

A. No.

Q. Did you review any documents in connection with your preparation for today's deposition?

A. I reviewed the Dropbox and the complaint filed.

Q. When you refer to the Dropbox,

Page 12

N. QUATTROCIOCCHI

are you referring to the deposition exhibits for today's deposition that we provided to your counsel?

A. Yes, we -- yes.

Q. Okay. Aside from those documents and your complaint in this case, have you reviewed any other documents to prepare for today's deposition?

A. No.

Q. Have you spoken to anyone other than your counsel regarding today's deposition?

A. No.

Q. Have you made any written statements? Have you ever made any written statements regarding your claims in this case?

A. Other than anything directly going to Mr. Alesandro, no.

Q. So you're referring to communications that you had with Mr. Alesandro?

A. Yes.

Page 13

N. QUATTROCIOCCHI

Q. Okay. So aside from communication with Mr. Alesandro, you have made no written statements regarding your claims in this case?

A. No.

Q. Do you know what an affidavit is?

A. No.

Q. An affidavit, I'll represent to you, is a document which is signed by you with a notary which constitutes your sworn testimony.

Have you ever done anything like that in connection with your claims in this case?

A. I don't believe so.

Q. Okay. Mr. Quattrociocchi, where are you physically located today? You're located at a house in, you said, Penfield, New York?

A. Yes.

Q. Is this your residence?

A. Yes.

Q. And is anyone in the house with



MAGNA
LEGAL SERVICES

Page 14

N. QUATTROCIOCCHI

you right now?

A. Yes.

Q. Who is in the house with you right now?

A. My mother and sister.

Q. Okay. So Mr. Quattrociocchi, the address that you gave to the court reporter at the outset of this deposition, that's your primary residence, correct?

A. Yes.

Q. How long have you lived there?

A. One moment. I got to do some math. Thirteen-ish years.

Q. And Penfield is in the Greater Rochester area, correct?

A. Yes.

Q. And before you lived in your present residence, where did you live?

A. 815 Hard [phonetic] Road, Webster.

Q. And is Webster also in the Rochester area?

A. Yes.

Page 15

N. QUATTROCIOCCHI

Q. Have you lived in the Rochester area for pretty much your whole life?

A. Yes.

Q. How old are you?

A. 24. Oh, wait. I need to amend my prior statement. I don't know why I thought I was 21 for a second. I'm 24, so add three, so 16 years I've been at 843 Embury. Sorry.

Q. Okay. You've been at 8 -- you've been at your present address for 16 years?

A. Around there, yes. I moved here when I was eight.

Q. Okay. Sir, are you presently employed?

A. Yes.

Q. And where are you employed presently?

A. Prestige Business Solutions Incorporated.

Q. And is this a full-time job or a part-time job?

A. This is part-time.

Page 16

N. QUATTROCIOCCHI

Q. And what do you do at Prestige Business Solutions Incorporated?

A. I aid my mother with some operations at her job, some data entry.

Q. Is this a company that's owned by your mom?

A. Yes.

Q. And about how many hours a week do you work at Prestige?

A. Maybe ten, generally not much.

Q. How long have you worked with your mom at Prestige?

A. I don't know off the top of my head.

Q. Okay. Over, say, the last five years, have you been employed anywhere other than at Prestige?

A. Yes.

Q. Where over that time period, the last five years, have you been employed other than Prestige?

A. Optimax Systems Incorporated and Pro Unlimited.

Q. Pro Unlimited?

Page 17

N. QUATTROCIOCCHI

A. Yeah, I think so.

(Reporter clarification.)

THE WITNESS: Optimax Systems Incorporated, O-p-t-i-m-a-x.

Q. And the second one was Pro -- I'm sorry. Can you just repeat the second one as well?

A. Pro Unlimited, Inc. It's incorporated.

Q. Anything else other than Optimax and Pro over the last five years and Prestige?

A. No.

Q. Were Optimax and Pro co-op placements in connection with your RIT education or something else?

A. Something else.

Q. Okay.

A. Well, it covered my co-op, but I worked at Optimax when I was -- from when I was in high school until this past December.

Q. Okay. You said they covered your co-op, meaning you used Optimax and



Page 18

N. QUATTROCIOCCHI

Pro to satisfy your co-op requirements at RIT?

A. Yes.

Q. Okay. So just briefly, what was your job or what jobs did you do at Optimax?

A. Several over the years. I was there for just -- just under six years -- just over six years.

I worked in production control where I -- really, I threw out glass. That's what happened in that -- that job.

And then I moved into the machine shop where I worked as a CNC manual machinist.

After that, I switched over to Plano, P-l-a-n-o. That was the department name. They manufacture flat glass.

After that, I switched to prototype spherical where I did some spherical glass manufacturing, but mainly I worked as an I.T. tech.

Then after that, I switched into

Page 19

N. QUATTROCIOCCHI

I.T. where I worked as an I.T. technician developing some Web-based systems.

And then for the majority of the time at Optimax, I worked in the R&D, research and development, as a research and development technician where I programmed 6-Axis robotics, polished extreme spherical optics, and did some miscellaneous data analysis with the occasional machine running algorithm implementation.

Q. Okay. Did you ever work full-time at Optimax?

A. Yes -- no. I worked 40 hours a week, but I was not labeled as full-time.

Q. And over what period did you work 40 hours a week at Optimax?

A. Over the summers and during the breaks.

Q. And otherwise, when RIT classes were ongoing, it was a part-time job?

A. Yes.

Q. You said you stopped working at

Page 20

N. QUATTROCIOCCHI

Optimax in December of 2020, correct?

A. Yes.

Q. And why did you stop working there?

A. So mainly due to the pandemic. They indefinitely furloughed me because they could not -- they could not justify a part-time employee during the pandemic, and then they could not guarantee me a position during the summer because what I was trying to do, as a product of my studies at RIT, they did not have much work for that.

Q. Okay. And did you start at Pro pretty soon thereafter?

A. I started at Pro Unlimited the coming summer, the following summer.

Q. Got it. And was your Pro job limited to the summer of -- this past summer, summer of 2021?

A. Yes.

Q. So you started there at the beginning of the summer and left at the end of the summer?

Page 21

N. QUATTROCIOCCHI

A. Yes.

Q. And generally, what did you do at Pro?

A. So Pro Unlimited is a contracting company that Corning Incorporated uses. So although my employment was at Pro, all of the content and all of the work that I did was at Corning. And I just programmed robots, 6-Axis robotic arms.

(Reporter clarification.)

THE WITNESS: 6-Axis, A-x-i-s, robotic arms.

Q. Did RIT assist in any way in your place of placement at Pro Unlimited?

A. No.

Q. No connection with RIT career services or co-op placements?

A. No.

Q. How did you find the job at Pro?

A. My friend worked at Corning, and she said to apply.

Q. So Mr. Quattrociocchi, you're presently a student at RIT, correct?



Page 22

N. QUATTROCIOCCHI

A. Yes.

Q. And are you a full-time student presently?

A. Yes.

Q. Have you been a full-time student throughout your tenure at RIT?

A. No.

Q. Can you identify for me the times during your tenure at RIT where you were something other than a full-time student?

A. Over the summers and I think my first two semesters, I signed up for two classes each semester.

Q. So your first year, your first year, your first two semesters at RIT, you were only -- you only took two classes each?

A. Yes.

Q. And why was that?

A. I was not in the department that I was trying to be in.

Q. Understood. We'll have a look at some correspondence later, but you

Page 23

N. QUATTROCIOCCHI

were admitted to RIT to a different program than that to which you applied, correct?

A. Yes.

Q. And so you took reduced course load to sort of biding time to get into your primary program, the program you wanted?

A. Yes.

Q. Okay. Mr. Quattrociocchi, where did you go to high school?

A. Webster Schroeder.

Q. And is that in Penfield or thereabout?

A. Webster.

Q. Webster. And was that the same high school you attended throughout your high school career?

A. Yes.

Q. You graduated high school and used your high school diploma?

A. Yes.

Q. When did you graduate high school?

Page 24

N. QUATTROCIOCCHI

A. 2015.

Q. Okay. How were your grades in high school generally?

A. In tech courses, high, usually A's. In everything around, around B-plus, A-minus.

Q. Did you receive any academic -- strike that.

Did you receive any academic honors in high school?

A. I was in -- I was on honor roll several times. I think high honor roll a few times. I think in one of the documents that I reviewed in the Dropbox, it outlined that I received outstanding accomplishments in several tech courses.

Q. Okay. Did you participate in any extracurricular activities while you were in high school?

A. Yes.

Q. What did you do? What extracurricular activities did you participate in in high school?

A. In between freshman and

Page 25

N. QUATTROCIOCCHI

sophomore year, I played football.

And I don't know if this counts as extracurricular, but I was a teacher's aide in my senior year for four courses. They were half years.

Q. Okay. Over what period of time did you play football? I think you mentioned it, but I missed it.

A. Most of the summer in between freshman and sophomore year.

Q. And was this high school varsity team, something else?

A. Junior varsity, I believe.

Q. Did you hold any leadership positions at high school?

A. No.

Q. Did you participate in student government at high school?

A. No.

Q. So you graduated from high school in June of 2015, correct?

A. Yes.

Q. And had your plan in high school been to go straight to college after



7 (Pages 22 to 25)

Page 26

N. QUATTROCIOCCHI
graduating high school?
A. Yes.
Q. When did you begin considering colleges that you might attend?
A. I don't recall an exact date.
Q. Okay. In the period around your graduation from high school in 2015, what colleges did you consider attending or applying to?
A. The ones I recall were St. John Fisher College, Roberts Wesleyan College, RIT. Those are the ones that I recall.
Q. And can you describe generally the process that you undertook to consider which schools you might want to apply to?
A. Well, I was looking for a mechanical engineering program of some form. So if the college had that, then I went towards it.
Q. Were all of the schools you were interested back in 2015 local schools, meaning somewhere in or around the Rochester area?

Page 27

N. QUATTROCIOCCHI
A. Yes.
Q. Was that important to you as well?
A. Yes.
Q. Why was that?
A. I was working at Optimax during that time. I wanted to continue working there to build up my resume.
Q. Okay. So aside from St. John Fischer, Roberts Wesleyan, and RIT, you can't recall any other schools you were interested in back in the 2015 time period?
A. I can't recall anymore.
Q. Okay. Did you visit any or all of these colleges?
A. I did not visit Roberts Wesleyan.
Q. You did visit St. John Fisher and RIT?
A. Yes.
Q. When approximately did you visit RIT?
A. Before I graduated high school,

Page 28

N. QUATTROCIOCCHI
but I don't have an exact date.
Q. Was it before or after you applied to RIT?
A. I can't recall.
Q. Okay. What do you recall about your visit to RIT?
A. I don't recall much. This was almost seven years ago, maybe even more. But I know that my mom took me around and showed me some things.
Q. Your mom was -- sorry. Are you finished with your answer?
A. My mom was an alum, so she showed me some of the places she went to.
Q. Okay. So that was going to be my question. Your mother was an alum of RIT, correct?
A. Yes.
Q. And was this an official campus tour, or your mother was just showing you around the campus and showing you the sites of where she went to school?
A. My mother was showing me around the campus.

Page 29

N. QUATTROCIOCCHI
Q. So it wasn't sign up with admissions, have a tour guide, that sort of tour. It was your mother showing you around the campus?
A. I believe so, yes.
Q. Okay. And do you recall anything in particular that your mother showed you or things that she told you during that visit?
A. I don't recall specifics.
Q. Okay. Did you apply to all of the three schools that you previously identified in one of your earlier answers?
A. Yes. I applied to all three schools.
Q. Okay. Did you apply to any online schools or online programs?
A. Not that I recall.
Q. At which colleges were you accepted back in 2015?
A. I was accepted into St. John Fisher for the physics department. I was accepted into Roberts Wesleyan, I don't



Page 30

N. QUATTROCIOCCHI

recall which college. I was accepted into RIT's -- not the mechanical engineering department. That's what I applied for. There was another department. I don't recall which one.

Q. Okay. You applied to RIT for early admission in 2014-15, correct?

A. Yes.

Q. Was that because RIT was your first choice of school?

A. Yes.

Q. And you applied for RIT's mechanical engineering program, correct?

A. Yes.

Q. Okay. So if I could ask you to just briefly pull up from the Dropbox deposition Exhibit NQ-1?

A. That's Ex.1-RIT1200.

Q. That's right. This is a document that's been stamped NQ 1, and it has Bates Nos. RIT 1200 through 1207.

Just let me know when you have that up.

A. One moment. I -- this was

Page 31

N. QUATTROCIOCCHI

working last night.

(Discussion held off the stenographic record.)

THE VIDEOGRAPHER: The time is 10:34 a.m. We're off the record.

(Brief pause.)

THE VIDEOGRAPHER: The time is now 10:37 a.m. We're back on the record.

BY MR. BURNS:

Q. So Mr. Quattrociocchi, do you have in front of you deposition Exhibit NQ 1?

A. I do.

Q. And for the record, this is a document bearing Bates numbers 1200 through RIT 1207.

When I refer to Bates numbers, Mr. Quattrociocchi, do you know what that means?

I'll just tell you what it means. It means on the bottom right-hand corner of the document, it's the number, the alphanumerical number that starts RIT

Page 32

N. QUATTROCIOCCHI

and has some numbers. Those are just identification numbers that will apply to documents that were produced by either side in this case. We call them Bates numbers, so we're referring to that for the deposition.

So Mr. Quattrociocchi, do you recognize the document NQ-1?

A. Yes.

Q. This is your application that you filed for admission to RIT back in November of 2014, correct?

A. Yes.

Q. Why did you decide to apply to RIT for early admission?

A. When I was in high school, I was told that it beared more weight, and if you tried to apply early admission to the college that you're most desiring to get into, you have a slightly better chance of getting in.

Q. And so why was it that you most desired to get into RIT?

A. They were local, and they had

Page 33

N. QUATTROCIOCCHI

the best mechanical engineering program, hopefully.

Q. Any other reasons be?

A. Those are the main ones, no.

Q. Did you review any RIT written materials before you applied to RIT back in 2014?

A. Not that I can recall.

Q. Did you review any portions of RIT's website before you applied to RIT in 2014?

A. Not that I recall.

Q. Did you receive any e-mails from anyone with RIT before you applied back in 2014?

A. No, not that I recall.

Q. Did you receive any letters from anyone at RIT before you applied in 2014?

A. Not that I say specifically. I recall some vague -- it could have just been you applied to RIT, here's -- here's information or something to that extent but I don't -- no one -- nothing from a particular person from RIT.



MAGNA

LEGAL SERVICES

Page 34

N. QUATTROCIOCCHI

Q. When you say "here's some information," what information do you recall being sent to you or reviewing in connection with your 2014 application?

A. I don't recall specifically.

Q. Do you recall -- unspecifically, do you recall reviewing RIT information in connection with that application?

A. I don't recall anything specifically. It was, like I said, almost seven years ago.

Q. Do you recall reviewing any RIT brochures or pamphlets before you applied back in 2014?

A. The only thing that I can recall reviewing was the cost of tuition at that point in time. I don't remember the specific, but I do remember that being a -- that being a number thrown around.

Q. So aside from the cost of tuition, you can't recall reviewing any additional RIT materials?

A. No.

Q. Did you review the RIT

Page 35

N. QUATTROCIOCCHI

undergraduate bulletin before you applied in 2014?

A. Not that I recall.

Q. Did you review RIT's tuition and fee refund policies before you applied in 2014?

A. I do not recall reviewing those.

Q. Did you review RIT's student financial agreement before you applied in 2014?

A. I don't remember specifically.

Q. Did you speak with any RIT representatives before you applied to RIT in 2014?

A. I don't recall speaking to a specific representative, no.

Q. Just so I understand your answer, you don't recall, or you don't believe you spoke to a representative before you applied?

A. I do not remember a specific instance in which I spoke to a representative of RIT before attending.

Q. Do you believe you did speak

Page 36

N. QUATTROCIOCCHI

with an RIT representative?

A. I don't believe so. Well, I don't recall.

Q. Okay.

A. I'm sorry. It's seven years ago.

Q. Fair enough. Totally understood. Do you recall speaking to any RIT students before you applied in 2014?

A. Yes.

Q. What students do you recall speaking to around that time period?

A. Justin, Justin Foehner.

Q. Anyone else?

A. Not that I can remember.

(Reporter clarification.)

THE WITNESS: Foehner. I think it's F-o-e-h-n-e-r, Foehner, I think.

Q. When about did you speak to Justin? This was before you applied or around the time you applied?

A. I don't recall a specific date, but I --

Page 37

N. QUATTROCIOCCHI

Q. Do you recall -- sorry, I didn't mean to --

A. I didn't speak to him around the time in which I applied. I don't recall if he -- he -- he went to Schrader, and I know that he went to RIT after he graduated.

So I contacted him around that time. I don't know the specific time, but I know it was around the time in which I applied.

Q. And what do you recall Justin telling you about RIT?

A. I know when he was not -- I know he was not in the mechanical engineering department. And I know that he told me about whatever department he was in, but beyond that, I don't recall any specifics.

Q. Okay. Do you recall any questions you asked hill him and any concerns that you had that you discussed with him?

A. I don't recall any specifics.



Page 38

N. QUATTROCIOCCHI

Q. Okay. Did you speak with your mother about her RIT experience in connection with your interest in RIT?

A. Yes.

Q. And what do you recall asking her or her telling you?

A. She -- well, she told me some stories of teachers -- sorry, that's my cat.

She told me about this one professor that had a whiteboard but never whiteboard markers, so he just used his finger to spell out math, and everyone got frustrated, and this went on for probably three-quarters of the trimester at that point before I think she got frustrated and just bought him whiteboard markers and told him to start writing stuff down.

She told me about the tunnels. She walked through those many times, and how the wind whipped through the campus. And I believe she said she enjoyed her time there. I mean, that's about as much

Page 39

N. QUATTROCIOCCHI

as I remember because those would come up a couple of times, those specific stories. That's the only reason I remember them.

Q. Okay. So Mr. Quattrociocchi, you were accepted for admission to RIT for fall of 2015, correct?

A. Yes.

Q. If I could ask you to pull up deposition Exhibit NQ-2.

Do you recognize this document?

A. Yes.

Q. What is this?

A. This is my acceptance letter to RIT for the management -- school of management, something to that extent.

Q. This is a letter you received from RIT on or about January 14th, 2015, correct?

A. That is, yes.

Q. You had applied for mechanical engineering, correct?

A. Yes.

Q. And you were accepted into RIT

Page 40

N. QUATTROCIOCCHI

but into their management program, correct?

A. Yes.

Q. You didn't enroll at RIT for fall 2015, correct?

A. Correct.

Q. Why not?

A. I did not get into the department that I was trying to get into.

Q. Any other reasons?

A. That was it.

Q. And where did you enroll instead?

A. I enrolled in St. John Fisher College.

Q. That's in Rochester, correct?

A. Yes.

Q. You enrolled as a full-time student at St. John Fisher effective fall 2015, correct?

A. Yes.

Q. Why did you choose to enroll at St. John Fisher?

A. I was able to get into the

Page 41

N. QUATTROCIOCCHI

department that I -- it was the department that I desired, which is the physics and pre-engineering department.

I -- the tuition was a bit lower, and I received a financial scholarship that covered a large part of it, and it was local.

Q. Any other reasons?

A. Those were it.

Q. Okay. And you spent one year at St. John Fischer, correct?

A. Yes.

THE WITNESS: Can I have a moment to put my cat somewhere?

MR. BURNS: Absolutely. Yeah, let's go off the record.

THE VIDEOGRAPHER: The time is 10:51 a.m. We're off the record.

(Brief recess taken.)

THE VIDEOGRAPHER: The time is now 10:58 a.m. We're back on the record.

BY MR. BURNS:

Q. So when we left off, we were



Page 42

N. QUATTROCIOCCHI

talking about your time at St. John
Fisher College.  You left St. John Fisher
after one year there, correct?
   A.  Yes.
   Q.  And why did you leave St. John
Fisher?
   A.  The physics program was not as
well kept, I guess, as I was expecting.
So -- well, there is -- yeah, the physics
program was not what I was expecting, and
there was not a lot of support for it.
      And then when I first applied,
they said that RIT was a -- they referred
to it as the sister college, so the
pre-engineering program was part of the
physics department, so you could -- it
was similar to an MCC two-plus-two, but
it was -- it was like a three plus two.
      So if you spent three years at
St. John Fisher and two years at an
engineering college, you could get a
bachelors in physics and a bachelors of
some engineering form.
      The problem was that they did

Page 43

N. QUATTROCIOCCHI

not partner with anyone locally by the
time I got there.  And I think the --
their subscription -- they said that RIT
was one of the colleges that you could
transfer to, but by the time I got there,
it was not, so I finished a year of
physics and transferred out.
   Q.  So is it fair to say that your
goal in enrolling at St. John Fisher was
eventually to get to RIT?
   A.  Yes he.
   Q.  When you got there do you
recalls that was a remote prospect than
you had learned to believe?
   A.  Yes.
   Q.  Okay.  What about St. John
Fisher physics program was disappointing
to you?
   A.  So the failure rate for physics
one and physics two was really, really
high.  I understand they are very
difficult courses but the -- it was just
difficult.
      The professors knew what they

Page 44

N. QUATTROCIOCCHI

were teaching, but they couldn't transfer
it to their students, and it was somewhat
difficult to get information out of the
professors.
      So once I finished physics one
and physics two, and they wanted me to
take modern physics, I wasn't going to be
able to wrap my head around that too much
without much additional help from
professors, so I left.
   Q.  Okay.  And you enrolled at
Monroe Community College as of fall 2016,
correct?
   A.  Yes.
   Q.  And in one of your earlier
answers, you said MCC.  That's Monroe
Community College?
   A.  Yes.
   Q.  And why did you choose to enroll
at MCC?
   A.  They are very cheap, and their
two-plus-two program connected to several
other schools including RIT.
   Q.  Can you tell me what you mean by

Page 45

N. QUATTROCIOCCHI

two-plus-two program?
   A.  Oh, sorry.
   Q.  It's okay.
   A.  Two-plus-two program, I guess
it's rather colloquial around here, it
refers to spending two years at a
community college and then transferring
to a larger sometimes private college to
finish out your bachelor's degree.
      Two-plus-two does not always get
you an associates, but if you take an
extra course or two usually you can just
qualify for the associates and
two-plus-two, so that's why I have the
associates.
   Q.  Okay.  So Monroe Community
College at the time you enrolled had and
established transfer pathway to RIT,
correct?
   A.  Yes.
   Q.  And it had an established
two-plus-two program with RIT, correct?
   A.  Yes.
   Q.  Was that -- would you say that



12 (Pages 42 to 45)

Page 46

N. QUATTROCIOCCHI

was the primary reason why you enrolled at MCC?

A. Not the primary reason, but it was a reason.

Q. What would you say was the primary reason?

A. The cost was significantly lower.

Q. Lower than St. John Fisher?

A. Lower than just about every college in the area.

Q. Okay. At the time you enrolled at MCC, had you decided that you ultimately wanted to transfer to RIT?

A. Yes.

Q. And why had you made the decision that you ultimately wanted to transfer to RIT?

A. RIT's mechanical engineering program.

Q. Any other reasons?

A. No.

Q. What was it about RIT's mechanical engineering program that you

Page 47

N. QUATTROCIOCCHI

were interested in?

A. Well, it's the best one locally, and it's a very good program. It's -- I know it's -- I know it's up there in the overall rankings, but, yeah.

Q. When you say it was the best one locally, that can mean a lot of things to a lot of people.

What did it mean to you? What did it mean to be the best?

A. Well, to be honest, I didn't have an exact metrics to compare against with other colleges in the area, but I know that U of R was not as known -- it was not really known for their mechanical engineering program but RIT was, so I'm going to use that as a basis of my statement.

Q. Okay. So I guess -- so let me ask the question this way then. So when you were referring to best, are you sort of referring to outward-facing reputation and prestige of the program or something else?

Page 48

N. QUATTROCIOCCHI

A. That, and I heard from some people that went there that they were taught more useful directly applicable to the outside world topics compared to U of R where they --

Q. So --

A. Sorry.

Q. No, no, please finish your answer?

A. Where U of R taught more theoretic -- more theory, RIT taught more practical stuff.

Q. So your understanding was that RIT's program was more practical in approach and had a better reputation?

A. Yes.

Q. Anything else?

A. That covers it.

Q. Okay. So you enrolled in Monroe's in MCC's engineering science two-plus-two program, correct?

A. Yes.

Q. And you stayed at MCC for two years, correct?

Page 49

N. QUATTROCIOCCHI

A. Yes.

Q. Were you a full-time student at MCC for those two years?

A. For parts of those two years, not every semester.

Q. What semesters at MCC were you part-time as opposed to full-time?

A. I don't recall specifics, but I know there was at least one semester where I only signed up for three classes with three credits, where each class had had three credits, so it was technically not full-time. I was at nine credits.

Q. And when you were -- for those periods at MCC where you were part-time, why were you part-time as opposed to full-time?

A. The course offerings at MCC did not really go past the first two years, and since I already spent the year at Fisher, at St. John Fisher, I didn't need to take more nor really could I.

Q. Okay. Did you receive a degree from MCC?



Page 50

N. QUATTROCIOCCHI

A. Yes.

Q. What degree did you receive?

A. Associates of engineering science.

Q. When did you receive that degree from MCC?

A. Towards the middle of the summer -- middle of the summer 2018, I believe.

Q. During the time you were at St. John Fisher and MCC, were you in contact with anyone at RIT?

A. I don't recall if I contacted anyone.

Q. During the time you were at St. John Fisher and MCC, did you review any materials pertaining to RIT?

A. I don't recall if I reviewed materials.

Q. Do you have any specific recollection of any materials you did review pertaining to RIT during this period when you were at St. John Fisher and MCC?

A. The only thing I could think of,

Page 51

N. QUATTROCIOCCHI

and I don't -- I think it was technically an MCC document, but it referred to the two-plus-two program with RIT, and I know I had to review that at least a few times during my time at MCC.

But that's -- I don't -- I don't know if that directly qualifies as a RIT document or if that qualifies as a MCC document.

Q. So you're referring to some sort of MCC document about the transfer pathway to RIT?

A. Yes.

Q. And you reviewed it to make sure you were on track towards the requirement of that program?

A. Yes.

Q. Okay. And aside from this transfer pathway document from MCC, do you recall reviewing any other RIT-related materials during your time at MCC or St. John Fisher?

A. I do not recall if I did.

Q. Do you recall any RIT materials

Page 52

N. QUATTROCIOCCHI

that you may have reviewed during this time promising you that your education at RIT would be exclusively in person?

A. I don't recall if I saw that anywhere.

Q. You don't recall that you did see that anywhere?

Do you recall receiving any materials during this period when you were at St. John Fisher or MCC in which RIT promised that instruction would be exclusively in person?

A. I do not remember if I received any correspondence that said that it would be -- would or would not be in person. It was guaranteed to be in person.

Q. So you have no specific recollection of any promises of that nature having been made to you in any materials you reviewed during that period, correct?

A. I do not have any specific recollection of any materials that

Page 53

N. QUATTROCIOCCHI

promised me that, no.

Q. Mr. Quattrociocchi, you applied again to RIT for fall 2018 admission, correct?

A. Yes.

Q. And if I could ask you to pull up deposition Exhibit NQ-3.

A. Yes, I am looking at it.

Q. Okay. This is deposition Exhibit NQ 3 starting with Bates RIT 1226 and ending at RIT Bates 1235.

Do you recognize this document?

A. Yes.

Q. What is this?

A. This was the printout of the application to get into RIT, if I remember correctly -- oh, the common application, yes.

Q. So this is a printout of the common application you filed for admission to RIT for the fall 2018-semester, correct?

A. Yes.

Q. Aside from RIT, did you apply to



14 (Pages 50 to 53)

Page 54

N. QUATTROCIOCCHI

any other schools in 2018?
    A.  No.
    Q.  In the process of applying to
RIT for the fall of 2018, did you speak
with anyone at RIT?
    A.  Yes.
    Q.  Who did you speak with?
    A.  I don't recall the specific
person, but I know that I -- I know that
I contacted RIT at least once because I
had less than a 3.25 GPA.
        So I contacted at least the
admissions office to try and figure out
how to get into the college.  I don't
remember a specific person, or if there
is any other departments, but I'm fairly
confident I contacted the admissions
office.
    Q.  And what do you recall about
that?  Was it a phone call?
    A.  Yes.
    Q.  What do you recall about that
phone call?
    A.  He recommended a course of

Page 55

N. QUATTROCIOCCHI

action applying to a different department
and transferring in once my GPA was
higher.
    Q.  Do you recall anything else
about that conversation?
    A.  Specifically, no, I don't
remember anything else.
    Q.  Okay.  Do you recall speaking to
anyone else at RIT in connection with
your fall 2018 application?
    A.  I don't remember if I contacted
anyone else.
    Q.  At any time in connection with
your fall 2018 application, did anyone
from RIT that you spoke with ever promise
you that instruction at RIT would be
exclusively in person?
        MR. ALESANDRO:  Objection.
        You can answer.
    A.  I don't recall if that was
explicitly stated.
    Q.  You don't have any recollection
of that having been explicitly stated at
any time in connection with your

Page 56

N. QUATTROCIOCCHI

application for the fall of 2018?
    A.  I don't remember.  It was years
ago, and it was a small -- small point in
time.  I'm sorry.
    Q.  Sure, but you don't have any --
as you sit here today, you have no
specific recollection of a promise of
that nature having been made to you,
correct?
    A.  I don't have any -- I don't
remember if that came up in conversation.
I don't remember any specific
conversations other than the small
conversation with the admissions
department.
    Q.  In the process of applying to
RIT for fall of 2018, did you review any
RIT materials?
    A.  So not -- just that MCC
two-plus-two RIT document.  That's the
only one I can confidently say I
remember.
    Q.  So aside from that document, you
don't recall reviewing any other

Page 57

N. QUATTROCIOCCHI

RIT-related materials in connection with
your 2018 application?
    A.  Can you repeat the question?
    Q.  Sure.  So aside from the
transfer pathway document that we
previously discussed, you don't recall
reviewing any additional RIT-related
materials in connection with your 2018
application?
    A.  I don't remember if I reviewed
any other documents aside from that one.
    Q.  You don't have any recollection
today that you did review any additional
materials?
    A.  No.  I do not remember if I did.
    Q.  Did you review any portions of
RIT's website in connection with your
2018 application?
    A.  No.  I don't believe I really
started going through the website until I
was enrolled.
    Q.  Did you receive any e-mails from
anyone at RIT in connection with your
2018 application?



15 (Pages 54 to 57)

Page 58

N. QUATTROCIOCCHI

A. I think I received notification that it was submitted. Beyond that, I don't -- I don't have any recollection of being contacted by anyone at RIT.

Q. It's probably the same answer to this question, but did you receive any letters from anyone at RIT in connection with your 2018 application?

A. I did receive a letter of acceptance into the software engineering department. That was it, so not someone specifically but...

Q. So the acceptance letter you received is the only letter you recall receiving in connection with your 2018 application?

A. Yes.

Q. Did you review any RIT brochures or pamphlets in connection with your 2018 application?

A. Not that I can recall.

Q. Did you review the RIT undergraduate bulletin in connection with your 2018 application?

Page 59

N. QUATTROCIOCCHI

A. Not that I recall.

Q. Did you review any other RIT written materials in connection with your 2018 application?

A. Not that I recall.

Q. Did you review RIT's tuition and fee refund policies in connection with your 2018 application?

A. Not that I recall.

Q. Did you review RIT's student financial responsibility agreement in connection with your 2018 application?

A. Is that the -- is that a page on E services as you're paying for tuition or is that a different page?

Q. Well, we'll talk about the SFRA in a little while, but do you know what the student financial responsibility agreement is as we speak today?

A. Not exactly.

Q. Okay.

A. No.

Q. Well, just to refresh your recollection, if you can just open up

Page 60

N. QUATTROCIOCCHI

quickly NQ Exhibit 8. And we'll speak substantively about this document later, but if you can just pull that up and see if that refreshes your recollection?

A. Yes.

Q. So this is one copy of one of your student financial responsibility agreements with RIT, correct?

A. Yes, yes.

Q. And did you review the text of this agreement in connection with your 2018 application to RIT?

A. Yes. At the time, I did. I did review this.

Q. At the time of your 2018 application?

A. The acceptance date here says 2019, so I don't know how to answer.

Q. That's fair enough.

Just so we're on the same page, NQ Exhibit 8 was -- we'll talk about it later -- was your specific student financial responsibility agreement for one of your academic years at RIT.

Page 61

N. QUATTROCIOCCHI

You signed a similar agreement for all of your years at RIT, correct?

A. Yes.

Q. Okay. And the question is simply: Did you review the terms of this agreement that you would be signing at RIT annually at the time you applied to RIT back in 2018?

A. Yes.

Q. Okay. So if I could ask you to flip to or open deposition Exhibit NQ-4. Do you have it open?

A. Yes.

Q. Okay. This is a document bearing the Bates number, RIT 1236. Do you recognize this document?

A. Yes.

Q. What is this?

A. This is my acceptance letter into the software engineering program.

Q. This is an acceptance letter you received from RIT on or about August 14th, 2018, correct?

A. Yes.



16 (Pages 58 to 61)

Page 62

N. QUATTROCIOCCHI

Q. And you had applied to RIT's mechanical engineering program, correct?

A. Yes.

Q. And you were accepted into the software engineering program?

A. Yes.

Q. Take a moment to look through NQ-4 and identify anything in here that you think constitutes a promise of in-person education by RIT?

MR. ALESANDRO: Objection.

THE WITNESS: Should I still reply?

MR. ALESANDRO: Yes.

Q. Oh, you can answer if you understood the question.

A. Can you repeat the question?

Q. Sure. Is there anything in here, NQ Exhibit 4, that you contend constitutes a promise of in-person education?

MR. ALESANDRO: Objection.

You can answer.

A. I -- I don't exactly understand

Page 63

N. QUATTROCIOCCHI

the question.

Q. Do you see anything in here that speaks about in-person education?

A. It does not explicitly state anything directly about in-person education.

Q. Okay. You ultimately enrolled at RIT beginning in the fall 2018-semester, correct?

A. Yes.

Q. And why did you choose to enroll in RIT starting in the fall of 2018?

A. Well, I had a bad experience with the U of R at the mechanical engineering department, so I continued onto RIT in hopes to transferring into the mechanical engineering department after a year.

Q. You said you had a bad experience with -- and I think you said something about U of R.

A. Yes, University of Rochester. Sorry.

Q. So what are you referring to

Page 64

N. QUATTROCIOCCHI

there?

A. Well, the long story short, I set up a meeting with the head of the department because Optimax has connections with U of R because of their optics program, so I set up a meeting at a specific time.

Right at the meeting was about to start, some person walked in and hijacked my meeting time for about 25 minutes, and then I just walked out.

And I got a phone call as I was almost to my car saying, "Can you come back?" And then I did meet. Still wasn't a good meeting after that, so.

Q. So just so I understand, had you applied to the U of R?

A. I was going to pending this meeting, but then...

Q. I see. So when about was this? This was during your time at MCC?

A. I don't recall the specific time, but there was not snow.

Q. Okay. You didn't ultimately

Page 65

N. QUATTROCIOCCHI

apply to U of R, correct?

A. No.

Q. So in 2018, the only school you applied to was RIT?

A. Yes.

Q. I just want to make sure I understand. Is it accurate that at some point, you had been considering possibly applying to both U of R and RIT, and this meeting sidelined you in the prospect?

A. Yes.

Q. And ultimately, you just settled just apply to RIT, and you were accepted, and chose to enroll?

A. Yes.

Q. Okay. Aside from the documents you've already told me about that you reviewed before you applied to RIT, did you review any additional RIT documents or materials during the time between your 2018 admission and your 2018 enrollment?

A. No.

Q. And aside from the people that you've already told me about that you



17 (Pages 62 to 65)

Page 66

N. QUATTROCIOCCHI

spoke to before you applied to RIT, did you speak to any additional people from RIT during the period between your 2018 admission and your 2018 enrollment?

A. I do not remember speaking to anyone specifically.

Q. Do you recall speaking to anyone generally?

A. Very likely chance I contacted admissions a couple of times, but I don't know specifics.

Q. Why do you say that's very likely?

A. Because you -- generally, the application process requires a few contacts. Through personal experience, you have to contact admissions, and financial aid, and some other department like that to get enrolled and have everything sorted out.

So I know I contacted at least one of those departments at some point before -- before enrollment happened.

Q. Okay. And during any of these

Page 67

N. QUATTROCIOCCHI

contacts, did anyone at RIT promise you that your RIT education would be exclusively in person?

A. I don't recall anyone explicitly stating that it would be in person.

Q. All right. Let's talk a little bit about your time at RIT generally before we dive specifically into spring 2020.

So you initially enrolled in RIT's software engineering program, correct?

A. Yes.

Q. And you changed your major during the spring 2019 term, correct?

A. Yes.

Q. From software engineering to mechanical engineering, correct?

A. Yes.

Q. And I think it's pretty clear from your testimony so far, but why did you decide to change your major?

A. Well, I wanted to be a mechanical engineer, not a software

Page 68

N. QUATTROCIOCCHI

engineer.

Q. And that had been effectively a part of the plan from the point of your enrollment at RIT, correct?

A. Yes.

Q. At the time you enrolled in RIT in fall 2018, you testified earlier that for the first two semesters, you took a limited caseload -- limited course load, correct?

A. Yes.

Q. And why was that?

A. I wanted to make sure that my GPA was high enough to transfer into the mechanical engineering department.

Q. So you took the classes you needed to get your GPA to the point where it needed to be to get into mechanical engineering?

A. Yes.

Q. Were you technically a part-time student during those first two semesters?

A. I know I was not full-time, so if the opposite of full-time is

Page 69

N. QUATTROCIOCCHI

part-time, then yes.

Q. Fair enough. So after you changed your major from software engineering to mechanical engineering, have you been and remained a full-time student at RIT?

A. Aside from summer semesters, yes.

Q. And in May of 2020, you changed your status to that of a dual degree student, correct?

A. Yes.

Q. What does that mean?

A. Dual degree refers to an accelerated ME -- was it MEBS or MSBS program -- and it allows you to double count three master's level -- well, nine credits worth of master's level, graduate level courses, as the three elective for your bachelor's degree and three electives for your master's degree.

Q. As of today, are you still a full-time dual degree student at RIT?

A. Yes.



18 (Pages 66 to 69)

N. QUATTROCIOCCHI

Q.  When do you expect to receive your degrees?

A.  Hopefully, at the end of this spring, this coming spring.

Q.  Spring 2022?

A.  Yes.

Q.  Okay.  If you can just open up one document, and then we'll look at one more, and this is just for purposes of authenticating the document.  If you could open up NQ Exhibit 5 quickly.

This a document bearing Bates No. RIT 1248.  Do you recognize this document?

A.  Yes.

Q.  What is this?

A.  This is an e-mail I sent to Megan Lehman, my software engineering -- what was she called -- counselor -- not counselor -- whatever -- the person that was in charge of me to facilitate me signing up for classes.  I cannot -- I can't recall the -- advisor, advisor. She was my software engineering advisor.

N. QUATTROCIOCCHI

To try and change majors from software to mechanical engineering.

Q.  And so this reflects your request in 2019 to change your program from software engineering to RIT's mechanical engineering undergraduate program?

A.  Yes.

Q.  And then if you could flip to NQ-6.

A.  Yes.

Q.  This is the document bearing Bates No. RIT 1259.  Do you recognize this document?

A.  Yes.

Q.  What is this?

A.  This is an me contacting Jill Ehmann -- Ehmann -- I don't know how to pronounce that last name -- in regards to accepting the dual degree program.

Q.  This is your acceptance of your entry into the -- into RIT's dual degree program for mechanical engineering bachelors plus masters, correct?

N. QUATTROCIOCCHI

A.  Yes, but it's -- I think you start out as MSBE -- I'm sorry -- MEBS, so it's the master's in engineering you start out with, not master's of science.

Q.  Got it.  I'm sorry if I misspoke.

So this is your acceptance of your entry into the dual bachelor/master of science for engineering, correct?

A.  Master's of engineering, yes.

Q.  Okay.  I keep on saying science.

A.  You're fine.  I'm in the master's of science program now -- well, I will be soon because of the thesis that I'm proposing, but when you're first accepting here, it's the master's of engineering.

Q.  And NQ 6 reflects your agreement to enter that program, correct?

A.  Yes.

Q.  Okay.  Have you received any academic honors during your time at RIT?

A.  Yes.

Q.  What academic honors have you

N. QUATTROCIOCCHI

received while at RIT?

A.  This past spring, spring 2021, I was placed on dean's list.

Q.  Anything else?

A.  I think that's it.

Q.  Okay.  So if I could ask you to open up NQ deposition Exhibit -- Deposition Exhibit NQ-7.

A.  Yes.

Q.  This document bears Bates numbers RIT 2060 through RIT 2065.

Do you recognize this document?

A.  Yes.

Q.  What is this?

A.  This is my transcript from RIT. It includes transfer credits from St. John Fisher and MCC.

Q.  And this is your transcript, your current transcript, from RIT to date, correct?

A.  Yes.

Q.  So this document indicates that you have participated in several co-ops during your time at RIT, correct?



Page 74

N. QUATTROCIOCCHI

A. Yes. This document indicates that, yes.

Q. What generally are co-ops at RIT?

A. Co-ops are generally a block of time that you spend at a company, and that's as a paid intern for -- I think technically just intern. I don't know if it's required to pay.

Q. Do you receive RIT credit for co-op placements?

A. Yes. I know that you have to fill three -- what was it -- three blocks of co-op or three half blocks of co-op, so I would assume that does require credits or incur credits, so.

Q. Okay. Just to get the record clear, if I could just ask you to flip to the third page of this document -- well, actually you can just flip to the second page of this document under the 2018-19 summer semester.

A. Yes.

Q. And it looks like there is a

Page 75

N. QUATTROCIOCCHI

co-op listed there, correct?

A. Yes.

Q. It appears that zero credits were attempted, zero credits earned for that co-op?

A. Yes.

Q. So does that refresh your recollection as to whether or not co-ops are for credit?

A. Yes, yes, yes.

Q. And they are not. So you don't receive RIT credits for the co-op placements, correct?

A. Yes. That makes sense.

Q. And do you pay RIT tuition while you're on co-op?

A. No.

Q. Okay. Where -- over your time you've been at RIT, where have you done your co-ops?

A. Well, like I -- like I said earlier, my time at Optimax waived my co-ops because I was there for six years, so I guess, technically, at Optimax, but

Page 76

N. QUATTROCIOCCHI

it was not explicitly labeled as a co-op during those times I was working there.

Q. Okay. And did Pro -- was Pro a co-op as well?

A. I was labeled as a co-op when I was at Pro Unlimited.

Q. Okay. And aside from Optimax and Pro, have you done co-ops anywhere else while at RIT?

A. No.

Q. Okay. Was -- your placement at Pro Unlimited, was that a remote position, an in-person position, or a hybrid position?

A. It was an in-person position.

Q. Okay. And I assume the same answer for Optimax?

A. There was more flexibility, but most of the time, yes, it was in person.

Q. When you say there was more flexibility at Optimax, there were some periods of time where you could work from home?

A. Yes.

Page 77

N. QUATTROCIOCCHI

Q. Okay. Where have you lived while you've been studying at RIT?

A. Just at the residence I provided.

Q. And this is the home that you share with your family?

A. Yes.

Q. Your parents?

A. Yes.

Q. And you've lived there throughout your time at RIT?

A. Yes.

Q. Have you ever lived in RIT's on-campus housing?

A. No.

Q. How do you generally spend your free time during the time you've been at RIT?

A. I generally don't really have much free time.

Q. And you say that because of your course load or something else?

A. Course load, workload. So I spend a lot of time studying. I -- once



N. QUATTROCIOCCHI

I turned 21, I went out to bars on occasion, some video games, I guess. I don't have a lot. It's usually at obscure times, so.

Q. When you say you spend a lot of time studying, where do you primarily study?

A. On campus a lot actually.

Q. Whereabouts?

A. Erdle Commons.

Q. What is Hurdle Commons?

A. Erdle, E-r-d-l-e, Commons. It is a -- it's an open area on the first floor of Gleason College, G-l-e-a-s-o-n, and all of the -- since it's part of Gleason Engineering College, all of the engineers go there and study. It's a nice environment to study, very productive.

Q. Why do you say that?

A. Well, if you're in an environment where everyone -- everyone's goal is to study and be productive, you tend to study and be productive rather

N. QUATTROCIOCCHI

than putz around on your phone and just go on Facebook or be not productive.

So it's sad when I was stuck in my basement for a couple of months next to many, many things that were a lot more entertaining than doing homework, so.

Q. And so in an average week, say, now, what percentage of your study time is done at Erdle Commons versus at home?

A. So is this reference to this semester or --

Q. Yeah, just today, I mean, right around now at the present.

A. Okay. So Tuesday and Thursday, I would spend pretty much 12:00 to 6:30, so about six and a half hours roughly in Erdle Commons studying and doing homework.

Monday and Wednesday, sometimes I spend time there. But those are definitely recurring times because I have only one class Monday and Wednesday, so there is no reason to drive all the way to campus for one class and stay there

N. QUATTROCIOCCHI

for a lot of homework if nothing to do.

Q. So is the time you spend at Erdle Commons primarily you're on campus anyway, and you're between classes? Is that why you find yourself there?

A. If I don't have a test to explicitly study for or if I don't have -- if I have some homework that I'm fine with knocking out on my laptop versus my desktop, I definitely go to Erdle Commons.

Q. And has that changed over your time at RIT except in the second half of the spring 2020-semester?

A. No. I've spent a lot of time at Erdle.

Q. Have you joined any fraternities at RIT?

A. No.

Q. Do you participate in any extracurricular activities at RIT?

A. Sometimes study sessions, but aside from that, no.

Q. When you say study sessions, are

N. QUATTROCIOCCHI

you talking about something formal or informal?

A. It depends on the situation. So when I was taking thermo, there was some -- when I taking thermodynamics, there was some organized study sessions where every student that was taking it was offered to go to campus at some point in the night, so that was organized.

But there's been many impromptu ones that have popped up over the years.

Q. Okay. So in terms of things that you would consider extracurricular, meaning not connected with your classwork, have you participated in any extracurricular activities at RIT?

A. No, none that I recall.

Q. Have you been a member of any campus clubs or organizations?

A. No.

Q. Have you been a member of RIT's student government?

A. No.

Q. Have you played any sports at

MAGNA
LEGAL SERVICES

Page 82

N. QUATTROCIOCCHI

RIT?

A. No.

Q. Have you participated in any RIT-sponsored intramural or club sports?

A. No.

Q. Do you attend on-campus sporting events at RIT?

A. I have attended, I think, one hockey game.

Q. One hockey game over the time you've been at RIT?

A. Yes.

Q. Anything else, sporting events?

A. No.

Q. Have you ever used RIT's student health services?

A. Not that I recall.

Q. Have you ever used RIT's counseling and psychological services?

A. No.

Q. Have you ever used RIT's recreation or gym facilities?

A. Yes.

Q. What facilities have you used?

Page 83

N. QUATTROCIOCCHI

A. I have worked out at the gym a couple of times.

Q. When you say a couple of times, what does that mean?

A. More than once, less than ten times. Somewhere in that range.

Q. Less than ten times over your time at RIT?

A. Yeah.

Q. Do you know what SLC stands for at RIT?

A. No.

Q. Do you know if RIT has what it calls a Student Life Center?

A. I don't know if it has it, but I know I've heard of SLC before or Student Life Center.

Q. Have you ever used any of the Student Life Center facilities?

A. I don't know what the Student Life Center is.

Q. Okay. Have you ever had an on-campus job at RIT?

A. No.

Page 84

N. QUATTROCIOCCHI

Q. So taking a look back at your transcript, NQ Exhibit 7, you started at RIT in the fall of 2018, correct?

A. Yes.

Q. And looking forward to the spring 2020-semester, that's on page three of the document.

A. Okay.

Q. It appears -- it looks like you took five classes per credit that term, correct?

A. Yes.

Q. And you received credit for all of them, correct?

A. Yes.

Q. Full credits for all of them, correct?

A. Yes.

Q. And you elected a pass/fail option for three of those classes, correct?

A. Yes.

Q. And you received A-minuses in the others, correct?

Page 85

N. QUATTROCIOCCHI

A. Yes.

Q. And you received a 3.67 GPA that term, correct?

A. Yes.

Q. Looking through the class list, probability and statistics, was that a lecture class?

A. You say lecture class?

Q. Yes.

A. Yes, it was a lecture class.

Q. Okay. Second on the list, Strength of Materials Lab, that was a lab class, correct?

A. Yes.

Q. Systems dynamic, was that a lecture and a lab class?

A. Yes, but we didn't get to the lab due to the pandemic.

Q. And contemporary issues topic mechanical engineering, that was a lecture class, correct?

A. Yes.

Q. And intro to optimal design, that was a lecture class, correct?



N. QUATTROCIOCCHI

A.  Yes.

Q.  And you also took two classes during the summer of 2020, correct?

A.  At RIT, yes.

Q.  When you say "at RIT," did you take classes elsewhere as well?

A.  Yes.

Q.  Where did you take classes elsewhere during the summer 2020-semester?

A.  MCC.

Q.  What classes did you take at MCC during the summer of 2020?

A.  Linear algebra and discrete mathematics.

Q.  Have you continued to take classes at MCC since then?

A.  No.

Q.  Why did you take these two classes at MCC during the summer of 2020?

A.  The cost.

Q.  So these were classes that you -- have you received transfer credits from RIT for those classes?

N. QUATTROCIOCCHI

A.  For one of the classes, yes.

Q.  And aside from these two classes in the summer of 2020, have you taken other classes at other schools aside from RIT since enrolling at RIT?

A.  I'm sorry.  My dog screamed at that exact moment.  Can you repeat the question?

Q.  Yeah.  Aside from these two classes that you took at MCC during the summer of 2020, have you taken other classes at other schools during the time you've been a student at RIT?

A.  I don't believe so.  Unless if otherwise indicated on my transcript.

Q.  Okay.

A.  I think only discrete math and linear I took since enrolling at RIT.

Q.  Okay.  So the two classes on your RIT transcript under 2019-2020 summer, these were RIT classes, correct?

A.  Yes.

Q.  And you took them during the summer of 2020?

N. QUATTROCIOCCHI

A.  Yes.

Q.  The first one, mechanics of programming, was that an in-person class, a virtual class, or a hybrid class?

A.  Virtual.

Q.  And the second class, graduate lower-level special topic, topic -- I won't even bother to try to read it into the record.

The second class on the list for spring of 2020, was that a virtual class, an in-person class, or a hybrid class?

A.  Virtual.

Q.  When did you decide to register for classes during the summer of 2020 term?

A.  I decided -- so once the pandemic hit and everything switched to in-person classes -- sorry, online classes -- and I -- at that point, I was furloughed from Optimax for a moment.

So I didn't have any -- I didn't have any plans for the summer.  So whenever -- shortly after they furloughed

N. QUATTROCIOCCHI

me, and I saw that Dr. Crassidis was offering MATLAB/Simulink and advanced systems theory, I signed up for that.

And then since I was finishing out the prerequisites for my computer science minor, I signed for mechanics and programming too because I had all summer. I wasn't going to do anything.

Q.  So at the time you registered for these summer 2020 classes, you knew they were going to be virtual classes, correct?

A.  Yes.

Q.  And so now looking forward to the fall of 2020 term, you registered for six credit classes that semester, correct?

A.  Yes.

Q.  And you withdrew from one of them, correct?

A.  Yes.

Q.  And so looking down the list of the classes that you took through to completion, Beers of the World, was as



MAGNA
LEGAL SERVICES

Page 90

N. QUATTROCIOCCHI

that virtual classes, an in-person class, or a hybrid class?

A. Can you elaborate on the definition of hybrid class?

Q. Do you know what hybrid class means as it deals with RIT?

A. Some people in-person, some people online, correct?

Q. I'm asking you if you have an understanding of the term -- have you -- since -- beginning in fall of 2020 -- let me ask the question this way:

Beginning in fall of 2020, which of your classes have been something other than full-time in-person classes?

A. Beers of the World. So there was some lecture that was online, but tastings were in person. That's why I asked further questions.

Q. Got it.

A. So it's -- yeah, the reason -- the further reason I asked, my -- I have had other classes that offered -- they titled it as hybrid where some students

Page 91

N. QUATTROCIOCCHI

were in person, some students were online.

So that was my understanding of hybrid. So that one didn't exactly fit into the category.

Q. Okay. So Beers of the World was sort of a blend. The lectures were online, you said, and the tastings were in person.

A. Yes.

Q. Fluid mechanics, was that an exclusively in-person class or something else?

A. That was exclusively online.

Q. Engineering applications lab, was that exclusively in person, exclusively online, or something else?

A. Something else. Lectures were held online, but the lab once -- I think once a week, we had lab, and that was required to be in person.

Q. Multidiscipline -- I'm sorry. Did I cut you off?

A. A little, but it's fine.

Page 92

N. QUATTROCIOCCHI

Q. No, no, continue with your answer, please.

A. So applications lab -- engineering applications lab required several other instances in which you had to come in to complete the lab that was not scheduled. So I had to meet with my group mates several other times.

So although it wasn't explicitly scheduled as far as the teacher was concerned, we had to come in several other times to complete the lab, and that was required.

Q. Okay. Multidisciplinary Senior Design I, was that an exclusively online class, an exclusively in-person class or something else?

A. Something else. So that one -- that one was odd. So it's senior design, and we had to design a rocket engine from scratch. That's a whole different story.

But we had to -- there wasn't exactly lectures, but there were meetings that were virtual with my team and my --

Page 93

N. QUATTROCIOCCHI

team and the advisor. I had several separate meetings with just the team and several meetings with the customer. Those were all online.

But we had to get some parts of machines, so that required us to be on campus at points in time. Fabricated is a better word. And we had to exchange materials between students, so it wasn't exactly in person on campus, but materials were carted between team members.

Q. Okay. How about Classical Controls? Was that exclusively in person exclusively online, or something else?

A. Something else. Lab was in person. Lectures were online.

Q. So beginning in the fall 2020-semester, RIT had a number of different course offerings, right? Some were in person, some were online, and some were something else as we've just discussed?

A. Yes.



MAGNA
LEGAL SERVICES

Page 94

N. QUATTROCIOCCHI

Q. And at the time you registered for fall 2020, you knew what the modalities were going to be for the classes that you registered for, correct?

A. I did not have the syllabus to know the explicit -- explicitly how everything was going to be divvied up, but I -- they did say that when I registered for classes that certain courses would be in person, and I knew which courses would have in-person portions.

Q. And by exclusion, you also knew which courses would have virtual or online components?

A. Yes.

MR. BURNS: How are you doing? Would you like to take a brief lunch break and then resume?

(Discussion held off the stenographic record.)

THE VIDEOGRAPHER: The time is now 12:08 p.m. We're off the record.

(Lunch recess taken.)

Page 95

N. QUATTROCIOCCHI

(Examination resumed.)

THE VIDEOGRAPHER: The time is is now 12:47 p.m., we're back on the record.

BY MR. BURNS:

Q. Good afternoon, Mr. Quattrociocchi. I'd like you -- if I could ask you to open up Deposition Exhibit NQ-8, please.

Do you have it up?

A. Yes.

Q. This is a document with the Bates number RIT 1887. Do you recognize this document?

A. Yes.

Q. And we looked at this earlier in the deposition, correct?

A. Yes.

Q. What is this document?

A. This is the student financial responsibility agreement.

Q. And this is the student financial responsibility agreement you executed for the 2019-2020 academic year,

Page 96

N. QUATTROCIOCCHI

correct?

A. Yes.

Q. And you agreed to this electronically, correct?

A. Yes.

Q. And where it shows NQ9009 at the bottom, that's you, right?

A. Yes.

Q. You agreed to student financial responsibility agreements at the beginning of every RIT academic year, correct?

A. Yes.

Q. What did you understand you were agreeing to on this student financial responsibility agreement?

A. That I would have to pay for the tuition and oh, if I failed to pay, there would be a hold incurred. I know that one. Acceptance that a collection agency may contact me if I don't.

Q. Okay. And it says in this document that you agree that when you register for any class at RIT or receive

Page 97

N. QUATTROCIOCCHI

any service from RIT, you agree to accept full responsibility to pay all tuition fees and associated costs as a result of the registration, correct?

A. Yes.

Q. And there's nothing in this document that promises that all classes will be in person, is there?

A. It's not explicitly stated that all classes will be in person.

Q. And there is nothing in this document that states that you're entitled to a refund if classes are canceled or changed, is there?

A. Can you repeat the question?

Q. Sure. There is nothing in this document that states you're entitled to a refund if classes are canceled or changed, is there?

A. No.

Q. In fact, the only reference to refund in this document is in the second paragraph of the document, correct?

A. Correct.



Page 98

N. QUATTROCIOCCHI

Q. And that paragraph has a hyperlink to RIT's tuition refund policies, correct?

A. Yes.

Q. And did you know what RIT's tuition refund policies were at the time you signed this agreement?

A. I believe at the time, yes.

Q. So sir, let's take a closer look at spring 2020.

How did you choose which classes you wanted to register for for the spring 2020 term?

A. Well, I needed most of them to graduate. Intro to Computer Science Theory filled out a -- an elective for the minor.

The rest of them -- I think, well, Probability in Statistics II, I think also helped fill part of the minor. But the rest of them were required for either my bachelor's or master's degree.

Q. Did you have any latitude in selecting your classes for spring 2020,

Page 99

N. QUATTROCIOCCHI

or were they all -- these are classes you just had to take at that particular moment?

A. These were all classes I had to take.

Q. When did you register for classes for the spring 2020 term?

A. Wait, actually sorry. Is this spring of '19 to '20 or '20 to '21 spring.

Q. No, the spring 2020 term. If you're looking at -- you seem to be looking at a document.

Are you looking at your transcript to refresh your recollection?

A. Yes, yes. Sorry.

Q. So you're looking at document NQ Exhibit 7?

A. Yes.

Q. Okay. And the classes that you took during the spring 2020 term are listed at the top left-hand corner of page three of that document, correct?

A. Yes. Sorry. I was looking at

Page 100

N. QUATTROCIOCCHI

the 2021 -- well, 2021 to 2020 -- 2020 to 2021 spring. Sorry on my part.

Q. Okay. Should we go back to that earlier line of questions regarding --

A. Yes, yes.

Q. Okay. So how did you go about selecting which courses you wanted to take in spring of 2020?

A. Well, actually, all except the for the Intro to Optimal Design was explicitly required for my degree.

Intro to Optimal Design, it is required for -- well, a master's elective was required for the master's degree, but I chose that one because I'm interested in optimization.

Q. So aside from Intro to Optimal Design, the other classes that you took in 2020 were all degree requirements?

A. Yes.

Q. When did you register for your spring 2020 classes?

A. Sometime later in the fall.

Q. The fall of 2019?

Page 101

N. QUATTROCIOCCHI

A. Yes.

Q. Was it around Thanksgiving time or around Christmastime?

A. I don't recall a specific time.

Q. Okay. How, meaning how specifically did you register for classes for the spring 2020 term?

A. Through RIT's SIS, student info services portal, I think. I know it's SIS. I don't recall what specifically SIS stands for.

Q. Okay. Did you review any materials before you registered for your spring 2020 classes regarding these classes?

A. Yes.

Q. What materials did you review regarding these classes before you registered for them?

A. I reviewed the Statistics Immersion on the RIT website. I reviewed the dual degree requirements on the website, and the -- well, I guess the dual degree would cover the master's and

MAGNA
LEGAL SERVICES

Page 102

N. QUATTROCIOCCHI
bachelor's requirements.

And then I think Strength of Materials Lab I don't know if I explicitly reviewed materials, but I know MCC does not offer the lab. So I think I was told by my advisor that I had to take that, and it fit in at that point in time, so I took it then.

Q. Did you review any descriptions of these classes before you registered for them?

A. Yes, I would had to have.

Q. Why do you say you would have had to have?

A. In the process of signing up and selecting courses, you have to review materials for them.

Q. And where are these materials found?

A. Inside of a section of the SIS.

Q. So the SIS portal that you used to register also contained a description of the class?

A. Yes.

Page 103

N. QUATTROCIOCCHI
Q. Aside from what was in the SIS portal, did you review any materials pertaining to these classes before you registered for them?

A. So in the process of evaluating which courses I needed for the rest of the mechanical engineering masters -- bachelors and masters, I likely saw information regarding Strength of Materials, probably not specifically the lab, but definitely Strength of Materials System Dynamics, and Contemporary Issues, because those are explicitly required courses for the degree.

Q. And what materials would you have -- do you believe you would have seen regarding these courses before you registered for them?

A. Likely just that I had to take and probably a description -- and then definitely a description of the course.

And this would be on the -- probably the -- just the bachelor's for mechanical engineering website at RIT's

Page 104

N. QUATTROCIOCCHI
website.

Q. So in terms of course descriptions, you would have reviewed them on the SIS portal and the Bachelor of Mechanical Engineering portion of RIT's website?

A. Yes.

Q. Did you review any other materials regarding these classes before you registered for them?

A. The Pre-Mechanical -- well, the Pre-Undergrad Mechanical, no. The Prob & Stats course, I would have likely viewed under the Math Minor and the Statistics Immersion descriptions on the RIT website.

Q. And for that class, any additional materials you reviewed regarding that class before you registered for it?

A. Other than the website, no.

Q. The website and the SIS portal?

A. Yes, the website and the SIS portal.

Page 105

N. QUATTROCIOCCHI
Q. And that leaves Intro to Optimal Design. What materials did you review for that class before you registered for it?

A. So the -- so that one, I -- the SIS, definitely. And then that one was actually recommended to me by a coworker at the time. So he told me that I would very much enjoy that course. He showed me some of the notes from his course when he took the course.

Q. Okay. So we have in terms of descriptions of the classes for Intro to Optimal Design, it's what was on SIS plus the notes that your coworker showed you regarding a previous iteration of that class?

A. Yes.

Q. Anything else?

A. No.

Q. Did you review the syllabi for any of these classes before you registered for them?

A. I don't think you can review the

MAGNA
LEGAL SERVICES

Page 106

N. QUATTROCIOCCHI

syllabus until you're enrolled in the course.

Q. So you did not review the syllabus before you registered for these classes?

A. No.

Q. All right. If I could ask you to open up Deposition Exhibit NQ-9?

A. Okay.

Q. Do you recognize this document?

A. Yes.

Q. What is this document?

A. This was a document that me and Mr. Alesandro filled out -- yes, it was in regards to the -- if I remember correctly, RIT posed certain questions, and we had to respond to them. So I remember in a phone call with Mr. Alesandro that we --

MR. ALESANDRO: I just want to remind the witness not to divulge any conversations between him and his attorney.

A. Okay. Yes. We filled it out.

Page 107

N. QUATTROCIOCCHI

Q. Okay. These are your responses and objections to RIT's second set of interrogatories, correct?

A. Yes.

Q. Did you see a draft of this document before it was finalized?

A. I believe so, yes.

Q. Did you review this document before the date on which they were dated, which is September 20th, 2021?

A. I don't recall a specific date.

Q. Were you ever asked by your counsel to verify these responses?

MR. ALESANDRO: Objection. You can answer to the extent you understand.

A. So -- sorry. Can you repeat the question?

Q. Sure. Were you ever asked by your counsel to verify these responses?

MR. ALESANDRO: Objection. You can answer to the extent you understand the question.

A. To the best of my knowledge,

Page 108

N. QUATTROCIOCCHI

these were -- these were valid at the point in time in which we filled this response out, so --

Q. Did you counsel ever -- sorry. I didn't mean to interrupt. Continue.

A. So I would -- that's it.

Q. Did your counsel ever ask you to sign a statement regarding the authenticity of these responses or the accuracy of these responses?

MR. ALESANDRO: Objection. You can answer to the extent you understand.

A. My signature is not on this document.

Q. That's correct. Were you ever asked by your counsel to sign this document or a document regarding this document?

MR. ALESANDRO: I'm going to object. This is getting awfully close to communications under attorney-client privilege.

Page 109

N. QUATTROCIOCCHI

MR. BURNS: Are you instructing the witness not to answer that question?

MR. ALESANDRO: I'll let him answer, but I don't think I'm going to let this go much further. You can answer to the extent you understand the question.

A. I do not recall the specific document. It's been kind of a while.

Q. Well, why don't you take a look to review these responses now. And as you sit here today, do you consider these interrogatory responses to be true and accurate?

A. If I can ask in this context, what is the definition of contention?

Q. I'm sorry, what is the definition of intention, you said?

A. No, contention, c-o-n-t-e-n-t-i-o-n.

Q. Do you have an understanding of what that word means as it's used in this document?



Page 110

N. QUATTROCIOCCHI

A. No. That's why I posed the question. Sorry.

Q. Which portion of the document are you raising this question in connection with?

A. Interrogatory No. 5, third line: "that support your contention."

Q. Well, I'll say generally, do you know what the verb "contend" means?

A. Not off the top of my head. I'm sorry, no.

Q. Okay. If you don't understand it, that's fine. So you can answer my question, and if you have an exception to it that you don't understand what contention means, you can state that as well.

A. Okay. Thank you.

So at the point in time in which we filled this out, this was the -- I'm sorry. Can you repeat the question? I want to answer it appropriately.

Q. Sure. As you sit here today, do you consider these interrogatory

Page 111

N. QUATTROCIOCCHI

responses to be true and accurate?

A. Yes.

Q. As you sit here today, do you consider these interrogatory responses to be complete?

A. Can you expand on how you would define complete?

Q. Complete. Any information that you consider, as you sit here today, that is missing from these responses.

A. This is in regards to the specific interrogatory numbers, correct?

Q. Yes, correct.

A. Then yes, these are complete.

Q. Okay. Is there anything in these interrogatory responses that you've seen, now that you've had a chance to review them, that you would like to change, or correct, or supplement?

A. No.

Q. So if I can draw your attention to your response to Interrogatory 4, this interrogatory asks, and I'll just read it onto the record:

Page 112

N. QUATTROCIOCCHI

"If you contend that RIT was obligated to provide you with in-person instruction for the spring 2020 term, state all the facts that support your contention including but not limited to the terms of all contracts that you claim imposed such obligation, whether each such term was expressed or implied, the document or other physical location if any where such terms are located, and how and when you claim RIT agreed to each such term."

Did I read that accurately?

A. Yes.

Q. So in response to that interrogatory, there are some objections, and that it says, quote:

"Notwithstanding the foregoing objection, see Plaintiff's second amended consolidated class action complaint."

Did I read that accurately?

A. Yes.

Q. Do you know what that statement means?

Page 113

N. QUATTROCIOCCHI

MR. ALESANDRO: Objection.

You can answer.

A. With one hundred percent confidence, I can't say that I understand exactly what that is.

Q. Does it mean that what you know in response to the interrogatory is in Plaintiff's second amended consolidated class action complaint?

A. Can you repeat that? Sorry.

Q. Sure. Does it mean that what you know in response to the interrogatory is what is in Plaintiff's consolidated class action complaint?

MR. ALESANDRO: Objection.

You can answer.

A. Yes.

Q. So Mr. Quattrociocchi, since there is just a reference to the second amended complaint in your response to Interrogatory No. 4, let me just ask you the questions here that were asked in the interrogatory.

Do you contend that RIT was



Page 114

N. QUATTROCIOCCHI

obligated to provide you with in-person instruction for the spring 2020 term?

MR. ALESANDRO: Objection.

You can answer.

BY MR. BURNS:

Q. I'll change the question because I think we said that you may not be entirely clear on what "contend" means. So let me rephrase means.

Do you claim in this case that RIT was obligated to provide you with in-person instruction for the spring 2020 term?

A. I believe within reason that certain services should have been provided within the spring 2020 term, such as some student services, et cetera.

Q. I'm not sure whether or not that was intended to answer my question.

So my question was: Do you claim in this case that RIT was obligated to provide you with in-person instruction for the spring 2020 term?

A. Well, I signed up for in-person

Page 115

N. QUATTROCIOCCHI

classes, and they switched -- they were not by the end of the semester. So I signed up for and paid for in-person classes, so yes.

Q. So the answer to my question is yes?

A. Yes.

Q. So yes, you do claim that RIT was obligated to provide you with in-person instruction for the spring 2020 term?

A. Yes.

Q. And what contracts do you claim impose that obligation?

MR. ALESANDRO: Objection.

You can answer.

A. I don't have any specific, off the top of my head, contract. I don't know how to answer the question.

Q. Well, you told me that you believe that RIT was obligated to provide you with in-person instruction for spring 2020, correct?

A. Yes.

Page 116

N. QUATTROCIOCCHI

Q. And what I'm asking you is: What contract imposed that obligation? Where does that obligation come from?

MR. ALESANDRO: Objection.

You can answer.

A. I -- I don't know. The -- doesn't the response for Interrogatory 5 cover that as it would in that this request seek legal conclusion effectively because --

Q. You're a plaintiff in this case, correct, sir?

A. Yes.

Q. And you're suing RIT, correct?

A. Yes.

Q. And one of the claims that you're suing them for is breach of contract, correct?

A. I believe so, yes.

Q. All I'm asking is: What contract do you claim was breached?

MR. ALESANDRO: Objection.

You can answer to the extent you know.

Page 117

N. QUATTROCIOCCHI

A. The specific contract, I don't -- I don't know which specific contract. I'm sorry.

Q. You said a specific contract. Is there something other than a specific contract that you have in mind?

A. I -- no, I don't. I don't know how to answer this question because I don't -- I don't know which -- I don't know the title of the specific contracts. I don't know which subset would fulfill the question that you asked. So I don't -- I don't know how to properly answer the question.

Q. So as you sit here today, you do not know the contracts on which you're basing your breach of contract claim against RIT?

MR. ALESANDRO: Objection.

You can answer.

A. Can you repeat the question? I'm sorry.

MR. BURNS: Could the court reporter read the question back,

MAGNA
LEGAL SERVICES

Page 118

N. QUATTROCIOCCHI

please?

(Record read back.)

A. I do know the contracts. I don't know the specific one which we were referring to.

Are there not several contracts I have had to electronically sign in order to attend and specify that the courses I would be taking were supposed to be in-person?

Q. I'm not sure I understand your answers.

You said you do know the contract, but you don't know the specific contract? Was that your answer?

A. Yes, but are you -- are you directly referring to a specific contract, or are you referring to just that there's contracts?

Q. I'm referring to the contracts on which you're basing your breach of contract claim against RIT.

A. Yes.

Q. And you know that better than I

Page 119

N. QUATTROCIOCCHI

do.

A. So I'm very confused. I'm sorry. So I do know which part of the contracts have been violated. I don't -- I don't know the -- I don't know how to answer this question at this point. I'm sorry. I'm just confused running in circles.

Q. Okay. But I think you've just said you do know which parts of the contract have been violated, correct?

A. Yes.

Q. So which parts of the contract have been violated?

A. The part in which I was supposed to be provided on-campus amenities, I guess, student services and health -- I forget what the exact name was, but health and wellness, certain -- oh, I forgot what the exact name of it is.

On-campus activities, I was supposed to be provided those, and those were not allowed.

And that's -- I believe that's

Page 120

N. QUATTROCIOCCHI

where the basis of our breach of contract was because I was supposed to be allowed those.

Q. Have any other parts of the contract been violated according to you?

MR. ALESANDRO: Objection. You can answer.

A. I don't recall.

Q. So you said one of the parts of the contracts that you believe has been violated was you were supposed to be provided with certain on-campus activities, correct?

A. Yes.

Q. And you believe this was a contractual obligation by RIT to provide you with on-campus activities?

MR. ALESANDRO: Objection. You can answer.

A. Yes, I believe so.

Q. And what are the -- what do you contend are the sources of that contractual obligation? Where does it come from?

Page 121

N. QUATTROCIOCCHI

MR. ALESANDRO: Objection. You can answer.

A. Does this not come from the student activities fee that I have to pay? I believe that's exactly what this -- that fee should cover.

Q. So one of the sources of what you believe is RIT's obligation to provide you with on-campus activities come from the fact of the student activities fee; is that accurate?

MR. ALESANDRO: Objection. You can answer.

A. Yes.

Q. What other sources of what you believe are RIT's obligation to provide you with on-campus amenities?

A. Off the top of my head, I can't think of any other specific sections that would follow on those lines.

Q. Do you claim that RIT was obligated to provide you with in-person instruction during the second half of spring 2020?

**MAGNA**
LEGAL SERVICES

Page 122

N. QUATTROCIOCCHI

MR. ALESANDRO: Objection.

You can answer.

A. Yes.

Q. And why do you believe RIT was obligated to provide you with in-campus instruction for the second half of spring 2020?

A. I signed up for online -- in-person classes, and that was changed as a result of the pandemic, so.

Yeah, I signed up for in-person classes. That's my response.

Q. So you believe RIT had an obligation to provide you with in-person classes for the second half of spring 2020, correct?

A. Yes.

Q. And the basis for that obligation, the reason why you believe that obligation existed was because you signed up for in-person classes; is that correct?

A. Yes.

Q. Is there any other reason why

Page 123

N. QUATTROCIOCCHI

you believe that obligation existed?

A. No, not that I recall.

Q. So, sir, if I could ask you to open up Deposition Exhibit NQ-10?

A. Okay.

Q. Do you recognize this document?

A. Yes.

Q. What is this?

A. This is the class action complaint that we filed.

Q. So this is the second amended class action complaint, correct?

A. Yes.

Q. You're one of the two plaintiffs in this case, correct?

A. Yes.

Q. And this was a complaint that you filed on January 14th, 2021, correct?

A. Yes.

Q. You've seen this document before today, correct?

A. Yes.

Q. Did you review it before it was filed?

Page 124

N. QUATTROCIOCCHI

A. Yes.

Q. Now, I would ask you to flip to page 12 of the document and specifically to paragraph 61 of your second amended -- your second consolidated amended class action complaint.

A. Okay.

Q. Are you there?

A. Yes.

Q. So I'll just read paragraph 61. It says, quote:

"These rights and privileges of student status that comprise the contractual terms are set forth by Defendant through its website, academic catalogs, student handbooks, correspondence, marketing materials and other circulars, bulletins, and publications."

Did I read that accurately?

A. Yes.

Q. So let's work our way through this list starting in paragraph 61 starting with the first, website.

Page 125

N. QUATTROCIOCCHI

What -- are you referring -- preliminary question: Are you referring here to the RIT website?

A. Yes.

Q. And these are websites under the rit.edu domain?

A. Yes.

Q. Are you referring to any other website when you talk about website in paragraph 61 of your complaint?

A. No.

Q. So what part or parts of the RIT website do you claim contain promises of in-person education by RIT?

A. Well, the -- I know from the mechanical engineering website, there's several classes that require in-person activities.

There is not really a way to get around not having -- so there is not any way of getting around having in-person activities. I phrased that badly.

So for some of the classes, they have to be conducted in-person. There is

MAGNA
LEGAL SERVICES

Page 126

N. QUATTROCIOCCHI

no way to not have it conducted in person. So I would vote -- so I would say even from the mechanical engineering department, the whole degree is based off of how things mechanically exist. Like, you have to be in person for several of those courses.

I would vote that because those courses exist and the contents that need to get covered by those courses, in-person classes have to be required.

Q. So is it an accurate paraphrase of your answer just then, when I asked you what parts of the RIT website that you believe contain a promise of in-person education, you referenced parts of the mechanical engineering website?

A. Yes.

Q. And specifically, you referenced classes that you believe, because of their existence, needed to be in person?

A. Yes.

Q. Okay. What else on the RIT website, do you believe imposes an

Page 127

N. QUATTROCIOCCHI

obligation of in-person education by RIT?

A. The -- there is not also a specific declination between RIT online and the other courses that you can take. They are two separate degree avenues.

Q. Anything else on the website?

A. Off the top of my head, I cannot think of any more.

Q. Okay. So you gave me two examples: Mechanical engineering website. And just so I understand what the second example was, is it the mere fact that RIT online exists as a separate program that you believe imposes an obligation for in-person education for the non-RIT online program?

A. Yes, the non-RIT online.

So the -- from personal experience, I know mechanical engineering department specifically has several courses that require in -- there is, like, Strength of Materials Lab, you have to rip apart small steel -- small steel pieces to test certain mechanical

Page 128

N. QUATTROCIOCCHI

properties.

I don't know anyone that owns something that can rip apart steel.

I know that there is -- for the electrical engineering department, some of the things to test and set up circuits, those require in-person labs.

A lot of the microfluidics things, little deeper inside the mechanical department, those things don't exist outside of research facilities.

The microelectronics department itself, you have to have a cleanroom. You have to have access to a bunch of the chemicals. Like, it's completely infeasible to expect to be able to do anything in those classes amongst -- anything in the bio section actually too -- to be able to do those outside of campus.

So I would add those, not just the mechanical engineering department.

Q. So it sounds like what you're saying is that there are certain aspects

Page 129

N. QUATTROCIOCCHI

of certain RIT classes that you believe inherently require an in-person component?

A. Yes.

Q. And as to those classes, are you aware of any specific express language anywhere on the RIT website that says this class will be conducted exclusively in person?

A. Explicitly described as that, I don't know any specific courses. I do know that classes will say you conduct experiments, which you can't conduct an experiment at your house.

Q. Okay. So that's helpful.

So your contention or your claim is that where something says an experiment, that is a -- is that a promise of in-person education?

A. In lots of applications, yes. Like I said, I can't rip apart steel -- steel parts at my -- at my house.

And I can't -- I don't have a cleanroom, a molecular cleanroom or

MAGNA

LEGAL SERVICES

Page 130

N. QUATTROCIOCCHI
something to that -- nearing that caliber at my house, so yes.

Purely the basis of having courses and -- courses that require those make it intractable to not have it be on campus.

Q. Would you agree with me that certain types of experiments in certain disciplines -- and I'm not suggesting yours -- could be conducted equally well off-campus?

A. Provided that you can supply a lab, I guess, off-campus, having it be off-campus would be viable.

But there is -- you -- it's -- other than that, you're just -- it's not -- you can't do it outside of campus. Like, it's just intractable. It's not -- it's not possible to do those -- to do certain experiments outside of campus.

Like I said, if you could provide a lab environment in which you could do that, and it was checked off by RIT to be functional in that same respect

Page 131

N. QUATTROCIOCCHI
as the ones on campus, then that's an option, but that was not provided.

Q. How about computer science? In computer science, if there is a coding lab, presumably, that could be done just as well from home as on campus, correct?

A. I would definitely put that as subjective because I've taken computer science labs before.

They -- oftentimes, you work in a group, and working in a group in person is very different than working in a group on -- through Zoom because you have -- you can have whiteboards. You can talk with people. It's the -- the in-person action makes it very different.

It can be accomplished if you're just scoping it strictly down to computer science and programming and stuff, you know, something of that nature. But anything that requires anything physical, which is I'm pretty confident in large part of RIT's campus has the labs in a lot of -- a lot of those -- a lot of

Page 132

N. QUATTROCIOCCHI
courses incorporating any topics that I've described before have to be in-person.

Q. Okay. So your contention, your claim is that classes that incorporate something physical, there is -- as to those classes, there is a promise of in-person education?

MR. ALESANDRO: Objection.
You can answer.

A. Yes, under the basis that you can't perform tests, most of those tests, at your house.

Q. So the nature of this obligation that you're claiming to provide in-person education comes not from anything that RIT said but from the nature of what the class is teaching?

Is that an accurate statement of what you're saying?

MR. ALESANDRO: Objection.
You can answer.

A. Can you repeat the question again?

Page 133

N. QUATTROCIOCCHI
Q. Sure. I'm asking whether this obligation that you believe exists for in-person education with respect to classes that, as you termed it, involved something physical, comes from express words stated by RIT or your assessment of the inherent nature of what's being taught in that class?

MR. ALESANDRO: Objection.
You can answer.

A. So I -- I would say since the class description for a lot of labs explicitly state you -- experiments will be done, you will be experimenting something to that extent for labs, that would -- that would imply that those would have to be in person, so I would vote the former, let's say the former.

Q. Okay. So "experiment" you say is a word that you believe imposes an obligation of in-person education?

MR. ALESANDRO: Objection.
You can answer.

A. "Experiment" and/or "conduct

MAGNA
LEGAL SERVICES

Page 134

N. QUATTROCIOCCHI

tests," or something to that nature, yes.

Q. What other words do you believe impose an obligation for in-person educational? "Experiment," "conduct tests." What else?

A. That's a very broad question because it depends. Explicitly, I would definitely say "experiment," "conduct tests."

In certain cases, I could see "evaluate" because that would incur that you had to test something.

I would say -- I have had some -- "determine" can be used to reflect whether or not something -- you had to test something physically.

There is a lot of different verbiage, but if it involves testing something in some form, that would have to require in-person classes.

Q. What about if it doesn't involve testing something?

A. Well, then I think that's outside the scope of what I'm directly

Page 135

N. QUATTROCIOCCHI

referring to.

Q. Okay. So you were registered for a number of lecture classes in the spring of 2020, correct?

A. Yes.

Q. And what can you point to in the course descriptions or other material for those do you believe imposes an obligation for in-person education?

A. System Dynamics specifically because we -- a lot of -- a lot of information was lost in the process of that because System Dynamics requires -- there is a lab component which you would test and evaluate circuits.

You would do some low-level systems modeling for circuits, for motor systems. It's been a while since I reviewed the materials. Don't quote me on the motor systems, but I know circuits.

So the -- being -- well, especially being a mechanical engineering course and requiring access to circuit

Page 136

N. QUATTROCIOCCHI

analysis tools like a multimeter function generator, a voltage source, stuff like that, those are not equipment that would be within reason something that a mechanical engineer would own, even a mechanical engineering student to shrink it down even further because that's outside the scope of most activities a mechanical engineer would go and do.

Q. Okay. That's understood.

So you had five classes in the spring of 2020, correct?

A. Yes. Let me see the transcript. I know I was signed up for five.

Q. And you testified earlier that three of those classes were lecture classes, and two of them either were labs or had lab components, correct?

A. Strength of Material Lab as well. That was a big one.

Q. Of the classes -- of the three of those that were lecture classes, what specific language can you point to anywhere in the course materials that you

Page 137

N. QUATTROCIOCCHI

believe imposes an obligation for in-person education?

MR. ALESANDRO: Objection. You can answer.

A. Can I pull up the specific course description?

Q. What language do you recall in those?

A. Well, they said I -- so you said this is pertaining to the lecture classes, not the lab classes, correct?

Q. That's correct.

A. Okay. So off the top of my head, I don't recall the specific verbiage. I do remember that in Contemporary Issues, there were several instances where we had to go into a lecture hall and get a large lecture.

But aside from that, I -- if there was anything in the course description that covered that, that's the only thing I could immediately think about.

Q. So you don't have any

MAGNA
LEGAL SERVICES

Page 138

N. QUATTROCIOCCHI

recollection of any language underneath the course descriptions for those three lecture classes that you believe imposed an obligation of in-person education for those?

A. Immediately off the top of my head, I cannot recall specific words and specific language phrasing that.

Q. Do you believe that RIT was under an obligation to provide you with in-person education for those three lecture classes?

MR. ALESANDRO: Objection. You can answer.

A. Well, I signed up for them to be in-person classes, so I put that as a basis for it, yes.

Q. Okay. So you answered my question on the follow-up. You said yes, you believe that RIT was under a contractual obligation to provide in-person education for those three lecture classes, correct?

A. Yes.

Page 139

N. QUATTROCIOCCHI

Q. And my second question was going to be: What's the basis for that obligation? Where does that obligation come from?

A. They were -- they were explicitly stated to be in-person classes when I signed up for them.

Q. Where were those explicitly stated to be in-person classes?

A. The SIS.

Q. The SIS, you believe, contained express language that this would be an in-person class?

A. Yes. It either says the room, or it says online, or to be -- to be determined or -- sorry.

For online classes, it explicitly states that it is online. And for in-person classes, it gives a room number.

Q. Okay. So you're -- what you're saying is the obligation you believe to provide in-person education for these lecture classes comes from the

Page 140

N. QUATTROCIOCCHI

designation of a room number for these classes?

A. Room number, specific dates, and specific times for each -- for each week, and I can't recall explicitly if it states on there that it's in-person, but I feel like because the declination between online and in-person, that the information is likely there, but I don't explicitly recall if it says in-person on those courses.

Q. Okay. So for the lecture classes, you believe the obligation for in-person education comes from the fact of a room number, a schedule, and if language exists that says this is in person from that as well?

Is that an accurate summary of what you just said?

MR. ALESANDRO: Objection.

A. Yes.

Q. Is that accurate?

A. Yes.

Q. Does it come from anywhere else?

Page 141

N. QUATTROCIOCCHI

A. Off the top of my head, I can't recall other than those locations.

Q. As you sit here today, you're not aware of any other sources for an obligation to provide in-person educational for those lecture classes other than the two or potentially three that you've just identified?

A. I'm not aware of any other explicit declarations other than the two to three that I've stated prior.

Q. When we were looking through your list on NQ-12, we were talking -- as part of this discussion, we were talking about your reference to the website, and I think we discussed some course descriptions, some portions of the mechanical engineering website, and the existence of RIT online.

Are there any other portions of RIT's website that you believe contain promises of in-person education by RIT?

A. I don't recall any other locations.



Page 142

N. QUATTROCIOCCHI

Q. If I could ask you to flip to Quattrociocchi Deposition Exhibit 11.

A. Okay.

Q. Do you recognize this document?

A. Yes.

Q. And what do you recognize this document as?

A. This is a disclaimer for RIT's IP on their website, intellectual property.

Q. And this is a disclaimer that appears on the rit.edu website?

A. Yes.

Q. And the fourth sentence here states that, quote:

"Nothing on the rit.edu website is intended to be a representation, offer, inducement, promise, or contract of any kind."

Do you see that?

A. Yes.

Q. At the time you enrolled at RIT for the spring 2020-semester, did you have an understanding of what this

Page 143

N. QUATTROCIOCCHI

language that I just read meant?

A. Yes.

Q. What was that understanding?

A. Well, I guess that the website -- anything, I guess, explicitly on the rit.edu website would not be a -- read part of it -- representation, offer, promise, or contract of any kind, but -- well, yeah.

Q. All right. Looking back at NQ-10, page 13, the list of -- the list in your second amended complaint.

A. Mm-hmm.

Q. We just discussed website. The second item on your list is academic catalogs. Do you see that?

A. You said paragraph 13, correct?

Q. No. We're talking about NQ-10, the second amended complaint.

A. Oh, sorry.

Q. It's on page 13 of that document.

A. Okay.

Q. And this is the list that you

Page 144

N. QUATTROCIOCCHI

provide or you set forth in paragraph 61 of your complaint. And we just discussed website, the first item on the list.

The second item on the list is academic catalogs. Do you see that?

A. Yes.

Q. Okay. What academic catalogs do you claim contain a promise of in-person education by RIT?

A. The SIS, RIT's SIS if that counts as an academic catalog. I believe it does because it's a catalog of all the courses that you can sign up for each semester.

Q. Okay. What other academic catalogs are you referring to here, if any?

A. Well, I mean, the only other set of academic catalogs that, I guess, I would know of is on each department's page, they have a list of courses -- well, sometimes -- so I know in minors, they have a list of courses that you can take that count towards the minor.

Page 145

N. QUATTROCIOCCHI

And then for the majors, there's a list of required courses for each degree, certain ones of which are required, which I guess could be an academic catalog, but they are subsets and not a full description that I know of.

Q. So what you're referring to now are lists of courses and -- lists of courses that appear on departmental portions of RIT's website?

A. Yes.

Q. Okay. And aside from SIS and these lists of courses on departmental sub-pages of RIT's website, what other academic catalogs are you referring to in paragraph 61 of your complaint?

A. I do not recall of other ones aside from those.

Q. And what language in SIS do you contend imposes an obligation of in-person education by RIT?

A. I think we covered this with the existence of certain types of courses,

MAGNA
LEGAL SERVICES

Page 146

N. QUATTROCIOCCHI
like anything with electronics, lab, or circuit testing, anything with mechanical properties lab, like materials lab 204, those -- like I've stated prior, there's -- it's intractable to believe that accurate testing of those properties of those items are capable to be done at a person's house.
Q. Okay. So you believe that the mere existence of certain types of labs on SIS necessarily carries with it a promise of in-person education for those labs; is that what you're saying?
A. Yes.
Q. Okay. And aside from that, what other language on SIS do you believe imposes an obligation of in-person education by RIT?
A. I do not recall of other -- I can't remember any other ones.
Q. Okay. You also said -- in reference to academic catalogs in your complaint, you said there are lists of courses on departmental websites,

Page 147

N. QUATTROCIOCCHI
correct?
A. Yes.
Q. Okay. And what language in those lists of course on departmental websites do you believe imposes an obligation of in-person education by RIT?
A. So that falls -- that is in direct correlation with some of the -- with the prior stated existence of courses as I know if -- if in the -- you have to take Strength of Materials Lab for mechanical engineering. So I'm going to use that as a basis.
So I know that they have to explicitly state that on the mechanical engineering website, the department website. So if -- if under the same basis that the existence of those labs is on those websites, those would count as the same -- those -- the existence of those on those websites would count as a requirement for in-person classes.
Q. Okay. So the existence of labs that you believe by their very nature can

Page 148

N. QUATTROCIOCCHI
only be performed in an RIT lab on these departmental websites carries with it a promise of in-person education for those labs; is that accurate?
A. Yes.
Q. Okay. And what else on the list of courses on departmental websites, what other language do you contend contains a promise of in-person education?
A. I do not recall specifics. Sorry.
Q. Could you recall anything -- do you recall generalities?
A. Not off the top of my head really, no.
Q. So we've talked about websites. We've talked about academic catalogs.
The next item on your list in paragraph 61 of your complaint is student handbooks. Do you see that?
A. Yes.
Q. What student handbooks do you claim contain promises of in-person education by RIT?

Page 149

N. QUATTROCIOCCHI
A. Off the top of my head, I do not recall specifics.
Q. Do you recall generalities?
A. Off the top of my head, I do not recall generalities either.
Q. The next item on the list is correspondence.
What correspondence do you claim contains promises of in-person education by RIT?
A. I do not recall specifics.
Q. Do you recall generalities regarding what correspondence you claim contains promises of in-person education by RIT?
A. I do not recall generalities either.
Q. I'm sorry. I missed the last -- I'm not sure if the court reporter did but I missed the last two words of your answer.
A. Oh, sorry. I do not recall generalities either.
Q. Either. Okay. Got it.



Page 150

N. QUATTROCIOCCHI

So in reference to correspondence, you can't point me to any correspondence today that you believe contains promises of in-person educational background by RIT, can you?

A. Immediately off the top of my head, anything that explicitly states in-person classes, off the top of my head, I cannot think of anything, yeah.

Q. The next item on your list in your complaint is marketing materials and other circulars. Do you see that?

A. Yes.

Q. What marketing materials and other circulars do you claim contain promises of in-person education by RIT?

A. I don't have -- I cannot recall immediately, but I do have some generalities.

Q. Okay. Tell me what you know about what marketing materials and other circulars you're referring to here that you believe contain promises of in-person education by RIT?

Page 151

N. QUATTROCIOCCHI

A. So there are -- as far as marketing goes, I know that a couple of years back, I was -- I attended a 3D printing conference that RIT hosted, and I know that there are -- I've seen somewhere, in general, the -- aiding in -- something to the extent of aiding in research within those state-of-the-art 3D printers.

Some of the -- I call it the glue printers because I can never remember the specific type of material, but it uses a set of different basically UV, ultraviolet glues to go and create shapes.

And you can use that for 3D printing. They print it off a guitar. They did a bunch of dice for the conference. And I know I've seen some of those -- some stuff like that inside of advertisements -- in advertisements for RIT as a generality, not as a specific, but...

Q. Using what you just said, what

Page 152

N. QUATTROCIOCCHI

in there contains a promise of in-person education by RIT?

A. So that's a state-of-the-art machine. So there's -- there -- I know there are 3D printing courses that you can take at RIT, and I know that there are some that involves use of some of those upper-level -- well, those kind of state-of-the-art machines, state-of-the-art 3D printing machines.

So the existence of those and marketing towards them would lead me to believe that there has to be some form of in-person education on how to use those.

They made it in-house, and it does some crazy stuff that no one else has done or something nearing that extent, and that has to be an in-person thing because you have to interact with the machine.

Q. Okay. So marketing materials that contain depictions or references to state-of-the-art 3D printing machines, you believe carries with it a promise

Page 153

N. QUATTROCIOCCHI

that there must be in-person education pertaining to those machines?

A. Yes.

Q. Okay. In this one document that you're referring to the marketing material that you recall seeing, aside from the existence of this sophisticated 3D printing machine, was there any language that said we promise of in-person education by RIT or language to that specific?

A. I do not recall specifics.

Q. You do not recall that that language was in there?

A. I do not recall that there was -- I do not recall if there was explicitly -- explicit statements stating that there would be in-person classes detailing out the -- how to operate with the machines.

But I know -- I know that students can go and operate those machines. They would have to have in-person -- have to be some form of --



Page 154

N. QUATTROCIOCCHI

some form of a class, or training, or something to that extent to operate that machine which would be in person.

Q. Okay. So aside from this one piece of marketing material regarding sophisticated 3D printers, what other marketing materials and other circulars do you claim contain promises of in-person education by RIT?

A. I cannot recall specifics.

Q. Can you recall any additional generalities?

A. Off the top of my head, no. I cannot recall additional generalities.

Q. So the only marketing material or rather circular you can point me today that you believe contains a promise of in-person education by RIT is this brochure regarding state-of-the-art 3D printers?

A. I believe so, yes.

Q. The next item on your list in the complaint is bulletins. Do you see that?

Page 155

N. QUATTROCIOCCHI

A. Yes.

Q. What bulletins do you claim contain promises of in-person education by RIT?

A. I cannot recall specifics.

Q. So you can recall no specific bulletins that you believe contain promise of in-person education by RIT?

A. Off the top of my head, I cannot recall any specifics. Sorry.

Q. Do you recall, in general, general types of bulletins that you believe contain promises of in-person education by RIT?

A. Explicitly stating that, no. I cannot think -- I cannot think of any that would promise in-person activities, in-person classes.

Q. I would ask you to take a quick look at Deposition Exhibit NQ-12.

A. Yeah.

Q. Yeah, it's a giant document. Hopefully, it doesn't crash your -- crash your Adobe?

Page 156

N. QUATTROCIOCCHI

A. Chrome hasn't died yet, so --

Q. So do you have in front of you what's been marked as NQ-12?

A. Yes.

Q. And this -- for the record, this is a document that starts with the Bates range Bates No. RIT 343 and continues thereafter.

Do you recognize this document?

A. Yes.

Q. What is this document?

A. This is the undergrad list of courses broken up -- program of study, correct? Oh, and looks like there is a bunch of other programs, yes.

Q. Okay. This is the undergrad student bulletin for RIT for the 2019-2020 academic year, correct?

A. Yes.

Q. And that would have included the spring 2020-semester also, correct?

A. Yes.

Q. Do you believe that anything in this undergrad student bulletin contains

Page 157

N. QUATTROCIOCCHI

a promise of in-person education by RIT?

MR. ALESANDRO: Objection. Are you asking him to read through all 385 pages?

MR. BURNS: I'm asking if any of his claims are based on any promises that are derived from this document.

MR. ALESANDRO: Go ahead. You can answer.

A. Well, I -- I can't explicitly search through this because it's not rendering as a searchable PDF, but -- I -- yeah, actually, for the mechatronics section, a significant -- I'm on page, I think, 12 of the program overview. A significant --

Q. Can I just -- I'm sorry to interrupt, Nick. You're on page 12 of the document?

A. Yeah.

Q. Can you just describe the page you're looking at because my 12 says, "Industrial Design BFA"?

MAGNA
LEGAL SERVICES

Page 158

N. QUATTROCIOCCHI

A. Oh, sorry. This is -- oh, no, I guess 96. Sorry. I don't -- 12 would be documents. So page 96, mechatronics engineering certificate, top right. You're looking at the same page?

Q. I'm there, yeah.

A. Mechatronics, it's a cross between mechanical engineering and electrical engineering because there's a lot of overlap.

So that's kind of why I was looking in there a little bit. But actually, right in here it explicitly states "significant laboratory experience that completes the curriculum and facilitates the transfer of new cross-disciplinary non-professional practice" in the middle of the paragraph.

So I mean, that does explicitly state that there is going to be laboratory experience. So that would have to -- I felt that at least that if there is one example, in mechatronics, and that's completely aside from the

Page 159

N. QUATTROCIOCCHI

mechanical engineering, that there has to be documentation in here that explicitly -- that would at least lead me to believe that there should be in-person experience because I don't have the laboratory capable of facilitating mechatronics certificate or subsections of mechatronics available to me aside from on campus.

Q. So actually it looks like your mechanical engineering major is just a few pages prior to the page you're looking at.

A. Yeah.

Q. Seems like it starts on page 92 of the document. When I say 92, I'm referring to the actual printed page number, not page of the PDF. They may not entirely line up.

A. Okay. Yeah, it's one off.

MR. ALESANDRO: Just a suggestion, can we use the Bates stamp numbers just for clarity?

MR. BURNS: Yes, so I'm looking

Page 160

N. QUATTROCIOCCHI

at page RIT 43 -- I'm sorry, 435.

MR. ALESANDRO: Thank you.

A. Okay. Yes. I see where that is.

Q. So this is your -- this is your program, right, Mr. Quattrociocchi?

A. Yes.

Q. Okay. And just -- I'm not going to ask you to do a deep dive through all 300 pages of the document, but why don't you do a deep dive through this section and identify for me all the language that you contend creates a promise by RIT of in-person education for your actual major?

A. Okay. Well, for the first -- well, the second sentence, "RIT's mechanical engineering degree provides students with broad academic base complimented with hands-on laboratory activities and cooperative educational experience. The hands-on activities would start to" --

Q. So the language -- the first

Page 161

N. QUATTROCIOCCHI

piece of language you're citing is "hands-on laboratory activities"?

A. Yes.

Q. Okay. You can continue.

A. In this document, under "Plan of Study," it also does mention in the first line, "Mechanical engineering majors provide -- sorry -- the mechanical engineering major provide students with a broad academic base complemented by hands-on laboratory activities and cooperation educational experience."

So I guess that's almost a verbatim statement from the program overview, but it does highlight twice that hands-on laboratory activities. And then --

Q. So if I could just -- just so we're clear, so the sentence that you just recited, the first sentence under "Plan of Study" on page RIT 435, the language you're highlighting in particular is "complemented by hands-on laboratory activities." Is that correct?

MAGNA
LEGAL SERVICES

Page 162

N. QUATTROCIOCCHI

A. Yes.

Q. Is there anything else in that sentence that you believe imposes an obligation of in-person education?

A. No. That's the main one.

Q. Okay. You can continue. The section for your major continues onto, I think, the next two and a half or three pages.

If you could just review that and let me know if anything else in there imposes, according to you, an obligation of in-person education by RIT?

A. So under the mechanical engineering BS degree, this just really coincides what I was stating prior to where the existence of labs, at least explicitly the Strength of Materials Laboratory, I guess, the Bates No. 436, if I'm saying that right.

So there is not explicit description of these courses, but in conjunction with the prior statements of the existence of Strengths and Materials

Page 163

N. QUATTROCIOCCHI

Lab and engineering apps labs -- engineering applications labs -- sorry, those are very much -- require in-person -- require in-person instruction because the tests that you have to conduct, you can't really do from your house.

Q. Okay. Just to summarize what I think your answer just was there, within the curriculum listing, there is a list of classes, correct, within certain sub-curricular, correct?

A. Yes.

Q. And I think your testimony is that certain of those classes by their nature of being a lab and by the nature of being a certain type of lab, you believe necessarily carry a promise of in-person education for those labs?

A. Yes. That's all within specifically the mechanical engineering degree that I can see, especially for excluding the mechatronics engineering certificate.

Q. Okay. So if I could ask you to

Page 164

N. QUATTROCIOCCHI

stay on the same document and flip back to page 1 of the document -- page numbered one, numbered RIT 345, which is I think the third page of the PDF.

A. Yes.

Q. And the paragraph on the left side of that page headed "About This Bulletin." Do you see that?

A. Yes.

Q. Do you see the first sentence of that paragraph reads as follows:

"This undergraduate bulletin does not constitute a contract between the university and its students on either a collective or individual basis."

Did I read that accurately?

A. Yes.

Q. And two sentences after that, the document -- that paragraph refers to the possibility that there may be, quote: "Course and curriculum changes."

Do you see that?

A. Yes.

Q. Or quote: "Unforeseen changes

Page 165

N. QUATTROCIOCCHI

and other aspects of RIT life."

Do you see that?

A. Yes.

Q. And on the following sentence, it states that: "Because of this, Rochester Institute of Technology does not assume a contractual obligation with its students for the contents of this undergrad bulletin."

Do you see that? Did I read that accurately?

A. Yes.

Q. At the time you enrolled at RIT for the spring 2020-semester, did you have an understanding of what this language that I just read to you meant?

MR. ALESANDRO: Objection.

You can answer.

A. Yes.

Q. What did you understand it to mean?

MR. ALESANDRO: Objection.

You can answer.

A. So do you want me to summarize

MAGNA
LEGAL SERVICES

Page 166

N. QUATTROCIOCCHI

all three or four that you just stated or just the last one?

Q. To summarize your understanding at the time you -- you said you had an understanding of what this language that I read meant at the time you registered for spring 2020 classes.

And I'm asking you what that understanding -- what that understanding was.

MR. ALESANDRO: Objection.

You can answer.

A. So I guess -- I mean the first sentence covers a large part of it. I guess the undergrad bulletin does not constitute a contract. I guess that's -- yeah, I -- that it doesn't constitute a contract, yeah.

Q. Did you have any other understanding of what that language meant other than it didn't constitute a contract?

A. Well, that's -- the course and curriculum changes can occur. Yes. So I

Page 167

N. QUATTROCIOCCHI

guess under the graduate bulletin does not constitute a contract between RIT and students and the course descriptions are subject to change, it covers most of it.

Q. I'm going to ask you to flip forward to page 354 of the document, which is page 353 of the PDF or RIT Bates 697.

A. Okay.

Q. And there is a section on this page that is entitled, "Refund Policies." Do you see that?

A. Yes.

Q. And that section continues onto the following page, correct?

A. Yes.

Q. And there is nothing on this section that states that RIT students have a right to a refund if RIT cancels classes, is there?

A. There is -- I do not read anything in this document in regards to a refund if RIT cancels classes.

Q. Okay. And there is nothing in

Page 168

N. QUATTROCIOCCHI

this section that states that RIT students have a right to a refund if RIT changes the manner of class instruction, is there?

A. There is nothing explicitly in this document that states that.

Q. Okay. The first page of the section that we're looking at, page 354, Bates RIT 697, on the right-hand column under "partial refund schedule for fee tuition," do you see that?

A. Yes.

Q. And there is a -- there's an embedded URL on the first sentence. Do you see that?

A. Yes.

Q. And if I could ask you to open Deposition Exhibit NQ-13.

A. Okay.

Q. Do you know what that document is? Have you seen it before?

A. Yes. I've seen this before.

Q. And this is RIT's refund tuition adjustment policy, correct?

Page 169

N. QUATTROCIOCCHI

A. Yes.

Q. And had you seen this document before you enrolled for spring 2020?

A. Yes.

Q. And from the URL that's printed at the bottom of this document NQ-13, this document is posted on RIT's student financial services website, correct?

A. Yes.

Q. There is nothing in this document, is there, sir, that states that RIT students have a right to a refund if RIT cancels classes; is that accurate?

A. Give me a moment.

Q. Of course.

A. I did not explicitly see anything regarding RIT offering refunds if they canceled classes.

Q. And there is nothing in this document that states that RIT students have a right to a refund if RIT changes the manner of class instruction, is there?

A. That is not explicitly stated in

MAGNA
LEGAL SERVICES

Page 170

N. QUATTROCIOCCHI

this document.

Q. At any time during the spring 2020 semester, did you ever take a leave of absence from RIT?

A. No, no. I was on vacation during the spring break, but I don't think that counts, correct?

Q. It's your understanding that counts, but did you ever request a formal leave of absence from the school?

A. No.

Q. At any time during the spring 2020-semester, did you ever withdraw from all of the classes you were registered for?

A. No.

Q. You continued as a full-time student at RIT throughout the spring 2020-semester; is that correct?

A. Yes.

Q. And you didn't withdraw from any of your spring 2020-semester classes, did you?

A. No.

Page 171

N. QUATTROCIOCCHI

Q. So looking back at NQ Deposition Exhibit 12, this is the undergraduate student bulletin. I just have one additional question on this document before we leave it for good.

If you could flip to page 369 of this document, which is Bates RIT 712, and let me know when you're there.

A. What was the Bates number again?

Q. RIT 712.

A. Okay. I'm here.

Q. You're there?

A. Yes.

Q. And I'm looking specifically in the section entitled "Course Registration," which is on the bottom right-hand part of that page.

A. Yes.

Q. And now that you've gone to that page, I'll ask you to flip to the next page where that section continues over to page RIT 713.

A. Yeah.

Q. And the final sentence of the

Page 172

N. QUATTROCIOCCHI

paragraph, it's at the very top of the left hand part of that page reads, quote:

"RIT reserves the right to alter any of its courses at any time."

Did I read that accurately?

A. Where?

Q. It's on page RIT 713.

A. Okay. It should be on the top left, correct?

Q. Yeah. So there's a -- at the very top left, there is a paragraph, a carryover paragraph, from the preceding page.

A. Yes.

Q. And the final sentence of that paragraph reads: "RIT reserves the right to alter any of its courses at any time."

Do you see that?

A. Yes.

Q. Did you have an understanding of what this sentence meant when you enrolled at RIT for the spring 2020-semester?

A. Yes.

Page 173

N. QUATTROCIOCCHI

Q. And what did you understand it to mean?

A. RIT can change any of its courses at any time, change the contents of its courses.

Q. You said change the content of its courses. What do you mean by that?

A. Well, it says it can alter any of its courses at any time, so I mean, the -- well, I guess -- I don't know. RIT reserves -- it can change any part of its course that it wants at any time. I believe that's what "reserves the right to alter" would directly infer. And I guess "content" would directly refer to parts of the course.

Q. You didn't understand that RIT's reservation of rights in this sentence we're discussing was limited to content, did you?

A. Can you repeat that? Sorry.

Q. Sure. The word "content" doesn't appear anywhere in that sentence,

MAGNA
LEGAL SERVICES

Page 174

N. QUATTROCIOCCHI

does it?

A. No.

Q. It just says RIT reserves its right to alter any of its courses at any time, correct?

A. Correct.

Q. So you didn't have an understanding that that sentence was just limited to reserving the right to alter course content but to alter any of its courses at any time, correct?

A. Correct.

Q. All right. If you could flip back to NQ-10. This is your second amended complaint.

A. Okay.

Q. Paragraph 61 on page 13 of the document, this is the list that we've been making our way through slowly.

A. Yes.

Q. And we're almost at the end. We've done student -- we've done website, academic catalogs, student handbooks, correspondence, marketing materials and

Page 175

N. QUATTROCIOCCHI

other circulars, bulletins, and now it is time for publications.

What publications do you claim contain promises of in-person education by RIT?

A. I cannot recall explicit examples.

Q. Can you recall general categories of publications that you claim contain promises of in-person education by RIT?

A. I can't recall generalities either.

Q. Aside from what we've just spent the better part of two hours working our way through, are there any other documents on which you're basing your claim that RIT made a promise of in-person education?

A. None that I can explicitly recall.

Q. And aside from what we've been discussing over the last several hours, the documents, and other material you've

Page 176

N. QUATTROCIOCCHI

identified, are there any other statements by RIT in which you're basing your claim that RIT made a promise of in-person education?

A. I cannot recall specifics.

Q. Can you recall generalities?

A. I cannot -- I cannot recall generalities much either.

Q. You can't recall generalities much. Can you recall any general statements on which you're basing your claims in this case other than what we've discussed up to this point at your deposition?

A. Nothing other than what was gone over in this discussion.

Q. Sorry. Was that answer nothing other than what was gone over in this discussion?

A. Yes. Sorry. My throat is a little dry.

Q. Do you want to take a break? We're about a half-hour away from the finish line here. I don't know if you

Page 177

N. QUATTROCIOCCHI

want to keep on trucking or just take a quick break.

A. A quick break would be helpful.

THE VIDEOGRAPHER: The time is 3:00 p.m. We're off the record.

(Discussion held off the record.)

THE VIDEOGRAPHER: The time is 3:08 p.m. We're back on the record.

BY MR. BURNS:

Q. Mr. Quattrociocchi, prior to spring 2020, did you ever have a class at RIT change locations or professors?

A. No.

Q. Prior to spring 2020, did you ever have a class at RIT canceled because of snow or weather?

A. Not that I recall.

Q. Prior to spring 2020, did you ever have a professor cancel class due to illness?

A. I don't know.

Q. You can't recall that occurring?

A. No, I cannot recall that

MAGNA

LEGAL SERVICES

Page 178

N. QUATTROCIOCCHI

occurring.

Q. So if I could ask you to flip to NQ-14.

For the record, this document bears the Bates No. Quattrociocchi 17.

Do you have that document pulled up?

A. Yes.

Q. Do you recognize this document?

A. Yes.

Q. What is this document?

A. This is an e-mail sent out to everyone at RIT outlining -- yeah, this was sent extending the spring break, and -- does this include the changes to -- yes, extending spring break and acknowledging that academic instruction will switch to alternative methods until further notice.

Q. You received this e-mail on or about March 11th, 2020, correct?

A. Yes.

Q. Looks like it was sent to your RIT e-mail address, correct?

Page 179

N. QUATTROCIOCCHI

A. Yes.

Q. And this is a communication to RIT's student from RIT's president, David Munson, correct?

A. Yes.

Q. And you were on spring break at the time you received this e-mail?

A. Yes.

Q. And as you noted, Mr. Munson was informing RIT students that spring break will be extended through March 22nd, correct?

A. Yes.

Q. And that classes would resume on March 23rd?

A. Yes.

Q. And that when they resumed, they would be conducted via alternative methods until further notice, correct?

A. Yes.

Q. And when you received this March 11th announcement from RIT, what was your reaction?

A. I was honestly a little

Page 180

N. QUATTROCIOCCHI

frustrated because I was hoping to -- I was hoping to dive much deeper into System Dynamics than what was -- what was available after -- you know, we weren't able to do labs at that point.

I was actually really looking getting forward to getting into the labs for System Dynamics specifically because I'm rather interested in control stuff, and this was the intro to it, so I was going to start to be able to get my hands a little dirty, and then this happened right before the labs were about to start, and we couldn't that. So I was actually a little sad, a little frustrated.

Q. At this point in the pandemic, March 11th, 2020, did you think that RIT should continue to hold in-person classes?

MR. ALESANDRO: Objection.

You can answer.

A. I mean, it was the pandemic, so I understand why they didn't continue

Page 181

N. QUATTROCIOCCHI

holding in-person classes.

Q. So you didn't think at this point in time, March 11th, 2020, that RIT should resume in-person classes, did you?

MR. ALESANDRO: Objection.

You can answer.

A. I mean, if -- can you restate the question?

Q. Sure. As of when you received this March 20th, 2020, you didn't think that RIT should resume in-person classes, did you?

MR. ALESANDRO: Objection.

You can answer.

A. I didn't think that it was wrong for them to stop in-person classes, but I don't think that switching to online was the best -- might have been the best option for certain things, like labs and stuff.

Q. So at this point in the pandemic, March 11th, 2020, did you think that RIT should continue in-person labs?

MR. ALESANDRO: Objection.



46 (Pages 178 to 181)

Page 182

N. QUATTROCIOCCHI

You can answer.

A. I mean, within reason. I mean, obviously, it's the pandemic, so having a class full of people in a small room was not a good -- probably would not be a good option.

But shuffling students around and having -- under CDC guidelines would probably have been a good maneuver rather than just completely ceasing classes.

Q. So just so I'm clear, the answer to my question, so you do believe that RIT should have continued in-person labs as of March 2020 in some capacity?

MR. ALESANDRO: Objection.

You can answer.

A. I don't know. Probably -- for the safety of the students, it was probably not a good idea to continue labs.

Q. In the, say, two weeks after you received this March 11th announcement from RIT, did you raise any objection to RIT's decision to transition to

Page 183

N. QUATTROCIOCCHI

alternative methods for your classes?

A. Did I personally raise objection?

Q. Yes.

A. No, I did not personally raise objection.

Q. When you received this March 11th announcement from RIT, did you consider withdrawing from the semester?

A. No.

Q. At any point during the 2020-semester, did you consider withdrawing from the semester?

A. No.

Q. Why not?

A. I was not about to let a pandemic stand in my way of getting a degree.

Q. If I could ask you to open up NQ Exhibit 15. For the record, this bears Bates number Quattrociocchi 37.

And do you recognize this document?

A. Yes, yes. I remember this

Page 184

N. QUATTROCIOCCHI

document.

Q. And did you receive this document on or about March 15th, 2020?

A. Yes.

Q. And this was a further communication to RIT students regarding the pandemic, yes?

A. Yes.

Q. And in this communication, RIT informed its students that due to the pandemic, there will be no in-person face-to-face classes for the remainder of the spring 2020 term, correct?

A. Yes.

Q. And that classes would be resuming on March 23rd via alternative delivery methods including online, correct?

A. Yes.

Q. When you received this March 15th communication, what was your reaction?

A. Pretty much a continuation of what I said the first time. I mean, I

Page 185

N. QUATTROCIOCCHI

understand why we closed. It's not that I don't understand that. It's -- but I was definitely a little sad and frustrated that I had -- you know, I was no longer going to be able to attend the in-person courses, especially those labs.

Q. But you didn't think at or around the time of -- time you received NQ 15 that RIT should reopen for in-person classes, did you?

MR. ALESANDRO: Objection.

You can answer.

A. No. I don't think opening up at this point would probably have been a good option.

Q. And in the, say, two weeks after you received -- actually, in the month after you received this March 15th, 2020, communication, did you raise any objection to RIT about its decision to transition to alternative delivery methods for your class -- classes?

A. I did not raise -- I did not personally raise any objection.

MAGNA
LEGAL SERVICES

Page 186

N. QUATTROCIOCCHI

Q. This March 15th communication also informed you that RIT would be immediately closing campus spaces that invite large groups of people, correct?

A. Yes.

Q. And it identified a number of venues that was closing effective immediately, correct?

A. Yes.

Q. At the time you received this on March 15th, did you disagree with RIT's decision to close these spaces?

MR. ALESANDRO: Objection.

You can answer.

A. I don't recall my opinion at that point in time.

Q. Did you ever -- prior to the commencement of this lawsuit, did you ever raise an objection to anyone at RIT about its decision to close spaces on campus?

A. I did not personally raise an objection.

Q. When you say you did not

Page 187

N. QUATTROCIOCCHI

personally raise an objection in response to several of my previous questions, what does that mean?

Is there something about "personal" that you're signifying in that response?

A. No, no. I -- I did not raise objection to anyone -- I mean -- I don't know. I complained to my parents that it happened, but that's about as far as I would put it.

I didn't personally -- I mean that I did not go to RIT and object directly nor did anyone that I know of. But I did complain about the situation is what I'm -- I guess is what I am trying to say.

Q. Okay. So let me just ask the question again.

So any time between when you received the first of these communications on March 11th, 2020, and when you commenced this lawsuit, did you raise objection to anyone at RIT about

Page 188

N. QUATTROCIOCCHI

either closing spaces on campus or transitioning to online learning?

A. No. I did not raise any objection or complain to anyone at RIT.

Q. If I could ask you to open up NQ Exhibit 16, and before we start talking about this document, let me just say on the record, this is a document that bears the Bates number Bergeron 27.

We didn't find this e-mail in your document production Mr. Quattrociocchi, but I would ask you: Does this document look familiar to you? Do you know what this document is?

A. Yes. I know what this document is.

Q. Okay. So this is -- you received this communication from RIT, correct?

A. Yes.

Q. Okay. And although the specific document that you have in front of you, NQ-16, went to your co-plaintiff, Mr. Bergeron, you also received this e-mail

Page 189

N. QUATTROCIOCCHI

at around the same time he did?

A. I believe so, yes.

Q. Okay. And so this -- the text of this document was an e-mail that you received on or about March 20th, 2020, correct?

A. Yes.

Q. And this was a further communication to RIT students regarding the pandemic, correct?

A. Yes.

Q. Was this communication the first time that you learned about RIT's plan with regard to tuition and fee refunds?

A. I believe so, yes.

Q. And on this March 20th communication, RIT informs students that it would not be issuing credits for tuition or required fees, correct?

A. In this document, it does not look like it explicitly states that there is a tuition refund unless if you -- no, I don't believe this addresses refunds for classes.

MAGNA
LEGAL SERVICES

Page 190

N. QUATTROCIOCCHI

Q. Well, it does. If you look on the fourth page of the document, which is Bates stamp Bergeron 30.

A. Okay, yes.

Q. In the paragraph immediately above the section that's entitled, "Call Center Activated." Do you see that?

A. Yes.

Q. And in this paragraph, RIT is informing you and other RIT students that it would not be adjusting tuition and required fees, correct?

A. Yes.

Q. Okay. And was this the first time you learned of -- that that was RIT's position on tuition and fee refunds?

MR. ALESANDRO: Objection. You can answer.

A. I do not recall if I learned their stance prior to this e-mail.

Q. Okay. At any point prior to receiving this e-mail on March 20th, 2020, had you been in touch with anyone

Page 191

N. QUATTROCIOCCHI

at RIT in any manner to express any views regarding tuition or fee refund?

A. No.

Q. In the time following receipt of this e-mail on March 20th, 2020, until you commenced this lawsuit, did you raise -- did you contact anyone at RIT to raise objection to its plans regarding tuition or fee refunds?

A. No.

Q. Did your classes resume at RIT on March 23rd as had been rescheduled in the wake of the pandemic?

A. I do not recall if I had classes that day to resume.

Q. Did they resume on -- did all of your classes resume sometime during the week of March 23rd?

A. I think technically the -- the Mechanics and Materials Lab, I think, took a while before it fully started contacting people. But yes, the rest of them, during that week, I was contacted with information regarding how classes

Page 192

N. QUATTROCIOCCHI

would be starting.

Q. Okay. And at some point, did the Materials Lab also contact you with information regarding restarting?

A. Yes.

Q. And at some point in time, either during the week of March 23rd or thereafter, your classes for the second half of spring 2020 recommenced?

A. Yes.

Q. Okay. Did all of your professors provide revised syllabuses for all of your classes for the second half of the spring 2020-semester?

A. I don't recall.

Q. Prior to spring break 2020, had you attended all of your spring 2020 classes?

A. Yes.

Q. Had you missed any?

A. I don't recall if I missed any.

Q. Did you have the same professors for all of your classes in the second half of the spring 2020-semester as you

Page 193

N. QUATTROCIOCCHI

had during the first half?

A. Yes.

Q. And all of your classes for the second half of the spring 2020-semester resumed in some fashion for the remainder of the semester, correct?

A. Yes.

Q. During the second half of the spring 2020-semester, did you ever come to campus?

A. I don't recall. I'm very confident I did not attend campus at all.

Q. Mr. Quattrociocchi, do you have an opinion as to how RIT implemented its transition to virtual classes in spring of 2020?

MR. ALESANDRO: Objection. You can answer.

A. Not -- I think given the circumstances, they did. They executed reasonably. The labs were a little sad because they just handed us data to go crunch. And it just felt very disconnected from the problem.

MAGNA
LEGAL SERVICES

Page 194

N. QUATTROCIOCCHI

But aside from that, I don't have too much of an opinion.

Q. So putting the labs aside, do you have any opinion as to how RIT implemented its transition to virtual learning in spring -- in the second half of spring 2020 for other than your lab classes?

MR. ALESANDRO: Objection. Asked and answered.

You can answer.

A. Not really that I recall.

Q. Do you think that RIT did a poor job or a subpar job in transitioning to virtual classes for the second half of the spring 2020-semester?

MR. ALESANDRO: Objection.

You can answer.

A. I don't recall, at that point in time, if I had any heavy opinions leaning one way or the other.

Q. Okay. But as you sit here today and looking back at your time during the second half of spring 2020, do you think

Page 195

N. QUATTROCIOCCHI

that RIT could have done anything differently with respect to how it implemented virtual learning for the second half of spring 2020?

MR. ALESANDRO: Objection.

You can answer.

A. As a generality, for all of RIT or just the courses that I took?

Q. I'll ask you those two questions independently. How about start with your own experience?

Do you thinking that RIT could have done anything differently for your own experience during the transition?

A. There's definitely some hiccups in information transfer because a lot of -- going from the professor to the students because a lot of professors didn't exactly know how to teach online because that's a whole different skill.

So I mean that's -- as far as any methods to make it better, I can't think of anything specifically. I think it just comes with practice. But I

Page 196

N. QUATTROCIOCCHI

didn't really have too much of an issue, but I know some of my friends -- I guess this is starting to answer your second question.

I know some of my friends had a terrible time because some of the -- some of the professors just did not use how to use a lot of software that RIT was capable of implementing.

So they just -- they were floundering because the professors just -- they either didn't take the time because they were just stubborn about it, or they just blatantly didn't do it, and I know that impacted them.

Q. What friends do you recall having those conversations with?

A. I mean do you -- I don't remember the specific course, but it was my one friend, he also attended RIT, obviously. Can I say names or is it --

Q. Yeah, please do, please do.

A. Okay. Ben Kennard, K-e-n-n-a-r-d, I think. Yeah, one of his

Page 197

N. QUATTROCIOCCHI

courses -- one of his professors -- it's either him or one of my other friends, but I know I heard a lot of complaints about some professors just, like, almost -- they just -- they just did not know how to teach, and in certain cases, they would -- not that they didn't know how to teach.

They didn't know how to teach online, and they didn't -- and a large basis for that was not knowing how to operate Zoom appropriately, getting frustrated with it, and stuff like that.

And it just -- it -- in certain -- and I guess, therefore, in certain cases, they definitely could have executed better with some better training towards all the teachers in how to use some of the software that would facilitate communication and education between the students.

But luckily, the mechanical engineering department was -- at least the courses that I took, they were



MAGNA

LEGAL SERVICES

Page 198

N. QUATTROCIOCCHI

equipped enough to be able to learn and handle a lot of it. So I didn't -- I personally did not experience a lot of issue transitioning, but there was definitely some of my friends really, really had a tough time with some of those courses.

Q. So you've identified Mr. Kennard.

What other friends do you recall speaking with who were displeased with their experience?

A. I don't recall specifically which people, but I know that some of my friends, some of the people that I was talking to, some of my friends, obviously, they complained about it a bit just because, like, some -- like I said, some of their teachers just did not know how to use some of the software that was provided to them, and it just made it way harder than it needed to be.

Q. Do you have an opinion as to the value of the education you received

Page 199

N. QUATTROCIOCCHI

during the second half of the spring 2020-semester?

MR. ALESANDRO: Objection.

You can answer.

A. It definitely wasn't as good as it was prior to the in-person classes. That's it. But that's -- other than that, not a lot.

Q. So aside from that, you think that the value wasn't as good as what it had been previously.

Do you have any other opinions on the subject of value?

A. No, not really.

Q. Do you have an opinion as to the extent to which your education, the second half, was devalued?

MR. ALESANDRO: Objection.

You can answer.

A. I know -- I guess I don't know the extent in which it was devalued, but I know that it definitely impacted the following spring semester -- no, the following fall semester, I think, because

Page 200

N. QUATTROCIOCCHI

that's when I took Classical Controls.

So System Dynamics was a prerequisite for Classical Controls, and the theoretical content, I was fine with because that was still able to transfer fine, but the hands-on content was not.

Because the labs didn't occur, I was not able to transfer that information well to the next proceeding course.

Q. Do you think that all of your spring 2020 classes were devalued as a result of the transition to online in the second half?

MR. ALESANDRO: Objection.

You can answer.

A. Yeah, yeah.

Q. Is it fair to say that some were devalued more than others?

A. Yes.

Q. Which of your fall 2020 classes do you think were devalued a little as opposed to a lot?

A. Fall of 2020?

Q. I'm sorry. I'll ask the

Page 201

N. QUATTROCIOCCHI

question again.

Which of your spring 2020 classes do you consider to have been devalued by a little?

A. By a little? Let me pull up my transcript. Contemporary Issues went down a little bit. Some of the presentations were changed as a direct result of the closing of the campus. But the rest of them definitely got hit rather hard. I was saddened by that.

Q. So is it your testimony that other than -- can you hear me?

A. A little bit.

Q. Sorry. I don't want to go off the record. Just give me a moment until I repair another pair of ear pods.

(Brief pause.)

Q. You identified one of your classes that you consider to have been devalued by a little. Were the rest devalued by more than a little?

A. Yes.

Q. Were they all devalued by



Page 202

N. QUATTROCIOCCHI

approximately the same amount in your opinion?

A. No. They were -- some more than others.

Q. So let's do it this way: What was your -- one of your fall 2020 classes do you consider to have been most devalued?

A. By far, Strength of Materials Lab. The whole point was to be a lab, and you would go in, and you would test mechanical properties of materials.

And after the pandemic hit, I think we were just handed some data sets, and somebody was, like, go make a report. I'm, like, that's -- it just -- it wasn't -- it was -- it was very, very devalued after -- after the pandemic.

Q. And what's next on the list going down from most devalued to least?

A. System Dynamics, because the lab was the same -- it operated under the same conditions. Then after that --

Q. And if I could just interrupt

Page 203

N. QUATTROCIOCCHI

you, so and System Dynamics had a lab and a lecture component, correct?

A. Yes.

Q. So would you say that the lab component was devalued by more than the electric component was devalued?

A. Yes.

Q. Okay.

A. The lecturer was great. She was a fantastic person.

Q. Okay. So the lecturer component wasn't very devalued or wasn't devalued?

A. No. That -- honestly, that one was very, very good.

Q. So it's the lab component of System Dynamics that you consider to have lost a lot of value?

A. Oh, yes.

Q. Okay. So what's next on the list working our way down?

A. I probably put Probability in Statistics and Intro to Optimal Design tied because Probability in Statistics, it was just way, way harder to learn and

Page 204

N. QUATTROCIOCCHI

understand the material, you know, once it became online.

And then Intro to Optimal Design, she dropped the final project because she just couldn't get to it.

So I was kind of hoping because it was a -- Intro to Optimal Design was a theoretical course. So she just -- you finally got to a point where you could implement a -- something that had a direct application to the real world, but she had to drop it because she couldn't -- she couldn't facilitate teaching the course and helping everyone debug their real-life problem with some optimization script.

Q. Okay. So is it your fair summary of your testimony that some of your classes were devalued by more than others?

A. Yes.

Q. Were you ever advised by RIT that you qualified for a CARES Act payment?

Page 205

N. QUATTROCIOCCHI

A. I do not recall.

Q. Did you ever receive a CARES Act payment?

A. I do not recall.

Q. Did you ever request a CARES Act payment?

A. I don't -- I don't recall.

Q. Okay. So Mr. Quattrociocchi, your complaint in this case also seeks a partial refund of fees attributable to the second half of the spring 2020 semester, correct?

A. Yes.

Q. What fees are you seeking refunds of?

A. So this would be -- if I remember correctly the -- so -- the fees that went towards utilizing campus facilities.

Q. So would that include the student health fee?

A. I believe so, yes.

Q. Would it include the student activity fee?

MAGNA
LEGAL SERVICES

Page 206

N. QUATTROCIOCCHI

A. Yes.

Q. Would it include anything else?

A. I do not recall if it discussed other than those.

Q. As you sit here today, your recollection is that you're seeking recovery of student health fee, student activity fee, and that's it?

A. I believe so, yes.

Q. Do you recall paying any fees for the spring 2020-semester other than those two?

A. Off the top of my head, I do not recall.

Q. Looking first at the student health fee, do you have an understanding of what your student health fees paid for?

A. Off the top of my head, I don't know explicitly what the student health fee covers.

Q. Did it allow you to use the services of the student health center?

A. That makes sense.

Page 207

N. QUATTROCIOCCHI

Q. And did it also pay for those activities at the student health center?

A. Yes.

Q. Did it also pay for medical supplies and people to staff the student health center?

A. That would make sense, yes.

Q. I think I asked you this question earlier, but I forgot your answer and don't have the record here.

Did you ever use the student health center during your time at RIT?

A. No.

Q. Are you aware that the student health center continued to provide services to students during the second half of the spring 2020-semester?

A. Did you ask if I was aware that that occurred?

Q. Yes.

A. I -- I did not know whether they did or did not continue.

Q. Did you know that -- I'm sorry. I didn't mean to interrupt.

Page 208

N. QUATTROCIOCCHI

A. Sorry. I said I did not know whether or not they would continue that as the campus was closing.

Q. Okay. Are you aware that the student health center in fact remained open through the second half of the spring 2020-semester?

A. I do not directly remember reading that it was or would be open.

Q. Okay. Are you aware that RIT's students actually remained on campus for the second half of the spring 2020-semester, specifically international student and folks who couldn't safely leave? Did you know that?

A. Yes.

Q. Okay. But you don't know that the student health center remained open during the second half of spring 2020?

A. I -- I guess I didn't put two and two together. No. I'm sorry.

Q. Okay. Do you know that the student health center continued providing telemedicine services during the second

Page 209

N. QUATTROCIOCCHI

half of spring 2020?

A. No. I was unaware.

Q. And you didn't use any of those telemedicine services at the student health center during the second half of spring 2020, did you?

A. No.

Q. Are you aware of what it costs RIT to run the student health center?

MR. ALESANDRO: Objection. You can answer.

A. I don't know how I would be aware of that information.

Q. It's just a yes or no, if you're aware or are you not? Are you not?

A. I'm not aware.

Q. Okay. And you're also seeking a refund in this case for part of the student activity fee you paid, correct?

A. Yes.

Q. Are you aware that student activity programming continued to operate remotely during the second half of the spring 2020-semester?

MAGNA
LEGAL SERVICES

Page 210

N. QUATTROCIOCCHI

A. No, I was unaware.

Q. You didn't receive e-mails on a periodic and regular basis regarding virtual programming, virtual student activity programming?

A. I do not recall if I received e-mails.

Q. So fair to say that during the second half of spring 2020-semester, you didn't attend any remote student activity programming, correct?

A. No, I did not.

Q. Are you aware that the proceeds from the student activities fee are managed by RIT's student government?

A. No, I was unaware.

Q. And are you aware that unused funds from the student activity fee roll over every year into the following year's student activity budget?

A. No, I was unaware.

Q. You commenced your lawsuit against RIT in July of 2020, correct?

A. That timeline sounds

Page 211

N. QUATTROCIOCCHI

appropriate, but I don't recall the specific time.

Q. Did you first contact your lawyer, or did they contact you?

A. I believe I contacted them first with an inquiry.

Q. Okay. And approximately, how long before you filed this lawsuit in July of 2020 did you first contact your lawyers?

A. Off the top of my head, I do not know a specific timeline.

Q. Do you know if it was weeks or months?

A. I don't know when off the top of my head without going back through e-mails, correspondence. I don't know the exact timeline.

Q. Okay. Do you know if it was -- at the time you contacted, first contacted your attorneys, was the spring 2020-semester over, or was it in progress?

A. I think that it was after the

Page 212

N. QUATTROCIOCCHI

semester. But again, I don't -- I don't recall specifically. But I do have -- I did save all the e-mails, so I can, if needed, check that. But I don't know specifically when I contacted.

Q. Okay. So the last line of questioning for the day: Are you aware that RIT has served you through your counsel with a request for the production of documents?

A. Can you elaborate on that? I don't --

Q. Are you aware that RIT, in connection with this litigation, has asked you to search for and produce certain categories of documents?

A. Yes.

Q. Okay. And have you seen a copy of the document request that RIT served on your counsel?

A. Oh, it's the something search, right? Am I thinking of the correct terminology? Document search or something to that extent?

Page 213

N. QUATTROCIOCCHI

Q. Right. My question, though, was so we, meaning RIT, sent your counsel a document with a list of documents that we wanted you to search for.

Did you see that list? Did your counsel provide you with that list?

A. Yes, yes.

Q. Okay. And did you undertake a search for documents that were responsive to what was on our list?

A. Yes.

Q. What did you do to undertake that search?

A. I scoured through all of my e-mails. I grabbed any documentation that I had lying around in regards to any -- I don't remember the specifics on the list, but I know there was a couple of things that I just happened to have lying around that I scanned and sent them. And a large part of it was retrieving e-mails.

Q. During the spring 2020-semester, you had an RIT e-mail address, correct?



54 (Pages 210 to 213)

MAGNA
LEGAL SERVICES

Page 214

N. QUATTROCIOCCHI

A. Yes.

Q. What other personal e-mail accounts did you use regularly during that period?

MR. ALESANDRO: Objection.

You can answer.

A. I have a -- actually, RIT should have access to all the e-mails that I use regularly because it's my backup e-mail attached to my account, the nquattro1996@yahoo.

Q. So any additional accounts other than the yahoo account?

A. That I searched through, no.

Q. Well, any other additional e-mail accounts that you used let alone what you searched?

A. No.

Q. During the spring 2020-semester, you were -- to the extent you were sending e-mails, it was either on your RIT account or your yahoo account?

A. Yes.

Q. And did you search your yahoo

Page 215

N. QUATTROCIOCCHI

account for documents responsive to our document request?

A. I don't recall.

Q. Did you search your RIT e-mail account?

A. Yes.

Q. And how did you search your RIT e-mail account?

A. There's a search bar.

Q. What did you use -- what search terms did you use to search for documents?

A. COVID, coronavirus, corona, virus, pandemic. Maybe a few other ones. Those are the ones that I can remember.

Q. Did you communicate with friends at RIT via your yahoo account?

A. In regards to this case?

Q. Just generally.

A. And is this in regards to just in general, have I used my yahoo account to contact my friends at RIT?

Q. Well, I'm wondering because some people use their RIT e-mail accounts or

Page 216

N. QUATTROCIOCCHI

their school e-mail accounts for exclusively school-related things, meaning communicating with professors, things like that and e-mail with their friends via a personal account.

Is that you, or do you use it somewhat differently?

A. My school account is -- is -- I strictly use it for school. So I don't contact anyone, any friends using my school account.

Q. Okay. Do you recall at any time during the spring 2020-semester or thereafter e-mailing with any of your friends regarding your experiences during spring 2020?

MR. ALESANDRO: Objection.

You can answer.

A. I don't recall.

Q. You don't recall that it did happen, or you don't recall if it happened?

A. I don't recall -- I don't recall e-mailing my friends in regards to

Page 217

N. QUATTROCIOCCHI

opinions about RIT during the spring semester for the pandemic.

Q. Do you recall e-mailing your friends regarding any topics about tuition refunds or fee refunds?

A. No.

Q. Do you know with certainty that you didn't send e-mails of this nature to your friends?

MR. ALESANDRO: Objection.

You can answer.

A. Not with certainty. I -- so the only thing I can think of, but I don't -- I don't think I sent an e-mail because I think I received the e-mail in regards to meal plan and housing before my friend did who happened to be sitting next to me, and I showed him that.

But that was -- that's -- I didn't use the e-mail explicitly to send him that, but he received the e-mail shortly after because he went to RIT as well.

Q. Did you ever receive any e-mails

MAGNA

LEGAL SERVICES

Page 218

N. QUATTROCIOCCHI
from any of your friends regarding their experiences during spring 2020 with virtual learning, with classes, with tuition and fee refunds, on any of those topics?
A. Not that I can recall.
Q. Do you know with certainty that you did not receive those e-mails?
MR. ALESANDRO: Objection.
You can answer.
A. I don't remember if there was information exchanged regarding that.
Q. And as you sit here today, you can't confirm one way or the other whether you searched your yahoo e-mail account for responsive documents?
A. I'm not a hundred percent certain, so I don't -- I don't recall if I searched that. I don't think I did, but I don't recall if I did.
Q. You don't think you did?
A. No, I don't -- I don't recall if I did or not. I'm -- yeah.
Q. Did you use text messages during

Page 219

N. QUATTROCIOCCHI
the spring 2020-semester?
A. Just to text people?
Q. Yep.
A. Yes.
Q. Did you search your texts for documents that were responsive to our document request?
A. No, I didn't scour through text messages.
Q. Do you do social media?
A. Yes.
Q. What social media platforms are you active on?
A. Facebook.
Q. Anything else?
A. No.
Q. So Facebook is the only social media platform that you're active on?
A. Yeah.
Q. Did you search your Facebook account for materials that are responsive to our document request?
A. No, I did not search Facebook.
Q. Do you use group chat apps of

Page 220

N. QUATTROCIOCCHI
any sort?
A. No.
Q. So Discord, GroupMe, Slack, none of those?
A. I used Slack during last year for courses because it was required for the course to use it. But aside from that, no, I don't use -- I don't use those, no.
Q. Okay. So you don't know any group chat apps to talk with your friends?
A. No, not really. I mean, I have a Discord, but I don't use it.
Q. Okay. So at this point in time, I'm prepared to suspend the deposition. We'll be in touch with your counsel, Mr. Alesandro, regarding these document production issues, document search and production issues that we've been discussing in the last ten minutes or so, and we'll suspend pending receipt of those documents.
MR. ALESANDRO: Okay. Follow

Page 221

N. QUATTROCIOCCHI
up in writing, and we'll take it under advisement.
MR. BURNS: And Mr. Quattrociocchi, thank you very much for your time today, your patience, and thank you for your testimony. It's been a long day, and I appreciate your attention through it.
THE WITNESS: No problem. Yes, thank you.
MR. BURNS: Thanks. Have a good weekend everyone.
THE VIDEOGRAPHER: This concludes the deposition. The time is 4:07 p.m. We're off the record.
THE REPORTER: Mr. Alesandro, are you ordering a copy of the transcript?
MR. ALESANDRO: Yes, please.
(Time noted: 4:07 p.m.)

MAGNA
LEGAL SERVICES

Page 222

INSTRUCTIONS TO THE WITNESS

Please read your deposition over carefully and make any necessary corrections.  You should state the reason in the appropriate space on the Errata Sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you.  If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Page 223

D E P O S I T I O N   E R R A T A
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
Page No. _____ Line No. _____
Change to: _____
Reason for change: _____
SIGNATURE: _____ DATE:_____
NICHOLAS QUATTROCIOCCHI

Page 224

A C K N O W L E D G M E N T
STATE OF NEW YORK )
               ss:
COUNTY OF NEW YORK)

I, NICHOLAS QUATTROCIOCCHI, hereby certify that I have read the transcript of my testimony taken under oath in my deposition on the 5th day of November, 2021, that the transcript is a true, complete and correct record of what was asked, answered and said during this deposition, and that the answers on the record as given by me are true and correct except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____
NICHOLAS QUATTROCIOCCHI

Subscribed and sworn to before me
this _____ day of _____, 2021.

_____
NOTARY PUBLIC

Page 225

I N D E X
WITNESS           EXAMINATION BY  PAGE
Mr. Quattrociocchi  Mr. Burns..........3

E X H I B I T S
DEFENDANT'S                    PAGE
Exhibit 1  Application
        (RIT1200-1207).............30
Exhibit 2  Acceptance letter
        (RIT1219)..................39
Exhibit 3  Document
        (RIT1226-1235).............53
Exhibit 4  Acceptance letter
        (RIT1236)..................61
Exhibit 5  Change of major
        (RIT1248)..................70
Exhibit 6  Dual Degree
        (RIT1259)..................71
Exhibit 7  Transcript
        (RIT2060-2065).............73
Exhibit 8  Executed SFRA
        (RIT1887)..................95
Exhibit 9  Second Interrogatory
        Responses.................106



Page 226

E X H I B I T S (Continued)

DEFENDANT'S                                    PAGE

Exhibit 10  Second Amended Complaint..123

Exhibit 11  Website Disclaimer
            (RIT2059).................142

Exhibit 12  Undergrad Bulletin
            (RIT343-726)..............155

Exhibit 13  Refund/Tuition Adjustment
            Policies
            (RIT1781-1789)............168

Exhibit 14  March 11, 2020 communication
            (Quattrociocchi17-20).....178

Exhibit 15  March 15, 2020 communication
            (Quattrociocchi37-44).....183

Exhibit 16  Information regarding
            credits and refunds
            (Bergeron27-31)...........188

Page 227

C E R T I F I C A T E

STATE OF NEW YORK   )
                    )ss.
COUNTY OF NEW YORK  )

I, BINITA SHRESTHA, a shorthand reporter and Notary Public within and for the State of New York, do hereby certify:

That the witness whose testimony is hereinbefore set forth was duly sworn by me, and the foregoing transcript is a true record of the testimony given by such witness.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 5th day of November, 2021.

_____
      BINITA SHRESTHA


Notary ID. No. 01SH6155661
Commission Expires November 13, 2022

MAGNA
LEGAL SERVICES

| A |
| --- |

**ability** 8:24 9:4
**able** 6:4 40:25 44:9 128:17,20 180:6 180:12 185:6 198:2 200:6,9
**above-entitled** 1:20
**absence** 170:5,11
**Absolutely** 41:16
**academic** 24:8,10 60:25 72:23,25 95:25 96:12 124:16 143:16 144:6,8,12,16,20 145:6,17 146:23 148:18 156:19 160:20 161:11 174:24 178:18
**accelerated** 69:16
**accept** 97:2
**acceptance** 39:15 58:11,14 60:18 61:20,22 71:22 72:8 96:21 225:10 225:14
**accepted** 29:22,23 29:25 30:2 39:7 39:25 62:5 65:14
**accepting** 71:21 72:17
**access** 128:15 135:25 214:9
**accomplished** 131:18
**accomplishments** 24:17
**account** 214:11,14 214:23,23 215:2,6 215:9,18,22 216:6 216:9,12 218:17 219:22
**accounts** 214:4,13 214:17 215:25 216:2
**accuracy** 108:11

**accurate** 65:8 109:16 111:2 121:12 126:13 132:20 140:19,23 146:7 148:5 169:14 222:21
**accurately** 6:4 112:14,22 124:21 164:17 165:12 172:6
**acknowledging** 178:18
**Act** 204:24 205:3,6
**action** 1:20 55:2 112:21 113:10,15 123:10,13 124:7 131:17 227:16,17
**Activated** 190:8
**active** 219:14,19
**activities** 24:19,23 80:22 81:17 119:22 120:14,18 121:5,10,12 125:19,23 136:9 155:18 160:22,23 161:3,12,17,25 207:3 210:15
**activity** 205:25 206:9 209:20,23 210:6,11,19,21
**actual** 159:18 160:15
**add** 15:9 128:22
**additional** 34:23 44:10 57:8,14 65:20 66:3 104:19 154:12,15 171:5 214:13,16
**address** 4:8 14:8 15:12 178:25 213:25
**addresses** 189:24
**adjusting** 190:12
**adjustment** 168:25 226:9
**administer** 3:12

**admission** 30:8 32:12,16,19 39:7 53:4,22 65:22 66:5
**admissions** 29:3 54:14,18 56:15 66:11,18
**admitted** 23:2
**Adobe** 155:25
**advance** 6:20
**advanced** 89:3
**advertisements** 151:22,22
**advised** 204:23
**advisement** 221:3
**advisor** 70:24,24,25 93:2 102:7
**affect** 8:24 9:4
**affidavit** 13:7,10
**afternoon** 95:7
**agency** 96:21
**ago** 7:20 10:12 28:9 34:12 36:7 56:4
**agree** 96:24 97:2 130:8
**agreed** 3:4,9,16 8:14 96:4,10 112:12
**agreeing** 96:16
**agreement** 35:10 59:12,20 60:12,24 61:2,7 72:19 95:22,24 96:17 98:8
**agreements** 60:9 96:11
**ahead** 157:10
**aid** 16:4 66:19
**aide** 25:5
**aiding** 151:7,8
**alcohol** 9:7
**Alesandro** 2:8 9:22 10:3 11:15,18 12:21,24 13:3 55:19 62:12,15,23 106:15,20,21

107:15,22 108:12 108:21 109:5 113:2,16 114:4 115:16 116:5,23 117:20 120:7,19 121:2,13 122:2 132:10,22 133:10 133:23 137:4 138:14 140:21 157:3,10 159:22 160:3 165:18,23 166:12 180:22 181:6,14,25 182:16 185:12 186:14 190:19 193:18 194:10,18 195:6 199:4,19 200:15 209:11 214:6 216:18 217:11 218:10 220:19,25 221:18 221:21
**algebra** 86:15
**algorithm** 19:12
**allow** 206:23
**allowed** 119:24 120:3
**allows** 69:17
**alphanumerical** 31:25
**alter** 172:4,18 173:9,15 174:5,10 174:11
**alternative** 178:19 179:19 183:2 184:17 185:22
**altogether** 8:8
**alum** 28:14,17
**amend** 15:6
**amended** 112:20 113:9,21 123:12 124:5,6 143:13,20 174:16 226:4
**amenities** 119:17 121:18
**amount** 202:2

**analysis** 19:11 136:2
**and/or** 133:25
**announcement** 179:23 182:23 183:9
**annually** 61:8
**answer** 6:6,25 7:12 28:13 35:19 48:10 55:20 58:6 60:19 62:16,24 76:18 92:3 107:16,23 108:13 109:3,6,8 110:14,23 113:3 113:17 114:5,20 115:6,17,20 116:6 116:24 117:9,15 117:21 118:16 119:7 120:8,20 121:3,14 122:3 126:14 132:11,23 133:11,24 137:5 138:15 149:22 157:11 163:9 165:19,24 166:13 176:18 180:23 181:7,15 182:2,12 182:17 185:13 186:15 190:20 193:19 194:12,19 195:7 196:4 199:5 199:20 200:16 207:11 209:12 214:7 216:19 217:12 218:11
**answered** 138:19 194:11 224:12
**answers** 5:24 6:10 6:14 9:10 29:15 44:17 118:13 224:13
**ANTHONY** 2:8
**anymore** 27:15
**anyway** 80:5
**apart** 127:24 128:4 129:22



**apologize** 6:20
**appear** 145:11
   173:25
**appears** 75:4 84:10
   142:13
**applicable** 48:4
**application** 32:11
   34:5,9 53:17,19
   53:21 55:11,15
   56:2 57:3,10,19
   57:25 58:9,17,21
   58:25 59:5,9,13
   60:13,17 66:16
   204:12 225:8
**applications** 91:16
   92:4,5 129:21
   163:3
**applied** 23:3 28:4
   29:16 30:5,7,13
   33:7,11,15,19,22
   34:14 35:2,6,10
   35:14,21 36:10,22
   36:23 37:5,12
   39:22 42:13 53:3
   61:8 62:2 64:18
   65:5,19 66:2
**apply** 21:23 26:17
   29:12,18 32:3,15
   32:19 53:25 65:2
   65:14
**applying** 26:10
   54:4 55:2 56:17
   65:10
**appreciate** 221:9
**approach** 48:16
**appropriate** 211:2
   222:7
**appropriately**
   110:23 197:13
**approximately**
   27:23 202:2 211:8
**apps** 163:2 219:25
   220:12
**area** 14:17,24 15:3
   26:25 46:12 47:14
   78:14

**arms** 21:11,14
**aside** 12:6 13:2
   27:10 34:21 51:19
   53:25 56:24 57:5
   57:12 65:17,24
   69:8 76:8 80:24
   87:3,5,10 100:18
   103:2 137:20
   145:14,20 146:16
   153:7 154:5
   158:25 159:9
   175:15,23 194:2,4
   199:10 220:8
**asked** 37:22 90:20
   90:23 107:13,20
   108:18 113:23
   117:13 126:14
   194:11 207:9
   212:16 224:12
**asking** 38:6 90:10
   116:2,21 133:2
   157:4,6 166:9
**asks** 111:24
**aspects** 128:25
   165:2
**assessment** 133:7
**assist** 21:15
**Associate** 2:22
**associated** 97:4
**associates** 45:12,14
   45:16 50:4
**assume** 7:2 74:16
   76:17 165:8
**attached** 214:11
   222:13 224:17
**attempted** 75:5
**attend** 26:5 82:7
   118:9 185:6
   193:13 210:11
**attended** 23:18
   82:9 151:4 192:18
   196:21
**attending** 26:9
   35:24
**attention** 111:22
   221:9

**attorney** 106:24
   222:17
**attorneys** 2:4,11
   3:5 211:22
**attorney-client**
   108:25
**attributable** 205:11
**August** 61:24
**authenticating**
   70:11
**authenticity** 108:10
**authorized** 3:11
**available** 159:9
   180:5
**avenues** 127:6
**average** 79:8
**aware** 9:9 129:7
   141:5,10 207:15
   207:19 208:5,11
   209:9,14,16,17,22
   210:14,18 212:8
   212:14
**awfully** 108:23
**A's** 24:6
**A-minus** 24:7
**A-minuses** 84:24
**A-x-i-s** 21:13
**a.m** 1:16 31:6,9
   41:19,22

─────────────
**B**
─────────────
**B** 225:6 226:2
**Bachelor** 104:5
**bachelors** 42:23,23
   71:25 103:9
**bachelor's** 45:10
   69:21 98:23 102:2
   103:24
**bachelor/master**
   72:9
**back** 26:23 27:13
   29:22 31:9 32:12
   33:7,15 34:15
   41:22 61:9 64:15
   84:2 95:4 100:4
   117:25 118:3

   143:11 151:4
   164:2 171:2
   174:15 177:10
   194:24 211:17
**background** 150:6
**backup** 214:10
**bad** 63:14,20
**badly** 125:23
**bar** 215:10
**bars** 78:2
**base** 160:20 161:11
**based** 126:5 157:7
**basement** 79:5
**basically** 151:14
**basing** 117:18
   118:22 175:18
   176:3,12
**basis** 47:18 120:2
   122:19 130:4
   132:12 138:18
   139:3 147:14,19
   164:16 197:12
   210:4
**Bates** 30:22 31:17
   31:19 32:5 53:11
   53:12 61:16 70:13
   71:14 73:11 95:14
   156:7,8 159:23
   162:20 167:8
   168:10 171:8,10
   178:6 183:22
   188:10 190:4
**beared** 32:18
**bearing** 31:17
   61:16 70:13 71:13
**bears** 73:11 178:6
   183:21 188:10
**Beers** 89:25 90:17
   91:7
**beginning** 20:24
   63:9 90:12,14
   93:19 96:12
**behalf** 1:6,7
**believe** 10:15 13:17
   25:14 29:6 35:20
   35:25 36:3 38:24

   43:15 50:9 57:20
   87:15 98:9 103:17
   107:8 114:15
   115:22 116:20
   119:25 120:11,16
   120:21 121:6,9,17
   122:5,14,20 123:2
   126:16,21,25
   127:15 129:2
   133:3,21 134:3
   135:9 137:2 138:4
   138:10,21 139:12
   139:23 140:14
   141:22 144:12
   146:6,10,17 147:6
   147:25 150:4,24
   152:14,25 154:18
   154:22 155:8,14
   156:24 159:4
   162:4 163:18
   173:14 182:13
   189:3,16,24
   205:23 206:10
   211:6
**Ben** 196:24
**Bergeron** 1:5
   188:10,25 190:4
**Bergeron27-31**
   226:18
**best** 33:2 47:3,7,11
   47:22 107:25
   181:19,19
**better** 32:21 48:16
   93:9 118:25
   175:16 195:23
   197:18,18
**beyond** 37:19 58:3
**BFA** 157:25
**biding** 23:7
**big** 136:21
**Binita** 1:22 227:6
   227:22
**bio** 128:19
**bit** 41:5 67:8
   158:13 198:18
   201:8,15



blatantly 196:15
blend 91:8
block 74:6
blocks 74:14,15
Bob 4:16
Bobby 2:20
bother 88:9
bottom 31:23 96:8
   169:7 171:17
bought 38:18
boxes 5:23 8:10
breach 116:18
   117:18 118:22
   120:2
breached 116:22
break 7:5,10,13
   94:20 170:7
   176:23 177:3,4
   178:15,17 179:7
   179:11 192:17
breaks 7:7 19:21
brief 31:7 41:20
   94:19 201:19
briefly 9:18 18:5
   30:17
broad 134:7 160:20
   161:11
brochure 154:20
brochures 34:14
   58:19
broken 156:14
Brown 2:3,23
BS 162:16
budget 210:21
build 27:9
bulletin 35:2 58:24
   156:18,25 164:9
   164:13 165:10
   166:16 167:2
   171:4 226:7
bulletins 124:19
   154:24 155:3,8,13
   175:2
bunch 128:15
   151:19 156:16
Burger 2:19

Burns 2:15 4:14,17
   31:11 41:16,24
   94:18 95:6 109:2
   114:6 117:24
   157:6 159:25
   177:11 221:4,13
   225:4
Business 15:21
   16:3
B-plus 24:7

————— C —————

C 2:2 224:2 227:2,2
caliber 130:2
call 11:12,13 32:5
   54:21,24 64:13
   106:19 151:11
   190:7
called 70:20
calls 83:15
campus 28:20,22
   28:25 29:5 38:23
   78:9 79:25 80:4
   81:9,20 93:8,11
   128:21 130:7,18
   130:21 131:2,7,24
   159:10 186:4,22
   188:2 193:11,13
   201:10 205:19
   208:4,12
cancel 177:21
canceled 97:14,19
   169:19 177:17
cancels 167:20,24
   169:14
capable 146:8
   159:7 196:10
capacity 182:15
car 64:14
career 21:18 23:19
carefully 222:5
CARES 204:24
   205:3,6
Carle 2:6
carries 146:12
   148:3 152:25

carry 163:18
carryover 172:13
carted 93:12
case 1:10 7:17 8:5
   12:8,19 13:5,16
   32:5 114:11,22
   116:12 123:16
   176:13 205:10
   209:19 215:19
caseload 68:10
cases 134:11 197:7
   197:17
cat 38:10 41:15
catalog 144:12,13
   145:6
catalogs 124:17
   143:17 144:6,8,17
   144:20 145:17
   146:23 148:18
   174:24
categories 175:10
   212:17
category 91:6
CDC 182:9
ceasing 182:11
center 83:15,18,20
   83:22 190:8
   206:24 207:3,7,13
   207:16 208:6,19
   208:24 209:6,10
certain 94:10
   106:17 114:16
   119:20 120:13
   127:25 128:25
   129:2 130:9,9,21
   134:11 145:4,25
   146:11 163:11,15
   163:17 181:20
   197:7,15,16
   212:17 218:19
certainty 217:8,13
   218:8
certificate 158:5
   159:8 163:24
certify 224:7 227:8
   227:14

cetera 114:18
chance 32:21 66:10
   111:18
change 67:23 71:2
   71:5 111:20 114:7
   167:5 173:4,5,7
   173:12 177:14
   223:4,5,7,8,10,11
   223:13,14,16,17
   223:19,20,22,23
   225:16
changed 67:15 69:4
   69:10 80:13 97:15
   97:20 122:10
   201:9
changes 164:22,25
   166:25 168:4
   169:22 178:16
   222:12 224:16
charge 70:22
chat 219:25 220:12
cheap 44:22
check 212:5
checked 130:24
chemicals 128:16
choice 30:11
choose 40:23 44:20
   63:12 98:12
chose 65:15 100:16
Christmastime
   101:4
Chrome 156:2
circles 119:9
circuit 135:25
   146:3
circuits 128:8
   135:16,18,22
circular 154:17
circulars 124:19
   150:13,16,23
   154:8 175:2
circumstances
   193:21
citing 161:2
claim 112:7,12
   114:11,22 115:9

115:14 116:22
   117:18 118:23
   121:22 125:14
   129:17 132:6
   144:9 148:24
   149:9,14 150:16
   154:9 155:3 175:4
   175:10,19 176:4
claiming 132:16
claims 5:21 12:18
   13:5,15 116:17
   157:7 176:13
clarification 17:3
   21:12 36:18
clarity 159:24
class 49:12 79:23
   79:25 85:6,8,9,11
   85:14,17,22,25
   88:4,5,5,7,11,12
   88:13,13 90:2,3,5
   90:6 91:13 92:17
   92:17 96:25
   102:24 104:18,20
   105:4,18 112:21
   113:10,15 123:10
   123:13 124:6
   129:9 132:19
   133:9,13 139:14
   154:2 168:4
   169:23 177:13,17
   177:21 182:5
   185:23
classes 19:22 22:15
   22:19 49:11 68:17
   70:23 80:5 84:11
   84:21 86:3,7,9,13
   86:18,21,23,25
   87:2,3,5,11,13,20
   87:22 88:16,20,21
   89:11,12,17,24
   90:2,15,16,24
   94:5,10 97:8,11
   97:14,19 98:12,25
   99:2,5,8,21
   100:19,23 101:7
   101:15,16,19


MAGNA
LEGAL SERVICES

102:11 103:4 104:10 105:14,23 106:6 115:2,5 122:10,13,16,22 125:18,24 126:12 126:21 128:18 129:2,6,13 132:6 132:8 133:5 134:21 135:4 136:12,17,18,22 136:23 137:12,12 138:4,13,17,24 139:7,10,18,20,25 140:3,14 141:7 147:23 150:9 153:19 155:19 163:11,15 166:8 167:21,24 169:14 169:19 170:15,23 179:15 180:21 181:2,5,12,17 182:11 183:2 184:13,16 185:11 185:23 189:25 191:12,15,18,25 192:9,14,19,24 193:4,16 194:9,16 199:7 200:12,21 201:4,21 202:7 204:20 218:4
**Classical** 93:14 200:2,4
**classwork** 81:16
**cleanroom** 128:14 129:25,25
**clear** 67:21 74:19 114:9 161:20 182:12
**clearer** 6:8
**close** 108:23 186:13 186:21
**closed** 185:2
**closer** 11:8 98:10
**closing** 186:4,8 188:2 201:10 208:4

**club** 82:5
**clubs** 81:20
**CNC** 18:15
**coding** 131:5
**coincides** 162:17
**colleagues** 10:3
**collection** 96:21
**collective** 164:16
**college** 25:25 26:12 26:12,20 30:2 32:20 40:16 42:3 42:15,22 44:13,18 45:8,9,18 46:12 54:15 78:15,17
**colleges** 26:5,9 27:17 29:21 43:5 47:14
**colloquial** 45:6
**Colon** 2:20
**column** 168:10
**come** 39:2 64:14 92:7,12 116:4 120:25 121:4,11 139:5 140:25 193:10
**comes** 132:17 133:6 139:25 140:15 195:25
**coming** 20:18 70:5
**commenced** 187:24 191:7 210:23
**commencement** 186:19
**Commission** 227:25
**common** 53:18,21
**Commons** 78:11,12 78:13 79:10,18 80:4,12
**communicate** 8:9 215:17
**communicating** 216:4
**communication** 13:3 179:3 184:7 184:10,22 185:20

186:2 188:19 189:10,13,18 197:21 226:12,14
**communications** 12:23 108:24 187:23
**community** 44:13 44:18 45:8,17
**company** 16:6 21:6 74:7
**compare** 47:13
**compared** 48:5
**complain** 187:16 188:5
**complained** 187:10 198:18
**complaint** 11:24 12:7 112:21 113:10,15,21 123:11,13,18 124:7 125:11 143:13,20 144:3 145:18 146:24 148:20 150:12 154:24 174:16 205:10 226:4
**complaints** 197:4
**complemented** 161:11,24
**complete** 7:12 9:11 92:7,13 111:6,8,9 111:15 224:11
**completely** 128:16 158:25 182:11
**completes** 158:16
**completion** 89:25
**complimented** 160:21
**component** 129:4 135:15 203:3,6,7 203:12,16
**components** 94:16 136:19
**comprise** 124:14
**computer** 89:6 98:16 131:4,5,9

131:19
**concerned** 92:12
**concerns** 37:23
**concludes** 221:16
**conclusion** 116:10
**conditions** 202:24
**conduct** 129:13,14 133:25 134:5,9 163:6
**conducted** 125:25 126:2 129:9 130:11 179:19
**conference** 8:8 151:5,20
**confidence** 113:5
**confident** 54:18 131:23 193:13
**confidently** 56:22
**confirm** 218:15
**confused** 119:3,8
**conjunction** 162:24
**connected** 44:23 81:15 227:16
**connection** 11:21 13:15 17:16 21:18 34:5,9 38:4 55:10 55:14,25 57:2,9 57:18,24 58:8,16 58:20,24 59:4,8 59:13 60:12 110:6 212:15
**connections** 64:6
**consider** 26:9,16 81:14 109:15 110:25 111:5,10 183:10,13 201:4 201:21 202:8 203:17
**considering** 26:4 65:9
**consolidated** 112:21 113:9,14 124:6
**constitute** 164:14 166:17,18,22 167:3

**constitutes** 13:12 62:10,21
**contact** 50:12 66:18 96:22 191:8 192:4 211:4,5,10 215:23 216:11
**contacted** 37:9 50:13 54:11,13,18 55:12 58:5 66:10 66:22 191:24 211:6,21,22 212:6
**contacting** 71:18 191:23
**contacts** 66:17 67:2
**contain** 125:14 126:16 141:22 144:9 148:24 150:16,24 152:23 154:9 155:4,8,14 175:5,11
**contained** 102:23 139:12
**contains** 148:9 149:10,15 150:5 152:2 154:18 156:25
**contemporary** 85:20 103:13 137:17 201:7
**contend** 62:20 110:10 112:2 113:25 114:9 120:23 145:22 148:9 160:14
**content** 21:8 173:7 173:16,21,24 174:11 200:5,7
**contention** 109:18 109:21 110:8,17 112:6 129:17 132:5
**contents** 126:10 165:9 173:5
**context** 109:17
**continuation** 184:24



MAGNA
LEGAL SERVICES

**continue** 27:8 92:2 108:6 161:5 162:7 180:20,25 181:24 182:20 207:23 208:3
**continued** 63:16 86:17 170:18 182:14 207:16 208:24 209:23 226:2
**continues** 156:8 162:8 167:15 171:22
**contract** 115:19 116:3,19,22 117:2 117:3,5,7,18 118:15,16,19,23 119:12,14 120:2,6 142:19 143:9 164:14 166:17,19 166:23 167:3
**contracting** 21:6
**contracts** 112:7 115:14 117:11,17 118:4,7,20,21 119:5 120:11
**contractual** 120:17 120:24 124:15 138:22 165:8
**control** 18:11 180:10
**Controls** 93:15 200:2,4
**convenience** 7:8,9
**conversation** 10:20 10:24 11:5 55:6 56:12,15
**conversations** 11:14 56:14 106:23 196:18
**cooperation** 161:13
**cooperative** 160:22
**copy** 60:7 212:19 221:19
**corner** 31:24 99:23
**Corning** 21:6,10,22

**corona** 215:14
**coronavirus** 215:14
**correct** 4:23 7:17 7:20 14:11,17 20:2 21:25 23:4 25:22 28:18 30:8 30:14 32:13 39:8 39:20,23 40:3,6,7 40:17,21 41:12 42:4 44:14 45:20 45:23 48:22,25 52:23 53:5,23 56:10 60:9 61:3 61:24 62:3 63:10 65:2 67:13,16,19 68:5,11 69:12 71:25 72:10,20 73:21,25 75:2,14 84:4,12,15,18,22 84:25 85:4,14,22 85:25 86:4 87:22 89:13,18,21 90:9 94:5 95:18 96:2,5 96:13 97:5,24,25 98:4 99:24 107:4 108:17 111:13,14 111:20 115:24 116:13,15,19 119:12 120:14 122:17,23 123:13 123:16,19,22 131:7 135:5 136:13,19 137:12 137:13 138:24 143:18 147:2 156:15,19,22 161:25 163:11,12 167:16 168:25 169:9 170:8,20 172:10 174:6,7,12 174:13 178:22,25 179:5,13,20 184:14,19 186:5,9 188:20 189:7,11 189:20 190:13 193:7 203:3

205:13 209:20 210:12,24 212:23 213:25 224:11,15
**corrections** 222:6,8 224:15
**correctly** 53:18 106:17 205:18
**correlation** 147:9
**correspondence** 22:25 52:15 124:18 149:8,9,14 150:3,4 174:25 211:18
**cost** 34:17,21 46:8 86:22
**costs** 97:4 209:9
**counsel** 2:21,22 12:4,13 107:14,21 108:5,8,18 212:10 212:21 213:3,7 220:18 227:18
**counseling** 82:20
**counselor** 70:20,21
**count** 69:18 144:25 147:20,22
**Country** 2:5
**counts** 25:3 144:12 170:8,10
**COUNTY** 224:4 227:4
**couple** 39:3 66:11 79:5 83:3,4 151:3 213:19
**course** 23:6 45:13 49:19 54:25 68:10 77:23,24 93:21 103:22 104:3,14 105:10,11,12 106:3 135:8,25 136:25 137:7,21 138:3 141:17 147:5 164:22 166:24 167:4 169:16 171:16 173:13,18 174:11 196:20 200:10

204:9,15 220:8
**courses** 24:5,17 25:5 43:23 69:20 94:11,12,15 100:8 102:17 103:7,15 103:18 118:10 126:8,10,11 127:5 127:22 129:12 130:5,5 132:2 140:12 144:14,22 144:24 145:3,10 145:11,15,25 146:25 147:11 148:8 152:6 156:14 162:23 172:5,18 173:5,6 173:8,10 174:5,12 185:7 195:9 197:2 197:25 198:8 220:7
**court** 1:2,23 4:7 5:11,22 6:3 7:8,25 14:8 117:24 149:20 222:21
**courtesy** 6:7
**courtroom** 7:16
**cover** 101:25 116:9 121:7
**covered** 17:20,24 41:7 126:11 137:22 145:24
**covers** 48:19 166:15 167:5 206:22
**COVID** 215:14
**coworker** 105:8,16
**co-op** 17:15,20,25 18:2 21:19 74:12 74:15,15 75:2,6 75:13,17 76:2,5,6
**co-ops** 73:24 74:4,6 75:9,21,24 76:9
**co-plaintiff** 188:24
**crash** 155:24,24
**Crassidis** 89:2
**crazy** 152:17

**create** 151:15
**creates** 160:14
**credit** 74:11 75:10 84:11,14 89:17
**credits** 49:12,13,14 69:19 73:17 74:17 74:17 75:4,5,13 84:17 86:24 189:19 226:17
**crime** 9:14
**cross** 158:8
**cross-disciplinary** 158:18
**crunch** 193:24
**current** 73:20
**curriculum** 158:16 163:10 164:22 166:25
**customer** 93:4
**cut** 91:24
**c-o-n-t-e-n-t-i-o-n** 109:22

---

**D**

**D** 223:2 224:2 225:2
**data** 16:5 19:11 193:23 202:15
**date** 26:6 28:2 36:24 60:18 73:21 107:10,12 222:10 223:24
**dated** 107:10
**dates** 140:4
**David** 179:4
**day** 191:16 212:8 221:8 224:9,22 227:20
**days** 10:12 222:17
**deals** 90:7
**dean's** 73:4
**debug** 204:15
**December** 17:23 20:2
**decide** 32:15 67:23 88:15


MAGNA
LEGAL SERVICES

**decided** 46:14
88:18
**decision** 46:18
182:25 185:21
186:13,21
**declarations**
141:11
**declination** 127:4
140:8
**deemed** 222:20
**deep** 160:10,12
**deeper** 128:10
180:3
**Defendant** 2:11
124:16
**Defendants** 1:13
**DEFENDANT'S**
225:7 226:3
**define** 111:8
**definitely** 11:3
79:22 80:11
103:12,22 105:7
131:8 134:9 185:4
195:16 197:17
198:6 199:6,23
201:11
**definition** 90:5
109:18,20
**degree** 45:10 49:24
50:3,6 69:11,15
69:21,22,24 71:21
71:23 98:23
100:12,15,20
101:23,25 103:15
126:5 127:6 145:4
160:19 162:16
163:22 183:19
225:18
**degrees** 70:3
**delivery** 184:18
185:22
**department** 18:19
22:22 29:24 30:4
30:6 37:17,18
40:10 41:2,3,4
42:17 55:2 56:16

58:12 63:16,18
64:5 66:19 68:16
126:5 127:21
128:6,11,13,23
147:17 197:24
**departmental**
145:11,15 146:25
147:5 148:3,8
**departments** 54:17
66:23
**department's**
144:21
**depends** 81:4 134:8
**depictions** 152:23
**deposed** 4:25
**deposing** 222:16
**deposition** 1:18 3:8
3:10,15 5:4,8 7:6
7:9,23 9:17 10:5
11:22 12:2,3,10
12:14 14:10 30:18
31:13 32:7 39:11
53:8,10 61:12
73:8,9 95:9,18
106:9 123:5 142:3
155:21 168:19
171:2 176:15
220:17 221:16
222:4,14,18,20
224:9,13
**derived** 157:8
**describe** 26:14
157:23
**described** 129:11
132:3
**description** 102:23
103:21,22 133:13
137:7,22 145:7
162:23
**descriptions** 102:10
104:4,16 105:14
135:8 138:3
141:18 167:4
**design** 85:24 92:16
92:20,21 100:11
100:13,19 105:3

105:15 157:25
203:23 204:5,8
**designation** 140:2
**desired** 32:24 41:3
**desiring** 32:20
**desktop** 80:11
**detailing** 153:20
**details** 9:5
**determine** 134:15
**determined** 139:17
**devalued** 199:18,22
200:12,19,22
201:5,22,23,25
202:9,18,21 203:6
203:7,13,13
204:20
**developing** 19:3
**development** 19:7
19:8
**dice** 151:19
**died** 156:2
**different** 23:2 55:2
59:16 92:22 93:21
131:13,17 134:18
151:14 195:21
**differently** 195:3
195:14 216:8
**difficult** 43:23,24
44:4
**diploma** 23:22
**direct** 147:9 201:9
204:12
**directly** 12:20 48:4
51:8 63:6 118:18
134:25 173:16,17
187:15 208:9
**dirty** 180:13
**disagree** 186:12
**disappointing**
43:18
**disciplines** 130:10
**disclaimer** 142:9
142:12 226:5
**disconnected**
193:25
**Discord** 220:4,15

**discrete** 86:15
87:18
**discussed** 37:23
57:7 93:24 141:17
143:15 144:3
176:14 206:4
**discussing** 173:21
175:24 220:22
**discussion** 31:3
94:21 141:15
176:17,20 177:7
**displeased** 198:12
**DISTRICT** 1:2,3
**dive** 67:9 160:10,12
180:3
**divulge** 106:22
**divvied** 94:8
**document** 13:11
30:21 31:17,24
32:9 39:12 51:3,9
51:10,12,20 53:13
56:21,24 57:6
60:3 61:15,17
70:9,11,13,15
71:13,15 73:11,13
73:23 74:2,20,22
84:8 95:13,15,20
96:24 97:8,13,18
97:23,24 99:14,18
99:24 106:11,13
106:14 107:7,9
108:16,19,19,20
109:11,25 110:4
112:10 123:7,21
124:4 142:5,8
143:23 153:5
155:23 156:7,10
156:12 157:9,21
159:17 160:11
161:6 164:2,3,20
167:7,23 168:7,21
169:3,7,8,12,21
170:2 171:5,8
174:19 178:5,7,10
178:12 183:24
184:2,4 188:8,9

188:12,14,15,16
188:23 189:5,21
190:3 212:20,24
213:4 215:3 219:8
219:23 220:19,20
225:12
**documentation**
159:3 213:16
**documents** 9:20
11:20 12:7,9
24:15 32:4 57:12
65:17,20 158:4
175:18,25 212:11
212:17 213:4,10
215:2,13 218:17
219:7 220:24
**dog** 87:7
**doing** 79:7,18 94:18
222:9
**domain** 125:7
**double** 69:17
**Dr** 89:2
**draft** 107:6
**draw** 111:22
**drink** 9:7
**drive** 79:24
**drop** 204:13
**Dropbox** 9:20
11:23,25 24:15
30:17
**dropped** 204:5
**drugs** 8:23 9:3
**dry** 176:22
**dual** 69:11,15,24
71:21,23 72:9
101:23,25 225:18
**due** 20:6 85:19
177:21 184:11
**duly** 4:4 227:10
**dynamic** 85:16
**Dynamics** 103:13
135:11,14 180:4,9
200:3 202:22
203:2,17

---
**E**
---



E 2:2,2 59:15 223:2 223:2 224:2,2 225:2,6 226:2 227:2,2
ear 201:18
earlier 29:14 44:16 68:8 75:23 95:17 100:5 136:16 207:10
early 30:8 32:16,19
earned 75:5
education 17:17 52:3 62:11,22 63:4,7 67:3 125:15 126:17 127:2,16 129:20 132:9,17 133:4,22 135:10 137:3 138:5,12,23 139:24 140:15 141:23 144:10 145:23 146:13,19 147:7 148:4,10,25 149:10,15 150:17 150:25 152:3,15 153:2,11 154:10 154:19 155:4,9,15 157:2 160:15 162:5,14 163:19 175:5,11,20 176:5 197:21 198:25 199:17
educational 134:5 141:7 150:6 160:22 161:13
effect 3:13
effective 40:20 186:8
effectively 68:3 116:10
Ehmann 71:19,19
eight 15:15
either 6:22 32:4 98:23 136:18 139:15 149:6,18 149:24,25 164:15

175:14 176:9 188:2 192:8 196:13 197:3 214:22
elaborate 90:4 212:12
elected 84:20
elective 69:20 98:17 100:14
electives 69:22
electric 203:7
electrical 128:6 158:10
electronically 96:5 118:8
electronics 146:2
embedded 168:15
Embury 4:11 15:10
employed 15:17,19 16:17,21
employee 20:9
employment 21:8
engine 92:21
engineer 67:25 68:2 136:6,10
engineering 26:19 30:4,14 33:2 37:16 39:23 42:22 42:24 46:20,25 47:17 48:21 50:4 58:11 61:21 62:3 62:6 63:16,18 67:12,18,19 68:16 68:20 69:5,5 70:19,25 71:3,6,7 71:24 72:4,10,11 72:18 78:17 85:21 91:16 92:5 103:8 103:25 104:6 125:17 126:4,18 127:11,20 128:6 128:23 135:24 136:7 141:19 147:13,17 158:5,9 158:10 159:2,12 160:19 161:8,10

162:16 163:2,3,21 163:23 197:24
engineers 78:18
enjoy 105:10
enjoyed 38:24
enroll 40:5,13,23 44:20 63:12 65:15
enrolled 40:15,19 44:12 45:18 46:2 46:13 48:20 57:22 63:8 66:20 67:11 68:7 106:2 142:23 165:14 169:4 172:23
enrolling 43:10 87:6,19
enrollment 65:22 66:5,24 68:5
enter 72:20
entertaining 79:7
entirely 114:9 159:20
entitled 6:17 97:13 97:18 167:12 171:16 190:7
entry 16:5 71:23 72:9
environment 78:19 78:23 130:23
equally 130:11
equipment 136:4
equipped 198:2
Erdle 78:11,13 79:10,18 80:4,11 80:17
errata 222:7,10,12 222:16 224:17
especially 135:24 163:22 185:7
Esq 2:8,15,19,20,22 2:23
established 45:19 45:22
et 114:18
evaluate 134:12 135:16

evaluating 103:6
Evan 2:22
events 82:8,14
eventually 43:11
everyone's 78:23
exact 26:6 28:2 47:13 87:8 119:19 119:21 211:19
exactly 59:21 62:25 91:5 92:24 93:11 113:6 121:6 195:20
Examination 4:13 95:2 225:3
examined 4:5
example 127:13 158:24
examples 127:11 175:8
exception 110:15
exchange 6:5 93:9
exchanged 218:13
excluding 163:23
exclusion 94:14
exclusively 52:4,13 55:18 67:4 91:13 91:15,17,18 92:16 92:17 93:15,16 129:9 216:3
executed 95:25 193:21 197:18 225:22
Exhibit 30:18 31:13 39:11 53:8 53:11 60:2,22 61:12 62:20 70:12 73:8,9 84:3 95:10 99:19 106:9 123:5 142:3 155:21 168:19 171:3 183:21 188:7 225:8,10,12,14,16 225:18,20,22,24 226:4,5,7,9,12,14 226:16
exhibits 12:3

exist 126:6,10 128:12
existed 122:21 123:2
existence 126:22 141:20 145:25 146:11 147:10,19 147:21,24 152:12 153:8 162:18,25
exists 127:14 133:3 140:17
expand 111:7
expect 70:2 128:17
expecting 42:9,11
experience 5:18 38:3 63:14,21 66:17 127:20 158:15,22 159:5 160:23 161:13 195:12,15 198:4 198:13
experiences 216:16 218:3
experiment 129:15 129:19 133:20,25 134:5,9
experimenting 133:15
experiments 129:14 130:9,21 133:14
Expires 227:25
explicit 94:7 141:11 153:18 162:22 175:7
explicitly 55:22,24 63:5 67:5 76:2 80:8 92:10 94:7 97:10 100:12 102:5 103:14 129:11 133:14 134:8 139:7,9,19 140:6,11 143:6 147:16 150:8 153:18 155:16 157:12 158:14,20



MAGNA
LEGAL SERVICES

159:3 162:19 168:6 169:17,25 175:21 189:22 206:21 217:21
**express** 129:7 133:6 139:13 191:2
**expressed** 112:9
**extend** 6:7
**extended** 179:12
**extending** 178:15 178:17
**extent** 33:23 39:17 107:16,23 108:13 109:8 116:24 133:16 151:8 152:19 154:3 199:17,22 212:25 214:21
**extra** 45:13
**extracurricular** 24:19,23 25:4 80:22 81:14,17
**extreme** 19:10
**Ex.1-RIT1200** 30:19
**e-mail** 70:18 178:13,21,25 179:8 188:11,25 189:5 190:22,24 191:6 213:25 214:3,10,17 215:5 215:9,25 216:2,5 217:15,16,21,22 218:16
**e-mailing** 216:15 216:25 217:4
**e-mails** 33:14 57:23 210:3,8 211:18 212:4 213:16,23 214:9,22 217:9,25 218:9
**E-r-d-l-e** 78:13

---

**F**

**F** 227:2

**Fabricated** 93:8
**Facebook** 79:3 219:15,18,21,24
**faces** 8:10
**face-to-face** 184:13
**facilitate** 70:22 197:21 204:14
**facilitates** 158:17
**facilitating** 159:7
**facilities** 82:23,25 83:20 128:12 205:20
**fact** 97:22 121:11 127:14 140:15 208:6
**facts** 9:5 112:5
**fail** 222:19
**failed** 96:19
**failure** 43:20
**fair** 7:3 8:11 36:8 43:9 60:20 69:3 200:18 204:18 210:9
**fairly** 54:17
**fall** 39:8 40:6,20 44:13 53:4,22 54:5 55:11,15 56:2,18 63:9,13 68:8 84:4 89:16 90:12,14 93:19 94:3 100:24,25 199:25 200:21,24 202:7
**falls** 147:8
**familiar** 188:14
**family** 77:7
**fantastic** 203:11
**far** 6:15 67:22 92:11 151:2 187:11 195:22 202:10
**fashion** 193:6
**fee** 35:6 59:8 121:5 121:7,12 168:11 189:15 190:17 191:3,10 205:22

205:25 206:8,9,17 206:22 209:20 210:15,19 217:6 218:5
**feel** 140:8
**feeling** 8:20,22
**fees** 97:4 189:20 190:13 205:11,15 205:18 206:11,18
**felt** 158:23 193:24
**Fernando** 2:19
**figure** 54:14
**filed** 11:24 32:12 53:21 123:11,19 123:25 211:9
**filing** 3:7
**fill** 74:14 98:21
**filled** 98:17 106:15 106:25 108:3 110:21
**final** 171:25 172:16 204:5
**finalized** 107:7
**finally** 204:10
**financial** 35:10 41:6 59:12,19 60:8,24 66:19 95:21,24 96:10,16 169:9
**find** 21:21 80:6 188:11
**fine** 8:22 72:13 80:9 91:25 110:14 200:5,7
**finger** 38:14
**finish** 6:5 45:10 48:9 176:25
**finished** 28:13 43:7 44:6
**finishing** 89:5
**firm** 4:17
**first** 4:3 6:3 22:14 22:16,16,17 30:11 42:13 49:20 68:9 68:23 72:16 78:14 88:3 124:25 144:4

160:17,25 161:7 161:21 164:11 166:14 168:8,15 184:25 187:22 189:13 190:15 193:2 206:16 211:4,6,10,21
**Fischer** 27:11 41:12
**Fisher** 26:12 27:20 29:24 40:15,20,24 42:3,3,7,21 43:10 43:18 46:10 49:22 49:22 50:11,16,23 51:23 52:11 73:18
**fit** 91:5 102:8
**five** 10:21 16:16,21 17:12 84:11 136:12,15
**flat** 18:19
**flexibility** 76:19,22
**flip** 61:12 71:10 74:19,21 124:3 142:2 164:2 167:6 171:7,21 174:14 178:3
**floor** 2:12 78:15
**floundering** 196:12
**Fluid** 91:12
**Foehner** 36:15,19 36:20
**folder** 9:20
**folks** 208:15
**follow** 121:21 220:25
**following** 20:18 165:5 167:16 191:5 199:24,25 210:20
**follows** 4:6 164:12
**follow-up** 138:20
**football** 25:2,8
**force** 3:12
**foregoing** 112:19 227:11
**forget** 119:19

**forgot** 119:21 207:10
**form** 3:18 26:20 42:24 134:20 152:14 153:25 154:2 224:16
**formal** 81:2 170:10
**former** 133:19,19
**forth** 124:15 144:2 227:10
**forward** 4:21 84:6 89:15 167:7 180:8
**found** 9:13 102:20
**four** 25:5 166:2
**fourth** 142:15 190:3
**fraternities** 80:18
**free** 77:18,21
**freshman** 24:25 25:11
**Friday** 10:14
**friend** 21:22 196:21 217:17
**friends** 196:3,6,17 197:3 198:6,11,16 198:17 215:17,23 216:6,11,16,25 217:5,10 218:2 220:13
**front** 31:13 156:3 188:23
**frustrated** 38:15,18 180:2,17 185:5 197:14
**fulfill** 117:13
**full** 84:17 97:3 145:7 182:5
**fully** 191:22
**full-time** 15:23 19:15,17 22:3,6 22:11 40:19 49:3 49:8,14,18 68:24 68:25 69:6,24 90:16 170:18
**function** 136:2
**functional** 130:25



**funds** 210:19
**furloughed** 20:7
   88:22,25
**further** 3:9,16
   90:20,23 109:7
   136:8 178:20
   179:20 184:6
   189:9 227:14
**F-o-e-h-n-e-r** 36:20

**G**

**G** 224:2
**game** 82:10,11
**games** 78:3
**garbled** 6:19
**general** 2:21 151:7
   155:12,13 175:9
   176:11 215:22
**generalities** 148:14
   149:4,6,13,17,24
   150:20 154:13,15
   175:13 176:7,9,10
**generality** 151:23
   195:8
**generally** 16:11
   21:3 24:4 26:14
   66:9,15 67:8 74:4
   74:6 77:17,20
   110:9 215:20
**generator** 136:3
**getting** 32:22
   108:23 125:22
   180:8,8 183:18
   197:13
**giant** 155:23
**give** 8:4 169:15
   201:17
**given** 193:20
   224:14 227:12
**gives** 139:20
**glass** 18:12,20,23
**Gleason** 78:15,17
**glue** 151:12
**glues** 151:15
**go** 5:16 8:18 23:12
   25:25 41:17 49:20

78:18 79:3 80:11
   81:9 100:4,7
   109:7 136:10
   137:18 151:15
   153:23 157:10
   187:14 193:23
   201:16 202:12,16
**goal** 43:10 78:24
**goes** 151:3
**going** 4:21 12:21
   28:16 44:8 47:18
   57:21 64:19 89:9
   89:12 94:4,8
   108:21 109:6
   139:2 147:13
   158:21 160:9
   167:6 180:12
   185:6 195:18
   202:21 211:17
**good** 4:15 6:15 47:4
   64:16 95:7 171:6
   182:6,7,10,20
   185:16 199:6,11
   203:15 221:14
**government** 25:19
   81:23 210:16
**GPA** 54:12 55:3
   68:15,18 85:3
**grabbed** 213:16
**grades** 24:3
**graduate** 23:24
   69:19 88:7 98:16
   167:2
**graduated** 23:21
   25:21 27:25 37:8
**graduating** 26:2
**graduation** 26:8
**great** 203:10
**Greater** 14:16
**ground** 5:17
**group** 92:9 131:12
   131:12,13 219:25
   220:12
**GroupMe** 220:4
**groups** 186:5
**guarantee** 20:10

**guaranteed** 52:17
**guess** 42:9 45:5
   47:20 75:25 78:3
   101:24 119:18
   130:14 143:5,6
   144:20 145:5
   158:3 161:14
   162:20 166:14,16
   166:17 167:2
   173:11,16 187:17
   196:3 197:16
   199:21 208:21
**guide** 29:3
**guidelines** 182:9
**guilty** 9:13
**guitar** 151:18
**gym** 82:23 83:2
**G-l-e-a-s-o-n** 78:15

**H**

**H** 225:6 226:2
**half** 25:6 74:15
   79:17 80:14
   121:24 122:7,16
   162:9 192:10,14
   192:25 193:2,5,9
   194:7,16,25 195:5
   199:2,18 200:14
   205:12 207:18
   208:7,13,20 209:2
   209:6,24 210:10
**half-hour** 176:24
**hall** 137:19
**hand** 172:3 227:20
**handbooks** 124:17
   148:21,23 174:24
**handed** 193:23
   202:15
**handle** 198:3
**hands** 180:12
**hands-on** 160:21
   160:23 161:3,12
   161:17,24 200:7
**happen** 216:22
**happened** 18:13
   66:24 180:13

187:11 213:20
   216:23 217:18
**happens** 6:21
**hard** 14:21 201:12
**harder** 198:23
   203:25
**head** 6:11,11 16:15
   44:9 64:4 110:11
   115:19 121:19
   127:8 137:15
   138:8 141:2
   148:15 149:2,5
   150:8,10 154:14
   155:10 206:14,20
   211:12,17
**headed** 164:8
**health** 82:17
   119:18,20 205:22
   206:8,17,18,21,24
   207:3,7,13,16
   208:6,19,24 209:6
   209:10
**hear** 201:14
**heard** 48:2 83:17
   197:4
**heavy** 194:21
**held** 1:21 31:3
   91:20 94:21 177:7
**help** 44:10
**helped** 98:21
**helpful** 129:16
   177:4
**helping** 204:15
**hereinbefore**
   227:10
**hereunto** 227:20
**hiccups** 195:16
**high** 17:22 23:12,18
   23:19,21,22,24
   24:4,5,11,13,20
   24:24 25:12,16,19
   25:21,24 26:2,8
   27:25 32:17 43:22
   68:15
**higher** 55:4
**highlight** 161:16

**highlighting** 161:23
**hijacked** 64:11
**hill** 37:22
**hit** 88:19 201:11
   202:14
**hockey** 82:10,11
**hold** 25:15 96:20
   180:20
**holding** 181:2
**Holland** 2:10 4:17
**home** 76:24 77:6
   79:10 131:7
**homework** 79:7,19
   80:2,9
**honest** 47:12
**honestly** 179:25
   203:14
**honor** 24:12,13
**honors** 24:11 72:23
   72:25
**hopefully** 33:3 70:4
   155:24
**hopes** 63:17
**hoping** 180:2,3
   204:7
**hosted** 151:5
**hours** 11:2,3,6 16:9
   19:16,19 79:17
   175:16,24
**house** 13:20,25
   14:4 129:15,23
   130:3 132:14
   146:9 163:7
**housing** 77:15
   217:17
**hundred** 113:4
   218:18
**Hurdle** 78:12
**hybrid** 76:15 88:5
   88:13 90:3,5,6,25
   91:5
**hyperlink** 98:3

**I**

**ID** 227:24
**idea** 182:20



identification 32:3
identified 29:14
    141:9 176:2 186:7
    198:9 201:20
identify 22:9 62:9
    160:13
II 98:20
illness 177:22
immediately
    137:23 138:7
    150:7,19 186:4,9
    190:6
Immersion 101:22
    104:16
impacted 196:16
    199:23
imperative 222:15
implement 204:11
implementation
    19:13
implemented
    193:15 194:6
    195:4
implementing
    196:10
implied 112:9
imply 133:17
important 27:3
impose 115:15
    134:4
imposed 112:8
    116:3 138:4
imposes 126:25
    127:15 133:21
    135:9 137:2
    145:22 146:18
    147:6 162:4,13
impromptu 81:11
IMs 8:14
include 178:16
    205:21,24 206:3
included 156:21
includes 73:17
including 44:24
    112:6 184:18
incorporate 132:6

incorporated 15:22
    16:3,23 17:5,10
    21:7
incorporating
    132:2
incur 74:17 134:12
incurred 96:20
indefinitely 20:7
independently
    195:11
indicated 87:16
indicates 73:23
    74:2
individual 164:16
inducement 142:19
Industrial 157:25
inevitably 6:19
infeasible 128:17
infer 173:16
info 101:9
informal 81:3
information 33:23
    34:3,3,8 44:4
    103:10 111:9
    135:13 140:10
    191:25 192:5
    195:17 200:9
    209:14 218:13
    226:16
informed 184:11
    186:3
informing 179:11
    190:11
informs 189:18
inherent 133:8
inherently 129:3
initially 67:11
inquiry 211:7
inside 9:20 102:21
    128:10 151:21
instance 35:23
instances 92:6
    137:18
Institute 1:12 4:19
    4:22 165:7
instructing 109:2

instruction 52:12
    55:17 112:4 114:3
    114:13,23 115:11
    115:23 121:24
    122:7 163:5 168:4
    169:23 178:18
INSTRUCTIONS
    222:2
intellectual 142:10
intended 114:20
    142:18
intention 109:20
interact 152:20
interest 38:4
interested 26:23
    27:13 47:2 100:16
    180:10 227:15
intern 74:8,9
international
    208:14
interrogatories
    107:4
interrogatory
    109:15 110:7,25
    111:5,13,17,23,24
    112:17 113:8,13
    113:22,24 116:8
    225:24
interrupt 108:6
    157:20 202:25
    207:25
interview 10:18
intractable 130:6
    130:19 146:6
intramural 82:5
intro 85:24 98:16
    100:11,13,18
    105:2,14 180:11
    203:23 204:4,8
invite 186:5
involve 134:22
involved 133:5
involves 134:19
    152:8
in-campus 122:6
in-house 152:16

in-person 62:11,21
    63:4,6 76:14,16
    88:4,13,20 90:2,8
    90:16 91:13 92:17
    94:12 112:3 114:2
    114:13,23,25
    115:4,11,23
    118:11 121:23
    122:10,12,15,22
    125:15,18,22,25
    126:12,17 127:2
    127:16 128:8
    129:3,20 131:16
    132:4,9,16 133:4
    133:22 134:4,21
    135:10 137:3
    138:5,12,17,23
    139:7,10,14,20,24
    140:7,9,11,15
    141:6,23 144:9
    145:23 146:13,18
    147:7,23 148:4,10
    148:24 149:10,15
    150:5,9,17,24
    152:2,15,19 153:2
    153:11,19,25
    154:10,19 155:4,9
    155:14,18,19
    157:2 159:5
    160:15 162:5,14
    163:4,5,19 175:5
    175:11,20 176:5
    180:20 181:2,5,12
    181:17,24 182:14
    184:12 185:7,11
    199:7
IP 142:10
issue 196:2 198:5
issues 85:20 103:13
    137:17 201:7
    220:20,21
issuing 189:19
item 143:16 144:4,5
    148:19 149:7
    150:11 154:23
items 146:8

iteration 105:17
I.T 18:24 19:2,2

_____
J
_____

J 2:15
January 39:19
    123:19
Jill 71:18
job 15:23,24 16:5
    18:6,13 19:23
    20:19 21:21 83:24
    194:15,15
jobs 18:6
John 26:11 27:10
    27:20 29:23 40:15
    40:20,24 41:12
    42:2,3,6,21 43:10
    43:17 46:10 49:22
    50:11,16,23 51:23
    52:11 73:18
joined 80:18
July 210:24 211:10
June 25:22
Junior 25:14
justify 20:8
Justin 36:15,15,22
    37:13

_____
K
_____

K 224:2
Karwacki 2:24
keep 72:12 177:2
Kennard 196:24
    198:10
kept 42:9
kind 109:11 142:20
    143:9 152:9
    158:12 204:7
knew 43:25 89:11
    94:3,11,14
Knight 2:10 4:18
knocking 80:10
know 4:23 5:3 6:21
    7:7,10 13:7 15:7
    16:14 25:3 28:10
    30:23 31:20 37:7



37:10,11,15,15,17
47:5,5,15 49:10
51:4,8 54:10,10
59:18 60:19 66:12
66:22 68:24 71:19
74:9,13 83:11,14
83:16,17,21 90:6
94:7 96:20 98:6
101:10 102:4,5
110:10 112:24
113:7,13 115:20
116:7,25 117:3,8
117:10,11,12,14
117:17 118:4,5,14
118:15,25 119:4,6
119:6,11 125:16
127:20 128:3,5
129:12,13 131:21
135:21 136:15
144:21,23 145:7
147:11,15 150:21
151:3,6,20 152:5
152:7 153:22,22
162:12 168:21
171:9 173:11
176:25 177:23
180:5 182:18
185:5 187:10,15
188:15,16 195:20
196:3,6,16 197:4
197:6,8,10 198:15
198:20 199:21,21
199:23 204:2
206:21 207:22,24
208:2,16,18,23
209:13 211:13,14
211:16,18,20
212:5 213:19
217:8 218:8
220:11
**knowing** 197:12
**knowledge** 107:25
**known** 47:15,16
**K-e-n-n-a-r-d**
196:25

**L**

**L** 3:2 224:2
**lab** 85:13,13,17,19
91:16,20,21 92:4
92:5,7,13 93:17
102:4,6 103:12
127:23 130:14,23
131:6 135:15
136:19,20 137:12
146:2,4,4 147:12
148:2 163:2,16,17
191:21 192:4
194:8 202:11,11
202:22 203:2,5,16
**labeled** 19:17 76:2
76:6
**laboratory** 158:15
158:22 159:6
160:21 161:3,12
161:17,25 162:20
**labs** 128:8 131:10
131:24 133:13,16
136:18 146:11,14
147:19,24 148:5
162:18 163:2,3,19
180:6,8,14 181:20
181:24 182:14,21
185:7 193:22
194:4 200:8
**language** 129:7
136:24 137:8
138:2,9 139:13
140:17 143:2
145:21 146:17
147:4 148:9
153:10,11,15
160:13,25 161:2
161:23 165:17
166:6,21
**laptop** 80:10
**large** 41:7 131:23
137:19 166:15
186:5 197:11
213:22
**larger** 45:9

**latitude** 98:24
**law** 2:3,23 4:17
**lawsuit** 4:19 5:14
186:19 187:24
191:7 210:23
211:9
**lawyer** 9:18,22
11:10 211:5
**lawyers** 211:11
**lead** 152:13 159:4
**leadership** 25:15
**leaning** 194:21
**learn** 198:2 203:25
**learned** 43:15
189:14 190:16,21
**learning** 188:3
194:7 195:4 218:4
**leave** 42:6 170:4,11
171:6 208:16
**leaves** 105:2
**lecture** 85:8,9,11
85:17,22,25 90:18
135:4 136:17,23
137:11,19,19
138:4,13,24
139:25 140:13
141:7 203:3
**lecturer** 203:10,12
**lectures** 91:8,19
92:24 93:18
**Leeds** 2:3,23
**left** 20:24 41:25
42:3 44:11 164:7
172:3,10,12
**left-hand** 99:23
**legal** 2:24 116:10
**Lehman** 70:19
**letter** 39:15,18
58:10,14,15 61:20
61:22 225:10,14
**letters** 33:18 58:8
**let's** 5:16 8:18
41:17 67:7 98:10
124:23 133:19
202:6
**level** 69:18,19,20

**life** 15:3 83:15,18
83:20,22 165:2
**limited** 20:20 68:10
68:10 112:6
173:21 174:10
**line** 100:5 110:7
159:20 161:8
176:25 212:7
223:3,6,9,12,15
223:18,21
**linear** 86:15 87:19
**lines** 121:21
**list** 73:4 85:6,12
88:11 89:23
124:24 141:14
143:12,12,16,25
144:4,5,22,24
145:3 148:7,19
149:7 150:11
154:23 156:13
163:10 174:19
202:20 203:21
213:4,6,7,11,19
**listed** 75:2 99:23
**listing** 163:10
**lists** 145:10,10,15
146:24 147:5
**litigation** 212:15
**little** 11:7 59:18
67:7 91:25 128:10
158:13 176:22
179:25 180:13,16
180:16 185:4
193:22 200:22
201:5,6,8,15,22
201:23
**live** 14:20
**lived** 14:13,19 15:2
77:2,11,14
**LLP** 2:19
**load** 23:7 68:10
77:23,24
**local** 26:23 32:25
41:8
**locally** 43:2 47:3,8
**located** 13:19,20

112:11
**location** 112:10
**locations** 141:3,25
177:14
**long** 10:19,23 11:5
14:13 16:12 64:3
211:9 221:8
**longer** 11:7 185:6
**look** 22:24 62:8
70:9 84:2 98:10
109:12 155:21
188:14 189:22
190:2
**looked** 95:17
**looking** 26:18 53:9
84:6 85:6 89:15
89:23 99:13,14,15
99:18,25 141:13
143:11 157:24
158:6,13 159:14
159:25 168:9
171:2,15 180:7
194:24 206:16
**looks** 74:25 84:10
156:15 159:11
178:24
**lost** 135:13 203:18
**lot** 42:12 47:8,9
77:25 78:4,6,9
79:6 80:2,16
128:9 131:25,25
131:25 133:13
134:18 135:12,12
158:11 195:17,19
196:9 197:4 198:3
198:4 199:9
200:23 203:18
**lots** 129:21
**lower** 41:6 46:9,10
46:11
**lower-level** 88:8
**low-level** 135:17
**luckily** 197:23
**lunch** 94:19,25
**lying** 213:17,20



**M**

**M** 224:2
**machine** 18:15 19:12 152:5,21 153:9 154:4
**machines** 93:7 152:10,11,24 153:3,21,24
**machinist** 18:16
**main** 33:5 162:6
**major** 67:15,23 69:4 159:12 160:16 161:10 162:8 225:16
**majority** 19:5
**majors** 71:2 145:2 161:8
**making** 174:20
**managed** 210:16
**management** 39:16 39:17 40:2
**maneuver** 182:10
**manner** 168:4 169:23 191:2
**manual** 18:16
**manufacture** 18:19
**manufacturing** 18:23
**March** 178:22 179:12,16,23 180:19 181:4,11 181:23 182:15,23 183:9 184:4,17,22 185:19 186:2,12 187:23 189:6,17 190:24 191:6,13 191:19 192:8 226:12,14
**marked** 156:4
**markers** 38:13,19
**marketing** 124:18 150:12,15,22 151:3 152:13,22 153:6 154:6,8,16 174:25

**masters** 71:25 103:8,9
**master's** 69:18,19 69:22 72:4,5,11 72:14,17 98:23 100:14,15 101:25
**material** 135:8 136:20 151:13 153:7 154:6,16 175:25 204:2
**materials** 33:7 34:23 50:17,19,21 51:22,25 52:10,22 52:25 56:19 57:2 57:9,15 59:4 65:21 85:13 93:10 93:12 101:14,18 102:4,5,18,19 103:3,11,12,16 104:10,19 105:3 124:18 127:23 135:20 136:25 146:4 147:12 150:12,15,22 152:22 154:8 162:19,25 174:25 191:21 192:4 202:10,13 219:22
**mates** 92:9
**math** 14:15 38:14 87:18 104:15
**mathematics** 86:16
**MATLAB/Simul...** 89:3
**MCC** 42:18 44:17 44:21 46:3,14 48:24 49:4,7,16 49:19,25 50:7,11 50:16,24 51:3,6,9 51:12,20,23 52:11 56:20 64:22 73:18 86:12,13,18,21 87:11 102:6
**MCC's** 48:21
**meal** 217:17
**mean** 37:3 38:25

44:25 47:8,10,11 69:14 79:13 83:5 108:6 113:7,12 144:19 158:20 165:22 166:14 173:3,8,10 180:24 181:8 182:3,3 184:25 187:4,9,13 195:22 196:19 207:25 220:14
**meaning** 17:25 26:24 81:15 101:6 213:3 216:4
**means** 4:23 5:3 6:2 8:13 11:11 31:21 31:23,23 90:7 109:24 110:10,17 112:25 114:9,10
**meant** 143:2 165:17 166:7,21 172:22
**MEBS** 69:16 72:3
**mechanical** 26:19 30:3,14 33:2 37:16 39:22 46:20 46:25 47:16 62:3 63:15,18 67:19,25 68:16,19 69:5 71:3,7,24 85:21 103:8,25 104:6,13 125:17 126:4,18 127:11,20,25 128:11,23 135:24 136:6,7,10 141:19 146:3 147:13,16 158:9 159:2,12 160:19 161:8,9 162:15 163:21 197:23 202:13
**mechanically** 126:6
**mechanics** 88:3 89:7 91:12 191:21
**mechatronics** 157:15 158:4,8,24 159:7,9 163:23
**media** 219:11,13,19

**medical** 207:5
**medication** 8:24 9:4
**meet** 64:15 92:8
**meeting** 64:4,7,9,11 64:16,20 65:11
**meetings** 11:9,18 92:24 93:3,4
**Megan** 70:19
**member** 81:19,22
**members** 93:13
**mention** 161:7
**mentioned** 25:9
**mere** 127:13 146:11
**messages** 218:25 219:10
**methods** 178:19 179:20 183:2 184:18 185:23 195:23
**metrics** 47:13
**microelectronics** 128:13
**microfluidics** 128:9
**middle** 50:8,9 158:19
**mind** 117:7
**minor** 89:7 98:18 98:21 104:15 144:25
**minors** 144:23
**minutes** 10:21 11:2 11:3,8 64:12 220:22
**miscellaneous** 19:11
**missed** 25:9 149:19 149:21 192:21,22
**missing** 111:11
**misspoke** 72:7
**Mm-hmm** 143:14
**modalities** 94:4
**modeling** 135:18
**modern** 44:8
**molecular** 129:25

**mom** 16:7,13 28:10 28:12,14
**moment** 14:14 30:25 41:15 62:8 87:8 88:22 99:4 169:15 201:17
**moments** 7:19
**Monday** 79:20,23
**Monroe** 44:13,17 45:17
**Monroe's** 48:21
**month** 185:18
**months** 79:5 211:15
**morning** 4:15 9:19 9:24 10:4,9,14,20
**mother** 14:6 16:4 28:17,21,24 29:4 29:8 38:3
**motor** 135:18,21
**moved** 15:14 18:14
**MSBE** 72:3
**MSBS** 69:16
**Multidisciplinary** 92:15
**Multidiscipline** 91:23
**multimeter** 136:2
**Munson** 179:5,10

**N**

**N** 2:2 3:2 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1



158:18
**non-RIT** 127:17,18
**Nos** 30:22
**notary** 1:23 4:4
 13:12 224:24
 227:7,24
**noted** 179:10
 221:22 222:12
 224:17
**notes** 105:11,16
**notice** 178:20
 179:20
**notification** 58:2
**Notwithstanding**
 112:19
**November** 1:16
 32:13 224:10
 227:21,25
**NQ** 30:21 31:14
 53:11 60:2,22
 62:20 70:12 72:19
 73:8 84:3 99:18
 171:2 183:20
 185:10 188:7
**nquattro1996@y...**
 214:12
**NQ-1** 30:18 32:9
**NQ-10** 123:5
 143:12,19 174:15
**NQ-12** 141:14
 155:21 156:4
**NQ-13** 168:19
 169:7
**NQ-14** 178:4
**NQ-16** 188:24
**NQ-2** 39:11
**NQ-3** 53:8
**NQ-4** 61:12 62:9
**NQ-6** 71:11
**NQ-7** 73:9
**NQ-8** 95:10
**NQ-9** 106:9
**NQ9009** 96:7
**number** 31:24,25
 34:20 61:16 93:20
 95:14 135:4

187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 223:2
224:2,2 225:2
**name** 4:8,16 18:19
 71:20 119:19,21
**names** 196:22
**nature** 52:21 56:9
 131:21 132:15,18
 133:8 134:2
 147:25 163:16,16
 217:9
**nearing** 130:2
 152:18
**necessarily** 146:12
 163:18
**necessary** 222:5
**need** 6:5,10 7:5,10
 15:6 49:22 126:10
**needed** 68:18,19
 98:15 103:7
 126:22 198:23
 212:5
**never** 38:12 151:12
**new** 1:3,24 2:6,13
 2:13 4:5,12 5:18
 13:21 158:17
 224:3,4 227:3,4,8
**nice** 78:19
**Nicholas** 1:5,19 4:2
 4:10 223:24 224:6
 224:19
**Nick** 1:5 157:20
**night** 31:2 81:10
**nine** 49:14 69:18
**nods** 6:10
**non-professional**

139:21 140:2,4,16
159:19 171:10
183:22 186:7
188:10
**numbered** 164:4,4
**numbers** 31:17,19
 32:2,3,6 73:12
 111:13 159:24

___

**O**

**O** 3:2 223:2,2 224:2
**oath** 3:12 7:19,22
 224:9
**object** 108:22
 187:14
**objection** 55:19
 62:12,23 107:15
 107:22 108:12
 112:20 113:2,16
 114:4 115:16
 116:5,23 117:20
 120:7,19 121:2,13
 122:2 132:10,22
 133:10,23 137:4
 138:14 140:21
 157:3 165:18,23
 166:12 180:22
 181:6,14,25
 182:16,24 183:4,7
 185:12,21,25
 186:14,20,24
 187:2,9,25 188:5
 190:19 191:9
 193:18 194:10,18
 195:6 199:4,19
 200:15 209:11
 214:6 216:18
 217:11 218:10
**objections** 3:17
 107:3 112:17
**obligated** 112:3
 114:2,12,22
 115:10,22 121:23
 122:6
**obligation** 112:8
 115:15 116:3,4

120:17,24 121:9
121:17 122:15,20
122:21 123:2
127:2,16 132:15
133:3,22 134:4
135:10 137:2
138:5,11,22 139:4
139:4,23 140:14
141:6 145:22
146:18 147:7
162:5,13 165:8
**obscure** 78:5
**obviously** 182:4
 196:22 198:18
**occasion** 78:3
**occasional** 19:12
**occur** 166:25 200:8
**occurred** 207:20
**occurring** 177:24
 178:2
**odd** 92:20
**offer** 102:6 142:19
 143:8
**offered** 81:9 90:24
**offering** 89:3
 169:18
**offerings** 49:19
 93:21
**office** 54:14,19
**officer** 3:11,14
**official** 7:16 28:20
**off-campus** 130:12
 130:14,15
**oftentimes** 131:11
**oh** 15:6 45:3 53:18
 62:16 96:19
 119:20 143:21
 149:23 156:15
 158:2,2 203:19
 212:22
**okay** 5:10,16 7:5
 8:13,16,18 9:21
 10:19,23 11:4,9
 12:6 13:2,18 14:7
 15:11,16 16:16
 17:19,24 18:5



MAGNA
LEGAL SERVICES

| | | | P | 100:3 119:4,16 |
|---|---|---|---|---|
| 19:14 20:15 23:11 24:3,18 25:7 26:7 27:10,16 28:6,16 29:7,12,18 30:7 30:16 36:5 37:21 38:2 39:6 41:11 43:17 44:12 45:4 45:17 46:13 47:20 48:20 49:24 51:19 53:10 55:9 59:22 61:5,11,15 63:8 64:25 65:17 66:25 70:8 72:12,22 73:7 74:18 75:19 76:4,8,12,17 77:2 79:15 81:13 83:23 84:9 85:12 87:17 87:20 91:7 92:15 93:14 96:23 99:21 100:4,7 101:6,13 105:13 106:10,25 107:2 110:13,19 111:16 119:10 123:6 124:8 126:24 127:10 129:16 132:5 133:20 135:3 136:11 137:14 138:19 139:22 140:13 142:4 143:24 144:8,16 145:14 146:10,16 146:22 147:4,24 148:7 149:25 150:21 152:22 153:5 154:5 156:17 159:21 160:4,9,17 161:5 162:7 163:8,25 167:10,25 168:8 168:20 171:12 172:9 174:17 187:19 188:18,22 189:4 190:5,15,23 192:3,12 194:23 196:24 203:9,12 | 203:20 204:18 205:9 208:5,11,18 208:23 209:18 211:8,20 212:7,19 213:9 216:13 220:11,16,25 **old** 2:5 15:5 **once** 10:8,8,9 44:6 54:11 55:3 77:25 83:6 88:18 91:20 91:21 204:2 **ones** 26:11,13 33:5 81:12 131:2 145:4 145:19 146:21 215:15,16 **ongoing** 19:23 **online** 29:19,19 88:20 90:9,18 91:3,9,15,18,20 92:16 93:5,16,18 93:22 94:16 122:9 127:4,14,17,18 139:16,18,19 140:9 141:20 181:18 184:18 188:3 195:20 197:11 200:13 204:3 **on-campus** 77:15 82:7 83:24 119:17 119:22 120:13,18 121:10,18 **open** 59:25 61:12 61:13 70:8,12 73:8 78:14 95:9 106:9 123:5 168:18 183:20 188:6 208:7,10,19 **opening** 185:14 **operate** 153:20,23 154:3 197:13 209:23 **operated** 202:23 **operations** 16:5 **opinion** 186:16 193:15 194:3,5 | 198:24 199:16 202:3 **opinions** 194:21 199:13 217:2 **opposed** 49:8,17 200:23 **opposite** 68:25 **optics** 19:10 64:7 **optimal** 85:24 100:11,13,18 105:2,15 203:23 204:4,8 **Optimax** 16:23 17:4,11,15,21,25 18:7 19:6,15,19 20:2 27:7 64:5 75:23,25 76:8,18 76:22 88:22 **optimization** 100:17 204:16 **option** 84:21 131:3 181:20 182:7 185:16 **order** 1:21 118:9 **ordering** 221:19 **organizations** 81:20 **organized** 81:7,10 **original** 222:16 **outcome** 227:15 **outlined** 24:16 **outlining** 178:14 **outset** 5:17 14:9 **outside** 48:5 128:12 128:20 130:18,21 134:25 136:9 **outstanding** 24:16 **outward-facing** 47:23 **overall** 47:6 **overlap** 158:11 **overview** 157:17 161:16 **owned** 16:6 **owns** 128:3 **O-p-t-i-m-a-x** 17:5 | **P** 2:2,2 3:2 223:2 **page** 5:19 59:14,16 60:21 74:20,22 84:7 99:24 124:4 143:12,22 144:22 157:16,20,23 158:4,6 159:13,16 159:18,19 160:2 161:22 164:3,3,5 164:8 167:7,8,12 167:16 168:8,9 171:7,18,21,22,23 172:3,8,14 174:18 190:3 223:3,6,9 223:12,15,18,21 225:3,7 226:3 **pages** 157:5 159:13 160:11 162:10 **paid** 74:8 115:4 206:18 209:20 **pair** 201:18 **pamphlets** 34:14 58:20 **pandemic** 20:6,9 85:19 88:19 122:11 180:18,24 181:23 182:4 183:18 184:8,12 189:11 191:14 202:14,19 215:15 217:3 **paragraph** 97:24 98:2 124:5,11,24 125:11 143:18 144:2 145:18 148:20 158:19 164:7,12,20 172:2 172:12,13,17 174:18 190:6,10 **paraphrase** 126:13 **parents** 77:9 187:10 **part** 41:7 42:16 68:4 78:16 98:21 | 125:13 131:24 141:15 143:8 166:15 171:18 172:3 173:13 175:16 209:19 213:22 **partial** 168:11 205:11 **participate** 11:14 24:18,24 25:18 80:21 **participated** 73:24 81:16 82:4 **particular** 29:8 33:25 99:3 161:24 **parties** 3:6 227:17 **partner** 43:2 **parts** 49:5 93:6 119:11,14 120:5 120:10 125:13 126:15,17 129:23 173:17 **party** 5:13 **part-time** 15:24,25 19:23 20:9 49:8 49:16,17 68:22 69:2 **pass/fail** 84:20 **pathway** 45:19 51:13,20 57:6 **patience** 221:7 **pause** 31:7 201:19 **pay** 74:10 75:16 96:18,19 97:3 121:6 207:2,5 **paying** 59:15 206:11 **payment** 204:25 205:4,7 **PDF** 157:14 159:19 164:5 167:8 **pending** 7:12 64:19 220:23 **Penfield** 4:12 13:21 14:16 23:14 |



**people** 47:9 48:3 65:24 66:3 90:8,9 131:16 182:5 186:5 191:23 198:15,16 207:6 215:25 219:3
**percent** 113:4 218:18
**percentage** 79:9
**perform** 132:13
**performed** 148:2
**period** 16:20 19:18 25:7 26:7 27:14 36:14 50:23 52:10 52:23 66:4 214:5
**periodic** 210:4
**periods** 49:16 76:23
**person** 33:25 52:4 52:13,17,18 54:10 54:16 55:18 64:10 67:4,6 70:21 76:20 90:19 91:2 91:10,17,22 93:11 93:15,18,22 94:11 97:9,11 126:3,7 126:22 129:10 131:12 133:18 140:18 154:4 203:11
**personal** 66:17 127:19 187:6 214:3 216:6
**personally** 183:3,6 185:25 186:23 187:2,13 198:4
**person's** 146:9
**pertaining** 50:17 50:22 103:4 137:11 153:3
**phone** 8:17 11:12 11:13 54:21,24 64:13 79:2 106:19
**phonetic** 14:21
**phrased** 125:23
**phrasing** 138:9

**physical** 112:10 131:22 132:7 133:6
**physically** 13:19 134:17
**physics** 29:24 41:4 42:8,10,17,23 43:8,18,20,21 44:6,7,8
**piece** 154:6 161:2
**pieces** 127:25
**place** 1:21 2:6 21:16
**placed** 73:4
**placement** 21:16 76:12
**placements** 17:16 21:19 74:12 75:14
**places** 28:15
**plaintiff** 1:19 116:12
**plaintiffs** 1:9 2:4 123:15
**Plaintiff's** 112:20 113:9,14
**plan** 25:24 68:4 161:6,22 189:14 217:17
**Plano** 18:18
**plans** 88:24 191:9
**platform** 219:19
**platforms** 219:13
**play** 25:8
**played** 25:2 81:25
**please** 4:7 48:9 92:3 95:10 118:2 196:23,23 221:21 222:4,9
**plus** 42:19 71:25 105:15
**pods** 201:18
**point** 6:9 34:18 38:17 56:4 65:9 66:23 68:4,18 81:9 88:21 102:8 108:3 110:20

119:7 135:7 136:24 150:3 154:17 176:14 180:6,18 181:4,22 183:12 185:15 186:17 190:23 192:3,7 194:20 202:11 204:10 220:16
**points** 93:8
**policies** 35:6 59:8 98:4,7 167:12 226:10
**policy** 168:25
**polished** 19:9
**poor** 194:14
**popped** 81:12
**portal** 101:10 102:22 103:3 104:5,23,25
**portion** 104:6 110:4
**portions** 33:10 57:17 94:13 141:18,21 145:12
**posed** 106:17 110:2
**position** 20:11 76:14,14,15,16 190:17
**positions** 25:16
**possibility** 164:21
**possible** 130:20
**possibly** 65:9
**posted** 169:8
**potentially** 141:8
**practical** 48:13,15
**practice** 158:19 195:25
**preceding** 172:13
**preliminary** 8:19 125:3
**preparation** 11:21
**prepare** 9:16 12:9
**prepared** 220:17
**prerequisite** 200:4
**prerequisites** 89:6

**present** 2:18 11:17 14:20 15:12 79:14
**presentations** 201:9
**presently** 15:16,20 21:25 22:4
**president** 2:20 179:4
**prestige** 15:21 16:2 16:10,13,18,22 17:13 47:24
**presumably** 131:6
**pretty** 15:3 20:16 67:21 79:16 131:23 184:24
**previous** 105:17 187:3
**previously** 29:13 57:7 199:12
**pre-engineering** 41:4 42:16
**Pre-Mechanical** 104:12
**Pre-Undergrad** 104:13
**primarily** 78:7 80:4
**primary** 14:10 23:8 46:2,4,7
**print** 151:18
**printed** 159:18 169:6
**printers** 151:10,12 154:7,21
**printing** 151:5,18 152:6,11,24 153:9
**printout** 53:16,20
**prior** 10:4 15:7 141:12 146:5 147:10 159:13 162:17,24 177:12 177:16,20 186:18 190:22,23 192:17 199:7
**private** 45:9
**privilege** 108:25
**privileges** 124:13

**Pro** 16:24,25 17:6,9 17:12,15 18:2 20:15,17,19 21:4 21:5,8,16,21 76:4 76:4,7,9,13
**Prob** 104:13
**probability** 85:7 98:20 203:22,24
**probably** 11:8 38:16 58:6 103:11 103:21,24 182:6 182:10,18,20 185:15 203:22
**problem** 42:25 193:25 204:16 221:11
**proceeding** 7:17 200:10
**proceeds** 210:14
**process** 26:15 54:4 56:17 66:16 102:16 103:6 135:13
**produce** 212:16
**produced** 32:4
**product** 20:12
**production** 18:11 188:12 212:10 220:20,21
**productive** 78:20 78:24,25 79:3
**professor** 38:12 177:21 195:18
**professors** 43:25 44:5,11 177:14 192:13,23 195:19 196:8,12 197:2,5 216:4
**program** 23:3,8,8 26:19 30:14 33:2 40:2 42:8,11,16 43:18 44:23 45:2 45:5,23 46:21,25 47:4,17,24 48:15 48:22 51:4,17 61:21 62:3,6 64:7


MAGNA
LEGAL SERVICES

67:12 69:17 71:5 71:8,21,24 72:14 72:20 127:15,17 156:14 157:17 160:7 161:15

**programmed** 19:9 21:10

**programming** 88:4 89:8 131:20 209:23 210:5,6,12

**programs** 29:19 156:16

**progress** 211:24

**project** 204:5

**promise** 55:16 56:8 62:10,21 67:2 126:16 129:20 132:8 142:19 143:9 144:9 146:13 148:4,10 152:2,25 153:10 154:18 155:9,18 157:2 160:14 163:18 175:19 176:4

**promised** 52:12 53:2

**promises** 52:20 97:8 125:14 141:23 148:24 149:10,15 150:5 150:17,24 154:9 155:4,14 157:8 175:5,11

**promising** 52:3

**pronounce** 71:20

**properly** 117:14

**properties** 128:2 146:4,7 202:13

**property** 142:11

**proposing** 72:16

**prospect** 43:14 65:11

**prototype** 18:22

**provide** 112:3 114:2,12,23

115:10,22 120:17 121:10,17,23 122:6,15 130:23 132:16 138:11,22 139:24 141:6 144:2 161:9,10 192:13 207:16 213:7

**provided** 12:4 77:5 114:17 119:17,23 120:13 130:13 131:3 198:22

**provides** 160:19

**providing** 208:24

**psychological** 82:20

**Public** 1:23 4:4 224:24 227:7

**publications** 124:20 175:3,4,10

**pull** 30:17 39:10 53:7 60:4 137:6 201:6

**pulled** 178:7

**Purely** 130:4

**purposes** 70:10

**pursuant** 1:20

**put** 41:15 131:8 138:17 187:12 203:22 208:21

**putting** 194:4

**putz** 79:2

**P-l-a-n-o** 18:18

**P.C** 2:3

**p.m** 94:24 95:4 177:6,10 221:17 221:22

---

**Q**

**qualified** 204:24

**qualifies** 51:8,9

**qualify** 45:14

**Quattrociocchi** 1:6 1:19 4:1,2,11,16 5:1 6:1 7:1 8:1,21 9:1 10:1 11:1 12:1

13:1,18 14:1,7 15:1 16:1 17:1 18:1 19:1 20:1 21:1,24 22:1 23:1 23:11 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1,12 31:20 32:1,8 33:1 34:1 35:1 36:1 37:1 38:1 39:1,6 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1,3 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1,8 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1,19 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1,3 143:1 144:1 145:1

146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 160:7 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 177:12 178:1,6 179:1 180:1 181:1 182:1 183:1,22 184:1 185:1 186:1 187:1 188:1,13 189:1 190:1 191:1 192:1 193:1,14 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 205:9 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1,5 223:24 224:6,19 225:4

**Quattrociocchi17...** 226:13

**Quattrociocchi37...** 226:15

**question** 6:6,17,22 6:23,24,25 7:3 28:17 47:21 57:4 58:7 61:5 62:17 62:18 63:2 87:9 90:13 97:16 107:19,24 109:4,9 110:3,5,15,22 114:7,20,21 115:6 115:20 117:9,13 117:15,22,25 119:7 125:3

132:24 134:7 138:20 139:2 171:5 181:9 182:13 187:20 196:5 201:2 207:10 213:2

**questioning** 212:8

**questions** 5:21,24 5:25 6:19 7:13 8:19,25 37:22 90:20 100:5 106:17 113:23 187:3 195:10

**quick** 155:20 177:3 177:4

**quickly** 60:2 70:12

**quote** 112:18 124:12 135:20 142:16 164:21,25 172:3

---

**R**

**R** 2:2 47:15 48:6,11 63:15,22 64:6,18 65:2,10 223:2,2 227:2

**raise** 182:24 183:3 183:6 185:20,24 185:25 186:20,23 187:2,8,25 188:4 191:7,8

**raising** 110:5

**range** 10:22 83:7 156:8

**rankings** 47:6

**rate** 43:20

**reaction** 179:24 184:23

**read** 88:9 111:24 112:14,22 117:25 118:3 124:11,21 143:2,7 157:4 164:17 165:11,17 166:7 167:22 172:6 222:4 224:7

**reading** 208:10


MAGNA
LEGAL SERVICES

**reads** 164:12 172:3 172:17
**real** 204:12
**really** 18:12 43:21 43:21 47:16 49:20 49:23 57:20 77:20 125:20 148:16 162:16 163:7 180:7 194:13 196:2 198:6,7 199:15 220:14
**real-life** 204:16
**reason** 39:4 46:2,4 46:5,7 79:24 90:22,23 114:15 122:20,25 136:5 182:3 222:6 223:5 223:8,11,14,17,20 223:23
**reasonably** 193:22
**reasons** 9:9 33:4 40:11 41:9 46:22
**recall** 10:25 26:6,11 26:13 27:12,15 28:5,6,8 29:7,11 29:20 30:2,6 33:9 33:13,17,21 34:4 34:6,7,8,10,13,16 34:22 35:4,8,16 35:19 36:4,9,13 36:24 37:2,5,13 37:19,21,25 38:6 49:9 50:13,18 51:21,24,25 52:5 52:7,9 54:9,20,23 55:5,9,21 56:25 57:7 58:15,22 59:2,6,10 64:23 66:8 67:5 70:24 81:18 82:18 101:5 101:11 107:12 109:10 120:9 123:3 137:8,15 138:8 140:6,11 141:3,24 145:19 146:20 148:11,13

148:14 149:3,4,6 149:12,13,17,23 150:18 153:7,13 153:14,16,17 154:11,12,15 155:6,7,11,12 175:7,9,13,22 176:6,7,8,10,11 177:19,24,25 186:16 190:21 191:15 192:16,22 193:12 194:13,20 196:17 198:11,14 205:2,5,8 206:4 206:11,15 210:7 211:2 212:3 215:4 216:13,20,21,22 216:24,24 217:4 218:7,19,21,23
**recalls** 43:14
**receipt** 191:5 220:23 222:18
**receive** 24:8,10 33:14,18 49:24 50:3,6 57:23 58:7 58:10 70:2 74:11 75:13 96:25 184:3 205:3 210:3 217:25 218:9
**received** 24:16 39:18 41:6 52:14 58:2,15 61:23 72:22 73:2 84:14 84:24 85:3 86:24 178:21 179:8,22 181:10 182:23 183:8 184:21 185:9,18,19 186:11 187:22 188:19,25 189:6 198:25 210:7 217:16,22
**receiving** 52:9 58:16 190:24
**recess** 41:20 94:25
**recited** 161:21

**recognize** 32:9 39:12 53:13 61:17 70:14 71:14 73:13 95:14 106:11 123:7 142:5,7 156:10 178:10 183:23
**recollection** 50:21 52:20,25 55:23 56:8 57:13 58:4 59:25 60:5 75:9 99:16 138:2 206:7
**recommenced** 192:10
**recommended** 54:25 105:8
**record** 4:9 5:25 6:4 6:8,13 8:11 31:4,6 31:10,16 41:17,19 41:23 74:18 88:10 94:22,24 95:5 111:25 118:3 156:6 177:6,8,10 178:5 183:21 188:9 201:17 207:11 221:17 224:11,14 227:12
**recording** 5:23
**recovery** 206:8
**recreation** 82:23
**recurring** 79:22
**reduced** 23:6
**refer** 4:21 11:25 31:19 173:17
**reference** 79:11 97:22 113:20 141:16 146:23 150:2
**referenced** 126:17 126:20
**references** 152:23
**referred** 42:14 51:3
**referring** 12:2,22 32:6 47:22,23 51:11 63:25 118:6 118:18,19,21

125:2,3,9 135:2 144:17 145:9,17 150:23 153:6 159:18
**refers** 45:7 69:15 164:20
**reflect** 6:12 134:15
**reflects** 71:4 72:19
**refresh** 59:24 75:8 99:16
**refreshes** 60:5
**refund** 35:6 59:8 97:14,19,23 98:3 98:7 167:12,20,24 168:3,11,24 169:13,22 189:23 191:3 205:11 209:19
**refunds** 169:18 189:15,24 190:18 191:10 205:16 217:6,6 218:5 226:17
**Refund/Tuition** 226:9
**regard** 189:15
**regarding** 10:4 12:13,18 13:4 100:5 101:15,19 103:10,18 104:10 104:20 105:17 108:9,19 149:14 154:6,20 169:18 184:7 189:10 191:3,9,25 192:5 210:4 216:16 217:5 218:2,13 220:19 226:16
**regards** 10:17 71:20 106:16 111:12 167:23 213:17 215:19,21 216:25 217:16
**register** 88:15 96:25 98:13 99:7 100:22 101:7

102:23
**registered** 89:10,16 94:2,5,10 101:14 101:20 102:11 103:5,19 104:11 104:21 105:4,24 106:5 135:3 166:7 170:15
**registration** 97:5 171:17
**regular** 210:4
**regularly** 214:4,10
**related** 227:16
**remainder** 184:13 193:6
**remained** 69:6 208:6,12,19
**remember** 9:5 34:18,19 35:12,22 36:17 39:2,5 52:14 53:18 54:16 55:8,12 56:3,12 56:13,23 57:11,16 66:6 106:16,19 137:16 146:21 151:13 183:25 196:20 205:18 208:9 213:18 215:16 218:12
**remind** 106:22
**remote** 11:11 43:14 76:13 210:11
**remotely** 209:24
**rendering** 157:14
**reopen** 185:10
**repair** 201:18
**repeat** 17:7 57:4 62:18 87:8 97:16 107:18 110:22 113:11 117:22 132:24 173:23
**rephrase** 6:23 114:10
**reply** 62:14
**report** 202:16
**reporter** 1:23 4:7


MAGNA
LEGAL SERVICES

5:22 6:3 14:9 17:3
21:12 36:18
117:25 149:20
221:18 227:7
**reporter's** 7:8
**represent** 4:18
13:10
**representation**
142:18 143:8
**representative**
35:17,20,24 36:2
**representatives**
35:14
**reputation** 47:23
48:16
**request** 71:5
116:10 170:10
205:6 212:10,20
215:3 219:8,23
**require** 74:16
125:18 127:22
128:8 129:3 130:5
134:21 163:4,5
**required** 6:14
74:10 91:22 92:5
92:14 93:7 98:22
100:12,14,15
103:14 126:12
145:3,5 189:20
190:13 220:7
**requirement** 51:16
147:23
**requirements** 18:2
100:20 101:23
102:2
**requires** 66:16
131:22 135:14
**requiring** 135:25
**rescheduled** 191:13
**research** 19:7,7
128:12 151:9
**reservation** 173:20
**reserved** 3:18
**reserves** 172:4,17
173:12,15 174:4
**reserving** 174:10

**residence** 13:23
14:11,20 77:4
**respect** 130:25
133:4 195:3
**respective** 3:6
227:18
**respond** 106:18
**response** 108:4
111:23 112:16
113:8,13,21 116:8
122:13 187:2,7
**responses** 107:2,14
107:21 108:10,11
109:13,16 111:2,5
111:11,17 225:25
**responsibility**
59:12,19 60:8,24
95:22,24 96:11,17
97:3
**responsive** 213:10
215:2 218:17
219:7,22
**rest** 98:19,22 103:7
191:23 201:11,22
**restarting** 192:5
**restate** 6:22 181:8
**result** 97:4 122:11
200:13 201:10
**resume** 27:9 94:20
179:15 181:5,12
191:12,16,17,18
**resumed** 95:2
179:18 193:6
**resuming** 184:17
**retrieving** 213:22
**return** 222:15
**review** 11:20 33:6
33:10 34:25 35:5
35:9 50:16,22
51:5 56:18 57:14
57:17 58:19,23
59:3,7,11 60:11
60:15 61:6 65:20
101:13,18 102:10
102:17 103:3
104:9 105:3,22,25

106:4 107:9
109:13 111:19
123:24 162:11
**reviewed** 9:19
11:23 12:8 24:15
50:18 51:15 52:2
52:22 57:11 65:19
101:21,22 102:5
104:4,19 135:20
**reviewing** 34:4,8,13
34:17,22 35:8
51:21 56:25 57:8
**revised** 192:13
**right** 14:2,5 30:20
64:9 67:7 79:13
93:21 96:8 106:8
143:11 158:5,14
160:7 162:21
167:20 168:3
169:13,22 172:4
172:17 173:15
174:5,10,14
180:14 212:23
213:2
**rights** 124:13
173:20
**right-hand** 31:23
168:10 171:18
**rip** 127:24 128:4
129:22
**RIT** 2:21,22 4:22
17:16 18:3 19:22
20:13 21:15,18,25
22:7,10,17 23:2
26:13 27:11,21,24
28:4,7,18 30:7,10
30:22 31:18,25
32:12,16,24 33:6
33:7,11,15,19,22
33:25 34:8,13,23
34:25 35:13,14,24
36:2,10 37:7,14
38:3,4 39:7,16,19
39:25 40:5 42:14
43:4,11 44:24
45:19,23 46:15,19

47:17 48:12 50:12
50:17,22 51:4,8
51:13,25 52:4,12
53:4,11,12,17,22
53:25 54:5,6,11
55:10,16,17 56:18
56:19,21 57:24
58:5,8,19,23 59:3
60:9,13,25 61:3,8
61:9,16,23 62:11
63:9,13,17 65:5
65:10,14,19,20
66:2,4 67:2,3,8
68:5,7 69:7,24
70:14 71:14 72:23
73:2,12,12,16,20
73:25 74:5,11
75:13,16,20 76:10
77:3,12,19 80:14
80:19,22 81:17
82:2,8,12 83:9,12
83:14,24 84:4
86:5,6,25 87:6,6
87:14,19,21,22
90:7 93:20 95:14
96:12,25 97:2
101:22 104:16
106:17 112:2,12
113:25 114:12,22
115:9,22 116:15
117:19 118:23
120:17 121:22
122:5,14 125:4,13
125:15 126:15,24
127:2,4,14 129:2
129:8 130:25
132:18 133:7
138:10,21 141:20
141:23 142:23
144:10 145:23
146:19 147:7
148:2,25 149:11
149:16 150:6,17
150:25 151:5,23
152:3,7 153:11
154:10,19 155:5,9

155:15 156:8,18
157:2 160:2,14
161:22 162:14
164:4 165:2,14
167:3,8,19,20,24
168:2,3,10 169:13
169:14,18,21,22
170:5,19 171:8,11
171:23 172:4,8,17
172:23 173:4,12
174:4 175:6,12,19
176:3,4 177:14,17
178:14,25 179:11
179:23 180:19
181:4,12,24
182:14,24 183:9
184:7,10 185:10
185:21 186:3,20
187:14,25 188:5
188:19 189:10,18
190:10,11 191:2,8
191:12 193:15
194:5,14 195:2,8
195:13 196:9,21
204:23 207:13
209:10 210:24
212:9,14,20 213:3
213:25 214:8,23
215:5,8,18,23,25
217:2,23
**RIT's** 30:3,13
33:11 35:5,9
46:20,24 48:15
57:18 59:7,11
62:2 67:12 71:6
71:23 77:14 81:22
82:16,19,22 98:3
98:6 101:9 103:25
104:7 107:3 121:9
121:17 131:24
141:22 142:9
144:11 145:12,16
160:18 168:24
169:8 173:19
179:4,4 182:25
186:12 189:14



190:17 208:11 210:16
**RIT-related** 51:22 57:2,8
**RIT-sponsored** 82:5
**rit.edu** 125:7 142:13,17 143:7
**RIT1200-1207** 225:9
**RIT1219** 225:11
**RIT1226-1235** 225:13
**RIT1236** 225:15
**RIT1248** 225:17
**RIT1259** 225:19
**RIT1781-1789** 226:11
**RIT1887** 225:23
**RIT2059** 226:6
**RIT2060-2065** 225:21
**RIT343-726** 226:8
**Road** 2:5 4:11 14:21
**ROBERT** 2:15
**Roberts** 26:12 27:11,18 29:25
**Robert.Burns@h...** 2:16
**robotic** 21:11,14
**robotics** 19:9
**robots** 21:10
**Rochester** 1:12 4:18,22 14:17,24 15:2 26:25 40:17 63:23 165:7
**rocket** 92:21
**roll** 24:12,13 210:19
**room** 8:8 139:15,20 140:2,4,16 182:5
**roughly** 79:17
**rules** 5:17
**run** 209:10
**running** 19:12

119:8
**R&D** 19:6

**S**

**S** 2:2 3:2,2 223:2 225:6 226:2
**sad** 79:4 180:16 185:4 193:22
**saddened** 201:12
**safely** 208:15
**safety** 182:19
**Santiago** 2:19,19
**sat** 5:8
**satisfy** 18:2
**save** 212:4
**saw** 52:5 89:2 103:9
**saying** 64:14 72:12 128:25 132:21 139:23 146:14 162:21
**says** 60:18 96:23 112:18 124:12 129:8,18 139:15 139:16 140:11,17 157:24 173:9 174:4
**scanned** 213:21
**schedule** 140:16 168:11
**scheduled** 92:8,11
**scholarship** 41:7
**school** 4:20 17:22 23:12,18,19,21,22 23:25 24:4,11,20 24:24 25:12,16,19 25:22,24 26:2,8 27:25 28:23 30:11 32:17 39:16 65:4 170:11 216:2,9,10 216:12
**schools** 26:16,22,23 27:12 29:13,17,19 44:24 54:2 87:5 87:13
**school-related** 216:3

**Schrader** 37:6
**Schroeder** 23:13
**science** 48:21 50:5 72:5,10,12,14 89:7 98:16 131:4 131:5,10,20
**scope** 134:25 136:9
**scoping** 131:19
**scour** 219:9
**scoured** 213:15
**scratch** 92:22
**screamed** 87:7
**screen** 7:15
**script** 204:17
**sealing** 3:7
**search** 157:13 212:16,22,24 213:5,10,14 214:25 215:5,8,10 215:11,12 219:6 219:21,24 220:20
**searchable** 157:14
**searched** 214:15,18 218:16,20
**second** 6:9 15:8 17:6,8 74:21 80:14 85:12 88:7 88:11 97:23 107:3 112:20 113:9,20 121:24 122:7,16 123:12 124:5,6 127:13 139:2 143:13,16,20 144:5 160:18 174:15 192:9,14 192:24 193:5,9 194:7,16,25 195:5 196:4 199:2,18 200:14 205:12 207:17 208:7,13 208:20,25 209:6 209:24 210:10 225:24 226:4
**section** 102:21 128:19 157:16 160:12 162:8

167:11,15,19 168:2,9 171:16,22 190:7
**sections** 121:20
**see** 5:22 52:8 60:4 63:3 64:21 107:6 112:20 134:11 136:14 142:21 143:17 144:6 148:21 150:13 154:24 160:4 163:22 164:9,11 164:23 165:3,11 167:13 168:12,16 169:17 172:19 190:8 213:6
**seeing** 153:7
**seek** 116:10
**seeking** 205:15 206:7 209:18
**seeks** 205:10
**seen** 103:18 111:18 123:21 151:6,20 168:22,23 169:3 212:19
**selecting** 98:25 100:8 102:17
**semester** 22:15 49:6,10 74:23 79:12 89:17 115:3 144:15 170:4 183:10,14 193:7 199:24,25 205:13 212:2 217:3
**semesters** 22:14,17 49:7 68:9,23 69:8
**send** 217:9,21
**sending** 214:22
**senior** 2:22 25:5 92:15,20
**sense** 75:15 206:25 207:8
**sent** 34:4 70:18 178:13,15,24 213:3,21 217:15
**sentence** 142:15

160:18 161:20,21 162:4 164:11 165:5 166:15 168:15 171:25 172:16,22 173:20 173:25 174:9
**sentences** 164:19
**separate** 93:3 127:6 127:14
**September** 107:11
**served** 212:9,20
**service** 97:2
**services** 21:19 59:15 82:17,20 101:10 114:16,18 119:18 169:9 206:24 207:17 208:25 209:5
**sessions** 80:23,25 81:7
**set** 64:4,7 107:3 124:15 128:7 144:2,19 151:14 227:10,20
**sets** 202:15
**settled** 65:13
**seven** 28:9 34:12 36:6
**SFRA** 59:17 225:22
**shakes** 6:11
**shapes** 151:16
**share** 77:7
**sheet** 222:8,10,13 222:16 224:17
**Sheila** 2:23
**Shen** 2:23
**shop** 18:15
**short** 64:3
**shorthand** 227:6
**shortly** 88:25 217:23
**showed** 28:11,15 29:9 105:10,16 217:19
**showing** 28:21,22 28:24 29:4


MAGNA
LEGAL SERVICES

shows 96:7
Shrestha 1:22
    227:6,22
shrink 136:7
shuffling 182:8
side 32:5 164:8
sidelined 65:11
sign 29:2 108:9,18
    118:8 144:14
    222:9
signature 108:15
    223:24
signed 3:10,13
    13:11 22:14 49:11
    61:2 89:4,7 98:8
    114:25 115:4
    122:9,12,22
    136:15 138:16
    139:8
significant 157:16
    157:18 158:15
significantly 46:8
signifying 187:6
signing 61:7 70:23
    102:16 222:11
similar 42:18 61:2
similarly 1:7
simply 61:6
sir 7:14 15:16 98:10
    116:13 123:4
    169:12
SIS 101:9,11,12
    102:21,22 103:2
    104:5,23,24 105:7
    105:15 139:11,12
    144:11,11 145:14
    145:21 146:12,17
sister 14:6 42:15
sit 56:7 109:14
    110:24 111:4,10
    117:16 141:4
    194:23 206:6
    218:14
sites 28:23
sitting 217:18
situated 1:8

situation 81:4
    187:16
six 18:9,10 75:24
    79:17 89:17
skill 195:21
Slack 220:4,6
SLC 83:11,17
slightly 32:21
slowly 174:20
small 56:4,4,14
    127:24,24 182:5
snow 64:24 177:18
social 219:11,13,18
software 58:11
    61:21 62:6 67:12
    67:18,25 69:4
    70:19,25 71:2,6
    196:9 197:20
    198:21
Solutions 15:21
    16:3
somebody 202:16
somewhat 44:3
    216:8
soon 20:16 72:15
sophisticated 153:8
    154:7
sophomore 25:2,11
sorry 5:7 15:10
    17:7 28:12 36:6
    37:2 38:9 45:3
    48:8 56:5 63:24
    72:3,6 87:7 88:20
    91:23 99:9,17,25
    100:3 107:18
    108:5 109:19
    110:3,12,22
    113:11 117:4,23
    119:4,8 139:17
    143:21 148:12
    149:19,23 155:11
    157:19 158:2,3
    160:2 161:9 163:3
    173:23 176:18,21
    200:25 201:16
    207:24 208:2,22

sort 23:7 29:3
    47:22 51:11 91:8
    220:2
sorted 66:21
sounds 128:24
    210:25
source 136:3
sources 120:23
    121:8,16 141:5
space 222:7
spaces 186:4,13,21
    188:2
speak 35:13,25
    36:21 37:4 38:2
    54:5,8 59:20 60:2
    66:3
speaking 35:16
    36:9,14 55:9 66:6
    66:8 198:12
speaks 63:4
special 88:8
Specialist 2:24
specific 34:19
    35:17,22 36:24
    37:10 39:3 50:20
    52:19,24 54:9,16
    56:8,13 60:23
    64:8,23 101:5
    107:12 109:10
    111:13 115:18
    117:2,3,5,6,11
    118:5,15,18
    121:20 127:4
    129:7,12 136:24
    137:6,15 138:8,9
    140:4,5 151:13,23
    153:12 155:7
    188:22 196:20
    211:3,13
specifically 33:20
    34:6,11 35:12
    55:7 58:13 66:7
    67:9 101:7,11
    103:11 124:4
    126:20 127:21
    135:11 163:21

    171:15 180:9
    195:24 198:14
    208:14 212:3,6
specifics 29:11
    37:20,25 49:9
    66:12 148:11
    149:3,12 153:13
    154:11 155:6,11
    176:6 213:18
specify 118:9
spell 38:14
spend 74:7 77:17
    77:25 78:6 79:16
    79:21 80:3
spending 45:7
spent 41:11 42:20
    49:21 80:16
    175:15
spherical 18:22,23
    19:10
spoke 9:18,21
    35:20,23 55:16
    66:2
spoken 10:2 12:12
sporting 82:7,14
sports 81:25 82:5
spring 67:9,16 70:5
    70:5,6 73:3,3
    80:15 84:7 88:12
    98:11,13,25 99:8
    99:10,11,12,22
    100:3,9,23 101:8
    101:15 112:4
    114:3,13,17,24
    115:11,23 121:25
    122:7,16 135:5
    136:13 142:24
    156:22 165:15
    166:8 169:4 170:3
    170:7,13,19,23
    172:23 177:13,16
    177:20 178:15,17
    179:7,11 184:14
    192:10,15,17,18
    192:25 193:5,10
    193:16 194:7,8,17

    194:25 195:5
    199:2,24 200:12
    201:3 205:12
    206:12 207:18
    208:8,13,20 209:2
    209:7,25 210:10
    211:22 213:24
    214:20 216:14,17
    217:2 218:3 219:2
ss 224:3 227:3
St 26:11 27:10,20
    29:23 40:15,20,24
    41:12 42:2,3,6,21
    43:10,17 46:10
    49:22 50:11,16,23
    51:23 52:11 73:18
staff 207:6
stamp 159:24 190:4
stamped 30:21
stance 190:22
stand 183:18
stands 83:11
    101:12
start 6:6 20:15
    38:19 64:10 72:3
    72:5 160:24
    180:12,15 188:7
    195:11
started 20:17,23
    57:21 84:3 191:22
starting 53:11
    63:13 124:24,25
    192:2 196:4
starts 31:25 156:7
    159:16
state 1:24 4:5,8
    63:5 110:17 112:5
    133:14 147:16
    158:21 222:6
    224:3 227:3,8
stated 55:22,24
    97:10 133:7 139:7
    139:10 141:12
    146:5 147:10
    166:2 169:25
statement 15:7


MAGNA
LEGAL SERVICES

47:19 108:9 112:24 132:20 161:15
**statements** 12:17 12:18 13:4 153:18 162:24 176:3,12
**states** 1:2 97:13,18 139:19 140:7 142:16 150:8 158:15 165:6 167:19 168:2,7 169:12,21 189:22
**state-of-the-art** 151:9 152:4,10,11 152:24 154:20
**stating** 67:6 153:18 155:16 162:17
**statistics** 85:7 98:20 101:21 104:15 203:23,24
**Stats** 104:14
**status** 69:11 124:14
**stay** 79:25 164:2
**stayed** 48:24
**steel** 127:24,24 128:4 129:22,23
**stenographic** 1:22 5:25 6:13 31:4 94:22
**STIPULATED** 3:4 3:9,16
**stop** 20:4 181:17
**stopped** 19:25
**stories** 38:9 39:4
**story** 64:3 92:22
**straight** 25:25
**Street** 2:12
**Strength** 85:13 102:3 103:10,12 127:23 136:20 147:12 162:19 202:10
**Strengths** 162:25
**strictly** 131:19 216:10
**strike** 24:9

**stubborn** 196:14
**stuck** 79:4
**student** 21:25 22:3 22:7,12 25:18 35:9 40:20 49:3 59:11,19 60:8,23 68:23 69:7,12,24 81:8,23 82:16 83:15,17,20,21 87:14 95:21,23 96:10,16 101:9 114:18 119:18 121:5,11 124:14 124:17 136:7 148:20,23 156:18 156:25 169:8 170:19 171:4 174:23,24 179:4 205:22,24 206:8,8 206:16,18,21,24 207:3,6,12,15 208:6,15,19,24 209:5,10,20,22 210:5,11,15,16,19 210:21
**students** 36:10,13 44:3 90:25 91:2 93:10 153:23 160:20 161:10 164:15 165:9 167:4,19 168:3 169:13,21 179:11 182:8,19 184:7,11 189:10,18 190:11 195:19 197:22 207:17 208:12
**studies** 20:13
**study** 78:8,18,19,24 78:25 79:9 80:8 80:23,25 81:7 156:14 161:7,22
**studying** 77:3,25 78:7 79:18
**stuff** 38:20 48:13 131:20 136:3 151:21 152:17

180:10 181:21 197:14
**subject** 167:5 199:14 222:11
**subjective** 131:9
**submitted** 58:3
**subpar** 194:15
**Subscribed** 224:21
**subscription** 43:4
**subsections** 159:8
**subset** 117:12
**subsets** 145:6
**substance** 224:16
**substantively** 60:3
**sub-curricular** 163:12
**sub-pages** 145:16
**suggesting** 130:10
**suggestion** 159:23
**suing** 116:15,18
**Suite** 2:5
**summarize** 163:8 165:25 166:4
**summary** 140:19 204:19
**summer** 20:11,18 20:18,20,21,21,24 20:25 25:10 50:8 50:9 69:8 74:23 86:4,10,14,21 87:4,12,22,25 88:16,24 89:8,11
**summers** 19:20 22:13
**supplement** 111:20
**supplies** 207:6
**supply** 130:13
**support** 42:12 110:8 112:5
**supposed** 118:10 119:16,23 120:3 120:12
**sure** 5:18 51:15 56:6 57:5 62:19 65:7 68:14 97:17 107:20 110:24

113:12 114:19 118:12 133:2 149:20 173:24 181:10
**suspend** 220:17,23
**switch** 178:19
**switched** 18:17,21 18:25 88:19 115:2
**switching** 181:18
**sworn** 3:11,13 4:4 13:13 224:21 227:10
**syllabi** 105:22
**syllabus** 94:6 106:2 106:5
**syllabuses** 192:13
**System** 103:13 135:11,14 180:4,9 200:3 202:22 203:2,17
**systems** 16:23 17:4 19:4 85:16 89:4 135:18,19,21

—————————

**T**

**T** 3:2,2 223:2,2 224:2 225:6 226:2 227:2,2
**take** 7:7,13,24 44:8 45:12 49:23 62:8 86:7,9,13,17,20 94:19 98:10 99:3 99:6 100:9 102:7 103:20 109:12 127:5 144:25 147:12 152:7 155:20 170:4 176:23 177:2 196:13 221:2
**taken** 3:15 41:20 87:4,12 94:25 131:9 224:8
**talk** 59:17 60:22 67:7 125:10 131:15 220:12
**talked** 148:17,18

**talking** 42:2 81:2 141:14,15 143:19 188:8 198:17
**tastings** 90:19 91:9
**taught** 48:4,11,12 133:9
**teach** 195:20 197:7 197:9,10
**teacher** 92:11
**teachers** 38:9 197:19 198:20
**teacher's** 25:4
**teaching** 44:2 132:19 204:14
**team** 25:13 92:25 93:2,3,12
**tech** 18:24 24:5,17
**technically** 49:13 51:2 68:22 74:9 75:25 191:20
**technician** 19:3,8
**Technology** 1:12 4:19,22 165:7
**telemedicine** 208:25 209:5
**tell** 7:22 31:22 44:25 150:21
**telling** 37:14 38:7
**ten** 10:21 16:11 83:6,8 220:22
**tend** 78:25
**tenure** 22:7,10
**term** 67:16 84:11 85:4 88:17 89:16 90:11 98:14 99:8 99:12,22 101:8 112:4,9,13 114:3 114:14,17,24 115:12 184:14
**termed** 133:5
**terminology** 212:24
**terms** 61:6 81:13 104:3 105:13 112:7,11 124:15 215:12
**terrible** 196:7



test 80:7 127:25 128:7 134:13,17 135:16 202:12
testified 4:6 5:10 68:8 136:16
testifying 7:24
testimony 8:4 13:13 67:22 163:14 201:13 204:19 221:8 224:8 227:9,12
testing 134:19,23 146:3,7
tests 132:13,13 134:2,6,10 163:6
text 60:11 189:4 218:25 219:3,9
texts 8:13 219:6
thank 110:19 160:3 221:5,7,12
Thanks 8:18 221:13
Thanksgiving 101:3
theoretic 48:12
theoretical 200:5 204:9
theory 48:12 89:4 98:17
thereabout 23:15
thermo 81:5
thermodynamics 81:6
thesis 72:15
thing 7:11 34:16 50:25 137:23 152:20 217:14
things 6:2 28:11 29:9 47:8 79:6 81:13 126:6 128:7 128:10,11 181:20 213:20 216:3,5
think 10:9,17 11:7 17:2 22:13 24:13 24:14 25:8 36:19 36:20 38:17 43:3

50:25 51:2 58:2 62:10 63:21 67:21 72:2 73:6 74:8 82:9 87:18 91:20 98:19,21 101:10 102:3,6 105:25 109:6 114:8 119:10 121:20 127:9 134:24 137:23 141:17 145:24 150:10 155:17,17 157:17 162:9 163:9,14 164:5 170:7 180:19 181:3,11 181:16,18,23 185:8,14 191:20 191:21 193:20 194:14,25 195:24 195:24 196:25 199:10,25 200:11 200:22 202:15 207:9 211:25 217:14,15,16 218:20,22
thinking 195:13 212:23
third 74:20 110:7 164:5
Thirteen-ish 14:15
thirty 222:17
Thompson 2:22
thought 15:8
three 10:10 15:9 29:13,16 42:19,20 49:11,12,13 69:18 69:20,21 74:14,14 74:15 84:8,21 99:24 136:17,22 138:3,12,23 141:8 141:12 162:9 166:2
three-quarters 38:16
threw 18:12
throat 176:21

thrown 34:20
Thursday 10:13 79:15
tied 203:24
time 1:21 3:18 7:6 16:20 19:6 23:7 25:7 27:8,13 31:5 31:8 34:18 36:14 36:23 37:5,10,10 37:11 38:25 41:18 41:21 42:2 43:3,6 45:18 46:13 50:10 50:15 51:6,22 52:3 55:14,25 56:5 60:14,16 61:8 64:8,11,22 64:24 65:21 67:8 68:7 72:23 73:25 74:7 75:19,23 76:20,23 77:12,18 77:18,21,25 78:7 79:9,21 80:3,14 80:16 82:11 83:9 87:13 89:10 93:8 94:2,23 95:3 98:7 98:9 101:3,5 102:9 105:9 108:3 110:20 142:23 165:14 166:5,7 170:3,13 172:5,18 173:5,10,14 174:6 174:12 175:3 177:5,9 179:8 181:4 184:25 185:9,9 186:11,17 187:21 189:2,14 190:16 191:5 192:7 194:21,24 196:7,13 198:7 207:13 211:3,21 216:13 220:16 221:6,16,22
timeline 210:25 211:13,19
times 10:7,10 22:10 24:13,14 38:22

39:3 51:5 66:11 76:3 78:5 79:22 83:3,4,7,8 92:9,13 140:5
title 117:11
titled 90:25
today 7:15 8:4,20 8:25 9:7,10,17 13:19 56:7 57:14 59:20 69:23 79:13 109:14 110:24 111:4,10 117:16 123:22 141:4 150:4 154:17 194:23 206:6 218:14 221:6
today's 11:22 12:3 12:9,13
told 29:9 32:18 37:17 38:8,11,19 38:21 65:18,25 102:7 105:9 115:21
Tom 2:24
tools 136:2
top 16:14 99:23 110:11 115:19 121:19 127:8 137:14 138:7 141:2 148:15 149:2,5 150:7,9 154:14 155:10 158:5 172:2,9,12 206:14,20 211:12 211:16
topic 85:20 88:8,8
topics 48:5 132:2 217:5 218:6
Totally 36:8
touch 190:25 220:18
tough 198:7
tour 28:21 29:3,4
track 51:16
training 154:2 197:18

transcript 73:16,19 73:20 84:3 87:16 87:21 99:16 136:14 201:7 221:20 222:18,20 224:8,10 225:20 227:11
transfer 43:6 44:2 45:19 46:15,19 51:12,20 57:6 68:15 73:17 86:24 158:17 195:17 200:6,9
transferred 43:8
transferring 45:8 55:3 63:17
transition 182:25 185:22 193:16 194:6 195:15 200:13
transitioning 188:3 194:15 198:5
trial 3:18 8:5
tried 32:19
trimester 38:16
trucking 177:2
true 109:16 111:2 224:11,14 227:12
truth 7:23
truthful 9:10
try 54:14 71:2 88:9
trying 20:12 22:23 40:10 187:17
Tuesday 79:15
tuition 34:17,22 35:5 41:5 59:7,15 75:16 96:19 97:3 98:3,7 168:12,24 189:15,20,23 190:12,17 191:3,9 217:6 218:5
tunnels 38:21
turned 78:2
twice 161:16
two 10:12 22:14,14 22:17,18 42:19,21



43:21 44:7 45:7 45:13 48:24 49:4 49:5,20 68:9,23 86:3,20 87:3,10 87:20 123:15 127:6,10 136:18 141:8,11 149:21 162:9 164:19 175:16 182:22 185:17 195:10 206:13 208:21,22
**two-plus-two** 42:18 44:23 45:2,5,11 45:15,23 48:22 51:4 56:21
**type** 151:13 163:17
**types** 130:9 145:25 146:11 155:13

---

**U**

**U** 3:2 47:15 48:5,11 63:15,22 64:6,18 65:2,10
**uh-huhs** 6:12
**uh-uhs** 6:12
**ultimately** 46:15,18 63:8 64:25 65:13
**ultraviolet** 151:15
**unaware** 209:3 210:2,17,22
**undergrad** 156:13 156:17,25 165:10 166:16 226:7
**undergraduate** 35:2 58:24 71:7 164:13 171:3
**underneath** 138:2
**understand** 5:5 6:18,23 7:14,25 8:3,25 35:18 43:22 62:25 64:17 65:8 96:15 107:17 107:24 108:14 109:9 110:13,16 113:5 118:12 127:12 165:21

173:2,19 180:25 185:2,3 204:2
**understanding** 48:14 90:11 91:4 109:23 142:25 143:4 165:16 166:4,6,10,10,21 170:9 172:21 174:9 206:17
**understood** 7:2 22:24 36:9 62:17 136:11
**undertake** 213:9,13
**undertook** 26:15
**Unforeseen** 164:25
**UNITED** 1:2
**university** 63:23 164:15
**Unlimited** 16:24,25 17:9 20:17 21:5 21:16 76:7,13
**unspecifically** 34:7
**unused** 210:18
**upper-level** 152:9
**URL** 168:15 169:6
**use** 47:18 147:14 151:17 152:8,15 159:23 196:8,9 197:19 198:21 206:23 207:12 209:4 214:4,9 215:11,12,25 216:7,10 217:21 218:25 219:25 220:8,9,9,15
**useful** 48:4
**uses** 21:7 151:14
**usually** 24:5 45:13 78:4
**utilizing** 205:19
**UV** 151:15

---

**V**

**vacation** 170:6
**vague** 33:21
**valid** 108:2

**value** 198:25 199:11,14 203:18
**varsity** 25:12,14
**venues** 186:8
**verb** 110:10
**verbal** 6:10,13
**verbatim** 161:15
**verbiage** 134:19 137:16
**verify** 107:14,21
**versus** 79:10 80:10
**viable** 130:15
**Vice** 2:20
**video** 2:24 78:3
**VIDEOGRAPH...** 31:5,8 41:18,21 94:23 95:3 177:5 177:9 221:15
**VIDEOTAPED** 1:18
**viewed** 104:14
**views** 191:2
**violated** 119:5,12 119:15 120:6,12
**virtual** 88:5,6,12,14 89:12 90:2 92:25 94:15 193:16 194:6,16 195:4 210:5,5 218:4
**virus** 215:15
**visit** 27:16,18,20,23 28:7 29:10
**voltage** 136:3
**vote** 126:3,9 133:19

---

**W**

**W** 224:2
**wait** 6:5 15:6 99:9
**waived** 3:8 75:23
**wake** 191:14
**walked** 38:22 64:10 64:12
**want** 26:16 65:7 106:21 110:23 165:25 176:23 177:2 201:16

**wanted** 23:9 27:8 44:7 46:15,18 67:24 68:14 98:13 100:8 213:5
**wants** 173:13
**wasn't** 29:2 44:8 64:16 89:9 92:10 92:23 93:10 199:6 199:11 202:17 203:13,13
**way** 21:15 47:21 79:24 90:13 124:23 125:20,22 126:2 174:20 175:17 183:18 194:22 198:22 202:6 203:21,25 203:25 218:15
**weather** 177:18
**website** 33:11 57:18,21 101:22 101:24 103:25 104:2,7,17,22,23 104:24 124:16,25 125:4,10,10,14,17 126:15,18,25 127:7,12 129:8 141:16,19,22 142:10,13,17 143:5,7,15 144:4 145:12,16 147:17 147:18 169:9 174:23 226:5
**websites** 125:6 146:25 147:6,20 147:22 148:3,8,17
**Webster** 14:22,23 23:13,16,17
**Web-based** 19:3
**Wednesday** 10:9 10:11,12,13 11:5 79:20,23
**week** 10:11 16:9 19:17,19 79:8 91:21 140:5 191:19,24 192:8

**weekend** 221:14
**weeks** 182:22 185:17 211:14
**weight** 32:18
**wellness** 119:20
**went** 26:21 28:15 28:23 37:6,7 38:15 48:3 78:2 188:24 201:7 205:19 217:23
**weren't** 180:5
**Wesleyan** 26:12 27:11,19 29:25
**West** 2:12
**WESTERN** 1:3
**we'll** 7:7 22:24 59:17 60:2,22 70:9 220:18,23 221:2
**we're** 5:18 7:15 8:7 8:11 31:6,9 32:6 41:19,22 60:21 94:24 95:4 143:19 161:20 168:9 173:21 174:22 176:24 177:6,10 221:17
**we've** 93:23 148:17 148:18 174:19,23 174:23 175:15,23 176:13 220:21
**Whereabouts** 78:10
**WHEREOF** 227:19
**whipped** 38:23
**whiteboard** 38:12 38:13,18
**whiteboards** 131:15
**wind** 38:23
**withdraw** 170:14 170:22
**withdrawing** 183:10,14
**withdrew** 89:20



**witness** 4:3,10 17:4
21:13 36:19 41:14
62:13 106:22
109:3 221:11
222:2 225:3 227:9
227:13,19
**wondering** 215:24
**word** 93:9 109:24
133:21 173:24
**words** 133:7 134:3
138:8 149:21
**work** 16:10 19:14
19:19 20:14 21:9
76:23 124:23
131:11
**worked** 16:12
17:21 18:11,15,24
19:2,6,16 21:22
83:2
**working** 19:25 20:4
27:7,8 31:2 76:3
131:12,13 175:16
203:21
**workload** 77:24
**world** 48:5 89:25
90:17 91:7 204:12
**worth** 69:19
**wrap** 44:9
**writing** 38:19 221:2
**written** 12:16,18
13:4 33:6 59:4
**wrong** 181:16

**X**

**X** 1:4,14 225:2,6
226:2

**Y**

**yahoo** 214:14,23,25
215:18,22 218:16
**yeah** 17:2 41:16
42:10 47:6 79:13
83:10 87:10 90:22
122:12 143:10
150:10 155:22,23
157:15,22 158:7

159:15,21 166:18
166:19 171:24
172:11 178:14
196:23,25 200:17
200:17 218:24
219:20
**year** 22:16,17 25:2
25:5,11 41:11
42:4 43:7 49:21
63:19 95:25 96:12
156:19 210:20
220:6
**years** 14:15 15:9,13
16:17,21 17:12
18:8,9,10 25:6
28:9 34:12 36:6
42:20,21 45:7
48:25 49:4,5,20
56:3 60:25 61:3
75:24 81:12 151:4
**year's** 210:20
**Yep** 219:4
**yesterday** 10:8,24
**York** 1:3,24 2:6,13
2:13 4:5,12 13:21
224:3,4 227:3,4,8

**Z**

**zero** 75:4,5
**Zoom** 5:23 7:15 8:7
8:10 11:10 131:14
197:13

**0**

**01SH6155661**
227:24

**1**

**1** 30:21 31:14 164:3
225:8
**10** 11:8 226:4
**10:00** 1:16
**10:34** 31:6
**10:37** 31:9
**10:51** 41:19
**10:58** 41:22

**10019** 2:13
**106** 225:25
**11** 142:3 226:5,12
**11th** 178:22 179:23
180:19 181:4,23
182:23 183:9
187:23
**11514** 2:6
**12** 124:4 157:17,20
157:24 158:3
171:3 226:7
**12th** 2:12
**12:00** 79:16
**12:08** 94:24
**12:47** 95:4
**1200** 30:22 31:17
**1207** 30:22 31:18
**1226** 53:11
**123** 226:4
**1235** 53:12
**1236** 61:16
**1248** 70:14
**1259** 71:14
**13** 143:12,18,22
174:18 226:9
227:25
**14** 226:12
**14th** 39:19 61:24
123:19
**142** 226:6
**15** 11:8 183:21
185:10 226:14,14
**15th** 184:4,22
185:19 186:2,12
**155** 226:8
**16** 15:9,13 188:7
226:16
**168** 226:11
**17** 178:6
**178** 226:13
**183** 226:15
**188** 226:18
**1887** 95:14
**19** 99:10

**2**

**2** 225:10
**20** 99:10,10
**20th** 107:11 181:11
189:6,17 190:24
191:6
**2014** 32:13 33:8,12
33:16,19 34:5,15
35:3,7,11,15
36:11
**2014-15** 30:8
**2015** 24:2 25:22
26:8,23 27:13
29:22 39:8,19
40:6,21
**2016** 44:13
**2018** 50:9 53:4 54:2
54:5 55:11,15
56:2,18 57:3,9,19
57:25 58:9,16,20
58:25 59:5,9,13
60:13,16 61:9,24
63:13 65:4,22,22
66:4,5 68:8 84:4
**2018-semester**
53:23 63:10
**2018-19** 74:22
**2019** 60:19 67:16
71:5 100:25
**2019-2020** 87:21
95:25 156:19
**2020** 20:2 67:10
69:10 86:4,14,21
87:4,12,25 88:12
88:16 89:11,16
90:12,14 94:3
98:11,14,25 99:8
99:12,22 100:2,2
100:9,20,23 101:8
101:15 112:4
114:3,13,17,24
115:11,24 121:25
122:8,17 135:5
136:13 166:8
169:4 170:4
177:13,16,20
178:22 180:19

181:4,11,23
182:15 184:4,14
185:19 187:23
189:6 190:25
191:6 192:10,17
192:18 193:17
194:8,25 195:5
200:12,21,24
201:3 202:7
205:12 208:20
209:2,7 210:24
211:10 216:17
218:3 226:12,14
**2020-semester**
80:15 84:7 86:11
93:20 142:24
156:22 165:15
170:14,20,23
172:24 183:13
192:15,25 193:5
193:10 194:17
199:3 206:12
207:18 208:8,14
209:25 210:10
211:23 213:24
214:20 216:14
219:2
**2021** 1:16 20:21
73:3 100:2,2,3
107:11 123:19
224:10,22 227:21
**2022** 70:6 227:25
**204** 146:4
**2060** 73:12
**2065** 73:12
**21** 15:8 78:2 99:10
**212.513.3490** 2:14
**22nd** 179:12
**23rd** 179:16 184:17
191:13,19 192:8
**24** 15:6,8
**25** 64:12
**27** 188:10

**3**

**3** 53:11 225:4,12



**3D** 151:4,9,17
152:6,11,24 153:9
154:7,20
**3.25** 54:12
**3.67** 85:3
**3:00** 177:6
**3:08** 177:10
**30** 190:4 222:17
225:9
**300** 160:11
**31** 2:12
**343** 156:8
**345** 164:4
**347** 2:5
**353** 167:8
**354** 167:7 168:9
**369** 171:7
**37** 183:22
**385** 157:5
**39** 225:11

**4**

**4** 62:20 111:23
113:22 225:14
**4:07** 221:17,22
**40** 19:16,19
**43** 160:2
**435** 160:2 161:22
**436** 162:20

**5**

**5** 1:16 70:12 110:7
116:8 225:16
**5th** 224:9 227:20
**516.873.9550** 2:7
**52nd** 2:12
**53** 225:13

**6**

**6** 72:19 225:18
**6-Axis** 19:9 21:11
21:13
**6:20-cv-06283** 1:10
**6:30** 79:16
**61** 124:5,11,24
125:11 144:2

145:18 148:20
174:18 225:15
**697** 167:9 168:10

**7**

**7** 84:3 99:19 225:20
**70** 225:17
**71** 225:19
**712** 171:8,11
**713** 171:23 172:8
**73** 225:21

**8**

**8** 15:11 60:2,22
225:22
**815** 14:21
**843** 4:11 15:10

**9**

**9** 225:24
**92** 159:16,17
**95** 225:23
**96** 158:3,4


MAGNA
LEGAL SERVICES