**EXHIBIT 7**

(https://web.archive.org/web/20191102155026/https://www.rit.edu/about-rit)

## Our Mission

At Rochester Institute of Technology, we shape the future and improve the world through creativity and innovation. As an engaged, intellectually curious, and socially conscious community, we leverage the power of technology, the arts, and design for the greater good.

Founded in 1829, Rochester Institute of Technology is a diverse and collaborative community of engaged, socially conscious, and intellectually curious minds. Through creativity and innovation, and an intentional blending of technology, the arts and design, we provide exceptional individuals with a wide range of academic opportunities, including a leading research program and an internationally recognized education for deaf and hard-of-hearing students. Beyond our main campus in Rochester, New York, RIT has international campuses in China, Croatia, Dubai, and Kosovo. And with nearly 19,000 students and more than 135,000 graduates from all 50 states and over 100 nations, RIT is driving progress in industries and communities around the world.  **At RIT, we are always on to something amazing.**



**Advancing the Exceptional**