# EXHIBIT 11

(Poulin | Willey | Anastopoulo Firm Resume)

# POULIN | WILLEY ANASTOPOULO

## COLLEGE / UNIVERSITY REFUND LITIGATION



| North Carolina | South Carolina | California |
|---|---|---|
| Wilmington, Charlotte | Charleston, N. Charleston Columbia, Greenville Florence, Myrtle Beach | Los Angeles |

# **Firm Statement Relevant to This Litigation**

Poulin | Willey | Anastopoulo filed the first wave of university tuition and fee refund litigation in the nation, with the first cases being filed in early April 2020, just as announcements came from universities about their refusal to rebate or refund any money back to student consumers.  Commensurate with its 25-year track record of only taking on litigation its attorneys truly believe in, Poulin | Willey | Anastopoulo is highly selective in its class and mass tort-based litigation.  Since taking on the college and university refund litigation, Poulin | Willey | Anastopoulo is believed to have filed more national class actions in more jurisdictions than any other single firm.  Currently, Poulin | Willey | Anastopoulo has roughly 40 putative class action college and university tuition and fee refund cases pending in at least 15 different states.  This is not just another group of cases in a portfolio for Poulin | Willey | Anastopoulo; this is a national cause to ensure that our college and university students are treated fairly and not taken advantage of during this turbulent time.

Poulin | Willey | Anastopoulo does not hope simply to push these cases towards a quick settlement, but will prosecute the actions on behalf of the students as if they are going to trial, and will be prepared to take them to trial if resolution is not proposed on fair terms to the student consumers.  This case will get specialized attention, and be fully funded.  No stone will be left unturned.

# **Statement of Firm Resources**

In 2020 alone, the Poulin | Willey | Anastopoulo recovered over $60,000,000 on behalf of its clients. The Poulin | Willey | Anastopoulo employs over 100 dedicated legal professionals, including 25+ attorneys.  In addition, the Poulin | Willey | Anastopoulo is

1

among the remaining few firms nationally that regularly tries cases to verdict. For this purpose, the Firm employs four full time investigators, and maintains an internal focus group and mock trial program that allow it to test and develop theories and case strategies from the outset.

Specific to tuition refund litigation, the Poulin | Willey | Anastopoulo has assembled an in-house team of five lawyers who are working exclusively on such cases, and has set aside the resources necessary to grow this team as needed. Collectively, the team has already invested over 23,500 hours on research, drafting, and filings specific to the tuition refund litigation nationwide.

The Poulin | Willey | Anastopoulo has never utilized third party litigation funding and is committed to self-funding all of its cases on behalf of its clients.  Poulin | Willey | Anastopoulo is willing to commit whatever resources are necessary to adequately represent the Class in this matter.

## **Relevant Leadership Appointments**

The leadership team representing Poulin | Willey | Anastopoulo in this action has already been appointed Lead or Co-Lead Counsel in the *In Re Columbia University Tuition Refund Litigation*, 1:20-cv-03208-JMF (S.D.N.Y.); *Montesano v. Catholic University of America*, 1:20-cv-01496 (D.D.C.); *Faber v. Cornell University*, 3:20-cv-00467-MAD-ML (N.D.N.Y.); *Bergeron v. Rochester Institute of Technology*, 6:20-cv-06283-CJS (W.D.N.Y.); *Levin v. Bd. of Regents of University of Colorado*, Case No. 20 CV31409 (St. Ct. Denver Co.); and *Ford v. Rensselaer Polytechnic Institute, Case No.* 20-cv-00470 (N.D.N.Y).

# **Relevant Representative Cases**

| Date Filed | University / College | Case | Court Pending | Case No. |
|---|---|---|---|---|
| 4/8/2020 | Drexel University | *Rickenbaker et al. v. Drexel University* | Eastern District of Pennsylvania | 20-cv-03353 |
| 4/8/2020 | University of Miami | *In re: University of Miami Covid-19 Tuition and Fee Litigation* | Southern District of Florida | 20-cv-60851 |
| 4/15/2020 | University of Colorado | *Levin v. The Board of Regents of the University of Colorado* | District Court, City and County of Denver, Colorado | 2020-cv-31409 |
| 4/23/2020 | Pace University | *Elizabeth Tapinekis v. Pace University* | Second Circuit Court of Appeals | 22-1058 |
| 4/23/2020 | Manhattan College | *Czigany Beck v. Manhattan College* | Southern District of New York | 20-cv-03229 |
| 4/25/2020 | Cornell University | *Faber v. Cornell University* | Northern District of New York | 20-cv-00467 |
| 4/25/2020 | Rensselaer Polytechnic Institute | *Morgan Ford v. Rensselaer Polytechnic Institute* | Northern District of New York | 20-cv-00470 |
| 4/29/2020 | Boston University | *In Re: Boston University COVID-19 Refund Litigation* | District of Massachusetts | 20-cv-10827 |
| 4/30/2020 | University of Pennsylvania | *Smith et al. v. University of Pennsylvania* | Eastern District of Pennsylvania | 20-cv-02086 |
| 4/30/2020 | The Pennsylvania State University | *Ramey v. The Pennsylvania State University* | Western District of Pennsylvania | 20-cv-00753 |
| 5/1/2020 | American University | *Qureshi v. American University* | District Court for the District of Columbia | 20-cv-01141 |
| 5/1/2020 | Rochester Institute of Technology | *Nicholas Bergeron v. Rochester Institute of Technology* | Western District of New York | 20-cv-06283 |

| | | | | |
|---|---|---|---|---|
| 5/5/2020 | Pennsylvania College of Technology | *Michael James Lawson, Jr. and Tara Lawson v. Pennsylvania College of Technology* | Court of Common Pleas – Lycoming County | 21-1134 |
| 5/5/2020 | Temple University | *Ryan v. Temple University* | Third Circuit Court of Appeals | 21-2016 |
| 5/6/2020 | Indiana University | *Justin Spiegel v. The Trustees of Indiana University* | Monroe Circuit Court | 21-CT-175 |
| 5/13/2020 | Kean University | *Mueller, et al  v. Kean University* | Superior Court of New Jersey | A-001843-20 |
| 5/14/2020 | University of Rhode Island | *Thomson v. Board of Trustees of the University of Rhode Island* | District of RI | 1:20-cv-00295 |
| 5/15/2020 | University of Massachusetts | *Spencer Holmes and Student B v. University of Massachusetts* | Superior Court - Suffolk County | 2084-cv-01025 |
| 5/20/2020 | Purdue University | *Elijah Seslar v. The Trustees of Purdue University* | Tippecanoe Circuit Court | 79D02-2005-PL-000059 |
| 5/20/2020 | Illinois Institute of Technology | *Omar Hernandez v. Illinois Institute of Technology* | Seventh Circuit Court of Appeals | 22-1741 |
| 5/21/2020 | Suffolk University | *Julia Durbeck v. Suffolk University* | District of Massachusetts - Boston | 1:20-cv-10985 |
| 5/22/2020 | UNC System | *Deena Dieckhaus, et al v. Board of Governors of the University of North Carolina* | North Carolina Court of Appeals | 21-797 |
| 5/29/2020 | Brandeis University | *Alan Thomas Omori and John Doe v. Brandeis University* | District of Massachusetts - Boston | 1:20-cv-11021 |
| 6/5/2020 | Baylor University | *Allison King v. Baylor University* | Fifth Circuit Court of Appeals | 21-50352 |
| 6/9/2020 | University of Nevada | *Kelsie Ballas v. State of Nevada et al.* | Nevada District Court | CV20-00922 |
| 6/11/2020 | The Catholic University of America | *Montesano v. The Catholic University of America* | District Court for the District | 1:20-cv-01496 |

4

5

| | | | | |
|---|---|---|---|---|
| | | | of Columbia | |
| 6/16/2020 | Louisiana State University | *Michael Miazza v. Board of Supervisors of Louisian State University and Agricultural and Mechanical College* | 19th Judicial District Court – East Baton Rouge Parish, Louisiana | C-69691824 |
| 7/21/2020 | St. John's University | *Brian Gallagher v. St. John's University* | Eastern District of New York | 1:20-cv-3274 |
| 7/29/2020 | University of Pittsburgh | *Hickey et al. v. University of Pittsburgh* | Third Circuit Court of Appeals | 21-02013 |
| 8/31/2020 | Long Island University | *Moore v. Long Island University* | Second Circuit Court of Appeals | 22-393 |
| 10/22/2020 | University of New Haven | *Wnorowski v. University of New Haven* | Connecticut District Court | 3:20-cv-01589 |
| 12/14/2020 | University of Delaware | *Russo v. University of Delaware* | Delaware District Court | 1:20-cv-01693 |
| 1/12/2021 | Manhattanville College | *Laudati v. Manhattanville College* | Southern District of New York | 7:21-cv-00272 |
| 3/9/2021 | Touro College and University System | *Yodice v. Touro College and University System* | Second Circuit Court of Appeals | 21-2986 |

# __Other Class and Mass Action Experience__

The Firm's founding member, Akim Anastopoulo, has been representing Plaintiffs for the majority of his over 30 years of practice, and has extensive experience in mass and class actions.

Poulin | Willey | Anastopoulo represented over 500 potential claimants in the In Re: Vioxx Products Liability Litigation, 2:05-md-01657-EEF-DEK.  Likewise, the Firm represented over 1,000 claimants in the In Re Baycol Prods.. Liab.. Litig., MDL No. 1431, Case No. 02-0160 (MJD/SRN) and State Actions Consolidated Under THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT Master File No.: 2002-CP-43-1041, where Mr. Anastopoulo served as lead counsel on two state bellwether cases.

Mr. Anastopoulo also served as joint lead counsel on multiple state cases that were eventually consolidated to a state class action regarding In Re OxyContin Products Liability Class Action, and served as sole lead counsel in South Carolina's first opioid state action, Ken Love, et al Civil Action No.: O1-CP-38-1059 (SC) vs. Purdue Pharma A, L.P, et. al.

Mr. Anastopoulo also served on the Daubert Submissions committee for the Thimerosal Litigation MDL and represented hundreds of individual clients in In Re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig., 2000 U.S. Dist. LEXIS 12275, *47-48 (D. Pa. 2000).

6

# Poulin | Willey | Anastopoulo's Roster of Attorneys

The leadership team representing Poulin | Willey | Anastopoulo in this action leads the nation's trial bar in areas as diverse as insurance contract law and professional negligence, having recovered over $58 million for clients in the last year alone. The team also serves in various national, state, and local leadership positions in an effort to give back to their communities.

Recognized among *America's Top 100 High Stakes Litigators,* by *Super Lawyers* and receiving top verdicts year after year in their respective jurisdictions, the attorneys of Poulin | Willey | Anastopoulo are respected legal advocates who are known for aggressive and compassionate representation and who leave no stone unturned on behalf of their clients.



## Eric M. Poulin

Email: Eric@akimlawfirm.com

**Education**
Presbyterian College, B.S.
Charleston School of Law, J.D., *magna cum laude*

Eric Poulin is the Director of Litigation at Poulin | Willey | Anastopoulo, responsible for managing all litigation practice groups.  Eric also serves as co-chair of the firm's College University Litigation Team, where he brings his leadership style known for aggressive representation and creative litigation solutions to bear for clients across the country.

Eric has tried multiple cases to verdict, resulting in over $60,000,000 in single event personal injury jury verdicts.  Licensed in California, Georgia, North Carolina, and South Carolina, together with many Federal District Courts, Eric has litigated hundreds or thousands of cases through settlement or verdict and has recovered over

7

$100,000,000 for his clients over the course of his career. Eric has also handled appellate cases in the South Carolina Court of Appeals, the South Carolina Supreme Court, and the 4th Circuit Court of Appeals.

In 2016, Eric was tapped by the South Carolina Supreme Court to record a video CLE on insurance law as part of the State Bar's "Essentials" series that is required viewing for all new admittees to the Bar.

Eric is a member of the South Carolina Association of Justice and the American Association of Justice. Eric has been featured in South Carolina Lawyers Weekly's yearly top 10 verdicts and settlements profile for 3 of the last 4 years. In 2014, Eric was featured in the U.S. Verdicts' "Top 100" national verdicts report. Eric is a Super Lawyers' Rising Star, a National Trial Lawyers' Top 40 Under 40 recipient, and two-time National Academy of Professional Injury Attorneys' Top 10 Under 40 recipient.

Eric is also a leading innovator and strong advocate for utilizing technology to further the practice of law and better represent his clients. Eric has written and lectured on the topic of utilizing technology at trial to present stronger cases to juries and has led his Law Firm's push to "go digital." This has resulted in increased efficiency across the board, lower costs, and better results for clients.

**Bar Admissions**

- State Bar of California
- State Bar of Georgia
- State Bar of North Carolina
- State Bar of South Carolina

- District of South Carolina
- Eastern District of North Carolina
- Middle District of North Carolina
- Western District of North Carolina
- Central District of California
- Northern District of California
- Northern District of New York
- District of Colorado
- Northern District of Illinois General Bar
- Western District of Texas
  (List Not Inclusive of *Pro Hac Vice* Admissions)

- 2nd Circuit Court of Appeals

8

- 4th Circuit Court of Appeals
- 8th Circuit Court of Appeals
- 11th Circuit Court of Appeals

**Practice Areas**

- Complex Litigation
- Appellate Litigation
- Class Action Litigation
- Commercial Litigation
- Products Liability Litigation
- Mass Tort Litigation
- Bad Faith Insurance Litigation
- Wrongful Death Litigation

**Cases Pending in MDL**

- Incretin Mimetics MDL (Southern District of California)
- Xarelto MDL (Eastern District of Louisiana)
- Talcum Powder MDL (District of New Jersey)
- Roundup MDL (Northern District of California)

**Selected Professional Awards & Recognition**

| | |
|---|---|
| 2014 | TOP 100 U.S. VERDICTS |
| 2016-18 | SC LAWYERS WEEKLY - TOP 10 JURY VERDICTS / SETTLEMENTS |
| 2017 | SC LAWYERS WEEKLY - MOST IMPORTANT COURT OPINIONS |
| 2016-17 | NAT'L ACADEMY OF PERSONAL INJURY ATTYS TOP 10 UNDER 40 |
| 2019 | NAT'L TRIAL LAWYERS TOP 40 UNDER 40 |
| 2018-20 | SUPER LAWYERS RISING STAR |

**Presentations and Professional Education Programs**

December 2017  Advanced Trial Tactics
December 2016  Advanced Trial Tactics

Eric is most proud of the results he has garnered for his clients, including several significant seven-figure jury verdicts, more than $60,000,000.00 in single event personal injury jury verdicts, and more than $100,000,000.00 recovered for clients.

9



## Roy T. Willey IV

Email: Roy@akimlawfirm.com

**Education**
Harvard College, B.A.
Charleston School of Law, J.D., *cum laude*

Roy has been named among America's Top 100 High Stakes Litigators, a Super Lawyers Rising Star, and in the National Top 10 Under 40, and he is well known for his community and professional involvement. He has **achieved record results for his clients** and is **fond of encouraging all at the firm to treat each client like family**.

Nationally recognized as a **leader in complex, contract based, and high stakes litigation**, Roy is the Chairman of the Insurance Law Section for the American Association of Justice (AAJ), a national co-chair of AAJ's Business Interruption Litigation Taskforce, and the state Chairman of South Carolina Equality (which is responsible for winning legalization of same-sex marriage in South Carolina). On the local level he serves on the executive board of his local Charleston County Bar Association and a host of other non-profit boards and committees.

In recoveries for clients he has had a jury verdict named among the largest verdicts in the nation, is a multi-year winner of top verdicts in South Carolina where he regularly tries complex cases, and he is regularly called on by political leadership for advice on complex issues. He is a known **problem solver, with a servant's heart.**

**Bar Admissions**

- State Bar of South Carolina
- State Bar of Kentucky

- District of South Carolina
- District of Colorado
- Northern District of Illinois General Bar
- Northern District of New York
- Western District of Texas
  (List Not Inclusive of *Pro Hac Vice* Admissions)

- 2nd Circuit Court of Appeals

10

- 4th Circuit Court of Appeals
- 9th Circuit Court of Appeals
- 11th Circuit Court of Appeals

**Practice Areas**

- Complex Litigation
- Appellate Litigation
- Class Action Litigation
- Commercial Litigation
- Products Liability Litigation
- Mass Tort Litigation
- Bad Faith Insurance Litigation
- Wrongful Death Litigation

**Cases Pending in MDL**

- Incretin Mimetics MDL (Southern District of California)
- Xarelto MDL (Eastern District of Louisiana)
- Talcum Powder MDL (District of New Jersey)
- Roundup MDL (Northern District of California)

**Professional and Philanthropic Involvement**

- AMERICAN ASSOC. FOR JUSTICE (AAJ) - INSURANCE SECTION
  Chairman, National Executive Board

- AAJ BUSINESS INTERRUPTION LITIGATION TASKFORCE
  National Co-Chair

- SOUTH CAROLINA EQUALITY
  Chairman of the Board

- CHARLESTON COUNTY BAR ASSOCIATION
  Executive Committee Member

**Selected Professional Awards & Recognition**

2014          TOP 100 U.S. VERDICTS
2016-18       SC LAWYERS WEEKLY - TOP 10 JURY VERDICTS / SETTLEMENTS
2017          SC LAWYERS WEEKLY - MOST IMPORTANT COURT OPINIONS

11

| | |
|---|---|
| 2016-17 | NAT'L ACADEMY OF PERSONAL INJURY ATTYS TOP 10 UNDER 40 |
| 2018-19 | AMERICA'S TOP 100 HIGH STAKES LITIGATORS |
| 2018-20 | SUPER LAWYERS RISING STAR |

**Professional Education Programs Presented**

- South Carolina Association of Justice Annual Conference
    - Topic: FLSA and Collective Actions – Focusing on Certification
- South Carolina Small Firm Business Luncheon
    - Topic: FLSA and Collective Actions – Focusing on Your Practice (March 2015)
- Wrongful Death Litigation Start to Finish CLE
    - Topic: Upholding Ethical Standards in Wrongful Death Cases (February 2017)
- Ultimate Guide to Evidence CLE
    - Topic: Using Motions to Exclude Evidence & Legal Ethics of Evid. (August 2017)
- Advanced Trial Tactics CLE - Topic: Ethics (December 2017)
- Legal Ethics: Top Challenges CLE
    - Topic: Online Ethics & Duties to Prospective Clients (February 2018)
- Top Trial Strategies the Pros Use to Win Their Cases CLE
    - Topic: Effective Exhibits and Courtroom Technology (November 2018)
- Webinar: Navigating Pre-Litigation Business Interruption Bad Faith Claims CLE
    - Moderator (May 2020)

---



## Akim A. Anastopoulo

Email: Akim@akimlawfirm.com

**Education**
University of Louisville
University of South Carolina, J.D.

Akim has been practicing law for more than 30 years, representing tens of thousands of consumers and individuals who have been injured due to corporate malfeasance and negligence.  He is the founder and chair of Anastopoulo Law Firm, a national law firm that has represented clients across the United States during that time.

**Bar Admissions**

- State Bar of South Carolina
- District of South Carolina
  (List Not Inclusive of *Pro Hac Vice* Admissions)

**Practice Areas**

- Complex Litigation
- Class Action Litigation
- Commercial Litigation
- Products Liability Litigation
- Mass Tort Litigation
- Bad Faith Insurance Litigation
- Wrongful Death Litigation

---



## Constance A. Anastopoulo

Email: Constance@akimlawfirm.com

**Education**
University of Virginia, B.A.
University of North Carolina School of Law, J.D.

Constance Anastopoulo was the **2018 Democratic Nominee for SC Attorney General and won more votes than any other woman in SC history, including former Gov. Nikki Haley.** She currently serves as an associate professor at the Charleston School of Law, where she lectures on torts, insurance law, and professional responsibility. She has been named "Professor of the Year" and an honoree of the Black Law Students' Association for "Commitment to Bringing About Meaningful Legal and Political Change." She is currently of counsel at Anastopoulo Law Firm, where she is a trusted mentor and advisor to the firm's lawyers, including the firm's College and University Litigation Team.

**Bar Admissions**

- State Bar of South Carolina

- District of South Carolina
  (List Not Inclusive of *Pro Hac Vice* Admissions)

- United States Federal Court of Claims
- 4th Circuit Court of Appeals

**Practice Areas**

- Complex Litigation
- Appellate Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation
- Catastrophic Injury Litigation
- Bad Faith Insurance Litigation

**Litigation Leadership**

In Re: Oxycontin, Plaintiffs' Class Counsel Committee (2005-2008)

Gaskins v. Southern Farm Bureau, 354 S.C. 416 (2003)
    Top ten most important decisions by SC Lawyers Weekly for 2003

**Professional and Philanthropic Involvement**

- JAMES L. PETIGRU AMERICAN INN OF COURT
      Member
- INSTITUTE OF INTERNATIONAL AND COMPARATIVE LAW at STETSON UNIV.
      Visiting Professor
- THE RILEY INSTITUTE AT FURMAN UNIVERSITY
      Diversity Fellow
- LEAGUE OF WOMEN VOTERS CHARLESTON AREA
      Vice President, Board
- COLLEGE OF CHARLESTON WOMEN AND GENDER STUDIES
      Chair, Board of Advisors

**Professional Education Publications and Programs**

14

- *A New Twist on Remedies:  Judicial Assignment of Bad Faith Claims*
  Indiana L. Rev., Vol. 50, No. 3 (2017)

- *Taking No Prisoners:  Captive Insurance as an Alternative to Traditional or Commercial Insurance* - 8 Ohio St. Entrepren. Bus. L.J. 209 (2013)

- *Race and Gender on the Bench:  How Best to Achieve Diversity in Judicial Selection*
  8 Nw. J. L. & Soc. Pol'y. 174 (2013).

- *Where's the Outrage: "Outrageous" Conduct in Analyzing the Tort of Intentional Infliction of Emotional Distress in the Wake of* Snyder v. Phelps
  19 Tex. Wesleyan L. Rev. 667 (2013*)*

- *Bad Faith: Building a House of Straw, Sticks, or Bricks* - Memphis L. Rev., Vol. 43, Bk. 3 (2012)

- *Teaching Privacy in the Age of Octomom –Enhancing Case/Socratic Method with Structured Class Discussion,* 44 Val. U. L. Rev. 391 (2010)

- *Bad Faith in South Carolina Insurance Contracts:  From* Tyger River Pine Co. v. Maryland Cas. Co. *to* Mitchell v. Fortis Ins. Co. - 22 S.C. Law. 18 (July 2010).

- *Bad Faith in North Carolina Insurance Contracts: A Growing Part of Insurance Practice* - Published in June 2010 Issue of North Carolina Bar Journal.

- *How Judicial Selection Impacts the Criminal Justice System*
  Presenter *February 25, 2013*

- *The State of the Judiciary:  From Research to Reality* Organizer and Moderator of Panel presented at conclusion of the League of Women Voters of South Carolina's two-year study of the judicial selection process in South Carolina. University of South Carolina School of Law, Columbia, SC.  *August 10, 2012*

- *Insurance Law – Advanced Uninsured Motorist/Underinsured Motorist Law Seminar*
  Ethics Presenter -  Presenting on "Ethical Traps to Avoid"

- *Insurance Law –"Ethical Considerations"* Presenter *- December 6, 2011*

- *Judicial Selection in South Carolina*  Coastal Carolina University <u>Moderator</u> of panel consisting of Justice Kaye Hearn, S.C. Supreme Court; Counselor Leslie Caggiolla, counsel to Commission on Judicial Conduct; Rep. George Hearn, S.C. House of Representatives; Solicitor Ernest Finney, III;  and Judge Jennifer Wilson.

- *The Impact of the Judicial Process on Citizens; Why Does Judicial Diversity and Independence Matter* Francis Marion University <u>Panelist/Presenter</u>

- *Ensuring Judicial Independence and Diversity in South Carolina* <u>Organizer and moderator</u> of Forum.  *October 2010*

- *State Constitutional Reform in the New South*  <u>Panelist/moderator</u> discussing judicial selection process in South Carolina with panelists including Chief Justice Jean H. Toal, Judge Alex Sanders, Rep James Smith, S.C. House of Representatives.

- *Judicial Selection in South Carolina – Ensuring Quality, Diversity, and Independence*

---



## Blake G. Abbott
Email: blake@akimlawfirm.com

### Education
Illinois State University, B.S., Biology
Charleston School of Law, J.D., *cum laude*

Blake is as supervising attorney that is currently involved in class action litigation. Eager to begin practicing, Blake graduated from Charleston School of Law in two years' time, and was a recipient of the Presidential Honors Scholarship. In addition to law school, Blake interned at the Medical University of South Carolina, served as the Sergeant at Arms on the Charleston School of Law Moot Court Board, and instructed as a Legal Research and Writing Fellow.

Prior to law school, Blake was a collegiate baseball player as well as a high school valedictorian. He enjoys staying active by golfing and running.

16

**Bar Admissions**

- State of South Carolina
- State of North Carolina

- District of South Carolina
- Northern District of New York
- District of Colorado
- Western District of North Carolina
- Middle District of North Carolina

- 2nd Circuit Court of Appeals
- 7th Circuit Court of Appeals

**Practice Areas**
- Complex Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation

**Honors**
- **Presidential Honors**
- **Charleston School of Law Dean's List**
- **CALI Award: Pleadings & Practice**
- **Moot Court Board Sergeant at Arms**
- **Phi Delta Phi Honors Society**

---

## Paul Doolittle

Email: [pauld@akimlawfirm.com](mailto:pauld@akimlawfirm.com)

**Education**
University of South Carolina, B.A.
University of South Carolina School of Law, J.D.

Mr. Doolittle is an experienced trial attorney who has been recognized for his courtroom skills and verdicts. He feels helping ordinary people have their day in court is a great honor. He is proud to help level the playing field for individuals and is relentless is seeking justice for his clients.

17

Mr. Doolittle attended the University of South Carolina School of Law for his legal education where he graduated in the top 20% of his class. After law school, Mr. Doolittle worked at Foster & Foster handling a vast array of cases from auto accidents to complex automobile dealer buy/sell transactions.  After gaining experience in and out of the court room, Mr. Doolittle joined Motley Rice where he eventually became partner. Mr. Doolittle co-chaired the firm's Catastrophic Injury Group which was started to handle the firm's most complex and high damage cases at the firm. He stills hold the highest verdict ever received in a Minnesota asbestos trial. Since joining Anastopoulo Law Firm, Mr. Doolittle has worked in the firm's Class & Mass Action Division.

**Bar Admissions**

- State of South Carolina

- District of South Carolina

**Practice Areas**
- Complex Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation

## Jacqueline A. Dufour

Email: jacquelined@akimlawfirm.com

**Education**
St. Lawrence University, B.S.
Vermont Law School, J.D.

**Bar Admissions**

- State of South Carolina

**Practice Areas**

- Complex Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation

---

## Ralph D'Agostino III

Email: ralph.dagostino@akimlawfirm.com

**Education**
Syracuse University, B.A.
Wake Forest University School of Law, J.D.

**Bar Admissions**

- Washington, D.C.

**Practice Areas**
- Complex Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation

---

## Chase Cobble

Email: chase.coble@akimlawfirm.com

**Education**
Elon University, B.A.
University of South Carolina School of Law, J.D.

---

19



# Herbert F. Glass

Email: Herb@akimlawfirm.com

**Education**
> State University of New York at Albany, B.A.
> Charleston School of Law, J.D.

Herb is a Senior Associate at = Poulin | Willey | Anastopoulo and concentrates his practice in the areas of personal injury, general negligence, and products liability cases. Herb has successfully represented thousands of injured South Carolinians and recovered millions of dollars on their behalf due to the negligence of others, large corporations, and government entities.  Herb recently recovered over $350,000.00 for a client who was rear ended by a careless driver.

Over the past five years, Herb has been an active member of the Charleston County Bar. Prior to joining Poulin | Willey | Anastopoulo.  Mr. Glass worked at boutique civil litigation firm and represented people and small businesses throughout South Carolina.

**Bar Admissions**

- State of South Carolina

**Honors and Associations**

- Charleston School of Law Dean's List
- CALI Award for Future Excellence-Business Associations
- Finalist for the National Football Foundation National Scholar-Athlete of the Year Award presented by Fidelity Investments (2011)
- Semi-Finalist for the William V. Campbell Trophy (2011)
- Academic All-Conference (2008-2011)

**Selected Publications and Presentations**

> *Workouts - The Various Tools in the Toolbox for Working out Troubled Real Estate*
> *Loans*, January 2014, NBI (Assisted Senior Partner in drafting/uncredited)

20



## Lane D. Jefferies

Email: Lane@akimlawfirm.com
**Education**
Charleston School of Law, J.D, *summa cum laude*
College of Charleston, B.S. in Biology, *summa cum laude*
St. Andrews Presbyterian College, B.A. in Business Administration

Prior to becoming an attorney, Lane spent twenty years in business, during which he founded, built, and ultimately sold several businesses in the hospitality and yachting industries. At the Poulin | Willey | Anastopoulo, Lane leads the firm's Commercial and Construction Liability Division where he takes on the nation's largest corporations and construction firms.

**Bar Admissions**
- State of South Carolina

- District of South Carolina

**Honors/Achievements**

- 2013 National Tax Moot Court 1st Place team
- 2013 National Tax Moot Court Best Oralist
- 2014 National Tax Moot Court 1st Place team
- 2014 National Tax Moot Court Best Oralist
- 15 CALI Excellence for the Future Awards

---



## Joshua E. Jones

Email: Josh@akimlawfirm.com

**Education**
University of South Carolina, B.A.
Charleston School of Law, J.D.

Josh graduated from the University of South Carolina with a degree in Criminal Justice before beginning his legal studies at Charleston School of Law. During law school, he began working at Poulin | Willey | Anastopoulo as a law clerk while also completing pro bono work with the Charleston County Probate Court. Since passing

21

the South Carolina Bar and being sworn in, he has been an associate attorney with the firm, assisting in cases involving auto incidents, premises liability, medical malpractice, and general negligence.

**Bar Admissions**
- State of South Carolina

## Julia Pirillo

Email: juliap@akimlawfirm.com

**Education**
West Virginia University, B.A.
West Virginia University College of Law, J.D.

**Bar Admissions**
- State of West Virginia

**Practice Areas**
- Complex Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation



## India Shaw

Email: India@akimlawfirm.com

**Education**
North Carolina A&T State University, B.A.
North Carolina Central University, J.D.

Dual licensed in the District of Columbia and South Carolina. India has been at Poulin | Willey | Anastopoulo in Charleston, SC since 2017. India grew up in Charleston,

SC, where her desire to practice law began. She graduated from North Carolina Central University School of Law with a Certification in Taxation. Her time at the firm has involved helping clients navigate through traumatic incidents in civil litigation, as well as through financial and lien negotiations. Her goal with every client is to ensure they are on the right path to attaining justice. She also has a passion for serving the underserved, is a devoted runner, and is an active member of her church.

**Bar Admissions**

- District of Columbia
- State of South Carolina

## Andrew Smith

Email: andrew.smith@akimlawfirm.com

**Education**
College of Charleston, B.A.
Charleston School of Law, J.D., *summa cum laude*

## Lisa M. Whiteleather

Email: lisa.whiteleather@akimlawfirm.com

Education
Salisbury University, B.A.
University of Baltimore School of Law, J.D.