# EXHIBIT 19

(https://web.archive.org/web/20200229190302/https://www.rit.edu/rit-life)



**RIT** / **RIT Life** / Overview of RIT Life

From the moment you first open the door to your room, to
the late-night pizza runs, to the victories shared on the field,
to the teamwork that goes into launching a project. You're
going to come into contact with a unique group of
people. They're your friends, your circle, your community.

This is student life at RIT.