**EXHIBIT 22**

(https://web.archive.org/web/20200229190302/https://www.rit.edu/rit-life)



**Diversity Education Programs**

**Multicultural Resources**

## Athletics and Recreation




**Athletics**



**Club Sports**



**Intramurals**



**Recreation Facilities**