# EXHIBIT 23

(https://web.archive.org/web/20200229190302/https://www.rit.edu/rit-life)

RIT    Faces of RIT    Student Life    Events / Traditions    Diversity    Athletics / Recreation    **Dining / Retail**    Living on Campus    Rochester

**Shop One**

## Living on Campus



**Housing**



**Residence Life**



**Special Interest Housing**



**On Campus Housing: Lifestyle Floors**