UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

NICHOLAS BERGERON and
NICK QUATTROCIOCCHI, individually
and on behalf of others similarly situated,

                               Plaintiffs,

vs.

ROCHESTER INSTITUTE OF
TECHNOLOGY,

                               Defendant.

**SCHEDULING ORDER**

20-CV-6283 (CJS)

---

On September 20, 2022, Defendant Rochester Institute of Technology ("RIT") filed a Motion for Summary Judgment and requested oral argument. ECF No. 68. That same day, Plaintiffs Nicholas Bergeron and Nick Quattrociocchi ("Plaintiffs") filed a motion to certify class. ECF No. 73. It is hereby ORDERED that:

With respect to RIT's motion for summary judgment [ECF No. 68], Plaintiffs shall file and serve any responsive papers on or before **October 28, 2022**. RIT may file and serve any reply on or before **November 18, 2022**.

With respect to Plaintiffs' motion to certify class [ECF No. 73], RIT shall file and serve any responsive papers on or before **October 28, 2022**. Plaintiffs may file and serve any reply on or before **November 18, 2022**.

The Court will hear oral argument on both motions **in person** on **January 19, 2022** at 1 P.M. at the United States District Court courthouse located at 100 State Street, Rochester, New York, 14614.

Additionally, the Court notes that the parties may instead consent to have the Magistrate Judge issue a dispositive ruling on the particular motion(s), with or without agreeing to have the Magistrate Judge dispose of the entire case. (Forms AO 85 and AO 85A are available from the Court).

Lastly, the parties are reminded of the Court's request that courtesy copies of motion papers and supporting documents filed on CM/ECF be provided to the Court in paper form as soon after filing as is reasonable.

SO ORDERED.

Dated:      September 21, 2022
            Rochester, New York

                                        ENTER:

                                        _____
                                        HON. CHARLES J. SIRAGUSA
                                        United States District Judge

2