UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON AND NICK QUATTROCIOCCHI, on behalf of themselves and on behalf of all others similarly situated,<br><br>                                                        Plaintiffs,<br><br>                    - against -<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>                                                        Defendants. | Case No.: 6:20-cv-06283<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that the undersigned hereby moves, before the United States District Court for the Western District of New York, for an Order admitting Michael A. Tompkins *pro hac vice* in the above captioned action as attorney for Plaintiff Nick Quattrociocchi. In support hereof, the undersigned relies on the accompanying Petition for Admission, Sponsoring Affidavit of John Lipari, Esq., Attorney's Oath, Civility Principles and Guidelines Oath, and Attorney Database and Electronic Case Filing Registration Form.

Dated: September 29, 2022
          Carle Place, New York

                                                     _/s/ Joseph Lipari_____
                                                     Joseph Lipari, Esq.
                                                     **SULTZER LAW GROUP P.C.**
                                                     85 Civic Center Plaza, Suite 200,
                                                     Poughkeepsie, NY, 12601
                                                     liparij@thesultzerlawgroup.com
                                                     (917) 444-1960

Cc: All Counsel of Record (via ECF)