**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

IN THE MATTER OF THE APPLICATION OF

## Michael A. Tompkins

(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK    )
) ss:
COUNTY OF **Dutchess**

**Joseph Lipari**
_____, being duly sworn deposes and says:

1. I reside at:

## 85 Civic Center Plaza, Suite 200, Poughkeepsie, NY 12601

and maintain an office for the practice of law at: 85 Civic Center Plaza, Suite 200, Poughkeepsie, NY 12601

2. I am an attorney at law, admitted to practice in the State of New York, State of New Jersey, and the Southern and Eastern Districts of New York, I was admitted to practice in the United States District Court for the Western District of New York on the 27th day of July, 2020.

3. I have known the petitioner since in or around 2016 and under the following circumstances: as co-counsel in numerous cases.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: He is of high moral character and is fit to be admitted to practice in this Court.

_____
Signature of Sponsoring Attorney

Sworn to before me this 29ᵗʰ day of September, 2022

_____
Notary Public

Amanda Kaatz-Cividla
Notary Public State of New York
01KA6212207
Qualified in Dutchess County
Commission Expires 10/11/2025