# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

**IN THE MATTER OF THE APPLICATION OF**

Michael A. Tompkins
_____
(Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE Charles J. Siragusa , JUDGE OF THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK:

Michael A. Tompkins
_____ , petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:

   1 Old Country Road, Suite 347, Carle Place, NY, 11514

2. That petitioner attended the following educational institutions and received the following degrees:

   Univ. of North Carolina - Chapel Hill (B.A.); Indiana Univ. - Bloomington (M.S.),

3. Please complete either (a) or (b):  Hofstra Univ. School of Law (J.D.)

<u>Admission by Petition</u>

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department

   of the State of New York on the _____ day of _____, _____.

   Additional Requirements:
       Attorney Petition Form
       Admission Sponsoring Affidavit
       Attorney's Oath
       Civility Principles Oath
       Attorney Database and Electronic Case Filing Registration Form
       Check or money order in the amount of the Attorney Admission fee set forth in the District Court
           Schedule of Fees (due on upon admission)

<u>Pro Hac Vice Admission</u>

(b) That petitioner is admitted to practice in the State of New York .

   Additional Requirements:
       Motion to Appear Pro Hac Vice
       Admission Petition Form
       Admission Sponsoring Affidavit
       Attorney's Oath
       Civility Principles Oath
       Attorney Database and Electronic Case Filing Registration Form
       Check, money order, or payment of fee online in the amount of the Pro Hac Vice fee set forth in the
           District Court Schedule of Fees (due upon application)

4. Petitioner is admitted to the following courts:  2nd Circuit Court of Appeals, 5th Circuit; 10th Circuit

   U.S. Eastern District N.Y.; U.S. Northern District; N.Y. U.S. Southern District N.Y.

5. Since such admission(s), petitioner has practiced in the following courts:

   same as above

   and has been involved in the following professional activities:

   Attorney at law

6. Please respond separately to each of the following questions:

   (a)  Have you ever been held in contempt of court? ◯ Yes ⦿ No

   (b)  Have you ever been sanctioned by a court? ◯ Yes ⦿ No

   (c)  Have you ever been publicly censured, admonished, advised, or cautioned in a disciplinary proceeding?
        ◯ Yes ⦿ No

   (d)  Have you ever been suspended or disbarred by any court? ◯ Yes ⦿ No

   (e)  Have you ever been denied admission or readmission to the Bar of any court? ◯ Yes ⦿ No

   (f)  Are you now the subject of any pending disciplinary proceeding OR the subject of any pending disciplinary
        complaint before any court? ◯ Yes ⦿ No


   In the case of each affirmative answer to a question set forth above, the applicant shall file a confidential
   statement under seal disclosing the identity of the responsible court or disciplinary committee, as well as the date,
   background, outcome and any facts of a mitigating or exculpatory nature as may be pertinent. Such confidential
   statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District
   for review.


7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code which pertains to
   jurisdiction of and venue in a United States District Court, the Federal Rules of Civil  and Criminal Procedures, the
   Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District
   of New York, the Code of Professional Responsibility as adopted by the Appellate Division of the State of New
   York and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for
   the Second Circuit, and this Court.


**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court
for the Western District of New York.

I verify under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Petitioner)

Sworn to before me this 29ᵗʰ day of September, 2022.

Notary Public _____

(Revised March  2022)