# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### ATTORNEY'S OATH

STATE OF _New York_ )
                     ) SS:
_Nassau_ COUNTY )

I, _Michael A. Tompkins_ of _Mineola, New York_
                                                             City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United

States District Court for the Western District of New York, uprightly and accordingly to law; and I will

support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this _29th_
day of _September_, _2022_.

_____
Notary Public

BRETT R. COHEN
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Nassau County
02CO6287957
MY COMMISSION EXPIRES 08/26/2025

Rev. 2/2000