# EXHIBIT 1

# Preparing you for an

# Outstanding

# Educational

# Experience



## Undergraduate Bulletin | 2019-20

## RIT

RIT0000343

| Undergraduate Programs of Study | | Degree and HEGIS Code | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Cert. | Diploma | AOS | AS | AAS | BFA | BS |
| **Art, Design, and Architecture** | | | | | | | | |
| 3D Digital Design | Art and Design | | | | | | 1009 | |
| 3D Graphics Technology | National Technical Institute for the Deaf | | | | | 5012 | | |
| Design and Imaging Technology | National Technical Institute for the Deaf | | | 5012 | | 5012 | | |
| Digital Humanities and Social Sciences | Liberal Arts | | | | | | | 5649 |
| Furniture Design | Art and Design | | | 5317.00 | | | | |
| Graphic Design | Art and Design | | | | | | 1009 | |
| Illustration | Art and Design | | | | | | 1002 | |
| Industrial Design | Art and Design | | | | | | 1009 | |
| Interior Design | Art and Design | | | | | | 1009 | |
| Media Arts and Technology | Engineering Technology | | | | | | | 0605 |
| Medical Illustration | Art and Design | | | | | | 1299 | |
| New Media Design | Art and Design | | | | | | 0605 | |
| Studio Arts | Art and Design | | | | | | 100 | |
| **Business, Management, and Leadership** | | | | | | | | |
| Accounting Technology | National Technical Institute for the Deaf | | | | | 5002 | | |
| Administrative Support Technology | National Technical Institute for the Deaf | | | | | 5005 | | |
| Business Administration | National Technical Institute for the Deaf | | | | | 5001 | | |
| Business Administration: Accounting* | Business | | | | | | | 0502 |
| Business Administration: Finance | Business | | | | | | | 0504 |
| Business Administration: International Business | Business | | | | | | | 0513 |
| Business Administration: Management | Business | | | | | | | 0506 |
| Business Administration: Marketing | Business | | | | | | | 0509 |
| Business | National Technical Institute for the Deaf | | | | 5001 | | | |
| Business Technology | National Technical Institute for the Deaf | | | 5004 | | | | |
| Dietetics and Nutrition | Health Sciences and Technology | | | | | | | 1306 |
| Economics | Liberal Arts | | | | | | | 2204 |
| Health Systems Administration‡ | Health Sciences and Technology | 5299 | | | | | | |
| Hospitality and Tourism Management | Business | | | | | | | 0510.10 |
| Management Information Systems (MIS) | Business | | | | | | | 0599 |
| Organizational Change and Leadership‡ | School of Individualized Study | 5004 | | | | | | |
| Supply Chain Management | Business | | | | | | | 0509 |
| **Communications and Digital Media** | | | | | | | | |
| Advertising and Public Relations | Liberal Arts | | | | | | | 0604 |
| ASL-English Interpretation | National Technical Institute for the Deaf | | | | | | | 1199 |
| Communication | Liberal Arts | | | | | | | 0601 |
| Digital Humanities and Social Sciences | Liberal Arts | | | | | | | 5649 |
| Journalism | Liberal Arts | | | | | | | 0604 |
| Media Arts and Technology | Engineering Technology | | | | | | | 0605 |
| New Media Design | Art and Design | | | | | | 0605 | |
| New Media Interactive Development | Computing and Information Sciences | | | | | | | 0699 |
| **Computing and Information Sciences** | | | | | | | | |
| 3D Digital Design | Art and Design | | | | | | 1009 | |
| Applied Computer Technology | National Technical Institute for the Deaf | | | 5101 | 0799 | 5101 | | |
| Bioinformatics and Computational Biology* | Science | | | | | | | 0499 |
| Computational Mathematics* | Science | | | | | | | 1703 |
| Computer Engineering* | Engineering | | | | | | | 0999 |
| Computer Engineering Technology* | Engineering Technology | | | | | | | 0925 |
| Computer Science* | Computing and Information Sciences | | | | | | | 0701 |
| Computing and Information Technologies | Computing and Information Sciences | | | | | | | 0702 |
| Computing Security* | Computing and Information Sciences | | | | | | | 0799 |
| Digital Humanities and Social Sciences | Liberal Arts | | | | | | | 5649 |
| Game Design and Development* | Computing and Information Sciences | | | | | | | 0799 |
| Human-Centered Computing | Computing and Information Sciences | | | | | | | 4605.00 |
| Imaging Science | Science | | | | | | | 1999.20 |
| Management Information Systems (MIS) | Business | | | | | | | 0599 |
| Media Arts and Technology | Engineering Technology | | | | | | | 0605 |
| Mobile Application Development | National Technical Institute for the Deaf | | | | | 5101 | | |
| New Media Design | Art and Design | | | | | | 0605 | |
| New Media Interactive Development | Computing and Information Sciences | | | | | | | 0699 |
| Software Engineering* | Computing and Information Sciences | | | | | | | 0999 |
| Web and Mobile Computing | Computing and Information Sciences | | | | | | | 0699 |
| **Engineering and Engineering Technology** | | | | | | | | |
| Applied Mechanical Technology | National Technical Institute for the Deaf | | | | | 5315 | | |
| Biomedical Engineering* | Engineering | | | | | | | 0905 |
| Chemical Engineering* | Engineering | | | | | | | 0906 |
| Civil Engineering Technology | Engineering Technology | | | | | | | 0925 |
| Civil Technology | National Technical Institute for the Deaf | | | | | 5309 | | |

\*   Accelerated dual degree (BS/MS or BS/ME) option available
†   Accelerated dual degree (BS/MS) option required
‡   Online option available

RIT0000347

| Undergraduate Programs of Study | | Degree and HEGIS Code | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Cert. | Diploma | AOS | AS | AAS | BFA | BS |
| Computer Aided Drafting Technology | National Technical Institute for the Deaf | | | 5303 | | 5303 | | |
| Computer Engineering* | Engineering | | | | | | | 0999 |
| Computer Engineering Technology* | Engineering Technology | | | | | | | 0925 |
| Electrical Engineering* | Engineering | | | | | | | 0909 |
| Electrical Engineering Technology | Engineering Technology | | | | | | | 0925 |
| Electrical Mechanical Engineering Technology* | Engineering Technology | | | | | | | 0925 |
| Imaging Science | Science | | | | | | | 1999.20 |
| Industrial Engineering* | Engineering | | | | | | | 0913 |
| Integrated Electronics | Engineering | 5311 | | | | | | |
| Mechanical Engineering* | Engineering | | | | | | | 0910 |
| Mechanical Engineering Technology* | Engineering Technology | | | | | | | 0925 |
| Mechatronics Engineering‡ | Engineering | 5311 | | | | | | |
| Microelectronic Engineering* | Engineering | | | | | | | 0999 |
| Packaging Science | Engineering Technology | | | | | | | 4999 |
| Precision Manufacturing Technology | National Technical Institute for the Deaf | | 5312 | | | | | |
| Robotics and Manufacturing Engineering Technology* | Engineering Technology | | | | | | | 0925 |
| Software Engineering* | Computing and Information Sciences | | | | | | | 0999 |
| **Environmental Studies and Sustainability** | | | | | | | | |
| Civil Engineering Technology | Engineering Technology | | | | | | | 0925 |
| Environmental Science* | Science | | | | | | | 0420 |
| Environmental Sustainability, Health and Safety* | Engineering Technology | | | | | | | 0420 |
| Packaging Science | Engineering Technology | | | | | | | 4999 |
| **Game Design and Development** | | | | | | | | |
| 3D Digital Design | Art and Design | | | | | | 1009 | |
| Game Design and Development* | Computing and Information Sciences | | | | | | | 0799 |
| New Media Interactive Development | Computing and Information Sciences | | | | | | | 0699 |
| Web and Mobile Computing | Computing and Information Sciences | | | | | | | 0699 |
| **Health Professions and Medical Sciences** | | | | | | | | |
| Biochemistry | Science | | | | | | | 0414 |
| Bioinformatics and Computational Biology* | Science | | | | | | | 0499 |
| Biology | Science | | | | | | | 0401 |
| Biomedical Sciences | Health Sciences and Technology | | | | | | | 0499 |
| Biotechnology and Molecular Bioscience | Science | | | | | | | 0499 |
| Diagnostic Medical Sonography (Ultrasound) | Health Sciences and Technology | | | | | | | 1299 |
| Dietetics and Nutrition | Health Sciences and Technology | | | | | | | 1306.00 |
| Echocardiography (Cardiac Ultrasound) | Health Sciences and Technology | 5217 | | | | | | |
| Exercise Science | Health Sciences and Technology | | | | | | | 1299.30 |
| General Science | National Technical Institute for the Deaf | | | | 5604 | | | |
| Health Systems Administration‡ | Health Sciences and Technology | 5299 | | | | | | |
| Medical Illustration | Art and Design | | | | | | 1299 | |
| Nutritional Sciences | Health Sciences and Technology | | | | | | | 1306 |
| Physician Assistant† | Health Sciences and Technology | | | | | | | 1299.10 |
| **Humanities, Social Sciences, and Education** | | | | | | | | |
| Applied Arts and Sciences‡ | School of Individualized Study | | | | | 5699 | | 4999 |
| Applied Liberal Arts | National Technical Institute for the Deaf | | | | 5699 | | | |
| Applied Modern Language and Culture | Liberal Arts | | | | | | | 1101 |
| ASL-English Interpretation | National Technical Institute for the Deaf | | | | | | | 1199 |
| Criminal Justice* | Liberal Arts | | | | | | | 2105 |
| Deaf Cultural Studies-American Sign Language | National Technical Institute for the Deaf | 5506 | | | | | | |
| Digital Humanities and Social Sciences | Liberal Arts | | | | | | | 5649 |
| Economics | Liberal Arts | | | | | | | 2204 |
| Human-Centered Computing | Computing and Information Sciences | | | | | | | 4605.00 |
| International and Global Studies* | Liberal Arts | | | | | | | 2210 |
| Museum Studies | Liberal Arts | | | | | | | 1099 |
| Performing Arts | National Technical Institute for the Deaf | 5610 | | | | | | |
| Philosophy | Liberal Arts | | | | | | | 1509 |
| Political Science | Liberal Arts | | | | | | | 2207 |
| Psychology | Liberal Arts | | | | | | | 2001 |
| Public Policy* | Liberal Arts | | | | | | | 2102 |
| Sociology and Anthropology | Liberal Arts | | | | | | | 2214 |
| **Photography, Film, and Animation** | | | | | | | | |
| Film and Animation | Art and Design | | | | | | 1010 | |
| Imaging Science | Science | | | | | | | 1999.20 |
| Motion Picture Science | Art and Design | | | | | | | 1010 |
| Photographic and Imaging Arts | Art and Design | | | | | | 1011 | |
| Photographic Sciences | Art and Design | | | | | | | 1217 |
| **Science and Math** | | | | | | | | |
| Applied Mathematics* | Science | | | | | | | 1703 |

\* Accelerated dual degree (BS/MS or BS/ME) option available
† Accelerated dual degree (BS/MS) option required
‡ Online option available

RIT0000348

| Undergraduate Programs of Study | | Degree and HEGIS Code | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Cert. | Diploma | AOS | AS | AAS | BFA | BS |
| Applied Statistics and Actuarial Science* | Science | | | | | | | 1702 |
| Biochemistry | Science | | | | | | | 0414 |
| Bioinformatics and Computational Biology* | Science | | | | | | | 0499 |
| Biology | Science | | | | | | | 0401 |
| Biomedical Engineering* | Engineering | | | | | | | 0905 |
| Biomedical Sciences | Health Sciences and Technology | | | | | | | 0499 |
| Biotechnology and Molecular Bioscience | Science | | | | | | | 0499 |
| Chemical Engineering* | Engineering | | | | | | | 0906 |
| Chemistry* | Science | | | | | | | 1905 |
| Computational Mathematics* | Science | | | | | | | 1703 |
| Diagnostic Medical Sonography (Ultrasound) | Health Sciences and Technology | | | | | | | 1299 |
| General Science | National Technical Institute for the Deaf | | | | 5604 | | | |
| Imaging Science | Science | | | | | | | 1999.20 |
| Laboratory Science Technology | National Technical Institute for the Deaf | | | 5407 | | 5407 | | |
| Packaging Science | Engineering Technology | | | | | | | 4999 |
| Photographic Sciences | Art and Design | | | | | | | 1217 |
| Physician Assistant† | Health Sciences and Technology | | | | | | | 1299.10 |
| Physics* | Science | | | | | | | 1902 |
| **Undeclared and Individualized Study** | | | | | | | | |
| Applied Arts and Sciences‡ | School of Individualized Study | | | | | 5699 | | 4999 |

\* Accelerated dual degree (BS/MS or BS/ME) option available
† Accelerated dual degree (BS/MS) option required
‡ Online option available

RIT0000349

# Preparing you for an

## outstanding

## educational experience



## Graduate Bulletin | 2019-20

# RIT

RIT0000148

## Graduate Programs of Study

| | | Degree and HEGIS Code | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Adv. Cert | Ph.D. | MBA | ME | MFA | MS | MST | M. Arch |
| **Art, Design, and Architecture** | | | | | | | | | |
| Architecture | Institute for Sustainability | | | | | | | | 0202 |
| Ceramics | Art and Design | | | | | 1009 | | | |
| Fine Arts Studio | Art and Design | | | | | 1002 | | | |
| Furniture Design | Art and Design | | | | | 1009 | | | |
| Glass | Art and Design | | | | | 1009 | | | |
| Industrial Design | Art and Design | | | | | 1009 | | | |
| Integrative Design | Art and Design | | | | | | 1009 | | |
| Media Arts and Technology | Art and Design | | | | | | 0605 | | |
| Medical Illustration | Health Sciences and Technology | | | | | 1299 | | | |
| Metals and Jewelry Design | Art and Design | | | | | 1009 | | | |
| Printmaking | Art and Design | 1009 | | | | | | | |
| Visual Arts–All Grades (Art Education) | Art and Design | | | | | | | 0831 | |
| Visual Communication Design | Art and Design | | | | | | 1009 | | |
| **Business and Management** | | | | | | | | | |
| Accounting and Financial Analytics | Business | 0703 | | | | | | | |
| Accounting | Business | | | | | | 0502 | | |
| Business Administration | Business | | | 0506 | | | | | |
| Business Administration–Accounting | Business | | | 0502 | | | | | |
| Business Administration–Executive | Business | | | 0506 | | | | | |
| Business Administration–Online Executive‡ | Business | | | 0506 | | | | | |
| Business Analytics | Business | | | | | | 0599 | | |
| Computational Finance | Business | | | | | | 0504 | | |
| Construction Management‡ | Computing and Information Sciences | | | | | | 0599 | | |
| Data Science‡ | Computing and Information Sciences | | | | | | 0701.00 | | |
| Engineering Management | Engineering | | | | 0913 | | | | |
| Entrepreneurship and Innovative Ventures | Business | | | | | | 0506 | | |
| Environmental, Health and Safety Management‡ | Engineering Technology | | | | | | 0420 | | |
| Finance | Business | | | | | | 0504 | | |
| Global Supply Chain Management | Business | | | | | | 0513.00 | | |
| Health Care Finance‡ | Health Sciences and Technology | 1202 | | | | | | | |
| Health Systems Management‡ | Health Sciences and Technology | | | | | | 1202 | | |
| Hospitality and Tourism Management | Business | | | | | | 0510.1 | | |
| Human Resource Development‡ | Business | | | | | | 0515 | | |
| Lean Six Sigma‡ | Engineering | 1701 | | | | | | | |
| Management | Business | | | | | | 0513 | | |
| Manufacturing Leadership‡ | Engineering | | | | | | 0599 | | |
| Media Arts and Technology | Art and Design | | | | | | 0605 | | |
| Organizational Learning‡ | Business | 0515 | | | | | | | |
| Product Development‡ | Engineering | | | | | | 0599 | | |
| Project Management‡ | School of Individualized Study | 0506 | | | | | | | |
| Service Leadership and Innovation‡ | Business | | | | | | 0599 | | |
| Technology Entrepreneurship | Business | 0506 | | | | | | | |
| Workplace Learning and Instruction‡ | Engineering Technology | 0515 | | | | | | | |
| **Communications and Digital Media** | | | | | | | | | |
| Communication and Digital Media‡ | Liberal Arts | 0605 | | | | | | | |
| Communication and Media Technologies | Liberal Arts | | | | | | 0605 | | |
| Health Care Interpretation‡ | National Technical Institute for the Deaf | | | | | | 1199 | | |
| Media Arts and Technology | Art and Design | | | | | | 0605 | | |
| Print Media | Engineering Technology | | | | | | 0699 | | |
| Visual Communication Design | Art and Design | | | | | 1009 | | | |
| **Computing and Information Sciences** | | | | | | | | | |
| Big Data Analytics | Computing and Information Sciences | 0702 | | | | | | | |
| Bioinformatics | Science | | | | | | 0499 | | |
| Computational Finance | Business | | | | | | 0504 | | |
| Computer Engineering | Engineering | | | | | | 0999 | | |
| Computer Science | Computing and Information Sciences | | | | | | 0701 | | |
| Computing and Information Sciences | Computing and Information Sciences | | 1701 | | | | | | |
| Computing Security‡ | Computing and Information Sciences | | | | | | 0799 | | |
| Cybersecurity‡ | Computing and Information Sciences | 0799 | | | | | | | |
| Data Science‡ | Computing and Information Sciences | | | | | | 0701.00 | | |
| Game Design and Development | Computing and Information Sciences | | | | | | 0799 | | |
| Health Informatics‡ | Computing and Information Sciences | | | | | | 1217.00 | | |
| Human-Computer Interaction‡ | Computing and Information Sciences | | | | | | 0799 | | |
| Imaging Science‡ | Science | | | | | | 1999.20 | | |
| Imaging Science | Science | | 1999.20 | | | | | | |
| Information Sciences and Technologies‡ | Computing and Information Sciences | | | | | | 0699 | | |
| Media Arts and Technology | Art and Design | | | | | | 0605 | | |
| Networking and Systems Administration‡ | Computing and Information Sciences | | | | | | 0702 | | |
| Networking, Planning and Design‡ | Computing and Information Sciences | 0702 | | | | | | | |
| Software Engineering | Computing and Information Sciences | | | | | | 0999 | | |
| Visual Communication Design | Art and Design | | | | | 1009 | | | |
| Web Development | Computing and Information Sciences | 0699 | | | | | | | |
| **Engineering and Engineering Technology** | | | | | | | | | |
| Architecture | Institute for Sustainability | | | | | | | | 0202 |
| Computer Engineering | Engineering | | | | | | 0999 | | |
| Electrical Engineering | Engineering | | | | | | 0909 | | |
| Engineering Management | Engineering | | | | 0913 | | | | |

‡ Online option available

RIT0000155

| Graduate Programs of Study | | Adv. Cert | Ph.D. | MBA | ME | MFA | MS | MST | M. Arch |
|---|---|---|---|---|---|---|---|---|---|
| | | **Degree and HEGIS Code** | | | | | | | |
| Engineering | Engineering | | 0901 | | | | | | |
| Environmental, Health and Safety Management‡ | Engineering Technology | | | | | | 0420 | | |
| Imaging Science‡ | Science | | | | | | 1999.20 | | |
| Imaging Science | Science | | 1999.20 | | | | | | |
| Industrial and Systems Engineering | Engineering | | | | 0913 | | 0913 | | |
| Lean Six Sigma‡ | Engineering | 1902 | | | | | | | |
| Manufacturing and Mechanical Systems Integration | Engineering Technology | | | | | | 0913 | | |
| Manufacturing Leadership‡ | Engineering | | | | | | 0599 | | |
| Materials Science and Engineering | Science | | | | | | 0915 | | |
| Mechanical Engineering | Engineering | | | | 0910 | | 0910 | | |
| Microelectronic Engineering | Engineering | | | | | | 0999 | | |
| Microelectronics Manufacturing Engineering‡ | Engineering | | | | 0999 | | | | |
| Microsystems Engineering | Engineering | | 0999 | | | | | | |
| Packaging Science | Engineering Technology | | | | | | 4999 | | |
| Product Development‡ | Engineering | | | | | | 0599 | | |
| Software Engineering | Computing and Information Sciences | | | | | | 0999 | | |
| Sustainable Engineering | Engineering | | | | 0999 | | 0999 | | |
| Sustainable Systems | Institute for Sustainability | | | | | | 4904 | | |
| Telecommunications Engineering Technology | Engineering Technology | | | | | | 0925 | | |
| Vibrations | Engineering | 0910 | | | | | | | |
| **Environmental Studies and Sustainability** | | | | | | | | | |
| Architecture | Institute for Sustainability | | | | | | | | 0202 |
| Environmental Science | Science | | | | | | 0420 | | |
| Environmental, Health and Safety Management‡ | Engineering Technology | | | | | | 0420 | | |
| Packaging Science | Engineering Technology | | | | | | 4999 | | |
| Sustainability | Institute for Sustainability | | 4904 | | | | | | |
| Sustainable Engineering | Engineering | | | | 0999 | | 0999 | | |
| Sustainable Systems | Institute for Sustainability | | | | | | 4904 | | |
| **Game Design and Development** | | | | | | | | | |
| Game Design and Development | Computing and Information Sciences | | | | | | 0799 | | |
| **Health Professions and Medical Sciences** | | | | | | | | | |
| Bioinformatics | Science | | | | | | 0499 | | |
| Health Care Finance‡ | Health Sciences and Technology | | | | | | 0499 | | |
| Health Care Interpretation‡ | National Technical Institute for the Deaf | | | | | | 1199 | | |
| Health Informatics‡ | Computing and Information Sciences | | | | | | 1217.00 | | |
| Health Systems Management‡ | Health Sciences and Technology | | | | | | 1202 | | |
| Medical Illustration | Health Sciences and Technology | | | | | 1299 | | | |
| **Humanities, Social Sciences, and Education** | | | | | | | | | |
| Criminal Justice | Liberal Arts | | | | | | 2209 | | |
| Engineering Psychology | Liberal Arts | 2099 | | | | | | | |
| Environmental Science | Science | | | | | | 0420 | | |
| Environmental, Health and Safety Management‡ | Engineering Technology | | | | | | 0420 | | |
| Experimental Psychology | Liberal Arts | | | | | | 2099 | | |
| Health Care Interpretation‡ | National Technical Institute for the Deaf | | | | | | 1199 | | |
| Human Resource Development‡ | Business | | | | | | 0515 | | |
| Professional Studies‡ | School of Individualized Study | | | | | | 4999 | | |
| School Psychology | Liberal Arts | | | | | | 0826 | | |
| Science, Technology and Public Policy | Liberal Arts | | | | | | 2102 | | |
| Secondary Education of Students Who Are Deaf or Hard of Hearing | National Technical Institute for the Deaf | | | | | | 0803 | | |
| Visual Arts--All Grades (Art Education) | Art and Design | | | | | | | 0831 | |
| **Photography, Film, and Animation** | | | | | | | | | |
| Film and Animation | Art and Design | | | | | 1010 | | | |
| Photography and Related Media | Art and Design | | | | | 1011 | | | |
| **Science and Math** | | | | | | | | | |
| Applied and Computational Mathematics | Science | | | | | | 1799 | | |
| Applied Statistics‡ | Science | | | | | | 1702 | | |
| Astrophysical Sciences and Technology | Science | | 1912 | | | | 1912 | | |
| Bioinformatics | Science | | | | | | 0499 | | |
| Chemistry | Science | | | | | | 1905 | | |
| Color Science | Science | | 1999.20 | | | | 1999.20 | | |
| Computational Finance | Business | | 1999.20 | | | | 0504 | | |
| Data Science‡ | Computing and Information Sciences | | | | | | 0701.00 | | |
| Environmental Science | Science | | | | | | 0420 | | |
| Environmental, Health and Safety Management‡ | Engineering Technology | | | | | | 0420 | | |
| Imaging Science‡ | Science | | | | | | 1999.20 | | |
| Imaging Science | Science | | 1999.20 | | | | | | |
| Materials Science and Engineering | Science | | | | | | 0915 | | |
| Mathematical Modeling | Science | | 1799 | | | | | | |
| Packaging Science | Engineering Technology | | | | | | 4999 | | |
| Physics | Science | | | | | | 1902.00 | | |
| Sustainability | Institute for Sustainability | | 4904 | | | | | | |
| Sustainable Systems | Institute for Sustainability | | | | | | 4904 | | |
| **Undeclared and Individualized Study** | | | | | | | | | |
| Professional Studies‡ | School of Individualized Study | | | | | | 4999 | | |

‡ Online option available

RIT0000156