# EXHIBIT 2

# RIT | Rochester Institute of Technology

## RIT Undergraduate 2019-2020 Entering Fall 2018 and later

## Full Time

| Expenses | Per Semester | Per Year |
|---|---|---|
| Tuition (12-18 credit hours) | $22,622 | $45,244 |
| Student Activities Fee | $148 | $296 |
| Student Health Services Fee | $175 | $350 |
| Rent (Rates) | $3,951 | $7,902 |
| Board (Options) | $2,819 | $5,638 |
| Total* | $29,715 | $59,430 |

* Freshman Undergraduate Students, add $250 for Orientation fees.
Transfer Undergraduate Students, add $120 for Orientation fees.
Credit by experience/credit by exam is assessed at $460 per credit hour.
Per year amount is based on 2 semesters.

RIT0001873

Students enrolled in more than 18 credit hours are charged $1,131 for each additional credit hour.

Students in the Honors Program are not assessed additional tuition for overloads (up to 24 credit hours).

## Part Time

| Credit Hours | Rate |
| --- | --- |
| 1 hour | $1,616 |
| 2 hours | $3,232 |
| 3 hours | $4,848 |
| 4 hours | $6,464 |
| 5 hours | $8,080 |
| 6 hours | $9,696 |
| 7 hours | $11,312 |
| 8 hours | $12,928 |
| 9 hours | $14,544 |
| 10 hours | $16,160 |
| 11 hours | $17,776 |

RIT0001874

Part Time degree seeking undergraduates are charged a $74 per semester Student Activities Fee.

Credit by experience/credit by exam is assessed at $460 per credit hour.

Students are assessed the undergraduate tuition rate for any undergraduate courses.

## Finance & Administration

F&A Leadership

Financial Services

Risk Management

Employment Services

Business Services

## Connect

Behind the Bricks

Our team of students provides you with a unique behind the scenes peek at the Finance & Administration division at RIT. Join the conversation "Behind the Bricks!"

   

© 2020 Rochester Institute of Technology | All Rights Reserved | Disclaimer | Copyright Infringement | Privacy Policy