# EXHIBIT 3

# RIT | Rochester Institute of Technology

## RIT Graduate 2019-2020

| Expenses | Per Semester | Per Year |
|---|---|---|
| Tuition (12-18 credit hours) | $23,761 | $47,522 |

Full Time Students are charged a $148 Student Activity Fee and a $175 Student Health Services Fee per semester.
Per year amount is based on 2 semesters.

Credit by experience/credit by exam is assessed at $460 per credit hour.

RIT's definition of full-time status for graduate students is 9 or more hours of semester credit for reporting purposes. For tuition and fee assessment, student will be charged the part time rate for 1 to 11 hour and the full time rate at 12 to 18 hours. Financial aid will be applied accordingly.

Students enrolled in more than 18 credit hours are charged $1,485 for each additional credit hour.

## Part Time

RIT0001865

| Credit Hours | Rate |
| --- | --- |
| 1 hour | $1,980 |
| 2 hours | $3,960 |
| 3 hours | $5,940 |
| 4 hours | $7,920 |
| 5 hours | $9,900 |
| 6 hours | $11,880 |
| 7 hours | $13,860 |
| 8 hours | $15,840 |
| 9 hours | $17,820 |

| 10 hours | $19,800 |
|---|---|
| 11 hours | $21,780 |

Graduate Internship Rate is $990 per credit hour.

Credit by experience/credit by exam is assessed at $460 per credit hour.

Students are assessed the graduate tuition rate for any graduate courses. It is a policy of the Institute that anyone who has completed 9 credits of thesis research (or 27 credits of dissertation research) must register every semester for a Continuation of Thesis course to remain an active student. Departments may offer graduate students a one semester extension of time before the Continuation of Thesis tuition is levied. Payment of all Continuation of Thesis is waived for all Summer semesters.

## Finance & Administration

- F&A Leadership
- Financial Services
- Risk Management

Employment Services

Business Services

## Connect

### Behind the Bricks

Our team of students provides you with a unique behind the scenes peek at the Finance & Administration division at RIT. Join the conversation "Behind the Bricks!"

   

© 2020 Rochester Institute of Technology | All Rights Reserved | Disclaimer | Copyright Infringement | Privacy Policy