# EXHIBIT 2

| | Total Tuition estima... |
| --- | --- |
| | OnLine_Tuition |
| | regarding average |
| | Est - 3 credit hrs per P-T student |
| Amt_Paid (gross tuition assessments, not receipts) | $ 206,565,571 |
| Scholarships & Grants, All excl. Pell Grants (estimate off IPEDS) | $ 105,788,639 |
| OnLine_Tuition - contingent on credit hours per part-time student | $ 149,904,398 |
| Contracted_Value_Received | $ 103,282,785 |
| Online_Value_Received | $ 74,952,199 |
| Actual_Paid | $ 100,776,932 |
| But-For_Paid | $ 72,446,346 |
| **Damages** | $ 28,330,586 |
| Prejudgement interest | $ 5,328,983 |
| **Damages + Prejudgment interest** | $ 33,659,570 |

| | | |
| --- | --- | --- |
| Total Undergraduate Students | | 13,313 |
| Undergraduate in NTID | | 1,026 |
| 16% Undergraduate in Online Programs | | 1,966 |
| Other Undergraduate Students | | 10,321 |
| full-time  (estimate off IPEDS) | | 9,501 |
| part-time (estimate off  IPEDS) | | 820 |
| Grant & Scholarship Aid, All Undergraduate Students (**2019-2020**) | $ | 229,832,759 |
| Pell Grants (only) | $ | 18,255,482 |
| RIT - Main Campus, Number of Semesters | | 2 |
| Online Undergraduate Tuition per credit hour | $ | 1,034 |
| Tuition per credit hour above 18 total hrs | $ | 1,131 |
| Total tuition for 12-18 credit hours | $ | 21,323 |
| Tuition per credit hour below 12 total hrs | $ | 1,616 |
| Scenarios - Avg num of credit hours per part-time undergraduate student | | 3 |

| | |
|---|---|
| % of 2020 Sp when classes took place as contracted | 50% |
| Average Number of Hours per Full-time students, assumption → | 15 |
| Prejudgment Interest -- Annual interest rate | 9% |
| Prejudgment Interest -- number of years, preliminary | 2 |

|  | Est - 6 credit hrs per P-T student | Est - 9 credit hrs per P-T student |
|---|---|---|
| ated based on average credit hours per part-time student | | |
| estimated contingent on scenarios credit hour per part-time (P-T) student | | |
|  | $ 210,541,319 | $ 214,517,067 |
|  | $ 105,788,639 | $ 105,788,639 |
|  | $ 152,448,286 | $ 154,992,174 |
|  | $ 105,270,659 | $ 107,258,533 |
|  | $ 76,224,143 | $ 77,496,087 |
|  | $ 104,752,680 | $ 108,728,428 |
|  | $ 75,706,164 | $ 78,965,982 |
|  | $ 29,046,516 | $ 29,762,446 |
|  | $ 5,463,650 | $ 5,598,316 |
|  | $ 34,510,166 | $ 35,360,762 |

92.05%
7.95%

| 6 | 9 |

|            | Peach    | Lemon    |
|------------|----------|----------|
| Sticker Pı | $20,000  | $20,000  |
| Discount   | $2,000   | $2,000   |
| Price      | $18,000  | $18,000  |
|            |          |          |
| Market V   | $20,000  | $15,000  |
| But-for P  | $18,000  | $13,000  |
|            |          |          |
| Damages    | $0       | $5,000   |