# EXHIBIT 3

**Exhibit 3: Materials Relied On**

<u>Documents</u>

- Second Consolidated Amended Complaint, dated January 14, 2021.
- Defendant's 1st Responses to Plaintiff 1st set of Roggs-24001
- Graduate_Course_Descriptions2019-20
- Nick Bergeron - RIT - Cost of Attendance-0-3974
- RIT0001261
- Undergrad_Course_Descriptions2019-20
- 2020.12.18 Order Granting in Part and Denying in part MTD

<u>Depositions</u>

- Deposition of Edward Lincoln
- Deposition of Nicholas Bergeron
- Deposition of Nicholas Quattrociocchi

<u>Websites Cited</u>

- https://www.rit.edu/sfs/tuition-and-fees
- RIT Undergraduate 2019-2020 Enrolled Prior to Fall 2018 | Student Financial Services (archive.org)
- RIT Undergraduate 2019-2020 Entering Fall 2018 and later | Student Financial Services (archive.org)
- RIT Online 2019-2020 | Student Financial Services (archive.org)
- https://web.archive.org/web/201907131529/www.rit.edu/admissions/online

<u>Other Sources</u>
- National Center for Education Statistics ("NCES")