UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON and NICK QUATTROCIOCCHI, on behalf of themselves and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY<br><br>                Defendant. | Case No. 6:20-cv-06283<br><br>**NOTICE OF DEFENDANT'S MOTION TO PRECLUDE THE EXPERT OPINION OF DR. CHARLES COWAN, Ph.D** |

      **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, and the Declarations of Qian (Sheila) Shen and all exhibits annexed thereto, and all of the pleadings and prior proceedings in this action, Defendant Rochester Institute of Technology ("RIT") will move this Court located at 100 State Street, Room 127, Rochester, New York 14614 for an order precluding the expert opinion of Dr. Charles Cowan, Ph.D, and granting such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that pursuant to Rule 7(b)(2)(A) of the Local Rules of Civil Procedure for the United States District Court for the Western District of New York, unless the Court issues an order setting alternative deadlines, opposition papers, if any, shall be filed and served upon the undersigned within twenty-eight (28) days after service of this motion. RIT intends to file Reply papers. Reply papers shall be served by the undersigned within fourteen (14) days after service of any opposition.

Oral argument is requested.

Dated: New York, New York
October 28, 2022

        SANTIAGO BURGER LLP

        By: /s *Fernando Santiago*
        Fernando Santiago, Esq.
        fernando@litgrp.com
        2280 East Avenue, 2nd Floor
        Rochester, NY 14610
        Tel: (585) 563-2400
        Fax: (585) 563-7526

        HOLLAND & KNIGHT LLP

        By: /s *Qian Shen*
        Robert J. Burns, Esq.
        Qian (Sheila) Shen, Esq.
        robert.burns@hklaw.com
        qian.shen@hklaw.com
        31 West 52nd Street
        New York, NY 10019
        Tel: (212) 513-3200
        Fax: (212) 385-9010

        Paul G. Lannon, Esq. (admitted *pro hac vice*)
        paul.lannon@hklaw.com
        10 St. James Avenue, 11th Floor
        Boston, MA 02116
        Tel: (617) 523-2700
        Fax: (617) 523-6850

TO:    FERR & MULLIN, P.C.
Robert L. Mullin, Esq.
rlmullin@FerrMullinLaw.com
7635 Main Street Fishers
P.O. Box 440
Fishers, NY 14453
Tel: (585) 869-0210
Fax: (585) 869-0211

MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN LLP
John M. Bradham, Esq.
Peter B. Katzman, Esq.
jbradham@msbllp.com
pkatzman@msbllp.com
444 Madison Avenue, 4th Floor
New York, NY 10022
Tel: (212) 695-8050

TOPTANI LAW PLLC
Edward Toptani, Esq.
edward@toptanilaw.com
375 Pearl Street, Suite 1410
New York, NY 10038
Tel: (212) 699-8930

ANASTOPOULO LAW FIRM, LLC
Eric M. Poulin, Esq.
Roy T. Willey IV, Esq.
eric@akimlawfirm.com
roy@akimlawfirm.com
32 Ann Street
Charleston, SC 29403
Tel: (843) 614-8888

BURSOR & FISHER, P.A.
Philip L. Fraietta, Esq.
Alec M. Leslie, Esq.
pfraietta@bursor.com
aleslie@bursor.com
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150

3

Sarah N. Westcot, Esq.
swestcot@bursor.com
2665 S. Bayshore Drive, Suite 220
Miami, FL 33133
Tel: (305) 330-5512

#180017157_v1