# EXHIBIT 2

| | Total Tuition estima<br><br>OnLine_Tuition<br>regarding average o<br><br>Est - 3 credit hrs<br>per P-T student |
|---|---|
| Amt_Paid (gross tuition assessments, not receipts) | $   206,565,571 |
| Scholarships & Grants, All excl. Pell Grants (estimate off IPEDS) | $   105,788,639 |
| OnLine_Tuition - contingent on credit hours per part-time student | $   149,904,398 |
| Contracted_Value_Received | $   103,282,785 |
| Online_Value_Received | $    74,952,199 |
| Actual_Paid | $   100,776,932 |
| But-For_Paid | $    72,446,346 |
| **Damages** | $    28,330,586 |
| Prejudgement interest | $     5,328,983 |
| **Damages + Prejudgment interest** | $    33,659,570 |

| | | |
|---|---|---:|
| | Total Undergraduate Students | 13,313 |
| | Undergraduate in NTID | 1,026 |
| 16% | Undergraduate in Online Programs | 1,966 |
| | Other Undergraduate Students | 10,321 |
| | full-time  (estimate off IPEDS) | 9,501 |
| | part-time (estimate off  IPEDS) | 820 |
| | Grant & Scholarship Aid, All Undergraduate Students (**2019-2020**) | $   229,832,759 |
| | Pell Grants (only) | $    18,255,482 |
| | RIT - Main Campus, Number of Semesters | 2 |
| | Online Undergraduate Tuition per credit hour | $     1,034 |
| | Tuition per credit hour above 18 total hrs | $     1,131 |
| | Total tuition for 12-18 credit hours | $    21,323 |
| | Tuition per credit hour below 12 total hrs | $     1,616 |
| | Scenarios - Avg num of credit hours per part-time undergraduate student | 3 |

| | |
|---|---|
| % of 2020 Sp when classes took place as contracted | 50% |
| Average Number of Hours per Full-time students, assumption → | 15 |
| Prejudgment Interest -- Annual interest rate | 9% |
| Prejudgment Interest -- number of years, preliminary | 2 |

| ...ated based on average credit hours per part-time student estimated contingent on scenarios ...credit hour per part-time (P-T) student | |
| --- | --- |
| Est - 6 credit hrs per P-T student | Est - 9 credit hrs per P-T student |
| $ 210,541,319 | $ 214,517,067 |
| $ 105,788,639 | $ 105,788,639 |
| $ 152,448,286 | $ 154,992,174 |
| $ 105,270,659 | $ 107,258,533 |
| $ 76,224,143 | $ 77,496,087 |
| $ 104,752,680 | $ 108,728,428 |
| $ 75,706,164 | $ 78,965,982 |
| $ 29,046,516 | $ 29,762,446 |
| $ 5,463,650 | $ 5,598,316 |
| $ 34,510,166 | $ 35,360,762 |

92.05%
7.95%

6          9

|            | Peach    | Lemon    |
|------------|----------|----------|
| Sticker Pı | $20,000  | $20,000  |
| Discount   | $2,000   | $2,000   |
| Price      | $18,000  | $18,000  |
|            |          |          |
| Market V   | $20,000  | $15,000  |
| But-for P  | $18,000  | $13,000  |
|            |          |          |
| Damages    | $0       | $5,000   |