**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**

NICHOLAS BERGERON and NICK
QUATTROCIOCCHI, individually and on
behalf of others similarly situated,

                        Plaintiffs,

      v.

ROCHESTER INSTITUTE OF
TECHNOLOGY,

                    Defendant.

Case No. 6:20-cv-06283-CJS-MJP

**PLAINTIFFS' MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT
ROCHESTER INSTITUTE OF TECHNOLOGY'S MOTION FOR SUMMARY
JUDGMENT AND SUPPORTING DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 5.3 and Federal Rule of Civil Procedure 5.2, Plaintiffs Nicholas Bergeron and Nick Quattrociocchi moves this Court for an Order sealing Plaintiffs' Exhibits to their Opposition to RIT's Motion for Summary Judgment.

Plaintiffs request leave to file these documents under seal because they contain sensitive personal information about Plaintiffs, including Plaintiffs academic and financial information.

Dated: October 28, 2022

                    Respectfully Submitted,

                    **POULIN | WILLEY | ANASTOPOULO,
LLC**

                    BY: */s/Blake G. Abbott*
                    Roy T. Willey IV*
                    Eric M. Poulin*
                    Blake G. Abbott*
                    Paul J. Doolittle*

32 Ann Street
Charleston, SC 29403
Telephone: (843) 614-8888
Email: eric@akimlawfirm.com
roy@akimlawfirm.com
blake@akimlawfirm.com
pauld@akimlawfirm.com

-and-

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**LEEDS BROWN LAW, P.C.**

Michael A. Tompkins, Esq.
Anthony M. Alesandro
One Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550
aalesandro@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com

**CO-LEAD INTERIM COUNSEL FOR
THE PUTATIVE CLASS**

-and-

**FERR & MULLIN, P.C.**
Robert L. Mullin
7635 Main Street Fishers
P.O. Box 440
Fishers, NY 14453
Telephone: (585) 869-0210
Facsimile: 95850 869-0211
Email: rlmullin@ferrmullinlaw.com

-and-

**MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN LLP**

John M. Bradham*
444 Madison Avenue, 4th Floor
New York, NY 10022
Telephone: (212) 695-8050
Email: jbradham@msbllp.com

-and-

**TOPTANI LAW PLLC**

Edward Toptani*
375 Pearl Street, Suite 1410
New York, NY 10038
Telephone: (212) 699-8930
Email: edward@toptanilaw.com

-and-

**THE SULTZER LAW GROUP, P.C.**

Jason P. Sultzer, Esq.
Joseph Lipari, Esq.
Mindy Dolgoff, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com
dolgoffm@thesultzerlawgroup.com

-and-


**\*Admitted via *Pro Hac Vice***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record on October 28, 2022, using the Court's ECF system, which will send a notification of such filing.

*/s/Blake G. Abbott*