UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON and NICK QUATTROCIOCCHI, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>      Defendant. | Case No.: 6:20-cv-06283 |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby provide this notice of supplemental authority of one new opinion in COVID-19 tuition and fee refund actions in relation to Plaintiffs' Motion to Certify Class (Dkt No. 73) The recent decision in *Staubus v. Regents of the Univ. of Minnesota*, No. 27-cv-20-8546 (Minn. Dist. Ct. Nov. 9, 2022), a copy of which is attached hereto.

In *Staubus*, the Plaintiff-student filed a putative class action against his university, seeking refunds for mandatory fees. *Id.*, at 4. The Minnesota court certified a class consisting of "All individuals who were charged Mandatory Fees by the University of Minnesota for the Spring 2020 Semester." *Id.*, at 2. The court found that issues common include "whether a contract was formed between the University and its students… whether it breached its contract in March 2020 by denying on-campus access to various activities, facilities, and services." *Id.*, at 14. Additionally, the court found that typicality was met because "[t]he University of Minnesota is a single collegiate system with practices that are centralized and uniform in many relevant respects." *Id.*, at 20. As in *Staubus*, Plaintiffs common issues predominate over individualized issues and, because Rochester

1

Institute of Technology has centralized and uniform practices, Plaintiffs' claims are typical of the members of the putative class.

Plaintiffs respectfully submit that this decision further support their position in this matter in support of Plaintiffs' motion to certify the class.

Dated: November 10, 2022

Respectfully Submitted,

BY: */s/ Blake G. Abbott*
**POULIN | WILLEY | ANASTOPOULO, LLC**
Blake G. Abbott*
Paul J. Doolittle*
32 Ann Street
Charleston, SC 29403
Telephone: (843) 614-8888
Email: blake@akimlawfirm.com
         pauld@akimlawfirm.com
-and-

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

-and-

**LEEDS BROWN LAW, P.C.**
Michael A. Tompkins, Esq.
Anthony M. Alesandro
One Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550

aalesandro@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com

*CO-LEAD INTERIM COUNSEL FOR THE PUTATIVE CLASS*

-and-

**FERR & MULLIN, P.C.**
Robert L. Mullin
7635 Main Street Fishers
P.O. Box 440
Fishers, NY 14453
Telephone: (585) 869-0210
Facsimile: 95850 869-0211
Email: rlmullin@ferrmullinlaw.com

-and-

**MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN LLP**
John M. Bradham*
444 Madison Avenue, 4th Floor
New York, NY 10022
Telephone: (212) 695-8050
Email: jbradham@msbllp.com

-and-

**TOPTANI LAW PLLC**
Edward Toptani*
375 Pearl Street, Suite 1410
New York, NY 10038
Telephone: (212) 699-8930
Email: edward@toptanilaw.com

-and-

**THE SULTZER LAW GROUP, P.C.**
Jason P. Sultzer, Esq.
Joseph Lipari, Esq.
Mindy Dolgoff, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Tel: (845) 483-7100

Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com
dolgoffm@thesultzerlawgroup.com

**\*Admitted via *Pro Hac Vice***

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF.

*By: /s/Blake G. Abbott*