# EXHIBIT 2

## RIT0001781

# RIT | Rochester Institute of Technology

<span style="float:right;">🔍</span>

## Refund/Tuition Adjustment Policies

Official withdrawal from courses is required even if the student is not eligible for a tuition refund. The final grade is determined by the official withdrawal documentation.

Enrollment deposits are non-refundable.

## Full Time degree seeking Undergraduate and Graduate

It is the student's responsibility, not the instructor's, to assure that the University Withdrawal or Leave of Absence Form has been completed and submitted to the home academic department.

Acceptable reasons for withdrawal with refund/tuition adjustment during the term:

### Full Tuition Refund/Adjustment

- Active military service: Students who withdraw to enter military service prior to the end of the term are eligible for a 100% adjustment of tuition and adjustable fees for courses not completed. Documentation of such military services must be provided from the appropriate military official.
- Academic reasons: Students sometime register before grades from the previous term are available. If such a student later finds that he/she is subject to academic suspension, or has failed prerequisites, the student will be given a full tuition adjustment upon withdrawal.

RIT0001781

**Partial Tuition Refund/Adjustment**

The student must Officially Withdraw from all courses or take a leave of absence from the University, in order to be eligible for a partial tuition adjustment. A partial tuition adjustment will be made during a term, in accordance with the schedule shown below, if withdrawal/leave of absence is necessitated for one of the following reasons:

- illness, certified by the attending physician, causing excessive absence from classes;
- withdrawal for academic reasons at the request of the University during a term;
- transfer by employer, making class attendance impossible;
- withdrawal for academic or personal reasons at the request of the student, approved by the student's advisor or department representative, and Student Financial Services.

# Part Time degree seeking Undergraduate/Graduate and non-degree students

The student must arrange to drop or withdraw from courses. It is the student's responsibility (not the instructor's) to ensure the course drop or withdrawal paperwork is properly processed. A partial tuition adjustment will be made during the term, based on the date of withdrawal, in accordance with the schedule shown below.

If charges are reduced due to withdrawal, Financial aid programs are reimbursed before a cash refund is issued to the student. The student is responsible for any unpaid balance at the time of withdrawal. Aid programs are reimbursed in the following sequence: Federal Direct Loans, Perkins Loans, Federal Pell Grants, Federal SEOG, other federal aid, state aid, and institutional aid. If a credit balance still remains, the student is then issued a refund.

# Tuition Protection Plan

RIT0001782

RIT has partnered with GradGuard to make the Tuition Protection Plan available to our students and families. Each year, thousands of students nationwide face the difficult decision of whether to withdraw when something unexpected happens. Depending upon the time of withdrawal, many may only receive a partial refund. The GradGuard Tuition Protection Plan enhances RIT's existing refund policy.

The Tuition Protection Plan was designed with students and parents in mind. The Plan can reimburse tuition payments, room and board, fees, and other non-refundable college expenses if a student needs to withdraw any time during the semester for any covered reason such as illness, injury or psychological condition.

Learn more at GradGuard.com/Tuition/RIT

Questions or comments regarding tuition and required fee charge and refund structures are welcome to be submitted to Student Financial Services.

## Full Summer 2198 Term Tuition Refund/Adjustment Schedule

| Last Date of Attendance | Tuition and Required Fees Adjustment |
|---|---|
| Prior to the start of classes | 100% |
| Week 1 (May 14 - May 21) | 90% |
| Week 2 (May 22 - May 28) | 75% |

RIT0001783

| | |
|---|---|
| Week 3 (May 29 - June 4) | 50% |
| Week 4 (June 5 - Jule 11) | 25% |
| After week 4 (after June 11) | 0% |

# 6 Week Session I Summer 2198 Term Tuition Refund/Adjustment Schedule

| Last Date of Attendance | Tuition and Required Fees Adjustment |
|---|---|
| Prior to the start of classes | 100% |
| Week 1 (May 14 - May 21) | 50% |
| Week 2 (May 22 - May 28) | 25% |
| After week 2 (after May 29) | 0% |

# 6 Week Session II Summer 2198 Term Tuition Refund/Adjustment Schedule

RIT0001784

| Last Date of Attendance | Tuition and Required Fees Adjustment |
| --- | --- |
| Prior to the start of classes | 100% |
| Week 1 (June 29 - July 6) | 50% |
| Week 2 (July 7 - July 13) | 25% |
| After week 3 (after July 13) | 0% |

# 7 Week Session Summer 2198 Term Tuition Refund/Adjustment Schedule

| Last Date of Attendance | Tuition and Required Fees Adjustment |
| --- | --- |
| Prior to the start of classes | 100% |
| Week 1 (May 14 - May 21) | 75% |
| Week 2 (May 22 - May 28) | 50% |
| Week 3 (May 29 - June 4) | 25% |

RIT0001785

After week 3 (after June 4)    0%

# Full Spring 2195 Term Tuition Refund/Adjustment Schedule

| Last Date of Attendance | Tuition and Required Fees Adjustment |
|---|---|
| Prior to the start of classes | 100% |
| Week 1 (January 13 - January 21) | 90% |
| Week 2 (January 22 - January 28) | 75% |
| Week 3 (January 29 - February 4) | 50% |
| Week 4 (February 5 - February 11) | 25% |
| After week 4 (after February 11) | 0% |

# 7 Week Session I Spring 2195 Term Tuition Refund/Adjustment Schedule

RIT0001786

| Last Date of Attendance | Tuition and Required Fees Adjustment |
|---|---|
| Prior to the start of classes | 100% |
| Week 1 (January 13 - January 21) | 75% |
| Week 2 (January 22 - January 28) | 50% |
| Week 3 (January 29 - February 4) | 25% |
| After week 3 (after February 4) | 0% |

# 7 Week Session II Spring 2195 Term Tuition Refund/Adjustment Schedule

| Last Date of Attendance | Tuition and Required Fees Adjustment |
|---|---|
| Prior to the start of classes | 100% |
| Week 1 (March 16 - March 22) | 75% |
| Week 2 (March 23 - March 29) | 50% |

RIT0001787

Case 6:20-cv-06283-CJS-MJP Document 90-1 Filed 11/11/22

| | |
|---|---|
| Week 3 (March 30 - April 5) | 25% |
| After week 3 (after April 5) | 0% |

# Exceptions to the above tuition refund/adjustment schedule

RIT Online students from the State of Maryland
Military Tuition Assistance

Any student who intentionally defrauds or attempts to defraud the University of tuition, fees, or other charges; or who gives false information in order to obtain financial aid is subject to legal liability, prosecution and University disciplinary action.

## Finance & Administration

F&A Leadership

Financial Services

Risk Management

Employment Services

Business Services

RIT0001788

Connect

Behind the Bricks

Our team of students provides you with a unique behind the scenes peek at the Finance & Administration division at RIT. Join the conversation "Behind the Bricks!"

   

© 2020 Rochester Institute of Technology | All Rights Reserved | Disclaimer | Copyright Infringement | Privacy Policy

RIT0001789