# EXHIBIT 3

**RIT0001945**

**From:** RIT Message Center <msgctr@rit.edu> on behalf of RIT Message Center <msgctr@rit.edu>
**To:** msgctr@rit.edu
**Sent:** 3/16/2020 9:07:54 PM
**Subject:** Coronavirus updates: Housing, campus operations, continuing coursework



# Coronavirus updates:

# Housing, campus operations, continuing coursework

Official federal, state, and local response and guidance on dealing with the Novel Coronavirus (COVID-19) is changing rapidly as the outbreak progresses. We will do our best to keep you informed of what you need to know regarding RIT's response. We remind you that your best resource for that information is our dedicated website, www.rit.edu/coronavirus. Please check this website on a daily basis, which includes updates to Frequently Asked Questions.

In today's update, we will give the latest information on:

- Housing
- Campus operations, including what is open and what is closed
- Continuing coursework for students and faculty

**Housing:**

Students residing in university housing must vacate their assigned space **no later than April 5, and preferably before that.** Those with extenuating circumstances, who cannot leave and have no safe place to go, should indicate that in their Spring Residential Plan in order to make arrangements.

RIT0001945

RIT Housing has requested that all students fill out the Spring Residential Plan on the **mylife portal** where they can indicate when they will be on campus to retrieve their belongings.

For the latest answers to questions about move-out procedures, go to Frequently Asked Questions on Housing.

## Campus operations:

While RIT has closed spaces that invite large groups of people, including the Student Life Center, Red Barn and Global Village retail areas, many campus services will continue this week, but often on modified hours of procedures. A current list of such services, including dining, transportation, mail and package retrieval, library and credit union services, is available online.

RIT's Student Health Center will be open this week from 8 a.m. to 4:30 p.m. Students feeling unwell should call 585-475-2255 to make an appointment. A nurse is on-call after hours and can reach our physician for urgent questions. Students will be screened over the phone regarding recent travel and symptoms. Non-urgent care is also available, but for your convenience and safety, it's best to call first.

A call center has been set up to handle a variety of questions. The number is 585-475-3500 or 1-833-323-0002, and it operates from 9 a.m. to 9 p.m. (EST) seven days per week. A webform is also available to direct questions to the Call Center.

## Continuing coursework for students and faculty:

RIT has made academic continuity a priority so that no student's academic progress is hindered by the virus outbreak. We previously announced no in-person instruction for the remainder of the spring semester, with plans to transition to alternative methods on Monday, March 23.

Each college is holding training (using remote technology and/or safe social distancing) this week to

RIT0001946

help faculty prepare courses for this change.

Faculty have been told to notify students of their specific course delivery plans no later than Friday, March 20. The academic calendar remains the same, with final exams running April 29-May 6 and final grades due by May 8.

## For more information:

Please know we recognize these are unprecedented, challenging and stressful times. RIT is doing its best to provide you with information and answers in a timely matter, with health and safety, and academic continuity being our immediate priorities. For additional questions, please consult the Q&A section of www.rit.edu/coronavirus. If your question is not answered there, use the dedicated call center at 585-475-3500 or 1-833-323-0002, from 9 a.m. to 9 p.m. EST, or send an email to coronavirusresponse@rit.edu.



rit.edu

### CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or the agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

This RIT message was sent by the *my*RIT Message Center to the members subscribed to the category *Important University Announcements - Important University Announcements*. If you would like to opt-out of a category of communications then please visit your *my*RIT Message Center at http://messagecenter.rit.edu/messageBoard/#!/prefs to indicate your preferences.

RIT Privacy Policy: http://www.rit.edu/academicaffairs/policiesmanual/c070

Please do not respond to this email. Replies to this email will not be read or responded to. Please use the contact information provided in the email.

RIT0001947

RIT0001948