# EXHIBIT 4

**RIT 0001157**

**Undergraduate Official Academic Transcript**

**Name:**        Nicholas Bergeron
**University ID:**    829002796

### 2018-19 Fall

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ISTE | 499 | Undergraduate Co-op | 0.000 | 0.000 | S | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 0.000 | Term | 0.000 | 0.000 | 0.000 | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.390 | Cumulative | 82.000 | 71.000 | 67.000 | 160.001 |
| | | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
| | | Combined | 85.000 | 74.000 | 67.000 | 160.001 |

### 2018-19 Spring

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| COMM | 142 | Intro Technical Communication | 3.000 | 3.000 | A- | 11.001 |
| ISTE | 240 | Web&MobileII | 3.000 | 3.000 | D | 3.000 |
| NSSA | 244 | Virtualization | 3.000 | 3.000 | B- | 8.001 |
| NSSA | 322 | Systems Administration II | 3.000 | 3.000 | A- | 11.001 |
| NSSA | 425 | DataCenterOperations | 3.000 | 3.000 | B | 9.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 2.800 | Term | 15.000 | 15.000 | 15.000 | 42.003 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.460 | Cumulative | 97.000 | 86.000 | 82.000 | 202.004 |
| | | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
| | | Combined | 100.000 | 89.000 | 82.000 | 202.004 |

### 2018-19 Summer

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ISTE | 499 | Undergraduate Co-op | 0.000 | 0.000 | S | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 0.000 | Term | 0.000 | 0.000 | 0.000 | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.460 | Cumulative | 97.000 | 86.000 | 82.000 | 202.004 |
| | | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
| | | Combined | 100.000 | 89.000 | 82.000 | 202.004 |

### 2019-20 Fall

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ISTE | 260 | DesigningTheUserExperience | 3.000 | 3.000 | B+ | 9.999 |
| ISTE | 430 | InformationRequirementsModelin | 3.000 | 3.000 | C | 6.000 |
| ISTE | 500 | SeniorDevelopmentProjectI | 3.000 | 3.000 | A | 12.000 |
| NSSA | 320 | ConfigurationManagement | 3.000 | 3.000 | A | 12.000 |
| PHIL | 401 | Great Thinkers | 3.000 | 3.000 | C+ | 6.999 |
| | | Topic: The Zen Masters | | | | |
| WHLS | 10 | CPR and First Aid | 0.000 | 0.000 | S | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.130 | Term | 15.000 | 15.000 | 15.000 | 46.998 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.570 | Cumulative | 112.000 | 101.000 | 97.000 | 249.002 |
| | | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
| | | Combined | 115.000 | 104.000 | 97.000 | 249.002 |

### 2019-20 Spring

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| CRIM | 245 | Prostitution and Vice | 3.000 | 3.000 | A | 12.000 |
| ISTE | 501 | SeniorDevelopmentProjectII | 3.000 | 3.000 | B- | 8.001 |
| NSSA | 422 | StorageArchitectures | 3.000 | 3.000 | B+ | 9.999 |
| PHIL | 416 | Seminar in Philosophy | 3.000 | 3.000 | B | 9.000 |
| | | Topic: Phil and Environmental Policy | | | | |
| PHYS | 111 | College Physics I | 4.000 | 4.000 | PE | 0.000 |
| PSYC | 101 | Introduction to Psychology | 3.000 | 3.000 | SE | 0.000 |
| WREC | 19 | Bowling/off-campus | 0.000 | 0.000 | S | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.250 | Term | 19.000 | 19.000 | 12.000 | 39.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 2.640 | Cumulative | 131.000 | 120.000 | 109.000 | 288.002 |
| | | Transfer/Test | 3.000 | 3.000 | 0.000 | 0.000 |
| | | Combined | 134.000 | 123.000 | 109.000 | 288.002 |

CONFIDENTIAL

RIT0001157