# EXHIBIT 5

## RIT0001414

**Effective immediately, and until further notice, all in-person, RIT sponsored or hosted events, activities and meetings with 50 or more attendees, in venues both on and off campus, must be postponed, canceled or offered virtually using teleconferencing or other distance technologies.**

Unfortunately, this decision requires us to cancel Imagine RIT, which had been set for April 25th. While this is indeed disappointing, it is clearly in the community's best interest, as this festival requires hours of student collaboration to create exhibits and draws tens of thousands of visitors to campus, something we simply cannot risk undertaking.

**Commencement is among the most important days in the life of the university and we understand how important this celebration is to graduates and their guests. We will have an answer by April 3 as to whether it will be safe to hold commencement ceremonies on campus.**

**We realize all this news is distressing, especially to those students who were finishing their final years here at RIT. What should have been a warm, celebratory time has become a time of anxiety and uncertainty. Please know we share your disappointment, and RIT leadership is working on ways we can bring you back together to celebrate your significant accomplishments once the coronavirus issues are well behind us. At this time, we cannot promise it will be the scheduled weekend in May, but we will let you know as soon as we can.**

RIT0001414