# EXHIBIT 7

## RIT0001269- 1270

## Undergraduate Official Academic Transcript

**Name:** **Nicholas Quattrociocchi**
**University ID:** **321008526**

Print Date: 2020-08-18

Send To:
For Office Use Only
Attn: Marilyn Schleyer
Rochester, NY 14623

Plan: Bachelor of Science in Mechanical Engineering Mechanical Engineering (BS)

Subplan: Combined BS/ME Degree in Mechanical Engineering

2020-06-10: Active in Program
Program: UGRD Engineering

Plan: Bachelor of Science in Mechanical Engineering Mechanical Engineering (BS)

Subplan: Combined BS/ME Degree in Mechanical Engineering

### Transfer Credits

**Transfer Credit from Saint John Fisher College**
Applied Toward UGRD Computing & Info Sciences

| | Attempted | Earned | Points |
|---|---|---|---|
| Transfer Totals: | 28.000 | 28.000 | 0.000 |

**Transfer Credit from Monroe Community College**
Applied Toward UGRD Computing & Info Sciences

| | Attempted | Earned | Points |
|---|---|---|---|
| Transfer Totals: | 44.000 | 40.000 | 0.000 |

### Academic Program History

2018-07-25: Admitted
Program: UGRD Computing & Info Sciences

Plan: Bachelor of Science in Software Engineering

2019-05-15: Active in Program
Program: UGRD Engineering

Plan: Bachelor of Science in Mechanical Engineering

2020-05-22: Active in Program
Program: UGRD Engineering

### Beginning of Undergraduate Record

#### 2018-19 Fall

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| COMM | 253 | Communication | 3.000 | 3.000 | B- | 8.001 |
| CSCI | 141 | Computer Science I | 4.000 | 4.000 | A | 16.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.430 | Term | 7.000 | 7.000 | 7.000 | 24.001 |
| | | Transfer/Test | 68.000 | 68.000 | 0.000 | 0.000 |
| | | Combined | 75.000 | 75.000 | 7.000 | 24.001 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.430 | Cumulative | 7.000 | 7.000 | 7.000 | 24.001 |
| | | Transfer/Test | 68.000 | 68.000 | 0.000 | 0.000 |
| | | Combined | 75.000 | 75.000 | 7.000 | 24.001 |

#### 2018-19 Spring

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| CSCI | 142 | Computer Science II | 4.000 | 4.000 | A- | 14.668 |
| MATH | 190 | Discrete Math for Computing | 3.000 | 0.000 | W | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.670 | Term | 7.000 | 4.000 | 4.000 | 14.668 |

RIT0001269

## Undergraduate Official Academic Transcript

**Name:** Nicholas Quattrociocchi
**University ID:** 321008526

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.520 | Cumulative | 14.000 | 11.000 | 11.000 | 38.669 |
| | | Transfer/Test | 68.000 | 68.000 | 0.000 | 0.000 |
| | | Combined | 82.000 | 79.000 | 11.000 | 38.669 |

### 2019-20 Fall

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ANTH | 103 | Archaeology and the Human Past | 3.000 | 3.000 | A- | 11.001 |
| MATH | 326 | Boundary Value Problems | 3.000 | 3.000 | B | 9.000 |
| MECE | 110 | Thermodynamics I | 3.000 | 3.000 | B- | 8.001 |
| MECE | 305 | Materials Science with Apps | 3.000 | 3.000 | A- | 11.001 |
| MECE | 306 | Materials Science Apps Lab | 1.000 | 1.000 | A | 4.000 |

Other Credits Applied Toward UGRD Engineering

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| EGEN | 99 | Engineering Co-op Preparation | 0.000 | 0.000 | WV | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.310 | Term | 13.000 | 13.000 | 13.000 | 43.003 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.400 | Cumulative | 27.000 | 24.000 | 24.000 | 81.672 |
| | | Transfer/Test | 68.000 | 68.000 | 0.000 | 0.000 |
| | | Combined | 95.000 | 92.000 | 24.000 | 81.672 |

### 2019-20 Spring

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| MATH | 251 | Probability and Statistics I | 3.000 | 3.000 | SE | 0.000 |
| MECE | 204 | Strength of Materials I Lab | 1.000 | 1.000 | SE | 0.000 |
| MECE | 320 | System Dynamics | 3.000 | 3.000 | SE | 0.000 |
| MECE | 348 | Contemporary Issues | 3.000 | 3.000 | A- | 11.001 |
| | | Topic: Mechanical Engineering | | | | |
| MECE | 620 | Intro to Optimal Design | 3.000 | 3.000 | A- | 11.001 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.670 | Term | 13.000 | 13.000 | 6.000 | 22.002 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.460 | Cumulative | 40.000 | 37.000 | 30.000 | 103.674 |
| | | Transfer/Test | 68.000 | 68.000 | 0.000 | 0.000 |
| | | Combined | 108.000 | 105.000 | 30.000 | 103.674 |

### 2019-20 Summer

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| CSCI | 243 | The Mechanics of Programming | 3.000 | 3.000 | B+ | 9.999 |
| MECE | 689 | Grad.Lower Level Special Topic | 3.000 | 3.000 | A | 12.000 |
| | | Topic: Matlab/Sim. & Adv Sys Theory | | | | |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.670 | Term | 6.000 | 6.000 | 6.000 | 21.999 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | 3.490 | Cumulative | 46.000 | 43.000 | 36.000 | 125.673 |
| | | Transfer/Test | 68.000 | 68.000 | 0.000 | 0.000 |
| | | Combined | 114.000 | 111.000 | 36.000 | 125.673 |

**Undergraduate Career Totals**

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| | | Cumulative | 46.000 | 43.000 | 36.000 | 125.673 |
| | | Transfer/Test | 68.000 | 68.000 | 0.000 | 0.000 |
| Cumulative GPA | 3.490 | Combined | 114.000 | 111.000 | 36.000 | 125.673 |

RIT0001270