# EXHIBIT 9

**https://web.archive.org/web/20191014184904/https://www.rit.edu/ritonline/why-choose-rit-online.**

The Wayback Machine - https://web.archive.org/web/20191014184904/https://www.rit.edu/ritonline/why-choose-rit-online



Directories   Search RIT

**COURSES**   **PROGRAMS**   **ABOUT**   **HOW IT WORKS**   **CONTACT**

## Why Choose RIT Online

CONTACT

Same accreditation. Same Faculty. Same Prestige.

RIT has been engaging students in distance learning for more than 38 years. Our online courses and programs have the same objectives, rigorous workload and expert RIT faculty as taught on campus. Yet our online courses are delivered in a flexible manner that allows you to better balance the demands of work, family, and school. Need more reasons why to choose RIT Online? Here are some of the reasons we hear from our current students.

**CAREER FOCUSED PROGRAMS**

Case 6:20-cv-06283-CJS-MJP    Document 90-8    Filed 11/11/22    Page 3 of 8

As a career-focused university, RIT academic programs feature distinct and diverse opportunities to apply education to real-world problems and projects. RIT graduates find that their employment prospects are bright because career-related work experience is built into their academic programs.

- RIT courses are taught by experienced faculty with relevant knowledge from industry

- RIT builds online programs based on real-time employer demand

- We offer over 30 undergraduate and graduate programs online

- RIT uses sophisticated internal and external research methods to identify demand

- We can gauge the size of occupational markets, align curriculum, and outline career paths

- Most RIT programs have an industry advisory board with whom they meet regularly

- RIT advisory boards ensure that the program curriculum is current with industry needs and standards

- RIT has the fourth-oldest and one of the largest cooperative education programs in the world

- RIT annually places over 4,300 students with 2,200+ employers across the U.S. and overseas

- RIT career counselors are available to support academic and professional success for all RIT students

Learn more about RIT's career services.

---

**REDUCED TUITION RATE**

RIT has discounted the tuition rate to new students to make an online education affordable. Graduate students receive a 43% discount off the standard graduate tuition rate, and undergraduate students receive a 36% discount off the standard part-time undergraduate tuition rate.

The same faculty that teach on-campus also teach our online courses. You will receive the same RIT credential as traditional on-campus graduates, yet you will pay a lower online tuition rate.

We feel strongly that any qualified student should be able to consider RIT regardless of cost. While RIT scholarships and RIT grants are not available to students awarded the lower RIT Online tuition rate, we offer a full range of traditional financial aid programs and a number of innovative financing plans.

Learn more about online tuition.

## ACCELERATED PROGRAMS & FLEXIBLE STARTING POINTS

- RIT offers multiple start times throughout the year so you can start when it is convenient for you

- We offer over 30 undergraduate and graduate programs online

- You can apply to a program anytime and start courses in May, August, October, January or March

- RIT offers semester length and accelerated options so you can choose what works best for you

- RIT offers asynchronous learning so you can find online courses that fit your busy schedule

- RIT has many transfer-friendly online programs which can shorten time to degree completion

- RIT annually places over 4,300 students with 2,200+ employers across the U.S. and overseas

- RIT Online has dedicated advisors to help you plan an academic path at RIT that works with your life

Connect with our concierge about your scheduling needs.

**STRONG JOB PLACEMENT RATE**

As a career-focused university, RIT academic programs feature distinct and diverse opportunities to apply education to real-world problems and projects. RIT graduates find that their employment prospects are bright because career-related work experience is built into their academic programs.

- 95% of RIT graduates enter the workforce or continue to go on for further education

- RIT alums hail from more than 147 countries and work for more than 3,723 employers

- RIT has the fourth-oldest and one of the largest cooperative education programs in the world

- RIT annually places over 4,300 students with 2,200+ employers across the U.S. and overseas

- RIT career counselors are available to support academic and professional success for all RIT students

Learn more about RIT's career services.

---

**CUSTOMIZED CAREER PATHS**

Students with substantial work experience in a specific field may receive academic credit for their life experience. Our process is designed to enable people who have acquired a significant amount of knowledge and skill, i.e., "experience," to earn college credit for that experience. Credit earned can be applied to a specialize degree program through the RIT School of Individualized Study (SOIS) that helps to accelerate the process of earning a Bachelor's degree. The experience considered for this process does not have to come from a formal educational experience, like a college course.

Learn more about credit for experience.

---

**CREDIT FOR EXPERIENCE**

RIT offers bachelors and masters degrees that are fully customizable through the School of Individualized Study (SOIS). Students work one-on-one with an SOIS academic advisor to design their program.

These programs allow you to select professional concentrations from a broad range of RIT programs and departments. For example, you might design a program that combines concentrations in project management, public policy, and general business. Or, you might design a program with concentrations in imaging science, color science, and software development. Each program can be as unique as the individual pursuing it and RIT Online will deliver a career- optimized degree.

Learn more about customizable degrees.

### CONCIERGE SERVICES

Right now you may be considering an online program at RIT and are curious about things like course and program options, registration and admission, transfer credits, placement rates upon graduation, costs and financial aid, or how soon you can get started.

While our website provides plenty of self-serve resources for you to find information, it's always nice to engage with a person who has more information than what appears on a screen. That's why we have people waiting to assist you, personally. There is no commitment associated with talking to our concierge, so please don't hesitate to contact us. We can help you make an informed decision, whether or not you choose to study at RIT.

The benefits of our concierge services don't stop here. If you choose to become a student in one of RIT's online courses or programs, the concierge support services continue. As an online student, you may seek help to navigate matters like academic support, forming study groups, finding a job after graduation, or accessing the library's resources. Our concierge services are available to you throughout your academic career at RIT. We will get you what you need, when you need it.

Learn more about RIT's concierge services.

**RIT ONLINE (VIRTUAL) CAMPUS**

Learning online may be new for you, but it is not for us. Our 38 years of experience assisting distance learners, researching user data, and analyzing online student needs helped us create a superior support tool for online education at RIT. We have built a virtual campus experience specifically for the busy adult learner. We filter out campus noise and other distractions to bring you fresh, dynamic, customized content that's relevant to you.

We are set up to provide personalized support, in and outside the "classroom", every step of the way during your academic experience. Just as you might visit the office of a faculty member on campus or stop by the coffee shop to collaborate on a team project, we bring those experiences to you online. The RIT Online Campus features RSS feeds from your faculty members, orientation materials, academic resources, a direct connection to our Concierge, an online café for discussions with your fellow students from around the world, a video channel, and much more.

Whether you are taking one course or pursuing a full degree online, as a distance learner, you will have exclusive access to the RIT Online Campus. By logging in with your RIT computer account, you will find yourself immersed in a community designed for online learners. You will have access to exclusive content, including moderated discussions, lectures, and inspired talks from faculty members and guest speakers.

Learn more about the RIT Online Campus.

---

**RANKINGS AND RECOGNITION**

Don't just take our word for it. Our reputation as one of the world's top universities has been acknowledged by many leading college guides, industry, and internationally respected publications. As you search for the right university, consider what others have to say about RIT.

- For over 30 years, RIT has been recognized for educational quality and value in U.S. News & World Report, and has traditionally been listed among the top 10 universities in the region

- TheBestSchools.org ranked RIT the top online college in New York State, and 11th in its ranking of Best Online Colleges 2015

- OnlineColleges.net ranked RIT No. 1 among the "Best Online Colleges in New York" in 2015

- Listed in Forbes Magazine as one of America's Best Colleges

- Listed in 2016 Princeton Review's "Best 380 Colleges" and "Best Northeastern Colleges"

- RIT's College of Business named to The Princeton Review's "The Best 296 Business Schools" in 2015

Learn more about why you should choose RIT.

  

CALENDAR     CONCIERGE     TUITION     FAQ     BLOG     PRESSROOM     X