# EXHIBIT 10

**Nicholas Bergeron's 2019-2020 Cost of Attendance**



R·I·T  Rochester Institute of Technology

Directories   RIT Search   RIT Home

## eServices

Welcome, Nicholas Bergeron

Account View: Nicholas Bergeron | UID: 829002796

Print    Logout

Financial Services

Student Records

Dining Accounts

**Financial Aid & Scholarships**

My Summary

FAFSA

Additional Requirements

Financial Aid Award

Loan Documents

Report Other Aid

Cost of Attendance ➡

Calculate Budget

Useful Links

Third Party Access

Contact Us

Viewing Aid Year:  2019–2020 ▼

## Cost of Attendance

| | |
|---|---|
| Books | $1,098.00 |
| Fees | $646.00 |
| Housing | $7,902.00 |
| Loan Origination | $44.00 |
| Meals | $5,638.00 |
| Personal | $636.00 |
| Transportation | $310.00 |
| Tuition | $42,646.00 |
| **Total** | **$58,920.00** |

Calculate Your Budget »