# EXHIBIT 11

**https://web.archive.org/web/20200202063032/https://www.rit.edu/ritonline/ why-choose-rit-online**

The Wayback Machine - https://web.archive.org/web/20200202063032/https://www.rit.edu/ritonline/why-choose-rit-online



RIT | Rochester Institute of Technology                                    Directories    Search RIT

ROCHESTER INSTITUTE OF TECHNOLOGY
# RIT**ON**LINE

COURSES    PROGRAMS    ABOUT    HOW IT WORKS    CONTACT

## Why Choose RIT Online

Same accreditation. Same Faculty. Same Prestige.

**CONTACT**

RIT has been engaging students in distance learning for more than 38 years. Our online courses and programs have the same objectives, rigorous workload and expert RIT faculty as taught on campus. Yet our online courses are delivered in a flexible manner that allows you to better balance the demands of work, family, and school. Need more reasons why to choose RIT Online? Here are some of the reasons we hear from our current students.

▼    CAREER FOCUSED PROGRAMS

▲    REDUCED TUITION RATE

**Affortable tuition.** To make online education more affordable, RIT has discounted the online tuition rate for new students enrolled in a degree program. Graduate students enrolled in most degree programs receive a 43% discount off the standard graduate tuition rate, and undergraduate students enrolled in most degree programs receive a 36% discount off the standard part-time undergraduate tuition rate. Students not enrolled in a degree program are not eligible for the RIT Online tuition rate.

**Affortable tuition.** World-class education. You will take classes with the same distinguished faculty who teach on-campus classes, and receive the same esteemed degree as your on-campus peers. Our degree programs meet real-time employer demand, ensuring your return on investment.

Any qualified student should be able to consider RIT regardless of cost. While RIT scholarships and RIT grants are not available to students awarded the lower RIT Online tuition rate, we offer a full range of traditional financial aid programs and a number of innovative financing plans.

Learn more about online tuition.

▼    ACCELERATED PROGRAMS & FLEXIBLE STARTING POINTS

▼    STRONG JOB PLACEMENT RATE

▼    CUSTOMIZED CAREER PATHS

▼    CREDIT FOR EXPERIENCE

▼    CONCIERGE SERVICES

▾     RIT ONLINE (VIRTUAL) CAMPUS

▾     RANKINGS AND RECOGNITION

  

CALENDAR     CONCIERGE     TUITION     FAQ     BLOG     PRESSROOM     RIT**X**