# EXHIBIT 12

## RIT0001868

# RIT | Rochester Institute of Technology

🔍

## RIT Online 2019-2020

Graduate students with an admit date of fall 2014 or later that have been identified as pursuing their education entirely online by the Admissions Office or the Office of RIT Online are eligible to be assessed tuition at the online rate, excluding Online Executive MBA, MS Product Development and MS Manufacturing Leadership programs.

Undergraduate students with an admit date of fall 2015 or later that have been identified as pursuing their education entirely online by the Admissions Office or the Office of RIT Online are eligible to be assessed tuition at the online rate.

Online students awarded the RIT Online tuition rate may still receive financial aid award including federal government, state government, and specialized tuition assistance programs.

| Courses | Rate |
| --- | --- |
| Graduate RIT Online | $1,129 per credit hour |
| Undergraduate RIT Online | $1,034 per credit hour |

Students awarded the RIT Online tuition rate are not eligible to receive:

- RIT Merit Scholarships
- RIT Grants
- Graduate Internship Rate, as this only applies if awarded the standard RIT Graduate tuition rate
- Course Audit Rate, as this only applies if awarded the standard RIT Graduate tuition rate

RIT0001868

Online students awarded or applying for the following are not eligible to receive the RIT Online tuition rate:

- Rochester Regional Health (RRH) Employee Tuition Benet
- National Technical Institute for the Deaf (NTID) tuition rate
- Professional Re-employment Education Program (PREP)

## Finance & Administration

F&A Leadership          Employment Services

Financial Services         Business Services

Risk Management

## Connect

Behind the Bricks

Our team of students provides you with a unique behind the scenes peek at the Finance & Administration division at RIT. Join the conversation "Behind the Bricks!"

   

© 2020 Rochester Institute of Technology | All Rights Reserved | Disclaimer | Copyright Infringement | Privacy Policy

RIT0001869