# EXHIBIT 15

https://web.archive.org/web/20200229190302/https://www.rit.edu/rit-life.

**RIT**    Faces of RIT    Student Life    Events / Traditions    Diversity    Athletics / Recreation    **Dining / Retail**    Living on Campus    Rochester

Shop One

## Living on Campus









Housing

Residence Life

Special Interest Housing

On Campus Housing:
Lifestyle Floors