# EXHIBIT 16

**(https://web.archive.org/web/20200229190302/https://www.rit.edu/rit-life)**



**RIT**  Faces of RIT    Student Life    Events / Traditions    **Diversity**    Athletics / Recreation    Dining / Retail    Living on Campus    Rochester



**Diversity Education Programs**

**Multicultural Resources**

## Athletics and Recreation



**Athletics**          **Club Sports**          **Intramurals**          **Recreation Facilities**