# EXHIBIT 17

**(https://web.archive.org/web/20200229190302/https://www.rit.edu/rit-life)**

RIT    Faces of RIT    Student Life    Events / Traditions    Diversity    Athletics / Recreation    **Dining / Retail**    Living on Campus    Rochester

# Dining and Retail



**Places to Eat**



**Dining Hours and Menus**



**Bookstore**



**Global Village**

