# EXHIBIT 18

**(https://web.archive.org/web/20200229190302/https://www.rit.edu/rit-life)**

RIT

Faces of RIT     Student Life     **Events / Traditions**     Diversity     Athletics / Recreation     Dining / Retail     Living on Campus     Rochester

## Campus Events and Traditions



**RIT Events Calendar**



**Brick City Homecoming & Family Weekend**



**Imagine RIT: Creativity and Innovation Festival**



**FreezeFest Winter Festival**



