# EXHIBIT 20

**(https://web.archive.org/web/20220901054617/https://www.rit.edu/experiential-learning)**



**RIT** / **Experiential Learning** / Overview of Experiential Learning

## Where learning becomes practice – you become a professional.

At RIT, experiential learning enables students to apply what they've learned through lectures, labs, assignments, and projects to a variety of rich experiences outside the classroom. These meaningful exchanges expand students' knowledge and broaden their perspectives by refining their professional and intellectual competencies, cultivating their leadership abilities, advancing their career development, and further developing their talents.