# EXHIBIT 21

**(https://web.archive.org/web/20200229185412/https://www.rit.edu/admissions/
tuition-and-fees)**



# Cost of Attendance

**Undergraduate students entering Fall 2020 (estimated)**    ⊕

**Undergraduate students who entered Fall 2019**    ⊖

**Costs for academic year 2019-2020.**

Costs for academic year 2020-2021 will be available in February.

| Billable Costs | Resident |
|---|---|
| Tuition | $45,244 |
| Student Activities Fee | $296 |
| Student Health Services Fee | $350 |
| Room (Double) | $7,902 |
| Meals ⓘ | $5,638 |
| **Total Estimated Billed Expenses** | **$59,430** |

**Estimated Other Expenses**

| Books, personal expenses, and transportation | $2,088 |
|---|---|