# EXHIBIT 22(a)

## (2019 – 2020 RIT Graduate Bulletin)

## RIT0000148 - 211

# Preparing you for an outstanding educational experience



**Graduate Bulletin** | 2019-20

RIT

RIT0000148

# Rochester Institute of Technology

## 2019–20 Academic Calendar

† The Add/Drop period is the first seven class days, excluding Sundays and holidays, of the Fall, Spring, and full Summer terms.

\* Friday of the 11th week of classes.

\*\* 80% point in time

RIT does not discriminate. RIT promotes and values diversity within its workforce and provides equal opportunity to all qualified individuals regardless of race, color, creed, age, marital status, sex, gender, religion, sexual orientation, gender identity, gender expression, national origin, veteran status, or disability.

For Title VI, Title IX, and Section 504/Title II ADA inquiries, contact Judy Bender, Title IX/504 Officer at 585-475-4315, jebpsn@rit.edu, 5000 Eastman Hall, or go to http://www.rit.edu/fa/humanresources/Diversity/TitleIX for more information.

©2019 Rochester Institute of Technology. All rights reserved. RIT is a registered trademark of Rochester Institute of Technology.

## Fall Semester (2191)

**August 17 - 19**
International Student Move-in and Orientation

**August 20 - 25**
New Student Move-in and Orientation

**August 26**
Day, evening, and online classes begin
First day of Add/Drop period†

**August 31**
Saturday classes begin

**September 2**
Labor Day (no classes);
University offices closed

**September 3**
Last day of Add/Drop period†

**September 4**
First day to drop from classes with a grade of "W"

**October 14 - 15**
October Break (no classes)
University open

**November 8**
Last day to drop from classes with a grade of "W" *

**November 27**
No classes
University closes at 2 p.m.

**November 28 - 29**
Thanksgiving Holiday (no classes)
University closed

**November 30**
No Saturday classes

**December 2**
Day, evening, and online classes resume

**December 7**
Saturday classes resume
Last Saturday classes

**December 9**
Last day, evening, and online classes

**December 10**
Reading Day

**Dec. 11, 12, 13, 16, 17, 18**
Final exams

**December 19**
Residence halls close at 10 a.m.

**Dec. 19 - Jan. 12**
Break between fall and spring Semesters

**December 20**
Final grades due

**December 24**
University closes at 2 p.m.

**December 25 - January 1**
University closed

## Spring Semester (2195)

**January 6**
Residence halls open

**January 13**
Day, evening, and online classes begin
First day of Add/Drop period†

**January 18**
Saturday classes begin

**January 20**
Martin Luther King Jr. Day (no classes)
University open

**January 21**
Last day of Add/Drop period†

**January 22**
First day to drop from classes with a grade of "W"

**March 8 - 15**
Spring Break (no classes)
University open

**March 14**
No Saturday classes

**March 16**
Day, evening, and online classes resume

**March 21**
Saturday classes resume

**April 3**
Last day to drop from classes with a grade of "W" *

**April 25**
Last Saturday classes

**April 27**
Last day, evening, and online classes

**April 27**
Reading Day

**April 29, 20, May 1, 4, 5, 6**
Final exams

**May 8**
Final grades due
Convocation and Commencement ceremonies

**May 9**
Commencement ceremonies

**May 7 - 13**
Break between Spring Semester and Summer Term

## 12-week Summer Term (2198)

**May 14**
Day, evening, and online classes begin
First day of Add/Drop period†

**May 16**
Saturday classes begin

**May 21**
Last day to Add/Drop classes†

**May 22**
First day to drop from classes with a grade of "W"

**May 25**
Memorial Day (no classes)
University closed

**July 3**
Independence Day observed
University closed

**July 20**
Last day to drop from classes with a grade of "W" **

**August 1**
Last Saturday classes

**August 5**
Last day, evening, and online classes

**August 6**
Reading Day

**August 7, 10, 11**
Final exams

**August 13**
Final grades due

**August 12 - 23**
Break between Summer Term and Fall Semester

## 6-week Summer Term I (2198)

**May 14**
Day, evening, and online classes begin
First day of Add/Drop period

**May 16**
Saturday classes begin

**May 18**
Last day to Add/Drop classes

**May 19**
First day to drop from classes with a grade of "W"

**May 25**
Memorial Day (no classes)
University closed

**June 16**
Last day to drop from classes with a grade of "W" **

**June 20**
Last Saturday classes

**June 24**
Last day of classes

**June 25, 26**
Final exams

**June 26**
Final grades due

## 6-week Summer Term II (2198)

**June 29**
Day, evening, and online classes begin
First day of Add/Drop period

**July 1**
Last day to Add/Drop classes

**July 3**
Independence Day observed (no classes)
University closed

**July 7**
First day to drop from classes with a grade of "W"

**July 29**
Last day to drop from classes with a grade of "W" **

**August 5**
Last day, evening, and online classes

**August 6**
Reading Day

**August 7, 10, 11**
Final exams

**August 13**
Final grades due

**August 12 - 23**
Break between Summer Term and Fall Semester

RIT0000149

# Rochester Institute of Technology

## About This Bulletin

This *Graduat Bulletin* does not constitute a contract between the university and its students on either a collective or individual basis. It represents RIT's best academic, social, and financial planning at the time of publication. Course and curriculum changes, modifications of tuition, fees, dormitory, meal, and other charges, plus unforeseen changes in other aspects of RIT life, sometimes occur after the *Graduate Bulletin* has been printed but before the changes can be incorporated in a later edition of the same publication. Because of this, Rochester Institute of Technology does not assume a contractual obligation with its students for the contents of this *Graduate Bulletin.* RIT does not discriminate. RIT promotes and values diversity within its workforce and provides equal opportunity to all qualified individuals regardless of race, color, creed, age, marital status, sex, gender, religion, sexual orientation, gender identity, gender expression, national origin, veteran status, or disability.

**Produced by the Division of Academic Affairs and the Division of Marketing and Communications**

**Rochester Institute of Technology**
**One Lomb Memorial Drive**
**Rochester, NY 14623**
**585-475-6631**
**gradinfo@rit.edu | www.rit.edu/admissions**
**Graduate Bulletin 2019–20**
**www.rit.edu**
**Undergraduate Bulletin 2019–20**

## Table of Contents

University Calendar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . inside cover

Graduate Education at RIT . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Graduate Programs of Study (HEGIS chart) . . . . . . . . . . . . . . . . . 4

Doctoral Study at RIT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

College of *Art and Design* . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Saunders College of *Business* . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Golisano College of *Computing and Information Sciences* . . . . . . . . 50

Kate Gleason College of *Engineering* . . . . . . . . . . . . . . . . . . . . . 71

College of *Engineering Technology* . . . . . . . . . . . . . . . . . . . . . . 98

College of *Health Sciences and Technology* . . . . . . . . . . . . . . . . . 110

School of *Individualized Study* . . . . . . . . . . . . . . . . . . . . . . . . . 115

College of *Liberal Arts* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118

*National Technical Institute for the Deaf* . . . . . . . . . . . . . . . . . . . 129

College of *Science* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 133

Golisano Institute for *Sustainability.* . . . . . . . . . . . . . . . . . . . . . 167

Online Learning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 174

Graduate Admission . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 175

Costs and Payment Procedures . . . . . . . . . . . . . . . . . . . . . . . . . 176

Financial Aid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 178

University Policies and Procedures . . . . . . . . . . . . . . . . . . . . . . . 180

Consumer Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 185

Administration and Trustees . . . . . . . . . . . . . . . . . . . . . . . . . . . 186

Campus Map . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . inside back cover

© 2019, Rochester Institute of Technology
All rights reserved.

RIT0000150

# Why Get Your Graduate Degree from Rochester Institute of Technology?

## Choices

RIT is one of the nation's top comprehensive universities and sets the national standard for career-oriented education in many technological, scientific, and professional areas of study. With more than 90 graduate programs in high-growth and high-tech career fields including business, computer science and information technology, engineering, science, and art, RIT offers the choices you want in graduate education.

Graduate study options include master's and doctoral degrees, as well as advanced graduate certificates. RIT offers several ways to obtain your graduate degree, including part-time study, evening programs, online learning, accelerated executive education programs, and one-year master's degree options.

## Quality

RIT is chartered by the legislature of the state of New York, and is accredited by the Middle States Association of Colleges and Schools. In addition, many of our individual programs and departments have professional accreditation from business and industry organizations.

At RIT, you'll interact with faculty members who have extensive teaching experience and are internationally respected for their contributions in their professional fields. RIT enrolls more than 18,000 students from across the United States and 100 countries.

## Selected faculty and student awards, honors, and partnerships

- Alfred P. Sloan Foundation Grants
- Edmund S. Muskie Fellows
- Excellence in Engineering Education Award
- Ford Foundation Grants
- Fulbright Scholars
- National Endowment for the Humanities Awards
- National GEM Fellows
- National Science Foundation Awards
- New York Foundation for the Arts Fellowship
- Pulitzer Prizes
- Ronald McNair Scholars
- Student Academy Awards

## Reputation

Fueled by significant support from government, industry, and private donors, RIT offers a unique, career-oriented graduate education tailored to meet your individual needs.

RIT is among the 15 largest private universities in the United States and is consistently recognized by leading college guides, industry publications, and the media. RIT has been cited by *U.S. News & World Report* as the most comprehensive university in the north for academic reputation.

More than 125,000 alumni worldwide include business, industry, and government leaders. Hundreds of top companies and government agencies—from global giants to startup companies—rely on RIT as a source for filling full-time positions and providing ongoing employee development.

## Results

RIT graduates are highly sought after by companies of all sizes in virtually every industry in the U.S. and abroad. More than 600 companies visit RIT annually to recruit students, and employment and advancement opportunities for our graduate students remain strong.

Graduate students take advantage of government and industry-sponsored programs and research projects to broaden their experience and increase their visibility with potential employers. Research projects and experiential education oftenresult in permanent employment offers and opportunities for our graduates. Some of our graduate students currently work for such companies as Amazon, Boeing, Fisher Price, Google, Johnson & Johnson, Microsoft, NASA, Toyota, and Xerox.

You want a degree that will be recognized and valued in today's competitive marketplace, and RIT delivers.

RIT0000151

# Graduate Education at RIT



RIT, founded in 1829, is a privately endowed university in suburban Rochester, NY. It is comprised of nine colleges and two degree-granting units:

**College of Art and Design**

**Saunders College of Business**

**Golisano College of Computing and Information Sciences**

**Kate Gleason College of Engineering**

**College of Engineering Technology**

**College of Health Sciences and Technology**

**College of Liberal Arts**

**National Technical Institute for the Deaf**

**College of Science**

**Golisano Institute For Sustainability**

**School of Individualized Study**

For additional information, contact us at:
**Rochester Institute of Technology**
**Office of Graduate Enrollment Services**
**58 Lomb Memorial Drive**
**Rochester, NY 14623-5604**
**(585) 475-2229**
**gradinfo@rit.edu | rit.edu/grad**

## A Message from Twyla J. Cummings
## Associate Provost and Dean of Graduate Education

The graduate learning experience at RIT is focused and intensive. RIT graduate programs provide a conceptual structure and organization of knowledge in the chosen subject—an understanding essential to leading technological change in the professions. They also build an educational base for life-long learning and for the generation of new knowledge and new insights through research.

The programs themselves are centered in fields that combine both theoretical knowledge and practical applications, especially those which can provide the graduate with a unique niche in the marketplace. Research topics often relate directly to situational concerns, rather than theoretical discourse. Many programs require a dissertation, thesis, or project, and encourage other avenues for professional experience, such as cooperative education and internships in government and industry.

Students often use employers as primary sources for research and special projects. This application-oriented approach attracts faculty who value problem-solving skills in students. Whether a dissertation, thesis, project, or professional portfolio is required of them, our students are encouraged to incorporate both independent study and experiential learning into their programs. Graduate students also may assist in undergraduate education, as teaching, research, or laboratory assistants.

### A philosophy supported by campus resources

RIT's international reputation as an applied technological university with a unique connection to the arts and humanities gives graduate students the advantage of working with sophisticated technology and in laboratories found on and off campus. For example, students in microelectronic engineering have access to clean-room facilities that meet industry standards. Students majoring in visual communication design access digital media using a variety of systems and software, including Macintosh, IBM, Silicon Graphics, and Media 100 digital video editing. Our telecommunications technology workstations have been donated by an industry eager to hire students experienced with equipment used in their own laboratories.

Technology also has brought together students in design, crafts, photography, and print and multimedia. In RIT's Electronic Still Photography Laboratory, these disciplines have merged through electronics.

Regardless of the program, RIT encourages and promotes technological innovation in all areas.

### Specialized and diverse programs

While technology is integral to all graduate programs, the essence of RIT graduate education is found in the diversity of programs, course offerings, and learning options. Our reputation as an

RIT0000152

**Graduate Education at RIT**

advanced university is matched by our commitment to offering programs designed to meet the specialized needs of employers. A dozen international corporations—including Eastman Kodak Co., Konica, Agfa Gevaert, Xerox Corp., and Fuji Photo Film Co.—have sponsored the building of laboratories in the Chester F. Carlson Center for Imaging Science, which houses the nation's most comprehensive imaging science programs. Enriched by the perspective provided by the National Technical Institute for the Deaf, one of RIT's colleges, we offer full access to deaf and hard-of-hearing students seeking graduate-level academic programs.

Across campus, graduate students engage in exciting research and stimulating dialogues with faculty and such distinguished visitors as George Bush, Bill Clinton, Joe Torre, Jesse Jackson, Maya Angelou, Annie Leibovitz, Jerry Uelsmann, Cornel West, and Greg Heisler. Saunders College of Business draws prominent figures from the business world—including U.S. Steel CEO Thomas Usher and Robert Bartley, editor and vice president of *The Wall Street Journal* —through the William D. Gasser Distinguished Lectureship in Business.

The university continues to receive international recognition for the quality of its graduate programs. In a recent ranking of national photography programs, *U.S. News & World Report* named RIT's School of Photographic Arts and Sciences in the top five. This publication has also consistently ranked RIT in the top 20 in its master of fine arts category.

### Convenient and flexible programs

RIT's diversity also extends to the manner in which courses and programs are scheduled. Many of our graduate programs are available on a part-time, online, or evening basis and are designed for working professionals. Examples of programs offered through online learning include networking and systems administration; environmental, health and safety management; telecommunications engineering technology; imaging science; microelectronics manufacturing engineering; and health systems administration. These programs allow students access to an RIT education without attending classes on campus.

In addition, RIT's executive MBA program offers professionals an opportunity to earn a master's degree by studying on campus Friday and Saturday, every other week, or through online learning. Professionals from California to England visit RIT every year for executive leader master's degree programs in service management, hospitality and tourism management, health systems administration, and packaging science, which combine on-campus residencies with classes using distance-learning technology.

### The RIT philosophy and mission

RIT's mission is the education of people for work and life in a democratic, inclusive, and global society. It is integral to the university's mission to be a dynamic center of higher education—one in which technology, the arts and sciences, and other dimensions of human knowledge and civilization are valued, cultivated, and applied.

Throughout its history, the university has been at the forefront in preparing students for professional careers in the STEM disciplines (science, technology, engineering and mathematics). RIT structures itself as an educational resource for all who seek to be competent and enthusiastic lifelong learners, whether they are young adults or professionals seeking to upgrade their skills by studying for an advanced degree. Our goal is that all graduates will understand the ethical, humanitarian, and aesthetic challenges of a diverse workplace and an international community.

The university's educational philosophy emphasizes not only theory—the natural foundation of knowledge—but also the practical workplace application of theories. This dual emphasis is prized by employers and offers graduates upward career mobility and the flexibility for changes in career direction. Another asset of an RIT education is cooperative education, offering students in selected programs the opportunity for paid, professional work experience while completing their degrees.

### History of graduate education

Starting in 1955 with the master of fine arts degree, RIT continually has created new graduate programs to meet employers' and students' requests for education in particular functional areas. When surveys in the 1960s indicated the need for sophisticated statistical knowledge, a master of science degree in applied and mathematical statistics was created. More recently, the Golisano Institute for Sustainability began doctoral and master's degrees in sustainability. Other graduate programs have taken similar routes, and all nine RIT colleges exhibit continuous concern for the emerging needs of the business, industrial, and scholarly communities.

To support RIT's continuing endeavor to provide education in emerging career fields, the university has eight doctoral programs in the fields of astrophysical sciences and technology, color science, computing and information sciences, engineering, imaging science, mathematical modeling, microsystems engineering, and sustainability. These degrees are eight of more than 90 graduate degrees now offered by the university.

### Sponsored research projects

Externally sponsored projects are a vital and integral component of RIT's educational and research activity. Faculty and students undertake sponsored projects for a variety of important reasons: to add to the body of knowledge, for professional development, and to strengthen academic programs. Sponsored projects enhance the university's academic programs, broaden its research resources, provide opportunities for student participation in

RIT0000153

research, strengthen university-industrial partnerships, and serve the wider community.

Moreover, grants and contracts enhance existing resources and provide new opportunities for faculty, staff, and students. External funding comes from federal and state agencies, private foundations, and corporations. RIT's major sponsors include the National Science Foundation, the National Institutes of Health, the U.S. Department of Education, the Department of Defense, the National Aeronautics and Space Administration, and New York state.

Additional information is available through the Office of Sponsored Research Services at 585-475-7985, research@rit.edu, or on their website at rit.edu/research.

**Accreditation**

RIT is chartered by the New York state legislature and accredited by:

The Commission on Higher Education
Middle States Association of Colleges and Schools
3624 Market Street
Philadelphia, PA 19104-2680
215-662-5606

and

New York State Education Department
Office of College and University Evaluation
5 North Mezzanine
Albany, NY 12234
518-474-2593

In addition to institutional accreditation, many of RIT's academic programs have been granted accreditation by appropriate professional accreditation bodies. Where applicable, specific mention of accreditation is included in program descriptions. Students wishing to review documents describing accreditation should contact the Office of the Senior Vice President for Academic Affairs.

The *Graduate Bulletin* provides comprehensive information on all graduate programs at RIT. I encourage you to explore its contents to find the educational and research opportunities you seek. I look forward to welcoming you to our campus, and wish you success in your chosen program of study.

*Twyla J. Cummings*

*Associate Provost and Dean of Graduate Education*



RIT0000154

## Graduate Programs of Study

| | | Adv. Cert | Ph.D. | MBA | ME | MFA | MS | MST | M. Arch |
|---|---|---|---|---|---|---|---|---|---|
| **Art, Design, and Architecture** | | | | | | | | | |
| Architecture | Institute for Sustainability | | | | | | | | 0202 |
| Ceramics | Art and Design | | | | | 1009 | | | |
| Fine Arts Studio | Art and Design | | | | | 1002 | | | |
| Furniture Design | Art and Design | | | | | 1009 | | | |
| Glass | Art and Design | | | | | 1009 | | | |
| Industrial Design | Art and Design | | | | | 1009 | | | |
| Integrative Design | Art and Design | | | | | | 1009 | | |
| Media Arts and Technology | Art and Design | | | | | | 0605 | | |
| Medical Illustration | Health Sciences and Technology | | | | | 1299 | | | |
| Metals and Jewelry Design | Art and Design | | | | | 1009 | | | |
| Printmaking | Art and Design | 1009 | | | | | | | |
| Visual Arts–All Grades (Art Education) | Art and Design | | | | | | | 0831 | |
| Visual Communication Design | Art and Design | | | | | 1009 | | | |
| **Business and Management** | | | | | | | | | |
| Accounting and Financial Analytics | Business | 0703 | | | | | | | |
| Accounting | Business | | | | | | 0502 | | |
| Business Administration | Business | | | 0506 | | | | | |
| Business Administration–Accounting | Business | | | 0502 | | | | | |
| Business Administration–Executive | Business | | | 0506 | | | | | |
| Business Administration–Online Executive‡ | Business | | | 0506 | | | | | |
| Business Analytics | Business | | | | | | 0599 | | |
| Computational Finance | Business | | | | | | 0504 | | |
| Construction Management‡ | Engineering Technology | | | | | | 0599 | | |
| Data Science‡ | Computing and Information Sciences | | | | | | 0701.00 | | |
| Engineering Management | Engineering | | | | 0913 | | | | |
| Entrepreneurship and Innovative Ventures | Business | | | | | | 0506 | | |
| Environmental, Health and Safety Management‡ | Engineering Technology | | | | | | 0420 | | |
| Finance | Business | | | | | | 0504 | | |
| Global Supply Chain Management | Business | | | | | | 0513.00 | | |
| Health Care Finance‡ | Health Sciences and Technology | 1202 | | | | | | | |
| Health Systems Management‡ | Health Sciences and Technology | | | | | | 1202 | | |
| Hospitality and Tourism Management | Business | | | | | | 0510.1 | | |
| Human Resource Development‡ | Business | | | | | | 0515 | | |
| Lean Six Sigma‡ | Engineering | 1701 | | | | | | | |
| Management | Business | | | | | | 0513 | | |
| Manufacturing Leadership‡ | Engineering | | | | | | 0599 | | |
| Media Arts and Technology | Art and Design | | | | | | 0605 | | |
| Organizational Learning‡ | Business | 0515 | | | | | | | |
| Product Development‡ | Engineering | | | | | | 0599 | | |
| Project Management‡ | School of Individualized Study | 0506 | | | | | | | |
| Service Leadership and Innovation‡ | Business | | | | | | 0599 | | |
| Technology Entrepreneurship | Business | 0506 | | | | | | | |
| Workplace Learning and Instruction‡ | Engineering Technology | 0515 | | | | | | | |
| **Communications and Digital Media** | | | | | | | | | |
| Communication and Digital Media‡ | Liberal Arts | 0605 | | | | | | | |
| Communication and Media Technologies | Liberal Arts | | | | | | 0605 | | |
| Health Care Interpretation‡ | National Technical Institute for the Deaf | | | | | | 1199 | | |
| Media Arts and Technology | Art and Design | | | | | | 0605 | | |
| Print Media | Engineering Technology | | | | | | 0699 | | |
| Visual Communication Design | Art and Design | | | | | 1009 | | | |
| **Computing and Information Sciences** | | | | | | | | | |
| Big Data Analytics | Computing and Information Sciences | 0702 | | | | | | | |
| Bioinformatics | Science | | | | | | 0499 | | |
| Computational Finance | Business | | | | | | 0504 | | |
| Computer Engineering | Engineering | | | | | | 0999 | | |
| Computer Science | Computing and Information Sciences | | | | | | 0701 | | |
| Computing and Information Sciences | Computing and Information Sciences | | 1701 | | | | | | |
| Computing Security‡ | Computing and Information Sciences | | | | | | 0799 | | |
| Cybersecurity‡ | Computing and Information Sciences | 0799 | | | | | | | |
| Data Science‡ | Computing and Information Sciences | | | | | | 0701.00 | | |
| Game Design and Development | Computing and Information Sciences | | | | | | 0799 | | |
| Health Informatics‡ | Computing and Information Sciences | | | | | | 1217.00 | | |
| Human-Computer Interaction‡ | Computing and Information Sciences | | | | | | 0799 | | |
| Imaging Science‡ | Science | | | | | | 1999.20 | | |
| Imaging Science | Science | | 1999.20 | | | | | | |
| Information Sciences and Technologies‡ | Computing and Information Sciences | | | | | | 0699 | | |
| Media Arts and Technology | Art and Design | | | | | | 0605 | | |
| Networking and Systems Administration‡ | Computing and Information Sciences | | | | | | 0702 | | |
| Networking, Planning and Design‡ | Computing and Information Sciences | 0702 | | | | | | | |
| Software Engineering | Computing and Information Sciences | | | | | | 0999 | | |
| Visual Communication Design | Art and Design | | | | | 1009 | | | |
| Web Development | Computing and Information Sciences | 0699 | | | | | | | |
| **Engineering and Engineering Technology** | | | | | | | | | |
| Architecture | Institute for Sustainability | | | | | | | | 0202 |
| Computer Engineering | Engineering | | | | | | 0999 | | |
| Electrical Engineering | Engineering | | | | | | 0909 | | |
| Engineering Management | Engineering | | | | 0913 | | | | |

‡ Online option available

RIT0000155

## Graduate Programs of Study

| | | Adv. Cert | Ph.D. | MBA | ME | MFA | MS | MST | M. Arch |
|---|---|---|---|---|---|---|---|---|---|
| Engineering | Engineering | | 0901 | | | | | | |
| Environmental, Health and Safety Management‡ | Engineering Technology | | | | | | 0420 | | |
| Imaging Science‡ | Science | | | | | | 1999.20 | | |
| Imaging Science | Science | | 1999.20 | | | | | | |
| Industrial and Systems Engineering | Engineering | | | | 0913 | | 0913 | | |
| Lean Six Sigma‡ | Engineering | 1902 | | | | | | | |
| Manufacturing and Mechanical Systems Integration | Engineering Technology | | | | | | 0913 | | |
| Manufacturing Leadership‡ | Engineering | | | | | | 0599 | | |
| Materials Science and Engineering | Science | | | | | | 0915 | | |
| Mechanical Engineering | Engineering | | | | 0910 | | 0910 | | |
| Microelectronic Engineering | Engineering | | | | | | 0999 | | |
| Microelectronics Manufacturing Engineering‡ | Engineering | | | | 0999 | | | | |
| Microsystems Engineering | Engineering | | 0999 | | | | | | |
| Packaging Science | Engineering Technology | | | | | | 4999 | | |
| Product Development‡ | Engineering | | | | | | 0599 | | |
| Software Engineering | Computing and Information Sciences | | | | | | 0999 | | |
| Sustainable Engineering | Engineering | | | | 0999 | | 0999 | | |
| Sustainable Systems | Institute for Sustainability | | | | | | 4904 | | |
| Telecommunications Engineering Technology | Engineering Technology | | | | | | 0925 | | |
| Vibrations | Engineering | 0910 | | | | | | | |
| **Environmental Studies and Sustainability** | | | | | | | | | |
| Architecture | Institute for Sustainability | | | | | | | | 0202 |
| Environmental Science | Science | | | | | | 0420 | | |
| Environmental, Health and Safety Management‡ | Engineering Technology | | | | | | 0420 | | |
| Packaging Science | Engineering Technology | | | | | | 4999 | | |
| Sustainability | Institute for Sustainability | | 4904 | | | | | | |
| Sustainable Engineering | Engineering | | | | 0999 | | 0999 | | |
| Sustainable Systems | Institute for Sustainability | | | | | | 4904 | | |
| **Game Design and Development** | | | | | | | | | |
| Game Design and Development | Computing and Information Sciences | | | | | | 0799 | | |
| **Health Professions and Medical Sciences** | | | | | | | | | |
| Bioinformatics | Science | | | | | | 0499 | | |
| Health Care Finance‡ | Health Sciences and Technology | | | | | | | | |
| Health Care Interpretation‡ | National Technical Institute for the Deaf | | | | | | 1199 | | |
| Health Informatics‡ | Computing and Information Sciences | | | | | | 1217.00 | | |
| Health Systems Management‡ | Health Sciences and Technology | | | | | | 1202 | | |
| Medical Illustration | Health Sciences and Technology | | | | | 1299 | | | |
| **Humanities, Social Sciences, and Education** | | | | | | | | | |
| Criminal Justice | Liberal Arts | | | | | | 2209 | | |
| Engineering Psychology | Liberal Arts | 2099 | | | | | | | |
| Environmental Science | Science | | | | | | 0420 | | |
| Environmental, Health and Safety Management‡ | Engineering Technology | | | | | | 0420 | | |
| Experimental Psychology | Liberal Arts | | | | | | 2099 | | |
| Health Care Interpretation‡ | National Technical Institute for the Deaf | | | | | | 1199 | | |
| Human Resource Development‡ | Business | | | | | | 0515 | | |
| Professional Studies‡ | School of Individualized Study | | | | | | 4999 | | |
| School Psychology | Liberal Arts | | | | | | 0826 | | |
| Science, Technology and Public Policy | Liberal Arts | | | | | | 2102 | | |
| Secondary Education of Students Who Are Deaf or Hard of Hearing | National Technical Institute for the Deaf | | | | | | 0803 | | |
| Visual Arts–All Grades (Art Education) | Art and Design | | | | | | | 0831 | |
| **Photography, Film, and Animation** | | | | | | | | | |
| Film and Animation | Art and Design | | | | | 1010 | | | |
| Photography and Related Media | Art and Design | | | | | 1011 | | | |
| **Science and Math** | | | | | | | | | |
| Applied and Computational Mathematics | Science | | | | | | 1799 | | |
| Applied Statistics‡ | Science | | | | | | 1702 | | |
| Astrophysical Sciences and Technology | Science | | 1912 | | | | 1912 | | |
| Bioinformatics | Science | | | | | | 0499 | | |
| Chemistry | Science | | | | | | 1905 | | |
| Color Science | Science | | 1999.20 | | | | 1999.20 | | |
| Computational Finance | Business | | 1999.20 | | | | 0504 | | |
| Data Science‡ | Computing and Information Sciences | | | | | | 0701.00 | | |
| Environmental Science | Science | | | | | | 0420 | | |
| Environmental, Health and Safety Management‡ | Engineering Technology | | | | | | 0420 | | |
| Imaging Science‡ | Science | | | | | | 1999.20 | | |
| Imaging Science | Science | | 1999.20 | | | | | | |
| Materials Science and Engineering | Science | | | | | | 0915 | | |
| Mathematical Modeling | Science | | 1799 | | | | | | |
| Packaging Science | Engineering Technology | | | | | | 4999 | | |
| Physics | Science | | | | | | 1902.00 | | |
| Sustainability | Institute for Sustainability | | 4904 | | | | | | |
| Sustainable Systems | Institute for Sustainability | | | | | | 4904 | | |
| **Undeclared and Individualized Study** | | | | | | | | | |
| Professional Studies‡ | School of Individualized Study | | | | | | 4999 | | |

‡ Online option available

RIT0000156

# Doctoral Study at RIT

Doctoral programs at RIT are multidisciplinary, cutting-edge, and unique. Our highly interdisciplinary programs were developed out of RIT's unique areas of strengths in imaging, computing, science, engineering, mathematics, and sustainability. Our long history of providing education focused on emerging technologies has led to the development of doctorate level programs that draw upon our expertise and experience in these dynamic disciplines of study.

Our eight doctorate programs focus on the discovery and application of technology to solve problems in society. The interdisciplinary nature of the programs means students will work alongside more than 100 Ph.D. faculty members who are experts in a wide range of fields that are influenced by imaging, computing, science, engineering, and sustainability.

## Doctoral programs of study

RIT offers eight doctoral degrees in areas where RIT shares national and international recognition.

*Astrophysical sciences and technology*: Students in the astrophysical sciences and technology program experience a comprehensive curriculum and a broad range of research opportunities that span forefront topics, such as cosmology and large scale structure, detectors and instrumentation, galaxy structure and evolution, gravitational waves, star and planet formation, supermassive black holes, and numerical general relativity. This program not only focuses on discovery and analysis, but also on the development of the technologies—including the instruments, analysis, and modeling techniques—that will enable the next major strides in astrophysics.

*Color science*: Color science is the understanding and quantification of color and its perception. It is used in the design and production of most man-made materials including textiles, paints, and plastics, and to specify the properties of diverse natural materials such as skin, plants, and soil. It also provides the scientific foundation for color imaging and has enabled advances in digital photography, electronic display systems, and color printing. The degree program revolves around the activities of the Munsell Color Science Laboratory, the pre-eminent academic laboratory in the U.S. devoted to the study of color science. For more than 30 years its faculty and staff have educated students and conducted cutting-edge research in the field. Since the inception of the program, graduates have been in high demand and enjoy a 100 percent placement rate in industrial and academic positions.

*Computing and information sciences*: This use-inspired basic research degree is designed to produce independent scholars, well-prepared educators, and cutting-edge researchers poised to excel in their work within interdisciplinary environments and industries. The degree highlights two of the most unique characteristics of the Golisano College—the breadth of its program offerings and its scholarly focus on discovering solutions to real-world problems by balancing theory and practice.

The program focuses on the theoretical and practical aspects of cyberinfrastructure as applied to specific problems across multiple domains. It is a blend of the intra-disciplinary computing knowledge areas and interdisciplinary domain areas.

*Engineering*: The doctorate program in engineering prepares the next generation of engineering leaders to tackle some of the most daunting and complex problems facing our society. The program's goal is to produce engineering graduates who are subject matter experts in a knowledge domain within an engineering discipline. Instead of restricting graduates to individual engineering fields (e.g., chemical, computer, electrical, industrial, mechanical, etc.) the program provides students with the flexibility to become subject matter experts and engineering innovators in an open-architecture environment, fostering intellectual growth along both interdisciplinary pathways and within the bounds of conventional engineering disciplines. With this approach, the program develops world-class researchers who can capitalize on the most promising discoveries and innovations, regardless of their origin within the engineering field, to develop interdisciplinary solutions for real-world challenges.

*Imaging science*: Imaging was named one of the top twenty engineering achievements of the 20th Century by the National Academies. Imaging has transformed our ability to see and understand a range of phenomena, keeping us healthy, protecting our security, monitoring the earth, exploring the universe, uncovering and preserving our heritage, enhancing communication, and facilitating our every day lives. The imaging science doctoral program is designed to provide a fundamental understanding of the physical, electro-optical, mathematical, computational, perceptual and statistical foundations of imaging science that are necessary to create, optimize, and apply imaging systems.

*Mathematical modeling*: Mathematical modeling is the process of developing mathematical descriptions of real-world systems that are used to understand and predict phenomena. Many current problems in science and technology are of such size and complexity that their solutions require sophisticated techniques drawn from computational and applied mathematics as well as the participation of mathematicians on the interdisciplinary teams of scientists that address them. This pioneering interdisciplinary program provides students the education they need to become experts in formulating complex problems mathematically, integrating data with models, devising and implementing algorithms and interpreting solutions, and communicating effectively with experts in various fields.

*Microsystems engineering*: The integration of entire systems into micron-scale devices and the sensing technology to interface these devices to the real world is the core emphasis of the microsystems engineering doctoral program. These systems are at the core of the next generation of technology. Within the past decade, microsystems (micro-optical, micro-electrical, and micro-mechanical

RIT0000157

systems) have emerged as a critical technology worldwide and this dynamic field is positioned for outstanding growth in the future.

*Sustainability*: The first program in the world to focus on sustainable production, the doctorate in sustainability focuses on sustainable production systems—systems that create goods and services using processes that are non-polluting; conserving of energy and natural resources; economically viable; and safe and healthful for workers, communities, and consumers. This program also serves to advance research and education in alternative-energy development, sustainable design, green product development, industrial ecology, and pollution prevention.

## Leaders in research

Research is a driving force in the university, engaging more than 2,700 students in hands-on research opportunities in each of our colleges. These opportunities combine classroom learning with laboratory discovery, which enhances each student's education and builds powerful skills that are applicable in a wide range of career paths.

At the core of our doctoral programs is a focus on research, which is intensive and demanding. It is this successful resolution of societal problems that leads to deep professional and personal fulfillment as new discoveries are made and applications are developed. Ph.D. students from a range of academic backgrounds work with world-renowned faculty who are leaders in their fields of study. A focus on teamwork, research, and the intersection of the disciplines gives students the opportunity to collaborate with others, share ideas, and develop innovative solutions using emerging technologies.

We build on our strengths when creating doctoral programs, emphasize research across disciplines, and rely on our interdisciplinary faculty to produce the next generation of educators and researchers with the ability to develop solutions to real world problems.

## RIT Research Centers and Organizations

RIT is home to more than 50 interdisciplinary research centers, institutes, and organizations that bring together faculty and students from across the university. These entities explore a wide range of topics and cover everything from business and entrepreneurship to biomedical sciences, nanolithography, printing, social computing, remanufacturing, microsystems fabrication, environmental sustainability, and visual perception.

- Analog Devices Integrated Microsystems Laboratory
- Astrophysics Science and Technology
- Biomedical Imaging/MRI
- Biomedical Imaging/Ultrasound
- Center for Advanced Device Research
- Center for Advancing the Study of Cyberinfrastructure

- Center for Advancing STEM Teaching, Learning, and Evaluation
- Center for Applied and Computational Math
- Center for Biosciences Education and Technology
- Center for Computational Relativity and Gravitation
- Center for Cybersecurity
- Center for Detectors
- Center for Education Research Partnerships
- Center for Electronic Manufacturing and Assembly
- Center for Excellence in Lean Enterprise
- Center for Innovation and Entrepreneurship
- Center for Integrated Manufacturing Studies
- Center for Nanolithography Research
- Center for Quality and Applied Statistics
- Center on Access Technology
- Chester F. Carlson Center for Imaging Science
- Digital Imaging and Remote Sensing Laboratory
- Image Permanence Institute
- Imaging Products Laboratory
- International Center for Hearing and Speech Research
- IT Collaboratory
- Laboratory for Advanced Communication Technology
- Laboratory for Computer-Human Interaction
- Laboratory for Digital Image Restoration
- Laboratory for Environmental Computing and Decision Making
- Laboratory for Graphical Simulation, Visualization and Virtual Worlds
- Laboratory for Intelligent Systems
- Laboratory for Multiwavelength Astrophysics
- Laboratory for Printing Materials and Process
- Laboratory for Social Computing
- Laboratory for Wireless Networks and Security
- Manufacturing Technologies Program
- Multidisciplinary Vision Research Laboratory
- Munsell Color Science Laboratory
- NanoPower Research Laboratory
- National Center for Remanufacturing and Resource Recovery
- Print Research and Imaging Systems Modeling Laboratory
- Printing Applications Laboratory
- Printing Industry Education Program
- Research and Teacher Education Center
- RF/Analog Mixed Signal Laboratory
- RIT Venture Creations Incubator
- Semiconductor and Microsystems Fabrication Laboratory
- Sustainable Systems Research Center
- Systems Modernization and Sustainment Center
- Thermal Analysis and Microfluidics Laboratory

RIT0000158

# College of Art and Design

*Todd Jokl, Dean*
*rit.edu/artdesign*

## Programs of Study

### Master of Fine Arts degrees in:                           Page
Ceramics, MFA                                                  10
Furniture Design, MFA                                          11
Glass, MFA                                                     12
Metals and Jewelry Design, MFA                                13
Fine Arts Studio, MFA                                         15
Industrial Design, MFA                                        16
Visual Communication Design, MFA                             17
Film and Animation, MFA                                      18
Photography and Related Media, MFA                           22

### Master of Science for Teachers degree in:
Visual Arts–All Grades (Art Education), MST                   15

### Master of Science degrees in:
Integrative Design, MS                                        17
Media Arts and Technology, MS                                 21

### Advanced Certificates in:
Non-toxic Printmaking, Adv. Cert.                            14

The College of Art and Design offers the most comprehensive graduate imaging programs in the world, encompassing design, science, technology, engineering, management, crafts, fine arts, and art education. Six of our visual arts programs are among the top 12 in the nation. The college is a diverse, world-class collaboration of five schools: American Crafts, Art, Design, Film and Animation, and Photographic Arts and Sciences. Its scope gives students a perspective that can be found nowhere else    a place where some students create fine art using centuries-old methods while others push the edges of digital creativity. At no other university can students explore so many different aspects of the imaging fields to a high level of professional excellence. In addition, the college offers expertise in the professional operations of running a studio or gallery.

Both graduate students and our alumni have received numerous prestigious awards:

Photojournalism alumni have won 13 Pulitzer Prizes.

Students have won the Graduate Film Honorarium of the Princess Grace Award.

A computer graphics design alumnus was awarded a Golden Globe.

An emerging filmmaker received the overall grand prize in the Adobe Flash Point Student Design Contest for multimedia projects.

Computer graphics design students have won Adobe Design Achievement Awards.

Computer graphics design alumni won an Emmy at the 31st Annual Sports Emmy awards.

Graphic design alumni have received awards of excellence from the Society of Technical Communications, both locally and internationally.

A computer graphics design graduate received honors from *Communication Arts* and *I.D.* magazines for her interactive thesis project.

An industrial design student received an award from Volvo of North America for his winning child car seat in the Design for Automobile Safety Competition at the World Traffic Safety Symposium.

Current students and alumni have been peer-selected speakers at the Society for Photographic Education s national conference.

A fine arts studio alumna won the Dedalus Fellowship in painting and sculpture.

Fine arts studio students and alumni have been selected for Artist in Residencies at Salem Art Works.

Fine arts studio students and alumni have presented at the National Conference for Cast Iron Art.

### Admission requirements
Admission to graduate programs in the College of Art and Design requires a combination of academic performance and creative visual skills that are evaluated via a portfolio review. Faculty review each student's portfolio to evaluate creative

RIT0000159

visual skills as well as the potential for success in the student's selected program.

*Portfolio requirements:* The following MFA programs require the submission of a portfolio that is used to assess applicants performance and academic capabilities: ceramics, film and animation, fine arts studio, glass, industrial design, metals and jewelry design, furniture design, photography and related media, and visual communication design. The MST in art education also requires a portfolio.

## Financial aid and scholarships

Please refer to the Financial Aid and Scholarship section of this bulletin for information regarding financial aid, scholarships, grants, loans, and graduate assistantships.

## Faculty

The college s world-class faculty are noted for their excellence, from creating award-winning sculptures and visual communications to receiving international recognition as innovators in their fields. They excel in the practice of their profession, using state-of-the-art equipment and studio facilities supporting both course work and research. Their role as mentors is evidenced in the national awards won by their students.

## Policy regarding student work

The schools for American Crafts, Art, and Design reserve the right to retain student work for educational use or exhibition for a period of time not to exceed one and a half semesters beyond the year the object has been made.

## Facilities

The college has extensive facilities and resources:

Professional imaging environment for the still and moving image, including 30 fully equipped photographic studios, 20 fully equipped black and white and color darkrooms, five photo-oriented labs, professional printing lab, graduate studios, and a one of a kind lending cage with extensive collection of cameras and related equipment.

Image Permanence Institute, recognized as a world leader in the education, research, and preservation of images and cultural property.

Extensive professional 16mm film, digital video, and digital cinema field production equipment, including newly renovated film and animation facilities, 60 digital film editing stations, three animation labs, two stop-motion studios, two sound stages, and prop shop.

Over a dozen specialized instructional and research labs for immersive study in the media sciences, supporting cross-disciplinary work in applied color science, 3D print materials, package printing, and new media publishing.

Wallace Library, rich in photography, graphic arts publications, and contemporary periodicals in design, arts, crafts for study, and research; ARTstor, an online image collection; and electronic reserve course materials.

Cooperative efforts with George Eastman Museum, with access to its collections of photography, rare books, motion pictures, and technology.

Library of the Kodak Research Laboratories.

The Melbert B. Cary Jr. Graphic Arts Collection, containing more than 20,000 volumes of rare books, with resources that illustrate fine printing, the history of printing, book design and illustration, papermaking, binding, and other aspects of the graphic arts.

Bevier Gallery and the William Harris Gallery, the college's on-campus exhibition spaces.

The Vignelli Center for Design Studies houses the extensive professional archive of Massimo and Lella Vignelli, and offers exhibition space and archival study classrooms for the examination of Modernist design history, theory, and criticism.

Fully equipped studios for designing, forming, and finishing utilitarian and sculptural objects in clay, glass, metals and wood, including CNC routers and metal cutters. The Sands Family Studios wing houses state-of-the-art hot glass, large-scale metal fabricating, and specialized ceramic kiln areas.

Individual fine arts studio spaces located within the painting, sculpture, and one of the world s leading non-toxic printmaking facilities.

RIT City Art Space (formerly known as Gallery r) is the College of Art and Design s new exhibition and gathering place in downtown Rochester. Located in the historic Sibley building near Rochester Contemporary Art Center and Eastman School of Music, RIT City Art Space hosts a variety of exhibitions, events, and projects by RIT students, faculty, and alumni. RIT City Art Space actively participates in the First Friday city-wide gallery night initiative and is free and open to the public.

The college houses archives, as well as exhibition and display spaces. Exhibitions regularly feature the work of contemporary painters, designers, photographers, illustrators, graphic artists, filmmakers, and faculty and student work.

A comprehensive art library and a variety of educational resources are available in RIT s library.

## Study options

*Nonmatriculated students:*

Students who have a baccalaureate degree and who wish to take particular courses may be admitted as nonmatriculated students to courses for which they are qualified. They may receive graduate credit, but it may not be submitted toward degree requirements. Students deficient in admission requirements or competence maybe required to take undergraduate courses, as advised, to qualify for admission.

RIT0000160

College of Art and Design

School for American Crafts

# Ceramics, MFA

*www.rit.edu/study/ceramics-mfa*
**Jane Shellenbarger, Associate Professor**
**jmssac@rit.edu**

## Program overview

The MFA in ceramics develops your intellectual and artistic thinking through an extensive curriculum. You will rigorously examine the work of historical and contemporary artists and craftspeople as you expand your knowledge of the techniques of ceramics design. In-depth critiques give you a deep understanding of your own work as well as your peers to enhance your artistic expression and personal voice. Earning your MFA in ceramics will deepen your understanding of aesthetics, forming processes, and fine art theory.

The ceramics program focuses on artistic development through intensive teaching of the aesthetics and techniques of ceramic design. Graduate studio courses, seminar courses, and in-depth critiques, in conjunction with thesis planning and implementation, provide students with a deep understanding of not only their own work but the work of other students and their peers. Students examine the creativity, perceptions, aesthetics, and criticism of the work of contemporary artists and craftspeople in courses and discussions. Thesis reviews track students' progress towards the final thesis presentation, which is completed when a formal critique and evaluation is performed by the thesis committee.

## Curriculum

### Ceramics, MFA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CCER-601 | Ceramics Graduate Studio | 12 |
| STAR-701 | Technology in Studio | 3 |
| STAR-702 | Studio Art Research | 3 |
| STAR-714 | Ideation and Series | 3 |
| | Free Electives | 6 |
| | Professional Elective | 3 |
| **Second Year** | | |
| CCER-601 | Ceramics Graduate Studio | 12 |
| STAR-706 | Business Practices for Studio Artists | 3 |
| STAR-718 | Research Methods and Publication | 3 |
| STAR-790 | Research and Thesis | 3 |
| STAR-890 | These | 6 |
| | Free Elective | 3 |
| **Total Semester Credit Hours** | | **60** |

## Admission requirements

To be considered for admission to the MFA program in ceramics, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in a field of arts, sciences, or education.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work. Undergraduate degrees should include 50 semester hours in studio courses.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 80 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Submit a portfolio. (Please refer to Graduate Portfolio Requirements for more information.)

## Additional information

### Studio residency program
The School for American Crafts offers a Studio Residency program for students in ceramics, furniture design, glass, and metals and jewelry design. Residence positions are limited and are awarded after the review of all applicants' portfolios, transcripts, and references. An interview is required. Accepted residents are required to register for one independent study credit during each semester of residence.

Accepted residents are expected to be present in their assigned studio during class hours and to contribute up to 10 hours of work per week in the main studio. These work hours are coordinated and overseen by the faculty in the resident's discipline. In exchange, the school will provide workspace, access to facilities, and supportive instruction. The resident is invited to participate in the full range of studio activities.

Participants may be those seeking additional studio experience prior to undergraduate or graduate study, early career professionals, or teachers on leave who wish to work again in an academic studio environment. The faculty in each discipline will make decisions concerning appropriate candidates.

Inquiries should be made to the Studio Residency Program, School for American Crafts, College of Art and Design, Rochester Institute of Technology, 73 Lomb Memorial Drive, Rochester, NY 14623-5603.

RIT0000161

# Furniture Design, MFA

*www.rit.edu/study/furniture-design-mfa*
*Andy Buck, Professor*
*585-475-2636, aabsac@rit.edu*

## Program overview

The furniture design master's program is structured to support each student's individual interests and aesthetic development. While engaging in the design and construction of a range of furniture objects, students are challenged to advance aesthetic, conceptual, and design sensibilities while simultaneously strengthening their building techniques and construction strategies. Students are exposed to a broad range of contemporary practices and creative approaches to design and art making in support of experimentation, critical reflection, and the development of a personal aesthetic and design philosophy.

The first year of the MFA in furniture design exposes students to a broad range of critical issues related to the conception and production of art, serves to inspire and provoke their critical reflection, and facilitate the development of a preliminary thesis topic. In the second year students propose and fully engage in a thesis project, which culminates in a major exhibition in the spring.

## Curriculum

### Furniture Design, MFA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CWFD-601 | Furniture Design Graduate Studio | 12 |
| STAR-701 | Technology in Studio | 3 |
| STAR-702 | Studio Art Research | 3 |
| STAR-714 | Ideation and Series | 3 |
| | Free Electives | 6 |
| | Professional Elective | 3 |
| **Second Year** | | |
| CWFD-601 | Furniture Design Graduate Studio | 12 |
| STAR-706 | Business Practices for Studio Artists | 3 |
| STAR-718 | Research Methods and Publication | 3 |
| STAR-790 | Research and Thesis | 3 |
| STAR-890 | Thesis | 6 |
| | Free Elective | 3 |
| **Total Semester Credit Hours** | | **60** |

## Admission requirements

To be considered for admission to the MFA program in furniture design, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in a field of arts, sciences, or education.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work. Undergraduate degrees should include 50 semester hours in studio courses.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 80 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Submit a portfolio. (Refer to Graduate Portfolio Requirements for more information.)

## Additional information

### Studio Residency program

The School for American Crafts offers a Studio Residency program for students in ceramics, furniture design, glass, and metals and jewelry design. Residence positions are limited and are awarded after the review of all applicants' portfolios, transcripts, and references. An interview is required. Accepted residents are required to register for one independent study credit during each semester of residence.

Accepted residents are expected to be present in their assigned studio during class hours and to contribute up to 10 hours of work per week in the main studio. These work hours are coordinated and overseen by the faculty in the resident's discipline. In exchange, the school will provide workspace, access to facilities, and supportive instruction. The resident is invited to participate in the full range of studio activities.

Participants may be those seeking additional studio experience prior to undergraduate or graduate study, early career professionals, or teachers on leave who wish to work again in an academic studio environment. The faculty in each discipline will make decisions concerning appropriate candidates.

Inquiries should be made to the Studio Residency Program, School for American Crafts, College of Art and Design, Rochester Institute of Technology, 73 Lomb Memorial Drive, Rochester, NY 14623-5603.

RIT0000162

College of Art and Design

# Glass, MFA

*www.rit.edu/study/glass-mfa*
*David Schnuckel, Assistant Professor*
*585-475-2650, dassac@rit.edu*

## Program overview

Develop your personal creative voice through intensive research, discussion, critique, and experimentation in glass. In the glass master's degree you are given full access to a complete glass facility and individual studio space. Graduate studio courses, seminar courses, and in-depth critiques give you a deeper understanding of the craft as you design pieces that flourish your personal expression.

The MFA in glass is a two-year program of study. An individual studio space serves to strengthen your technique and practice in designing pieces that reflect your personal expression of the medium. Graduate studio courses, seminar courses, and in-depth critiques are offered in conjunction with thesis planning and implementation to provide you with a deep understanding of glass. In addition to course work and creative production, you are exposed to a broad range of critical issues related to the conception and production of art, to inspire and provoke critical reflectionand facilitate the development of a thesis exhibition and supporting documentation.

## Curriculum

### Glass, MFA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CGLS-601 | Glass Graduate Studio | 12 |
| STAR-701 | Technology in Studio | 3 |
| STAR-702 | Studio Art Research | 3 |
| STAR-714 | Ideation and Series | 3 |
| | Free Electives | 6 |
| | Professional Elective | 3 |
| **Second Year** | | |
| CGLS-601 | Glass Graduate Studio | 12 |
| STAR-706 | Business Practices for Studio Artists | 3 |
| STAR-718 | Research Methods and Publication | 3 |
| STAR-790 | Research and Thesis | 3 |
| STAR-890 | Thesis | 6 |
| | Free Elective | 3 |
| **Total Semester Credit Hours** | | **60** |

## Admission requirements

To be considered for admission to the MFA program in glass, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in a field of arts, sciences, or education.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work. Undergraduate degrees should include 50 semester hours in studio courses.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 80 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Submit a portfolio. (Refer to Graduate Portfolio Requirements for more information.)

## Additional information

### Studio Residency program

The School for American Crafts offers a Studio Residency program for students in ceramics, furniture design, glass, and metals and jewelry design. Residence positions are limited and are awarded after the review of all applicants' portfolios, transcripts, and references. An interview is required. Accepted residents are required to register for one independent study credit during each semester of residence.

Accepted residents are expected to be present in their assigned studio during class hours and to contribute up to 10 hours of work per week in the main studio. These work hours are coordinated and overseen by the faculty in the resident's discipline. In exchange, the school will provide workspace, access to facilities, and supportive instruction. The resident is invited to participate in the full range of studio activities.

Participants may be those seeking additional studio experience prior to undergraduate or graduate study, early career professionals, or teachers on leave who wish to work again in an academic studio environment. The faculty in each discipline will make decisions concerning appropriate candidates.

Inquiries should be made to the Studio Residency Program, School for American Crafts, College of Art and Design, Rochester Institute of Technology, 73 Lomb Memorial Drive, Rochester, NY 14623-5603.

RIT0000163

# Metals and Jewelry Design, MFA

*www.rit.edu/study/metals-and-jewelry-design-mfa*
**Leonard Urso, Professor**
**585-475-6114, sac@rit.edu**
**Carlos Caballero-Perez, Graduate Director**
**585-475-6114, sac@rit.edu**

## Program overview

The MFA in metals and jewelry design is a professional degree for practicing artists, craftspeople, or designers who desire to leave a lasting impression on their fields through a devotion to their work and the high standards of discipline and artistic ideals. This jewelry design degree challenges conventional thinking. In this major, you'll improve your knowledge and experience working with different theories and materials while you are challenged to think unconventionally in order to redefine industry standards.

The MFA in metals and jewelry design is generally a two-year, full-time program that involves the presentation of a thesis, which includes written documentation and a formal exhibition of a body of work.

The program provides students with broad exposure to metal working techniques, expands knowledge of applied design, strengthens perceptual and philosophical concepts, and develops an individual mode of expression. This sequence leads to a master's thesis, inaugurated by the student and overseen by the faculty. The program is structured on the basis of individual needs, interests, and background preparation, as may be determined through faculty counseling.

## Curriculum

### Metals and Jewelry Design, MFA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CMTJ-601 | Metals and Jewelry Design Graduate Studio | 12 |
| STAR-701 | Technology in Studio | 3 |
| STAR-702 | Studio Art Research | 3 |
| STAR-714 | Ideation and Series | 3 |
| | Free Elective | 6 |
| | Professional Elective | 3 |
| **Second Year** | | |
| CMTJ-601 | Metals and Jewelry Design Graduate Studio | 12 |
| STAR-706 | Business Practices for Studio Artists | 3 |
| STAR-718 | Research Methods and Publication | 3 |
| STAR-790 | Research and Thesis | 3 |
| STAR-890 | Thesis | 6 |
| | Free Elective | 3 |
| **Total Semester Credit Hours** | | **60** |

## Admission requirements

To be considered for the MFA program in metals and jewelry design, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in a field of arts, sciences, or education.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work. Undergraduate degrees should include 50 semester hours in studio courses.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 80 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Submit a portfolio. (Refer to Graduate Portfolio Requirements for more information.)

## Additional information

### Studio Residency program

The School for American Crafts offers a Studio Residency program for students in ceramics, furniture design, glass and metals and jewelry design. Residence positions are limited and are awarded after the review of all applicants' portfolios, transcripts, and references. An interview is required. Accepted residents are required to register for one independent study credit during each semester of residence.

Accepted residents are expected to be present in their assigned studio during class hours and to contribute up to 10 hours of work per week in the main studio. These work hours are coordinated and overseen by the faculty in the resident's discipline. In exchange, the school will provide workspace, access to facilities, and supportive instruction. The resident is invited to participate in the full range of studio activities.

Participants may be those seeking additional studio experience prior to undergraduate or graduate study, early career professionals, or teachers on leave who wish to work again in an academic studio environment. The faculty in each discipline will make decisions concerning appropriate candidates.

Inquiries should be made to the Studio Residency Program, School for American Crafts, College of Art and Design, Rochester Institute of Technology, 73 Lomb Memorial Drive, Rochester, NY 14623-5603.

RIT0000164

College of Art and Design

## School of Art

# Fine Arts Studio, MFA

*www.rit.edu/study/fine-arts-studio-mfa*
**Elizabeth Kronfield, Professor**
**585-475-5762, edkfaa@rit.edu**

## Program overview

As you pursue a masters in fine arts you'll explore the role of contemporary art through painting, printmaking, sculpture, and expanded forms.

The MFA in fine arts studio is a rigorous two-year program comprised of major studio courses; studio electives such as glass, ceramics, film, and photography; theory and research seminars; as well as thesis credits.

The program is committed to collaboration and interdisciplinary approaches both within the four major fine arts areas of study and the entire College of Art and Design. The program's structure allows for personal growth, experimentation, collaboration, and unique, non-discipline specific results to occur in the thesis. Courses are meant to concentrate on creative visual work while also thinking about making and sustaining a dialogue.

## Curriculum

### Fine Arts Studio, MFA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|--------|--|----------------------:|
| **First Year** | | |
| STAR-701 | Technology in Studio | 3 |
| STAR-702 | Studio Art Research | 3 |
| STAR-714 | Ideation and Series | 3 |
| | Major Studio Courses* | 12 |
| | Free Electives | 6 |
| | Professional Elective | 3 |
| **Second Year** | | |
| STAR-706 | Business Practices for Studio Artists | 3 |
| STAR-718 | Research Methods and Publication | 3 |
| STAR-790 | Research and Thesis | 3 |
| STAR-890 | Thesis | 6 |
| | Major Studio Courses* | 12 |
| | Free Electives | 3 |
| **Total Semester Credit Hours** | | **60** |

\* Students may choose any combination of the following major studio courses: Painting (PAIT-601), Printmaking (PRNT-601), Sculpture (SCUL-601), or Expanded Forms (SCUL-611).

## Admission requirements

To be considered for admission to the MFA program in fine arts studio, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college of fine arts.
- Submit a portfolio containing a cohesive body of artwork that demonstrates both technical skill and visualization of conceptual thought. (Refer to Graduate Portfolio Requirements for more information.)
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit a personal statement of educational objectives, including why the candidates is interested in earning an MFA, the selection of RIT for the MFA degree, and professional goals to be achieved.
- Submit an artist's statement explaining the intention behind the portfolio.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 80 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

# Non-toxic Printmaking, Adv. Cert.

*www.rit.edu/study/non-toxic-printmaking-adv-cert*
**Glen Hintz, Director, School of Art**
**585-475-2161, grhfad@rit.edu**

## Program overview

Technical training and retraining for artists and printmaking professionals seeking a comprehensive working knowledge of non-toxic printmaking techniques, including a study of methodology and aesthetic applications. In the advanced certificate in non-toxic printmaking, you'll learn the fundamentals of print creation, and applied skills for current and emerging industry and career demands. Students incorporate industry best practices and principles through the design and production of printmaking projects.

## Curriculum

### Non-toxic Printmaking, advanced certificate, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|--------|--|----------------------:|
| **First Year** | | |
| PRNT-607 | Printmaking I | 6 |
| PRNT-608 | Printmaking II | 6 |
| **Total Semester Credit Hours** | | **12** |

## Admission requirements

To be considered for admission to the advanced certificate in non-toxic printmaking, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a BFA or MFA, or be recognized as a master printer or professional print maker.
- Submit a slide portfolio (between 10-20 slides).
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit three letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 80 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000165

# Visual Arts–All Grades (Art Education), MST

*www.rit.edu/study/visual-arts-all-grades-art-education-mst*
*Lauren Ramich, Lecturer*
*585-475-7140, larfaa@rit.edu*

## Program overview

When does an artist become a teacher? The MST in visual arts-all grades (art education) prepares you to teach the next generation of artists and create art experiences while honing your own artistic skills. This accelerated program gives you a year of hands-on experience that will heavily mirror your life as an art educator. An art education masters prepares you for a career by embedding certifications and job placement support right into the curriculum. You will work with regional schools to find the best fit for your personality, talents, and teaching goals.

The MST in visual arts–all grades (art education) leads to initial/professional New York State certification in visual arts for grades K through 12. This certification allows applicants to teach in New York state public schools. The program features pedagogical studies, studio inquiry, and student teaching. The program prepares students to meet the national, state, and regional need for teachers of the visual arts and is designed for accomplished art educators and advocates for art and learning in all grades. The program is nationally accredited and is for teachers in art education who hold a BFA or BA (art major) degree. Classes begin each August and conclude in May. Graduates of teacher education programs at RIT have a 96 percent pass rate on the New York State Teacher Certification examinations.

## Curriculum

### Visual Arts-All Grades (Art Education), MST degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ARED-701 | Child Development in Art | 3 |
| ARED-702 | Inclusive Art Education: Teaching Students with Disabilities in the K-12 Art Classroom | 3 |
| ARED-703 | Multicultural Issues in Art and Education | 3 |
| ARED-704 | Methods in Teaching and Learning | 3 |
| ARED-705 | Methods II: Studio Thinking | 3 |
| ARED-711 | Professional Practices in Art Education | 3 |
| ARED-790 | Student Teaching | 9 |
| ARED-890 | Graduate Seminar in Art Education | 6 |
| | CAD Studio Elective | 3 |
| **Total Semester Credit Hours** | | **36** |

## Admission requirements

To be considered for admission to the MST program in visual arts–all grades (art education), candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college with a major concentration in art, art education, arts technology education, photography, or new media.
- Submit a portfolio. (Refer to Graduate Portfolio Requirements for more information.)
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit a personal statement of educational objectives, including why the candidate is interested in earning an MST, the selection of RIT for the MST degree, and professional goals to be achieved.
- Submit an artist's statement explaining the intention behind the portfolio.
- Submit a current resume or curriculum vitae.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 80 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000166

College of Art and Design

## School of Design

# Industrial Design, MFA

*www.rit.edu/study/industrial-design-mfa*
**Alex Lobos, Associate Professor**
**585-475-7417, aflfaa@rit.edu**

## Program overview

Form, function, and experience tell a story of considered design and the best possible outcome. The industrial design masters will enhance your career success by further developing your knowledge in design process and technology. This project-based program allows you to explore design theory, design history, and human-centered design. You will conduct unique research on various topics of interest, which will further your understanding of the industry and society. As you conclude your studies, you will obtain hands-on experience on technical competence, analytical thought, sustainability, and transdisciplinary collaboration, all key to fueling your career.

The MFA in industrial design is for career enhancement or redirection. The educational experience is project-oriented, requiring research into design methods and technologies. Cross-disciplinary collaboratives provide an experiential dimension.

The first year of study includes seminar courses in design history and research, which are common to all graduate students in the School of Design. In addition, studio courses involve extensive design work with respect to sustainability, design process, the meaning of artifacts, and critical analysis. Additional course work using three-dimensional software for modeling and fabrication fills out the program.

In the second year students conduct research and develop a thesis project, which is presented in a graduate thesis exhibition or presentation, and is documented in a written thesis report.

## Curriculum

### Industrial Design, MFA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| IDDE-607 | Technology Studio | 3 |
| IDDE-701 | Design Laboratory I | 3 |
| IDDE-702 | Design Laboratory II | 3 |
| IDDE-703 | Function of Form | 3 |
| IDDE-704 | Form of Function | 3 |
| IDDE-705 | 2D Ideation and Visualization | 3 |
| IDDE-706 | Integrated Design Visualization | 3 |
| IDDE-711 | Design Research and Proposals | 3 |
| VCDE-701 | Design History Seminar | 3 |
| | Free Elective | 3 |
| **Second Year** | | |
| IDDE-671 | ID Design Studio I | 3 |
| IDDE-672 | Graduate ID Studio II | 3 |
| IDDE-790 | Thesis: Research and Planning | 6 |
| IDDE-890 | Thesis: Implementation and Evaluation | 6 |
| | Free Electives | 9 |
| | Art History Elective* | 3 |
| **Total Semester Credit Hours** | | **60** |

*Art History Elective refers to any graduate level Art History course in CAD or the College of Liberal Arts.

## Admission requirements

To be considered for admission to the MFA program in industrial design, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit a portfolio of work that demonstrates strong design skills, visual sophistication, and aesthetic awareness. (Refer to Graduate Portfolio Requirements for more information.)
- Submit a personal statement of educational objectives detailing the professional goals the candidate wishes to achieve, and the attributes the candidate brings to graduate study.
- Submit three letters of recommendation from academic or professional sources.
- Submit a current resume or curriculum vitae.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 (with balanced sub-scores) is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000167

# Integrative Design, MS

*www.rit.edu/study/integrative-design-ms*
**Stan Rickel, Graduate Director**
**585-475-4745, srrfaa@rit.edu**

## Program overview

The integrative design program enables students with artistic, technical, engineering, and management backgrounds to study and successfully engage with creative development teams. This one-year design master's degree develops your understanding of the theories, methods, processes of design, and their application in product and service development.

The MS in integrative design establishes a variety of creative design thinking techniques in areas such as systems thinking, brainstorming, immersions, contextual relevance, and empathy–all of which will be used to develop an in-depth understanding of the design process, the product/service life cycle, product/service feasibility, and the integration of social responsibility in product/service design. The program enables students with artistic, technical, engineering, and management backgrounds to study and successfully engage within creative development teams.

## Curriculum

### Integrative Design, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| INGD-721 | Elements and Methods | 3 |
| INGD-722 | Emotion and Implementation | 3 |
| INGD-726 | Visualization I: Development | 3 |
| INGD-727 | Visualization II: Communication | 3 |
| INGD-731 | Design Studio I: Concepts | 3 |
| INGD-732 | Design Studio II: Capstone | 3 |
| | Free Electives | 12 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS in integrative design program, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit three letters of recommendation from academic or professional sources.
- Submit a personal statement of purpose (300-500 words) detailing the attributes you bring to graduate study, including professional goals you wish to achieve.
- Submit a current resume or curriculum vitae.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

# Visual Communication Design, MFA

*www.rit.edu/study/visual-communication-design-mfa*
**Adam Smith, Associate Professor**
**585-475-4552, aesfaa@rit.edu**

## Program overview

This visual communications degree offers a comprehensive opportunity to investigate the intersection of graphic, interaction, and motion design. You will focus on conceptualizing and creating user-centered design wherever there is a screen or digital experience. This can include mobile phones, automotive instrument panels, medical devices, wearables, and more. This major reinforces the importance of user experience design by combining insight from all areas of design. Choose to focus your studies or combine course sequences from communication design, interaction design, motion design, and design studies. By combining historical, communication and aesthetic theory, principles, and creativity, your work will anticipate design evolution and lead innovation.

The MFA in visual communication design focuses on all areas of design, including graphic design, user experience/interaction design, design studies, motion graphics, and 3D digital design. The changing landscape of people's everyday interactions has blurred the lines between respected design fields, giving designers new responsibilities to shape experiences. The MFA program embraces this new technology through its curriculum, which addresses these merging skill sets.

**Plan of study**
The MFA in visual communication design provides a learning environment for advancement in innovative research, user-centered design, and professional practice focusing on the creative potentials of visual communication through a full spectrum of media. Students may advance their design knowledge and technical skills by choosing an option in communication design, interaction design, or motion and 3D digital design.

The cross-disciplinary nature of the program offers a greater potential to foster innovation and creativity in visual communication design. The program reflects the current views and changes occurring in the professional design field. The skill sets required of graphic, interactive, and digital design have now crossed over and are interrelated.

## Curriculum

### Visual Communication Design, MFA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| VCDE-701 | Design History Seminar | 3 |
| VCDE-706 | 3D Modeling and Motion | 3 |
| VCDE-707 | Web and UI Design | 3 |
| VCDE-708 | Typography | 3 |
| VCDE-709 | Digital Design in Motion | 3 |
| VCDE-712 | Design Studies Seminar | 3 |
| *Choose one of the following:* | | 3 |
| VCDE-718 | Project Design and Implementation | |
| VCEE-722 | Praxis I | |
| | Professional Electives | 6 |
| | Free Elective | 3 |
| **Second Year** | | |
| VCDE-746 | Professional Practices | 3 |
| VCDE-790 | Thesis Research and Planning | 3 |
| VCDE-890 | Thesis: Implementation and Evaluation | 6 |
| | Professional Electives | 9 |
| | Free Electives | 9 |
| **Total Semester Credit Hours** | | **60** |

RIT0000168

**College of Art and Design**

## Admission requirements

To be considered for admission to the MFA program in visual communication design, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit a portfolio of work demonstrating strong design skills, visual sophistication, and aesthetic awareness. (Refer to Graduate Portfolio Guidelines for more information.)
- Submit a personal statement of educational objectives that details attributes the candidate brings to graduate study, including expectations and professional goals they wish to achieve.
- Submit three letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 90 (internet-based) is required. A minimum IELTS score of 6.5 (with balanced sub-scores) is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

### Portfolio

The portfolio, along with written records of achievements and recommendations, serves to inform the faculty of the applicant's readiness for advanced graduate study. It provides understanding into the applicant's performance to date, ability to create advanced, self-directed work and his/her aesthetic development and maturity. Please visit the Graduate Portfolio Requirements page to learn more about portfolio requirements and submission information.

## School of Film and Animation

## Film and Animation, MFA

*www.rit.edu/study/film-and-animation-mfa*
**Tom Gasek, Associate Professor**
**585-475-7403, tdgpph@rit.edu**

### Program overview

In the MFA program in film and animation, students create live-action production, scripts, 2D, 3D, or stop motion animation that is unique. The School of Film and Animation houses state-of-the-art facilities, including full production facilities. The program is also supported by highly specialized faculty from RIT's photography, imaging science, computer science, information technology, and design programs.

**Goals**
The program provides students with the opportunity to use animation, filmmaking, and other imaging arts as a means to:
- pursue a career and earn a livelihood.
- enrich their personal lives and society as a whole.
- encourage a sense of community, creativity, scholarship, and purpose.

**Plan of study**
The MFA in film and animation offers four options:
1. 2D animation concentrates on traditional forms drawn by hand, a mixture of both traditional and digital, or all digital origination. Students may concentrate their studies on stop motion puppet animation.
2. 3D animation courses focus on advanced 3D modeling, lighting, texturing, and animating in a 3D space.
3. Production allows students to develop and refine their creative approach to fictional narrative, documentary, and experimental live action filmmaking.
4. Screenwriting is an opportunity for students to complete short films with a concentration in creating feature, short, and series length screenplays.

All four options require two years of course work and a thesis project. A complete film is required of all first-year students, a complete film or script is required in the second year, and a more ambitious thesis film or feature length script is required in the third year. In the third and final year, students are enrolled part-time and their work is focused only on their thesis project.

*Electives*
Elective courses are available in animation, film, video, multimedia, screenwriting, printmaking, painting, sculpture, communication design, museum studies, crafts, bookmaking, typography, color photography, new media, studio photography, advertising photography, perception, gaming, computer graphics, art history, and archival preservation and conservation. There are also opportunities for independent studies, internships, and concentrations.

*Thesis*
Specific instructions pertaining to the thesis are available in the "MFA Guide for Students and Faculty: Policy Regarding Student Work." The School of Film and Animation reserves the right to retain copies of student-produced films to be used for educational purposes, to show to prospective students, and as examples of student productions.

RIT0000169

## Curriculum

### Film and Animation (2D animation option), MFA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| SOFA-603 | 2D Animation I: Fundamentals | 3 |
| SOFA-605 | Basic Sound Recording | 3 |
| SOFA-610 | Graduate Seminar | 2 |
| SOFA-611 | History and Aesthetics of Animation | 3 |
| *Choose one of the following:* | | 3 |
| SOFA-615 | 3D Animation Fundamentals | |
| SOFA-617 | Stop Motion Puppet Fundamentals | |
| SOFA-622 | 30 Second Film | 3 |
| SOFA-625 | Animated Acting Principles | 3 |
| SOFA-627 | Pre-Production for Animators | 3 |
| SOFA-628 | Animation Writing and Visual Storytelling | 3 |
| *Choose one of the following:* | | 3 |
| SOFA-748 | Concept and Character Design | |
| SOFA-623 | Stop Motion Master Class | |
| SOFA-630 | Animation Film Language | 2 |
| **Second Year** | | |
| *Choose one of the following:* | | 3 |
| SOFA-604 | 2D Animation II: Mechanics | |
| SOFA-652 | Alternate Frame by Frame | |
| SOFA-618 | Business and Careers in Animation | 3 |
| SOFA-676 | After Effects for Animators | 3 |
| SOFA-717 | Animation Workshop | 4 |
| SOFA-780 | Thesis Preparation Seminar | 1 |
| | Free Electives | 6 |
| | Professional Electives | 6 |
| **Third Year** | | |
| SOFA-790 | Research and Thesis I | 4 |
| SOFA-890 | Research and Thesis II | 4 |
| **Total Semester Credit Hours** | | **65** |

### Film and Animation (3D animation option), MFA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| SOFA-605 | Basic Sound Recording | 3 |
| SOFA-610 | Graduate Seminar | 2 |
| SOFA-611 | History and Aesthetics of Animation | 3 |
| *Choose one of the following:* | | 3 |
| SOFA-603 | 2D Animation I: Fundamentals | |
| SOFA-617 | Stop Motion Puppet Fundamentals | |
| SOFA-615 | 3D Animation Fundamentals | 3 |
| SOFA-622 | 30 Second Film | 3 |
| SOFA-625 | Animated Acting Principles | 3 |
| SOFA-627 | Pre-Production for Animators | 3 |
| SOFA-628 | Animation Writing and Visual Storytelling | 3 |
| SOFA-630 | Animation Film Language | 2 |
| SOFA-695 | Advanced 3D Animation | 3 |
| **Second Year** | | |
| SOFA-618 | Business and Careers in Animation | 3 |
| *Choose one of the following:* | | 3 |
| SOFA-675 | 3D Lighting and Texturing | |
| SOFA-652 | Alternate Frame by Frame | |
| SOFA-676 | After Effects for Animators | 3 |
| SOFA-717 | Animation Workshop | 4 |
| SOFA-780 | Thesis Preparation Seminar | 1 |
| | Professional Electives | 6 |
| | Free Electives | 6 |
| **Third Year** | | |
| SOFA-790 | Research and Thesis I | 4 |
| SOFA-890 | Research and Thesis II | 4 |
| **Total Semester Credit Hours** | | **65** |

### Film and Animation (production option), MFA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| SOFA-602 | Production Processes | 4 |
| SOFA-605 | Basic Sound Recording | 3 |
| SOFA-606 | Graduate Directing | 3 |
| SOFA-610 | Graduate Seminar | 2 |
| SOFA-613 | Graduate Screenwriting | 3 |
| SOFA-621 | Spring Film | 3 |
| SOFA-626 | Writing the Short | 3 |
| SOFA-678 | Cinematography and Lighting | 3 |
| | History and Aesthetics Elective | 3 |
| **Second Year** | | |
| SOFA-614 | Business and Careers in Film | 3 |
| SOFA-721 | Fall Film | 3 |
| SOFA-733 | Hybrid Forms: Theory and Practice | 3 |
| SOFA-780 | Thesis Preparation Seminar | 1 |
| | History and Aesthetics Elective | 3 |
| | Professional Electives | 9 |
| | Free Electives | 6 |
| **Third Year** | | |
| SOFA-790 | Research and Thesis I | 4 |
| SOFA-890 | Research and Thesis II | 4 |
| **Total Semester Credit Hours** | | **63** |

### Film and Animation (screenwriting option), MFA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| SOFA-602 | Production Processes | 4 |
| SOFA-605 | Basic Sound Recording | 3 |
| SOFA-606 | Graduate Directing | 3 |
| SOFA-610 | Graduate Seminar | 2 |
| SOFA-613 | Graduate Screenwriting | 3 |
| SOFA-621 | Spring Film | 3 |
| SOFA-626 | Writing the Short | 3 |
| | History and Aesthetics Elective | 3 |
| | Professional Elective | 3 |
| **Second Year** | | |
| SOFA-614 | Business and Careers in Film | 3 |
| SOFA-663 | Writing the Feature | 3 |
| SOFA-664 | Writing the Series | 3 |
| SOFA-721 | Fall Film | 3 |
| SOFA-733 | Hybrid Forms: Theory and Practice | 3 |
| SOFA-780 | Thesis Preparation Seminar | 1 |
| | History and Aesthetics Electives | 6 |
| | Free Electives | 6 |
| **Third Year** | | |
| SOFA-790 | Research and Thesis I | 4 |
| SOFA-890 | Research and Thesis II | 4 |
| **Total Semester Credit Hours** | | **63** |

## Admission requirements

To be considered for admission to the MFA in film and animation, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit an online portfolio of work that demonstrates the candidate's skills, visual sophistication, and aesthetic awareness. (Refer to Graduate Portfolio Requirements for more information.)
- Submit a two-to-three minute online self-portrait video.
- Submit a personal statement of educational objectives
- Submit two letters of recommendation from academic or professional sources.

RIT0000170

**College of Art and Design**

- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 (with balanced sub-scores) is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

Students who are evaluated to have MFA potential but need additional study in preparation for graduate courses will be advised to take such courses either prior to entrance or during their first year of study.

All correspondence concerning application materials as well as all submissions deadlines should be addressed to the Office of Graduate and Part-time Enrollment.

### Portfolio

The review committee is looking for work that is original in concept and content. It does not need to necessarily be motion media, but should be visual or aural. Examples include films/videos, photos, drawings, paintings, sculpture, stop motion puppets, scripts, storyboards, and original music.

Applicants must present what they consider to be the best of their work, not all of their work. Films or videos should total 12 minutes or less. A short, complete piece of work is preferable to a demo reel. If there are no short works then a 12 minute excerpt of a longer piece is acceptable.

Applicants must place their portfolios on a web or FTP site, such as Vimeo or YouTube, that can be easily accessed by RIT faculty for review. Applications should include a URL/web or FTP address to the online portfolio. If the portfolio is placed on a shared web or FTP site that contains other files, be sure the file name contains your full name (which must match the name used on your application materials). When applicable, please include any usernames and/or passwords necessary for access to your portfolio. Please provide an inventory sheet or table of contents with your portfolio, and if it is not obvious, clearly indicate what your combination was to group and collaborative pieces. This can be a separate description or can be included in the portfolio presentation.

Applicants are also required to produce a two-to-three minute self-portrait video to accompany the online portfolio. This should include information about you, such as why you want to attend the School of Film and Animation, the program concentration you wish to pursue, and why. Please include information about one significant accomplishment you have made. Sound and picture quality should be clear. The online portfolio and self-portrait must be mounted on Slideroom.com once a Slideroom account is established.

For more information about portfolio guidelines please visit the graduate portfolio requirements page of the Office of Graduate and Part-time Enrollment.

## Additional information

### Transfer credit

Graduate-level course work taken prior to admission should be submitted for approval upon entrance into the program. Up to 8 semester credit hours of graduate work with a grade of B or better is transferable and may be counted toward the MFA degree, with the approval of the graduate faculty.

### Grades

Students must maintain a B (3.0) average GPA to meet graduation requirements for the MFA. Thesis hours are usually completed over two semesters. Acceptance or rejection of the thesis is made by the candidate's thesis board and the graduate faculty.

### Maximum time limit

University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program. Bridge courses are excluded.

### Screenings

Screenings are required for all student-produced films and are coordinated through the professor or the thesis chair.

RIT0000171

## School of Photographic Arts and Sciences

# Media Arts and Technology, MS

www.rit.edu/study/media-arts-and-technology-ms
**Michael Peres, Professor**
**585-475-2775, mrppph@rit.edu**

## Program overview

All businesses and organizations rely on graphic communications to increase their effectiveness in communicating ideas, instructions, and concepts. A graduate with a media masters understands the value of information design and recognizes the many ways it can be used to positively impact the bottom line. In the media arts and technology program, you will learn to leverage emerging technologies to your advantage. With a management focus, technical expertise, and comprehensive knowledge of how to drive the graphics process from concept through completion, you will be an attractive prospect in a wide range of industries, including education, engineering, marketing, research science, human resources, public relations, and more.

The MS degree in media arts and technology is a one-year program that concludes with a capstone project. Students develop relevant knowledge and skills with a technical emphasis and business-oriented approach. Students recognize new ways for operating and identifying emerging technologies to meet and exceed evolving market demands, and for becoming leaders in the improvements of cross-media products and processes. The program provides students with the ability to create meaningful and measurable changes in graphic communications through applied cross-media initiatives. The required capstone project allows students to develop and demonstrate in-depth knowledge in a specific topic area. Led by senior faculty, the capstone project is designed to prepare students to be innovators in the rapidly evolving media landscape.

The curriculum concentrates on the latest technologies, processes, and strategies that allow students to employ knowledge of print, web, mobile, and social media workflows to solve communication problems. The diverse expertise of the faculty assures a breadth of relevant experience while educating students on issues and trends across the graphic communications field. The program aims to create a collaborative environment where students combine course work with access to faculty expertise, staff support, and extensive facilities to extend their current knowledge base.

**Plan of study**
The program includes 30 credit hours of study and culminates in a capstone project.

*Electives*
Students may choose elective courses from a variety of courses offered in a range of graduate departments and programs at RIT.

*Capstone project*
The capstone project requires students to develop and demonstrate extensive knowledge of a specific topic related to graphic communications. Students complete original work in the form of a number of methodologies, including experiments, comprehensive case studies, surveys, focus groups, and research analysis. Outcomes from this experience include innovation of a process, recognizing unmet customer needs, solving cross-media issues, or identifying resources required for business transformation or media solutions.

## Curriculum

### Media Arts and Technology, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| PHMS-721 | Implementing Media Business Change | 3 |
| PHMS-731 | Digital Content Management | 3 |
| PHMS-743 | Perspectives on Contemporary Media and Communications | 3 |
| PHMS-746 | Capstone I | 3 |
| PHMS-747 | Capstone II | 3 |
| PPRT-603 | Operations Management in the Graphic Arts | 3 |
| PPRT-642 | Industry Issues and Trends | 3 |
| PPRT-703 | Cross Media Workflow | 3 |
| | Free Electives | 6 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS program in media arts and technology, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 80 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000172

College of Art and Design

# Photography and Related Media, MFA

*www.rit.edu/study/photography-and-related-media-mfa*
**Christine Shank, Associate Professor**
**585-475-2616, crspph@rit.edu**

## Program overview

The masters in photography and related media emphasizes a broad interpretation of photography as a conceptual art form, with the intention of inspiring and nurturing the individuality of each student as a creative, productive artist. This photography masters degree program encourages graduate study in photography and related media as a means to personal, aesthetic, intellectual, and career development.

The curriculum provides a focus of study that is continually sensitive to the needs of each student, building upon the strengths each individual brings to the program. Successful completion of the program enables students to seek careers in fields including education, museum or gallery work, or as self-employed visual artists.

### Program goals
The program provides students with the opportunity to use the still and moving image as a means to:
- develop as a practicing artist.
- pursue a professional career and earn a livelihood.
- enrich their personal lives and society as a whole.
- create a community of creativity, scholarship, and purpose .

### Plan of study
Distribution of work within these guidelines is subject to modification based upon the candidate's background, abilities, and interests. Modifications in this prescribed program thereafter must be approved and recorded.

*Electives*
Elective courses are available in areas such as, but not limited to, video, printmaking, painting, sculpture, communication design, crafts, bookmaking, graphic design, new media, computer graphics, art history, and archival preservation and conservation. A complete list of graduate electives is available through the student's advisor. There are also graduate electives offered throughout the university. Students also have opportunities to enhance their studies through independent studies and internships.

*Thesis*
Matriculation from the MFA program is obtained when the student has completed and mounted their graduate thesis exhibition, successfully passed their thesis defense, and submitted their thesis publication. The thesis must be an original body of work appropriate to the major commitment of the degree. The thesis publication is documentation of the thesis project, which must be submitted in digital form. It must contain an extended artist statement and a presentation of the majority of thesis artwork. The thesis defense is a public presentation made by the student, in explanation of thesis project, creative research, and exhibition.

### Faculty
Eleven full-time faculty members, all critically regarded for their artistic work in exhibition and publication, contribute to the MFA program. The faculty brings individual expertise and dedication to their work with graduate students, encouraging intellectual inquiry of contemporary art-making practices and aesthetics. The MFA program is supported by a staff of 30 full-time faculty members from the RIT's School of Art and RIT's School of Photographic Arts and Sciences; faculty from the art history department; adjunct faculty members from George Eastman Mu-

seum; as well as noted regional, national, and international practitioners, critics, and historians.

## Curriculum

### Photography & Related Media, MFA degree, typical course sequence

| COURSES | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| PHGR-701 | Histories and Aesthetics of Photography I | 3 |
| PHGR-702 | Histories and Aesthetics of Photography II | 3 |
| PHGR-703 | Studio Core I | 6 |
| PHGR-704 | Studio Core II | 6 |
| PHGR-716 | Integrated Practices I | 3 |
| PHGR-717 | Integrated Practices II | 3 |
| | CAD Studio Elective* | 3 |
| | Free Elective | 3 |
| **Second Year** | | |
| PHGR-721 | Research Core I | 3 |
| PHGR-723 | Research Core II | 3 |
| PHGR-724 | Professional Development for the Emerging Artist | 3 |
| PHGR-890 | Thesis | 12 |
| | Free Electives | 9 |
| **Total Semester Credit Hours** | | **60** |

*CAD Studio Electives refers to any graduate level course in the College of Art and Design that includes a studio component.

## Admission requirements

To be considered for admission to the MFA program in photography and related media, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit a portfolio containing a focused body of artwork that demonstrates visual sophistication, aesthetic awareness, craft, as well as a commitment to purpose and idea. (Refer to Graduate Portfolio Requirements for more information.)
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit a personal statement of educational objectives that outlines the selection of RIT for the MFA degree and the candidate's professional goals they wish to achieve.
- Submit an artist statement explaining the intention behind the portfolio submitted.
- Submit a current resume or curriculum vitae.
- Submit three letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 (with balanced sub-scores) is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Optional participation in an interview.

Applicants who are capable of graduate level academic work, as well as artistic visual expression, and who demonstrate an interest in the exploration of new artistic ideas and experiences will be recommended.

### Portfolio
The portfolio, along with written records of achievements and recommendations, serves to inform the faculty of the applicant's readiness for advanced graduate study. It provides understanding into the applicant's performance to date, ability to create advanced, self-directed work and his/her aesthetic development and maturity. Please visit the Graduate

RIT0000173

Portfolio Requirements page to learn more about portfolio requirements and submission information.

## Additional information

### Scholarships and graduate assistantships

All accepted applicants are awarded a university scholarship. Level of scholarship support is based on merit of application materials. Concurrently, the MFA program faculty grants graduate assistantships to accepted applicants. Assistantships include a variety of positions, including team teaching introductory photography courses, faculty assistantships in the classroom and with research projects, gallery management, and working in an archive. Upon acceptance into the MFA program, applicants are notified by the MFA director as to level of support for both the university scholarship and the graduate assistantship. Both scholarship and assistantship are renewable in the second year of graduate study if students remain in good standing with the university.

### Transfer credit

Graduate-level course work completed prior to admission should be submitted for approval upon entrance into the program. Up to 12 semester hours of graduate work with a minimum grade of a B (3.0) or higher is transferable toward the degree, with the approval of the graduate director.

### Grades and maximum time limit

The averageof all grades for graduate credit taken at the university must be at least a B (3.0) to qualify for the degree. University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program.

### Policy regarding student work

The School of Photographic Arts and Sciences reserves the right to retain digital copies of original art work from a student's MFA thesis show for inclusion in the MFA Collection, to be used for educational, promotional, and exhibition purposes. Graduates must also submit a copy of the thesis publication to the school's MFA archive.

### William Harris Gallery

William Harris Gallery supports the exhibition of graduate thesis work, student work, and the works of contemporary imagemakers. It maintains a calendar of exhibitions, public lectures, and receptions. Importantly, it also provides real world experience for interested graduate students where they learn firsthand about gallery operations, installation, and communications as a gallery manager or staff member.

RIT0000174

College of Art and Design

## Faculty

### Dean's Office

**TODD JOKL**, BA, Yale University; MFA, University of Connecticut; Ed.D., Southern Connecticut State University—Dean, Professor

**Chris B. Jackson**, BFA, Alfred University; MFA, Rochester Institute of Technology—Associate Dean of Graduate Studies; Professor

### School for American Crafts

**Andy Buck**, BA, Virginia Commonwealth University; MFA, Rhode Island School of Design—Graduate Co-Director, School for American Crafts; Professor

**Juan Carlos Caballero-Perez**, BFA, MFA, Rochester Institute of Technology—Graduate Director, School for American Crafts; Professor

**Robin Cass**, BFA, Rhode Island School of Design; MFA, State University of New York College of Ceramics at Alfred University—Professor

**Richard Hirsch**, BS, State University College at New Paltz; MFA, Rochester Institute of Technology—Professor Emeritus

**Albert Paley**, BFA, MFA, Temple University; Ph.D. (honorary), University of Rochester—Artist-in-Residence, Charlotte Fredericks Mowris Chair in Contemporary Crafts

**Michael Rogers**, BA, MA, Western Illinois University; MFA, University of Illinois—Professor Emeritus

**David Schnuckel**, BA, Anderson University; MFA, Rochester Institute of Technology—Assistant Professor

**Jane Shellenbarger**, BFA, Kansas City Art Institute; MFA, Southern Illinois University at Edwardsville—Undergraduate Program Director, Studio Arts; Associate Professor

**Leonard A. Urso**, BFA, MFA, State University College at New Paltz—Professor

### School of Art

**Michael Amy**, BA, Vrije Universiteit Brussel (Belgium); MA, Ph.D., New York University—Professor

**Donald Arday**, BFA, Cleveland Institute of Art; MFA, Syracuse University—Professor

**Eileen Feeney Bushnell**, BFA, University of Massachusetts at Amherst; MFA, Indiana State University—Professor

**Robert Dorsey**, BFA, Rochester Institute of Technology; MFA, Syracuse University—Professor

**Emily Glass**, BFA, State University College at Potsdam; MFA, Kansas State University—Senior Lecturer

**Robert Heischman**, BFA, Miami University of Ohio; UCFA, Oxford University (England)—Professor Emeritus

**Glen R. Hintz**, BA, Lafayette College; MS, The Medical College of Georgia—School Director, School of Art and School for American Crafts; Undergraduate Program Director, Medical Illustration; Associate Professor

**Elizabeth Kronfield**, BFA, Bowling Green State University; MFA, University of Georgia—Graduate Director, Fine Arts Studio; Professor

**Heidi Nickisher**, BA, University of California at Santa Barbara; MA, California State University, Fullerton; Ph.D., University of Buffalo—Principal Lecturer

**Peter Pincus**, BFA, MFA, New York State College of Ceramics at Alfred University—Assistant Professor

**Lauren Ramich**, BFA, MST, MFA, Rochester Institute of Technology—Graduate Director, Visual Arts—All Grades; Lecturer

**Luvon Sheppard**, BFA, MST, Rochester Institute of Technology—Professor

**Alan D. Singer**, BFA, The Cooper Union; MFA, Cornell University—Professor

**Sarah Thompson**, BA, University of California at San Diego; MA, Ph.D., University of California at Santa Barbara—Associate Professor

**Clifford Wun**, BFA, Rhode Island School of Design; MFA, Maryland Institute College of Art—Associate Professor

### School of Design

**Deborah Beardslee**, BFA, Syracuse University; MFA, Virginia Commonwealth University—Associate Professor

**Nancy Bernardo,** BA, Valparaiso University; MFA, The School of the Art Institute of Chicago—Associate Professor

**Peter Byrne**, MFA, York University (Canada)—School Director, School of Design; Professor

**Nancy A. Ciolek**, BFA, MFA, Indiana State University—Associate Professor Emerita

**Daniel DeLuna**, BFA, Ball State University; MFA, Pratt Institute—Associate Professor

**Carol Fillip**, BS, State University of New York at Buffalo; MFA, Rochester Institute of Technology—Undergraduate Program Director, Graphic Design; Associate Professor

**Shaun Foster**, BBA, University of Wisconsin; MFA, Rochester Institute of Technology—Undergraduate Program Director, 3D Digital Design; Associate Professor

**Lorrie Frear**, BFA, MFA, Rochester Institute of Technology—Associate Professor

**Mitch Goldstein**, BFA, Rhode Island School of Design; MFA, Virginia Commonwealth University—Associate Professor

**David Halbstein**, BA, MA, William Patterson University—Associate Professor

**Joyce Hertzson**, BFA, Rhode Island School of Design; MFA, Indiana University—Faculty Associate for Recruitment; Professor

**Chris B. Jackson**, BFA, Alfred University; MFA, Rochester Institute of Technology—Associate Dean of Graduate Studies; Professor

**Lorraine Justice**, BFA, Edinboro University; MFA, Ph.D., The Ohio State University—Dean Emerita; Professor

**Alex Lobos**, BA, Universidad Rafael Landivar (Guatemala); MFA, University of Notre Dame—Professor

**Bruce I. Meader**, BFA, MFA, Carnegie Mellon University—Professor Emeritus

**Josh Owen**, BA, BFA, Cornell University; MFA, Rhode Island School of Design—Undergraduate Program Director, Industrial Design; Distinguished Professor

**Alejandro Perez Sanchez**, BS, Art Institute of California; MFA, Academy of Art University—Assistant Professor

**R. Roger Remington**, BFA, Rochester Institute of Technology; MS, University of Wisconsin—Massimo and Lella Vignelli Distinguished Professor of Design

**Stan Rickel**, BID, Pratt Institute; MID, Syracuse University—Graduate Director, Integrative Design and Industrial Design; Associate Professor

**Marla Schweppe**, BA, University of Kansas; MA, The Ohio State University—Professor

**Amos Scully**, BFA, Rochester Institute of Technology; MFA, California College of Arts and Crafts—Associate Professor

**Kim Sherman**, BS, State University College at Cortland; MFA, Rochester Institute of Technology—Principal Lecturer

**Adam Smith**, BFA, MFA, Rochester Institute of Technology—Undergraduate Program Director, New Media Design; Graduate Director, Visual Communication Design; Associate Professor

**Michael Strobert**, BFA, MFA, Rochester Institute of Technology—Graduate Co-Director, Visual Communication Design; Lecturer

**Marissa Tirone**, B.Arch, University of Kentucky; M.Arch, Cornell University—Senior Lecturer

**Melissa Warp**, BFA, University of Minnesota; MFA, Rochester Institute of Technology—Lecturer

**Tim Wood**, BFA, Memphis College of Art; MFA, Rochester Institute of Technology—Assistant Professor

RIT0000175

## School of Film and Animation

**Ambarien Alqadar**, BA, Jamia Millia University (India); MFA, Temple University—Assistant Professor

**Cat Ashworth**, BFA, Arizona State University; MA, State University of New York at Buffalo—Professor

**Jack Beck**, BA, Denison University; MFA, University of Iowa—Interim Co-Director, School of Film and Animation; Undergraduate Program Director, Production; Associate Professor

**Mari Jaye Blanchard**, BFA, Massachusetts College of Art & Design; MFA, University of Pennsylvania—Assistant Professor

**Adrianne Carageorge**, BA, Florida State University; MFA, Ohio University—Professor Emerita

**Frank Deese**, BA, MFA, University of California, Los Angeles—Assistant Professor

**Tom Gasek**, BFA, Rochester Institute of Technology; MFA, Art Institute of Boston at Lesley University—Graduate Director, Film and Animation; Associate Professor

**Brian Larson**, BFA, Colorado State University; MFA, Miami International University—Interim Co-Director, School of Film and Animation; Undergraduate Program Director, Animation; Associate Professor

**Stephanie Maxwell**, BA, University of California at Los Angeles; MFA, San Francisco Art Institute—Professor

**Peter Murphey**, BFA, Massachusetts College of Art; MFA, The Art Institute of Boston—Senior Lecturer

**Atia Newman**, BFA, National College of the Arts, Lahore (Pakistan); MFA, Pratt Institute—Associate Professor

**Mark Reisch**, BFA, Savannah College of Art and Design; Certificate in Advanced Studies of Animation, AnimationMentor. Com; MFA, Rochester Institute of Technology—Assistant Professor

**David Sluberski**, BA, State University College at Fredonia—Senior Lecturer

**Malcolm Spaull**, BS, St. Lawrence University; MFA, Rochester Institute of Technology—Professor Emeritus

**Frank J. Romano**, BA, City University of New York—Professor Emeritus

## School of Photographic Arts and Sciences

**Roberley Ann Bell**, BFA, University of Massachusetts at Amherst; MFA, State University of New York College of Ceramics at Alfred University—Professor

**Frank Cost**, BS, Eisenhower College; MS, Rochester Institute of Technology—Undergraduate Program Director, Visual Media; James E. McGhee Distinguished Professor

**Gregory Halpern**, BA, Harvard University; MFA, California College of the Arts—Associate Professor

**Angela M. Kelly**, Diploma, Trent Polytechnic; Ed. Diploma, Mary Ward College; MA, Columbia College—Professor

**Dan Larkin**, BFA, Rochester Institute of Technology; MFA, Bard College—Associate Professor

**Therese Mulligan**, BA, University of Missouri-Kansas City; MA, Michigan State University; Ph.D., University of New Mexico—School Director, School of Photographic Arts and Sciences; Professor

**Laurie O'Brien**, BA, San Francisco State University; MFA, California Institute of the Arts—Associate Professor

**Willie Osterman**, BFA, Ohio University; MFA, University of Oregon—Undergraduate Program Director, Fine Art Photography; Professor

**Ahndraya Parlato**, BA, Bard College; MFA, California College of the Arts—Lecturer

**Michael R. Peres**, BA, Bradley University; BS, MS, Rochester Institute of Technology—Associate School Director, School of Photographic Arts and Sciences; Graduate Director, Media Arts and Technology; Professor

**Christine Shank**, BFA, Miami University; MFA, Texas Woman's University—Graduate Director, Photography and Related Media; Associate Professor

**Josh Thorson**, BA, University of Minnesota-Twin Cities; MFA, Bard College; Ph.D, Rensselaer Polytechnic Institute— Assistant Professor

**Ken White**, BA, Princeton University; MA, MFA, University of New Mexico—Associate Professor

**Carole Woodlock**, BFA, Alberta College of Art (Canada); MFA, Concordia University—Professor

**Catherine Zuromskis**, BA, Harvard College; MA, University of New York at Stony Brook; MA, Ph.D., University of Rochester—Associate Professor

RIT0000176

# Saunders College of Business

*Jacqueline R. Mozrall, Dean*
*rit.edu/business*

## Programs of study

| Master of Business Administration: | Page |
| --- | --- |
| Business Administration, MBA | 28 |
| Business Administration–Accounting, MBA | 31 |
| Business Administration–Executive, MBA | 32 |
| ⊖ Business Administration–Online Executive, MBA | 33 |

| Master of Science degrees in: | |
| --- | --- |
| Accounting, MS | 27 |
| Business Analytics, MS | 34 |
| Computational Finance, MS | 35 |
| Entrepreneurship and Innovative Ventures, MS | 37 |
| Finance, MS | 38 |
| Global Supply Chain Management, MS | 39 |
| Hospitality and Tourism Management, MS | 40 |
| ⊖ Human Resource Development, MS | 41 |
| Management, MS | 43 |
| ⊖ Service Leadership and Innovation, MS | 45 |

| Advanced Certificate in: | |
| --- | --- |
| Accounting and Financial Analytics, Adv. Cert. | 28 |
| ⊖ Organizational Learning, Adv. Cert. | 44 |
| ⊖ Service Leadership and Innovation, Adv. Cert. | 46 |
| Technology Entrepreneurship, Adv. Cert. | 47 |

⊖ Online learning option available.

Success in the 21st century business environment requires leadership and management attuned to rapid changes in technology and increasingly vigorous global competition. Astute problem solvers who have gained a systems perspective must be able to convert product development and management challenges into competitive advantages. Saunders College of Business offers a portfolio of comprehensive, vigorous programs of study. Our innovative, multidisciplinary curriculum embedding an international perspective and current technology throughout produces graduates able to convert managerial learning into pragmatic business applications.

## Entrepreneurship at RIT

Entrepreneurs are major drivers of economic growth. They combine original, imaginative ideas with creativity and a healthy dose of tenacity. They re resourceful, inventive, and ambitious. At RIT, entrepreneur s ideas are transformed into reality.

At the heart of the university s entrepreneurship initiatives is the Simone Center for Innovation and Entrepreneurship. The center promotes, nurtures, and expands innovation and entrepreneurship through a three-pronged approach that combines interdisciplinary entrepreneurial curriculum, experiential learning, and entrepreneurship programs. The center offers:

minors and concentrations in entrepreneurship, and innovation and commercialization, as well as courses in strategic growth and business creativity.

cooperative education opportunities for students to advance a business concept through the RIT Student Business Lab or work for a startup company. Students also can earn credit through consulting opportunities with pre-seed and startup ventures.

entrepreneurship programs such as the RIT Business Plan Competition, Tiger Tank, the RIT Entrepreneur's Conference, various workshops, a speakers series, and an extensive alumni network.

Venture Creations Incubator provides assistance in evaluating business opportunities, developing business plans, and offering mentoring and guidance to new ventures.

## Admission requirements

The college offering the program makes all decisions on graduate admission. Please refer to each individual program for information regarding specificadmission criteria. For general graduate admission information, please refer to the Admission section of this bulletin.

## Financial aid and scholarship

Please refer to the Financial Aid and Scholarship section of this bulletin for information regarding financialaid, scholarships, grants, loans, and graduate assistantships.

## Faculty

Our faculty members combine teaching excellence, innovative research, and personalized attention to meet student needs. Our setting, in a technological university embarked on creative business partnering and entailing joint programs across colleges, opens unique opportunities for all partners industry leaders, faculty, and students.

## Facilities

RIT is a national leader in incorporating computer technology into the classroom. Students have access to extensive resources and utilize the same business software used by Fortune 100 companies worldwide. The college s classrooms and study areas all feature wireless access.

The Business Analytics Lab houses Saunders Bloomberg Financial Markets technology, where students gain real-world business, finance, and macroeconometrics experience in the classroom.

RIT0000177

Saunders s Redcom Active Learning Collaboratory, learning activities are student-center and supported through digital and traditional displays, reconfigurable desk arrangements for teamwork or presentations, and information sharing within and across students and teams.

## Accreditation

Saunders College of Business is accredited by the Association to Advance Collegiate Schools of Business (AACSB International).

# Accounting, MS

*www.rit.edu/study/accounting-ms*
**Matthew Cornwell, Assistant Director of Student Services and Outreach**
**585-475-6916, mcornwell@saunders.rit.edu**

## Program overview

RIT's accounting master's degree pulls together important areas of technology, finance, strategy, and compliance to help you advance your accounting career. In addition to gaining the technological skills needed to design, operate, and control accounting information systems–skills that are highly sought after by employers–you also will be prepared to sit for the Certified Public Accountancy (CPA) exam, which our graduates consistently score higher on than state and national averages.

The master of science in accounting is designed to satisfy New York state requirements for students with an undergraduate degree in accounting to sit for the CPA exam and attain CPA licensure. Students may complete the program on a full- or part-time basis, with the full-time program beginning exclusively in the fall semester.

## Curriculum

### Accounting, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| ACCT-645 | Accounting Information and Analytics | 3 |
| ACCT-707 | Advanced Accounting | 3 |
| ACCT-708 | Advanced Topics in Auditing and Assurance | 3 |
| ACCT-710 | Tax Analysis and Strategy | 3 |
| ACCT-738 | Information Systems Auditing and Assurance Services | 3 |
| ACCT-740 | Comparative Financial Statement Analysis | 3 |
| ACCT-790 | Field Exam Prep | 0 |
| ACCT-795 | Financial Accounting Theory and Research | 3 |
| | Electives | 9 |
| **Total Semester Credit Hours** | | **30** |

## Electives

### Accounting

| COURSE | |
|---|---|
| ACCT-641 | Cases in Forensic Accounting and Fraud Examination |
| ACCT-704 | Corporate Financial Reporting I |
| ACCT-705 | Corporate Financial Reporting II |
| ACCT-706 | Cost Management |
| ACCT-709 | Basic Taxation |
| ACCT-711 | Internal Auditing |
| ACCT-758 | Seminar in Accounting |

### Economics

| COURSE | |
|---|---|
| ESCB-705 | Economics and Decision Modeling |
| ESCB-758 | Seminar in Economics |

### Finance

| COURSE | |
|---|---|
| FINC-605 | Financing New Ventures |
| FINC-722 | Financial Management II |
| FINC-725 | Securities and Investment Analysis |
| FINC-740 | Options and Futures |
| FINC-742 | Financial Modeling and Analysis |
| FINC-758 | Seminar in Finance |
| FINC-760 | Finance in a Global Environment |
| FINC-761 | Stock Market Algorithmic Trading |
| FINC-772 | Equity Analysis |
| FINC-773 | Debt Analysis |
| FINC-774 | Advanced Derivatives |
| FINC-780 | Financial Analytics |

### Management Information Systems

| COURSE | |
|---|---|
| MGIS-650 | Introduction to Data Analytics and Business Intelligence |
| MGIS-710 | Information Systems Concepts |
| MGIS-711 | Managing Service Systems |
| MGIS-712 | Service-Oriented Information Systems |
| MGIS-715 | Information Technology and Globalization |
| MGIS-720 | Information Systems Design |
| MGIS-725 | Data Management and Analytics |
| MGIS-730 | Information Systems Project Management |
| MGIS-735 | Design and Information Systems |
| MGIS-745 | Information Systems Development |
| MGIS-755 | Information Technology Strategy and Management |
| MGIS-758 | Seminar in Management Information Systems |
| MGIS-760 | Integrated Business Systems |
| MGIS-761 | Business Process Analysis and Workflow Design |

## Admission requirements

To be considered for admission to the MS program in accounting, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit scores from the GMAT or GRE. (GMAT preferred for international applicants and those applying for scholarships.)
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- International applicants whose native language is not English must submit scores from the TOEFL or IELTS exams. A minimum score of 88 on the TOEFL or 6.5 on the IELTS exams is required (requirements on sub-scores on each component of the TOEFL or IELTS may also apply). The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Completed applications for admission should be on file in the Office of Graduate and Part-time Enrollment Services at least four weeks prior to registration for the next academic semester for students from the United States, and up to 10 weeks prior for international students applying for student visas.

For further information about specific GMAT/GRE waiver opportunities, tips on personal statements, and additional guidance on how to submit a successful application, please visit Saunders College of Business Admissions Requirements.

## Additional information

### Deferment

Accepted students can defer enrollment for up to one year. After one year, a new application must be submitted and will be re-evaluated based on the most current admission standards.

RIT0000178

Saunders College of Business

# Accounting and Financial Analytics, Adv. Cert.

*www.rit.edu/study/accounting-and-financial-analytics-adv-cert*
*Matthew Cornwell, Assistant Director of Student Services and Outreach*
*585-475-6916, mcornwell@saunders.rit.edu*

## Program overview

Today's accounting and finance professionals are now expected to serve as business partners and experts who can use data analytics to inform recommendations on business strategy. The advanced certificate in accounting and financial analytics provides knowledge in data science and statistical analysis so that accounting and finance professionals can mine and analyze data to apply it in ways that benefit and improve business operations and outcomes.

The advanced certificate in accounting and financial analytics instills data skills in finance and accounting professionals and enables them to operate effectively in the modern data-centric environment. You will learn how to access, interpret, analyze, and report business data by using tools, as well as use visualization as a decision-making tool in functional business areas. Courses completed in the certificate program can be applied later to the master's degree in business analytics, or can be used as a valuable add-on for students pursuing master's degrees in fields such as finance, accounting, management, applied statistics, and computer science.

## Curriculum

### Accounting and Financial Analytics, advanced certificate, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ACCT-645 | Accounting Information and Analytics | 3 |
| FINC-780 | Financial Analytics | 3 |
| MGIS-650 | Introduction to Data Analytics and Business Intelligence | 3 |
| *Choose one of the following:* | | 3 |
| BANA-680 | Data Management for Business Analytics | |
| MGIS-725 | Data Management and Analytics | |
| **Total Semester Credit Hours** | | **12** |

## Admission requirements

To be considered for admission to the advanced certificate in accounting and financial analytics, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit a personal statement and writing sample.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

# Business Administration, MBA

*www.rit.edu/study/business-administration-mba*
*Matthew Cornwell, Assistant Director of Student Services and Outreach*
*585-475-6916, mcornwell@saunders.rit.edu*

## Program overview

Earning your master of business administration degree gives you the freedom to customize the program to meet your career goals. Choose from a range of concentrations including business analytics, management information systems, supply chain management, as well as joint concentrations with other RIT colleges, such as engineering management and health systems administration.

The MBA program requires 48 semester credit hours and consists of 16 courses, 11 of which are devoted to core functional areas, and five are dedicated to concentration areas and electives. An MBA concentration is a sequence of three courses in one discipline, giving you in-depth knowledge in a chosen topic.

### Concentrations

Students may choose from a variety of concentrations that best fit their career goals. Popular concentrations includes finance, marketing, and entrepreneurship. You may choose from a number of joint concentrations offered in partnership with RIT's other colleges. Students may also create a custom concentration using any graduate courses offered at RIT (subject to prerequisites and program director review and approval). A concentration is defined as three MBA electives in an area of specialization. (MBA concentrations do not appear on a student's transcript.) Students must take one concentration.

## Curriculum

### Business Administration, MBA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| ACCT-603 | Accounting for Decision Makers | 3 |
| DECS-743 | Operations and Supply Chain Management | 3 |
| ESCB-705 | Economics and Decision Modeling | 3 |
| FINC-721 | Financial Analysis for Managers | 3 |
| MGIS-650 | Introduction to Data Analytics and Business Intelligence | 3 |
| MGIS-735 | Design and Information Systems | 3 |
| MGMT-735 | Management of Innovation in Products and Services | 3 |
| MGMT-740 | Organizational Behavior and Leadership | 3 |
| MGMT-759 | Competitive Strategy | 3 |
| MGMT-775 | Corporate Social Responsibility and Business Ethics | 3 |
| MKTG-761 | Marketing Concepts and Commercialization | 3 |
| | MBA Concentration | 9 |
| | Electives | 6 |
| **Total Semester Credit Hours** | | **48** |

### Concentrations

*Accounting*

| COURSE | |
|---|---|
| *Choose three of the following:* | |
| ACCT-641 | Cases in Forensics Accounting and Fraud Examination |
| ACCT-645 | Accounting Information and Analytics |
| ACCT-650 | Financial Reporting for Government and Not-for-Profit Entities |
| ACCT-704 | Corporate Financial Reporting I |
| ACCT-705 | Corporate Financial Reporting II |
| ACCT-706 | Cost Management |
| ACCT-707 | Advanced Accounting |
| ACCT-708 | Advanced Topics in Auditing and Assurance |
| ACCT-709 | Basic Taxation |
| ACCT-710 | Tax Analysis and Strategy |
| ACCT-711 | Internal Auditing |
| ACCT-738 | Information Systems Auditing and Assurance Services |
| ACCT-740 | Comparative Financial Statement Analysis |
| ACCT-758 | Seminar in Accounting* |
| ACCT-795 | Financial Accounting Theory and Research |

* Topics may vary.

RIT0000179

## Business Analytics

| COURSE | |
|---|---|
| BANA-680 | Data Management for Business Analytics |
| *Choose two of the following:* | |
| BANA-780 | Advanced Business Analytics |
| BANA-785 | Business Analytics Experience |
| FINC-780 | Financial Analytics |
| MGIS-725 | Data Management and Analytics |
| MGIS-760 | Integrated Business Systems |
| MKTG-768 | Marketing Analytics |
| STAT-747 | Principles of Statistical Data Mining |

## Digital Marketing

| COURSE | |
|---|---|
| MKTG-772 | Internet Marketing: Strategy & Tactics |
| MKTG-768 | Marketing Analytics |
| *Choose one of the following:* | |
| MKTG-758 | Seminar in Marketing |
| MKTG-762 | Strategic Marketing Management |
| MKTG-763 | Buyer Behavior |
| MKTG-773 | Database Marketing |
| MKTG-778 | Commercialization and Marketing of New Products |
| MKTG-799 | Independent Study Marketing |

## Entrepreneurship

| COURSE | |
|---|---|
| MGMT-720 | Entrepreneurship and New Venture Creation |
| MGMT-730 | Technology Entrepreneurship |
| *Choose one of the following:* | |
| FINC-605 | Financing New Ventures |
| MGMT-610 | Global Entrepreneurship |

## Finance

| COURSE | |
|---|---|
| FINC-725 | Securities and Investment Analysis |
| *Choose two of the following:* | |
| FINC-605 | Financing New Ventures |
| FINC-722 | Financial Management II |
| FINC-740 | Options and Futures |
| FINC-742 | Financial Modeling and Analysis |
| FINC-758 | Seminar in Finance* |
| FINC-760 | Finance in a Global Environment |
| FINC-774 | Advanced Derivatives |

* Topics may vary.

## Innovation Management

| COURSE | |
|---|---|
| MGMT-743 | Advanced Topics in Technology Management |
| *Choose two of the following:* | |
| BLEG-745 | Legal and Ethical Issues in Technology-intensive Environments |
| DECS-744 | Project Management |
| HRDE-742 | Leading Change |
| MGMT-720 | Entrepreneurship and New Venture Creation |
| MGMT-741 | Managing Organizational Change |
| MKTG-776 | Product and Brand Management |

## International Business

| COURSE | |
|---|---|
| INTB-710 | Global Business Analytics |
| *Choose any two of following:* | |
| FINC-760 | Finance in a Global Environment |
| INTB-730 | Cross-Cultural Management |
| INTB-750 | Global Marketing Management |
| INTB-758 | Seminar in Global Business* |
| INTB-780 | Global Issues and Strategies |
| MGMT-610 | Global Entrepreneurship |

* Topics may vary.

## Management and Leadership

| COURSE | |
|---|---|
| MGMT-741 | Managing Organizational Change |
| *Choose two of the following:* | |
| BLEG-745 | Legal and Ethical Issues in Technology-intensive Environments |
| HRDE-722 | Talent Development |
| HRDE-742 | Leading Change |
| INTB-730 | Cross-Cultural Management |

| COURSE | |
|---|---|
| MGMT-710 | Managing for Environmental Sustainability |
| MGMT-720 | Entrepreneurship and New Venture Creation |
| MGMT-750 | Human Resource Management |
| MGMT-755 | Negotiations |
| MGMT-756 | Power and Influence |
| MGMT-758 | Seminar in Management* |
| MGMT-763 | Behavioral Skills for Managers and Professionals |

* Topics may vary.

## Management Information Systems

| COURSE | |
|---|---|
| MGIS-720 | Information Systems Design |
| *Choose two of the following:* | |
| MGIS-725 | Data Management and Analytics |
| MGIS-730 | Information Systems Project Management |
| MGIS-755 | Information Technology Strategy and Management |
| MGIS-760 | Integrated Business Systems |
| MGIS-761 | Business Process Analysis and Workflow Design |

## Marketing

| COURSE | |
|---|---|
| MKTG-762 | Strategic Marketing Management |
| MKTG-763 | Buyer Behavior |
| *Choose one of the following:* | |
| MKTG-758 | Seminar in Marketing* |
| MKTG-768 | Marketing Analytics |
| MKTG-772 | Internet Marketing: Strategy & Tactics |
| MKTG-773 | Database Marketing |
| MKTG-778 | Commercialization and Marketing of New Products |
| MKTG-799 | Independent Study Marketing |

* Topics may vary.

## Project Management

| COURSE | |
|---|---|
| DECS-744 | Project Management |
| *Choose two of the following:* | |
| BUSI-711 | Advanced Project Management |
| BUSI-712 | International Project Management |
| HRDE-742 | Leading Change |
| MGMT-741 | Managing Organizational Change |

## Supply Chain Management

| COURSE | |
|---|---|
| DECS-744 | Project Management |
| ISEE-703 | Supply Chain Management* |
| *Choose one of the following:* | |
| DECS-745 | Quality Control and Improvement |
| HRDE-742 | Leading Change |
| ISEE-682 | Lean Six Sigma Fundamentals |
| MGIS-760 | Integrated Business Systems |
| MGIS-761 | Business Process Analysis and Workflow Design |
| MGMT-741 | Managing Organizational Change |
| MGMT-743 | Advanced Topics in Technology Management |
| STAT-621 | Statistical Quality Control |

* Students must successfully complete Project Management (DECS-743) before enrolling in Supply Chain Management (ISEE-703).

### Customized concentration options

In addition to the above concentrations, students may complete a three-course concentration from other RIT colleges, with program director approval. MBA students may currently complete concentrations in communication and media technologies, environmentally sustainable management, health systems administration, human resource development, engineering management, or public policy.

Additional options may be pursued, but must receive approval from the program director.

### Double concentrations

Students may elect to complete two concentrations. No more than one course may be used to fulfill the requirements of both concentrations.

RIT0000180

**Saunders College of Business**

## Admission requirements

To be considered for admission to the MBA program, candidates must fulfill the following requirements:

- Complete a graduate application,
- Hold a baccalaureate degree from an accredited institution,
- Have a working knowledge of algebra and statistics,
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work,
- Submit scores from the Graduate Management Admission Test (GMAT) or Graduate Record Exam (GRE) (GMAT preferred),
- Submit a personal statement, and
- Submit a current resume.
- International applicants whose native language is not English must submit scores from the TOEFL or IELTS exams. A minimum score of 88 on the TOEFL or 6.5 on the IELTS exams is required (requirements on sub-scores on each component of the TOEFL or IELTS may also apply). The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

Applications are accepted for fall, spring, and summer semesters. Students may complete their studies on a full- or part-time basis.

For further information about program specific GMAT/GRE waiver opportunities, tips on personal statements, and additional guidance on how to submit a successful application, please visit Saunders College of Business Admissions Requirements.

Completed applications for admission should be on file in the Office of Graduate and Part-time Enrollment at least four weeks prior to registration for the next academic semester for students from the United States, and up to 10 weeks prior for international students applying for student visas.

## Additional information

### Non-degree course enrollment
Students with a cumulative GPA of 3.0 (B grade) or better may be eligible to apply to take up to two approved graduate courses before being fully admitted to the MBA Program. Students can complete the required non-degree application through Saunders. Graduate credits earned as a non-degree student may be applied to the student's degree program.

### Academic standards
Graduate students must maintain a grade of B (3.0) or better for all courses. Grades of all repeated MBA courses will be counted in the GPA computation. The policy on probation and suspension is explained in the Registration and Degree Requirements section of this bulletin.

### Maximum time limit
University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program.

### Orientation
All new students are required to attend an orientation session prior to beginning their studies. Course selection, career planning, program planning, and academic advising are discussed during orientation.

### Waiver policy/transfer credit
The MBA normally requires 48 credit hours, however, students may be able to waive some MBA foundation courses. Prior academic preparation must be from an institution accredited by AACSB International or partner institution and the course work must be equivalent to RIT's MBA foundation courses. Prior course work must be completed within the last five years, with a grade of B (3.0) or better. Foundation courses may be waived either outright or through an examination.

A maximum of 9 credit hours may be awarded as transfer credit from other graduate programs. The courses must be relevant to the MBA program, taken within the last five years at an institution accredited by AACSB International, and the student must have earned a grade of B (3.0) or better.

Credits for waiver, transfer, or undergraduate courses are not counted in the GPA computation. Students must request transfer/waiver credit.

### Placement
The Office of Cooperative Education and Career Services offers individualized career counseling, provides critical job leads, coordinates employers' annual campus recruiting visits, maintains an extensive online job listing, and sponsors two annual career fairs.

### Cooperative education
Cooperative education in the MBA program is optional. Co-op experience affords students the opportunity to obtain a paid position for three to six months and gain valuable work experience. Academic credit is not granted, but formal recording of the co-op experience is made on the student's transcript. Students in good academic standing are eligible for co-op after completing the foundation course, and a substantial portion of their concentration courses. They also must attend a series of co-op and career services workshops. RIT does not guarantee co-op placements.

### Deferment
Accepted students can defer enrollment for up to one year. After one year, a new application must be submitted and will be re-evaluated based on the most current admission standards.

RIT0000181

# Business Administration–Accounting, MBA

*www.rit.edu/study/accounting-mba*
**Matthew Cornwell, Assistant Director of Student Services and Outreach
585-475-6916, mcornwell@saunders.rit.edu**

## Program overview

Accountants serve a strategic role in business that goes beyond number crunching and financial reporting. They provide a foundation for corporate strategy, serve as business advisors, and understand how to leverage cutting-edge technologies. The MBA in accounting provides a broad-based education of business and technology, while focusing on career skills that can be applied to any business in the world. In addition to gaining the technological skills needed to design, operate, and control accounting information systems–skills that are highly sought after by employers–you also will be prepared to sit for the Certified Public Accountancy (CPA) exam, which graduates consistently score higher on than state and national averages.

In addition to the educational preparation for a career leading to top management, the MBA in accounting fulfills the educational requirements that allow students to sit for the New York State Certified Public Accountancy exam. The program stresses the skills necessary for the design, operation, and control of accounting information systems.

### Plan of study

The program offers two tracks, one for students with an undergraduate degree in accounting and one for students who have an undergraduate degree in a field outside of business, economics, statistics, or accounting.

## Curriculum

### Business Administration-Accounting, MBA degree (for applicants with an undergraduate degree in accounting), typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ACCT-707 | Advanced Accounting | 3 |
| ACCT-708 | Advanced Topics in Auditing and Assurance | 3 |
| ACCT-738 | Information Systems Auditing and Assurance Services | 3 |
| ACCT-795 | Financial Accounting Theory and Research | 3 |
| BLEG-731 | Commercial Law and Professional Skills | 3 |
| MGMT-735 | Management of Innovation in Products and Services | 3 |
| MGMT-740 | Organizational Behavior and Leadership | 3 |
| MGMT-759 | Competitive Strategy | 3 |
| MKTG-761 | Marketing Concepts and Commercialization | 3 |
| | Accounting, Economics, Finance, or Management Information Systems Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

### Business Administration-Accounting, MBA degree (for applicants with no previous business, economics, or statistics course work), typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ACCT-603 | Accounting for Decision Makers | 3 |
| ACCT-704 | Corporate Financial Reporting I | 3 |
| ACCT-709 | Basic Taxation | 3 |
| BLEG-730 | Business Legal Concepts | 3 |
| BLEG-731 | Commercial Law and Professional Skills | 3 |
| DECS-743 | Operations and Supply Chain Management | 3 |
| ESCB-705 | Economics and Decision Modeling | 3 |
| FINC-721 | Financial Analysis for Managers | 3 |
| MGIS-650 | Introduction to Data Analytics and Business Intelligence | 3 |
| MGMT-735 | Management of Innovation in Products and Services | 3 |
| MGMT-740 | Organizational Behavior and Leadership | 3 |
| MGMT-775 | Corporate Social Responsibility and Business Ethics | 3 |
| MKTG-761 | Marketing Concepts and Commercialization | 3 |
| | Accounting, Economics, Finance, or Management Information Systems Elective | 3 |

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **Second Year** | | |
| ACCT-645 | Accounting Information and Analytics | 3 |
| ACCT-705 | Corporate Financial Reporting II | 3 |
| ACCT-706 | Cost Management | 3 |
| ACCT-707 | Advanced Accounting | 3 |
| ACCT-708 | Advanced Topics in Auditing and Assurance | 3 |
| ACCT-710 | Tax Analysis and Strategy | 3 |
| ACCT-738 | Information Systems Auditing and Assurance Services | 3 |
| ACCT-795 | Financial Accounting Theory and Research | 3 |
| MGMT-759 | Competitive Strategy | 3 |
| | Accounting, Economics, Finance, or Management Information Systems Elective | 3 |
| **Total Semester Credit Hours** | | **72** |

### Electives

Students must choose elective courses from accounting, economics, finance, or management information systems.

| COURSE | |
|---|---|
| ACCT-641 | Cases in Forensic Accounting and Fraud Examination |
| ACCT-650 | Financial Reporting for Government and Not-for-Profit Entities |
| ACCT-711 | Internal Auditing |
| ACCT-740 | Comparative Financial Statement Analysis |
| ACCT-758 | Seminar in Accounting |
| ESCB-758 | Seminar in Economics |
| FINC-605 | Financing New Ventures |
| FINC-722 | Financial Management II |
| FINC-725 | Securities and Investment Analysis |
| FINC-740 | Options and Futures |
| FINC-742 | Financial Modeling and Analysis |
| FINC-758 | Seminar in Finance |
| FINC-760 | Finance in a Global Environment |
| FINC-761 | Stock Market Algorithmic Trading |
| FINC-772 | Equity Analysis |
| FINC-773 | Debt Analysis |
| FINC-774 | Advanced Derivatives |
| FINC-780 | Financial Analytics |
| MGIS-710 | Information Systems Concepts |
| MGIS-711 | Managing Service Systems |
| MGIS-712 | Service-Oriented Information Systems |
| MGIS-715 | Information Technology and Globalization |
| MGIS-720 | Information Systems Design |
| MGIS-725 | Data Management and Analytics |
| MGIS-730 | Information Systems Project Management |
| MGIS-735 | Design and Information Systems |
| MGIS-745 | Information Systems Development |
| MGIS-755 | Information Technology Strategy and Management |
| MGIS-758 | Seminar in Management Information Systems |
| MGIS-760 | Integrated Business Systems |
| MGIS-761 | Business Process Analysis and Workflow Design |

## Admission requirements

To be considered for admission to the business administration-accounting MBA, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Have working knowledge of algebra and statistics.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit scores from the GMAT or GRE. (GMAT preferred for international applicants and those applying for scholarships.
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- International applicants whose native language is not English must submit scores from the TOEFL or IELTS exams. A minimum score of 88 on the TOEFL or 6.5 on the IELTS exams is required (requirements on sub-scores on each component of the TOEFL or IELTS may also apply). The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000182

- Completed applications for admission should be on file with Graduate Admissions at least four weeks prior to registration for the next academic semester for students from the United States, and up to 10 weeks prior for international students applying for student visas.

For further information about specific GMAT/GRE waiver opportunities, tips on personal statements, and additional guidance on how to submit a successful application, please visit Saunders College of Business Admissions Requirements.

## Additional information

### Deferment
Accepted students can defer enrollment for up to one year. After one year, a new application must be submitted and will be re-evaluated based on the most current admission standards.

# Business Administration–Executive, MBA

*www.rit.edu/study/business-administration-executive-mba*
***Amanda Williams, Assistant Director, Admissions and Recruitment***
***585-475-2729, awilliams@saunders.rit.edu***

## Program overview

The executive MBA is a challenging program designed to accelerate the careers of experienced, high-performing professionals with six or more years of business experience. It is ideal for creative, innovative individuals with established careers who are looking for proven and effective methods and strategies to propel them further up the career ladder or transition into a new field. Students master executive skills such as strategic and cross–functional thinking, utilizing data to drive decision making, client consulting, and leadership. They learn from knowledgeable and professional instructors and from the motivated and diverse peer group enrolled in the program. The curriculum encourages analytical thinking and problem solving, and places a strong emphasis on collaboration and group interaction.

The executive MBA curriculum focuses on core business concepts, providing fundamental skills, knowledge, and perspectives in accounting, statistics, leadership, finance, negotiations, and economics. The program develops skills in cross-functional analysis with an emphasis on strategy, marketing, technology, and international business. Interdisciplinary examples, case analyses, and an applied orientation are key components of the program. Students attend classes for 15 months on alternate weekends (all day Friday and Saturday). In addition, all students attend a three-day orientation at the start of the program and a seven-to-10-day international study trip in their last semester. There is one online course each semester.

The program reinforces practical experience through domestic and international client consulting projects; personal coaching in career development planning, communications, and team building; a competitive business simulation model; and the international study trip.

## Curriculum

### Executive MBA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **Residency** | | |
| MGMT-806 | Team Building and Ethics | 1 |
| **Courses** | | |
| ACCT-801 | Accounting and Organizational Goals | 2 |
| ACCT-802 | Managerial Accounting | 2 |
| DECS-810 | Statistical Analysis for Managers | 2 |
| DECS-864 | Systems Support for Operations | 2 |
| DECS-875 | Business Simulation | 2 |
| ESCB-840 | Microeconomics & Pricing | 2 |
| FINC-845 | Valuation and Capital Budgeting | 2 |
| FINC-846 | Financial Planning and Analysis | 2 |
| FINC-850 | International Finance | 2 |
| INTB-820 | International Business | 2 |
| INTB-825 | International Study Seminar | 2 |
| MGMT-800 | Leadership Development I | 1 |
| MGMT-801 | Leadership Development II | 1 |
| MGMT-805 | Current Topics Seminar | 2 |
| MGMT-810 | Leadership | 2 |
| MGMT-818 | Strategic Thinking I | 2 |
| MGMT-819 | Strategic Thinking II | 2 |
| MGMT-860 | Executive Leadership Series | 2 |
| MGMT-861 | Managing Technology, Innovation and Research | 2 |
| MGMT-889 | Capstone Consulting Project I | 3 |
| MGMT-890 | Capstone Consulting Project II | 3 |
| MKTG-851 | Marketing Strategy | 2 |
| MKTG-865 | Managing New Product Commercialization | 2 |
| **Total Semester Credit Hours** | | **47** |

RIT0000183

## Admission requirements

To be considered for admission to the executive MBA program, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum of six years of professional work experience.
- Participate in an interview with a representative of the executive MBA team.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit three letters of recommendation from a current employer.
- International applicants whose native language is not English must submit scores from the TOEFL or IELTS exams. A minimum score of 88 on the TOEFL or 6.5 on the IELTS exams is required (requirements on sub-scores on each component of the TOEFL or IELTS may also apply). The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

## Additional information

### Sponsorship

Employers sponsoring students must permit candidates to attend scheduled classes, the orientation program, and the international trip, which takes place in the student's final semester. Business owners or individuals may sponsor themselves.

# Business Administration–Online Executive, MBA

*www.rit.edu/study/business-administration-online-executive-mba*
**Amanda Williams, Assistant Director, Admissions and Recruitment**
**585-475-2729, awilliams@saunders.rit.edu**

## Program overview

The online executive MBA is designed for mid-to-upper level professionals seeking to hone their business and leadership skills in order to enhance their performance, assume greater responsibilities, and effectively position themselves for future opportunities. The flexibility of the online format cultivates collaboration yet allows for distance learning. At RIT, we know that executives want more than a simple transfer of business and management theory and concepts. They want a high level of engagement with faculty and especially with their peers. They want the opportunity to discuss, argue, compete, and collaborate with other seasoned managers on strategic and topical issues and projects. These are the essential features of the online executive MBA, and ones that have direct and immediate applicability to student's own professional development.

The executive MBA is a challenging cohort-based program designed to accelerate the careers of mature, high-performing professionals with significant business experience. It is ideal for creative, innovative individuals with established careers who are looking for proven and effective methods and strategies to propel them further up the career ladder. Students master executive skills such as strategic and cross–functional thinking, client consulting, and leadership. They learn from knowledgeable and professional instructors and from the successful, motivated, diverse peer group enrolled in the program. The curriculum encourages analytical thinking and problem solving, and places a strong emphasis on collaboration and group interaction. Students leave the program with a solid network of influential peers.

### Plan of study

The curriculum focuses on core business concepts, providing fundamental skills, knowledge, and perspectives in accounting, statistics, leadership, finance, negotiations, and economics. The program develops skills in cross-functional analysis with an emphasis on strategy, marketing, technology, and international business. Interdisciplinary examples, case analyses, and an applied orientation are key components of the program. Students attend classes for 15 months on alternate weekends (all day Friday and Saturday). In addition, all students attend a three-day orientation at the start of the program and a seven-to-10-day international study trip in their last semester. There is one online course each semester.

The program reinforces practical experience through domestic and international client consulting projects; personal coaching in career development planning, communications, and team building; a competitive business simulation model; and the international study trip.

## Curriculum

### Online Executive MBA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **Residency** | | |
| MGMT-806 | Team Building and Ethics | 1 |
| **Courses** | | |
| ACCT-801 | Accounting and Organizational Goals | 2 |
| ACCT-802 | Managerial Accounting | 2 |
| DECS-810 | Statistical Analysis for Managers | 2 |
| DECS-864 | Systems Support for Operations | 2 |
| DECS-875 | Business Simulation | 2 |
| ESCB-840 | Microeconomics & Pricing | 2 |
| FINC-845 | Valuation and Capital Budgeting | 2 |
| FINC-846 | Financial Planning and Analysis | 2 |
| FINC-850 | International Finance | 2 |

**Graduate Bulletin     33**

RIT0000184

Saunders College of Business

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| INTB-820 | International Business | 2 |
| INTB-825 | International Study Seminar | 2 |
| MGMT-800 | Leadership Development I | 1 |
| MGMT-801 | Leadership Development II | 1 |
| MGMT-805 | Current Topics Seminar | 2 |
| MGMT-810 | Leadership | 2 |
| MGMT-818 | Strategic Thinking I | 2 |
| MGMT-819 | Strategic Thinking II | 2 |
| MGMT-860 | Executive Leadership Series | 2 |
| MGMT-861 | Managing Technology, Innovation and Research | 2 |
| MGMT-889 | Capstone Consulting Project I | 3 |
| MGMT-890 | Capstone Consulting Project II | 3 |
| MKTG-851 | Marketing Strategy | 2 |
| MKTG-865 | Managing New Product Commercialization | 2 |
| **Total Semester Credit Hours** | | **47** |

## Admission requirements

To be considered for admission to the online executive MBA program, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum of six years of professional work experience and hold advanced technical, managerial, or executive responsibilities.
- Participate in an interview with a representative of the executive MBA team.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit three letters of recommendation from a current employer.
- International applicants whose native language is not English must submit scores from the TOEFL or IELTS exams. A minimum score of 88 on the TOEFL or 6.5 on the IELTS exams is required (requirements on sub-scores on each component of the TOEFL or IELTS may also apply). The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

Certain countries are subject to comprehensive embargoes under US Export Controls, which prohibit virtually ALL exports, imports, and other transactions without a license or other US Government authorization. Learners from Syria, Sudan, North Korea, the Crimea region of the Ukraine, Iran, and Cuba may not register for RIT online courses. Nor may individuals on the United States Treasury Department's list of Specially Designated Nationals or the United States Commerce Department's table of Deny Orders. By registering for RIT online courses, you represent and warrant that you are not located in, under the control of, or a national or resident of any such country or on any such list.

# Business Analytics, MS

*www.rit.edu/study/business-analytics-ms*
*Matthew Cornwell, Assistant Director of Student Services and Outreach*
*585-475-6916, mcornwell@saunders.rit.edu*

## Program overview

Today's businesses collect an incredible amount of data from nearly every customer touch point, from point-of-sale transactions, customer service interactions, social media feedback, search engine entries, market research activities, sales data, demographic information, and more. As of now, only a tiny portion of this data is analyzed. By getting a business analytics master's degree, you will become skilled in using big data to create powerful solutions to help companies increase sales, reach new customers, develop new products, enhance customer experiences, and more. You will acquire a broad and in-depth training in multiple disciplines related to business analytics, including management information systems (MIS), marketing, accounting, finance, management, and engineering. The program prepares you to enter one of today's top business careers.

The business analytics program is career-focused. It was developed in conjunction with top employers, such as Intuit, Excellus, and PriceWaterhouse, with a curriculum designed to help students understand and connect contemporary analytics technologies with today's business practices. Students are prepared for positions in such areas as marketing research, analytics, and consulting; digital analytics; web intelligence and analytics; accounting and financial analytics and risk management; supply chain analytics; customer analytics; and consulting.

### International Students: F-1 OPT STEM 17-Month Work Extension

International students receiving the MS in business analytics degree qualify to apply for a 24-month work extension to their OPT (Optional Practical Training) period. This extension means that students could be eligible for up to two and a half years of work in the United States.

The extension is exclusive to qualifying STEM (science, technology, engineering or math) focused programs. The MS in business analytics program qualifies for an F-1 OPT STEM Extension, under the CIP Code 27.0103-Analysis and Functional Analysis in the 2012 STEM-Designated Degree Program List published by the U.S. Immigration and Customs Enforcement (ICE) office. For more information, please visit the U.S. Citizenship and Immigration Services (USCIS) webpages: Understanding F-1 OPT Requirements and Questions and Answers: Extension of Optional Practical Training Program for Qualified Students.

## Curriculum

### Business Analytics, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| BANA-680 | Data Management for Business Analytics | 3 |
| BANA-780 | Advanced Business Analytics | 3 |
| BANA-785 | Business Analytics Experience* | 3 |
| FINC-780 | Financial Analytics | 3 |
| MGIS-650 | Introduction to Data Analytics and Business Intelligence | 3 |
| MKTG-768 | Marketing Analytics | 3 |
| | Analytics Elective* | 6 |
| | Free Elective* | 6 |
| **Total Semester Credit Hours** | | **30** |

*The Business Analytics Experience (BANA-785), one analytics elective, and one free elective are completed during the summer.

RIT0000185

## Analytics Electives

| COURSE | |
|---|---|
| ACCT-645 | Accounting Information and Analytics |
| MGIS-720 | Information Systems Design |
| MGIS-725 | Data Management and Analytics |
| MGIS-735 | Design and Information Systems |
| STAT-641 | Applied Linear Models - Regression |
| STAT-745 | Predictive Analytics |
| STAT-747 | Principles of Statistical Data Mining |
| STAT-773 | Time Series Analysis and Forecasting |
| STAT-784 | Categorical Data Analysis |

## Admission requirements

To be considered for admission to the MS program in business analytics, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit scores from the Graduate Management Admission Test (GMAT) or Graduate Record Exam (GRE) (GMAT preferred).
- International applicants whose native language is not English must submit scores from the TOEFL or IELTS exams. A minimum score of 88 on the TOEFL or 6.5 on the IELTS exams is required (requirements on sub-scores on each component of the TOEFL or IELTS may also apply). The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

For further information about tips on personal statements and additional guidance on how to submit a successful application, please visit Saunders College of Business Admissions Requirements.

# Computational Finance, MS

*www.rit.edu/study/computational-finance-ms*
**Matthew Cornwell, Assistant Director of Student Services and Outreach**
**585-475-6916, mcornwell@saunders.rit.edu**

## Program overview

The computational finance program produces quantitative analysts who design and implement financial models used by banks and investment companies to generate profits and reduce risk. Computational analytics experts also support other industries and business functions that reach beyond banking and finance. The computational finance masters help you expand your skills into fields that are in great demand and feature high salaries. The program is designed for students interested in computational or quantitative finance careers in banking, finance, and a growing number of industries.

The MS in computational finance is designed for students interested in computational or quantitative finance careers in banking, finance, and a growing number of additional industries. Professionals in these fields use their strengths in business, modeling, and data analysis to understand and use complex financial models.

The program addresses a vital and growing career field, reaching beyond banking and finance. Typical job titles include risk analyst, research associate, quantitative analyst, quantitative structured credit analyst, credit risk analyst, quantitative investment analyst, quantitative strategist, data analyst, senior data analyst, fixed income quantitative analyst, and financial engineer.

Computational finance is an excellent career option for technically-oriented professionals in the fields of business, math, engineering, economics, statistics, and computer science. Programming knowledge is highly preferred.

## Plan of study

The curriculum offers integration of finance, mathematics, and computing. The required mathematics courses have substantial financial content and the experiential computational finance course, which students take during the summer, makes use of skills learned in mathematics, analytics, and finance courses are taken up to that point. The program is a full-time, 12- to 17-month curriculum beginning in the fall or spring. The program ends with a required non-credit comprehensive exam based on the courses completed by the student.

*International Students: F-1 OPT STEM 17-Month Work Extension*
International students receiving the MS in computational finance degree qualify to apply for a 24-month work extension to their OPT (Optional Practical Training) period. This extension means that students could be eligible for up to two and a half years of work in the United States.

The extension is exclusive to qualifying STEM (science, technology, engineering or math) focused programs. The MS in computational finance program qualifies for an F-1 OPT STEM Extension, under the CIP Code 27.0305-Financial Mathematics in the 2012 STEM-Designated Degree Program List published by the U.S. Immigration and Customs Enforcement (ICE) office. For more information please visit the U.S. Citizenship and Immigration Services (USCIS)webpages: Understanding F-1 OPT Requirements and Questions and Answers: Extension of Optional Practical Training Program for Qualified Students.

RIT0000186

Saunders College of Business

## Curriculum

### Computational Finance, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| ACCT-603 | Accounting for Decision Makers | 3 |
| FINC-671 | Survey of Finance | 3 |
| FINC-772 | Equity Analysis | 3 |
| FINC-773 | Debt Analysis | 3 |
| FINC-774 | Advanced Derivatives | 3 |
| FINC-791 | Computational Finance Exam Preparatory | 0 |
| FINC-795 | Computational Finance Experience | 3 |
| MATH-735 | Mathematics of Finance I | 3 |
| MATH-736 | Mathematics of Finance II | 3 |
| | Analytics Electives | 6 |
| | University Electives | 6 |
| **Total Semester Credit Hours** | | **36** |

### Analytics electives*

| | |
|---|---|
| ACCT-645 | Accounting Information and Analytics |
| BANA-780 | Advanced Business Analytics |
| FINC-780 | Financial Analytics |
| MGIS-650 | Introduction to Data Analytics and Business Intelligence |
| MGIS-725 | Data Management and Analytics |
| MGIS-760 | Integrated Business Systems |
| MKTG-768 | Marketing Analytics |
| STAT-611 | Statistical Software |
| STAT-747 | Principles of Statistical Data Mining |
| STAT-773 | Time Series Analysis and Forecasting |
| STAT-784 | Categorical Data Analysis |

* Additional electives are available with approval.

### University electives

| | |
|---|---|
| ACCT-7## | Any 700-level ACCT course |
| BANA-6## | Any 600-level BANA course |
| BANA-7## | Any 700-level BANA course |
| CSCI-654 | Foundations of Parallel Computing |
| CSCI-721 | Data Cleaning and Preparation |
| DECS-7## | Any 700-level DECS course |
| MATH-601 | Methods of Applied Mathematics |
| MATH-605 | Stochastic Processes |
| MATH-711 | Advanced Methods in Scientific Computing |
| MATH-712 | Numerical Methods for Partial Differential Equations |
| MATH-741 | Partial Differential Equations I |
| MATH-742 | Partial Differential Equations II |
| MGIS-6## | Any 600-level MGIS course |
| MGIS-7## | Any 700-level MGIS course |
| STAT-756 | Multivariate Analysis |

## Admission requirements

To be considered for admission to the MS program in computational finance, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit a personal statement of educational objectives. Statement should indicate any mathematical and programming knowledge held by the candidate as well as their professional interests, and why these make the candidate suitable for the program.
- Submit a current resume or curriculum vitae.
- International applicants whose native language is not English must submit scores from the TOEFL or IELTS exams. A minimum score of 88 on the TOEFL or 6.5 on the IELTS exams is required (requirements on sub-scores on each component of the TOEFL or IELTS may also apply). The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

For further information about tips on personal statements and additional guidance on how to submit a successful application, please visit Saunders College of Business Admissions Requirements.

RIT0000187

# Entrepreneurship and Innovative Ventures, MS

*www.rit.edu/study/entrepreneurship-and-innovative-ventures-ms*
**Matthew Cornwell, Assistant Director of Student Services and Outreach**
**585-475-6916, mcornwell@saunders.rit.edu**

## Program overview

RIT's well renowned resources in business, science, technology, engineering, and the arts make it the center of innovation. You are encouraged to take advantage of these resources, including the Simone Center for Innovation and Entrepreneurship, as you learn to bring new ideas to the marketplace. You will graduate with the business and technical expertise needed to thrive in both large incumbent firms as well as new start-up ventures.

The MS degree in entrepreneurship and innovative ventures focuses on the entrepreneurial and innovation process, by which inventions or creative new ideas are brought to market. Graduates achieve a unique combination of technical and business expertise that is especially relevant to start-up ventures or professionals supporting small business start-ups.

### Plan of study

The program requires students to complete 30 credit hours consisting of six required core courses designed to increase a student's knowledge of accounting, organizational behavior and leadership, technology management, entrepreneurship, marketing, and product commercialization; two innovation courses that increase student's knowledge of managing the innovation process; and two elective courses that provide students with additional background in areas of interest.

*International Students: F-1 OPT STEM 24-Month Work Extension*
International students receiving the MS in entrepreneurship and innovative ventures degree qualify to apply for a 24-month work extension to their OPT (Optional Practical Training) period. This extension means that students could be eligible for up to two and a half years of work in the United States.

The extension is exclusive to qualifying STEM (science, technology, engineering or math) focused programs. The MS in entrepreneurship and innovative ventures program qualifies for an F-1 OPT STEM Extension, under the CIP Code 27.0305-Financial Mathematics in the 2012 STEM-Designated Degree Program List published by the U.S. Immigration and Customs Enforcement (ICE) office.For more information please visit the U.S. Citizenship and Immigration Services (USCIS)webpages: Understanding F-1 OPT Requirements and Questions and Answers: Extension of Optional Practical Training Program for Qualified Students.

## Curriculum

### Entrepreneurship and Innovative Ventures, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| FINC-605 | Financing New Ventures | 3 |
| MGMT-720 | Entrepreneurship and New Venture Creation | 3 |
| MGMT-730 | Technology Entrepreneurship | 3 |
| MGMT-755 | Negotiations | 3 |
| MGMT-765 | Applied Venture Creation | 3 |
| | Open Graduate Electives | 9 |
| | Program Electives | 6 |
| **Total Semester Credit Hours** | | **30** |

*Program electives*

| COURSE | |
|---|---|
| DECS-744 | Project Management |
| MGMT-610 | Global Entrepreneurship |
| MGMT-735 | Management of Innovation in Products and Services |
| MKTG-772 | Internet Marketing: Strategy & Tactics |
| MKTG-778 | Commercialization and Marketing of New Products |

## Admission requirements

To be considered for admission to the MS program in entrepreneurship and innovative ventures, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.25 to have GMAT requirement waived*.
- Submit scores from GMAT or GRE (GMAT preferred). Scores cannot be more than five years old.
- Submit an essay based on one of the following topics: (1) describe an ethical dilemma you have faced and how you resolved it; (2) explain what you have learned from a managerial, leadership, or team experience that was not completely successfully; or (3) describe your greatest professional achievement and how you added value to your organization. The essay should be typed, double-spaced, and two pages in length.
- Submit a current resume or curriculum vitae.
- International applicants whose native language is not English must submit scores from the TOEFL or IELTS exams. A minimum score of 88 on the TOEFL or 6.5 on the IELTS exams is required (requirements on sub-scores on each component of the TOEFL or IELTS may also apply). The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

* The GMAT may be waived if an applicant has a GPA of 3.25 or higher, or they can present evidence of professional work experience of six or more years. Students who cannot submit a GMAT, GRE, or one of the two waiver requirements may be considered for admission on a case-by-case basis.

For further information about program specific GMAT/GRE waiver opportunities, tips on personal statements, and additional guidance on how to submit a successful application, please visit Saunders College of Business Admissions Requirements.

RIT0000188

Saunders College of Business

# Finance, MS

*www.rit.edu/study/finance-ms*
**Matthew Cornwell, Assistant Director of Student Services and Outreach**
**585-475-6916, mcornwell@saunders.rit.edu**

## Program overview

Encompassing corporate finance, investment management, banking, insurance, consulting, and more, the finance master's degree unlocks the world of finance and prepares you for managerial careers in corporate finance, investment analysis and portfolio management, financial consulting, and financial institutions. The program is specifically designed to prepare you to take the Chartered Financial Analysts (CFA) exam – the most respected and recognized investment management designation in the world. A highly flexible program, students can choose electives in a wide range of areas such as analytics to enhance your marketability and increase your job prospects.

The MS degree in finance prepares students for managerial careers in corporate finance, investment analysis and portfolio management, financial consulting, and financial institutions. Courses prepare students to sit for the Certified Financial Analyst exam. To complete the program in one year, full-time students must begin their studies in the fall semester.

## Curriculum

### Finance, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ACCT-603 | Accounting for Decision Makers | 3 |
| FINC-721 | Financial Analysis for Managers | 3 |
| FINC-725 | Securities and Investment Analysis | 3 |
| FINC-740 | Options and Futures | 3 |
| FINC-790 | Field Exam Preparatory | 1 |
| | Finance Electives | 12 |
| | General Electives | 6 |
| **Total Semester Credit Hours** | | **31** |

### Finance electives

| | |
|---|---|
| FINC-722 | Financial Management II |
| FINC-732 | Portfolio Management |
| FINC-742 | Financial Modeling and Analysis |
| FINC-758 | Seminar in Finance |
| FINC-760 | Finance in a Global Environment |
| FINC-761 | Stock Market Algorithmic Trading |
| FINC-772 | Equity Analysis |
| FINC-773 | Debt Analysis |
| FINC-780 | Financial Analytics |

### General electives (in addition to Finance electives listed above)

| | |
|---|---|
| ACCT-704 | Corporate Financial Reporting I |
| ACCT-705 | Corporate Financial Reporting II |
| ACCT-706 | Cost Management |
| ACCT-709 | Basic Taxation |
| DECS-782 | Statistical Analysis for Decision Making |
| ESCB-705 | Economics and Decision Modeling |
| FINC-605 | Financing New Ventures |
| MGIS-650 | Introduction to Data Analytics and Business Intelligence |
| MGIS-710 | Information Systems Concepts |
| MKTG-768 | Marketing Analytics |

## Admission requirements

To be considered for admission to the MS program in finance, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0.
- Submit scores from GMAT or GRE (GMAT preferred for international applicants and those applying for scholarships).
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- International applicants whose native language is not English must submit scores from the TOEFL or IELTS exams. A minimum score of 88 on the TOEFL or 6.5 on the IELTS exams is required (requirements on sub-scores on each component of the TOEFL or IELTS may also apply). The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Completed applications for admission should be on file with Graduate Admissions at least four weeks prior to registration for the next academic semester for students from the United States, and up to 10 weeks prior for international students applying for student visas.

For further information about tips on personal statements and additional guidance on how to submit a successful application, please visit Saunders College of Business Admissions Requirements.

## Additional information

### Deferment
Accepted students may defer enrollment for up to one year. After one year, a new application must be submitted and will be re-evaluated based on the most current admission standards.

RIT0000189

# Global Supply Chain Management, MS

*www.rit.edu/study/global-supply-chain-management*
**Zhi Tang, Associate Professor**
**585-475-5991, ztang@saunders.rit.edu**

## Program overview

Supply chain management professionals are the engineers of business. Products and services are becoming ever more complex to manage as they become more globally integrated and reliant on technology. Operations, from product creation to consumer purchasing, need to be efficient for companies to be competitive as they turn raw materials into consumer goods and services and deliver them to customers. In the MS in global supply chain management, you will obtain global supply chain skills and knowledge underscored by strong analytical, quantitative, and leadership skills needed to not only design innovative solutions and predict future trends but also to become a leader in the fast-moving business landscapes in the global supply chain system.

Rooted in the strong technology and analytical traditions of RIT's Saunders College of Business, global supply chain management is an interdisciplinary program that integrates concepts from supply chain, operation management, analytics, data visualization, industrial engineering, global business, and management. Our curriculum prepares students for a successful career in supply chain management, planning and logistics, procurement and sourcing through course work and real business projects.

### International Students: F-1 OPT STEM 24-Month Work Extension

International students receiving the MS in business analytics degree qualify to apply for a 24-month work extension to their OPT (Optional Practical Training) period. This extension means that students could be eligible for up to two and a half years of work in the United States.

The extension is exclusive to qualifying STEM (science, technology, engineering or math) focused programs. The MS in global supply chain management program qualifies for an F-1 OPT STEM Extension, under the CIP Code 27.0103-Analysis and Functional Analysis in the 2012 STEM-Designated Degree Program List published by the U.S. Immigration and Customs Enforcement (ICE) office. For more information, please visit the U.S. Citizenship and Immigration Services (USCIS) webpages: Understanding F-1 OPT Requirements and Questions and Answers: Extension of Optional Practical Training Program for Qualified Students.

## Curriculum

### Global Supply Chain Management, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| DECS-743 | Operations and Supply Chain Management | 3 |
| DECS-750 | Supply Chain Analysis | 3 |
| INTB-710 | Global Business Analytics | 3 |
| INTB-755 | Export and Global Sourcing | 3 |
| MGMT-755 | Negotiations | 3 |
| MGMT-791 | Graduate Project OR Global Supply Chain Management Elective if student opts for Comprehensive Exam | 3 |
| | Global Supply Chain Management Electives | 12 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS program in global supply chain management, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.25 for GMAT waiver*.
- Submit scores from GMAT or GRE (GMAT preferred). Scores cannot be more than five years old.
- Submit a personal statement: Please submit a typed, double-spaced, two-page statement about why this Saunders graduate program is a good fit for your future career. Include information on what draws you to the program and how you will leverage your past academic and professional work experience to be an active, engaged, and successful student in our college.
- Submit a current resume or curriculum vitae.
- International applicants whose native language is not English must submit scores from the TOEFL or IELTS exams. A minimum score of 88 on the TOEFL or 6.5 on the IELTS exams is required (requirements on sub-scores on each component of the TOEFL or IELTS may also apply). The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

* The GMAT may be waived if an applicant has a GPA of 3.25 or higher, or they can present evidence of professional work experience of six or more years. Students who cannot submit a GMAT, GRE, or one of the two waiver requirements may be considered for admission on a case-by-case basis.

For further information about program specific GMAT/GRE waiver opportunities, tips on personal statements, and additional guidance on how to submit a successful application, please visit Saunders College of Business Admissions Requirements.

RIT0000190

# Hospitality and Tourism Management, MS

*www.rit.edu/study/hospitality-and-tourism-management-ms*
***Matthew Cornwell, Assistant Director of Student Services and Outreach***
***585-475-6916, mcornwell@saunders.rit.edu***

## Program overview

Draw conclusions about models and theories associated with hospitality and tourism in a global environment; and analyze, evaluate, and apply hospitality and tourism data from diverse sources in this dynamic degree program. With a master's degree in hospitality and tourism management, you'll be prepared for multiple mid-level service management and training director positions as you create and present new hospitality and tourism services through effective interpersonal, oral, and written communication. Graduates are ready to step into multiple service management and training director positions.

The MS degree in hospitality and tourism management prepares students to step into numerous mid-level hospitality and tourism management and government policy positions. The program is focused on hospitality business planning, branding, economic management, and development of quality processes to deliver exceptional leadership within many service and corporate settings and at post-secondary academic institutions. The program also provides research-oriented training in the theory and methodologies pertaining to hospitality and tourism to prepare graduates for advanced study at the doctoral level.

### Plan of study

The program may be taken on a full- or part-time basis. The length of time required to earn a degree varies according to the student's undergraduate preparation and the number of graduate courses taken per semester. To earn the MS degree, students must complete a minimum of 30 credit hours. The curriculum is a combination of required core courses in hospitality and tourism management and elective courses chosen by the student to meet career interests and objectives. Course offerings generally are scheduled for evenings or via online learning to facilitate part-time students.

*Core courses*
Core courses explore essential hospitality and tourism business issues such as teamwork, strategic organizational change, financial and service performance metrics, development and marketing of resorts and attractions, and branding. Each course not only introduces the service philosophy but also examines the real differences in hospitality-service management outcomes necessitated by the adoption of a new service paradigm.

*Electives*
Elective courses provide students with an opportunity to individualize their graduate program in line with their career and professional interests, and are available in areas such as resorts and attractions, travel and tourism, conventions and events, technology, and human resource development, to name a few. With the approval of the department chair or program director students are allowed to take a selection of elective courses from outside the program. Courses may be taken from the service leadership and innovation program, the human resource development program, and Saunders College of Business. Students are cautioned to observe course prerequisites in their selections.

All elective courses must be graduate-level. If previous course work exists, students may request a transfer of credits. A limited number of credit hours may be taken as independent study or practicum courses.

*Project/Capstone/Thesis options*
Students must successfully complete a graduate project or comprehensive exam as a culminating experience allowing for demonstration of competencies in theory and applications for the discipline. Students work with the program adviser and/or program faculty to determine a topic for the graduate project and must arrange a faculty mentor for the project. The comprehensive exam option is open to all students. Students may request the thesis option, but it must be approved and students must secure a faculty mentor.

## Curriculum

### Hospitality and Tourism Management (capstone project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| GRCS-701 | Research Methods | 3 |
| GRCS-702 | Principles of Research Communications | 3 |
| HSPT-730 | Strategic Hospitality & Tourism Branding | 3 |
| HSPT-740 | Economic Performance Analysis for Hospitality & Tourism | 3 |
| HSPT-750 | Strategic Processes and Assessment of Hospitality and Tourism Industries | 3 |
| SERQ-710 | Service Design Fundamentals | 3 |
| | Electives | 6 |
| **Second Year** | | |
| HSPT-797 | Capstone Project in Hospitality and Tourism | 3 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

### Hospitality and Tourism Management (comprehensive exam option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| GRCS-701 | Research Methods | 3 |
| HSPT-730 | Strategic Hospitality & Tourism Branding | 3 |
| HSPT-740 | Economic Performance Analysis for Hospitality & Tourism | 3 |
| HSPT-750 | Strategic Processes and Assessment of Hospitality and Tourism Industries | 3 |
| HSPT-795 | Comprehensive Examination | 0 |
| SERQ-710 | Service Design Fundamentals | 3 |
| | Professional Electives | 15 |
| **Total Semester Credit Hours** | | **30** |

### Hospitality and Tourism Management (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| GRCS-701 | Research Methods | 3 |
| GRCS-702 | Principles of Research Communications | 3 |
| SERQ-710 | Service Design Fundamentals | 3 |
| HSPT-730 | Strategic Hospitality & Tourism Branding | 3 |
| HSPT-740 | Economic Performance Analysis for Hospitality & Tourism | 3 |
| HSPT-750 | Strategic Processes and Assessment of Hospitality and Tourism Industries | 3 |
| | Electives | 6 |
| **Second Year** | | |
| HSPT-790 | Research Thesis | 6 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS program in hospitality and tourism management, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.

RIT0000191

- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent). Foundation course work with a GPA of 3.0 or higher (if required).
- Submit a current resume or curriculum vitae.
- Submit two professional letters of recommendation
- International applicants whose native language is not English must submit scores from the TOEFL or IELTS exams. A minimum score of 88 on the TOEFL or 6.5 on the IELTS exams is required (requirements on sub-scores on each component of the TOEFL or IELTS may also apply). The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- After a review by the program chair, applicants whose prior undergraduate work has been in areas other than hospitality or tourism may be required to complete additional courses. Students may choose elective courses with the approval of the program director.

## Additional information

### Part time study
The program may be completed on a full- or part-time basis. The length of time required to earn the degree varies according to the student's undergraduate preparation and the number of graduate courses taken per semester.

# Human Resource Development, MS

*www.rit.edu/study/human-resource-development-ms*
**Matthew Cornwell, Assistant Director of Student Services and Outreach**
**585-475-6916, mcornwell@saunders.rit.edu**

## Program overview
By incorporating a global focus into the master's of human resources degree, RIT ensures that our graduates can maximize human potential, increase productivity, and retain great talent. You will be able to successfully plan and execute corporate strategy related to human capital, develop workplace talent, retain valuable employees, and much more. Whether you're starting a career in human resources or enhancing your competencies in training, instructional design, performance management, and employee development, you'll graduate as a strategic leader of the human potential in your organization.

Human development is at the heart of workplace development in any organization. The MS in human resource development provides the next level of learning in creating a strategy for human capital. The program teaches professionals to leverage specific essential competencies to create a flexible workforce that adapts to change and aligns with strategic organizational goals so that human resource professionals can grow talent and remain competitive in the 21st century.

### Plan of study
The degree requires a minimum of 33 credit hours. Students are required to complete a comprehensive exam at the conclusion of their course work. Students who wish to complete a graduate project or thesis in place of the exam must have the approval of the faculty and department chair.

*Electives*
Electives are chosen by the student and are used to fulfill their career interests. Courses may be taken in other graduate-level programs, with permission. A limited number of credit hours (not counted toward another degree) may be considered for transfer credit from another college or university.

## Curriculum

### Human Resource Development (comprehensive exam option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| GRCS-701 | Research Methods | 3 |
| HRDE-710 | Foundations in Human Resource Development | 3 |
| HRDE-711 | Program Evaluation and Design | 3 |
| HRDE-712 | Performance Analysis and Development | 3 |
| HRDE-743 | Training for Global Organizations | 3 |
| HRDE-785 | Strategic HRD | 3 |
| HRDE-795 | Comprehensive Examination | 0 |
| | Electives or Concentration Courses | 9 |
| | Electives | 6 |
| **Total Semester Credit Hours** | | **33** |

### Human Resource Development (capstone project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| GRCS-701 | Research Methods | 3 |
| GRCS-702 | Principles of Research Communications | 3 |
| HRDE-710 | Foundations in Human Resource Development | 3 |
| HRDE-711 | Program Evaluation and Design | 3 |
| HRDE-712 | Performance Analysis and Development | 3 |
| HRDE-743 | Training for Global Organizations | 3 |
| HRDE-797 | Graduate Capstone Project | 3 |
| | Electives or Concentration Courses | 9 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **33** |

RIT0000192

Saunders College of Business

## Human Resource Development (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| GRCS-701 | Research Methods | 3 |
| GRCS-702 | Principles of Research Communications | 3 |
| HRDE-710 | Foundations in Human Resource Development | 3 |
| HRDE-711 | Program Evaluation and Design | 3 |
| HRDE-712 | Performance Analysis and Development | 3 |
| HRDE-743 | Training for Global Organizations | 3 |
| HRDE-798 | Research Thesis | 3 |
| | Electives or Concentration Courses | 9 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **33** |

### Concentration

| WORKPLACE LEARNING AND INSTRUCTION | | SEMESTER CREDIT HOURS |
|---|---|---|
| *Choose three of the following:* | | |
| HRDE-720 | Theories of Organizational Development | 3 |
| HRDE-721 | Organizational Learning and Knowledge Management | 3 |
| HRDE-722 | Talent Development | 3 |
| HRDE-723 | Group Dynamics and Facilitation Skills | 3 |

### Electives

| | |
|---|---|
| HRDE-715 | Human Performance Design and Development |
| HRDE-720 | Theories of Organizational Development |
| HRDE-721 | Organizational Learning and Knowledge Management |
| HRDE-722 | Talent Development |
| HRDE-740 | Strategic HRD for Global Organizations |
| HRDE-742 | Leading Change |
| HRDE-745 | Information Systems in HRD |
| HRDE-765 | Diversity in Global Workplace |
| HRDE-780 | Internship |
| HRDE-789 | Special Topics |
| HRDE-799 | Independent Study |
| SERQ-710 | Service Design Fundamentals |
| SERQ-712 | Breakthrough Thinking, Creativity, and Innovation |
| SERQ-720 | Service Scenario and Strategy Development |
| SERQ-722 | Customer Centricity |
| SERQ-723 | Service Analytics |
| SERQ-730 | Project Management in the Service Sector |
| SERQ-732 | Assessment of Service Quality |
| SERQ-735 | Data Mining In the Service Sector |
| SERQ-740 | Leading Innovation |
| SERQ-745 | Social Psychology of Service |
| SERQ-747 | Design Thinking and Creativity |
| SERQ-787 | Service Design and Implementation |

## Admission requirements

To be considered for admission to the MS program in human resource development, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited college or university.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent) (or evidence of relevant professional performance).
- Submit two letters of recommendation from academic or professional sources.
- Submit a writing sample designated by the department.
- Participate in an interview with a faculty member (when required by department).
- International applicants whose native language is not English must submit scores from the TOEFL or IELTS exams. A minimum score of 88 on the TOEFL or 6.5 on the IELTS exams is required (requirements on sub-scores on each component of the TOEFL or IELTS may also apply). The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

- All required admission materials must be submitted and reviewed by faculty prior to the completion of 9 credit hours of graduate work in the program.

## Additional information

### Advising
Upon matriculation, each student is assigned an advisor who will work with the student to develop a plan of study.

RIT0000193

# Management, MS

*www.rit.edu/study/management-ms*
*Matthew Cornwell, Assistant Director of Student Services and Outreach*
*585-475-6916, mcornwell@saunders.rit.edu*

## Program overview

Designed both for students without business experience or those who have earned an undergraduate business degree, the MS in management prepares professionals for management roles within a range of industries. The management masters features four tracks – global management and supply chain management, product and service development, leadership, and a flexible option – that enable you to customize your degree to meet your career goals. Through real-world experience, you'll be prepared for a rewarding career in management.

**Tracks**
The **global management and supply chain management track** prepares students to be effective business leaders in today's global economy. Course work provides a background in significant aspects of managing and operating a multi-national business, including international competitive strategy, cross-cultural human resource management, global marketing, and global logistics and operation management.

The **product and service development track** develops skills needed to manage the technology development process, coordinate R&D and marketing functions of an organization, and capture value from the commercialization process with business model innovation. Career opportunities range from critical analysis positions, technology and new product project manager positions, brand managers, and functional management occupations like CIO, CTO, and CEOs of technology start-ups.

The **leadership track** develops individual leadership styles and skills needed to manage and lead people and organizations. It positions students for advancement to an executive-level managerial position.

Students also have the opportunity to customize their program. By using elective courses, students may choose graduate courses in a number of exciting fields across all of RIT's colleges. The program prepares students for leadership positions and careers in management.

The **flexible track** is aimed at professionals with a specific industry and/ or technology focus and provides the necessary business skills to become a leader in their desired field. The track gives students the flexibility to take science, technology, and art courses from other RIT colleges, allowing them to manage in specialized industries with a technology-oriented focus.

## Curriculum

### Management (global management and supply chain management option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| DECS-743 | Operations and Supply Chain Management | 3 |
| INTB-710 | Global Business Analytics | 3 |
| INTB-780 | Global Issues and Strategies | 3 |
| MGMT-735 | Management of Innovation in Products and Services | 3 |
| MGMT-740 | Organizational Behavior and Leadership | 3 |
| MGMT-755 | Negotiations | 3 |
| MGMT-791 | Graduate Project or Business Elective† | 3 |
| | Seminar in Ethics/Corporate Social Responsibility* | 0 |
| | Supply Chain Management Elective | 3 |
| | Business Elective | 3 |
| | Free Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

* May be waived if student has already completed an ethics/corporate social responsibility course.
† Students must complete a graduate project or a comprehensive exam plus an additional business elective.

### Management, MS degree, (leadership option), typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| MGMT-735 | Management of Innovation in Products and Services | 3 |
| MGMT-740 | Organizational Behavior and Leadership | 3 |
| MGMT-741 | Managing Organizational Change | 3 |
| MGMT-755 | Negotiations | 3 |
| MGMT-763 | Behavioral Skills for Managers and Professionals | 3 |
| MGMT-791 | Graduate Project or Business Elective† | 3 |
| | Seminar in Ethics/Corporate Social Responsibility* | 0 |
| | Leadership Elective | 3 |
| | Business Elective | 3 |
| | Free Elective | 6 |
| **Total Semester Credit Hours** | | **30** |

* May be waived if student has already completed an ethics/corporate social responsibility course.
† Students must complete a graduate project or a comprehensive exam plus an additional business elective.

### Management, MS degree, (product and service development option), typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| MGMT-720 | Entrepreneurship and New Venture Creation | 3 |
| MGMT-735 | Management of Innovation in Products and Services | 3 |
| MGMT-740 | Organizational Behavior and Leadership | 3 |
| MGMT-743 | Advanced Topics in Technology Management | 3 |
| MGMT-755 | Negotiations | 3 |
| MGMT-791 | Graduate Project or Business Elective† | 3 |
| | Seminar in Ethics/Corporate Social Responsibility* | 0 |
| | Business Elective | 3 |
| | Free Electives | 6 |
| | Product and Service Development Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

* May be waived if student has already completed an ethics/corporate social responsibility course.
† Students must complete a graduate project or a comprehensive exam plus an additional business elective.

### Management, MS degree, (flexible option), typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| DECS-744 | Project Management | 3 |
| MGMT-735 | Management of Innovation in Products and Services | 3 |
| MGMT-740 | Organizational Behavior and Leadership | 3 |
| MGMT-755 | Negotiations | 3 |
| MGMT-791 | Graduate Project or Business Elective† | 3 |
| *Choose one of the following:* | | 3 |
| MGIS-650 | Introduction to Data Analytics and Business Intelligence | |
| MGIS-735 | Design and Information Systems | |
| *Choose one of the following:* | | 3 |
| ACCT-603 | Accounting for Decision Makers | |
| FINC-758 | Seminar in Finance | |
| | Seminar in Ethics/Corporate Social Responsibility* | 0 |
| | Free Electives | 9 |
| **Total Semester Credit Hours** | | **30** |

* May be waived if student has already completed an ethics/corporate social responsibility course.
† Students must complete a graduate project or a comprehensive exam plus an additional business elective.

## Admission requirements

To be considered for admission to the MS program in management, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.5 for GMAT waiver*.
- Submit scores from GMAT or GRE (GMAT preferred). Scores cannot be more than five years old.
- Submit an essay based on one of the following topics: (1) describe an ethical dilemma you have faced and how you resolved it; (2) explain what you have learned from a managerial, leadership, or team experi-

**Saunders College of Business**

ence that was not completely successfully; or (3) describe your greatest professional achievement and how you added value to your organization. The essay should be typed, double-spaced, and two pages in length.
- Submit a current resume or curriculum vitae.
- International applicants whose native language is not English must submit scores from the TOEFL or IELTS exams. A minimum score of 88 on the TOEFL or 6.5 on the IELTS exams is required (requirements on sub-scores on each component of the TOEFL or IELTS may also apply). The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

\* The GMAT may be waived if an applicant has a GPA of 3.25 or higher, or they can present evidence of professional work experience of six or more years. Students who cannot submit a GMAT, GRE, or one of the two waiver requirements may be considered for admission on a case-by-case basis.

For further information about program specific GMAT/GRE waiver opportunities, tips on personal statements, and additional guidance on how to submit a successful application, please visit Saunders College of Business Admissions Requirements.

# Organizational Learning, Adv. Cert.

*www.rit.edu/study/organizational-learning-adv-cert*
**Matthew Cornwell, Assistant Director of Student Services and Outreach**
**585-475-6916, mcornwell@saunders.rit.edu**

## Program overview

The advanced certificate in organizational learning provides students with an in-depth understanding of how people learn. Courses cover the theories of instructional design, including the use of technology and its impact on curriculum design, and the development of courses for both classroom and online learning. The certificate is appropriate for chief knowledge officers, training directors, personnel new to the teaching field, and those who wish to embark on a career in teaching or training.

## Curriculum

### Organizational Learning, advanced certificate, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| HRDE-710 | Foundations in Human Resource Development | 3 |
| HRDE-720 | Theories of Organizational Development | 3 |
| HRDE-721 | Organizational Learning and Knowledge Management | 3 |
| HRDE-722 | Talent Development | 3 |
| **Total Semester Credit Hours** | | **12** |

## Admission requirements

To be considered for admission to the advanced certificate in organizational learning, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000195

# Service Leadership and Innovation, MS

*www.rit.edu/study/service-leadership-and-innovation-ms*
*Matthew Cornwell, Assistant Director of Student Services and Outreach*
*585-475-6916, mcornwell@saunders.rit.edu*

## Program overview

Today's global economy requires visionary management, a 360-degree view of customers, and breakthrough service strategies. The MS degree in service leadership and innovation allows those who work in any industry to transform their organization through novel ways of thinking, problem-solving, and projecting the future. By learning how to see and capitalize on opportunities that others miss, graduates of the program are positioned to take employees, and themselves, to new levels of success in a constantly changing world.

### Plan of study

*Thesis/Capstone/Exam options*
All students must complete a thesis, capstone project, or comprehensive exam as a culminating experience, which allows for the demonstration of competencies for theory and application material for the discipline. Students will be informed by the program advisor and/or program faculty as to which option is most appropriate based on career goals and objectives. In the program the default is to complete the comprehensive examination upon completion of required and elective course work. If a student seeks to complete a thesis or capstone project, this alternative option is possible if the faculty advisor and department chair agrees with the student in their ability to complete this strategy.

## Curriculum

### Service Leadership and Innovation (comprehensive exam option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| GRCS-701 | Research Methods | 3 |
| SERQ-710 | Service Design Fundamentals | 3 |
| SERQ-712 | Breakthrough Thinking, Creativity, and Innovation | 3 |
| SERQ-720 | Service Scenario and Strategy Development | 3 |
| SERQ-723 | Service Analytics | 3 |
| SERQ-740 | Leading Innovation | 3 |
| | Concentration Course or elective | 3 |
| **Second Year** | | |
| SERQ-787 | Service Design and Implementation | 3 |
| SERQ-795 | Comprehensive Exam | 0 |
| | Concentration Courses or electives | 6 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **33** |

### Service Leadership and Innovation (capstone project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| GRCS-701 | Research Methods | 3 |
| GRCS-702 | Principles of Research Communications | 3 |
| SERQ-710 | Service Design Fundamentals | 3 |
| SERQ-712 | Breakthrough Thinking, Creativity, and Innovation | 3 |
| SERQ-720 | Service Scenario and Strategy Development | 3 |
| SERQ-723 | Service Analytics | 3 |
| SERQ-740 | Leading Innovation | 3 |
| **Second Year** | | |
| SERQ-797 | Capstone Project | 3 |
| | Concentration Courses or electives | 9 |
| **Total Semester Credit Hours** | | **33** |

### Service Leadership and Innovation (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| GRCS-701 | Research Methods | 3 |
| GRCS-702 | Principles of Research Communications | 3 |
| SERQ-710 | Service Design Fundamentals | 3 |
| SERQ-720 | Service Scenario and Strategy Development | 3 |
| SERQ-740 | Leading Innovation | 3 |
| SERQ-723 | Service Analytics | 3 |
| SERQ-712 | Breakthrough Thinking, Creativity, and Innovation | 3 |
| **Second Year** | | |
| SERQ-790 | Research Thesis | 3 |
| | Concentration Courses or electives | 9 |
| **Total Semester Credit Hours** | | **33** |

## Concentration

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **Higher Education** | | |
| EDLI-753 | The Student Experience in Higher Education | 3 |
| EDLI-754 | Critical Systems in Higher Education | 3 |
| EDLI-757 | Organization and Leadership in Higher Education | 3 |

## Electives

| COURSE | |
|---|---|
| HRDE-711 | Program Evaluation and Design |
| HRDE-712 | Performance Analysis and Development |
| HRDE-715 | Human Performance Design and Development |
| HRDE-720 | Theories of Organizational Development |
| HRDE-721 | Organizational Learning and Knowledge Management |
| HRDE-722 | Talent Development |
| HRDE-740 | Strategic HRD for Global Organizations |
| HRDE-742 | Leading Change |
| HRDE-743 | Training for Global Organizations |
| HRDE-745 | Information Systems in HRD |
| HRDE-780 | Internship |
| SERQ-722 | Customer Centricity |
| SERQ-730 | Project Management in the Service Sector |
| SERQ-732 | Assessment of Service Quality |
| SERQ-735 | Data Mining in the Service Sector |
| SERQ-745 | Social Psychology of Service |
| SERQ-747 | Design Thinking and Creativity |
| SERQ-787 | Service Design and Implementation |

## Admission requirements

To be considered for admission to the MS in service leadership and innovation, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent), or evidence of relevant professional performance.
- Submit two letters of recommendation from academic or professional sources.
- Submit a writing sample designated by the department.
- Participate in an interview with a faculty member (when required by department).
- International applicants whose native language is not English must submit scores from the TOEFL or IELTS exams. A minimum score of 88 on the TOEFL or 6.5 on the IELTS exams is required (requirements on sub-scores on each component of the TOEFL or IELTS may also apply). The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Upon arrival at RIT, international students may be asked to take an English language proficiency exam. Those who do not meet the mini-

RIT0000196

**Saunders College of Business**

mum standard will be required to take additional English language courses.

- All required admission materials must be submitted and reviewed by faculty prior to the completion of 9 semester credit hours of graduate course work in the program.

# Service Leadership and Innovation, Adv. Cert.

*www.rit.edu/study/service-leadership-and-innovation-adv-cert*
**Matthew Cornwell, Assistant Director of Student Services and Outreach**
**585-475-6916, mcornwell@saunders.rit.edu**

## Program overview

The advanced certificate in service leadership and innovation provides a curriculum that focuses on the elements of system design and future scenarios to develop strategy, and on organizing plans to achieve future aspirations. This certificate is appropriate for CEO and COO's oriented to helping their organizations achieve sustainable growth capitalizing on their human potential as well as those interested in evolving into these roles within a human resource department.

## Curriculum

### Service Leadership and Innovation, advanced certificate, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| SERQ-710 | Service Design Fundamentals | 3 |
| SERQ-720 | Service Scenario and Strategy Development | 3 |
| SERQ-730 | Project Management in the Service Sector | 3 |
| SERQ-735 | Data Mining in the Service Sector | 3 |
| **Total Semester Credit Hours** | | **12** |

## Admission requirements

To be considered for admission to the advanced certificate in service leadership and innovation, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit a personal statement and writing sample.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000197

# Technology Entrepreneurship, Adv. Cert.

*www.rit.edu/study/technology-entrepreneurship-adv-cert*
***Matthew Cornwell, Assistant Director of Student Services and Outreach***
***585-475-6916, mcornwell@saunders.rit.edu***

## Program overview

Today's entrepreneur faces a highly competitive and constantly changing marketplace driven by continuous innovation in technology, business models, execution, and strategy. In order to succeed, the new entrepreneur must develop an understanding of these dynamics and how their interplay creates value for a new venture.

The advanced certificate in technology entrepreneurship features three required courses plus one elective. In its entirety, the curriculum provides the skills and knowledge an entrepreneur needs to successfully navigate the process of starting a new venture and managing technical innovation.

## Curriculum

### Technology Entrepreneurship, advanced certificate, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| MGMT-720 | Entrepreneurship and New Venture Creation | 3 |
| MGMT-730 | Technology Entrepreneurship | 3 |
| FINC-605 | Financing New Ventures | 3 |
| *Choose one of the following:* | | 3 |
| MGMT-610 | Global Entrepreneurship | |
| MGMT-765 | Applied Venture Creation | |
| **Total Semester Credit Hours** | | **12** |

## Admission requirements

To be considered for admission to the advanced certificate in technology entrepreneurship, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit a personal statement and writing sample.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000198

## Faculty

### Dean's Office

**Jacqueline Reynolds Mozrall**, BS, Rochester Institute of Technology; MS, North Carolina State University; Ph.D., University of New York at Buffalo—Dean; Professor

**Qiang (John) Tu**, BS, MS, Xi'an Jiaotong University (China); Ph.D., University of Toledo—Senior Associate Dean; Professor

**Lisa Boice**, BA, MBA, Long Island University; JD, Hofstra University School of Law—Assistant Dean for Student Services

### Finance and Accounting

**Steven C. Gold**, BA, BS, Rutgers University; MA, Ph.D., State University of New York at Binghamton—Professor, Interim Department Chair

**Emily Cokeley**, BS, Bethany College; BS, State University College at Brockport; Ph.D., Syracuse University—Visiting Lecturer

**John Curran**, BA, University of Rochester; MS, Syracuse University—Lecturer

**Philip C. Gelsomino II**, BS, MS, Rochester Institute of Technology; CPA, New York—Lecturer

**Chun-Keung (Stan) Hoi**, BA, MS, North Texas State University; Ph.D., Arizona State University—Professor

**Zhijian (James) Huang**, B.Eng., Shanghai Jiaotong University (China); MS, Michigan State University; M.Eng., Cornell University; Ph.D., Pennsylvania State University—Assistant Professor

**Archana Jain**, B.Comm., M.Comm., University of Rajasthan (India); MBA, Ph.D., University of Memphis—Assistant Professor

**Stephen LaGrou**, BA, State University College at Geneseo; MBA, State University of New York at Buffalo; JD, City University of New York School of Law—Senior Lecturer

**Suzanne McCaffrey**, BS, University of Maryland, College Park; MS, University of Mississippi—Visiting Lecturer

**Leonid (Leo) Pugachev**, Ph.D., University of Oklahoma—Assistant Professor

**Ashok J. Robin**, B.Comm, University of Madras (India); MBA, Ph.D., State University of New York at Buffalo—Madelon and Richard Rosett Chair for Research; Professor

**Qian Song**, B.Sc ., M.Sc ., Qingdao University (China); Ph.D., Washington State University—Associate Professor

**Daniel D. Tessoni**, BBA, St. John Fisher College; MS, Clarkson College of Technology; Ph.D., Syracuse University; CPA, New York—Associate Professor

**Dilin Wang**, BS, University of Alaska Fairbanks; MS, State University of New York at Buffalo; Ph.D., Oregon State University—Assistant Professor

**Ke-an Wu**, BS, Jiangxi University of Finance and Economics (China); MS, Catholic University Leuven (Belgium); Ph.D., University of Oregon—Assistant Professor

**Rong Yang**, BS, MS, Tianjin University of Finance and Economics (China); MBA, Ph.D., Rutgers University—Professor

**Hao Zhang**, BA, MA, Xiamen University (China); Ph.D., State University of New York at Buffalo—Associate Professor

### Management

**Shalini Khazanchi**, BS, South Gujarat University (India); MBA, University of Pune (India); Ph.D., University of Cincinnati—Department Chair; Professor

**Robert J. Barbato**, BA, Le Moyne College; Ph.D., Michigan State University—Professor

**Steven Carnovale**, BS, Ph.D., Rutgers University—Assistant Professor

**Richard DeMartino**, BA, Roanoke College; MPA, Ph.D., University of Virginia—Simone Chair for Innovation and Entrepreneurship; Professor

**John E. Ettlie**, BS, MS, Ph.D., Northwestern University—Benjamin Forman Chair for Research; Professor

**Kenan Guler**, Ph.D., Rutgers University—Assistant Professor Visiting

**Clyde E. Hull**, BA, Yale University; MB, MBA, Ph.D., Indiana University—Head of Accreditation and Curriculum Improvement; Professor

**H. Andy Lawrence**, BS, EMBA, Rochester Institute of Technology—Lecturer

**Martin Lawlor**, BA, State University of New York at Buffalo; MBA, Rochester Institute of Technology—Director, Online EMBA; Senior Lecturer

**Ezekiel Leo**, BA, University of California, Berkeley; Ph.D., University of Illinois at Urbana-Champaign—Assistant Professor

**Stephen Luxmore**, BA, MA, University of Guelph (Canada); Ph.D.; University of Toronto (Canada)—Principle Lecturer

**Molly McGowan**, BA, State University College at Geneseo; MPA, State University College at Brockport—Lecturer

**A. Erhan Mergen**, BS, Middle East Technical University (Turkey); MS, Ph.D., Union College—Professor

**dt ogilvie**, BA, Oberlin College; MBA, Southern Methodist University; Ph.D., University of Texas at Austin—Distinguished Professor of Urban Entrepreneurship; Professor

**Joy Olabisi**, BS, Georgia Institute of Technology; MS, Ph.D., University of Michigan—Associate Professor

**Michael E. Palanski**, BS, Grove City College; MA, Covenant Theological Studies; Ph.D., Binghamton University—Associate Professor

**Sandra L. Rothenberg**, BS, Syracuse University; MS, Ph.D., Massachusetts Institute of Technology—Director, Saunders College Institute of Business Ethics; Professor

**Ettore Spadafora**, Ph.D., University of South Carolina—Assistant Professor

**William J. Stevenson**, BSIE, MBA, Ph.D., Syracuse University—Associate Professor

**Shawn Sturgeon**, Ph.D., University of Cincinnati—Director of Accreditation and Assessment; Lecturer

**Zhi Tang**, BA, Shandorun University (China); MA, Fudon University (China); Ph.D., University of Alabama—Professor

**Robert B. Vlosky**, MBA, Wake Forest University—Visiting Lecturer

**John D. Ward**, BS, Georgia Institute of Technology; MS, Purdue University—Principle Lecturer

### Management Information Systems, Marketing, and Digital Business

**Sean William Hansen**, BA, Harvard University; MBA, Ph.D., Case Western Reserve University—Department Chair-Associate Professor

**Duygu (Kayiran) Adkevelioglu**, BS, MS, Bilkent University (Turkey)—Assistant Professor

**Quang (Neo) Bui**, BS, MS, Brigham Young University; Ph.D., Bentley University—Assistant Professor

**Sorim Chung**, BJ, MA, University of Missouri, Columbia; MA, Ph.D., University of California, Riverside—Assistant Professor

**Deborah Colton**, BA, State University of New York at Buffalo; MBA, Rochester Institute of Technology; Ph.D., University of South Carolina—Associate Professor

**Laurie Dwyer**, BS, St. Lawrence University; MBA, Rochester Institute of Technology—Principle Lecturer

**Neil Hair**, BS, University of Wales (United Kingdom); MS, Sheffield Hallam University (United Kingdom); Ph.D., Cranfield University (United Kingdom)—Associate Professor

**V. Myles Landers**, BS, Berry College; Ph.D., The University of Alabama—Assistant Professor

**Saiwu Lin**, MS, University of Arizona—Lecturer

RIT0000199

**Manlu Liu**, BS, Jiangsu University (China); MS, Zhejiang University; MBA, The Hong Kong University of Science & Technology (Hong Kong); Ph .D ., University of Arizona—Associate Professor

**Richard Mislan**, BS, Rochester Institute of Technology; MS, Ferris State University; Ph.D., Nova Southeastern University—Lecturer

**Emi Moriuchi**, BA, Manchester Metropolitan University (United Kingdom); MA, Hawaii Pacific University; Ph.D., University of Manchester (United Kingdom)—Assistance Professor

**Rajendran (Raj) Sriramachandra Murthy**, BE, University of Madras (India); MBA, Ph.D., Southern Illinois University—Associate Professor

**Victor J. Perotti**, BS, MA, MS, Ph.D., The Ohio State University—Professor

**Bryan A. Reinicke**, BA, College of Wooster; MBA, Kent State University; Ph.D., Indiana University—Associate Professor

**Qiang (John) Tu**, BS, MS, Xi'an Jiaotong University (China); Ph.D., University of Toledo—Senior Associate Dean; Professor

**Keith Weber**, MS, California State University, Fullerton—Lecturer

## International Hospitality and Service Innovation

### Department of Hospitality and Tourism Management

**William H. Dresnack**, BS, Long Island University; MS, State University of New York at Binghamton; JD, University of Buffalo—Interim Department Chair; Professor

**Edward Ganster**, BS, MS, Rochester Institute of Technology— Lecturer

**Lorraine E. Hems**, BS, Nazareth College of Rochester; MS, Rochester Institute of Technology; CS, CWE—Lecturer

**Jerrie (Yu-chin) Hsieh**, BS, National Taiwan Normal University (Taiwan); MS, Ph.D., Purdue University—Graduate Program Director; Associate Professor

**Muhammet Kesgin**, BSc, MSc, Akdeniz University (Turkey); Ph.D., Coventry University (United Kingdom)—Associate Professor

**Richard M. Lagiewski**, BS, MS, Rochester Institute of Technology; Ph.D., Edinburgh Napier University (Scotland)—Assistant Professor

**Karthik Namasivayam**, BA, Madras University (India); MS, Ph.D., Cornell University—Professor

**Carol B. Whitlock**, BS, MS, Pennsylvania State University; Ph.D., University of Massachusetts; RD, CDN, CFS—Professor

## Department of Service Systems

**Malarvizhi Hirudayaraj**, BA, Fatima College (Trinidad and Tobago); B.Ed., Madurai Kamaraj University (India); MA, Stella Maris College (India); M.Phil., University of Madras (India); Ph.D., Southern Illinois University—Associate Professor

**Jennifer Matic**, BA, Grand Valley State University; MS, Rochester Institute of Technology; Ph.D., University of Bath (United Kingdom)—Assistant Professor

**Torrence E. Sparkman**, BS, University of Illinois at Chicago; M.Div., Trinity Evangelical Divinity School; Ph.D., University of Illinois at Urbana-Champaign—Associate Professor

**Phillippa Thiuri**, BA, Mount Holyoke College; M.Ed., Harvard University; Ph.D., Boston College—Lecturer

**Linda Underhill**, RD, BS, MS, Rochester Institute of Technology; Ph.D., State University of New York at Buffalo—Associate Professor

## Distinguished Professorships

### Eugene Fram Chair in Critical Thinking

*Established*: 2012

*Donor*: Anonymous

*Purpose*: Designed to provide campus-wide leadership in cross-disciplinary approaches to critical thinking.

*Held by*: Jennifer L. Schneider, CIH

### J. Warren McClure Research Professorship in Marketing

*Established*: 1977

*Donor*: Mr. and Mrs. J. Warren McClure

*Purpose*: To perpetuate Mr. McClure's professional interest in the field of marketing

*Held by*: Rajendran Sriramachandra Murthy, Ph.D.

### Madelon and Richard Rosett Chair

*Established*: 2000

*Donor*: Madelon and Richard Rosett

*Purpose*: To support a professorship of a nationally prominent scholar in any field of business

*Held by*:Hao Zhang

### Benjamin Forman Chair for Collaborative Research

*Established*: 2008

*Donor*: Maurice Foreman in honor of his father, Benjamin Forman

*Purpose*: To support a professorship of a nationally prominent scholar in

*Research, Teaching, or Collaboration*

*Held by*: Vic Perotti

### Benjamin Forman Chair for Research

*Established*: 2008

*Donor*: Maurice Foreman in honor of his father, Benjamin Forman

*Purpose*: To support a professorship of a nationally prominent scholar in Research, Teaching, or Collaboration

*Held by*: Michael Palanski

### Benjamin Forman Chair for Teaching Excellence

*Held by*:  John Ward
Executive Education Professorships
Held by: John Ettlie and Ashok Robin

### Daniel D. Tessoni Endowed Chair in Accounting

*Established*: 2015
Donor: Friends and Alumni of Dan Tessoni and Saunders College of Business

*Purpose*: To honor Daniel D. Tessoni for his teaching contributions and his lifelong impact on students
Held by: Daniel Tessoni, Ph.D.

RIT0000200

# Golisano College of Computing and Information Sciences

*Anne R. Haake, Dean*
*rit.edu/computing*

## Programs of Study

### Doctor of Philosophy degree in:                                    Page

Computing and Information Sciences, Ph.D.                             54

### Master of Science degrees in:

Computer Science, MS                                                 52
*Clusters available in: computer graphics and visualization, data management,
distributed systems, intelligent systems, languages and tools, security, and theory.*

Ө Computing Security, MS                                             56

Ө Data Science, MS                                                   59

Game Design and Development, MS                                      60

Ө Health Informatics, MS                                            61

Ө Human-Computer Interaction, MS                                    62
*Application domain areas available in: eLearning technologies, geographic
information science and technology, Self-defined application domain, smart
device application design and development, and website development.*

Ө Information Sciences and Technologies, MS                         63

Networking and Systems Administration, MS                           65

Software Engineering, MS                                            67

### Advanced Certificates in:

Big Data Analytics, Adv. Cert.                                       51

Ө Cybersecurity, Adv. Cert.                                         58

Ө Networking, Planning and Design, Adv. Cert.                       66

Web Development, Adv. Cert.                                          68

Ө Online learning option available.

The Golisano College of Computing and Information Sciences is one of the most comprehensive computing colleges in the United States. The college offers 18 baccalaureate and master s degrees in a variety of computing disciplines, as well as a doctorate in computing and information sciences. With its focus on inter departmental and intercollege cooperation, the college directs its energy and effort toward discovering new, innovative methods and research opportunities in solving complex, present-day and future computing challenges.

The college s programs address the growing need for experts in the fieldsof computational science, human-computer interaction and accessibility, gaming, simulation, computing security, edutainment, management of complex information technology infrastructures,and software engineering. These programs offer the most current thinking in computing and information sciences and technology, and are supported by extensive laboratory facilities and outstanding faculty.

**Admission requirements**
Each college makes all decisions regarding graduate admission. Please refer to the individual program descriptions for information regarding specific admission criteria. For general graduate admission information, please refer to the Admission section of this bulletin.

**Financial aid and scholarships**
Please refer to the Financial Aid and Scholarship section of this bulletin for information regarding financial aid, scholarships, grants, loans, and graduate assistantships.

**Faculty**
The college s faculty is a dedicated group of teacher-scholars performing use-inspired research with an emphasis on student involvement and career preparation. Faculty members provide leadership by implementing innovative teaching techniques and anticipating and meeting the needs of students and our industrial partners. Many have significant industrial experience in addition to outstanding academic credentials.

**Research**
The Golisano College supports research across disciplines and is a leader in innovation in a variety of computing fields. Students and faculty partner on cutting edge research that is often multi-disciplinary and which positions students for success in their chosen field of study. Research focuses include accessibility, human-computer interaction, health IT, computing security, and game design and development, among others.

**Facilities**
The college houses extensive laboratories dedicated to the study and research of computing. There are more than 2,000 workstations and more than 50 classrooms, labs, and studio labs for the study of every major computing platform. Labs are available to students for 16 to 18 hours a day. Network, wireless, and Web access also are available throughout the college, ensuring that our students have the tools necessary to complete their assignments and projects.

The college s dedicated Security Lab is isolated from the rest of the campus's networks to allow the in-depth study of viruses, firewalls, and other computer vulnerabilities. Additional labs include an Entertainment Lab for 3D modeling, game and interactive media development; the Center for Accessibility and Inclusion Research (CAIRLab); and an Artificial Intelligence lab dedicated to the understanding of human reactions and processing.

RIT0000201

# Big Data Analytics, Adv. Cert.

*cs.rit.edu/*
**Hans-Peter Bischof, Graduate Program Director**
**585-475-5568, hpb@cs.rit.edu**

## Program overview

Big data is noted for its volume, varieties of data types, and rapid accumulation. Big data has become a catchphrase to describe data collections that are so large they are not amenable to processing or analysis using traditional database and software techniques. The advanced certificate in big data analytics is a multidisciplinary program intended for professionals with BS degrees in computing or other diverse fields such as finance, retail, science, engineering, or manufacturing—areas where knowledge of how to analyze big data is necessary. The advanced certificate is also meant for students who would like a formal qualification in this area. The program allows professionals with a bachelor's degree to enhance their career opportunities and professional knowledge with targeted graduate course work in a focused area without making a commitment to an MS program.

### Plan of study

The goal of the program is to develop expertise in managing and analyzing big data. The program consists of two required courses and two elective courses selected by the student in topic areas related to big data.

## Curriculum

**Big data analytics, advanced certificate, typical course sequence**

| COURSE | | CR. HRS. |
|---|---|---|
| **Required Courses** | | |
| CSCI-620 | Introduction to Big Data | 3 |
| CSCI-720 | Big Data Analytics | 3 |
| **Electives*–Choose two of the following:** | | 6 |
| CSCI-621 | Database System Implementation | |
| CSCI-622 | Secure Data Management | |
| CSCI-652 | Distributed Systems | |
| CSCI-654 | Foundations of Parallel Computing | |
| CSCI-721 | Data Cleaning and Preparation | |
| CSCI-729 | Topics in Data Management | |
| ISTE-724 | Data Warehousing | |
| ISTE-780 | Data-driven Knowledge Discovery | |
| | Open Elective* | |
| **Total Credit Hours** | | **12** |

* Students who wish to take graduate elective courses not listed must obtain approval from their faculty adviser.

## Admission requirements

To be considered for admission to the advanced certificate in big data analytics, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in science, computing, engineering, or a related major.
- Applicants with undergraduate degrees from foreign colleges and universities are required to submit GRE scores. GRE scores from other students may be requested.
- Submit a personal statement of educational objectives outlining the applicant's research/project interests, career goals, and suitability to the program.
- Submit two letters of recommendation from academic or professional sources.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent)
- Have acceptable college level credit or practical experience in probability and statistics, computer programming in a high-level language, and database systems.

## Additional information

### Study options

This certificate is intended for part-time study; therefore, RIT cannot issue I-20 paperwork.

### Gainful employment

Information regarding costs and the U.S. Department of Labor's Standard Occupational Classification (SOC) code and occupational profiles for this program can be viewed at www.rit.edu/emcs/financialaid/gedt/big-data-analytics.html.

RIT0000202

Golisano College of Computing and Information Sciences

# Computer Science, MS

*cs.rit.edu/*
*Hans-Peter Bischof, Graduate Program Director*
*585-475-5568, hpb@cs.rit.edu*

## Program overview

The MS in computer science is designed for students who have an undergraduate degree (or minor) in computer science, as well as those who have a strong background in a field in which computers are applied, such as engineering, science, or business.

The degree is offered on a full- or part-time basis. Full-time students take three or four courses per semester and may be able to complete the course work in three semesters. Full-time students who are required to take additional bridge courses may be able to complete the course work in four semesters. Part-time students take one or two courses per semester and may be able to complete the course work in four to five semesters. The time required to complete a master's project is one semester. To complete a master's thesis, two semesters is typical.

## Plan of study

The program consists of 30 credit hours of course work, which includes one core course, three courses in a cluster, four electives, and a thesis or project. For those choosing to complete a project in place of a thesis, students complete one additional elective.

*Clusters*
Students select three cluster courses from the following areas:

### Computer graphics and visualization
The computer graphics and visualization cluster provides the technical foundations for graduate studies in computer graphics and image understanding. Areas for further study include graphics programming, rendering and image synthesis, computer animation and virtual reality, image processing and analysis, and data visualization.

### Data manangement
The data management cluster studies the foundational data management and knowledge discovery challenges prevalent in design, analysis, and organization of data. The courses cover general database issues including database design, database theory, data management, and data mining.

### Distributed systems
This area studies systems formed from multiple cooperating computers, including the analysis, design, and implementation of distributed systems, distributed middleware, and computer networking protocols, including security.

### Intelligent systems
Intelligent systems encompasses the study of algorithms and architectures that enable effective decision making in complex environments. Courses cover computer vision, robotics, virtual theater, sensor networks, data mining, document recognition, and the theoretical foundations of decision-making (e.g. Markov chains and the properties of voting protocols).

### Languages and tools
The languages and tools cluster combines language design and implementation together with architecture and the use of software development tools. Students specializing in this cluster gain a broad understanding of theoretical and applied knowledge.

### Security
The security cluster spans topics from networking to cryptography to secure databases. By choosing different domains in which to study security students gain a broad understanding of both theoretical and applied knowledge.

### Theory
The theory cluster studies the fundamentals of computation, which includes complexity theory to determine the inherent limits of computation, communication, and cryptography and the design and analysis of algorithms to obtain optimal solutions within those limits.

*Electives*
Electives provide breadth of experience in computer science and applications areas. Students who wish to include courses from departments outside of computer science need prior approval from the graduate program director. Refer to the course descriptions in the departments of computer science, engineering, mathematical sciences, and imaging science for possible elective courses.

*Master's thesis/project*
Students may choose the thesis or project option as the capstone to the program. Students who choose the project option must register for the Project course (CSCI-788). Students participate in required in-class presentations that are critiqued. A summary project report and public presentation of the student's project (in poster form) occurs at the end of the semester.

## Curriculum

### Computer science (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| CSCI-665 | Foundations of Algorithms | 3 |
| CSCI-790 | Thesis | 6 |
| | Cluster Courses | 9 |
| | Elective Courses | 12 |
| **Total Semester Credit Hours** | | **30** |

### Computer science (project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| CSCI-665 | Foundations of Algorithms | 3 |
| CSCI-788 | Project/Colloquium | 3 |
| | Cluster Courses | 9 |
| | Elective Courses | 15 |
| **Total Semester Credit Hours** | | **30** |

*Clusters*

*Computer graphics and visualization*

| COURSE | |
|---|---|
| CSCI-610 | Foundations of Computer Graphics* |
| CSCI-711 | Global Illumination |
| CSCI-712 | Computer Animation: Algorithms and Techniques |
| CSCI-713 | Applied Perception in Graphics and Visualization |
| CSCI-714 | ScientificVisualization |
| CSCI-715 | Applications in Virtual Reality |
| CSCI-716 | Computational Geometry |
| CSCI-719 | Topics in Computer Vision |

* Required course

RIT0000203

## Data manangement

| COURSE | |
|---|---|
| CSCI-620 | Introduction to Big Data* |
| CSCI-621 | Database System Implementation |
| CSCI-622 | Secure Data Management |
| CSCI-720 | Big Data Analytics |
| CSCI-721 | Data Cleaning and Preparation |
| CSCI-729 | Topics in Data Management |

* Required course

## Distributed systems

| COURSE | |
|---|---|
| CSCI-651 | Foundations of Computer Networks* |
| CSCI-652 | Distributed Systems |
| CSCI-654 | Foundations of Parallel Computing |
| CSCI-662 | Foundations of Cryptography |
| CSCI-759 | Topics in Systems |
| CSCI-762 | Advanced Cryptography |

* Required course

## Intelligent systems

| COURSE | |
|---|---|
| CSCI-630 | Foundations of Intelligent Systems* |
| CSCI-631 | Foundations of Computer Vision |
| CSCI-632 | Mobile Robot Computing |
| CSCI-633 | Biologically Inspired Intelligent Systems |
| CSCI-731 | Advanced Computer Vision |
| CSCI-732 | Image Understanding |
| CSCI-735 | Foundations of Intelligent Security Systems |
| CSCI-736 | Neural Networks and Machine Learning |
| CSCI-737 | Pattern Recognition |
| CSCI-739 | Topics in Intelligent Systems |

* Required course

## Languages and tools

| COURSE | |
|---|---|
| CSCI-641 | Advanced Programming Skills |
| CSCI-740 | Programming Language Theory |
| CSCI-742 | Compiler Construction* |
| CSCI-746 | Software Development Tools |
| CSCI-749 | Topics in Language and Tools |

* Required course

## Security

| COURSE | |
|---|---|
| CSCI-622 | Secure Data Management |
| CSCI-642 | Secure Coding |
| CSCI-651 | Foundations of Computer Networks* |
| CSCI-662 | Foundations of Cryptography |
| CSCI-729 | Topics in Data Management |
| CSCI-734 | Foundations of Security Measurement and Evaluation |
| CSCI-735 | Foundations of Intelligent Security Systems |
| CSCI-739 | Topics in Intelligent Systems |
| CSCI-759 | Topics in Systems |
| CSCI-762 | Advanced Cryptography |
| CSCI-769 | Topics in Theory |

* Required course

## Theory

| COURSE | |
|---|---|
| CSCI-662 | Foundations of Cryptography |
| CSCI-664 | Computational Complexity |
| CSCI-716 | Computational Geometry |
| CSCI-740 | Programming Language Theory |
| CSCI-749 | Topics in Language and Tools |
| CSCI-761 | Topics in Advanced Algorithms |
| CSCI-762 | Advanced Cryptography |
| CSCI-769 | Topics in Theory |

## Admission requirements

To be considered for admission to the MS in computer science, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE. Applicants with undergraduate degrees from foreign colleges and universities are required to submit GRE scores. GRE scores from other students may be requested.
- Submit a personal statement of educational objectives outlining the applicant's research/project interests, career goals, and suitability to the program.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

### Prerequisites

Applicants must satisfy prerequisite requirements in mathematics (differential and integral calculus, probability and statistics, discrete mathematics, and computer science theory) and computing (experience with a modern high-level language [e.g., C++, Java], data structures, software design methodology, introductory computer architecture, operating systems, and programming language concepts).

## Additional information

### Bridge courses

If an applicant lacks any prerequisites, bridge courses may be recommended to provide students with the required knowledge and skills needed for the program. If any bridge courses are indicated in a student's plan of study, the student may be admitted to the program on the condition that they successfully complete the recommended bridge courses with a grade of B (3.0) or better (courses with lower grades must be repeated). Generally, formal acceptance into the program is deferred until the applicant has made significant progress in this additional course work. Bridge program courses are not counted as part of the 30 credit hours required for the master's degree. During orientation, bridge exams are conducted. These exams are the equivalent to the finals of the bridge courses. Bridge courses will be waived if the exams are passed.

### Faculty

Faculty members in the department are actively engaged in research in the areas of artificial intelligence, computer networking, pattern recognition, computer vision, graphics, visualization, data management, theory, and distributed computing systems. There are many opportunities for graduate students to participate in these activities toward thesis or project work and independent study.

### Facilities

The computer science department provides extensive facilities that represent current technology, including:

- a graduate lab with more than 15 Mac's and a graduate library;
- specialized labs in graphics, computer vision, pattern recognition, security, database, and robotics; and

RIT0000204

**Golisano College of Computing and Information Sciences**

- six general purpose computing labs with more than 100 workstations running Linux, Windows, and OS X; plus campus-wide wireless access.

**Maximum time limit**

University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program. Bridge courses are excluded.

# Computing and Information Sciences, Ph.D.

*rit.edu/gccis/phd*
***Pengcheng Shi, Director; Associate Dean for Research and Scholarship***
***585-475-6147, pengcheng.shi@rit.edu***

## Program overview

The doctoral program in computing and information sciences is designed to produce independent scholars, well-prepared educators, and cutting-edge researchers poised to excel in their work in computing and interdisciplinary academic, industrial, or government environments. The degree highlights two of the most unique characteristics of the Golisano College: its breadth of program offerings and its scholarly focus on discovering solutions to real-world problems by balancing theory and practice.

The program focuses on the theoretical and practical aspects of cyberinfrastructure as applied to specific problems across multiple domains. It is a blend of intra-disciplinary computing knowledge areas and inter-disciplinary domain areas.

### Cyberinfrastructure

Cyberinfrastructure (CI) is the comprehensive integration of hardware, data, networks, and digitally-enabled sensors to provide secure, efficient, reliable, accessible, usable, and interoperable suites of software and middleware services and tools. The doctorate program plays a leadership role in CI research by providing human-centered tools for the science and engineering communities. These tools and services focus on such areas as high performance computing, data analysis and visualization, cyber-services and virtual environments, and learning and knowledge management.

### Intra-disciplinary knowledge

There are three intra-disciplinary computing knowledge areas: infrastructure, interaction, and informatics.

Infrastructure comprises aspects related to hardware, software (both system software and applications), communications technology, and their integration with computing systems through applications. The focus is on the best organization of these elements to provide optimal architectural solutions. On the hardware side it includes system-level design (e.g., for system-on-a-chip solutions) and their building block components. On the software side it covers all aspects of systems and applications software development, including specification and design languages and standards; validation and prototyping, and multi-dimensional Quality-of-Service management; software product lines, model-driven architectures, component-based development, and domain-specific languages; and product estimation, tracking, and oversight. The communications subtopic includes sensor networks and protocols; active, wireless, mobile, configurable, and high-speed networks; and network security and privacy, quality of service, reliability, service discovery, and integration and inter-networking across heterogeneous networks. At the system level there are issues related to conformance and certification; system dependability, fault tolerance, verifiable adaptability, and reconfigurable systems; real-time, self adaptive, self-organizing, autonomic systems. Some of the specialties available in this area are networks and security, digital systems and VLSI, software design and productivity, and systems software.

Interaction refers to topics related to the combined action of two or more entities (human or computational) that affect one another and work together when facilitated by technology. It encompasses several subtopics relating to how people and technology interact and interface. Several common threads weave through all of these areas, many of which rely heavily and build upon foundations in the social and behavioral sciences with an emphasis on understanding human and social/organiza-

RIT0000205

tional phenomena. To some extent, these fields follow an engineering approach to the design of interactions in which solutions are based on rules and principles derived from research and practice, but require analyses that go beyond the analytical approach. From this perspective, solutions can be measured and evaluated against goals and intended outcomes. However, while efficiency and effectiveness are often the watchwords of these fields in practice, this is also where science meets art in computing. Creative design and sensitivity to human needs and aesthetics are critical. Some of the specialties available in this area are human-computer interaction, computer-based instructional systems, and access technologies.

Informatics is the study of computational/algorithmic techniques applied to the management and understanding of data-intensive systems. It focuses on the capture, storage, processing, analysis, and interpretation of data. Topics include algorithms, complexity, and discovery informatics. Data storage and processing require investigation into tools and techniques for modeling, storage, and retrieval. Analysis and understanding require the development of tools and techniques for the symbolic modeling, simulation, and visualization of data. The increased complexity of managing vast amounts of data requires a better understanding of the fundamentals of computation. These fundamentals include complexity, theory to determine the inherent limits of computation, communication, cryptography, and the design and analysis of algorithms to obtain optimal solutions within the limits identified. Some of the specialties available in this area are core informatics, discovery informatics, and intelligent systems.

## Interdisciplinary domains

The program focuses on domain-specific computing, or the interaction between computing and non-computing disciplines, in the areas of science, engineering, medicine, arts, humanities, and business. By incorporating domain-specific computing, the research conducted in this program applies computing and information science principles to the solution of problems in application domains that lie outside the scope of the traditional computing discipline. The research requirement incorporates fundamental concepts in cyberinfrastructure that are necessary for understanding the problems commonly encountered in advancing scientific discovery and product development in cross-disciplinary domains.

## Active research areas

*Computing*
- Algorithm and theory
- Artificial intelligence and machine learning
- Communication and networking
- Computer vision and pattern recognition
- Data management and analytics
- Education research
- Game design
- Graphics and visualization
- Human-computer interaction
- Natural language processing
- Pervasive and Mobile Computing
- Programming languages
- Security and privacy
- Software engineering

*Domain applications*
- Accessibility and inclusion
- Biomedical computing
- Cognitive sciences
- Computational astrophysics
- Computational finance

- Geographic information system
- Imaging and image informatics
- Service sciences
- Social computing

## Plan of study
The program requires a minimum of 60 credit hours beyond the baccalaureate level comprised of graduate-level course work, including seminar attendance and research credits.

*Required courses*
Students complete 18 credit hours of required foundation and core elective courses and 2 credit hours of teaching skills courses.

*Electives*
Elective courses provide foundation support of the student's dissertation research area. These courses come from cyberinfrastructure courses, domain courses, and other electives.

*Dissertation and research*
Students are required to conduct original research that leads to peer-reviewed publications.

*Assessments*
Each student must pass three assessment examinations in the following order:

**1. Research potential assessment: qualifying exam**
Completed after the first year, this assessment evaluates the research tasks students have worked on in their first year in the program. Passing this assessment will qualify students to continue in the doctoral program.

**2. Thesis proposal defense: candidacy exam**
This is an oral examination completed after the thesis proposal is written. Formal admission to candidacy will be granted after successfully passing the research potential assessment requirement and having a research proposal approved by the dissertation committee. The dissertation committee will have a minimum of four members including the student's adviser.

**3. Dissertation defense**
This is the final examination. The dissertation defense includes the dissertation committee and an optional external reader from outside RIT. The exam consists of a formal, oral presentation of the thesis research by the student, followed by questions from the audience.

## Curriculum

### Computing and information sciences, Ph.D. degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CISC-810 | Research Foundations | 3 |
| CISC-820 | Quantitative Foundations | 3 |
| CISC-830 | Cyberinfrastructure Foundations | 3 |
| CISC-890 | Dissertation and Research | 6 |
| | Infrastructure Core Elective | 3 |
| | Interaction Core Elective | 3 |
| | Informatics Core Elective | 3 |
| **Second Year** | | |
| CISC-890 | Dissertation and Research | 7 |
| CISC-807 | Teaching Skills Workshop | 2 |
| | Graduate Electives | 9 |
| **Third Year** | | |
| CISC-890 | Dissertation and Research | 18 |
| **Fourth Year and beyond** | | |
| CISC-890 | Dissertation and Research | 0 |
| **Total Semester Credit Hours** | | **60** |

RIT0000206

**Golisano College of Computing and Information Sciences**

## Admission requirements

To be considered for admission to the doctorate program in computing and information sciences, candidates must fulfill the following requirements:
- Complete a graduate application,
- Hold a baccalaureate degree or its equivalent,*
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work,
- Submit scores from the Graduate Record Examination (GRE)†,
- Submit a statement of purpose, containing, but not limited to, research experiences and interests, motivation to pursue doctorate, and long-term goals,
- Submit a recent curriculum vitae or resume,
- Submit at least two letters of academic and/or professional recommendation. Referees should send recommendation letters by email to gradinfo@rit.edu or via postal service directly to the Office of Graduate and Part-time Enrollment.
- Submit professional or research paper sample(s), if available.
- International applicants whose native language is not English must submit scores from the Test of English as a Foreign Language (TOEFL). A minimum score of 88 (internet-based) is required.

* Since the program encompasses a wide variety of disciplines, students with diverse backgrounds (e.g.: engineering, science, humanities, fine arts, business, and disciplines with sufficient computing backgrounds) are encouraged to apply. Applicants should have the following minimum course work requirements: one full year of study in programming and computing concepts; strong mathematical background in subjects such as discrete mathematics, and probability and statistics; and aptitude, vision, and experience (if applicable) in computing and information sciences related research.
† Basic exam score; taken within last five years.

### Interview
An interview by one or more members of the doctoral program faculty and/or admissions committee may be required for candidates considered for admission prior to final selection. This interview may be conducted via telephone.

## Additional information

### Residency requirement
One year of full-time residency is required.

### Transfer credit
Students with previous graduate course work, or a master's degree in a computing and information sciences discipline or in a related domain-specific discipline, may be granted up to 9 credit hours towards the degree requirements. The transfer credit evaluation will not be made until after the research potential assessment. Consideration for transfer credit will include the appropriateness to the student's intra- and inter-disciplinary program of study and research interests.

### Assistantships
Assistantships, which include tuition and stipend, are available and awarded on a competitive basis.

# Computing Security, MS

*rit.edu/gccis/computingsecurity*
**Sumita Mishra, Graduate Program Director**
**585-475-2963, sumita.mishra@rit.edu**

## Program overview

Developers of computing systems and practitioners in all computing disciplines need an understanding of the critical importance of building security and survivability into the hardware and software of computing systems they design, rather than trying to add it on once these systems have been designed, developed, and installed.

The MS in computing security gives students an understanding of the technological and ethical roles of computing security in today's society and its importance across the breadth of computing disciplines. Students can develop a specialization in one of several security-related areas by selecting technical electives under the guidance of a faculty adviser. The program enables students to develop a strong theoretical and practical foundation in secure computing, preparing them for leadership positions in both the private and public sectors of the computing security industry, for academic or research careers in computing security, or to pursue a more advanced degree in a computing discipline.

### Plan of study
The program is designed for students who have an undergraduate computing degree in an area such as computing security, computer science, information technology, networking, or software engineering, as well as those who have a strong background in a field in which computers are applied, such as computer or electrical engineering.

The curriculum consists of three required core courses, up to 6 technical electives (depending on the capstone option chosen), and a thesis, project, or capstone course for a total of 30 semester credit hours.

### Electives
Students are required to choose up to six technical electives.

## Curriculum

### Computing security (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CSEC-742 | Computer System Security | 3 |
| CSEC-604 | Cryptography and Authentication | 3 |
| | Research Electives | 6 |
| | Advanced Electives | 6 |
| **Second Year** | | |
| CSEC-790 | MS Thesis | 6 |
| | Advanced Electives | 6 |
| **Total Semester Credit Hours** | | **30** |

### Computing security (project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CSEC-742 | Computer System Security | 3 |
| CSEC-604 | Cryptography and Authentication | 3 |
| | Research Electives | 6 |
| | Advanced Electives | 6 |
| **Second Year** | | |
| CSEC-791 | MS Project | 3 |
| | Advanced Electives | 9 |
| **Total Semester Credit Hours** | | **30** |

RIT0000207

## Computing security (capstone course option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CSEC-742 | Computer System Security | 3 |
| CSEC-604 | Cryptography and Authentication | 3 |
| | Research Electives | 6 |
| | Advanced Electives | 6 |
| **Second Year** | | |
| CSEC-793 | Capstone for Computing Security | 3 |
| | Advanced Electives | 9 |
| **Total Semester Credit Hours** | | **30** |

### Elective courses

| COURSE | |
|---|---|
| CMPE-661 | Hardware and Software Design for Cryptographic Applications |
| CSEC-730 | Advanced Computer Forensics |
| CSEC-731 | Web Server and Application Security Audits |
| CSEC-732 | Mobile Device Forensics |
| CSEC-733 | Information Security Risk Management |
| CSEC-741 | Sensor and SCADA Security |
| CSEC-742 | Computer System Security |
| CSEC-743 | Computer Viruses and Malicious Software |
| CSEC-744 | Network Security |
| CSEC-750 | Covert Communications |
| CSEC-751 | Information Security Policy and Law |
| CSCI-620 | Introduction to Big Data |
| CSCI-622 | Secure Data Management |
| CSCI-642 | Secure Coding |
| CSCI-662 | Foundations of Cryptography |
| CSCI-720 | Big Data Analytics |
| CSCI-734 | Foundations of Security Measurement and Evaluation |
| CSCI-735 | Foundations of Intelligent Security Systems |
| CSCI-736 | Neutral Networks and Machine Learning |
| CSCI-762 | Advanced Cryptography |
| ISTE-721 | Information Assurance Fundamentals |

## Admission requirements

To be considered for admission to the MS in computing security, candidates must fulfill the following requirements:
• Complete a graduate application.
• Hold a baccalaureate degree (or equivalent) from an accredited university or college in computing security, computer science, software engineering, information technology, networking, computer engineering, electrical engineering, applied mathematics, or computer engineering technology (exceptional students from other fieldsmay be admitted on a contingent basis).
• Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
• Have a minimum cumulative GPA of 3.0 (or equivalent).
• Submit a minimum of two recommendations from individuals who are well-qualified to assess the applicant's potential for success.
• International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

### Prerequisites
Applicants must satisfy prerequisite requirements in mathematics (integral calculus, discrete mathematics), statistics, natural sciences (physics, chemistry, etc.), and computing (programming, computer networking theory and practice, and systems administration theory and practice).

### Bridge program
Students whose undergraduate preparation or employment experience does not satisfy the prerequisites required for the program may make up deficiencies through additional study. Bridge course work, designed to close gaps in a student's preparation, can be completed either before or after enrolling in the program as advised by the graduate program director. Generally, formal acceptance into the program is deferred until the applicant has made significant progress through this additional preparation.

If completed through academic study, bridge courses must be completed with a grade of B (3.0) or better. Courses with lower grades must be repeated. Bridge courses are not counted toward the 30 credit hours required for the master's degree. However, grades earned from bridge courses taken at RIT are included in a student's graduate grade point average.

A bridge program can be designed in different ways. Courses may be substituted based upon availability, and courses at other colleges may be applied. All bridge course work must be approved in advance by the graduate program director.

## Additional information

### Study options
The program is offered online and on campus.

### Faculty
The program faculty are actively engaged in consulting and research in various areas of secure computing and information assurance, such as cryptography, databases, networking, secure software development, and critical infrastructure security. There are opportunities for students to participate in research activities towards capstone completion or as independent study work.

### Maximum time limit
University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program. Bridge courses are excluded.

Golisano College of Computing and Information Sciences

# Cybersecurity, Adv. Cert.

*csec.rit.edu/*
**Sumita Mishra, Graduate Program Director**
**585-475-2700, sumita.mishra@rit.edu**

## Program overview

This advanced certificate in cybersecurity provides the fundamental knowledge and expertise in network security and forensics necessary for security in networked environments. Students learn to make computers and networks resistant to attack by closing off vulnerabilities and by monitoring intrusions. The application of forensics allows successful attacks on computer systems to be detected. This involves gathering information on the nature and extent of the attack for presentation in a court of law, as well as assessing the extent of the damage to an organization. Courses taken as part of this certificate can transfer into the MS program in computing security.

## Curriculum

### Cybersecurity, advanced certificate, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CSEC-744 | Network Security | 3 |
| CSEC-730 | Advanced Computer Forensics | 3 |
| | Electives | 6 |
| **Total Semester Credit Hours** | | **12** |

*Sample electives\**

| COURSE | |
|---|---|
| CSEC-603 | Enterprise Security |
| CSEC-733 | Information Security Risk Management |
| CSEC-742 | Computer System Security |
| CSEC-743 | Computer Viruses and Malicious Software |

\* Please see program chair for a complete list of current elective courses.

## Admission requirements

To be considered for admission to the advanced certificate in cybersecurity, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university.
- Have knowledge of computing networking and system administration, and introductory knowledge of computing security.
- Submit transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- While GRE scores are not required for students with degrees from US universities, they are strongly recommended for applicants with an undergraduate GPA that is lower than required. Relevant employment experience can strengthen a candidate's application for admission.
- Official scores from the GRE are required for individuals with degrees from international universities.

### Bridge program

Based on the evaluation of an applicant's academic and relevant experience, the graduate program director may require some applicants to complete a bridge course to fulfill any gaps in the required prerequisites needed for admission to the program. The bridge course, Introduction to Computing Security (CSEC-600), is not part of the 12 credit hours required for the advanced certificate.

## Additional information

### Study options
This certificate is intended for part-time study; therefore, RIT cannot issue I-20 paperwork. Courses are offered on-campus and online.

### Gainful employment
Information regarding costs and the U.S. Department of Labor's Standard Occupational Classification (SOC) code and occupational profiles for this program can be viewed at www.rit.edu/emcs/financialaid/gedt/cybersecurity.html.

RIT0000209

# Data Science, MS

*Michael Yacci, Program Director*
*585-475-5416, mayici@rit.edu*

## Program overview

This program is only available online.

The MS in data science has a strong career focus and aims to prepare students with the practical and theoretical skills to handle large-scale data management and analysis challenges that arise in today's data-driven organizations.

The program enables students to work with active researchers in the field of data science, analytics, and infrastructure who can provide hands-on experience with real data and real problems. The curriculum includes opportunities for students to choose elective courses to pursue a variety of career paths within the broad field of data science and its various application areas. The goal of the program is to prepare students, regardless of their scientific, engineering, or business background, to pursue a career in data science.

The program is broad-based and comprehensive, combining computing and statistics courses. Core courses include statistics, data management, analytics, and software engineering. Elective courses provide students an opportunity to explore different areas of data science while a capstone project or thesis round out the program.

## Curriculum

### Data science, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| DSCI-623 | Introduction to Data Science: Management | 3 |
| DSCI-633 | Introduction to Data Science: Analytics | 3 |
| STAT-741 | Regression Analysis | 3 |
| DSCI-644 | Software Engineering for Data Science | 3 |
| | Electives | 6 |
| **Second Year** | | |
| DSCI-799 | Data Science Capstone | 3 |
| | Electives | 6 |
| | Elective/Capstone | 3 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS in data science, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university.
- Have prior knowledge or professional experience in computer programming and statistics.
- Submit transcripts (in English) of all previously completed undergraduate and graduate course work
- Submit a minimum of two recommendations from individuals who are well-qualified to assess the applicant's potential for success.
- Submit a current resume or curriculum vitae.
- Have a minimum cumulative GPA of 3.0 (or equivalent). Applicants with a GPS below 3.0 may be considered, but are required to submit GRE scores.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

Certain countries are subject to comprehensive embargoes under US Export Controls, which prohibit virtually ALL exports, imports, and other transactions without a license or other US Government authorization. Learners from Syria, Sudan, North Korea, the Crimea region of the Ukraine, Iran, and Cuba may not register for RIT online courses. Nor may individuals on the United States Treasury Department's list of Specially Designated Nationals or the United States Commerce Department's table of Deny Orders. By registering for RIT online courses, you represent and warrant that you are not located in, under the control of, or a national or resident of any such country or on any such list.

RIT0000210

Golisano College of Computing and Information Sciences

# Game Design and Development, MS

*igm.rit.edu/*
**Jessica Bayliss, Graduate Program Director**
**585-475-2507, jdbics@rit.edu**

## Program overview

The MS degree in game design and development explores the entertainment technology landscape, along with other related areas of software development. The program has its technical roots in the computing and information science disciplines, while simultaneously covering the breadth of the game development field through course work in topics such as computer graphics, game engines, interactive narrative, and game design. The degree is specifically for students who aspire to careers within the professional gaming industry or a related field such as simulation, edutainment, or visualization.

**Plan of study**
The program's curriculum consists of required courses, a choice of five advanced electives, and a capstone experience. This is a two-year, on-campus, cohort-based program in which students are admitted through a portfolio review process. During the second year, students form development teams that construct a working game engine and software title as the program capstone experience. This requirement includes both individual and group expectations. The capstone culminates in a defense before program faculty, as well as a public exhibition. Combined, these requirements provide a unique and comprehensive educational experience for individuals who aspire to a career in the game development industry.

**Capstone experience**
During the second year, students complete a team-based capstone experience where students present and defend their work. This presentation includes a faculty review, which constitutes the capstone defense, a public presentation, and a demonstration.

## Curriculum

### Game design and development, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| IGME-601 | Game Development Processes | 3 |
| IGME-602 | Game Design | 3 |
| IGME-603 | Gameplay and Prototyping | 3 |
| IGME-695 | Colloquium in Game Design and Development | 1 |
| IGME-795 | Game Industry Themes and Perspectives | 1 |
| | Advanced Electives | 9 |
| **Second Year** | | |
| IGME-788 | Capstone Design | 3 |
| IGME-695 | Colloquium in Game Design and Development | 1 |
| IGME-789 | Capstone Development | 3 |
| | Advanced Electives | 6 |
| **Total Semester Credit Hours** | | **33** |

## Advanced electives

| COURSE | |
|---|---|
| IGME-670 | Digital Audio Production |
| IGME-671 | Interactive Game Audio |
| IGME-680 | IGM Production Studio |
| IGME-681 | Innovation and Invention |
| IGME-720 | Social and Pervasive Game Design |
| IGME-730 | Game Design and Development for Casual and Mobile Platforms |
| IGME-740 | Game Graphics Programming |
| IGME-750 | Game Engine Design and Development |
| IGME-753 | Console Development |
| IGME-760 | Artificial Intelligence for Gameplay |
| IGME-790 | Graduate Seminar in IGM |
| IGME-796 | Advanced Topics in Game Design* |
| IGME-797 | Advanced Topics in Game Development* |
| IGME-799 | Independent Study |

\* Advanced topics are offered in subjects as diverse as game networking and player motivation.

## Admission requirements

To be considered for admission to the MS in game design and development, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in a relevant field such as information technology, computer science, software engineering, or computer graphics. Students with undergraduate degrees in related disciplines such as computer animation or human-computer interaction may be considered.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum GPA of 3.25 (or equivalent) or a first-class international degree with distinction.
- Submission of a portfolio and/or scores from the Graduate Record Exam (GRE) is required. If you choose to submit a portfolio it should include evidence of individual and group projects (clearly marked as such) relevant to the area you wish to study within the degree program.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- International applicants are required to submit scores from the GRE.
- Due to the cohort nature of the program, students are admitted for fall semester. Admission to the program is highly competitive. While GRE scores are not required for domestic applicants, students may submit scores to strengthen their application. Those applicants with a GPA below 3.25 are required to submit GRE scores.

## Additional information

**Prerequisites**
Students are expected to have at least one year of significant programming experience in a current object-oriented language—preferably C++ or Java—and a solid working knowledge of website development and interactive multimedia concepts. If students do not have these prerequisites, additional course work may be recommended to bridge any educational gaps.

**Maximum time limit**
University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program. Bridge courses are excluded.

RIT0000211