# EXHIBIT 22(b)

## (2019 – 2020 RIT Graduate Bulletin)

## RIT0000212 - 276

# Health Informatics, MS

*Qi Yu, Graduate Program Director*
*585-475-6929, qyuvks@rit.edu*

## Program overview

This program is only available online.

Health informatics studies the nature of medical data and the use of information technology to manage health-related information in medical practice, education, and research. With increases in the application and uses of information technology in the medical industry, there is an unprecedented need for professionals who can combine their knowledge of computing and health care to improve the safety and quality of care delivery, as well as to help control costs.

The MS degree in health informatics applies the creative power of information technology to the information and data needs of health care. This includes the acquisition, storage, and retrieval of patient data, as well as access to electronically maintained medical knowledge for use in patient care, research, and education. Professionals in the field require computing expertise; an understanding of formal medical terminology, clinical processes, and guidelines; and an understanding of how information and communication systems can be used to successfully deliver patient information in various health care settings.

The program offers two tracks: the clinician track and analyst track.

## Curriculum

Health informatics, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| MEDI-701 | Introduction to Medical Informatics | 3 |
| MEDI-735 | Clinical Information Systems | 3 |
| HCIN-610 | Foundations of Human-Computer Interaction | 3 |
| MEDI-704 | Practice of Health Care (summer) | 3 |
| | Track Elective | 3 |
| **Second Year** | | |
| MEDI-707 | Clinical Decision Support | 3 |
| MEDI-705 | Medical Knowledge Structures | 3 |
| MEDI-788 | Capstone in Health Informatics | 3 |
| | Track Electives | 6 |
| **Total Semester Credit Hours** | | **30** |

## Tracks

*Analyst track*

| COURSE | |
|---|---|
| ISTE-782 | Visual Analytics |
| MEDI-730 | Medical Application Integration |
| MEDI-766 | Building the Electronic Health Record |

*Clinician track*

| COURSE | |
|---|---|
| ISTE-608 | Database Design and Implementation |
| MEDI-610 | Scripting Fundamentals |
| MEDI-731 | System Integration Concepts |

## Admission requirements

To be considered for admission into the MS program in health informatics, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.

- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit two letters of recommendation from individuals who are able to assess the applicant's potential for success in the program.
- Submit a current resume or curriculum vitae.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Applicants from international universities are required to submit GRE scores.
- It is recommended that applicants have a minimum of three years of experience in a health care, health-related, or information technology organization. Applicants who do not meet this requirement may be asked to complete certain undergraduate/graduate level courses as a prerequisite.
- An interview with the program's admissions committee may also be required.

Please note: Applications should be submitted for fall admission. For priority consideration, please submit all application materials a minimum of six weeks prior to your intended start date.

Certain countries are subject to comprehensive embargoes under US Export Controls, which prohibit virtually ALL exports, imports, and other transactions without a license or other US Government authorization. Learners from Syria, Sudan, North Korea, the Crimea region of the Ukraine, Iran, and Cuba may not register for RIT online courses. Nor may individuals on the United States Treasury Department's list of Specially Designated Nationals or the United States Commerce Department's table of Deny Orders. By registering for RIT online courses, you represent and warrant that you are not located in, under the control of, or a national or resident of any such country or on any such list.

## Additional information

### Prerequisites

It is expected that prospective students who plan to pursue the analyst track will have a background in fundamental information technology concepts including object-oriented programming and statistics. Students without the necessary background should complete the prerequisites before applying to the program. However, bridge courses are available to satisfy the prerequisites.

### Bridge program

Students whose undergraduate preparation or employment experience does not satisfy the prerequisites can make up these deficiencies by completing prerequisite bridge courses as prescribed by the graduate program director. The bridge courses are not part of the 30 semester credit hours required for the master's degree. Grades for bridge courses are not included in a student's GPA if the courses are taken before matriculation; they are included if completed after matriculation. Since bridge programs can be designed in a variety of ways, the graduate program director will assist students in planning and course selection.

### Maximum time limit

University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program. Bridge courses are excluded.

RIT0000212

**Golisano College of Computing and Information Sciences**

# Human-Computer Interaction, MS

*hci.rit.edu/*
**Qi Yu, Graduate Program Director**
**585-475-6929, qyuvks@rit.edu**

## Program overview

Human-computer interaction (HCI) addresses the design, evaluation, and implementation of interactive computing and computing-based systems for the benefit of human use. HCI research is driven by technological advances and the increasing pervasiveness of computing devices in our society. With an emphasis on making computing technologies more user-friendly, HCI has emerged as a dynamic, multifaceted area of study that merges theory from science, engineering, and design—as well as concepts and methodologies from psychology, anthropology, sociology, and industrial design—with the technical concerns of computing.

The MS degree in human-computer interaction provides the knowledge and skills necessary for conceptualizing, designing, implementing, and evaluating software applications and computing technologies for the benefit of the user, whether the user is an individual, a group, an organization, or a society. Human, technological, and organizational concerns are interwoven throughout the curriculum and addressed in team- and project-based learning experiences.

### Plan of study
The program is comprised of four required core courses, up to three program electives (depending upon capstone option chosen), two application domain courses, and a capstone project or thesis.

*Core courses*
The core courses provide knowledge and skills in the conceptual and methodological frameworks of HCI and HCI research. Emphasis is on understanding human cognition as it applies to information systems plus interaction design, interface prototyping, and usability evaluation.

*Electives*
Student choose up to three electives, depending on which capstone option they choose to complete.

*Program electives*
Students select two elective courses. In select cases, students can petition for approval to include a course complementary to the degree program as a program elective.

*Application domain courses*
To gain breadth in a technical area to which HCI concepts can be applied, students complete two courses in any of the application domain areas. A special topics option is also available, with faculty approval, for individuals with interest in other HCI-related areas.

*Thesis/Capstone project*
Students may complete a thesis or capstone project. This experience is meant to be an empirical study of a HCI problem, which can be the development of a software product through user-centered design processes. The results are either published in a peer-reviewed journal or publicly disseminated in an appropriate professional venue.

## Curriculum

### Human-computer interaction (capstone project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| HCIN-600 | Research Methods | 3 |
| HCIN-610 | Foundations of Human-Computer Interaction | 3 |
| HCIN-620 | Information and Interaction Design | 3 |
| HCIN-630 | Usability Testing | 3 |
| HCIN-794 | MS HCI Project Proposal | 3 |
| | Application Domain Courses | 6 |
| | Program Elective | 3 |
| **Second Year** | | |
| HCIN-795 | MS HCI Project | 3 |
| | Program Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

### Human-computer interaction (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| HCIN-600 | Research Methods | 3 |
| HCIN-610 | Foundations of Human-Computer Interaction | 3 |
| HCIN-620 | Information and Interaction Design | 3 |
| HCIN-630 | Usability Testing | 3 |
| | Application Domain Courses | 6 |
| | Program Electives | 6 |
| **Second Year** | | |
| HCIN-796 | MS HCI Thesis | 6 |
| **Total Semester Credit Hours** | | **30** |

### Application domain courses

*eLearning technologies*

| COURSE | |
|---|---|
| HCIN-660 | Fundamentals of Instructional Technology |
| HCIN-661 | Interactive Courseware |

*Geographic information science and technology*

| COURSE | |
|---|---|
| ISTE-740 | Geographic Information Science and Technology |
| ISTE-744 | Thematic Cartography and Geographic Visualization |

*Smart device application design and development*

| COURSE | |
|---|---|
| HCIN-720 | Prototyping Wearable and Internet of Things Devices |
| HCIN-722 | Human Computer Interaction with Mobile, Wearable, and Ubiquitous Devices |

*Web development*

| COURSE | |
|---|---|
| ISTE-645 | Foundations of Web Technologies I |
| ISTE-646 | Foundations of Web Technologies II |

### Program electives

| COURSE | |
|---|---|
| HCIN-660 | Fundamentals of Instructional Technology |
| HCIN-661 | Interactive Courseware |
| HCIN-700 | Current Topics in HCI |
| HCIN-705 | Topics in HCI for Biomedical Informatics |
| HCIN-715 | Agent-based and Cognitive Modeling |
| HCIN-720 | Designing User Experiences for Internet-enabled Devices |
| HCIN-722 | Human Computer Interaction with Mobile Devices |
| HCIN-730 | User-Centered Design Methods |
| HCIN-735 | Collaboration, Technology, and the Human Experience |
| HCIN-794 | MS HCI Capstone Proposal |
| ISTE-645 | Foundations of Web Technologies I |

RIT0000213

| COURSE | |
| --- | --- |
| ISTE-646 | Foundations of Web Technologies II |
| ISTE-740 | Geographic Information Science and Technology |
| ISTE-744 | Thematic Cartography and Geographic Visualization |
| ISTE-772 | Knowledge Discovery for Biomedical Informatics |
| PSYC-712 | Graduate Cognition |
| PSYC-715 | Graduate Perception |

## Admission requirements

To be considered for admission to the MS program in human-computer interaction, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Have a minimum cumulative GPA of 3.0 (or equivalent). Applicants with a GPA below 3.0 may be considered, but are required to submit standard GRE scores.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.
- Have prior study or professional experience in computing; however, study in other disciplines will be given consideration.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Applicants with undergraduate degrees from foreign universities are required to submit GRE scores.

## Additional information

### Prerequisites
The program requires strong technical and social science skills. Knowledge of quantitative statistical methodologies is important since students review research studies as well as analyze the results of their own usability evaluations. Students are also expected to have a solid background in computer programming. These competencies may be demonstrated by previous course work, technical certifications, or comparable work experience. Bridge courses are available to fulfill any gaps in an applicant's qualifications. Applicants will be made aware of any areas where additional course work may be necessary.

### Maximum time limit
University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program. Bridge courses are excluded.

### Online option
The program can be completed on campus or online.

# Information Sciences and Technologies, MS

*it.rit.edu/*
***Qi Yu, Graduate Program Director***
***585-475-6929, qyuvks@rit.edu***

## Program overview

The internet has brought a new kind of democracy where all information is created equal. No longer the sole province of experts and the traditional media, it has become grassroots, viral, and global. The sheer volume and lightning speed of information transfer has changed how the world communicates, educates, learns, and ultimately solves problems. As the web and its related technologies evolve, users need help in managing these new tools.

Graduate study in a computing discipline that only focuses on traditional computing approaches is not flexible enough to meet the needs of the real world. New hardware and software tools are continually introduced into the market. IT professionals must have a specific area of expertise, as well as adaptability, to tackle the next new thing. Or, just as often, retrofit available technologies to help users adapt to the latest trends.

The MS in information sciences and technologies provides an opportunity for in-depth study to prepare for today's high-demand computing careers. Companies are drowning in data—structured, semi-structured, and unstructured. Big data is not just high transaction volumes; it is also data in various formats, with high velocity change, and increasing complexity. Information is gleaned from unstructured sources—such as web traffic or social networks—as well as traditional ones; and information delivery must be immediate and on demand.

As the users' advocate, IT professionals also need the critical thinking skills to problem-solve in a wide variety of computing situations, combined with an understanding of the needs of their audience. Just knowing how technology works is no longer enough. Today, computing professionals need to know how to make it all work.

The information sciences and technologies program addresses the web systems and integration technologies, and the information management and database technology pillars, of the IT academic discipline, along with the additional option of discovery informatics. The program is offered on-campus and online.

### Plan of study
The program can be completed on-campus or online. The on-campus program consists of 30 semester credit hours of graduate study and includes four core courses, four or five track or domain electives (depending upon capstone option chosen), and either a thesis or project. The online only option consist of 9 core courses and a capstone project.

*Domain electives*
Chosen only by those enrolled in the on-campus option, domain electives are available in: analytics, information management and database technology, or web systems and integration technologies. With permission of the graduate program director, students may select the special topics track to fulfill this requirement. See the graduate program director for more information.

*Thesis/Capstone options*
For the on-campus option of the program, students may choose a project or a thesis to build upon their domain of study. The project option is 3 credit hours and requires one additional 3 credit domain elective. The thesis option is 6 credit hours and does not require an additional elective. The online option consist of a capstone project.

RIT0000214

Golisano College of Computing and Information Sciences

## Curriculum

### Information sciences and technologies (thesis and project options), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ISTE-605 | Scholarship in Information Sciences and Technologies | 3 |
| ISTE-610 | Knowledge Representation Technologies | 3 |
| ISTE-612 | Knowledge Processing Technologies | 3 |
| ISTE-600 | Analytical Thinking | 3 |
| | Domain Electives | 12 |
| **Second Year** | | |
| *Choose one of the following:* | | 6 |
| ITSE-790 | Thesis in Information Sciences and Technologies | |
| or | | |
| ITSE-791 | Project in Information Sciences and Technologies | |
| | Domain Elective | |
| **Total Semester Credit Hours** | | **30** |

### Domain electives

| COURSE | |
|---|---|
| **Analytics** | |
| ISTE-724 | Data Warehousing |
| ISTE-780 | Data Driven Knowledge Discovery |
| ISTE-782 | Visual Analytics |
| **Information management and database technology** | |
| ISTE-721 | Information Assurance Fundamentals |
| ISTE-722 | Database Connectivity and Access |
| ISTE-724 | Data Warehousing |
| ISTE-726 | Database Management and Access |
| ISTE-728 | Database Performance and Tuning |
| **Web systems and integration technologies** | |
| ISTE-721 | Information Assurance Fundamentals |
| ISTE-754 | Client Design and Development |
| ISTE-756 | Server Design and Development |
| ISTE-759 | Web Client Server Programming |
| **Other approved electives** | |
| ISTE-740 | Geographic Information Science and Technology |
| ISTE-742 | Introduction to Geographic Information Systems |
| ISTE-744 | Thematic Cartography and Geographic Visualization |
| ISTE-774 | Mobile Application Development I |
| ISTE-776 | Mobile Application Development II |

### Information sciences and technologies (online option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ISTE-740 | Geographic Information Science and Technology | 3 |
| ISTE-600 | Analytical Thinking | 3 |
| ISTE-610 | Knowledge Representation Technologies | 3 |
| ISTE-612 | Knowledge Processing Technologies | 3 |
| ISTE-780 | Data-driven Knowledge Discovery (summer) | 3 |
| **Second Year** | | |
| ISTE-782 | Visual Analytics | 3 |
| ISTE-721 | Information Assurance | 3 |
| ISTE-605 | Scholarship in IST | 3 |
| ISTE-724 | Data Warehousing | 3 |
| ISTE-795 | Capstone in IST (summer) | 3 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS program in information sciences and technologies, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) for all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Applicants from foreign universities must submit GRE scores. Scores from the GRE are strongly recommended for applicants whose undergraduate grade point average is less than 3.0.

## Additional information

### Prerequisites

It is expected that prospective students will have a background in fundamental information technology concepts including object-oriented programming, website development, database theory and practice, and statistics. Students without the necessary background should complete the prerequisites before applying to the program. However, bridge courses are available to satisfy the prerequisites.

### Bridge program

Students whose undergraduate preparation or employment experience does not satisfy the prerequisites can make up these deficiencies by completing prerequisite bridge courses as prescribed by the graduate program director. The bridge courses are not part of the 30 semester credit hours required for the master's degree. Grades for bridge courses are not included in a student's GPA if the courses are taken before matriculation; they are included if completed after matriculation. Since bridge programs can be designed in a variety of ways, the graduate program director will assist students in planning and course selection.

### Maximum time limit

University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program. Bridge courses are excluded.

RIT0000215

# Networking and Systems Administration, MS

*nsa.rit.edu/*
*Qi Yu, Graduate Program Director*
*585-475-6929, qyuvks@rit.edu*

**Please note: This program is no longer accepting new student applications.**

## Program overview

Trends in network communications—unifying wired and wireless infrastructures, Cloud computing, scalability, collaboration tools, and security—can only be coalesced into reliable communication services if there are highly educated and technically proficient networking and systems administration professionals who understand both traditional and emerging communication technologies as well as how to apply these technologies to organizational needs and opportunities.

The explosion in ubiquitous computing today means an increased need for greater efficiency and for better management oversight in the provision of IT services. Network environments are not only becoming increasingly complex, there is a greater recognition of the power of information technology to be a strategic enabler of corporate growth and adaptation.

The MS degree in networking and systems administration provides both the knowledge and the technical skills needed to successfully compete in this environment. the program is uniquely focused to address current issues in networking and systems administration through investigation of both the theoretical and the practical aspects of this continually evolving field. Course work examines the organizational and technological issues involved in enterprise scale networking, including emerging network technologies, network processing, high performance computing, network programming, and security.

The program prepares graduates to assume leadership positions in for-profit and not-for-profit organizations dealing with evolving networking solutions or to continue their education through advanced degrees. It is available for full- and part-time study both online and on-campus.

## Plan of study

The program consists of five required core courses, up to four technical electives (depending upon the capstone option chosen), and a capstone thesis or project.

## Curriculum

### Networking and systems administration (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ISTE-605 | Scholarship in Information Sciences and Technologies | 3 |
| NSSA-602 | Enterprise Computing | 3 |
| NSSA-620 | Emerging Computing and Network Technologies | 3 |
| NSSA-615 | Advanced OOP for Networking and Systems Administration | 3 |
| | Track or Domain Electives | 6 |
| **Second Year** | | |
| NSSA-714 | Advanced Large Scale Computing | 3 |
| NSSA-790 | MS Thesis | 6 |
| | Track or Domain Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

### Networking and systems administration (project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ISTE-605 | Scholarship in Information Sciences and Technologies | 3 |
| NSSA-602 | Enterprise Computing | 3 |
| NSSA-620 | Emerging Computing and Network Technologies | 3 |
| NSSA-615 | Advanced OOP for Networking and Systems Administration | 3 |
| | Track or Domain Electives | 6 |
| **Second Year** | | |
| NSSA-714 | Advanced Large Scale Computing | 3 |
| NSSA-791 | NSSA Project | 3 |
| | Track or Domain Electives | 6 |
| **Total Semester Credit Hours** | | **30** |

## Electives

| COURSE | |
|---|---|
| NSSA-610 | Advanced Wired Networking Concepts* |
| NSSA-611 | Advanced Topics in Wireless Networks and Technologies* |
| NSSA-612 | Network Modeling and Analysis* |
| NSSA-621 | Design and Deployment of Wireless Networks |
| NSSA-710 | Network Management |
| NSSA-712 | Advanced Storage Technologies |
| NSSA-713 | Enterprise Service Provisioning* |
| NSSA-715 | Network Design and Performance |
| NSSA-716 | Enterprise Mobile Computing |
| ISTE-721 | Information Assurance Fundamentals |
| ISTE-764 | Project Management |

* Students are required to complete at least one theoretical course. These electives fulfill this requirement.

## Admission requirements

To be considered for admission to the MS program in networking and systems administration, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent). The GRE is recommended for those applicant's whose undergraduate grade point average is less than 3.0.
- Applicants from foreign universities must submit GRE scores.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Applicants with a lower TOEFL score may be admitted conditionally, but will be required to complete a prescribed program in English preparation along with a reduced program course load.

## Additional information

### Bridge courses

Students must have solid backgrounds in computer programming, networking and systems administration theory and practice, and statistics. Students whose undergraduate preparation does not satisfy these prerequisites can make up deficiencies through additional study. The graduate program director will make recommendations on prerequisite course

RIT0000216

Golisano College of Computing and Information Sciences

work. Formal acceptance into the program may be possible even though the applicant must complete bridge courses.

Bridge courses are not part of the required curriculum for the master's degree. Grades for these courses are only included in the student's GPA if courses are completed after matriculation. Bridge course work can be designed in a variety of ways. Other courses can be substituted, or courses at other colleges can be applied. Contact the graduate program director for more information.

**Study options**

This program may be completed on a full- or part-time basis, through on-campus or online learning. Full-time students may be able to complete the program in two years; part-time students may take approximately four years.

**Maximum time limit**

University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program. Bridge courses are excluded.

# Networking, Planning and Design, Adv. Cert.

*ist.rit.edu/*
***Qi Yu, Graduate Program Director***
***585-475-6929, qyuvks@rit.edu***

## Program overview

The advanced certificate in networking, planning and design provides the knowledge and expertise needed to seek careers that require foundation knowledge of enterprise network architectures and administration, emerging network technologies, the network design process, and project management. Students completing this certificate are able to design and implement plans for sophisticated network design projects; understand and work with emerging technologies in networking and system administration; and develop, test, and implement a network model that simulates the performance of an enterprise scale network.

**Plan of study**

The program consists of four courses, all of which may be later applied to the MS in networking and systems administration.

## Curriculum

**Networking, planning and design, advanced certificate, typical course sequence**

| COURSE | | SEMESTER CREDIT HOURS |
|--------|--|----------------------|
| NSSA-602 | Enterprise Computing | 3 |
| DECS-744 | Project Management | 3 |
| NSSA-620 | Emerging Computing and Networking Technologies | 3 |
| NSSA-715 | Network Design and Performance | 3 |
| **Total Semester Credit Hours** | | **12** |

## Admission requirements

To be considered for admission to the advanced certificate in networking, planning and design, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college with course work or extensive work experience in networking, systems administration, and programming in C++; experience in OS scripting (Perl preferred) is beneficial.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- While GRE scores are not required, they are strongly recommended for applicants seeking admission whose undergraduate GPA does not meet the minimum requirement. Relevant work experience can also strengthen a candidate's application for admission.

## Additional information

**Study options**

This certificate is intended for part-time study; therefore, RIT cannot issue I-20 paperwork. International students may study part-time through online learning. Courses are available both on campus and online.

**Gainful employment**

Information regarding costs and the U.S. Department of Labor's Standard Occupational Classification (SOC) code and occupational profiles for this program can be viewed at www.rit.edu/emcs/financialaid/gedt/network-planning-and-design.html.

RIT0000217

# Software Engineering, MS

*se.rit.edu/grad*
**J. Scott Hawker, Graduate Program Director**
**585-475-2705, hawker@se.rit.edu**

## Program overview

The MS in software engineering is designed to attract students with a formal undergraduate background in software engineering, computer science, or computer engineering, preferably with professional experience. The program's core content assures that graduates possess both breadth and depth of knowledge in software engineering. Special topics courses and electives provide students with the opportunity to match their graduate education with their professional goals.

**Plan of study**
The program comprises 36 semester credit hours, anchored by a thesis or a capstone project.

## Curriculum

### Software engineering (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| SWEN-610 | Foundations of Software Engineering | 3 |
| SWEN-745 | Software Modeling | 3 |
| SWEN-640 | Research Methods | 3 |
| SWEN-722 | Process Engineering | 3 |
| SWEN-749 | Software Evolution and Re-engineering | 3 |
| SWEN-772 | Software Quality Engineering | 3 |
| **Second Year** | | |
| SWEN-755 | Software Architectures and Product Lines | 3 |
| SWEN-799 | Independent Study | 3 |
| SWEN-790 | Thesis | 6 |
| | Electives | 6 |
| **Total Semester Credit Hours** | | **36** |

### Software engineering (capstone option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| SWEN-610 | Foundations of Software Engineering | 3 |
| SWEN-745 | Software Modeling | 3 |
| SWEN-640 | Research Methods | 3 |
| SWEN-722 | Process Engineering | 3 |
| SWEN-749 | Software Evolution and Re-engineering | 3 |
| SWEN-772 | Software Quality Engineering | 3 |
| **Second Year** | | |
| SWEN-755 | Software Architectures and Product Lines | 3 |
| SWEN-780 | Capstone Research Project | 3 |
| | Electives | 9 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **36** |

## Admission requirements

To be considered for admission to the MS program in software engineering, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree from an accredited institution,
- Have a cumulative grade point average of 3.0 or higher (Prospective students from institutions that do not use the GPA scale are expected to demonstrate an equivalent level of academic accomplishment. Formal academic background in software engineering, computer science, or computer engineering is a plus.),

- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work,
- Submit a professional essay (1-4 pages) describing current job (if applicable), relevant experience, and career plans,
- Submit a current resume (including descriptions of significant software projects in which the candidate participated), and
- Submit two letters of recommendation.
- International applicants whose native language is not English must submit scores from the Test of English as a Foreign Language (TOEFL). Minimum scores of 570 (paper-based) or 88 (internet-based) are required. International applicants must provide Graduate Record Exam (GRE) scores. Domestic students are encouraged to provide GRE scores.

Professional experience developing software is preferred, but candidates without a background in computing will be considered. Additional bridge course work may be required, and may extend time to graduation.

## Additional information

**Bridge courses**
Based on the evaluation of academic and relevant experience, the graduate program director may require some applicants to successfully complete bridge courses to fill in any gaps in their background. Successful completion of bridge courses is necessary for registration in graduate-level courses.

RIT0000218

Golisano College of Computing and Information Sciences

# Web Development, Adv. Cert.

*ist.rit.edu/*
**Qi Yu, Graduate Program Director**
**585-475-6929, qyuvks@rit.edu**

## Program overview

As interactive technologies advance, the ways in which we communicate change—and the importance of enhancing the communication experience within electronic environments increases. The advanced certificate in web development provides an opportunity for students to gain firsthand knowledge and expertise in the art and science of interactive multimedia design.

### Plan of study

In this certificate, students explore the theories of interactive computing, fundamentals of interactive design, web and multimedia programming, and the impact of networked technologies in web communications. Projects include the development of websites and interactive multimedia applications. Students have at their disposal a variety of computer, video, and digitizing equipment in our state-of-the-art interactive media laboratories.

## Curriculum

### Web development, advanced certificate, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| HCIN-610 | Foundations of HCI | 3 |
| ISTE-645 | Foundations of Web Technologies I | 3 |
| ISTE-646 | Foundations of Web Technologies II | 3 |
| HCIN-636 | Interactive Programming | 3 |
| **Total Semester Credit Hours** | | **12** |

## Admission requirements

To be considered for admission to the advanced certificate in web development, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) for all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.

## Additional information

### Prerequisites

Due to continuing advances in the technologies used for interactive multimedia, knowledge of programming is necessary in this field. Students must have object-oriented programming skills equivalent to one year of study. Bridge courses are available to complete any requirements missing from the applicant's credentials.

### Study options

This certificate is intended for part-time study; therefore, RIT cannot issue I-20 paperwork. Courses are only offered on campus.

## Gainful employment

Information regarding costs and the U.S. Department of Labor's Standard Occupational Classification (SOC) code and occupational profiles for this program can be viewed at www.rit.edu/emcs/financialaid/gedt/web-development.html.

RIT0000219

## Dean's Office

**Anne R. Haake,** BA, Colgate University; MS, Rochester Institute of Technology; MS, Ph.D., University of South Carolina—Dean; Professor

**Michael A. Yacci,** BS, Ithaca College; MS, Rochester Institute of Technology; Ph.D., Syracuse University—Senior Associate Dean for Academic Affairs; Professor

**Pengcheng Shi,** BS, Shanghai Jiao Tong University (China); MS, M.Phil, Ph.D., Yale University—Doctorate Program Director; Professor; Associate Dean for Research and Scholarship

## Computer Science

**Mohan Kumar,** BE, Bangalore University (India); MTech, Ph.D., Indian Institute of Science (India)—Department Chair; Professor

**Peter G. Anderson,** BS, Ph.D., Massachusetts Institute of Technology—Professor Emeritus

**Reynold Bailey,** BS, Midwestern State University; MS, Ph.D., Washington University—Associate Professor

**Ivona Bezakova,** BS, Comenius University (Slovakia); Ph.D., University of Chicago—Professor

**Hans-Peter Bischof,** BS, MS, University of Ulm (Germany); Ph.D., University of Osnabru̇ck (Germany)—Graduate Program Director; Professor

**Zack Butler,** BS, Alfred University; Ph.D., Carnegie Mellon University—Professor; Associate Chair

**Warren Carithers,** BS, MS, University of Kansas—Associate Professor

**Razie Fathi,** BS, Allameh Tabatabaei University (Iran); MS, The College of Saint Rose/State University of New York at Albany—Visiting Lecturer

**Henry Etlinger,** BS, University of Rochester; MS, Syracuse University—Undergraduate Program Coordinator; Associate Professor Emeritus

**Matthew Fluet,** BS, Harvey Mudd College; Ph.D., Cornell University—Associate Professor

**Joe Geigel,** BS, Manhattan College; MS, Stevens Institute of Technology; Ph.D., George Washington University—Professor

**James Heliotis,** BS, Cornell University; Ph.D., University of Rochester—Professor

**Edith Hemaspaandra,** BS, MS, Ph.D., University of Amsterdam (Netherlands)—Professor

**Chris Homan,** AB, Cornell University; MS, Ph.D., University of Rochester—Associate Professor

**Mineseok Kwon,** BS, MS, Seoul National University (South Korea); Ph.D., Purdue University—Associate Professor

**Xumin Liu,** BE, Dalian University (China); ME, Jinan University (China); Ph.D., Virginia Polytechnic Institute and State University—Associate Professor

**Stanislaw Radziszowski,** MS, Ph.D., University of Warsaw (Poland)—Professor

**Rajendra K. Raj,** BS, Indian Institute of Technology (India); MS, University of Tennessee; MS, Ph.D., University of Washington—Professor

**Leonid Reznik,** Degree of Electronics, Leningrad Institute of Aeronautical Construction (Russia); MS, St. Petersburg Aircraft Academy (Russia); Ph.D., St. Petersburg Polytechnic Institute (Russia)

**Carol Romanowski,** BS, MS, Ph.D., University of Buffalo—Professor

**Niyazi Sorkunlu,** BS, Ankara Universitesi (Turkey); MS, Rochester Institute of Technology; Ph.D., University at Buffalo—Visiting Lecturer

**Paul Tymann,** BS, MS, Syracuse University—Professor

**Walter A. Wolf,** BA, Wesleyan University; MS, Rochester Institute of Technology; MA, Ph.D., Brandeis University—Professor Emeritus

**Richard Zanibbi,** BA, MS, Ph.D., Queens University (Canada)—Professor

## Computing Security

**Bo Yuan,** BS, MS, Shanghai Normal University (China); Ph.D., State University of New York at Binghamton—Department Chair, Professor

**Hrishikesh Acharya,** BS, Indian Institute of Technology Kharagpur (India); Ph.D., University of Texas at Austin—Assistant Professor

**Daryl Johnson,** BS, St. John Fisher College; MS, Rochester Institute of Technology—Associate Professor

**Sumita Mishra,** BS, Patna University (India); BS, Ph.D., State University of New York at Buffalo—Professor; Graduate Program Director

**Rob Olson,** BS, MS, State University of New York at Fredonia; MS, Nova Southeastern University—Lecturer

**Yin Pan,** BS, MS, Shanghai Normal University (China); MS, Ph.D., State University of New York at Binghamton—Professor

**Hanif Rahbari,** BS, Sharif University of Technology (Iran); MS, Amirkabir University (Iran); Ph.D., University of Arizona—Assistant Professor

**William Stackpole,** BS, Roberts Wesleyan College; MS, Rochester Institute of Technology—Professor

**Stacey Watson,** BA, York University (Canada); BE, Brock University (Canada); MS, Columbus State University; Ph.D., University of North Carolina at Charlotte—Visiting Assistant Professor

**Jonathan Weissman,** BS, College of Staten Island; MA, Brooklyn College—Senior Lecturer

**Matthew Wright,** BS, Harvey Mudd College; MS, Ph.D., University of Massachusetts at Amherst—Professor

## Information Sciences and Technologies

**Stephen Zilora,** BS, University of Rochester; MS, New Jersey Institute of Technology—Department Chair; Associate Professor

**Catherine I. Beaton,** BA, BEd, MITE, Dalhousie University (Canada)—Associate Professor

**Daniel S. Bogaard,** BFA, Indiana University; MS, Rochester Institute of Technology—Undergraduate Program Director; Associate Professor

**Charles B. Border,** BA, State University College at Plattsburgh; MBA, Ph.D., State University of New York at Buffalo—Associate Professor

**Stephen Cady,** BA, Brooks Institute; BA, Antioch University; MFA, University of Illinois—Lecturer

**Mingming Fan,** B.E., Beijing University of Posts and Telecommunications (China); MS, Tsinghua University (China); Ph.D., University of Toronto (Canada)

**Michael Floeser,** AAS, BS, MS, Rochester Institute of Technology—Senior Lecturer

**Vicki Hanson,** BA, University of Colorado; MA, Ph.D., University of Oregon—Distinguished Professor Emeritus

**Bruce H. Hartpence,** BS, MS, Rochester Institute of Technology—Professor

**Matt Huenerfauth,** MS, University of Delaware; MSc, University College Dublin (Ireland); Ph.D., University of Pennsylvania—Professor

**Lawrence Hill,** BS, MS, Rochester Institute of Technology—Associate Professor

**Edward Holden,** BA, State University College at Oswego; MBA, Rochester Institute of Technology—Associate Professor

**Jai Kang,** BS, Seoul National University (South Korea); MA, Kent State University; MS, Georgia Institute of Technology; Ph.D., State University of New York at Buffalo—Associate Professor

RIT0000220

**Golisano College of Computing and Information Sciences**

**Jefrey A. Lasky,** BBA, MBA, City College of New York; MS, University of Minnesota—Professor Emeritus

**Jim Leone,** BS, University of Cincinnati; MA, Ph.D., Johns Hopkins University—Professor Emeritus

**Peter Lutz,** BS, St. John Fisher College; MS, Ph.D., State University of New York at Buffalo—Professor

**Sharon P. Mason,** BS, Ithaca College; MS, Rochester Institute of Technology—Professor

**Michael McQuaid,** BFA, New York University; MBA, MS, University of Wisconsin; Ph.D., University of Arizona—Lecturer

**Tae (Tom) Oh,** BS, Texas Tech University; MS, Ph.D., Southern Methodist University—Associate Professor

**Roshan L. Peiris,** BS, University of Moratuwa (Sri Lanka); Ph.D., National University of Singapore (Singapore)—Lecturer

**Sylvia Perez-Hardy,** BS, MBA, Cornell University—Associate Professor

**Evelyn P. Rozanski,** BS, State University College at Brockport; MS, Syracuse University; Ph.D., State University of New York at Buffalo—Professor Emeritus

**Nirmala Shenoy,** BE, ME, University of Madras (India); Ph.D., University of Bremen (Germany)—Professor

**Kristen Shinohara,** BS, University of Puget Sound; MS, University of Washington-Tacoma; Ph.D., University of Washington-Seattle—Assistant Professor

**Ronald P. Vullo,** BS, LeMoyne College; Ed.M., Ph.D., University at Buffalo—Associate Professor

**Elissa M. Weeden,** BS, MS, Ph.D., Rochester Institute of Technology—Associate Professor

**Qi Yu,** BE, Zhejiang University (China); MS, National University of Singapore (Singapore); Ph.D., Virginia Polytechnic Institute and State University—Associate Professor; Graduate Program Director

## Interactive Games and Media

**David I. Schwartz,** BS, MS, Ph.D., University of Buffalo—Director; Associate Professor

**Jessica Bayliss,** BS, California State University at Fresno; MS, Ph.D., University of Rochester—Associate Director;  Professor

**John A. Biles,** BA, MS, University of Kansas—Professor Emeritus

**Sean Boyle,** BS, MS, Rochester Institute of Technology—Senior Lecturer

**Carlos Castellanos,** BA, San Francisco State University; MFA, San Jose State University; Ph.D., Simon Fraser University—Assistant Professor

**Chris Egert,** BS, MS, Rochester Institute of Technology; Ph.D., University at Buffalo—Associate Professor

**Owen Gottlieb,** AB, MA, MA, Ph.D., New York University—Assistant Professor

**W. Michelle Harris,** BS, Carnegie Mellon University; MPS, New York University—Associate Professor

**Tona Henderson,** BS, Southwest Missouri State University; MS, University of Missouri—Associate Professor

**Jay Alan Jackson,** BS, MS, Ph.D., Florida State University—Associate Professor

**Stephen Jacobs,** BA, MA, New School for Social Research—Professor

**Anthony Jefferson,** BS, State University College at Oswego; MS, Rochester Institute of Technology—Principal Lecturer

**Elizabeth Lane Lawley,** AB, MLS, University of Michigan; Ph.D., University of Alabama—Professor

**Jesse S. O'Brien,** AAS, BS, MFA, The Academy of Art University—Senior Lecturer

**Elouise Oyzon,** BFA, MFA, Rochester Institute of Technology—Associate Professor

**Chao Peng,** B.Arch, Hebei University of Engineering (China); MFA, University of Alaska Fairbanks; MS, Ph.D., Virginia Polytechnic Institute and State University—Assistant Professor

**Ian Schreiber,** BS, MFA, Savannah College of Art and Design—Assistant Professor

**David Simkins,** BA, Earlham College; MS, Ph.D., University of Wisconsin-Madison—Associate Professor

**Brian Tomaszewski,** BA, University of Albany; MA, University at Buffalo; Ph.D., Pennsylvania State University—Associate Professor

## Software Engineering

**Naveen Sharma,** MS, Indian Institutes of Sciences (India); Ph.D., Kent State University—Department Chair; Professor

**Travis Desell,** BS, MS, Ph.D., Rensselaer Polytechnic Institute—Associate Professor; Data Science Graduate Program Director

**J. Scott Hawker,** BS, MS, Texas Tech University; Ph.D., Lehigh University—Software Engineering Graduate Program Director; Associate Professor

**Daniel Krutz,** BS, St. John Fisher College; MS, Rochester Institute of Technology; Ph.D., Nova Southeastern University—Assistant Professor

**Andrew Meneely,** BA, Calvin College; Ph.D., North Carolina State University—Associate Professor

**Mehdi Mirakhorli,** BS, Teacher Training University (Iran); MS, National University (Iran); Ph.D., DePaul University—Assistant Professor

**Mohamed Wiem Mkaouer,** BS, University of Tunis (Tunisia); MS, University of Geneva (Switzerland); Ph.D., University of Michigan—Assistant Professor

**Pradeep Murukannaiah,** BE, University Visvesvaraya College of Engineering (India); MS, Ph.D., North Carolina State University—Assistant Professor

**Christian Newman,** BS, MS, Ph.D., Kent State University—Assistant Professor

**James Vallino,** BE, The Cooper Union; MS, University of Wisconsin; Ph.D., University of Rochester—Professor Emeritus

## Computing and Information Sciences

**Pengcheng Shi,** BS, Shanghai Jiao Tong University (China); MS, M.Phil., Ph.D., Yale University—Doctorate Program Director; Professor; Associate Dean for Research and Scholarship

**Linwei Wang,** BS, Zhejiang University (China); M.Phil., Hong Kong University of Science and Technology (Hong Kong); Ph.D., Rochester Institute of Technology—Associate Professor

RIT0000221

# Kate Gleason College of Engineering

*Doreen Edwards, Dean*
*rit.edu/engineering*

## Programs of Study

### Doctor of Philosophy degree in:          Page

Engineering, Ph.D.                                               77

Microsystems Engineering, Ph.D.                        87

### Master of Science degrees in:

Computer Engineering, MS                               73
*Research tracks available in: computer architecture; computer vision and machine intelligence, integrated circuits and systems; networks and security; and signal processing, control and embedded systems.*

Electrical Engineering, MS                               75
*Focus areas available in: communication, control, digital systems, electromagnetic/microwaves, integrated electronics, MEMs, robotics, and signal and image processing.*

Industrial and Systems Engineering, MS              79

Manufacturing Leadership, MS                          81

Mechanical Engineering, MS                             84

Microelectronic Engineering, MS                       85

Product Development, MS                                 89

Sustainable Engineering, MS                            92

### Master of Engineering degrees in:

Engineering Management, ME                            78

Industrial and Systems Engineering, ME             79

Mechanical Engineering, ME                            82
*Focus areas available in: automotive systems, business, controls, manufacturing, mechanics-design/materials, product development, sustainability, thermo/fluids engineering, and vibrations engineering.*

Microelectronics Manufacturing Engineering, ME   86

Sustainable Engineering, ME                           91

### Advanced Certificates in:

Lean Six Sigma, Adv. Cert.                             80

Vibrations, Adv. Cert.                                  93

Online learning option available.

The Kate Gleason College of Engineering offers comprehensive, innovative graduate programs in a broad range of engineering disciplines. Programs include master of science degrees, master of engineering degrees, advanced certificates, and broad-based, cross-disciplinary doctoral programs in engineering and micro-systems engineering. In conjunction with the College of Science, the Kate Gleason College offers an interdisciplinary MS degree in materials science and engineering.

The doctorate program in engineering prepares the next generation of engineering leaders to tackle some of the most daunting and complex problems facing our society. This program provides an original approach to engineering doctoral education, resulting in graduates who are prepared equally well for careers in industry as well as academia. The doctorate program in microsystems engineering builds on the fundamentals of traditional engineering and science combined with curriculum and research activities addressing the numerous technical challenges of micro- and nano-systems. This program provides a foundation to explore future technology through research in nano-engineering, design methods, and technologies and their integration into micro- and nano-scaled systems.

The master of science degree programs in the Kate Gleason College include extensive course work and an individual research experience to prepare graduates for employment in industry or graduate study at the doctoral level. The master of engineering degree programs are generally considered to be terminal degrees, focused on preparing graduates for technical and leadership careers in industry. A capstone experience combined with additional course work replaces the traditional thesis requirement.

Details on specific programs, including courses, research activities, thesis requirements, and assistantships, are outlined in this *Graduate Bulletin* as well as on the college and program websites.

### Admission requirements
Each college makes all decisions regarding graduate admission. Please refer to the individual program descriptions for information regarding specific admission criteria. For general graduate admission information, please refer to the Admission section of this bulletin.

### Financial aid and scholarships
Please refer to the Financial Aid and Scholarship section of this bulletin for information regarding financial aid, scholarships, grants, loans, and graduate assistantships.

### Faculty
The college s faculty are committed to continuous learning and professional growth, and most are actively engaged in fundamental and/or applied research projects to extend the boundaries of knowledge within their discipline. A key characteristic of graduate study in the Kate Gleason College is the close working relationship between the faculty and graduate students on research, thesis, and graduate project work. Each graduate student is assigned a

RIT0000222

faculty adviser who supervises the student s progress toward degree completion and guides the student in achieving their educational goals.

## Facilities

The college provides students with access to over ninety state-of-the-art laboratories and computing facilities supporting a broad range of specializations, including machine tools and manufacturing, 3D printing, ergonomics, advanced systems integration, production systems, materials processing, biofluids, fuel cells, thermal analysis, robotics, electronics, microchip fabrication (clean room), VLSI, embedded systems, hardware design, analog devices, laser and optics, electro-magnetics, computer architecture, and digital design, to name a few. Close corporate partnerships provide the college with access to current software and equipment used in industry.

## Research

Engineering faculty are active in numerous research areas, which often take place across engineering disciplines and involves other RIT colleges, local health care institutions, and major industry partners.

Much of the research is inspired by the broad-based challenges within four key application domains that will have a transformational impact on our society in the coming decades: transportation, energy, communications, and health care. Graduate students and faculty members collaborate on research projects inspired by these application domains and contribute to solving daunting problems of national and global importance.

Our faculty members bring substantial expertise from a broad range of technology domains to tackle these fundamental and applied research problems. Technology strengths of faculty include nano-science and engineering; signal and image processing; high-performance and power-aware computing; access and assistive technologies; simulation, modeling and optimization; manufacturing and materials science, safety and security, heat transfer and thermo-fluids, and robotics and mechatronics.

A sampling of current research includes 3D printing and additive manufacturing, autonomous vehicles and robotics, bio-inspired computing systems, resilient and secure systems design, industry ergonomics and human performance, optics and photonics, micro-machines, water treatment and purification, signal and image processing, cardiovascular biomechanics, robotics and control, VLSI design, electron beam lithography, computer architecture, multimedia information systems, object-oriented software development, big data analytics, industrial statistics and more.

Externally sponsored projects are a vital and integral component of RIT s educational and research activities. These projects add to the body of knowledge, enhance professional development, and strengthen academic programs. Sponsored projects enhance the university s academic programs, broaden its research resources, provide oppor-tunities for student participation in research, strengthen university-industrial partnerships, and serve the wider community. RIT s major public sponsors include the National Science Foundation (NSF), the National Institutes of Health (NIH), the Department of Energy (DOE), the Department of Defense (DOD and DARPA), the Department of Education (USDE), the National Aeronautics and Science Adminis-tration (NASA), and New York State.

## Study options

Students may matriculate on either a full- or part-time basis.

*Full-time study:* Students may matriculate on either a full- or part-time basis. A full-time student will generally take between 9 and 15 credits per semester, depending upon their research or graduate project activity, and can complete the requirements for a master's degree in one calendar year. A full-time student in a master of engineering degree program may choose to alternate academic semesters with an internship (if applicable).

*Part-time study:* The college encourages practicing engineers in the greater Rochester industrial community to pursue a program of study leading to the master of science or master of engineering degree while maintaining full-time employment. To facilitate this, many of the courses are scheduled in the late afternoon or early evening. Students employed full-time are limited to a maximum of two courses or 6 semester credits per semester. A student who wishes to register for more than 6 semester credits must obtain the approval of his or her adviser and the department head.

*Nonmatriculated status:* Individuals may take graduate courses as a nonmatriculated student if they have a bachelor s degree from an approved undergraduate school and the necessary background for the specific courses in which they wish to enroll. The courses taken for credit usually can be applied toward the master's degree when the student is formally admitted to the graduate program at a later date. However, the number of credits that will be transferred to the degree program from courses taken at RIT as a nonmatriculated student is normally limited to a maximum of 9 semester credits.

RIT0000223

# Computer Engineering, MS

*www.rit.edu/study/computer-engineering-ms*
**Andres Kwasinski, Professor**
**585-475-5139, axkeec@rit.edu**

## Program overview

The computer engineering masters focuses on the design and development of computer and computer-integrated systems, with consideration to such engineering factors as function, performance, security, and sustainability. Computer engineers design and build these systems to meet application and system requirements with attention to the hardware-software interaction. The program emphasizes the careful adoption of design methodology and the application of sophisticated engineering tools. The intensive programming and laboratory work requirements ensure significant, high level, specialized knowledge and experience with modern facilities and state-of-the-art design tools.

The MS degree in computer engineering provides students with a high level of specialized knowledge in computer engineering, strengthening their ability to successfully formulate solutions to current technical problems, and offers a significant independent learning experience in preparation for further graduate study or for continuing professional development at the leading edge of the discipline. The program accommodates applicants with undergraduate degrees in computer engineering or related programs such as electrical engineering or computer science. (Some additional bridge courses may be required for applicants from undergraduate degrees outside of computer engineering).

### Program goals and learning objectives

The MS in computer engineering prepares graduate students to:
- demonstrate independent learning, which is necessary in order to update their skills in a changing workplace and economy, and
- successfully formulate solutions to current technical problems in computer engineering or related disciplines.

The program's student learning outcomes are:
- Tools and Techniques: The ability to utilize state-of-the-art tools and techniques in the field of computer engineering.
- Depth: A depth of knowledge in a specialty area of computer engineering.
- Research: The ability to perform independent research.

### Plan of study

The degree requires 30 semester credit hours and includes Analytical Topics (CMPE-610), two flexible core courses, four graduate electives, two semesters of graduate seminar, and options to conduct thesis research or a graduate project. The core courses and graduate electives provide breadth and depth of knowledge. The Computer Engineering Graduate Seminar (CMPE-795) provides students with exposure to the state-of-the-art research in computer engineering and related disciplines.

*Thesis research*
Thesis research is an independent investigation of a research problem that contributes to the state of the art. Students who pursue the thesis option take nine semester credit hours of thesis research to answer a fundamental science/engineering question that contributes to new knowledge in the field. Students are expected to formulate the problem under a faculty advisor's guidance and conduct extensive quantitative or qualitative analyses with sound methodology. The student's thesis committee must have at least three and no more than four faculty members, including the primary thesis advisor. Two of the committee members must be computer engineering faculty. The findings through thesis research should be repeatable and generalizable, with sufficient quality to make

them publishable in technical conferences and/or journals. For detailed information on thesis research timeline and requirements, please refer to Computer Engineering Thesis Research.

*Graduate project*
The graduate project is a scholarly undertaking that addresses a current technical problem with tangible outcomes. Students who pursue the graduate project option take six semester credits of project focus graduate electives and three semester credits of Graduate Project, to obtain specialized education through additional courses and conduct a professionally executed project under the supervision of a faculty advisor. The project generally addresses an immediate and practical problem, a scholarly undertaking that can have tangible outcomes. Typical projects may implement, test and evaluate a software and/or hardware system, conduct a comprehensive literature review with comparative study, etc. Students are expected to give a presentation or demonstration of the final deliverables of the project. For detailed information on graduate project timeline and requirements, please refer to Computer Engineering Graduate Project.

*Flexible core*
One course is chosen from each of the following core clusters with faculty advisor's guidance.

**Computer Architecture and Digital Design**
- CMPE-630 Digital Integrated Circuit Design
- CMPE-660 Reconfigurable Computing
- CMPE-755 High Performance Architectures

**Computing, Communications, and Algorithms**
- CMPE-670 Data and Communication Networks
- CMPE-655 Multiple Processor Systems
- CMPE-677 Machine Intelligence

*Graduate electives*
Computer engineering graduate electives are 600 level and above. With advisor and department approval, students may request to take graduate courses outside of the department. The graduate electives are selected among the available research tracks. Students are encouraged to choose most of their graduate electives within a single track, by consulting with their advisor. Each student must take a minimum of two electives from the department of computer engineering. For graduate level math courses as electives, students may choose from the following:
- SEE-601 Systems Modeling and Optimization
- ISEE-701 Linear Programming
- ISEE-702 Integer and Nonlinear Programming
- MATH-603 Optimization Theory
- MATH-605 Stochastic Processes
- MATH-611 Numerical Analysis
- MATH-651 Combinatorics and Graph Theory I

*Research tracks*
Students are encouraged to choose most of their graduate electives within a single research track, by consulting with their advisor. Each student must take a minimum of two electives from the department of computer engineering. Students are allowed to take relevant courses from other academic programs, including electrical engineering, computer science, and software engineering, for specific research focus. The following research tracks are available:
- **Computer Architecture**–Computer architecture area deals with hardware resource management, instruction set architectures and their close connection with the underlying hardware, and the interconnection and communication of those hardware components. Some of the current computer architecture challenges that are being tackled

RIT0000224

in the computer engineering department include energy efficient architectures, high performance architectures, graphic processing units (GPUs), reconfigurable hardware, chip multiprocessors, and Networks-on-Chips.

- **Integrated Circuits and Systems**–Modern processors demand high computational density, small form factors, and low energy dissipation with extremely high performance demands. This is enabled by the nanoscale and heterogeneous integration of transistors and other emerging devices at the massive-scale. Such nanocomputers will open unimaginable opportunities as well as challenges to computer engineers. This research focuses designing computers with emerging novel technologies in the presence of severe physical constraints; investigating dynamic reconfigurability to exploit the power of nanoscale electronics for building reliable computing systems; and studying the applicability of emerging technologies to address challenges in computing hardware of the future.

- **Networks and Security**–The prevalence of interconnected computing, sensing and actuating devices have transformed our way of life. Ubiquitous access to data using/from these devices with reliable performance as well as security assurance presents exciting challenges for engineers and scientists. Resilient to environmental uncertainty, system failures and cyber attacks requires advances in hardware, software and networking techniques. This research track focuses on intelligent wireless and sensor networks, cryptographic engineering, and predictive cyber situation awareness.

- **Computer Vision and Machine Intelligence**–Visual information is ubiquitous and ever more important for applications such as robotics, health care, human-computer interaction, biometrics, surveillance, games, entertainment, transportation and commerce. Computer vision focuses on extracting information from image and video data for modeling, interpretation, detection, tracking and recognition. Machine Intelligence methods deal with human-machine interaction, artificial intelligence, agent reasoning, and robotics. Algorithm development for these areas spans image processing, pattern recognition and machine learning, and is intimately related to system design and hardware implementations.

- **Signal Processing, Control and Embedded Systems**–This research area is concerned with algorithms and devices used at the core of system that interacts with our physical world. As such, this area considers the sensing, analysis and modeling of dynamic systems with the intent of measuring information about a system, communicating this information and processing it to adapt its behavior. Application areas are robust feedback-based control where uncertainty in the dynamics and environment must be considered during the design process and signal processing algorithms and devices for system sensing and adaptation.

## Curriculum

### Computer Engineering (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CMPE-610 | Analytical Topics in Computer Engineering | 3 |
| CMPE-795 | Graduate Seminar | 0 |
| *Choose one of the following flexible core courses:* | | 3 |
| CMPE-630 | Digital Integrated Circuit Design | |
| CMPE-660 | Reconfigurable Computing | |
| CMPE-755 | High Performance Architectures | |
| *Choose one of the following flexible core courses:* | | 3 |
| CMPE-655 | Multiple Processor Systems | |
| CMPE-670 | Data and Communication Networks | |
| CMPE-677 | Machine Intelligence | |
| | Graduate Electives* | 9 |

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **Second Year** | | |
| CMPE-790 | Thesis | 9 |
| | Graduate Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

\* At least two graduate electives must come from the computer engineering department.

### Computer Engineering (project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CMPE-610 | Analytical Topics in Computer Engineering | 3 |
| CMPE-795 | Graduate Seminar | 0 |
| *Choose one of the following flexible core courses:* | | 3 |
| CMPE-630 | Digital Integrated Circuit Design | |
| CMPE-660 | Reconfigurable Computing | |
| CMPE-755 | High Performance Architectures | |
| *Choose one of the following flexible core courses:* | | 3 |
| CMPE-655 | Multiple Processor Systems | |
| CMPE-670 | Data and Communication Networks | |
| CMPE-677 | Machine Intelligence | |
| | Graduate Electives* | 9 |
| **Second Year** | | |
| CMPE-792 | Graduate Project | 3 |
| | Project Focus Electives | 6 |
| | Graduate Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

\* At least two graduate electives must come from the computer engineering department.

## Admission requirements

To be considered for admission to the MS program in computer engineering, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in computer engineering or a related field.
- Submit official transcripts (in English) from all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE.
- Submit two letters of recommendation from individuals well qualified to judge the candidate's ability for graduate study.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

## Additional information

### Student resources

- Faculty Advisor Declaration Form
- Proposal Approval Form

RIT0000225

# Electrical Engineering, MS

*www.rit.edu/study/electrical-engineering-ms*
**Jayanti Venkataraman, Professor**
**585-475-2143, jnveee@rit.edu**

## Program overview

In the electrical engineering masters, students can customize a specialty of their choosing while working closely with electrical engineering faculty in a contemporary, applied research area. The MS degree in electrical engineering allows students to customize their course work while working closely with electrical engineering faculty in a contemporary, applied research area. The program gives you the skills to solve business and industry challenges, and deploy high-level solutions to problems affecting the world of engineering technology today. Students may choose among the following six options: communication, control and robotics, digital systems, integrated electronics, MEMs, or signal and image processing.

The MS degree is awarded upon the successful completion of a minimum of 30 credit hours. Students have the option of completing a thesis or graduate paper. For those who choose the graduate paper, an additional course is required. Students may also choose a course-only option with a comprehensive exam (0 credits). All students are expected to attend Graduate Seminar (EEEE-795) every semester they are on campus.

### Program goals and learning objectives
The MS in electrical engineering prepares graduate students to:
- Have specialized training in a concentrated field of study and develop professional attributes that include communication skills, and ethics to deal with the impact of technology in a global and societal context.
- Encourage independent thinking and creativity that prepares students to pursue doctoral degrees in electrical engineering or related disciplines.

The program's student learning outcomes are:
- Independent Thinker: Demonstrate an ability to work independently and/or in a team setting and possess the skills to continue to do so, on a global level.
- Career Focus: Demonstrate a proficiency in a concentrated course of study and research in a specialty area or subfield of electrical engineering,
- Communication: Demonstrate the ability to effectively communicate both in written and oral form.

### Graduate Paper/Thesis
In order to earn the MS in electrical engineering, all students must complete a graduate paper or a graduate thesis. Of the minimum 30 credit hours needed to earn the degree, a typical student earns 24 to 27 credit hours from course work and the remaining credit hours from the graduate paper or the thesis.

Thesis and graduate paper credits do not affect GPA. A grade of 'R' is given upon registration. At completion, the advisor approves the paper with his or her signature. The graduate paper mandates a minimum of 3 credits while the thesis credit mandates a minimum of 6 credits.

## Curriculum

### Electrical Engineering (communications focus area), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| EEEE-602 | Random Signals and Noise | 3 |
| EEEE-692 | Communication Networks | 3 |
| EEEE-693 | Digital Data Communication | 3 |
| EEEE-707 | Engineering Analysis | 3 |
| EEEE-709 | Advanced Engineering Mathematics | 3 |
| EEEE-794 | Information Theory | 3 |
| EEEE-795 | Graduate Seminar | 0 |
| **Second Year** | | |
| EEEE-790 | Thesis | 6 |
| EEEE-795 | Graduate Seminar | 0 |
| EEEE-797 | Wireless Communication | 3 |
| | Graduate Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

### Electrical Engineering (control systems focus area), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| EEEE-602 | Random Signals and Noise | 3 |
| EEEE-661 | Modern Control Theory | 3 |
| EEEE-669 | Fuzzy Logic & Applications | 3 |
| EEEE-707 | Engineering Analysis | 3 |
| EEEE-709 | Advanced Engineering Mathematics | 3 |
| EEEE-765 | Optimal Control | 3 |
| EEEE-766 | Multivariable Modeling | 3 |
| EEEE-795 | Graduate Seminar | 0 |
| **Second Year** | | |
| EEEE-790 | Thesis | 6 |
| EEEE-795 | Graduate Seminar | 0 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

### Electrical Engineering (digital systems focus area), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| EEEE-620 | Design of Digital Systems | 3 |
| EEEE-621 | Design of Computer Systems | 3 |
| EEEE-707 | Engineering Analysis | 3 |
| EEEE-709 | Advanced Engineering Mathematics | 3 |
| EEEE-720 | Advanced Topics in Digital Systems Design | 3 |
| EEEE-721 | Advanced Topics in Computer Systems Design | 3 |
| EEEE-795 | Graduate Seminar | 0 |
| **Second Year** | | |
| EEEE-790 | Thesis | 6 |
| EEEE-795 | Graduate Seminar | 0 |
| | Electives | 6 |
| **Total Semester Credit Hours** | | **30** |

### Electrical Engineering (electromagnetic/microwaves focus area), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| EEEE-602 | Random Signals and Noise | 3 |
| EEEE-617 | Microwave Circuit Design | 3 |
| EEEE-629 | Antenna Theory | 3 |
| EEEE-692 | Communication Networks | 3 |
| EEEE-707 | Engineering Analysis | 3 |
| EEEE-709 | Advanced Engineering Mathematics | 3 |
| EEEE-710 | Advanced Electromagnetic Theory | 3 |
| EEEE-795 | Graduate Seminar | 0 |
| **Second Year** | | |
| EEEE-718 | Design and Characterization of Microwave Systems | 3 |
| EEEE-790 | Thesis | 6 |
| EEEE-795 | Graduate Seminar | 0 |
| **Total Semester Credit Hours** | | **30** |

RIT0000226

Kate Gleason College of Engineering

## Electrical Engineering (integrated electronics focus area), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| EEEE-610 | Analog Electronics Design | 3 |
| EEEE-707 | Engineering Analysis | 3 |
| EEEE-709 | Advanced Engineering Mathematics | 3 |
| EEEE-711 | Advanced Carrier Injection Devices | 3 |
| EEEE-712 | Advanced Field Effect Devices | 3 |
| EEEE-713 | Solid State Physics | 3 |
| EEEE-726 | Mixed Signal IC Design | 3 |
| EEEE-795 | Graduate Seminar | 0 |
| **Second Year** | | |
| EEEE-790 | Thesis | 6 |
| EEEE-795 | Graduate Seminar | 0 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

## Electrical engineering (MEMS focus area), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| EEEE-602 | Random Signals and Noise | 3 |
| EEEE-661 | Modern Control Theory | 3 |
| EEEE-689 | Fundamentals of MEMS | 3 |
| EEEE-707 | Engineering Analysis | 3 |
| EEEE-709 | Advanced Engineering Mathematics | 3 |
| EEEE-787 | MEMS Evaluation | 3 |
| EEEE-795 | Graduate Seminar | 0 |
| MCEE-770 | Microelectromechanical Systems | 3 |
| **Second Year** | | |
| EEEE-790 | Thesis | 6 |
| EEEE-795 | Graduate Seminar | 0 |
| MCEE-601 | Microelectronic Fabrication | 3 |
| **Total Semester Credit Hours** | | **30** |

## Electrical Engineering (robotics focus area), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| EEEE-602 | Random Signals and Noise | 3 |
| EEEE-636 | Biorobotics/Cybernetics | 3 |
| EEEE-647 | Artificial Intelligence Explorations | 3 |
| EEEE-661 | Modern Control Theory | 3 |
| EEEE-685 | Principle of Robotics | 3 |
| EEEE-707 | Engineering Analysis | 3 |
| EEEE-709 | Advanced Engineering Mathematics | 3 |
| EEEE-795 | Graduate Seminar | 0 |
| **Second Year** | | |
| EEEE-784 | Advanced Robotics | 3 |
| EEEE-790 | Thesis | 6 |
| EEEE-795 | Graduate Seminar | 0 |
| **Total Semester Credit Hours** | | |

## Electrical Engineering (signal and image processing focus area), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| EEEE-602 | Random Signals and Noise | 3 |
| EEEE-678 | Digital Signal Processing | 3 |
| EEEE-707 | Engineering Analysis | 3 |
| EEEE-709 | Advanced Engineering Mathematics | 3 |
| EEEE-768 | Adaptive Signal Processing | 3 |
| EEEE-779 | Digital Image Processing | 3 |
| EEEE-795 | Graduate Seminar | 0 |
| **Second Year** | | |
| EEEE-780 | Digital Video Processing | 3 |
| EEEE-790 | Thesis | 6 |
| EEEE-795 | Graduate Seminar | 0 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS program in electrical engineering, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in engineering or a related field.
- Submit official transcripts (in English) from all previously completed undergraduate and graduate course work,
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE.
- Submit two letters of recommendation from individuals well qualified to judge the candidate's ability for graduate study, and
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Candidates with a bachelor of science degree in fields outside of electrical engineering may be considered for admission, however, they may be required to complete bridge courses to ensure they are adequately prepared for graduate studies in electrical engineering.

## Additional information

### Graduation requirements

Students must maintain a minimum grade-point average of 3.0 or higher. Under certain circumstances, a student chooses or may be required to complete more than the minimum number of credits.

RIT0000227

# Engineering, Ph.D.

*www.rit.edu/study/engineering-phd*
**Edward Hensel, Professor**
**585-475-7684, echeme@rit.edu**

## Program overview

The engineering doctorate produces graduates who are subject matter experts in a knowledge domain within an engineering discipline. Instead of restricting graduates to individual engineering fields, the engineering Ph.D. provides students with the flexibility to become discipline-specific subject matter experts and engineering innovators in an open-architecture environment, fostering intellectual growth along both interdisciplinary pathways and within the bounds of conventional engineering disciplines. With this approach, the program develops world-class researchers who can capitalize on the most promising discoveries and innovations, regardless of their origin within the engineering field, to develop interdisciplinary solutions for real-world challenges.

The doctorate in engineering requires each student to address fundamental technical problems of national and global importance for the 21st century. Four key industries—health care, communications, energy, and transportation—are addressed specifically. These application domains impact every individual on the planet and are the focus areas doctoral candidates and faculty will contribute to through study and research. The college has identified several technology research strengths including: manufacturing and materials, signal and image processing, robotics and mechatronics, heat transfer and thermo-fluids, performance and power-aware computing, access and assistive technologies, simulation, modeling and optimization, safety and security, and nano-science and engineering. Students collaborate with faculty members from a variety of engineering disciplines to bring these technology strengths to bear on solving problems of global significance in the application domains.

### Plan of study

The curriculum for the doctorate in engineering provides disciplinary and interdisciplinary courses, research mentorship, and engineering focus area seminars. Students are expected to have a disciplinary-rooted technical strength to conduct and complete independent, original, and novel collaborative interdisciplinary research contributing to one of the four industrial and/or societal focus areas. The program is comprised of 66 credit hours: 18 core course credits, 9 discipline foundation credits, 9 industry focus area credits, and 30 research credits

*Core courses*
Students complete the following core courses: Interdisciplinary Research Methods (ENGR-701), Engineering Analytics Foundation (ENGR-707), Translating Discovery into Practice (ENGR-702), an engineering analytics elective, and doctoral seminar.

*Discipline foundation courses*
Foundation courses build depth within a disciplinary field of engineering, such as mechanical engineering, electrical and microelectronics engineering, computer engineering, industrial and systems engineering, chemical engineering, or biomedical engineering.

*Application domain courses*
This rigorous set of engineering courses provides students with comprehensive coverage of engineering challenges and solution approaches in one of the four key industry areas associated with the program: health care, energy, communications, and transportation. Students choose a focus area and work with the program director to identify a set of focus area courses appropriate to their research and professional interests.

Students can also take additional courses from their selected industry as electives.

*Qualifying exam*
Students complete a qualifying exam at the end of their first year of study. The exam evaluates the student's aptitude, potential, and competency in conducting Ph.D. level research.

*Dissertation proposal and candidacy exam*
Students must present a dissertation proposal to their dissertation committee no sooner than six months after the qualifying exam and at least twelve months prior to the dissertation defense exam. The proposal provides the opportunity for the student to elaborate on their research plans and to obtain feedback on the direction and approach to their research from his/her dissertation committee.

*Research review meetings*
Research review meetings provide comprehensive feedback to the student regarding their dissertation research progress and expected outcomes prior to defense of their full dissertation. Research review meetings must be held at least every six months following the conclusion of the dissertation proposal and candidacy exam until the dissertation defense.

*Dissertation presentation and defense*
Each doctoral candidate prepares an original, technically sound, and well-written dissertation. They present and defend their dissertation and its accompanying research to their dissertation committee.

## Curriculum

### Engineering, Ph.D. degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ENGR-701 | Interdisciplinary Research Methods | 3 |
| ENGR-702 | Translating Discovery into Practice | 3 |
| ENGR-795 | Doctoral Seminar | 2 |
| | Discipline Concentration Courses | 6 |
| | Engineering Foundation Courses | 6 |
| **Second Year** | | |
| ENGR-795 | Doctoral Seminar | 2 |
| ENGR-892 | Graduate Research | 6 |
| | Discipline Concentration Courses | 3 |
| | Engineering Focus Area Electives | 9 |
| **Third Year** | | |
| ENGR-795 | Doctoral Seminar | 2 |
| ENGR-890 | Dissertation and Research | 24 |
| **Total Semester Credit Hours** | | **66** |

## Admission requirements

To be considered for admission to the Ph.D. program in engineering, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in an engineering discipline.
- Submit official transcripts (in English) for all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE.
- Submit a Statement of Purpose for Research describing the applicant's (a) interest in one of the four application domains of transportation, energy, communications or health care; (b) areas of technology strength aligned with the college's faculty; and (c) disciplinary foundation.

RIT0000228

- Submit a current resume or curriculum vitae highlighting educational background and experiences.
- Submit at least two letters of academic and/or professional recommendation. Letters for doctoral candidates must be confidential and must be submitted directly from the referee to RIT.
- Participate in an on-campus or teleconference interview (when applicable).
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 94 (internet-based) is required. A minimum IELTS score of 7.0 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

## Additional information

### Residency
All students in the program must spend at least three years in residence before completing the degree.

# Engineering Management, ME

*www.rit.edu/study/engineering-management-me*
**Michael Kuhl, Professor**
**585-475-2134, mekeie@rit.edu**

## Program overview

The engineering management masters combines technical expertise with managerial skills to focus on the management of engineering and technological enterprises. Students learn the technology involved in engineering projects and the business processes through which technology is applied. The objective is to provide a solid foundation in the areas commonly needed by managers who oversee engineers and engineering projects: organizational behavior, finance, and accounting.

## Plan of study

The master of engineering in engineering management is a blend of courses from the department of industrial and systems engineering in RIT's Kate Gleason College of Engineering and RIT's Saunders College of Business. This creates a focused curriculum on the management of the engineering and technological enterprise. It combines technological expertise with managerial skills.

Engineering management is concerned with understanding the technology involved in an engineering project and the management process through which the technology is applied. This combination deals with the dual role of the engineering manager, both as a technologist and a manager. The objective is to provide a background in areas commonly needed in this role, such as organizational behavior, finance, and accounting, in addition to industrial engineering expertise. Students develop a program of study in conjunction with their advisor, which contains courses from Saunders College of Business to complement engineering course work.

## Curriculum

### Engineering Management, ME degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ACCT-794 | Cost Management in Technical Organizations | 3 |
| ISEE-750 | Systems and Project Management | 3 |
| ISEE-760 | Design of Experiments | 3 |
| ISEE-771 | Engineering of Systems I | 3 |
| | Engineering Management Elective | 3 |
| | Elective | 3 |
| **Second Year** | | |
| ISEE-792 | Engineering Capstone | 3 |
| | Engineering Management Electives | 6 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the ME program in engineering management, candidates must fulfill the following requirements:

- Complete a graduate application,
- Hold a baccalaureate degree in engineering, mathematics, or science, from an accredited institution,
- Have a minimum cumulative undergraduate GPA of 3.00,
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work,
- Submit scores from the Graduate Record Exam (GRE) (recommended if candidate's degree is from an ABET accredited institution, otherwise required)

RIT0000229

- Submit letters of recommendation, and
- Submit a one-page statement of purpose.
- International applicants whose native language is not English must submit scores from the Test of English as a Foreign Language. Minimum scores of 580 (paper-based) or 90 (internet-based) are required.

# Industrial and Systems Engineering, ME

*www.rit.edu/study/industrial-and-systems-engineering-me*
**Michael Kuhl, Professor**
**585-475-2134, mekeie@rit.edu**

## Program overview

The master of engineering in industrial and systems engineering focuses on the design, improvement, and installation of integrated systems of people, materials, information, equipment, and energy. The program emphasizes specialized knowledge and skills in the mathematical, physical, computer, and social sciences together with the principles and methods of engineering analysis and design. The overarching goal of industrial and systems engineering is the optimization of the system, regardless of whether the activity engaged in is a manufacturing, distribution, or a service-related capacity. Students graduate with a variety of skills in the areas of applied statistics/quality, ergonomics/human factors, operations research/simulation, manufacturing, and systems engineering.

## Curriculum

**Industrial and Systems Engineering, ME degree, typical course sequence**

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ISEE-601 | Systems Modeling and Optimization | 3 |
| ISEE-760 | Design of Experiments | 3 |
| ISEE-771 | Engineering of Systems I | 3 |
| | Electives | 9 |
| **Second Year** | | |
| ISEE-792 | Engineering Capstone | 3 |
| | Electives | 9 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the ME program in industrial and systems engineering, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in engineering, mathematics, or science.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE.
- Submit a one page statement of purpose.
- Submit at least two letters of recommendation from academic or sources (three are recommended).
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 90 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

# Industrial and Systems Engineering, MS

*www.rit.edu/study/industrial-and-systems-engineering-ms*
**Michael Kuhl, Professor**
**585-475-2134, mekeie@rit.edu**

## Program overview

Focused on the design, improvement, and installation of integrated systems of people, materials, information, equipment, and energy, this master of science in industrial and systems engineering allows you to customize your course work while working closely with industrial and systems engineering faculty in a contemporary, applied research area. You will graduate with a variety of skills in the areas of contemporary manufacturing processes, product development, ergonomic analysis, logistics and supply chain management, and sustainable design and development.

The MS degree in industrial and systems engineering allows students to customize their course work while working closely with industrial and systems engineering faculty in a contemporary, applied research area. Faculty members are currently conducting applied project and research work in the areas of contemporary manufacturing processes/systems, ergonomic/biomedical analysis, logistics and supply chain management, sustainable design and development, systems engineering/product development, and systems simulation.

## Curriculum

**Industrial and Systems Engineering, MS degree, typical course sequence**

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ISEE-601 | Systems Modeling and Optimization | 3 |
| ISEE-760 | Design of Experiments | 3 |
| ISEE-771 | Engineering of Systems I | 3 |
| ISEE-795 | Graduate Seminar I | 0 |
| ISEE-796 | Graduate Seminar II | 0 |
| | Electives | 9 |
| **Second Year** | | |
| ISEE-790 | Thesis | 6 |
| | Electives | 6 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS program in industrial and systems engineering, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in engineering, mathematics, or science.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE.
- Submit a one page statement of purpose.
- Submit at least two letters of recommendation from academic or sources (three are recommended).
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 90 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000230

**Kate Gleason College of Engineering**

# Lean Six Sigma, Adv. Cert.

*www.rit.edu/study/lean-six-sigma-adv-cert*
*Rebecca Ziebarth,*
*585-475-2033, razeqa@rit.edu*

## Program overview

Lean Six Sigma is a methodology for increasing organizational productivity and efficiency through a structured problem solving process called DMAIC (define, measure, analyze, improve, and control). The focus is on improving organizational systems and work processes.

The advanced certificate in Lean Six Sigma is for engineers, process-improvement facilitators, and other practitioners looking to increase their effectiveness or enhance their qualifications to broaden their careers. Industry certifications such as lean six sigma green belt and black belt are not the focus of this academic program, but students interested in obtaining these credentials are well prepared to do so after the deep topical coverage offered in this advanced certificate program. See Lean Six Sigma for Students or contact the program office for details.

## Curriculum

### Lean Six Sigma, advanced certificate, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| ISEE-682 | Lean Six Sigma Fundamentals | 3 |
| *Choose one of the following:* | | 3 |
| ISEE-660 | Applied Statistical Quality Control | |
| STAT-621 | Statistical Quality Control | |
| *Choose one of the following:* | | 3 |
| ISEE-760 | Design of Experiments | |
| STAT-670 | Design of Experiments | |
| **Elective** | | **3** |
| **Total Semester Credit Hours** | | **12** |

### Electives

| COURSE | |
|---|---|
| BUSI-710 | Project Management |
| BUSI-711 | Advanced Project Management |
| BUSI-712 | International Project Management |
| DECS-743 | Operations and Supply Chain Management |
| DECS-744 | Project Management |
| DECS-745 | Quality Control and Improvement |
| ISEE-626 | Contemporary Production Systems |
| ISEE-703 | Supply Chain Management |
| ISEE-704 | Logistics Management |
| ISEE-720 | Production Control |
| ISEE-723 | Global Facilities Planning |
| ISEE-728 | Production Systems Management |
| ISEE-745 | Manufacturing Systems |
| ISEE-750 | Systems and Project Management |
| ISEE-751 | Decision and Risk Benefit Analysis |
| ISEE-771 | Engineering of Systems I |
| ISEE-786 | Lifecycle Assessment |

## Admission requirements

To be considered for admission to the advanced certificate in Lean Six Sigma, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Have a satisfactory background in statistics (at least one course in probability and statistics).
- Submit a current resume or curriculum vitae.

- Submit one letter of recommendation.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Graduate entrance exams are not required. However, students are welcome to submit scores from the GMAT or the GRE to support their application for admission.

Students currently enrolled in master's degree programs at RIT may add the advanced certificate in Lean Six Sigma as part of their current program of study in consultation with their academic advisor. Students must have a satisfactory background in statistics (at least one course in probability and statistics) to be eligible. Students should use the following form to add the certificate program. The form should be submitted to cqas@rit.edu.

## Additional information

### Prerequisites
Students should have a basic familiarity with MINITAB statistical software. This may be obtained by self-study or through a short course.

### Grades
Students must maintain an overall program GPA of 3.0 (B) to qualify for graduation.

### Format
Classes are available online and on campus.

RIT0000231

# Manufacturing Leadership, MS

*www.rit.edu/study/manufacturing-leadership-ms*
**Christine Fisher,**
**585-475-7971, Christine.Fisher@rit.edu**

## Program overview

The master of science in manufacturing leadership is for experienced engineers, business, and technical professionals who aspire to high-level positions in operations, supply chain management, and process improvement. The program integrates business and engineering management courses, delivering them online or on-campus where students continue to work while taking classes.

Manufacturing leadership is a focused program developed jointly by the Kate Gleason College of Engineering and Saunders College of Business. Particular emphasis is placed on supply chain management, global manufacturing and operations, lean systems thinking, leadership, and decision making. A capstone project, oriented to the solution of a manufacturing or service management problem or process improvement initiative, enables students to apply new skills and capabilities to the solution of a pressing real-world problem, with significant financial benefit to sponsors. The program can also be taken on a full-time basis, with several courses available on campus. Students may start any term (fall, spring, summer) and complete courses at their own pace.

### Sponsorship

Most students are sponsored by an employer, who is committed to improving leadership capabilities in operational excellence. Sponsorship includes financial support and a commitment to work with the student to provide clear expectations and a well-articulated career development plan that builds upon the program. Candidates are welcome to sponsor themselves. Students should contact Financial Aid and Scholarship for more information.

## Curriculum

### Educational objective

To prepare graduates to lead teams and organizations within a manufacturing or service enterprise for successful competition in a complex global economy, through the integration of business and technical skills.

### Key capabilities of graduates

- Ability to make sound business decisions in a complex global economy: business planning with full understanding of outsourcing and offshoring; financial management and total/life-cycle cost; agile decision-making.
- Ability to manage the global supply chain: supply chain strategy development and execution; logistics management (quality and delivery assurance); systems needs for supply chain management; and supply chain optimization.
- Ability to manage global, multi-site production and operations: managing distributed teams; process technology transfer to domestic and international locations; service operations; enterprise and manufacturing strategies; lean operations; location strategy and facility design; state-of-the-art tools; regulatory issues and established norms.
- Comprehensive understanding of quality and continuous improvement principles, with application to the manufacturing and operations management.

- Strong leadership and management skills applied to global high technology manufacturing: systems thinking, planning, and management; applications ("hands-on") orientation; project management expertise (planning, relationship management, control, risk management and decision-making); creative leadership to drive innovative solutions; enhanced ability to recognize barriers to success early, when corrective actions are least costly.

The 30 semester-credit program consists of 9 business and engineering courses, including one elective, plus a Capstone project (3 credits).

### Manufacturing Leadership, MS degree

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| ISEE-682 | Lean Six Sigma Fundamentals | 3 |
| ISEE-703 | Supply Chain Management | 3 |
| ISEE-723 | Global Facilities Planning | 3 |
| ISEE-745 | Manufacturing Systems | 3 |
| ISEE-771 | Engineering of Systems I | 3 |
| MGMT-740 | Organizational Behavior and Leadership | 3 |
| *Choose one of the following:* | | 3 |
| BUSI-710 | Project Management | |
| ISEE-750 | Systems and Project Management | |
| *Choose one of the following:* | | 3 |
| ACCT-603 | Accounting for Decision Makers | |
| ACCT-794 | Cost Management in Technical Organizations | |
| *Choose one of the following:* | | 3 |
| ISEE-792 | Engineering Capstone | |
| ISEE-793 | Manufacturing Leadership Capstone | |
| | Engineering Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

### Elective courses

An elective course offers students the opportunity to better meet personal and organizational needs. Students may select from a long list of courses. Recommended electives include such offerings as Decision and Risk Benefit Analysis, Advanced or International Project Management, Breakthrough Thinking and Creativity, Customer Centricity, and others.

### Capstone project

Students complete a project during the final academic year of the program, based on a real problem often identified in the companies where they work. The corporate-oriented capstone project is directed at the solution of a manufacturing or services management problem or process improvement initiative. It enables students to broaden the educational experience and demonstrate the knowledge and skills essential to business leadership. The project provides immediate benefits to sponsoring organizations and is an excellent opportunity for students to gain visibility and recognition. Projects often result in substantial cost savings or improved efficiencies. View our list of capstone projects for examples of projects past students have completed as part of the program.

## Admission requirements

To be considered for admission to the MS program in manufacturing leadership, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Have at least two years of experience in a manufacturing-related organization or business environment.
- Submit a current resume or curriculum vitae.
- Submit one letter of recommendation.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of

RIT0000232

**Kate Gleason College of Engineering**

6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

- Exceptions to admission requirements may be considered on a case-by-case basis. No graduate entrance exam is required, although candidates are welcome to support their application with results from the GMAT or GRE.

Applications are accepted on a rolling basis and students may begin the program in any semester.

### Prerequisite knowledge

Admitted students must possess knowledge and skills at the introductory course level in probability and statistics, engineering economy, or basic accounting. Areas that need strengthening may be addressed by guided reading, independent study, or formal course work.

### Format

Students may start the program during any semester and complete the course work at their own pace. Classes are available online but several courses may be taken on campus for local or full-time students. Students may take up to three courses on a nonmatriculated basis. Credits earned while enrolled as a nonmatriculated student may be applied to the degree program following formal admission.

### Tuition

The program's tuition is calculated using the part-time graduate tuition rate (12 credits or less). For information on tuition, scholarships, and financial aid, please visit Financial Aid and Scholarships. Discounts are available for groups.

## Additional information

### Related programs

Visit the Engineering Leadership department for information on related offerings, including the master of science in product development, graduate certificate programs, and non-credit workshops and training programs.

Programs are available online, on-campus, or onsite at your location. Contact us for information about partnerships and customized programs for your organization.

# Mechanical Engineering, ME

*www.rit.edu/study/mechanical-engineering-me*
*Risa Robinson, Professor*
*585-475-6445, rjreme@rit.edu*

## Program overview

The mechanical engineering masters prepares graduates to support the design of engineered systems through the application of the fundamental knowledge, skills, and tools of mechanical engineering. Students will work independently as well as collaboratively with leaders in industry, while demonstrating the professional and ethical responsibilities of the engineering profession. Ultimately, graduates will enhance their skills through formal education and training, independent inquiry, and professional development.

The ME in mechanical engineering is intended to be a terminal degree program designed for those who do not expect to pursue a doctoral degree, but who wish to become a leader within the mechanical engineering field. This program is particularly well-suited for students who wish to study part time, for those interested in updating their technical skills, or for those who are not focused on a research-oriented master of science degree, which requires a thesis. A conventional thesis is not required for the program. In its place, students complete a capstone experience, which may be a design project leadership course or a well-organized and carefully chosen industrial internship. A research methods course may also fulfill the capstone experience; however, this option is primarily intended for students who are considering transitioning to the MS program in mechanical engineering. (Courses taken within the ME program are transferrable to the MS program.)

### Educational objectives

The ME in mechanical engineering program has outlined the following educational objectives to prepare graduates to:

- practice mechanical engineering in support of the design of engineered systems through the application of the fundamental knowledge, skills, and tools of mechanical engineering.
- enhance their skills through formal education and training, independent inquiry, and professional development.
- work independently as well as collaboratively with others, while demonstrating the professional and ethical responsibilities of the engineering profession.

### Plan of study

The program requires 30 credit hours. In addition to the two required courses, students choose three courses from nine different focus areas and four elective courses. All full-time equivalent students are required to attend graduate seminar weekly for each semester they are on campus. Up to three courses may be taken outside the mechanical engineering department. Students may complete the program's requirements within one calendar year with summer study. Students may also augment their education through cooperative education employment opportunities. Although co-op is not a requirement of the program, it provides students an opportunity to gain valuable employment experience within the field.

RIT0000233

## Curriculum

### Mechanical Engineering, ME degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| MECE-707 | Engineering Analysis | 3 |
| MECE-709 | Advanced Engineering Mathematics | 3 |
| MECE-795 | Graduate Seminar | 0 |
| | Graduate Focus Courses | 6 |
| | Graduate Electives | 6 |
| **Second Year** | | |
| *Choose one of the following:* | | 3 |
| MECE-730 | Design Project Leadership* | |
| MECE-777 | Graduate Internship† | |
| MECE-792 | Project with Paper‡ | |
| MECE-795 | Graduate Seminar | 0 |
| | Graduate Focus Course | 3 |
| | Graduate Electives | 6 |
| **Total Semester Credit Hours** | | **30** |

Graduate Seminar (MECE-795) is a 0 credit course required for all full-time and full-time equivalent students.

\* Design Project Leadership (MECE-730) is reserved only for students enrolled in the accelerated BS/M. Eng. program.

† Graduate Internship (MECE-777) is an option for all ME students and student enrolled in the accelerated BS/M.Eng. program.

‡ Project with Paper (MECE-792) is an option for all ME students and students enrolled in the accelerated BS/M.Eng program.

### Focus areas

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **Automotive systems** | | |
| *Choose three of the following:* | | |
| ISEE-740 | Design for Manufacture and Assembly | 3 |
| MECE-623 | Powertrain Systems and Design | 3 |
| MECE-624 | Vehicle Dynamics | 3 |
| MECE-643 | Classical Controls | 3 |
| MECE-658 | Introduction to Engineering Vibrations | 3 |
| MECE-739 | Alternative Fuels and Energy Efficiency | 3 |
| MECE-752 | Tribology Fundamentals | 3 |
| **Business** | | |
| ACCT-603 | Accounting for Decision Makers | 3 |
| MGMT-740 | Organizational Behavior and Leadership | 3 |
| *Choose one of the following:* | | |
| ACCT-706 | Cost Management | 3 |
| INTB-730 | Cross-Cultural Management | 3 |
| MGMT-735 | Management of Innovation in Products and Services | 3 |
| **Controls** | | |
| MECE-643 | Classical Controls | 3 |
| *Choose two of the following:* | | |
| EEEE-661 | Modern Control Theory | 3 |
| EEEE-733 | Robust Control | 3 |
| EEEE-765 | Optimal Control | 3 |
| MECE-606 | Systems Modeling | 3 |
| MECE-743 | Digital Controls | 3 |
| MECE-744 | Nonlinear Controls | 3 |
| **Manufacturing** | | |
| *Choose three of the following* | | |
| ISEE-626 | Contemporary Production Systems | 3 |
| ISEE-720 | Production Control | 3 |
| ISEE-740 | Design for Manufacture and Assembly | 3 |
| ISEE-741 | 3D Printing | 3 |
| ISEE-745 | Manufacturing Systems | 3 |
| MECE-643 | Classical Controls | 3 |
| **Mechanics-Design/Materials** | | |
| *Choose three of the following:* | | |
| MECE-605 | Finite Elements | 3 |
| MECE-620 | Introduction to Optimal Design | 3 |
| MECE-623 | Powertrain Systems and Design | 3 |
| MECE-644 | Introduction to Composite Materials | 3 |
| MECE-657 | Applied Biomaterials | 3 |
| MECE-752 | Tribology Fundamentals | 3 |
| MECE-785 | Advanced Mechanics of Solids | 3 |

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **Product development** | | |
| *Choose three of the following:* | | |
| DECS-744 | Project Management* | 3 |
| ISEE-741 | 3D Printing | 3 |
| ISEE-750 | Systems and Project Management* | 3 |
| ISEE-751 | Decision and Risk Benefit Analysis | 3 |
| ISEE-771 | Engineering of Systems I | 3 |
| ISEE-772 | Engineering of Systems II | 3 |
| **Sustainability** | | |
| *Choose three of the following:* | | |
| ISEE-785 | Fundamentals of Sustainable Engineering | 3 |
| ISEE-786 | Lifecycle Assessment | 3 |
| ISEE-787 | Design for the Environment | 3 |
| MECE-629 | Renewable Energy Systems | 3 |
| MECE-733 | Sustainable Energy Management | 3 |
| MECE-739 | Alternative Fuels and Energy Efficiency | 3 |
| **Thermo/Fluids Engineering** | | |
| *Choose three of the following:* | | |
| MCSE-610 | Applied Biofluid Mechanics and Microcirculation | 3 |
| MECE-725 | Fundamentals of Computational Fluid Dynamics | 3 |
| MECE-731 | Computational Fluid Dynamics | 3 |
| MECE-738 | Ideal Flows | 3 |
| MECE-751 | Convective Phenomena | 3 |
| **Vibrations engineering** | | |
| MECE-658 | Introduction to Engineering Vibrations | 3 |
| MECE-758 | Intermediate Engineering Vibrations | 3 |
| *Choose one of the following:* | | |
| EEEE-602 | Random Signals and Noise | 3 |
| EEEE-678 | Digital Signal Processing | 3 |
| MECE-606 | System Modeling | 3 |

## Admission requirements

To be considered for admission to the ME program in mechanical engineering, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in mechanical engineering, physics, or a related field.
- Submit official transcripts (in English) from all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- International students are required to submit scores from the GRE. Minimum scores of 302 (V&Q) and 3.0 (writing) and required.

RIT0000234

# Mechanical Engineering, MS

*www.rit.edu/study/mechanical-engineering-ms*
***Risa Robinson, Professor***
***585-475-6445, rjreme@rit.edu***

## Program overview

The mechanical engineering masters produces graduates who are leaders in their respective fields who are ready to tackle high-level problems as practicing professionals. Designed for students who desire advanced training in specific areas of mechanical engineering, the master of science acts as a prelude to a career in either research or industry. Students can choose to focus on a variety of disciplines including dynamics, robotics, nanotechnology, biomechanics, energy systems, or more.

The MS degree in mechanical engineering consists of a minimum of 30 credit hours (24 credit hours of course work and 6 credit hours of thesis). A limited number of credit hours may be transferred from graduate courses taken outside the university, provided such courses complement a student's proposed graduate program in the mechanical engineering department. An adviser will review course work for possible transfer credit. Upon matriculation into the MS program, the student should formulate a plan of study in consultation with an advisor.

### Educational objectives

The MS in mechanical engineering program has set the following educational objectives to prepare graduates to:
- practice mechanical engineering in support of the design of engineered systems through the application of the fundamental knowledge, skills, and tools of mechanical engineering.
- enhance their skills through formal education and training, independent inquiry, and professional development.
- work independently as well as collaboratively with others, while demonstrating the professional and ethical responsibilities of the engineering profession.
- successfully pursue graduate degrees at the doctoral levels, should they choose.

### Plan of study

The program includes core courses, focus area courses, elective courses, and a thesis. All full-time and full-time equivalent students are required to attend the weekly graduate seminar each semester they are on campus.

*Focus area courses*
All students must develop a focus area of study, with prior approval from their advisor and the department head. The focus area should consist of at least 9 semester credit hours of graduate study in mechanical engineering and be related to the student's technical and professional development interests. Examples of focus areas include controls, materials science, thermo/fluids, and mechanics/design.

*Independent study*
Students may earn a limited number of credits by doing an independent study with guidance from a member of the graduate faculty. Areas for independent study include selected topics in applied mathematics, analytical mechanics, nonlinear mechanics, fracture mechanics, heat transfer, fluid mechanics, thermodynamics, control systems, optimal control, thermal stresses, composite materials, and biomechanics.

*Thesis*
Prior to completing 24 semester credit hours of graduate work, students should prepare and present a formal thesis proposal to their faculty advisor. An acceptable proposal (including a statement of work, extensive literature search, and proposed timeline), signed by the student and approved by their faculty advisor and department head, is required prior to registering for thesis credits. Students must form a graduate thesis committee in coordination with their advisor and present their proposal to their committee for review and approval during the first semester in which they have registered for thesis credit. Students are required to deliver a successful written and oral presentation of their thesis.

## Curriculum

### Mechanical Engineering, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| MECE-707 | Engineering Analysis | 3 |
| MECE-709 | Advanced Engineering Mathematics | 3 |
| MECE-790 | Thesis | 6 |
| MECE-795 | Graduate Seminar | 0 |
| | Graduate Focus Courses | 9 |
| | Electives | 9 |
| **Total Semester Credit Hours** | | **30** |

* Graduate Seminar (MECE-795) is required for all full-time and full-time equivalent students.

## Admission requirements

To be considered for admission to the MS program in mechanical engineering, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in mechanical engineering or a related field.
- Submit official transcripts (in English) from all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE. Minimum scores of 302 (V&Q) and 3.0 (writing) and required.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000235

# Microelectronic Engineering, MS

*www.rit.edu/study/microelectronic-engineering-ms*
**Sean Rommel, Professor**
**585-475-4723, slremc@rit.edu**

## Program overview

Integrated microelectronic or nanoelectronic circuits and sensors drive our global economy, increase our productivity, and help improve our quality of life. Semiconductor and photonic devices impact virtually every aspect of human life, from communication, entertainment, and transportation to health, solid state lighting, and solar cells. RIT's microelectronic engineering program is considered a world leader in the education of semiconductor process engineers.

The microelectronic engineering masters provides a unique combination of physics, chemistry, and engineering in a state-of-the-art facility to prepare graduates for the real world. With internationally renowned professors with years of experience, courses are grounded in reality – practical skill and advanced theory, combine for comprehensive learning. Put your knowledge to work with a microelectronic engineering masters from RIT.

The objective of the MS degree in microelectronic engineering is to provide an opportunity for students to perform graduate-level research as they prepare for entry into either the semiconductor industry or a doctoral program. The degree requires strong preparation in the area of microelectronics and requires a thesis.

### Program outcomes
- Understand the fundamental scientific principles governing solid-state devices and their incorporation into modern integrated circuits.
- Understand the relevance of a process or device, either proposed or existing, to current manufacturing practices.
- Develop in-depth knowledge in existing or emerging areas of the field of microelectronics such as device engineering, circuit design, lithography, materials and processes, yield, and manufacturing.
- Apply microelectronic processing techniques to the creation/investigation of new process/device structures.
- Communicate technical material effectively through oral presentations, written reports, and publications.

### Plan of study
The MS degree is awarded upon the successful completion of a minimum of 32 semester credit hours, including a 6 credit hour thesis.

The program consists of six core courses, two graduate electives, 2 credits of graduate seminar, and a six credit thesis. The curriculum is designed for students who do not have an undergraduate degree in microelectronic engineering. Students who have an undergraduate degree in microelectronic engineering develop a custom course of study with their graduate adviser.

*Thesis*
A thesis is undertaken once the student has completed approximately 20 semester credit hours of study. Planning for the thesis, however, should begin as early as possible. Generally, full-time students should complete their degree requirements, including thesis defense, within two years (four academic semesters and one summer term).

## Curriculum

### Microelectronic Engineering, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| MCEE-601 | Microelectronic Fabrication | 3 |
| MCEE-602 | Semiconductor Process Integration | 3 |
| MCEE-603 | Thin Films | 3 |
| MCEE-605 | Lithography Materials and Processes | 3 |
| MCEE-732 | Microelectronics Manufacturing | 3 |
| MCEE-795 | Microelectronics Research Methods | 2 |
| | Graduate Elective | 3 |
| **Second Year** | | |
| MCEE-704 | Physical Modeling of Semiconductor Devices | 3 |
| MCEE-790 | MS Thesis | 6 |
| | Graduate Elective | 3 |
| **Total Semester Credit Hours** | | **32** |

## Admission requirements

To be considered for admission to the MS program in microelectronic engineering, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in engineering or a related field.
- Submit official transcripts (in English) from all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE. (RIT graduates exempt.)
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Candidates applying with a bachelor's degree in fields outside of electrical and microelectronic engineering may be considered for admission; however, bridge courses may be required to ensure the student is adequately prepared for graduate study.

## Additional information

### Assistantships and fellowships
A limited number of assistantships and fellowships may be available for full-time students. Appointment as a teaching assistant carries a 12-hour-per-week commitment to a teaching function and permits a student to take graduate work at the rate of 9 credits per semester. Appointment as a research assistant also permits taking up to 9 credits per semester while the remaining time is devoted to the research effort, which often serves as a thesis subject. Students in the MS program are eligible for research fellowships. Appointments provide full or partial tuition and stipend. Applicants for financial aid should contact to the program director for details.

RIT0000236

**Kate Gleason College of Engineering**

# Microelectronics Manufacturing Engineering, ME

*www.rit.edu/study/microelectronics-manufacturing-engineering-me*
**Sean Rommel, Professor**
**585-475-4723, slremc@rit.edu**

## Program overview

The microelectronics manufacturing engineering masters covers the intensive aspects of integrated circuit technology, modeling and simulation techniques, and hands-on laboratory verification of these processes. In the laboratory, students from various engineering and science backgrounds design and fabricate semiconductor circuits, learn how to utilize imaging equipment, develop and create systems, and manufacture and test their own integrated circuits in our cleanroom. Microelectronics manufacturing at RIT utilizes many different disciplines such as chemistry, physics, and engineering to provide a degree that makes our students very sought after in the job market.

The ME in microelectronics manufacturing engineering provides a broad-based education for students who are interested in a career in the semiconductor industry and hold a bachelor's degree in traditional engineering or other science disciplines.

### Program outcomes

After completing the program, students will be able to:

- Design and understand a sequence of processing steps to fabricate a solid state device to meet a set of geometric, electrical, and/or processing parameters.
- Analyze experimental electrical data from a solid state device to extract performance parameters for comparison to modeling parameters used in the device design.
- Understand current lithographic materials, processes, and systems to meet imaging and/or device patterning requirements.
- Understand the relevance of a process or device, either proposed or existing, to current manufacturing practices.
- Perform in a microelectronic engineering environment, as evidenced by an internship.
- Appreciate the areas of specialty in the field of microelectronics, such as device engineering, circuit design, lithography, materials and processes, and yield and manufacturing.

### Plan of study

Students are awarded the ME degree after the successful completion of 30 credit hours, which are comprised of core courses, elective courses, research seminars, and an internship. Under certain circumstances, a student may be required to complete bridge courses totaling more than the minimum number of credits. Students complete courses in microelectronics, microlithography, and manufacturing.

*Microelectronics*
Microelectronics courses cover major aspects of integrated circuit manufacturing technology such as oxidation, diffusion, ion implantation, chemical vapor deposition, metallization, plasma etching, etc. These courses emphasize modeling and simulation techniques as well as hands-on laboratory verification of these processes. Students use special software tools for these processes. In the laboratory students design and fabricate silicon MOS integrated circuits. They learn how to utilize most of the semiconductor processing equipment and how to develop and create a process, manufacture and test their own integrated circuits.

*Microlithography*
The microlithography courses are advanced courses in the chemistry, physics and processing involved in microlithography. Optical lithography will be studied through diffraction, Fourier and image assessment techniques. Scalar diffraction models will be utilized to simulate aerial image formation and influences of imaging parameters. Positive and negative resist systems, as well as processes for IC application, will be studied. Advanced topics will include chemically amplified resists; multiple layer resist systems; phase shift masks, and electron beam, x-ray and deep UV lithography. Laboratory exercises include projection system design, resist materials characterization, process optimization, electron beam lithography and excimer laser lithography.

*Manufacturing*
The manufacturing course include topics such as scheduling, work-in-progress tracking, costing, inventory control, capital budgeting, productivity measures and personnel management. Concepts of quality and statistical process control are introduced to the students. The laboratory for this course is the student-run factory functioning in the department. Important issues that include measurement of yield, defect density, wafer mapping, control charts and other manufacturing measurement tools are introduced to the students in the lecture and laboratory. Computer integrated manufacturing is also studied in detail. Process modeling, simulation, direct control, computer networking, database systems, linking application programs, facility monitoring, expert systems applications for diagnosis and training and robotics are all introduced and supported by laboratory experiences in the integrated circuit factory at RIT. An online version of the ME in microelectronic manufacturing engineering is available for engineers employed in the semiconductor industry.

### Internship

The program requires students to complete an internship. This requirement provides a structured and supervised work experience that enables students to gain job-related skills that assist them in achieving their desired career goals.

Students with prior engineering-related job experience may submit a request for credit by experience with the department head. Supported by a letter from the appropriate authority substantiating the student's job responsibility, duration, and performance quality, a student may be able to waive the internship if a previous work experience fulfills this requirement.

For students who are not working in the semiconductor industry while enrolled in this program, the internship can be completed at RIT. It involves an investigation or study of a subject or process directly related to microelectronic engineering under the supervision of a faculty advisor. An internship may be taken any time after the completion of the first semester, and may be designed in a number of ways. At the conclusion of the internship, submission of a final internship report to the faculty advisor and program director is required.

## Curriculum

### Microelectronic Manufacturing Engineering, ME degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| MCEE-601 | Microelectronic Fabrication | 3 |
| MCEE-605 | Lithography Materials and Processes | 3 |
| MCEE-603 | Thin Films | 3 |
| MCEE-732 | Microelectronics Manufacturing | 3 |
| MCEE-602 | Semiconductor Process Integration | 3 |
| MCEE-615 | Nanolithography Systems | 3 |
| MCEE-795 | Microelectronics Research Methods | 2 |
| MCEE-777 | Master of Engineering Internship or Graduate Elective | 3 |

RIT0000237



| COURSE | SEMESTER CREDIT HOURS |
|---|---|
| **Second Year** | |
| *Choose one of the following:* | 1 |
| MCEE-795          Microelectronics Research Methods | |
|                         1 credit of Independent Study | |
|                         Graduate Electives | 6 |
| **Total Semester Credit Hours** | **30** |

## Admission requirements

To be considered for admission to the ME program in microelectronic manufacturing engineering, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in engineering or a related field.
- Submit official transcripts (in English) from all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Candidates applying with a bachelor's degree in non-electrical or non-microelectronic engineering fields may be considered for admission, however they may be required to complete additional bridge courses to ensure they are adequately prepared for graduate study.

# Microsystems Engineering, Ph.D.

*www.rit.edu/study/microsystems-engineering-phd*
***Bruce Smith, Professor***
***585-475-2058, bwsemc@rit.edu***

## Program overview

The multidisciplinary doctorate degree in microsystems engineering builds on the fundamentals of traditional engineering and science combined with curriculum and research activities addressing the numerous technical challenges of micro- and nano-systems. These include the manipulation of electrical, photonic, optical, mechanical, chemical, and biological functionality to process, sense, and interface with the world at a nanometer scale. This nanotechnology Ph.D. program provides a foundation to explore future technology through research in nano-engineering, design methods, and technologies and their integration into micro- and nano-scaled systems.

The microsystems engineering doctorate includes the following areas of exploration:

- Next-generation nanoelectronics including: development of new techniques, processes and architectures for nanoelectronic and nano-optoelectronic devicesexploration into new materials research including germanium, III-V materials, carbon annotubes, and spintronics
- Photovoltaic research in silicon, compound semiconductor, and organic solar cells
- Photonics and nanophotonics imaging, communications, and sensing research including couplers, micro-lasers, microdetectors, integrated silicon waveguides, silicon spectrometers, and biosensors
- MEMS (micro-electro-mechanical systems), MEOMS (micro-electro-optical-mechanical systems), and NEMS (nano-electro-mechanical systems) device, processing, and materials research for smart sensors, actuators, biochips, and micro-implantable appliances
- Scaled micro- and nano- electronics for integration into biomedical systems
- New and improved technologies in organic electronic components and devices
- Nanomaterials research including carbon nanotubes, nanoparticles, quantum dots, self-assembly materials and their applications in electronics, optics, and materials science
- Microfluidics research on the behavior, control, and manipulation of fluids at the micro-scale

### Mission

The program fulfills a critical need for an expanded knowledge base and expertise in the innovation, design, fabrication, and application of micro- and nano-scale materials, process, devices, components, and systems. RIT is an internationally recognized leader in education and research in the fields of microsystems and nanoscale engineering.

The curriculum is structured to provide a sound background and a thorough foundation in engineering and science through world-class education in the innovative application of educational technologies and research experiences.

### Program highlights

The program is designed for students with a strong background in engineering and the physical sciences, and with an interest in hands on exploration into new fields of micro- and nano-systems.

- The program has a renowned, multidisciplinary faculty that shares resources and expertise over a wide variety of micro- and nao-scale tehcnologies. The program is administered by core faculty from RIT's colleges of engineering and science.

RIT0000238

**Kate Gleason College of Engineering**

- Unique state-of-the art research laboratories have been developed to provide a focus for microsystems and nanoscale engineering research across traditional disciplinary boundaries. A semiconductor and microsystems fabrication clean-room constitute part of the research facilities, providing students access to the most advanced micro- and nano-electronic processing capabilities.
- Students explore applications of microsystems and nanotechnology through close collaboration with industry and government laboratories.
- Graduates have discovered exciting opportunities in new technology frontiers.

### Plan of study

A total of 66 credit hours of combined graduate course work and research are required for completion of the program. The course work requires a combination of foundation courses, major and minor technical area courses, and electives. The student must pass the qualifying exam, the candidacy exam and the dissertation defense exam to complete the degree requirements.

**Phase 1–Qualifying:** The first phase prepares students with the foundation in science and engineering required for the program as well as to determine the student's ability to do independent research. This includes the foundation and specialization courses taken during the first year together with the successful completion of the qualifying exam. The qualifying exam tests the student's ability to think and learn independently, to critically evaluate current research work in microsystems engineering, and to use good judgment and creativity to determine appropriate directions for future research work.

**Phase 2–Candidacy:** The second phase continues students course work and preliminary dissertation research. Much of this course work supports the dissertation research to be conducted in the third phase. This phase is completed when the student has finished most of the formal course work as prescribed in the program of study, has prepared the dissertation proposal, and has passed the candidacy examination.

**Phase 3–Defense:** The third phase includes the completion of the experimental and/or theoretical work needed to complete the student's dissertation along with the required publication of results. The research review milestone is held as a meeting during this phase, as is the defense of the dissertation, which consists of a public oral presentation and examination.

The course work requirements are divided into four parts to ensure that students complete a well-rounded program of study with the necessary concentration in their specialized field.

*Foundation courses*
Four foundation courses and the Microsystems Ph.D. Seminar (MCSE-795) are mandatory for all students. Foundation courses consist of Microelectronics Fabrication (MCEE-601), Introduction to Nanotechnology and Microsystems (MCSE-702), Material Science for Microsystems Engineering (MCSE-703), and Theoretical Methods in Materials Science and Engineering (MTSE-704).

*Major technical interest area*
Students complete a sequence of three courses in the major technical research area and a sequence of two courses in a support area.

*Minor technical interest areas*
Students complete a two-course sequence in a minor technical area which should be outside of the student's undergraduate degree major.

*Elective courses*
Students complete at least two elective courses, in addition to the foundation and technical interest courses.

*General course requirements*
The total number of credit hours required for the degree depends upon the highest degree level completed by the student before entering the program. Students entering without prior graduate work must complete a minimum of 39 credit hours of course work as outlined above. A minimum of 18 research credits and a total of 66 total credits are required. Credits beyond the minimum of 39 course and 18 research requirements can be taken from either category to reach the 66 credit total.

Students entering the program with a master's degree may be permitted up to 24 course credit hours toward those required for the degree, based on the approval of the program director.

All students are required to maintain a cumulative grade-point average of 3.0 (on a 4.0 scale) to remain in good standing in the program.

*Preparing a program of study*
Students should prepare a program of study after passing the qualifying exam and no later than the spring semester of the second year. The program of study should be reviewed periodically by the student and the advisor, and modifications should be made as necessary. Leading up to or upon completion of the candidacy exam, the student's advisor and advisory committee may add additional course work requirements to ensure the student is sufficiently prepared to carry out and complete their dissertation research.

*Qualifying examination*
Every student must take the qualifying examination, which tests student's ability to think and learn independently, to critically evaluate current research work in the field of microsystems engineering, and to use good judgment and creativity to determine appropriate directions for future research work. The exam must be completed successfully before a student can submit a thesis proposal and attempt the candidacy examination.

*Research proposal*
A research topic chosen by the student and their research advisor becomes the basis for the dissertation. The research proposal sets forth both the exact nature of the matter to be investigated and a detailed account of the methods to be employed. In addition, the proposal usually contains material supporting the importance of the topic selected and the appropriateness of the research methods to be employed.

*Candidacy examination*
The candidacy examination is an oral examination based on the dissertation research proposal and allows the advising committee to judge the student's ability to execute a research task and to communicate the results. The exam also serves to evaluate the proposed topic to ensure that if completed as posed it constitutes an original contribution to knowledge.

*Research review milestone*
The research review milestone is administered by the student's advisor and the advisory committee between the time the student passes the candidacy exam and registers for the dissertation defense. This normally occurs approximately six months prior to the Dissertation Defense.

*Dissertation defense and examination*
The culmination of a student's work toward the doctorate degree is the publication of their research. In addition to developing experimental and technical skills during the creation of research, a student needs to acquire the necessary literary skills to communicate results to others. The preparation of the proposal and the dissertation manuscripts will demonstrate these skills. It is also expected that these skills are developed through the publication of technical papers and communications. The dissertation

RIT0000239

defense and examination is scheduled after all course requirements for the degree have been successfully completed.

Additional details regarding program requirements can be found in the Microsystems Engineering Ph.D. Graduate Student Manual.

## Curriculum

### Microsystems Engineering, Ph.D. degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| MCEE-601 | Microelectronic Fabrication | 3 |
| MCSE-702 | Introduction to Nanotechnology and Microsystems | 3 |
| MCSE-703 | Material Science for Microsystems Engineering | 3 |
| MCSE-795 | Microsystems Ph.D. Seminar | 2 |
| MTSE-704 | Theoretical Methods in Materials Science and Engineering | 3 |
| | Major Technical Area Electives | 6 |
| **Second Year** | | |
| MCSE-795 | Microsystems Ph.D. Seminar | 2 |
| MCSE-890 | MCSE-Dissertation | 2 |
| | Major Technical Area Elective | 3 |
| | Minor Technical Area Electives | 6 |
| | Technical Elective | 3 |
| **Third Year** | | |
| MCSE-795 | Microsystems Ph.D. Seminar | 2 |
| MCSE-890 | MCSE-Dissertation | 9 |
| | Technical Elective | 3 |
| **Fourth Year** | | |
| MCSE-890 | MCSE-Dissertation | 16 |
| **Total Semester Credit Hours** | | **66** |

## Admission requirements

To be considered for admission to the doctorate program in microsystems engineering, candidates must complete a graduate application and fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in the physical sciences or engineering.
- Submit official transcripts (in English) from all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE with minimum requirements of 156 (verbal), 156 (quantitative), and 3.5 writing.
- Submit a current resume or curriculum vitae.
- Submit a personal statement of educational objectives which specifically addresses research interests.
- Submit at least two letters of academic and/or professional recommendation.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 100 (internet-based) is required. A minimum IELTS score of 7.0 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

## Additional information

### Advising
Doctoral students' work is overseen by an advisor, the advisory committee, and the program's director.

## Product Development, MS

www.rit.edu/study/product-development-ms
***Christine Fisher, Graduate Program Director***
***585-475-7971, Christine.Fisher@rit.edu***

### Program overview

The master of science in product development is a leadership program for experienced engineers and technical specialists who aspire to high-level positions associated with product innovation. The program integrates business and engineering management courses, delivering them in online or on-campus where students continue to work while taking classes.

New products and services are the lifeblood of today's high technology firms, and companies need more technically grounded leaders to drive the engine for business growth. The MS in product development integrates business and engineering courses consistent with cross-functional, end-to-end product development and the systems perspective critical to conceive, create, launch, and support today's complex product portfolios. Participants acquire the foundation skills and strategic perspective necessary to become future leaders and senior managers responsible for driving business growth through new products and services. In short, the product development program prepares today's technical experts for successful careers as project leaders and technically grounded senior managers of their enterprises.

To stay on the cutting edge, the program was designed by academic and industry leaders to integrate formal education with state-of-the-art research and best practices from industry. It includes a year-long capstone project that generates significant return-on-investment to sponsoring organizations. Electives and the capstone project provide flexibility to tailor the program's content to specific learning objectives of students and sponsoring organizations. The program is offered fully online or as a blend of online and on-campus courses. Students may start any term (fall, spring, summer) and complete courses at their own pace.

### Sponsorship
Most students are sponsored by an employer who is committed to improving leadership capabilities in product development. Sponsorship includes financial support and a commitment to work with the student to provide clear expectations and a well-articulated career development plan that builds upon the program. Candidates are welcome to sponsor themselves. Students should contact Financial Aid and Scholarship for more information

## Curriculum

### Educational objective
To develop a leadership perspective and knowledge base of the total life cycle product development system, integrating management and (systems) engineering elements. To establish the foundation for the systems approach needed to conceive, create, launch, and support products and platforms. The program considers new product development in a larger framework: how a company's business strategy, vision, and core capabilities coupled with the voice of the customer combine to determine product strategy and create best-in-class product portfolios.

### Key capabilities of graduates
- Leadership expertise of the product development process and of high-performing product development teams and organizations.
- Improved leadership through structured systems thinking, design, and management.

RIT0000240

- A strategic, enterprise-wide and global perspective.
- An innovative mindset receptive to changing markets, new technologies, and new opportunities.
- Decision making in uncertain and fast-paced environments.
- A market-oriented product development focus – i.e. the ability to transform customer problems, needs, and market opportunities into successful product portfolios.
- Economic analysis and the application of sound business principles to effective management in the product development domain.
- Project management: business and technical planning, relationship management and outsourcing, program control, structured decision making and risk management.
- Enhanced ability to recognize barriers to success early, when corrective actions are less costly.
- In-depth understanding and application of state-of-the-art tools for design, analysis, and management in the product development domain.

### Embedded engineering competencies

The product development leader must apply engineering competencies to the development of strategic product architectures that relate to the business value chain of the corporation, to the integration of enabling technologies, and to the creation of realizable design concepts. These capabilities are supported by:

- The ability to assess the merits and risks associated with emerging technologies.
- The ability to create products with acceptable product liability, life cycle cost, and environmental impact.
- The ability to create products consistent with manufacturing and supply chain capabilities.
- The ability to coordinate the product architecture with organizational structure.
- The ability to select which competencies are core to the business and which can be outsourced.
- The ability to create and implement an organization's decision processes.
- The ability to identify and implement enabling technologies and tools.

The 30 semester-credit program consists of 9 business and engineering courses, including one elective, plus a capstone project (3 credits).

### Product Development, MS degree

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| ACCT-603 | Accounting for Decision Makers | 3 |
| DECS-743 | Operations and Supply Chain Management | 3 |
| ISEE-751 | Decision and Risk Benefit Analysis | 3 |
| ISEE-771 | Engineering of Systems I | 3 |
| ISEE-772 | Engineering of Systems II | 3 |
| ISEE-781 | Excellence in New Product Development | 3 |
| ISEE-798 | Product Development Capstone II | 3 |
| MKTG-761 | Marketing Concepts and Commercialization | 3 |
| Choose one of the following: | | 3 |
| BUSI-710 | Project Management | |
| ISEE-750 | Systems and Project Management | |
| | Engineering or Business Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

### Elective courses

An elective course offers students the opportunity to better meet personal and organizational needs. Students may select from a long list of courses. Recommended electives include such offerings as Managing Research and Innovation, Lean Six Sigma Fundamentals, Advanced or International Project Management, Breakthrough Thinking and Creativity, Customer Centricity, and others.

### Capstone project

Students complete a project during the final academic year of the program, based on a real problem often identified in the companies where they work. The corporate-oriented capstone project encompasses the broad integrative aspects of new product development – it synthesizes, increases, and demonstrates the student's understanding of previous program material and underscores the behaviors essential to product development leadership. The capstone project generates immediate benefits to sponsoring organizations. View our list of capstone projects for examples of projects past students have completed as part of the program.

## Admission requirements

To be considered for admission to the MS program in product development, candidates must fulfill the following requirements:

- Complete a graduate application,
- Hold a baccalaureate degree (or equivalent) in engineering (or a related scientific or technical field),
- Have a minimum cumulative grade point average of 3.0,
- Have at least two years of experience in product development or a related business environment,
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work,
- Submit one professional recommendation, and
- Submit a current resume.

Exceptions may be considered on a case-by-case basis. No graduate entrance exam is required, although candidates are welcome to support their application with results from the Graduate Management Admission Test (GMAT) or the Graduate Record Exam (GRE).

Applications are accepted on a rolling basis and students may begin the program in any semester.

### Format

Students may start the program during any semester and complete the course work at their own pace. Classes are available online but several courses may be taken on campus for local or full-time students. Students may take up to three courses on a nonmatriculated basis. Credits earned while enrolled as a nonmatriculated student may be applied to the degree program following formal admission.

### Tuition

The program's tuition is calculated using the part-time graduate tuition rate (12 credits or less). For information on tuition, scholarships, and financial aid, please visit Financial Aid and Scholarships. Discounts are available for groups.

## Additional information

### Related programs

Visit the Engineering Leadership department for information on related offerings, including the master of science in manufacturing leadership, graduate certificate programs, and non-credit workshops and training programs.

Programs are available online, on-campus, or onsite at your location. Contact us for information about partnerships and customized programs for your organization.

RIT0000241

# Sustainable Engineering, ME

*www.rit.edu/study/sustainable-engineering-me*
**Brian Thorn, Professor**
**585-475-6166, bkteie@rit.edu**

## Program overview

Sustainable engineering refers to the integration of social, environmental, and economic considerations into product, process, and energy system design methods. Additionally, sustainable engineering encourages the consideration of the complete product and process lifecycle during the design effort. The intent is to minimize environmental impacts across the entire lifecycle while simultaneously maximizing the benefits to social and economic stakeholders.

The master of engineering in sustainable engineering is multidisciplinary and managed by the industrial and systems engineering department. The program builds on RIT's work in sustainability research and education and offers students the flexibility to develop tracks in areas such as renewable energy systems, systems modeling and analysis, product design, and engineering policy and management. The degree program is offered on campus and may be completed on a full- or part-time basis.

### Educational objectives

The program is designed to accomplish the following educational objectives:

- Heightened awareness of issues in areas of sustainability (e.g., global warming, ozone layer depletion, deforestation, pollution, ethical issues, fair trade, gender equity, etc.).
- Clear understanding of the role and impacts of various aspects of engineering (design, technology, etc.) and engineering decisions on environmental, societal, and economic problems. Particular emphasis is placed on the potential trade-offs between environmental, social, and economic objectives.
- Strong ability to apply engineering and decision-making tools and methodologies to sustainability-related problems.
- Demonstrated capacity to distinguish professional and ethical responsibilities associated with the practice of engineering.

### Plan of study

Technical in nature, the program equips engineers with the tools they need to meet the challenges associated with delivering goods, energy, and services through sustainable means. In addition to basic course work in engineering and classes in public policy and environmental management, students are required to complete a capstone project directly related to sustainable design challenges impacting society. Many of these projects can be incorporated into sustainability themed research by RIT faculty in the areas of fuel-cell development, life-cycle engineering, and sustainable process implementation.

Students must successfully complete a total of 30 credit hours through course work and a capstone project. This program is designed to be completed in three semesters.

## Curriculum

### Sustainable Engineering, ME degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ISEE-785 | Fundamentals of Sustainable Engineering | 3 |
| ISEE-771 | Engineering of Systems I | 3 |
| MECE-629 | Renewable Energy Systems | 3 |
| ISEE-786 | Lifecycle Assessment | 3 |
| | Engineering Electives | 6 |
| **Second Year** | | |
| ISEE-792 | Engineering Capstone | 3 |
| | Engineering Elective | 3 |
| | Social Context Elective | 3 |
| | Technology Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the ME program in sustainable engineering, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in engineering, mathematics, or science.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE.
- Submit a statement of purpose.
- Submit three letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000242

# Sustainable Engineering, MS

*www.rit.edu/study/sustainable-engineering-ms*
**Brian Thorn, Professor**
**585-475-6166, bkteie@rit.edu**

## Program overview

Sustainable engineering refers to the integration of social, environmental, and economic considerations into the design of product, process, and energy systems. Additionally, sustainable engineering encourages the consideration of the complete product and process lifecycle during the design effort. The intent is to minimize environmental impacts across the entire lifecycle of a product or process while simultaneously maximizing the benefits to social and economic stakeholders. This environmental engineering degree builds on RIT's work in sustainability research and education, and offers students the flexibility to develop tracks in areas such as renewable energy systems, systems modeling and analysis, product design, and engineering policy and management.

### Educational objectives

The program is designed to accomplish the following educational objectives:

- Heighten awareness of issues in areas of sustainability (e.g., global warming, ozone layer depletion, deforestation, pollution, ethical issues, fair trade, gender equity, etc.).
- Establish a clear understanding of the role and impact of various aspects of engineering (design, technology, etc.) and engineering decisions on environmental, societal, and economic problems. Particular emphasis is placed on the potential trade-offs between environmental, social, and economic objectives.
- Strong ability to apply engineering and decision-making tools and methodologies to sustainability-related problems.
- Demonstrate a capacity to distinguish professional and ethical responsibilities associated with the practice of engineering.

### Plan of study

The MS in sustainable engineering builds on RIT's work in sustainability research and education and offers students the flexibility to develop tracks in areas such as renewable energy systems, systems modeling and analysis, product design, and engineering policy and management. Course work is offered on campus and available on a full- or part-time basis. Technical in nature, the program equips engineers with the tools they need to meet the challenges associated with delivering goods, energy, and services through sustainable means. In addition to basic course work in engineering and classes in public policy and environmental management, students are required to complete a research thesis directly related to sustainable design challenges impacting society. Many of these thesis projects support the sustainability-themed research being conducted by RIT faculty in the areas of fuel-cell development, life-cycle engineering, and sustainable process implementation.

Students must successfully complete a total of 30 credit hours of course work comprised of four required core courses; two graduate engineering electives in an area of interest such as energy, modeling, manufacturing and materials, transportation and logistics, or product design and development; one social context elective; one environmental technology elective; two semesters of Graduate Seminar I, II (ISEE-795, 796); and a thesis. This research-oriented program is designed to be completed in two years.

## Curriculum

### Sustainable Engineering, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ISEE-771 | Engineering of Systems I | 3 |
| ISEE-785 | Fundamentals of Sustainable Engineering | 3 |
| ISEE-786 | Lifecycle Assessment | 3 |
| ISEE-795 | Graduate Seminar I | 0 |
| ISEE-796 | Graduate Seminar II | 0 |
| MECE-629 | Renewable Energy Systems | 3 |
| | Engineering Electives | 6 |
| **Second Year** | | |
| ISEE-790 | Thesis | 6 |
| | Technology Elective | 3 |
| | Social Context Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS program in sustainable engineering, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in engineering, mathematics, or science.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE.
- Submit a statement of purpose.
- Submit three letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000243

# Vibrations, Adv. Cert.

*www.rit.edu/study/vibrations-adv-cert*
***Risa Robinson, Professor***
***585-475-6445, rjreme@rit.edu***

## Program overview

Engineers with skills in vibration engineering contribute to creating manufacturing production systems, aerospace systems, automotive engineering, medical product development, consumer product development, and a host of industrial equipment and process systems in which vibration must be minimized or controlled. Students utilize sophisticated software tools, analytical techniques, and experimental methods to design, develop, and implement solutions for vibration control and minimization in engineering systems.

The advanced certificate in vibrations takes students beyond the preparation in vibration engineering that students typically complete during their undergraduate program of study. Students learn to use sophisticated software tools, analytical techniques and experimental methods to design, develop, and implement solutions for problems of vibration control and minimization in engineering systems. Students are exposed to modern technologies used in industry to ensure that they are prepared for their specialized job market. The curriculum answers a need for graduate level instruction for practicing engineers in a field of importance for the 21st century.

### Plan of study

The advanced certificate requires students to successfully complete four required courses and one elective course. Students may apply the courses toward a master's degree at a later date.

## Curriculum

### Vibrations, advanced certificate, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| MECE-658 | Introduction to Engineering Vibrations | 3 |
| MECE-707 | Engineering Analysis | 3 |
| MECE-709 | Advanced Engineering Mathematics | 3 |
| MECE-758 | Intermediate Engineering Vibrations | 3 |
| *Choose one of the following:* | | |
| EEEE-602 | Random Signals and Noise | 3 |
| EEEE-678 | Digital Signal Processing | 3 |
| MECE-606 | Systems Modeling | 3 |
| **Total Semester Credit Hours** | | **15** |

## Admission requirements

For information regarding the admission requirements for the advanced certificate in vibrations, contact the department head or the Office of Graduate Enrollment.

RIT0000244

**Kate Gleason College of Engineering**

## Dean's Office

**Doreen Edwards**, BS, South Dakota School of Mines and Technology; Ph.D., Northwestern University—Dean; Professor

## Biomedical Engineering

**Vinay Abhyankar**, BS, University of Wisconsin; Ph.D., Binghamton University—Assistant Professor, Microfluidics, tissue engineering, lab on a chip platforms

**Iris Asllani**, B.Sc., University of Tirana (Albania); M.Sc., Ph.D., University of Washington, Seattle—Assistant Professor, Neuroimaging, Functional MRI, NMR Physics

**Jennifer Bailey**, BS, Ph.D., Purdue University—Lecturer

**Thomas Gaborski**, BS, Cornell University; MS, Ph.D., University of Rochester—Assistant Professor, Nanomaterials, Separations, Cellular Mechanics

**Blanca Lapizco-Encinas**, BS, MS, Instituto Tecnologico de Sonora (Mexico), Ph.D., University of Cincinnati—Professor, Microfluidics, Microscale Electrokinetics and Bioseparations

**Cristian Linte**, BS, University of Windsor (Canada); MS, Ph.D., University of Western Ontario (Canada)—Professor, Biomedical image analysis, Image computing, modeling and visualization

**Karin Wuertz**, BS, MS, University of Regensburg (Germany); MBA, University of Cumbria (United Kingdom); Ph.D., University of Ulm (Germany)—Kate Gleason Professor, Regenerative Medicine and Tissue Engineering, Inflammation, Mechanobiology

**Zhe (Jenny) Zheng**, BS, Xidian University (China); MS, Ph.D., Vanderbilt University—Assistant Professor, Intelligent Interactive Systems, Human-Machine Interaction, Human-Centered Computing, Computer Vision, Machine Learning, Pattern Recognition and Data Mining

## Chemical Engineering

**Steven J. Weinstein**, BS, University of Rochester; MS, Ph.D., University of Pennsylvania—Department Head; Professor, Interfacial Transport Processes, Hydrodynamic Wave Phenomena, Applied Mathematics

**Karuna Koppula**, B. Tech, Andhra University (India); MS, University of New Hampshire; Ph.D., Michigan State University—Lecturer

**Brian J. Landi**, BS, MS, Ph.D., Rochester Institute of Technology—Associate Professor, Carbon Nanotubes, Batteries, Wires

**Poornima Padmanabhan**, B.Tech, Indian Institute of Technology (India); Ph.D., Cornell University—Assistant Professor, Molecular Simulation, Data-Driven Materials Design, Hierarchical Assemblies, Thermodynamics and Mechanics

**Kenneth J. Ruschak**, BS, Carnegie Mellon University; Ph.D., University of Minnesota—Research Professor, Die Manifold Design, Interfacial Transport

**Patricia Taboada-Serrano**, BS, Mayor de San Andres University (Bolivia); MS, Simon Bolivar University (Bolivia); Ph.D., Georgia Institute of Technology—Assistant Professor, Electrochemical Energy Generation and Storage, Gas-Hydrates, Molecular Modeling, Monte Carlo Methods

## Computer Engineering

**Shanchieh J. Yang**, BS, National Chiao-Tung University (Taiwan); MS, Ph.D., University of Texas at Austin—Department Head; Professor, Network Modeling, Network Security, Cyber Situation and Threat Assessment

**Louis Beato**, BS, MS, Rochester Institute of Technology—Lecturer

**Amlan Ganguly**, B. Tech, Indian Institute of Technology (India); MS, Ph.D., Washington State University—Assistant Professor, Wireless Network on Chip, Dependable Multi-core Systems

**Andres Kwasinski**, M.Sc., Ph.D., University of Maryland at College Park—Associate Professor, Wireless Networks, Digital Signal Processing, Cognitive Networks, and Networks for Sustainable Systems

**Sonia Lopez Alarcon**, BS, Ph.D., Complutense University of Madrid (Spain)—Assistant Professor, Heterogeneous Computing, High Performance Computing and Architecture

**Marcin Lukowiak**, MS, Ph.D., Poznan University (Poland)—Professor, Reconfigurable Computing, Cryptographic Engineering, Secure Communication Technologies

**Roy W. Melton**, B.Sc., M.Sc, Ph.D., Georgia Institute of Technology—Senior Lecturer, Computer Architecture, Mobile and Cloud Computing

**Corey Merkel**, BS, MS, Ph.D., Rochester Institute of Technology—Assistant Professor, Artificial Intelligence, Memristive Devices, Neural Networks

**Raymond Ptucha**, BS, State University of New York at Buffalo; MS, Ph.D., Rochester Institute of Technology—Professor, Machine Learning, Computer Vision, Robotics

**Andreas Savakis**, BS, MS, Old Dominion University; Ph.D., North Carolina State University—Professor, Digital Image Processing, Computer Vision

**Muhammed E. Shaaban**, BS, MS, University of Petroleum and Minerals (Saudi Arabia); Ph.D., University of Southern California—Associate Professor, Computer Architecture, High Performance Computing

## Electrical and Microelectronic Engineering

**Sohail A. Dianat**, BS, Aria-Mehr University of Technology (Iran); MS, Ph.D., George Washington University—Department Head; Professor, Control Systems, Communications, Signal/Image Processing

**Mustafa A. G. Abushagur**, BS, Tripoli University (Libya); MS, Ph.D., California Institute of Technology—Professor, Micro-optical Systems, Micro- and Nano-photonic Devices

**Vincent Amuso**, BS, Western New England; MS, Syracuse University; Ph.D., Rensselaer Polytechnic Institute—Senior Lecturer, Communications, Radar and Signal Processing

**David Borkholder**, BS, Rochester Institute of Technology; MS, Ph.D., Stanford University—Bausch and Lomb Professor, Biosensors (electromagnetic and chemical), Biomedical Instrumentation MEMS Fabrication, Systems Engineering

**Edward E. Brown**, Jr., BS, University of Pennsylvania; MS, Ph.D., Vanderbilt University—Associate Professor, Rehabilitation, Robotics, Control Systems, Biomechatronics

**Dale E. Ewbank**, BS, MS, Ph.D., Rochester Institute of Technology—Senior Lecturer, Microlithography, Optics, Design of Experiments, Electro-optic Microsystems

**Lynn F. Fuller**, BS, MS, Rochester Institute of Technology; Ph.D., State University of New York at Buffalo—Professor, IC Design, Semiconductor Manufacturing, MEMS and Microsystems

**Jamison Heard**, BS, University of Evansville; MS, Ph.D., Vanderbilt University—Assistant Professor, Robotics, Human-Machine Systems, and Human-Robot Interaction

**Karl D. Hirschman**, BS, MS, Rochester Institute of Technology; Ph.D., University of Rochester—Director, Semiconductor and Microsystems Fabrication Laboratory; Professor, Semiconductor Process Integration, Photonic Devices

RIT0000245

**Christopher R. Hoople**, BS, Union College; Ph.D., Cornell University—Senior Lecturer, Power Electronics, Device Physics

**Michael A. Jackson**, BS, MS, Ph.D., State University of New York at Buffalo—Associate Professor, Solid State Devices, IC Metrology, Electronic Materials and Processing, Photovoltaics

**Santosh Kurinec**, BS, MS, Ph.D., University of Delhi (India)—Professor, Electronic Materials and Devices, IC Processing, Quantum and Nanoscale Devices, Non Volatile Memory, Photovoltaics

**Sergey Lyshevski**, MS, Ph.D., Kiev Polytechnic Institute (Ukraine)—Professor, Microsystems

**Panos P. Markopoulos**, BS, MS, Technical University of Crete (Greece); Ph.D., University at Buffalo—Assistant Professor, Communication and Signal Processing, Machine Learning, Autonomous Communication

**James Moon**, BS, Carnegie Mellon University; MBA, University of Rochester; MS, Ph.D., University of California at Berkeley—Professor, Semiconductor and Solid State Physics, Integrated Circuit Design, Microfluidic MEMS

**P. R. Mukund**, BS, MS, Ph.D., University of Tennessee—Professor, VLSI Design, Electronic Devices and Circuit Design

**Dorin Patru**, BS, MS, Technical University of Cluj-Napoca (Romania); Ph.D., Washington State University—Associate Professor, Domain Specific Computing Architectures, Artificial Neural Networks, Artificial Intelligence

**Robert E. Pearson**, BS, MS, Rochester Institute of Technology; Ph.D., State University of New York at Buffalo—Associate Professor, Advanced Device and Process Modeling, VLSI Design and Parameter Extraction

**Stefan Preble**, BS, Rochester Institute of Technology; Ph.D., Cornell University—Associate Professor, Quantum Silicon Photonics, Integrated Photonics, Hybrid Silicon Lasers

**Ivan Puchades**, BS, MS, Ph.D., Rochester Institute of Technology—Research Assistant Professor, MEMS Design and Fabrication, Carbon Nanotubes and Nanomaterials

**Majid Rabbani**, BS, Aria-Mehr University of Technology (Iran); MS, Ph.D., University of Wisconsin-Madison—Visiting Professor

**Sean L. Rommel**, BS, Ph.D., University of Delaware—Microelectronic Engineering Program Director, Professor, Emerging Semiconductor Devices, Photonic Devices, Integration

**Eli Saber**, BS, State University of New York at Buffalo; MS, Ph.D., University of Rochester—Gleason Professor in Electrical Engineering, Professor, Signal Image and Video Processing, Communications, Biomedical Imaging, Computer Vision

**Ferat E. Sahin**, BS, Istanbul Technical University (Turkey); MS, Ph.D., Virginia Polytechnic Institute and State University—Professor, Artificial Intelligence, Control Systems, Robotics

**Gill R. Tsouri**, B.Sc., M.Sc., Ph.D., Ben-Gurion University (Israel)—Associate Professor, MIMO, OFDM/OFDMA Systems, Wireless Sensor Networks, Diversity Methods

**Jayanti Venkataraman**, BS, MS, Bangalore University (India); Ph.D., Indian Institute of Science (India)—Professor, Electromagnetics, Microwaves and Antennas

**Bing Yan**, BS, Renmin University of China; MS, Ph.D., University of Connecticut—Assistant Professor, Power, Smart Power Systems, Intelligent Manufacturing Systems

**Jing Zhang**, BS, Huazhong University (China); Ph.D., Lehigh University—Assistant Professor, Devices fabrication of III-Nitride semiconductors for photonics

## Industrial and Systems Engineering

**Michael E. Kuhl**, BS, Bradley University; MS, Ph.D., North Carolina State University—Professor, Systems Simulation Modeling and Manufacturing, Intelligent Materials Handling

**Denis R. Cormier**, BS, University of Pennsylvania; MS, State University of New York at Buffalo; Ph.D., North Carolina State University—Earl W. Brinkman Professor, Additive Manufacturing and Direct-Write Printing Technology, Rapid Prototyping

**Marcos Esterman**, BS, MS, Massachusetts Institute of Technology; Ph.D., Stanford University—Associate Professor, Systems Engineering, Product Development, Electrophotographic Based Additive Manufacturing

**Katie McConky**, BS, MS, Rochester Institute of Technology; Ph.D., State University of New York at Buffalo—Assistant Professor, Applied Statistics, Analytics, Operations Research, Optimization and Forecasting

**Matthew M. Marshall**, BS, Rochester Institute of Technology; MS, Ph.D., University of Michigan—Associate Professor, Biomechanics, Ergonomics, Human Factors

**Ruben A. Proanᐬo**, BS, Universidad San Francisco de Quito (Ecuador); MS, Ph.D., University of Illinois at Urbana-Champaign—Associate Professor, Operations Research, Logistics/ Supply Chain Management

**Ehsan Rashedi**, BS, MS, Sharif University of Technology (Iran); MS, Ph.D., Virginia Polytechnic Institute and State University—Assistant Professor, Biomechanics, Ergonomics, Human Factors

**Brian K. Thorn**, BS, Rochester Institute of Technology; MS, Ph.D., Georgia Institute of Technology—Associate Professor, Applied Statistics, Sustainable Design and Development, Life Cycle Assessment and Costing

**Risa J. Robinson**, BS, MS, Rochester Institute of Technology; Ph.D., State University of New York at Buffalo—Department Head, Professor, Bioengineering, Respiratory Device Technologies, Aerosol Transport in Biological Systems

**Margaret Bailey**, BS, Pennsylvania State University; Ph.D., University of Colorado at Boulder, PE—Senior Faculty Associate to the Provost for ADVANCE; Professor, Energy Systems, Thermodynamics, Building Systems

**Stephen Boedo**, BA, State University of New York at Buffalo; MS, Ph.D., Cornell University—Associate Professor, Tribology and Lubrication, Hip Joint Design, Computational Methods and Design Guidelines for Bearing Systems

**Agamemnon L. Crassidis**, BS, MS, Ph.D., State University of New York at Buffalo—Graduate Coordinator, Associate Professor, Aerospace Engineering, Nonlinear Dynamics and Controls

**Steven Day**, BS, Ph.D., University of Virginia—Associate Professor, Bioengineering, Implantable Devices, Fluids in Biosystems

**Alfonso Fuentes-Aznar**, MS, University of Murcia (Spain); Ph.D., National University of Distance Education (Spain)—Associate Professor, Gear Transmission, Enhanced Design Technologies for all Types of Gear Drives

**Hany A. Ghoneim**, BS, MS, Cairo University (Egypt); Ph.D., Rutgers University—Professor, Finite Elements, Vibrations

**Amitabha Ghosh**, B.Tech., M.Tech., Indian Institute of Technology (India); Ph.D., Mississippi State University—Professor, Computational Fluid Dynamics, Aerodynamics, Aerospace Engineering

**Mario W. Gomes**, BsE, Cornell University; MS, Georgia Institute of Technology; Ph.D., Cornell University—Assistant Professor, Sustainable Energy Systems

RIT0000246

Kate Gleason College of Engineering

**Surendra K. Gupta**, B.Tech., Indian Institute of Technology (India); MS, University of Notre Dame; Ph.D., University of Rochester—Professor, Materials Science, Computer Software, Image Processing

**Patricia Iglesias Victoria**, BSE, Ph.D., Polytechnic University of Cartagena (Spain)—Associate Professor, Friction and Wear, Tribology, Material Science

**Satish G. Kandlikar**, BE, Marathwada University (India); M.Tech., Ph.D., Indian Institute of Technology (India)—James E. Gleason Professor, Thermal Systems and Energy

**Mark Kempski**, BS, Purdue University; MS, Ph.D., State University of New York at Buffalo—Professor, Biomechanics, Bioengineering, Systems and Controls

**Jason R. Kolodziej**, BS, MS, Ph.D., State University of New York at Buffalo—Associate Professor, Hybrid Vehicle Technology and Renewable Energy

**Margaretha J. Lam**, BS, MS, State University of New York at Buffalo; Ph.D., Virginia Polytechnic Institute and State University—Senior Lecturer, Vibrations, Optimization

**Kathleen Lamkin-Kennard**, BS, Worcester Polytechnic Institute; MS, Ph.D., Drexel University—Associate Professor, Biomedical Engineering, Multi-physics Systems Modeling

**Alan H. Nye**, BS, MS, Clarkson College; Ph.D., University of Rochester—Associate Department Head for Outreach; Professor, Automotive Engineering, Design of Systems

**Ali Ogut**, B.Ch.E., Hacettepe University (Turkey); MS, Ph.D., University of Maryland—Professor, Fluid Mixing, Thermal Fluid Sciences, Energy and Environment

**Michael Schertzer**, B.Eng.Mgt., M.A.Sc., McMaster University (Canada); Ph.D., University of Toronto (Canada)—Assistant Professor, Lab on a Chip, Medical Diagnosis Devices, Energy Harvesting

**Michael Schrlau**, BS, University of Pittsburgh; Ph.D., University of Pennsylvania—Associate Professor, Bioengineering and Microsystems, Nanobiotechnology

**Robert Stevens**, BS, Swarthmore College; MS, North Carolina State University; Ph.D., University of Virginia—Associate Professor, Energy and Environment, MEMS, Thermal Properties, Energy Conversion, Thermoelectrics

## The John D. Hromi Center for Quality and Applied Statistics

**Mark W. Smith**, BS, University of Virginia; MS, University of Rochester—Director

**Vincent Buonomo**, BS, ME, Rochester Institute of Technology—Sr. Program Manager, ASQ Certified Quality Engineer, Master Black Belt in Lean Six Sigma

**Marcos Esterman**, BS, MS, Massachusetts Institute of Technology; Ph.D., Stanford University—Associate Professor, Systems Engineering, Product Development

**John T. Kaemmerlen**, BS, ME, Rochester Institute of Technology—Senior Lecturer, Lean Manufacturing, Process Improvement, Engineering Design

**Margaret Ochs**, BA, Georgetown University; MBA, University of Rochester—Sr. Program Manager, Black Belt in Lean Six Sigma

**Ruben A. Proano**, BS, Universidad San Francisco de Quito (Ecuador); MS, Ph.D., University of Illinois at Urbana- Champaign—Assistant Professor, Operations Research, Logistics/ Supply Chain Management

**Brian Thorn**, BS, Rochester Institute of Technology; MS, Ph.D., Georgia Institute of Technology—Associate Professor, Applied Statistics, Sustainable Design and Development, Life Cycle Assessment and Costing

## Microsystems Engineering

**Bruce W. Smith**, BS, MS, Ph.D., Rochester Institute of Technology—Director; Professor, Microlithography, Nanopatterning and Nanomaterials, Thin Films Materials and Processes

**Mustafa A. G. Abushagur**, BS, Tripoli University (Libya); MS, Ph.D., California Institute of Technology—Professor, Micro-optical Systems, Micro- and Nano-photonic Devices

**David Borkholder**, BS, Rochester Institute of Technology; MS, Ph.D., Stanford University—Bausch and Lomb Professor, Electrical and Microelectronic Engineering; Biosensors (electromagnetic and chemical), Biomedical Instrumentation MEMS Fabrication, Systems Engineering

**Denis R. Cormier**, BS, University of Pennsylvania; MS, State University of New York at Buffalo; Ph.D., North Carolina State University—Earl W. Brinkman Professor of Screw Machine Technology; Associate Professor, Industrial Engineering

**Lynn F. Fuller**, BS, MS, Rochester Institute of Technology; Ph.D., State University of New York at Buffalo—Professor, Microelectronic Engineering; IC Design, Semiconductor Manufacturing, MEMS and Microsystems

**Thomas R. Gaborski**, BS, Cornell University; MS, Ph.D., University of Rochester—Assistant Professor, Nanomaterials, Separations, Cellular Mechanics

**Karl D. Hirschman**, BS, MS, Rochester Institute of Technology; Ph.D., University of Rochester—Director, Semiconductor and Microsystems Fabrication Laboratory; Professor, Electrical and Microelectronic Engineering; Semiconductor Process Integration, Photonic Devices

**Seth M. Hubbard**, BS, Drexel University; MS, Case Western Reserve University; Ph.D., University of Michigan—Associate Professor, Physics, Epitaxial Crystal Growth, Growth and Characterization of Nanomaterials, High-efficiency Photovoltaic Devices, Semiconductor Device Design and Fabrication, Thin Films

**Satish G. Kandlikar**, BE, Marathwada University (India); M.Tech., Ph.D., Indian Institute of Technology (India)—James E. Gleason Professor, Mechanical Engineering; Thermal Systems and Energy

**Santosh Kurinec**, BS, MS, Ph.D., University of Delhi (India)—Professor, Electrical and Microelectronic Engineering; Electronic Materials and Devices, IC Processing, Quantum and Nanoscale Devices

**Kathleen Lamkin-Kennard**, BS, Worcester Polytechnic Institute; MS, Ph.D., Drexel University—Associate Professor, Biomedical Engineering, Multi-physics Systems Modeling

**Brian J. Landi**, BS, MS, Ph.D., Rochester Institute of Technology—Associate Professor, Chemical Engineering, Carbon Nanotubes, Batteries, Wires

**Blanca Lapizco-Encinas**, BS, MS, Instituto Tecnologico de Sonora (Mexico); Ph.D., University of Cincinnati—Associate Professor, Microfluidics, Microscale Electrokinetics and Bioseparations

**Parsian Katal Mohseni**, BS, Ph.D., McMaster University (Canada)—Assistant Professor, Nanomaterials Growth and Characterixation, III-V Epitaxy, Nanofabrication, Optoelectronics, Photovoltaics, MacEtch

**Kai Ni**, BS, University of Science and Technology of China; MS, Ph.D., Vanderbilt University—Assistant Professor, Nanoelectronic Devices, Neuromorphic Computing, Novel Computing Paradigms

**Stefan Preble**, BS, Rochester Institute of Technology; Ph.D., Cornell University—Associate Professor, Nanophotonics, Silicon Photonics, and Optics

**Ryne Raffaelle**, BS, MS, Southern Illinois University; Ph.D., University of Missouri-Rolla—Vice President for Research and Associate Provost, Professor

**Sean L. Rommel**, BS, Ph.D., University of Delaware—Associate Professor, Electrical and Microelectronic Engineering; Emerging Semiconductor Devices, Photonic Devices, Integration

RIT0000247

**Ferat E. Sahin**, BS, Istanbul Technical University (Turkey); MS, Ph.D., Virginia Polytechnic Institute and State University—Associate Professor, Electrical Engineering; Artificial Intelligence, Control Systems, Robotics

**Michael Schrlau**, BS, University of Pittsburgh; Ph.D., University of Pennsylvania—Assistant Professor, Bioengineering and Microsystems

**Jing Zhang**, BS, Huazhong University of Science and Technology (China); Ph.D., Lehigh University—Kate Gleason Assistant Professor, Electrical and Microelectronic Engineering; II-N Semiconductors, Light Emitters, Thermoelectric Devices

RIT0000248

# College of Engineering Technology

*S. Manian Ramkumar, Interim Dean*

*rit.edu/engineeringtechnology*

## Programs of Study

| Master of Science degrees in: | Page |
| --- | --- |
| ⊕ Construction Management, MS | 99 |
| ⊕ Environmental, Health and Safety Management, MS | 100 |
| Manufacturing and Mechanical Systems Integration, MS<br>*Concentrations available in: automated manufacturing, electronics packaging, management systems, product development, and quality management.* | 101 |
| Packaging Science, MS | 103 |
| Telecommunications Engineering Technology, MS | 104 |
| Print Media, MS | 106 |

## Advanced Certificates in:

| | |
| --- | --- |
| ⊕ Workplace Learning and Instruction, Adv. Cert. | 106 |

⊕ Online learning option available.

The diverse, graduate-level programs offered by the College of Applied Science and Technology represent RIT s commitment to curricular innovation, program flexibility, and academic rigor. The college is committed to advancing the state of the education we provide through research, the latest uses of technology, and current management theories and educational philosophies.

## Admission requirements

Each college makes all decisions regarding graduate admission. Please refer to the individual program descriptions for information regarding specificadmission criteria. For general graduate admission information, please refer to the Admission section of this bulletin.

## Financial aid and scholarship

Please refer to the Financial Aid and Scholarship section of this bulletin for information regarding financial aid, scholarships, grants, loans, and graduate assistantships.

## Faculty

The college s faculty bring a unique blend of academic credentials, scholarship, and significantindustrial experience into the classroom. Ongoing participation as professional consultants and researchers allows them to integrate the latest innovations, theories, and content into their classes. This blend creates a learning environment where both theoretical knowledge and application are important.

## Facilities

The college s facilities include state-of-the-art laboratories in support of courses that address current and future applications in the areas of electrical, computer, and telecommunications engineering technology; manufacturing and mechanical engineering technology; and packaging science. In addition to laboratories in computer networking and telecommunications, the college also offers a circuits studio, and mechanics and materials labs.

The Center for Integrated Manufacturing Studies gives graduate students the opportunity to test new technologies for actual companies seeking solutions to real problems. Continual upgrades to our computer laboratories mean we have technology that is considered the industry standard.

Most importantly, the academic leadership of our programs is world-renowned. In addition, our close ties to business and industry mean our course content is relevant and practical for tomorrow s managers, whether they oversee computer-integrated manufacturing or a resort hotel. Graduates are eagerly sought out by employers. We have a high placement rate that assures graduates can pick the best positions for their personal and professional development.

## Study options

Most graduate programs offer a variety of study options, including full-time, part-time, and online study. Please refer to each individual program for specific information regarding these options.

RIT0000249

## School of Engineering Technology

# Construction Management, MS

*www.rit.edu/study/construction-management-ms*
***Maureen Valentine, Professor***
***585-475-7398, msvite@rit.edu***

## Program overview

The master of science degree in construction management is specifically designed for experienced construction management professionals interested in advancing into leadership positions within the field. The program may also accommodate recent graduates of undergraduate programs in construction management or related disciplines.

The goals of the program are to provide graduates with the requisite strategic skills to lead and advance the construction industry. Graduates will develop competencies in leadership, construction cost analysis and control, construction operations management and productivity, construction business development, sustainable design and construction, and construction client relationship building. As part of the multidisciplinary nature of the program, a wide range of electives from different disciplines provides graduates with flexibility to take relevant courses across RIT. Core construction management courses in the program are taught by faculty with both field and research experience in the discipline.

### Plan of study

The program is hosted completely online and designed with the working professional in mind. You will have the convenience and flexibility to plan your course work around your work or personal commitments. The program consists of 30 credit hours and can be completed in as little as one and a half years of full-time study, or approximately 2 to 3 years of part-time study. The curriculum consists of core courses, professional electives, and a choice of a graduate thesis, project, or a comprehensive exam.

## Curriculum

### Construction Management, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CONM-650 | Principles of Construction Leadership and Management | 3 |
| CONM-690 | Sustainable Building Construction and Design | 3 |
| CONM-718 | Construction Operations and Productivity | 3 |
| CONM-720 | Construction Cost Analysis and Management | 3 |
| GRCS-701 | Research Methods | 3 |
| | Professional Electives | 6 |
| **Second Year** | | |
| CONM-760 | Construction Client Development | 3 |
| *Choose one of the following:* | | 6 |
| CONM-790 | Thesis, plus GRCS-702 Principles of Research Communications | |
| CONM-795 | Comprehensive Exam, plus two Professional Electives | |
| CONM-797 | Graduate Project, plus one Professional Elective | |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS in construction management, candidates must fulfill the following requirements:

- Hold a bachelor's degree with a minimum undergraduate GPA of 3.0 in construction management, civil engineering, civil engineering technology or related program that includes at least 15 semester hours of college level math and science. Applicants holding other bachelor degrees with appropriate, related work experience will be considered for admission on an individual basis,
- Have coursework or equivalent documented professional experience in cost estimating, planning & scheduling and project management.
- Business/management courses and a statistics course are strongly recommended.
- Have at least one-year relevant construction management experience. Those who lack appropriate work experience may be required to complete one or more semesters of related graduate co-operative work experience;
- If academic and/or work preparation is needed before being admitted and beginning graduate studies, applicants are encouraged to develop a plan with the program chair. Preparatory course(s) may be completed at RIT or with pre-approval may be completed at other universities. Each course must be completed with a grade of B or higher.
- Submit a completed, official graduate application, accompanied by official transcripts (in English) of all previously completed undergraduate and graduate course work;
- International applicants whose native language is not English must submit scores from the Test of English as a Foreign Language (TOEFL). A minimum score of 570 on the written exam, 230 on the electronic version of the exam, or 88 on the internet version of the exam is required.

RIT0000250

# Environmental, Health and Safety Management, MS

*www.rit.edu/study/environmental-health-and-safety-management-ms*
**Joseph Rosenbeck, Professor**
**5854756469, jmrcem@rit.edu**

## Program overview

Management of environmental, health and safety issues has changed significantly in recent years. The emergence of voluntary standards and codes of conduct, including international standards, coupled with the need to manage costs and limited resources, has resulted in a trend to move beyond regulatory compliance. Now, companies work toward sustainability through the use of integrated environmental and management systems, which are woven into key business processes. The environmental management masters provides students with a solid foundation in the managerial aspects of developing and implementing environmental, health and safety management systems that can move organizations toward a more sustainable and socially responsible future.

Although they are distinct disciplines, environmental management, occupational health, and workplace safety share many technical, regulatory, and organizational characteristics. Today's professionals need to be educated in all three areas. Graduates are employed by Fortune 100 companies, environmental, health and safety consultancies, universities, and government agencies such as the EPA, OSHA, and NYSDEC.

The MS degree in environmental, health and safety management provides students with a solid foundation in the managerial aspects of developing and implementing environmental, health and safety management systems that can move organizations toward a more sustainable and socially responsible future. In addition, students gain a solid technical foundation in air emissions, wastewater, solid and hazardous waste, occupational safety and occupational health (industrial hygiene). Elements of sustainability are integrated into most core courses and some electives.

The program consists of 30 credit hours and may be completed entirely through online learning, or via a combination of online and traditional on-campus courses. The curriculum includes core courses, professional electives, and a choice of a thesis, capstone project, or comprehensive exam.

### Cooperative education

Full-time students are eligible to participate in RIT's cooperative education program. After completing two semesters (a minimum of 18 credit hours), students may request approval to complete up to one year of cooperative education employment related to their field of study.

### Professional electives

Professional electives are subject to availability and include Fire Protection, Occupational Health, Solid and Hazardous Waste Management, Industrial Wastewater Management, Air Emissions Management, Occupational Safety, Mechanical and Electrical Controls and Standards, EHS Law, EHS Accounting and Finance, EHS Project Management, and Organizational Behavior and Leadership. Additional professional electives are available in topics such as business management, quality, sustainability, and other areas.

## Curriculum

### Environmental, Health and Safety Management (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| ESHS-720 | Environmental, Health and Safety Management | 3 |
| ESHS-740 | EHS Management System Design | 3 |
| ESHS-755 | Corporate Social Responsibility | 3 |
| ESHS-760 | Integrating EHS Management | 3 |
| ESHS-780 | EHS Internal Auditing | 3 |
| ESHS-790 | Thesis | 3 |
| GRCS-701 | Research Methods | 3 |
| GRCS-702 | Principles of Research Communications | 3 |
| | Professional Electives | 6 |
| **Total Semester Credit Hours** | | **30** |

### Environmental, Health and Safety Management (capstone project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| ESHS-720 | Environmental, Health Safety Management | 3 |
| ESHS-740 | EHS Management System Design | 3 |
| ESHS-755 | Corporate Social Responsibility | 3 |
| ESHS-760 | Integrating EHS Management | 3 |
| ESHS-780 | EHS Internal Auditing | 3 |
| ESHS-797 | Graduate Project | 3 |
| GRCS-701 | Research Methods | 3 |
| | Professional Electives | 9 |
| **Total Semester Credit Hours** | | **30** |

### Environmental, Health and Safety Management (comprehensive exam option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| ESHS-720 | Environmental, Health and Safety Management | 3 |
| ESHS-740 | EHS Management System Design | 3 |
| ESHS-755 | Corporate Social Responsibility | 3 |
| ESHS-760 | Integrating EHS Management | 3 |
| ESHS-780 | EHS Internal Auditing | 3 |
| ESHS-795 | Comprehensive Exam | 0 |
| GRCS-701 | Research Methods | 3 |
| | Professional Electives | 12 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS program in environmental, health and safety management, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum grade point average of 3.0 (or equivalent) over the junior- and senior-level years.
- Have completed at least 9 semester hours of college-level course work in the sciences, with at least 3 semester credit hours in each of the following categories: chemistry, biology, and physics.
- Submit a one-page personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit two professional letters of recommendations.
- Submit two writing samples to demonstrate written communication skills.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement of waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000251

- Applicants with acceptable professional certification(s) and/or work experience may have prerequisite science course work waived.
- Applicants without formal academic training or documented experience in air emissions, waste water, solid and hazardous waste, occupational health, or occupational safety may be required to take professional electives in these areas. Students may complete a graduate cooperative education placement during their program of study.
- Graduate Record Examination (GRE) scores are not required; however, applicants may submit test scores to support their candidacy.

## Additional information

### Transfer credit
With the permission of the department, relevant graduate course work may be transferred into the program, per the maximum number of credit hours allowed.

### International students
International students enrolled in courses at the RIT campus are required to take at least two traditional classroom courses and one or two online courses per semester. In addition, international students are solely responsible for meeting the requirements of their government and other sponsors, as applicable.

# Manufacturing and Mechanical Systems Integration, MS

www.rit.edu/study/manufacturing-and-mechanical-systems-integration-ms
*Betsy Dell, Professor*
*585-475-6577, emdmet@rit.edu*

## Program overview

The MS in manufacturing and mechanical systems integration is designed for individuals who wish to achieve competence in mechanical or manufacturing engineering. The program combines engineering, business, and management functions to effectively guide and lead in a range of manufacturing enterprises.

The program is offered by the department of manufacturing and mechanical engineering technology in collaboration with Saunders College of Business and the Kate Gleason College of Engineering.

### Plan of study
The program consists of 36 semester credit hours and is comprised of core courses, a three-course concentration, electives, and a capstone project, thesis, or comprehensive exam. Concentrations are available in product design, automation, quality, or electronics manufacturing. Students may be required to take additional prerequisite courses depending on their background and the concentration they select. The graduate director may approve the waiver of courses in the prerequisite group from graduation requirements, depending on a student's academic and employment background.

*Cooperative education*
Full-time students are eligible to participate in RIT's cooperative education program. After completing two semesters (a minimum of 18 credit hours), students may request approval to complete up to one year of cooperative education employment related to their field of study.

*Electives*
The number of electives is based on whether the student chooses to complete a thesis, capstone project, or comprehensive exam. The thesis option requires one elective; the capstone project requires two electives, and the comprehensive exam option requires three electives. Elective courses can be any course from a different concentration from the one chosen, a graduate-level course from another program (if approved by the graduate director and faculty member teaching the course), or an independent study course (if approved by the student's graduate program director).

## Curriculum

### Manufacturing and Mechanical Systems Integration (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ACCT-706 | Cost Management | 3 |
| GRCS-701 | Research Methods | 3 |
| MFET-600 | MMSI Graduate Seminar | 0 |
| MFET-650 | Manufacturing and Mechanical Systems Fundamentals | 3 |
| MFET-730 | Six Sigma for Design and Manufacturing | 3 |
| MFET-788 | MMSI Thesis Planning | 3 |
| STAT-670 | Design of Experiments | 3 |
| | MMSI Concentration Courses | 6 |
| **Second Year** | | |
| DECS-744 | Project Management | 3 |
| MFET-790 | MMSI Thesis | 3 |
| | Elective* | 3 |
| | MMSI Concentration Course | 3 |
| **Total Semester Credit Hours** | | **36** |

RIT0000252

College of Engineering Technology

## Manufacturing and Mechanical Systems Integration (capstone project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ACCT-706 | Cost Management | 3 |
| GRCS-701 | Research Methods | 3 |
| MFET-600 | MMSI Graduate Seminar | 0 |
| MFET-650 | Manufacturing and Mechanical Systems Fundamentals | 3 |
| MFET-730 | Six Sigma for Design and Manufacturing | 3 |
| STAT-670 | Design of Experiments | 3 |
| | MMSI Concentration Courses | 6 |
| | Elective* | 3 |
| **Second Year** | | |
| DECS-744 | Project Management | 3 |
| MFET-797 | MMSI Capstone Project | 3 |
| | MMSI Concentration Course | 3 |
| | Elective* | 3 |
| **Total Semester Credit Hours** | | **36** |

## Manufacturing and Mechanical Systems Integration (comprehensive exam option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ACCT-706 | Cost Management | 3 |
| GRCS-701 | Research Methods | 3 |
| MFET-600 | MMSI Graduate Seminar | 0 |
| MFET-650 | Manufacturing and Mechanical Systems Fundamentals | 3 |
| MFET-730 | Six Sigma for Design and Manufacturing | 3 |
| STAT-670 | Design of Experiments | 3 |
| | MMSI Concentration Courses | 6 |
| | Elective* | 3 |
| **Second Year** | | |
| MFET-795 | MMSI Comprehensive Exam | 0 |
| DECS-744 | Project Management | 3 |
| | MMSI Concentration Course | 3 |
| | Electives* | 6 |
| **Total Semester Credit Hours** | | **36** |

* Elective courses must be chosen from the list of concentration courses, but must be outside of the concentration the student has chosen as part of their program of study.

## Concentrations

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **Automated Manufacturing** | | |
| ISEE-610 | Systems Simulation | 3 |
| MFET-670 | Manufacturing Automation Control | 3 |
| MFET-685 | Robots & CNC in Integrated Manufacturing | 3 |
| **Electronics Packaging** | | |
| MFET-655 | Surface Mount Electronics Manufacturing | 3 |
| MFET-656 | Advanced Concepts in Semiconductor Packaging | 3 |
| TCET-740 | Fiber Optic Telecommunications Technology | 2 |
| TCET-741 | Fiber Optic Telecommunications Technology Lab | 1 |
| **Management Systems** | | |
| DECS-743 | Operations and Supply Chain Management | 3 |
| MGMT-740 | Organizational Behavior and Leadership | 3 |
| MGMT-742 | Technology Management | 3 |
| **Product Development** | | |
| MCET-620 | Robust Design & Production Systems | 3 |
| MCET-670 | Concept Design & Critical Parameter Management | 3 |
| MCET-720 | Product & Production System Development & Integration | 3 |
| **Quality Management** | | |
| MCET-620 | Robust Design & Production Systems | 3 |
| STAT-621 | Statistical Quality Control | 3 |
| STAT-641 | Applied Linear Models - Regression | 3 |

## Admission requirements

To be considered for admission to the MS program in manufacturing and mechanical systems integration, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in the field of engineering, engineering technology, or computing. Students with degrees in other disciplines will be considered on an individual basis.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have completed college level course work in computer programming and probability and statistics.
- Have a minimum cumulative GPA of 3.0 (or equivalent). Applicants with a lower GPA will be evaluated on a case-by-case basis and may be admitted on a probationary basis. These students will have to secure a B or better average in the first three graduate courses to be considered for full admission.
- Submit a one-page personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 80 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000253

# Packaging Science, MS

*www.rit.edu/study/packaging-science-ms*
***Erin Aaron, Senior Staff Assistant***
***585-475-2278, eeaast@rit.edu***

## Program overview

Designed to educate packaging professionals to become experts in the packaging development process, the MS degree in packaging science focuses on how to select raw materials, design, and create functional packaging that withstands environmental, chemical, and physical hazards during distribution and transportation, and to create aesthetically pleasing packages to pique consumer interest. Through a combination of theoretical and application-focused learning experiences, students gain comprehensive knowledge related to packaging design, package testing, product marketing, project management, and quality control.

The packaging science program consists of 36 credit hours comprised of six required core courses, elective courses, and either a comprehensive exam, a capstone project, or a thesis. The total number of elective courses depends on the student's choice of the exam, project, or thesis option. Faculty advisors assist in selecting an option that best meets a student's career aspirations.

### Elective courses

All elective courses are approved by the student's advisor and must meet degree requirements. In certain circumstances, with pre-approval by the graduate advisor and where individual need indicates appropriateness, a limited number of upper-level undergraduate courses may be used to fulfill elective credit. Students, with advisor permission, may include independent study as part of their elective credits. However, independent study may not be used toward the required packaging core course work. Courses selected for elective credit may be combined to create special areas of focus with program chair approval.

### Cooperative education

Full-time students may choose to complete cooperative education. After completing two semesters of study (a minimum of 18 credit hours), students may request approval to complete up to one year of cooperative education employment related to their field of study.

### Green Belt – Lean Six Sigma

Students may elect to pursue Green Belt certificate in Lean Six Sigma with the completion of the thesis or capstone project. Certification requires students to complete the Lean Six Sigma Yellow Belt Certification training program as one of their electives. Upon completion, student must implement the fundamentals of Lean Six Sigma within their thesis or capstone project.

## Curriculum

### Packaging Science (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| GRCS-701 | Research Methods | 3 |
| GRCS-702 | Principles of Research Communications | 3 |
| PACK-730 | Packaging and the Environment | 3 |
| PACK-742 | Distribution Systems | 3 |
| PACK-763 | Packaging for End Use | 3 |
| | Packaging Electives | 9 |
| **Second Year** | | |
| PACK-783 | Advanced Packaging Dynamics | 3 |
| PACK-790 | Research Thesis | 6 |
| | Packaging Elective | 3 |
| **Total Semester Credit Hours** | | **36** |

### Packaging Science (capstone project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| GRCS-701 | Research Methods | 3 |
| PACK-742 | Distribution Systems | 3 |
| PACK-730 | Packaging and the Environment | 3 |
| PACK-763 | Packaging for End Use | 3 |
| | Packaging Electives | 12 |
| **Second Year** | | |
| PACK-783 | Advanced Packaging Dynamics | 3 |
| PACK-797 | Graduate Project | 3 |
| | Packaging Electives | 6 |
| **Total Semester Credit Hours** | | **36** |

### Packaging Science (comprehensive exam option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| GRCS-701 | Research Methods | 3 |
| PACK-742 | Distribution Systems | 3 |
| PACK-730 | Packaging and the Environment | 3 |
| PACK-763 | Packaging for End Use | 3 |
| | Packaging Electives | 12 |
| **Second Year** | | |
| PACK-783 | Advanced Packaging Dynamics | 3 |
| PACK-795 | Comprehensive Examination | 0 |
| | Packaging Electives | 9 |
| **Total Semester Credit Hours** | | **36** |

## Admission requirements

To be considered for admission to the MS program in packaging science, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Have a minimum cumulative GPA of 3.0 (or equivalent) in the final two years of undergraduate course work.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Graduate Record Exam (GRE) scores are not required. However, in cases where there may be some question of the capability of an applicant to complete the program, applicants may wish to submit scores to strengthen their application.
- Students who do not have an equivalent bachelor's degree in packaging science will be evaluated and the appropriate undergraduate bridge courses will be prescribed. These courses may not be used for credit toward the MS degree.
- Applicants are required to have one semester of physics (mechanics focus), one semester of calculus, one year of chemistry (including organic chemistry), statistics, and basic computer literacy.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Students who do not have an equivalent bachelor's degree in packaging science will be evaluated and the appropriate undergraduate bridge courses will be prescribed. These courses may not be used for credit toward the MS degree.
- Applicants are required to have one semester of physics (mechanics focus), one semester of calculus, one year of chemistry (including organic chemistry), statistics, and basic computer literacy.

College of Engineering Technology

## Additional information

### Advising

Students are appointed an academic advisor who works with the program coordinator to develop a program of study. Students follow their program of study to complete their degree requirements and, with advisor approval, choose packaging electives that enhance their career objectives. Students choose a faculty advisor with approval from their program coordinator for their thesis or project. The faculty advisor guides the student on topic choice and works with the program coordinator for approval and timely completion of the thesis or project.

# Telecommunications Engineering Technology, MS

*www.rit.edu/study/telecommunications-engineering-technology-ms*
**William Johnson, Professor**
**585-475-2140, wpjiee@rit.edu**

## Program overview

The telecommunications industry has driven technological innovation and provided outstanding career opportunities for people with the right technical and leadership skills. New services offered through the internet, mobility via wireless technology, and extreme capacity created by fiber optics, as well as the evolution of policy and regulation, are shaping the telecommunication network of the future. The MS in telecommunications engineering technology focuses on developing an advanced level of skill and knowledge needed by future leaders in the industry. This program is designed for individuals who seek advancement into managerial roles in the dynamic telecommunications environment.

The telecommunications engineering technology program requires 33 credit hours of study and includes eight core courses that introduce essential fundamental concepts and skills. Students are required to complete a comprehensive exam, a capstone project, or a thesis. The remaining credits consist of technical electives or other approved graduate courses.

### Electives

Students may take three credit hours of elective course work from other graduate programs subject to the approval of the graduate program director. Students often choose courses from Saunders College of Business, Golisano College of Computing and Information Sciences, or Kate Gleason College of Engineering. The number of elective credits depends upon the student's choice of a thesis, project, or comprehensive exam.

### Research and cooperative education

Students have the opportunity to apply for research projects or participate in a cooperative education experience. While not a requirement, these opportunities increase the value of the program and the marketability of its graduates. Full-time students may choose to complete cooperative education after completing two semesters (a minimum of 18 credit hours of study), students may request approval to complete up to one year of cooperative education employment related to their field of study.

### Comprehensive Exam/Project/Thesis options

All students are required to complete a comprehensive exam at the conclusion of their course work. The comprehensive exam focuses on knowledge of the core competencies, theory and foundation principles, and application of this knowledge to a variety of scenarios. Students who wish to complete a graduate project or a thesis in place of the comprehensive exam must have the approval of the faculty and the graduate program director.

RIT0000255

## Curriculum

### Telecommunications Engineering Technology (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| TCET-710 | Principles of Telecommunications Networks | 3 |
| TCET-720 | Telecommunications Concepts | 3 |
| TCET-740 | Fiber Optic Telecommunications Technology | 2 |
| TCET-741 | Fiber Optic Telecommunications Technology Lab | 1 |
| TCET-750 | Wireless Infrastructure & Policy | 3 |
| TCET-760 | Network Planning & Design | 3 |
| GRCS-701 | Research Methods | 3 |
| | Elective | 3 |
| **Second Year** | | |
| TCET-747 | Next Generation Networks | 3 |
| TCET-790 | Graduate Thesis | 6 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **33** |

### Telecommunications Engineering Technology (capstone project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| TCET-710 | Principles of Telecommunications Networks | 3 |
| TCET-750 | Wireless Infrastructure & Policy | 3 |
| GRCS-701 | Research Methods | 3 |
| TCET-740 | Fiber Optic Telecommunications Technology | 2 |
| TCET-741 | Fiber Optic Telecommunications Technology Lab | 1 |
| TCET-720 | Telecommunications Concepts | 3 |
| TCET-760 | Network Planning & Design | 3 |
| | Elective | 3 |
| **Second Year** | | |
| TCET-747 | Next Generation Networks | 3 |
| TCET-797 | Graduate Project | 3 |
| | Electives | 6 |
| **Total Semester Credit Hours** | | **33** |

### Telecommunications Engineering Technology (comprehensive exam option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| TCET-710 | Principles of Telecommunications Networks | 3 |
| TCET-750 | Wireless Infrastructure & Policy | 3 |
| GRCS-701 | Research Methods | 3 |
| TCET-740 | Fiber Optic Telecommunications Technology | 2 |
| TCET-741 | Fiber Optic Telecommunications Technology Lab | 1 |
| TCET-720 | Telecommunications Concepts | 3 |
| TCET-760 | Network Planning & Design | 3 |
| | Elective | 3 |
| **Second Year** | | |
| TCET-747 | Next Generation Networks | 3 |
| TCET-795 | TCET Comprehensive Exam | 0 |
| | Electives | 9 |
| **Total Semester Credit Hours** | | **33** |

## Admission requirements

To be considered for admission to the MS program in telecommunications engineering technology, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in engineering technology, engineering, or a related area.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit two professional letters of recommendation.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Applicants with a lower TOEFL score may be admitted conditionally and may be required to take a prescribed program in English and a reduced program course load.
- International applicants from universities outside the United States must submit scores from the Graduate Record Examination (GRE).
- While GRE scores are not required for applicants submitting transcripts from American universities, they are recommended for those whose undergraduate grade point average is below 3.0.

## Additional information

### Transfer credit

A limited number of credit hours may be transferred from an accredited institution. Please consult the department chair for more information.

### Prerequisite courses

Students may be required to take additional prerequisite courses depending on their background and the concentration they select. The graduate director may approve the waiver of courses in the prerequisite group from graduation requirements, depending on a student's academic and employment background.

### Programming skills requirement

Students are required to have sufficient programing knowledge and skills to assure successful completion of course work. During orientation students will complete a programming qualification assessment. Students who do not take the exam or who do not earn a satisfactory grade will be required to take (TCET-601) as a bridge course to make up any deficiencies in their knowledge of programming. This bridge course does not count towards degree completion.

RIT0000256

College of Engineering Technology

# Workplace Learning and Instruction, Adv. Cert.

www.rit.edu/study/workplace-learning-and-instruction-adv-cert
*Linda Tolan, Professor*
*585-475-5078, latcad@rit.edu*

## Program overview

Senior leaders in the most successful businesses agree that leveraging the human capital of an organization is vital to survival in today's competitive business climate. This requires businesses to align employee development plans with strategy and provide targeted learning experiences to ensure they equip their workforce to perform at the peak of their capability, attract the best candidates, and retain the most qualified employees.

The advanced certificate in workplace learning and instruction provides professionals with the competencies required to develop highly effective learning materials that drive strategic employee development, boost performance, and manage the employee development efforts of an organization.

## Curriculum

**Workplace Learning and Instruction, advanced certificate, typical course sequence**

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| EDLI-730 | Theories of Learning | 3 |
| EDLI-733 | Instructional Design | 3 |
| EDLI-755 | Learning Assessment and Evaluation | 3 |
| EDLI-756 | Learning Design and Technology | 3 |
| **Total Semester Credit Hours** | | **12** |

## Admission requirements

To be considered for admission to the advanced certificate in workplace learning and instruction, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

# Print Media, MS

www.rit.edu/study/print-media-ms
*Bruce Myers, Associate Professor*
*585-475-5224, blmppr@rit.edu*

## Program overview

The MS program in print media offers students an opportunity to explore new areas of research in the graphic communications field. The program's faculty and curriculum focus on establishing quality and efficiencies pertaining to business, technology, and processes in graphic communications. Recent student research includes 3D printing quality analysis, consumer preferences for printed textiles, user experience in digital publishing, and implementation of lean techniques in printing. Our faculty are experts in many different areas, including print, business, color management, web and IT, digital publishing, imaging, and typography. Students have the opportunity to get hands-on experience by working with faculty as graduate assistants either in the classroom or assisting with faculty research. Graduates are employed as industry leaders in advertising, publishing, business operations, communication processes, and product developments.

**Plan of study**
The program requires 36 credit hours of study and includes seven core courses, three electives, and a thesis. The thesis provides an opportunity for students to explore in-depth research and present their findings.

*Electives*
The program encourages cross-disciplinary and interdepartmental collaboration. Students may choose elective courses from a variety of courses offered in the School of Media Sciences or with other graduate departments and programs at RIT with approval of the graduate director.

*Thesis*
All students are required to complete a research thesis that demonstrates original thinking and creativity in the search for new knowledge in the graphic communication industry. Students work with expert faculty and focus on a particular topic of thesis research in areas including content management, publishing workflows, typography and layout, business trends, color management, media processes, materials, and applications of printing.

## Curriculum

**Print Media, MS degree, typical course sequence**

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| DECS-782 | Statistical Analysis for Decision Making | 3 |
| PPRT-601 | Materials and Processes in Printing | 3 |
| PPRT-602 | Tone and Color Analysis | 3 |
| PPRT-603 | Operations Management in the Graphic Arts | 3 |
| PPRT-703 | Cross Media Workflow | 3 |
| PPRT-704 | Research Methods and Trends in Graphic Media | 3 |
| PPRT-780 | Thesis Seminar | 3 |
| | Free Elective | 3 |
| **Second Year** | | |
| PPRT-790 | Thesis | 6 |
| PPRT-892 | Continuation of Thesis Print Media | 0 |
| | Free Electives | 6 |
| **Total Semester Credit Hours** | | **36** |

## Admission requirements

To be considered for admission to the MFA program in print media, candidates must fulfill the following requirements:

RIT0000257

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent). Applicants with a GPA below 3.0 may be considered, but are required to submit standard GRE scores.
- Submit scores from the GRE.
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 80 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000258

**College of Engineering Technology**

## Faculty

**S. Manian Ramkumar,** BE, PSG, College of Technology-Bharathiar (India); ME, Rochester Institute of Technology; Ph.D., State University of New York at Binghamton—Dean

**Linda A. Tolan,** BS, State University College at Geneseo; MS, Rochester Institute of Technology; Ph.D., Andrews University; NCC—Senior Associate Dean for Curriculum Innovation, Human Resources and Engagement; Professor

**Michael Eastman,** BS, MS, Rochester Institute of Technology, Ph.D., University at Buffalo— Associate Dean for Academic Programs and Continuous Improvement; Professor

**Sean T. Bennett,** BS, Clarkson University; M.Ed ., State University College at Brockport; Ed.M., Harvard University; Ed.D., University of Pennsylvania— Assistant Dean for Academic Operations and Student Success

**Rebecca L. Sumner,** AB, Franklin and Marshall College; MA, Ph.D., University of Rochester—Assistant Dean for Research Development

## School of Engineering Technology

### Civil Engineering Technology

**Amanda Bao,** BS, MS, Tianjin University (China); Ph.D., University of Colorado at Boulder— Associate Professor

**Harry G. Cooke,** PE, BS, Northwestern University; MSCE, University of Texas; Ph.D., Virginia Polytechnic Institute—Associate Professor

**Todd Dunn,** PE, BS, Dartmouth College; MSCE, University of California—Associate Professor

**Abdullah Faruque,** PE, B.Sc., Bangladesh University of Engineering and Technology (India); M.A.Sc., Ph.D., University of Windsor (Canada)—Associate Professor

**Robert E. McGrath Jr.,** PE, BCE, Rensselaer Polytechnic Institute; MSCE, Syracuse University— Professor Emeritus

**Mark Piterman,** MCE, Odessa Marine Engineers Institute (Ukraine)—Professor Emeritus

**Maureen S. Valentine,** PE, BSCE, Tufts University; MECE, Virginia Polytechnic Institute—Interim Department Chair; Professor

**Gretchen L. Wainwright,** BS, MS, Rensselaer Polytechnic Institute; PE—CET Undergraduate Program Coordinator; Senior Lecturer

**Scott B. Wolcott,** PE, BS, MS, State University of New York at Buffalo— CET Faculty Associate for Study Abroad Initiatives; Professor

**Teresa Wolcott,** BS, State University of New York at Buffalo; MS, Rochester Institute of Technology—Principle Lecturer

### Environmental, Healthy and Safety Management

**Josh Goldowitz,** BS, State University of New York at Binghamton; MS, University of Arizona—Professor

**Lisa Greenwood**, BS, Rochester Institute of Technology; MS, University of New Haven; Ph.D., State University of New York College of Environmental Science and Forestry—Assistant Professor

**John Morelli,** PE, BS, Syracuse University; MS, Ph.D., State University of New York College of Environmental Science and Forestry—Professor Emeritus

**Joseph M. Rosenbeck,** CSP, BS, MS, Central Missouri State University—Graduate Program Director; Professor

**Jennifer L. Schneider,** CIH, BA, Roberts Wesleyan College; MS, University of Rochester; Ph.D., University of Massachusetts—Professor

### Electrical, Computer, and Telecommunications Engineering Technology

**Miguel Bazdresch,** BE, Western Institute of Technology and Higher Studies (Mexico); ME, National Polytechnic Institute (Mexico); Ph.D., National Higher School of Telecommunications (France)— Associate Professor

**Clark Hochgraf,** BS, State University of New York at Buffalo; Ph.D., University of Wisconsin at Madison—Associate Professor

**Mark J. Indelicato,** BEEE, Manhattan College; MS, Polytechnic University—Associate Professor

**William P. Johnson,** BA, Kings College; BSEE, MSEE, Syracuse University; JD, University at Buffalo Law School—Professor

**Sungyoung Kim,** BE, Sogang University (Korea); MM, Ph.D., McGill University (Canada)— Associate Professor

**Warren L. G. Koontz,** BSEE, University of Maryland; MSEE, Massachusetts Institute of Technology; Ph.D., Purdue University—Professor Emeritus

**James H. Lee,** PE, BS, California Polytechnic State University; MS, Ph.D., Texas A&M University—Acting Department Chair; Program Director for Graduate Studies and Research; Associate Professor

**Drew Maywar,** BS, MS, Ph.D., University of Rochester—Associate Professor

RIT0000259

## Manufacturing and Mechanical Engineering Technology/Packaging Science

**Ronald F. Amberger,** PE, BME, Rensselaer Polytechnic Institute; ME, Pennsylvania State University—Professor Emeritus

**Beth A. Carle,** BSE, University of Pittsburgh; MS, Ph.D., University of Illinois; EIT Professional Certification—Professor

**Elizabeth M. Dell,** BSME, General Motors Institute; MS, University of Michigan—Paul A. Miller Professorship; Professor

**Robert D. Garrick,** BSEE, GMI Engineering and Management Institute; MBA, Rochester Institute of Technology; MS, University of Rochester; Ph.D., University of South Carolina—Acting Department Chair, Professor

**Martin Gordon,** PE, BSME, MSME, MBA, State University of New York at Buffalo—Program Director for Undergraduate Studies, Professor

**Seung H. Kim,** BS, Hanyang University (South Korea); MS, Ph.D., University of Illinois—Associate Professor

**William Leonard,** AAS, State University College at Canton; BS, MS, Rochester Institute of Technology—Mechanical Engineering Technology Program Chair; Associate Professor

**Ti-Lin Liu,** MS, Tsinghua University (China)—Associate Professor

**Carl A. Lundgren,** BS, Rensselaer Polytechnic Institute; MBA, University of Rochester— Professor Emeritus

**Jennifer A. O'Neil,** BS, Rochester Institute of Technology; Ph.D., Purdue University—Assistant Professor

**Michael J. Parthum Sr.,** BS, MS, Rochester Institute of Technology—Associate Professor

**Michael J. Slifka,** BS, MS, Rochester Institute of Technology—Senior Lecturer

**John A. Stratton,** PE, BS, Rochester Institute of Technology; MS, Rensselaer Polytechnic Institute—Professor Emeritus

**Larry A. Villasmil,** BSME, Universidad del Tachira (Venezuela); MSME, Ph.D., Texas A&M University—Associate Professor

## Packaging Science

**Carlos Diaz-Acosta,** BS, MS, Universidad de los Andes (Colombia), Ph.D., Michigan State University—Associate Professor

**Changfeng Ge,** BSME, MSME, Tongji University (China); Ph.D., University of Dortmund (Germany)—Graduate Program Director: Professor

**Daniel L. Goodwin,** BS, MS, Ph.D., Michigan State University—Professor Emeritus

**Deanna M. Jacobs,** BS, State University College at Plattsburgh; MA, State University College at Geneseo; MS, Rochester Institute of Technology—Professor Emeritus

**Daniel P. Johnson,** BS, MS, Rochester Institute of Technology—Department Chair; Professor

**Georgios Koutsimanis,** BS, MS, Aristotle University of Thessaloniki (Greece)—Lecturer

**Karen L. Proctor,** BS, Michigan State University; MBA, Rochester Institute of Technology—Professor

**Patricia Poteat,** BA, University of Rochester; MS, Rochester Institute of Technology; Ph.D., University of Rochester—Senior Lecturer

RIT0000260

# College of Health Sciences and Technology

*Daniel Ornt, Dean*
*rit.edu/healthsciences*

## Programs of Study

| Master of Science degree in: | Page |
| --- | --- |
| ⊙ Health Systems Management, MS | 111 |

| Master of Fine Arts degree in: | |
| --- | --- |
| Medical Illustration, MFA | 113 |

| Advanced Certificate in: | |
| --- | --- |
| ⊙ Health Care Finance, Adv. Cert. | 111 |

⊙ Online learning option available.

The United States faces a looming shortage of many types of health care professionals, including nurses, physicians, dentists, pharmacists, and allied health workers. The college, housed in the Institute of Health Sciences and Technology, serves as an independent academic and research entity designed to provide a focused, interdisciplinary, and systems approach to innovative health care education, applied/translational research, and community outreach. The institute incorporates three major thrusts: the College of Health Sciences and Technology, a Health Science Research Center, and a Health Science Community Collaboration and Outreach Center.

The college offers clinically related and biomedical research-based programs to meet both the present and future needs of the health care system. The college s faculty and staff are committed to delivering high quality educational programs. Building on a foundation of liberal arts and basic sciences, students will gain advanced knowledge in theoretical science and practical applications in experiential learning environments. These experiences prepare students to serve as practitioners, scientists, and leaders through their contribution to, and the provision of, high-quality patient care, health care service, and/or applied, translational biomedical research.

### Admission requirements
Each college makes all decisions regarding graduate admission. Please refer to the individual program descriptions for information regarding specific admission criteria. For general graduate admission information, please refer to the Admission section of this bulletin.

### Financial aid and scholarships
Please refer to the Financial Aid and Scholarship section of this bulletin for information regarding financial aid, scholarships, grants, loans, and graduate assistantships.

### Faculty
Faculty members in the college have considerable experience in their respective fields of discipline. Basic science and clinical faculty work side-by-side to provide students with a comprehensive learning experience to prepare them for their chosen health care related career.

### Facilities and resources
In addition to facilities shared with the College of Science and the College of Imaging Arts and Sciences, the Center for Bioscience Education and Technology (CBET) provides a comprehensive environment to support academic, community, and career-training programs in the emerging life and medical sciences. The facility consists of multi-purpose, high-tech laboratories and classrooms for work-force development, academic programs, continuing education programs, research, K-12 student workshops, and secondary school training programs.

RIT0000261

# Health Care Finance, Adv. Cert.

*www.rit.edu/study/health-care-finance-adv-cert*
***Carla Stebbins, Senior Lecturer***
***585-475-4761, casihst@rit.edu***

## Program overview

The advanced certificate in health care finance is an ideal way for health care professionals to deepen their understanding of health care financial management. The four-course, 12 credit hour curriculum supports student understanding how the US health care system is financed, the impact of efforts to reform the system, as well as the development of financial management skills within for-profit and not-for-profit health care organizations. To meet the needs of working professionals, courses in this advanced certificate are available online.

The advanced certificate may serve as a stand-alone credential, or, at a later date be applied to the MS program in health systems management.

## Curriculum

**Health Care Finance, advanced certificate, typical course sequence**

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| HLTH-730 | Health Care Financial Management I: Principles & Practice | 3 |
| HLTH-731 | Health Care Financial Management II: Concepts/ Applications | 3 |
| HLTH-735 | Management of Risk in Health Care | 3 |
| HLTH-737 | Lean Sigma in Health Care | 3 |
| **Total Semester Credit Hours** | | **12** |

## Admission requirements

To be considered for admission to the advanced certificate in health care finance, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit two letters of recommendation from individuals who have the opportunity to observe the applicant's work output.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

Please note: Certain countries are subject to comprehensive embargoes under US Export Controls, which prohibit virtually ALL exports, imports, and other transactions without a license or other US Government authorization. Learners from Syria, Sudan, North Korea, the Crimea region of the Ukraine, Iran, and Cuba may not register for RIT online courses. Nor may individuals on the United States Treasury Department's list of Specially Designated Nationals or the United States Commerce Department's table of Deny Orders. By registering for RIT online courses, you represent and warrant that you are not located in, under the control of, or a national or resident of any such country or on any such list.

# Health Systems Management, MS

*www.rit.edu/study/health-systems-management-ms*
***Carla Stebbins, Senior Lecturer***
***585-475-4761, casihst@rit.edu***

## Program overview

*A health administration degree driven by today's health care imperatives*

Critical success factors driving health care systems today are often referred to as the Quadruple Aim:
1. Improve the health of populations
2. Enhance the quality of care for individuals
3. Reduce the per capita cost of health care
4. Improve the work life of care providers
Successfully managing strategy, finance, patient experience, and operations in the highly regulated and unique health care sector requires specialized competencies and expertise beyond a traditional MBA. The master of science in health systems management is the currency needed to advance and perform in health care systems today.

## Plan of study

This health administration master's degree is a 39-credit applied, competency-based, and industry-focused online degree. Unique to this degree, you will have the opportunity to attend two on-campus leadership immersions, blending the flexibility of online learning with the value of face-to-face networking and interaction. You will take case-based, dynamic, and interactive courses focused on key health care topics including economics and policy, health IT and decision support, ethics, systems quality, and organizational learning.

Business and leadership courses prepare you to tackle issues involving financial management, quality improvement, operations, and strategy formulation—all within the context of real-world health care trends and challenges. You'll be well prepared to develop, direct, and implement strategy and tactics that will shape the health care organizations of the future.

**On-campus leadership immersion**
To best profer highly developed leadership skills, you will have the valuable opportunity to attend two on-campus, hands-on, application-based learning and networking experiences. You will work closely with your classmates and faculty on case analysis, problem-solving, critical thinking, teamwork, and leadership skills during these four-day sessions. This face-to-face training delivers skills and competencies which will continue to be developed in a virtual environment within the online courses to maximize your return on investment in skill development and practice.

**Travel course**
One of the most distinguishing and attractive benefits of this health administration degree is the culminating travel course. During the final summer term, you will have the opportunity for a faculty-led travel experience in which you will conduct an intensive study of the locale's health system in comparison to your native system. As your final project, you will use that experience to innovate a product or service. For those unable to travel, an alternative study option will be provided.

**Competencies**
Upon completing the MS in health systems management, you'll be proficient in:
- Knowledge of health care systems in the U.S.
- Communications and interpersonal effectiveness
- Critical thinking, analysis, and problem-solving skills

RIT0000262

College of Health Sciences and Technology

- Management and leadership skills
- Professionalism and ethics theory and practice

**Faculty**

The program is led by a team of faculty who are practice-based scholars with extensive experience in the field. Faculty members are accessible, offer constructive feedback on course projects and assignments, and are at the forefront of providing an educational experience in which students can learn and directly apply classroom theories and concepts to the real-world practice of health care management.

An advisory board of health administrators from around the country guides the development of the degree program to ensure the curriculum addresses today's most pressing challenges for health care leaders.

**Industry outlook**

Health care is the largest industry in the U.S. and the second largest employer, representing 20 percent of the Gross National Product, and employing more than 11 million people. Employment opportunities for health systems managers and administrators will increase by 20 percent over the next 10 years, according to the Bureau of Labor Statistics.

**Flexible degree built around your schedule**

This online degree offers five start dates per year and an accelerated course format which will allow you to complete your degree in half the time of a traditional, semester-based program. A full-time student can complete this degree in one year; a part-time student can complete the degree in 24 months.

**Stackable credentials**

You may earn a graduate-level credential and advance your career while you work toward your MS. The advanced certificate in health care finance stands alone, and may also be applied to your MS degree.

- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

Certain countries are subject to comprehensive embargoes under US Export Controls, which prohibit virtually ALL exports, imports, and other transactions without a license or other US Government authorization. Learners from Syria, Sudan, North Korea, the Crimea region of the Ukraine, Iran, and Cuba may not register for RIT online courses. Nor may individuals on the United States Treasury Department's list of Specially Designated Nationals or the United States Commerce Department's table of Deny Orders. By registering for RIT online courses, you represent and warrant that you are not located in, under the control of, or a national or resident of any such country or on any such list.

## Additional information

**Maximum time limit**

University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program.

## Curriculum

### Health Systems Management, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| HLTH-608 | Integrated Health Systems & Population Health | 3 |
| HLTH-706 | Leading Health Systems I | 3 |
| HLTH-710 | Health Care Economics and Policy | 3 |
| HLTH-718 | Evidence-Based Management in Health Care | 3 |
| HLTH-725 | Healthcare Strategic Marketing & Communications | 3 |
| HLTH-730 | Health Care Financial Management I: Principles & Practice | 3 |
| HLTH-731 | Health Care Financial Management II: Concepts/ Applications | 3 |
| HLTH-733 | Organizational Quality and Systems Learning | 3 |
| HLTH-736 | Health Care Operations: Building High Reliability Systems | 3 |
| HLTH-746 | Leading Health Systems II | 3 |
| HLTH-760 | Health IT and Decision Support | 3 |
| HLTH-796 | Healthcare Strategy: Analysis & Formulation | 3 |
| HLTH-798 | Health Systems Analysis & Innovation | 3 |
| **Total Semester Credit Hours** | | **39** |

## Admission requirements

To be considered for admission to the MS program in health systems management, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a cumulative GPA of 3.0 (or equivalent). Applicants with GPAs below a 3.0 are encouraged to apply.
- Submit two letters of recommendation from individuals who have the opportunity to observe the applicant's work.

112    Graduate Bulletin

RIT0000263

# Medical Illustration, MFA

*www.rit.edu/study/medical-illustration-mfa*
**James Perkins, Professor**
**585-475-2443, japfaa@rit.edu**

## Program overview

A medical illustrator is a professional artist with advanced education in the biomedical sciences, cutting edge digital media, and the principles of visual communication. RIT's MFA in medical illustration is one of only five such programs in North America and the only program in the northeast. It combines training in human anatomy (with complete cadaver dissection), immunology, histology (the cellular structure of organs), and pathophysiology (the study of disease) with extensive training in 2D and 3D digital graphics, interactive media, and animation.

Collaborating with scientists, physicians, and other health care professionals, medical illustrators translate complex scientific information into visual images that support medical education, science research, patient care, advertising, and litigation. Illustration projects are designed for use in print, projection, broadcast media, and distribution via the web and mobile devices.

The two-year program emphasizes visual problem solving, determining the best approach to communicate a difficult concept. Students also gain real world experience by collaborating with medical researchers and observing live surgery in an operating room. The program culminates with the production of a thesis project, which requires extensive background research and an original body of artwork on a complex medical topic.

### Program goals and learning outcomes
The MFA in medical illustration has established the following program goals and student learning outcomes:

*Demonstrate an advanced level of knowledge in the biomedical sciences*
- Demonstrate advanced knowledge of human anatomy, molecular biology, physiology, and related biomedical sciences

*Visualize scientific structures, processes, and concepts*
- Visualize and accurately render anatomic, tissue, cellular, and molecular structures
- Illustrate physiological processes and abstract scientific concepts through visual storytelling

*List instructional objectives to communicate biomedical content to a variety of target learners*
- Identify the target learners (audience) for each set of instructional illustrations
- Describe the level of scientific literacy of each group of target learners
- Create a set of instructional objectives for each instructional illustration

*Solve complex communication problems with appropriate application of verbal and visual content, realism, symbolism, graphic conventions, and motion or interactive media.*
- Select the most appropriate medium for delivery of content to target learners
- Select appropriate level of realism, symbolism, and graphic conventions for optimal delivery of instructional objectives to target learners

*Utilize a variety of media and production techniques in appropriate applications and understand production processes sufficiently to communicate with pre-press companies, art directors, etc.*
- Create artwork in a variety of media
- Select the appropriate dimensions, color space, resolution, file format, and other criteria for delivery to client
- Use industry standard terminology when discussing production and output processes

*Communicate effectively with clients, subject matter experts, co-workers, supervisors, and vendors in oral and written form*
- Use correct anatomic and medical terminology when discussing scientific content

*Demonstrate knowledge of professional and ethical conduct*
- Describe HIPAA regulations regarding the use of patient information
- Follow operating room protocols at affiliated hospitals
- Describe US and international copyright laws and how they apply to the use of reference materials
- Describe copyright infringement and the criteria for determining Fair Use

*Demonstrate awareness of established business and management practices*
- Describe standard employment practices in the profession
- Describe business models and taxation of independent illustrator
- Describe pricing strategies and calculate prices for illustration projects
- Create a personal identity package and marketing materials
- Generate sample contracts, licensing agreements, and invoices

*Demonstrate competency in the academic research process through a graduate research project or thesis*
- Conduct background research on a proposed biomedical topic
- Develop a set of instructional objectives to deliver the topic to a specific group of target learners
- Create a body of artwork to meet the instructional objectives
- Exhibit the body of work during one of the thesis shows or at a screening of digital media productions
- Complete a written thesis paper summarizing the project

### Graduates
Graduate students in medical illustration come from a variety of backgrounds including biology, chemistry, anthropology, fine arts, illustration, photography, and graphic design. Students who have no prior experience in illustration, fine art, drawing, or medical illustration must demonstrate outstanding drawing skills and a strong aptitude for the life sciences.

### Careers and employment
Graduates of the MFA in medical illustration find work with hospitals, medical schools, research centers, museums, medical publishers, advertising agencies, web design firms, animation studios, law firms, and a variety of other creative agencies. Since the MFA is considered the terminal degree in the arts, graduates may also find employment in academia, teaching in a wide range of computer graphics, scientific illustration, and art programs. Organizations that employ our include:
- *Science* magazine (American Association for the Advancement of Science)
- Department of Neurobiology and Anatomy, University of Rochester Medical Center
- *New England Journal of Medicine*
- Roswell Park Cancer Center, Buffalo, NY
- MIT Center for Biomedical Innovation

RIT0000264

College of Health Sciences and Technology

- Cell Press (publishers of *Cell* and other scientific journals)
- Nucleus Global (medical communications)
- Custom Learning Designs (pharmaceutical advertising)
- The Presentation Group (courtroom graphics)
- Bryan Christie Design (pharmaceutical advertising)
- Emmi Solutions (web and interactive media)
- Cleveland Institute of Art (scientific illustration program)
- Illustrated Verdict (courtroom graphics)
- National Capital Area Medical Simulation Lab, Uniformed Services University of the Health Sciences (developing virtual surgical simulators)
- Visible Body/Argosy Medical Publishing (medical publishing and interactive media)
- Department of Imaging Sciences, University of Rochester Medical Center
- Smithsonian National Museum of Natural History
- Springer Healthcare Communications (medical publishing)
- Legal Art Works (courtroom graphics)

## Curriculum

### Medical Illustration, MFA degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ILLM-601 | Human Gross Anatomy | 6 |
| ILLM-602 | Anatomic Studies | 3 |
| ILLM-603 | 3D Modeling of Biomedical Forms | 3 |
| ILLM-606 | 3D Animation of Biomedical Forms | 3 |
| ILLM-607 | Computer Applications in Medical Illustration | 3 |
| ILLM-608 | ScientificVisualization | 3 |
| ILLM-890 | Thesis | 1 |
| MEDS-615 | Medical Pathophysiology | 3 |
| MEDS-630 | Human Immunology | 3 |
| | Studio Elective | 3 |
| **Second Year** | | |
| ILLM-612 | Surgical Illustration | 3 |
| ILLM-615 | Interactive Media I | 3 |
| ILLM-616 | Interactive Media II | 3 |
| ILLM-617 | Portfolio and Business Practices | 3 |
| ILLM-890 | Thesis | 9 |
| MEDS-620 | Histology and Histopathology | 4 |
| | Studio Elective | 3 |
| **Total Semester Credit Hours** | | **59** |

*Studio electives*

| COURSE | |
|---|---|
| HCIN-610 | Foundations of Human-Computer Interaction |
| HCIN-620 | Information and Interaction Design |
| HCIN-660 | Fundamentals of Instructional Technology |
| ILLM-618 | Eye Ear Nose Prosthetics |
| ILLM-689 | Special Topics |
| ILLM-799 | Independent Study |
| | Any graduate studio course offered in the College of Art and Design |

## Admission requirements

To be considered for admission to the MFA in medical illustration, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in a field of the arts, sciences, or education. The undergraduate degree should include studio art courses, one year of general or introductory biology (for biology majors), and a minimum of three advanced biology courses, such as vertebrate anatomy, physiology, neurobiology, cell biology, molecular biology, immunology, microbiology, genetics, developmental biology, or pathology.

- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Demonstrate, through the quality of the undergraduate record and creative production, a genuine, professional potential.
- Demonstrate, through the submission of a portfolio, outstanding drawing skills, particularly the ability to draw subjects from direct observation. (Refer to Graduate Portfolio Requirements for more information.)
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 80 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Those applicants coming from countries where the baccalaureate degree is not awarded for programs in the practice of art may be admitted to graduate study if the diploma or certificate received approximates the standards of the BFA, BA, or BS degrees, and if their academic records and portfolios indicate an ability to meet graduate standards.

## Faculty

### Dean's Office

**Daniel Ornt**, BA, Colgate University; MD, University of Rochester—Dean

### Health Systems Administration

**Carla Stebbins**, BA, University of Northern Iowa; MHA, Des Moines University; Ph.D., Iowa State University—Program Director; Senior Lecturer

### Medical Illustration

**James Perkins**, BA, Cornell University; MFA, Rochester Institute of Technology; ABD, University of Rochester—Graduate Program Director; Professor

**Craig Foster**, BFA, University of Michigan; MS, Medical College of Georgia—Visiting Assistant Professor

**Glen Hintz**, BA, Lafayette College; MS, The Medical College of Georgia—Associate Professor

RIT0000265

# School of Individualized Study

*James C. Hall, Executive Director*
*rit.edu/sois*

## Programs of Study

| Master of Science degree in: | Page |
| --- | --- |
| ⊖ Professional Studies, MS | 116 |

| Advanced Certificate in: | |
| --- | --- |
| ⊖ Project Management, Adv. Cert. | 117 |

⊖ Online learning option available.

The School of Individualized Study is about the individual students ideas, interests and goals. Through the school, students can combine multiple disciplines to create a singular master s degree program, the MS in professional studies. The school also offers an advanced certificate in project management.

**Admission requirements**
Each college or degree-granting entity makes all decisions regarding graduate admission. Please refer to the individual program descriptions for information regarding specific admission criteria. For general graduate admission information, please refer to the Admission section of this bulletin.

**Financial aid and scholarship**
Please refer to the Financial Aid and Scholarship section of this bulletin for information regarding financial aid, scholarships, grants, loans, and graduate assistantships.

**Faculty**
The school s faculty is comprised of faculty members from a wide range of disciplines. A core faculty oversees the school and guides students in creating a personalized degree program.

**Study options**
Most graduate programs offer a variety of study options, including full-time, part-time, and online study. Please refer to each individual program for specific information regarding these options.

RIT0000266

# Professional Studies, MS

*www.rit.edu/study/professional-studies-ms*
**Peter Boyd, Lecturer**
**585-475-6320, plbcms@rit.edu**

## Program overview

The professional studies masters program enables students to create an individualized plan of study tailored to their personal and professional goals. The degree offers students the opportunity to draw on more than 50 of RIT's graduate programs to gain the advanced knowledge and skills necessary to respond successfully to new and emerging career opportunities.

For example, students interested in integrating sustainability into their career as a facilities manager might combine courses from the sustainability and facility management programs. Educators may be interested in combining courses from the school psychology and secondary education of students who are deaf or hard of hearing programs to improve their knowledge of special learning populations and the social issues students face in today's educational environments. There are a wide range of concentrations that can be created based on each student's professional career aspirations.

The degree also includes a capstone project. This applied, hands-on project is directly related to the student's individualized plan of study.

The professional studies degree can be completed on campus or online.

### Concentration areas

Students create two or three concentrations with courses selected from a wide range of graduate programs at RIT. Some common concentration areas include:

Applied and Computational Mathematics
Applied Statistics/Quality
Bioinformatics
Business (Marketing, Management, etc.)
Chemistry
Color Science
Communication and Media Technology
Computer Engineering
Computer Science
Criminal Justice
Electrical Engineering
Environmental, Health and Safety Management
Facilities Management
Health Systems Administration
Human Resource Development
Imaging Science
Industrial and Systems Engineering
Industrial Design
Information Sciences and Technologies
Microelectronics Manufacturing Engineering
Packaging Science
Product Development and Design
Project Management
Public Policy
School Psychology
Secondary Education of Students Who Are Deaf or Hard of Hearing
Service Management
Software Development
Software Engineering
Sustainability
Workplace Learning and Instruction
Visual Communication Design

## Plan of study

The program requires the completion of 33 credit hours and can be completed through full- or part-time study. Students begin their studies with Contexts and Trends (PROF-705), the program's foundation course. Throughout this course students explore their personal career objectives and research RIT's portfolio of graduate programs to identify courses that best match their professional and personal goals.

Students create two or three concentrations that make up their required course work for the degree program. Each concentration is a selection of courses drawn from existing RIT graduate programs and can range from 9 to 15 credit hours. Graduate credits earned in other programs may be used in completing a concentration, upon approval.

Credit hours not required to fulfill a concentration area may be used as electives. All elective and transferred graduate courses need to be integrated into the proposed plan of study. With certain concentrations, the degree may be completed entirely through online learning.

## Curriculum

### Professional Studies, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| PROF-705 | Context and Trends | 3 |
| | Concentration A courses | 9 |
| | Concentration B courses | 6 |
| **Second Year** | | |
| PROF-770 | Capstone Proposal Seminar | 0 |
| PROF-775 | Capstone Project | 3 |
| | Concentration A or elective course | 6 |
| | Concentration B course | 3 |
| | Concentration B or elective course | 3 |
| **Total Semester Credit Hours** | | **33** |

## Admission requirements

To be considered for the MS program in professional studies, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent), or superior endorsements.
- Submit a personal statement of educational objectives and career objectives.
- Submit a current resume or curriculum vitae.
- Submit letters of recommendation from two recent instructors or supervisors.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- All applicants are urged to discuss their course ideas with a professional studies graduate adviser before submitting a formal application.

RIT0000267

School of Individualized Study

# Project Management, Adv. Cert.

*www.rit.edu/study/project-management-adv-cert*
*School of Individualized Study*
*585-475-2234, sois@rit.edu*

## Program overview

In today's business-oriented society, project-based organizations and project management have become much more than just a way of conducting business. New growth within these organizations has changed the shape of project management to reveal what is becoming an exciting new career path for many individuals. The goal of a project manager is to successfully plan, organize, and accomplish a specific project or one-time effort. Project managers have quickly become a necessary asset for many businesses.

Encountering the challenges of cultural and social differences, along with an assortment of industrial focuses, the project manager must be aware of a project's goals on a daily and, sometimes, hourly basis. The advanced certificate in project management teaches students how to plan, develop, and implement successful business projects from initiation to completion. The program consists of three core courses and one elective. The certificate can be completed entirely online, on campus, or through a combination of both options.

RIT's School of Individualized Study is a Project Management Institute (PMI) Registered Education Provider.

## Curriculum

### Project Management, advanced certificate, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| BUSI-710 | Project Management | 3 |
| BUSI-711 | Advanced Project Management | 3 |
| BUSI-712 | International Project Management | 3 |
| | Graduate Elective | 3 |
| **Total Semester Credit Hours** | | **12** |

## Admission requirements

To be considered for admission to the advanced certificate in project management, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

## Faculty

**James Hall**, BA, Wilfrid Laurier University; MA, Ph.D., University of Iowa—Dean, University Studies Division; Executive Director, School of Individualized Study

**Peter Boyd**, BA, Nazareth College; MA, Columbia University— Graduate Coordinator

**Leonie Fernandes**, BS, University of Michigan; MS, Rochester Institute of Technology; PMI—Project Management Coordinator

RIT0000268

# College of Liberal Arts

*James J. Winebrake, Dean*
*rit.edu/liberalarts*

### Programs of Study

| Master of Science degrees in: | Page |
|---|---|
| Communication and Media Technologies, MS | 119 |
| Criminal Justice, MS | 121 |
| Experimental Psychology, MS | 123 |
| School Psychology, MS | 124 |
| Science, Technology and Public Policy, MS | 126 |

| Advanced Certificate in: | |
|---|---|
| Communication and Digital Media, Adv. Cert. | 120 |
| Engineering Psychology, Adv. Cert. | 122 |
| School Psychology, Adv. Cert. | 125 |

Ö Online learning option available.

The College of Liberal Arts offers master of science degrees in the following areas: communication and media technologies; criminal justice; experimental psychology; science, technology, and public policy; and school psychology. The college also offers three advanced certificates in communication and digital media, engineering psychology, and school psychology.

Elective graduate courses complement the professional emphasis of our degree programs by exploring the broader knowledge and social implications embodied in these areas of study. By providing this humanistic perspective, these courses play an integral role in professional education, making a direct and distinct contribution to the student s preparation for a specialized career.

The college also provides a number of graduate courses that serve as electives for graduate degree programs offered by other RIT colleges.

### Admission requirements

Each college makes all decisions regarding graduate admission. Please refer to the individual program descriptions for information regarding specific admission criteria. For general graduate admission information, please refer to the Admission section of this bulletin.

### Financial aid and scholarships

Please refer to the Financial Aid and Scholarship section of this bulletin for information regarding financial aid, scholarships, grants, loans, and graduate assistantships.

### Faculty

Members of the faculty serve as students  advisers as well as their professors. Their backgrounds in their fields, in the classroom, and in their research are the basis for academic standards and expertise that anticipate graduates  career requirements.

### Study options

Most graduate programs offer a variety of study options, including full-time and part-time study, as well as portions of programs that may be available to complete online. Please refer to each individual program for specific information regarding these options.

RIT0000269

# Communication and Media Technologies, MS

*www.rit.edu/study/communication-and-media-technologies-ms*
**Ammina Kothari, Associate Professor**
**585-475-7397, abkgpt@rit.edu**

## Program overview

Communication and the technologies for message creation and dissemination are at the center of dramatic economic, social, and cultural changes occurring as a result of technological development and global connectedness. The master of science degree in communication and media technologies is an advanced interdisciplinary program combining liberal arts courses in communication with course work in an applied or professional program. Students will become adept at the analysis of communication problems, the development of solutions, and the creation of messages as a result of their combined training in the social sciences, humanities, and applied technologies.

Communication courses rooted in the humanities and social sciences provide students with the opportunity to gain a broad, historical understanding of issues in communication, including the ethical, legal, and social dimensions. Additional courses give students advanced guidance in the creation of written and visual message content. Courses in applied technologies or professional programs provide opportunities for implementation and application. The required thesis combines knowledge, practice, original research, and application under the guidance of a graduate advisement committee.

Students are prepared to pursue careers as communication experts in commerce, industry, education, entertainment, and government, as well as for graduate work toward a doctoral degree.

### Plan of study
The degree requires the completion of 36 credit hours of graduate course work. The program consists of five required courses, three communication electives, three applied professional or technical courses, and either a thesis, project, or a comprehensive exam.

*Graduate committee*
Full-time students create a graduate advisement committee by the end of their first semester of study. The committee is comprised of at least one faculty member from the department of communication and one faculty member from outside the department. The outside member should have a terminal degree. The committee advises and guides the student's elective course selection and course sequencing. With the guidance and approval of the graduate advising committee, students design and conduct a thesis or project appropriate to their course of study and their career goals.

*Thesis/Project*
A thesis or project is an option for all students in the program. The topic should complement the student's academic graduate interests and scholarly training. Topic selection and methods for implementing the thesis/project occur in consultation with the student's graduate advisement committee.

*Comprehensive examinations*
Comprehensive examinations may be taken in lieu of a thesis or project. Students are eligible to take these examinations after all course work has been completed. The graduate committee chooses the exam committee members from two areas: theory and methods. The student selects a specialty area within the communication elective courses with the consent of the faculty member who taught the course, and that faculty member will administer and grade the exam question(s). Specialization areas include the following: electronic, visual, international, strategic, and education. Exams take place at two times: intersession and in June. If students fail any portion of the exam, they receive one opportunity for a rewrite.

## Curriculum

### Communication and Media Technologies, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| COMM-700 | Survey of Media Technologies | 3 |
| COMM-702 | Communication Theories | 3 |
| COMM-703 | Research Methods in Communication | 3 |
| COMM-704 | Media Law and Ethics | 3 |
| COMM-720 | Thesis Preparation Seminar | 0 |
| | Communication Electives | 9 |
| | Professional Core | 9 |
| *Choose one of the following:* | | 6 |
| COMM-800 | Communication Thesis/Project | |
| COMM-801 | Comprehensive Exam, plus two additional courses* | |
| **Total Semester Credit Hours** | | **36** |

\* Courses may be professional core courses, communication electives, or a combination of both.

## Admission requirements

To be considered for admission to the MS program in communication and media technologies, candidates must fulfill the following requirements:
* Complete a graduate application.
* Hold a baccalaureate degree (or equivalent) from an accredited college or university.
* Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
* Have a minimum cumulative undergraduate GPA of 3.0.
* Submit a personal statement describing the applicant's goals for the program, focusing on their professional interests.
* Submit at least two letters of reference from academic advisers, major professors, and/or supervisors or managers.
* Submit a writing portfolio consisting of at least three writing samples, such as academic papers written for class, work-related brochures and pamphlets, or newspaper or magazine articles.
* International applicants whose native language is not English must submit scores from either the Test of English as a Foreign Language (TOEFL) or the International English Language Testing System (IELTS). Minimum scores of 570 (paper-based) or 88-89 (Internet-based) are required on the TOEFL. A minimum score of 6.5 is required on the IELTS. This requirement may be waived for students who submit undergraduate transcripts from American colleges and universities.
* Students are encouraged to submit scores from the GRE.

RIT0000270

College of Liberal Arts

# Communication and Digital Media, Adv. Cert.

*www.rit.edu/study/communication-and-digital-media-adv-cert*
**Ammina Kothari, Associate Professor**
**585-475-7397, abkgpt@rit.edu**

## Program overview

The advanced certificate in communication and digital media assists students and professional practitioners in better understanding the research and theory of digital media in message creation and in the analysis of dynamic new media channels. Collectively, the certificate focuses on critical thinking, global interconnectedness, ethical reasoning, integrative literacies (digital, technical, communication, and aesthetic), and creative and innovative thinking.

The advanced certificate in communication and digital media is comprised of courses focusing on digital media that have both career and scholarly applications. The certificate combines both academic and pragmatic perspectives and assists students and practitioners in better understanding the research and theory of digital media, in message creation, and in the analysis of these dynamic new channels. Collectively, courses also enhance critical thinking, global interconnectedness, ethical reasoning, integrative literacies (digital, technical, communication, and aesthetic), and creative and innovative thinking.

The curriculum is designed for those who need to update or upgrade their skills, certify their competence, add to their credentials, or improve their understanding of media. The courses are taught online in eight-week sessions, (two per semester) to accommodate students who would like to complete the four-course certificate in one academic year (or two semesters).

## Curriculum

### Communication and Digital Media, advanced certificate, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| COMM-705 | Technology-Mediated Communication | 3 |
| COMM-706 | Crafting the Message | 3 |
| COMM-710 | Visual Communication | 3 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **12** |

*Electives*

| COURSE | |
|---|---|
| *Choose one of the following:* | |
| COMM-707 | International Media |
| COMM-711 | Persuasion in a Digital Age |
| UXDE-711 | User Interface Design |
| UXDE-721 | User Experience Design |
| UXDE-722 | Interaction Design and Development |

## Admission requirements

To be considered for admission to the advanced certificate in communication and digital media, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0.
- Submit a personal statement describing the applicant's goals for the program, focusing on their professional interests.
- Submit scores from the GRE.
- Submit a personal statement describing the applicant's goals for the program, focusing on their research interests and possible thesis research (including possible thesis mentors).
- Submit at least two letters of reference from academic advisors, major professors, and/or supervisors or managers.
- International applicants whose native language is not English must submit scores from either the Test of English as a Foreign Language (TOEFL) or the International English Language Testing System (IELTS). Minimum scores of 570 (paper-based) or 88-89 (internet-based) are required on the TOEFL. A minimum score of 6.5 is required on the IELTS. This requirement may be waived for students who submit undergraduate transcripts from American colleges and universities.

Please note: Certain countries are subject to comprehensive embargoes under US Export Controls, which prohibit virtually ALL exports, imports, and other transactions without a license or other US Government authorization. Learners from Syria, Sudan, North Korea, the Crimea region of the Ukraine, Iran, and Cuba may not register for RIT online courses. Nor may individuals on the United States Treasury Department's list of Specially Designated Nationals or the United States Commerce Department's table of Deny Orders. By registering for RIT online courses, you represent and warrant that you are not located in, under the control of, or a national or resident of any such country or on any such list.

RIT0000271

# Criminal Justice, MS

*www.rit.edu/study/criminal-justice-ms*
**Jason Scott, Associate Professor**
**585-475-2393, jxsgcj@rit.edu**

## Program overview

RIT's criminal justice master's degree fosters the creation of new knowledge through active research in agencies and the community. Students learn and apply problem-solving skills rooted in areas of individual interest with an emphasis on applied research. The degree enables graduates to enter successful careers in criminal justice agencies, policy analysis, or pursue further education in a criminal justice doctoral program.

The MS degree in criminal justice emphasizes a multidisciplinary approach to urban studies with a focus on public safety. The program stresses training in policy analysis and practice, particularly as it is relevant to community and urban issues.

The program builds on a foundation of locally relevant policy research by providing students with the critical skills to carry out such work and the experience to assure success in employment or in pursuit of further graduate studies. The program provides students with a strong foundation in criminological, criminal justice theory, and social scientific research skills, thus enabling graduates to have successful careers in the policy analysis arena or to be prepared to pursue advanced study beyond the master's degree.

Recent graduates have entered careers in prosecutorial investigation, criminal justice program evaluation, and crime analysis. Many have also pursued doctoral degrees.

### Plan of study
A minimum of 30 semester credit hours is required for completion of the MS in criminal justice.

Students applying to the program should have a strong undergraduate foundation in criminology and research methods. Students that do not possess these skills may be required to complete additional undergraduate course work (e.g., Criminology, Theories of Crime, and Research Methods) or demonstrate that they have equivalent skills for completion of the degree.

## Curriculum

### Criminal Justice (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| CRIM-700 | Pro-Seminar In Criminal Justice Theory | 3 |
| CRIM-701 | Statistics | 3 |
| CRIM-702 | Pro-Seminar in Research Methods | 3 |
| CRIM-703 | Advanced Criminology | 3 |
| CRIM-704 | Crime, Justice, and Community | 3 |
| CRIM-705 | Interventions and Change in Criminal Justice | 3 |
| CRIM-800 | Thesis in Criminal Justice | 6 |
| | Electives | 6 |
| **Total Semester Credit Hours** | | **30** |

### Criminal Justice (project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| CRIM-700 | Pro-Seminar In Criminal Justice Theory | 3 |
| CRIM-701 | Statistics | 3 |
| CRIM-702 | Pro-Seminar in Research Methods | 3 |
| CRIM-703 | Advanced Criminology | 3 |
| CRIM-704 | Crime, Justice, and Community | 3 |
| CRIM-705 | Interventions and Change in Criminal Justice | 3 |
| CRIM-775 | Criminal Justice Capstone | 3 |
| | Electives | 9 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS program in criminal justice, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE.
- Submit two writing samples, one of which is a personal statement.
- Have completed a statistics course (students may be required to take a data analysis or a statistics course if not taken previously).
- Submit two letters of recommendation. Letters should be from faculty members familiar with the applicant's academic work.
- Complete a personal interview.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000272

College of Liberal Arts

# Engineering Psychology, Adv. Cert.

*www.rit.edu/study/engineering-psychology-adv-cert*
**Esa Rantanen, Associate Professor**
**585-475-4412, emrgsh@rit.edu**

## Program overview

The advanced certificate in engineering psychology focuses on exploring and understanding the relationship between humans and machines. It's the science of human behavior and our interactions with the technologies that go into the design and operation of machines, equipment, and more. Students expand their knowledge of engineering psychology by exploring course work in cognition, perception, ergonomics, industrial design, and more.

The advanced certificate in engineering psychology provides students with core knowledge in the key areas of engineering psychology, as well as an opportunity to study particular topics in greater depth through electives. The advanced certificate provides students with formal recognition of their knowledge in engineering psychology and establishes a credential for seeking a career in the human factors/ergonomics field.

### Plan of study

The certificate consists of five courses. Students must earn at least a B in each course. Students enrolled in the MS degree in experimental psychology can be awarded the advanced certificate by taking the required courses as part of their master's program.

## Curriculum

### Engineering Psychology, advanced certificate, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| PSYC-712 | Graduate Cognition | 3 |
| PSYC-714 | Graduate Engineering Psychology | 3 |
| PSYC-715 | Graduate Perception | 3 |
| | PSYC Elective or Institute Elective* | 6 |
| **Total Semester Credit Hours** | | **15** |

* Any graduate level course except PSYC-640, PSYC-642.

## Admission requirements

To be considered for admission to the advanced certificate in engineering psychology, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Have a minimum of 15 semester hours of course work in undergraduate psychology or a related field (e.g., engineering, computer science, information technology), including one course in experimental psychology and one course in statistics.
- Submit a personal statement describing the applicant's experience and goals regarding the certificate.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- Scores from the GRE are not required. However, they may be beneficial for some students.

### Prerequisite courses

Students may meet the prerequisite requirements by taking the designated prerequisite courses at RIT, having sufficient background from their undergraduate education, or if prerequisite requirements are explicitly waived by the course instructor.

RIT0000273

# Experimental Psychology, MS

*www.rit.edu/study/experimental-psychology-ms*
**Tina Sutton, Assistant Professor**
**585-475-6773, tmsgsh@rit.edu**

## Program overview

In the experimental psychology masters degree, students are trained to apply scientific methods to basic psychological processes in perception, brain and behavior relationships, thinking, memory, learning, social interactions, human development and related areas. It is a broad and flexible program that provides a solid stepping-stone into careers or further study in psychology. A choice of tracks – in experimental psychology or engineering psychology – allows students to specialize their degree toward their career goals and aspirations.

The MS program in experimental psychology builds on the strengths of faculty research and student interests in experimental psychology broadly defined. The program as a whole provides a foundation for further advanced academic study in human factors and/or experimental psychology.

### Plan of study

The program includes 30 credit hours of core courses, elective courses, and a thesis. It also offers students two tracks to choose from: experimental psychology and engineering psychology.

Th**experimental psychology** track embraces the application of the scientific method to the study of behavior. Faculty are experts in a variety of fields including addiction, attention, cognition, development, evolutionary psychology, forensic psychology, perception, psychopathology, and social psychology, among others.

Th**engineering psychology** track examines human capabilities to sense, perceive, store, and process information and how these human factors impact interactions with technology. This knowledge is applied to the design, use, and maintenance of human-machine systems. Courses emphasize the role of human behavior and performance in both simple and complex human-machine systems. Students are trained in both research methods of experimental psychology and application of the results to contemporary problems in industry. This track prepares students to function as effective engineering psychologists in industrial, governmental, or consulting organizations.

### Electives

Students in the engineering psychology track must select two electives (students should check for course prerequisites or if permission of the instructor is required). Any graduate course at RIT can be taken as an elective, assuming prerequisites are met.

### Cooperative education

The program includes an optional cooperative education component. Co-op is generally completed in the summer after the first year of the program. The co-op experience provides experiential learning that integrates with classroom education and allows students to apply psychological principles to problems in a variety of work environments. Co-op may be completed in any business or industrial setting.

### Thesis

Students select a thesis adviser during the first year. Selection of an advisor, thesis topic, and research proposal must be completed in the second semester of the first year of the program. Ongoing research activity is expected through the summer term of the program. At the completion of the thesis, students will publicly present their findings and defend their research before a thesis committee.

## Curriculum

### Experimental Psychology, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| PSYC-640 | Graduate Statistics | 3 |
| PSYC-642 | Graduate Research Methods | 3 |
| PSYC-751 | Graduate Research Seminar | 0 |
| PSYC-752 | Thesis Proposal | 3 |
| *Choose one of the following:* | | 3 |
| PSYC-714 | Graduate Engineering Psychology (Engineering Psychology track) | |
| | PSYC Elective (Experimental track) | |
| | PSYC Elective | 3 |
| | Institute Electives | 6 |
| **Second Year** | | |
| PSYC-753 | Thesis | 3 |
| | PSYC Elective | 3 |
| *Choose one of the following:* | | 3 |
| | PSYC Elective | |
| | Institute Elective | |
| **Total Semester Credit Hours** | | **30** |

### Electives

| COURSE | |
|---|---|
| BIOL-673 | Marine Biology |
| BIOL-675 | Advanced Conservation Biology |
| HCIN-600 | Research Methods |
| HCIN-610 | Foundations of Human-Computer Interaction |
| HCIN-620 | Information and Interaction Design |
| HCIN-630 | Usability Testing |
| HCIN-661 | Interactive Courseware |
| HCIN-700 | Current Topics in HCI |
| HCIN-705 | Topics in HCI for Biomedical Informatics |
| HCIN-715 | Agent-Based and Cognitive Modeling |
| HCIN-720 | Prototyping Wearable and Internet of Things Devices |
| HCIN-722 | Human-Computer Interaction with Mobile, Wearable, and Ubiquitous Devices |
| HCIN-730 | User-Centered Design Methods |
| HCIN-735 | Collaboration, Technology, and the Human Experience |
| HRDE-711 | Program Evaluation and Design |
| ISEE-730 | Biomechanics of Human Movement |
| ISEE-731 | Advanced Topics in Human Factors and Ergonomics |
| ISEE-732 | Systems Safety Engineering |
| MATH-655 | Biostatistics |
| MKTG-761 | Marketing Concepts and Commercialization |
| MSSE-704 | Teaching Deaf and Hard of Hearing Learners with Special Educational Needs |
| PSYC-631 | Cognitive Assessment |
| PSYC-632 | Social-Emotional Assessment |
| PSYC-641 | Applied Psychology Methods |
| PSYC-650 | Applied Behavior Analysis |
| PSYC-711 | Graduate Biopsychology |
| PSYC-712 | Graduate Cognition |
| PSYC-713 | Graduate Development Psychology |
| PSYC-715 | Graduate Perception |
| PSYC-716 | Graduate Social Psychology |
| PSYC-717 | Advanced Graduate Statistics |
| PSYC-720 | Advanced Consultation |
| PSYC-721 | Academic Intervention |
| PSYC-723 | Systems and Organizational Interventions |
| STAT-611 | Statistical Software |
| STAT-641 | Applied Linear Models - Regression |
| STAT-701 | Foundations of Experimental Design |
| STAT-756 | Multivariate Analysis |
| STAT-775 | Design and Analysis of Clinical Trials |
| STSO-621 | Graduate Biodiversity and Society |

## Admission requirements

To be considered for admission to the MS in experimental psychology, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.

RIT0000274

College of Liberal Arts

- Have a minimum cumulative GPA of 3.0 (or equivalent)
- Have a minimum of 15 semester hours of course work in undergraduate psychology or a related field (e.g., engineering, computer science, information technology), including one course in experimental psychology and one course in statistics.
- Submit scores from the GRE.
- Submit a personal statement describing the applicant's goals for the program, focusing on their research interests and possible thesis research (including possible thesis mentors).
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

# School Psychology, MS

*www.rit.edu/study/school-psychology-ms*
***Suzanne Bamonto, Associate Professor***
***585-475-2765, sbggsp@rit.edu***

## Program overview

A school psychologist works with young children; elementary, junior high, and high school students; teachers and administrators; parents; and various educational professionals to offer services to prevent or improve existing student difficulties and enhance the educational success of all children. Through diagnostic testing, counseling, consultation, and intervention, school psychologist programs help students deal with learning and behavioral difficulties and help improve students' adjustment to school and their community. The school psychology masters prepares students for provisional New York state certification as school psychologists. Designed to provide students with a strong background in psychological foundations, the program develops professional skills and competencies in assessment, counseling, consultation, and program evaluation.

Designed to provide students with a strong background in psychological foundations, the MS degree in school psychology develops professional skills and competencies in assessment, counseling, consultation, and program evaluation. The program prepares students for provisional New York state certification as school psychologists. The MS degree in school psychology is approved by the National Association of School Psychologists, and is awarded after students have completed all course work, an internship, and have passed a portfolio review.

### Plan of study
A minimum of 66 semester credit hours are required for completion of the program. Before registering for the internship, students must pass a portfolio review. A cumulative GPA of 3.0 or above is required.

## Curriculum

### School Psychology, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| PSYC-600 | Field Experience I: Professional School Psychology Foundations | 3 |
| PSYC-601 | Field Experience II: Professional School Psychology Foundations | 3 |
| PSYC-620 | Interpersonal Intervention Skills | 3 |
| PSYC-630 | Academic Assessment | 3 |
| PSYC-631 | Cognitive Assessment | 3 |
| PSYC-632 | Social-Emotional Assessment | 3 |
| PSYC-640 | Graduate Statistics | 3 |
| PSYC-650 | Applied Behavior Analysis | 3 |
| PSYC-713 | Graduate Developmental Psychology | 3 |
| PSYC-721 | Academic Intervention | 3 |
| **Second Year** | | |
| PSYC-603 | Ethical and Legal Issues | 3 |
| PSYC-641 | Applied Psychology Methods | 3 |
| PSYC-701 | Advanced Practicum I: Issues in Diversity | 3 |
| PSYC-702 | Advanced Practicum II: Issues in Diversity | 3 |
| PSYC-710 | Developmental Psychopathology | 3 |
| PSYC-711 | Graduate Biopsychology | 3 |
| PSYC-720 | Advanced Consultation | 3 |
| PSYC-722 | Advanced Counseling | 3 |
| PSYC-723 | Systems and Organizational Interventions | 3 |
| PSYC-730 | Comprehensive Assessment Integration | 3 |
| **Third Year** | | |
| PSYC-750 | Internship | 6 |
| **Total Semester Credit Hours** | | **66** |

RIT0000275

## Admission requirements

To be considered for admission to the MS program in school psychology, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Have a minimum of 18 semester hours of course work in behavioral sciences with a grade of B (3.0) or better.
- Have completed prerequisite undergraduate courses in general psychology, elementary statistics, child or developmental psychology, and abnormal psychology.
- Submit scores from the GRE.
- Submit a personal statement outlining the candidate's goals and related experience that shows evidence of a professional commitment and the potential for developing effective relationships with children, youth, and adults.
- Complete a personal interview.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 100 (internet-based) is required. A minimum IELTS score of 7.0 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- All credentials must be submitted and reviewed before the student completes 9 semester credit hours of graduate work in the program. Applications are due by February 1. Later applications are reviewed on a space-available basis.

# School Psychology, Adv. Cert.

www.rit.edu/study/school-psychology-adv-cert
*Suzanne Bamonto, Associate Professor*
*585-475-2765, sbggsp@rit.edu*

## Program overview

The advanced certificate in school psychology is designed for students who are interested in learning aspects of school psychology, but may not want to pursue an advanced degree. The certificate may be completed as a stand-alone program, or courses may be applied later for students who wish to complete RIT's MS degree in school psychology. Students who complete the MS program in school psychology automatically earn this certificate.

## Curriculum

### School Psychology, advanced certificate, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| PSYC-620 | Interpersonal Intervention Skills | 3 |
| PSYC-630 | Academic Assessment | 3 |
| PSYC-641 | Applied Psychology Methods | 3 |
| PSYC-650 | Applied Behavior Analysis | 3 |
| **Second Year** | | |
| PSYC-640 | Statistics | 3 |
| PSYC-720 | Advanced Consultation | 3 |
| PSYC-723 | Systems and Organizational Interventions | 3 |
| **Total Semester Credit Hours** | | **21** |

## Admission requirements

To be considered for admission to the advanced certificate in school psychology, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Have a minimum of 18 semester hours of course work in behavioral sciences with a grade of B (3.0) or better.
- Have completed prerequisite undergraduate courses in general psychology, elementary statistics, child or developmental psychology, and abnormal psychology.
- Submit a personal statement outlining the candidate's goals and related experience that shows evidence of a professional commitment and the potential for developing effective relationships with children, youth, and adults.
- Complete a personal interview.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 100 (internet-based) is required. A minimum IELTS score of 7.0 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.
- All credentials must be submitted and reviewed before the student completes 9 semester credit hours of graduate work in the program. Applications are due by February 1. Later applications are reviewed on a space-available basis.

RIT0000276