# EXHIBIT 22(c)

## (2019 – 2020 RIT Graduate Bulletin)

## RIT0000277 - 342

College of Liberal Arts

# Science, Technology and Public Policy, MS

*www.rit.edu/study/science-technology-and-public-policy-ms*
**Eric Hittinger, Associate Professor**
**eshgpt@rit.edu**

## Program overview

The MS degree in science, technology, and public policy enables students to work at the intersection of engineering, science, technology, and public policy. The program builds on RIT's strengths as a technological university, enabling students to interact with faculty and researchers who are working on scientific developments and technological innovations that drive new public policy considerations. The public policy masters is interdisciplinary and draws significantly from disciplines and courses throughout RIT. It is geared toward producing graduates who will make significant contributions in the private, public, and not-for-profit sectors.

All students in the MS degree in science, technology, and public policy take a set of policy core courses that emphasize analysis, problem solving, and interdisciplinary approaches. Students work with an advisor to choose electives that focus their policy studies in a particular area, such as environmental policy, climate change policy, health care policy, STEM education policy, telecommunications policy, or energy policy. Typical students include those with science or engineering backgrounds seeking to broaden their career opportunities in government or business settings, as well as those with undergraduate degrees in the liberal arts (e.g., economics) who are interested in science, technology, and policy issues. Full-time students can typically finish the program in one to two years. The program prides itself on working one-on-one with students to ensure that their educational needs and academic goals are attained.

### Plan of study
The program requires a minimum of 30 credit hours and consists of five required core courses, three elective courses, and the completion of a thesis or comprehensive exam. The thesis option allows students to work with a faculty advisor on an independent research project in their area of interest.

*Electives*
Students choose three elective courses based on their interests and career goals. Courses may be offered in various colleges throughout the university, including the colleges of Business, Engineering, Engineering Technology, and Science. Course selection is completed jointly with a faculty advisor and typically aims to develop a specialized area of interest for the student (e.g., biotechnology policy, environmental policy, energy policy, communications policy, etc.).

## Curriculum

### Science, Technology and Public Policy, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| PUBL-700 | Readings in Public Policy | 3 |
| PUBL-701 | Graduate Policy Analysis | 3 |
| STSO-710 | Graduate Science and Technology Policy Seminar | 3 |
| PUBL-702 | Graduate Decision Analysis | 3 |
| PUBL-703 | Evaluation and Research Design | 3 |
| | Graduate Electives | 9 |
| *Choose one of the following:* | | 6 |
| PUBL-790 | Public Policy Thesis | |
| PUBL-798 | Comprehensive Exam plus 2 Graduate Electives | |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS program in science, technology and public policy, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Have completed course work in calculus and statistics. Students may be required to take a course in data analysis or statistics course and an introductory calculus course, if not taken previously.
- Submit scores from the GRE.
- Submit two writing samples, one of which should be a statement of interest.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000277

## Faculty

### Dean's Office

**James J. Winebrake**, BS, Lafayette College; MS, Massachusetts Institute of Technology; Ph.D., University of Pennsylvania—Dean; Professor

**Laverne McQuiller Williams**, BS, Rochester Institute of Technology; JD, Albany Law School of Union University; MA, Buffalo State College; Ph.D., University at Buffalo—Senior Associate Dean; Professor

**Michael Laver**, BA, Purdue University; MA, Ph.D., University of Pennsylvania—Associate Dean; Professor

## School of Communication

**Kelly Norris Martin**, BA, John Carroll University; MS, Ph.D., North Carolina State University—Director; Associate Professor

**Bruce A. Austin**, BA, Rider College; MS, Illinois State University; Ph.D., Temple University—Professor

**Grant C. Cos**, BA, University of Massachusetts at Amherst; MA, Emerson College; Ph.D., Kent State University—Professor

**Keith B. Jenkins**, BA, University of Arkansas; MA, Ph.D., Florida State University—Vice President and Associate Provost for Diversity and Inclusion; Professor

**Ammina Kothari**, BA, North Central College; MA, University of Oregon; Ph.D., Indiana University—Director of Graduate Program, Associate Professor

**Hinda Mandell**, BA, Brandeis University; MA, Harvard University; Ph.D., Syracuse University—Associate Professor

**David R. Neumann**, BA, Ithaca College; MA, Ph.D., Bowling Green State University—Professor

**Rudy Pugliese**, BA, State University College at Oneonta; MA, State University College at Brockport; Ph.D., Temple University—Professor

**Patrick M. Scanlon**, BA, State University of New York at Albany; MA, Ph.D., University of Rochester—Professor

**Jonathan E. Schroeder**, BA, University of Michigan; MA, Ph.D., University of California at Berkeley—William A. Kern Professor in Communications

**Wang**, Xiao, BA, Beijing University of Aeronautics and Astronautics (China); MA, Marquette University; Ph.D., Florida State University—Associate Professor

**Tracy R. Worrell**, BA, Otterbein College; MA, University of Cincinnati; Ph.D., Michigan State University—Professor

## Criminal Justice

**Christopher Schreck**, BA, University of Florida; MA, University of Arizona; Ph.D., Pennsylvania State University—Department Chair; Professor

**Irshad Altheimer**, BA, Alabama State University; MA, Ph.D., Washington State University—Associate Professor

**John Klofas**, BA, College of the Holy Cross; MA, Ph.D., State University of New York at Albany—Distinguished Professor

**John McCluskey**, BA, MA, Ph.D., State University of New York at Albany—Department Chair; Professor

**LaVerne McQuiller Williams**, BS, Rochester Institute of Technology; MS, State University of New York College at Buffalo; JD, Albany Law School; Ph.D., University at Buffalo—Senior Associate Dean; Professor

**Judy Porter**, BA, University of Northern Colorado; MA, New Mexico State University; Ph.D., University of Nebraska at Omaha—Undergraduate Director; Associate Professor

**O. Nicholas Robertson**, BA, State University College at Geneseo; MA, State University College at Brockport; Ph.D., State University of New York at Buffalo— Assistant Professor

**Jason Scott**, BS, Roberts Wesleyan College; MA, Ph.D., State University of New York at Albany—Graduate Director; Associate Professor

**Tony Smith**, BA, MA, Ph.D., State University of New York at Albany—Associate Professor

**Joe Williams**, BS, Rochester Institute of Technology; MA, State University College at Brockport—Lecturer; Field Experience Coordinator

## Humanities

**Timothy H. Engström**, BA, MA, Ph.D., University of Edinburgh (United Kingdom)—Professor, Philosophy

**Jessica Lieberman**, BA, University of Pennsylvania; Ph.D., University of Michigan—Associate Professor, Visual Culture

**Cecillia Ovesdotter Alm**, BA, Universitat Wien (Austria); MA, Ph.D., University of Illinois—Associate Professor, English

**Katie Terezakis**, BA, Central Connecticut State University; MA, Ph.D., New School for Social Research—Professor

RIT0000278

College of Liberal Arts

## Psychology

**Joseph Baschnagel**, BA, MA, Ph.D., State University of New York at Buffalo—Department Chair; Associate Professor

**Suzanne Bamonto**, AA, Finger Lakes Community College; BA, State University College at Geneseo; Ph.D., University of Oregon—Graduate Program Director: School Psychology; Associate Professor

**Kirsten Condry**, BA, Swarthmore College; Ph.D., University of Minnesota—Associate Professor

**Caroline DeLong**, BA, New College of Florida; MA, Ph.D., University of Hawaii—Undergraduate Program Director; Professor

**Nicholas DiFonzo**, AB, Lafayette College; MA, Rider College; MA, Ph.D., Temple University—Professor

**John E. Edlund**, BS, MA, Ph.D., Northern Illinois University—Associate Professor

**Stephanie A. Godleski**, BA, Hamilton College; MS, Ph.D., University of Buffalo—Assistant Professor

**Andrew M. Herbert**, B.Sc., McGill University (Canada); MA, Ph.D., University of Western Ontario (Canada)—Professor

**Rebecca Houston**, BS, University of Arkansas at Little Rock; MA, Ph.D., University of New Orleans, Louisiana—Assistant Professor

**Jennifer Lukomski**, BA, Williams College; MA, Gallaudet University; Ph.D., University of Arizona—Professor

**Scott P. Merydith**, BA, M.Ed., Ph.D., Kent State University—Professor

**Vincent Pandolfi**, BA, Lafayette College; MA, Ph.D., Hofstra University—Associate Professor

**Esa Rantenen**, BS, MS, Embry-Riddle Aeronautical University; MS, Ph.D., Pennsylvania State University—Associate Professor

**Lindsay Schenkel**, BA, St. John Fisher College; MA, Ph.D., University of Nebraska at Lincoln—Associate Professor

**Alan Smerbek**, BA, University of Rochester; Ph.D., State University of New York at Buffalo—Associate Professor

**Tina Sutton**, BS, Union College; MA; Ph.D., State University of New York at Albany—Graduate Director: Experimental Psychology; Associate Professor

## Public Policy

**Sandra Rothenberg**, BS, Syracuse University; MS, Ph.D., Massachusetts Institute of Technology—Department Chair, Professor

**Eric Hittinger**, BS, MS, Case Western Reserve University; Ph.D., Carnegie Mellon University—Associate Professor

**Avi Mersky**, BS, Lafayette College; MS, Ph.D., Carnegie Mellon University—Visiting Assistant Professor

**James J. Winebrake**, BS, Lafayette College; MS, Massachusetts Institute of Technology; Ph.D., University of Pennsylvania—Dean; Professor

## Science, Technology and Society

**Christine Keiner**, BA, Western Maryland College; Ph.D., Johns Hopkins University—Department Chair; Professor

**Deborah Blizzard**, BA, Smith College; MS, Ph.D., Rensselaer Polytechnic Institute—Department Chair; Professor

**Thomas Cornell**, BA, Rhodes College; MS, Georgia Institute of Technology; Ph.D., Johns Hopkins University—Professor

**Franz A. Foltz**, BS, MS, Pennsylvania State University; Ph.D., Rensselaer Polytechnic Institute—Public Policy Graduate Program Director; Associate Professor

**M. Ann Howard**, BS, Cornell University; JD, Rutgers University—Professor

**Qing Miao**, BA, Nanjing University (China); MS, University of Michigan; Ph.D., Syracuse University—Assistant Professor

**Kristoffer J. Whitney**, BS, Rochester Institute of Technology; Ph.D., University of Pennsylvania—Assistant Professor

RIT0000279

# National Technical Institute for the Deaf

*Gerard Buckley, President, NTID; Vice President and Dean, RIT*
*rit.edu/ntid*

## Programs of Study

| Master of Science degrees in: | Page |
| --- | --- |
| ⊕ Health Care Interpretation, MS | 129 |
| Secondary Education of Students Who Are Deaf or Hard of Hearing, MS | 130 |

⊕ Online learning option available.

The National Technical Institute for the Deaf (NTID) is the world's largest technological college for deaf and hard-of-hearing students. Among RIT s more than 19,000 full- and part-time students are more than 1,200 undergraduate and graduate deaf and hard-of-hearing students from across the United States and 26 foreign countries.

NTID offers a master of science degree in secondary education of students who are deaf or hard of hearing. All full-time students in the MS program are eligible for graduate assistantships. NTID offers a master of science degree in health care interpretation as well. Students also can pursue master s degrees through RIT s other ten mainstream colleges.

### Admission requirements
Each college makes all decisions regarding graduate admission. Please refer to the individual program descriptions for information regarding specific admission criteria. For general graduate admission information, please refer to the Admission section of this bulletin.

## Health Care Interpretation, MS

*www.rit.edu/study/health-care-interpretation-ms*
**Kathleen Miraglia, Program Director**
**585-672-6084 (VP), kamnss@rit.edu**

### Program overview

The master of science degree program in health care interpretation is designed to meet the demands of nationally certified sign language interpreters desiring a master's degree specific to working in health care environments. The National Technical Institute for the Deaf'sDepartment of American Sign Language and Interpreting Education administers the program with some course work contributed by RIT's College of Health Sciences and Technology. This unique program:
- Meets the growing demand for specialized sign language health care interpreters as more deaf and hard-of-hearing professionals enter medical/health care fields.
- Increases the number of specialized sign language interpreters working in patient health care settings.
- Prepares interpreters to work in leadership roles in the health care interpreting field.

The program begins with a one-week on-campus Professional Seminar held during the first week of June each year. This course consists of pre-readings, 40 hours of classroom instruction, and assignments to be completed afterthe on-campus sessions. Theourse is designed to deliver crucial introductory content and create connections that build trust and rapport among classmates. This initial connection promotes student engagement in the reflection-based components of the program. The Professional Seminar course establishes the theoretical parameters that you are expected to follow in case analysis and establishes a framework for conducting online discussions in safe and confidential ways.

The remaining course work is taken online. It is estimated that each course will require 9-12 hours per week for class assignments. Course materials will be delivered via both synchronous and asynchronous methods. In your final semester, you will complete a capstone project consisting of either a research paper or project.

The program may be completed on a full- or part-time basis: one academic year (with two summers) for full-time students or two academic years (with two summers) for part-time students.

### Curriculum

**Health Care Interpretation (full-time), MS degree, typical course sequence**

| COURSE | | SEMESTER CREDIT HOURS |
| --- | --- | --- |
| **First Year** | | |
| HCIA-610 | Interpreting Research Settings (summer) | 3 |
| HCIA-705 | Professional Seminar (summer) | 3 |
| HCIA-719 | Theories of Translation and Interpretation (summer) | 3 |
| HCIA-715 | Human Body Systems/Diseases I* | 3 |
| HCIA-720 | Health Care Practical Interpreting I* | 3 |
| HCIA-730 | Human Body Systems/Diseases II** | 3 |
| HCIA-740 | Health Care Practical Interpreting II** | 3 |
| HCIA-760 | Research Methods in Interpreting | 3 |
| | HLTH Elective | 3 |

RIT0000280

**National Technical Institute for the Deaf**

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **Second Year** | | |
| HCIA-750 | Health Care Interpreting Within a Diverse Deaf Community (summer) | 3 |
| HCIA-770 | Capstone Prof Proj/Rsrch Paper (summer) | 3 |
| **Total Semester Credit Hours** | | **33** |

*HCIA-715 and HCIA-720 are taken in session 1 (first 7 weeks) of the semester.
**HCIA-730 and HCIA-740 are taken in session 2 (last 7 weeks) of the semester.

### Health Care Interpretation (part-time), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| HCIA-705 | Professional Seminar (summer) | 3 |
| HCIA-719 | Theories of Translation and Interpretation (summer) | 3 |
| HCIA-715 | Human Body Systems/Diseases I* | 3 |
| HCIA-720 | Health Care Practical Interpreting I* | 3 |
| HCIA-730 | Human Body Systems/Diseases II** | 3 |
| HCIA-740 | Health Care Practical Interpreting II** | 3 |
| **Second Year** | | |
| HCIA-610 | Interpreting Research Settings (summer) | 3 |
| HCIA-750 | Health Care Interpreting Within a Diverse Deaf Community (summer) | 3 |
| HCIA-760 | Research Methods in Interpreting | 3 |
| HCIA-770 | Capstone Prof Proj/Rsrch Paper | 3 |
| | HLTH Elective | 3 |
| **Total Semester Credit Hours** | | **33** |

*HCIA-715 and HCIA-720 are taken in session 1 (first 7 weeks) of the semester.
**HCIA-730 and HCIA-740 are taken in session 2 (last 7 weeks) of the semester.

## Admission requirements

To be considered for admission to the MS program in health care interpretation, candidates must fulfill the following requirements:
- Complete a graduate application,
- Submit a current resume or curriculum vitae,
- Hold current national ASL/English certification or state licensure. Applicants must email a copy of their credentials to ntidadmissions@rit.edu.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a cumulative GPA of 3.0 or above (or superior endorsement) from an accredited college or university.
- Submit two letters of reference from individuals who are qualified to observe your interpreting work.
- Submit a personal statement describing your educational objectives. (This may include reasons for applying to the program, how the program will relate to long-range career objectives, any personal or non-academic qualities that contribute to the program, any prior experience, or why you want to attend RIT.)
- Submit an ASL interpretation sample.
- Deaf and hard-of-hearing applicants must submit an audiogram.

Applicants accepted into the program are required to complete a self-paced online course in medical terminology called Language of Medicine prior to the beginning of the summer term, which starts each June.

## Additional information

### Maximum time limit
University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program.

# Secondary Education of Students Who Are Deaf or Hard of Hearing, MS

*www.rit.edu/study/secondary-education-students-who-are-deaf-or-hard-hearing-ms*
**Gerald C. Bateman, Director**
**585-475-6776 (voice), 585-286-4282 (VP), gcbnmp@rit.edu**

## Program overview

The master of science (MS) degree in secondary education of students who are deaf or hard of hearing is designed for deaf, hard-of-hearing, and hearing students with a passion for teaching. As an teacher-candidate in the program, you'll earn dual certification to teach a secondary school content area for students who are hearing or deaf as well as in deaf education for grades K-12. The curriculum is taught by renowned faculty at RIT, one of the most innovative campuses in the world. The program prepares teachers to be effective and ethical practitioners and also to be scholars and leaders in the profession.

As a graduate student in the program you will enjoy small class sizes, one-to-one discussions, and advisement with world renowned faculty in small classes that allow you to build your strengths and develop your skills.

RIT and the National Technical Institute for the Deaf (NTID) have created a unique educational community with a diverse communication environment. All community members share responsibility for effective communication and are expected to respect the language preferences of students, faculty, and staff. The rich inclusive communication environment at RIT/NTID prepares you for the broad array of communication styles you will encounter in the classroom as a teacher of the deaf.

Faculty members are international leaders in research and are highly skilled in the education of deaf people. A carefully designed system of faculty advisement is a prominent feature of the program. On-campus facilities, state-of-the-art technology, and a well-established system of educational access services combine to make this a vital program for both deaf and hearing students who desire careers as professional educators of deaf students.

## Plan of study

Course work requires a minimum of four semesters. A cumulative grade point average of at least 3.0 must be maintained. Before graduation, students are expected to have at least intermediate-level signing skills as determined by a Sign Language Proficiency Interview.

### Degree and certification
When you successfully complete the program, you will have earned:
- A master of science degree
- Initial Certification from New York State to teach in an academic subject area at the secondary school level (grades 7-12). Subject areas include biology, chemistry, earth science, English, math, physics, social studies, or American Sign Language
- Initial certification from New York State in education of students who are deaf or hard of hearing, grades K-12
- Initial certification from Council on Education of the Deaf Note: To be eligible for initial certification, you are required to take and pass the New York State Teacher Certification Examinations (NYSTCE). There are four tests: Educating All Students (EAS)Content Specialty Test (CST), Deaf and Hard of HearingContent Specialty Test (CST), in the academic subject area for which you wish to become certified to teach. edTPA (Teacher Performance Assessment)

RIT0000281

### Is the RIT/NTID's MS in secondary education right for you?

How do you know if the MS degree in secondary education is the right program for you? Use the follow questions to assess your interest in the education field and in teaching students who are deaf and hard of hearing:

- Do you want to teach deaf and hard-of-hearing students?
- Do you want to teach math, science, social studies or English and respond to the need for more high school teachers?
- Do you want to teach in a variety of K-12 mainstream and residential/center school settings?
- Are you fascinated by the cognitive, cultural and language characteristics of deaf and hard-of-hearing students?
- Are you looking for personal attention and advisement from faculty and staff who are leaders in the field?
- Would you like to learn, live and work on a campus designed for collaboration between deaf and hearing students?
- Do you want training in evidence-based instructional approaches?

### Why choose RIT/NTID's MS in secondary education

With the pressing need for more secondary education teachers, especially in science and mathematics, the strong foundation RIT provides in these areas creates an exceptional environment for deaf, hard-of-hearing, and hearing students to pursue a teaching degree. The program offers the following advantages:

- Personal attention from program faculty members.
- Dual certification in a secondary school content area in grades 7-12 for students who are hearing or deaf as well as in deaf education for grades K-12.
- Strong faculty with expertise in pedagogy, language development, teaching and curriculum, speech development, research, educational technology, youth and adolescent development, student advisement and placement, and educational issues.
- Variety of student-teaching placement options.
- Access to a wide array of research materials.
- Extensive library resources on education of students who are deaf or hard of hearing, Deaf culture, sign language, and curriculum materials.
- Thorough and thoughtful personal advising.
- Close proximity to schools for deaf students and mainstream programs.
- A vibrant Deaf community in Rochester, N.Y.
- Numerous seminars and workshops focused on contemporary educational and cultural topics.
- Immersion in American sign language.
- Collaborative projects with faculty, staff members and students.

### The RIT 4+2 Teacher Education Program

Be part of an exciting new program that creates a bridge between a four-year RIT bachelor's degree and RIT's two-year master of science degree program in secondary education. The RIT 4+2 Teacher Education Program is an exceptional value and an outstanding choice designed to give you the skills you need for a successful teaching career. In the 4+2 program you will:

- Receive dual certification in education of students who are deaf or hard-of-hearing as well as in an academic subject such as science or math.
- Enjoy small class sizes and one-to-one discussions with faculty who are international leaders in research and the art of teaching.
- Have the opportunity to gain valuable real-world teaching experience before you graduate.
- Enjoy a top-quality education at a substantially reduced tuition rate.

*How the program works*

- You must be accepted to an RIT bachelor's degree program in one of the following areas: Any major in the College of ScienceAny major in the College of Engineering that requires 30 credits in math or scienceAny major in the College of Liberal Arts that requires 30 credits in English or history/social studiesAn applied arts and sciences program requiring 30 credits in either math, science, or English, history/social studies
- Once you are enrolled in one of the bachelor's degree programs for at least two years, you can complete the application for graduate study to the MS degree in secondary education (during your 4th year of study). You must interview with the department chairperson prior to your admission to qualify for the program.
- Upon completion of your bachelor's degree program, you must have: A cumulative GPA of 3.25 or higher, Graduate Record Exam (GRE) is not needed.A cumulative GPA of 2.8-3.24, GRE scores must be submitted (combined score of at least 280 and analytic writing score of 3.0 or better).Completed 30 credits and earned a 3.0 GPA in your academic subject area (ex. math, science, history/social studies, or English)Successfully taken and passed at least ASL I and ASL II through RIT's College of Liberal Arts, or earned credit by exam.

For more information on the RIT 4+2 Teacher Education Program, contact the NTID Office of Admissions.

## Curriculum

### Secondary Education of Students who are Deaf or Hard of Hearing, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| MSSE-700 | History of Deaf Educational Thought and Practice | 3 |
| MSSE-701 | Psychology and Human Development | 3 |
| MSSE-703 | Special Education in the Social Context | 3 |
| MSSE-704 | Teaching Deaf and Hard of Hearing Learners with Special Educational Needs | 3 |
| MSSE-710 | General Instructional Methods | 3 |
| MSSE-712 | Practicum | 2 |
| MSSE-713 | Assessment Principles and Practices | 3 |
| MSSE-725 | Structures of American Sign Language and English | 3 |
| MSSE-726 | Language Acquisition and Learning | 3 |
| MSSE-727 | American Sign Language in Instructional Delivery | 3 |
| MSSE-785 | Foundations of Educational Research | 3 |
| **Second Year** | | |
| MSSE-702 | Educational and Cultural Diversity | 3 |
| MSSE-714 | Curriculum Content and Methods of Instruction | 3 |
| MSSE-715 | Issues in Mainstreamed Education | 3 |
| MSSE-722 | Educational Audiology and Spoken Language Development | 3 |
| MSSE-728 | Literacy and the Deaf Adolescent | 3 |
| MSSE-760 | Student Teaching I | 6 |
| MSSE-761 | Student Teaching II | 6 |
| MSSE-790 | Professional Portfolio | 3 |
| MSSE-794 | Inquiry in Teaching (optional elective) | (3) |
| **Total Semester Credit Hours** | | **62** |

## Admission requirements

To be considered for admission to the MS program in secondary education of students who are deaf or hard of hearing, candidates must fulfill the following requirements:

- Complete a graduate application.
- Submit a professional resume.
- Hold a baccalaureate degree from an accredited college or university.
- Submit official copy of transcript(s) (in English) of all previously completed undergraduate and graduate course work.
- Have a cumulative GPA of 3.25 or higher, Graduate Record Exam (GRE) is not needed.

RIT0000282

- Have a cumulative GPA of 2.8-3.24, GRE scores must be submitted (combined score of at least 280 and analytic writing score of 3.0 or better).
- Have a level of writing proficiency appropriate to graduate study as indicated by a review of undergraduate writing-intensive courses and an expository essay.
- Submit an expository essay that indicates evidence of professional commitment and potential for success in the program.
- Participate in an individual interview.
- Submit minimum of two letters of recommendation–one professional and one academic.
- Complete the Content Area/Certification Questionnaire
- Complete a Sign Language Self-Assessment. Applicants must demonstrate at least basic skills in sign language as measured by a departmental skill assessment or be willing to take the ASL I course (or its equivalent) at RIT/NTID or another college prior to the beginning of the program.
- Deaf and hard-of-hearing applicants must also submit an audiogram.
- International applicants whose native language is not English must submit scores from the Test of English as a Foreign Language (TOEFL). Minimum scores of 550 (paper-based) or 213 (internet-based) are required.

Additionally, 30 semester credit hours in a content area are required by the New York State Education Department for initial certification to teach a secondary content area (grades 7-12). Students who do not have the required number of hours must complete the additional credits before applying for New York State certification. Secondary academic subjects include American Sign Language, English, mathematics, social studies, or science. Please note: The social studies content area includes economics and government, and requires at least 21 semester hours in the history and geography of the United States and the world.

## Financial aid

NTID graduate tuition rates are less than one-half of RIT's tuition for U.S. citizens. Students who are interested in applying for financial assistance need to complete the Free Application for Federal Student Aid (FAFSA). International applicants should contact the NTID Admissions Office for additional information. Questions related to program, including scholarship opportunities, should be directed to the NTID Office of Admissions.

## Faculty

### Dean's Office

**Gerard J. Buckley**, BS, Rochester Institute of Technology; MSW, University of Missouri; Ed.D., University of Kansas—President, NTID and Vice President and Dean, RIT; Associate Professor

### Health Care Interpretation

**Kathleen Miraglia**, BS, State University College at Brockport; MS, Rochester Institute of Technology—Coordinator Health Care Programs; Director, Senior Lecturer

**Jodie M. Ackerman**, BS, Rochester Institute of Technology; MS, Gallaudet University—Lecturer

**Robyn K. Dean**, BA, Maryville College; MA, Colgate Rochester Crozer Divinity School; Ph.D., Heriot-Watt University (United Kingdom)— Assistant Professor, Health Care Interpretation

**Daniel V. Maffia**, BS, Rochester Institute of Technology; MA, Western Oregon University—Senior Lecturer, Theories of Translation and Interpretation

### Secondary Education of Students Who are Deaf and Hard of Hearing

**Gerald C. Bateman**, BS, MS, State University College at Geneseo; Ed.D., University of Rochester—Professor; Director, Curriculum and Teaching

**Melinda J. Hopper**, BS, MS, Illinois State University; Ph.D., University of Rochester—Senior Lecturer, Special Education

**Baldev Kaur Khalsa**, BA, M.Ed., McDaniel College—Associate Professor, Education of Deaf Students

**Christopher A. N. Kurz**, BS, Rochester Institute of Technology; MS, Ph.D., University of Kansas—Professor, Special Education: Education of Deaf Students

**Ila Parasnis**, BA, MA, Nagpur University (India); MA, Ph.D., University of Rochester—Professor, Psychology

**Amanda L. Picioli**, BS, State University College at Geneseo; MED, Smith College; MS, Syracuse University; AuD., University of Florida—Audiologist, Audiology

**Thomastine Sarchet**, BS, MS, Rochester Institute of Technology—Research Associate Professor, Assessment

**Sara Schley**, BA, Reed College; MA, Northeastern University; Ed.D., Harvard University—Professor, Human Development and Language Acquisition

**Michael Skyer**, BFA, MS, Rochester Institute of Technology—Senior Lecturer, English

**Jessica W. Trussell**, BS, University of Georgia; M.Ed., Ph.D., Georgia State University—Assistant Professor, Deaf Education

RIT0000283

# College of Science

*Sophia Maggelakis, Dean*
*rit.edu/science*

## Programs of Study

| Doctor of Philosophy in: | Page |
| --- | --- |
| Astrophysical Sciences and Technology, Ph.D. | 154 |
| Color Science, Ph.D. | 139 |
| Imaging Science, Ph.D. | 143 |
| Mathematical Modeling, Ph.D. | 151 |

| Master of Science degrees in: | |
| --- | --- |
| Applied and Computational Mathematics, MS | 148 |
| Applied Statistics, MS | 149 |
| Astrophysical Sciences and Technology, MS | 153 |
| Bioinformatics, MS | 145 |
| Chemistry, MS | 133 |
| Color Science, MS | 137 |
| Environmental Science, MS | 146 |
| Imaging Science, MS | 141 |
| Materials Science and Engineering, MS | 135 |
| Physics, MS | 156 |

| Advanced Certificate in: | |
| --- | --- |
| Applied Statistics, Adv. Cert. | 150 |
| Materials Science and Engineering, Adv. Cert. | 137 |

Online learning option available.

The College of Science offers a unique complement of graduate programs featuring curricula designed with sufficient flexibility to prepare students for direct entry into a variety of careers or further study toward a more advanced graduate degree in a chosen discipline. The college also houses four doctorate programs featuring internationally-recognized, cutting-edge research activities. Whether the focus is on the foundations of matter, the origins of the universe, the modeling of mathematics, the role of chemists in our daily lives, the encoding of life within DNA, the specialized properties of advanced materials, our impact on the environment, or the science and technology of advanced imaging systems, the college s graduate faculty provide a valuable and integrated understanding of today s most important fundamental problems, applied research issues, and industrial applications.

### Admission requirements

Each college makes all decisions regarding graduate admission. Please refer to the individual program descriptions for information regarding specificadmission criteria. For general graduate admission information, please refer to the Admission section of this bulletin.

### Financial aid and scholarship

Please refer to the Financial Aid and Scholarship section of this bulletin for information regarding financial aid, scholarships, grants, loans, and graduate assistantships.

## School of Chemistry and Materials Science

*rit.edu/science/scms*
**Paul Craig, School Head**
**(585) 475-6145, paul.craig@rit.edu**

## Chemistry, MS

*www.rit.edu/study/chemistry-ms*
**Michael Coleman, Associate Professor**
**585-475-5108, mgcsch@rit.edu**

### Program overview

With a masters degree in chemistry, you'll be able to solve scientific problems with agility and accuracy. Conduct research specific to your field of interest as you develop skills that translate to infinite career opportunities. With an emphasis on leadership, many graduates excel in leadership positions in dynamic fields such as sustainability, public policy, lobbying, sales, government, imaging science, space exploration, medicine, and much more.

The MS degree in chemistry is offered on a full- or part-time basis. The program is designed to fill the needs of the traditional student or the practicing chemist who is employed full time and wishes to pursue a graduate degree on a part-time basis.

The School of Chemistry and Materials Science has research- and teaching-oriented faculty, as well as excellent equipment and facilities that enable full-time graduate students to carry on a program of independent study and develop the ability to attack scientific problems at the fundamental level. The research can result in either a thesis or a project report.

Through course work and research activities, the program strives to increase the breadth and depth of the student's background in chemistry. Students develop the ability to attack scientific problems with minimal supervision.

### Plan of study

The program offers two options: a thesis or a project. Concentrations are available in organic chemistry, analytical chemistry, inorganic chemistry, physical chemistry, polymer chemistry, materials science, and biochemistry. Customized concentrations are available to accommodate specific student interests and needs relating to graduate study in chemistry.

Each student, together with an advisor, chooses courses to create a customized curriculum that best meets their interests, needs, and career aspirations. Each student's curriculum is subject to the approval of the director of the graduate program.

RIT0000284

College of Science

A deliberate effort is made to strengthen any areas of weakness indicated by the student's undergraduate records and the placement examinations. The MS degree consists of the following requirements:

*1. A minimum of 30 semester credit hours beyond the bachelor's degree.*
Courses in chemistry consist of core and focus area courses. Core courses are designed to increase a student's breadth of chemical knowledge, while focus area courses increase depth. Core courses include four semester credit hours in Graduate Chemistry Seminar (CHEM-771, 772, 773, 774) and one credit hour in Chemistry Writing (CHEM-670). Focus area courses are chosen to address the student's career goals and any undergraduate deficiencies in chemistry. Focus area courses must be at the graduate level and are chosen in consultation between the student and graduate advisor. Focus area courses outside of chemistry are acceptable provided they are approved by the student's graduate advisor.

*2. Research*
Ten semester credit hours of research are required with the thesis option. For students who opt for the project option, four semester hours of project research are required.

*3. Capstone*
Students enrolled in the thesis option are expected to complete an independent research thesis and pass an oral defense. Typically, all requirements are met within two years. Students enrolled in the project option have numerous ways of satisfying the capstone requirement for their project. These include but are not limited to conference presentations, papers, journal articles, patents, and seminars.

### Cooperative education
Students at the master's level who have, or are able to obtain, industrial employment may be able to earn cooperative education credit for their work experiences. Semesters of co-op can be interspersed with semesters of full-time academic work. Research credits may be obtained through external research credit. If industrial employment does not permit research, then research credits may be obtained within the School of Chemistry and Materials Science.

## Curriculum

### Chemistry (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CHEM-670 | Graduate Chemistry Writing | 1 |
| CHEM-771 | Graduate Chemistry Seminar I | 1 |
| CHEM-772 | Graduate Chemistry Seminar II | 1 |
| CHEM-790 | Research & Thesis | 5 |
| | Graduate Chemistry Focus Courses | 12 |
| **Second Year** | | |
| CHEM-773 | Graduate Chemistry Seminar III | 1 |
| CHEM-774 | Graduate Chemistry Seminar IV | 1 |
| CHEM-790 | Research & Thesis | 5 |
| | Graduate Chemistry Focus Course | 3 |
| **Total Semester Credit Hours** | | **30** |

### Chemistry (project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CHEM-771 | Graduate Chemistry Seminar I | 1 |
| CHEM-772 | Graduate Chemistry Seminar II | 1 |
| CHEM-670 | Graduate Chemistry Writing | 1 |
| | Graduate Chemistry Focus Courses | 12 |
| **Second Year** | | |
| CHEM-773 | Graduate Chemistry Seminar III | 1 |
| CHEM-774 | Graduate Chemistry Seminar IV | 1 |
| CHEM-780 | Chemistry Project | 1-4 |
| | Graduate Chemistry Focus Courses | 9-12 |
| **Total Semester Credit Hours** | | **30** |

*Chemistry Focus Courses*

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| CHMA-621 | Advanced Instrumental Analysis Lab | 3 |
| CHMA-650 | Separations and Mass Spectroscopy in Biological Chemistry | 3 |
| CHMA-670 | Advanced Concepts of Environmental Chemistry | 3 |
| CHMA-711 | Advanced Instrumental Analysis | 3 |
| CHMA-725 | The Magnetic Resonance Family | 3 |
| CHMA-740 | Practical NMR | 3 |
| CHMA-750 | NMR Spectrometer Maintenance | 3 |
| CHMB-610 | Advanced Protein Biochemistry: Structure and Function | 3 |
| CHMB-702 | Protein Conformation and Dynamics | 3 |
| CHMB-704 | Advanced Nucleic Acids Biochemistry; Structure and Function | 3 |
| CHMI-664 | Modern Inorganic Chemistry | 3 |
| CHMO-636 | Spectrometric Identification of Organic Compounds | 3 |
| CHMO-637 | Advanced Organic Chemistry | 3 |
| CHMO-640 | Mechanisms of Drug Interactions | 3 |
| CHMO-710 | Literature Explorations of Organic Synthesis | 1 |
| CHMO-739 | Advanced Physical Organic Chemistry | 3 |
| CHMP-747 | Principles of Magnetic Resonance | 3 |
| CHMP-751 | Colloid & Interface Science | 3 |
| CHMP-752 | Molecular Photophysics and Photochemistry | 3 |
| CHMP-753 | Computational Chemistry | 3 |
| CHPO-706 | Comprehensive Polymer Chemistry | 3 |
| CHPO-707 | Polymer Chemistry II | 3 |
| CHPO-708 | Polymer Synthesis & Characterization Lab | 3 |
| IMGS-730 | Magnetic Resonance Imaging | 3 |

## Admission requirements

To be considered for admission to the MS program in chemistry, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in chemistry. Applicants with an undergraduate degree in another scientific discipline and the equivalent of a full year of work in analytical chemistry, organic chemistry, physical chemistry, physics, and calculus will also be considered for admission.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit scores from the GRE. (Applicants are encouraged to submit scores from the chemistry GRE.)
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions. Foreign students with English language deficiencies may be required to take the Michigan Test of English Language Proficiency, given by the RIT English Language Center. If a student's score is below standard, additional course work may be recommended. Successful completion of this work is a requirement of the program. This may mean that the student will need additional time and financial resources to complete the degree program.
- As a supplement to the normal application process, it is strongly recommended that students visit RIT.

## Additional information

### Assistantships
All candidates for teaching assistantships must participate in a personal interview with the department head and/or the director of the chemistry MS program. International students can complete the interview by phone or internet.

RIT0000285

### Nonmatriculated students

An applicant with a bachelor's degree from an approved undergraduate institution and the background necessary for specific courses is permitted to take graduate courses as a nonmatriculated student. If the student is subsequently admitted to the graduate program, courses taken for credit usually can be applied toward the master's degree. A maximum of 6 semester credit hours (from courses taken at RIT as a nonmatriculated student) may be transferred to the degree program.

Any applicant who wishes to register for a graduate course as a nonmatriculated student must obtain permission from the chair of the graduate program and the course instructor.

### Part-time study

Courses are offered in the late afternoons and evenings to encourage practicing chemists to pursue the MS degree without interrupting their employment. Part-time students may take the project option, which includes a capstone project in place of a thesis. Students employed full time normally take one course each semester. At this pace, course work can be completed within four to five years.

### Equipment and resources

The School of Chemistry and Materials Science has modern instrumentation in the areas of spectroscopy (NMR, IR, UV-vis, fluorescence, atomic absorption, fluorimetry), chromatography (gas chromatography, high-performance liquid chromatography, capillary electrophoresis, etc.), mass spectrometry (high-performance lc- and gc-mass spectrometry and electrospray mass spectrometry), and materials characterization (rheometry, thermal gravimetric analysis, differential scanning calorimetry, hot-stage microscopy and contact angle goniometry). Visit the school's website for a complete list of equipment and instrumentation.

### External research credit

For students currently employed as chemists, the chemistry MS program provides the opportunity to utilize research conducted at their place of employment as project research credit. A maximum of 4 semester credits of research are required. Please consult with the director of the chemistry MS program for more information and approval.

# Materials Science and Engineering, MS

*www.rit.edu/study/materials-science-and-engineering-ms*
**Michael Pierce, Associate Professor**
**585-475-2089, mspsps@rit.edu**

## Program overview

The material science masters explore a fascinating area of study that contributes solutions to challenges facing fields as diverse as energy, medicine, clothing, and sporting equipment. The program is designed to satisfy individual and industry needs in the rapidly growing field of materials. The materials science degree offers a serious interdisciplinary learning experience in materials studies, crossing over the traditional boundaries of such classical disciplines like chemistry, physics, and engineering.

The M S degree in materials science and engineering offered jointly by the College of Science and the Kate Gleason College of Engineering, is designed with a variety of options to satisfy individual and industry needs in the rapidly growing field of materials.

The objectives of the program are threefold:

- With the advent of new classes of materials and instruments, the traditional practice of empiricism in the search for and selection of materials is rapidly becoming obsolete. Therefore, the program offers a serious interdisciplinary learning experience in materials studies, crossing over the traditional boundaries of such classical disciplines like chemistry, physics, and electrical, mechanical, and microelectronic engineering.
- The program provides extensive experimental courses in diverse areas of materials-related studies.
- The program explores avenues for introducing greater harmony between industrial expansion and academic training.

## Plan of study

A minimum of 30 credit hours is required to complete the program. This includes three required core courses, graduate electives, and either a thesis or project. The core courses are specially designed to establish a common base of materials-oriented knowledge for students with baccalaureate degrees in chemistry, chemical engineering, electrical engineering, mechanical engineering, physics, and related disciplines, providing a new intellectual identity to those involved in the study of materials.

The program has an emphasis on experimental techniques, with one required experimental course as part of the core. Additional experimental courses are available for students who wish to pursue course work in this area. These courses are organized into appropriate units covering many aspects of the analysis of materials. This aspect of the program enhances a student's confidence when dealing with materials-related problems.

*Electives*
Elective courses may be selected from advanced courses offered by the School of Chemistry and Materials Science or, upon approval, from courses offered by other RIT graduate programs. Elective courses are scheduled on a periodic basis. Transfer credit may be awarded based on academic background beyond the bachelor's degree or by examination, based on experience.

*Thesis/Project*
Students may choose to complete a thesis or a project as the conclusion to their program. Students who pursue the thesis option take four graduate electives, complete nine credit hours of research, and produce a thesis paper. The project option includes six graduate electives and a 3 credit hour project.

RIT0000286

College of Science

## Curriculum

### Materials Science and Engineering (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| MTSE-601 | Materials Science | 3 |
| MTSE-704 | Theoretical Methods in Materials Science and Engineering | 3 |
| MTSE-705 | Experimental Techniques | 3 |
| MTSE-790 | Research & Thesis | 6 |
| | Graduate Electives | 12 |
| **Second Year** | | |
| MTSE-790 | Research & Thesis | 3 |
| **Total Semester Credit Hours** | | **30** |

### Materials Science and Engineering (project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| MTSE-601 | Materials Science | 3 |
| MTSE-704 | Theoretical Methods in Materials Science and Engineering | 3 |
| MTSE-705 | Experimental Techniques | 3 |
| MTSE-777 | Graduate Project | 2 |
| | Graduate Electives | 12 |
| **Second Year** | | |
| MTSE-777 | Graduate Project | 1 |
| | Graduate Electives | 6 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS program in materials science and engineering, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in chemistry, physics, chemical engineering, electrical engineering, mechanical engineering, or a related field.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 90 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

Candidates not meeting the general requirements may petition for admission to the program. In such cases, it may be suggested that the necessary background courses be taken at the undergraduate level. However, undergraduate credits that make up deficiencies may not be counted toward the master's degree.

Any student who wishes to study at the graduate level must first be admitted to the program. However, an applicant may be permitted to take graduate courses as a nonmatriculated student if they meet the general requirements mentioned above.

## Additional information

### Part-time study

The program offers courses in the late afternoon and evenings to encourage practicing scientists and engineers to pursue the degree program without interrupting their employment. (This may not apply to courses offered off campus at selected industrial sites.) Students employed full time are normally limited to a maximum of two courses, or 6 credit hours, each semester. A student who wishes to register for more than 6 credit hours must obtain the permission of his or her adviser.

### Maximum limit on time

University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program. Bridge courses are excluded.

RIT0000287

# Materials Science and Engineering, Adv. Cert.

*www.rit.edu/study/materials-science-and-engineering-adv-cert*
**Michael Pierce, Associate Professor**
**585-475-2089, mspsps@rit.edu**

## Program overview

The advanced certificate in materials science and engineering is specially designed to establish a common base of materials-oriented knowledge for students with baccalaureate degrees in chemistry, chemical engineering, electrical engineering, mechanical engineering, physics, and related disciplines. The program provides a new intellectual identity to those interested in the study of advanced materials and offers a serious interdisciplinary learning experience in materials studies, crossing over the traditional boundaries of such classical disciplines as chemistry, physics, and electrical, mechanical, and microelectronic engineering.

## Curriculum

**Materials Science and Engineering, advanced certificate, typical course sequence**

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| MTSE-601 | Materials Science | 3 |
| MTSE-617 | Material Degradation | 3 |
| MTSE-632 | Solid State Science | 3 |
| MTSE-702 | Polymer Science | 3 |
| MTSE-704 | Theoretical Methods in Materials Science and Engineering | 3 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **18** |

## Admission requirements

To be considered for admission to the advanced certificate in materials science, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in chemistry, physics, chemical engineering, electrical engineering, mechanical engineering, or a related field.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 88 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

Candidates not meeting the general requirements may petition for admission to the program. In such cases, it may be suggested that the necessary background courses be taken at the undergraduate level. However, undergraduate credits that make up deficiencies may not be counted toward the advanced certificate.

Any student who wishes to study at the graduate level must first be admitted to the program. However, an applicant may be permitted to take graduate courses as a nonmatriculated student if they meet the general requirements mentioned above.

## Additional information

**Part-time study**
Students employed full time are normally limited to a maximum of two courses, or 6 credit hours, each semester.

# Color Science, MS

*www.rit.edu/study/color-science-ms*
**Mark Fairchild, Professor**
**585-475-2784, Mark.Fairchild@rit.edu**

## Program overview

Color science is a fundamental field of science that is dedicated to understanding the creation of colored stimuli, sources of illumination, and ultimately the human perception of color. RIT's graduate color science degree is designed for students who have a background in physics, chemistry, imaging science, computer science, electrical engineering, experimental psychology, cognitive neuroscience, physiology, or any other discipline that lends itself to the quantitative description of color. At the only university in the nation offering this program of study, you will be exposed to the rich, dynamic field of color science through theory and practical application.

Broadly interdisciplinary, encompassing physics, chemistry, physiology, statistics, computer science, and psychology, the curriculum leads to a master of science degree in color science, educates students using a broad interdisciplinary approach. This is the only graduate program in the country devoted to this discipline and it is designed for students whose undergraduate majors are in physics, chemistry, imaging science, computer science, electrical engineering, experimental psychology, cognitive neuroscience, physiology, or any discipline pertaining to the quantitative description of color.

Graduates are in high demand and have accepted industrial positions in electronic imaging, color instrumentation, colorant formulation, and basic and applied research. Companies that have hired graduates include Apple Inc., Dolby Laboratories, Google, Benjamin Moore, Canon Corp., Hallmark, Hewlett Packard Corp., Microsoft Corp., Pantone, Qualcomm Inc., Ricoh Innovations Inc., LG Electronics, and Samsung.

The color science degree provides a graduate-level study in both scientific theory and practical application. The program gives students a broad exposure to the field of color science and affords them the unique opportunity of specializing in an area appropriate for their background and interest. This objective is accomplished through the program's core courses, selection of electives, and completion of a thesis or graduate project.

The program revolves around the activities of the Munsell Color Science Laboratory, which is the pre-eminent academic laboratory in the country devoted to color science. Research is currently underway in color appearance modeling, lighting, image-quality, spectral-based image capture, archiving, reproduction of artwork, color management, computer graphics, AR/VR, and material appearance. The Munsell Laboratory has many contacts that provide students with summer and full-time job opportunities across the United States and abroad.

## Plan of study

Students must earn 30 semester credit hours as a graduate student to earn a master of science degree. For full-time students, the program requires three to four semesters of study. Part-time students generally require two to four years of study. The curriculum is a combination of required courses in color science, elective courses appropriate for the

RIT0000288

College of Science

candidate's background, and either a research thesis or graduate project. Students require the approval of the program director if they wish to complete a graduate project, rather than a research thesis, at the conclusion of their degree.

### Prerequisites: The foundation program

The color science program is designed for a candidate with an undergraduate degree in a scientific or another technical discipline. Candidates with adequate undergraduate work in related sciences start the program as matriculated graduate students.

Candidates without adequate undergraduate work in related sciences must take foundation courses prior to matriculation into the graduate program. A written agreement between the candidate and the program coordinator will identify the required foundation courses.

Foundation courses must be completed with an overall B average before a student can matriculate into the graduate program. A maximum of 9 graduate-level credit hours may be taken prior to matriculation into the graduate program.

The foundation courses, representative of those often required, are as follows: one year of calculus, one year of college physics (with laboratory), one course in computer programming, one course in matrix algebra, one course in statistics, and one course in introductory psychology. Other science courses (with laboratory) might be substituted for physics.

### Course of study

The curriculum, leading to the master of science degree in color science, educates students using a broad interdisciplinary approach. This is the only graduate program in the country devoted to this discipline and it is designed for students whose undergraduate majors are in physics, chemistry, imaging science, computer science, electrical engineering, experimental psychology, cognitive neuroscience, physiology, or any discipline pertaining to the quantitative description of color.

Students must earn 30 semester credit hours as a graduate student to earn a master of science degree. For full-time students, the program requires three to four semesters of study. Part-time students generally require two to four years of study. The curriculum is a combination of required courses in color science, elective courses appropriate for the candidate's background, and either a research thesis or graduate project. Students must indicate to the program director if they will complete a research thesis or graduate project at the conclusion of their degree.

### Careers

Graduates are in high demand and have accepted industrial positions in electronic imaging, color instrumentation, colorant formulation, and basic and applied research.

## Curriculum

### Color Science, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CLRS-601 | Principles of Color Science | 3 |
| CLRS-602 | Color Physics and Applications | 3 |
| CLRS-720 | Computational Vision Science | 3 |
| CLRS-750 | Historical Research Perspectives | 1 |
| CLRS-751 | Research and Publication Methods | 2 |
| CLRS-820 | Modeling Visual Perception | 3 |
| | Electives | 6 |
| **Second Year** | | |
| CLRS-890 | Research & Thesis | 6 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS program in color science, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE.
- Submit a one-page personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 100 (internet-based) is required. A minimum IELTS score of 7.0 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions
- Participate in an on-campus interview (when possible).

## Additional information

### Scholarships and assistantships

Currently, assistantships are only available for qualified color science applicants to the doctoral program. Students seeking RIT-funded scholarships and assistantships should consider apply to the doctoral program, which is identical to the MS program in the first two years. Partial tuition scholarships are available for the MS program. Applicants seeking financial assistance from RIT should contact the Office of Graduate and Part-time Enrollment for current application materials and deadlines.

RIT0000289

# Color Science, Ph.D.

*www.rit.edu/study/color-science-phd*
**Mark Fairchild, Professor**
**585-475-2784, Mark.Fairchild@rit.edu**

## Program overview

Color has been an intense topic of interest for thousands of years. Mathematicians, philosophers, physicists, physiologists, poets, and other disciplines have all contributed to our understanding of color. RIT's color science Ph.D. program allows you to contribute to knowledge creation and practical application of color science. You will conduct extensive research that encompasses diverse fields and multiple disciplines of science. The program is designed for students whose undergraduate degrees are in physics, biology, chemistry, mathematics, computer science, engineering, neuroscience, experimental psychology, imaging, or any applied discipline pertaining to the quantitative description of color.

As a generalization, color science can be defined as the quantification of our perception of color. Its mastery requires a multidisciplinary educational approach encompassing physics, chemistry, physiology, statistics, computer science, neuroscience, and psychology. Color science is used in the design and control of most man-made colored materials including textiles, coatings, and polymers and to specify such diverse materials as soil and wine. It is used extensively in color reproduction including digital photography, desktop and projection display, and printing. Color science is ubiquitous.

Color science research at RIT encompasses such diverse fields as medical data visualization, computer graphics and animation, art conservation, spectral and spatial measurements of materials, color printing, digital photography, motion picture and television, and modeling of our perceptions for use in defining color quality. RIT has a long history of research and scholarship in color science dating back half a century.

The program is designed for students whose undergraduate degrees are in physics, biology, chemistry, mathematics, computer science, engineering, neuroscience, experimental psychology, imaging, or any applied discipline pertaining to the quantitative description of color, for example, textiles, graphic arts, animation, material science, and polymer science. All students must earn 60 credit hours as a graduate student. For full-time students, entering with a baccalaureate degree, the program requires about four years of study at the graduate level. The curriculum is a combination of required courses in color science, elective courses appropriate for the candidate's background and interests, a research project during the second year of study, and a research dissertation. Students must pass a qualifying examination during their second year of study and a candidacy examination at least one year prior to completing their dissertation. Candidates who wish to enter the program, but lack adequate preparation, might be required to complete undergraduate foundation courses in mathematics, statistics, computer science, and general science before matriculating with graduate status.

## Plan of study

*Core courses*
The following core courses are completed during the first year of study: Principles of Color Science (CLRS-601), Computational Vision Science (CLRS-720), Color Physics and Applications (CLRS-602), Modeling Visual Perception (CLRS-820), Historical Research Perspectives (CLRS-750), and Research and Publication Methods (CLRS-751).

*Electives*
Elective courses are selected depending on the student's interests and background. The program director must approve all electives.

*Second year project*
During the second year, students engage in graduate-level research under the supervision of a graduate program faculty member. The topic may or may not be the same as the dissertation topic. One of the purposes of this project is to evaluate the student's research capabilities and suitability for doctorate-level research.

*Years three and beyond*
After completing the required courses, students follow their study plan which consists of research and thesis credits and elective courses.

*Qualifying examination*
All students must pass a qualifying examination, which determines whether the student has a sufficient depth of knowledge in color science and the ability to perform research at the doctoral level.

The qualifying exam consists of a written test and an evaluation of the second-year research project. The written test is given twice each year and is based on the core curriculum in color science and any material deemed appropriate by the committee. Note that the required readings for these courses include textbooks and current literature. An evaluation of the second-year research project includes depth of research, productivity, quality, analytical skills, and the ability to communicate results. A written document is submitted in the style of a published proceedings paper.

Students must successfully pass the qualifying examination to continue in the program. Those who do not pass the qualifying examination may make a written request to the color science program director to change to the MS program. Requests must be received before the end of the semester in which the second written test is taken. Students with permission to enter the MS program will use their second year research project as an MS research thesis topic. A written thesis is required. Students can then graduate with an MS in color science.

*Dissertation research advisor and committee*
After students pass the qualifying examination, a dissertation research adviser is selected from the graduate program faculty based on the student's research interests, faculty research interests, and discussions with the color science graduate coordinator. A four-member dissertation committee is appointed for the duration of the student's tenure in the program. The committee includes the dissertation research advisor, one other member of the color science faculty, and an external chair appointed by the dean of graduate education. The external chair must be a tenured member of the RIT faculty who is not a current member of the color science faculty. The fourth member may be an RIT faculty member or a professional affiliated with industry or another institution. The color science graduate program director must approve committee members who are not RIT faculty.

The dissertation committee prepares and administers the examination for admission to candidacy; assists in planning and coordinating research; provides research advice; supervises the writing of the dissertation; and conducts the final examination of the dissertation.

*Developing a study plan*
During the first semester of study, students work with the color science graduate program director to develop a study plan. This plan may be revised as necessary, subject to approval by the graduate program director. For example, the dissertation research adviser or the dissertation committee might recommend a revised study plan to include specific graduate electives.

RIT0000290

College of Science

*Admission to candidacy*

When the student thoroughly understands the dissertation research topic, the dissertation committee administers an examination to determine if the student can be admitted to candidacy for the doctoral degree in color science. The purpose of the examination is to ensure the student has the necessary intellectual skills and background knowledge to carry out their specific doctoral-level research project. The dissertation research adviser defines the type of examination and any requirements prior to the examination. Requirements include a dissertation proposal and may additionally include a review of literature, preliminary experiments, and the preparation of an oral presentation. The examination must be administered no later than one year prior to defending the dissertation.

*Final examination of dissertation*

Once the dissertation has been written, distributed to the dissertation committee, and the committee agrees to administer the final examination, the doctoral candidate can schedule the final examination.

The final examination of the dissertation is open to the public and is primarily a defense of the dissertation research. The examination consists of an oral presentation by the student, followed by questions from the audience. The dissertation committee may also elect to privately question the candidate following the presentation. The dissertation committee immediately notifies the candidate and the color science graduate program director of the result of the examination.

*Teaching experience*

All candidates for the Ph.D. must serve as a teaching assistant for a minimum of one course before scheduling the final examination of the dissertation. Candidates are encouraged to serve as a teaching assistant for two or more courses.

*Public presentation experience*

All candidates for the Ph.D. must present research in a public forum before scheduling the final examination of the dissertation. The preferred public forum is a technical conference.

*Publication requirement*

Prior to scheduling the Ph.D. dissertation defense (final examination), all candidates for the Ph.D. must have at least two refereed journal publications on the dissertation research accepted for publication (or published). The student must be a principal (not always first) author on both papers.

## Curriculum

### Color Science, Ph.D. degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| CLRS-601 | Principles of Color Science | 3 |
| CLRS-720 | Computational Vision Science | 3 |
| CLRS-750 | Historical Research Perspectives | 1 |
| CLRS-602 | Color Physics and Applications | 3 |
| CLRS-820 | Modeling Visual Perception | 3 |
| CLRS-751 | Research and Publication Methods | 2 |
| | Electives | 6 |
| **Second Year** | | |
| CLRS-890 | Research & Thesis (and/or Electives) | 18 |
| **Third Year** | | |
| CLRS-890 | Research & Thesis (and/or Electives) | 18 |
| **Fourth Year** | | |
| CLRS-890 | Research & Thesis (and/or Electives) | 3 |
| **Total Semester Credit Hours** | | **60** |

## Admission requirements

To be considered for admission to the Ph.D. program in color science, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit scores from the GRE.
- Submit a one-page personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources directly to RIT. Letters must be confidential.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 94 (internet-based) is required. A minimum IELTS score of 7.0 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions
- Participate in an on-campus interview (when possible).

Candidates without adequate undergraduate work in related sciences must take foundation courses prior to matriculation into the graduate program. A written agreement between the candidate and the program director will identify the required foundation courses. Foundation courses must be completed with an overall B average before a student can matriculate into the graduate program.

The foundation courses, representative of those often required, are as follows: one year of calculus, one year of college physics (with laboratory), one course in computer programming, one course in matrix algebra, one course in statistics, and one course in introductory psychology. Other science courses (with laboratory) might be substituted for physics.

## Additional information

### Assistantships

Students receiving fully funded assistantships tend to have minimum undergraduate cumulative grade point averages of 3.5 and exceptional GRE scores. International applicants who must submit TOEFL scores, must have scores above 100 (internet-based). Students who submit IELTS scores must have a minimum score of 7.0. Applicants seeking financial assistance should contact the Office of Graduate and Part-time Enrollment for current application materials and deadlines.

### Residency

All students in the program must spend at least two consecutive semesters (summer may be excluded) as resident full-time students to be eligible to receive the Ph.D.

### Time limitations

All candidates for the Ph.D. must maintain continuous enrollment during the research phase of the program. The maximum number of research credits that apply to the degree does not limit such enrollment. Normally, full-time students complete the course of study for the doctorate in approximately four years. Requirements for the degree must be completed within seven years of the date students pass the qualifying examination.

### Color science MS graduates

Graduates from the MS program in color science, who are interested in the doctoral program, should contact the color science graduate program

director to discuss their suitability for doctoral-level research. Before matriculating into the program, students must pass the qualifying examination. Once the examination has been passed successfully, students can be admitted into the doctoral program. The doctoral degree can be completed on a full- or part-time basis as long as the residency requirements are met.

**MS and MA graduates from related disciplines**

Because of the interdisciplinary nature of color science, students with MS and MA degrees often apply to the Ph.D. program. Graduate courses in related disciplines can be used as elective courses toward the degree. Furthermore, for degrees that required a research thesis, the second year research project might be waived. Thus, it might be possible for students with graduate degrees in a related discipline to take the qualifying examination during their first year of study. The color science graduate program director determines the specific courses and credit hours that can be applied toward the Ph.D. in color science.

## Chester F. Carlson Center for Imaging Science

*cis.rit.edu*
**David W. Messinger, Director**
**(585) 475-4538, messinger@cis.rit.edu**

# Imaging Science, MS

*www.rit.edu/study/imaging-science-ms*
**Charles Bachmann, Associate Professor**
**585-475-7238, cmbpci@rit.edu**

## Program overview

The masters in imaging science prepares you for research positions in the imaging industry or in the application of various imaging modalities to problems in engineering and science. This emerging field integrates engineering, math, physics, computer science, and psychology to understand and develop imaging systems and technology. You'll explore the creation and interpretation of image forming systems that are used in a broad range of applications from environmental forecasting and remote sensing to the analysis of the physical properties of radiation-sensitive materials. The masters in imaging science is geared towards advancing and broadening the skills of professionals working in the imaging industry.

## Program overview

Faculty within the Chester F. Carlson Center for Imaging Science supervise thesis research in areas of the physical properties of radiation-sensitive materials and processes, digital image processing, remote sensing, nanoimaging, electro-optical instrumentation, vision, computer vision, color imaging systems, and astronomical imaging. Interdisciplinary efforts are possible with other colleges across the university.

Formal course work includes consideration of the physical properties of radiation-sensitive materials and processes, the applications of physical and geometrical optics to electro-optical systems, the mathematical evaluation of image forming systems, digital image processing, and the statistical characterization of noise and system performance. Technical electives may be selected from courses offered in imaging science, color science, engineering, computer science, science, and mathematics. Both thesis and project options are available. In general, full-time students are required to pursue the thesis option, with the project option targeted to part-time and online students who can demonstrate that they have sufficient practical experience through their professional activities.

### Plan of study

All students must earn 30 credit hours as a graduate student. The curriculum is a combination of required core courses in imaging science, elective courses appropriate for the candidate's background and interests, and either a research thesis or graduate paper/project. Students must enroll in either the research thesis or graduate paper/project option at the beginning of their studies. The program can be completed on a full- or a part-time basis. Some courses are available online, specifically in the areas of color science, remote sensing, computer vision, and digital image processing.

### Core courses

Students are required to complete the following core courses: Fourier Methods for Imaging (IMGS-616), Image Processing and Computer Vision (IMGS-682), Optics for Imaging (IMGS-633), and either Radiometry (IMGS-619) or The Human Visual System (IMGS-620).

RIT0000292

College of Science

## Specialty track courses

Students choose two courses from a variety of tracks such as: digital image processing, computer vision, electro-optical imaging systems, remote sensing, color imaging, optics, hard copy materials and processes, and nanoimaging. Tracks may be created for students interested in pursuing additional fields of study.

## Research thesis option

The research thesis is based on experimental evidence obtained by the student in an appropriate field, as arranged between the student and their adviser. The minimum number of thesis credits required is four and may be fulfilled by experiments in the university's laboratories. In some cases, the requirement may be fulfilled by work done in other laboratories or the student's place of employment, under the following conditions:
1. The results must be fully publishable.
2. The student's advisor must be approved by the graduate program coordinator.
3. The thesis must be based on independent, original work, as it would be if the work were done in the university's laboratories.
A student's thesis committee is composed of a minimum of three people: the student's advisor and two additional members who hold at least a master's degree in a field relevant to the student's research. Two committee members must be graduate faculty of the center.

## Graduate paper/project option

Students with demonstrated practical or research experience, approved by the graduate program coordinator, may choose the graduate project option (3 credit hours). This option takes the form of a systems project course. The graduate paper is normally performed during the final semester of study. Both part- and full-time students may choose this option, with the approval of the graduate program coordinator.

## Nature of work

Faculty within the Center for Imaging Science supervise thesis research in areas of the physical properties of radiation-sensitive materials and processes, digital image processing, remote sensing, nanoimaging, electro-optical instrumentation, vision, computer vision, color imaging systems, and astronomical imaging. Interdisciplinary efforts are possible with the Kate Gleason College of Engineering and the College of Science.
   The program can be completed on a full- or a part-time basis. Some courses are available online, specifically in the areas of color science, remote sensing, medical imaging, and digital image processing.

## Graduation requirements

All students must earn 30 credit hours as a graduate student. The curriculum is a combination of required core courses in imaging science, elective courses appropriate for the candidate's background and interests, and either a research thesis or graduate paper/project. Students must enroll in either the research thesis or graduate paper/project option at the beginning of their studies.

## Selected employers

Adobe, Amazon, Apple, Aptiva Imaging, Boeing, CACI, General Electric, Google, Harris Corp., Heidelberg, Hewlett-Packard, Hover Inc., Integrity Applications Inc., Lawrence Livermore National Laboratory, Lexmark, Lockheed Martin, Microsoft, MITRE, Motorola Mobility LLC, NASA, National Geospatial Intelligence Agency, Naval Undersea Warfare Center, NVIDIA, EagleView, LLC, Ricoh Print Production, Sandia National Labs, Science Applications International Corp., Sherwin Williams, Technicolor, The Aerospace Corporation, Valspar, Xerox.

# Curriculum

### Imaging Science (thesis option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| IMGS-606 | Graduate Seminar I | 1 |
| IMGS-607 | Graduate Seminar II | 1 |
| IMGS-616 | Fourier Methods for Imaging | 3 |
| *Choose one of the following:* | | 3 |
| IMGS-619 | Radiometry | |
| IMGS-620 | The Human Visual System | |
| IMGS-633 | Optics for Imaging | 3 |
| IMGS-682 | Image Processing and Computer Vision | 3 |
| | Specialty Track Course | 3 |
| | Elective | 3 |
| **Second Year** | | |
| IMGS-790 | Research & Thesis | 4 |
| | Specialty Track Course | 3 |
| *Choose one of the following:* | | 3 |
| IMGS-790 | Research & Thesis | |
| | Elective | |
| **Total Semester Credit Hours** | | **30** |

### Imaging Science (project option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| IMGS-616 | Fourier Methods for Imaging | 3 |
| IMGS-633 | Optics for Imaging | 3 |
| IMGS-682 | Image Processing and Computer Vision | 3 |
| *Choose one of the following:* | | 3 |
| IMGS-619 | Radiometry | |
| IMGS-620 | The Human Visual System | |
| | Elective | 3 |
| | Specialty Track Course | 3 |
| **Second Year** | | |
| IMGS-740 | Imaging Science MS Systems Project Paper | 3 |
| | Specialty Track Course | 3 |
| | Electives | 6 |
| **Total Semester Credit Hours** | | **30** |

# Admission requirements

To be considered for admission to the MS in imaging science, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Have completed courses in mathematics (through calculus and including differential equations), and a full year of calculus-based physics (including modern physics). It is assumed that students can write a common computer program.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit scores from the GRE (requirement may be waived for those not seeking funding from the Center for Imaging Science).
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources familiar with the applicant's academic or research capabilities.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 100 (internet-based) is required. A minimum IELTS score of 7.0 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

RIT0000293

Applicants seeking financial assistance from the center must have all application documents submitted to the Office of Graduate and Part-time Enrollment Services by January 15 for the next academic year.

### Bridge courses

Applicants who lack adequate preparation may be required to complete bridge courses in mathematics or physics before matriculating with graduate status.

## Additional information

### Maximum time limit

University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program. Bridge courses are excluded.

# Imaging Science, Ph.D.

*www.rit.edu/study/imaging-science-phd*
**Charles Bachmann, Associate Professor**
**585-475-7238, cmbpci@rit.edu**

## Program overview

The Ph.D. in imaging science signifies high achievement in scholarship and independent investigation in the diverse aspects of imaging science. Students contribute their fundamental body of knowledge in science and engineering that is associated with this field of study. As an imaging Ph.D. candidate, you'll acquire the capabilities, skills, and experience to continue to expand the limits of the discipline and meet future scholarly, industrial, and government demands on the field.

Candidates for the doctoral degree must demonstrate proficiency by:
- Successfully completing course work, including a core curriculum, as defined by the student's plan of study;
- Passing a series of examinations; and
- Completing an acceptable dissertation under the supervision of the student's research advisor and dissertation committee.

### Plan of study

All students must complete a minimum of 60 credit hours of course work and research. The core curriculum spans and integrates a common body of knowledge essential to an understanding of imaging processes and applications. Courses are defined by the student's study plan and must include core course sequences plus a sequence in a topical area such as remote sensing, digital image processing, color imaging, digital graphics, electro-optical imaging systems, and microlithographic imaging technologies.

Students may take a limited number of credit hours in other departments and must complete research credits including two credits of research associated with the research seminar course, Graduate Seminar (IMGS-606, 607).

Graduate elective courses offered by the Chester F. Carlson Center for Imaging Science (and other RIT academic departments in fields closely allied with imaging science) allow students to concentrate their studies in a range of imaging science research and imaging application areas, including electro-optical imaging, digital image processing, color science, perception and vision, electrophotography, lithography, remote sensing, medical imaging, electronic printing, and machine vision.

*Advancement to candidacy*
Advancement to candidacy occurs through the following steps:
- Advisor selection
- Submission and approval of a preliminary study plan
- Passing a written qualifying exam
- Study plan revision based on the outcome of qualifying exam and advisor recommendation
- Research committee appointment
- Candidacy exam based on thesis proposal

Following the qualifying exam, faculty decide whether a student continues in the doctoral program or if the pursuit of an MS degree or other program option is more acceptable. For students who continue in the doctoral program, the student's plan of study will be revised, a research committee is appointed, candidacy/proposal exams are scheduled, and, finally, a dissertation defense is presented.

*Research committee*
Prior to the candidacy exam, the student, in consultation with an advisor, must present a request to the graduate program coordinator for the appointment of a research committee. The committee is composed of at least four people: an advisor, at least one faculty member who is tenured (or tenure-track) and whose primary affiliation is the Carlson Center for Imaging Science (excluding research faculty), a person competent in the field of research who is an RIT faculty member or affiliated with industry or another university and has a doctorate degree, and the external chair. The external chair must be a tenured member of the RIT faculty who is not a faculty member of the center and who is appointed by the dean of graduate education. The committee supervises the student's research, beginning with a review of the research proposal and concluding with the dissertation defense.

*Research proposal*
The student and their research advisor select a research topic for the dissertation. Proposed research must be original and publishable. Although the topic may deal with any aspect of imaging, research is usually concentrated in an area of current interest within the center. The research proposal is presented to the student's research committee during the candidacy exam at least six months prior to the dissertation defense.

*Final examination of the dissertation*
The research advisor, on behalf of the student and the student's research committee, must notify the graduate program coordinator of the scheduling of the final examination of the dissertation by forwarding to the graduate program coordinator the title and abstract of the dissertation and the scheduled date, time, and location of the examination. The final examination of the dissertation may not be scheduled within six months of the date on which the student passed the candidacy exam (at which the thesis proposal was presented and approved).

Barring exceptional circumstances (requiring permission from the graduate program coordinator), the examination may not be scheduled sooner than four weeks after formal announcement (i.e. center-wide hallway postings and email broadcast) has been made of the dissertation title and abstract and the defense date, time, and location.

The final examination of the dissertation is open to the public and is primarily a defense of the dissertation research. The examination consists of an oral presentation by the student, followed by questions from the audience. The research committee may also elect to privately question the candidate following the presentation. The research committee will immediately notify the candidate and the graduate program coordinator of the examination result.

RIT0000294

College of Science

## Curriculum

### Imaging Science, Ph.D. degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| IMGS-606 | Graduate Seminar I | 1 |
| IMGS-607 | Graduate Seminar II | 1 |
| IMGS-609 | Graduate Laboratory I | 2 |
| IMGS-613 | Probability, Noise, and Systems Modeling | 3 |
| IMGS-616 | Fourier Methods for Imaging | 3 |
| IMGS-619 | Radiometry | 3 |
| IMGS-620 | The Human Visual System | 3 |
| IMGS-633 | Optics for Imaging | 3 |
| IMGS-682 | Image Processing and Computer Vision | 3 |
| | Specialty Track Course | 3 |
| **Second Year** | | |
| IMGS-890 | Research & Thesis | 1 |
| | Specialty Track Course | 3 |
| | Electives | 9 |
| **Third Year** | | |
| IMGS-890 | Research & Thesis | 10 |
| **Fourth Year** | | |
| IMGS-890 | Research & Thesis | 10 |
| **Fifth Year** | | |
| IMGS-890 | Research & Thesis | 2 |
| **Total Semester Credit Hours** | | **60** |

## Admission requirements

To be considered for admission to the Ph.D. program in imaging science, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in engineering, computer science, applied mathematics, or one of the natural sciences.
- Have completed courses in calculus, university physics (one year), modern physics, and a computer language.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit scores from the GRE, if seeking financial assistance.
- Submit a personal statement of educational objectives addressing research interests.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from professional sources directly to RIT. Letters must be confidential.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 100 (internet-based) is required. A minimum IELTS score of 7.0 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

Imaging science encompasses a wide variety of scientific disciplines. Exceptional candidates from other fields and with diverse backgrounds are accepted into the program.

Admission decisions are made by a committee comprised of graduate faculty of the Center for Imaging Science.

Students with an MS degree in a related field may be granted credit toward the doctoral degree after successful completion of the qualifying examination and approval of their study plan. (Students should consult their academic adviser for more information.) The required research credits may not be waived by experience or examination.

## Additional information

### Residency

All students in the program must spend at least two consecutive semesters (summer excluded) as resident full-time students to be eligible to receive the doctoral degree. If circumstances warrant, the residency requirement may be waived via petition to the graduate program coordinator, who will decide on the student's petition in consultation with the adviser and graduate faculty. The request must be submitted at least nine months prior to the thesis defense.

### Maximum time limit

University policy requires that doctoral programs be completed within seven years of the date of the student passing the qualifying exam. Bridge courses are excluded.

All candidates must maintain continuous enrollment during the research phase of the program. Such enrollment is not limited by the maximum number of research credits that apply to the degree. Normally, full-time students complete the course of study for the doctorate in approximately three to five years. A total of seven years is allowed to complete the degree after passing the qualifying exam.

### Financial aid, scholarships, and assistantships

Graduate assistantships and tuition remission scholarships are available to qualified students. Applicants seeking financial assistance from the center should contact the Office of Graduate and Part-time Enrollment for current application materials and deadlines. Students whose native language is not English are advised to obtain as high a TOEFL or IELTS score as possible if they wish to apply for a teaching or research assistantship. These candidates also are encouraged to take the Test of Spoken English in order to be considered for financial assistance.

RIT0000295

## Thomas H. Gosnell School of Life Sciences

*rit.edu/ science/gsols*
**Andre Hudson, Head**
**(585) 475-4259, aohsbi@rit.edu**

# Bioinformatics, MS

*www.rit.edu/study/bioinformatics-ms*
**Feng Cui, Associate Professor**
**585-475-4115, fxcsbi@rit.edu**

## Program overview

The bioinformatics masters combines biotechnology, computer programming, and computational mathematics to prepare you to utilize and create technologies that will discover, treat, and cure a range of medical illnesses. The MS degree in bioinformatics provides students with a strong foundation in biotechnology, computer programming, computational mathematics, statistics, and database management. Graduates are well-prepared for academia and careers in the biotechnology, bioinformatics, pharmaceutical, and vaccine industries.

In laboratory exercises and assignments, students learn to sequence DNA and use computer programs to analyze DNA sequences and predict molecular models.

Bioinformatics is a field that has been developing over the last thirty years. It is a discipline that represents a marriage between biotechnology and computer technologies and has evolved through the convergence of advances in each of these fields. Today bioinformatics is a field that encompasses all aspects of the application of computer technologies to biological data. Computers are used to organize, link, analyze and visualize complex sets of biological data.

With the advent of high-throughput technologies such as Next Generation Sequencing and proteomics, bioinformatics has become essential to the biological sciences in general. In the past, laboratories were able to manage and analyze their experimental data in spreadsheets. Many research labs now require the expertise of dedicated bioinformatics core centers or their own in-house bioinformaticists.

Graduates of our programs have entered such laboratories, both in industry and academia, as bioinformaticists. Some have also gone on to leverage their biotechnology experiences as wet lab experimentalists themselves. The diversity of skills our students cultivate has given them access to a wide range of career choices.

Based on consultation with individuals within the industry nationwide, the job market is rich with opportunities for those who obtain a graduate degree in bioinformatics, particularly when coupled with research as thesis work. This research provides exposure to real-world problems—and their solutions—not otherwise attainable in an academic setting.

The program provides you with the capability to enter the bioinformatics workforce and become leaders in the field. The curriculum is designed to fulfill the needs of students with diverse educational and professional backgrounds. Individuals entering the program typically have degrees in biology, biotechnology, chemistry, statistics, computer science, information technology, or a related field. The program accommodates this diversity by providing a comprehensive bridge program for students who need to supplement their education before entering the program. The program offers two tracks, one for students with backgrounds in the life sciences and one for those with backgrounds in the computational

sciences. Regardless of the track pursued, students are prepared to become professional bioinformaticists upon graduation.

The program is offered on a full- or part-time basis to fulfill the needs of traditional students and those currently employed in the field.

### Nature of work

Bioinformatics jobs come with several different areas of focus, which are less strictly hierarchical than bioscience discovery research jobs. The analyst/programmer job provides more focused computational analysis support. Analyst/programmers design and develop software, databases and interfaces used to analyze and manipulate genomic databases. They collaborate with production to develop high-throughput data processing and analysis capability and to design and implement data queries, novel algorithms, and/or visualization techniques. Analyst/programmers also maintain large-scale DNA databases, prepare data for other scientists, monitor new data from integrating sequence-based/ functional knowledge about genes to help scientists analyze and interpret gene-expression data. They also analyze DNA information and identify opportunities for innovative solutions to analyze and manage biological data. In addition, they often assist in developing software and custom scripts to automate data retrieval, manipulation, and analysis; application of statistics; and visualization tools. (Source: Vault Career Guide to Biotech; The Jobs in Lab Research)

### Training/Qualifications

Within the bioinformatics field employers tend to look for the following skills/strengths: fundamental training/knowledge in molecular biology, biochemistry and biotechnology, particularly, genomics, relational database administration and programming skills/e.g. using SQL, PERL, C,C++, etc. on a UNIX operating system, strong analytical abilities using relevant mathematical/statistical tools, a strong interest in utilizing computational skills to leverage the data outcomes of those working in the laboratory, meticulous, independent, patient to do the same task repetitively and multitask. (Source: www.geocities.com/bioinformaticsweb/ carrier.html)

## Curriculum

### Bioinformatics, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| BIOL-625 | Ethics in Bioinformatics | 3 |
| BIOL-630 | Bioinformatics Algorithms | 3 |
| BIOL-635 | Bioinformatics Seminar | 3 |
| BIOL-671 | Database Management for the Sciences | 3 |
| BIOL-694 | Molecular Modeling and Proteomics | 3 |
| MATH-655 | Biostatistics | 3 |
| | Graduate Electives* | 6 |
| **Second Year** | | |
| BIOL-790 | Research and Thesis | 6 |
| **Total Semester Credit Hours** | | **30** |

\* Any graduate-level course deemed related to the field of bioinformatics by the program director.

## Admission requirements

To be considered for admission to the MS program in bioinformatics, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in biology, biotechnology, biochemistry, chemistry, computer science, information technology, statistics, or a related discipline.

RIT0000296

College of Science

- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.2 (or equivalent)
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions..

# Environmental Science, MS

*www.rit.edu/study/environmental-science-ms*
**Jeffrey Lodge, Associate Professor**
**585-475-2489, jslsbi@rit.edu**

## Program overview

Habitat loss, global climate change, water and air pollution, ozone depletion, species invasions, loss of biodiversity, and the accumulation of toxic wastes are among the many environmental dilemmas our society faces each day. These complex problems pit environmental limits against economic development, diverse cultures, ethics, values, and social stability, and therefore require an understanding of science, policy, society, history, and economics in order to address problems realistically and effectively. Environmental scientists must use integrated and holistic approaches to understand and find sustainable solutions to these problems. Graduates of the environmental science masters are well prepared for a variety of environmentally sustainable careers including consulting, research, policy, and outreach, or further graduate work in a doctoral program.

The program's curriculum provides students with a deep understanding of the science behind our environmental problems, the complex set of circumstances that impact environmental issues, and how environmental decisions and policies must attempt to find a balance between environmental conservation, human well-being, and economic development. Students augment their hands-on classroom work with in-depth experiential learning through an individual thesis or project that provides students with the chance to work on real-world environmental problems under the guidance of skilled environmental scientists.

## Plan of study

The practice of environmental science demands that students be well-rounded specialists. To accomplish this, each student is required to complete a concentration in one of the following areas: cellular and molecular biology, chemistry, ecology and field biology, economics, mathematics, organismal biology and evolution, public policy, remote sensing, and digital image processing, or statistics. Students also may develop a self-designed concentration in an area of personal interest, subject to approval from an environmental science review committee.

### Cooperative education
Cooperative education is optional for environmental science majors, however, it offers students a great way to get a head start on their career with paid, professional work experience. Students can participate in cooperative education as soon as the summer after their second year of study. Co-op placements are typically with local, state, or federal government agencies, nonprofit environmental organizations, and a host of environmental consulting firms. To learn more about co-op, visit RIT's Office of Career Services and Cooperative Education.

### Nature of work
Environmental scientists and geoscientists use their knowledge of the physical makeup and history of the earth to protect the environment; locate water, mineral, and energy resources; predict future geologic hazards; and offer environmental site assessments and advice on indoor air quality, hazardous waste site remediation and construction and land-use projects. Most of their time is devoted to office or field work and often includes data analysis and report/proposal writing. (Source: U.S. Bureau of Labor Statistics Occupational Outlook Handbook)

RIT0000297

## Curriculum

### Environmental Science, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ENVS-601 | Environmental Science Graduate Studies I | 2 |
| ENVS-602 | Environmental Science Graduate Studies II | 1 |
| ENVS-795 | Environmental Science Graduate Research | 3 |
| | Graduate GIS Elective | 3 |
| | Graduate Statistics Elective | 3 |
| | Graduate Public Policy/STS Elective | 3 |
| | Graduate Science Core Elective | 3 |
| | Professional Electives | 6 |
| **Second Year** | | |
| *Choose one of the following:* | | 6 |
| ENVS-780 | Environmental Science Project | |
| ENVS-790 | Environmental Science Thesis | |
| **Total Semester Credit Hours** | | **30** |

*Electives*

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **Graduate Public Policy/STS Electives** | | |
| PUBL-610 | Technological Innovation and Public Policy | 3 |
| PUBL-630 | Energy Policy | 3 |
| PUBL-700 | Readings in Public Policy | 3 |
| PUBL-701 | Graduate Policy Analysis | 3 |
| PUBL-702 | Graduate Decision Analysis | 3 |
| PUBL-703 | Evaluation and Research Design | 3 |
| PUBL-810 | Technology, Policy and Sustainability | 3 |
| STSO-621 | Graduate Biodiversity and Society | 3 |
| STSO-710 | Graduate Science and Technology Policy Seminar | 3 |
| STSO-750 | Graduate Sustainable Communities | 3 |
| **Graduate Science Core Electives** | | |
| BIOL-655 | Biogeography | 3 |
| BIOL-671 | Database Management for the Sciences | 3 |
| BIOL-673 | Marine Biology | 4 |
| BIOL-675 | Advanced Conservation Biology | 3 |
| ENVS-631 | Climate Change: Science Technology & Policy | 3 |
| ENVS-670 | Advanced Concepts of Environmental Chemistry | 3 |
| IMGS-632 | Advanced Environmental Applications of Remote Sensing | 3 |
| ISUS-704 | Industrial Ecology | 3 |
| **Graduate GIS Electives** | | |
| ENVS-650 | Hydrological Applications of Geographic Information Systems | 4 |
| ISTE-742 | Introduction To Geographic Information Systems | 3 |

## Admission requirements

To be considered for admission to the MS program in environmental science, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in environmental science, biological science, or a related discipline.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent) overall and in math/science.
- Applicants with undergraduate degrees from foreign colleges and universities are required to submit GRE scores.
- Submit a personal statement of educational objectives outlining the applicant's research/project interests, career goals, and suitability to the program.
- Submit three letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of

6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

Students are strongly encouraged to contact program faculty before applying to discuss thesis topics and research projects. Students are matched with a potential thesis advisor at the time of admission.

## Additional information

### Facilities and equipment

The program provides a wide range of research opportunities. Many faculty members are engaged in field-based projects and the college boasts excellent laboratory facilities that support field research, including wet laboratories and computer facilities (traditional and geographic information systems). For a list of past and present projects, and faculty research interests, please visit the program website.

**Monitoring, mapping, and field equipment:** ArcGIS and IDRISI GIS software, ENVS and ERDAS Remote Sensing software, Garmin and Trimble GPS receivers, soil sampling and analysis equipment, water sampling devices, multisonde water quality probes and dissolved oxygen meters, SCT meter, ponar dredges, Li-Cor light meter, plankton samplers, macroinvertebrate nets/samplers, and a library of field reference texts.

**Other equipment:** Fluorimeter, Raman Spectrometer, UV-Vis-IR, GC-MS, ICP, atomic absorption, polarimeter, centrifuge, electrochemical equipment, gas chromatographs, HPLC, viscometer, ESR (built in-house), confocal microscope, infrared carbon dioxide analyzer, Unisense microelectrode system, Lachat autoanalyzer, incubators, capillary electrophoresis, DSCs, DMA, NMR, drying oven, Wiley mill.

RIT0000298

College of Science

## School of Mathematical Sciences

*math.rit.edu*
**Matthew Coppenbarger, Head, School of Mathematical Sciences**
**(585) 475-5887, mecsmo@rit.edu**

# Applied and Computational Mathematics, MS

*www.rit.edu/study/applied-and-computational-mathematics-ms*
**Matthew Hoffman, Associate Professor**
**585-420-6288, mjhsma@rit.edu**

## Program overview

Sophisticated mathematical tools are increasingly used to solve problems in management science, engineering, biology, financial portfolio planning, facilities planning, control of dynamic systems, and design of composite materials. The goal is to find computing solutions to real-world problems. The applied and computational mathematics master's degree refines your capabilities in applying mathematical models and methods to study a range of problems, with an emphasis on developing and implementing computing solutions.

The ideas of applied mathematics pervade several applications in a variety of businesses and industries as well as the government. Sophisticated mathematical tools are increasingly used to develop new models, modify existing ones, and analyze system performance. This includes applications of mathematics to problems in management science, biology, portfolio planning, facilities planning, control of dynamic systems, and design of composite materials. The goal is to find computable solutions to real-world problems arising from these types of situations.

The masters of science degree in applied and computational mathematics provide students with the capability to apply mathematical models and methods to study various problems that arise in industry and business, with an emphasis on developing computable solutions that can be implemented. The program offers concentrations in discrete mathematics, dynamical systems, and scientific computing. Electives may be selected from the graduate course offerings in the School of Mathematical Sciences or from other graduate programs, with approval from the graduate program director. Students have the option to complete a thesis, which includes the presentation of original ideas and solutions to a specific mathematical problem. The proposal for the thesis work and the results must be presented and defended before the advisory committee.

### Nature of work

Mathematicians use mathematical theory, computational techniques, algorithms, and the latest computer technology to solve economic, scientific, engineering, physics, and business problems. The work of mathematicians falls into two broad classes — theoretical (pure) mathematics and applied mathematics. These classes, however, often overlap. Applied mathematicians start with a practical problem, envision its separate elements, and then reduce the elements to mathematical variables. They often use computers to analyze relationships among the variables, and they solve complex problems by developing models with alternative solutions.

### Types of mathematics

Most often the work involving applied mathematics is done by persons whose titles are other than mathematician, including engineer, economist, analyst (e.g. operations research), physicist, cryptanalyst (codes), actuary, teacher, market researcher, and financial advisor.

Many mathematicians work for federal or state agencies. The Department of Defense accounts for about 81 percent of the mathematicians

employed by the federal government. In the private sector, mathematicians are employed by scientific research and development services, software publishers, insurance companies, and in aerospace or pharmaceutical manufacturing.

### Cooperative education

Cooperative education enables students to alternate periods of study on campus with periods of full-time, paid professional employment. Students may pursue a co-op position after their first semester. Co-op is optional for this program.

## Curriculum

**Applied and Computational Mathematics (thesis option), MS degree, typical course sequence**

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| *Choose four of the following core courses:* | | 12 |
| MATH-601 | Methods of Applied Mathematics | |
| MATH-602 | Numerical Analysis I | |
| MATH-605 | Stochastic Processes | |
| MATH-622 | Mathematical Modeling I | |
| MATH-645 | Graph Theory | |
| MATH-722 | Mathematical Modeling II | |
| MATH-606 | Graduate Seminar I | 1 |
| MATH-607 | Graduate Seminar II | 1 |
| | Electives | 6 |
| **Second Year** | | |
| MATH-790 | Research & Thesis | 7 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

**Applied and Computational Mathematics (project option), MS degree, typical course sequence**

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| *Choose four of the following core courses:* | | 12 |
| MATH-601 | Methods of Applied Mathematics | |
| MATH-602 | Numerical Analysis I | |
| MATH-605 | Stochastic Processes | |
| MATH-622 | Mathematical Modeling I | |
| MATH-645 | Graph Theory | |
| MATH-722 | Mathematical Modeling II | |
| MATH-606 | Graduate Seminar I | 1 |
| MATH-607 | Graduate Seminar II | 1 |
| | Electives | 6 |
| **Second Year** | | |
| MATH-790 | Research & Thesis | 4 |
| | Electives | 6 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS program in applied and computational mathematics, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in mathematics or a related field.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have knowledge of a programming language.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit a personal statement of educational objectives.
- Submit two letters of recommendation from academic or professional sources.

RIT0000299

- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

Although Graduate Record Examination (GRE) scores are not required, submitting them may enhance a candidate's acceptance into the program.

A student may also be granted conditional admission and be required to complete bridge courses selected from among RIT's existing undergraduate courses, as prescribed by the student's adviser. Until these requirements are met, the candidate is considered a nonmatriculated student. The graduate program director evaluates the student's qualifications to determine eligibility for conditional and provisional admission.

## Additional information

### Part-time study
The program is ideal for practicing professionals who are interested in applying mathematical methods in their work and enhancing their career options. Most courses are scheduled in the late afternoon or early evening. The program may normally be completed in two years of part-time study.

### Nonmatriculated students
A student with a bachelor's degree from an approved undergraduate institution, and with the background necessary for specific courses, may take graduate courses as a nonmatriculated student with the permission of the graduate program director and the course instructor. Courses taken for credit may be applied toward the master's degree if the student is formally admitted to the program at a later date. However, the number of credit hours that may be transferred into the program from courses taken at RIT is limited for nonmatriculated students.

# Applied Statistics, MS

*www.rit.edu/study/applied-statistics-ms*
***Robert Parody, Associate Professor***
***585-475-5288, rjpeqa@rit.edu***

## Program overview

The MS in applied statistics focuses on data mining, design of experiments, health care applications, and the application of statistics to imaging and industrial environments. You'll integrate knowledge learn through engaging courses to solve more complex problems for a wide range of organizations, including industrial, marketing, education, insurance, credit, government, and health care.

The MS program in applied statistics is available to both full- and part-time students with courses available both on-campus and online. Cooperative education is optional. The program is intended for students who do not wish to pursue a degree beyond the MS. However, a number of students have attained doctorate degrees at other universities.

### Plan of study
The program requires 30 credit hours and includes four core courses, electives, and a capstone project or thesis.

*Core courses*
Students are required to complete four core courses: Statistical Software (STAT-611), Foundations of Statistics (STAT-631), Applied Linear Models–Regression (STAT-641), and Applied Linear Models–ANOVA (STAT-642). Students, in conjunction with their advisors' recommendations, should take the core courses early in the program.

*Electives*
Elective courses are chosen by the student with the help of their advisor. These courses are usually department courses but may include (or transferred from other universities) up to 6 credit hours from other departments that are consistent with students' professional objectives.

*Capstone Thesis/Project*
The capstone project is designed to ensure that students can integrate the knowledge from their courses to solve more complex problems. This project is taken near the end of a student's course of study. Students, with advisor approval, may write a thesis as their capstone. A thesis may be 3 or 6 credit hours. If a student writes a 6 credit hour thesis, they would be required to complete four elective courses instead of five.

*Areas of concentration*
- Clinical Trails
- Data Mining/Machine Learning
- Industrial Statistics
- Informatics

## Curriculum

**Applied Statistics, MS degree, typical course sequence**

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| STAT-611 | Statistical Software | 3 |
| STAT-631 | Foundations of Statistics | 3 |
| STAT-641 | Applied Linear Models - Regression | 3 |
| STAT-642 | Applied Linear Models - ANOVA | 3 |
| | Electives | 6 |
| **Second Year** | | |
| | Electives | 9 |
| STAT-790 | Capstone Thesis/Project | 3 |
| **Total Semester Credit Hours** | | **30** |

RIT0000300

College of Science

## Admission requirements

To be considered for admission to the MS program in applied statistics, candidates should fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Have satisfactory background in mathematics (one year of differential equations and integral calculus) and statistics (two courses in probability and statistics).
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have knowledge of a programming language.
- Have a minimum cumulative GPA of 3.0 (or equivalent) (recommended but not required).
- GRE scores are not required. However, in cases where there may be some question regarding the capability of the applicant to complete the program. Applicants may be asked to submit scores to strengthen their application.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

## Additional information

### Grades

Students must attain an overall program grade-point average of 3.0 (B) for graduation.

### Maximum time limit

University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program. Bridge courses are excluded.

# Applied Statistics, Adv. Cert.

www.rit.edu/study/applied-statistics-adv-cert
**Robert Parody, Associate Professor**
**585-475-5288, rjpeqa@rit.edu**

## Program overview

The advanced certificate in applied statistics is designed for engineers, scientists, analysts, and other professionals who want a solid education in the statistical methods that are most closely related to their work. Courses are available both on-campus and online to accommodate diverse schedules.

The program requires 12 credit hours and includes two core courses and two elective courses.

## Curriculum

### Applied Statistics, advanced certificate, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| STAT-641 | Applied Linear Models - Regression | 3 |
| STAT-642 | Applied Linear Models - ANOVA | 3 |
| | Electives | 6 |
| **Total Semester Credit Hours** | | **12** |

## Admission requirements

To be considered for admission to the advanced certificate in applied statistics, candidates should fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Have satisfactory background in mathematics and statistics (two courses in probability and statistics).
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent) (recommended but not required).
- GRE scores are not required. However, in cases where there may be some question regarding the capability of the applicant to complete the program. Applicants may be asked to submit scores to strengthen their application.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

## Additional information

### Grades

Students must attain an overall program grade-point average of 3.0 (B) for graduation.

### Maximum time limit

University policy requires that graduate programs be completed within seven years of the student's initial registration for courses in the program. Bridge courses are excluded.

RIT0000301

# Mathematical Modeling, Ph.D.

*www.rit.edu/study/mathematical-modeling-phd*
**Nathan Cahill, Associate Professor**
**585-475-5144, ndcsma@rit.edu**

## Program overview

Mathematical modeling is the process of developing mathematical descriptions, or models, of real-world systems. These models can be linear or nonlinear, discrete or continuous, deterministic or stochastic, and static or dynamic, and they enable investigating, analyzing, and predicting the behavior of systems in a wide variety of fields. Through extensive study and research, graduates of this program will have the expertise not only to use the tools of mathematical modeling in various application settings, but also to contribute in creative and innovative ways to the solution of complex interdisciplinary problems and to communicate effectively with domain experts in various fields.

## Plan of study

The degree requires at least 60 credit hours of course work and research. The curriculum consists of three required core courses, three required concentration foundation courses, a course in scientific computing and high-performance computing (HPC), three elective courses focused on the student's chosen research concentration, and a doctoral dissertation. Elective courses are available from within the School of Mathematical Sciences as well as from other graduate programs at RIT, which can provide application-specific courses of interest for particular research projects. A minimum of 30 credits hours of course work is required. In addition to courses, at least 30 credit hours of research, including the Graduate Research Seminar, and an interdisciplinary internship outside of RIT are required.

Students develop a plan of study in consultation with an application domain advisory committee. This committee consists of the program director, one of the concentration leads, and an expert from an application domain related to the student's research interest. The committee ensures that all students have a roadmap for completing their degree based on their background and research interests. The plan of study may be revised as needed.

### Qualifying examinations

All students must pass two qualifying examinations to determine whether they have sufficient knowledge of modeling principles, mathematics, and computational methods to conduct doctoral research. Students must pass the examinations in order to continue in the Ph.D. program.

The first exam is based on the Numerical Analysis I (MATH-602) and Mathematical Modeling I, II (MATH-622, 722). The second exam is based on the student's concentration foundation courses and additional material deemed appropriate by the committee and consists of a short research project.

### Dissertation research advisor and committee

A dissertation research advisor is selected from the program faculty based on the student's research interests, faculty research interest, and discussions with the program director. Once a student has chosen a dissertation advisor, the student, in consultation with the advisor, forms a dissertation committee consisting of at least four members, including the dissertation advisor. The committee includes the dissertation advisor, one other member of the mathematical modeling program faculty, and an external chair appointed by the dean of graduate education. The external chair must be a tenured member of the RIT faculty who is not a current member of the mathematical modeling program faculty. The fourth committee member must not be a member of the RIT faculty and may be a professional affiliated with industry or with another institution; the program director must approve this committee member.

The main duties of the dissertation committee are administering both the candidacy exam and final dissertation defense. In addition, the dissertation committee assists students in planning and conducting their dissertation research and provides guidance during the writing of the dissertation.

### Admission to candidacy

When a student has developed an in-depth understanding of their dissertation research topic, the dissertation committee administers an examination to determine if the student will be admitted to candidacy for the doctoral degree. The purpose of the examination is to ensure that the student has the necessary background knowledge, command of the problem, and intellectual maturity to carry out the specific doctoral-level research project. The examination may include a review of the literature, preliminary research results, and proposed research directions for the completed dissertation. Requirements for the candidacy exam include both a written dissertation proposal and the presentation of an oral defense of the proposal. This examination must be completed at least one year before the student can graduate.

### Dissertation defense and final examination

The dissertation defense and final examination may be scheduled after the dissertation has been written and distributed to the dissertation committee and the committee has consented to administer the final examination. Copies of the dissertation must be distributed to all members of the dissertation committee at least four weeks prior to the final examination. The dissertation defense consists of an oral presentation of the dissertation research, which is open to the public. This public presentation must be scheduled and publicly advertised at least four weeks prior to the examination. After the presentation, questions will be fielded from the attending audience and the final examination, which consists of a private questioning of the candidate by the dissertation committee, will ensue. After the questioning, the dissertation committee immediately deliberates and thereafter notifies the candidate and the mathematical modeling graduate director of the result of the examination.

## Curriculum

### Mathematical Modeling, Ph.D. degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| MATH-602 | Numerical Analysis I | 3 |
| MATH-606 | Graduate Seminar I | 1 |
| MATH-607 | Graduate Seminar II | 1 |
| MATH-622 | Mathematical Modeling I | 3 |
| MATH-722 | Mathematical Modeling II | 3 |
| | Concentration Foundation Courses | 6 |
| | Elective | 3 |
| **Second Year** | | |
| MATH-789 | High-performance Computing For Mathematical Modeling | 3 |
| MATH-790 | Research & Thesis | 6 |
| | Concentration Foundation Course | 3 |
| | Electives | 6 |
| **Third Year** | | |
| MATH-790 | Research & Thesis | 10 |
| **Fourth Year** | | |
| MATH-790 | Research & Thesis | 6 |
| **Fifth Year** | | |
| MATH-790 | Research & Thesis | 6 |
| **Total Semester Credit Hours** | | **60** |

RIT0000302

College of Science

## Concentrations

*Applied Inverse Problems*

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| MATH-625 | Applied Inverse Problems | 3 |
| MATH-633 | Measure Theory of Elements and Functional Analysis | 3 |
| MATH-741 | Partial Differential Equations I | 3 |

*Biomedical Mathematics*

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| MATH-631 | Dynamical Systems | 3 |
| MATH-702 | Numerical Analysis II | 3 |
| MATH-761 | Mathematical Biology | 3 |

*Discrete Mathematics*

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| CSCI-665 | Foundations of Algorithms | 3 |
| MATH-645 | Graph Theory | 3 |
| MATH-646 | Combinatorics | 3 |

*Dynamical Systems and Fluid Dynamics*

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| MATH-631 | Dynamical Systems | 3 |
| MATH-741 | Partial Differential Equations I | 3 |
| MATH-831 | Mathematical Fluid Dynamics | 3 |

*Geometry, Relativity and Gravitation*

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| ASTP-760 | Introduction to Relativity and Gravitation | 3 |
| ASTP-861 | Advanced Relativity and Gravitation | 3 |
| MATH-702 | Numerical Analysis II | 3 |

## Admission requirements

To be considered for admission to the Ph.D. program in mathematical modeling, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent) in a primary field of study.
- Submit scores from the GRE.
- Submit a personal statement of educational objectives and research interests.
- Submit a current resume or curriculum vitae.
- Submit a minimum of two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 100 (internet-based) is required. A minimum IELTS score of 7.0 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

Mathematical modeling encompasses a wide variety of scientific disciplines, and candidates from diverse backgrounds are encouraged to apply. If applicants have not taken expected foundational course work, the program director may require the student to successfully complete foundational courses prior to matriculating into the Ph.D. program. Typical foundation course work includes calculus through multivariable and vector calculus, differential equations, linear algebra, probability and statistics, one course in computer programming, and at least one course in real analysis, numerical analysis, or upper-level discrete mathematics.

## Additional information

### Financial aid, scholarships, and assistantships

Graduate assistantships and tuition remission scholarships are available to qualified students. Applicants seeking financial assistance must submit all application documents to the Office of Graduate and Part-time Enrollment. Please contact the office for current application materials and deadlines. Students whose native language is not English are advised to obtain as high a TOEFL or IELTS score as possible if they wish to apply for a teaching or research assistantship. These candidates also are encouraged to take the Test of Spoken English in order to be considered for financial assistance.

### Residency

All students in the program must spend at least two consecutive semesters (summer excluded) as resident full-time students to be eligible to receive the doctoral degree.

### Maximum time limitations

University policy requires that doctoral programs be completed within seven years of the date of the student passing the qualifying exam. All candidates must maintain continuous enrollment during the research phase of the program. Such enrollment is not limited by the maximum number of research credits that apply to the degree.

RIT0000303

## School of Physics and Astronomy

*rit.edu/science/sopa*
**Michael Kotlarchyk, Head**
**(585) 475-6115, mnksps@rit.edu**

# Astrophysical Sciences and Technology, MS

*www.rit.edu/study/astrophysical-sciences-and-technology-ms*
**Andrew Robinson, Professor**
**585-475-2726, axrsps@rit.edu**

## Program overview

Students may tailor their programs of study to emphasize astrophysics (including observational and theoretical astrophysics), computational and gravitational astrophysics (including numerical relativity, gravitational wave astronomy), and astronomical technology (including detector and instrumentation research and development). Students can pursue research interests in a wide range of topics, including design and development of novel detectors, multiwavelength studies of protostars, active galactic nuclei and galaxy clusters, gravitational wave data analysis, and theoretical and computational modeling of astrophysical systems including galaxies and compact objects such as binary black holes. Depending on research interests, students may participate in one of three research centers: the Center for Computational Relativity and Gravitation(Video), the Center for Detectors or the Laboratory for Multi-wavelength Astrophysics.

The astrophysics degree focuses on the underlying physics of phenomena beyond the Earth, and on the development of the technologies, instruments, data analysis, and modeling techniques that will enable the next major strides in the field.

There has never been a more exciting time to study the universe beyond the confines of the Earth. A new generation of advanced ground-based and space-borne telescopes and enormous increases in computing power are enabling a golden age of astrophysics. The MS program in astrophysical sciences and technology focuses on the underlying physics of phenomena beyond the Earth, and on the development of the technologies, instruments, data analysis, and modeling techniques that will enable the next major strides in the field. The program's multidisciplinary emphasis sets it apart from conventional astrophysics graduate programs at traditional research universities.

### Plan of study

The MS program comprises a minimum of 30 credit hours of study. The curriculum consists of four core courses, two to four elective courses, two semesters of graduate seminar, and a research project culminating in a thesis.

### Master's thesis

During the first year, most students begin a research project under the guidance of a faculty research advisor. Focus on the project becomes more significant during the second year after the core courses have been completed. A thesis committee is appointed by the program director and oversees the final defense of the thesis, which consists of a public oral presentation by the student, followed by a closed-door examination by the committee.

## Curriculum

### Astrophysical Sciences and Technology, MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ASTP-601 | Graduate Seminar I | 1 |
| ASTP-602 | Graduate Seminar II | 1 |
| ASTP-608 | Fundamental Astrophysics I | 3 |
| ASTP-609 | Fundamental Astrophysics II | 3 |
| *Choose one of the following:* | | 3 |
| ASTP-613 | Astronomical Obervational Techniques and Instrumentation | |
| | Elective | |
| *Choose one of the following:* | | 3 |
| ASTP-610 | Mathematical Methods for the Astrophysical Sciences | |
| | Elective | |
| ASTP-790 | Research & Thesis | 4 |
| **Second Year** | | |
| *Choose one of the following:* | | 3 |
| ASTP-613 | Astronomical Obervational Techniques and Instrumentation | |
| | Elective | |
| *Choose one of the following:* | | 3 |
| ASTP-610 | Mathematical Methods for the Astrophysical Sciences | |
| | Elective | |
| ASTP-790 | Research & Thesis | 6 |
| **Total Semester Credit Hours** | | **30** |

### Electives

| COURSE | |
|---|---|
| ASTP-610 | Mathematical Methods for the Astrophysical Sciences |
| ASTP=611 | Statistical Methods for Astrophysics |
| ASTP-720 | Computational Methods for Astrophysics |
| ASTP-730 | Stellar Structure & Atmospheres |
| ASTP-740 | Galactic Astrophysics |
| ASTP-750 | Extragalactic Astrophysics |
| ASTP-760 | Introduction to Relativity and Gravitation |
| ASTP-831 | Stellar Evolution & Environments |
| ASTP-835 | High-Energy Astrophysics |
| ASTP-841 | The Interstellar Medium |
| ASTP-851 | Cosmology |
| ASTP-861 | Advanced Relativity and Gravitation |
| IMGS-628 | Design and Fabrication of Solid State Cameras |
| IMGS-639 | Principles of Solid State Imaging Arrays |
| IMGS-642 | Testing of Focal Plane Arrays |
| PHYS-611 | Classical Electrodynamics I |
| PHYS-612 | Classical Electrodynamics II |

## Admission requirements

To be considered for admission to the MS program in astrophysical sciences and technology, a candidate must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in the physical sciences, mathematics, computer science, or engineering.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.2 (or equivalent) in course work in mathematical, science, engineering, and computing subject areas.
- Submit scores from the GRE.
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL

RIT0000304

College of Science

score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

## Additional information

### MS to Ph.D. transfer
MS students who have excelled in their course work and research project may be permitted, by program approval, to transition into the doctoral program, with the MS thesis defense serving as the Ph.D. qualifying examination. Such a transition from MS to Ph.D. is contingent on the availability of an adviser and research funding.

# Astrophysical Sciences and Technology, Ph.D.

*www.rit.edu/study/astrophysical-sciences-and-technology-phd*
***Andrew Robinson, Professor***
***585-475-2726, axrsps@rit.edu***

## Program overview

There has never been a more exciting time to study the universe beyond the confines of the Earth. A new generation of advanced ground-based and space-borne telescopes and enormous increases in computing power are enabling a golden age of astrophysics. The doctoral program in astrophysical sciences and technology focuses on the underlying physics of phenomena beyond the Earth and on the development of the technologies, instruments, data analysis, and modeling techniques that will enable the next major strides in the field. The program's multidisciplinary emphasis sets it apart from conventional astrophysics graduate programs at traditional research universities.

The program offers tracks in astrophysics (including observational and theoretical astrophysics), computational and gravitational astrophysics (including numerical relativity, gravitational wave astronomy), and astronomical technology (including detector and instrumentation research and development). Students can pursue research interests in a wide range of topics, including design and development of novel detectors, multiwavelength studies of proto-stars, active galactic nuclei and galaxy clusters, gravitational wave data analysis, and theoretical and computational modeling of astrophysical systems including galaxies and compact objects such as binary black holes. Depending on research interests, students may participate in one of three research centers: the Center for Computational Relativity and Gravitation(Video), the Center for Detectors, or the Laboratory for Multi-wavelength Astrophysics.

### Plan of study
Students complete a minimum of 60 credit hours of study, consisting of at least 24 credit hours of course work and at least 24 credit hours of research. Students may choose to follow one of three tracks: astrophysics, astro-informatics and computational astrophysics (with the option of a concentration in general relativity), or astronomical instrumentation. All students must complete four core courses with grades of B or better, as well as two semesters of graduate seminar. Core course grades below B must be remediated by taking and passing a comprehensive exam on the core course subject matter prior to receiving the doctoral degree. The remaining course credits are made up from specialty track courses and electives. Students must pass a qualifying examination, which consists of completing and defending a master's-level research project, prior to embarking on the dissertation research project.

*Electives*
Electives include additional courses in astrophysics and a wide selection of courses offered in other RIT graduate programs (e.g., imaging science, computer science, engineering), including detector development, digital image processing, computational techniques, optics, and entrepreneurship, among others.

*Ph.D. qualification requirements: Master's-level research project*
During the first year of the program, most doctoral candidates begin a master's-level research project under the guidance of a faculty member. The project gains momentum during the second year, after the core courses have been completed. The master's-level research topic may be different from the eventual doctoral dissertation topic, and the supervising faculty member will not necessarily serve as the dissertation research advisor.

RIT0000305

The doctoral qualification requirements consist of a combination of a publication-quality master's-level project report, which may be in the form of a thesis (if the student so chooses), and an oral presentation and defense of the master's-level project. This qualification process, which must be completed by the beginning of the third year of full-time study or its equivalent, is designed to ensure the student has the necessary background knowledge and intellectual skills to carry out doctoral-level research in the subject areas of astrophysical sciences and technology. A director-approved committee consisting of the student's master's-level project research advisor and two additional faculty members will assess the student's project report and defense.

### Dissertation research advisor

After passing the qualifying examination, students are guided by a dissertation research advisor who is approved by the program director. The choice of advisor is based on the student's research interests, faculty research interests, and available research funding.

### Research committee

After passing the qualifying examination, a dissertation committee is appointed for the duration of the student's tenure in the program. The committee chair is appointed by the dean of graduate education and must be a faculty member in a program other than astrophysical sciences and technology. The committee chair acts as the institutional representative in the final dissertation examination. The committee comprises at least four members and in addition to the chair, must also include the student's dissertation research advisor and at least one other member of the program's faculty. The fourth member may be an RIT faculty member, a professional affiliated in industry, or a representative from another institution. The program director must approve committee members who are not RIT faculty.

### Ph.D. proposal review (candidacy exam)

Within six months of the appointment of the dissertation committee, students must prepare a Ph.D. research project proposal and present it to the committee for review. The student provides a written research proposal and gives an oral presentation to the committee, who provides constructive feedback on the project plan. The review must take place at least six months prior to the dissertation defense.

### Annual review

Each fall, students provide an annual report in the form of an oral presentation, which summarizes progress made during the preceding year. The program director also monitors student's progress toward meeting the requirements for either the qualifying examination (during the first two years), or the Ph.D. (after passing the qualifying examination). Students may be interviewed, as necessary, to explore any concerns that emerge during the review and to discuss remedial actions.

### Final examination of the dissertation

Once the dissertation is written, distributed to the dissertation committee, and the committee agrees to administer the final examination, the doctoral candidate may schedule the final examination. The candidate must distribute a copy of the dissertation to the committee and make the dissertation available to interested faculty at least four weeks prior to the dissertation defense.

The final examination of the dissertation is open to the public and is primarily a defense of the dissertation research. The examination consists of an oral presentation by the student, followed by questions from the audience. The dissertation committee privately questions the candidate following the presentation. The dissertation committee caucuses immediately following the examination and thereafter notifies the candidate and the program director of the results.

## Curriculum

### Astrophysical Sciences and Technology, Ph.D. degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ASTP-601 | Graduate Seminar I | 1 |
| ASTP-602 | Graduate Seminar II | 1 |
| ASTP-608 | Fundamental Astrophysics I | 3 |
| ASTP-609 | Fundamental Astrophysics II | 3 |
| *Choose one of the following:* | | 3 |
| ASTP-613 | Astronomical Observational Techniques and Instrumentation | |
| | Specialty Track Course | |
| *Choose one of the following:* | | 3 |
| ASTP-610 | Mathematical Methods for the Astrophysical Sciences | |
| | Specialty Track Course | |
| ASTP-790 | Research & Thesis | 4 |
| **Second Year** | | |
| *Choose one of the following:* | | 3 |
| ASTP-613 | Astronomical Observational Techniques and Instrumentation | |
| | Specialty Track Course | |
| *Choose one of the following:* | | 3 |
| ASTP-610 | Mathematical Methods for the Astrophysical Sciences | |
| | Specialty Track Course | |
| | Specialty Track Courses | 6 |
| ASTP-890 | Research & Thesis | 6 |
| **Third Year** | | |
| ASTP-890 | Research & Thesis | 8 |
| **Fourth Year** | | |
| ASTP-890 | Research & Thesis | 8 |
| **Fourth Year** | | |
| ASTP-890 | Research & Thesis | 8 |
| **Total Semester Credit Hours** | | **60** |

### Specialty Tracks

*Astrophysics*

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| ASTP-730 | Stellar Structure & Atmospheres | 3 |
| ASTP-740 | Galactic Astrophysics | 3 |
| ASTP-750 | Extragalactic Astrophysics | 3 |

*Astro-informatics and Computational Astrophysics*

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| ASTP-611 | Statistical Methods for Astrophysics | 3 |
| ASTP-720 | Computational Methods for Astrophysics | 3 |

*Astro-informatics and Computational Astrophysics—General Relativity*

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| *Choose one of the following:* | | 3 |
| ASTP-611 | Statistical Methods for Astrophysics | |
| ASTP-720 | Computational Methods for Astrophysics | |
| ASTP-760 | Introduction to Relativity and Gravitation | 3 |
| ASTP-861 | Advanced Relativity and Gravitation | 3 |
| PHYS-611 | Classical Electrodynamics I | 3 |
| PHYS-612 | Classical Electrodynamics II | 3 |

*Astronomical Instrumentation*

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| IMGS-628 | Design and Fabrication of Solid State Cameras | 3 |
| IMGS-639 | Principles of Solid State Imaging Arrays | 3 |
| IMGS-642 | Testing of Focal Plane Arrays | 3 |

*Electives\**

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| ASTP-610 | Mathematical Methods for the Astrophysical Sciences | 3 |
| ASTP-611 | Statistical Methods for Astrophysics | 3 |
| ASTP-720 | Computational Methods for Astrophysics | 3 |

RIT0000306

**College of Science**

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| ASTP-730 | Stellar Structure & Atmospheres | 3 |
| ASTP-740 | Galactic Astrophysics | 3 |
| ASTP-750 | Extragalactic Astrophysics | 3 |
| ASTP-760 | Introduction to Relativity and Gravitation | 3 |
| ASTP-831 | Stellar Evolution & Environments | 3 |
| ASTP-835 | High-Energy Astrophysics | 3 |
| ASTP-841 | The Interstellar Medium | 3 |
| ASTP-851 | Cosmology | 3 |
| ASTP-861 | Advanced Relativity and Gravitation | 3 |
| IMGS-628 | Design and Fabrication of Solid State Cameras | 3 |
| IMGS-639 | Principles of Solid State Imaging Arrays | 3 |
| IMGS-642 | Testing of Focal Plane Arrays | 3 |
| PHYS-611 | Classical Electrodynamics I | 3 |
| PHYS-612 | Classical Electrodynamics II | 3 |

\* Students may choose from these elective courses as long as the course is not required by their specialty track.

## Admission requirements

To be considered for admission to the Ph.D. program in astrophysical sciences and technology, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college in the physical sciences, mathematics, computer science, or engineering.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.2 (or equivalent) in course work in mathematical, science, engineering, and computing subject areas.
- Submit scores from the GRE.
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit two letters of recommendation from academic or professional sources directly to RIT. These must be confidential.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

## Additional information

### Residency
All students in the program must spend at least one year (summer term excluded) in residence as full-time students to be eligible to receive the doctorate degree.

### Time limitations
All doctoral candidates must maintain continuous enrollment during the research phase of the program. Normally, full-time students complete the course of study in approximately four to five years. A total of seven years is allowed to complete the requirements after first attempting the qualifying examination.

### MS to Ph.D. transfer
Depending on each student's progress in their course work and the research project, students enrolled in the astrophysical sciences and technology MS program may seek program approval to have their MS thesis and thesis defense serve as the Ph.D. qualifying examination. Upon successfully qualifying, students may choose to proceed to Ph.D. candidacy rather than accepting a terminal master of science degree. This transition is contingent on the availability of an adviser and research funding.

# Physics, MS

*www.rit.edu/study/physics-ms*
**George Thurston, Professor**
**585-475-4549, gmtsps@rit.edu**

## Program overview

RIT's masters degree in physics offers both a research and professional option, and provides advanced knowledge in core areas of physics, including electrodynamics, quantum, and classical mechanics, and statistical physics, as well as one or more sub-areas of physics that correspond to your individual interests and career aspirations. You'll work with program faculty to develop a tailored individual academic plan that supports your individual career aspirations.

The MS program in physics is designed to provide flexible options that can be tailored to the specific career goals and disciplinary interests of students seeking graduate training in fundamental and/or applied areas of physics. The program is suitable as either a means to further career development or as preparation for further graduate study. Nationally, graduates of the program are in demand across all economic sectors, spanning a wide variety of exciting opportunities within the private sector (especially in engineering and computer/information technology), in government labs and agencies, and in university level and secondary education.

## Plan of study

The program focuses on providing advanced knowledge in core areas of physics. This includes electrodynamics, quantum and classical mechanics, and statistical physics, as well as one or more sub-areas of physics that correspond to each students' individual interests and career aspirations. Students work with the program director to develop a tailored individual academic plan that includes course work that supports these goals. Sub-areas may include modern and quantum optics; lasers; computational physics; solid-state, materials, and device physics; soft matter and biological physics; radiation scattering spectroscopy; relativity and gravitation; and nanoscale physics. The program also includes professional skills in organization and leadership, managing research teams, promoting innovation or sustainable technologies, entrepreneurship and intellectual property, finance and accounting, data science, scientific visualization, electronics, STEM pedagogy and education research, public policy, and communication skills.

*Options*
The program offers options in research or professional physics. The research option is research-focused and is intended to leverage each student's acquired physics knowledge in support of furthering the student's research training. Students will conduct research and produce a thesis as part of their studies. The professional option is designed to supplement advanced physics knowledge with a portfolio of electives in professional skills that can be tailored to each student's career goals. Students complete a graduate project.

RIT0000307

## Curriculum

### Physics (research option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| PHYS-601 | Graduate Physics Seminar I | 1 |
| PHYS-602 | Graduate Physics Seminar II | 1 |
| *Choose two of the following:* | | 6 |
| PHYS-610 | Mathematical Methods for Physics | |
| PHYS-611 | Classical Electrodynamics I | |
| PHYS-614 | Quantum Theory | |
| *Choose one of the following:* | | 3 |
| PHYS-630 | Classical Mechanics | |
| PHYS-640 | Statistical Physics | |
| *Choose one of the following:* | | 3 |
| PHYS-790 | Graduate Research & Thesis | |
| | Physics (or closely related) Elective | |
| | Physics (or closely related) Electives | 6 |
| **Second Year** | | |
| *Choose one of the following:* | | 3 |
| PHYS-610 | Mathematical Methods for Physics | |
| PHYS-611 | Classical Electrodynamics I | |
| PHYS-614 | Quantum Theory | |
| PHYS-790 | Graduate Research & Thesis | 7 |
| **Total Semester Credit Hours** | | **30** |

### Physics (professional option), MS degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| PHYS-601 | Graduate Physics Seminar I | 1 |
| PHYS-602 | Graduate Physics Seminar II | 1 |
| *Choose two of the following:* | | 6 |
| PHYS-610 | Mathematical Methods for Physics | |
| PHYS-611 | Classical Electrodynamics I | |
| PHYS-614 | Quantum Theory | |
| *Choose one of the following:* | | 3 |
| PHYS-630 | Classical Mechanics | |
| PHYS-640 | Statistical Physics | |
| | Physics (or closely related) Elective | 3 |
| | Professional Electives | 6 |
| **Second Year** | | |
| PHYS-780 | Graduate Physics Project | 4 |
| | Professional Elective | 3 |
| | Physics (or closely related) Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

### Electives

These lists are representative of the types of elective courses available to students in the physics program. Other RIT courses may be used as electives upon approval by the program director.

*Physics (or closely related) electives*

| COURSE | |
|---|---|
| ASTP-760 | Introduction to Relativity and Gravitation |
| ASTP-861 | Advanced Relativity and Gravitation |
| CLRS-601 | Principles of Color Science |
| CLRS-602 | Color Physics and Applications |
| EEEE-605 | Modern Optics for Engineers |
| EEEE-689 | Fundamentals of MEMS |
| IMGS-616 | Fourier Methods for Imaging |
| IMGS-619 | Radiometry |
| IMGS-628 | Design and Fabrication of Solid State Cameras |
| IMGS-633 | Optics for Imaging |
| IMGS-639 | Principles of Solid State Imaging Arrays |
| IMGS-642 | Testing of Focal Plane Arrays |
| MATH-602 | Numerical Analysis I |
| MATH-702 | Numerical Analysis II |
| MATH-712 | Numerical Methods for Partial Differential Equations |
| MATH-831 | Mathematical Fluid Dynamics |
| MCEE-620 | Photovoltaic Science and Engineering |
| MCEE-713 | Quantum and Solid-State Physics for Nanostructures |
| MCSE-702 | Introduction to Nanotechnology and Microsystems |
| MCSE-712 | Nonlinear Optics |
| MCSE-713 | Lasers |
| MCSE-731 | Integrated Optical Devices & Systems |
| MCSE-771 | Optoelectronics |

| COURSE | |
|---|---|
| MCSE-889 | Special Topics |
| MTSE-601 | Materials Science |
| MTSE-632 | Solid State Science |
| PHYS-612 | Classical Electrodynamics II |
| PHYS-667 | Quantum Optics |
| PHYS-689 | Graduate Special Topics |
| PHYS-720 | Computational Methods for Physics |
| PHYS-732 | Advanced Solid State Physics |
| PHYS-751 | Soft Matter Physics |
| PHYS-752 | Biological Physics |
| PHYS-760 | Radiation Interactions & Scattering Probes of Matter |

### Professional electives

| COURSE | |
|---|---|
| ACCT-603 | Accounting for Decision Makers |
| ACCT-794 | Cost Management in Technical Organizations |
| BLEG-612 | Legal and Accounting Issues for New Ventures |
| COMM-705 | Technology-Mediated Communication |
| COMM-706 | Crafting the Message |
| CSCI-603 | Computational Problem Solving |
| CSCI-605 | Advanced Object-Oriented Programming Concepts |
| CSCI-620 | Introduction to Big Data |
| CSCI-714 | ScientificVisualization |
| CSCI-720 | Big Data Analytics |
| DECS-744 | Project Management |
| EEEE-610 | Analog Electronics Design |
| EEEE-620 | Design of Digital Systems |
| ESCB-705 | Economics and Decision Modeling |
| FINC-605 | Financing New Ventures |
| FINC-721 | Financial Analysis for Managers |
| ISUS-704 | Industrial Ecology |
| ISUS-705 | Technology, Policy, and Sustainability |
| ITDS-611 | STEM Education: Concepts and Practice |
| ITDS-613 | STEM Education: Research Methods and Theory |
| MGIS-650 | Introduction to Data Analytics and Business Intelligence |
| MGMT-735 | Management of Innovation in Products and Services |
| MGMT-740 | Organizational Behavior and Leadership |
| MGMT-741 | Managing Organizational Change |
| MGMT-755 | Negotiations |
| PSYC-716 | Graduate Social Psychology |
| PUBL-630 | Energy Policy |
| PUBL-701 | Graduate Policy Analysis |

## Admission requirements

To be considered for admission to the MS program in physics, applicants must fulfill the following requirements:

- Complete an RIT graduate application.
- Hold a baccalaureate degree in physics, applied physics, or a closely-related discipline within the physical/mathematical sciences or engineering fields from an accredited college or university,
- Have a minimum undergraduate GPA of 3.0/4.0
- Submit official transcripts (in English), for all previously completed undergraduate and graduate course work.
- Submit two letters of recommendation,
- Submit scores from the Graduate Record Exam (GRE) General Test
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 100 (internet-based) is required. A minimum IELTS score of 7.0 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

### Bridge courses

If an applicant lacks any prerequisites, bridge courses may be recommended to provide students with the required knowledge and skills needed for the program. If any bridge courses are indicated in a student's plan of study, the student may be admitted to the program on the condition that they successfully complete the recommended bridge courses with a grade of B (3.0) or better (courses with lower grades must be repeated).

RIT0000308

College of Science

## Faculty

### Dean's Office

**Sophia A. Maggelakis**, BS, MS, Ph.D., Old Dominion University—Dean

### Bioinformatics

**Gregory Babbitt**, BA, Ohio Wesleyan University; MS, Ph.D., University of Florida—Associate Professor: evolution of the biophysical properties of whole genomes and their interactions with DNA binding proteins

**Eli Borrego**, BS, Ph.D., Texas A&M University—Assistant Professor: plant biochemistry and pathology

**Larry Buckley**, BA, University of Missouri; MS, Southern Illinois University at Edwardsville; Ph.D., Southern Illinois University at Carbondale—Associate Dean for Academic Affairs; Associate Professor, Biology: herpetology, anatomy, evolution, biogeography, systematics

**Feng Cui**, MS, Truman State University; Ph.D., Iowa State University; MD, Hunan Medical University (China)—Assistant Professor, Bioinformatics: Next-generation sequencing data analysis, chromatin organization, epigenomics, cancer genomics and p53-DNA interactions

**Andre⊠ Hudson**, BS, Virginia Union University; Ph.D., Rutgers University—Head, Thomas H. Gosnell School of Life Sciences; Associate Professor, Biology: amino acid metabolism, bacterial cell wall metabolism, plant- bacterial interactions

**Michael V. Osier**, BS, University of Vermont; Ph.D., Yale University—Associate Professor; Graduate Program Director, Bioinformatics: high-throughput sequencing analysis, human genetics

**Gary R. Skuse**, BA, University of Rochester; Ph.D., Syracuse University—Professor, Bioinformatics: cancer genetics, RNA processing, natural language processing to mine the scientific and medical literature, computer networking, wired and wireless communications

**Julie A. Thomas**, B.App.Sc., Ph.D., LaTrobe University, Bendingo (Australia)—Assistant Professor, virology, phage genetics and genome structure, phage gene expression

**Crista Wadsworth**, BA, Smith College; Ph.D., Tuffs University—Assistant Professor, microbial evolution, populations dynamics and genomics.

### Environmental Science

**Larry Buckley**, BA, University of Missouri; MS, Southern Illinois University at Edwardsville; Ph.D., Southern Illinois University at Carbondale—Associate Dean for Academic Affairs; Associate Professor, Biology: herpetology, anatomy, evolution, biogeography, and systematics

**Sandi Connelly**, BS, Juniata College; MS, University at Buffalo; Ph.D., Miami University of Ohio—Thomas H. Gosnell School of Life Sciences; Principal Lecturer, Biology: ecotoxicology, freshwater ecosystems, anthropogenic stresses, UV-radiation, evolution

**Carmala Garzione**, BS, University of Maryland; MS, Ph.D., University of Arizona—Associate Provost for Faculty Affairs; Professor

**Elizabeth Hane**, BA, Rice University; MA, University of Kansas; Ph.D., Brown University—Associate Head, Thomas H. Gosnell School of Life Sciences; Associate Professor, Biology: plant community ecology, ecosystem biology, conservation biology

**M. Ann Howard**, BS, Cornell University; J.D., Rutgers University School of Law—Professor, College of Liberal Arts, Science, Technology and Society/Public Policy: relationship between environmental decision-making and the role of citizen involvement, sustainable community development

**Christine Keiner**, BA, McDaniel College; Ph.D., Johns Hopkins University—Associate Professor, College of Liberal Arts, Science, Technology and Society/Public Policy: history of ecology and biology, U.S. environmental politics, and relations between science and politics

**Karl F. Korfmacher**, BA, Carleton College; MS, Ph.D., Duke University—Professor, Environmental Science: GIS-based habitat suitability, transportation, hydrologic, and pollution modelling, green infrastructure land cover analysis, soil science

**Jeffrey S. Lodge**, BA, University of Delaware; Ph.D., University of Mississippi—Graduate Program Director, Environmental Science; Associate Professor, Biology: bioremediation of oil, pharmaceuticals, personal care products, and other pollutants in soils and water, microbial ecology (especially water systems), use of microalgae to treat various industrial waste streams, wastewater microbiology and food waste to energy

**Carmody K. McCalley**, BA, Middlebury College; Ph.D., Cornell University—Assistant Professor, Environmental Science: biogeochemistry, global change biology, terrestrial and wetland ecosystem ecology

**Susan Smith Pagano**, BS, State University College at Oswego; MS, State University College at Brockport; Ph.D., University of Rhode Island—Associate Professor, Biology: avian nutritional ecology and migration physiology

**Todd Pagano**, BA, State University College at Oswego; MS, Ph.D., Tufts University—Associate Professor, Chemistry/Laboratory Science Technology: aquatic chemistry, environmental chemistry, sensor/instrument design, environmental monitoring

**Richard Shearman**, BA, Western State College of Colorado; MS, Eastern New Mexico University; Ph.D., State University of New York, College of Environmental Science and Forestry—Associate Professor, College of Liberal Arts, Science, Technology, Society and Public Policy: environmental philosophy and practical problems associated with the conservation of biodiversity

**Paul Shipman**, BSE, MS, Emporia State University; Ph.D., Oklahoma State University—Associate Professor, Biology: ecological informatics, conservation of amphibians and reptiles, behavioral and evolutionary ecology

**Anna Christina Tyler**, BS, Cornell University; MS, Ph.D., University of Virginia—Associate Professor, Environmental Science and Biology: aquatic ecology, biogeochemistry, invasive species, ecosystem restoration

**Jan van Aardt**, BSc, University of Stellenbosch (South Africa); MS, Ph.D., Virginia Polytechnic Institute and State University—Associate Professor, Imaging Science: remote sensing of natural resources, application of hyperspectral, light detection and ranging for spectral-structural characterization of natural systems, integrated modeling approaches, scaling of natural resources remote sensing solutions through sensor interoperability

**Jeffrey Wagner**, AB, University of Missouri at Columbia; MS, Ph.D., University of Illinois-Urbana—Professor, College of Liberal Arts, Economics: sustainable waste management, green consumption, economics of active transportation, economics of endangered species recovery

### Applied and Computational Mathematics, Applied Statistics

**Anurag Agarwal**, MS, Indian Institute of Technology (India); Ph.D., State University of New York at Buffalo—Associate Professor, number theory, cryptography, algebra, graph theory

**Ephraim Agyingi**, BS, MS, University of Ilorin (Nigeria); Ph.D., University of Manchester (United Kingdom)—Associate Professor, numerical analysis

**Olalekan Babaniyi**, BS, MS, Ph.D., Boston University—Assistant Professor, inverse problems, computational mechanics, biomechanical imaging, uncertainty quantification

RIT0000309

**Peter Bajorski**, MS, University of Wroclaw (Poland); Ph.D., Technical University of Wroclaw (Poland)—Professor, regression models, multivariate analysis, nonparametrics, statistical approaches to spectral image processing

**Mihail Barbosu**, BS, Ph.D., Babes-Bolyai University (Romania); MS, Ph.D., Paris VI University (France)—Professor, mathematical modeling, dynamical systems, celestial mechanics and space dynamics, symbolic computation systems, data analytics, management science

**Nate Barlow**, BS, Ph.D., Clarkson University—Assistant Professor, stability and propagation of waves in fluids, asymptotic methods

**David S. Barth-Hart**, BS, Syracuse University; MA, University of Rochester—Associate Professor, algebra, number theory

**Maurino P. Bautista**, BS, Ateneo de Manila University (Philippines); MS, Ph.D., Purdue University—Professor, numerical analysis, applied mathematics

**Bernard Brooks**, BS, University of Toronto (Canada); MBA, Rochester Institute of Technology; MS, Ph.D., University of Guelph (Canada)—Professor, mathematical modeling

**Nathan Cahill**, BS, MS, Rochester Institute of Technology; D.Phil., University of Oxford (United Kingdom)—Associate Dean for Industrial Partnerships; Graduate Program Director, Mathematical Modeling; Associate Professor, Mathematics: scientific computing, biomedical image analysis, computer vision, advanced mathematical approaches to image processing

**Manuela Campanelli**, Laureate in Mathematics, University of Perugia (Italy); Ph.D., University of Bern (Switzerland)—Director, Center for Computational Relativity and Gravitation; Professor, Mathematics: numerical relativity, gravitational physics, computational astrophysics, black holes, gravitational waves

**Lucia Carichino**, BS, MS, Politecnico di Milano (Italy); Ph.D., Purdue University—Assistant Professor, mathematical modeling, scientific computing

**Linlin Chen**, BS, Beijing University (China); MCS, Rice University; MA, Ph.D., University of Rochester—Associate Professor, statistics, biostatistics, statistical consulting, genetics, bioinformatics and computational biology

**Elizabeth Cherry**, BS, Georgetown University; Ph.D., Duke University—Professor, computational cardiac dynamics

**Patricia A. Clark**, SB, SM, Massachusetts Institute of Technology; Ph.D., University of Rochester—Professor, mathematical biology

**Matthew Coppenbarger**, BS, University of Arizona; MA, Ph.D., University of Rochester—Associate Professor, mathematical physics, spectral theory

**Michael Cromer**, BS, York College of Pennsylvania; MS, Ph.D., University of Delaware—Assistant Professor, mathematical modeling of complex fluids, asymptotics and perturbation methods, simulation

**Joshua Faber**, BS, State University of New York at Stony Brook; Ph.D., Massachusetts Institute of Technology—Professor, numerical relativity, computational astrophysics, dynamics

**Raluca Felea**, BS, University of Iasi (Romania); Ph.D., University of Rochester—Associate Professor, microlocal analysis

**Ernest Fokoue**, Maitrise B.Sc., University of Yaounde (Cameroon); M.Sc., Aston University (United Kingdom); Ph.D., University of Glasgow (United Kingdom)—Professor, statistical machine learning and data mining

**John F. Hamilton**, BA, Cornell University; MA, Ph.D., Indiana University—Research Faculty

**Anthony A. Harkin**, BS, State University College at Brockport; MS, Massachusetts Institute of Technology; Ph.D., Boston University—Associate Professor, applied and computational mathematics, partial differential equations

**Matthew J. Hoffman**, BA, Williams College; MS, Ph.D., University of Maryland—Graduate Program Director, Applied and Computational Mathematics; Associate Professor, data assimilation, applied mathematics, ocean and atmospheric forecasting, remote sensing; hyperspectral vehicle tracking

**Jay Alan Jackson**, BS, MS, Ph.D., Florida State University—Associate Professor, mathematical modeling, innovative and interdisciplinary math and science education

**Jobby Jacob**, BS, Bharata Mata College (India); MS, Indian Institute of Technology (India); MS, Ph.D., Clemson University—Associate Professor, graph theory

**Baasansuren Jadamba**, BS, National University of Mongolia (Mongolia); MS, University of Kaiserslautern (Germany); Ph.D., University of Erlangen-Nuremberg (Germany)—Associate Professor, partial differential equations, inverse problems, numerical optimization

**Akhtar Khan**, MS, Technical University Kaiserslautern (Germany); Ph.D., Michigan Technological University—Associate Professor, applied math, optimization, inverse problems, variational inequalities, elasticity imaging

**Leonid Khinkis**, MS, Chernovtsy State University (Ukraine); MS, Free Ukrainian Institute of Management & Business (Ukraine); Ph. D., Voronezh State University (Russia)—Visiting Professor, statistics

**Seshavadhani Kumar**, BS, MS, University of Madras (India); Ph.D., University of Delaware—Professor, operations research, simulation

**Manuel Lopez**, AB, Princeton University; Ph.D., Wesleyan University—Associate Professor, homological algebra

**Carlos Lousto**, MS, Universidad Nacional De La Plata (Argentina); Ph.D., Universidad De Buenos Aires (Argentina)—Professor, numerical relativity

**Carl V. Lutzer**, BS, Michigan State University; MA, Ph.D., University of Kentucky—Director, Honors Program; Professor, mathematical physics

**Sophia A. Maggelakis**, BS, MS, Ph.D., Old Dominion University—Dean, College of Science; Professor, biomathematics

**Kara L. Maki**, BS, University of New Hampshire; MS, Ph.D., University of Delaware—Associate Professor, mathematical modeling, scientific computing

**Nishant Malik**, BS, MS, University of Delhi (India), Ph.D., University of Potsdam (Germany)—Assistant Professor, network science, nonlinear dynamics, stochastic processes

**Carol E. Marchetti**, BS, Case Institute of Technology; MS, Weatherhead School of Management; MA, Ph.D., University of Rochester—Professor, statistics

**James E. Marengo**, BA, MS, California State University; Ph.D., Colorado State University—Professor, statistics, probability

**Laura M. Munoz**, BS, California Institute of Technology; Ph.D., University of California at Berkeley—Assistant Professor, mathematical biology, dynamical systems, applied control theory

**Darren A. Narayan**, BS, State University of New York at Binghamton; MS, Ph.D., Lehigh University—Professor, graph theory, discrete math

**Richard O'Shaughnessy**, BA, Cornell University; Ph.D., California Institute of Technology—Assistant Professor, gravitational wave astrophysics

**Niels F. Otani**, BA, University of Chicago; Ph.D., University of California at Berkeley—Associate Professor, mathematical biology

**Robert J. Parody**, BS, Clarkson University; MS, Rochester Institute of Technology; Ph.D., University of South Carolina— Graduate Program Director, Applied Statistics; Associate Professor, experimental design, response surface methods, quality control and improvement

**Minh Pham**, BS, Bucknell University; Ph.D., Rutgers University—Assistant Professor, statistics, machine learning

RIT0000310

College of Science

**Michael Radin**, BA, Rowan University; MS, Ph.D., University of Rhode Island—Associate Professor, differential equations

**Mary Lynn Reed**, BS, Georgia Institute of Technology; MFA, University of Maryland; Ph.D., University of Illinois—Head, School of Mathematical Sciences; Professor

**Brendan Rooney**, BSc, Simon Fraser University (Canada); MS, Ph.D., University of Waterloo (Canada)—Assistant Professor , graph theory

**David Ross**, BA, Columbia College; Ph.D., New York University—Professor, differential equations and numerical analysis

**Hossein Shahmohamad**, BS, MA, California State University at Long Beach; Ph.D., University of Pittsburgh—Professor, graph theory

**Wanda Szpunar-Lojasiewicz**, BS, Jagiellonian University (Poland); MS, Ph.D., University of Cracow (Poland)—Associate Professor, analysis

**Joseph G. Voelkel**, BS, Rensselaer Polytechnic Institute; MS, Northwestern University; Ph.D., University of Wisconsin-Madison—Professor, experimental design, process modeling and improvement, multivariate analysis

**John T. Whelan**, BA, Cornell University; Ph.D., University of California at Santa Barbara—Professor, computational relativity and gravitation, gravitational wave data analysis

**Tamas Wiandt**, BS, Jozsef Attila University (Hungary); Ph.D., University of Minnesota—Associate Head of School; Associate Professor, dynamical systems

**Tony E. Wong**, BA, Ohio Wesleyan University; MS, Ph.D., University of Colorado, Boulder—Assistant Professor, data assimilation, model calibration, geophysical models

**Elmer L. Young**, BA, Amherst College; MS, Ph.D., The Ohio State University—Associate Professor, topology and analysis

**Yosef Zlochower**, BS, Ph.D., University of Pittsburgh—Associate Professor, numerical relativity

## Chemistry

Jeremy Cody, BS, Indiana University of Pennsylvania; Ph.D., University of Rochester—Associate Professor, Organic Chemistry: synthetic organic chemistry

**Christina Goudreau Collison**, BA, Colby College; Ph.D., University of Rochester—Professor, Organic Chemistry: synthetic organic chemistry, chemical education

**Christopher Collison**, BSc, Ph.D., Imperial College of London (United Kingdom)—Professor, Physical Chemistry: photovoltaic chemistry

**Michael G. Coleman**, BS, Ph.D., University of Buffalo—Associate Professor, Organic chemistry: synthetic organometallic methodologies towards medicinally relevant targets

**Paul A. Craig**, BS, Oral Roberts University; Ph.D., University of Michigan—Professor, School Head, Biochemistry; computational biochemistry, biochemistry education

**Nathan Eddingsaas**, BS, University of Wisconsin, Stevens Point; Ph.D., University of Illinois at Urbana-Champaign—Associate Professor, analytical chemistry, atmospheric chemistry

**Michael Gleghorn**, BS, Clarion University of Pennsylvania; Ph.D., Pennsylvania State University—Assistant Professor, Biochemistry, gene regulation, nucleic acids, molecular cell biology

**Joseph P. Hornak**, BS, Utica College of Syracuse University; MS, Purdue University; Ph.D., University of Notre Dame— Professor, Joint Appointment with Imaging Science, Physical Chemistry, magnetic resonance spectroscopies and imaging

**Lea V. Michel**, BA, Colgate University; Ph.D., University of Rochester—Associate Professor, Biochemistry: structural biology, biophysics, vaccine development

**Massoud J. Miri**, BS, MS, Ph.D., University of Hamburg (Germany)—Associate Professor, Polymer Chemistry: polymerization mechanisms, polymer properties, catalysis

**Suzanne O'Handley**, BS, Rutgers University; MS, Ph.D., University of Rochester—Associate Professor, Biochemistry: cloning characteristics of nudix hydrolases, novel phosphatase families, novel antibiotic targets, enzyme-substrate specificity

**John-David Rocha**, BS, MS, University of North Texas; Ph.D., Rice University—Assistant Professor, Physical Chemistry, nanotubes and optical spectroscopy

**K. S. V. Santhanam**, BSc, MA, Ph.D., Sri Venkateswara University (India)—Professor, Analytical Chemistry and Materials Science: organic conducting polymers, electrochemistry, sensors and carbon nanotubes

**Hans Schmitthenner**, BS, Massachusetts Institute of Technology; Ph.D., Pennsylvania State University—Associate Research Professor, Analytical and Organic Chemistry: imaging agent synthesis and analysis.

**Thomas W. Smith**, BS, John Carroll University; Ph.D., University of Michigan—Professor, Organic/Polymer Chemistry: synthesis and device applications of block copolymer systems and nano composites

**Gerald A. Takacs**, BSc, University of Alberta (Canada); Ph.D., University of Wisconsin—Professor, Physical Chemistry: chemical kinetics, atmospheric chemistry, plasma chemistry, and photochemistry

**Laura Ellen Tubbs**, BA, Hood College; Ph.D., University of Rochester—Professor and Associate School Head: Physical Chemistry; nuclear chemistry, radioisotopes, archeological and environmental, dating and tracing, neutron activation analysis

**Scott Williams**, BS, Purdue University; Ph.D., Montana State University—Professor, Inorganic Chemistry: pharmaceutical quality assurance through application of point-of-care assays

## Materials Science and Engineering

**Linda Barton**, BS, Massachusetts Institute of Technology; MS, Ph.D., University of Illinois—Associate Professor, Physics: magnetic materials and magnetic measurements, calorimetry, bulk transport measurements, properties of materials at or near phase transitions, critical phenomena

**Mishkat Bhattacharya**, B.Tech., Indian Institute of Technology (India); MA, Ph.D., University of Rochester—Associate Professor, Physics: quantum optics, nanoscience, superconductivity

**David A. Borkholder**, BS, Rochester Institute of Technology; MS, Ph.D., Stanford University—Bausch and Lomb Professor of Microsystems Engineering

**Christopher Collison**, BS, Ph.D., Imperial College of London (United Kingdom)—Associate Professor, Physical Chemistry: polymer chemistry, organic photovoltaics

**Denis Cormier**, BS, University of Pennsylvania; MS, State University of New York at Buffalo; Ph.D., North Carolina State University—Earl W. Brinkman Professor: additive manufacturing, rapid prototyping

**Michael Cromer**, BS, York College of Pennsylvania; MS, Ph.D., University of Delaware—Assistant Professor, mathematical modeling of complex fluids, asymptotics and perturbation methods, simulation

**Moumita Das**, BS, MS, Jadavpur University (India); Ph.D., Indian Institute of Science—Associate Professor, Physics: theoretical soft condensed matter, mechanical response of biological materials and living systems

**Scott Franklin**, BA, University of Chicago; Ph.D., University of Texas—Professor: granular materials.

**Thomas R. Gaborski**, BS, Cornell University; MS, Ph.D., University of Rochester—Assistant Professor, nanomaterials, separations, cellular mechanics

RIT0000311

**Gabrielle Gaustad**, BS, Alfred University; MS, Ph.D., Massachusetts Institute of Technology—Associate Professor: sustainability, materials recovery

**Anju Gupta**, BE, University of Mumbai (India); MS, Worcester Polytechnic Institute; Ph.D., University of Rhode Island—Assistant Professor: Self-assemblies, emulsions, thin films, thermal analysis, cell-membrane interactions, bioremediation, biosensors

**Surendra K. Gupta**, B.Tech., India Institute of Technology (India); MS, University of Notre Dame; Ph.D., University of Rochester—Professor, Mechanical Engineering: x-ray diffraction,atomic force microscopy, micromechanics modeling, digital image analysis

**Richard K. Hailstone**, BS, Northern Illinois University; MS, Indiana University—Associate Professor, Imaging Science: silver halide materials and processing, imaging materials

Joseph P. Hornak, BS, Utica College of Syracuse University; MS, Purdue University; Ph.D., University of Notre Dame—Professor, Chemistry: physical chemistry, magnetic resonance spectroscopy and imaging

**Seth M. Hubbard**, BS, Drexel University; MS, Case Western Reserve University; Ph.D., University of Michigan—Professor, Physics, epitaxial crystal growth, growth and characterization of nanomaterials, high-efficiency photovoltaic devices, semiconductor device design and fabrication, thin films

**Patricia Iglesias Victoria**, BS, Ph.D., Polytechnic University of Cartagena (Spain)—Assistant Professor: ionic liquids, tribology

**Michael A. Jackson**, BS, MS, Ph.D., State University of New York at Buffalo—Associate Professor, Microelectronic Engineering: microelectronic device design, fabrication, and test; material characterization techniques, surface analytical instrumentation; vacuum processing, including CVD, plasma, and ion beam techniques, micromachining, ferroelectric

thin films, amorphous silicon and polysilicon film deposition and characterization

**Michael Kotlarchyk**, BS, MS, Ph.D., Massachusetts Institute of Technology—Professor, School Head, Physics: characterization of structure and phase transitions in surfactant systems (micelles, microemulsions, and liquid crystals) using scattering techniques; mass and surface fractals in condensed matter systems, theories of liquids; chaos in simple non-linear physical systems

**Santosh Kurinec**, BS, MS, Ph.D., University of Delhi (India)—Professor, Microelectronic Engineering; electronic materials and devices, IC processing, quantum and nanoscale devices

**Kathleen Lamkin-Kennard**, BS, Worcester Polytechnic Institute; MS, Ph.D., Drexel University—Associate Professor, Mechanical Engineering: biomedical engineering and biomaterials

**Zhaolin Lu**, Changqing University (China); MS, Michigan Technological University; Ph.D., University of Delaware—Associate Professor: Photonics and Metamaterials, Electromagnetics, and Nanoelectronics

**Casey Miller**, BA, Wittenberg University; Ph.D., University of Texas at Austin—Associate Dean for Research and Faculty Affairs; Associate Professor, Chemistry and Materials Science: thin film magnetism, spintronics, magnetocaloric effect

**Massoud Miri**, BS, MS, Ph.D., University of Hamburg (Germany)—Associate Professor, Chemistry: polymerization mechanisms, polymer properties, catalysis

**Ali Ogut**, B.Ch.E., Hacettepe University (Turkey); MS, Ph.D., University of Maryland—Professor, Mechanical Engineering: polymer processing, heat and mass transfer, rheology, transport phenomena

**Michael S. Pierce**, BS, Rensselaer Polytechnic Institute; MS, Ph.D., University of Washington—Graduate Program Director, Materials Science and Engineering;

Associate Professor, Physics: experimental physics, condensed matter physics, surface science, magnetism, x-ray science, and phase transitions

**John-David Rocha**, BS, MS, University of North Texas; Ph.D., Rice University—Assistant Professor, Physical Chemistry: nanotubes and optical spectroscopy

**Sean L. Rommel**, BS, Ph.D., University of Delaware—Professor, Microelectronic Engineering; emerging semiconductor devices, photonic devices, integration

**K. S. V. Santhanam**, BSc, MA, Ph.D., Sri Venkateswara University (India)—Professor, Analytical Chemistry: organic conducting polymers, electrochemistry, sensors and carbon nanotubes

**Michael Schertzer**, B. Eng. Mgt., M.A.Sc., McMaster University (Canada); Ph.D., University of Toronto (Canada)— Assistant Professor, Bioengineering and Microsystems

**Michael Schrlau**, BS, University of Pittsburgh; Ph.D., University of Pennsylvania—Assistant Professor, Bioengineering and Microsystems

**Bruce Smith**, BS, MS, Ph.D., Rochester Institute of Technology—Professor, Microelectronic Engineering: 193 nm lithography, multilayer resist processing, attenuated phase shift mask materials

**Thomas W. Smith**, BS, John Carroll University; Ph.D., University of Michigan—Professor, Chemistry: synthesis and device applications of block copolymer systems and nano composites

**Gerald A. Takacs**, BS, University of Alberta (Canada); Ph.D., University of Wisconsin—Professor, Chemistry: physical chemistry, chemical kinetics, photochemistry, atmospheric chemistry, plasma etching and modification of materials

**George Thurston**, AB, Oberlin College; Ph.D., Massachusetts Institute of Technology—Graduate Program Director, Physics; Professor, Physics: biological and chemical physics, experimental

and theoretical studies of phase transitions, physical and chemical basis of protein condensation diseases, nuclear magnetic resonance, light, x-ray, and neutron scattering

**Thomas Trabold**, BS, Ph.D., Clarkson University—Associate Professor and Head: sustainability; fuel cells; biofuels; waste-to-energy conversion

**Benjamin Varela**, BS, Institute of Technology of Juarez (Mexico); MS, Ph.D., New Mexico State University—Associate Professor, Innovative Materials, Automation and Fluid Power, Dynamics

**Jayanthi Venkataraman**, BS, MS, Bangalore University (India); Ph.D., Indian Institute of Science (India)—Professor, Electrical Engineering: electromagnetic fields

**Steven J. Weinstein**, BS, University of Rochester; MS, Ph.D., University of Pennsylvania—Department Head; Professor, interfacial transport processes, hydrodynamic wave phenomena, applied mathematics

**Scott Williams**, BS, Purdue University; Ph.D., Montana University—Professor, College of Art and Design: printed electronics, bioactive paper technology, ink chemistry and formulation

## Physics

**Mishkat Bhattacharya**, B.Tech., Indian Institute of Technology (India); MA, Ph.D., University of Rochester—Associate Professor, Physics: quantum optics, quantum information, optomechanics, precision measurement, non-classical state engineering, cold atoms and molecules, superconducting quantum computing

**Manuela Campanelli**, Laureate in Mathematics, University of Perugia (Italy); Ph.D., University of Bern (Switzerland)—Director, Center for Computational Relativity and Gravitation; Professor, Mathematics: numerical relativity, computational astrophysics, black holes, gravitational waves

RIT0000312

College of Science

**Moumita Das**, BS, MS, Jadavpur University (India); Ph.D., Indian Institute of Science—Associate Professor, Physics: theoretical soft condensed matter, mechanical response of biological materials and living systems

**Pratik P. Dholabhai**, BS, MS, Maharaja Sayajirao University of Baroda (India); MS, Ph.D., University of Texas at Arlington—Assistant Professor, Physics: computational condensed matter physics and materials science, materials by design, nanostructured materials, materials for energy technologies

**Joshua Faber**, BS, State University of New York at Stony Brook; Ph.D., Massachusetts Institute of Technology—Professor, Mathematics: numerical relativity, computational astrophysics, dynamics

**Scott Franklin**, BA, University of Chicago; Ph.D., University of Texas—Director, Center for Advancing STEM Teaching, Learning & Evaluation; Professor, Physics: granular materials, physics education research

**Edwin Hach III**, BS, MS, St. Bonaventure University; Ph.D., University of Arkansas—Assistant Professor, Physics: quantum theory, quantum optics, quantum information and computing

**Dawn Hollenbeck**, BS, University of California at Davis; MS, Ph.D., University of Texas at Dallas—Associate Professor, Physics: electromagnetic theory and optics, computational physics

**Gregory A. Howland**, BA, Oberlin College; MA, Ph.D., University of Rochester—Assistant Professor, Physics: quantum photonic integrated circuits, high-dimensional quantum systems, quantum information, compressive sensing, few-photon imaging and ranging, fundamental tests of quantum mechanics

**Seth Hubbard**, BS, Drexel University; MS, Case Western Reserve University; Ph.D., University of Michigan—Director, Nanopower Research Laboratory; Professor, Physics: next generation

photovoltaic devices, nanomaterials, novel and wide bandgap semiconductors, semiconducting polymers and devices

**Michael Kotlarchyk**, BS, MS, Ph.D., Massachusetts Institute of Technology—Head, School of Physics and Astronomy; Professor, Physics: radiation scattering techniques, laser light scattering, small-angle neutron and x-ray scattering, photon correlation spectroscopy, structure and interactions in complex fluids, nuclear magnetic resonance

**Santosh Kurinec**, BS, MS, Ph.D., University of Delhi (India)—Professor, Microelectronic Engineering; electronic materials and devices, integrated circuit processing, quantum and nanoscale devices

**Michael T. Lam**, BA, Colgate University; MS, Ph.D., Cornell University—Assistant Professor, Physics and Astronomy: pulsar timing arrays and gravitational waves, interstellar and intergalactic media, fast radio bursts and propagation effects, astronomical cyber-infrastructure

**Carlos Lousto**, MS, Universidad Nacional De La Plata (Argentina); Ph.D., Universidad De Buenos Aires (Argentina)—Professor, Mathematics: numerical relativity, relativistic astrophysics, black hole physics, perturbation theory

**Casey Miller**, BA, Wittenberg University; Ph.D., University of Texas at Austin—Associate Dean for Research and Faculty Affairs; Associate Professor, Chemistry and Materials Science: thin film magnetism, spintronics, magnetocaloric effect

**Parsian Mohseni**, BS, Ph.D., McMaster University (Canada)—Assistant Professor, Microsystems Engineering: solid state physics, optoelectronics, materials characterization, nanoscale engineering and physical chemistry, synthesis paradigms for precise manipulation of material properties at the nanometer scale for next generation device technologies

**Richard O'Shaughnessy**, BA, Cornell University; Ph.D., California Institute of Technology—Assistant Professor, Mathematics: gravitational wave astronomy, numerical and general relativity

**Shima Moghaddam Parsa**, B.Sc., Iran University of Science and Technology (Iran); M.Sc., Tabriz University (Iran); Ph.D., Wesleyan University—Assistant Professor, Physics: soft matter, complex fluids, porous media, turbulence, transport, non-linear and chaotic dynamics

**Michael S. Pierce**, BS, Rensselaer Polytechnic Institute; MS, Ph.D., University of Washington—Graduate Program Director, Materials Science and Engineering; Associate Professor, Physics: experimental condensed matter physics, surface and interface science, x-ray diffraction, coherent scattering, surface microscopy, applications for basic energy science

**Stefan Preble**, BS, Rochester Institute of Technology; Ph.D., Cornell University—Professor, Microsystems Engineering: integrated photonic circuits and devices, quantum silicon photonics

**Andrew Robinson**, BSc, Ph.D., University of Manchester (United Kingdom)—Graduate Program Director, Astrophysical Sciences and Technology; Professor, Physics and Astronomy: astronomy, active galactic nuclei, supermassive black holes, radio galaxies, high redshift quasars

**George Thurston**, AB, Oberlin College; Ph.D., Massachusetts Institute of Technology—Graduate Program Director, Physics; Professor, Physics: biological and chemical physics, experimental and theoretical studies of phase transitions, physical and chemical basis of protein condensation diseases, nuclear magnetic resonance, light, x-ray, and neutron scattering

**John Whelan**, BA, Cornell University; Ph.D., University of California at Santa Barbara—Professor, Mathematics: quantum physics, gravitational wave data analysis, astrophysical relativity

**Michael D. Zemcov**, BSc, University of British Columbia (Canada); Ph.D., Cardiff University (United Kingdom)—Assistant Professor, Physics and Astronomy: experimental and observational cosmology, including cosmological structure formation, extragalactic background radiation, cosmic microwave background, near infra-red to submillimeter instrumentation

**Yosef Zlochower**, BS, Ph.D., University of Pittsburgh—Associate Professor, Mathematics: numerical relativity, relativistic astrophysics, black hole physics

**Benjamin M. Zwickl**, BS, Purdue University; MS, Ph.D., Yale University—Associate Professor, Physics: physics education research, STEM education and workforce connections, optics and optomechanics

## Astrophysical Sciences and Technology

**Stefi A. Baum**, BA, Harvard University; Ph.D., University of Maryland—Research Professor, Imaging Science: astrophysics, astronomical imaging, and astronomical mission development, including radio, optical, UV, and x-ray observations; active galaxies, black holes, galaxies and cluster of galaxies

**Manuela Campanelli**, Laureate in Mathematics, University of Perugia (Italy); Ph.D., University of Bern (Switzerland)—Director, Center for Computational Relativity and Gravitation; Professor, Mathematics: numerical relativity, computational astrophysics, black holes, gravitational waves

**Sukanya Chakrabarti**, B.Sc., North Carolina State University; MS, Georgia Institute of Technology; Ph.D., University of California at Berkeley—Assistant Professor, Physics and Astronomy: computational astrophysics, galactic evolution and dynamics

**Joshua Faber**, BS, State University of New York at Stony Brook; Ph.D., Massachusetts Institute of Technology—Professor, Mathematics: numerical

RIT0000313

relativity, general relativistic magnetohydrodynamics, relativistic astrophysics

**Donald F. Figer**, BA, Northwestern University; MS, University of Chicago; Ph.D., University of California—Professor, Center for Detectors: massive stars, massive star clusters, galactic center, imaging detectors

**Jeyhan S. Kartaltepe**, BA, Colgate University; MS, Ph.D., University of Hawaii—Assistant Professor, Physics and Astronomy: galaxy formation and evolution, galaxy mergers and interactions, galaxy morphology, infrared and submillimeter galaxies, active galactic nuclei

**Joel H. Kastner**, BS, University of Maryland; MS, Ph.D., University of California—Director, Laboratory for Multiwavelength Astrophysics; Professor, Imaging Science: astronomical imaging, including x-ray, infrared and radio spectroscopy; young stars and planet formation; evolved stars and planetary nebulae

**Michael T. Lam**, BA, Colgate University; MS, Ph.D., Cornell University—Assistant Professor, Physics and Astronomy: pulsar timing arrays and gravitational waves, interstellar and intergalactic media, fast radio bursts and propagation effects, astronomical cyber-infrastructure

**Carlos Lousto**, MS, Universidad Nacional De La Plata (Argentina); Ph.D., Universidad De Buenos Aires (Argentina)—Professor, Mathematics: numerical relativity, relativistic astrophysics, black hole physics, perturbation theory

**Zoran Ninkov**, BSc, University of Western Australia (Australia); MS, Monash University (Australia); Ph.D., University of British Columbia (Canada)—Professor, Imaging Science: detector array development and characterization, development of novel astronomical instrumentation, studies of young stellar clusters, planetary detection

**Jason Nordhaus**, BA, BS, MS, Ph.D., University of Rochester—Assistant Professor, Science and Mathematics, National Technical Institute for the Deaf: computational

astrophysics, core-collapse supernovae, binary interactions, strongly magnetized compact objects, physics of common envelopes

**Christopher O'Dea**, BS, Massachusetts Institute of Technology; Ph.D., University of Massachusetts—Research Professor, Physics and Astronomy: astronomy, active galactic nuclei (Seyfert galaxies, radio galaxies, quasars), clusters of galaxies, cooling flows

**Richard O'Shaughnessy**, BA, Cornell University; Ph.D., California Institute of Technology—Assistant Professor, Mathematics: gravitational wave astronomy, numerical and general relativity

**Michael W. Richmond**, BA, Princeton University; MA, Ph.D., University of California at Berkeley—Professor, Physics and Astronomy: observational astronomy, supernovae, variable stars, reduction of optical data, automatic telescopes

**Andrew Robinson**, BSc, Ph.D., University of Manchester (United Kingdom)—Professor, Physics and Astronomy: astronomy, active galactic nuclei, supermassive black holes, radio galaxies, high redshift quasars

**John Whelan**, BA, Cornell University; Ph.D., University of California at Santa Barbara—Graduate Program Coordinator, Astrophysical Sciences and Technology; Professor, Mathematics: quantum physics, gravitational wave data analysis, astrophysical relativity

**Michael D. Zemcov**, BSc, University of British Columbia (Canada); Ph.D., Cardiff University (United Kingdom)—Assistant Professor, Physics and Astronomy: Experimental and observational cosmology, including cosmological structure formation, extragalactic background radiation, cosmic microwave background, near infra-red to submillimeter instrumentation

**Yosef Zlochower**, BS, Ph.D., University of Pittsburgh—Associate Professor, Mathematics: numerical relativity, relativistic astrophysics, black hole physics

## Color Science

Roy S. Berns, BS, MS, University of California; Ph.D., Rensselaer Polytechnic Institute—Richard S. Hunter Professor of Color Science, Appearance, and Technology; Program of Color Science

**Mark D. Fairchild**, BS, MS, Rochester Institute of Technology; MA, Ph.D., University of Rochester—Head, Integrated Sciences Academy; Professor and Graduate Program Director, Color Science/Munsell Color Science Laboratory

**Susan Farnand**, BS, Cornell University; MS, Ph.D., Rochester Institute of Technology—Assistant Professor, Program of Color Science

**Elena Fedorovskaya**, MS, Ph.D., Lomonosov Moscow State University (Russia)—Research Professor, Program of Color Science

**James Ferwerda**, BA, MS, Ph.D., Cornell University—Associate Professor, Imaging Science

**Joseph Geigel**, BS, Manhattan College; MS, Stevens Institute of Technology; D.Sc., George Washington University—Associate Professor, Computer Science

**Andrew Herbert**, BS, McGill University (Canada); MA, Ph.D., University of Western Ontario (Canada)—Associate Dean, College of Liberal Arts; Professor, Department of Psychology, visual perception

**David Long**, BS, University of Texas at Austin; MS, University of Rochester, Ph.D., Rochester Institute of Technology—Director, RIT Center for Media, Arts, Games, Interaction & Creativity (MAGIC) and MAGIC Spell Studios; Associate Professor, Motion Picture Science

**Michael Murdoch**, BS, Cornell University; MS, Rochester Institute of Technology, Ph.D., Eindhoven University of Technology (Netherlands)—Assistant Professor, Program of Color Science

## Imaging Science

**Peter Bajorski**, MS, University of Wroclaw (Poland); Ph.D., Technical University of Wroclaw (Poland)—Professor, regression models, multivariate analysis, nonparametrics, statistical approaches to spectral image processing

**Charles Bachmann**, A.B., Princeton University; Sc.M., Ph.D., Brown University—Associate Professor, Imaging Science; Frederick and Anna B. Wiedman Chair: coastal characterization from remote sensing; advanced retrieval algorithms for hyperspectral and multi-sensor imagery; spectroscopy, BRDF, and advanced instrumentation for calibration and validation; pattern recognition; graph and manifold descriptions of high-dimensional data

**Nathan Cahill**, BS, MS, Rochester Institute of Technology; D.Phil., University of Oxford (United Kingdom)—Associate Dean for Industrial Partnerships; Graduate Program Director, Mathematical Modeling; Associate Professor, Mathematics: scientific computing, biomedical image analysis, computer vision, advanced mathematical approaches to image processing

**Gabriel J. Diaz**, BFA, Skidmore College; MS, Ph.D., Rensselaer Polytechnic Institute—Assistant Professor, Imaging Science: visually guided action; human motor control; eye movements; visual prediction; virtual/augmented reality systems

**Sohail A. Dianat**, BS, Aria-Mehr University (Iran); MS, Ph.D., George Washington University—Professor, Electrical Engineering: digital communication, signal processing and image processing

**Vikram Dogra**, MD, JIPMER Medical School (India)—Professor of Diagnostic Radiology, Urology and Biomedical Engineering, Department of Imaging Sciences, University of Rochester School of Medicine

RIT0000314

**College of Science**

**Roger L. Easton**, BS, Haverford College; MS, University of Maryland; MS, Ph.D., University of Arizona—Professor, Imaging Science: application of imaging technologies to manuscripts of cultural importance; optical holography; digital and optical signal/image processing

**James Ferwerda**, BA, MS, Ph.D., Cornell University—Associate Professor, Imaging Science: high dynamic range imaging, perceptually-based rendering, material appearance, display systems, low vision and assistive technologies

**Ernest Fokoue**, Maitrise B.Sc., University of Yaounde (Cameroon); M.Sc., Aston University (United Kingdom); Ph.D., University of Glasgow (United Kingdom)—Professor, statistical machine learning and data mining

**Michael Gartley**, BS, Binghamton University; MS, Ph.D., Rochester Institute of Technology—Assistant Research Professor, Imaging Science: modeling and simulation of remote sensing signature phenomenology

**Richard Hailstone**, BS, Northern Illinois University; MS, Indiana University—Associate Professor, Imaging Science: characterization of materials using electron microscopy, synthesis of nanoparticles, imaging system modeling

**Maria Helguera**, BS, National Autonomous University of Mexico (Mexico); MS, University of Rochester; Ph.D., Rochester Institute of Technology—Associate Research Professor, Imaging Science: medical imaging, ultrasound tissue characterization, digital image processing

**Andrew Herbert**, BS, McGill University (Canada); MA, Ph.D., University of Western Ontario (Canada)—Associate Dean, College of Liberal Arts; Professor, Department of Psychology, visual perception

**Matthew J. Hoffman**, BA, Williams College; MS, Ph.D., University of Maryland—Graduate Program Director, Applied and Computational Mathematics; Associate Professor, data assimilation, applied mathematics, ocean and atmospheric forecasting, remote sensing; hyperspectral vehicle tracking

**Joseph P. Hornak**, BS, Utica College of Syracuse University; MS, Purdue University; Ph.D., University of Notre Dame—Professor, Joint Appointment with School of Chemistry and Materials Science: physical chemistry, magnetic resonance spectroscopy and imaging

**Emmett Ientilucci**, BS, MS, Ph.D., Rochester Institute of Technology—Assistant Professor, Imaging Science: remote sensing, hyperspectral image processing, multivariate statistics, target detection, radiometry

**Christopher Kanan**, BS, Oklahoma State University; MS, University of Southern California, Ph.D., University of California, San Diego—Assistant Professor, Imaging Science: computer vision, object categorization, active vision, visual saliency, eye movement analysis

**Joel H. Kastner**, BS, University of Maryland; MS, Ph.D., University of California, Los Angeles—Professor, Imaging Science: astronomical imaging, including x-ray, infrared and radio spectroscopy; young stars and planet formation; evolved stars and planetary nebulae

**John P. Kerekes**, BS, MS, Ph.D., Purdue University—Professor, Imaging Science: multispectral remote sensing systems, multidimensional imaging system, pattern recognition

**Robert L. Kremens**, BS, The Cooper Union; MS, University of Rochester; MS, Ph.D., New York University—Research Professor, Imaging Science: wildland fire behavior and effects, remote sensing instrumentation, autonomous remote instruments for environmental monitoring, electronics measurement systems

**Cristian Linte**, BSc, University of Windsor (Canada); MESc, Ph.D., University of Western Ontario (Canada)—Assistant Professor, Biomedical Engineering: image-guided visualization and navigation for minimally invasive therapy

**David W. Messinger**, BS, Clarkson University; Ph.D., Rensselaer Polytechnic Institute—Director, Professor, and Xerox Chair, Imaging Science: remote sensing image exploitation, advanced mathematical approaches to spectral image processing, LWIR hyperspectral processing, cultural heritage imaging

**Zoran Ninkov**, BSc, University of Western Australia (Australia); MS, Monash University (Australia); Ph.D., University of British Columbia (Canada)—Professor, Imaging Science: detector array development and characterization, development of novel astronomical instrumentation, studies of young stellar clusters, planetary detection

**Jeff Pelz**, BFA, MS, Rochester Institute of Technology; Ph.D., University of Rochester—Frederick Wiedman Professor, Imaging Science: visual perception and cognition, understanding high-level visual processing by examining eye movements in the execution of complex tasks in natural environments

**Raymond Ptucha**, BS, State University of New York at Buffalo; MS, Ph.D., Rochester Institute of Technology—Assistant Professor, Computer Engineering; machine learning, computer vision, robotics, and embedded control

**Jie Qiao**, BS, University of Science and Technology Liaoning (China); MS, Tsinghua University (China); MBA, University of Rochester; Ph.D., University of Texas at Austin—Associate Professor, Imaging Science: optical metrology, optical instrumentations, adaptive optics and active optics, ultrafast laser systems and applications (remote sensing, material processing), optical system design and performance evaluation

**Eli Saber**, BS, State University of New York at Buffalo; MS, Ph.D., University of Rochester—Professor, Electrical and Microelectronic Engineering: signal, image and video processing; computer vision

**Carl Salvaggio**, BS, MS, Rochester Institute of Technology; Ph.D., Syracuse University and the State University of New York College of Environmental Science and Forestry—Professor: novel techniques for the measurement of spectral optical properties, quantitative reflective and emissive remote sensing, digital image processing, three-dimensional geometry extraction from imagery, and scene simulation and modeling

**Andreas Savakis**, BS, MS, Old Dominion University; Ph.D., North Carolina State University—Professor, Computer Engineering: digital image processing, computer vision

**Grover Swartzlander**, BS, Drexel University; MSEE, Purdue University; Ph.D., Johns Hopkins University—Professor, Imaging Science: optical vortices, optical coronagraphs and high contrast imaging, pattern formation in linear and nonlinear optics, optical tweezers, optical coherence, solar sailing, metamaterials

**Brian Tomaszewski**, BA, University of Albany; MA, University of Buffalo; Ph.D., Pennsylvania State University—Associate Professor, Interactive Games and Media: geographic information science and technology, visual analytics, context modeling and representation, disaster management

**Jan van Aardt**, BSc, University of Stellenbosch (South Africa); MS, Ph.D., Virginia Polytechnic Institute and State University—Professor, Imaging Science: remote sensing of natural resources, application of hyperspectral, light detection and ranging for spectral-structural characterization of natural systems, integrated modeling approaches, scaling of natural resources remote sensing solutions through sensor interoperability

RIT0000315

**Anthony Vodacek**, BS, University of Wisconsin; MS, Ph.D., Cornell University—Professor, Imaging Science: imaging spectrometry applications environmental characterization and monitoring; remote sensing data assimilation in environmental models; thermal and non-thermal techniques for wildland fire detection; coastal remote sensing and aquatic optics

**Richard Zanibbi**, BA, MSc, Ph.D., Queen's University (Canada)—Associate Professor, Computer Science: pattern recognition, machine learning, document recognition, CAPTCHAs, human-computer interaction, and programming languages

### Mathematical Modeling

**Ephraim Agyingi**, BS, MS, University of Ilorin (Nigeria); Ph.D., University of Manchester (United Kingdom)—Associate Professor, numerical analysis

**Mihail Barbosu**, BS, Ph.D., Babes-Bolyai University (Romania); MS, Ph.D., Paris VI University (France)—Professor, mathematical modeling, dynamical systems, celestial mechanics and space dynamics, symbolic computation systems, data analytics, management science

**Nate Barlow**, BS, Ph.D., Clarkson University—Assistant Professor, stability and propagation of waves in fluids, asymptotic methods

**Maurino P. Bautista**, BS, Ateneo de Manila University (Philippines); MS, Ph.D., Purdue University—Professor, numerical analysis, applied mathematics

**Bernard Brooks**, BS, University of Toronto (Canada); MBA, Rochester Institute of Technology; MS, Ph.D., University of Guelph (Canada)—Professor, mathematical modeling

**Nathan Cahill**, BS, MS, Rochester Institute of Technology; D.Phil., University of Oxford (United Kingdom)—Associate Dean for Industrial Partnerships; Graduate Program Director, Mathematical Modeling; Associate Professor, Mathematics: scientific computing, biomedical image analysis, computer vision, advanced mathematical approaches to image processing

**Manuela Campanelli**, Laureate in Mathematics, University of Perugia (Italy); Ph.D., University of Bern (Switzerland)—Director, Center for Computational Relativity and Gravitation; Professor, Mathematics: numerical relativity, gravitational physics, computational astrophysics, black holes, gravitational waves

**Elizabeth Cherry**, BS, Georgetown University; Ph.D., Duke University—Professor, computational cardiac dynamics

**Matthew Coppenbarger**, BS, University of Arizona; MA, Ph.D., University of Rochester—Associate Professor, mathematical physics, spectral theory

**Michael Cromer**, BS, York College of Pennsylvania; MS, Ph.D., University of Delaware—Assistant Professor, mathematical modeling of complex fluids, asymptotics and perturbation methods, simulation

**Moumita Das**, BS, MS, Jadavpur University (India); Ph.D., Indian Institute of Science—Associate Professor, Physics: theoretical soft condensed matter, mechanical response of biological materials and living systems

**Joshua Faber**, BS, State University of New York at Stony Brook; Ph.D., Massachusetts Institute of Technology—Professor, Mathematics: numerical relativity, computational astrophysics, dynamics

**Raluca Felea**, BS, University of Iasi (Romania); Ph.D., University of Rochester—Associate Professor, microlocal analysis

**Anthony A. Harkin**, BS, State University College at Brockport; MS, Massachusetts Institute of Technology; Ph.D., Boston University—Associate Professor, applied and computational mathematics, partial differential equations

**Matthew J. Hoffman**, BA, Williams College; MS, Ph.D., University of Maryland—Graduate Program Director, Applied and Computational Mathematics; Associate Professor, data assimilation, applied mathematics, ocean and atmospheric forecasting, remote sensing; hyperspectral vehicle tracking

**Bonnie C. Jacob**, BA, Smith College; MS, Ph.D., Clemson University—Assistant Professor

**Jobby Jacob**, BS, Bharata Mata College (India); MS, Indian Institute of Technology (India); MS, Ph.D., Clemson University—Associate Professor, graph theory

**Baasansuren Jadamba**, BS, National University of Mongolia (Mongolia); MS, University of Kaiserslautern (Germany); Ph.D., University of Erlangen-Nuremberg (Germany)—Associate Professor, partial differential equations, inverse problems, numerical optimization

**Akhtar Khan**, MS, Technical University Kaiserslautern (Germany); Ph.D., Michigan Technological University—Associate Professor, applied math, optimization, inverse problems, variational inequalities, elasticity imaging

**Cristian Linte**, BSc, University of Windsor (Canada); MESc, Ph.D., University of Western Ontario (Canada)—Assistant Professor, Biomedical Engineering: image-guided visualization and navigation for minimally invasive therapy

**Carlos Lousto**, MS, Universidad Nacional De La Plata (Argentina); Ph.D., Universidad De Buenos Aires (Argentina)—Professor, numerical relativity

**Carl V. Lutzer**, BS, Michigan State University; MA, Ph.D., University of Kentucky—Professor, mathematical physics

**Kara L. Maki**, BS, University of New Hampshire; MS, Ph.D., University of Delaware—Associate Professor, mathematical modeling, scientific computing

**Nishant Malik**, BS, MS, University of Delhi (India); Ph.D., University of Potsdam (Germany)—Assistant Professor, network science, nonlinear dynamics, stochastic processes

**Panos P. Markopoulos**, BS, MS, Technical University of Crete (Greece); Ph.D., University at Buffalo—Assistant Professor, Communication and Signal Processing

**Laura M. Munoz**, BS, California Institute of Technology; Ph.D., University of California at Berkeley—Assistant Professor, mathematical biology, dynamical systems, applied control theory

**Darren A. Narayan**, BS, State University of New York at Binghamton; MS, Ph.D., Lehigh University—Professor, graph theory, discrete math

**Jason Nordhaus**, BA, BS, MS, Ph.D., University of Rochester—Assistant Professor, Science and Mathematics, National Technical Institute for the Deaf: computational astrophysics, core-collapse supernovae, binary interactions, strongly magnetized compact objects, physics of common envelopes

**Jennifer O'Neil**, BS, Rochester Institute of Technology; Ph.D., Purdue University—Assistant Professor, Mechanical Engineering Technology: fluid dynamics, non-Newtonian liquids

**Richard O'Shaughnessy**, BA, Cornell University; Ph.D., California Institute of Technology—Assistant Professor, gravitational wave astrophysics

**Niels F. Otani**, BA, University of Chicago; Ph.D., University of California at Berkeley—Associate Professor, mathematical biology

**Poornima Padmanabhan**, B.Tech., Indian Institute of Technology, Madras (India); Ph.D., Cornell University—Assistant Professor, Chemical Engineering: self-assembly, thermodynamics, materials design, soft matter

**Mary Lynn Reed**, BS, Georgia Institute of Technology; MFA, University of Maryland; Ph.D., University of Illinois—Head, School of Mathematical Sciences; Professor

**David Ross**, BA, Columbia College; Ph.D., New York University—Professor, differential equations and numerical analysis

**College of Science**

**George Thurston**, AB, Oberlin College; Ph.D., Massachusetts Institute of Technology—Graduate Program Director, Physics; Professor, Physics: biological and chemical physics, experimental and theoretical studies of phase transitions, physical and chemical basis of protein condensation diseases, nuclear magnetic resonance, light, x-ray, and neutron scattering

**John T. Whelan**, BA, Cornell University; Ph.D., University of California at Santa Barbara—Professor, computational relativity and gravitation, gravitational wave data analysis

**Steven J. Weinstein**, BS, University of Rochester; MS, Ph.D., University of Pennsylvania—Department Head; Professor, interfacial transport processes, hydrodynamic wave phenomena, applied mathematics

**Tamas Wiandt**, BS, Jozsef Attila University (Hungary); Ph.D., University of Minnesota—Associate Head of School; Associate Professor, dynamical systems

**Yosef Zlochower**, BS, Ph.D., University of Pittsburgh—Associate Professor, numerical relativity

RIT0000317

# Golisano Institute for Sustainability

*Nabil Nasr, Associate Provost and Institute Director*
*rit.edu/gis*

## Programs of Study

### Doctor of Philosophy degree in:                    Page

Sustainability, Ph.D.                                   170

### Master of Science degree in:

Sustainable Systems, MS                                 171

### Master of Architecture degree in:

Architecture, M.Arch.                                   168
(offered in collaboration with the College of Art and Design)

Golisano Institute for Sustainability is a comprehensive academic, training, and technology-transfer center focusing on multidisciplinary studies in sustainable production systems and the built environment. The institute s research areas include sustainable products, sustainable mobility, alternative energy systems, Eco-IT, and pollution prevention.

### Admission requirements

Each college makes all decisions regarding graduate admission. Please refer to the individual program descriptions for information regarding specific admission criteria. For general graduate admission information, please refer to the Admission section of this bulletin.

### Financial aid and scholarships

Please refer to the Financial Aid and Scholarship section of this bulletin for information regarding financial aid, scholarships, grants, loans, and graduate assistantships.

### Research

The Golisano Institute for Sustainability is home to six different research centers and institutes, each with a highly specific mission in sustainability.

*National Center for Remanufacturing and Resource Recovery* is internationally recognized as a leading center for applied research in remanufacturing.

• *Center for Integrated Manufacturing Studies* combines applied research with technology transfer to help manufacturers remain competitive in the global marketplace.

*Center for Sustainable Mobility* assesses and evaluates the environmental and economic impact of different alternative fuel and propulsion technologies on the entire U.S. public transportation system.

*Center of Excellence in Sustainable Manufacturing* is dedicated to enhancing the environmental and economic performance of products and processes.

*New York State Pollution Prevention Institute* enhances the understanding of pollution prevention techniques while disseminating technologies to enhance these efforts.

*NanoPower Research Labs* is dedicated to the creation and utilization of nano devices and materials for power generation and storage.

### Facilities

The institute s headquarters are located in the new 84,000 sq. ft. Sustainability Institute Hall, which is certified LEED® (Leadership in Energy and Environmental Design) Platinum by the U.S. Green Building Council    the highest standard that can be achieved in the rating system. The building is adjacent to the Center for Integrated Manufacturing Studies that houses additional laboratories. Labs and facilities include:

*Clean Technologies Demonstration Lab:* Features a wide variety of environmentally friendly cleaning technologies utilized in remanufacturing processes.

*Eco-Design Lab:* Focuses on developing and testing product design solutions that reduce the environmental impact of information technology products throughout their lifecycle.

*Electronics Lab:* GIS  focal point for the development and testing of embedded systems for prognostic applications.

*Environmental Chemistry Lab:* Fundamental chemistry techniques are used to reduce life-cycle environmental impacts of products and processes with an emphasis on end-of-life material recovery processes.

*Fuel Cell Testbed:* Innovations in fuel cell technologies are developed and tested with research focused on improving reliability and reducing costs.

*Imaging Products Laboratory:* Provides state-of-the-art evaluation and research to enhance the sustainability of imaging products.

*Materials Integration Lab:* Investigates how the bulk physical properties of materials lead to wear and the failure of components and subsystems.

*Materials Science Lab:* Focuses on the analysis of material composition and how material properties drive failure of components.

*Microgrid Testbed:* Information about the building s variable energy production and usage is analyzed to determine how to optimally use this energy in Sustainability Institute Hall.

*Rapid Reverse Engineering Lab:* Equipped with instruments to accurately reconstruct missing product design information to enable new production, improve design, and enhance opportunities for remanufacturing.

*Staples Sustainable Innovation Lab:* Supports the innovation and development of products having low environmental impact.

*Sustainable Manufacturing Testbed:* This lab is devoted to developing advanced manufacturing, remanufactuirng, and recycling processes.

*Vehicle Dynamics Lab:* Testing of engines, as well as complete vehicles, is conducted in order identify ways of improving energy efficiencyand reducing emissions due to alternative fuels.

**Graduate Bulletin    167**

RIT0000318

Golisano Institute for Sustainability

# Architecture, M.Arch.

*www.rit.edu/study/architecture-march*
**Architecture Department**
**585-475-4990, archdept@rit.edu**

## Program overview

Sustainability concerns are changing how we think about architecture. Buildings account for a large percentage of the world's energy expenditures and carbon emissions, which has driven demand for more sustainable architecture. In RIT's accredited master of architecture program, we're moving sustainability forward to elevate the value of architectural design. As a student here, you'll learn how to design with context and substance in areas such as positive energy, performance building, climate-responsive designs, passive resiliency, and more.

Our accredited architecture program offers an immersive program focused on investigating the complexity of designing buildings with people, space, and the environment in mind. Whether you have a background in the building design sector or are new to the field, the program will prepare you for a path to positively contribute to the design of tomorrow's buildings, neighborhoods, and communities.

Our program offers foundation courses as well as more in-depth classes exploring integrated building systems, urban planning, industrial ecology, and more. You'll also have the flexibility to choose electives in other subject areas based on your unique talents and career goals, such as business, engineering, energy, or additional design skills.

## What Sets Us Apart

1. Design matters: As a program emphasizing design, the program's core education takes place in the studio. Our studio curriculum integrates construction technologies, material science, and mechanics into design.

2. Hands-on education: Expect a hands-on learning environment, working on real-world projects and utilizing our 75,000-square-foot, LEED Platinum-certified building to observe and test building efficiency. The City of Rochester and the western New York region also serve as an active learning environment for our students.

3. Work experience: A professional co-op will help you build your resume before you graduate. RIT's cooperative education program lets you work in the field with local architects and present neighborhood improvement ideas to planning boards.

4. Global experience: Our global experience requirement lets you experience new cultures, settings, and contexts to expand your understanding of diverse architectural interests and needs.

5. STEM-designated: Our program is STEM-designated, which increases scholarship and research opportunities for students, and offers up to two additional years of work/study for international students.

6. NAAB-accredited: We're one of the few master of architecture degree programs in the U.S. to be accredited by the National Architectural Accrediting Board (NAAB)—that means you're getting one of the best architecture educations in the country.

7. Thesis: Our thesis option allows you to integrate everything you learn into a comprehensive project. Past student theses include designs for an urban master plan for Rochester's downtown, a net-zero or positive energy building, and a turbine system to harvest rainwater for energy.

## Plan of Study

There are two primary tracks of study offered in the M.Arch. program. We work with each student individually to determine the best track and can customize course requirements based on levels of prior experience.

1. For those with previous experience and an undergraduate degree in architecture, an Advanced Standing track provides a two to two-and-a-half year path with a requirement of 78 credit hours.
2. For those with no prior experience or background in architecture, the Standard Admissions track is available, providing a three and half year path and a requirement of 105 credit hours.

Designed as a full-time program, courses are offered on campus, primarily during the day, and often include open periods between classes to allow time for students to gain work experience with an architectural firm while they complete their degree.

With design, creative exploration, and critical thinking as key underpinnings, our program is grounded around four primary areas:

- Sustainability: With a global need for a more sustainable world, including buildings and their impact on energy consumption and carbon footprints, the focus of many courses reflect the conditions of sustainable design and practice.
- Technology: Design exploration is enhanced through the understanding of the implication of technology on both design process and product. The program enables students to focus and collaborate in many specialized areas of technology, including engineering, computer science, imaging science, materials and construction, and products and remanufacturing.
- Urbanism: The complexity of the urban environment requires an interdisciplinary approach to architecture education—one that references economics, public policy, sociology, and regional culture. With this in mind, the program also focuses on the practices and principles of preservation and adaptive reuse.
- Integrated learning/practice: From the outset, students often approach design problems within teams, learning to value and leverage collective and collaborative participation. Through integrated learning and evidenced-based models, we prepare students for the increasingly integrated practice of architecture, where architects are orchestrating teams of professionals from a variety of fields, including engineering, management, science, and computer science.

## Enhanced Career Opportunities

RIT's master of architecture program is proud of the 100 percent job placement rate among our graduates. Our alumni are employed in architectural firms around the world and are working in diverse fields, from community development to smart growth to green building materials. Within firms and elsewhere, they serve as architectural designers, research scientists, sustainability consultants, planning engineers, start-up entrepreneurs, and more. Plus, our professional co-ops are a compelling program requirement that often leads to employment offers from architects and other firms working in construction, urban design, and facilities management.

## Innovation Through Diversity

Enhancing the value of design requires constructive collaboration and a breadth of skills and viewpoints, interwoven in a way that elevates and celebrates everyone's differences and strengths at RIT. The master of architecture degree is suited for students with or without a background in

RIT0000319

the architecture or sustainability fields. Many of our students have been former art teachers, film students, engineers, interior designers, lawyers, and more before beginning their studies. They bring these backgrounds to the program in ways that enriched conversations and perspectives about design and human needs. Plus, approximately one-third of our students are international students, bringing cultural experiences and architectural design concepts from every continent.

## Accreditation

The RIT master of architecture program is what is often referred to as a Type I program whereby students can enter with either an architecture or non-architecture related undergraduate degree and fulfill the prerequisite for licensure. Prospective students may find The "NCARB Handbook for Interns and Architects" and "Toward an Evolution of Studio Culture" helpful to learn more about the benefits of attending an accredited program.

## Curriculum

### Architecture, M.Arch. degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ARCH-611 | Architectural Representation I | 3 |
| ARCH-612 | Architectural Representation II | 3 |
| ARCH-621 | Architectural History I | 3 |
| ARCH-622 | Architectural History II | 3 |
| ARCH-631 | Architectural Design I | 6 |
| ARCH-632 | Architectural Design II | 6 |
| ARCH-641 | Fundamentals of Building Systems | 3 |
| ARCH-761 | Understanding Sustainability | 3 |
| **Second Year** | | |
| ARCH-731 | Architectural Studio I: Site | 6 |
| ARCH-734 | Architectural Studio II: Urban | 6 |
| ARCH-741 | Integrated Bldg Systems I | 3 |
| ARCH-742 | Integrated Building Systems II | 3 |
| ARCH-751 | Architectural Theory | 3 |
| ARCH-752 | Urban and Regional Planning | 3 |
| ARCH-762 | Industrial Ecology Fundm | 3 |
| ARCH-763 | Sustainable Building Metrics | 3 |
| **Third Year** | | |
| ARCH-733 | Architectural Studio III: Adaptive | 6 |
| ARCH-735 | Architecture Studio IV: Integrative | 6 |
| ARCH-743 | Integrated Building Systems III | 3 |
| ARCH-744 | Integrated Building Systems IV | 3 |
| ARCH-753 | Research Seminar/Thesis Prep | 3 |
| | Graduate Sustainability Elective | 3 |
| | Graduate Electives | 6 |
| **Fourth Year (fall only)** | | |
| ARCH-771 | Professional Practice | 3 |
| ARCH-790 | Thesis | 6 |
| | Graduate Electives | 6 |
| **Summers** | | |
| ARCH-698 | Global Experience | 0 |
| ARCH-699 | Coop Architecture | 0 |
| **Total Semester Credit Hours** | | **105** |

## Admission requirements

To be considered for admission to the M.Arch. program in architecture, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (B.Arch., BS, BA, BFA, or equivalent) from an accredited university or college from an accredited institution.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Successfully complete at least one semester each of college-level math (e.g. algebra, pre-calculus, calculus, etc.) and science (e.g. physics, earth science, chemistry, etc.).
- Submit a personal statement of educational objectives.
- Submit scores from the GRE.
- Submit two letters of recommendation from academic or professional sources.
- Submit a PDF digital portfolio of creative work, which may include sketches, constructions, graphics, and/or photographs. While student portfolios do not require examples of architectural drawing/design, evidence of creative talent will be important in determining admission. (Refer to Portfolio Requirements for more information.)
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 79 (internet-based) is required. A minimum IELTS score of 6.5 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

## Portfolio Guidelines

All applications must be accompanied by a PDF digital portfolio. Print or bound portfolios or digital portfolios in formats other than PDF will not be accepted or reviewed. Please note, all PDF portfolios should be less than 6.0mb. Larger files will not be accepted or reviewed. In the event the review committee requires additional information or higher resolution images, the applicant will be notified.

Guidelines for portfolio preparation:
- Image quality: A medium quality image setting on a digital camera is sufficient. No images should be pixelated.
- File size: The total size in an 8.5"x11" format and cannot exceed 6.0mb. Alternatively students may use the PDF portfolio feature (found under FILE, in more recent versions of Adobe Acrobat) to create a portfolio.
- Orientation: Landscape orientation is preferred.
- Cropping: Crop out unnecessary objects from the images so that there are no distractions from work presented.
- Image enhancement: If the image files of your work are not accurate after photographing, image-editing software is allowed to correct the appearance of the files submitted. Please use caution. It is important to maintain the integrity of the original artwork.
- File name: Only one PDF portfolio file is allowed. It should be labeled using the following format: UARC_XX_LASTNAME.PDF, (XX is equal to the code for the academic year to which you are applying, ex: 2019 would be 19, 2020 would be 20, etc.) Enter last name in all capital letters in place of LASTNAME. Do not enter given names or middle names in this field.
- Submission: All PDF portfolio files must be submitted via email to gradinfo@rit.edu. Students should include their name in the subject line of the email. Files delivered on CD/ROM or USB drives will not be reviewed or accepted.

# Sustainability, Ph.D.

*www.rit.edu/study/sustainability-phd*
***Sustainability Department***
***585-475-7363, sustdept@rit.edu***

## Program overview

Our approach to sustainability means working in the broader context of environmental assessment, economics, and policy. Each faculty member in the Golisano Institute for Sustainability sponsors a select number of students for specific research projects, with the scope varying from fundamental science to applied engineering to corporate sustainability applications. On acceptance into a sponsored research project, you will receive a fully funded education, a stipend to help with living expenses, your own office space, and the time to develop your technical expertise in sub-areas dependent on your research.

In the sustainability Ph.D. program, you'll have the opportunity to learn from areas across the entire university to develop your own innovative approach to the field, building off of methodologies such as life cycle assessment, environmental risk and impact assessment, design for the environment, pollution prevention, closed loop supply chain management, and product life assessment. Moreover, you'll work side-by-side with our world-renowned faculty who are avid researchers in diverse areas including biofuels, transportation, energy policy, resource recovery, smart products and systems, and more.

The Ph.D. degree helps you think innovatively about how sustainability can positively impact systems all over the world through big-picture solutions, from training future business leaders to maximizing natural resources. You don't need a background in sustainability to join this program; you just need a desire to create positive change in the world. We bring in students of all ages, from all backgrounds—from biotechnology to business—and from all over the world. You'll also find a wide range of experience—many of the program's students have more than 10 years of career experience and/or education when they enroll.

The faculty are well-known scholars and active researchers who not only bring their knowledge into the classroom but also directly involve students in their scholarship. This work includes a wealth of hands-on experience in our impressive research facilities, including a 75,000-sq.-ft., LEED Platinum certified research building with over nine labs and six technology testbeds. With this level of experience, you'll be prepared for diverse academic and industry jobs where you can make an impact on the way the world views and utilizes sustainable practices, from the macro to the micro.

## Plan of study

With the Ph.D. degree's integrative curriculum, you will develop a deep foundation in sustainability science, sustainable systems, risk analysis, and more. You can also choose several electives from across colleges at RIT—from Computational Modeling and Simulation to Principles of Statistical Data Mining—to tailor your degree and create interdisciplinary relationships throughout the university.

Through your sponsored research project, you'll have the opportunity to make novel and impactful contributions to the development and understanding of sustainable technologies. Recent dissertation examples include:

- Implications of Consumer Lifestyle Changes and Behavioral Heterogeneity on U.S. Energy Consumption and Policy
- Criticality of Byproduct Materials: Assessing Supply Risk, Environmental Impact, and Strategic Policy Response for Tellurium
- Development of an Integrated Reformer and Fuel Cell System for Portable Power Applications

You must complete 60 semester credit hours of course work and research to conclude this program.

## Active research areas

*Sustainable Energy*
- Fuel cells
- Photovoltaics
- Energy supply/demand models
- Energy policy

*Circular Economy*
- Life cycle assessment
- Electronic waste and battery recycling
- Waste-to-energy processes
- Food waste management
- Remanufacturing

*Sustainable Urban Systems*
- Smart Cities
- Transportation systems analysis
- Food Waste Management
- Food-Energy-Water Nexus

## Community involvement

Rochester, NY, is a hub for sustainability professionals and home to rich natural resources, such as fertile farmland and the nearby Finger Lakes. Many students share their passion for sustainability with the local community by working in volunteer service on projects like K-12 education, community gardens, farmer's markets, and more. In addition, you will connect with the larger sustainability world by attending and presenting at professional conferences all over the world.

## Curriculum

### Sustainability, Ph.D. degree, typical course sequence

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ISUS-702 | Fundamentals of Sustainability Science | 3 |
| ISUS-704 | Industrial Ecology | 3 |
| ISUS-706 | Economics of Sustainable Systems | 3 |
| ISUS-806 | Risk Analysis | 3 |
| ISUS-808 | Multicriteria Sustainable Systems | 3 |
| | Elective | 3 |
| **Second Year** | | |
| Complete 8 credits from the following: | | 8 |
| ISUS-807 | Research | |
| ISUS-890 | Dissertation Research | |
| PUBL-810 | Technology, Policy and Sustainability (or approved substitute) | 3 |
| | Electives | 9 |
| **Third Year** | | |
| ISUS-890 | Dissertation Research | 8 |
| | Electives | 6 |
| **Fourth Year** | | |
| ISUS-890 | Dissertation Research | 8 |
| **Total Semester Credit Hours** | | **60** |

## Admission requirements

To be considered for admission to the Ph.D. program in sustainability, candidates must fulfill the following requirements:

- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college from an accredited institution. Course work must

RIT0000321

include at least one year of college science and one year of college mathematics, including calculus and statistics.

- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Submit scores from the GRE.
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Submit at least two letters of recommendation from academic or professional sources. Letters should be submitted directly to RIT and must be confidential.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 100 (internet-based) is required. A minimum IELTS score of 7.0 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

# Sustainable Systems, MS

*www.rit.edu/study/sustainable-systems-ms*
**Sustainability Department**
**585-475-7363, sustdept@rit.edu**

## Program overview

Sustainable systems accepts students from any academic background and encompasses a wide range of interdisciplinary studies in sustainability science. Here, you won't be restricted to one sustainability topic or methodology. You will comprehensively learn and experience the methods that lead to environmental, social, technological, and business success, working one-on-one with a faculty advisor to tailor the degree to your sustainability interests.

In the sustainable systems MS, you will start with a broad foundation of knowledge in environmental life cycle assessment, sustainable decision making, economic and policy strategies, and more. Then, you will have the opportunity to customize your degree in areas that suit your interests and career goals—such as renewable energy or mobility—as well as get the hands-on experience that employers are seeking. In as little as one year of study, you will be prepared to make sustainability decisions that you can apply to any career.

Not only will you be able to focus on an area that interests you, but you will be able to get hands-on in your projects with the use of one of our many labs or through design modeling tools. This degree allows you the flexibility to adapt your career over time and in response to the ever-changing developments in sustainability. The Golisano Institute for Sustainability is dedicated to groundbreaking sustainability research and its business applications. Our research facilities are second to none, including Sustainability Institute Hall, a 75,000-sq.-foot, LEED Platinum certified research building and multiple state-of-the-art research centers.

You don't need a background in sustainability to join this program; just a desire to create positive change in the world. We bring in students of all ages, from all backgrounds—from mechanical engineering to political science—and from all over the world so that your learning experience comes not just from the classroom, but from the different perspectives of fellow students.

## Plan of study

Through a flexible and interdisciplinary curriculum, you'll begin your degree with core courses in industrial ecology, risk assessment, the economics of sustainability, and more. Several electives from across the university will allow you to further tailor your degree to your talents and career goals, from sustainable craft brewing and distilling to corporate social responsibility.

Your degree culminates with a research thesis or a capstone project. Recent thesis examples include:

- Techno-Environmental Analysis of Generating Animal Feed from Wasted Food Products
- Fabrication and life cycle assessment of organic photovoltaics
- Characterizing adaptive capacity to climate change in developing countries: a case study on Peru

You must complete 24 credit hours of course work plus a 6 credit hour thesis or capstone project, which can be completed in as little as one year by full-time students.

### Potential tracks

*Sustainable Energy*
- Sustainable Energy Systems

RIT0000322

**Golisano Institute for Sustainability**

- Food-Energy-Water Nexus
- Energy Policy

Example research project: Inspection of wind turbine blades with unmanned aerial vehicles (UAVs)

*Circular Economy*
- Intro to Geographic Info Systems (GIS)
- Data Analysis for Sustainability
- Innovation Policy
- Corporate Social Responsibility (CSR)

Example research project: Assessing a baseline case for reaching carbon neutrality in Monroe County by 2027

*Sustainable Urban Systems*
- Sustainable Mobility Systems
- Graduate Sustainable Communities
- Sustainable Building Metrics

Example research project: Evaluating strategies for sustainable renovation of RIT campus buildings

### Enhanced career opportunities

Our graduates have a 100 percent placement rate, in part because of RIT's dedication to career counseling and ongoing relationships with employers. This means that all of our graduates gain employment or choose to further their education shortly after graduating. And If you're interested in pursuing a career more focused in academia or research, the master's degree is also an excellent stepping stone to a doctoral program, such as RIT's Ph.D. in sustainability, if you take the route of completing a thesis while here.

### Community involvement

Rochester, NY, is a hub for sustainability professionals and entrepreneurship. Students in the sustainable systems degree program are often regularly involved with local companies and organizations, from teaching about sustainability practices at inner-city high schools to completing a capstone project for companies including Rochester Regional Health or Wegman's Food Market's corporate headquarters.

## Curriculum

### Sustainable Systems (capstone option), MS degree, typical course sequence (semesters)

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ISUS-702 | Fundamentals of Sustainability Science | 3 |
| ISUS-704 | Industrial Ecology | 3 |
| ISUS-706 | Economics of Sustainable Systems | 3 |
| ISUS-780 | Capstone | 6 |
| ISUS-806 | Risk Analysis | 3 |
| ISUS-808 | Multicriteria Sustainable Systems | 3 |
| PUBL-810 | Technology, Policy and Sustainability (or approved substitute) | 3 |
| | Electives | 6 |
| **Total Semester Credit Hours** | | **30** |

### Sustainable Systems (thesis option), MS degree, typical course sequence (semesters)

| COURSE | | SEMESTER CREDIT HOURS |
|---|---|---|
| **First Year** | | |
| ISUS-702 | Fundamentals of Sustainability Science | 3 |
| ISUS-704 | Industrial Ecology | 3 |
| ISUS-706 | Economics of Sustainable Systems | 3 |
| ISUS-806 | Risk Analysis | 3 |
| ISUS-808 | Multicriteria Sustainable Systems | 3 |
| | Electives | 3 |
| **Second Year** | | |
| ISUS-790 | Thesis | 6 |
| PUBL-810 | Technology, Policy and Sustainability (or approved substitute) | 3 |
| | Elective | 3 |
| **Total Semester Credit Hours** | | **30** |

## Admission requirements

To be considered for admission to the MS program in sustainable systems, candidates must fulfill the following requirements:
- Complete a graduate application.
- Hold a baccalaureate degree (or equivalent) from an accredited university or college from an accredited institution.
- Submit official transcripts (in English) of all previously completed undergraduate and graduate course work.
- Have a minimum cumulative GPA of 3.0 (or equivalent).
- Have fulfilled the following curriculum requirements: one year of college science and one year of college mathematics (inclduing calculus and statistics).
- Submit scores from the GRE.
- Submit a personal statement of educational objectives.
- Submit a current resume or curriculum vitae.
- Participate in an interview with the academic department.
- Submit two letters of recommendation from academic or professional sources.
- International applicants whose native language is not English must submit scores from the TOEFL, IELTS, or PTE. A minimum TOEFL score of 100 (internet-based) is required. A minimum IELTS score of 7.0 is required. The English language test score requirement is waived for native speakers of English or for those submitting transcripts from degrees earned at American institutions.

## Additional information

### Non-matriculated students

An applicant with a bachelor's degree from an approved undergraduate institution and the appropriate background is permitted to take graduate courses as a non-matriculated student. If the student is subsequently admitted to the graduate program, a limited number of credit hours from courses taken at RIT as a non-matriculated student can be transferred to the degree program. Any applicant who wishes to register for a graduate course as a non-matriculated student must obtain permission from the chair of the graduate program and the course instructor.

RIT0000323

## Faculty

**Nabil Nasr**, BS, Helwan University (Egypt); M.Eng., Pennsylvania State University; MS, Ph.D., Rutgers University— Associate Provost and Director, Golisano Institute for Sustainability

**Dennis A. Andrejko**, B.Arch., Arizona State University; M.Arch., Massachusetts Institute of Technology—Head, Department of Architecture, Associate Professor

**Thomas A. Trabold**, BS, Ph.D., Clarkson University—Head, Department of Sustainability, Associate Professor

**Nana-Yaw A. Andoh**, B.Arch., M.ADU., University of Notre Dame—Assistant Professor

**Callie W. Babbitt**, BS, Georgia Institute of Technology; ME, Ph.D., University of Florida—Associate Professor

**Jules Chiavaroli**, B.Arch., University of Notre Dame; MBA, Rochester Institute of Technology—Professor

**Eric Williams**, BA, Macalester College; Ph.D., State University of New York at Stony Brook—Associate Professor

**Alissa D. DeWit-Paul**, BS, Cornell University; M.Arch., State University of New York at Buffalo—Visiting Lecturer

**Nathaniel Williams**, BS, The Evergreen State College; Ph.D., Carnegie Melon University—Assistant Professor

RIT0000324

# Online Learning

*www.rit.edu/online*

## Online graduate programs

**Master's degrees:**
- Applied Statistics
- Business Administration (Online Executive MBA)
- Computing Security
- Construction Management
- Data Science
- Environmental, Health and Safety Management
- Health Care Interpretation
- Health Informatics
- Health Systems Management
- Human Resource Development
- Human-Computer Interaction
- Imaging Science
- Information Sciences
- and Technologies
- Manufacturing Leadership
- Microelectronics Manufacturing Engineering
- Networking and System Administration
- Product Development
- Professional Studies
- Service Leadership and Innovation

**Advanced certificates:**
- Applied Statistics
- Communication and Digital Media
- Cybersecurity
- Health Care Finance
- Information Assurance
- Lean Six Sigma
- Network, Planning and Design
- Organizational Learning
- Project Management
- Service Leadership and Innovation
- Workplace Learning and Instruction

RIT is a recognized leader in the delivery of online asynchronous education. Since 1980, the university has offered distance learning courses and was among the first universities nationwide to utilize the Internet as a mode of delivery. In 1991, the university began offering full degrees through online learning.

RIT offers numerous degree and certificate programs in an online format—most of which may be earned without ever coming to campus. The university offers hundreds of graduate and undergraduate courses online annually. Each year nearly 5,000 students enroll in an online learning course. Students are encouraged to select and apply to their chosen academic program, but in some cases may enroll in courses prior to matriculation into a program.

Online learning offers students the flexibility to learn on their own time, when and where it best meets their needs. All online courses are taught using Internet and Web-based technologies. Students must have Internet access, a computer, DVD player and monitor, and a telephone to participate in courses. Not all courses use the same technologies. Some take advantage of toll-free phone or Web conferences, while others use text-based chat or CD-ROMs. Some have Web-based simulations and some require additional software to complete course requirements. All courses use asynchronous Internet/Web-based tools for the fundamental class structure.

Online students have full access to customer and technical support through phone and e-mail. Online learners also have full access to the library and its services. Other online services include registration, orientation, access to student records, and course material ordering. Officially registered students receive e-mails about three weeks before the online course begins welcoming them to the online learning experience and directing them to orientation information. Here, students can visit the Online Student Community to access information on courses, order course materials, and review any proctored exam requirements.

All courses offered online meet the same rigorous objectives set for traditional classroom experiences. Faculty members who teach online courses often teach the same class in a traditional format.

However, just as each professor establishes the learning outcomes for a traditional course, their individual choices are also reflected in the online classroom. Most classes establish either a weekly schedule for learning activities or a project-based learning approach, in which deliverables (assignments, projects, discussion participation, etc.) are due after certain learning outcomes are accomplished. Most classes also include various readings either from textbooks or electronic reserves. Students interact online with other students to exchange ideas and collaborate much as they would face-to-face.

Online learning serves students throughout the United States and in nearly 40 countries. Students living near Rochester may choose to take both online and traditional courses as a way of increasing flexibility and remaining on target to complete a degree.

RIT0000325

# Graduate Admission

*www.rit.edu/admissions/graduate*

Admission decisions for graduate applicants are made by the department or college offering the program, and upon receipt of a completed application file from the Office of Graduate Enrollment Services. Correspondence between the student and the university is conducted through the Office of Graduate Enrollment Services, according to the following policies and procedures:

1. Inquiries regarding academic programs, as well as all applications for graduate study, are directed to the Office of Graduate Enrollment Services, Rochester Institute of Technology, Bausch & Lomb Center, 58 Lomb Memorial Drive, Rochester, NY 14623-5604. 585-475-2229, gradinfo@rit.edu.
2. The Office of Graduate Enrollment Services will acknowledge the inquiry or application, instructing the student as to the information required for admission by the school or department to which he or she is applying.
3. Once a student has submitted a formal application, the Office of Graduate Enrollment Services will prepare an applicant file. All correspondence and admission information is collected by the Office of Graduate Enrollment Services and placed in the applicant's file. The file will include an RIT application, previous college records (transcripts), applicable test scores, letters of recommendation, and other documents that may support admission of the candidate.
4. When all relevant admission data has been received, the applicant's file is sent to the appropriate school or department for review and an admission decision.
5. When the school or department has made a decision on the application, the decision form is returned to the Office of Graduate Enrollment Services.
6. The Office of Graduate Enrollment Services notifies candidates of admission decisions.
7. Academic units may informally advise non-degree students, but no formal program of study can be approved prior to admission.
8. The formal program is laid out by the dean's designee (department head, coordinator or program director, etc.) and is the one that must be followed by all students applying for admission or readmission in that program.
9. The basic entry requirements for graduate degree candidates include the completion of a baccalaureate degree and whatever other evidence of the applicant's potential to complete graduate studies may be required by the particular program. Rare exceptions to the baccalaureate requirement can be made in the case of candidates who have demonstrated unusual competence in their field of specialization. For these exceptions the recommendation of the department chairperson or director and the approval of the appropriate dean and the dean of graduate education are required.

The U.S. Government expects international students to prove competency in the English language prior to their acceptance to an American college or university. In keeping with this expectation, students whose native language is not English and whose secondary or higher education was completed in a non-native English speaking country must take a test of English language proficiency. Students must achieve the following minimum scores prior to consideration for admission into graduate studies: 550 (paper-based) or 79 (Internet-based) on the Test of English as a Foreign Language (TOEFL), 6.5 on the International English Language Testing System (IELTS), or 58 on the Pearson Test of English – Academic. Individual academic units may require higher standards or additional requirements.

Applicants whose test results fall below the minimum scores for admission but who otherwise meet academic requirements will be referred to the English Language Center. They will not be admitted to academic programs until they meet proficiency criteria established by the English Language Center.

In certain cases graduate students may be admitted prior to, but conditional upon completion of the baccalaureate degree. Applicants should not be considered for admission prior to the start of their final year of undergraduate study. The student must present a final transcript signifying successful completion of their baccalaureate degree by the end of the first term they are enrolled in the graduate program.

Graduate applicants who do not fully satisfy all admission criteria as to grades, test scores or other credentials, but do show sufficient promise to qualify for a trial period of graduate study may be admitted on probation to the university. Such students must achieve a 3.00 (B) program grade point average by the end of their first 9 credit hours of graduate study. Those students who do not meet this criterion will be suspended. Responsibility for specific requirements and maintenance of the student's appropriate status rests with the academic unit in consultation with the Office of Graduate Enrollment Services and the Office of the Registrar.

## New York State immunization requirement

All students registered for four or more credits and born after January 1, 1957, must comply with New York state and RIT immunization requirements. New York State Law requires proof of immunity to measles, mumps, and rubella through either two MMR immunizations or positive blood titers for each disease. New York state also requires all students, regardless of age, to sign a meningococcal awareness form. RIT requires students age 26 and under to have the meningitis shot. Required immunizations should be obtained before arrival to avoid delay in registration or interruption of classes for which students have enrolled. Contact the Student Health Center (www.rit.edu/studentaffairs/studenthealth) with questions. Additional information and forms are available online.

## Readmission

Students who leave a graduate program, or have a lapse in enrollment greater than or equal to three terms, including summer, and wish to return to that program must reapply through the Office of Graduate Enrollment Services. All student applications are subject to admissions standards at the time of reapplication. The program of study shall be subject to review and may be rewritten. Previous waiver and/or transfer credit may be lost, and program deficiencies may need to be made up.

Each college has the responsibility, upon a student's readmission, of determining which previous courses if any, are applicable toward the degree. Be aware that standards and degree requirements may have changed and previous waiver, transfer, or competency credit may be lost and program deficiencies may need to be made up. All readmission decisions are made by the academic unit. Readmission is not guaranteed.

Graduate students must complete the graduate program within seven years of the date of matriculation into their program. This does not apply to prerequisites, bridge program courses or similar requirements.

RIT0000326

# Costs and Payment Procedures

## Costs and Payment Procedures

**The university reserves the right to change its tuition and fees without prior notice. Nonmatriculated students are charged graduate rates for graduate courses.**

Graduate costs are listed in the table on this page. In addition, any graduate student carrying more than 18 credit hours of study will be charged the full-time tuition rate plus $1,980/credit hour for each hour of study exceeding 18.

Room and board for full-time students: A variety of housing options (residence halls and apartmentd) and meal plans are available to graduate students. Costs vary according to options selected. For information about housing and meal plan options, please visit Housing Operations at: rit.edu/fa/housing/.

The cost of books and supplies varies depending on the area of study and the number of courses taken by a student. The estimated cost for books and supplies ranges from $500 to $2,500 a year for full-time students and $300 to $700 a year for part-time students.

Charges for tuition, fees, and room and board are computed on a semester basis. University billing statements may be paid by cash, check, or electronic check (e-check). The university does not accept credit card payments for tuition, fees, and room and board that appear on the student billing statement. However, we have an arrangement for a third-party vendor to accept MasterCard, Visa, and Discover Card when payment is made online. The vendor does charge a percentage fee for each credit card transaction. Billing-related payments (check) may be mailed to: Rochester Institute of Technology, Student Financial Services, P. O. Box 92878-200, Rochester, NY 14692-8978. Payment also may be made in person at the Office of Student Financial Services on the first floor of the University Services Center. Credit card and e-check payment information can be found at www.rit.edu/fa/sfs/billing-dates-and-payment-options.

Due dates are clearly designated on the billing statement and our website. Failure to pay the amount due or arrange an optional payment by the due date will result in a late payment fee. Charges less anticipated financial aid and other credits reflected on billing statement will be divided into four installments. Payments due are:

- **Fall semester: August 15, 2019**
- **Spring semester: January 15, 2020**

Payment plan option information can be found at: www.rit.edu/fa/sfs/billing-dates-and-payment-options.

## Electronic Billing

The university has an electronic billing (E-Bill) program for students. Each semester, all students receive an e-mail notification to their official university e-mail account stating that their E-Bill is available. Students have the option of granting additional access to allow for a parent, guardian, sponsor, or other authorized user to receive E-Bill notifications (www.rit.edu/eservices).

## Student Accident and Sickness Insurance

All registered students are required to maintain medical insurance while attending RIT. Insurance coverage can be through RIT, a family member's policy, or a personal policy.

A student accident and sickness insurance plan is available through RIT. There is a separate charge for this insurance. The plan provides coverage, within limits specified in the policy, for sickness and injury, outpatient services, emergency care, and prescriptions.

**Enrollment in this plan is voluntary for all students except registered international undergraduate students (full- and part-time) on A, B, E, F, G, I, J, K, O, Q, R, and V visas. These students will be enrolled automatically in the basic accident and sickness policy on a semiannual basis.**

There is no need to waive coverage if it is not desired. Students who want to enroll in this plan may enroll online or by mail. An open enrollment period is available at the beginning of each academic semester. Payment can be made by check, money order, or credit card, or the premium can be added to the student's account.

**The open enrollment period ends 30 days after the start of the academic semester in which the student first registers.**

For plan and enrollment information, visit the web at www.universityhealthplans.com or call 800-437-6448. Students are not required to obtain the student accident and sickness insurance plan to receive services at the Student Health Center.

### Graduate Costs

| FALL 2019-2020 | TWO SEMESTERS |
|---|---|
| Tuition (12–18 credit hours) | $47,522 |
| Student Activities Fee | $296 |
| Student Health Services Fee | $350 |
| Estimated Living Expenses* | $13,548 |
| Estimated costs for books, supplies, transportation, and personal expenses† | $2,088 |
| **TOTAL** | **$63,796** |

\* Estimates based on combined costs for rent, utilities and food in RIT apartments. Choice of housing will determine (and possibly increase) actual cost. If you live in RIT housing, your living expenses will vary depending on where you live. Additional information regarding on-campus housing options and costs can be reviewed online at Housing Operations.

† Photography and art students should estimate an additional $2,000 for materials and supplies per 9-month period of study.

RIT0000327

## Refund Policies

For information regarding refund policies for withdrawal during the semester, please contact the Student Financial Services Office or visit their website at www.rit.edu/fa/sfs/refund.

### Partial refund schedule for room and board

To complete a withdrawal from RIT, a resident student must check out with Housing Operations. All students on a meal plan should check out with the Food Service administrative office, located in the Student Alumni Union, room A520 (lower level). Refunds, when granted, are from the date of official check out. Room and board refund policies are established by the Center for Residential Life and RIT Food Service.

### Room

1. During the first week of classes—
   90 percent of unused room charge
2. During the second week of classes—
   75 percent of unused room charge
3. During the third week of classes—
   60 percent of unused room charge
4. During the fourth week of classes—
   50 percent of unused room charge
5. Fifth and subsequent weeks—no refund

### Board

1. Within the first four weeks—
   75 percent of the unused meal/
   debit charges
2. After the fourth week—50 percent of the
   unused meal/debit charges
3. During the last two weeks of classes—
   no refund

Any student who intentionally defrauds or attempts to defraud the university of tuition, fees, or other charges, or who gives false information in order to obtain financial aid, is subject to legal liability, prosecution, and university disciplinary action.

RIT0000328

# Financial Aid

*www.rit.edu/admissions/aid*

## General Information

RIT offers a full range of financial aid programs to assist graduate students with their educational expenses. The information provided in this section is an overview of the sources of assistance available. Please consult the Office of Financial Aid and Scholarships' website for more detailed information.

Scholarships and assistantships are available in most graduate departments. In addition, some departments offer externally funded tuition remission and stipends from corporate or government sponsors. Please contact the appropriate graduate program director or the Office of Graduate Enrollment Services for additional information.

Financial aid awards are offered only once a student is accepted. Awards are generally given to full-time students, but exceptions are made for qualified part-time students.

All federal student aid programs require submission of the Free Application for Federal Student Aid (FAFSA). The FAFSA may be completed online at www.fafsa.gov. Only US citizens or eligible non-citizens may use the FAFSA.

International students (F-1 or J-1 visa holders) may generally work on campus for up to 20 hours per week. Special authorization from International Student Services and/or the USCIS is needed for all other employment, including co-ops and internships. Please consult International Student Services at (585) 475-6943 or www.rit.edu/iss for employment or visa questions.

## Federal Satisfactory Academic Progress Requirements

To be eligible for federal financial aid, students who are U.S. Citizens or permanent resident aliens (i.e. green card) are required by the U.S. Department of Education (34 CFR 668.34) to maintain Satisfactory Academic Progress (SAP) toward their degree objectives. RIT has established this SAP policy to ensure student success and accountability and to promote timely advancement toward degree objectives.

All students receiving federal assistance (i.e. Direct Loans, Direct Graduate PLUS Loans, Federal Work-Study) must remain admitted in a degree program. Regulations require a maximum time frame for degree completion, a quantitative measurement (at RIT a student must complete 67% of credit hours attempted), and a qualitative measurement (at RIT a student must have at least a 3.0 cumulative grade point average).

Credit hours attempted include withdrawals, repeated courses, grade exclusions, non-matriculated courses, and credit by exam. Transfer credit count toward both attempted and completed credit hours.

Students must also complete their program within 150 percent of the standard time frame it would normally take to attain the degree. For example, a thirty (30) credit hour master's degree program would allow a student a maximum of forty-five (45) attempted credit hours to degree completion.

Review of academic records occurs at the end of each semester. Any student who has attempted or earned nine (9) or more credit hours but does not have a cumulative GPA of a 3.0 or higher will be considered not to be making SAP for federal financial aid programs (Direct Loans, Direct Graduate PLUS Loans). In addition, a student must have completed at least 67% of his total attempted credit hours. A student who does not meet this pace requirement also will not be making SAP. A student who does not appear to be able to meet degree completion within 150% of the program of study is not making SAP.

With the exception of the 150 percent degree completion requirements, students who do not make SAP may request Federal Financial Aid Probation by submission of a Request for Federal Financial Aid Probation available from the Office of Financial Aid and Scholarships. In addition to this form, the student must provide a Federal SAP Action Plan developed by the student's primary academic unit that demonstrates what the student must accomplish in order to regain federal SAP. The Office of Financial Aid and Scholarships will notify the student of the results of the request for probation. If approved, a student may continue to receive federal financial aid, as long as the individual meets the goals outlined within the SAP Action Plan. The probation period may not be longer than two semesters in length. A student is only eligible for one Federal Financial Aid Probation for his entire graduate career at RIT. As such, the student should only request Federal Financial Aid Probation if seeking federal financial aid.

In addition, loan eligibility for students with full-time equivalent status who are registered for less than six (6) credit hours is limited to a maximum of three (3) semesters unless a detailed academic plan is provided for approval by the Office of Financial Aid and Scholarships.

Course work not applicable to the student's program of study cannot be counted toward enrollment status nor in the determination of federal financial aid eligibility.

## Financial Aid Refund Policy

### Return of federal funds

In accordance with federal regulations, the Office of Financial Aid and Scholarships recalculates federal aid eligibility for students who withdraw, drop out, are suspended, or take a leave of absence prior to completing more than 60 percent of a term. "Withdrawal date" is defined as the actual date the student initiated the withdrawal process, the student's last date of academic related activity or the midpoint of the term for a student who leaves without notifying the university. Recalculation is based on the percent of earned aid using the following formula: number of days completed up to the withdrawal date/total days in the term. Aid returned to federal programs is then equal to 100 percent minus the percentage earned multiplied by the amount of federal aid disbursed.

Funds are returned to the federal government in the following sequence: Federal Direct Unsubsidized Loans, Federal Direct PLUS Loans, and other federal aid.

### Late disbursement

If the student is otherwise eligible, the first disbursement of Federal Direct Unsubsidized Loan and/or Federal Direct Graduate Plus Loan proceeds is allowed up to 180 days after the student has ceased to be enrolled. Subsequent disbursements are not allowed.

RIT0000329

### State scholarships

Regulations vary. Any adjustments are done in accordance with the specific requirements of the sponsoring state.

### Privately funded grants and scholarships

In the absence of specific instructions from the sponsor, 100 percent of the semester award will be credited to the student's account.

### RIT grants and scholarships

Institutional funding such as RIT grants and scholarships are prorated based on the tuition refund schedule for withdrawal during a semester. For more information, please contact the Office of Financial Aid and Scholarships or visit their website at rit.edu/financialaid.

### Financial Aid Programs

| GRANTS/SCHOLARSHIPS | ELIGIBILITY | AMOUNT | HOW TO APPLY |
|---|---|---|---|
| Graduate Assistantships | Graduate student matriculated into an RIT graduate degree program. | Amounts vary | Complete Graduate Admissions Application and check appropriate box to be considered for graduate assistantships. |
| Graduate Merit-based Scholarships | Graduate student matriculated into an RIT graduate degree program. | Amounts vary | Complete Graduate Admissions Application and check appropriate box to be considered for graduate scholarship. |
| Vietnam Veterans Tuition Award Program | Eligible Veterans who are New York state residents. | $7,070 per year for full-time study; available for undergraduate or graduate study. | File the Free Application for Federal Student Aid (FAFSA) and TAP Application. Also file the Vietnam Veterans Tuition Award Supplement at www.hesc.ny.gov. |
| Veterans Benefits | Eligible veterans and children of deceased veterans, or service-connected disabled veterans. | Amounts vary. | Contact: Office of Veterans Affairs at (888) 442-4551, or visit their website at www.va.gov. |
| Bureau of Indian Affairs Graduate Fellowship Grants | Enrolled full-time and recognized by Secretary of the Interior as a member of an Indian tribe and demonstrating financial need and academic achievement. | Amounts vary | Contact American Indian Graduate Center (AIGC) at (800) 628-1920, or on the Web at www.aigcs.org. |

| LOANS | ELIGIBILITY | AMOUNT | HOW TO APPLY |
|---|---|---|---|
| Federal Direct Loans | Matriculated students who are enrolled at least half-time and who are U.S. citizens or permanent residents. | Maximum amount: $20,500. The maximum amount cannot exceed the cost of education minus all other financial aid awarded. | File the Free Application for Federal Student Aid (FAFSA). (must be a U.S. citizen or Permanent Resident) |
| Federal Direct PLUS Loans for Graduate Students | Matriculated students who are enrolled at least half-time and who are U.S. citizens or permanent residents. | The maximum amount cannot exceed the cost of education minus all financial aid awarded. | File the Free Application for Federal Student Aid (FAFSA) and complete a Federal Direct PLUS Loan application. |
| Private Alternative Loans | Enrolled student who is credit-approved by lender. | Up to the cost of education minus all other financial aid awarded. | Consult the Office of Financial Aid and Scholarships website at www.rit.edu/financialaid or contact the private lender directly. Students should always consider federal loans before private loans. |

| EMPLOYMENT | ELIGIBILITY | AMOUNT | HOW TO APPLY |
|---|---|---|---|
| Federal Work Study Program | Students who are U.S. citizens or permanent residents with financial need: most jobs provided are on campus, and some community service positions are available. | Varies, depending on hours and wage rate (RIT wage rates start at $11.10 per hour). | File the Free Application for Federal Student Aid (FAFSA). Contact the RIT Student Employment Office at www.rit.edu/emcs/seo. |
| RIT Employment Program | No financial need requirement; may be on campus or off campus. | Varies, depending on hours and wage rate (RIT wage rates start at $11.10 per hour). | Contact the RIT Student Employment Office at www.rit.edu/emcs/seo. |

This chart covers the most commonly awarded financial aid programs available to full-time graduate students at RIT. Information is correct as of August 2019. Most graduate programs require satisfactory progress toward degree completion to maintain eligibility. Filing the FAFSA by April 1 will ensure priority consideration for all programs. Applications filed after this date will receive consideration as long as funds remain available. Scholarships provided by RIT will be prorated for NTID-sponsored students to reflect lower NTID tuition rates.

RIT0000330

# University Policies and Procedures

*www.rit.edu/academicaffairs*

## Academic Policies and Procedures

***The complete library of student academic policies and procedures may be found online at: www.rit.edu/academicaffairs/policiesmanual/policies/student.***

A graduate degree at RIT may be obtained in more than 70 programs ranging from business administration to imaging science. (Please refer to page 4 for a complete listing of graduate programs of study.)

Upon completion of the stipulated requirements, students are certified by their academic departments for their degrees. A statement verifying that a degree has been awarded will be posted to the transcript and diplomas are mailed to all graduates.

### Enrollment

1. Student should complete the enrollment and payment process in accordance with university enrollment/billing procedures, as indicated in the current enrollment guide.
2. It is the responsibility of the student to update their address online through the Student Information System (SIS), or to advise the registrar of any change of address.
3. University ID cards are required for students to use many campus facilities and services (e.g., the library, Student Life Center, meal plans, check cashing). Identification cards are available at the Registrar's Office.
4. Students are expected to pursue their degree without a substantial break. Failure to enroll (register) for three successive academic terms, including summer but excluding Intersession, can result in the loss of active student status.
5. RIT considers graduate-level students to be "full time" in every academic term in which they are enrolled for at least 9 semester credit hours. With approval of the department chair and associate provost for academic programs, additional equivalent credit can be granted for such activities as thesis work, teaching assistantships, and internships.

## Student classification

Active graduate students are those who have applied to and been formally accepted into a graduate program through the Office of Graduate Enrollment Services. Such students may enroll for graduate-level courses (600 and above) that fit their home department-approved programs. When enrolling for graduate courses outside the home department, students may need to secure the approval of the department offering the course.

Non-degree-seeking students will be allowed to take graduate courses on a space-available basis with the department's approval, and with the knowledge that course work completed while a non-degree-seeking student will not necessarily apply to any given academic program.

Active and non-degree-seeking graduate students may enroll for undergraduate-level courses with the understanding that these courses will not apply to any RIT graduate program.

## Degree Requirements
### Credit requirements

The minimum credit requirement for a master's degree is 30 semester credit hours. At least 80 percent of these credit hours must be earned at the graduate level and in residence at the university.

### Transfer credit

A maximum of 20 percent of the total required semester hours for the graduate degree may be awarded through any combination of transfer credit, waived credit, and credit by competency. Only a course with a grade of B (3.0) or better may be transferred.

Transfer credits are not calculated in the student's grade point average but will count toward overall credit requirements for the degree. Transfer credits do not count toward the satisfaction of residency requirements.

A graduate student who wishes to take courses at another institution and transfer them toward degree work at RIT must obtain prior permission from the appropriate departmental officer or dean.

### Candidacy for an advanced degree

A graduate student must be a candidate for an advanced degree for at least one term prior to receipt of the degree. The position of the Graduate Council is that a student is a candidate for the master or doctoral degree when they are formally admitted to RIT as a graduate student.

### Dissertation, thesis, or project requirements

Included as part of the total credit-hour requirement may be a research, dissertation, thesis, or project requirement, as specified by each department. The amount of credit the student is to receive must be determined by the time of enrollment for that term. For the purpose of verifying credit, an end-of-term grade of R should be submitted for each enrollment of research and thesis/dissertation guidance by the student's faculty adviser. Before the degree can be awarded, the acceptance of the thesis/dissertation must be recorded on the student's permanent record. Students also should note the following continuation of thesis/dissertation policy. Students who submit a project recieve a letter grade upon completion.

Students who complete a thesis or dissertation are required to submit an electronic copy of the thesis or dissertation to ProQuest/UMI for publication.

### Continuation of thesis/project/dissertation

Once work has begun on a thesis, project or dissertation, it is seen as a continuous process until all requirements are completed. If a thesis, project, or dissertation is required, or such an option is elected, and if the student has completed all other requirements for the degree, the student must enroll for the Continuation of Thesis/Project/Dissertation course each term (including summer but excluding intersession). This course costs the equivalent of one-semester credit hour, although it earns no credit.

1. Enrollment for the Continuation of Thesis/Project/Dissertation course preserves student access to RIT services; e.g., Wallace Library, academic

RIT0000331

computing, and faculty and administrative support. With payment of appropriate user fees, access to the Student Life Center and Student Health Center also is preserved.

2. If circumstances beyond students' control preclude them from making satisfactory progress on their thesis/project/dissertation, they should consider taking a leave of absence and discuss such a leave in advance with their adviser/department head. The dean's signature of approval is required on the Leave of Absence or course, or take an approved leave of absence, their departments may elect to remove them from the program.

3. The length of time to complete a thesis/project/dissertation is at the discretion of the department. Be sure to read, however, the first point under "Summary of requirements for master's degree" on this page.

**Note:** The dissertation is required only of Ph.D. students.

### Summary experience

The Graduate Council regards some form of integrative experience as necessary for graduate students. Such requirements as the comprehensive examination, a project, the oral examination of the thesis, and a summary conference are appropriate examples, provided they are designed to help the student integrate the separate parts of their total educational experience. The nature of the experience will be determined by the individual college or department.

### Overlapping credit for second degree

At the discretion of the Graduate Committee in the specific degree area, a maximum of 20 percent of previous RIT master's degree earned hours can normally be applied toward satisfying requirements for a second master's degree. The use of a given course in two different programs can be allowed only if the course that was used for credit toward the first degree is a required course for the second degree. The course must be used in both programs within five years; i.e., no more than five

years between the time used for the first degree and when applied again toward the second degree.

In no case shall fewer than the minimum 30 semester credit hours be required for the second degree. If duplication of courses causes a student to go below the 30-hour limit in the second degree program, he or she would be exempted from these courses but required to replace the credit hours with departmentally approved courses. An RIT student will not be admitted through the Graduate Enrollment Services Office to the second degree program until the first program has been completed.

### Financial standing

Tuition and fees paid to the university cover approximately 60 to 70 percent of the actual expense of a student's education. The rest of the cost is borne by the university through income on its endowment, gifts from alumni and friends, and grants from business and industry. Students, former students, and graduates are in good financial standing when their account is paid in full in the Student Financial Services Office. Any student whose account is not paid in full will not receive transcripts or degrees. The university reserves the right to change its tuition and fees without prior notice.

### Summary of requirements for master's degree

1. Successfully complete all required courses of the university and the college. These requirements should be met within seven years of the date of matriculation into the student's program. Extension of this rule may be granted through petition to the dean of graduate education.

2. Complete a minimum of 30 semester credit hours for the master's degree. At least 80 percent of graduate-level course work and research (courses numbered 600 and above) must be earned in residence at RIT.

3. Achieve a program cumulative grade point average of 3.0 (B) or better.

4. Complete a thesis/project or other appropriate research or comparable profes-

sional achievement, at the discretion of the degree-granting program.

5. Pay in full, or satisfactorily adjust, all financial obligations to the university.

**Note:** The dean and departmental faculty can be petitioned, in extraordinary circumstances, to review and judge the cases of individual students who believe the spirit of the above requirements have been met yet fall short of the particular requirement. If the petition is accepted and approved by the faculty and dean of graduate education, a signed copy will be sent to the registrar for inclusion in the student's permanent record.

### Definition of grades

Grades representing the students' progress in each of the courses for which they are enrolled are given on a grade report form at the end of each term of attendance. The letter grades are as follows:

| GRADE | DESCRIPTION | QUALITY POINTS |
|-------|-------------|----------------|
| A | Excellent | 4.0 |
| A- | | 3.67 |
| B+ | | 3.33 |
| B | Above Average | 3.0 |
| B- | | 2.67 |
| C+ | | 2.33 |
| C | Satisfactory | 2.0 |
| C- | | 1.67 |
| D | Minimum Passing Grade | 1.0 |
| F | Failure | 0.0 |

C- and below grades do not count toward the fulfillment of program requirements for a graduate degree. **The grades of all courses attempted by graduate students will count in the calculation of the cumulative grade point average.** The program cumulative grade point average shall average 3.0 (B) as a graduation requirement. The dean of the college or their designee must approve all applications for graduate courses a student wishes to repeat.

The GPA is computed by the following formula: GPA = total quality points earned divided by total credit hours attempted. There are other evaluations of course work that do not affect GPA calculations. Only I

RIT0000332

and R (as described below) can be assigned by individual instructor at the end of a term.

**Registered** (R)—A permanent grade used in graduate coursework indicating that a student has registered for a given course but has yet to meet the total requirements for the course or has continuing requirements to be met. The grade is given in graduate thesis work. Completion of this work will be noted by having the approved/accepted thesis or dissertation title, as received by the registrar from the department, added to the student's permanent record. Full tuition is charged for these courses. "R" graded courses are allowed in the calculation of the residency requirement for graduate programs; however, they do not affect GPA calculations. A student may receive a grade of "U" or "I" in a given term of an "R" graded course. A "U" grade in this case carries no credit and the course must be repeated.

**Withdrawn** (W)—A grade that indicates an official course withdrawal has been processed. See policy D05.IV.

**Satisfactory** (S)—A satisfactory grade at the graduate level may only apply to seminar, cooperative work experience, study abroad affiliate programs, and internship courses where programs have determined that a traditional alpha system letter grade is inappropriate. An "S" grade at the graduate level carries no quality points and therefore does not enter into a GPA calculation. A student may receive a grade of "U" or "I" in an "S" graded course. In this case, a "U" grade carries no credit and the course must be repeated. No more than 15% of a program's degree credits may be "S" graded courses.

**Incomplete** (I)—When an instructor observes conditions beyond the control of a student such that the student is unable to complete course requirements in the given term or session, the instructor may assign an Incomplete notation ("I") to a student. The instructor determines and advises the student of the due date, not to exceed two terms including summer session but excluding intersession, by which the student must complete course requirements. If the registrar has not received a "Change

of Grade" form from the professor after two terms including summer session but excluding intersession, then the Incomplete becomes an "F" grade or a "U" grade if the "I" was associated with an "R" or "S" graded graduate course. An extension of time may be granted at the discretion of the instructor. Credit hours are not earned and the GPA is not affected until a permanent grade is assigned.

**Unsatisfactory** (U)—A permanent grade used in certain graduate coursework indicating that a student made unsatisfactory progress towards completing the course requirements. No credit hours are earned for a "U" grade and the "U" grade does not affect the calculation of quality points or GPA. A "U" grade in an "R" or "S" graded course carries no credit and the course must be repeated.

If there are extenuating circumstances which render an instructor unable to assign a grade or evaluate a student's work and assign a grade to replace an "Incomplete" notation, the head of the academic unit in which the course was taught will select an instructor to act in the place of the original instructor. After appropriate evaluation of the student's work, that instructor will assign a grade in place of the "Incomplete" notation.

**Waived courses** (WV)—Those courses eliminated from the list of requirements that a student must take to graduate. For undergraduate students, only physical education courses and cooperative work experience may be waived because of previously completed experience.

For graduate students, required courses may be waived because of previously completed academic work but in no case shall the resulting graduate program requirements be reduced below 30 semester credit hours. In addition, waiver credit for graduate courses can be applied only towards required courses and not towards elective courses. The process of waiving courses and thereby reducing graduate program requirements is not to be confused with the process of substituting specific courses for published requirements with an equal number of credit hours, thus retaining

the total number of credit hours in the specified program. The total combined amount of credit applied through external (non-RIT) transfer credit, waived courses, and credit by competency may not exceed 20% of the total credits in the graduate program as noted in the graduate catalog.

**X Grade (X)**—Assigned for successful completion of various assessments as defined in Policy D.02.0 Admissions. "X" grade for graduate students indicates Credit by Competency (graduate) (See policy D02.I.2).

"X" graded courses do not count toward the residency requirement and do not affect GPA calculations. Credit hours are included as hours earned.

For graduate students, the total combined amount of credit applied through external (non-RIT) transfer credit, waived courses, and credit by competency may not exceed 20% of the total credits in the graduate program as noted in the graduate catalog. Exceptions to the maximum credit by exam for graduate programs can be granted by the Graduate Council in unusual circumstances upon appeal from the dean of the college involved. For programs housed outside the college structure, the approval of the director of the academic unit is required.

**Audit (AU)**—Indicates a student has officially registered for the course for no credit. Courses available for audit are at the discretion of the college or academic unit. With permission of the instructor, the student may elect to take examinations and do course assignments. Audited courses do not count toward the residency or other degree requirements. Credit hours are not earned and GPA calculations are not affected.

A student may register for audit any time during the official registration period for the term. However, a student may not change from audit to credit or credit to audit after the official add/drop period (first seven calendar days, excluding Sundays and holidays, of the full fall, and spring terms and summer session). See Policy D03.0 - Registration. Changes from audit to credit must be accompanied by full payment of tuition.

RIT0000333

Excluding audit courses, degree-seeking undergraduate students enrolling for 12 or more credit hours or graduate students enrolling for 9 or more credit hours may take any additional hours for audit at no incremental charge provided the total hours do not exceed 18 credit hours.

Excluding audit courses, undergraduate students enrolled for less than 12 credit hours or graduate students enrolled for less than 9 credit hours may take any additional hours for audit at a charge of one-half the normally assessed tuition rate.

### Changing grades

Once a grade has been reported by an instructor, it is not within the right of any person to change this unless an actual error has been made in computing or recording it. If an error has been made, the instructor must complete the appropriate form. The completed form must be approved by the head of the department in which the instructor teaches. When approved, the form is then sent to the registrar. There is, however, an appeal procedure for disputed grades through the Academic Conduct Committee of the college in which the course is offered.

### Academic probation and suspension

Any active graduate student whose cumulative or program cumulative GPA falls below a 3.0 after 9 credit hours (attempted or earned) will be placed on probation and counseled by the departmental adviser concerning continuation in the graduate program.

Those students placed on probation must raise their cumulative and program cumulative GPA to the 3.0 level within 9 credit hours or be suspended from the graduate program.

Should it be necessary to suspend a graduate student for academic reasons, the student may apply for readmission to the dean of the college or his designee upon demonstration of adequate reason for readmission.

## Student Conduct Policies and Procedures

### Standards for student conduct

The RIT community intends that campus life will provide opportunities for students to exercise individual responsibility and places high priority on self-regulation by its members. All members of the community are responsible for encouraging positive behavior by others, as well as preventing or correcting conduct by others that is detrimental to RIT's educational mission and values.

As an educational community, RIT strives for a campus environment that is free from coercive or exploitative behavior by its members. Moreover, it sets high standards that challenge students to develop values that enhance their lives professionally and will enable them to contribute constructively to society.

RIT enjoys a diversity of backgrounds, lifestyles, and personal value systems among those who compose the academic community. Students, however, are expected to observe and respect the policies and standards of the university and the right of individuals to hold values that differ from their own and those expressed by RIT. Students are encouraged to review the Student Rights and Responsibilities Handbook for information regarding campus policies and expectations of student conduct.

Students must recognize that they are members of the local, state, and federal communities, and that they are obliged to live in accord with the law without special privilege because of their status as students or temporary residents.

RIT offers a number of services for graduate students. Those described in the following pages are among the most frequently used.

### RIT honor code

Integrity and strong moral character are valued and expected within and outside of the RIT community. Members of the campus community, including students, trustees, faculty, staff, and administrators, have adopted an honor code to:

- demonstrate civility, respect, decency,

and sensitivity toward our fellow RIT community members, recognizing that all individuals at this university are part of the larger RIT family and as such are entitled to support and respect.

- conduct ourselves with the highest standards of moral and ethical behavior. Such behavior includes taking responsibility for our own personal choices, decisions, and academic and professional work.

- affirm through the daily demonstration of these ideals that RIT is a university devoted to the pursuit of knowledge and a free exchange of ideas in an open and respectful climate.

### Computer security and safeguards

RIT's Code of Conduct for Computer and Network Use guides campus-wide use of all computers and networks. This document, found online at www.rit.edu/computerconduct, outlines RIT's official policy related to ethical use of computing and network resources. ITS put into place multiple safeguards to protect RIT's network environment and the integrity of individual user accounts. Additionally, ITS provides all students, faculty, and staff with antivirus software free of charge.

## Health Policies
### Health/Medical records

Medical records are confidential. Information will not be released without the written consent of the student. Exceptions to this rule are made only when required by the public health laws of New York state or a court-ordered subpoena or in a life-threatening situation.

### New York state and RIT immunization requirements

New York state public law requires that all students enrolled for more than six credit hours in a term and born after January 1, 1957, must provide proof of having received the appropriate immunizations against measles, mumps, and rubella, and to sign a meningitis awareness form. The law applies to

RIT0000334

all full time and part time students including RIT employees. Immunization requirements include:

- Two MMR vaccinations at least one month apart and after the first birthday;
- A Meningitis Awareness Form, signed by all students regardless of age; and
- Immunization against meningitis, which is required by RIT for all students age 21 and under.

Failure to comply with the New York State immunization law may result in exclusion from classes and the campus, and a $200 fine.

NOTE: An email notification is sent to students' RIT email account with directions to complete the necessary health information through the Student Health Center portal. Please note that the immunization form is to be completed by the student online and then downloaded and taken to the student's health provider or school official for verification. The form must then be forwarded to the Student Health Center for approval (fax: 585-475-7530).

RIT0000335

# Consumer Information

## Student retention

RIT's graduation rate for freshmen seeking bachelor's degrees is 66 percent. Additionally, 88 percent of first-time, full-time freshmen register for their second year (source: IPEDS 2010 Enrollment and Graduation Rate Surveys).

## Public Safety

The Public Safety Department is open 24-hours-a-day and is located in Grace Watson Hall. The department encourages the RIT community to take responsibility for their safety by staying informed of these services and reporting suspicious activity. Although each individual is ultimately responsible for their own personal safety, learning and practicing basic safety precautions can enhance one's well being. The department provides the following services:

*Blue light call boxes*—Identified by a blue light and located across campus these call boxes provide a direct line to Public Safety 24-hours-a-day. The location of the call is automatically recorded at the Public Safety Communications Center, making it possible for hard-of-hearing individuals to also use the call boxes. The call boxes may be used to request an escort, assist a motorist, report suspicious individuals or activity, or request access to a locked building or room.

*Mobile escort service*—Available to anyone, seven-days-a-week, on a timed schedule between 11 p.m. and 3 a.m.

*Lost and found*—All items lost and found on campus are stored by the Public Safety Department. To report an item lost, please visit rit.edu/publicsafety/safety/lostitems. html to submit information related to lost property (requires RIT computer account).

*Emergency notification*—If a family member needs to make an emergency notification to a student, he or she should contact Public Safety at (585) 475-2853 or TEXT at (585) 205-8333. Public safety will locate the student and relay the message.

*Awareness programs*—Public safety hosts a variety of prevention awareness programs and services on various topics including crime prevention, personal safety, and alcohol awareness. A monthly newsletter, RIT Ready, is distributed to students, faculty, and staff to bolster emergency preparedness on campus.

*Annual Security and Fire Safety Report*—Public safety's Annual Security and Fire Sadety Report is available online and offers a description of security practices and information on reported occurrences of crime. The report may be accessed online at: www.rit.edu/fa/publicsafety/sites/rit.edu.fa.publicsafety/files/2018AnnualSecurityReport.pdf

*Confidentialtip line* —This service is to obtain information that is unattainable through conventional methods and to alert public safety to endangering behavior that might go otherwise unreported. Individuals who utilize the tip line are encouraged to leave their names and contact information; however, they will not be contacted. An online form is available at rit.edu/public-safety/forms/tipline.

*Crime statistics*—The Advisory Committee on Public Safety will provide, upon request, all campus crime statistics as reported to the Department of Education. RIT crime statistics can be found at the Department of Education website (ope.ed.gov/security) or by contacting the Public Safety Department. A hard copy of reported crime statistics required to be ascertained under Title 20 of the U.S. Code Section 1092(f) will be mailed to the interested party within 10 days of the request.

*Sexual assault information and CARES*—Confidential counseling services are available to anyone in need by calling (585) 546-2777 (voice/TTY). RIT's Campus Advocacy Response and Support (CARES) is located on campus and provides confidential and crisis intervention and support services for relationship concerns. Contact (585) 295-3533 at any time for assistance.

*Emergency Preparedness*—RIT regularly communicates, prepares, and practices emergency management with public safety personnel and campus managers from various departments. If necessary, we will provide updated information through broadcast email, mass notification system (RIT ALERT), voicemail, ALERTUS beacons, and the university's website at rit.edu.

## Outcomes Rate

In compliance with the federal Student-Right-to-Know and Campus Security Act, and regulations of the U.S. Department of Education, RIT provides the following information to current and prospective students:

- Of the cohort of full-time degree-seeking undergraduate students who first enrolled at RIT in fall 2009, 70.0 percent had earned their bachelor's degrees as of August 2015. While these beginning and end dates meet the act's requirements for determining a graduation rate (150 percent of the normal length of full-time study [4 years]), it is important to recognize that nearly two-thirds of entering freshmen enroll in programs with mandatory cooperative education requirements. These requirements range from three to 14 months depending upon the academic program, thus extending the reported program length to five years.

RIT0000336

# Administration and Trustees

## Officers

**David C. Munson, Jr.,** Ph.D., President

**Gerard Buckley,** Ed.D., President, National Technical Institute for the Deaf; Vice President and Dean, RIT

**Lisa Cauda,** Ed.D., Vice President for Development and Alumni Relations

**Ellen Granberg,** Ph.D., Provost and Senior Vice President for Academic Affairs

**Keith Jenkins,** Ph.D., Vice President and Associate Provost for Diversity and Inclusion

**Sandra S. Johnson,** Ed.D., Senior Vice President for Student Affairs

**Katherine J. Mayberry,** Ph.D., Vice President for Strategic Planning and Special Initiatives

**Ian Mortimer,** Vice President for Enrollment Management

**Daniel B. Ornt,** MD, Vice President of the Institute of Health Sciences and Technology and Dean, College of Health Sciences and Technology

**Ryne Raffaelle,** Ph.D.,Vice President for Research and Associate Provost

**Deborah M. Stendardi,** Vice President for Government and Community Relations

**John Trierweiler,** Vice President and Chief Marketing Officer, Marketing and Communications

**James H. Watters,** Ph.D., Senior Vice President for Finance and Administration

## Deans

**Yousef Al-Assaf,** President, RIT Dubai

**Gerard Buckley,** BS, MSW, Ed.D., President, National Technical Institute for the Deaf; Vice President and Dean, RIT

**Twyla Cummings,** BS, MS, Ph.D., Dean, Graduate Education

**Doreen Edwards,** BS, Ph.D., Dean, Kate Gleason College of Engineering

**Anne Haake,** BS, Ph.D., Dean, B. Thomas Golisano College of Computing and Information Sciences

**James Hall,** BA, MA, Ph.D., Dean of University Studies and Executive Director, School of Individualized Study

**Sharon Hart,** Ph.D., President, RIT Kosovo

**Donald W. Hudspeth,** BC, MS, President/Dean, RIT Croatia

**Todd S. Jokl,** BFA, MFA, Ed.D., Dean, College of Art and Design

**Sophia Maggelakis**, BS, MS, Ph.D., Dean, College of Science

**Jacqueline Mozrall,** BS, MS, Ph.D., Dean, Saunders College of Business

**Nabil Nasr,** BS, MS, M.Eng., Ph.D., Assistant Provost; Director, Center for Integrated Manufacturing Studies; Director, Golisano Institute of Sustainability

**Daniel Ornt,** MD, FACP, Vice President and Dean, College of Health Sciences and Technology

**S. Manian Ramkumar,** MS, Ph.D., Dean, College of Engineering Technology

**James Winebrake,** BS, MS, Ph.D., Dean, College of Liberal Arts

## Office of the President

**Karen Barrows,** BS, MBA, Secretary of the Institute and Chief of Staff

**Edith Cardinal,** BS, MS, Senior Sustainability Adviser

**Barry Culhane,** BA, Ed.D., Executive Assistant to the President

**Robert Finnerty,** BA, MS, Chief Communications Officer

**Joe Johnston,** BA, MA, Ombudsperson

## Division of Academic Affairs

**Ellen Granberg,** Ph.D., Provost and Senior Vice President for Academic Affairs

**Richard Doolittle,** BS, MS, Ph.D., Assistant Provost for Undergraduate Education

**Keith Jenkins,** BA, MA, Ph.D., Vice President and Associate Provost for Diversity and Inclusion

**Christine M. Licata**, BS, MS, Ed.S., Ed.D., Senior Associate Provost

**James Myers,** BS, MS, Ph.D., Associate Provost of International Education and Global Programs

**Nabil Nasr,** BS, MS, M.Eng., Ph.D., Assistant Provost; Director, Center for Integrated Manufacturing Studies; Director, Golisano Institute of Sustainability

**J. Fernando Naveda,** BS, Ph.D., Director of Semester Conversion

**Susan Provenzano**, BS, Assistant Vice President for Academic Affairs

**Lynn Wild,** BS, M.Ed., Ph.D., Assistant Provost for Faculty Success

## Trustees

**Robert W. August,** Managing Partner, Laser Wash Group, LLC

**Eric J. Bieber,** President and CEO, Rochester Regional Health System

**Brooks H. Bower,** '74, Chairman and Chief Executive Officer, Papercone Corp. East

**Andrew N. Brenneman,** '88, Senior Account Executive, Sprint

**Charles S. Brown Jr.,** '79, Retired Executive Director, Center for Excellence in Math and Science, Rochester Area Colleges

**William A. Buckingham,** '64, Chair Emeritus, Board of Trustees, Rochester Institute of Technology; Retired Executive Vice President, M&T Bank

**David J. Burns,** Vice Chair, Board of Trustees, Rochester Institute of Technology, Principal and Founder, Global Business Advisory Services, LLC

**Ann L. Burr,** Retired Chairman and Vice President, Customer Engagement, Frontier Communications

**Essie L. Calhoun-McDavid,** Retired Chief Diversity Officer and Director, Community Affairs Vice President, Eastman Kodak Company

**Cindy L. Cooper,** Women s Council Representative

**Hyacinth "Hope" V. Drummond,** '91, Founder, Dreamseeds Children s Program

**Arthur A. Gosnell,** Chairman and Chief Executive Officer,Stonehurst Capital LLC

**Mark E. Hamister,** '74, CEO, Chairman of Hamister Group of Companies

**Jeffrey K. Harris,** '75, Vice Chair, Board of Trustees, Rochester Institute of Technology, Retired Corporate Vice President, Situational Awareness, Lockheed Martin Corp.

**Darshan N. Hiranandani,** '02, '03, Managing Director, Hiranandani Group of Companies

**Susan R. Holliday,** '85, Vice Chair, Board of Trustees, Rochester Institute of Technology; Retired President and Publisher, Rochester Business Journal

**Jay T. Holmes,** Retired Executive Vice President and Chief Administrative Officer,Bausch & Lomb, Inc.

**Stephen Hoover,** Ph.D., Vice President and Chief Technology Officer,Xerox Corporation

**Andrew R. Jacobson,** '90, '96, Enrolled Agent, Maverick Business Services

**Thomas F. Judson Jr.,** Chairman, The Pike Company

RIT0000337

**Richard A. Kaplan,** Chief Executive Officer, CurAegis Technologies.

**Richard A. Kittles,** Ph.D., 89, Professor and Founding Director, Division of Health Equities, Department of Population Sciences, City of Hope Cancer Center

**Christopher Lehfeldt,** DDS, NTID NAG Representative

**Austin W. McChord,** '09, Former Chief Executive Officer, Datto, Inc.

**Roosevelt "Ted" Mercer Jr.,** Director, Interagency Planning Office for NextGen, Federal Aviation Administration

**Robert D. Moore Jr.,** 91, Chief Executive Officer, EagleDream Technologies

**David C. Munson, Jr.,** Ph.D., President, Rochester Institute of Technology

**Sharon D. Napier,** 04, CEO and Founder, Partners + Napier, Inc.

**Brian P. O'Shaughnessy,** 81, 84, Partner, Dinsmore + Shohl, LLP

**Sandra A. Parker,** Retired Chief Executive Officer, Rochester Business Alliance, Inc.

**Wolfgang Pfizenmaier,** Retired Member of the Management Board, Heidelberger Druckmaschinen AG

**Gerard Q. Pierce,** 77, Retired Senior Vice President for Human Resources, Wegmans Food Markets, Inc.

**Susan M. Puglia,** Retired Vice President, University Programs and Vice Chair, IBM Academy of Technology, IBM Corporation

**Robert W. Rice,** 94, 97, President and Managing Partner, BayFirst Solutions, LLC

**Ronald S. Ricotta,** 79, CEO and President, Century Mold Company, Inc.

**Richard E. Sands,** Ph.D., Chairman, Constellation Brands, Inc.

**Kevin M. Sheldon,** 02, Alumni Association Representative, Chief Operating Officer, CareJourney

**Frank S. Sklarsky,** 78, Retired Executive Vice President and Chief Financial Officer, PPG Industries

**Kevin J. Surace,** 85, Chief Executive Officer and President, Appvance Inc.

**Sharon Ting,** President, Ting and Associates, Inc.

**Harry P. Trueheart III,** Chairman Emeritus, Nixon Peabody LLP

**Donald J. Truesdale,** 87, Chair, Board of Trustees, Rochester Institute of Technology; CEO, Ardea Partners

**Kim E. VanGelder,** 86, Sr. Vice President and Chief Information Officer, Eastman Kodak Company

**Judy B. von Bucher**

C**hester N. Watson,** 74, Retired General Auditor, General Motors Corporation

**Christine B. Whitman,** Chair Emeritus, Board of Trustees, Rochester Institute of Technology; Chairman and Chief Executive Officer, Complemar Partners, Inc.

**Ronald L. Zarrella,** Chairman Emeritus, Bausch & Lomb, Inc.

**Hans Zandvoort,** Professor, College of Liberal Arts

## Emeriti Board Members

**Richard T. Aab**, President, RTA Associates, LLC

**Bruce B. Bates,** Honorary Chair, Chair Emeritus, Board of Trustees, Rochester Institute of Technology; Retired Senior Vice President, Morgan Stanley Wealth Management

**Richard T. Bourns,** Retired Senior Vice President, Eastman Kodak Company

**Donald N. Boyce,** 67, Chair Emeritus, Board of Trustees, Rochester Institute of Technology; Retired Chairman of the Board, IDEX Corporation

**Joseph C. Briggs,** Retired Vice President, Marketing, Lawyers Cooperative Publishing Company

**Paul W. Briggs,** Retired Chairman and Chief Executive Officer, Rochester Gas and Electric Corporation

**Colby H. Chandler,** Chair Emeritus, Board of Trustees, Rochester Institute of Technology; Retired Chairman and Chief Executive Officer, Eastman Kodak Company

**Mary Lu Clark**

**Thomas Curley,** 77, Retired President and Chief Executive Officer, The Associated Press

**Sudhakar G. Dixit,** 74, Chairman, Newtex Industries, Inc.

**Margie Fitch**

**James S. Gleason,** Chairman, Gleason Corporation B. Thomas Golisano, Chairman, Paychex, Inc.

**Klaus Gueldenpfennig,** 77, 74, Chairman, Redcom Laboratories, Inc.

**Brian H. Hall,** 78, Chair Emeritus, Board of Trustees, Rochester Institute of Technology; Retired Vice Chairman, The Thomson Corporation

**Bruce R. James,** 64, Chair Emeritus, Board of Trustees, Rochester Institute of Technology; Retired Public Printer of the United States, United States Government Printing Office; President and Chief Executive Officer, Nevada New-Tech Inc.

**Herbert W. Jarvis,** Former President and Chief Executive Officer, Sybron Corporation

**Roger W. Kober,** 84, Retired Chairman and Chief Executive Officer, Rochester Gas and Electric Corporation

**Robert J. Kohler Jr.,** 59, Retired Executive Vice President and General Manager, TRW Avionics & Surveillance Group

**Joseph M. Lobozzo II,** '95, Former President/CEO, JML Optical Industries, Inc.

**Lawrence J. Matteson,** Retired Vice President, Imaging and Information Systems, Eastman Kodak Company

**Thomas C. McDermott,** Retired Chairman, Chief Executive Officer and President, Goulds Pumps, Inc.

**Jane Ratcliffe Pulver**

**Thomas S. Richards,** Former Mayor, City of Rochester

**Harris H. Rusitzky,** 56, 91, President, The Greening Group

**E. Philip Saunders,** Chairman, Saunders Management

**John M. Summers,** Chief Executive Officer, Graywood Companies, Inc.

**Frederick T. Tucker,** 63, Retired Executive Vice President and Deputy to the Chief Executive Officer, Motorola, Inc.

**Robert D. Wayland-Smith,** Retired Vice President and Manager, Upstate Trust and Investment Division, Chase Manhattan Bank, N.A.

**William A. Whiteside Jr.,** Chair Emeritus, Board of Trustees, Rochester Institute of Technology; Retired Partner, Fox, Rothschild, LLP

## Emeriti Faculty Members

**Sam Abrams,** CLA, Professor

**Jerry Adduci,** COS, Professor

**Patricia Albanese,** CIAS, Professor

**John Albertini,** NTID, Professor

**Louis Alexander,** Physical Education, Professor

**Ronald F. Amberger,** CAST, Professor

**Patti Ambrogi,** CIAS, Associate Professor

**John Andersen,** COS, Professor

**Peter Anderson,** GCCIS, Professor

**Louis Andolino,** CLA, Professor

**Frank Annunziata,** CLA, Professor

RIT0000338

**Administration and Trustees**

**Frank Argento,** NTID, Associate Professor

**Charles Arnold Jr.,** CGAP, Professor

**Bekir Arpag,** CGAP, Professor

**Carl Atkins,** CLA, Professor

**Donald Baker,** CAST, Professor

**Donald Baker,** KGCOE, Professor

**Rodger W. Baker,** CAST, Professor

**Thomas Barker,** KGCOE/CQAS, Professor

**Anthony (Jim) Baroody,** SCB, Lecturer

**Linda Barton,** COS, Associate Professor

**William Basener,** COS, Professor

**Carl Battaglia,** CIAS, Professor

**Donald Beil,** NTID, Professor

**Mary Ann Begland,** CIAS, Associate Professor

**Lawrence Belle,** CCE, Professor

**Gerald Berent,** NTID, Professor

**Art Berman,** CLA, Professor

**Al Biles,** GCCIS, Professor

**William Birkett,** CIAS, Professor

**Kener Bond,** CIAS, Professor

**Philip Bornarth,** CIAS, Professor

**Shirley Bower,** The Wallace Center, Library Director

**Dominic Bozzelli,** NTID, Associate Professor

**Edward Brabant,** CGAP, Professor

**Laurie Brewer,** NTID, Vice Dean and Professor

**Mary Lynn Broe,** CLA, Professor

**Joseph E. Brown,** CGAP, Professor

**George Brown,** COE, Professor

**Robert Brown,** COLA, Professor

**Richard G. Budynas,** KGCOE, Professor

**Donald Bujnowski,** CIAS, Professor

**Owen Butler,** CIAS, Professor

**Edward Cain,** COS, Professor

**James I. Campbell,** CLA, Professor

**Walter A. Campbell,** CGAP, Professor

**Adrianne Carageorge,** CAD, Associate Professor

**Gunther Cartwright,** CIAS, Associate Professor

**Barbra Cerio-Iocco,** CHST, Associate Professor

**Katheen C. Chen,** CLA, Professor

**Richard Chu,** CLA, Professor

**Robert Chung,** CIAS, Professor

**Karen Christie,** NTID, Associate Professor

**Nancy Chwiecko,** COS, Associate Professor

**Nancy Ciolek,** CAD, Associate Professor

**Patricia Clark,** COS, Professor

**Douglas Cleminshaw,** CIAS, Associate

**W. Frederick Craig,** CGAP, Professor

**Douglas A. Coffey,** CLA, Professor

**Charles D. Collins,** COLA, Professor

**John Compton,** CIAS, Professor

**Norman R. Coombs,** CLA, Professor

**Anne C. Coon,** CLA, Professor

**Lawrence A. Coon,** CAST, Professor

**Virginia Costenbader,** CLA, Professor

**John Cox,** NTID, Professor

**Elizabeth Croft,** CLA, Associate Professor

**Neil Croom,** CGAP, Professor

**David Crumb,** CAST, Associate Professor

**David Crystal,** COS, Professor

**Ira Current,** CGAP, Professor

**Roy Czernikowski,** KGCOE, Professor

**Rebecca Daggar,** COS, Senior Lecturer

**Margaret D'Ambruso,** COS, Professor

**Vincent Daniele,** NTID, Professor

**William J. Daniels,** CLA, Professor and Dean

**Donald Davidhazy,** CIAS, Professor

**Robert Davila,** NTID, Vice President Emeritus

**James DeCaro,** NTID, Dean and Professor

**Joseph DeLorenzo,** COE, Professor

**Joseph DeLorenzo,** COS, Lecturer

**William J. DeRitter,** CLA, Professor

**Charles DeRoller,** CAST, Associate Professor

**Robert M. Desmond,** KGCOE, Professor

**William Destler,** President, President

**David Dickinson,** CIAS, Professor

**Thomas Dingman,** CAST, Professor

**Jean Douthwright,** COS, Professor

**Roger Dube,** COS, Research Professor

**William Dubois,** CIAS, Professor

**Constantino Dumangane,** CLA, Associate Professor

**Robert Eastman,** CAST, Professor

**Judy Egelston-Dodd,** NTID, Professor

**F. Kingsley Elder,** COS, Professor

**Robert Ellson,** KGCOE, Professor

**Loius Eltscher,** CLA, Associate Professor

**Lothar Engelmann,** CIAS, Professor

**Alan Entenberg,** COS, Professor

**Henry Etlinger,** GCCIS, Professor

**David Farnsworth,** COS, Professor

**Peter Ferran,** COLA, Professor

**Joseph Fitzpatrick,** CLA, Professor

**James Fleming,** CLA, Professor

**James D. Forman,** CAST, Professor

**Eugene Fram,** Saunders College, Professor

**Jon Freckleton,** COE, Associate Professor

**G. Thomas Frederick,** COS, Professor

**Susan Fischer,** NTID, Professor

**Hugh Fox,** CIAS, Professor

**Susan Foster,** NTID, Professor

**Clifton Frazier,** CIAS, Professor

**Robert D. Frisina,** NTID, Professor

**Earl Fuller,** Physical Education, Professor

**Roger Gaborski,** GCCIS, Professor

**Louis Gennaro,** CAST, Professor

**Thomas Gennett,** COS, Professor

**F. Gibson,** COB, Associate Professor

**Peter Giopulos,** CIAS, Professor

**Dennis Glanton,** COS, Lecturer

**James Glasenapp,** Science, Professor

**Gordon Goodman,** GCCIS, Professor

**Daniel Goodwin,** CAST, Professor

**Paul Grebinger,** COLA, Professor

**Marvin Gruber,** COS, Professor

**Laxmi Gupta,** COS, Professor

**Robert Hacker,** CIAS, Professor

**Jeremy Haefner,** Provost, Provost and Professor

**Paul A. Haefner,** COS, Professor

**Peter Haggerty,** NTID, Associate Professor

**Charles W. Haines,** KGCOE & COS, Professor

**Jim Halavin,** COS, Professor

**Roger Harnish,** COLA, Professor

**Vicki Hanson,** GCCIS, Professor

**Mark Haven,** CIAS, Professor

**William J. Hayles,** COS, Professor

**Robert Hefner,** COE, Professor

RIT0000339

Robert Heischman, CIAS, Professor

Richard Hetnarski, COE, Professor

Charles Hewett, COS, Professor

Warren L. Hickman, CLA, Professor

Richard Hirsch, CIAS, Professor

Rebecca Hill, COS, Professor

Ronald Hilton, CCE, Professor

Barbara Hodik, CIAS, Professor

Edwin Hoefer, COS, Professor

Eugene G. Hoff, COB Asst. Professor

Kenneth Hoffmann, NTID, Professor

Diane Hope, CLA, Professor

Thomas Hopkins, CLA, Professor

Jack Hollingsworth, COS, Professor

Walter G. Horne, CGAP, Professor

John Hoyoung Lee, CLA, Professor

Trudy Howles, GCCIS, Professor

John Hromi, COE, Professor

Kenneth Hsu, KGCOE, Professor

James Hurny, CAST, Associate Professor

T. Alan Hurwitz, NTID, President and Dean Emeritus

Morton Isaacs, CLA, Professor

Deanna Jacobs, CAST, Professor

James Jacobs, CAST, Senior Lecturer

Joanne M. Jacobs, CLA, Associate Professor

Ronald Jodoin, COS, Professor

George Johnson, SCB, Professor

Guy Johnson, CMS, Professor

Daniel Joseph, SCB, Associate Professor

Lorraine Justice, CIAS, Dean

Balwant Karlekar, KGCOE, Professor

Nabil Kaylani, CLA, Professor

Robert Kayser, CIAS, Associate Professor

Robert Keogh, CIAS, Professor

Ronald Kelly, NTID, Professor

Weston Kemp, CIAS, Professor

James Kern, COS, Professor

William Keyser, CIAS, Professor

Richard Kenyon, COE, Dean Emeritus

Robert Kerr, CIAS, Professor

Andrew Kitchen, GCCIS, Professor

Roberta Klein, SCB, Lecturer

Michael Kleper, CIAS, Professor

M. Joseph Klingensmith, COS, Professor

Warren Koontz, CAST, Professor

Russell Kraus, CIAS, Professor

David Krispinsky, CAST, Associate Professor

Steve Kurtz, GCCIS, Professor

Richard Lane, KGCOE, Professor

Harry Lang, NTID, Professor

William C. Larsen, CAST, Professor

Jeffrey Lasky, GCCIS, Professor

James Leone, GCCIS, Professor

Howard Lester, CIAS, Professor

Howard LeVant, CIAS, Professor

Charles Lewis, CIAS, Professor

Thomas Lightfoot, CIAS, Associate Professor

Vern Lindberg, COS, Professor

Carl Lundgren, CAST, Professor

Richard D. Lunt, CLA, Professor

Michael Lutz, GCCIS, Professor

Douglas Lyttle, CGAP, Professor

Swaminathan Madhu, KGCOE, Professor

Lakshmi Mani, CLA, Professor

Douglas M. Marshall, COE, Associate Professor

Edward Maruggi, NTID, Professor

Craig McArt, CIAS, Professor

Walter McCanna, COB, Professor & Dean

Robert McGrath, CAST, Professor

Stan McKenzie, CLA/Academic Affairs, Provost Emeritus

Wiley McKinzie, GCCIS, Professor

Bruce Ian Meader, CAD, Professor

Douglas Meadow, COS, Professor

Bonnie Meath-Lang, NTID, Professor

Robert Merrill, CAST, Professor

Jim Miller, Vice President

Christine Monikowski, NTID, Professor

Thomas Moran, CMS, Professor

Robert Morgan, CIAS, Professor

Terence Morrill, COS, Professor

John Morelli, CAST, Professor

Wayne Morse, SCB, Professor

John A. Murley, COLA, Professor

Jean-Guy Naud, NTID, Professor

Pellegrino Nazzaro, CLA, Professor

John Neenan, COS, Professor

Ken Nelson, COLA, Professor

Chris Nilsen, KGCOE, Professor

Joe Noga, CIAS, Professor

Elizabeth O'Brien, NTID, Professor

Thomas O'Brien, CLA, Professor

Bruce Oliver, SCB, Professor

David Olsson, CAST, Professor

Elaine O'Neil, CIAS, Professor

Richard Orr, COS, Professor

Sudhakar Paidy, KGCOE, Professor

Harvey Palmer, KGCOE, Dean

James Palmer, KGCOE, Professor

Robert Paradowski, COLA, Professor Emeritus

John-Allen Payne, NTID, Associate Professor

David Perlman, KGCOE, Professor

Paul Petersen, KGCOE, Dean

Daniel Petrizzi, Eisenhower, Professor

Mark Piterman, CAST, Professor

Tom Policano, NTID, Associate Professor

Geoff Poor, NTID, Professor

F. Harvey Pough, COS, Professor

Thomas Pray, COB, Professor

Mark Price, CLA, Professor

Archie Provan, CIAS, Professor

Harry Rab, CGAP, Associate Professor

Thoma Raco, NTID, Professor

Marilu Raman, NTID, Associate Professor

Dr. VV Raman, COS, Professor

Margery Reading-Brown, CLA, Associate Professor

Werner Rebsamen, CIAS, Professor

Kenneth Reek, GCCIS, Professor

Margaret Reek, GCCIS, Professor

Richard Reeve, KGCOE, Professor

Martin A. Rennalls, CGAP, Professor

Harvey Rhody, COS, Professor

James Rice, CIAS, Professor

Carol Richardson, CAST, Professor

Al Rickmers, CIAS, Professor

David Robertson, CIAS, Professor

John Roche, CLA, Associate Professor

Michael Rogers, CLA, Professor

Frank Romano, CIAS, Professor

M. Richard Rose, President, President

Paul Roseberg, COS, Professor

Richard Rosett, COB, Dean

Evelyn Rozanski, GCCIS, Professor

James Runyon, COS, Professor

Marvin Sachs, NTID, Associate Professor

RIT0000340

**Administration and Trustees**

**Warren Sackler,** CAST, Professor

**Pasquale Saeva,** COS, Professor

**Edward Salem,** COE, Professor

**Nan Schaller,** GCCIS, Professor

**Edward Schell,** COLA, Associate Professor

**Harry Schey,** COS, Professor

**Emery Schneider,** CIAS, Professor

**John Schott,** COS, Professor

**Gerhard Schumann,** CIAS, Professor

**Anthony Sears,** CGAP, Professor

**Franz Seischab,** COS, Professor

**Earl Sexton,** Science, Professor

**John Shaw,** COS, Professor

**Jasper Shealy,** KGCOE, Professor

**Douglas Sigler,** CIAS, Professor

**Murli Sinha,** CLA, Professor

**Donald Smith,** CGAP, Associate Professor

**Julius Silver,** CIAS, Professor

**Marshall Smith,** CLA, Professor

**Caroline Snyder,** CLA, Professor

**David Snyder,** KGCOE, Professor

**Patricia Sorce,** SCB, Associate Professor

**Miles Southworth,** CIAS, Professor

**Malcolm Guy Spaull,** CAD, Director and Professor

**G. Hollister Spencer,** COB, Professor

**Egon Stark,** COS, Professor

**Loret Steinberg,** CIAS, Associate Professor

**Michael Stinson,** NTID, Professor

**Joan Stone,** CIAS, Dean

**John Stratton,** CAST, Professor

**Leslie Stroebel,** CGAP, Professor

**David Suits,** CLA, Professor

**Mary Sullivan,** CLA, Dean & Professor

**U.T. Summers,** CLA, Associate Professor

**Hector Sutherland,** CGAP, Professor

**Richard Tannen,** CIAS, Professor

**Robert WW Taylor,** NTID, Associate Professor

**Robert Teese**, COS, Professor

**Elaine Thiesmeyer,** CLA, Professor

**Robert Tompkins,** CGAP, Assistant Professor

**Rosemarie Toscano,** NTID, Professor

**Toby Thompson,** CIAS, Professor

**John Trauger,** CGAP, Professor

**Arden L. Travis,** COB, Professor

**James Troisi,** CLA, Associate Professor

**Kay Turner,** COS, Professor

**Thomas Upson,** COS, Professor

**James Vallino,** GCCIS, Professor

**James VerHague,** CIAS, Professor

**Michael Vernarelli,** CLA, Professor

**Allen Vogel,** CIAS, Professor

**Vladimir Vukanovic,** COS, Distinguished Professor

**Helen Wadsworth,** CLA, Assistant Professor

**Jerome Wagner,** COS, Professor

**Wayne Walter,** KGCOE, Professor

**Andrea Walters,** CLA, Professor

**Nancy Wanek,** COS, Professor

**Charles Warren,** CLA, Professor

**Joseph Watson,** CIAS, Professor

**John Waud,** COS, Professor

**Charles J. Weigand,** CGAP, Associate Professor

**Houghton Wetherald,** CLA, Professor

**Dorothy Widmer,** Student Affairs, Professor

**Stanley Widrick,** SCB, Professor

**Wilma V. Wierenga,** CLA, Associate Professor

**Theodore Wilcox,** COS, Professor

**Norman Williams,** CIAS, Professor

**Thomas Williams,** COB, Professor

**Donald Wilson,** SCB, Assistant Professor

**Eugene O. Wilson,** COB, Professor

**Fred Wilson,** CLA, Professor

**Paul Wilson,** COS, Professor

**Stanley H. Witmeyer,** CFAA, Professor

**James J. Worman,** COS, Professor

**Anne Young,** COS, Professor

**Richard Zakia,** CIAS, Professor

**Hans Zandvoort,** CLA, Professor

**Janet Zandy,** CLA, Professor

RIT0000341



## RIT CAMPUS MAP

| | | | |
|---|---|---|---|
| AUG | August Center | ENG | Engineering Hall |
| BLC | Bausch & Lomb Center | ENT | Engineering Technology Hall |
| BOO | James E. Booth Hall | GAN | Frank E. Gannett Hall |
| BRN | Brown Hall | GLE | James E. Gleason Hall |
| CAR | Chester F. Carlson Center for Imaging Science | GOL | Golisano Hall |
| CBT | Center for Bioscience Education & Technology | GOR | Gordon Field House and Activities Center |
| CLK | George H. Clark Gymnasium | GOS | Thomas Gosnell Hall |
| COL | Color Science Hall | GVC | Global Village Way C |
| CPC | Campus Center | GVD | Global Village Way D |
| CRS | Crossroads | GVP | Global Village Plaza |
| CSD | CSD Student Development Center | GWH | Grace Watson Hall |
| EAS | George Eastman Hall | HAC | Hale-Andrews Student Life Center |

| | | | |
|---|---|---|---|
| HLC | Hugh L. Carey Hall | RSC | Rosica Hall |
| INS | Institute Hall | SAN | Sands Family Studios |
| LAC | Laboratory for Applied Computing | SAU | Student Alumni Union |
| LBJ | Lyndon Baines Johnson Hall | SIH | Student Innovation Hall |
| LBR | Liberal Arts Hall | SLA | Louise Slaughter Hall |
| LOW | Max Lowenthal Hall | SMT | Schmitt Interfaith Center |
| MON | Monroe Hall | SUS | Golisano Institute for Sustainability |
| ORN | Orange Hall | UNI | University Gallery |
| POL | Gene Polisseni Arena | USC | University Services Center |
| RED | Red Barn | VIG | Vignelli Center for Design Studies |
| RIA | Frank Ritter Ice Arena | WAL | Wallace Library |
| ROS | Lewis P. Ross Hall | WEL | Welcome Center |

RIT0000342