# EXHIBIT 26

**(https://web.archive.org/web/20220331213732/https://www.rit.edu/sfs/
policies)**

Finance & Administration » Financial Services » Student Financial Services » Policies » About Student Financial Responsibility Agreement

# About Student Financial Responsibility Agreement

Search this site 🔍

## Menu

- 🏠 Student Financial Services
- 💲 eServices
  - Tuition and Fees
  - *Policies* ⌃
    - Explanation of Fees
    - Late Fee Assessment
    - Withdrawal and LOA Information
    - Refund of Credit Balance
    - **Student Financial Responsibility Agreement**
  - Billing Dates and Payment Information ⌄
  - Student Insurance Options
  - Student Sponsored Billing
  - Loan Repayment
  - Educational Tax Credits
  - Payment Card Compliance
  - Forms
  - Popular Links ⌄

**Student Financial Responsibility Agreement (SFRA)**

Financial institutions, including the financial offices of colleges and universities, are required by federal debt collection and consumer protection laws to be transparent with their billing and payment policies/procedures and collection requirements. Institutions must also ensure that students (consumers) are aware of their policies and responsibilities. For this reason, RIT requires that students accept the Student Financial Responsibility Agreement (SFRA), which acknowledges their financial obligations and understanding of the related policies of the university. The SFRA informs students of their financial responsibilities associated with enrolling for classes, living in on-campus housing and participating in meal plans; and explains the potential consequences that may result if a student fails to meet those obligations.

Our goal is to help students understand the cost of their education and the financial policies associated with their enrollment at RIT. The SFRA, in conjunction with the Student Financial Services' website, e-statement account information, letters and other documentation, helps explain the university's expectations for payment, and allows us to clearly inform students of our policies related to billing, late payment, contact methods, etc.

**What is the SFRA and how do I complete it?**

The SFRA is a mandatory agreement that outlines financial obligations and responsibilities for attendance at RIT. All students must complete the SFRA via their SIS student portal on the task tile.

**What if I don't accept the SFRA?**

The SFRA must be accepted in order to continue to access university services, including class registration, as an active RIT student.

**How often do I have to complete the SFRA?**

The SFRA must be completed at least once per academic career, or if changes to the current agreement are mandated.

**What if someone else is responsible for paying my account (i.e. through a sponsorship or employer)?**

All students are ultimately responsible for their student account, including any unpaid balances should the third-party payer not pay completely, and as such, must accept the SFRA.

**Why must I complete the SFRA if my tuition and applicable fees are being covered by the university or outside funding sources?**

It is common for students whose tuition and fees are funded to accrue charges on their student account which are not covered by the university and/or outside sources of aid. For instance, students may be sponsored for tuition and fees only, and have housing charges, for which they are responsible. Student