# EXHIBIT 29(b)

**(March 23, 2022 30(b)(6) Deposition)**
**(pages 112 - 162)**

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 2 of 31
Nicholas Bergeron and Nick Quattrociocchi et al v. Remote Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology    March 23, 2022

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 113

A   That specific dollar, we don't earmark every dollar for a particular purpose. I can tell you how much -- not off the top of my head, but I could tell you that a certain amount of cost goes to operate the student health center. And I know that it's in excess of what we receive from the student health fees. And those dollars are made of up of -- that delta is made up of other sources of revenue that the university has so we can operate the student health center in full for students.

Q   And as far as an accounting measure, though, when a student pays a student health fee, the funds are not earmarked to only go towards the student health fee expenses?

A   That's not how general accounting principles work.

Q   So the answer is yes?

A   No, that's not the answer.

MR. BURNS: Objection.

THE WITNESS: The answer is that's how not -- that's not how a gap works. So you don't track every single cash dollar and make sure that that one dollar the student paid goes to pay the nurse in the student health center. It doesn't really work that way.

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 114

BY MR. DOOLITTLE:

Q   Right.

A   It might or it might not. But we don't keep track of the individual dollar bills and make sure that the paycheck that we issued to a nurse was made of that pocket of cash. It doesn't -- that's not how accounting work -- works.

Q   I understand. So the student health fee, dollars that are paid don't actually necessarily go to fund the student health center. They might go to anyplace else; is that true?

A   No, that's not accurate.

Q   Why not?

A   It might or it might not. Those cash dollars are not earmarked specifically to issue a paycheck for the nurse or the doctor. But we do know that at least that many dollars went into the student health center and the balance was made up of other sources of revenue the university received.

Q   Right. So the specific dollar a student paid for the student health may or may not go to actually pay for the student health?

A   The one single dollar bill -- that one single dollar bill that the student paid, can I ascertain that that's the same dollar bill that was used to pay for a

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 115

nurse? Is that your question? I do know that --

Q   I'm just trying to figure out whether or not the student health fee actually gets paid to the student health services, or is it lumped into a general fund and then paid out after that. I'm not saying there's anything wrong with that, ma'am. I'm just asking is that how it's done? Seems like that's how you'd have to do it. I mean, I don't know how else you'd do it. I'm just trying to ask how you do it. You're the accountant, not me. Just trying to figure it out.

A   I explained to you how the accounting works. All the money is in a bank account, in a single bank account. And what the -- when the student pays the student health fee, it goes into a statement of activities line item as a source of revenue. And we know that all of the revenue derived from the student health fee, at least that much is utilized to run our student health center, and the delta is made up of other sources of revenue. That's the best way I can explain it to you in terms of the accounting.

Q   So when a student pays their tuition, the health fee and the activity fee, they all are deposited in the same account by the university; is that correct?

A   They are deposited -- those -- the dollars

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 116

per se are deposited in the same bank account. They are recorded in the statement of activities as different sources of revenue.

Q   Okay. So, yes, that is correct, that all the fees and the tuition go into the same bank account, yes?

A   Into one bank account.

Q   So, yes, correct? My question is, yes or no, do the student's tuition, activity fees and health fee go into the same bank account?

A   Those dollars --

Q   Yes or no?

A   -- go into a singular bank account.

Q   A way to say yes.
How do students know what fees are required to pay?

A   They are in their bill. Would be one way.

Q   So they get a bill in their mail or they get it via e-mail or they get both?

A   They receive an e-mail statement with their bill, their statement.

Q   They don't get a hard copy anymore?

A   We do not mail hard copies.

Q   How much revenue did RIT collect for fees from on-campus students in the spring of 2020 semester?

Remote Video deposition via Zoom

M. CONCEPCION - EX. BY MR. DOOLITTLE                    Page 117

A   I don't recall.

Q   Is that not a topic that you were supposed to be talking about today?

A   I don't recall the precise number.

Q   Is there a way for you to look it up, ma'am?

A   If it's one of the exhibits, I can look it up.

Q   I'm asking you is there a way for you to look up and ascertain as the head of the -- sorry, let me get your actual title.  The controller assistant.  Is there a way for you as a controller to look up and see how many fees were charged for on-campus students in the spring of 2020 semester?

A   If it's contained in one of the exhibits, I can look it up.

Q   Yes, ma'am, I'm very aware of that.  I'm just asking you, is there a method for you to use other than me handing you an exhibit to determine the fees charged during the spring 2020 semester to on-campus students?

MR. BURNS: Objection.

THE WITNESS: Looking at the exhibit would be certainly the quickest and most accurate way.

BY MR. DOOLITTLE:

Q   That's not my question.

MR. BURNS: You're asking her for a

M. CONCEPCION - EX. BY MR. DOOLITTLE                    Page 118

specific number.  There's a document with a RIT Bates stamp on the bottom of it that has the exact number on it.  She's just saying, show me the document and I'll testify to it.

MR. DOOLITTLE: All I'm asking is how did we get this number.  I'm trying to ask what she would do to ascertain what this number is.  Is she capable of doing it.  I'm entitled to ask her how she would go pull this number before I show her the document.

BY MR. DOOLITTLE:

Q   So again, ma'am, is there a way for you to determine those fees that were charged to on-campus students in the spring of 2020 as a controller?  If the president of the university asked you, how much did we charge in the spring of 2020, would your answer be, you'd have to call Mr. Doolittle and ask for the exhibit, or could you tell him an answer?

A   I would not be able to tell him an answer off the top of my head.  I would say, we will look up the number.  We would do the research and look up the number.

Q   That's it.  Thank you.  And what would you do to look up the number?

A   I would consult with my financial reporting staff and look at our statement of activities and make

M. CONCEPCION - EX. BY MR. DOOLITTLE                    Page 119

sure that I have the information classified in that manner, in a manner that I could respond.

Q   Okay.  Then you would be able to ascertain that number from those documents?

A   I would look in our financial system and I would work with my staff to make sure that we are able to obtain that number.

Q   Do you think there's a possibility you wouldn't be able to obtain that number?

A   We would be able to obtain that number.  It's just a matter of how long it would take to ensure that it's accurate.

Q   Let me show you.

MR. DOOLITTLE: Mr. Court Reporter, it's Bergeron student health and wellness.  Down at the bottom of the far right is RIT 1884.  The top is RIT student health and wellness, fiscal year 2017, 2020.

THE VIDEOGRAPHER: Let me see here, I'm looking for it.  Can you state it again?  I'm sorry.

MR. DOOLITTLE: No, it's okay.  RIT student health and wellness, fiscal year 2017, 2020.  Looks kind of like this.

THE VIDEOGRAPHER: Okay.  I see Bergeron student health and wellness.  Is that the same?

MR. DOOLITTLE: That's correct, I think.

M. CONCEPCION - EX. BY MR. DOOLITTLE                    Page 120

THE VIDEOGRAPHER: Okay.  Stand by.

BY MR. DOOLITTLE:

Q   Ms. Concepcion, can you see the document that's on the screen now?

A   Yes.

Q   Do you know what this document is?

A   Student health and wellness fees from 2017 to '20.

Q   And it says prepared by RIT budget office.  Is the RIT budget office under you?

A   No, they are not.

Q   This document wasn't prepared by you?

A   It was prepared by the RIT budget office.

Q   And your office has nothing to do with the RIT budget office; is that correct?

A   We have a lot to do with each other but they do not report to me.

Q   Okay.  Does this look like an accurate statement of fee income in 2017, 2018, 2019, and 2020?

A   It does look like that.

Q   Are you familiar with those numbers in general in your role as comptroller?

A   Yes.

Q   Do you have any reason to doubt these numbers as being accurate and true?

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 4 of 31

Nicholas Bergeron and Nick Quattrociocchi etc. Remote Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology                                                   March 23, 2022

M. CONCEPCION - EX. BY MR. DOOLITTLE        Page 121

A   I don't.

MR. DOOLITTLE: Mr. Court Reporter, can we mark that as Plaintiff's Exhibit Number 4, I think; is that right?

THE VIDEOGRAPHER: Madam Court Reporter has it.

MR. DOOLITTLE: Madam Court Reporter, I'm sorry.  Mr. Court Reporter, do you have the one that's labeled 1882, 2020 spring tuition and fees analysis?

THE VIDEOGRAPHER: Let's see if this is it.

MR. DOOLITTLE: That's it.

(WHEREUPON, Plaintiff's Exhibit No. 4 was marked for identification only.)

BY MR. DOOLITTLE:

Q   Ms. Concepcion, can you see the document that is on the screen now?

A   Yes.  Can you make it a little bigger?

THE VIDEOGRAPHER: Yes.  Stand by.

THE WITNESS: And can you also scroll to the second page so I can see what's on the second page?

Okay.  Thank you.

BY MR. DOOLITTLE:

Q   Can you tell us what this document is, ma'am?

M. CONCEPCION - EX. BY MR. DOOLITTLE        Page 122

A   Can you scroll on top again?  It looks like RIT tuition and discount for 2020 by college.

Q   Okay.  Your office prepared this material or did the budget office?

A   Does it have a stamp of who prepared it?

Q   I don't see one.

A   I'm not aware of who prepared it.

Q   Do you have any reason to doubt the numbers contained within this document?

A   I do not.

Q   If you look on the second page with the spring 2020 gross tuition numbers, does that sound about right to you as the controller?

A   For the spring, it looks about right.

MR. DOOLITTLE: Mrs. Court Reporter, can we mark this as Exhibit Number Plaintiff's 5, I believe.

COURT REPORTER: Yes, sir.

(WHEREUPON, Plaintiff's Exhibit No. 5 was marked for identification only.)

BY MR. DOOLITTLE:

Q   Let me turn to ask you a few questions about the spring of 2020 semester and the decision to go remote.  Were you involved in any of those discussions?

A   I was not involved in the discussions per se.

Q   So were you -- you were not involved in the

M. CONCEPCION - EX. BY MR. DOOLITTLE        Page 123

discussions per se.  I'm not sure I understand what you mean.

A   I was not involved in the discussions.  As part of my deposition preparation and in the presence of counsel, I did discuss the decision-making process with our senior VP to expand my understanding as to how that was made, the decision to not issue the tuition refunds.

Q   And why was the decision made to not issue tuition refunds?

A   Because the instructional services were continuing.  They were transitioned to a different modality.

Q   And are those your words or somebody else's words?

A   Those are my words and his words.

Q   When you say him, who is he?

A   Dr. James Waters.

Q   What else did Dr. Waters tell you about the transition?

A   We just, in general, discussed what information he reviewed, that he reviewed information provided by the staff, and that he followed his typical decision-making process which is to discuss with the president, you know, what the recommendation would be

M. CONCEPCION - EX. BY MR. DOOLITTLE        Page 124

of how we would handle that semester, and that Dr. Munson and him agreed on, you know, the path to move forward.

Q   Do you know when those discussions were held?

A   I do not specifically know the date, if that's your question.

Q   Was there any discussion regarding should we give any refunds for students that are going to go remote?

A   I -- my understanding is that the decision was the instruction would continue, so it wasn't really something that was considered.

Q   So the president did not consider providing any refund whatsoever despite the fact that the modality had changed of instruction?

MR. BURNS: Objection.

THE WITNESS: For services that were continuing, refunds were not -- you know, not considered.  And for discontinued services, just like housing and if students were not consuming their meals, they received refunds for those.

BY MR. DOOLITTLE:

Q   Did you agree with that decision to not issue any refunds for students regarding tuition?

A   I do.

Remote Video deposition via Zoom

M. CONCEPCION - EX. BY MR. DOOLITTLE                Page 125

MR. BURNS: Objection.

BY MR. DOOLITTLE:

Q    Do you think there's any difference between in-person learning and remote distance learning?

A    I think the -- there is a physical difference. There is a physical difference in the modality. The instruction is very much the same.

Q    So you do agree there's a difference because the physical difference in the modality?

A    There's a modality difference.

Q    When you say modality difference, just so we're clear on the record, what do you mean by modality difference?

A    Today we are via Zoom, that's the modality we're using versus an in-person deposition, that would be a different modality. So modality is the vehicle by which you deliver instruction. So today my testimony is just as valid even though I'm using a Zoom modality.

Q    Your freshman year, you moved from Puerto Rico to New York and entered physical classrooms for your education; is that right?

A    Yes.

Q    Had you been -- experienced the same thing and were sent home after halfway through the semester or whatever percentage through the semester and your

M. CONCEPCION - EX. BY MR. DOOLITTLE                Page 126

modality was changed, do you think your education would have been the same?

A    It's very hard for me to speculate, because we didn't have Zoom at that time. So it's very hard for me to imagine, you know, what would have or wouldn't have been my experience.

Q    Do you think education is the same in-person as it is through the different modalities such as remote distance learning?

A    Your modality is different than the instruction that you're receiving. The modality controls how you're receiving it, not what you're receiving.

Q    Other than the modality, is there any difference between in-person and remote online instruction?

A    There's a modality difference.

Q    So other than the modality difference, is there any other difference between an in-person class versus a remote distance learning class?

A    There are -- there might be other differences. The modality being the primary one.

Q    What are the other differences?

A    You see a classmate versus you don't see a classmate. You're required to wear clothes to go to

M. CONCEPCION - EX. BY MR. DOOLITTLE                Page 127

your class. You're not required to necessarily wear pants if you are doing Zoom. So there are other differences. The modality is the primary difference.

Q    Any other differences you can think of?

A    Not other than the ones I mentioned.

Q    What did your office have to do with regard to transitioning to remote education? How did it affect your job in the spring of 2020?

A    My office was responsible for acquiring a lot of the things that we needed to make that transition, including technology resources. And we were also required to acquire a great deal of stuff to deal with the pandemic and to deal with the health and safety of our community. So that was a significant impact to my office.

My office was also responsible for implementing a set of costs curtailing measures to help the university with the significant loss of revenues from transitioning to -- from transitioning after the executive order occurred. And there were -- you know, everybody was impacted pretty significantly. But, you know, those are two examples of how my office was impacted.

Q    Okay. You said that the university experienced significant expenses associated with

M. CONCEPCION - EX. BY MR. DOOLITTLE                Page 128

transitioning via the technology; is that correct?

A    We had technology expenditures associated with transitioning to remote learning. And also, you know, there were expenses that we were incurring in dealing with the pandemic, you know, longer term.

Q    I don't know. Such as what? I don't know, that's why I get to ask -- that's why I'm here to ask you these questions, ma'am. I don't have any idea what additional charges the university incurred as a result of going through spring of 2020 remote learning. I don't. So that's why I'm asking the question. What are the expenses?

A    So the university purchased a site license for the Zoom software and discontinued the use of BlueJeans, which was our prior technology. The university also --

Q    How much was the Zoom license?

A    I don't know.

Q    Okay.

A    The university began to purchase materials for the campus. So thousands of disinfectant dispensers that were controlled by pedals. Uninstalled air dryers from all the bathrooms and installed paper dispensers. We purchased two or 300,000 thermometers. Purchased half a million COVID tests. Purchased

M. CONCEPCION - EX. BY MR. DOOLITTLE                Page 129

40 miles of plexiglass to install in the classrooms. Purchase in excess 600 air ionizers to be installed to purify air. Purchased hundreds of thousands of cloth, surgical and N95 masks. Purchased hundreds of thousands of signs to remind our community members to keep a safe distance and also to wash their hands. Those were the types of expenses that we incurred beginning in the spring of 2020.

Q   Those expenses were all incurred in the spring of 2020 after you sent people home?

A   We began to prepare to manage the pandemic. And, yes, we began to really try to understand the virus and what we needed to do to have the campus be a safe place. So we pretty much began doing research. Some of our faculty members did research. There were committees that did research and began to advise the university on items to acquire that would be necessary for us to really operate the university, you know, when the time came to do so.

Q   When did you-all go back to in-person learning?

A   In the fall.

Q   And these expenditures you're talking about were made in the spring of 2020?

A   Well, it was very challenging, supply chain

M. CONCEPCION - EX. BY MR. DOOLITTLE                Page 130

environment. So wanting to purchase 200,000 thermometers, that doesn't mean that the next day we had 200,000 thermometers. So we had to do quite a bit of due diligence to really secure those thermometers. To purchase COVID tests through our supplier, it was quite a Herculean effort because everyone was trying to procure COVID tests. So we were jumping on as many opportunities as possible to purchase supplies that were in very high demand.

So we were doing significant due diligence, you know, that began in March and continued and, to be honest, even today, there are some things that are hard to get. And we continued to work really hard to obtain the items that we believe were necessary for us to have a safe environment once we were permitted by the -- you know, to congregate once again.

Q   Does RIT charge more for tuition now than it did spring of 2020?

A   The tuition charge for this fall is the greater than what the tuition was for 2020, is that your question?

Q   Yes, ma'am.

A   Yes.

Q   So they also charge more fees today than they did in spring of 2020?

M. CONCEPCION - EX. BY MR. DOOLITTLE                Page 131

A   I'm not sure if the fees are more. I'm not sure.

Q   But you do know tuition is more?

A   Yes.

Q   Have they always charged the same amount of tuition every year, or has it always increased every year?

A   I don't know if there's been a year in the past where it hasn't increased. I don't know off the top of my head.

Q   Did it increase more after the spring of 2020, the tuition that is, because of COVID-related expenditures?

A   I'm not sure that there was a single reason. I do know it's more. I don't know if you can attribute it to a single reason.

Q   Was there ever discussion about what services RIT could not provide students as a result of going online?

MR. BURNS: Objection.

THE WITNESS: Because of the inability to congregate and the way the virus was going, you know, evolving, the situation with the virus at the time, the campus asked students to not return to their housing and to either physically move out or conduct,

M. CONCEPCION - EX. BY MR. DOOLITTLE                Page 132

you know, a virtual move out. It was the recommendations for us to control the spread and, you know, the same for, you know, the house -- the dining. We still had some dining venues open, but it was limited given what was going on.

BY MR. DOOLITTLE:

Q   So is that the only things that were discussed?

A   Discussed? Can you clarify your question?

Q   I don't know what your answer was, ma'am. I asked you, did RIT discuss what services it could not provide students as a result of going online. But then you gave me an example about dining halls were still open, and I wasn't asking that. I was asking, was there any discussions about what services could and could not be provided as a result of going online?

MR. BURNS: Objection.

THE WITNESS: RIT made the decision to have the students not return to their housing, recommended that, unless they didn't have a safe place to be. So that was a decision to discontinue providing that as a service. And it was similar for, you know, dining, those venues were limited.

BY MR. DOOLITTLE:

Q   Is that all of the discussions?

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 7 of 31

Nicholas Bergeron and Nick Quattrociocchi Remote Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology    March 23, 2022

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 133

A   That I'm aware of.

Q   Did RIT issue any fee refunds for the spring of 2020?

A   No, there were no -- parking fees were refunded.  The student health fee and the student activity fee were not refunded.

Q   Other than the parking fee, was there any other fees returned?

A   Not that I'm aware of.

Q   How about tuition, any refund of any tuition as a result of going remote in the spring of 2020?

A   Not that I'm aware of.

Q   Was it ever discussed whether or not we should give tuition refunds as a result of going remote in the spring of 2020?

MR. BURNS: Objection.

THE WITNESS: I believe I answered that earlier, right?

BY MR. DOOLITTLE:

Q   No, that was regarding fees.  I'm asking about tuition.

A   Yeah, I mentioned earlier when I spoke to Dr. Waters in the presence of counsel and how instructional services were continuing; and therefore tuition refunds were not considered, because we were

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 134

continuing to provide that service and continuing to make sure the students made academic progress, and those student who were due to graduate could graduate at the end of the semester.

Q   Was there any discussion regarding the difference between online and remote education for these students at the time?

A   I'm not aware.  I wasn't a participant on discussions of that nature.

Q   You don't know?

A   I'm not aware of any.

Q   Is there a difference between being not aware and not knowing?

A   Well, if I wasn't there, I can't be aware of it because I wasn't a part of the conversation.

Q   Yes, ma'am.  I'm just trying to ask -- I asked you if you were aware of any.  I'm just trying to make sure I'm understanding semantically.  Is there a difference between aware -- I'm not understanding what your answer is, basically.  You are or are not aware?

A   Can you repeat your question?

Q   You're not aware of the discussions that took place regarding what to do with regards to tuition refunds for students transitioning to remote education in the spring of 2020?

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 135

MR. BURNS: Objection.  She's testified to exactly that topic.

MR. DOOLITTLE: I'm just trying to ask what her answer is, because I didn't understand it.

THE WITNESS: It's what I answered earlier.

BY MR. DOOLITTLE:

Q   Can you repeat it for me, ma'am?  I don't remember and I don't understand what your answer is.

A   The answer is that instructional services were continuing.  The students would continue to receive their grades and made academic progress, so tuition refunds were not considered.

Q   Yes, ma'am.  I asked was there any discussion regarding the differences between online remote education versus in-person education when deciding not to issue these refunds.

A   I was not part of any discussions regarding a difference.

Q   So that would mean you don't know the answer to that question; is that right?

A   I wasn't part of those discussions.  So...

Q   Yes, ma'am.  And if you weren't part of them, I'm assuming you don't know the answer.  Is that fair?

A   I wasn't part of the discussion.  That is my answer.

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 136

Q   Do you know what the answer is?  Despite the fact that you weren't part of the discussion, do you actually know the answer to the question?

A   The answer to the question is that I wasn't there.  I can't know the answer to a conversation I wasn't a part of.

Q   Okay.  So you don't know any answer to the question; is that right?

A   I wasn't part of that discussion and I wasn't part of any conversations.

Q   Was a potential for refund ever discussed over e-mail?

A   I don't -- I've never seen any e-mails where that was discussed.

Q   Have you ever sent any e-mail regarding refunds of either tuition or fees as a result of going remote in the spring of 2020?

A   I'm not -- I don't recall.

Q   Has your office received any requests from students whatsoever regarding refund of spring of 2020 tuition or fees?

A   Other than the two plaintiffs' requests, which I've reviewed, I haven't reviewed any specifically other than those two.

Q   I understand you have not reviewed them.  Are

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 8 of 31
Nicholas Bergeron and Nick Quattrociocchi Remote Video deposition via Zoom       Milagros Concepcion 30(b)(6)
Rochester Institute of Technology                                                 March 23, 2022

M. CONCEPCION - EX. BY MR. DOOLITTLE          Page 137

you aware that your office received more than the two complaints regarding two requests for refunds other than the two named plaintiffs?

A    I am not aware. I'm not aware other than those two specific requests.

Q    What would you need to do to find out if a student had requested a refund for spring of 2020?

A    Review any correspondence or -- during that time of any students that might have written to someone.

Q    If a student writes your office regarding a refund, do you not know this? Is this something that's handled by people below you or something?

A    I don't personally answer every student e-mail that comes into our student financial services office. No, I do not.

Q    Who would be the ones answering those e-mails?

A    The student financial services counselors.

Q    How many of those do you have?

A    Currently, there are five.

Q    If a request to a refund came in to one of those five people, would you have a way of finding out?

A    Yes.

Q    How would you find out?

M. CONCEPCION - EX. BY MR. DOOLITTLE          Page 138

A    By looking at their e-mails. Reviewing every single e-mail they received and responded to.

Q    How would you physically do that?

A    I would probably request that information from them. I would simply ask.

Q    So you would have no way of ascertaining whether or not a student has ever requested a refund for spring of 2020 semester on your own without asking the student?

A    I wouldn't ask the --

MR. BURNS: Objection.

THE WITNESS: I would ask the student financial services staff.

BY MR. DOOLITTLE:

Q    Sorry, I misunderstood you. So when you said you ask, you meant the staff?

A    Yes.

Q    You'd ask the staff for their e-mail regarding that?

A    Yes, I would ask them.

Q    What would they need to do to figure out the answer to your question?

A    They would have to review their e-mails and see if that was ever requested.

Q    How would they go about doing that?

M. CONCEPCION - EX. BY MR. DOOLITTLE          Page 139

A    By reviewing their e-mail.

Q    Okay. I understand that. So do -- I am just simply asking what do you mean by reviewing their e-mail? You mean they would go through every single item that they've received in their in box, their out box, their sent items and their trash and their spam folder and review every e-mail regarding everything from all existence since they began working there? Or is there something else that they would do?

A    They would review their correspondence or their e-mails from spring of 2020 and see if there was any inquiry about refunds and what the response was.

Q    Okay. So they just need to review every single e-mail that they received in spring of 2020 in order to answer that question?

A    We would have to review an archive of e-mails, yes, a history of e-mails and what was responded.

Q    And y'all have the capability to do that, correct?

MR. BURNS: Objection.

THE WITNESS: (No response.)

BY MR. DOOLITTLE:

Q    Do you have the capability of doing that or not?

M. CONCEPCION - EX. BY MR. DOOLITTLE          Page 140

A    Me personally?

Q    Your office, yes, ma'am, the people that work under you. Do you have the ability to tell them to do that?

MR. BURNS: Objection.

THE WITNESS: I could ask them to review their e-mails for spring of 2020.

BY MR. DOOLITTLE:

Q    Okay. Is there -- if you asked them, would they not do it or do they get to choose if you tell them -- ask them to do something, they get to choose whether to do it or not?

MR. BURNS: Objection.

THE WITNESS: I would just ask them to review their e-mails and see if they had any correspondence.

BY MR. DOOLITTLE:

Q    Would they, in fact, do it if you asked them to, ma'am?

MR. BURNS: Objection.

THE WITNESS: I assume they would.

BY MR. DOOLITTLE:

Q    Any reason to assume that they wouldn't do what you asked them to do?

MR. BURNS: Objection.

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 9 of 31
Nicholas Bergeron and Nick Quattrociocchi et al. Remote Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology                                                     March 23, 2022

M. CONCEPCION - EX. BY MR. DOOLITTLE                    Page 141

THE WITNESS: Are you asking me to speculate? Because that's speculation, right? I would have to say what is the likelihood --

BY MR. DOOLITTLE:

Q    No, I'm asking you whether or not -- I'm asking you a simple question, whether or not you direct your staff to do something that they have the option to do it or not. That's a simple question.

MR. BURNS: Objection.

THE WITNESS: If I asked them --

BY MR. DOOLITTLE:

Q    If you ask your office staff to do something, do they have the option to do it or are they required to do it?

A    If it's a legitimate business task, they do it. That is the common occurrence.

BY MR. DOOLITTLE:

Q    And it would be a legitimate business purpose if you had asked them to provide you the refund requested information from the spring of 2020; is that correct?

MR. BURNS: Objection.

THE WITNESS: I have no reason to believe that if I asked them, that they would not do it.

BY MR. DOOLITTLE:

M. CONCEPCION - EX. BY MR. DOOLITTLE                    Page 142

Q    Thank you. Did you agree with the decision not to issue refunds for spring of 2020 with regards to fees?

A    The student health fees and the student activity fees?

Q    That's the only two fees we've talked about so far, yes, ma'am.

A    Yes.

Q    Is there another fee?

A    We talked about --

Q    Is there some other fee?

A    We talked about the parking fee.

Q    Yes, ma'am. Other than the student fee, the health fee and the parking fee, is there any other fees?

A    Not that I'm aware of.

Q    Okay. So again, my question is, do you think it was a good idea not to issue refunds of those fees that we just discussed?

A    I agreed that those -- that we wouldn't issue refunds on those fees.

Q    And you think that was an appropriate decision?

A    It's really not my job to decide if that's a good idea or not.

M. CONCEPCION - EX. BY MR. DOOLITTLE                    Page 143

Q    Yes, ma'am. I'm asking you, though, in your opinion, did you think it was a good idea or not?

A    I believe those fees, it was reasonable not to refund those fees.

Q    How about with regards to tuition, do you think it was reasonable not to give any money back whatsoever after change of modality in spring of 2020?

A    Instruction services continued and they were just -- those services were delivered through a different modality, so --

Q    So you thought it was reasonable?

A    I thought it was a reasonable decision.

Q    Would you disagree with it in any way whatsoever?

A    I thought it was a reasonable decision.

Q    Did you disagree with it in any way whatsoever?

A    If I agree or disagree is irrelevant, really.

Q    Did you agree with it -- disagree with it in any way whatsoever, ma'am?

A    It's irrelevant to the decision. I don't get to agree or disagree to it.

Q    Yes, ma'am. But I get to ask the questions and you can either just refuse to answer or you can answer the question. Are you not answering the

M. CONCEPCION - EX. BY MR. DOOLITTLE                    Page 144

question?

A    It's really irrelevant if I agree or disagree. I already told you that I think it was a reasonable decision.

Q    Yes, ma'am. I agree with you that it's neither for you nor I to decide what's relevant and that's for the Court to decide. I get to ask the question. Do you think there is any reason whatsoever in your mind that there should have been any refund of the fees for change in modality in spring of 2020?

MR. BURNS: Objection.

THE WITNESS: I think the decision not to refund the fees was a reasonable decision.

BY MR. DOOLITTLE:

Q    Did you disagree with that reasonable decision in any way whatsoever?

A    I think it's a reasonable decision. I...

Q    What would you have done if you had been in charge? Would you have issued any refund whatsoever?

MR. BURNS: Objection.

THE WITNESS: I wasn't in charge. I can't speculate of what I would have or wouldn't not have done if I was in charge because I wasn't in charge. The people in charge have a very different perspective than I do, so.

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 10 of 31
Nicholas Bergeron and Nick Quattrociocchi  Remote Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology    March 23, 2022

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 145

BY MR. DOOLITTLE:

Q   When I talk about CARES Act fund, do you know what I'm talking about when I say CARES Act funds?

A   Yes, sir.

MR. BURNS: Can we take a break before we transition to a new topic?

MR. DOOLITTLE: Yeah.

THE VIDEOGRAPHER: Off the record 2:34 p.m.

(A recess transpired.)

THE VIDEOGRAPHER: Back on the record 2:46 p.m.

BY MR. DOOLITTLE:

Q   Ms. Concepcion, I need to make sure I have dotted my Is and crossed my Ts.  Have you had any discussions in any way whatsoever during any of the breaks that we've had today with anybody regarding this case?

A   No.

Q   No e-mails, chats, text messages, nothing of any sort whatsoever?

A   No, sir.

Q   Thank you.  Turning to the CARES Act funds, do you know what I'm talking about when I say the CARES Act?

A   Yes, sir.

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 146

Q   RIT did receive CARES Act funding; is that correct?

A   That is correct.

Q   Who was responsible for drafting RIT's application for the CARES Act funds?

A   It was a combined effort between my predecessor, Lynn Kelly, and the prior executive director of financial aid, Larry Chambers.

Q   Were you involved at all?

A   Not in drafting the application, I was not.

Q   Did you review the application before it was submitted?

A   I did not.

Q   Have you seen it since that time?

A   I have seen paper copies.

Q   What was RIT's rationale for requesting CARES Act funds?

A   CARES Act funds were awarded to RIT, and our application was to provide funding to students, emergency relief grants to students, and the other half of the funds were to assist the university to defray with the costs that we were incurring as a result of the Coronavirus pandemic.

Q   So one half of the funds received went to the students?

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 147

A   Yes.

Q   How did that go?  Did they receive a direct payment or what?

A   So they received a direct payment, either an electronic payment if they had signed up for electronic delivery, or they received a paper check.

Q   How much did each student receive?

A   I'm not exactly sure of the amount.  There was a tiered process.  So in order to prioritize the neediest students, Pell-eligible students received an amount.  And then if you were a Pell-eligible student and you also had a subsidized federal student loan, you received a few hundred more dollars.  And if you had an unsubsidized federal student loan, then you received a few more -- hundred more dollars.  So students who had a Pell grant, a subsidized federal student loan, and an unsubsidized federal loan would have received the most, and then backwards.

Q   Okay.  Do you know what the minimal amount a student would have received would have been?  I mean not to the exact dollar, I'm just asking in general.

A   Yeah, I don't recall off the top of my head.  It was between three and $500 for those who were Pell-eligible, and then incremented beyond that.  It's on our website.  We are required to post that, so it's

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 148

on our website.

Q   Three to $500.  And then increments after that, was it three or 500 in increments up depending on, as you described, or is it down from there?

A   Up.

Q   Okay.  Gotcha.  I understand.  Thank you.

A   Uh-huh.

Q   Were there meetings to discuss how to apply the CARES Act funds or what to do with them?

A   There were meetings to discuss how to use the funds.

Q   Does RIT have -- well, let me rephrase that.  Did RIT apply for CARES Act funds in more than one instance?

A   CARES Act is -- that was a single application to receive CARES Act funding.

Q   Okay.  And so you had one funding from the CARES Act and one only; is that right?

A   One funding through the CARES Act.

Q   How much did RIT receive from the CARES Act funding?

A   Approximately $10 million.

Q   Okay.  Is that the amount that RIT applied for or was there a specific amount?  I'm not familiar with the application process, so I apologize.  I'm just

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 11 of 31
Nicholas Bergeron and Nick Quattrociocchi—Remote Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology    March 23, 2022

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 149

trying to figure out, did you get 100 percent of your funding, or did you ask for 20 and you got ten, or how did it go?

A   The amount was determined by the Department of Education.  So we received what -- it was in a -- you know, they have a formula for how much you were going to get.  And we received the amount that they earmarked for RIT.

Q   So when you filled out -- when RIT filled out the application, not you, but when RIT filled out the application, is there a dollar-specific amount you request, or you just request all that we can get?

A   We requested the amount that was allotted to the university.

Q   Do you know how -- do you know whether or not if RIT had requested more money, it would have been allocated more money, or do you know?

A   I do not believe we would have received more money.  We received the amount that was allocated to us.

Q   Has RIT spent all of the CARES Act funds now?

A   Yes.

Q   How quickly were those funds spent?

A   Very quickly.

Q   Within six months?

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 150

A   Yes.

Q   Were the funds used for the items that you mentioned earlier like the thermometers and hand-washing stations and things of that nature, or do you know?

A   Yes, funds we received -- half of the funds were meant to defray, you know, those types of expenses, revenue losses, those kinds of things.

Q   And it's your understanding the CARES Act was a one-time -- one-time-only request?

A   For the CARES Act specifically, yes.

Q   Ms. Concepcion, do you think there is a contract between the students and the university when they enroll?

MR. BURNS: Objection.

THE WITNESS: Are you referring to the student financial responsibility agreement?

BY MR. DOOLITTLE:

Q   No, ma'am.  I'm asking you, do you think there is a contract between the students and RIT?

MR. BURNS: Objection.

THE WITNESS: I'm aware there is a financial responsibility agreement that outlines the responsibilities of each party.

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 151

BY MR. DOOLITTLE:

Q   Do you think that's a contract?

MR. BURNS: Objection.

THE WITNESS: I'm not a lawyer, so I call it the student financial responsibility agreement.

BY MR. DOOLITTLE:

Q   Do you understand in general terms what a contract is?

MR. BURNS: Objection.

THE WITNESS: I understand in layman's terms what it is.

BY MR. DOOLITTLE:

Q   As a comptroller, you're not in charge of dealing with contracts on a regular basis?

A   We deal with contracts.

Q   Okay.  So just, I mean --

A   We deal with commercial contracts.

Q   Okay.  So in your mind, is there in existence a contract between the students and the university once they pay tuition?

MR. BURNS: Objection.

THE WITNESS: There is a student financial responsibility agreement that outlines the responsibilities of the university and the student that they complete.

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 152

BY MR. DOOLITTLE:

Q   Other than that, do you think there are any other contracts between the university and the students, ma'am?

MR. BURNS: Objection.

THE WITNESS: I'm not aware of any other written contracts.

MR. DOOLITTLE: Mr. Court Reporter, can you pull up the message from Provost is what we titled it, March 19, 2020.

THE VIDEOGRAPHER: Yes, sir, I see it. Stand by.

(WHEREUPON, Plaintiff's Exhibit No. 6 was marked for identification only.)

BY MR. DOOLITTLE:

Q   Ms. Concepcion, can you see the document that's on the screen now that's titled a message from the Provost faculty preparing for online instruction?

A   Yes, I can see it.

Q   Are you familiar with this document?

A   I've seen it in the past.

Q   You would have received it when it was issued; would you not?

A   I'm not a faculty member.  It's addressed to RIT faculty.  So I probably did not receive it.

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 153

Q   So if things are addressed to faculty, they would not go to the comptroller?

A   No.  So communications that are aimed at faculty are specifically -- go to individuals who are faculty members at the university.  And then there are other communications that are broader -- more broadly distributed typically to a faculty staff, e-mail distribution or through the message center as faculty -- those communications are marked as faculty staff.

Q   Do you remember seeing this at any time during the spring of 2020?

A   There was a lot of different communications, so I don't specifically recall seeing this communication.

Q   I understand.  Do you recall seeing this recently in preparation for the deposition?

A   Yes, I -- it's one of the many documents I have looked at.

Q   Okay.

MR. DOOLITTLE: Can we scroll down to the fourth paragraph, please, Mr. Court Reporter.

BY MR. DOOLITTLE:

Q   Ms. Concepcion, do you see the paragraph that begins with as it was in the first half of the

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 154

semester?

A   Yes.

Q   Do you agree with this statement that says: Engagement with your students is of utmost importance, it is the secret sauce of the transformative educational experience for which the faculty of RIT has always been known?

MR. BURNS: Objection.

THE WITNESS: Yes, I would agree with that.

BY MR. DOOLITTLE:

Q   What do you think the term engagement means?

MR. BURNS: Objection.

THE WITNESS: Engagement means being connected with your -- with your students and ensuing that they can continue to make academic progress, that you are able -- that they are understanding what you are instructing them on.  It's that connection with the students, it's that caring for the students. And it was something that -- it became even more important when the modality transitioned.  It was even more important than ever to ensure that that engagement was there and that connection was there.

BY MR. DOOLITTLE:

Q   Why is that?  Why?

A   Because you have an unprecedented time, and

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 155

everybody is going through so very many things in their personal lives and in their student lives.  And that was very difficult.  It was also difficult for the faculty to transition to this modality.  And I believe it was really a very challenging situation.  So it became more important than ever to really ensure that students were engaged and continued to make progress and for faculty to be connected with students, and if -- you know, if they needed additional assistance, for faculty to go -- you know, to go out of their way to ensure that they had that assistance and that they can continue to make academic progress.  So the intent was that everybody was able to be successful, particularly our students who are the most important under very, very difficult and unprecedented times of a worldwide pandemic which we have never experienced before.

Q   When you say we, who are you talking about has never experienced a pandemic?

A   The whole world has never experienced a pandemic.

Q   You think this -- so you think COVID is first pandemic ever experienced?

MR. BURNS: Objection.

THE WITNESS: The first one I've

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 156

experienced.  And certainly --

BY MR. DOOLITTLE:

Q   You just said the whole world.

A   The first one the students who were RIT students have experienced.  So perhaps the Spanish flu was another pandemic that somebody else experienced. But in our lifetime, this is the first pandemic that we have experienced.

Q   Okay.  Because you're familiar with the polio pandemic, right, as well?

MR. BURNS: Objection.

THE WITNESS: I -- I'm not intimately familiar with it.

BY MR. DOOLITTLE:

Q   Were you aware that we'd experienced a polio pandemic?

MR. BURNS: Objection.

THE WITNESS: Is that important?  Were you there?  Because I wasn't there.  So I'm speaking off what the people in this Zoom room have experienced in their lifetime.

BY MR. DOOLITTLE:

Q   That wasn't my question, though, ma'am.

A   Well, perhaps that ads clarity.  For the seven people in this Zoom room, the first worldwide

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 13 of 31
Nicholas Bergeron and Nick Quattrociocchi, etc. v. Remote Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology    March 23, 2022

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 157

pandemic has been the COVID pandemic.

Q    Correct.

A    Uh-huh.

Q    I assume so.

MR. DOOLITTLE: Mr. Court Reporter, you can take down the exhibit now.  We're done with the exhibit, Mr. Court Reporter.

THE VIDEOGRAPHER: Yes, sir, stand by.

MR. DOOLITTLE: Thank you.

BY MR. DOOLITTLE:

Q    You mentioned polio -- you mentioned the swine flu pandemic.  Are you aware whether or not there was education in the university and college setting at the time during the swine flu?

MR. BURNS: She mentioned the Spanish flu pandemic of, what, 1918.  We're talking about 1918 here?

MR. DOOLITTLE: Is what -- I mean, is there a difference between the date 1918?

MR. BURNS: Okay.  Just so we're clear.  So we're asking this witness here in 2022 about her thoughts and feelings about the 1918 Spanish flu pandemic?  Is that we're doing?

MR. DOOLITTLE: Well, she said no educational experience has ever survived a pandemic,

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 158

which is all I'm just asking about.

MR. BURNS: Right.  And I'm sure this witness has great personal and institutional knowledge regarding RIT's response to the 1918 pandemic.

MR. DOOLITTLE: I have no idea until I ask the question.

MR. BURNS: Ask your question.

BY MR. DOOLITTLE:

Q    You're aware there was a pandemic in 1918, correct?

A    Yes.  I'm aware that there was a pandemic.  I don't know if 1918 was the specific year, but I'm aware of the Spanish flue as a pandemic.

Q    Is there a reason that RIT did not just take a pause instead of going online and remote and just wait until fall to start back again?

A    I'm not aware of a reason.  I think, as I mentioned earlier, the goal is to really ensure the students continue to make academic progress, and those who needed to graduate were able to graduate.  And, you know, that is a compelling reason for continuing to provide instruction via a different modality.

Q    Was another goal in deciding to use the different modality to continue to be able to be a

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 159

profitable institution?

MR. BURNS: Objection.

THE WITNESS: I am not aware that was the goal.

BY MR. DOOLITTLE:

Q    Not the goal, a goal.  You're saying the only goal that RIT hoped to achieve was continuing the student's education.  That's the only reason that they went online?

A    That is the reason -- the only reason I am aware of.  I'm not aware of other reasons, other than continuing the student's academic progress, the hours completion of the semester.  And that was certainly what was communicated.

Q    In your office as the controller, could RIT have survived with refunding tuition and fees to all the students in the spring of 2020 and picking up in the fall?

MR. BURNS: Objection.

THE WITNESS: I think that's speculative.  Tuition refunds were not really considered, so it's not an analysis that we did or completed of what the impact of that would have been financially.

BY MR. DOOLITTLE:

Q    What do you think the financial impact would

M. CONCEPCION - EX. BY MR. DOOLITTLE    Page 160

have been?

A    I don't know.  I don't know without doing the full analysis.  It's a large and complex organization, as I'm sure you can imagine.

MR. DOOLITTLE: We'll take a break and I'll be back in a minute.

THE VIDEOGRAPHER: Off the record 3:07.

(A recess transpired.)

THE VIDEOGRAPHER: Back on the record 3:09.

BY MR. DOOLITTLE:

Q    Ms. Concepcion, have I asked you any questions today that you didn't understand to which you provided an answer?

A    Not that I can think of.

Q    Is there any kind of clarification that you want to provide at this point?

A    Not that I can think of.

MR. DOOLITTLE: Thank you.  I don't have any other questions at this time.

MR. BURNS: Thank you very much.

THE VIDEOGRAPHER: This will conclude the 30(b)(6) video deposition of Rochester Institute of Technology.  We are off the record at 3:11 p.m. Eastern Standard Time on March 23rd, 2022.

(WHEREUPON, the deposition concluded at

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 14 of 31

Nicholas Bergeron and Nick Quattrociocchi enato Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology    March 23, 2022

Page 161

3:11 p.m., and the deponent waived signature.)

Page 162

STATE OF SOUTH CAROLINA        )
                               )C E R T I F I C A T E
COUNTY OF CHARLESTON           )

I, Holly Hiott O'Quinn, Independent Court Reporter and Notary Public for the State of South Carolina, certify that I did have Milagros Concepcion, the 30(b)(6) Witness, to appear before me at 10:38 a.m. on March 23, 2022, via Zoom video conferencing; that the witness was duly sworn and cautioned to tell the truth, the whole truth and nothing but the truth; that the foregoing pages constitute a true and accurate transcript of testimony given at the time and place.

I do further certify that I am not of counsel or kin to any of the parties to this cause of action, nor am I interested in any manner of its outcome.

IN THE WITNESS WHEREOF I have hereunto set my hand and seal this the 10th day of April, 2022.

_____
Notary Public for South Carolina
My Commission Expires March 21, 2026

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 15 of 31
Nicholas Bergeron and Nick Quattrociocchi et al.    Remote Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology    March 23, 2022

## $

**$1,034 (1)**
85:3
**$1,131 (1)**
85:18
**$10 (1)**
148:22
**$20 (2)**
111:16,19
**$300 (4)**
43:18;44:5,6,20
**$500 (2)**
147:23;148:2

## [

**[sic] (2)**
54:17;70:7

## A

**Abbott (2)**
4:19,19
**abide (1)**
37:21
**ability (3)**
76:3;98:16;140:3
**able (20)**
6:8,22;17:13;26:1,6;
32:18;35:3;61:19;
76:15;89:15;94:16;
118:18;119:3,6,9,10;
154:16;155:13;158:21,
25
**Absolutely (1)**
83:16
**academic (12)**
21:16;26:23;37:5,19;
41:8;96:7;134:2;
135:11;154:15;155:12;
158:20;159:12
**accept (1)**
45:17
**acceptable (1)**
42:12
**accepted (6)**
34:1;49:19;64:18,22;
65:13;69:17
**accepts (3)**
43:4;64:4,9
**access (21)**
17:16,18;46:7,15,24;
47:10,14,18,19,21,22,
23;48:1,1,9,10,12;
72:15;102:3,7;105:3
**accommodation (1)**
70:8
**accommodations (2)**
65:18;68:9
**account (44)**
16:5,7,9;17:20;18:9;

43:23,24;44:1,7,18,20,
22,22,24;45:1,2,7,8;
89:9,24;90:15;98:3,4;
99:6,15;104:25;105:1,
4,6;109:1;110:8,11,12,
13,14;111:17;115:13,
14,24;116:1,5,7,10,13
**accountant (6)**
9:22;10:2,3,6;112:9;
115:10
**accounting (8)**
8:6;9:8,11;113:11,
15;114:7;115:12,21
**accounting-wise (1)**
44:8
**accounts (14)**
8:7,8;13:25;14:19,
19;17:14;18:6,7,8,11;
45:3,5,6;110:10
**accreditation (6)**
34:19,24;35:4,8;
87:19,21
**accredits (1)**
35:2
**accuracy (1)**
58:9
**accurate (21)**
32:10,11;52:12;57:1,
4,5,10,13;58:4,17,24;
62:4,8;63:13,20;
112:10;114:12;117:22;
119:12;120:18,25
**ACH (2)**
98:17,21
**achieve (4)**
32:19;49:24;50:1;
159:7
**achieving (1)**
25:17
**acquire (2)**
127:12;129:17
**acquired (1)**
10:25
**acquiring (1)**
127:9
**across (3)**
58:20;62:18;108:17
**Act (19)**
97:13;145:2,3,22,24;
146:1,5,17,18;148:9,
13,15,16,18,19,20;
149:21;150:9,11
**active (1)**
17:15
**activities (8)**
14:13;103:5;109:25;
110:15,16;115:16;
116:2;118:25
**activity (14)**
101:4;102:11,17;
103:6,11,13;109:6,7,
10;110:17;115:23;
116:9;133:6;142:5

**actual (7)**
5:18;43:10;76:2;
98:25;111:14;112:23;
117:10
**actuality (1)**
44:9
**actually (17)**
22:11;32:8;44:21;
51:4;56:24;71:12;
75:15,24;82:6,13;91:4;
109:2;112:6;114:9,21;
115:3;136:3
**added (1)**
98:3
**additional (10)**
8:25;17:3;38:10;
40:6;85:18;103:22;
107:9;108:20;128:9;
155:9
**addressed (2)**
152:24;153:1
**addresses (1)**
31:8
**administration (3)**
12:24;15:21;19:22
**administrative (1)**
109:9
**administratively (1)**
109:6
**administrators (2)**
96:2,9
**admission (5)**
42:20,23;43:1;64:5,
10
**admissions (2)**
42:24;43:9
**admitted (5)**
43:4,7;45:18;50:15;
64:14
**ads (1)**
156:24
**advance (1)**
33:5
**advances (1)**
95:2
**advise (1)**
129:16
**affairs (1)**
21:16
**affect (1)**
127:8
**again (14)**
5:1;11:22;48:15;
61:21;72:1;75:22;82:2;
111:11;118:11;119:19;
122:1;130:16;142:17;
158:17
**against (4)**
7:5;44:18,20;109:1
**ago (6)**
23:2;27:19;51:8;
52:10,14;72:9
**agree (12)**

43:8;78:13;124:23;
125:8;142:1;143:18,
19,22;144:2,5;154:3,9
**agreed (2)**
124:2;142:20
**agreement (9)**
32:17,17,22;96:8,19;
150:17,23;151:5,23
**agreements (1)**
96:14
**ahead (2)**
72:5;83:14
**aid (10)**
43:3;55:19;81:22;
82:7,14,16,25;88:24;
99:12;146:8
**aimed (1)**
153:3
**air (3)**
128:23;129:2,3
**allocated (2)**
149:17,19
**allotted (1)**
149:13
**allow (2)**
53:5,12
**allowed (1)**
102:8
**allows (2)**
53:19;89:3
**always (3)**
131:5,6;154:7
**ambitions (1)**
13:15
**amongst (1)**
16:5
**amount (12)**
113:4;131:5;147:8,
11,19;148:23,24;149:4,
7,11,13,19
**analysis (3)**
121:10;159:22;160:3
**analyst (3)**
9:14,20;11:2
**Anastopoulo (1)**
4:19
**and/or (2)**
6:11;18:3
**angles (1)**
47:4
**answered (5)**
25:3;71:24;72:2;
133:17;135:5
**anymore (1)**
116:22
**anyplace (2)**
27:11;114:11
**apartment (6)**
72:12,13,16,17,20,21
**apologize (6)**
5:6;65:5;84:20;88:2;
99:22;148:25
**applicable (5)**

20:11,22;36:24;
39:10;103:1
**application (8)**
146:5,10,11,19;
148:15,25;149:10,11
**applied (5)**
43:3;44:19;49:16;
82:25;148:23
**applies (3)**
35:5;36:17;42:23
**apply (4)**
36:15,16;148:8,13
**appropriate (1)**
142:22
**approval (3)**
87:9,9,12
**approve (2)**
86:25;87:3
**approved (5)**
86:10,17,18,20;87:5
**approves (1)**
86:23
**Approximately (1)**
148:22
**aquarium (2)**
57:7,15
**archive (1)**
139:16
**area (5)**
7:20;12:13;13:2,2,2;
37:5
**areas (2)**
8:13,22
**arise (1)**
23:14
**around (2)**
44:21;45:19
**arrive (1)**
71:20
**arrived (4)**
50:9;51:14;71:1;
74:3
**articulate (5)**
32:12,15;33:9,15;
53:20
**articulation (3)**
32:17,22,25
**arts (1)**
25:10
**ascertain (6)**
76:6;82:11;114:24;
117:9;118:7;119:3
**ascertaining (1)**
138:6
**assessed (3)**
98:2;100:1;101:13
**assessment (1)**
17:3
**assets (1)**
14:12
**assist (2)**
19:5;146:21
**assistance (2)**

Case 6:20-cv-06283-CJS-MJP   Document 90-33   Filed 11/11/22   Page 16 of 31
Nicholas Bergeron and Nick Quattrociocchi et al.   Remote Video deposition via Zoom   Milagros Concepcion 30(b)(6)
Rochester Institute of Technology                                                   March 23, 2022

155:9,11
**assistant (9)**
7:25;9:6,10;12:5,7,
20;13:23;14:16;117:10
**Associate (6)**
7:24;8:18,19;9:4;
13:23;25:10
**associated (5)**
107:9;109:9,15;
127:25;128:2
**assume (16)**
5:17;19:16;23:5;
31:23;56:2,6;61:24;
62:7;63:2,15,16;79:1;
88:15;140:21,23;157:4
**assumed (1)**
8:24
**assumes (1)**
62:12
**assuming (3)**
8:19;106:8;135:23
**assumptions (1)**
100:9
**attend (10)**
31:18;50:16,20,22,
24;54:10;55:8;56:19;
81:18;82:24
**attendance (5)**
52:3,8,9,13,13
**attended (3)**
10:13;50:17;52:8
**attending (4)**
51:4;53:2,6,23
**attribute (1)**
131:15
**audit (1)**
14:9
**audited (1)**
14:8
**available (1)**
48:14
**award (5)**
28:12;29:22;30:3;
40:21;42:11
**awarded (1)**
146:18
**awards (1)**
14:10
**aware (75)**
22:2;24:17;27:14;
28:19,23,24,25;30:13,
23;31:7;34:15;35:4,7;
39:14;43:10;46:1,1,13;
47:6,8;53:5,14,19;
55:6;56:20;58:8,10;
62:3;67:12,16;70:8;
73:3,4,7;81:12;87:8,11,
14,16;100:14,19;
101:6;102:21;103:12,
14;104:10,17;117:16;
122:7;133:1,9,12;
134:8,11,12,14,17,19,
20,22;137:1,4,4;

142:16;150:22;152:6;
156:15;157:12;158:10,
12,13,18;159:3,11,11
**awhile (1)**
94:22

## B

**bachelor (6)**
26:11;27:16;28:4,9;
38:24;40:16
**bachelor's (1)**
26:9
**back (16)**
19:19;44:6;52:8;
64:1;71:8;73:16;92:10;
107:24;108:7;111:11;
129:20;143:6;145:10;
158:17;160:6,9
**background (1)**
10:19
**backwards (1)**
147:18
**bad (3)**
78:5,7,8
**balance (11)**
14:13;45:6;89:25;
90:10,12,15,17;110:7,
8,18;114:18
**ball (1)**
95:2
**bank (13)**
45:2,7,7,8;110:13,
14;115:13,13;116:1,5,
7,10,13
**banking (1)**
14:16
**based (5)**
58:10;66:8;68:10;
71:10,12
**Basically (2)**
99:14;134:20
**basis (1)**
151:14
**Bates (1)**
118:1
**bathroom (1)**
63:21
**bathrooms (1)**
128:23
**became (3)**
38:23;154:19;155:6
**becoming (1)**
8:21
**began (7)**
128:20;129:11,12,
14,16;130:11;139:8
**begin (1)**
97:23
**beginning (3)**
11:11;35:20;129:8
**begins (1)**
153:25

**behalf (2)**
7:4;60:24
**below (1)**
137:13
**benefit (1)**
105:23
**Bergeron (5)**
7:6;16:4;96:18;
119:15,23
**best (4)**
76:3,4;78:23;115:20
**beyond (1)**
147:24
**big (1)**
83:23
**bigger (2)**
84:14;121:18
**bill (20)**
11:5;98:25;99:3,4,6;
104:6,22;105:2,20,21,
24,25;111:19,20;
114:23,24,25;116:17,
18,21
**billed (1)**
99:2
**billing (2)**
11:6;18:10
**bills (2)**
99:10;114:4
**bit (3)**
93:24;109:18;130:3
**black (1)**
95:1
**blackish (1)**
83:23
**Blake (1)**
4:19
**blatant (1)**
57:8
**BlueJeans (1)**
128:15
**board (1)**
108:17
**boss (1)**
19:21
**both (2)**
16:9;116:19
**bottom (4)**
20:24;85:15;118:2;
119:16
**box (2)**
139:5,6
**break (4)**
63:21;91:17;145:5;
160:5
**breaks (1)**
145:16
**brevity (1)**
8:20
**briefly (1)**
10:23
**beginning (3)**
11:11;35:20;129:8
**bring (2)**
33:19;98:15

**broader (1)**
153:6
**broadly (1)**
153:6
**budget (10)**
100:6,7,8,9;111:2;
120:9,10,13,15;122:4
**building (1)**
112:4
**bulletin (67)**
22:9,11,14,18,24;
23:3,7,20,21,24,25;
24:1,2,3,4,7,10,13,15,
16,18,20,21,22;25:1,8,
16,22,25;26:3,15;
27:22;28:3,16,22,24;
29:4,7,8,15,21,24;30:6,
12,14,16,24;31:8;34:7,
10;35:13,16,19;36:7,
10;39:12,16;40:5,5,8,
15;41:21,24;52:15,24;
55:1;96:7
**bulletins (1)**
16:3
**Burger (1)**
4:16
**BURNS (155)**
4:13,13;5:11,19;6:9,
14;7:10;12:14;17:23;
20:13;22:7;23:11,19;
25:3,13;27:4;28:5;
29:13,25;30:8;31:4,12;
32:1;33:17;34:20;
35:23;36:4;38:15;
39:13,24;40:10,18;
41:1,10,17;42:5,13;
44:10;46:8,16;47:1,11;
48:21;50:5;51:6;52:18;
53:8;54:22;55:16;56:4,
12;58:14,25;59:8,15,
24;60:8,13;61:1,12;
62:1,10;63:18;64:12,
23;65:14,24;66:6,14;
67:2,11,19,23;68:7,15,
22;69:6,15,21;70:3,24;
71:9,24;72:18;73:6,14;
74:15,22;75:10,16;
76:1;78:15,22;79:5;
82:18;86:1;87:7;88:7;
91:16,20;92:2;94:17,
21;95:11,18,22,25;
96:16;97:4,9;100:22;
101:11,20;103:19;
106:10,15;111:6;
113:19;117:20,25;
124:16;125:1;131:20;
132:17;133:16;135:1;
138:11;139:21;140:5,
13,20,25;141:9,22;
144:11,20;145:5;
150:15,21;151:3,9,21;
152:5;154:8,12;
155:24;156:11,17;

157:15,20;158:2,8;
159:2,19;160:20
**Business (5)**
9:15,18,21;141:15,
18

## C

**cafeteria (1)**
67:5
**call (6)**
12:3;35:14;91:20;
92:3;118:16;151:4
**called (4)**
4:3;24:9,10,17
**came (8)**
37:24;40:2;50:9,15;
70:13;111:24;129:19;
137:22
**campus (13)**
47:16;50:2,19;51:22;
65:16,18;66:1;71:1;
101:23;103:4;128:21;
129:13;131:24
**can (109)**
4:25;6:14;7:15,21;
9:12;10:23;12:15;
17:25;19:13;22:3,7;
24:2;25:11,20,20;
27:15;32:14,16;33:12;
37:7,21,23;52:16;
53:22,24;54:17,20;
55:4;58:3;63:5,6,11,
11;64:7,21;65:2;70:9;
71:25;72:11;75:24;
77:2,5;79:17;80:25;
83:11,14;84:1,2,6,7,14,
22;85:9,15;86:13;88:1;
89:13;90:3,10;91:13,
25;92:15;93:6,24;
94:13,22,23;95:9,17;
98:15;106:5,7,8;107:5;
113:2,9;114:24;
115:20;117:6,15;
119:19;120:3;121:2,
16,18,20,21,25;122:1,
15;127:4;131:15;
132:9;134:21;135:7;
143:24,24;145:5;
149:12;152:8,16,19;
153:21;154:15;155:12;
157:5;160:4,14,17
**capability (2)**
139:19,24
**capable (3)**
32:24;36:9;118:7
**capacity (1)**
10:10
**caption (1)**
4:9
**card (3)**
98:16,17,21
**care (1)**

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 17 of 31
Nicholas Bergeron and Nick Quattrociocchi et al.    Remote Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology    March 23, 2022

25:10
**career (2)**
    13:17;15:8
**CARES (19)**
    97:13;145:2,3,22,23;
    146:1,5,16,18;148:9,
    13,15,16,18,19,20;
    149:21;150:9,11
**caring (1)**
    154:18
**case (5)**
    19:6;22:19,23;81:23;
    145:17
**cases (1)**
    33:12
**cash (10)**
    45:2,7;98:15,21;
    109:3;110:14;111:24;
    113:22;114:6,14
**catch (2)**
    64:8;97:21
**center (27)**
    89:4,5;101:22;102:4,
    5;103:4;110:22;111:5,
    7,9,18,22,25;112:2,3,
    13,13,14,18,24;113:5,
    9,24;114:10,17;
    115:19;153:8
**certain (2)**
    21:8;113:4
**certainly (3)**
    117:22;156:1;159:13
**cetera (1)**
    25:6
**chain (1)**
    129:25
**challenging (2)**
    129:25;155:5
**Chambers (1)**
    146:8
**change (14)**
    36:12,14,18,19,23,
    25;37:10;38:2,4,12,18;
    39:20;143:7;144:10
**changed (4)**
    39:4;40:6;124:15;
    126:1
**changes (3)**
    21:25;36:17;37:14
**changing (1)**
    36:9
**charge (19)**
    20:6;21:14;82:15;
    84:25;98:6;100:13;
    104:3,4,7;118:15;
    130:17,19,24;144:19,
    21,23,23,24;151:13
**charged (23)**
    85:18;100:15,21,24,
    25;101:9,16;102:1,11,
    15,17;103:13,16,17;
    104:10,12,14;105:7;
    107:1;117:12,18;

118:12;131:5
**charges (2)**
    44:19;128:9
**chart (1)**
    12:12
**chats (1)**
    145:19
**cheaper (4)**
    81:18,20;82:11;83:4
**check (3)**
    43:9;98:22;147:6
**checks (2)**
    98:13,15
**child (1)**
    18:23
**choose (10)**
    37:21;43:1;55:9;
    60:18;85:24;86:3,8,11;
    140:10,11
**chooses (1)**
    55:20
**chose (3)**
    26:5;55:10,19
**circumstances (1)**
    73:8
**Citibank (1)**
    11:4
**citizen (1)**
    64:24
**claims (1)**
    94:14
**clarification (1)**
    160:15
**clarify (3)**
    106:10;107:10;132:9
**clarity (1)**
    156:24
**class (33)**
    31:11,18,19;34:8,12;
    38:3,8;50:20;51:5,22,
    23,24,25;52:4;53:7;
    55:4;80:10;81:3,3;
    88:16;91:7;106:18,25;
    107:1,6,9;108:18,21,
    22;109:10;126:19,20;
    127:1
**classes (48)**
    30:25;31:3,3,8,15,
    23;32:8;34:15;50:14,
    22,24;51:25;52:1,6,7,9,
    13,17;53:2,16,18,21,
    23;55:1;79:12,20,23;
    80:4,5,6,7,11,14,15,20;
    81:13;86:13;87:5,12;
    89:3,4,11,16;90:4;
    106:22,24;107:3,23
**classified (1)**
    119:1
**classmate (2)**
    126:24,25
**classrooms (3)**
    50:2;125:20;129:1
**clean (1)**

92:13
**clear (6)**
    5:20;22:15;108:7;
    110:6;125:12;157:20
**cloth (1)**
    129:3
**clothes (1)**
    126:25
**code (1)**
    65:6
**colleagues (4)**
    6:18,20;19:23;97:11
**collect (5)**
    97:18,20,25;112:12;
    116:24
**collected (5)**
    96:11;98:3,4;112:6,
    19
**collecting (3)**
    104:5,8;111:21
**collection (1)**
    18:10
**collects (3)**
    18:5,7;109:14
**College (13)**
    9:14,18,21;49:7;
    50:8;51:9,10,11,11,12,
    13;122:2;157:13
**colleges (1)**
    34:2
**combined (2)**
    109:19;146:6
**coming (2)**
    10:22,24
**commercial (1)**
    151:17
**committees (1)**
    129:16
**common (1)**
    141:16
**communicated (1)**
    159:14
**communication (1)**
    153:15
**communications (6)**
    20:1;96:8;153:3,6,9,
    13
**community (5)**
    14:18;64:25;65:9;
    127:14;129:5
**compelling (1)**
    158:22
**compilation (1)**
    21:17
**compiling (1)**
    96:9
**complaint (1)**
    94:15
**complaints (1)**
    137:2
**complete (7)**
    10:18;25:23;39:1;
    43:10;86:14;89:13;

151:25
**completed (6)**
    28:10;29:20;41:25;
    89:16;91:8;159:22
**completing (1)**
    41:23
**completion (3)**
    29:23;41:7;159:13
**complex (1)**
    160:3
**complied (1)**
    40:3
**complies (1)**
    40:14
**comply (3)**
    28:2;39:5,21
**component (1)**
    107:7
**components (1)**
    14:12
**comptroller (3)**
    120:22;151:13;153:2
**computer (4)**
    16:11;17:10,14;25:9
**Concepcion (46)**
    4:3,21;5:2,3,12,24;
    6:22;7:2;15:13;18:17;
    22:13;23:23;24:7;
    25:16;26:8;28:18;
    30:17;35:15;36:6;
    38:23;41:20;48:20;
    50:12,21;51:19;52:1;
    56:16;64:4;77:1,19;
    84:3,11;85:16;91:24;
    93:15,16;95:20;97:18;
    112:17;120:3;121:16;
    145:13;150:12;152:16;
    153:24;160:11
**concerned (1)**
    26:23
**concerning (6)**
    96:2,10,18,23;97:5,
    13
**conclude (2)**
    28:6;160:21
**concluded (1)**
    160:25
**conclusion (1)**
    75:17
**conduct (2)**
    65:6;131:25
**conducts (1)**
    34:16
**conferred (1)**
    6:18
**congregate (2)**
    130:16;131:22
**congregation (1)**
    87:17
**connected (2)**
    154:14;155:8
**connection (5)**
    18:25;19:9;107:13;

154:17,22
**consider (2)**
    24:3;124:13
**considered (7)**
    8:2;43:2;124:12,19;
    133:25;135:12;159:21
**constituting (1)**
    24:21
**consult (1)**
    118:24
**consuming (1)**
    124:20
**contain (3)**
    26:14,15,19
**contained (3)**
    105:1;117:14;122:9
**contains (4)**
    24:20;30:18;94:4;
    99:11
**context (1)**
    72:24
**continue (7)**
    89:3;124:11;135:10;
    154:15;155:12;158:20,
    25
**continued (4)**
    130:11,13;143:8;
    155:7
**continuing (9)**
    123:12;124:18;
    133:24;134:1,1;
    135:10;158:22;159:7,
    12
**contract (5)**
    150:13,20;151:2,8,
    19
**contracts (7)**
    24:22;96:14;151:14,
    15,17;152:3,7
**contribute (1)**
    21:18
**control (1)**
    132:2
**controlled (1)**
    128:22
**controller (24)**
    7:24;8:5,16,18,20,
    21;9:5,6;12:2,2,5,7,13,
    19,20;13:1,23,23;
    98:10;117:10,11;
    118:13;122:13;159:15
**controller's (3)**
    8:23;12:8;18:12
**controls (1)**
    126:12
**conversation (2)**
    134:15;136:5
**conversations (1)**
    136:10
**co-op (1)**
    32:5
**copies (4)**
    16:11,12;116:23;

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 18 of 31
Nicholas Bergeron and Nick Quattrociocchi et al.   Remote Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology    March 23, 2022

146:15
**copy (5)**
5:25;6:2;27:20;93:4;
116:22
**Coronavirus (1)**
146:23
**Corporation (1)**
11:4
**correspondence (3)**
137:8;139:10;140:16
**corresponding (1)**
29:22
**cost (6)**
101:22;103:4;109:5;
112:14,18;113:4
**costs (5)**
109:5;110:3;112:2;
127:17;146:22
**Counsel (9)**
4:4,8,9;15:16,18,22;
94:5;123:5;133:23
**counselors (1)**
137:19
**course (17)**
32:3,12,19;33:15;
38:1,3;40:4,6,15;
80:25;81:1;91:4,9;
109:17,19;110:24,25
**courses (15)**
26:16;27:2,7,18;
31:21;33:4,19,23;34:1;
38:7;80:17,24;86:15;
89:14;109:16
**coursework (1)**
29:20
**Court (17)**
83:11;85:10;87:25;
92:22,25;119:14;
121:2,5,7,8;122:15,17;
144:7;152:8;153:22;
157:5,7
**cover (9)**
109:5,7,8;110:5,20;
111:3,8;112:2,16
**covering (1)**
96:19
**covers (2)**
101:21;110:1
**COVID (5)**
128:25;130:5,7;
155:22;157:1
**COVID-related (1)**
131:12
**credit (22)**
31:18;33:7,19;38:3;
44:4,18;52:4;85:3,17,
18;89:11;90:4,9,14,18,
21,22;91:4;98:16,17,
21;99:4
**credit-bearing (1)**
86:23
**credited (2)**
44:7;109:1

**credits (10)**
25:18;27:2;32:25;
33:5,6,9;38:1;44:12;
90:6,13
**crossed (1)**
145:14
**curious (1)**
98:24
**current (2)**
11:22;89:8
**Currently (3)**
13:14;49:16;137:21
**curtailing (1)**
127:17
**custodian (1)**
10:16
**customers (1)**
98:16

**D**

**dash (1)**
83:17
**data (1)**
96:9
**date (2)**
124:5;157:19
**dated (9)**
5:14,15;6:10,21;
93:23;94:9,10,24,25
**daughter (1)**
105:22
**Davis (1)**
10:25
**day (1)**
130:2
**days (3)**
105:19;106:7;108:11
**deal (6)**
49:11;127:12,12,13;
151:15,17
**dealing (2)**
128:5;151:14
**debits (1)**
44:11
**deceit (2)**
57:20,21
**deceive (1)**
58:2
**December (1)**
6:10
**decide (3)**
142:24;144:6,7
**decided (1)**
42:11
**deciding (2)**
135:15;158:24
**decision (22)**
37:4;55:8;59:11;
60:6;96:3;122:22;
123:7,9;124:10,23;
132:18,21;142:1,23;
143:12,15,21;144:4,12,

13,16,17
**decision-making (6)**
59:21;60:2,17;61:15;
123:5,24
**decisions (2)**
59:3;100:9
**decreased (1)**
38:8
**deduct (1)**
52:23
**deemed (1)**
37:19
**defendant (5)**
4:13,16,18;18:22;
96:15
**defendant's (1)**
94:14
**deficit (1)**
112:16
**define (1)**
77:18
**Definitely (1)**
54:18
**definition (1)**
24:6
**defray (5)**
103:4;109:15;
110:21;146:21;150:7
**degree (89)**
25:9,11,18,20,23;
26:1,4,5,7,8,17,22;
27:3,8,13,24;28:1,12,
13;29:9,23;30:2,3,10,
15,20;31:15,20,22,24,
25;32:3,7,20;33:1,10,
16,23;34:3;35:2;36:11,
12,16,22,22;39:2,6,19,
23;40:3,7,9,17,21,22,
25;41:4,4,7,13,16,23;
42:1,1,3,7,8,12,16,17;
50:25;51:4;52:17;53:2,
6,13,19,20;80:12;81:6;
82:1,5,6;83:7,8;86:8,
14,23,23
**degrees (16)**
25:25;29:17;30:18;
35:1;41:12;53:5,11,12,
22;86:8,10,11,12,16,
18;87:3
**delineate (1)**
31:2
**deliver (1)**
125:17
**delivered (1)**
143:9
**delivery (1)**
147:6
**delta (3)**
112:16;113:7;115:19
**demand (1)**
130:9
**deny (2)**
41:23;68:5

**departed (1)**
11:2
**department (14)**
11:5;12:21,22;14:22;
17:21;18:12;20:1,4;
21:4,7;37:25;86:22;
99:24;149:4
**departments (9)**
20:10,15,20,24;21:1,
6,18;96:6;100:3
**depend (1)**
82:15
**depending (1)**
148:3
**depends (5)**
21:9;38:6;86:7,7;
106:17
**depict (2)**
54:16,20
**depicted (1)**
62:14
**deponent (1)**
161:1
**deposed (3)**
18:16,25;19:3
**deposit (17)**
43:12,13,14,15,16,
23;44:1,3,5,16,17,18,
20,24;72:14,20,25
**deposited (5)**
110:8;112:23;
115:23,25;116:1
**deposition (22)**
4:7;5:18,25;6:2,7;
15:14,19;16:1,14,21;
17:18;18:20;92:22,23;
93:20;95:15;97:5;
123:4;125:15;153:17;
160:22,25
**depositions (1)**
18:19
**deposits (1)**
45:3
**derived (1)**
115:17
**describe (6)**
22:3;45:23;46:3,6,
14;54:2
**described (2)**
46:10;148:4
**describing (1)**
46:24
**design (1)**
20:11
**designated (1)**
6:24
**designs (1)**
100:6
**despite (3)**
89:17;124:14;136:1
**detail (1)**
25:21
**detailed (1)**

6:15
**details (1)**
33:2
**determine (4)**
58:16;100:13;
117:18;118:12
**determined (3)**
99:23;100:2;149:4
**difference (27)**
22:17;23:6;57:18;
80:13,21;81:13;
101:18;108:11;110:5;
125:3,6,6,8,9,10,11,13;
126:15,17,18,19;127:3;
134:6,12,19;135:18;
157:19
**differences (6)**
35:7;126:22,23;
127:3,4;135:14
**different (40)**
11:25;13:15;21:1;
24:17;25:6;30:20;
33:11;38:17;47:3,4;
55:21;57:23;63:6;
82:12;87:3;105:12,15,
20,21,24;106:1,1,4,19,
21,23,23,25;107:3;
109:18;116:3;123:12;
125:16;126:8,10;
143:10;144:24;153:13;
158:23,25
**differential (3)**
80:17,19;81:16
**differently (1)**
87:1
**difficult (7)**
14:23;62:19;76:6,21;
155:3,3,15
**diligence (2)**
130:4,10
**dining (4)**
132:4,4,13,22
**diploma (1)**
40:16
**direct (4)**
12:9;141:6;147:2,4
**directly (2)**
13:19;21:11
**Director (8)**
9:8,10;11:3;13:24,
25;14:1,2;146:8
**disagree (7)**
143:13,16,18,19,22;
144:3,15
**disclaimer (4)**
24:20;35:15;36:3,7
**discontinue (1)**
132:21
**discontinued (2)**
124:19;128:14
**discount (1)**
122:2
**discovery (1)**

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 19 of 31
Nicholas Bergeron and Nick Quattrociocchi et al.    Remote Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology    March 23, 2022

19:6
**discuss (6)**
  25:20;123:5,24;
  132:11;148:8,10
**discussed (8)**
  10:11;123:21;132:8,
  9;133:13;136:11,14;
  142:19
**discussion (7)**
  124:7;131:17;134:5;
  135:13,24;136:2,9
**discussions (12)**
  122:23,24;123:1,3;
  124:4;132:15,25;
  134:9,22;135:17,21;
  145:15
**disinfectant (1)**
  128:21
**dispensers (2)**
  128:22,24
**dispute (1)**
  85:5
**distance (7)**
  96:4;97:1,15;125:4;
  126:9,20;129:6
**distributed (1)**
  153:7
**distribution (1)**
  153:8
**diversity (1)**
  47:15
**divide (1)**
  33:25
**division (3)**
  15:4;21:16;42:24
**doctor (1)**
  114:16
**doctors (1)**
  112:3
**document (25)**
  7:13,14;22:25;24:9,
  10,17;27:20;84:10,24;
  85:10;91:11;93:21;
  94:4,11;118:1,3,9;
  120:3,6,12;121:16,25;
  122:9;152:16,20
**documents (19)**
  15:15,17,25;16:2,6,8,
  10,19,24;17:4,7;19:9;
  24:5;43:7,8,11;84:20;
  119:4;153:18
**dollar (17)**
  109:20;110:23,24,
  24;111:15,20;112:11;
  113:1,2,22,23;114:4,
  20,23,24,25;147:21
**dollars (11)**
  111:23;112:5,15;
  113:7;114:9,14,17;
  115:25;116:11;147:13,
  15
**dollar-specific (1)**
  149:11

**done (5)**
  15:18;115:7;144:18,
  23;157:6
**DOOLITTLE (215)**
  4:11,11,24;5:16,23;
  6:9;7:1,17;12:18;18:2;
  20:19;22:8,11,12;
  23:13,22;25:7,15;
  27:10;28:7;29:19;30:4,
  11;31:6,16;32:6;33:20;
  34:23;36:1,5;38:21;
  39:17;40:1,13,23;41:5,
  14,19;42:9,18;44:13;
  46:12,22;47:5,17;49:1;
  50:10;51:17;52:20,25;
  53:10;54:25;55:24;
  56:7,15;58:18;59:5,12,
  18;60:3,9,21;61:3,17;
  62:5,24;63:22;64:3,16;
  65:1,20;66:3,10,18;
  67:7,14,20;68:3,11,18,
  25;69:10,16,24;70:12;
  71:3,15;72:2,4,22;
  73:10,19;74:17;75:3,
  13,20,21;76:12,24;
  77:14;78:19,25;79:6;
  82:21;83:11,13,16,21,
  25;84:2,5,9,18;85:9,13,
  14;86:4;87:10,25;88:2,
  3,11;91:10,13,18,22,
  24;92:5,12,21;93:3,6,
  13,14;94:6,8,18;95:6,
  16,19,24;96:13,21;
  97:2,7,17;101:1,14,24;
  103:21;106:13,20;
  111:10;114:1;117:23;
  118:5,10,16;119:14,20,
  25;120:2;121:2,7,12,
  15,24;122:15,20;
  124:22;125:2;132:6,
  24;133:19;135:3,6;
  138:14;139:23;140:8,
  17,22;141:4,11,17,25;
  144:14;145:1,7,12;
  150:18;151:1,6,12;
  152:1,8,15;153:21,23;
  154:10,23;156:2,14,22;
  157:5,9,10,18,24;
  158:6,9;159:5,24;
  160:5,10,18
**dotted (1)**
  145:14
**doubt (2)**
  120:24;122:8
**down (9)**
  19:18;84:22;91:12,
  14;93:24;119:15;
  148:4;153:21;157:6
**Dr (5)**
  15:21;123:18,19;
  124:2;133:23
**draft (4)**
  20:11,16;22:3,6

**drafting (9)**
  20:21,25;21:2,5,14,
  19;96:6;146:4,10
**dryers (1)**
  128:23
**due (3)**
  130:4,10;134:3
**duly (1)**
  4:22
**during (11)**
  36:24;52:2;81:4;
  96:5,25;97:16;117:19;
  137:8;145:15;153:12;
  157:14
**duties (5)**
  14:5;64:6,21,24;
  65:12
**duty (4)**
  64:11,17;65:22;66:4

**E**

**earlier (8)**
  104:23;107:11;
  110:6;133:18,22;
  135:5;150:3;158:19
**early (1)**
  81:5
**earmark (1)**
  113:1
**earmarked (8)**
  13:5;110:24;111:17,
  20;112:11;113:13;
  114:15;149:8
**easier (1)**
  94:18
**Eastern (1)**
  160:24
**eating (1)**
  65:18
**economic (1)**
  49:24
**economics (1)**
  26:10
**Ed (2)**
  15:7;89:4
**Education (22)**
  10:25;48:18;49:4,23;
  50:2;51:16,19,21;83:4;
  86:22;88:5;125:21;
  126:1,7;127:7;134:6,
  24;135:15,15;149:5;
  157:13;159:8
**educational (3)**
  52:2;154:6;157:25
**Edward (1)**
  14:25
**effect (1)**
  89:21
**effects (1)**
  99:14
**effort (2)**
  130:6;146:6

**either (10)**
  18:23;43:1,4;63:11;
  92:13,21;131:25;
  136:16;143:24;147:4
**elective (1)**
  38:10
**electives (1)**
  38:7
**electrical (13)**
  26:10,12,18,22;27:3,
  13,17,23;28:4,9;36:11;
  37:25;39:19
**electronic (5)**
  16:12;27:3;38:24;
  147:5,5
**Element (1)**
  10:25
**else (13)**
  12:10;22:10;23:4;
  27:11;30:16,21;103:1;
  104:4;114:11;115:8;
  123:19;139:9;156:6
**else's (1)**
  123:14
**elsewhere (1)**
  28:20
**e-mail (21)**
  45:17;46:10,17;
  48:19;91:6;98:25;99:2,
  6;104:24;116:19,20;
  136:12,15;137:15;
  138:2,18;139:1,4,7,14;
  153:7
**e-mails (10)**
  136:13;137:18;
  138:1,23;139:11,17,17;
  140:7,15;145:19
**emergency (1)**
  146:20
**employed (1)**
  10:9
**employee (7)**
  10:8,12,14,21;11:15,
  18;105:23
**employees (1)**
  12:8
**employment (2)**
  11:8,9
**end (2)**
  97:21;134:4
**endless (1)**
  77:7
**engaged (1)**
  155:7
**Engagement (4)**
  154:4,11,13,22
**engineering (14)**
  26:10,12,18,22;27:3,
  13,17,24;28:4,9;36:11;
  37:25;38:24;39:19
**English (4)**
  38:1,1,3,3
**enough (3)**

  12:19;25:21;111:2
**enroll (7)**
  44:4,5,17;54:17;
  83:8;86:12;150:14
**enrolled (16)**
  36:15,23;37:24;
  38:23;41:22;48:13;
  50:14;64:18;80:10;
  81:24;82:3,4;85:11,17;
  87:22;88:4
**enrolling (4)**
  81:25;86:6;89:6,9
**enrollment (13)**
  15:3;39:8;42:19,24;
  43:14,16,23;44:1,3,17,
  18;64:22;96:10
**enrolls (1)**
  39:18
**ensuing (1)**
  154:14
**ensure (6)**
  111:2;119:11;
  154:21;155:6,11;
  158:19
**entered (2)**
  39:9;125:20
**entering (1)**
  36:24
**entice (3)**
  54:9;55:10;56:19
**entire (3)**
  9:2;57:7;74:1
**entitled (3)**
  28:3;110:15;118:8
**environment (2)**
  130:1,15
**et (1)**
  25:6
**evaluate (1)**
  38:18
**evaluated (2)**
  37:9;58:9
**evaluation (1)**
  58:16
**even (4)**
  125:18;130:12;
  154:19,21
**event (2)**
  75:1,11
**eventually (1)**
  83:10
**everybody (3)**
  127:21;155:1,13
**everyone (3)**
  12:10;84:1;130:6
**evolving (1)**
  131:23
**exact (4)**
  11:24;62:14;118:2;
  147:21
**exactly (12)**
  16:16;17:24;34:14;
  36:21;43:17;52:11;

Case 6:20-cv-06283-CJS-MJP   Document 90-33   Filed 11/11/22   Page 20 of 31
Nicholas Bergeron and Nick Quattrociocchi et al.
Rochester Institute of Technology                    Remote Video deposition via Zoom                    Milagros Concepcion 30(b)(6)
March 23, 2022

75:4;76:25;80:8;
112:11;135:2;147:8
**examination (2)**
4:3,23
**example (10)**
25:12;32:5;37:7,23;
73:16;107:5,7;108:8,
17;132:13
**examples (1)**
127:22
**exceed (1)**
112:14
**excellence (1)**
14:3
**except (1)**
108:17
**excess (3)**
110:3;113:5;129:2
**excuse (3)**
25:1;26:15;92:23
**Executive (6)**
13:24,24,25;14:1;
127:20;146:7
**Exhibit (16)**
92:16,19,23;93:8,17,
19;117:18,21;118:17;
121:3,13;122:16,18;
152:13;157:6,7
**exhibits (7)**
16:15;17:17;83:12;
88:10;92:14;117:6,14
**exist (1)**
48:25
**existed (1)**
21:23
**existence (2)**
139:8;151:18
**expand (1)**
123:6
**expect (5)**
52:22,23;54:17,20;
79:8
**expectation (2)**
50:7;76:20
**expectations (3)**
48:23;49:5,11
**expected (3)**
72:10;79:20,22
**expenditures (4)**
111:3;128:2;129:23;
131:13
**expenses (15)**
109:9,15;110:1,20,
22;111:1,8;112:25;
113:14;127:25;128:4,
12;129:7,9;150:8
**expensive (1)**
109:18
**experience (8)**
10:19;45:23;46:3,5;
73:17;126:6;154:6;
157:25
**experienced (12)**

125:23;127:25;
155:16,19,20,23;156:1,
5,6,8,15,20
**expertise (1)**
7:20
**explain (3)**
19:13;65:2;115:21
**explained (3)**
57:25;106:6;115:12
**explaining (1)**
19:12
**extensive (1)**
15:15
**extent (2)**
6:11;72:10
**external (1)**
14:6

## F

**facilities (5)**
46:6,15,21;54:2,3
**facility (3)**
56:17,20,24
**fact (15)**
56:2,11;60:23;61:25;
62:8;63:3;70:21;89:17,
23;90:20;91:1,4;
124:14;136:2;140:18
**factor (2)**
59:10,21
**factors (1)**
55:23
**facts (2)**
76:16;80:4
**factual (4)**
76:3,16;78:24;79:1
**factually (2)**
71:12;76:5
**faculty (20)**
47:15,19,20,23;48:2,
10;129:15;152:18,24,
25;153:1,4,5,7,9,9;
154:6;155:4,8,10
**fair (10)**
11:17;12:19;13:16;
29:2;38:14;73:21;83:5;
90:19;95:21;135:23
**fall (7)**
81:14;98:7;99:18;
129:22;130:19;158:17;
159:18
**familiar (32)**
14:25;17:5;19:25;
20:10,14,16;21:12,22;
22:5;23:25;24:5;26:4;
32:21;33:2,25;34:18,
24;42:19;45:11;53:16,
18;80:8;84:10;87:2,20;
93:17,21;120:21;
148:24;152:20;156:9,
13
**familiarity (1)**

42:21
**family (4)**
49:7,25;50:8;107:19
**far (8)**
10:20;26:22;94:1;
106:6;107:18;113:11;
119:16;142:7
**far-fetched (1)**
68:1
**father (1)**
51:11
**favor (14)**
36:18,20;37:1,3,6,11,
15,18,21;38:4,5,11,14,
20
**federal (7)**
11:5,7;14:10;147:12,
14,16,17
**fee (74)**
43:12,13;65:22,23;
66:1,5,7,13;96:3,24;
97:18,25;101:3,4,10,
13,17,21;102:1,11,17;
103:3,7,9,10,11,13;
106:5,19,21;107:3,9;
108:1,20,24,25;109:4,
7,11,22;110:1,10,16,
16,17,21;111:12,15;
112:1,6,7,12,15,22;
113:12,13;114:8;
115:3,15,18,23,23;
116:9;120:19;133:2,5,
6,7;142:9,11,12,13,14,
14
**feel (8)**
7:19;29:6,6,21;78:5,
7,8;84:20
**feelings (1)**
157:22
**fees (90)**
17:22;18:3;64:14,18;
88:13,17,23;89:1,2,8;
90:3,5;96:11;97:20,23;
98:2,2,11;99:11,23;
100:1,2,5,10,11,13,15,
17,18,21,24;101:8;
103:16,22,25;104:3,5,
10,13,14,16,20;105:7;
106:11,14,16,23,25;
107:15,16,18,22,25;
108:3,4,12,16;109:15;
110:4;111:21;112:18;
113:6;116:5,9,15,24;
117:12,18;118:12;
120:7;121:9;130:24;
131:1;133:4,8,20;
136:16,21;142:3,4,5,6,
15,18,21;143:3,4;
144:10,13;159:16
**felt (1)**
16:25
**Fernando (1)**
4:15

few (8)
11:23;15:7;35:20,22;
43:18;122:21;147:13,
15
**figure (10)**
19:18;26:21;27:12;
95:8;99:1;111:14;
115:2,10;138:21;149:1
**fill (1)**
99:3
**filled (3)**
149:9,9,10
**finance (2)**
12:23;19:22
**financial (40)**
8:6,7;9:14,20;11:2,3;
14:1,6,8,11,21;15:21;
18:5,11;43:3;55:19;
81:22;82:7,14,16,25;
83:18,22;88:24;96:7,
19;98:5,6,9;118:24;
119:5;137:15,19;
138:13;146:8;150:17,
23;151:5,22;159:25
**financially (1)**
159:23
**find (8)**
19:20;34:11;55:4,6;
80:6,9;137:6,25
**finding (1)**
137:23
**fine (3)**
91:22,23;92:4
**finished (1)**
40:4
**finite (1)**
77:6
**Firm (1)**
4:20
**first (20)**
4:22;5:19;10:7;
11:25;35:17,20,22;
38:25;49:6,8,9;83:12;
92:15;94:13;153:25;
155:22,25;156:4,7,25
**fiscal (2)**
119:17,21
**fits (2)**
19:13,16
**five (2)**
137:21,23
**fixed (1)**
14:11
**flu (5)**
156:5;157:12,14,15,
22
**flue (1)**
158:14
**folder (1)**
139:7
**followed (1)**
123:23
**following (5)**

37:8;89:7;97:10;
100:7;107:2
**follows (2)**
4:22;112:11
**food (1)**
65:19
**foresee (1)**
67:3
**formula (1)**
149:6
**forward (2)**
7:22;124:3
**found (5)**
28:15,17;30:5;39:11;
58:13
**four (1)**
96:14
**fourth (1)**
153:22
**free (1)**
84:20
**freshman (1)**
125:19
**front (1)**
95:7
**full (2)**
113:9;160:3
**full-time (1)**
85:21
**fully (1)**
60:12
**function (1)**
14:17
**functions (1)**
14:14
**fund (3)**
114:10;115:5;145:2
**funding (8)**
97:14;146:1,19;
148:16,17,19,21;149:2
**funds (17)**
111:2;113:12;145:3,
22;146:5,17,18,21,24;
148:9,11,13;149:21,23;
150:2,6,6
**future (5)**
36:13,16,17;89:10;
90:1

## G

**gamut (1)**
77:5
**gap (1)**
113:21
**gather (1)**
19:8
**gave (3)**
108:8,17;132:13
**general (16)**
7:12;45:1,5,18;
99:25;102:21;110:12,
21;112:7,25;113:15;

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 21 of 31
Nicholas Bergeron and Nick Quattrociocchi et al.
Rochester Institute of Technology
Remote Video deposition via Zoom
Milagros Concepcion 30(b)(6)
March 23, 2022

115:4;120:22;123:21;
147:21;151:7
**generate (1)**
54:8
**generated (1)**
44:19
**gets (2)**
44:7;115:3
**G-I-F-S (1)**
9:25
**gift (1)**
9:23
**gifts (7)**
9:22,24;10:1,2,3,3,5
**G-I-F-T-S (1)**
10:1
**given (1)**
132:5
**goal (7)**
54:9;158:19,24;
159:4,6,6,7
**goes (12)**
14:11;43:23;45:1;
89:9;100:7;109:4,20;
110:13;111:15;113:4,
23;115:15
**Good (8)**
4:25;5:3;25:11;
71:23;93:15;142:18,
25;143:2
**Gotcha (2)**
13:18;148:6
**government (1)**
11:7
**grade (4)**
90:16,22,25;91:7
**grades (4)**
89:14;90:7,9;135:11
**graduate (11)**
24:1,12;25:9;27:9;
33:5;81:1,6;134:3,3;
158:21,21
**grandfathered (1)**
39:6
**grant (1)**
147:16
**grants (1)**
146:20
**grateful (1)**
49:11
**great (4)**
49:11;92:5;127:12;
158:3
**greater (1)**
130:20
**grew (2)**
49:13,15
**gross (1)**
122:12
**guess (2)**
83:2;84:25
**guidance (1)**
14:9

**guide (2)**
29:16;36:8
**guidelines (1)**
25:17
**guiding (1)**
24:24

**H**

**Half (7)**
92:2,4;128:25;
146:20,24;150:6;
153:25
**halfway (1)**
125:24
**halls (1)**
132:13
**hand (1)**
25:21
**handbook (31)**
21:11,12,15,20,22;
22:1,4,6,8,13,17,25;
23:5,6,9,15,17,20,24;
24:2,4,7,9,14,17,25;
25:4;26:14;27:1;28:10;
31:2
**handful (2)**
82:5;86:8
**handing (1)**
117:18
**handle (2)**
17:21;124:1
**handled (1)**
137:13
**handles (1)**
87:18
**hands (1)**
129:6
**hand-washing (1)**
150:4
**happen (12)**
5:24;67:17;69:8;
71:13;72:8,9,10;74:25,
25;76:23;77:24;89:23
**happened (14)**
52:11;67:13,25;70:5;
72:19;76:17,22;77:4,4,
6,7,9,21;81:1
**happening (3)**
67:16;70:6;77:22
**happens (4)**
42:10;43:19,22;
112:23
**happy (1)**
95:3
**hard (10)**
27:20;52:21;74:24;
77:10;116:22,23;
126:3,4;130:12,13
**head (10)**
7:16;35:25;51:3;
53:25;98:20;113:3;
117:9;118:19;131:10;

147:22
**health (70)**
54:3;89:4;101:3,8,
10,13,17,21,22;102:1,
3,5,16;103:3,9,10;
109:22,25;110:1,2,4,
10,16,21,22;111:4,7,9,
12,15,17,21,22,25;
112:1,2,3,6,7,15,18,22,
24;113:5,6,9,12,13,24;
114:8,10,17,21,22;
115:3,4,15,18,19,23;
116:9;119:15,17,21,24;
120:7;127:13;133:5;
142:4,14
**held (3)**
13:7;30:25;124:4
**help (2)**
55:9;127:17
**helped (1)**
51:23
**helpful (1)**
22:16
**helps (1)**
29:8
**Herculean (1)**
130:6
**hierarchy (1)**
19:19
**high (5)**
11:19;33:5,6;51:12;
130:9
**history (2)**
11:8;139:17
**hold (1)**
89:9
**holding (1)**
73:13
**Holland (1)**
4:17
**home (2)**
125:24;129:10
**honest (3)**
49:10;57:3;130:12
**hope (1)**
93:15
**hoped (1)**
159:7
**horseback (4)**
107:7,8;108:18,20
**hour (5)**
85:3,18;92:2,4;99:4
**hours (4)**
38:1,13;85:17;
159:12
**house (1)**
132:3
**housing (78)**
65:17,22,23;66:1,2,5,
7,8,13,17,17,19,20,22,
23,24,25;67:8,9,21,22;
68:2,2,5,6,9,9,10,14,17,
17,20,24,24;69:2,2,3,

18,18,19,23,23;70:1,7,
7,8,14,15,17,20,21,25;
71:6,6,13,13,21;72:6,6;
73:1,16,17,17,21,23;
74:1,2,3,4,7,11,13;
75:8;76:18,19;124:20;
131:25;132:19
**human (1)**
13:24
**hundred (2)**
147:13,15
**hundreds (4)**
26:2;43:18;129:3,4
**hungry (2)**
91:18,25
**hypothesis (1)**
78:9
**hypothetical (23)**
40:3;69:1,7,8;71:19;
75:14,23;76:13,15,25;
77:15,18,20,23;78:1,4,
9,10,12,14,20;79:2,3

**I**

**idea (6)**
37:17;128:8;142:18,
25;143:2;158:6
**identification (5)**
92:20;93:9;121:14;
122:19;152:14
**identify (1)**
105:6
**image (1)**
62:22
**imagine (3)**
76:22;126:5;160:4
**impact (4)**
5:17;127:14;159:23,
25
**impacted (3)**
97:15;127:21,23
**implementing (1)**
127:17
**importance (1)**
154:4
**important (5)**
154:20,21;155:6,14;
156:18
**impose (1)**
29:12
**imposes (5)**
23:9;24:19,25;25:1;
29:7
**inability (1)**
131:21
**inaccuracies (1)**
58:13
**inaccurate (9)**
57:11,17,18,23;58:3,
7,10,17,21
**include (1)**
111:4

**including (3)**
14:7;33:4;127:11
**income (1)**
120:19
**incorrect (2)**
69:13;73:13
**increase (2)**
100:11;131:11
**increased (3)**
38:8;131:6,9
**incremented (1)**
147:24
**increments (2)**
148:2,3
**incur (1)**
111:3
**incurred (3)**
128:9;129:7,9
**incurring (2)**
128:4;146:22
**independent (1)**
17:6
**indicate (1)**
22:23
**indicates (1)**
102:24
**indicating (1)**
91:6
**individual (8)**
33:12;60:18;62:12;
100:3;105:7;109:14;
112:5;114:4
**individuals (2)**
87:17;153:4
**influence (1)**
55:8
**information (23)**
16:5,7;17:17;26:14,
16,19;27:15;31:9;34:7,
9,12;35:19;54:24;58:4;
62:3,13,17;99:11;
119:1;123:22,22;
138:4;141:20
**informational (1)**
14:8
**in-person (21)**
31:3,10;53:7;55:5;
79:12,15;80:14;81:13;
83:5;86:6;87:1,12;
101:19;103:17;125:4,
15;126:7,15,19;
129:20;135:15
**inquiry (1)**
139:12
**install (1)**
129:1
**installed (2)**
128:23;129:2
**instance (3)**
38:22;70:8;148:14
**instead (2)**
94:19;158:16
**Institute (3)**

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 22 of 31
Nicholas Bergeron and Nick Quattrociocchi et al. Remote Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology    March 23, 2022

4:7;45:1;160:22
**institution (1)**
159:1
**institutional (1)**
158:3
**instructed (1)**
7:9
**instructing (1)**
154:17
**instruction (22)**
47:14,23;48:1,9,10,
23;65:15;79:13,15,16,
17,22;109:17;124:11,
15;125:7,17;126:11,
16;143:8;152:18;
158:23
**instructional (3)**
123:11;133:24;135:9
**instructor (1)**
109:8
**instructors (1)**
47:21
**intended (4)**
25:4;54:11;55:9;
103:3
**intending (1)**
5:7
**intent (3)**
57:20,21;155:12
**intentionally (1)**
58:2
**interact (1)**
15:9
**interacting (1)**
87:15
**interest (2)**
11:6;54:8
**interject (1)**
22:7
**internal (1)**
17:14
**international (1)**
105:25
**interpret (2)**
62:17,21
**interpreted (2)**
24:16;37:20
**intimately (1)**
156:12
**into (28)**
10:4;13:15;14:11;
15:7;17:19;33:6,19;
43:23;44:4,6,17,25;
45:1;94:14;95:3;110:8,
11,11,13;111:16;
114:17;115:4,15;
116:5,7,10,13;137:15
**introduce (1)**
4:9
**investigation (1)**
94:14
**investments (2)**
8:8;14:12

**invoice (2)**
99:8,8
**involved (10)**
20:25;21:1;96:3,9;
99:1;122:23,24,25;
123:3;146:9
**ionizers (1)**
129:2
**irrelevant (3)**
143:18,21;144:2
**issue (11)**
75:8;96:3;114:15;
123:7,9;124:23;133:2;
135:16;142:2,18,20
**issued (3)**
114:5;144:19;152:23
**issues (2)**
6:20;19:6
**item (3)**
110:15;115:16;139:5
**items (4)**
129:17;130:14;
139:6;150:2

**J**

**James (2)**
15:21;123:18
**January (4)**
5:14;93:23;94:10,24
**job (12)**
7:23;8:1,11,12;9:21;
11:18,24;13:8;14:4,23;
127:8;142:24
**jobs (6)**
10:15,20,22;11:12,
17,18
**jumping (1)**
130:7

**K**

**keep (6)**
47:7;60:7;90:3;94:3;
114:3;129:6
**keeping (1)**
71:7
**Kelly (1)**
146:7
**kept (4)**
45:2,3,6;74:13
**kind (9)**
8:20;23:12;24:21;
26:19;54:24;77:9;
87:14;119:22;160:15
**kinds (1)**
150:8
**Knight (1)**
4:17
**knowing (1)**
134:13
**knowledge (5)**
28:21;29:1,3;48:2;

158:4
**knowledgeable (2)**
34:4;35:11
**known (1)**
154:7

**L**

**labeled (1)**
121:9
**large (2)**
16:2;160:3
**largest (1)**
57:7
**Larry (1)**
146:8
**last (3)**
64:7,8;75:18
**late (1)**
81:5
**lately (1)**
98:22
**later (3)**
5:6;81:6;94:25
**Law (1)**
4:20
**lawsuit (1)**
19:9
**lawyer (1)**
151:4
**layman's (1)**
151:10
**lays (1)**
27:22
**leadership (1)**
100:8
**learn (1)**
49:12
**learning (10)**
96:4;97:1,16;125:4,
4;126:9,20;128:3,10;
129:21
**least (4)**
33:22;55:12;114:16;
115:18
**ledger (3)**
45:5;110:19;112:8
**legal (1)**
75:17
**legitimate (2)**
141:15,18
**Less (7)**
13:12;82:6,8,13;
83:7;101:9;107:15
**letter (4)**
5:14;6:21;49:3;
97:10
**letters (1)**
6:11
**level (2)**
12:25;27:9
**Levittown (1)**
49:15

**library (1)**
54:3
**license (2)**
128:13,17
**lie (7)**
57:8,12,15,19,20,23;
58:2
**lied (1)**
63:12
**life (2)**
49:8;103:4
**lifetime (2)**
156:7,21
**likelihood (1)**
141:3
**likely (1)**
76:8
**limited (4)**
86:12;95:12;132:5,
23
**Lincoln (1)**
14:25
**line (3)**
53:23;110:15;115:16
**list (6)**
30:24;31:17;32:4;
43:9;55:1;77:13
**listed (16)**
6:6;7:12;20:23;26:3,
25;28:3,20,22,23,24,
25;29:2,3,4;39:15,16
**listen (1)**
106:8
**lists (8)**
20:24;27:6,25;31:9,
10,14,20;32:2
**little (5)**
93:24;105:21,25;
109:18;121:18
**live (2)**
23:16;66:1
**lived (3)**
49:7;50:19;71:1
**lives (3)**
55:23;155:2,2
**living (1)**
49:17
**Loan (5)**
11:4;147:12,14,16,
17
**loans (1)**
11:7
**located (2)**
34:8,13
**log (1)**
17:19
**logical (1)**
13:2
**long (10)**
8:14;13:7;27:19;
28:13;51:8;52:10,14;
77:13;92:1;119:11
**longer (2)**

74:10;128:5
**look (20)**
7:14;17:10;29:2;
59:10;105:21,24,25;
117:5,6,8,11,15;
118:19,20,23,25;119:5;
120:18,20;122:11
**looked (2)**
27:17;153:19
**looking (6)**
52:15;84:19;85:16;
117:21;119:19;138:1
**Looks (3)**
119:21;122:1,14
**loss (1)**
127:18
**losses (1)**
150:8
**lot (13)**
47:6;49:5,10;51:20;
105:16,20;106:1,2,3,7;
120:16;127:9;153:13
**Lots (1)**
105:12
**lower (2)**
79:2;81:25
**lumped (1)**
115:4
**lunch (5)**
67:5,6;91:17,25;
93:15
**Lynn (1)**
146:7

**M**

**ma'am (67)**
29:11;42:10;46:1;
47:6;48:12;49:14;
50:11;56:22;57:12;
60:4,22;61:4;62:6,25;
67:15;68:4,12;69:1;
70:14,22;71:5,16;72:5,
23;73:4;75:4,22;76:14;
78:4;79:14,19;82:23;
83:1;84:15;88:2,24;
90:24;94:1,9;103:7;
105:13,17;106:9;
109:2;115:6;117:5,16;
118:11;121:25;128:8;
130:22;132:10;134:16;
135:7,13,22;140:2,19;
142:7,13;143:1,20,23;
144:5;150:19;152:4;
156:23
**Madam (3)**
83:11;121:5,7
**mail (4)**
48:19;98:15;116:18,
23
**major (3)**
29:10;32:4;100:16
**majors (1)**

Case 6:20-cv-06283-CJS-MJP  Document 90-33  Filed 11/11/22  Page 23 of 31
Nicholas Bergeron and Nick Quattrociocchi et al.
Rochester Institute of Technology

Remote Video deposition via Zoom

Milagros Concepcion 30(b)(6)
March 23, 2022

25:6
**makes (1)**
  109:21
**making (5)**
  17:3;59:2;78:7,8;
  92:12
**manage (1)**
  129:11
**management (3)**
  14:2,24;15:3
**managers (1)**
  12:11
**manner (2)**
  119:2,2
**many (20)**
  12:6;16:5;20:3;21:1;
  34:1;38:16;71:25;
  86:13;87:22;88:4,12;
  94:23;95:11;98:21;
  114:17;117:12;130:7;
  137:20;153:18;155:1
**March (9)**
  4:6;5:15;6:21;52:20;
  94:25;97:10;130:11;
  152:10;160:24
**mark (4)**
  92:15;93:6;121:3;
  122:16
**marked (8)**
  92:13,20;93:8,18;
  121:13;122:18;152:13;
  153:9
**market (5)**
  45:20;54:11;56:17,
  20,23
**marketing (48)**
  19:25;45:11,13,16,
  22,25;46:13,23;47:3,8,
  13;54:1,6,16,18;55:7,
  14,18,22,25;56:2,6,10,
  14,18;57:2;58:6,24;
  59:2,7,20;60:1,5,23;
  61:6,11,14,18,23,25;
  62:2,8,12,14,16;63:1,
  12;96:8
**markets (2)**
  56:25;57:6
**masks (1)**
  129:4
**master's (1)**
  80:12
**material (3)**
  56:1;63:14;122:3
**materials (54)**
  16:22;42:25;45:12,
  13,16,23,25;46:14,23;
  47:3,9,13;54:1,7,16,19;
  55:7,14,18,22;56:2,6,
  10,14,18;58:7,12,19,
  24;59:2,7,10,14,21;
  60:1,6,16,20,23;61:6,
  11,14,19,23,25;62:2,4,
  8,13,14,16;63:1,12;

128:20
**matriculate (2)**
  32:14,15
**matter (4)**
  18:21,24;69:14;
  119:11
**may (12)**
  28:19;32:18;36:12;
  60:12;63:21;82:6;
  102:25;103:1;107:23;
  109:4;114:21,21
**maybe (3)**
  72:24;84:6;103:9
**MBA (1)**
  26:9
**meals (1)**
  124:21
**mean (53)**
  6:14;7:13;19:16;
  22:14;23:20;24:15,16;
  25:11;26:6;29:15;
  36:20;37:3,8,15;38:16;
  42:14,15;47:20;50:12;
  52:18;62:11,18;63:4,
  10;65:2;67:24;69:8;
  71:18;73:15,16;78:11;
  82:23;86:2,5,21;90:21;
  94:21,23;95:12;99:2;
  105:16,19;106:16;
  115:8;123:2;125:12;
  130:2;135:19;139:3,4;
  147:20;151:16;157:18
**means (9)**
  17:25;34:22;36:3,7,
  8;37:17,18;154:11,13
**meant (2)**
  138:16;150:7
**meantime (1)**
  7:21
**measure (1)**
  113:11
**measures (1)**
  127:17
**mechanics (1)**
  99:1
**meet (3)**
  28:13;38:9;39:10
**meet-and-confers (1)**
  97:11
**meeting (1)**
  15:18
**meetings (2)**
  148:8,10
**meets (5)**
  28:11;30:1;40:19;
  41:3;42:16
**member (1)**
  152:24
**members (6)**
  48:2,10;65:10;129:5,
  15;153:5
**memorized (1)**
  25:24

**mention (1)**
  35:13
**mentioned (8)**
  35:16;127:5;133:22;
  150:3;157:11,11,15;
  158:19
**mess (1)**
  5:6
**message (3)**
  152:9,17;153:8
**messages (1)**
  145:19
**met (6)**
  6:17;15:16;41:11,20;
  42:3,6
**method (1)**
  117:17
**might (33)**
  16:25;28:17;30:15;
  38:10;46:5;51:3;64:22;
  69:12;77:3,11,12,21,
  21;81:23;91:6;100:18;
  105:21,23,25;106:18,
  18,21;107:9,15;109:7,
  19;114:3,3,10,14,14;
  126:21;137:9
**Milagros (5)**
  4:2,21;5:2;91:21;
  92:2
**miles (1)**
  129:1
**million (2)**
  128:25;148:22
**mind (3)**
  78:4;144:9;151:18
**minimal (1)**
  147:19
**minute (2)**
  23:2;160:6
**minutes (2)**
  75:19;92:3
**misspoke (1)**
  103:9
**misunderstood (1)**
  138:15
**MIT (2)**
  54:17,18
**mobility (1)**
  49:24
**modalities (1)**
  126:8
**modality (27)**
  79:17;123:13;
  124:15;125:7,9,10,11,
  12,14,16,16,18;126:1,
  10,11,14,17,18,22;
  127:3;143:7,10;
  144:10;154:20;155:4;
  158:23,25
**modified (4)**
  5:14;6:19;94:25;
  97:10
**modifies (1)**

6:12
**moment (1)**
  43:18
**money (19)**
  18:4;43:19;44:21;
  67:21;69:17;70:23;
  71:7,8;73:13;74:13;
  109:3;110:7;111:16;
  112:23;115:13;143:6;
  149:16,17,19
**monthly (1)**
  72:15
**months (3)**
  8:16;13:6;149:25
**more (26)**
  11:23;13:10,13;21:8,
  8;85:17;109:18;
  112:18;130:17,24;
  131:1,3,11,15;137:1;
  147:13,15,15;148:13;
  149:16,17,18;153:6;
  154:19,21;155:6
**morning (2)**
  4:25;5:3
**most (8)**
  14:23;26:4;34:4;
  35:10;98:18;117:22;
  147:17;155:14
**mother (1)**
  51:10
**mouth (1)**
  35:15
**move (8)**
  7:22;13:5;44:21;
  49:19;50:11;124:3;
  131:25;132:1
**moved (3)**
  13:1;74:4;125:19
**moving (1)**
  13:15
**Mrs (2)**
  92:22;122:15
**much (16)**
  15:10;43:16;51:9;
  55:17;100:13;113:3;
  115:18;116:24;118:14;
  125:7;128:17;129:14;
  147:7;148:20;149:6;
  160:20
**multiple (2)**
  21:17;99:10
**Munson (1)**
  124:2
**must (1)**
  31:24
**myself (1)**
  49:24

**N**

**N95 (1)**
  129:4
**name (3)**

4:25;5:2;25:25
**named (1)**
  137:3
**names (1)**
  13:22
**nature (6)**
  11:19;15:10;54:4;
  76:25;134:9;150:4
**necessarily (8)**
  13:21;32:10,11;33:4;
  81:20;100:3;114:9;
  127:1
**necessary (5)**
  7:18;29:22;31:23;
  129:17;130:14
**need (22)**
  11:23;13:22;16:25;
  26:17,21;27:2,12,25;
  31:21;33:21,22;39:21;
  83:15;84:21,22;
  105:17;106:4;111:24;
  137:6;138:21;139:13;
  145:13
**needed (11)**
  16:19,20;25:22;
  27:18;51:15,18,21;
  127:10;129:13;155:9;
  158:21
**neediest (1)**
  147:10
**needs (1)**
  27:23
**neither (1)**
  144:6
**net (1)**
  82:9
**new (12)**
  8:24;35:2;86:10,17,
  18,20,22;87:4,16,19;
  125:20;145:6
**next (6)**
  12:25;13:2,5;92:18;
  93:7;130:2
**Nobody (1)**
  51:12
**none (3)**
  22:19;51:9,11
**Nope (2)**
  15:24;44:23
**nor (3)**
  70:9;72:8;144:6
**Nos (1)**
  92:19
**Note (1)**
  23:19
**Noted (1)**
  75:20
**notice (7)**
  5:18,25;6:2,12;
  92:23,23;93:20
**noticed (1)**
  13:1
**number (35)**

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 24 of 31

Nicholas Bergeron and Nick Quattrociocchi et al.
Rochester Institute of Technology

Remote Video deposition via Zoom

Milagros Concepcion 30(b)(6)
March 23, 2022

13:9;15:15;16:2;
27:1;34:15;38:7,12;
92:16,18;93:7,19;
94:13;95:13,21,24;
96:14,21,23;97:3,8;
117:4;118:1,2,6,7,9,20,
21,23;119:4,7,9,10;
121:3;122:16
**numbers (6)**
27:6;96:10;120:21,
24;122:8,12
**nurse (4)**
113:24;114:5,16;
115:1
**nurses (1)**
112:4

**O**

**object (1)**
88:7
**Objection (128)**
7:10;12:14;17:23;
20:13;23:11,19,20;
25:3,13;27:4;28:5;
29:13,25;30:8;31:4,12;
32:1;33:17;34:20;
35:23;36:4;38:15;
39:13,24;40:10,18;
41:1,10,17;42:5,13;
44:10;46:8,16;47:1,11;
48:21;50:5;51:6;52:18;
53:8;54:22;55:16;56:4,
12;58:14,25;59:8,15,
24;60:8,13;61:1,12;
62:1,10;63:18;64:12,
23;65:14,24;66:6,14;
67:2,11,19,23;68:7,15,
22;69:6,15,21;70:3,24;
71:9;72:1,18;73:6,14;
74:15,22;75:10;76:1;
78:15,22;79:5;82:18;
86:1;87:7;95:3;96:22;
100:22;101:11,20;
103:19;111:6;113:19;
117:20;124:16;125:1;
131:20;132:17;133:16;
135:1;138:11;139:21;
140:5,13,20,25;141:9,
22;144:11,20;150:15,
21;151:3,9,21;152:5;
154:8,12;155:24;
156:11,17;159:2,19
**objections (10)**
5:13;6:16,19;94:5,
24;95:12;96:17;97:4,9,
12
**obligated (3)**
23:16;40:16,24
**obligation (1)**
28:8
**obligations (8)**
23:10,12,14;24:19;

25:1,2;29:7,12
**obtain (11)**
28:1;29:9;32:3,7;
51:4;53:6,22;119:7,9,
10;130:13
**occasions (1)**
6:19
**occur (18)**
67:4;69:9,12,12;
70:10,20;71:11;74:23;
75:2,11,15,24;76:5;
77:11,12;78:17,18,21
**occurred (6)**
70:9;74:16;76:8;
77:3,12;127:20
**occurrence (1)**
141:16
**occurring (3)**
70:11;76:7,7
**off (14)**
7:15;35:24;53:25;
63:23;92:7;98:20;
113:3;118:18;131:9;
145:8;147:22;156:19;
160:7,23
**offer (7)**
34:25;35:3;43:1,4;
64:5,9;110:2
**offered (11)**
5:8;29:18;30:18;
53:17;55:2;80:15,18,
20;81:3,4;86:9
**offering (4)**
81:24;82:4;109:6,9
**offerings (1)**
86:24
**office (32)**
8:23;15:9,10;18:4,
13;42:25;98:5,7,10,15;
100:4,6;104:3;120:9,
10,13,14,15;122:3,4;
127:6,9,15,16,22;
136:19;137:1,11,16;
140:2;141:12;159:15
**offset (1)**
109:19
**offsets (1)**
44:20
**often (1)**
15:12
**old (2)**
11:14,16
**old-fashioned (1)**
80:11
**on-campus (10)**
85:21;87:23;88:5;
100:20;101:9;104:15;
116:25;117:12,19;
118:12
**once (17)**
43:7,19;44:4,5;64:4,
9,13,18,22;65:12;66:5,
7;108:24;112:23;

130:15,16;151:19
**one (69)**
6:5,10;8:2,3;25:9;
38:2,3;48:23;73:4;
82:5,11;83:15,20;
85:16;86:12;88:9;
92:14,15,17,21;93:11,
13,22;94:4,6,9,10,12,
13,13,19;95:2,2,16,17,
21;98:18;99:7,7,8;
101:3;104:23;105:17,
20;106:4,22;108:11,
12;109:20;110:24;
113:23;114:23,23;
116:7,17;117:6,14;
121:8;122:6;126:22;
137:22;146:24;148:13,
17,18,19;153:18;
155:25;156:4
**ones (10)**
8:25;46:2;53:24;
55:25;95:8,9;101:2,5;
127:5;137:17
**one-time (1)**
150:10
**one-time-only (1)**
150:10
**online (84)**
31:3,8;34:16,18;
35:5,8;43:8,10;48:4,13,
19;53:16,18,20,23;
55:2,5;79:21,23;80:5,7,
12,13,16,18,20;81:2,3,
13,15,17,18,21;82:1,5,
6;83:4,6,12,17,22;84:6;
85:2,3,25;86:6,9,10,11,
14,15,16,25;92:16;
98:12;99:3;100:20,24;
101:8,15,19;102:1,3,
10,16,16;103:13,16,22,
25;104:3,4,8,11;105:4;
126:15;131:19;132:12,
16;134:6;135:14;
152:18;158:16;159:9
**only (29)**
13:5;28:21;29:1;
38:2;39:11;48:14;63:7,
9,11;80:25;87:16;
92:20;93:9;96:2,18,23;
97:6;98:24;104:17;
113:13;121:14;122:19;
132:7;142:6;148:18;
152:14;159:6,8,10
**open (2)**
132:4,14
**operate (7)**
101:22;111:25;
112:13,13;113:4,9;
129:18
**operating (1)**
112:14
**opine (3)**
61:7;62:15;78:16

**opinion (5)**
16:20;30:22;61:9;
75:1;143:2
**opportunities (1)**
130:8
**opportunity (2)**
49:12;72:8
**option (3)**
48:14;141:7,13
**order (28)**
26:17,22;27:2,12,23;
31:18,24;32:19,25;
33:9,15,23;39:1,5,22;
50:1,14,24;52:3;53:13;
54:13;56:18;60:6;
75:25;87:16;127:20;
139:15;147:9
**organization (6)**
9:2;11:1;12:9,10;
19:11;160:3
**organizational (2)**
12:12;19:14
**original (5)**
39:7;94:4,6,9,10
**others (3)**
21:9;65:7;107:4
**out (35)**
13:4;19:18;26:21;
27:1,12,22;29:16;
34:11;55:4,6;74:4;
80:6,9;82:9;86:16;
94:24;95:8;99:1,3;
111:14;115:2,5,11;
131:25;132:1;137:6,
23,25;138:21;139:5;
149:1,9,9,10;155:10
**outcome (1)**
77:21
**outline (1)**
47:25
**outlined (4)**
29:23;40:5,15;41:24
**outlines (4)**
29:16;30:14;150:23;
151:23
**outside (3)**
7:20;17:7;72:24
**over (9)**
5:17;6:5;10:20;21:8;
48:19;105:17;106:4,7;
136:12
**overall (2)**
19:14;54:9
**oversee (4)**
8:13;9:2;43:24;98:9
**owe (2)**
64:11;66:12
**owed (1)**
64:15
**owes (1)**
65:11
**own (1)**
138:8

**owner (1)**
72:17

**P**

**package (1)**
82:7
**page (4)**
5:21;121:21,22;
122:11
**pages (2)**
35:21,22
**paid (48)**
44:16;65:23;66:5,7,
13,16,17,19,22,24;
67:5,8;68:2,5,8,14,16,
23;69:2,22;70:7;71:1,
6,13;72:6,14,14,20;
73:13,16,18,21,23;
74:1;79:11,13,14,16;
88:12,16;103:22;
110:18;113:23;114:9,
20,24;115:3,5
**pandemic (22)**
127:13;128:5;
129:11;146:23;155:16,
19,21,23;156:6,7,10,
16;157:1,1,12,16,23,
25;158:5,10,12,14
**pants (1)**
127:2
**paper (4)**
43:10;128:23;
146:15;147:6
**paragraph (2)**
153:22,24
**parameters (2)**
6:23;79:2
**pardon (2)**
12:2;93:16
**parents (1)**
107:14
**parking (4)**
133:4,7;142:12,14
**part (22)**
14:23;16:14;18:19;
49:13;60:1,16;61:15;
64:7,8;81:21;85:16;
111:8;123:4;134:15;
135:17,21,22,24;136:2,
6,9,10
**participant (1)**
134:8
**participated (1)**
21:19
**participating (1)**
88:16
**particular (20)**
26:7;27:8;28:1,12,
13;29:10;31:22,24;
32:3;38:22;40:21;
60:11;71:20;81:2;
93:22;106:17;109:6,

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 25 of 31
Nicholas Bergeron and Nick Quattrociocchi et al.    Remote Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology    March 23, 2022

10,10;113:2
**particularly (2)**
80:12;155:14
**party (1)**
150:24
**past (2)**
131:9;152:21
**path (1)**
124:2
**Paul (2)**
4:11;91:16
**pause (2)**
87:16;158:16
**pay (37)**
43:12;44:5;64:17;
66:1;70:13,15;73:11;
76:18;79:8,10;82:6,8;
83:10;88:22,25;89:2,7,
12,17,24;90:2,5,10,12,
15,17;98:17;104:1,21;
107:15;109:4;112:3;
113:23;114:22,25;
116:16;151:20
**payable (3)**
8:7;13:25;14:19
**paycheck (2)**
114:5,15
**paying (2)**
81:25;82:13
**payment (8)**
68:10;108:24,25;
109:12;112:22;147:3,
4,5
**payments (3)**
97:19,25;99:12
**payroll (3)**
8:7;13:25;14:18
**pays (10)**
17:21;18:3;65:21;
72:25,25;110:23;
111:12;113:12;115:14,
22
**pedals (1)**
128:22
**Pell (1)**
147:16
**Pell-eligible (3)**
147:10,11,24
**people (14)**
12:1,3,6;13:18;
14:24;20:3;98:18;
129:10;137:13,23;
140:2;144:24;156:20,
25
**per (10)**
81:23;85:3;99:4,10;
105:9;106:5;107:23;
116:1;122:24;123:1
**perceived (1)**
38:5
**percent (3)**
53:12,21;149:1
**percentage (1)**

125:25
**perfectly (1)**
49:10
**Perhaps (3)**
17:25;156:5,24
**permissible (1)**
41:22
**permitted (1)**
130:15
**person (33)**
13:7;34:4,16;35:5,8,
10;47:22,24;48:13,19;
49:6;50:17,20,22,24;
53:3;55:2;61:11;72:23,
25;73:1,12;79:23;80:5,
7,18,21;81:4,19;85:25;
86:13;87:18;109:14
**personal (3)**
18:21;155:2;158:3
**personally (2)**
137:14;140:1
**perspective (2)**
62:20;144:25
**phone (2)**
47:22;48:19
**physical (5)**
89:4;125:5,6,9,20
**physically (3)**
53:7;131:25;138:3
**pick (1)**
25:9
**picking (1)**
159:17
**place (8)**
26:20;28:21;29:1;
30:14;55:18;129:14;
132:20;134:23
**places (11)**
26:24;27:15;28:17,
18,19,24,25;29:5;
30:13;39:15;80:8
**plaintiff (3)**
18:22;96:15,18
**Plaintiffs (6)**
4:4,12,20;16:8,9;
137:3
**plaintiffs' (1)**
136:22
**plaintiff's (12)**
17:14;92:16,18,19;
93:8,19;94:15;121:3,
13;122:16,18;152:13
**plan (1)**
29:9
**planning (5)**
24:23;25:5;29:8,15;
36:8
**pleading (1)**
94:15
**please (3)**
4:9;63:21;153:22
**plexiglass (1)**
129:1

**pm (7)**
64:2;92:8,11;145:8,
11;160:23;161:1
**pocket (2)**
82:9;114:6
**point (1)**
160:16
**pointed (1)**
86:16
**policies (11)**
16:3;20:11,16,21,25;
21:2,5,8,9;36:21;
100:12
**policy (4)**
20:23,24;37:16;
40:11
**polio (3)**
156:9,15;157:11
**population (1)**
47:15
**portal (1)**
99:4
**portion (2)**
74:6;109:11
**portrayed (1)**
62:13
**position (12)**
8:17;9:4,7;10:5,7;
12:20,22;13:8,15;61:5,
7,8
**possibilities (2)**
33:3;77:8
**possibility (3)**
33:8;77:12;119:8
**possible (6)**
33:13,14,19;53:1,4;
130:8
**possibly (2)**
51:2;69:12
**post (1)**
147:25
**posted (1)**
104:25
**posters (1)**
45:19
**potential (1)**
136:11
**precise (1)**
117:4
**precision (1)**
77:10
**predecessor (1)**
146:7
**preference (1)**
98:19
**premises (1)**
77:24
**prep (2)**
8:20;15:23
**preparation (6)**
7:20;15:14,19;16:1;
123:4;153:17
**prepare (2)**

16:21;129:11
**prepared (7)**
94:12;120:9,12,13;
122:3,5,7
**preparing (1)**
152:18
**presence (3)**
15:22;123:4;133:23
**present (1)**
50:14
**president (10)**
7:24;12:23;15:20;
19:17,17,21,23;118:14;
123:25;124:13
**presidents (1)**
19:23
**president's (1)**
100:4
**pretend (1)**
52:11
**pretty (4)**
33:12;94:21;127:21;
129:14
**prevented (2)**
89:6,9
**previous (1)**
8:17
**previously (4)**
10:9,10;13:7;38:9
**price (14)**
80:13,18,21;81:12,
25;82:20,22,23,24;
83:2,4,6,7;85:1
**pricing (2)**
80:17;81:16
**primarily (1)**
11:1
**primary (2)**
126:22;127:3
**principles (1)**
113:15
**printed (2)**
16:11;91:7
**prior (14)**
10:5,18,22,24;11:3,8,
11,18;18:19;79:19;
80:14;82:24;128:15;
146:7
**prioritize (1)**
147:9
**probability (3)**
70:6,10;76:7
**Probably (14)**
21:7;27:19;52:9,12;
55:20,21,22;62:18;
86:9;91:8,24;98:21;
138:4;152:25
**procedures (4)**
20:11,21;41:8;
100:12
**process (26)**
14:2;22:3,5;32:25;
34:19,25;35:5,8;42:20,

22;52:2;59:21;60:2,6,
17;61:15;86:5;87:2,14,
15,21;111:2;123:5,24;
147:9;148:25
**procure (1)**
130:7
**procurement (1)**
14:20
**produce (3)**
95:14;96:1,17
**produced (3)**
5:13;17:18;96:10
**professional (2)**
10:19;15:10
**professors (1)**
49:3
**profitable (1)**
159:1
**program (8)**
31:22;34:1;37:19;
39:19;80:12;81:21;
82:1,5
**programs (8)**
9:8,10;26:2;29:17;
30:20;35:3;80:16;82:6
**progress (7)**
134:2;135:11;
154:15;155:7,12;
158:20;159:12
**prohibited (1)**
87:17
**promise (1)**
66:12
**promises (1)**
24:22
**promotion (2)**
13:1,2
**pronouncing (1)**
5:4
**proof (1)**
90:8
**prove (3)**
90:18,21;91:3
**provide (26)**
6:17,17;14:17;28:8;
34:7;40:16,24;65:22;
66:8,15;67:22;68:13,
19;69:19;71:21,22;
73:1;75:24;98:16;
131:18;132:12;134:1;
141:19;146:19;158:23;
160:16
**provided (16)**
16:13,14,15,16,22,
23;17:1,2,5,7;44:3;
66:2;75:9;123:23;
132:16;160:13
**providing (5)**
63:13;65:15;109:16;
124:13;132:21
**Provost (2)**
152:9,18
**publish (1)**

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 26 of 31
Nicholas Bergeron and Nick Quattrociocchi et al.
Rochester Institute of Technology
Remote Video deposition via Zoom
Milagros Concepcion 30(b)(6)
March 23, 2022

58:7
**published (1)**
    63:15
**Puerto (7)**
    49:7,13,15,17;70:13;
    71:20;125:19
**pull (7)**
    83:12,14;85:9;93:1,
    11;118:9;152:9
**purchase (5)**
    128:20;129:2;130:1,
    5,8
**purchased (6)**
    128:13,24,25,25;
    129:3,4
**purify (1)**
    129:3
**purporting (1)**
    79:24
**purpose (4)**
    54:6;112:12;113:2;
    141:18
**pursuant (4)**
    40:8;96:22;97:4,9
**pursuing (3)**
    27:16;30:10;37:20
**purview (1)**
    37:19
**put (2)**
    35:14;60:20

**Q**

**qualified (4)**
    47:14,18,19,23
**Quattrociocchi (2)**
    7:6;16:4
**quickest (1)**
    117:22
**quickly (2)**
    149:23,24
**quite (2)**
    130:3,6
**Quote (1)**
    96:1

**R**

**raised (1)**
    6:20
**raises (1)**
    112:15
**ran (1)**
    15:7
**Rather (1)**
    102:20
**rationale (1)**
    146:16
**reach (1)**
    7:19
**read (7)**
    52:23;62:22,25;
    63:15;93:7;95:3;96:1

**reading (2)**
    4:8;63:4
**reads (1)**
    85:17
**ready (1)**
    106:3
**really (46)**
    12:16;17:24;24:8;
    33:11;34:21;41:2;
    48:24;49:5,11;50:6;
    51:8,14,15;52:21,22;
    54:23;57:22;60:19;
    62:15,21;68:1;74:24;
    75:12;76:6;77:9,10,13;
    82:10;102:22,23,24;
    103:2;111:23;113:25;
    124:11;129:12,18;
    130:4,13;142:24;
    143:18;144:2;155:5,6;
    158:19;159:21
**reason (22)**
    41:7;55:21;58:5;
    60:11;85:5;102:18,20;
    103:12,14;120:24;
    122:8;131:14,16;
    140:23;141:23;144:8;
    158:15,18,22;159:8,10,
    10
**reasonable (35)**
    55:13;56:1,9,17;
    57:9;58:23;59:1,6,9,20,
    22,25;60:5,16,24;61:5,
    10,24;62:7;63:2,14,16,
    19;74:20;79:7,9;143:3,
    6,11,12,15;144:4,13,
    15,17
**reasons (11)**
    102:21;105:12,15,
    16,18,20;106:1,4;
    107:22;108:1;159:11
**recall (30)**
    7:11,15;13:9;15:25;
    16:16;23:18;31:1,5,9,
    13;34:9;35:24;46:9,20,
    23;52:5,7,11;54:5,23;
    55:3;58:22;88:9;93:22;
    117:1,4;136:18;
    147:22;153:14,16
**receipt (1)**
    97:13
**receivable (2)**
    8:8;14:19
**receive (72)**
    26:17;27:3,12,23;
    31:25;33:1,7,9,16;39:1,
    6,22;40:7;41:4,12;
    42:1,7,17;45:18;46:18;
    49:23;50:24;52:4,17;
    53:1;54:21;62:16;
    66:17,20,23,25;67:5,9;
    68:2,9,17,24;69:2,3,23;
    70:1,7,21;73:12,25;
    74:3;76:18,19;79:8,9,

22,25;81:21;82:7;
    89:14;90:6,21;91:2;
    98:25;99:6,10;105:23;
    110:3;113:6;116:20;
    135:11;146:1;147:2,7;
    148:16,20;152:25
**received (45)**
    43:20;46:2;55:20;
    70:20,25;71:13;72:6;
    73:17,18;74:8,19;
    82:14,16;87:5;90:8,22;
    91:1,4,6;96:24;98:11,
    12;109:23;110:10;
    114:19;124:21;136:19;
    137:1;138:2;139:5,14;
    146:24;147:4,6,10,13,
    14,17,20;149:5,7,18,
    19;150:6;152:22
**receives (2)**
    108:24;111:1
**receiving (5)**
    65:17,19;126:11,12,
    13
**recently (1)**
    153:17
**receptionist (1)**
    10:16
**recess (4)**
    63:25;92:9;145:9;
    160:8
**recollection (2)**
    45:14;52:12
**recommendation (1)**
    123:25
**recommendations (1)**
    132:2
**recommended (1)**
    132:19
**reconciled (1)**
    10:3
**record (18)**
    4:5,10;5:12;6:13,24;
    63:23;64:1;90:23;92:7,
    10,13;95:3;125:12;
    145:8,10;160:7,9,23
**recorded (3)**
    90:16,23;116:2
**recreational (1)**
    54:2
**recruit (1)**
    45:12
**refer (1)**
    47:13
**referred (2)**
    27:20;85:1
**referring (12)**
    7:13;11:20;22:8,9,
    24;24:2,4;46:11;82:17,
    19;103:8;150:16
**refund (1)**
    74:8
**refund (22)**
    69:3,18;70:18,23;

71:22;74:14,19,21;
    75:8;124:14;133:10;
    136:11,20;137:7,12,22;
    138:7;141:19;143:4;
    144:9,13,19
**refunded (2)**
    133:5,6
**refunding (1)**
    159:16
**refunds (23)**
    7:7;74:6;96:4,24;
    123:8,10;124:8,18,21,
    24;133:2,14,25;
    134:24;135:12,16;
    136:16;137:2;139:12;
    142:2,18,21;159:21
**refuse (2)**
    74:21;143:24
**regard (1)**
    127:6
**regarding (23)**
    7:6;23:2,3;25:22;
    34:12;36:10;47:9;
    97:12;124:7,24;
    133:20;134:5,23;
    135:14,17;136:15,20;
    137:2,11;138:19;
    139:7;145:16;158:4
**regardless (1)**
    100:16
**regards (5)**
    12:13;110:9;134:23;
    142:2;143:5
**registered (2)**
    81:15,17
**registering (1)**
    108:22
**registration (1)**
    99:3
**regular (1)**
    151:14
**related (2)**
    103:4;111:8
**relates (2)**
    97:6,14
**relating (1)**
    96:14
**relationship (1)**
    15:11
**relationships (1)**
    14:16
**release (1)**
    37:16
**relevant (1)**
    144:6
**reliance (1)**
    60:24
**relied (1)**
    60:23
**relief (1)**
    146:20
**relies (1)**
    60:18

**rely (13)**
    55:14,21,22,25;
    58:24;59:7,14,22;60:5,
    10,12;61:11,22
**relying (3)**
    60:15,15;61:6
**remain (1)**
    100:10
**remaining (1)**
    94:14
**remember (4)**
    98:8;99:20;135:8;
    153:11
**remind (1)**
    129:5
**remote (17)**
    87:5;122:23;124:9;
    125:4;126:9,15,20;
    127:7;128:3,10;
    133:11,14;134:6,24;
    135:14;136:17;158:16
**remotely (3)**
    52:17;53:12;87:13
**rendition (1)**
    20:25
**renowned (1)**
    48:2
**rent (2)**
    72:15,25
**rented (3)**
    72:12,13,20
**repeat (7)**
    7:14;26:7;64:7;
    83:14;88:1;134:21;
    135:7
**rephrase (3)**
    12:15;17:25;148:12
**report (5)**
    12:21,23;18:12,14;
    120:17
**Reporter (16)**
    83:11;85:10;87:25;
    92:22,25;119:14;
    121:2,5,7,8;122:15,17;
    152:8;153:22;157:5,7
**reporting (6)**
    8:6,9;11:3;13:18;
    14:7;118:24
**reports (3)**
    12:9,10;19:22
**represent (1)**
    76:10
**representative (1)**
    24:23
**request (7)**
    87:9;90:10;137:22;
    138:4;149:12,12;
    150:10
**requested (7)**
    87:11;137:7;138:7,
    24;141:20;149:13,16
**requesting (1)**
    146:16

Case 6:20-cv-06283-CJS-MJP Document 90-33 Filed 11/11/22 Page 27 of 31
Nicholas Bergeron and Nick Quattrociocchi et al Remote Video deposition via Zoom Milagros Concepcion 30(b)(6)
Rochester Institute of Technology March 23, 2022

**requests (5)**
96:24;136:19,22;
137:2,5
**require (1)**
51:25
**required (21)**
27:7;29:21;32:5;
37:25;38:13;40:6,20;
51:24;52:3,5,14;71:16;
86:14;104:21;110:22;
116:15;126:25;127:1,
12;141:13;147:25
**requirement (2)**
31:17;41:12
**requirements (56)**
25:6,24;26:2,6,7,25;
27:25;28:2,10,11,14,
15;29:17;30:2,5,9,12,
15,19;31:11,14,15,20;
32:2;36:9,10,12,14,22,
23,24;37:5,10,22;38:9,
19,25;39:4,5,9,10,15,
20,22;40:4,8,15,20;
41:3,21,24,25;42:3,7,
16;86:14
**requires (2)**
21:17;38:2
**requiring (1)**
50:13
**research (5)**
17:7;118:20;129:14,
15,16
**reside (2)**
14:14;68:10
**resided (3)**
71:14;72:7,21
**residentially (1)**
102:6
**resides (1)**
65:16
**residing (2)**
65:17;74:10
**resources (1)**
127:11
**respectful (1)**
65:7
**respond (4)**
20:18;24:3;76:5;
119:2
**responded (3)**
76:20;138:2;139:18
**response (7)**
6:11;25:14;41:18;
97:1;139:12,22;158:4
**responsibilities (8)**
8:4,10,12;11:24;
14:5;65:9;150:24;
151:24
**responsibility (9)**
21:8;65:7;96:6,7,19;
150:17,23;151:5,23
**responsible (13)**
8:6,22;11:6;14:6,10,

15;18:8,10;61:13;
87:21;127:9,16;146:4
**rest (1)**
90:3
**result (8)**
128:9;131:18;
132:12,16;133:11,14;
136:16;146:22
**return (2)**
131:24;132:19
**returned (1)**
133:8
**returns (1)**
14:8
**revenue (9)**
110:4;113:8;114:18;
115:16,17,20;116:3,24;
150:8
**revenues (2)**
111:1;127:18
**review (12)**
16:25;17:13;43:9;
137:8;138:23;139:7,
10,13,16;140:6,15;
146:11
**reviewed (23)**
15:15,25;16:2,6,8,10,
23;17:2,4,17;24:12;
46:2,14;56:11;58:8,11,
12,19;123:22,22;
136:23,23,25
**reviewing (5)**
15:17;91:11;138:1;
139:1,3
**reviews (1)**
42:25
**Rico (7)**
49:7,13,15,17;70:13;
71:20;125:20
**riding (4)**
107:8,8;108:18,21
**right (46)**
9:1;13:14;16:9;
22:20;23:1;31:11;
33:21;38:12;40:24;
50:18;57:3;65:21;
66:11,19;67:8;71:7;
73:5;77:5;82:8;83:20;
89:18;90:12;93:11;
98:23;99:17;101:10;
102:11;109:12;111:4,
5;112:5,8;114:2,20;
119:16;121:4;122:13,
14;125:21;133:18;
135:20;136:8;141:2;
148:18;156:10;158:2
**RIT (180)**
4:14,16,18;5:9;8:15;
9:19;10:7,11,12,13,21,
22,24;11:9,11,14;12:7;
14:18;15:2;17:22;18:4;
19:13;20:12,22;23:10;
24:19;25:1,2;28:8,11;

29:7,12,22;31:24,25;
32:4,8,9;33:1,4,10,16,
19,23;34:3,16,25;35:3;
36:9;40:15;41:6,15,22,
22;42:2,11;44:4,17;
45:12,20,23;46:3,4,5,7,
15,25;47:10,14;48:8;
49:16,19;50:3,13,15,
15,16;51:5,22;52:2;
53:2,6,7,17;54:8,10,13,
19;55:8,9,10,19,19,20;
56:17;57:6;60:18;64:6,
11,14,14,18,22,25;
65:9,11,15,22;66:4,8;
70:14;74:12,21;82:3,5;
83:12,17,21;84:5;85:3,
10;87:23;88:5;89:3,17;
92:16,17;94:5;95:14;
96:1,2,5,8,10,17;97:18,
20,25;100:12;108:24;
109:2,14,23,23;110:25;
111:1,8;116:24;118:1;
119:16,16,20;120:9,10,
13,15;122:2;130:17;
131:18;132:11,18;
133:2;146:1,18;
148:12,13,20,23;149:8,
9,10,16,21;150:20;
152:25;154:6;156:4;
158:15;159:7,15
**RIT-provided (1)**
74:11
**RIT's (9)**
64:4,9;96:6;97:1,13,
15;146:4,16;158:4
**Robert (3)**
4:13;92:1;94:18
**Rochester (2)**
4:7;160:22
**role (9)**
8:4,14,16;11:22;
13:6;15:2;21:5;98:10;
120:22
**roles (2)**
8:25;13:21
**room (3)**
38:10;156:20,25
**run (8)**
58:20;77:5;110:22;
111:22;112:3,4,18;
115:18

---

**S**

**safe (5)**
88:15;129:6,14;
130:15;132:20
**safety (1)**
127:13
**sake (2)**
5:11;8:20
**same (31)**
5:20;22:19,22,24,25;

23:8;24:11,15;41:2;
45:8;59:16;87:3;
100:10,15,21;106:12;
108:16;110:13,14;
114:25;115:24;116:1,
5,10;119:24;125:7,23;
126:2,7;131:5;132:3
**SANTIAGO (3)**
4:15,15,15
**satisfactorily (1)**
89:16
**sauce (1)**
154:5
**Saunders (4)**
9:14,16,18,21
**S-A-U-N-D-E-R-S (1)**
9:16
**saw (1)**
79:18
**saying (5)**
80:1,2;115:5;118:3;
159:6
**scholarships (1)**
82:25
**school (11)**
11:19;33:5,6;38:25;
48:16,18;51:13;54:10;
59:4;80:10;81:1
**schools (1)**
32:21
**scoped (1)**
13:4
**screen (4)**
93:18;120:4;121:17;
152:17
**scroll (8)**
84:6,21,21;85:15;
93:24;121:20;122:1;
153:21
**se (3)**
116:1;122:24;123:1
**second (3)**
121:21,21;122:11
**secret (1)**
154:5
**secure (1)**
130:4
**seeing (4)**
45:15;153:11,14,16
**Seems (1)**
115:7
**segregated (1)**
109:13
**select (1)**
85:25
**selected (1)**
65:25
**semantically (1)**
134:18
**semester (26)**
87:24;88:6;89:7,8,
10,13;90:4;96:5,12,20,
25;97:6,14,16;99:8;

116:25;117:13,19;
122:22;124:1;125:24,
25;134:4;138:8;154:1;
159:13
**send (1)**
98:12
**sending (1)**
49:3
**senior (4)**
12:23;15:20;100:8;
123:6
**sense (1)**
109:21
**sent (4)**
125:24;129:10;
136:15;139:6
**separate (7)**
8:1;18:9;24:5,9,10;
45:3;110:11
**separately (1)**
45:7
**served (1)**
6:15
**service (8)**
13:24;66:16;73:11,
12,18,18;132:22;134:1
**services (31)**
8:8;14:1,18,19,20,20,
21;18:5,11;46:24;47:9;
83:19,22;98:5,7,9;
110:2;115:4;123:11;
124:17,19;131:17;
132:11,15;133:24;
135:9;137:15,19;
138:13;143:8,9
**set (4)**
14:20;16:3;94:24;
127:17
**sets (1)**
100:5
**setting (1)**
157:13
**settlement (1)**
14:9
**seven (1)**
156:25
**several (2)**
6:18,20
**sheet (2)**
14:13;45:6
**sheets (2)**
110:7,9
**Sheila (1)**
4:17
**SHEN (4)**
4:17,17;16:18,22
**show (6)**
26:5;90:25;91:8;
118:3,9;119:13
**showed (1)**
70:16
**showing (1)**
93:18

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 28 of 31

Nicholas Bergeron and Nick Quattrociocchi et al.
Rochester Institute of Technology

Remote Video deposition via Zoom

Milagros Concepcion 30(b)(6)
March 23, 2022

**shrink (1)**
84:6
**siblings (2)**
51:10,12
**side (1)**
98:23
**SIF (1)**
10:24
**sign (1)**
43:6
**signature (1)**
161:1
**signed (1)**
147:5
**significant (5)**
81:22;127:14,18,25;
130:10
**significantly (1)**
127:21
**signs (1)**
129:5
**similar (1)**
132:22
**simple (4)**
69:14;71:5;141:6,8
**simply (4)**
58:4;88:25;138:5;
139:3
**single (14)**
21:4,7;33:15;111:20;
113:22;114:23,23;
115:13;131:14,16;
138:2;139:4,14;148:15
**singular (1)**
116:13
**site (1)**
128:13
**situation (9)**
38:18;67:1,3;71:19,
20;73:3;82:12;131:23;
155:5
**six (4)**
12:9;13:18;96:21;
149:25
**size (1)**
84:21
**slightly (1)**
6:19
**software (1)**
128:14
**solely (1)**
80:16
**somebody (4)**
12:21;104:4;123:14;
156:6
**someone (9)**
37:4,19;57:22;58:3,
4;62:15;82:13;109:4;
137:10
**sometimes (2)**
79:23,23
**son (1)**
105:22

**sorry (11)**
64:7;65:4;84:14;
87:25;91:13;97:21;
102:23;117:9;119:19;
121:8;138:15
**sort (4)**
27:20;35:16;43:6;
145:20
**sorts (1)**
47:3
**sound (1)**
122:12
**source (1)**
115:16
**sources (4)**
113:8;114:18;
115:20;116:3
**spam (1)**
139:6
**Spanish (5)**
10:16;156:5;157:15,
22;158:14
**speak (2)**
39:7;80:25
**speaking (3)**
21:10;107:17;156:19
**specific (18)**
6:23;7:11;20:17;
37:23;47:25;73:7;
102:18,20;104:12;
111:18,21;112:21;
113:1;114:20;118:1;
137:5;148:24;158:13
**specifically (17)**
27:6;46:9,20;53:15;
54:5,24;87:20;108:14;
109:20;111:17;112:7;
114:15;124:5;136:24;
150:11;153:4,14
**speculate (11)**
33:11;52:22;60:19;
67:25;70:4,9;72:7;
77:3;126:3;141:2;
144:22
**speculating (1)**
42:15
**speculation (4)**
42:14;68:1;71:11;
141:2
**Speculative (2)**
76:21;159:20
**spell (1)**
27:1
**spells (1)**
29:16
**spent (2)**
149:21,23
**spoke (3)**
15:20;65:4;133:22
**sponsored (2)**
9:8,10
**spread (1)**
132:2

**spring (53)**
21:23;22:1;73:20,25;
74:1,5;79:19;80:14;
87:6,23;88:5;96:5,11,
20,25;97:6,14,16;
99:18;116:25;117:13,
19;118:13,15;121:9;
122:12,14,22;127:8;
128:10;129:8,10,24;
130:18,25;131:11;
133:2,11,15;134:25;
136:17,20;137:7;
138:8;139:11,14;
140:7;141:20;142:2;
143:7;144:10;153:12;
159:17
**square (1)**
83:23
**staff (10)**
118:25;119:6;
123:23;138:13,16,18;
141:7,12;153:7,10
**stamp (2)**
118:2;122:5
**Stand (7)**
84:8,15;93:12;120:1;
121:19;152:12;157:8
**standard (2)**
100:18;160:24
**start (3)**
6:7;92:12;158:17
**started (2)**
11:14;35:17
**state (11)**
35:2;57:21;86:11,19,
20,22;87:4,16,19;
112:9;119:19
**stated (3)**
25:17;95:14;96:17
**statement (21)**
14:13;37:14;57:23;
58:3,9,16;62:23;63:1,2,
4,5,10;110:15;112:10;
115:15;116:2,20,21;
118:25;120:19;154:3
**statements (8)**
14:9,11;23:15,16;
58:7,10,20;61:20
**states (6)**
40:12;46:20;49:9,10,
20;51:13
**stating (3)**
6:16;29:14;80:4
**stations (1)**
150:4
**steps (1)**
15:13
**stick (3)**
26:11;47:18;101:7
**sticker (9)**
82:20,22,23;83:2,3,4,
6,7;84:25
**still (10)**

17:15;33:21,22;
39:21;40:7;91:11;
102:25;107:25;132:4,
13
**stock (1)**
55:17
**streams (1)**
110:5
**stretch (1)**
76:11
**strictly (4)**
53:23;82:1;83:6;
86:9
**structure (1)**
19:14
**structured (1)**
19:12
**student (255)**
8:7;10:12,13,14,15,
21;11:4,7,15,18;14:1,
21;16:5,7,8;17:16,20,
22;18:3,5,6,7,11,11;
21:11,12,15,20,22;
22:1,4,6;26:21;27:11,
23;28:9,11,16,22;29:2,
20;30:1,24;31:2,8,17;
32:24;33:22;34:11;
36:7,10;37:24;38:6;
39:18,21;40:2,7,14,19;
41:3,20,23,25;42:6,15,
23,25;43:2,2,4;48:8;
53:1,6;54:3,9,20;55:4,
20;56:1,10,19;59:13;
60:17,22,25;61:5,18,
24;62:7,12;64:4,5,9,17,
21;65:12,16,21,25;
66:2,9,12,16,22,24;
67:8;68:1,5,8,13,14,16,
23;69:2,22;73:23;
81:15,17,19,23,24,25;
82:3,4,15;83:9,18,22;
85:24;89:2,7,21,24;
90:2,23;91:3;96:7,18;
98:3,4,4,6,9;99:14;
100:13;101:3,4,8,8,9,
10,13,16,19,21,22;
102:1,11,16,17;103:3,
5,6,11,13;104:22,25;
105:1,6,9,25;106:5;
107:13;108:12,16,21,
25;109:1,22,24;110:1,
2,3,10,16,16,17,21,22,
23;111:12,12,12,15,22,
25;112:1,2,3,6,14,18,
22;113:5,6,9,12,12,13,
23,24;114:8,10,17,20,
21,22,24;115:3,4,14,
15,17,19,22;119:15,17,
20,24;120:7;133:5,5;
134:3;137:7,11,14,15,
19;138:7,9,12;142:4,4,
13;147:7,11,12,14,16,
20;150:17;151:5,22,

24;155:2
**students (143)**
11:19;14:21;20:12,
22;27:15,25;28:2;29:9;
31:21;32:18;36:15,16;
41:9,11;43:6,20;44:4;
45:12,17,21;46:7,15,
24;47:10;48:3,5;52:15,
22;54:8,13,17;55:6,9,
14,18;56:24;57:6;
58:23;59:2,6;60:15;
61:14,22;62:19,22;
64:11,13;65:12;73:20;
76:10;79:7,9,11,13,14,
16,20,22,25;80:3;
81:21;85:17,21;87:5,
22;88:4,12,15,22;
96:25;97:15,19;98:1,
14;100:15,18,20,21,23,
24;101:12,15,19;102:1,
3,10,10,16;103:13,17,
18,22,25;104:4,6,8,9,
11,15,20;105:3;108:2;
110:2;113:10;116:15,
25;117:12,19;118:13;
124:8,20,24;131:18,24;
132:12,19;134:2,7,24;
135:10;136:20;137:9;
146:19,20,25;147:10,
10,15;150:13,20;
151:19;152:4;154:4,
14,18,18;155:7,8,14;
156:4,5;158:20;159:17
**students' (2)**
45:23;46:3
**student's (20)**
36:18,20,25;37:3,5,
11,14,18;38:4,13,19;
55:8;67:21;82:12;
108:12;109:12;112:21;
116:9;159:8,12
**studies (3)**
11:11;40:4,7
**studying (1)**
51:20
**stuff (1)**
127:12
**subject (2)**
5:13;95:13
**submitted (2)**
42:25;146:12
**subsequent (2)**
6:11;94:15
**subsidized (3)**
11:7;147:12,16
**successful (1)**
155:13
**suit (1)**
7:5
**summarize (1)**
14:4
**summer (1)**
99:19

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 29 of 31
Nicholas Bergeron and Nick Quattrociocchi et al
Rochester Institute of Technology

Remote Video deposition via Zoom

Milagros Concepcion 30(b)(6)
March 23, 2022

**supplier (1)**
130:5
**supplies (1)**
130:8
**supply (1)**
129:25
**support (1)**
18:24
**suppose (1)**
6:14
**supposed (2)**
7:9;117:2
**sure (47)**
5:20;6:12;12:19;
17:5,24;18:3;21:7;
31:10;34:14,21;43:17;
45:10;53:9,14;55:17;
57:21;63:22;64:9;78:6;
83:19;84:22;92:12;
93:10,25;95:24;99:21;
100:17;102:2,14;
105:13;106:12;107:10;
109:22;113:22;114:4;
119:1,6;123:1;131:1,2,
14;134:2,18;145:13;
147:8;158:2;160:4
**surgical (1)**
129:4
**survived (2)**
157:25;159:16
**swine (2)**
157:12,14
**sworn (1)**
4:22
**system (5)**
17:14,17,19;18:9;
119:5

**T**

**tad (1)**
84:14
**talk (7)**
46:4;47:12;54:19;
94:12;95:9;97:7;145:2
**talked (9)**
92:14,15,17;104:15,
23;110:6;142:6,10,12
**talking (19)**
23:21;35:17;54:1;
65:4;81:8;82:8;97:23;
106:11,12;107:15;
108:11,13,14;117:3;
129:23;145:3,23;
155:18;157:16
**talks (2)**
24:20;46:18
**task (1)**
141:15
**taught (1)**
87:12
**tax (2)**
8:9;14:8

**team (1)**
18:5
**Technology (8)**
4:8;11:1;14:2;
127:11;128:1,2,15;
160:23
**tells (1)**
25:8
**ten (5)**
13:12,13;86:9;90:15;
149:2
**tenure (1)**
52:2
**term (11)**
36:25;39:9;81:2;
99:10,18,18,19,22,23;
128:5;154:11
**terms (8)**
39:7;46:20;81:4;
91:17;99:16;115:21;
151:7,11
**testified (2)**
4:22;135:1
**testify (21)**
5:21;6:8,23,24;7:3,4,
9;80:3;94:16;95:13,22,
25;96:2,13,16,18,23;
97:3,5,13;118:4
**testimony (3)**
6:16;95:14;125:17
**tests (3)**
128:25;130:5,7
**Thanks (1)**
91:13
**therefore (2)**
82:10;133:24
**Thereupon (1)**
4:2
**thermometers (5)**
128:24;130:2,3,4;
150:3
**thinking (3)**
91:16,19;102:25
**though (5)**
93:11;113:11;
125:18;143:1;156:23
**thought (8)**
13:17;51:1,2,7;
58:20;143:11,12,15
**thoughts (1)**
157:22
**thousands (3)**
128:21;129:3,5
**three (6)**
8:1;105:19;106:7;
147:23;148:2,3
**throughout (1)**
112:12
**tiered (1)**
147:9
**times (3)**
15:7;71:25;155:15
**title (7)**

7:23;8:2,3,23,24;
9:21;117:10
**titled (3)**
83:17;152:9,17
**titles (2)**
8:1;13:22
**today (15)**
5:8;7:3;52:16,18,19;
53:2;94:16;105:14;
117:3;125:14,17;
130:12,24;145:16;
160:12
**today's (2)**
15:14;17:18
**told (2)**
70:16;144:3
**tomorrow (1)**
67:17
**took (7)**
50:9;52:9,13;80:25;
81:2;89:12;134:22
**tool (6)**
24:23,24;25:5;29:8,
16;36:8
**top (17)**
7:15;8:25;12:12,20,
22;19:17;35:24;53:25;
83:21,22;98:20;113:3;
118:19;119:16;122:1;
131:10;147:22
**topic (5)**
7:19;97:5;117:2;
135:2;145:6
**topics (6)**
6:6,7;7:8,12;94:12,
23
**totality (1)**
112:1
**towards (4)**
110:25;112:24,24;
113:13
**track (2)**
113:22;114:4
**traditional (12)**
81:24;82:4;83:8;
85:23;87:23;88:5;
100:20,23;101:9,12,19;
103:17
**training (1)**
11:1
**trans- (1)**
89:25
**transcript (8)**
89:15,19,20,22;90:1,
11;91:2,5
**transcripts (1)**
16:4
**transfer (3)**
32:13,14,18
**transferring (1)**
32:24
**transformative (1)**
154:5

**transition (7)**
96:4;97:1,15;123:20;
127:10;145:6;155:4
**transitioned (3)**
34:2;123:12;154:20
**transitioning (6)**
127:7,19,19;128:1,3;
134:24
**translate (1)**
83:9
**transpire (1)**
73:8
**transpired (4)**
63:25;92:9;145:9;
160:8
**trash (1)**
139:6
**treasurer (4)**
7:25;12:5,7;14:16
**treasury (2)**
8:8;14:17
**trick (1)**
24:8
**Trierweiler (1)**
20:9
**true (3)**
61:20;114:11;120:25
**truthful (10)**
55:15;56:3,11;61:19,
25;62:9;63:3,10,13,17
**try (4)**
7:22;20:17;99:20;
129:12
**trying (31)**
19:14,15,18;24:6,8;
37:2,12,13;44:14;
50:12;58:2;59:19;
60:11;78:3,5,6;80:2;
95:8;99:1,25;111:14;
112:19;115:2,9,10;
118:6;130:6;134:16,
17;135:3;149:1
**Ts (1)**
145:14
**tuition (56)**
7:6;17:22;18:3;45:4;
84:25;88:13,17,23;
89:1,2,8;90:3;96:3,11,
24;97:20;99:11;
105:23;106:11;107:16,
17,24,24;108:3,4,6,13,
14;115:22;116:5,9;
121:9;122:2,12;123:7,
10;124:24;130:17,19,
20;131:3,6,12;133:10,
10,14,21,25;134:23;
135:12;136:16,21;
143:5;151:20;159:16,
21
**turn (1)**
122:21
**Turning (1)**
145:22

**tutor (1)**
10:17
**two (24)**
13:10;15:11;16:7;
17:13;24:5;37:25;38:1;
63:11;80:22;95:24;
104:15,17;106:3,6;
109:19;127:22;128:24;
136:22,24;137:1,2,3,5;
142:6
**types (2)**
129:7;150:7
**typical (2)**
11:18;123:23
**typically (3)**
20:23;100:6;153:7

**U**

**ultimately (1)**
18:14
**unable (8)**
73:9;75:12,14,16;
76:13;89:19,20,22
**under (8)**
8:23;39:7;40:2;69:1;
98:7;120:10;140:3;
155:15
**undergoes (1)**
34:25
**undergraduate (6)**
24:1,12;27:8;85:2,
10;92:17
**Understood (12)**
17:6;38:24;45:9;
48:9,22;50:1;55:13;
57:22;65:11;79:25;
80:1;99:16
**uniform (1)**
14:9
**Uninstalled (1)**
128:22
**unique (1)**
33:12
**United (4)**
49:8,9,20;51:13
**universities (1)**
34:2
**university (94)**
7:5,5;8:5;10:4;
12:13;14:7,14;16:3,15;
19:24;20:15;21:5;
28:12;29:18;30:2,19;
32:13,16,18,19,22;
33:7;40:21;42:11,24;
44:6;45:19;46:19,19;
49:9;54:12;55:10;
56:23;57:6,9;58:6;
61:16,20;62:3;63:12,
16;66:21,25;67:10,17;
68:5,13,19,20;69:4,4,
13,17,19;70:2,6,18,22;
71:7,23;81:22;82:24;

**Milligan Court Reporting**

Case 6:20-cv-06283-CJS-MJP    Document 90-33    Filed 11/11/22    Page 30 of 31
Nicholas Bergeron and Nick Quattrociocchi et al.    Remote Video deposition via Zoom    Milagros Concepcion 30(b)(6)
Rochester Institute of Technology    March 23, 2022

98:2;99:24;100:1,2;
107:14;110:4,18,20;
111:16,18;112:15,25;
113:8;114:19;115:24;
118:14;127:18,24;
128:9,13,16,20;129:17,
18;146:21;149:14;
150:13;151:19,24;
152:3;153:5;157:13
**university-assessed (1)**
104:16
**university's (1)**
61:11
**unless (4)**
36:17;37:14;57:21;
132:20
**unprecedented (2)**
154:25;155:15
**unreasonable (3)**
56:23;59:13;61:10
**unsubsidized (2)**
147:14,17
**up (36)**
5:6,20;13:1;17:10;
19:19;23:16;24:8;
49:13,15;70:16;83:12,
14;84:6,21;85:9;92:2,
13;93:2,11;113:7,8;
114:18;115:19;117:5,
7,9,11,15;118:19,20,
23;147:5;148:3,5;
152:9;159:17
**upon (5)**
59:22;60:5,23;61:6;
77:24
**use (17)**
6:14;25:11;59:2,20;
60:1,16;61:14,19;
97:13;99:22;109:24;
111:18,19;117:17;
128:14;148:10;158:24
**used (12)**
22:3,5;44:1;45:12,
20;109:23,24;110:20,
21;112:16;114:25;
150:2
**uses (2)**
109:15;110:4
**using (3)**
61:18;125:15,18
**utilize (1)**
102:5
**utilized (1)**
115:18
**utmost (1)**
154:4

**V**

**valid (1)**
125:18
**variants (1)**
63:11

**variation (1)**
108:2
**variations (1)**
38:17
**varied (2)**
63:5;77:9
**varies (2)**
62:18;81:23
**variety (10)**
10:15;12:11;14:17;
20:14;21:6;45:25;47:2,
7;98:14;109:5
**vary (7)**
79:17;100:16;105:9,
11;106:5;107:18,23
**vehicle (1)**
125:16
**venues (2)**
132:4,23
**versus (18)**
34:16;35:5,8;45:4;
48:24;54:10;55:5;
60:20;81:16,19;82:4;
86:6,25;107:1;125:15;
126:20,24;135:15
**via (13)**
48:19,19;98:3,12,17,
25;99:2,6;104:24;
116:19;125:14;128:1;
158:23
**vice (6)**
7:24;12:23;15:20;
19:17,21,23
**video (2)**
4:7;160:22
**VIDEOGRAPHER (33)**
4:5;63:23;64:1;
83:13,18,24;84:1,8,15;
85:12;91:10,15;92:7,
10,24;93:1,4,5,10;94:1;
119:18,23;120:1;
121:5,11,19;145:8,10;
152:11;157:8;160:7,9,
21
**view (4)**
17:19;76:9,9,9
**virtual (1)**
132:1
**virus (3)**
129:13;131:22,23
**VP (1)**
123:6

**W**

**wait (1)**
158:17
**waived (2)**
4:8;161:1
**wants (2)**
109:24;111:19
**wash (1)**
129:6

**Waters (4)**
15:21;123:18,19;
133:23
**way (27)**
11:25;19:19;51:3;
80:11;90:18,20,25;
91:3;95:10;113:25;
115:20;116:14,17;
117:5,8,11,22;118:11;
131:22;137:23;138:6;
143:13,16,20;144:16;
145:15;155:10
**ways (1)**
98:14
**wear (2)**
126:25;127:1
**website (3)**
84:12;147:25;148:1
**weight (1)**
60:20
**welcoming (1)**
46:19
**wellness (12)**
106:17,25;107:1,6;
109:16,17,18;119:15,
17,21,24;120:7
**weren't (4)**
16:20,21;135:22;
136:2
**what's (14)**
15:10;22:17;25:11,
22;26:4;36:2,6;42:22;
46:10;54:6;57:18;
61:21;121:21;144:6
**whatsoever (17)**
10:10;29:7;34:19;
64:11;74:14;103:23;
124:14;136:20;143:7,
14,17,20;144:8,16,19;
145:15,20
**whenever (1)**
84:19
**WHEREUPON (6)**
92:19;93:8;121:13;
122:18;152:13;160:25
**white (1)**
95:1
**whole (4)**
49:8;84:7;155:20;
156:3
**who's (2)**
21:14;87:18
**willing (4)**
6:16,17;95:14;106:8
**withhold (3)**
41:6,15;42:2
**within (11)**
25:8,16,22;26:15,16;
28:10;37:14;63:1;
105:1;122:9;149:25
**without (6)**
51:4;53:2,6,20;
138:8;160:2

**Witness (136)**
4:2;5:9,21;7:11;
12:15;17:24;20:14;
23:12;25:4,14;27:5;
28:6;29:14;30:1,9;
31:5,13;32:2;33:18;
34:21;35:24;38:16;
39:14,25;40:11,19;
41:2,11,18;42:6,14;
44:11;46:9,17;47:2,12;
48:22;50:6;51:7;52:21;
53:9;54:23;55:17;56:5,
13;58:15;59:1,9,16,25;
60:14;61:2,13;62:2,11;
63:19;64:13,24;65:15,
25;66:7,15;67:3,12,24;
68:8,16,23;69:7,22;
70:4,25;71:10,24;
72:19;73:7,15;74:16,
23;75:11,16;76:2;
78:16,23;82:19;84:4,
16;86:2;87:8;88:9;
91:23;92:4;94:3,7;
96:1,17,22;100:23;
101:12,21;103:20;
106:16;111:7;113:20;
117:21;121:20;124:17;
131:21;132:18;133:17;
135:5;138:12;139:22;
140:6,14,21;141:1,10,
23;144:12,21;150:16,
22;151:4,10,22;152:6;
154:9,13;155:25;
156:12,18;157:21;
158:3;159:3,20
**words (5)**
35:14;123:14,15,16,
16
**work (18)**
8:13;10:19;19:19;
20:3;26:23;29:23;
55:11;98:13;99:5,9;
107:14,19;113:16,25;
114:7;119:6;130:13;
140:2
**worked (7)**
10:10,24;11:4,5;
15:6,6;55:12
**working (3)**
12:1,6;139:8
**works (6)**
15:3;44:15;107:19;
113:21;114:7;115:12
**world (3)**
57:7;155:20;156:3
**worldwide (2)**
155:16;156:25
**wow (1)**
58:20
**writes (1)**
137:11
**writing (1)**
6:25

**written (2)**
137:9;152:7
**wrong (16)**
41:6,15;42:2;66:25;
67:9,17;68:4,12,20;
69:4;70:1,22;73:5;
75:8;107:12;115:6

**Y**

**y'all (5)**
44:9;45:3;99:16;
104:7;139:19
**year (18)**
36:13;39:20,20,22;
40:3,8;41:21;81:8;
99:9;100:7;111:3;
119:17,21;125:19;
131:6,7,8;158:13
**years (5)**
8:15;11:16;13:9;
72:9;90:15
**York (10)**
35:2;86:10,17,19,20,
22;87:4,16,19;125:20
**you-all (2)**
25:10;129:20

**Z**

**Zoom (8)**
125:14,18;126:4;
127:2;128:14,17;
156:20,25

**1**

**1 (2)**
92:16,19
**1:18 (1)**
92:11
**10 (1)**
5:14
**10:38 (1)**
4:6
**100 (3)**
53:12,21;149:1
**105 (1)**
12:8
**10th (1)**
94:24
**11th (2)**
93:23;94:10
**12 (1)**
86:9
**12,000 (1)**
88:10
**12:10 (1)**
64:2
**12:44 (1)**
92:8
**13 (1)**
13:6

Nicholas Bergeron and Nick Quattrociocchi et al.
Rochester Institute of Technology

Remote Video deposition via Zoom

Milagros Concepcion 30(b)(6)
March 23, 2022

**14 (1)**
8:16
**15 (1)**
8:16
**16,000 (5)**
55:12;62:21;76:10;
79:24;80:3
**18 (4)**
11:16;85:17;97:3,5
**1882 (1)**
121:9
**1884 (1)**
119:16
**19 (1)**
152:10
**1918 (7)**
157:16,16,19,22;
158:4,10,13
**1988 (5)**
48:14,17;49:2;51:4;
52:11

**2**

**2 (2)**
92:18,19
**2:34 (1)**
145:8
**2:46 (1)**
145:11
**20 (4)**
75:18;97:8;120:8;
149:2
**200,000 (2)**
130:1,3
**2000 (4)**
39:20,22;40:3,8
**2000s (1)**
81:9
**2002 (1)**
39:20
**2017 (4)**
119:17,21;120:7,19
**2018 (1)**
120:19
**2019 (3)**
81:14;83:17;120:19
**2019-2020 (3)**
83:12;85:2,11
**2020 (59)**
21:23;22:1;73:20,25;
74:2,5;79:19;80:14;
83:17;87:6,23;88:6;
96:5,11,20,25;97:6,10,
14,16;116:25;117:13,
19;118:13,15;119:17,
21;120:19;121:9;
122:2,12,22;127:8;
128:10;129:8,10,24;
130:18,20,25;131:12;
133:3,11,15;134:25;
136:17,20;137:7;
138:8;139:11,14;

140:7;141:20;142:2;
143:7;144:10;152:10;
153:12;159:17
**2022 (9)**
4:6;5:14,15;6:21;
52:20;94:24,25;
157:21;160:24
**20-some (1)**
72:9
**22 (1)**
8:15
**23rd (4)**
4:6;6:10;52:20;
160:24

**3**

**3 (3)**
93:7,8,19
**3:07 (1)**
160:7
**3:09 (1)**
160:9
**3:11 (2)**
160:23;161:1
**300,000 (1)**
128:24
**30b6 (8)**
4:2,7;5:9;18:20;
93:19;95:15;97:12;
160:22
**30b6deposition (1)**
18:18

**4**

**4 (2)**
121:3,13
**40 (1)**
129:1
**45 (1)**
92:3

**5**

**5 (2)**
122:16,18
**500 (1)**
148:3

**6**

**6 (1)**
152:13
**600 (1)**
129:2

**8**

**8 (3)**
5:15;6:21;97:10
**80s (2)**
52:8;81:5

**8th (1)**
94:25

**9**

**90s (1)**
81:5