# EXHIBIT 30(a)

**2019-2020 Undergraduate Bulletin**

**RIT0000842 - 919**

# Preparing you for an Outstanding Educational Experience



## Undergraduate Course Descriptions | 2019-20

# RIT

RIT0000842

# College of Art and Design

## Index

| | | |
|---|---|---|
| DDDD | 3D Digital Design | 15 |
| PHAP | Advertising Photography | 30 |
| ARTH | Art History | 7 |
| PHBM | Biomedical Photography | 35 |
| CCER | Ceramics | 3 |
| SOFA | Film and Animation/Motion Picture Science | 23 |
| PHFA | Fine Art Photography | 32 |
| FNAS | Fine Arts Studio | 10 |
| FDTN | Foundation Courses | 7 |
| CWFD | Furniture Design | 4 |
| CGEN | General Crafts Studies | 4 |
| CGLS | Glass | 4 |
| GRDE | Graphic Design | 17 |
| ILLS | Illustration | 10 |
| IMSM | Imaging Systems | 34 |
| IDDE | Industrial Design | 19 |
| IDEA | Interdisciplinary Art and Design | 1 |
| ITDI | Interdisciplinary Art and Design | 1 |
| INDE | Interior Design | 20 |
| ILLM | Medical Illustration | 12 |
| CMTJ | Metals and Jewelry Design | 5 |
| NMDE | New Media Design | 22 |
| PAIT | Painting | 13 |
| PHVM | Photo Visual Media | 34 |
| PHPS | Photographic Sciences | 35 |
| PHAR | Photographic and Imaging Arts | 28 |
| IMPT | Photographic and Imaging Technologies | 34 |
| PHPJ | Photojournalism | 33 |
| PRNT | Printmaking | 14 |
| SCUL | Sculpture | 6 |
| STAR | Studio Arts | 14 |
| CWTD | Textiles | 6 |

*Course numbering: RIT courses are generally referred to by their alphanumeric registration label. The four alpha characters indicate the discipline within the college. The final three digits are unique to each course and identify whether the course is noncredit (less than 099), lower division (100-299), upper division (300-599), or graduate level (600 and above).*

*Unless otherwise noted, the following courses are offered annually. Specific times and dates can be found in each semester's schedule of courses. Prerequisites/corequisites are noted in parentheses near the end of the course description.*

## Interdisciplinary Art and Design

**IDEA-216**                                                    **Calligraphy**
This course will introduce students to a calligraphic hand for the purpose of acquiring a comprehensive understanding of letterform design and application for personal and professional application. Students will learn to letter using traditional and current tools and techniques. This course is open to anyone who is interested in learning more about lettering, the historical evolution of calligraphy as a precursor to typography and about past, present and emerging styles and practitioners in the fields of lettering, calligraphy and typography. (This course is available to RIT degree-seeking undergraduate students.) **Studio 6, Credits 3 (Fall, Spring)**

**IDEA-221**                                          **Design for Non-Majors I**
This course is a structured, cumulative introduction to the basic elements and principles of two-dimensional design for non-majors. This course will focus on the development of both a visual and verbal vocabulary as a means of exploring, developing and understanding 2D compositions. The course addresses a wide variety of media, tools, techniques both traditional and technological, and theoretical concepts to facilitate skill development and experimentation with process. This course may help in building a portfolio. (This course is open to all undergraduate students except those in FNAS-BFA, ILLM-BFA, ILLS-BFA, NMDE-BFA, GRDE-BFA, IDDE-BFA, INDE-BFA, 3DDG-BFA, CCER-BFA, GLASS-BFA, METAL-BFA, WOOD-BFA, PHIMAG-BFA and PHTILL-BFA.) **Studio 5, Credits 3 (Fall, Spring)**

**IDEA-222**                                        **Design for Non-Majors II**
This course is the second semester of a sequential, introduction to the basic elements and principles of two-dimensional design. Organized to create a broad introductory experience this course will build upon the visual and verbal vocabulary, media, techniques, skill development. This course will also focus on the comprehensive exploration of color theory as well as dealing with conceptualization and more advanced issues related to problem solving. This course may help in building a portfolio. (Prerequisite: IDEA-221 or equivalent course and undergraduate student standing in any major except STAR-BFA, FNAS-BFA, ILLM-BFA, ILLS-BFA, NMDE-BFA, GRDE-BFA, IDDE-BFA, INDE-BFA, 3DDG-BFA, and CCER-BFA.) **Studio 5, Credits 3 (Fall, Spring)**.

**IDEA-223**                                             **Garden Sculpture**
This course is designed for students to create outdoor sculpture working with either natural or weather-resistant materials. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 2, Studio 3, Credits 3 (Spring)**

**IDEA-251**                            **Visual Storytelling for the Graphic Novel**
This course is devoted to an intensive investigation into the graphic novel as a medium for artistic practice. Designed for students interested in the art of storytelling through graphic novels, the focus of this course will be for each student to create a mini-comic. Every phase of production will be explored extensively: composing a story, developing a pace through layout and composition, learning the fundamental tools of sequential illustration and then unifying the entire structure into a self-published piece. A historical perspective of the medium will be included. (This course is restricted to UGRD-CIAS Major students.) **Studio 5, Credits 3 (Fall, Spring)**

**IDEA-300**                              **Typography and Culture in Northern Italy**
This course will explore the history of typography while providing students with a cross-cultural outlook important to understanding the innovation of typography today. Students will examine typography's rich history and the revolution of type in northern Italy and investigate how history can inspire innovation. The course will cover typographic and design history along with Italian history and culture. The course will review contemporary practices, projects and research in typography. The travel abroad will include visits to typographic museums, lectures, guest speakers, and hands-on experiences as students explore typography across cultures. This is a study abroad course and travel expenses will be incurred for this course. Instructor approval required. **Study Abrd, Credits 3 (Summer)**

**IDEA-550**                                            **Experimental Workshop**
This course will focus on implementing and developing interdisciplinary design projects. The specific topics for this course will vary each time it is taught but may be limited to repeatability. The topic is determined by the instructor. Technical, cultural, and human-centered aspects will be covered through a series of projects. Students will participate in short, deep-dives and extended group projects with a range of design problems, goals, tools, and procedures. Activities include branding, physical prototyping, fabrication, and digital product design. This course can be taken multiple times but individual topics must be different. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**IDEA-590**                                              **Travel Seminar: Topic**
This course will provide students with an intensive seminar experience in art, craft, design, photography, film or animation while traveling internationally. Topics will vary depending on the faculty member or members leading the study abroad program associated with the course. A description will be published for each iteration of the course. This course can be taken multiple times, but individual topics must be different. Admission to the course is based on application through RIT Global and instructor permission. Students may not enroll in or withdraw from the course independently. Additional fees are required for this course. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**IDEA-591**                                              **Travel Studio: Topic**
This course is designed to give students an intensive educational experience in an applied creative discipline while traveling internationally. Course topics will vary depending on the faculty member or members leading the study abroad program associated with the course. A description will be published for each iteration of the course. This course can be taken multiple times but individual topics must be different. Admission to the course is based on application through RIT Global and instructor permission. Students may not enroll in or withdraw from the course independently. Additional fees are required for this course. **Studio 6, Credits 3 (Fall, Spring, Summer)**

**ITDI-015**                                                **Design in Dessau**
This is a full-time, 12 unit course for matriculated RIT students wishing to take approved courses at the Anhalt University of Applied Sciences in Dessau. Enrollment will give the students official status at RIT and allow them to take courses at the host institution. These courses will be chosen by agreement between an RIT faculty adviser and a faculty sponsor in the host school. Requests for participation must be initiated at least six months in advance to allow for completion of institute and international paperwork. (Enrollment in this course requires permission from the department offering the course.) **Equivalent 12, Credits 0 (Spring)**

RIT0000843

**College of Art and Design**

**ITDI-101**                                    **Honors Leadership**
Designed to give students in the honors program out-of-classroom learning opportunities. All students are required to keep a journal, attend pre-departure meetings, and present their project at the end of the course. Each student will develop their own project in consultation with the faculty member based on their academic field and the location of the course. (This course is restricted to Undergraduate College of Imaging Arts & Sciences Honors students.) **Lecture 20, Credits 3 (Spring)**

**ITDI-151**            **Honors First-Year Seminar: Representing the City**
In this course, students will draw from different disciplines—art, design, urban studies, history, and literature among them—to explore the representational possibilities of the city. How have different cultures defined cities through representation? How do cities express meaning to their inhabitants? How can cities represent ideas, and how are cities represented in turn? Topics will include ideal city plans, cartography, spatial experience, topography, wayfinding, diagrams, and artistic representation. Student experiences will include creating walking tours within Rochester and designing and presenting "ideal" cities of their own. (This class is restricted to students in the Honors program.) **Lecture 3, Credits 3 (Fall)**

**ITDI-211**                           **Drawing for Non-Majors**
This class is devoted to developing basic skills in drawing. Formal art elements, mark making, observational skills, and personal expression will be stressed. Students will engage in issues of representation and abstraction through relationships of marks, lines and other graphic notations. (This course is open to all undergraduate students except those in FNAS-BFA, ILLM-BFA, ILLS-BFA, NMDE-BFA, GRDE-BFA, IDDE-BFA, INDE-BFA, 3DDG-BFA, CCER-BFA, GLASS-BFA, METAL-BFA, WOOD-BFA, PHIMAG-BFA and PHTILL-BFA.) **Studio 5, Credits 3 (Fall, Spring)**

**ITDI-226**                            **Creating Artist Books**
This course focuses on preparing students with the tools needed to create an artist book. Emphasis will be placed on the exploration of materials and ideas. The end product will be a finished artist book. Creative expression and technical experimentation will be encouraged. The course will culminate with the students publicly presenting their process and resulting artwork. (This class is open to undergraduate students in CIAS except those with majors in FNAS-BFA, ILLM-BFA or ILLS-BFA.) **Studio 5, Credits 3 (Fall, Spring)**

**ITDI-231**                        **Introduction to Cartooning**
This course is devoted to an intensive investigation into the language of cartooning as a narrative medium. Focus will be on the function of visual images (and then images in sequence) to dispense information. Each week a new aspect of graphic storytelling will be discussed, allowing for more narrative and emotional range. Students will devote the last third of the course to a project of their own. Students will draw and create dynamic stories through image making. (This course is restricted to UGRD-CIAS Major students.) **Studio 5, Credits 3 (Fall, Spring)**

**ITDI-233**                                **Typeface Design**
Exploration of calligraphic letterforms, typographic history, and practical production with an emphasis on developing concepts, nomenclatures and techniques involved in the design of a digital typeface. An understanding of basic typography and calligraphy is needed. Course can repeated for a second time with advanced coursework assigned. (This course is available to Undergraduate College of Imaging Arts and Sciences students with at least 3rd year standing with permission of Instructor.) **Lab 2, Lecture 2, Credits 3 (Spring)**

**ITDI-236**                                **Figure Drawing**
Figure drawing skills are taught in a traditional life drawing class format with emphasis on dynamic line quality, visual perception and contemporary approaches to figure drawing. (This class is open to all undergraduate students except for those in the FNAS-BFA major.) **Studio 5, Credits 3 (Fall, Spring)**

**ITDI-239**                                **Figure Painting**
This class is structured to explore materials and techniques in order to paint the human form. Theory and practice of color and drawing, as well as other resources, will be used to develop an understanding of how to portray the figure. Traditional and contemporary approaches to figurative painting are utilized in producing figure paintings. (This class is open to all undergraduate students except for those in the FNAS-BFA major.) **Studio 6, Credits 3 (Fall, Spring)**

**ITDI-242**                                    **Painting**
Students begin a personal exploration of techniques in painting to advance their understanding, using color theory, building compositions and effective use of painting materials. Individual approaches to content range from abstraction through representational art, as students address contemporary visual arts issues. (This class is open to all undergraduate students except for those in the FNAS-BFA major.) **Studio 5, Credits 3 (Fall, Spring)**

**ITDI-246**                              **Painting and Collage**
Students will be encouraged to experience and explore painting and collage processes and methods in this studio-based course. A study of the history, methods and materials of painting and collage will be presented and explored. Students establish strategies toward solving problems of composition, materiality and ideas related to successful imaging making. (This course is restricted to UGRD-CIAS Major students.) **Studio 5, Credits 3 (Fall, Spring)**

**ITDI-248**                          **Sketchbook Artists Designers**
This course will facilitate the use of sketchbooks as an innovative visualization tool for artists and designers. Students will complete assignments by drawing, conducting research and exploring onsite reference gathering. Exploration of subjects and environments support the creation of visual reference material in the form of a sketchbook journal. Material documented in the sketchbook will then provide visual reference for more complete artwork or design work. (This class is open to undergraduate students in CIAS except those with majors in ILLS-BFA.) **Studio 5, Credits 3 (Fall, Spring)**

**ITDI-256**                            **Web Design for Artists**
This course is an introduction to the planning, design, and production of interactive art projects that are web based. Students will be introduced to web design concepts and principles in site design, page design, graphical user interface design, and usability. The course will include instruction in building pages and websites that support students in promoting their artwork through web based representation and social media. Students will be encouraged to explore highly structured as well as highly experimental approaches to merging content with the design of interactive sites. The course will also incorporate social-cultural issues in digital art making. (Prerequisite: FDTN-112 or FDTN-122 and FDTN-122 or FDTN-222 or equivalent courses.) **Lab 6, Credits 3 (Fall, Spring)**

**ITDI-300**                               **Honors Travel Seminar**
Designed to give students intensive educational experiences involving travel abroad. Actual focus of course will be determined by faculty proposing each topic outline, and relate to destination. A subtopic course description will be published each term the course is offered and may have limited repeatability. This course however can be repeated. (This class is restricted to CIAS students YR 3-4 in the Honors program.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**ITDI-301**                         **Introduction to 3D Digital Creation**
This course is an introduction to the creation of three-dimensional art and design in the digital realm. The course focuses on the development of visual and verbal vocabulary as a means of exploring, developing, and understanding composition and motion with digital geometry and in virtual spaces in three-dimensional software. (This course is restricted to UGRD-CIAS Major students.) **Studio 6, Credits 3 (Fall, Spring)**

**ITDI-310**                       **Honors Travel Studio and Seminar**
Designed to give students intensive educational experiences involving travel abroad. Actual focus of course will be determined by faculty proposing each topic outline and relate to destination. A subtopic course description will be published each term the course is offered and may have limited repeatability. This course however can be repeated. (This class is restricted to CIAS students YR 3-4 in the Honors program.) **Lecture 1, Studio 4, Credits 3 (Fall, Spring, Summer)**

**ITDI-311**                              **Advanced Drawing**
Drawing is one of the most immediate and powerful forms of expression in the visual arts. Because it is so adaptable, many have used drawing for their most dynamic explorations, from installation art to underground comic books. Using both traditional and experimental drawing techniques, students will explore personal and contemporary drawing strategies. Students will seek to develop meaningful personal imagery, while refining drawing skills along the way. Experimentation with a wide range of media techniques and working methods including transfers, montages, collage, wash drawings and digital inputs students will also explore various ways of gathering and integrating research materials, including photography. Development of your own drawing series will be an intense culmination of the semester. We will look at how contemporary issues like digital technology, sampling, and photography have impacted how drawings are made, how they are used and how they are understood in today's art world. (Prerequisite: FDTN-112 or FDTN-212 or ITDI-211 or equivalent courses.) **Studio 5, Credits 3 (Fall, Spring)**

**ITDI-316**                         **Digital Art and Mixed Media**
This course offers students the opportunity to explore the creative potential of digital art through the exploration of both traditional and digital media. Students will be expected to utilize and combine skills learned in traditional and digital media to provide engaging and innovative artworks. (Prerequisite: Student standing in an undergraduate major in CIAS and completion of FDTN-111 and FDTN-121 or equivalent courses.) **Studio 5, Credits 3 (Fall, Spring)**

RIT0000844

**ITDI-366**  **Letterpress Design**
This course will explore the art and technique of Letterpress Printing in the 21st Century. Emphasis will be placed on typography and typesetting using lead and wood type. The history of letterpress printing; its demise and rebirth in modern times, as well as wood block and linoleum block printing will be covered. Hands-on methods of combining both types of design and hand set typographic layouts in various mediums and sizes integrated. All aspects of the letterpress printing process will be covered: setting type correctly, tying forms, press make-ready and maintenance, printing, ink mixing, paper, some book binding and finishing. Students will also explore digital design for letterpress printing using the Box Car Base. This course may be offered off campus. This course may be retaken up to two times with advanced course work. **Fee: There is a lab fee to cover personal equipment and supplies** (This course is restricted to undergraduate students in CIAS with at least 2nd year standing.) **Studio 5, Credits 3 (Spring)**

**ITDI-550**  **Topics in Artisanal Materials and Processes**
An introduction into selected artisanal processes and techniques used in the creation of utilitarian items and/or artwork. Topics will be determined by faculty teaching the course, and may include titles such as: Lighting Design with Wood and Glass, Ceramic Slip-Casting for Production, Blade Design and Fabrication, etc. A subtopic course description will be developed for each new topic. This shell course can be repeated, but the topics themselves cannot. **Studio 5, Credits 3 (Fall, Spring, Summer)**

**ITDI-560**  **Design Visualization**
This course will provide an opportunity for students to develop and refine their conceptual and problem-solving abilities through illustration-driven design. Students will elevate and refine their ability to deliver ideas via illustration. Students will identify a challenge in their respective fields of study that can be overcome by their creative problem-solving abilities and illustration talents. The projects will be consistent with the work a freelance illustrator/designer would be challenged to create. At the completion of this course, students will be able to create comprehensive projects where the primary imagery is illustrative. (Prerequisites: GRDE-106 or IDDE-207 or INDE-203 or NMDE-111 or NMDE-112 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

# School for American Crafts

## Ceramics

**CCER-201**  **Ceramics Sophomore I**
This course will introduce students to wheel throwing techniques as used in functional ware. Emphasis will be placed on designing, preparation, and **Fee: There is a lab fee required for this course** (Prerequisites: STAR-250 equivalent course.STAR-250) **Studio 12, Credits 6 (Fall)**

**CCER-202**  **Ceramics Sophomore II**
This course will introduce students to hand building and mold making techniques as a foundation to create sculptural ceramic vessels. Emphasis will be placed on designing, preparation, and execution of compositional elements in three-dimensional forms. Students will be encouraged to explore different methods and techniques to compete. **Fee: There is a lab fee required for this course** (Prerequisites: CCER-201 or equivalent course and student standing in the CCER-BFA program.) **Studio 12, Credits 6 (Spring)**

**CCER-301**  **Ceramics Junior I**
In this course students will be introduced to industrial forming methods of ceramics. Students will develop drawings/proposals and a strategy for production. The students will then produce molds for slip casting as a means to produce multiples of a consistent quality. Students will develop their own slip castings clay bodies, slips and glazes for cone 6-oxidations/reduction firings. **Fee: There is a lab fee required for this course** (Prerequisites: CCER-202 or equivalent course and student standing in the CCER-BFA program.) **Studio 12, Credits 6 (Fall)**

**CCER-302**  **Ceramic Junior II**
The purpose of this course will investigate the properties of the sculptural ceramic vessel to develop the student's personal aesthetic and visual thinking. Assigned projects will evoke the student's imagination and ceramic vocabulary through the relationship between concept, design, form, surface embellishment, and choice of firing methods and glazes. A systematic investigation of ceramic clays, raw materials, glaze materials, glaze composition, and glaze calculation will be presented in lecture and assignments. **Fee: There is a lab fee required for this course** (Prerequisites: CCER-301 or equivalent course and student standing in the CCER-BFA program.) **Studio 12, Credits 6 (Spring)**

**CCER-399**  **Ceramics Part-Time Co-op**
Cooperative Education will provide ceramic students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in CCER-BFA with department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**CCER-498**  **Ceramics Undergraduate Internship**
The Ceramics Internship will provide students with the option to work in the ceramics field. Students may apply for internships to businesses based on the availability of positions and business job needs. Students must obtain permission of an instructor and complete the Internship Permission Form to enroll. Registration with co-op and placement office also required. (Prerequisites: This class is restricted to students in CCER-BFA with department permission.) **Internship, Credits 1 - 6 (Fall, Spring)**

**CCER-499**  **Ceramics Co-op**
Cooperative Education will provide Ceramic students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in CCER-BFA with department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**CCER-501**  **Ceramics Senior I**
The first semester of the senior year is a continuation of the work begun in the junior year. The student's proposal is to be defined and the work refined with discussion through faculty and group critique. The criteria relating to the evolving concept will be developed with studio involvement. Discussions relating to career choices, graduate and post graduate opportunities, job hunting, portfolio, resume writing, operating a studio, merchandising and business practices will coincide with studio work. **Fee: There is a lab fee required for this course** (Prerequisites: CCER-302 or equivalent course and student standing in the CCER-BFA program.) **Studio 12, Credits 6 (Fall)**

**CCER-502**  **Ceramics Senior II**
This is the second of a two-semester course in which seniors will produce a project and must be able to offer evidence of qualification as a candidate for the baccalaureate degree to be approved by the faculty. The proposed body of work should develop self-expression and a personal direction in clay. The work should express the goals and ideas as well as the materials and processes that are stated in the proposal. Emphasis is on expression and technical foundation needed to establish the role of the body of work. The goal is to produce a coherent body of work of high standard which must be exhibited at a venue at the end of the school year. **Fee: There is a lab fee required for this course** (Prerequisites: CCER-501 or equivalent course and student standing in the CCER-BFA program.) **Studio 12, Credits 6 (Spring)**

**CCER-530**  **Ceramics 3 Credit Elective**
This is a class specifically designed for non-majors covering the fundamental techniques and aesthetics of working with clay. Topics covered include the forming techniques, clay mixing, basic properties of clay, glazing and firing techniques and fundamental understanding of historical and contemporary practices and applications. The course includes prescribed projects based on the number of studio hours. **Fee: There is a lab fee required for this course** (This course is available to RIT degree-seeking undergraduate students.) **Studio 5, Credits 3 (Fall, Spring)**

**CCER-599**  **Ceramics Independent Study**
Ceramics Independent Study will provide students with the ability to study in a specialized area with an individual faculty member. Students, with the assistance of a faculty adviser will propose a course of study. Ceramics students must obtain permission of an instructor and complete the Independent Study Form to enroll. (Prerequisites: This class is restricted to students in CCER-BFA with department permission.) **Ind Study, Credits 1 - 6 (Fall, Spring)**

College of Art and Design

## Furniture Design

**CWFD-201** — **Furniture Design Sophomore I**
This is the first of a two-semester sequential class covering the fundamental techniques and aesthetics of woodworking. Topics covered include the care and use of hand tools, the care and maintenance of woodworking power tools, wood as a material, its basic properties, basic joinery and fundamental techniques of wood fabrication, and finishing. The course includes a machine maintenance program. **Fee: There is a lab fee required for this course** (Prerequisites: STAR-250 equivalent course. STAR-250) **Studio 12, Credits 6 (Fall)**

**CWFD-202** — **Furniture Design Sophomore II**
This is the second of a two-semester sequential class covering the fundamental techniques and aesthetics of woodworking. Topics covered include the care and use of hand tools, the care and maintenance of woodworking power tools, wood as a material, its basic properties, basic joinery and fundamental techniques of wood fabrication, and finishing. The course includes a machine maintenance program. **Fee: There is a lab fee required for this course** (Prerequisites: CWFD-201 or equivalent course and student standing in the WOOD-BFA program.) **Studio 12, Credits 6 (Spring)**

**CWFD-301** — **Furniture Design Junior I**
This is the first of a two-semester sequential class covering intermediate techniques and aesthetics of woodworking. Topics covered include the design process, advanced hand and power tool joinery, intermediate machine processes, chair design and construction and CAD/CAM/CNC introduction. **Fee: There is a lab fee required for this course** (Prerequisites: CWFD-202 or equivalent course and student standing in the WOOD-BFA program.) **Studio 12, Credits 6 (Fall)**

**CWFD-302** — **Furniture Design Junior II**
This is the second of a two-semester sequential class covering intermediate techniques and aesthetics of woodworking. Topics covered include the design process, advanced hand and power tool joinery, intermediate machine processes, veneering, drawer, door and solid wood carcase design and construction and CAD/CAM/CNC technology. **Fee: There is a lab fee required for this course** (Prerequisites: CWFD-301 or equivalent course and student standing in the WOOD-BFA program.) **Studio 12, Credits 6 (Spring)**

**CWFD-399** — **Furniture Design Part-Time Co-op**
Cooperative Education will provide Furniture Design students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in WOOD-BFA with department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**CWFD-498** — **Furniture Design Internship**
The Furniture Design Internship will provide students with the option to work in the furniture design or furniture manufacturing field. Students may apply for internships to businesses based on the availability of positions and business job needs. Students must obtain permission of an instructor and complete the Internship Permission Form to enroll. (Prerequisites: This class is restricted to students in WOOD-BFA with at least 2nd year standing and department permission.) **Internship, Credits 1 - 6 (Fall, Spring)**

**CWFD-499** — **Furniture Design Co-op**
Cooperative Education will provide Furniture Design students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in WOOD-BFA with department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**CWFD-501** — **Furniture Design Senior I**
This is the first of a two-semester sequential class covering advanced techniques and aesthetics of woodworking. Topics covered include the design process, advanced woodworking processes, conceptually driven design and construction, development of a capstone project proposal and CAD/CAM/CNC. **Fee: There is a lab fee required for this course** (Prerequisites: CWFD-302 or equivalent course and student standing in the WOOD-BFA program.) **Studio 12, Credits 6 (Fall)**

**CWFD-502** — **Furniture Design Senior II**
This is the second of a two-semester sequential class covering advanced techniques and aesthetics of woodworking. Topics covered include the design process, advanced woodworking processes, professional presentations, conceptually driven design and construction, and the creation of a capstone body of work. **Fee: There is a lab fee required for this course** (Prerequisites: CWFD-501 or equivalent course and student standing in the WOOD-BFA program.) **Studio 12, Credits 6 (Spring)**

**CWFD-530** — **Furniture Design 3 Credit Elective**
This is a class designed for non-majors, covering a fundamental introduction to techniques and aesthetics of woodworking. Topics covered include the use of select hand tools and woodworking power tools, wood as a material, its basic properties and fundamental processes of wood fabrication. The course includes a prescribed project based on five in-class contact hours. **Fee: There is a lab fee required for this course** (This course is available to RIT degree-seeking undergraduate students.) **Studio 5, Credits 3 (Fall, Spring)**

**CWFD-599** — **Furniture Design Independent Study**
Furniture Design Independent Study will provide students with the ability to study in a specialized area with an individual faculty member. Students, with the assistance of a faculty adviser will propose a course of study. Furniture Design students must obtain permission of an instructor and complete the Independent Study Form to enroll. (Prerequisites: This class is restricted to students in WOOD-BFA with instructor permission.) **Ind Study, Credits 1 - 6 (Fall, Spring)**

## General Crafts Studies

**CGEN-502** — **Crafts Business Practice**
This course covers topics commonly associated with the operation of a small business in fields related to the fine and applied arts. The one semester course addresses issues related to skills assessment, developing a sophisticated business plan, quantitative and qualitative business analysis, marketing, bookkeeping, legal issues and studio operations, etc. The course includes lectures, group discussions, independent study, studio and business visits, homework, papers, reports, and oral presentations. Each semester long course is structured as an independent unit. (This course is restricted to 3rd year students in the CCER-BFA, GLASS-BFA, METAL-BFA and WOOD-BFA programs.) **Lecture 3, Credits 3 (Spring)**

## Glass

**CGLS-206** — **Molten Glass Practice I**
This course will introduce students to basic glass working processes in the hot glass studio. Solid and blown techniques are introduced as ways to activate ideas through molten glass. Students will learn introductory processes of finishing and further manipulating annealed glass in the cold shop. Students will build technical understanding and material comprehension in the application of these skills through assigned projects motivated by current themes in contemporary art. There is required out-of-class work time in the glass studio at a minimum of 6-9 hours per week **Fee: There is a lab fee for materials required** (Prerequisites: FDTN-132 or FDTN-232 or ILLS-209 or equivalent course.) **Studio 6, Credits 3 (Fall)**

**CGLS-207** — **Molten Glass Practice II**
This introductory hot glass course will allow students to discover and/or rediscover fundamental solid and blown techniques through a fresh lens of instruction and ideas. The cold shop will be an additional studio where students will learn to use the equipment to further their projects. Contemporary themes surrounding material experimentation, problem-solving and making a mess will be the springboards for prompted assignments. There is a required out-of-class work time in glass studio at a minimum of 6-9 hours per week **Fee: There is a lab fee for materials required for this course** (Prerequisites: FDTN-132 or FDTN-232 or ILLS-209 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**CGLS-211** — **Mold and Kiln Glass Practice**
This course will introduce students to basic mold making and glass working processes in the kiln studio. Fusing, slumping, and casting techniques will be covered as ways to activate ideas through kiln formed glass. In addition, basic processes of finishing glass in the cold shop will also be introduced. Students will build technical understanding and material comprehension in the application of these skills within self-directed projects motivated by prompted themes found within contemporary art. There is a required out-of-class work time in glass studio at a minimum of 6-9 hours per week **Fee: There is a lab fee for materials required for this course** (Prerequisites: FDTN-132 or FDTN-232 or ILLS-209 or equivalent course.) **Studio 6, Credits 3 (Fall)**

RIT0000846

**CGLS-212**                                                       **Kinetic Glass Practice**
This course will introduce students to basic flame working processes. Solid working techniques with borosilicate glass will be covered as ways to activate ideas about making glass move. Basic processes of finishing and further manipulating annealed glass in the cold shop will also be introduced. Students will build technical understanding and material comprehension in the application of these skills within personally developed projects motivated by themes regarding mechanics, the experimental, and absurdity. There is a required out-of-class work time in glass studio at a minimum of 6-9 hours per week **Fee: There is a lab fee for materials required** (Prerequisites: FDTN-132 or FDTN-232 or ILLS-209 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**CGLS-301**                                                     **Glass Junior I**
This course, the first of a two-semester sequence will cover intermediate glass working techniques and processes. The course will build upon previous glass working competencies to introduce and investigate issues of contemporary art. Glass will be used as a vehicle to emphasize student growth in the processes of ideation, research, experimentation, and conversation in support of further developing each student's personal making practice. ** Fee: There is a lab fee for materials required for this course** (Prerequisites: CGLS-206 and CGLS-207 and CGLS-211 and CGLS-212 or equivalent courses.) **Studio 12, Credits 6 (Fall)**

**CGLS-302**                                                     **Glass Junior II**
This course is the second of a two-semester sequence will cover intermediate glass working techniques and processes. The course will build upon previous glass working competencies and provide opportunities that introduce and investigate issues of contemporary art.. Glass will be used as a vehicle to emphasize student growth in the processes of ideation, research, experimentation and conversation in support of further developing each student's personal making practice. ** Fee: There is a lab fee for materials required for this course** (Prerequisites: CGLS-301 or equivalent course.) **Studio 12, Credits 6 (Spring)**

**CGLS-399**                                                **Glass Part-Time Co-op**
Cooperative Education will provide Glass students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission (Prerequisites: This class is restricted to students in GLASS-BFA with department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**CGLS-498**                                                   **Glass Internship**
Glass Internship is a course that offers students the chance to take advantage of professional opportunities as they arise during their graduate studies. This course is structured on the basis of the individual student's needs, interests and background preparation as they may be determined through faculty counseling. This course leads to the master's thesis, proposed by the student and approved by the faculty. Registration with co-op and placement office is required. (Prerequisites: This class is restricted to students in GLASS-BFA with department permission.) **Internship, Credits 1 - 6 (Fall, Spring)**

**CGLS-499**                                                     **Glass Co-op**
Cooperative Education will provide Glass students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in GLASS-BFA with department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**CGLS-501**                                                     **Glass Senior I**
This course, the first of a two-semester sequence, will aid the student in beginning the development of their capstone. This semester's creative output is self-directed. Guidance and instruction is in response to the students' written and verbal proposals for research to conduct over the year. This research culminates in a cohesive body of work the following Spring. Ideas generated from topical readings and group discussion will be used to advance material comprehension and technical understanding in innovative approaches to studio practice. A chosen thematic focus relevant to issues of contemporary art will influence individual student development and the course's conversation through various assignments and group activities. ** Fee: There is a lab fee for materials required for this course** (Prerequisites: CGLS-302 or equivalent course.) **Studio 12, Credits 6 (Fall)**

**CGLS-502**                                                   **Glass Senior II**
This course, the second of a two-semester sequence, will aid the student in finalizing the development of their capstone, a self-directed project guided is in response to the students' research and technical needs. The student is guided by their written and verbal proposal for a cohesive body of work and required to present it in a capstone exhibition within the term. Ideas generated from topical readings and group discussion will be used to advance material comprehension and technical understanding in innovative approaches to studio practice. A chosen thematic focus relevant to issues of contemporary art will influence individual student development and the course's conversation through various assignments and group activities. ** Fee: There is a lab fee for materials required for this course** (Prerequisites: CGLS-501 or equivalent course.) **Studio 12, Credits 6 (Spring)**

**CGLS-530**                                                   **Glass Processes**
This course will introduce the beginner to the glass studio and to glass as a creative material. ** Fee: There is a lab fee required for this course** (This course is available to RIT degree-seeking undergraduate students.) **Studio 6, Credits 3 (Fall, Spring)**

**CGLS-599**                                              **Independent Study-Glass**
Glass undergrad independent study will provide students with the ability to study in a specialized area with an individual faculty member. Students, with the assistance of a faculty adviser will propose a course of study. Glass undergraduate independent study students must obtain permission of an instructor and complete the Independent Study Permission Form to enroll. (Prerequisites: This class is restricted to students in GLASS-BFA with instructor permission.) **Ind Study, Credits 1 - 6 (Fall, Spring)**

## Metals and Jewelry Design

**CMTJ-201**                          **Metals and Jewelry Design Sophomore I**
This course will introduce the student to basic jewelry hand tools. Ferrous and nonferrous metals, their compositions and working priorities, will serve as the primary materials. This course will provide in-depth instruction on basic design and fabrication techniques. Students will obtain instruction on the proper use and maintenance of the metals shop; learn basic machine and hand skills and basic tools. Students will be required to conduct research on a historical metals topic, write a paper and give a presentation. **Fee: There is a lab fee required for this course** (Prerequisites: STAR-250 equivalent course.STAR-250) **Studio 12, Credits 6 (Fall)**

**CMTJ-202**                         **Metals and Jewelry Design Sophomore II**
This course will introduce the student to silver soldering and gem setting. Students will be introduced to basic forming skills for hollowware, flatware and jewelry. Ferrous and nonferrous metals, their compositions and working priorities, will serve as the primary materials. This course will provide in-depth instruction on design and fabrication techniques, the proper use and maintenance of the metals shop, as well as machine and hand skills. Students will be required to conduct research on a historical metals topic, write a paper and give a presentation. **Fee: There is a lab fee required for this course** (Prerequisites: CMTJ-201 or equivalent course and student standing in the METAL-BFA program.) **Studio 12, Credits 6 (Spring)**

**CMTJ-301**                         **Metals and Jewelry Design Junior I**
This course will introduce the student to advanced jewelry techniques. Students will be introduced to advanced properties of various metals as a material and advanced casting and mold-making techniques. Students will study and learn the proper mathematical calculations for casting and mold making. Learning how to calculate the proper proportional gravity weights for alloys in casting will be demonstrated. This course introduces jewelry and hollowware rendering, chasing and repousse, and tool making, as well as provide in-depth instruction on advanced design and fabrication techniques. Students will obtain instruction on the proper use and maintenance of the metals shop. Students will be taught advanced machine skills, hand skills and tools. Students will be required to conduct research on a historical metals topic, write a paper and give a presentation. **Fee: There is a lab fee required for this course** (Prerequisites: CMTJ-202 or equivalent course and student standing in the METAL-BFA program.) **Studio 12, Credits 6 (Fall)**

**CMTJ-302**                         **Metals and Jewelry Design Junior II**
This course continues instruction in jewelry and hollowware rendering, chasing and repousse, and tool making, providing an in-depth instruction on advanced jewelry design and fabrication techniques. Through the use of kumboo (bi-metal) overlay technique and acid etching students are introduced to jewelry and hollowware design and production. Students will obtain instruction on the proper use and maintenance of the metals shop. Students will be taught advanced machine skills, hand skills and tools. Students will be required to conduct research on a historical metals topic, write a paper and give a presentation. **Fee: There is a lab fee required for this course** (Prerequisites: CMTJ-301 or equivalent course and student standing in the METAL-BFA program.) **Studio 12, Credits 6 (Spring)**

RIT0000847

College of Art and Design

**CMTJ-399**      **Metals and Jewelry Design Part-Time Co-op**
Cooperative Education will provide Metals and Jewelry Design students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in METAL-BFA with department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**CMTJ-498**      **Metals and Jewelry Design Internship**
Metals and Jewelry Design Internship is open to all Metals undergraduate students with a minimum of a 3.0 GPA. Metals students should first procure an internship opportunity within our industry. Students must submit a completed permission form identifying the firm and include a job description that outlines their duties and responsibilities. Metals and Jewelry Design Internship must be approved by the student's Program Director or Administrative Chair. Students are required to submit a minimum 10-page paper about their experience and obtain a letter of review from their job site supervisor. 90 hours of work earns 1 semester credit. (Prerequisites: This class is restricted to students in METAL-BFA who have at least a 3.0 GPA and instructor permission to enroll.) **Internship, Credits 1 - 6 (Fall, Spring)**

**CMTJ-499**      **Metals and Jewelry Design Co-op**
Cooperative Education will provide Metals and Jewelry Design students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in METAL-BFA with department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**CMTJ-501**      **Metals and Jewelry Design Senior I**
This course concentrates on hollowware design and production through the introduction of spinning, advanced hollowware techniques and rendering. The design and compilation of a professional resume is also completed. This course introduces advanced gem setting and identification and gemstone anatomy. Students will obtain instruction on the proper use and maintenance of the metals shop. Students will be taught advanced machine skills, hand skills and tools. Students will be required to conduct research on a historical metals topic, write a paper and give a presentation. **Fee: There is a lab fee required for this course** (Prerequisites: CMTJ-302 or equivalent course and student standing in the METAL-BFA program.) **Studio 12, Credits 6 (Fall)**

**CMTJ-502**      **Metals and Jewelry Design Senior II**
This course continues instruction in advanced gem setting and identification and gemstone anatomy and introduces jewelry mechanisms. This course provides the student with individual research in technique and design. The senior level students are required to assemble a group show of their four year's work, complete a job search and a professional portfolio including resume, photography, and renderings. **Fee: There is a lab fee required for this course** (Prerequisites: CMTJ-501 or equivalent course and student standing in the METAL-BFA program.) **Studio 12, Credits 6 (Spring)**

**CMTJ-530**      **Form and Fabrication: Metals and Jewelry Design**
This is an elective course providing an opportunity for introductory study in metals: either hollowware or jewelry. Development of metals techniques, design fundamentals and encouragement of personal expression will be encouraged. The student will learn to evaluate new techniques, materials and concepts. Slide lectures, technical demonstrations, field trips, hands-on experience and critiques will be used. **Fee: There is a lab fee required for this course** (This course is available to RIT degree-seeking undergraduate students.) **Studio 6, Credits 3 (Fall, Spring, Summer)**

**CMTJ-599**      **Metals and Jewelry Design Independent Study**
Metals and Jewelry Independent Study will provide students with the ability to study in a specialized area with an individual faculty member. Students, with the assistance of a faculty adviser will propose a course of study to pursue over the course of the semester. Goals and objectives will be outlined by the student in conjunction with their faculty adviser. To enroll in a Metals and Jewelry Independent Study students must obtain permission of an instructor and complete the Independent Study Permission Form to enroll. (Prerequisites: This class is restricted to students in CCER-BFA, GLASS-BFA, METAL-BFA or WOOD-BFA with instructor permission.) **Ind Study, Credits 1 - 6 (Fall, Spring)**

## Sculpture

**SCUL-201**      **Introduction to Sculpture**
This course is designed for students to develop ideas through investigation of basic sculpture practices, processes, and materials. Introduction to additive, subtractive, assemblage, and substitution processes of making sculpture are covered with expectations that students will develop these skills in relation to individual concepts and directions. ** Fee: There is a lab fee required for this course** (Prerequisites: FDTN-131 or equivalent course.) **Studio 6, Credits 3 (Fall or Spring)**

**SCUL-211**      **Introduction to Expanded Forms**
This course will focus on the diverse new forms of expression that have emerged in contemporary art including: installation, performance, video, light, sound, and numerous digital media. Students will research and produce artwork utilizing some of these new forms of personal expression. ** Fee: There is a lab fee required for this course** (Prerequisites: FDTN-141 or equivalent course.) **Studio 6, Credits 3 (Fall or Spring)**

**SCUL-269**      **Sculpture for Non-Majors**
This course will offer an introduction to sculpture and will expose students to basic concepts, forms, methods, and materials of the art form. The principles of space, volume, surface texture, multiple viewpoints, and gravity will be explored in three-dimensional projects. ** Fee: There is a lab fee required for this course** (This class is open to all undergraduate students except for those in the FNAS-BFA, ILLM-BFA, ILLS-BFA, GRDE-BFA, INDE-BFA, IDDE-BFA, NMDE-BFA, CCER-BFA, GLASS-BFA, METAL-BFA and WOOD-BFA majors.) **Studio 6, Credits 3 (Fall, Spring)**

**SCUL-501**      **Sculpture**
This course allows students to explore concepts, materials, processes, and techniques to develop a personal, cohesive three-dimensional body of work. Theories and history of sculpture will be discussed as relevant to individual directions. Course may be repeated. **Fee: There is a lab fee required for this course** (Prerequisites: SCUL-201 or equivalent course.) **Studio 6, Credits 3 (Fall, Spring)**

**SCUL-511**      **Expanded Forms**
The course will focus on the diverse new forms of expression that have emerged in contemporary fine art, including installation, performance, video, and digital art among the many other possibilities. Students will research some of these new forms and produce artwork in at least one of these forms. Course may be repeated. **Fee: There is a lab fee required for this course** (Prerequisites: SCUL-211 or equivalent course.) **Studio 6, Credits 3 (Fall, Spring)**

**SCUL-543**      **Foundry Practices**
This course is designed to introduce or develop students' skills in casting metals with an emphasis on cast iron and the use of a cupola. Advanced pattern-making, mold-making, sprueing, patination, and casting techniques will be introduced. Students will develop their concepts through cast metal sculpture. (Prerequisites: FDTN-132 or FDTN-232 or ILLS-209 or equivalent course.) **Studio 6, Credits 3 (Fall, Spring)**

**SCUL-573**      **Figure Sculpture**
This course will focus on the creation of three-dimensional figurative work. The student will observe live models to create multiple armatures and oil clay maquettes. The student will produce a finished figurative sculpture. (Prerequisites: FDTN-132 or FDTN-232 or ILLS-209 or equivalent course.) **Studio 6, Credits 3 (Fall, Spring)**

**SCUL-583**      **Welding and Fabrication**
This course will introduce develop skills in metal fabrication. Several different types of equipment will be introduced and explained along with the welding and cutting processes. Students will complete a body of work consisting of finished fabricated steel sculptures. The course will be taught off-campus at Rochester Arc and Flame Center connected to Mahany Welding, 115 Fedex Way, Rochester, NY. There is a lab fee to cover some safety equipment and supplies. **Fee: There is a lab fee required for this course** (Prerequisites: FDTN-132 or FDTN-232 or ILLS-209 or equivalent course.) **Studio 6, Credits 3 (Fall, Spring)**

## Textiles

**CWTD-530**      **Quilting Elective**
This course will introduce the beginner to the textile studio and to quilting as a creative process. This can be repeated to allow students to develop additional skills. **Fee: There is a lab fee required for this course** (This course is available to RIT degree-seeking undergraduate students.) **Studio 6, Credits 3 (Fall, Spring)**

RIT0000848

# School of Art

## Foundation Courses

**FDTN-111**                                                    **Drawing I**
This course is an introduction to the visualization of form, thought and expression through the drawing process. Concepts are introduced by lectures, discussions, demonstrations, research, and assigned projects. Designed to provide a broad introductory experience, students will experiment with a wide variety of media, tools, techniques and subjects to develop drawing expertise and problem solving skills related to design and composition. Course work will be assessed through critique, facilitating self-assessment, and the growth of both a visual and verbal vocabulary. The focus of the course is to provide awareness of the full range of ways in which drawing is used as a tool for both self-expression and communication. (Undergraduate Imaging Arts and Sciences) **Studio 6, Credits 3 (Fall, Spring)**

**FDTN-112**                                                    **Drawing II**
This course is an introduction to the visualization of form, thought and expression through the drawing process. Concepts are introduced by lectures, discussions, demonstrations, research, and assigned projects. Designed to provide a broad introductory experience, students will experiment with a wide variety of media, tools, techniques and subjects to develop drawing expertise and problem solving skills related to design and composition. Course work will be assessed through critique, facilitating self-assessment, and the growth of both a visual and verbal vocabulary. The focus of the course is to provide awareness of the full range of ways in which drawing is used as a tool for both self-expression and communication. (Prerequisites: FDTN-111 or equivalent course.) **Studio 6, Credits 3 (Fall, Spring, Summer)**

**FDTN-121**                                                    **2D Design I**
This course is a structured, cumulative introduction to the basic elements and principles of two-dimensional design. Organized to create a broad introductory experience, the course focuses on the development of both a visual and a verbal vocabulary as a means of exploring, developing and understanding two-dimensional compositions. Concepts are introduced through lectures, discussions, demonstrations, research, assigned projects and critiques. The course addresses a wide variety of media, tools, techniques both traditional and technological, and theoretical concepts to facilitate skill development and experimentation with process. Visual comprehension, the ability to organize perceptions and horizontal thinking that crosses other disciplines and theories, are key foundational components to the development of problem solving skills. Accumulative aspects of the curriculum included the exploration of historical and cultural themes and concepts intertwined with aspects of personal interpretation and experience. (Undergraduate Imaging Arts and Sciences) **Studio 6, Credits 3 (Fall, Spring)**

**FDTN-122**                                                    **2D Design II**
This course is the second semester of a sequential, structured introduction to the basic elements and principles of two-dimensional design. Organized to create a broad introductory experience, students will build upon the visual and a verbal vocabulary, media, techniques, skill development and processes acquired during the fall semester. This term will also focus on the comprehensive exploration of color theory as well as dealing with conceptualization and more advanced issues related to problem solving. Accumulative aspects of the curriculum included the exploration of historical and cultural themes and concepts intertwined with aspects of personal interpretation and experience. (Prerequisites: FDTN-121 or equivalent course.) **Studio 6, Credits 3 (Fall, Spring, Summer)**

**FDTN-131**                                                    **3D Design I**
This course presents a progressive study over two-semesters in terminology, visual principles, exploration, concept generation, process, and techniques of three-dimensional design. Using hands-on problem solving, student will develop an informed understanding of the 3D form and space with an emphasis on the elements and principles of visual design and their function as the building blocks and guidelines for ordering a 3D composition. A heightened awareness of form and space will be developed through lecture, assigned projects, and critiques. Students will also develop a personal awareness of problem seeking and solving, experimentation, and critical analysis. **Note: May be taken as a one-semester offering** (Undergraduate Imaging Arts and Sciences) **Studio 6, Credits 3 (Fall, Spring)**

**FDTN-132**                                                    **3D Design II**
This is the second-semester of a sequential course. The focus is on composing three-dimensional form and its relationship to space. Students will build on their prior term experiences, which include the introduction to 3D principles, materials, and building processes. Students will develop the sophisticated skill of conceptualization. More advanced problems will be assigned and students will have the opportunity to explore a wide range of material and process possibilities for their resolution. A heightened awareness of idea development and design research will be explored. Inclusion of 21st century themes in the arts of social cultural and community. (Prerequisites: FDTN-131 or equivalent course.) **Studio 6, Credits 3 (Spring, Summer)**

**FDTN-141**                                                    **4D Design**
4D Design introduces students to the basic concepts of art and design in time and space. Computers, video, photo, sound, and lighting equipment are used to create short-form time-based work. Students learn video, audio, camera, lighting, composite animation, and other skills relevant to all students in majors and programs required to take this course. The course explores elements of moving images, such as serial, narrative ordering, still and moving image editing, transitions and syntax, sound and image relations, and principles of movement. The course addresses the both historical conventions of time in art and recent technological advances, which are redefining the fields of fine art and design. In focusing on the relations between students' spacing and timing skills, 4D Design extends and supplements the other foundation courses, and prepares students for further work with time-based media. (Undergraduate Imaging Arts and Sciences) **Studio 6, Credits 3 (Fall, Spring)**

**FDTN-212**                                          **Drawing II Workshop: Topics**
This course is an investigation of the visualization of form, thought and expression through the drawing process. This workshop provides students with the opportunity to learn more about a particular experience in drawing while still covering required foundation elements. Different topics may be taken in the same semester. Topics may only be taken once. Concepts are introduced by lectures, discussions, demonstrations, research and assigned projects.. The focus of the course is to provide awareness of the full range of ways in which drawing is used as a tool for both self-expression and communication. (Prerequisites: FDTN-111 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**FDTN-222**                                          **2D Design II Workshop: Topic**
This workshop provides students with the opportunity to learn more about 2D compositions within a more open and experimental approach while still covering the core foundational 2D design II concepts. Different topics may be taken in the same semester, but unique topics may only be taken once. Material and conceptual focus will be determined by the faculty proposing each unique topic. (Prerequisites: FDTN-121 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**FDTN-232**                                          **3D Design II Workshop: Topic**
This workshop provides students with the opportunity to learn more about 3D compositions within a more open and experimental realm while still covering the core Foundation concepts. Different topics may be taken in the same semester. Topics may only be taken once. The focus is on composing three-dimensional form and its relationship to space. Material exposure will be determined by the topic's instructor. (Prerequisites: FDTN-131 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**FDTN-242**                                          **4D Design Workshop:Topic**
4D Workshop is a special topics section of 4D design that introduces students to the basic concepts of art and design in time and space. Computers, video, photo, sound and lighting equipment are used to create short-form time-based work. Students learn video, audio, camera, lighting, composite animation, and other skills relevant to all students in majors taking this course. **Studio 6, Credits 3 (Fall, Spring)**

## Art History

**ARTH-135**                                **History of Western Art:Ancient to Medieval**
In this course students will examine the forms, styles, functions, and meanings of important objects and monuments dating from prehistory through the Middle Ages, and consider these works of art in their social, historical and cultural contexts. The primary goals of this course are to learn how to look, how to describe and analyze what we see, and how to use these skills to understand and explain how art visually expresses meaning. At the end of the term, students will have gained a foundational knowledge of the object, scope and methods of the discipline of art history. The knowledge obtained in this introductory course will also guide students in their own creative endeavors. **Lecture 3, Credits 3 (Fall)**

**ARTH-136**                                **History of Western Art:Renaissance to Modern**
In this course students will examine the forms, styles, functions, and meanings of important objects and monuments dating from the European Renaissance through the beginning of the twentieth century, and consider these works of art in their social, historical and cultural contexts. The primary goals of this course are to learn how to look and how to describe and analyze what we see, and to use these skills to understand and explain how art visually expresses meaning. At the end of the term, students will have gained a foundational knowledge of the object, scope and methods of the discipline of art history. The knowledge obtained in this introductory course will also guide students in their own creative endeavors. **Lecture 3, Credits 3 (Fall, Spring)**

RIT0000849

**College of Art and Design**

**ARTH-311**  **Art and Architecture of Italy: 1250-1400**
The subject of this course is painting, sculpture and architecture of the second half of the Dugento and the Trecento in Italy and its aim is to provide insight into the ways in which society and culture expressed its values through art; 1250 marks the death of the last Hohenstaufen Holy Roman Emperor Frederick II and 1401 is considered by many to mark the beginning of the Early Renaissance, with the competition for the second set of bronze doors for the Baptistery of Florence. Artists students will study will include Nicola and Giovanni Pisano, Arnolfo di Cambio, Cimabue, Pietro Cavallini, Giotto, Duccio, Simone Martini, Pietro and Ambrogio Lorenzetti, Tino da Camaino, Andrea Pisano, Orcagna, Andrea Bonaiuti, Giusto de' Menabuoi, Altichiero, and Paolo Veneziano. The works students will study will include altarpieces, private devotional images, mural cycles, tombs, churches, chapels, town halls, palazzi and piazze. Questions for consideration will include: the nature and meaning of this proto-Renaissance, the importance of antique and medieval precedents, the increasing attention to the effects of nature, the role of the patron, and the relevance of documents, literary sources and visual precedents for our interpretation of images. **Lecture 3, Credits 3 (Fall)**

**ARTH-312**  **Art and Architecture of Italy: 1600-1750**
This course will focus on Italian artists working in Italy from circa 1600 to circa 1750 and to provide insight into the ways in which society and culture expressed its values through art. Students will explore painting, sculpture, and architecture, and more or less chronologically in each major artistic center of Italy. Students will also have the opportunity to explore how these different media coalesce to create an overwhelming visual experience. Students will pay particular attention to major commissions given to Annibale Carracci, Michelangelo da Caravaggio, Gianlorenzo Bernini, Alessandro Algardi, Francesco Borromini, Pietro da Cortona, Guarino Guarini, Filippo Juvarra and Giambattista Tiepolo, as we seek to define the nature and meaning of the Italian Baroque and Rococo. **Lecture 3, Credits 3 (Spring)**

**ARTH-317**  **Art and Architecture in Florence and Rome: 15th Century**
The subject of this course is 15th century painting, sculpture and architecture in Florence and Rome and its aim is to provide insight into the ways in which society and culture expressed its values through art betwee 1401, the year when the Calimala Guild announced a competition for a second set of bronze doors for the Baptistery of Florence, and 1500 the year when Michelangelo completed work on the Roman Pietà. Artists students will study include Filippo Brunelleschi, Lorenzo Ghiberti, Donatello, Nanni di Banco, Luca della Robbia, Michelozzo, Leon Battista Alberti, Lorenzo Monaco, Gentile da Fabriano, Masaccio, Fra Angelico, Fra Filippo Lippi, Paolo Uccello, Bernardo and Antonio Rossellino, Andrea del Verrocchio, Antonio del Pollaiuolo, Sandro Botticelli, Domenico del Ghirlandaio, Leonardo da Vinci, Filippino Lippi and Michelangelo. The works students will study will include altarpieces, private devotional images, portraits, mural cycles, paintings and sculpture of mythological subjects, allegories, ceilings, doors, tombs, churches, chapels, palazzi, villas and piazze. Questions for consideration will include: the nature and meaning of the Early Renaissance, developments in artistic theory and practice, the importance of Antique and Medieval precedents, the increasing attention to the effects of nature, the role of the patron, and the relevance of documents, literary sources and visual precedents for our interpretation of images. **Lecture 3, Credits 3 (Spring)**

**ARTH-318**  **Art and Architecture in Florence and Rome: 16th Century**
The subject of this course is 16th century painting, sculpture and architecture in Florence and Rome and its aim is to provide insight into the ways in which society and culture expressed its values through art between 1501, the year when Michelangelo returned from Rome to Florence to begin carving the colossal marble David, and 1600 which marks the emergence of the Baroque style in Rome. Artists students will study include Leonardo da Vinci, Bramante, Michelangelo, Raphael, Sebastiano del Piombo, Jacopo Sansovino, Baccio Bandinelli, Jacopo Pontormo, Agnolo Bronzino, Benvenuto Cellini, Bartolomeo Ammannati, Giorgio Vasari, and Giovanni Bologna. The works students will study will include altarpieces, private devotional images, portraits, mural cycles, paintings and sculpture of mythological subjects, allegories, ceilings, tombs, churches, chapels, palazzi, villas, piazze, fountains and equestrian monuments. Questions for consideration will include: the nature and meaning of the High Renaissance, Mannerism, and the late Renaissance, developments in artistic theory and practice, the importance of antique and medieval precedents, the increasing attention to the effects of nature, the role of the patron, and the relevance of documents, literary sources and visual precedents for our interpretation of images. **Lecture 3, Credits 3 (Fall)**

**ARTH-364**  **Art in Paris**
Students will study the history of artistic production and display in Paris, a city long regarded as a capital of the art world, from the Middle Ages to the twentieth century. The class will explore issues related to artistic production and display in Paris, including Paris as a center for Gothic production, art and the royal court, the intersection of classicism and French art, art and revolution, art and public space, Paris as a center of modernity, the role of historic conservation, and the role of museums. **Lecture 3, Credits 3 (Fall, Spring)**

**ARTH-366**  **18th, 19th Century Art**
This course will examine Western art in the period leading up to the French Revolution and the early "Modern" period – generally, the mid-19th century. This process will include a close examination of the works and careers of individual artists who have been considered some of the best-known representatives of the most significant art movements of the era, such as Rococo, Neoclassicism, Romanticism, Realism, and Impressionism. Students will learn a new vocabulary for discussing visual representations and will situate issues within political, religious, literary, and historical contexts. Throughout the course, a series of questions about art will be presented and students will assess how the nature of those questions affects the way they see images. **Lecture 3, Credits 3 (Fall)**

**ARTH-368**  **20th Century Art: 1900-1950**
A critical study of the art and visual culture of the first five decades of the twentieth century. Major stylistic movements in Europe and America will be examined with special attention to innovations in materials, subject matter, and philosophy. Central themes include: the relationship between art and politics, abstraction vs. figuration, primitivism, anti-modernism, and the search for origins, reactions to modernity and the rise of technology, the tension between the avant-garde and popular culture, utopian and dystopian views of art and society, the institutional critique, artistic responses to Phenomenology, Existentialism, Nihilism, and the special role of art and artists in modern society. Part I of a two-semester historical sequence devoted to 20th century art. (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ARTH-369**  **20th Century Art: Since 1950**
A critical study of the art and visual culture of the second half of the twentieth century. Major stylistic movements in Europe and America are examined with special attention to innovations in materials, subject matter, and philosophy. Central themes include: Abstract Expressionism, Pop Art, West Coast Junk, Funk and Beat, Nouveau Réalisme, CoBRA and Situationism, Arte Povera, Earthworks, Site Specificity, Allegory, Conceptualism, Minimalism, Feminism, Performance, Happenings, Installation, and New Media. Part II of a two semester historical sequence devoted to 20th century art. (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ARTH-373**  **Art of the Last Decade**
A critical study of the art and visual culture of the last decade with a strong emphasis on the current American and international scene. The primary focus will be on living artists and artists who remain crucial to contemporary debates with special attention paid to recent, current, and forthcoming exhibitions, their methodological frameworks, and historical context, as well as the key critics, theorists and curators who are shaping the visual culture of the present. (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**ARTH-378**  **Baroque Painting in Flanders**
Students will study the history of Baroque painting in Flanders from the mid-1500s to 1700 with a specific focus on women, gender and illness, and the birth of Early Modern Europe. Students will consider the meaning of the Flemish Baroque, the observation and recording of natural appearances (still-life paintings), "hidden symbolism" and sacramental themes and connections between Flemish and Italian art. Peter Paul Rubens and Anthony Van Dyck are among the major artists to be studied in addition to those who are lesser known. **Lecture 3, Credits 3 (Spring)**

**ARTH-379**  **Renaissance Painting in Flanders**
The history of Renaissance painting in the Southern Netherlands from the beginning of the 15th century to the end of the 16th century with specific focus on women, gender, and illness and the birth of Early Modern Europe. We will consider the meaning of the Renaissance in Flanders, the observation and recording of natural appearances, "hidden symbolism" and sacramental themes in Early Netherlandish painting, the connections between Flemish, German, and Italian art, the development of new genres in the 16th century, "originality" and artistic progress." **Lecture 3, Credits 3 (Spring)**

**ARTH-392**  **Theory and Criticism of 20th Century Art**
A critical study of some of the major theoretical and philosophical texts that ground twentieth century art as well as their impact on artists and art historians/critics. Taken together they constitute what is presently called critical theory across a wide range of the humanities and social sciences, as well as the emergence of an alleged postmodernism. Major issues include: the theory of autonomy and self-reflexivity, the structuralist paradigm, post-structuralist and Marxist critiques of modernism, feminist approaches to spectacle, semiotics, and the theory of the sign, spectatorship, and commodity fetishism, the relation of vision to constructions of identity and power. Key authors to be discussed include: Lessing, Kant, Greenberg, Foucault, Barthes, Benjamin, Saussure, Pierce, Levi-Strauss, Lacan, Lyotard, Bataille, Debord Baudrillard, and Ranci. (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

RIT0000850

**ARTH-457**                                                                 **Art and Activism**
This course will focus on artists who use their work for the explicit purpose of changing society, and who subscribe to the belief that all representation is ideological. It considers work by both individual artists (and artists working collectively) that cause critics, art historians, other artists, and the viewing public to ask if what they are doing is truly art. Although there will be forays back to the 19th and early 20th centuries, most time will be dedicated to the last three decades. Students will examine texts that propose a form of activism and persuade artists to be responsible for the way they represent the world – and perhaps, even determine if the goal of art is not to represent it in the first place. "What is Art?" "What should Art do?" "How can Art incite social change?" "Does the artist have any social responsibility?" are just some of the questions raised when art comes into contact with the political sphere– especially when that art proposes to make a political or social change – i.e., when art becomes action. Although these questions may not seem immediately answerable, it is our responsibility to ask them, and then attempt to answer them as best we can. The artists and theorists that we will discuss are concerned with problems in our society that effect gender, race, sexuality, poverty, labor issues, and the environment. Most of the theorists and artists can be classified as angry and confrontational, or at least evoking a form of contestation, their art and ideas are reflective of these positions. Key artists to be discussed include Martha Rosler, Kara Walker, David Hammons, Allan Sekula, Mel Chin, Barbara Kruger, Hans Haacke, Fred Wilson, General Idea, Guerilla Girls, Adrian Piper, and Alfredo Jaar. (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**ARTH-521**                                                                      **The Image**
The image remains a ubiquitous, controversial, ambiguous and deeply problematic issue in contemporary critical discourse. This course will examine recent scholarship devoted to the image and the ideological implications of the image in contemporary culture. Topics will include: the modern debate over word vs. image, the mythic origins of images, subversive, traumatic, monstrous, banned and destroyed images (idolatry and iconoclasm), the votive and effigy, the mental image, the limits of visuality, the moving and projected image, the virtual image, image fetishism, the valence of the image, semiotics and the image, as well as criteria by which to assess their success or failure (their intelligibility) and their alleged redemptive and poetic power. (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ARTH-541**                                        **Art and Architecture of Ancient Rome**
Students will examine the visual culture of ancient Roman civilization from the foundations of Roman culture through the Late Imperial era. Rome was heavily reliant on images as a means of transmitting concepts of lineage, status, and power; students will learn how these images may have been perceived in the context of Roman social and political history, and how style may have been used as an ideological tool. **Lecture 3, Credits 3 (Fall, Spring)**

**ARTH-544**                                                     **Illuminated Manuscripts**
Students in this course will examine the history of illuminated manuscripts, learning about the working methods of artists as well as the cultural significance of the illuminated book. Issues of production, style, function, and patronage will be introduced, and students will explore the relationships between images, texts, and readers. **Lecture 3, Credits 3 (Fall, Spring)**

**ARTH-549**                                     **Topics in Global Art and Architecture:**
This course will focus on a critical examination of a select theme within art and architecture beyond the traditions of Europe or modern North America. A topic description will be posted each term the course is offered. This course can be taken multiple times for credit, but Individual topics must be different. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**ARTH-550**                                                         **Topics in Art History**
A focused, critical examination and analysis of a selected topic in Art History varying according to faculty teaching the course. A subtopic course description will be published each term course is offered. This course can be repeated. **Lecture 3, Credits 3 (Fall, Spring)**

**ARTH-555**                                   **Topics in Medieval Art and Architecture**
A critical examination of a select theme within the field of medieval art and architecture. A subtopic description will be posted each term the course is offered. This course may be repeated for credit, but students may not repeat a topic. **Lecture 3, Credits 3 (Fall, Spring)**

**ARTH-556**                                                                     **Art Comics**
This course will explore how the comics medium has figured into the history of modern and contemporary art and visual culture. Students will explore how cartooning, drawing, and print-making in the 19th century led to the development of early comics and the newspaper comic strip, how early 20th-century comics fit into the modernist avant-garde, how postwar artists began to use the comics medium as both source material and as a medium unto itself, how comics have been incorporated into contemporary art museums and galleries, and how contemporary comics artists engage with abstraction, medium specificity, seriality, and the archive. The course will draw from an interdisciplinary range of methodologies, from art history and visual culture to literary studies and museum studies. **Lecture 3, Credits 3 (Fall)**

**ARTH-558**                                                              **The Gothic Revival**
This class covers the Gothic Revival of the 18th, 19th, and 20th centuries. Issues to be examined include the question of stylistic revival vs. stylistic survival; the origin and meanings of Gothic as a stylistic category; the impact of antiquarianism on the Gothic Revival in the 18th century; Gothic and 18th century modes of vision; Gothic in the private and public spheres; Gothic's associations with science, gender, nationalism, and morality; the Gothic Revival and the Pre Raphaelites, and major figures within the movement such as A.W.N. Pugin and John Ruskin. **Lecture 3, Credits 3 (Fall, Spring)**

**ARTH-561**                                                             **Latin American Art**
Students will explore the historical development of art of Latin America from colonial times to the present. Included will be a consideration of painting, sculpture, architecture, graphic, and photographic arts. Potential themes to be addressed include the dependence on the European neo-classical academic model; indigenism; nationalism and the resurgence of popular art; the role of the visual arts in the construction of history; the conflicts and tensions involved in the search for a cultural identity. **Lecture 3, Credits 3 (Spring)**

**ARTH-563**                                                          **Modern Architecture**
Students will explore the history of world architecture from the late nineteenth century to the present. Issues to be considered include the definition of modern as it applies to the built environment; new building types; historicism; stylistic movements; urban development; housing; modern materials; critical theory and its impact on design; and architectural representation. **Lecture 3, Credits 3 (Spring)**

**ARTH-568**            **Art and Technology: from the Machine Aesthetic to the Cyborg Age**
Students will explore the link between art and technology in the 20th century with special focus on the historical, theoretical, and ideological implications. Topics include the body in the industrial revolution, utopian, dystopian, and fascist appropriations of the machine, engendering the mechanical body and machine-eroticism, humanism, the principles of scientific management, the paranoiac and bachelor machine, multiples, mass production, and the art factory, industrial design and machines for living, the technological sublime, cyborgs, cyberpunk and the posthuman. Key theorists to be discussed include: Karl Marx, Norbert Weiner, Reyner Banham, Siegfried Gideon, Marshall McCluhan, Michel Foucault, Deleuze and Guattari, Donna Haraway, and Martin Heidegger, as well as examples from film (Modern Times, Metropolis, Man with the Movie Camera and Blade Runner) and literature (Shelley's Frankenstein, and Zamyatin's We). Artists covered include: Tatlin, Rodchenko, Malevich, Moholy-Nagy, Léegr, Sheeler, Picabia, Duchamp, Calder, Ernst, Le Corbusier, Klee, Tinguely, Oldenburg, Rauschenberg, Warhol, Beuys, Kiefer, Lewitt, Fischli and Weiss, Acconci, Nam June Paik, Survival Research Laboratories, Bureau of Inverse Technology, Stelarc, Orlan, Dara Birnbaum, Roxy Paine, Marina Abramovic, Kac and Bill Viola. (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ARTH-571**                                                           **Extreme Abstraction**
This course examines the historical foundation, critical debate, and ideological motivations regarding abstraction in the modern era. It also explores some of the key theorists of abstraction (Wassily Kandinsky, Paul Klee, Clement Greenberg, Stan Brakhage, and B.H.D. Buchloh), as well as the critical grounds for the shift toward the nonfigurative. Relevant historical movements that will be studied include Abstract Expressionism, Suprematism, De Stijl, Cubism, the Monochrome, Photographic and Filmic Abstraction, and the limits of representation. Key artists to be considered include: Man Ray, Charles Biederman, Gerhard Richter, Chuck Close, Ellsworth Kelly, Robert Ryman, Agnes Martin, Robert Mangold, Bridget Riley, Tony Conrad, Stan Brakhage and Harry Smith. (Prerequisites:  ARTH-136 & ARTH-368 or ARTH-369 or equivalent.) **Lecture 3, Credits 3 (Spring)**

**ARTH-572**                                                           **Art of the Americas**
This is a survey course of native north and South American visual arts within an historical and anthropological framework. Included will be an examination of the development of principal styles of Ancient American architecture, sculpture, painting, and ceramics up to the 16th century when the Spanish conquistadors defeated the Aztec and Inca empires and imposed colonial rule. Consideration is also given to materials used, techniques of construction, individual and tribal styles, as well as to the meaning and function of various art forms within Native American societies. **Lecture 3, Credits 3 (Fall)**

**ARTH-573**                                                               **Conceptual Art**
This course examines the widely influential mid-1960s art movement that questioned the fundamental nature of art itself by renunciating the material art object as well as the phenomenon of art making. The definition of art as well as its institutional framework was thereby expanded, and the idea, concept, or intellectual dimension of the work was underscored. Students will be acquainted with the philosophical foundations and critical implications of this global movement across a wide spectrum of works and practices (paintings, performance, installations, books and texts, photography, film, and video) and its relevance to contemporary concerns. (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

RIT0000851

**College of Art and Design**

**ARTH-574**                                                    **Dada and Surrealism**
Students will examine the widely influential Dada and Surrealist movements in Europe and the United States from 1916 through the post-World War II period as well as their relevance to contemporary concerns. Emphasis is on identifying the major works of artists involved in these movements as well as their philosophical foundations, critical implications, as well as the broader literary and ideological contexts (e.g., Freud, Breton, Lautréamont, Leiris and Bataille). A wide range of works and practices (paintings, performance, installations, literary texts, photography, film, and ephemeral objects) will be studied, and the work of certain key artists (Höch, Heartfield, Schwitters, Duchamp, Picabia, Dalí, Ernst, Giacometti, Man Ray, Bellmer, Cahun, Cornell, Magritte, Miro, Oppenheim, Toyen and Picasso) will be analyzed in depth. (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ARTH-576**        **Modernism and Its Other:  Realism in the Shadow of Expressionism**
This course is an inquiry into one of the major debates of modern art; this debate had a seemingly clear victor. The idea that the artist expresses his/her individuality and then communicates that "self" to the rest of "humanity" through a higher, transcendental, language has dominated the discourse and practice of modernist art. In retrospect, the art that dominated most of the first half of the 20th century was of an expressive nature. On the other hand, art that in anyway addressed direct and specific social issues was banished by art's major institutions. Realism was dead. Students will look at the circumstances of how Realism became subordinated to expressionism. The course will address the question of what exactly constituted the practice of realist art. Examining the roots of both movements, taking us at times into the 18th and 19th centuries, but we will concentrate on how institutions like the Museum of Modern Art helped to define how we see the history of 20th century art as being pre-determined and following teleology. Students will explore how modernism's "other", namely Realism, survived and gained new currency in practices of late 20th and early 21st century art. (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ARTH-577**                                                    **Displaying Gender**
This course brings together two of the most significant strains of recent art historical scholarship: the study of gender in representation and the critical examination of exhibitions and museums with particular focus given to key examples of curatorial practice from the late 19th century to the present day. Through readings, possible museum visit(s), class discussions, and guided individual research, questions of gender in exhibitions will be considered in relation to other aspects of identity including sexuality, race, and class. **Lecture 3, Credits 3 (Spring)**

**ARTH-578**                                                    **Edvard Munch**
The Norwegian artist Edvard Munch (1863-1944) continues to generate a great deal of popular interest, critical scholarship, and reflection. The 4-volume catalogue raisonné of his paintings was published in 2009, and the graphic work appeared in 2001. A painter, printmaker, photographer, and filmmaker, Munch was also a prolific writer, well acquainted with the symbolist poets and playwrights, as well as the broad intellectual drift of the fin-de-siècle. He is the one Scandinavian artist included within the Modernist canon and his image, The Scream (1893), is an icon of the modern age. Munch traveled widely throughout Europe and his work was exhibited in North America beginning with the famous 1913 Armory Show. Students will examine recent scholarship devoted to Munch and the critical issues that his work addresses. It will also place him within the broader cultural context of Scandinavian and European modernism, while examining his impact on subsequent generations. (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ARTH-581**                          **Realism and the Avant-Garde in Russian Art**
The term "avant-garde" was originally used to describe the foremost part of an army advancing into battle. The concept of the avant-garde is considered by some to be synonymous with Modernism. The radical move away from classical forms of representation in the late 19th and early 20th centuries is typical of how one understands the avant-garde. In Russia, the experiments in art from the mid 1890's through 1922 are seen as modernist avant-garde practices that were extreme departures from art practices of the earlier 19th century. Although this art is very often described, like other western art of the period, in terms of form rather than with regard to its ideological content, students will examine the avant-garde's social and, therefore, political underpinnings. In order to get to the roots of an earlier understanding of the avant-garde, we find in its beginnings the writings of Claude Henri de Rouvroy, comte de Saint-Simon, and Olinde Rodrigues. In Russia the artists who painted images that represented the social world, and therefore put themselves in opposition to the status quo, were known as the Peredvizhniki. Students will connect this group of artists to the Russian formal and political avant-garde of the early 20th century and to the latter non-conformist artists of the second half of the 20th century that coincides with Perestroika and the eventual demise of the Soviet Union. (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ARTH-583**                                                    **Installation Art**
This course will introduce students to historic, contemporary, and critical issues surrounding installation art. There will be an introduction to the development of installation art as a genre. We will examine the changes, which have developed over the past three decades, of object sculpture to non-object. There will be an emphasis on the development of the concept of an installation project and its relationship to site and/or audience. Both public and gallery spaces will be discussed. (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ARTH-584**                                                    **Scandinavian Modernism**
Students will examine the decorative arts and visual culture of modern Scandinavia from 1860 to the present, with special emphasis on the social, economic, and political impulses that have shaped them. Scandinavian Modern design plays a significant role in the postwar epoch; it is equated with such leading brands as Volvo, Saab, Ericsson, Nokia, H&M, Electrolux Orrefors, Georg Jensen, ARTEK, Iittala, and IKEA and the idea of progressive, social democracy. The myths and realities of its success will be examined and related to emerging cultural and national identities, as well as its impact on contemporary design. (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ARTH-586**                          **History of Things:  Studies in Material Culture**
This course is an examination of techniques and materials together with a historical overview of the artistic achievements of craftsmen and women in the past, with particular emphasis on ceramics and metalsmithing. It includes study of Renaissance and early modern earthenware and stoneware as a prelude to the consideration of the history of porcelain and explores creative thinking and designing in other traditional craft areas such as fiber, glass, and wood. **Lecture 3, Credits 3 (Fall)**

**ARTH-588**        **Symbols and Symbol Making: Psychoanalytic Perspectives on Art**
Students will explore the links between psychoanalytic theory, art history and visual culture with special focus on the work of Sigmund Freud, Carl Jung, and their followers. A central aim is to examine the way in which psychoanalytic theory has been employed by art historians and theorists as a mode of interpretation, as well as to study how, why, and what several of the most notable psychoanalysts have written about art. Topics include the interpretation of dreams, transference, the Oedipal myth, melancholia, narcissism, abjection, the structure of the unconscious, the fetish, Archetypes and the Collective Unconscious, as well as outsider art, and the art of the insane. Key theorists to be discussed include: Freud, Jung, D.W. Winnicott, Melanie Klein, Jacques Lacan, Otto Rank and Julia Kristeva; individual artists studied include: Albrecht Dürer, Leonardo da Vinci, Edvard Munch, Lars Hertervig, Max Ernst, Jackson Pollock, Antonin Artaud, Louise Bourgeois, Mary Kelly and Victor Burgin; in addition to examples from film (Maya Deren, Luis Bu–uel and Salvador Dali, and Stan Brakhage). (Prerequisites: ARTH-136 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ARTH-599**                                            **Art History Independent Study**
Art History Independent Study will provide students with the ability to study in a specialized area with an individual faculty member. Students, with the assistance of a faculty adviser will propose a course of study. Art History Independent Study students must obtain permission of an instructor and complete the Independent Study Permission Form to enroll. (This course requires permission of the Instructor to enroll.) **Ind Study, Credits 1 - 6 (Fall, Spring, Summer)**

## Fine Arts Studio

## Illustration

**ILLS-206**                                            **2D Composition and Color**
This course will provide students with instruction and assignments to practice and apply compositional picture plane dynamics using representational subject matter. Students will explore the principles of composition through the use of formal visual elements such as line, shape, value and color to achieve effective two-dimensional compositions. (Prerequisites: FDTN-121 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**ILLS-209**                                            **3D Applications: the Figure**
Students will build upon their experience in 3D Design I including materials, and building processes, while constructing the human figure. Sculpted figures will portray accurate human anatomic structure, inference of function, and balance. (Prerequisites: FDTN-131 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**ILLS-213**                                                    **Illustration I**
Illustration I is the primary core course for illustration majors in their sophomore year. The students approach major elements of technique, application, and theory in relation to becoming illustrators. Studio sessions involve basic problem solving, anatomy, pictorial composition, media applications, figurative expression, use of reference tools, and illustrative techniques. Class structure allows demonstrations of processes and experimentation for assignment development. Group and individual critiques will be used to evaluate work. (Prerequisites: FDTN-112 and FDTN-122 or ILLS-206 or equivalent courses.) **Studio 5, Credits 3 (Fall, Spring)**

RIT0000852

**ILLS-214**                                                      **Anatomical Illustration**
This course will provide an in-depth anatomical approach to drawing the figure. Students will obtain instruction and practice at drawing human anatomy including body and head postures, facial expressions, and hand gestures. Students will learn anatomical proportioning while drawing from observation from models to convey emotions such as anger, sadness, fear, disgust, etc. Students will also learn to use photo support references. Works will be created in black and white and in color media using light and dark, and warm and cool effects. (Prerequisites: FDTN-112 and FDTN-122 or ILLS-206 or equivalent courses.) **Studio 5, Credits 3 (Fall, Spring)**

**ILLS-218**                                                      **Dimensional Illustration I**
This course will introduce students to an alternative style of illustration that will expand their thinking into the third dimension. Emphasis will be placed on planning and preparation of compositional elements in three-dimensional sculptural form and creative problem solving. Students will be encouraged to explore a variety of materials and techniques to complete projects. (Prerequisites: FDTN-112 and FDTN-122 or ILLS-206 or equivalent courses.) **Studio 5, Credits 3 (Fall, Spring)**

**ILLS-219**                                                      **Digital Illustration I**
Digital Illustration I will provide students with methods of conceptualizing, organizing and executing illustrations using the computer. Projects will expose students to various types of digital techniques using vector and raster-based software applications, and a variety of input and output devices for the creation of professional level assignments. The course will emphasize conceptual problem-solving methodology and the language of visualization while providing a consistent foundation for digital illustration as it relates to professional illustration production. Color systems, digital terminology and pre-press file formats will be covered. (Prerequisites: FDTN-112 and FDTN-122 or ILLS-206 or equivalent courses.) **Studio 5, Credits 3 (Fall, Spring)**

**ILLS-250**                                               **Illustration Fundamentals Topic**
Investigation into the fundamentals of illustration. Subject offerings will vary by intended preparation for the illustration field. This course may be repeated, however topics can only be taken once. (Prerequisites: FDTN-111 and FDTN-121 and FDTN-131 or equivalent courses.) **Studio 6, Credits 3 (Fall, Spring)**

**ILLS-313**                                                      **Illustration II**
This course will focus on preparing students to create work for a variety of illustration markets including the advertising, editorial, corporate and book publishing markets. Emphasis will be placed on the development and creation of a variety of finished illustrations that will demonstrate understanding of current industry trends and standards. Students will gain insight into the differences and nuances of these illustration specializations. Creative problem solving, stylistic self-expression, and technical proficiency will be emphasized. Students will participate in individual and group reviews and critiques. (Prerequisites: ILLS-213 or equivalent course.) **Studio 5, Credits 3 (Fall, Spring)**

**ILLS-319**                                                      **Digital Illustration II**
Digital Illustration II will provide students with advanced methods of conceptualizing, organizing and executing illustrations using the computer. Projects will expose students to various types of digital techniques using vector and raster-based software applications, and a variety of input and output devices for the creation of professional level assignments. The course will emphasize conceptual problem solving methodology and the language of visualization while providing a consistent foundation for digital illustration as it relates to professional illustration production. Color systems, digital terminology and pre-press file formats will be also be covered. (Prerequisites: ILLS-219 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**ILLS-358**                                                     **Dimensional Illustration II**
This course will offer students the option to continue an exploration of three-dimensional illustration. Emphasis is placed on creative problem solving, drawing skills, planning, preparation, compositional elements of three-dimensional low relief and sculptural form. Students are encouraged to explore a singular medium to complete projects in series presented in a consistent style. (Prerequisites: ILLS-218 or equivalent course.) **Lecture 2, Studio 3, Credits 3 (Fall, Spring)**

**ILLS-364**                                                      **Editorial Illustration**
Students will take an in-depth look at creating images for the newspaper and magazine publishing industry. Emphasis will be placed on creating a wide variety of finished illustrations. The course will focus on the visual interpretation of editorial subject matter. Critical thinking, visual criticism, and rhetoric will also be a required component of work generation and conceptualizing. Presenting thumbnails that explore a variety of concepts is emphasized. This course may be retaken one time. (Prerequisites: ILLS-213 or equivalent course.) **Studio 5, Credits 3 (Spring)**

**ILLS-369**                                                      **Digital Mixed Media**
This course provides students with the opportunity to explore the creative potential presented through the imaginative combination of both traditional and digital media. Students will be expected to utilize and combine skills learned in traditional and digital illustration courses to provide exciting and fresh illustrations unrestricted by a singular medium. (Prerequisites: ILLS-213 and ILLS-219 or equivalent courses.) **Lecture 2, Studio 3, Credits 3 (Spring)**

**ILLS-399**                                                   **Illustration Part-Time Co-op**
Cooperative Education will provide Illustration students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in ILLS-BFA with at least 2nd year standing and department permission to enroll.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**ILLS-413**                                                      **Illustration III**
This course will focus on preparing students to function as professional working illustrators. Students will prepare and supply professional business materials such as job cost estimates, work and job delivery schedules, etc. along with assignment work. Emphasis will be placed on the development and creation of a variety of finished illustrations that will demonstrate understanding of current industry standards. Students will gain insight into pricing, time management, and effective communication relative to the illustration profession. Creative problem solving, stylistic self-expression, and technical proficiency will also be emphasized. Students will participate in individual and group reviews and critiques. (Prerequisites: ILLS-313 or equivalent course.) **Studio 5, Credits 3 (Fall, Spring)**

**ILLS-461**                                                      **Illustration History**
This course will provide students with a historical overview and discussion of the field of illustration. Students will be presented with illustration in a developmental context. Visual examples, illustrator's biographies, descriptive information, and terminology will define and distinguish illustration and provide topics for discussion. The course will cover revolutionary illustrators, evolutionary trends, and styles from 1880 to the present. Special emphasis will be placed on particular illustrators whose artistic contributions to the field have defined and influenced changes and new movements. Work in traditional mediums and more recent digital mediums will be covered. (Prerequisites: FDTN-112 and FDTN-121 or equivalent courses.) **Studio 5, Credits 3 (Fall)**

**ILLS-465**                                                      **Book Illustration**
This course will focus on preparing students to create work for the book publishing industry. Emphasis will be placed on creating a wide variety of finished illustrations that will appeal to picture book markets as well as a range of other publishing categories. To create a basis for their illustrations, students will visualize existing narratives and/or author their own story concepts. This will involve story development and storyboard conceptualization. Creative expression and technical experimentation will be encouraged. The course will culminate with the student creating a completed "dummy" suitable for presentation to book publishers. (Prerequisites: ILLS-219 or equivalent course.) **Studio 5, Credits 3 (Fall, Spring)**

**ILLS-466**                                                      **Personal Focus**
This course requires students to create several illustrations on a topic, genre, or market relating to personal interests, experiences, directions, portfolio requirement, and career goals. Emphasis will be placed on the display of the student's individual aesthetic choices including realism or stylization, personal color palette, characterization, compositional sense, and other considerations. Works may be thematic or individualistic in content. Although this is not an independent study course, students will be expected to create a plan of work for the course in consultation with the instructor. **Studio 5, Credits 3 (Fall)**

**ILLS-467**                                                   **Animating Digital Illustration**
Animating Digital Illustration will provide an introduction to illustrating for multimedia projects by creating computer generated animations and presentations. Adobe Flash in combination with other imaging and motion software will be used. Assignments will investigate not only illustrated animation, but also sound, music, color and special effects. The course will emphasize conceptual problem solving methodology, color systems, digital terminology and motion file formats. (Prerequisites: ILLS-219 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**ILLS-468**                                                      **Fantastic Illustration**
This course will focus on the visual interpretation of subject matter specific to these specialized genres of illustration. Emphasis will be placed on creating a wide variety of finished illustrations. Critical thinking, visual criticism, and rhetoric will also be a required component of work generation and imaginative conceptualizing. Stylistic options and technical approaches to the subject matter will be emphasized. **Studio 5, Credits 3 (Fall)**

**College of Art and Design**

**ILLS-472** **Sketchbook Illustration**
This course will facilitate the use of sketchbooks as a creative, developmental tool for illustrators and artists. Students will complete assignments by draw on location and in class to explore subjects and environments to create a visual reference material in the form of a sketchbook journal. Material documented in the sketchbook will then provide visual reference for more complete illustrations. **Studio 5, Credits 3 (Spring)**

**ILLS-477** **Caricature Illustration**
This course will provide an in depth look and practice at creating humorous, symbolic or acerbic images of people for this specialized area within the field of Illustration. Assignments will challenge students to create characters for a variety of purposes and media. Emphasis will be placed on interpreting facial expressions, body postures, and clothing. Students will work in black and white and in color media producing a wide variety of finished illustrations. Students will be instructed in production methodologies, character diagramming, and color systems. **Studio 5, Credits 3 (Spring)**

**ILLS-482** **Political Cartooning**
Political Cartooning is an introduction to this very popular, humorous approach of illustration that is widely used by newspaper and magazine publishers. Students will apply humorous, satirical, ironic, etc. content to their illustrations. Research, brainstorming, and exploration of techniques and media are emphasized. The history of visual joke telling is reviewed. **Studio 6, Credits 3 (Spring)**

**ILLS-498** **Illustration Internship**
The illustration internship will provide students with the option to work in the illustration or visual communication field. Students may apply for internships to businesses based on the availability of positions and business job needs. Students must obtain permission of an instructor and complete the Internship Permission Form to enroll. (Enrollment in this course requires permission from the department offering the course.) **Internship, Credits 1 - 6 (Fall, Spring)**

**ILLS-499** **Illustration Co-op**
Cooperative Education will provide Illustration students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Enrollment in this course requires permission from the department offering the course.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**ILLS-501** **Illustration Portfolio**
Illustration Portfolio is the final preparatory course for the Illustration major. Its purpose is to provide students with information, strategies and guided instruction to market themselves and organize and create their final portfolio. Writing will be a substantial component of this course. The course will include marketing and business practices for the professional illustrator. Students will receive individual critique and analysis of work created in prior studio classes and progress to the definition of a career agenda. Projects will be customized for each students body of work and their career intentions. Presentation methods and business protocol will also be addressed. The final culminating project will be a finished portfolio. In addition to the portfolio document, students will be instructed in job seeking strategies including creating mailers and promotional materials, interviewing dynamics, resume writing, and correspondence. (Prerequisites: Completion of First Year Writing (FYW) requirement is required prior to enrolling in this class.) **Studio 5, Credits 3 (Spring)**

**ILLS-550** **Topics in Illustration**
This course will focus on the investigation of, and practice in, a selected topic in illustration. Subject offerings will vary by sub-field specializations in the illustration field. A subtopic course description will be published each term course is offered and may have limited repeatability. The course, however can be repeated. **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**ILLS-559** **Illustrative Design**
Illustrative Design is an introduction to the principles and methods used to incorporate illustration with typography and layout. Students will conceptualize, organize and execute illustrations within a design context. Illustrative Design will emphasize the use of graphic elements such as symbols, charts, and type to be incorporated into illustrations. Layout terminology and illustration production methods will be included. Projects will expose students to various examples of current, real-world assignments that will demand the use of traditional illustration methods as well as computer-based production media. Assignments will stress solutions that are typically managed by art directors and designers. The course will emphasize the language of visualization and the relationship and coordination of concept, illustration and word. This course may be repeated once for a total of six credits. (Prerequisites: ILLS-219 or equivalent course.) **Studio 6, Credits 3 (Fall)**

**ILLS-562** **Journalistic Illustration**
This course will familiarize students with the requirements of visually reporting a specific happening or event. Assignments will be longer in duration and will consist of several major works, many drawings, sketches, notes and photo references. This journalistic approach to illustration demands that students attend an event and selectively record important aspects that will best communicate the atmosphere and action of the scene. Extensive research, both informational and visual is expected. A personal, editorial viewpoint is desired. This course will familiarize students with methods and issues involving creating a series of images for the single purpose of representing a story or illustrated sequence. Emphasis will be placed on choosing important content and planning effective image sequences. Students will learn to share their observations to clarify and embellish what might be commonplace for the non-visual observer. (Prerequisites: ILLS-213 or equivalent course.) **Studio 5, Credits 3 (Spring)**

**ILLS-563** **Zoological and Botanical Illustration**
This course utilizes subjects found in the natural world as resources for applied and fine art applications. Working from live and preserved subjects, students will accurately depict animal and plant images, which may be used descriptively in print and electronic media. (Prerequisites: FDTN-112 and FDTN-122 or ILLS-206 or equivalent courses.) **Studio 6, Credits 3 (Fall, Spring)**

**ILLS-568** **Pop-Up Books**
This course will deal with constructing and illustrating pop-up and mechanical books. Students will study planning, preparation, engineering and illustration for production of pop-ups. The course will be divided into a preliminary section of learning basic mechanisms of pop-up books and a second section, which allows students to apply knowledge learned in the first section to the illustration and production of their own book. (Prerequisites: ILLS-218 or equivalent course.) **Studio 6, Credits 3 (Fall)**

**ILLS-569** **Advertising Illustration**
This course will deal with creating illustrations used to advertise products, services and events. Assigned projects will give students a better understanding of the wide range of assignments advertising illustrators are asked to produce by advertising agencies and corporate accounts. Students will experience the fast paced working conditions inherent in the advertising industry. **Studio 5, Credits 3 (Fall, Spring)**

**ILLS-579** **Digital Editorial**
Digital Editorial will introduce students to editorial illustration. Importance will be placed on interpretation of editorial subject matter and preparation of digital imagery for print reproduction. Students will apply approaches to creative illustration while creatively interpreting editorial text and visual narratives. Students may use vector and raster-based software applications and a variety of input and output devices. Stylistic issues, conceptual strategies, production restrictions, and color systems will also be covered. (Prerequisites: ILLS-213 and ILLS-219 or equivalent courses.) **Studio 5, Credits 3 (Spring)**

**ILLS-599** **Illustration Independent Study**
Illustration Independent Study will provide students with the ability to study in a specialized area with an individual faculty member. Students, with the assistance of a faculty adviser will propose a course of study. Illustration Independent Study students must obtain permission of an instructor and complete the Independent Study Permission Form to enroll. (This course requires permission of the Instructor to enroll.) **Ind Study, Credits 1 - 6 (Fall, Spring)**

## Medical Illustration

**ILLM-399** **Medical Illustration Part-Time Co-op**
Cooperative Education will provide Medical Illustration students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Enrollment in this course requires permission from the department offering the course.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**ILLM-498** **Medical Illustration Internship**
The medical illustration internship will provide students with the option to work with practicing professionals in a business or educational environment. Students may apply for internships to businesses and educational institutions based on the availability of positions and company needs. Students must obtain permission of an instructor and complete the Internship Permission Form to enroll. (Enrollment in this course requires permission from the department offering the course.) **Internship, Credits 1 - 6 (Fall, Spring)**

RIT0000854

**ILLM-499**                                    **Medical Illustration Co-op**
Cooperative Education will provide Medical Illustration students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Enrollment in this course requires permission from the department offering the course.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**ILLM-501**                                    **Human Gross Anatomy**
An in-depth study of the structure of the human body. Emphasis is on understanding the relationships between anatomical structures as well as their form, texture, and color. Dissection of a human cadaver is supplemented with lectures on the structure and function of the major organ systems. (Prerequisites: MEDS-251 or equivalent course.) **Lab 9, Lecture 3, Credits 6 (Fall)**

**ILLM-502**                                    **Illustrating Human Anatomy**
Drawings of lab dissections and the skeleton will be translated into illustrations designed to support instruction in Human Gross Anatomy. Course teaches what choices need to be made when translating literal drawings into illustrations that support instruction. The target learner for these illustrations is a student attending Human Gross Anatomy at a graduate level. (This course is restricted to students with 3rd year standing in the ILLM-BFA program.) **Studio 5, Credits 3 (Fall)**

**ILLM-503**                                    **3D Modeling of Organic Forms**
This course introduces strategies used to create NURBS and polygonal models of organic subjects in a three-dimensional environment. Assignments stress accurate portrayal of proportions, form, and texture. Instruction will also focus on creating lighting and shader networks that emphasize form and are consistent with surface characteristics. (Prerequisites: FDTN-131 or equivalent course.) **Lab 4, Lecture 2, Credits 3 (Fall)**

**ILLM-506**                                    **3D Animation of Organic Forms**
This course explores animating biomedical subjects and processes in their native environment. Students will be ask to research contemporary theory defining their subjects' anatomy and create animations consistent with their findings. Frame-by-frame animation, blend shapes, non-linear deformers and rigging systems will be introduced to permit students to choose the most effective method for creating motion and transformation. (Prerequisites: ILLM-503 or equivalent course.) **Lab 4, Lecture 2, Credits 3 (Spring)**

**ILLM-507**                                    **Computer Applications in Medical Illustration**
Students will learn to use industry-standard raster and vector illustration software to create images of assigned medical subjects. Students will also use page layout applications to combine digital images with text and other graphic elements. Course work emphasizes creation of illustrations to support medical education and publishing. (Prerequisites: FDTN-112 and FDTN-122 and MEDG-102 or equivalent courses.) **Lecture 2, Studio 3, Credits 3 (Spring)**

**ILLM-508**                                    **Scientific Visualization**
Emerging technologies enable scientists to visualize structures that are otherwise invisible to the naked eye. For example, molecular visualization software allows us to construct highly accurate molecular models from X-ray crystallography and other structural data. Cryo-EM and confocal microscopy are revealing the previously unknown structure of cellular organelles. Medical imaging systems allow us to reconstruct the human body in three dimensions from actual patient data (CT scans, MRI, etc.). This course explores the use of these technologies to provide references for traditional artwork and to export models for digital rendering and animation. (Prerequisites: ILLM-501 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**ILLM-512**                                    **Surgical Illustration**
Students observe live surgical procedures and translate their sketches into finished illustrations that are used in medical training, patient education, and litigation. Demonstrations of sketching and rendering techniques are supplemented with lectures on general surgical principles and common procedures. (Prerequisites: ILLM-501 or equivalent course.) **Lab 3, Lecture 3, Credits 3 (Fall)**

**ILLM-515**                                    **Contemporary Media I**
This course is an introduction to two-dimensional computer illustration, animation, and interactive media as they apply to contemporary methods of instruction in medicine and allied health. Students will be assigned topics in health care and develop an interactive lesson to support instruction of their topic. Students will organize these lessons as a web site. (Prerequisites: ILLM-507 or equivalent course.) **Studio 5, Credits 3 (Fall)**

**ILLM-516**                                    **Contemporary Media II**
This course continues the development of a student-created web site designed to assist teaching topics in medicine and allied health. Advanced topics in two-dimensional computer illustration, animation, and interactive media as they apply to contemporary methods of instruction in medicine and allied health, will be presented. (Prerequisites: ILLM-515 or equivalent course.) **Studio 5, Credits 3 (Spring)**

**ILLM-517**                                    **Portfolio and Business Practices**
This course helps prepare students to enter the workforce in full-time positions or as freelance illustrators. Students create a traditional portfolio, personal identity package, and marketing materials. The course also introduces important business concepts such as copyright, licensing, pricing, contracts, taxation, and formation of a proper business. (This course is restricted to 4th year students in the ILLM-BFA program who have completed First-Year Writing.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**ILLM-518**                                    **Eye Ear and Nose Prosthetics**
Eye Ear Nosemaking is an introduction to maxillofacial prosthetics. Focusing on anaplastology with additional work in the process of artificial eye-making, students will create life masks on which orbitals, noses and ears can be modeled, cast and produced. **Fee: There is a $45 fee required for this course** (Prerequisites: FDTN-112 and FDTN-122 and FDTN-132 and students with majors in CIAS with at least 2nd year student standing.) **Lecture 2, Studio 3, Credits 3 (Spring)**

**ILLM-550**                                    **ST Med. Ill:**
A focused immersion into a selected traditional or contemporary process, technique, medium or material used in the creation of artwork. Topic will be determined by faculty teaching the course. A subtopic course description will be published each term the course is offered and may have limited repeated. This course, however may be repeated. (This course is restricted to Undergraduate College of Imaging Arts and Sciences YR 3-4 students.) **Studio 6, Credits 3 (Fall, Spring)**

**ILLM-599**                                    **Medical Illustration Independent Study**
Medical Illustration Independent Study will provide students with the ability to study in a specialized area with an individual faculty member. Students, with the assistance of a faculty adviser will propose a course of study. Medical Illustration Independent Study students must obtain permission of an instructor and complete the Independent Study Permission Form to enroll. (This course requires permission of the Instructor to enroll.) **Ind Study, Credits 1 - 6 (Fall, Spring)**

## Painting

**PAIT-201**                                    **Introduction to Painting**
This course will explore techniques in painting to advance students' understanding, such as color theory, building compositions and effective use of painting materials. Individual approaches to content range from abstraction through representational art, as students address contemporary visual arts issues. **Fee: There is a lab fee required for this course** (Prerequisites: FDTN-111 or equivalent course.) **Studio 6, Credits 3 (Fall or Spring)**

**PAIT-233**                                    **Painting for Non-Majors**
This course will allow students to experience and explore the properties of oil painting and establish strategies toward solving problems of composition related to successful form content. **Fee: There is a lab fee required for this course** (This class is open to all undergraduate students except for those in the FNAS-BFA, ILLM-BFA, ILLS-BFA, GRDE-BFA, INDE-BFA, IDDE-BFA, NMDE-BFA, CCER-BFA, GLASS-BFA, METAL-BFA and WOOD-BFA majors.) **Studio 6, Credits 3 (Fall, Spring)**

**PAIT-460**                                    **Watercolor**
This course will focus on the exploration of watercolor concepts and techniques to enhance skills and personal expression of the individual student. (Prerequisites: FDTN-112 or FDTN-212 or IDDE-102 and FDTN-122 or FDTN-222 or ILLS-206 or equivalent course.) **Studio 6, Credits 3 (Fall, Spring, Summer)**

**PAIT-501**                                    **Painting**
This course engages students in contemporary visual art practice through a personal exploration of painting techniques. Individual approaches to painting address issues of representation and abstraction to build a portfolio for further career advancement. Course may be retaken. **Fee: There is a lab fee required for this course** (Prerequisites: PAIT-201 or equivalent course.) **Studio 6, Credits 3 (Fall, Spring)**

RIT0000855

**College of Art and Design**

**PAIT-571**                                                                    **Painting the Figure**
This course will explore materials and techniques used in painting the human form. Theory and practice of color and drawing will be used to develop an understanding of how to portray the figure. Traditional and contemporary approaches to figurative painting will be explored. \*\*Fee: There is a lab fee required for this course\*\* (Prerequisites: FDTN-112 or FDTN-212 or IDDE-102 and FDTN-122 or FDTN-222 or ILLS-206 or equivalent course.) **Studio 6, Credits 3 (Fall, Spring)**

## Printmaking

**PRNT-201**                                                                    **Introduction to Printmaking**
This course is a comprehensive introduction to non-toxic printmaking concepts and techniques. Organized to create a broad introductory experience, the course will focus on the expansion of problem solving and skill building within the context of printmaking. The course addresses a wide variety of media, tools, techniques both traditional and technological, and theoretical concepts to facilitate skill development and experimentation with process. Accumulative aspects of the curriculum include the exploration of historical and cultural concepts of materiality and the multiple intertwined with aspects of personal interpretation and experience. \*\* Fee: There is a lab fee required for this course\*\* (Prerequisites: FDTN-111 or equivalent course.) **Studio 6, Credits 3 (Fall or Spring)**

**PRNT-501**                                                                    **Printmaking**
This course is designed to introduce advanced non-toxic printmaking concepts and techniques. The focus will be on non-toxic intaglio printmaking research and how to creatively apply techniques that will result in sophisticated works of art. Course may be repeated. \*\*Fee: There is a lab fee required for this course\*\* (Prerequisites: PRNT-201 or equivalent course.) **Studio 6, Credits 3 (Fall, Spring)**

## Studio Arts

**STAR-201**                                                                    **Crafts Drawing Practice**
This is the first of a two-semester class covering basic freehand sketching and measured drawing techniques for both design and presentation. Topics covered will include a broad range of drawing types, architectural conventions and presentation strategies. The course includes lectures, group discussions, independent study, homework, drawing and oral presentations. Each semester long course is structured as an independent unit. (This course is restricted to students in the CCER-BFA, GLASS-BFA, WOOD-BFA and METAL-BFA programs.) **Lecture 3, Credits 3 (Fall)**

**STAR-202**                                                                    **Crafts CADD Drawing**
This is the second of a two-semester class covering basic CADD (computer assisted design and drawing) for both design and presentation. Topics covered will include a broad range of drawing types, three-dimensional modeling and presentation strategies. The course includes lectures, group discussions, independent study, homework, drawing and oral presentations. Each semester long course is structured as an independent unit. **Lecture 3, Credits 3 (Spring)**

**STAR-250**                                                                    **STAR Collaborative Topics: Topic**
The course will involve two disciplines collaborating to develop creative works focused on a particular theme or conceptual framework. STAR Collaborative Topics will students an exploratory and collaborative studio experience that will encourage and increase preparation for cross-disciplinary work in later years. Students will use concept, design and creative inquiry to gain familiarity with the breadth and scope of each medium involved, as well as the potential for mixed-media solutions. This course will also provide students with the initial skills needed in order to take more advanced courses within media-specific STAR-BFA options (ceramics, furniture design, glass, and metals and jewelry Design). Exact description of each topic offered will be determined by a faculty team and may have limited repeatability. **Studio 6, Credits 3 (Fall, Spring)**

**STAR-268**                                                                    **Bookbinding**
This course is an introduction to the many different binding options ranging from saddle-stitched pamphlets to hardcover books, as well as the wide range of materials available. Contemporary procedures of finishing on demand publications are part of this course. Students are encouraged to bring with them some personal projects for binding. No prerequisites are required; however, good manual dexterity is desired. \*\* Fee: There is a lab fee required for this course\*\* **Studio 6, Credits 3 (Fall, Spring)**

**STAR-305**                                                                    **Figure Drawing**
This course will focus on building figure drawing skills in a traditional life drawing class format with emphasis on dynamic line quality, visual perception and contemporary approaches to figure drawing. (Prerequisite: FDTN-112 or FDTN-212 or SOFA-108 or IDDE-102 or equivalent course.) **Studio 6, Credits 3 (Fall)**

**STAR-311**                                                                    **Ideation and Series**
This course will examine appropriate skills and strategies to generate ideas and develop them effectively. Students will use a cohesive approach to create a final series of creative works. (Prerequisites: SCUL-211 or equivalent course.) **Studio 6, Credits 3 (Fall)**

**STAR-399**                                                                    **Studio Arts Part-Time Co-op**
Cooperative Education will provide Studio Arts students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in STAR-BFA with at least 2nd year standing and department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**STAR-401**                                                                    **Senior Capstone**
This course will focus on the production and exhibition of a representative body of artwork. Students will participate in an articulated process of making, engaging in comprehensive research that expands and supports their work, developing a rationale for the use of media and process, creating sketches and models, and the refining work through critiquing and editing. All of this will culminate in the professional presentation of oral, written, and visual work that contextualizes the students' positions within contemporary artistic practice. Students will also be involved in every aspect of their senior shows from creating the work to installing the exhibition and preparing marketing materials. (Prerequisites: STAR-311 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**STAR-405**                                                                    **Fine Art Drawing**
This class is devoted to building upon each student's skills in drawing with attention to use of a variety of mark making materials and surfaces. Drawing uses perceptual and conceptual approaches to creative visual art making. Students engage in issues of representation and abstraction through relationships of marks, lines and other graphic notations. Contemporary drawing can focus on direct observations or imaginative compositions among many other valid approaches. (Prerequisite: FDTN-112 or FDTN-212 or SOFA-108 or IDDE-102 or equivalent course.) **Studio 6, Credits 3 (Fall)**

**STAR-411**                                                                    **Business Practices for Artists**
This course is devoted to business issues that artists must address including building and maintaining a portfolio, pricing and marketing strategies and public relations. Financial organization and communication skills are highlighted as are networking skills for the advancement of an artist's work. (Prerequisites: STAR-311 or equivalent course and completion of First Year Writing (FYW) requirement.) **Lecture 3, Credits 3 (Fall)**

**STAR-468**                                                                    **Letterpress Printmaking**
This course will introduce the technologies of letterpress printing as applied to the creation of fine art prints. Students will generate several printed works using vintage metal and wood type set by hand, and then combine these traditional skills with innovative 21st century relief printing techniques. Students will learn platen and cylinder press printing and maintenance in order to make small editions of multi-color printed works. **Studio 6, Credits 3 (Fall, Spring)**

**STAR-498**                                                                    **Studio Arts Internship**
The Studio Arts Internship will provide students with the option to work with established artists or in fine art-related businesses. Students may apply for internships to businesses based on the availability of positions and business needs. Students must obtain permission of an Undergraduate Program Director and complete the Internship Permission Form to enroll. (Prerequisites: This class is restricted to students in STAR-BFA with at least 2nd year standing and department permission.) **Internship, Credits 1 - 6 (Fall, Spring)**

**STAR-499**                                                                    **Studio Arts Co-op**
Cooperative Education will provide Studio Arts students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in STAR-BFA with at least 2nd year standing and department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

RIT0000856

**STAR-501**                   **Crafts Promotional Materials**
This is the first of a two-semester class covering topics commonly associated with the operation of a small business in fields related to the fine and applied arts. This one semester course addresses promotional issues including portfolio, photography, resume writing, business cards and stationery, marketing, client relations, etc. Students will create their own comprehensive promotional package. The course includes lectures, group discussions, independent study, studio and business visits, homework, papers, reports, and oral presentations. Each semester long course is structured as an independent unit. (This course is restricted to 3rd year students in the CCER-BFA, GLASS-BFA, METAL-BFA and WOOD-BFA programs.) **Lecture 3, Credits 3 (Fall)**

**STAR-502**                   **STAR Capstone**
This course provides students with a capstone experience focused on the execution and exhibition of a culminating body of artwork. Students will also learn how to prepare professional presentations about their work through oral, written, and visual within the context of the contemporary art world. Group discussions, source presentations, material experiments, and presentation aspects will all be addressed. (Prerequisites: CCER-501 or CMTJ-501 or CWFD-501 or CGLS-501 or equivalent course.Corequisites:  CCER-502 or CMTJ-502 or CWFD-502 or CGLS-502 or equivalent course.) **Studio 4, Credits 3 (Spring)**

**STAR-535**            **Curating and Managing Art Spaces**
This course will explore the roles of contemporary, traditional, and alternative art spaces through curatorial studies, exhibition evaluation, and criticism. Student will consider gallery administrative roles and supporting operations, and undertake site visitations and gallery research. Students will organize and install a final exhibition project in an approved exhibition venue. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 3, Credits 3 (Fall)**

**STAR-545**                 **Art Exhibition Critique**
This course will explore the role of the art exhibition and its effect on the discourse and practice of art. Course content will focus on contemporary and historical exhibition studies, individual and group projects. Students will also conduct site visitations and evaluation, and critique work in the context of exhibition. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 3, Credits 3 (Spring)**

**STAR-550**                   **Top Studio Arts:**
This course will focus on traditional or contemporary processes, techniques, media or materials used in the creation of artwork. Topic will be determined by faculty teaching the course. A topic course description will be published each term the course is offered. This course can be retaken but individual topics may not. (This class is restricted to students with majors in CIAS and at least 3rd year student standing.) **Studio 6, Credits 3 (Fall, Spring)**

**STAR-555**           **CADD Applications in Studio Arts**
An introduction to advanced CADD (Computer Aided Drawing and Design) techniques for modeling, presenting, and communicating artistic concepts. This course will explore the ways CADD process can be incorporated into the creative ideation and execution processes. Advantages of employing CADD process to determine efficient use of materials, engage in collaboration, and develop effective proposals will be covered. (Prerequisites: This class is restricted to students with at least 2nd year standing in CCER-BFA or GLASS-BFA or METAL-BFA or WOOD-BFA.) **Lab 4, Lecture 2, Credits 3 (Fall, Spring)**

**STAR-563**                 **Contemporary Drawing**
Students experiment and explore drawing as an expressive end, in and of itself. Individual approaches to content range from abstraction through representational art, as students address contemporary visual art issues through drawing. Participation in classroom exercises along with the development of individual work is expected. (Prerequisite: FDTN-112 or FDTN-212 or IDDE-102 or equivalent courses.) **Studio 6, Credits 3 (Spring)**

**STAR-578**                   **Screenprinting**
This course is a comprehensive introduction to non-toxic silkscreen printing concepts and techniques. Organized to create a broad introductory experience, the course will focus on the expansion of problem solving and skill building within the context of screen-printing. The course addresses a wide variety of media, tools, techniques both traditional and technological and the theoretical concepts to facilitate skill development and experimentation with process. Accumulative aspects of the curriculum include the exploration of historical and cultural concepts of materiality and the multiple, intertwined with aspects of personal interpretation and experience. **Fee: There is a lab fee required for this course** **Studio 6, Credits 3 (Fall, Spring)**

**STAR-599**             **Studio Arts Independent Study**
Fine Arts Studio Independent Study will provide students with the ability to study in a specialized area with an individual faculty member. Students, with the assistance of a faculty adviser will propose a course of study. Fine Arts Studio Independent Study students must obtain permission of an instructor and complete the Independent Study Permission Form to enroll. (Prerequisites: This class is restricted to students in FNAS-BFA with at least 2nd year standing and instructor permission.) **Ind Study, Credits 1 - 6 (Fall, Spring)**

# School of Design

## 3D Digital Design

**DDDD-101**          **Introduction to Modeling and Motion**
This course is an introduction to the representation of form and motion in three-dimensional software. The course focuses on the development of visual and verbal vocabulary as a means of exploring, developing, and understanding composition and motion with digital geometry and in virtual spaces. Topics include the basics of lines, planes, contour, transforming lines into form, composing images with a software camera, interaction of light and surface, perspective, resolution of geometry, and rendering. Perception and visual thinking are emphasized in the development of projects. Projects will include modeling organic and inorganic forms, composition, level of detail, creation of spaces and motion. Structured assignments develop skills in concept generation, basic form making, techniques for creating motion, and craftsmanship. Emphasis is placed on workflow, teamwork, and the technical and aesthetic aspects of each project. **Lecture 2, Studio 2, Credits 3 (Fall)**

**DDDD-102**             **Introduction to Visual Design**
This course is an introduction to the development of surface materials in three- dimensional software, using the basic concepts covered in Intro to Modeling and Motion. Principles of additive and subtractive color are developed as they relate to the interpretation of physical phenomena within a virtual world. The vocabulary expands to include the interaction of light and surface attributes including: color, relief, specularity, transparency, and more. Projects focus on using color, value and texture to enhance the representation of form and space. The basics of node based materials design is introduced. Additional techniques for UV layout are introduced. Concepts are introduced through lectures, discussions, demonstrations, research, assigned projects, and critiques. Assignments develop skills in surface design, lighting and rendering. (Prerequisites: This class is restricted to students who have completed DDDD-101 with a C or better or equivalent course.) **Lecture 2, Studio 2, Credits 3 (Spring)**

**DDDD-103**                   **Imaging for 3D**
This course provides experience in generating images, both still and moving, for use with the three-dimensional software environment. Students learn techniques for drawing perspective and orthographic views as well as cabinet drawings, oblique drawings, and other techniques. Students learn to create curves to import for model creation, to capture images photographically to use as textures, to create wrapping textures, to compile multiple frames into a movie, to merge segments together into a single movie, to record and incorporate audio elements, and to export results to the web and other media. Students learn to use a green screen to add live elements to their work. (Prerequisite: DDDD-101 or equivalent course.) **Lecture 2, Studio 2, Credits 3 (Spring)**

**DDDD-201**            **Modeling and Motion Strategies**
This course provides extensive coverage of methods for modeling where evaluation of the appropriate modeling method to use in various situations is key. The emphasis in the course is on problem solving. Modeling challenges of various types are incorporated into the projects. With these techniques students create complex models of organic and inorganic forms using many techniques. (Prerequisites: This class is restricted to students who have completed DDDD-101 with a C or better or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**DDDD-202**                   **Layers and Effects**
Students learn to utilize render layers and to create effects using software that makes it possible to incorporate multiple layers of image and audio into a single project. Issues related to integrating images created using different renders is covered. Emphasis is placed on incorporating various elements into a cohesive whole matching lighting and perspective. (Prerequisites: DDDD-102 and DDDD-103 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Spring)**

**DDDD-203**                    **Scripting**
This course covers the use of scripts to control various aspects of three-dimensional environments, models, textures, motion, production workflow and more. Students develop scripts to control particles, models, textures, motion, and interaction with the environment. Additionally students gain experience downloading scripts to micro controllers. (Prerequisites: DDDD-101 or SOFA-215 or IGME-219 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**DDDD-206**              **Collaboration Project**
The course focuses on playing a supportive role in the development of a three-dimensional digital design project from the planning stage, through completion and presentation. Emphasis is placed on working effectively on a team and providing leadership in a supportive team role. Methods for clearly communicating with a client are addressed including sketches, reference images, flowcharts and storyboards. (2Co-requisite: DDDD-101 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**College of Art and Design**

**DDDD-207**                                                     **Lighting, Materials, and Rendering**
The course will focus on advanced techniques in lighting, materials, and rendering. Students will light objects and spaces. Students will use shading networks to incorporate groups of two-dimensional and three-dimensional textures into realistic and non-photorealistic materials. Students will learn to use texture maps instead of detail in models to increase interaction speeds. Textures are used to prototype simple models into complex scenes before completion of final geometry. Normal maps and displacement textures are used to create detail in model UVs. Use of the node-based system to control many aspects of the 3D environment is covered. Use of textures to simulate non-dynamic lights and shadows is introduced. Planning for the economical use of textures and for the replacement of models with texture maps in level of detail (LOD) situations will be addressed as well. Students will learn to design effective render layers and explore the strengths and weaknesses of various renderers to make effective judgments about which renderer to use in a given situation. (Prerequisites: DDDD-202 or equivalent course.) **Lecture 2, Studio 3, Credits 3 (Spring)**

**DDDD-208**                                                     **Anatomical Figure Drawing**
Lessons introduced in lecture will be applied during figure drawing sessions. These lessons describe a proportion system developed by Robert Beverly Hale to define the human skeleton. After studying the skeleton, the course focuses on all major muscle groups and their influence on the human form. **Lab 3, Lecture 3, Credits 3 (Spring)**

**DDDD-301**                                                     **Professional Practice**
The course focuses on preparing students to enter the professional world. Projects include the development of a resume, cover letter, artist's statement, bio, and portfolio. Focus is placed on submitting work to competitions, both visual and written, related to their work. (Prerequisites: DDDD-103 or equivalent course and completion of First Year Writing (FYW) requirement.) **Lecture 3, Credits 3 (Fall)**

**DDDD-302**                                                     **History of Digital Graphics**
As a historical overview of computer graphics design, this course will cover the development of digitally based graphics and imagery from its prehistory to the present. This course will explore related technologies and the growth of the computer industry. Major pioneers and their contributions are reviewed. The course traces the use of digital technology in the creation of graphics for design, interactive media, fine art, animation, visualization, and performance. **Lecture 3, Credits 3 (Fall)**

**DDDD-306**                                                     **Project Planning and Production**
In this course students learn to develop design documents, timelines, budgets, marketing plans, and supporting material for potential projects. A project of their own design is then fully implemented and presented at the end of the term. (Prerequisites: DDDD-301 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**DDDD-355**                                                     **Mini-Experimental Workshop**
This course focuses on implementing areas of special interest including new, advanced and emerging 3D digital design course content. Potential topics include any area in 3D digital or game design. This course can be taken multiple times but individual topics must be different. **Studio 2, Credits 1 (Fall, Spring)**

**DDDD-399**                                                     **3D Digital Design Part-Time Co-op**
Cooperative Education will provide 3D Digital Design students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in 3DDG-BFA with at least 2nd year standing and department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**DDDD-401**                                                     **Senior Capstone Test and Documentation**
The course focuses on the development of a three-dimensional digital design project from the planning stage, primary and secondary research, through testing of technical ideas, completion and presentation of a design document, timeline, and budget. Students will develop project details in preparation for a final critique and for implementing the project in Senior Capstone I and II. (Prerequisites: DDDD-306 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**DDDD-402**                                                     **Senior Capstone I**
The course focuses on implementation of a three-dimensional digital design project from the planning stage, through completion and presentation. By the end of the term the student will have completed at least half of the project and have made all of the aesthetic decisions relative to the project in preparation for an intense critique at the end of the term. (Prerequisite: DDDD-401 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**DDDD-403**                                                     **Senior Capstone II**
The course focuses on the completion of a major three-dimensional digital design project from the planning stage, through completion and presentation. Based on the feedback received in the critique at the end of the previous sections of Senior Capstone I, students will refine and complete their project and prepare to submit their work to competitions and integrate it into their portfolio. Finished projects are presented in a Senior Capstone show. (Co-requisite: DDDD-402 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**DDDD-498**                                                     **3D Digital Design Internship**
This course exposes students to the professional environment through outside job opportunities in at places of employment that utilize three-dimensional software for various applications and other acceptable organizations. Students will work under the guidance of Art Directors, Technical Directors, or other professionals in the field and perform creative work that is educational and meaningful for their short-term academic goals as well as their long-range career preparation. Documentation of the experience is required and final review from employer is required documenting the kind and quality of work performed. Students must obtain pre-approval of their department and complete the Internship Approval Form. Credit earned is used toward elective or major elective credits. (Prerequisites: This class is restricted to students in 3DDG-BFA with at least 2nd year standing and department permission.) **Internship, Credits 1 - 6 (Fall, Spring)**

**DDDD-499**                                                     **3D Digital Design Co-op**
Cooperative Education will provide 3D Digital Design students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in 3DDG-BFA with at least 2nd year standing and department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**DDDD-516**                                                     **Advanced Studio**
dimensional digital design not covered in other course work. Students will work closely with the instructor to research and complete tutorials in a new area. They will develop skills in that area and then create a tutorial explaining what they have learned. They will present what they have learned to the rest of the class as a means of extending their knowledge into specialized areas that are not covered in other course. Students must have an area of exploration defined in writing in advance of enrolling in the course, which must be approved by the instructor. (Prerequisites: DDDD-306 or equivalent course.) **Lecture 2, Studio 2, Credits 3 (Fall, Spring)**

**DDDD-517**                                                     **Experimental Workshop**
The course focuses on implementing, advanced, newly developing ideas in three-dimensional computer graphics. The specific topic varies and is determined by the instructor. A specific course outline is provided each time the course is taught. Potential topics include the creation of interactive installations, game asset design, digital performances, cyber fashion, network art, locative media, scientific visualization, information visualization, event design, projection design, or any new area in digital design. This course has a subtopic and may be repeated with different subtopics; subtopics cannot be repeated. (Prerequisites: DDDD-206 or equivalent course.) **Lecture 2, Studio 2, Credits 3 (Fall, Spring)**

**DDDD-521**                                                     **Character Design and Rigging**
This course will cover the design of characters and then the creation of them using three-dimensional software, inverse kinematics, parent and rigid binding, bones, and deformers. Students will design characters using techniques like interpretant matrices, model sheets, sketches, and maquettes followed by development of actual characters in software. Characters are designed for incorporation into motion graphics, games, real time applications, performance, or visualization. (Prerequisites: DDDD-201 and DDDD-203 or equivalent courses.) **Lecture 2, Studio 2, Credits 3 (Fall)**

**DDDD-522**                                                     **Environment Design**
This course covers modeling techniques useful in developing environments, both interior and exterior. The content of the course covers proportions appropriate to a variety of environments, lighting for spaces, surface design to replicate real world materials, and building to an appropriate level of detail for the circumstance. (Prerequisites: DDDD-201 and DDDD-207 or equivalent courses.) **Lecture 2, Studio 2, Credits 3 (Fall)**

**DDDD-523**                                                     **Hard Surface Design**
The course focuses on designing and constructing hard surface models including machinery, furniture, vehicles, electronics, and robots. Students explore the use of different modeling techniques in the process and are particularly interested in the flow of the topology within the geometry. Some attention is given to creating controls for moving the hard surface models. (Prerequisite: DDDD-201 or equivalent course.) **Lecture 2, Studio 2, Credits 3 (Fall)**

RIT0000858

**DDDD-526**                                         **Physical Interface Design**
This course covers the use of basic electronics so that students can develop embedded systems or controllers for games, design environments with ambient intelligence, design interactive museum exhibits and point of purchase installations, or embed electronics in clothing. Students use micro controllers, sensors, switches, lights, and motors to implement their designs. **Lecture 2, Studio 2, Credits 3 (Spring)**

**DDDD-527**                                         **Real Time Design**
In this course students design levels for games or virtual worlds for a variety of applications. Once the design is complete, the design is implemented using high-end three-dimensional software. In many cases the projects will be large and will be executed by teams of students. Versioning systems will be used to keep track of the most recently developed assets. Models are imported into real time software engines for manipulation. (Prerequisite: DDDD-201 or equivalent course.) **Lecture 2, Studio 2, Credits 3 (Spring)**

**DDDD-528**                                  **Simulating Natural Phenomena**
Students will learn to simulate gasses, liquids and forces as well as develop complex organic systems in natural environments. Students will employ particle systems, physics engines, l-systems, and software designed especially for developing richly detailed natural environments. The content of the course encompasses both modeling natural environments and also phenomena in motion, such has windstorms, fire, cloth, hair, fur, and water. (Prerequisite: DDDD-201 or equivalent course.) **Lecture 2, Studio 2, Credits 3 (Spring)**

**DDDD-599**                           **3D Digital Design Independent Study**
3D Digital Design Independent Study will provide students with the ability to study in a specialized area with an individual faculty member. Students, with the assistance of a faculty advisor will propose a course of study. 3D Digital Design independent study students must obtain permission of an instructor and complete the Independent Study Permission Form to enroll. (Prerequisites: This class is restricted to students in 3DDG-BFA with at least 3rd year standing and department permission.) **Ind Study, Credits 1 - 6 (Fall, Spring)**

## Graphic Design

**GRDE-106**                                       **Graphic Design Studio I**
Introduction to basic visual communications in the field of graphic design. Lectures will cover graphic design topics and information ranging from typographic terminology and design principles to methods of visual organization. Assignments will be undertaken in the studio where hands-on introduction to graphic design studio skills and practices will occur. Through formal studies and perceptual understanding, including aesthetics, graphic form and structure, concept development problems and visual organization, students will design solutions to visual communication problems. Assignments will explore aspects of graphic imagery, typography, hierarchy, and layout. Students will refine their computer skills through applications requiring digital formats. (Prerequisites: FDTN-111 and FDTN-121 or equivalent courses.) **Studio 5, Credits 3 (Spring, Summer)**

**GRDE-107**                                        **Motion Design**
This course will introduce the concepts, principles and techniques of motion design and animation. Topics covered are planning and organization methods in the form of storyboards, kinetics, animation principles, sequencing, composition, visual variables, and forms of narrative storytelling. Focus is on the integration of time and media, such as illustration, photography, video, audio, animation and type, to communicate a moving message. This course will emphasize design from a problem-solving point of view and explores the production-timeline. (Prerequisites: FDTN-111 and FDTN-121 or equivalent courses.) **Lab 6, Credits 3 (Spring, Summer)**

**GRDE-201**                                         **Typography I**
This course is an introduction to the fundamental principles of typography (the visual representation of language) to effectively convey information and ideas to specific audiences. This course also builds on the brief basic intro of typography that is integrated into the 2D Graphic Design course. Focus is on the communicative function and aesthetic nature of typographic problem-solving. Exercises help students understand typographic hierarchy, grid structure, form and communication. Lectures cover typographic terminology and anatomy, history of typography as well as type classification, type measurement, and issues of legibility and readability. Once students are introduced to the fundamentals of typography, they will include imagery as appropriate. Students will also refine their skills in using relevant software. (Prerequisites: GRDE-106 or equivalent course. Co-requisites: GRDE-202 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Summer)**

**GRDE-202**                                        **Graphic Design Studio II**
This course will focus on the analysis, creation and use of imagery for communication purposes. Processes and techniques for creating images are explored. Projects incorporate symbolism, concept development and integration of image and text. This course will build upon the principles and theories learned in Graphic Design Studio I with project solutions developed for print media, motion and digital use. (Prerequisites: GRDE-106 and GRDE-107 or equivalent courses. Co-requisites: GRDE-201 or equivalent course.) **Studio 5, Credits 3 (Spring, Summer)**

**GRDE-205**                                        **History of Graphic Design**
This course will focus on the development of graphic communication from prehistory through the present. This course will provide students with knowledge and understanding of the places, people, events; historical and cultural factors; and technological innovations that have influenced the practice of graphic design. Lectures are complemented by guest speakers, archive visits, videos, research projects, critical essay writing, and discussion. (Prerequisites: ARTH-136 or equivalent course and completion of First Year Writing (FYW) requirement.) **Lecture 3, Credits 3 (Fall, Spring)**

**GRDE-206**                                          **Typography II**
Students will expand upon the principles of grid theory, text and display typography, sequence, page layout, and type and image integration as they relate to a range of design applications: posters, instructional materials, brochures, magazines, books, etc. Visual organization and message communication are stressed. This course builds upon the content taught in Typography and Design Imagery courses. Appropriate layout and imaging software skills are integrated. (Prerequisites: GRDE-201 and GRDE-202 or equivalent courses.) **Studio 5, Credits 3 (Spring)**

**GRDE-207**                                          **Interactive Design I**
This course is an introduction to the basic theories, general principles, and design methodologies of interactivity. Students will explore concepts and principles in website design and mobile application design with the focus on user experience and user interface, and how to apply these models to interactive projects. The course will include instruction in building pages and creating interactive tasks with HTML, CSS, and web production software. Software will be introduced to allow students to create interactive solutions through creative prototyping. Students will create navigable interfaces and systems that allow audiences to achieve meaningful goals through compelling content, connecting people to people and people to information and environments. (Prerequisites: GRDE-201 and GRDE-202 or equivalent courses.) **Studio 6, Credits 3 (Spring)**

**GRDE-213**                                        **Design Production**
This introductory course provides students with the fundamental understanding of the key variables, systems and phases of production workflow. Emphasis will be placed on job planning, implementation strategies and decision-making processes for print and e-media production workflow. Projects will allow students to optimize their work for specific production requirements as well as to optimize content and workflow strategies for cross-media applications. **Lab 5, Credits 3 (Spring)**

**GRDE-301**                                       **Graphic Design Studio III**
This course will explore information design. Problem-solving focuses on functional requirements, information transmission, accessibility, and design structure across a range of formats. Applied problems are solved through principles of systems thinking, structure, diagrammatic interpretation, and the visual display of information. This course will build upon the principles and theories learned in Graphic Design Studio II with project solutions developed for print media, motion and digital use. (Prerequisites: GRDE-206 and GRDE-207 or equivalent courses.) **Studio 5, Credits 3 (Fall)**

**GRDE-302**                                        **Interactive Design II**
This course will focus on the application of design methodologies in the planning and implementing of interactive, instructional projects across multiple platforms. The theories of UX and UI are explored and implemented in design solutions. Student projects will incorporate methods of investigative research, measurable objectives, systematic thinking, and information architecture through visual design. Students will be introduced to web design concepts and principles in site design, page design, GUI, and usability. The course will include instruction in building pages and creating interactive functions with HTML, CSS, and web production software. The course will also incorporate socio-cultural issues in new media. (Prerequisites: GRDE-207 or equivalent course.) **Studio 6, Credits 3 (Fall)**

**GRDE-306**                                        **Professional Practices**
In this course students will learn about strategies to obtain internships and permanent employment in the graphic design profession. Emphasis will be placed on learning about the various types of positions available to designers, the designer/client relationship, business aspects of design, and professional ethics and expectations. Information about promotional materials, including resume and portfolio design, and implementation will be covered in order to prepare students to present themselves and their work effectively and professionally. (Prerequisites: GRDE-301 and GRDE-302 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**College of Art and Design**

**GRDE-307**            **Design Systems I**
This course will provide students with conceptual, organizational, and aesthetic problem-solving methods to create unified and effective design systems. Research, concept generation, visual symbolism, and relevant aesthetic principles will be emphasized. The value and roles of design constants and variables in project development and implementation will be explored. Students will employ evaluation methods within key phases of each project. Presentation skills are emphasized in relation to systems explanations and integration. Design writing, professionalism and technical proficiency are also stressed. (Prerequisites: GRDE-301 and GRDE-302 or equivalent courses.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**GRDE-308**            **Experiential Graphic Design**
This course will focus on design problem solving for three-dimensional spaces and environments. Design process, initial concepts, and final design solutions are developed to assist users in negotiating various interior and exterior environments. Areas of application may include: architectural graphics, signage systems, exhibit design, themed museum experiences, and dynamic environments. Two-dimensional, three-dimensional, and digital design attributes are incorporated using appropriate materials and software. (Prerequisites: GRDE-301 and GRDE-302 or equivalent courses.) **Studio 5, Credits 3 (Spring)**

**GRDE-322**            **Women Pioneers in Design**
This course will center on the contributions made by Modernist women designers. Emphasis will be placed on their unheralded pioneering efforts. Exemplars from the field will be presented, set in a historical context. Lectures are complemented by guest speakers, videos, participatory exercises, discussion, and critical essay writing. (This course is restricted to undergraduate students in CIAS with at least 2nd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**GRDE-326**            **20th Century Editorial Design History**
This course is a thematic approach to the history of magazine design and provides a necessary historical basis for students in the visual arts and design. The course involves lectures on editorial designers, other pioneering Modernist designers, and design from other countries. Exemplars from the field are presented, set in a wide historical context. Lectures are complemented by guest speakers, videos, participatory exercises, discussion, and critical essay writing. (This course is restricted to undergraduate students in CIAS with at least 2nd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**GRDE-399**            **Graphic Design Part-Time Co-op**
Cooperative Education will provide Graphic Design students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in GRDE-BFA with at least 2nd year standing and department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**GRDE-401**            **Collaborative Design**
This course offers students the opportunity and challenge of working on interdisciplinary and multidisciplinary teams to create professional level projects, which are collaborative, competitive and cooperative in structure and implementation. The content of the course will vary depending upon faculty expertise and coordination between departments, schools and colleges, as well as possible outside non-profit clients. (Prerequisites: GRDE-306 and GRDE-307 and GRDE-308 or equivalent courses.) **Lecture 2, Studio 3, Credits 3 (Fall, Spring)**

**GRDE-402**            **Graphic Design Capstone**
This course will demonstrate the culmination of students' working knowledge of graphic design through a comprehensive capstone project. The content of each capstone project will vary depending upon each students' focus/direction and approval from their instructor. Process and in-progress development is shared via class presentations. A final formal presentation is required. (Prerequisites: GRDE-411 and GRDE-421 or equivalent courses.) **Lecture 2, Studio 3, Credits 3 (Spring)**

**GRDE-411**            **Graphic Design Studio IV**
This course will provide the skills necessary to design and present a professional portfolio of design work in the pursuit of a creative career. Students will identify and target viable and appropriate employment prospects, and design a format for the continual inclusion of subsequent work. Students will engage in a large-scale, comprehensive project intended to showcase their strengths and support their professional goals. A digital portfolio component is required. This course will draw upon the knowledge and skills students have gained through their major program courses in the graphic design curriculum to produce a professional portfolio. (Prerequisites: GRDE-306 and GRDE-307 and GRDE-308 or equivalent courses.) **Lecture 2, Studio 3, Credits 3 (Fall, Spring)**

**GRDE-418**            **Visual Storytelling I**
This course will explore the role of a graphic designer in developing effective and innovative communication for editorial design. Students will work on interdisciplinary teams (with photographers and/or illustrators) to create visual solutions for in-class projects and/or a magazine produced by the class. Design development processes and aspects of production methods will be implemented, and innovative techniques in digital publication design will be explored. (Prerequisites: GRDE-306 and GRDE-307 or equivalent courses.) **Studio 5, Credits 3 (Fall, Spring)**

**GRDE-421**            **Design Systems II**
This course will provide an overview of branding and identity design. Processes, theories, design methods, brand strategies, positioning, touch-points, research, and management are introduced in creating comprehensive branding and identity systems. Case studies will provide students with historical context. Students will explore current and future trends related to branding. (Prerequisites: GRDE-306 and GRDE-307 and GRDE-308 or equivalent courses.) **Studio 5, Credits 3 (Fall)**

**GRDE-422**            **Interactive Design III**
Students will apply advanced interactive methods using design concepts, principles and processes. Students will develop and refine skills in project planning, research, interface design and methods, UX/UI, and usability. Students will explore structured as well as experimental approaches to merging content with interactive design while also incorporating socio-cultural issues. (Prerequisites: GRDE-302 or equivalent course.) **Studio 5, Credits 3 (Fall, Spring)**

**GRDE-423**            **Typography III**
This course will instill a broader awareness and a deeper appreciation for typographic design and the transmission and reception of information. Problem-solving, functional requirements, information transmission, accessibility and design structure are emphasized. Advanced applied problems are solved through principles of concept, language, and typographic structure. Solutions will be developed for both print media and digital use. (Prerequisites: GRDE-301 and GRDE-307 and GRDE-308 or equivalent courses.) **Studio 5, Credits 3 (Fall, Spring)**

**GRDE-428**            **Visual Storytelling II**
This course will explore the role of the graphic designer in developing communicative design for advertising. Emphasis will be placed on effective communication of the concept development and client's message. Advertising will be addressed in a broad context, and the course will include the relationship and use of typography, photographic imagery and layout for advertising impact. At times this course will collaborate with an upper-level advertising photography class to better understand and experience the working relationship between the photographer and the designer. Some projects will be with outside clients, such as non-profit organizations or the Ad Council. (Prerequisites: GRDE-306 and GRDE-307 or equivalent courses.) **Studio 5, Credits 3 (Fall, Spring)**

**GRDE-431**            **Packaging Systems Collaborative**
This course focuses on the design of physical packaging for the protection and marketing of goods. Aspects of visual, structural, ergonomic and environmental issues are considered in the design of rigid and flexible containers. Taught as a team/collaborative course, students from graphic design, packaging science, and industrial design will work together to develop effective packaging design solutions. (Prerequisites: GRDE-307 and GRDE-308 or equivalent courses.) **Studio 6, Credits 3 (Fall, Spring)**

**GRDE-432**            **Packaging Systems Projects**
This course will focus on the design of physical packaging for the protection and marketing of goods. Aspects of visual, structural, ergonomic and environmental issues are considered in the design of rigid and flexible containers, in order to develop effective packaging design solutions. (Prerequisites: GRDE-307 and GRDE-308 or IDDE-301 or equivalent courses.) **Studio 6, Credits 3 (Fall, Spring)**

**GRDE-448**            **Graphic Design Senior Internship**
This course allows students to earn credit through internships pre-approved by faculty advisor. Students work under the guidance of art directors, creative directors, senior graphic designers, or marketing communications managers in professional design environments. Upon completion of the internship, documentation and presentation of the experience to their faculty advisor are required. A final review is obtained from the employer. This course is for senior graphic design majors and may be counted toward a senior elective requirement. (This course requires permission of the Instructor to enroll.) **Studio, Credits 3 (Fall, Spring)**

RIT0000860

**GRDE-498**                                    **Graphic Design Internship**
This course exposes students to the professional environment through outside job opportunities in graphic design studios, advertising agencies, corporate communications departments, and other acceptable organizations. Students will work under the guidance of art directors, creative directors, senior graphic designers, or marketing communications managers and perform creative work that is educational and meaningful for their short-term academic goals as well as their long-range career preparation. Documentation of the experience is required and final review from employer is obtained. The appointed faculty adviser will meet with the student upon completion for final evaluation for a grade. Students must obtain pre-approval of their department and complete the Internship Approval Form. Credit earned is used toward elective credits. (Enrollment in this course requires permission from the department offering the course.) **Internship, Credits 1 - 6 (Fall, Spring)**

**GRDE-499**                                         **Graphic Design Co-op**
Cooperative Education will provide Graphic Design students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in GRDE-BFA with at least 2nd year standing and department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**GRDE-599**                               **Graphic Design Independent Study**
Graphic Design Independent Study will provide students with the ability to focus in a specialized area of graphic design with an individual faculty member. Students, with the assistance of a faculty adviser, will propose a course of study. The independent study student must obtain permission of an instructor and department by completing the Independent Study Proposal Form to enroll. (Prerequisites: This class is restricted to students in GRDE-BFA with at least 3rd year standing and instructor permission.) **Ind Study, Credits 1 - 6**

## Industrial Design

**IDDE-102**                                              **Design Drawing**
This course will introduce students to drawing objects and three-dimensional space. Students will use the basics of perspective sketching, developing grids and mechanical perspective and orthogonal views. Students learn to depict various materials such as glass, metals, plastics, fabrics, wood, and other natural materials consistent with professional standards. (Prerequisites: FDTN-111 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**IDDE-201**                                         **Sophomore ID Studio I**
This course will focus on experimentation and discovery through the exploration of creative problem solving techniques. Students will explore the dynamics between objects and the user's senses, emotions, and expressed needs. Using drawing, sketch-modeling and basic shop skills, students will discover the wide choice of materials industrial designers use to further develop their projects. Concepts of recycling and reuse are introduced along with philosophical design approaches, and historical examples. Emphasis will be placed on the improvement of craft in the development of projects and on clarity and professionalism in practice. (Prerequisites: IDDE-102 or equivalent course.) **Studio 6, Credits 3 (Fall)**

**IDDE-202**                                        **Sophomore ID Studio II**
In this course, design projects are conceived as the result of close contact between students and real-world projects commonly found in the manufacturing sector. Students research a specific manufacturing entity in order to understand its capabilities. Research will be conducted in the field and shared with the class to enhance the understanding of the realities associated with production. Students will be challenged to improve their ability to define problems, generate and promote concepts, evaluate their work and offer refinements of solutions. They will learn to derive inspiration from the material world and marketplace while simultaneously bringing inspiration to them. (Prerequisites: IDDE-201 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**IDDE-206**                                                     **ID Form**
This course will emphasize the cognitive and technical skills necessary to manipulate material for the accurate three-dimensional communication of design intent. Projects focus on understanding the relationship of materials, manufacturing processes, products and the user. Special emphasis is placed on using non-toxic materials. (Prerequisites: FDTN-132 or FDTN-232 or equivalent course.) **Studio 6, Credits 3 (Fall)**

**IDDE-207**                                             **ID Digital Drawing**
This course will develop more advanced analog and digital visualization techniques, while expanding on graphic and three-dimensional components needed to create presentations and the workflows to achieve them. Students will learn various types of digital techniques using vector and raster-based software applications, and a variety of input and output devices for the creation of professional-level output. (Prerequisites: IDDE-102 or equivalent course.) **Studio 6, Credits 3 (Fall)**

**IDDE-211**                                         **Human Factors Applications**
This course will emphasize human characteristics, capabilities and limitations as the primary design criteria in understanding, designing and analyzing systems, displays, controls, tools, and workstations. **Lecture 3, Credits 3 (Spring)**

**IDDE-212**                                    **Integrated Computer-Aided Design**
Students will develop the skills needed to effectively develop and communicate design concepts graphically, digitally and three-dimensionally, consistent with professional industrial design practice standards. Emphasis will be placed on the development, integration and application of computer aided design skills throughout the assignments, utilizing the relationship of analog and digital mediums as a means of enriching the design process. (Prerequisites: IDDE-201 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**IDDE-221**                                       **History of Industrial Design**
This course explores the history of the industrial design profession as it evolved in response to the Industrial Revolution and industry's need for standardized approaches to aesthetics and design for the end user. Significant designers and their work are reviewed in the context of the economics and politics of the times. This course also surveys the history of modern furniture design from the late 19th Century to the present, including important design movements, individual designers and their significant furniture designs. **Lecture 3, Credits 3 (Fall)**

**IDDE-223**                                       **History of Modern Furniture**
A study of Modern furniture and its most significant designers. Factors of style, materials, construction and ergonomics are examined in the context of time, place and purpose. **Lecture 3, Credits 3 (Fall)**

**IDDE-301**                                             **Junior ID Studio I**
Students will explore the benefits and challenges of working with a design team to address a complex product, problem, or system. Students will explore group dynamics, creativity in design teams, as well as the nature of complex problems and the various methods required to solve them. (Prerequisites: IDDE-202 and IDDE-211 and IDDE-212 or equivalent courses.) **Studio 6, Credits 4 (Fall)**

**IDDE-302**                                            **Junior ID Studio II**
This course will highlight the application of design methods and processes through projects that focus on deepening the students' problem-solving skills, studio skills (two- and three-dimensional sketching, drawing, CAD), shop skills (modelmaking) and presentation skills. Emphasis will be placed on collaborating with multidisciplinary partners outside the industrial design program, and/or, when circumstances allow, with external resources such as clients or project sponsors. (Prerequisites: IDDE-301 or equivalent course.) **Studio 6, Credits 4 (Spring)**

**IDDE-306**                                           **Materials and Processes**
This course will help students develop a theoretical understanding and technical competency in materials and processes applied in industrial design practice. Discussions and assignments focus on the relationship of manufacturing processes and materials selection to design intent. (Prerequisites: IDDE-202 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**IDDE-307**                                                 **Graphic Tactics**
This course provides industrial design students with an introduction to the design and application of graphic elements to objects and environments. (Prerequisites: IDDE-202 or equivalent course.) **Studio 6, Credits 3 (Fall)**

**IDDE-311**                                             **ID Career Planning**
This course will introduce the business of industrial design. Field trips, guest lecturers and discussion of current trends help students understand the various employment opportunities for the design professional. The course will cover the mechanics of job searching; creating a résumé, cover letter structure and portfolio, and interviewing to help prepare for design internships, co-ops, and entry-level positions. (Prerequisites: IDDE-301 or equivalent course and completion of First Year Writing (FYW) requirement.) **Lecture 3, Credits 3 (Spring)**

**IDDE-359**                                           **Fabrication Techniques**
This course will provide students with an introduction to the application of various additive and subtractive fabrication methodologies, techniques and technologies. (Prerequisites: IDDE-212 or equivalent course.) **Studio 6, Credits 3 (Fall, Spring)**

RIT0000861

**College of Art and Design**

**IDDE-399**                                    **Industrial Design Part-Time Co-op**
Cooperative Education will provide Industrial Design students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in IDDE-BFA with at least 3rd year standing and department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**IDDE-406**                                    **Professional Practice**
The course will take an in-depth look at business of design, and employment as a design professional for students beginning the job search. Students will refine their résumé, cover letter, and portfolio developed in Career Planning as they identify career options through research and networking with professionals in their chosen area. Students will explore the financial and legal aspects of employment in the design business. (Prerequisites: IDDE-302 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**IDDE-407**                                    **ID Senior Capstone I**
This is the first course in a two-course sequence in which an industrial design capstone project is developed. Focus is on establishing content, planning, scheduling and research of a capstone project that explores the social elements of design either in a collaborative design process, or in the broader social impact of design decisions. Early stages of capstone development include ideation, concept refinement and evaluation. The capstone project is approved by a faculty committee. (Prerequisites: IDDE-302 or equivalent course.) **Studio 6, Credits 3 (Fall)**

**IDDE-408**                                    **ID Senior Capstone II**
This is the second course in a two-course sequence in which an industrial design capstone project is developed. Focus is on finalizing design solution, presenting it in a capstone show, and creating a written document that addresses how the theories and methods used in the project have an impact on the current and future state of design in society. The capstone project is approved by a faculty committee. (Prerequisites: IDDE-407 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**IDDE-498**                                    **Industrial Design Internship**
The industrial design internship provides students the option to work in the industrial design field. Students must obtain permission of an instructor and complete the Internship Permission Form to enroll. (Prerequisites: IDDE-202 or equivalent course.) **Internship, Credits 1 - 6 (Fall, Spring, Summer)**

**IDDE-499**                                    **Industrial Design Co-op**
Cooperative Education will provide Industrial Design students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in IDDE-BFA with at least 3rd year standing and department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**IDDE-501**                                    **Senior ID Studio I**
This course will explore the application of design methods and skills to projects addressing large-community and global problems requiring team-based, trans-disciplinary collaborations. (Prerequisites: (IDDE-302 and IDDE-311) or (2035-410 and IDDE-311) or equivalent courses.) **Studio 6, Credits 4 (Fall)**

**IDDE-502**                                    **Senior ID Studio II**
Senior ID Studio II applies design methods and skills to advanced level projects addressing users with unique, non-traditional needs requiring multi-disciplinary collaborations. Project development will emulate processes used in professional industrial design practice. (Prerequisites: IDDE-501 or equivalent course.) **Studio 6, Credits 4 (Spring)**

**IDDE-520**                                    **The Studio 2.0**
This course will focus on developing ideas in art, design and craft. The specific topics for this course will vary each time it is taught. Potential topics may include the creation of public spaces, products, analog and digital fabrication, furniture, inter-disciplinary collaborations, etc. This course can be taken multiple times but individual topics must be different. (This class is restricted to students in FNAS-BFA, ILLS-BFA, ILLM-BFA, CCER-BFA, METAL-BFA, GLASS-BFA, WOOD-BFA, GRDE-BFA, NMDE-BFA, IDDE-BFA, 3DDG-BFA and INDE-BFA.) **Studio 6, Credits 3 (Fall, Spring)**

**IDDE-561**                                    **Advanced Computer-Aided Design Applications I**
This course will introduce advanced techniques for modeling, presenting, and communicating the "design intent" of a product concept. The specific topics for this course will vary each time it is taught. Potential topics will include new or upgraded software releases in relationship to Industrial Design. Different topics within this course may be retaken for credit. The topic is determined by the instructor. The topic cannot be repeated. (Prerequisites: IDDE-207 or equivalent course.) **Studio 6, Credits 3 (Fall, Spring)**

**IDDE-569**                                    **Master Seminar**
The Master Seminar course is a forum for cross-disciplinary presentations and discussions of methods, techniques, processes, and interpretations. Luminaries discuss conceptual and practical studio activities, their current and past endeavors, and the contextualization of their work. Assignments may range from ideation exercises, charrettes, studio visits, research papers, and presentations. (Prerequisites: IDDE-102 or equivalence course and at least 3rd year standing in IDDE-BFA.) **Lecture 3, Credits 3 (Fall, Spring)**

**IDDE-573**                                    **ID Sketching Studio**
A studio styled course in freehand sketching and visualization techniques using a combination of orthogonal, perspective, empathic and any other two-dimensional means of developing and communicating design concepts. (Prerequisites: IDDE-102 or INDE-202 or equivalent course.) **Lecture 2, Studio 3, Credits 3 (Fall, Spring)**

**IDDE-599**                                    **Industrial Design Independent Study**
Industrial Design Independent Study provides students the means to study in a specialized area with an individual faculty member. With the assistance of their faculty advisers, students will propose a course of study. Students must obtain permission of an instructor and complete the Independent Study Permission Form to enroll. A 3.0 or higher GPA required. (Prerequisites: This class is restricted to students in IDDE-BFA with at least 3rd year standing and instructor permission.) **Ind Study, Credits 1 - 6 (Fall, Spring)**

## Interior Design

**INDE-101**                                    **Introduction to Interior Design I**
This is the first course of a two-part introduction to interior design. This course will acquaint students with the profession and history of interior design. Students will be introduced to design thinking and methods for exploring the ideation process including communication methods. Design problems will focus on volumetric and spatial explorations, including the relationship of the human body to the built environment and to material connections. (Prerequisites: FDTN-111 and FDTN-121 and FDTN-131 or equivalent course and enrollment in the INDE-BFA program.) **Studio 6, Credits 3 (Spring)**

**INDE-102**                                    **Design Drawing I**
Fundamental concepts of architectural graphic communication conventions, ideation sketching and drafting skills are taught in this course. Skill development will be both manual and computer based and range from free-hand sketching and diagramming to formal three-dimensional computer modeling. Principles of orthographic projection, paraline drawings and perspective will be covered. (Prerequisites: FDTN-111 or equivalent course and enrollment in the INDE-BFA program.) **Lecture 2, Studio 3, Credits 3 (Spring)**

**INDE-201**                                    **Introduction to Interior Design II**
This course will build upon theories and methodologies of design process for creating spatial relationships in the interior environment. It will also introduce students to the fundamental concepts of sustainability and the accessibility requirements of the Americans for Disability Act (ADA). The course will provide students opportunities to apply design elements and principles in two and three-dimensional explorations. (Prerequisite: FDTN-132 or FDTN-232 and INDE-101 and INDE-102 or equivalent courses.) **Studio 6, Credits 3 (Fall)**

**INDE-202**                                    **Design Drawing II**
Graphic communication skills are further developed utilizing computer aided drafting tools to represent complex geometric forms and spatial conditions for the architectural interior. Common drawing conventions of plans, sections, and elevations and perspective are emphasized. (Prerequisites: INDE-102 or equivalent course.) **Studio 6, Credits 3 (Fall)**

RIT0000862

**INDE-203**                                          **Digital Graphics**
This course will introduce students to and provide basic skills in digital graphics and publishing. Layout of print and web based documents will be augmented with design and typographic principles, image acquisition, and fundamentals of bitmap and vector graphics. (INDE-BFA) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**INDE-207**                                 **Color and Lighting Theory**
The course will introduce students to color and lighting. Students will apply principles of light and color to projects. (Prerequisites: INDE-201 and INDE-202 or equivalent courses.) **Lecture 3, Studio 2, Credits 3 (Spring)**

**INDE-212**                                        **Hospitality Design**
The course will introduce students to the interior specialty of hospitality design. Students will understand the principles, elements, and material applications relevant to commercial interiors of the service industry. (Prerequisites: INDE-201 and INDE-202 or equivalent courses.) **Studio 6, Credits 3 (Spring)**

**INDE-222**                                            **Design Issues**
The course will introduce students the principles and theories of interior design. Topics will include the elements and principles of design, accessibility, human factors, and sustainability. Students will be introduced to investigative processes for design including observational research, interviewing, literature reviews, reporting, and evidence based design. (Prerequisites: INDE-201 and INDE-202 or equivalent courses and completion of First Year Writing (FYW) requirement.) **Lecture 3, Credits 3 (Spring)**

**INDE-301**                                            **Office Design**
The course will introduce students to office design and explore current trends in the contract industry. Students will engage in space planning for the commercial office interior and specify the systems and furnishings to outfit their proposals. (Prerequisite:  INDE-212 or equivalent course.) **Studio 6, Credits 3 (Fall)**

**INDE-302**                          **Exhibition and Merchandising Design**
The course will introduce students to strategies for designing exhibition and merchandising environments such as retail stores, galleries and museums, visitor centers, pop up stores and temporary spaces, theater and photoshoots sets, and theme or event spaces. (Prerequisites: INDE-301 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**INDE-303**                               **Materials and Specifications**
The course will introduce students to materials and specifications for interior design. Students will learn how to select and specify appropriate materials, finishes and furnishings based on performance, codes, testing, sustainability, indoor air quality, health and safety. (Prerequisites: INDE-201 or equivalent course and at least 3rd year standing in INDE-BFA.) **Lecture 3, Credits 3 (Fall)**

**INDE-304**                                        **Building Systems**
The course will introduce students to the components of building construction and environmental control systems. The building structure and envelope as the primary control system for function and human comfort. (Prerequisites:  INDE-303 or equivalent course and at least 3rd year standing in INDE-BFA.) **Lecture 3, Credits 3 (Spring)**

**INDE-345**                    **History of Architecture, Interiors and Furniture I**
A survey of the history of western architecture, interiors, and furniture. An overview of the components of style, construction, and material as represented by architecture, interior environments and furnishings from the Ancient World to the Industrial Revolution. **Lecture 3, Credits 3 (Fall, Spring)**

**INDE-346**                    **History of Architecture, Interiors and Furniture II**
A survey of the history of western architecture, interiors, and furniture. An overview of the components of style, construction, and material as represented by architecture, interior environments and furnishings from the Industrial Revolution to current day. **Lecture 3, Credits 3 (Spring)**

**INDE-363**                               **Advanced Graphics Elective**
Advanced development of CAD or advanced modeling software skills to represent complex spatial concepts and three-dimensional modeling techniques for architectural and interior design communication. Advanced conceptualization drawing, graphic and rendering skills are introduced with 3D modeling and lighting techniques to emphasize spatial presentations. Introduce reality capture and 3D scanning of interior spaces for design exploration of as build conditions. (Prerequisite: INDE-202 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**INDE-399**                             **Interior Design Part-Time Co-op**
Cooperative Education will provide Interior Design students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in INDE-BFA with at least 3rd year standing, a 2.5 cumulative GPA and department permission to enroll.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**INDE-401**                             **Multi-Story/Multi-Purpose Design**
The course will introduce students to multi-story and multi-purpose design, building, zoning, proprietary and zoning codes, and ADA legislation. (This course is restricted to 4th year students in the INDE-BFA program.) **Studio 6, Credits 4 (Fall)**

**INDE-402**                                          **Special Projects**
The course focuses on community service, social justice or theoretical projects that advanced design thinking for the global context. (Prerequisites: INDE-401 or equivalent course and 4th year standing in INDE-BFA program.) **Lecture 2, Studio 3, Credits 3 (Spring)**

**INDE-403**                                       **Health Care Design**
The course will introduce students to the specialization of health care design. Students will complete a comprehensive and complex design project based on a typical medical facility. (Prerequisites: INDE-401 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**INDE-405**                      **Business Practices and Career Planning**
This course is an introduction to professional practice for interior designers. Topics emphasize business practices, project management, legal and ethical responsibilities. Students prepare for job search and employment. (This course is restricted to 4th year students in the INDE-BFA program.) **Lecture 3, Credits 3 (Spring)**

**INDE-407**                                      **Contract Documents**
This course will introduce students to contract documents relevant to the interior design profession. Students will complete an architectural drawing set and develop an understanding of requirements to communicate design solutions. (Prerequisite: INDE-304 or equivalent course.) **Lecture 2, Studio 4, Credits 4 (Fall)**

**INDE-411**                                   **Interior Design Capstone I**
This capstone course, part 1 of 2, will focus on human-centered and universal design projects that advance design thinking for the global context. (Prerequisite: INDE-302 or equivalent course.) **Studio 6, Credits 3 (Fall)**

**INDE-498**                                   **Interior Design Internship**
The Interior Design Internship will provide students with the option to work in the interior design field. Students may apply for internships to businesses based on the availability of positions and business job needs. Students must obtain permission of an instructor and complete the Internship Permission Form to enroll. (Prerequisites: This class is restricted to students in INDE-BFA with at least 3rd year standing and department permission.) **Internship, Credits 1 - 6 (Fall, Spring, Summer)**

**INDE-499**                                       **Interior Design Co-op**
Cooperative Education will provide Interior Design students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in INDE-BFA with at least 3rd year standing, a 2.5 cumulative GPA and department permission to enroll.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**INDE-566**                      **Sustainable Building and Design Systems**
This course will introduce students to sustainable building and certification systems. Students will apply introductory knowledge of the environmental, financial and humankind benefits to a sustainable design. Content will assist students in preparing for sustainable certifications such as the LEED Green Associate examination. (This course is available to RIT degree-seeking undergraduate students.) **Lab 3, Lecture 2, Credits 3 (Spring)**

RIT0000863

**College of Art and Design**

**INDE-599**            **Interior Design Independent Study**
Interior Design Independent Study will provide students with the ability to study in a specialized area with an individual faculty member. Students, with the assistance of a faculty adviser, will propose a course of study. Independent study students must obtain permission of an instructor and complete the Independent Study Permission Form to enroll. (Prerequisites: This class is restricted to students in INDE-BFA with at least 3rd year standing, a 3.0 cumulative GPA and instructor permission to enroll.) **Ind Study, Credits 1 - 6 (Fall, Spring)**

## New Media Design

**NMDE-101**            **New Media Design Imaging**
This project-based course is an investigation of the computer as an illustrative and image generation tool. It develops design skills in raster and vector image creation, editing, and compositing for online production. Emphasis will be on the application of visual design organization methods to electronic media. Students will create and edit images, montages and raster-based design solutions for online delivery. Development and reinforcement of drawing skills in the digital environment will be explored and expanded, as well as pictorial composition and visual aesthetics. **Lab 3, Lecture 2, Credits 3 (Fall)**

**NMDE-103**            **New Media Design Interactive I**
This course provides an introduction to key internet, web and multimedia technologies. Topics covered include computer-based communication and information, basic HTML, Adobe Flash and WYSIWYG editors, basic internet applications such as FTP, basic use of digital images, audio and video techniques, web page design, web animation for development and publishing. (Prerequisites: NMDE-111 or equivalent course student standing in NMDE-BFA program.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**NMDE-111**            **New Media Design Digital Survey I**
This project-based course is an investigation of the computer as an illustrative, imaging, and graphical generation tool. It develops foundational design skills in raster and vector image creation, editing, compositing, layout and visual design for online production. Emphasis will be on the application of visual design organization methods and principles for electronic media. Students will create and edit images, graphics, layouts and typography to form effective design solutions for online delivery. (This course is restricted to students in the WMC-BS or HCC-BS or NMDE-BFA or NWMEDID-BS or DIGHSS-BS program.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**NMDE-112**            **New Media Design Digital Survey II**
Through formal studies and perceptual understanding, including aesthetics, graphic form, structure, concept development, visual organization methods and interaction principles, students will design graphical solutions to communication problems for static and interactive projects. Students will focus on creating appropriate and usable design systems through the successful application of design theory and best practices. Assignments exploring aspects of graphic imagery, typography, usability and production for multiple digital devices and formats will be included. (This course is restricted to students in the WMC-BS or HCC-BS or NMDE-BFA or NWMEDID-BS or DIGHSS-BS program.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**NMDE-201**            **New Media Design Elements II**
Information design for static, dynamic and interactive multimedia integrates content with visual indicators. Legibility and clear communication of information and direction is important to the success of any user interface design. This course integrates imagery, type, icons, actions, color, visual hierarchy, and information architecture as a foundation to design successful interactive experiences. (Prerequisites: NMDE-102 or 112 or equivalent course and student standing in NMDE-BFA or HCC-BS or DIGHSS-BS program.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**NMDE-202**            **New Media Design 3D**
A comprehensive course in visualization that extends previous experience and skills to include three-dimensional creation and design. The course will provide studies in 3D modeling, rendering and animation for use in virtual spaces, rich internet and mobile applications as well as motion graphic design. Digital 3D tools will be used for solving visual design and communication problems. Students will be expected to show evidence of growth in 3D asset creation and usage in the form of simple product renderings, interactive integration and story based animation. (This course is restricted to NMDE-BFA Major students.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**NMDE-203**            **New Media Design Interactive II**
This course extends previous interactive design and development experience and skills to emphasize interactive design principles and development. The emphasis in this course will be on the creative process of planning and implementing an interactive project across multiple platforms. Students will concentrate on information architecture, interactive design, conceptual creation, digital assets, visual design and programming for interactions. (Prerequisites: NMDE-103 or ISTE-140 and NMDE-112 and NMDE-201 or equivalent courses.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**NMDE-204**            **New Media Design Animation**
This project-based course provides training and practical experience in producing two- and three-dimensional animated sequences using off the shelf multimedia software. Students produce a number of short exercises incorporating original computer and non-digital artwork. Topics include key frame and tweening, cycling, acceleration, squash and stretch, backgrounds, inking, rotoscoping, sound, masking, multi-plane effects and space-to-time. Screenings of professionally made films will illustrate and provide historical perspective. (Prerequisites: FDTN-141 and NMDE-202 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**NMDE-301**            **New Media Design Elements III**
This course focuses on advanced visual communication within the current new media design profession. Through formal studies and perceptual understanding, including aesthetics, graphic form and structure, concept development and visual organization methods, students will design sophisticated solutions to communication problems. This course integrates imagery, typography, icons, user interface design, content creation and information architecture in order to design successful static, motion and interactive experiences. (Prerequisites: NMDE-201 and NMDE-302 or equivalent courses and completion of First Year Writing (FYW) requirement.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**NMDE-302**            **New Media Design Graphical User Interface**
This course examines the user-centered and iterative design approaches to application and interactive development with a focus on interface design, testing and development across multiple devices. Students will research and investigate human factors, visual metaphors and prototype development to create effective and cutting edge user interfaces. (Prerequisites: NMDE-201 and NMDE-203 or equivalent courses.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**NMDE-303**            **New Media Design Interactive III**
A study of the application of information design theory and practice to the developing area of new media. Cartography and iconography will be viewed in the context of web and kiosk use. The delivery of consumer information, using interactive and dynamic media as the vehicle, will be investigated. (Prerequisites: NMDE-302 or equivalent course and student standing in NMDE-BFA program.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**NMDE-305**            **New Media Design Motion Graphics**
This course will deal with design concepts related to moving type. The impact of type as it moves, rotates, explodes, scales and fades will be considered. Legibility of the message will be studied in relation to delivery methods. Additional compositing, three-dimensional, camera tracking and special techniques and effects will be introduced during the class. (Prerequisites: NMDE-204 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**NMDE-375**            **New Media Design Digital Painting**
Digital Painting is a project-based course that develops image generation and compositional skills, using raster software in combination with traditional media. This course expands on fundamental art and design principals in the digital arena, as well as building on the use of editing and image generation tools and creative skills. Students will generate and edit a variety of applicable subjects from humans to robots, cityscapes and natural environments, weather effects, montages through the use of data as a medium for visual solutions. Styles covered will vary from speed painting to a more traditional impressionistic style, setting up custom brushes and technical and time saving techniques. (Prerequisites: FDTN-111 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**NMDE-399**            **New Media Design Part-Time Co-op**
Cooperative Education will provide New Media Design students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Enrollment in this course requires permission from the department offering the course.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**NMDE-401**            **New Media Design Capstone I**
This course will focus on individual career preparation through topics such as resume development, job research, interviewing best practices, and creating or refining an online portfolio. Additional exploration and overviews will include the business aspects, practices, and workflows of the new media industry with a focus on designer/developer/client relationships. Students will integrate project workflows, management, team building, concept generation and prototyping through small team projects, and project research for NMD Capstone II. (NMDE-BFA 4YR or NWMEDID-BS 3+) **Lab 3, Lecture 2, Credits 3 (Fall)**

RIT0000864

**NMDE-404**      **New Media Design Interactive IV**
Students will create innovative interactive product promotions and installations. The projects created in the class will embrace new technolgy and will focus on innovative solutions for real world design problems. An emphasis will be placed on researching new technology and using it in conjunction with solid interactive design skills to create innovative projects. (Prerequisites: NMDE-303 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**NMDE-406**      **New Media Design Experimental**
This project-based course affords the student the ability to apply an experimental approach to integrating digitally generated content with new media techniques and processes in new, imaginative ways. Students will be encouraged to approach the computer as a medium of creativity to explore issues of narrative, identity, place, and visual reality vs. digital reality. Students will exhibit completed projects in a virtual or public forum. This course is topic based and can be taken multiple times for credit. Specific topics can only be taken once. The topics will include advanced concepts in 3D, UX, digital art and interaction design. (Co-requisite: NMDE-404 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**NMDE-411**      **New Media Design Capstone II**
This course will engage the New Media Design and related majors in a capstone production experience. The instructor will form collaborative student teams that will design, plan, prototype, and implement new media projects. Student teams will test their product with users and provide written feedback and analysis. Students will be evaluated on individual contributions and their team's final capstone project. (Prerequisites: NMDE-401 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**NMDE-498**      **New Media Design Internship**
The New Media Design Internship will provide students with the option to work in the new media or visual communications field. Students may apply for internships to businesses based on the availability of positions and business job needs. Students must obtain permission of an instructor and complete the Internship Permission Form to enroll. (Prerequisites: This class is restricted to students in NMDE-BFA with at least 2nd year standing and department permission.) **Internship, Credits 1 - 3 (Fall, Spring, Summer)**

**NMDE-499**      **New Media Design Co-op**
Cooperative Education will provide New Media Design students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in NMDE-BFA with at least 2nd year standing and department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**NMDE-599**      **New Media Design Independent Study**
New Media Design Independent Study will provide students with the ability to study in a specialized area with an individual faculty member. Students, with the assistance of a faculty adviser, will propose a course of study. New Media Design Independent Study students must obtain permission of an instructor and complete the Independent Study Permission Form to enroll. (Prerequisites: This class is restricted to students in NMDE-BFA with at least 2nd year standing and instructor permission.) **Ind Study, Credits 1 - 6 (Fall, Spring, Summer)**

# School of Film and Animation

## Film and Animation/Motion Picture Science

**SOFA-011**      **SOFA D Film**
This course provides students an additional seven weeks to complete their unfinished workshop films. In this time, students will complete the film already in progress from their previous workshop class, and will screen it in the semester of its completion. (This class is restricted to 1st, 2nd and 3rd year students in FILMAN-BFA.) **Lecture, Credits 0 (Spring)**

**SOFA-101**      **Production I**
A fundamental course in non-synchronous film production and an introduction to digital video editing. Filmmaking is presented as a means of interpretation and expression. This course combines technical information in motion picture exposure and editing with a theoretical and practical approach to motion picture continuity. Production is in non-sync format and post-production is digital software. Students furnish film, tape and processing. **Fee: There is a lab free required for this course. ** (This class is restricted to 1st and 2nd year students in FILMAN-BFA or DIGCIME-BS.) **Lecture 2, Studio 3, Credits 3 (Fall)**

**SOFA-102**      **Production II**
This is the second sequenced production course for freshmen film/video students pursuing a concentration of live action production. Emphasis is on a variety of approaches to the edited image. In addition to continuing to develop basic concepts of creating articulate film language in short productions, this course introduces the nature and importance of the sound component in creating cinematic works and focuses on digital workflow. An essential course for students in the film/video curriculum who must be able to create not only images but also mature and appropriate soundtracks for their film and video works. (Prerequisite: SOFA-101 or equivalent course.) **Lecture 2, Studio 3, Credits 3 (Spring)**

**SOFA-103**      **Introduction to Imaging and Video Systems**
This course provides an introductory overview of the basic engineering and scientific principles associated with imaging systems. Topics covered include imaging physics, photographic science, human vision and perception, image capture and display technologies (both analog and digital), and digital image processing. This course is taught using both mathematical and phenomenological presentation and prepares students to proceed with more in-depth investigation of these fields in subsequent imaging science and motion picture science courses. Accompanying laboratory exercises provide hands-on experience with the presented concepts. (Co-requisite: MATH-171 or MATH-181 or MATH-181A or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**SOFA-107**      **Principles of Animation**
This course will introduce the concepts and mechanics of movement for animation, focusing on, but not limited to, character based movement. Animation principles will be introduced and applied using hand-drawn methods, which will serve as the foundation for their application in any desired medium. Weekly exercises will be recorded using standard animation software, and will be reviewed, discussed and open to group critique. (Prerequistie: SOFA-121 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**SOFA-108**      **Drawing for Animation**
This course focuses on the mechanics of motion as applied to animated characters, both human and non-human. Working directly from a live model, costumed and nude, and also employing visualization techniques, students will apply figure-drawing skills along with gesture drawing, focusing on the correct representation of weight, energy and force in sequential poses. Specific attention is paid to improving drawing skills in order to create stronger storytelling poses for animated properties. A variety of drawn animation examples will be screened in class. (Prerequistie: SOFA-121 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**SOFA-112**      **Fundamentals of Screenwriting**
This course will introduce students to the forms and techniques of writing for visual media, particularly the short film. Students will develop resources for finding stories and concepts that can be turned into films. Students will be responsible for writing a short script of their own choosing and for completing several brief written exercises in areas such as personal storytelling, character development, dialogue, and plot. Scripts written in this course can be used as the basis for films produced in other classes. (This class is restricted to 1st and 2nd year students in FILMAN-BFA or DIGCIME-BS.) **Lecture 3, Credits 3 (Spring)**

**SOFA-121**      **Animation I**
This class will introduce students to the gamut of animation thinking and making through classroom instruction and hands-on practical experience. Lecture and readings will emphasize the process, theory and practice of animated filmmaking with extensive film screenings to illustrate each technique and related aesthetics. Hands-on supervised studio sessions will guide students to an intuitive understanding of the process of producing animation and students will use this understanding to analyze various animated works Each student will develop their personal vision through assigned projects utilizing the material discussed in class. Facilities fee required for non-majors. **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**SOFA-122**      **Fundamentals of Computers and Imaging Technology**
This course provides an introductory overview to computer systems and to principles associated with motion picture technologies. Topics covered include computer history, basics in computer architecture basics, operating systems, HTML and networking. Human vision and perception, image capture and display technologies (both analog and digital), digital image processing and post-production equipment and software are also covered. The course focuses on exposing the students to basic principles necessary to proceed with subsequent courses with production or animation focus. (This class is restricted to 1st and 2nd year students in FILMAN-BFA.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**SOFA-127**      **Digital Filmmaking**
Digital video is currently used in many fields. This course will teach the basic digital filmmaking skills (camera, editing, and sound) with an emphasis on storytelling skills using motion media. Students will work in small groups shooting and editing various projects in fiction, documentary, and experimental genres. Non-majors will be required to pay a facilities fee. (This course is available to RIT degree-seeking undergraduate students.) **Lab 3, Lecture 2, Credits 3 (Fall)**

RIT0000865

**College of Art and Design**

**SOFA-131**      **Film History and Theory I**
Film History and Theory I is a motion picture examination and readings course. It will give media production students the opportunity to trace the development of many of the techniques and forms in what now constitute traditional and expanded definitions of cinema. The course is taught from the perspective of a practicing filmmaker involved in the critical exploration of film language as well as its historical and cultural dimensions. In addition to lectures, the course includes weekly screenings of seminal works from the history of cinema. Screenings support class lectures. (This class is restricted to 1st and 2nd year students in FILMAN-BFA or DIGCIME-BS.) **Lec/Lab 5, Credits 3 (Fall)**

**SOFA-165**      **Audio Intro for Media**
Determine successful ways to capture audio and distribute for a variety of media formats. Develop listening and technical skills to manipulate audio for acceptable subjective qualities and meet technical standards. Each student will manipulate different forms of audio and summarize the decisions to accomplish final project. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 3, Credits 3 (Summer)**

**SOFA-202**      **Production Processes**
This course is an introduction to all aspects of professional film/video narrative production. Students produce short projects while learning basic shooting and crewing procedures, studio protocol, equipment handling and maintenance, and basic sync editing. (Prerequisites: SOFA-102 or equivalent course.) **Lecture 2, Studio 10, Credits 4 (Fall, Spring)**

**SOFA-203**      **2D Animation I**
This course focuses specifically on the sequential stages of hand-drawn digital animation. Students will explore every stage of production of a short animated scene, including dialogue, from ideation to clean up. Each week builds on the previous week's progress. The final result is a complete rough-animated scene. (Prerequisites: SOFA-107 and SOFA-108 or equivalent courses.) **Studio 6, Credits 3 (Fall)**

**SOFA-205**      **Basic Sound Recording**
Students will learn to work with sound and to distinguish and evaluate proper sound techniques for film and animation productions. The course lays the foundation for professional work in the sound industry. Each student records audio and prepares a mixed soundtrack to professional quality standards. (Prerequisite: SOFA-101 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**SOFA-206**      **Directing**
An introduction to the arts of directing and acting with an emphasis on script analysis, performance, and blocking. Students direct and act in scenes from professional productions. Scenes are rehearsed outside of class, and then staged and critiqued in class. (Prerequisites: SOFA-102 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**SOFA-208**      **Dramatic Structure**
This course explores the theories of dramatic structure from Aristotle to the present and applies these theories to current and classic dramatic works. The class also explores dramatic script structure as it is used in dramatic works on stage and screen. (Prerequisites: SOFA-112 and (SOFA-131 or SOFA-106) or equivalent courses and completion of First Year Writing (FYW) requirement.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**SOFA-209**      **Introduction to 3D Modeling**
Students create models for animation in three-dimensional software. Students learn various modeling, texturing, and lighting techniques that apply to animation and digital cinematography. Students' model, texture and light three-dimensional environments. (Prerequisites: SOFA-121 or equivalent course. Co-requisite: SOFA-107 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**SOFA-211**      **Documentary Workshop**
Students will make a short documentary film on a subject they choose. Students plan for preproduction including research, contacting possible subjects, and writing a proposal. During the production phase of the film, students will learn interviewing skills, how to direct a documentary crew, and how to work with their subjects. During post production students will learn how to organize their material into a short film. Students will complete projects for screening at the end of the semester. Students can retake this course as a SOFA elective after completing Fiction or Radical Cinema Workshop. (Prerequisite: SOFA-202 or equivalent course.) **Lecture 4, Credits 4 (Fall, Spring)**

**SOFA-212**      **Fiction Workshop**
Students will direct short fiction projects using either film or digital media and also serve on the production crew for other projects. Students specializing in a cinematic craft will work in important creative capacities on two or more projects. Students are encouraged to explore individual styles and concepts. Intensive pre-production protocol and documentation are followed. Editing and sound design will be completed as well. Students will complete projects for screening at the end of the semester. Students can retake this course as a SOFA elective once they have completed Documentary or Radical Cinema Workshop. (Prerequisite: SOFA-202 or equivalent course.) **Lecture 4, Credits 4 (Fall, Spring)**

**SOFA-213**      **Radical Cinema Workshop**
Students will produce at least one major artistic work that uses the moving image. This course demands the use of alternative expressions in concept, style, or technology, and students are encouraged to take risks, break "rules" and explore their own unique creative potential. Students may work in a variety of media, depending on their proficiencies and their vision of the project. Non-majors are welcome with the permission of instructor. Students will complete projects for screening at the end of the semester. Students can retake this course as a SOFA elective once they have completed Fiction Workshop or Documentary Workshop. (Prerequisite: SOFA-202 or equivalent course.) **Lecture 4, Credits 4 (Fall, Spring)**

**SOFA-215**      **3D Animation I**
This course is an introduction to three-dimensional computer animation and character rigging. The basic principles of animation will be addressed in relation to three-dimensional animation. Character rigging techniques are presented and will include skeletons and animation controls. Students produce a series of short 3D computer animations and some basic character rigs. Students will become familiar with a variety of 3D computer animation techniques. (Prerequisite: SOFA-107 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**SOFA-216**      **3D Animation II**
In this course students will learn the mechanics of motion within characters. Complete character-rigging techniques will be discussed and demonstrated. Students will gain further knowledge of a variety of three-dimensional computer animation techniques and will produce a series of short 3D computer animations using a pre-rigged character. (Prerequisite: SOFA-215 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**SOFA-217**      **Animation Production Workshop I**
This course will provide the first practical experience of building a complete animated film from conception to finish. Students use previously learned techniques and apply them in the greater context of an animation production pipeline. Weekly workshops are aimed towards helping students plan, develop, and execute their work with regular milestones and deadlines. At the end of the term, students will have learned about time-management and meeting deadlines, and will present their completed films to the RIT community. (Prerequisite: SOFA-107 or equivalent course.) **Lec/Lab 4, Credits 4 (Spring)**

**SOFA-218**      **Concept and Character Design**
This course will introduce students to the basics of design as applied to characters and environments for animated productions. Students will create and develop a cast of characters for an imagined property, focusing on group dynamics, visual appeal and personality development. Line, color, texture, shape, form and story are referenced when developing characters and environments. Students will institute a process of visual development through a variety of exercises, working toward a final, finished project. (Prerequisite: SOFA-203 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**SOFA-221**      **After Effects for Animators**
This course will teach students the basics of Adobe After Effects. Students will learn production theory as well as gain practical experience in 2.5 D animation production. (Prerequisite: SOFA-107 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**SOFA-224**      **2D Digital Animation**
This course will introduce students to two-dimensional computer animation, adapting traditional techniques to the digital production environment. Students will learn how to use specialized 2D animation software to produce short exercises adapted from traditional animation techniques. Students should be able to apply 2D digital animation tools into their own work. (Prerequisite: SOFA-107 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**SOFA-225**      **Performance Resources for Animation**
In this course students will examine facial expressions and learn how to create emotion in the face. Advanced rigging techniques, especially pertaining to the faces, will be presented. Students will be presented with techniques to dissect sentences and reconstruct them in to useable connected speech for animated characters. Students will produce a series of short three-dimensional computer animations using a pre-rigged character. (Prerequisite: SOFA-107 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

RIT0000866

**SOFA-226**                                          **Advanced 3D Modeling**
This course will focus on three-dimensional character modeling. Students will learn about anatomy and creating economical topology for deformation in animation and be introduced to industry-standard digital sculpting techniques. (Prerequisites: SOFA-209 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**SOFA-227**                                          **Animation Pre-Production**
This course will cover the planning process of an animated film from idea generation to the creation of a complete pre-production workbook and animatic. Students will also cover time management and production pipelines. Students will collect and produce short film ideas and learn to express them in a variety of methods. (Prerequistie: SOFA-121 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**SOFA-228**                                  **Animation Scriptwriting and Storyboard**
This course concentrates on the structures of temporal organization for the screen in all animated productions. Particular attention is paid to the structures of scriptwriting and the layout of movements and visual composition via editing into storyboards. Various individual written script projects will be required of the student, leading to a final production script for an animated film that will be storyboarded and formatted. (Prerequisites: FDTN-121 or FDTN-131 or SOFA-227 or equivalent courses and completion of First Year Writing (FYW) requirement.) **Lecture 3, Credits 3 (Fall)**

**SOFA-306**                                          **Senior Capstone Seminar**
Students discuss and generate written plans for their senior films or capstone projects. Each student will secure a film and animation faculty adviser for their senior year. (Co-requisite: Successful completion of one of the following courses: SOFA-211 or SOFA-212 or SOFA-213 or SOFA-317 or equivalent courses.) **Lecture 2, Credits 1 (Spring)**

**SOFA-311**                                  **Image Capture and Production Technology**
This course offers a full investigation of image capture technologies used in contemporary motion picture production. Historical image generation techniques will be provided as an introduction to modern media and equipment. Fundamental characteristics of silver halide photochemical imaging systems will be explored with emphasis on typical metrology and imaging properties. Electronic image capture will also be presented in the context of fundamental imaging properties. Standard film and video workspaces and workflows will be examined as a direct introduction to post-production technologies to be presented in subsequent motion picture science courses. (Prerequisites: SOFA-103 and IMGS-221 and IMGS-351 or equivalent course.) **Lab 4, Lecture 2, Credits 3 (Fall)**

**SOFA-312**                                  **Digital Post Production Technology**
This course will focus on the specific technologies of motion picture post-production and imaging science. Motion content generated via film or electronic technologies on set are ingested into the post-production chain utilizing various optical, opto-mechanical, and electronic systems. Topics will include video standards, telecine transfer, digital color spaces, digital intermediate, special effects, color correction, and image processing. Motion content mastering will be explored as an introduction to exhibition technologies to be presented in the final motion picture science course. Particular emphasis will be placed on production equipment testing, data acquisition and image analyses. (Prerequisites: SOFA-311 or equivalent course and completion of First Year Writing (FYW) requirement.) **Lab 4, Lecture 2, Credits 3 (Spring)**

**SOFA-313**                                  **Film Projection and Digital Cinema**
As the final course in the motion picture science core technology sequence, this class completes the study of motion picture technologies, focusing on exhibition and display engineering. Topics covered include traditional mechanical film projection, electronic projection and the color science associated with image appearance. Special focus will be given to evolving exhibition standards, image quality evaluations and emerging techniques. The course will conclude with an investigation of 3D technologies and varied distribution models for motion content. (Prerequisites: SOFA-312 or equivalent course.) **Lab 4, Lecture 2, Credits 3 (Fall)**

**SOFA-316**                                          **3D Animation III**
This course is a continuation of 3D Animation II. Students examine facial expressions and learn how to create emotion in the face. Advanced rigging techniques, especially pertaining to the faces, will be presented. Students will be presented with techniques to dissect sentences and reconstruct them in to useable connected speech for animated characters. Students will produce a series of short three-dimensional computer animations using a pre-rigged character. (Prerequisite: SOFA-216 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**SOFA-317**                                  **Animation Production Workshop II**
Students will explore all phases of animation short film production. Students design and produce a short film with sound that must be screened for the RIT community. (Prerequisites: SOFA-217 or equivalent course.) **Lecture 4, Credits 4 (Fall)**

**SOFA-323**                                  **2D Animation II: Performance**
This course will focuse on the continued development of students' skills in the two-dimension animation medium, using computer software. As an intermediate course, students will build on the skills they accrued as well as learn new, advanced techniques. A variety of examples of 2D computer animation will be screened in class. (Prerequisites: SOFA-218 or equivalent course.) **Studio 6, Credits 3 (Spring)**

**SOFA-355**                                  **Study Abroad Topics in Animation**
Students will study cultural, social, and/or environmental issues based on location. Students will work individually or as a collaborative team through the concept, planning, design and building of an animated film project. This course may be retaken for credit, however topics may have limits on the number of times students may retake. Travel fees will be required. Permission to enroll is required. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**SOFA-363**                                  **Intro Computational Photograph**
This course provides an introduction to the field of computational photography. Students will be exposed to the latest techniques in computational photography, the imaging fundamentals associated with them and the potential applications in the fields of photography and motion imaging. The course will focus on some radiometry and image processing fundamentals along with the review of technical papers covering the latest research in the field. Programming projects will provide students with hands-on experience related to the concepts presented. (Prerequisites: IMGS-251 and IMGS-361 student standing in DIGCIME-BS or IMGS-BS.) **Lecture 3, Credits 3 (Spring)**

**SOFA-375**                                          **Reel World Production**
Students and at least one faculty member collaboratively produce a film and/or animation production determined prior to the start of class. Students attend class and work on the production in specific job functions. Students should contact the instructor for details and permission to enroll. **Studio 6, Credits 2 (Fall, Spring)**

**SOFA-386**                                  **Team Film: Animation Production Workshop**
This course provides an opportunity to work on a short film production as a part of a team. Students will serve multiple roles in the production depending on skills and the needs of the team. The production will focus on an area of social change or community within the Greater Rochester area, with the potential to work with non-profit groups directly. Productions using varied and multiple techniques including the mix of live action with animation are encouraged. Productions techniques will be decided based on the skills of the students enrolled. The final film will be screened for the RIT community. (Prerequisites: SOFA-317 or equivalent course.) **Lecture 4, Credits 4 (Spring)**

**SOFA-399**                                  **Film and Animation Part-Time Co-op**
Cooperative Education will provide School of Film and Animation students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in FILMAN-BFA or DIGCIME-BS with at least 3rd year standing and department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**SOFA-401**                                          **Senior Project I**
In this course student's in their final year begin work on a major student project. Students may work on projects including motion picture engineering, image science research or relevant craft. Students are in charge of their own work, but they work directly with an adviser to track their progress on the project. The class meets one hour each week to provide discussion on project progress and learning. (This class is restricted to students in the DIGCIME-BS program.) **Lecture 1, Credits 3 (Fall)**

**SOFA-402**                                          **Senior Project II**
A continuation of Senior Project I, in this course students in their final year continue work on a major student project. Students may work on projects including motion picture engineering, image science research or relevant craft. Students are in charge of their own work, but they work directly with an adviser to track their progress on the project. The class meets one-hour each week to provide discussion on project progress and learning. (Prerequisites: SOFA-401 or equivalent course and student standing in DIGCIME-BS.) **Lecture 1, Credits 3 (Spring)**

**SOFA-406**                                          **Senior Capstone I**
Students work independently with their advisor towards completion of their capstone experience for their BFA degree. Students have a predetermined timeline and must complete all deadlines to pass this course. (Prerequisite: SOFA-306 or equivalent course.) **Lecture 4, Credits 4 (Fall)**

RIT0000867

College of Art and Design

**SOFA-407**                                                    **Senior Capstone II**
Students work independently with their advisor towards completion of their capstone experience for their BFA degree. Students have a predetermined timeline and must complete all deadlines of that timeline to pass this thesis course including completion and public screening of finished work or final presentation of craft experience. (Prerequisites: SOFA-406 or equivalent course.) **Lecture 4, Credits 4 (Spring)**

**SOFA-408**                                                    **Senior Forum**
This course is intended to best accompany and complement the student's Senior Thesis experience. All students in this course meet as a group to screen edited works in progress, discuss post-production problems, and plan jointly for the use of departmental production resources. (Prerequisites: SOFA-306 or equivalent course.Co-requisite: SOFA-406 or equivalent course.) **Lecture 2, Credits 1 (Fall, Spring)**

**SOFA-498**                                        **Film and Animation Internship**
Film and Animation Internship is available to film and animation third year students with a minimum of a 3.0 GPA. Internships must be within the film and animation industry. Students must submit a completed approval form identifying the firm and listing their internship responsibilities. Internships are approved by the Undergraduate Program Director or School Director. Students are required to submit a minimum 10-page paper about their experience and obtain a letter of review from their job site supervisor. 90 hours of work earns 1 semester credit. To enroll students must be third year status or above. (Prerequisites: This class is restricted to students in FLIMAN-BFA or DIGCIME-BS with at least a 3.0 cumulative GPA and department permission to enroll.) **Internship, Credits 1 - 6 (Fall, Spring, Summer)**

**SOFA-499**                                        **Film and Animation Co-op**
Cooperative Education will provide Film and Animation students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in FILMAN-BFA or DIGCIME-BS with at least 3rd year standing and department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**SOFA-505**                                                    **Acting for Film**
A course in basic acting technique with an emphasis on the requirements of film production. Students are introduced to various approaches to acting through exercises and by performing in scenes from professional productions. Scenes are rehearsed outside of class, and then staged and critiqued during class time. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 3, Credits 3 (Fall, Spring)**

**SOFA-511**                                        **Film Sound Theory: Music**
This course is one of three in the study of film sound theory. Through readings, focused group discussion, and the viewing of/listening to select films, the course promotes critical analysis of the varied and profound uses of music in sound design. Addressed is the history of music from the silent era to the modern score. The concepts studied include the modal changes in point-of-audition, and positioning across diegeses. Newer topics including audio-visualization and ventriloquism theory are also addressed. (This course is available to RIT degree-seeking undergraduate students.) **Lec/Lab 6, Credits 3 (Fall, Spring, Summer)**

**SOFA-512**                                        **Film Sound Theory: Effects**
This course is one of three in the study of film sound theory. Through readings, focused group discussion, and the viewing of/listening to select films, the course promotes critical analysis of the varied and profound uses of effects in sound design. Addressed is the history of effects from the early sound era to the modern design. The concepts studied include the modal changes in point-of-audition, and positioning across diegeses. Other topics like complementarity and the acousmetre acousmatic are also addressed. (This course is available to RIT degree-seeking undergraduate students.) **Lec/Lab 6, Credits 3 (Fall, Spring, Summer)**

**SOFA-513**                                        **Film Sound Theory:Voice**
This course is one of three in the study of film sound theory. This course will promote critical analysis of the varied and profound uses of music in sound design through readings, focused group discussion, and viewing and listening to select films. The history of voice from the silent era to the modern sound design will be addressed. The concepts studied include the modal changes in point-of-audition, and positioning across diegeses. Other topics include the acousmetre and the mute, vococentric mixing and separation, relativizing, and dialogue theory. (This course is available to RIT degree-seeking undergraduate students.) **Lec/Lab 6, Credits 3 (Fall, Spring, Summer)**

**SOFA-514**                                        **Business and Careers in Film**
An introduction to all aspects of the business side of professional film/video narrative documentary and commercial production. Students will form production companies and develop a business plan while considering alternative careers in film, basic financial and legal protocol, and mental preparation needed to enter the film business market. Resumes and reels are assigned projects. (Prerequisite: SOFA-202 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**SOFA-517**                                        **IT Fundamentals for Digital Media**
This course will provide an overview of IT and networking fundamentals critical in emerging digital media workflows. Emphasis will be placed on the architecture of modern digital media production and post-production facilities. Media industry technology standards for cinema, television, internet and mobile consumption will be introduced. This course is designed for students in the College of Art and Design and the Golisano College of Computing and Information Sciences who are interested in mastering the basic principles of IT and networking infrastructures used in digital media and broadcast applications. (Prerequisites: SOFA-103 or NSSA-102 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**SOFA-518**                                        **Business and Careers in Animation**
This course will focus on the role of the small animation business owner, the studio employee, and the individual freelance animator in developing a small business. The elements of discussion will teach students how to approach animation work in the industry from a small business perspective. This course will discuss the creation of sample reels, websites, self-promotion, contracts, pitching, fund-raising, research and interview techniques all related to the individual in animation. Ethics and individual responsibilities will also be discussed. Professionals working in the animation industry will often be guests for the class. (Prerequisites: SOFA-317 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**SOFA-521**                                        **Advanced Sound Recording**
This course continues the work from Basic Sound Recording to include audio synchronized or locked to picture and the use of Foley and ADR production techniques. Students develop workflow approaches for complex multi-track mixing and signal manipulation. Each student prepares a mixed track to professional quality standards and manages sound and video files between various hardware and software platforms. (Prerequisite:  SOFA-205 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**SOFA-522**                                        **Stop Motion Puppet Fundamentals**
This is an introductory course that will give students a basic and solid understanding of stop-motion animation. The class covers all aspects of stop-motion in its various forms but will mainly concentrate on stop-motion puppet/character animation. There will be demonstrations on model fabrication, animation techniques and camera/grip techniques. More in-depth topics, like latex and silicon mold making and intensive post production techniques will be introduced. There will be opportunities for students to practice animation with specific goals and assignments. (Prerequisite: SOFA-107 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**SOFA-523**                                                    **Advanced Editing**
This course is designed to teach students the professional workflow of editing digital film and video files. Students learn the technical craft as well as the aesthetic choices that editors make. Students practice the editing of all genres by editing short fiction, documentary, and experimental projects. Students will explore and learn advanced tools in Final Cut Pro editing software while editing short projects and tutorials. Areas of study include learning a cinema file database, media management, color correction, visual and time based effects, sound processing and track building, multi-camera editing, and titling and graphics. In the second half of the semester, students will learn the basic operation system of AVID editing software and complete three short projects using AVID software. (Prerequisites: SOFA-102 or equivalent course.) **Lab 4, Lecture 2, Credits 3 (Spring)**

**SOFA-524**                                                    **Advanced Directing**
This course will offer in-depth study of techniques introduced in the basic directing class, with an additional focus on using external observation to determine appropriate behavior. This course emphasizes the problems in blocking for camera, peculiar to film and video production. Class meetings are organized around the presentation of scenes prepared by student directors using the acting students in the class. (Prerequisite: SOFA-206 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**SOFA-526**                                                    **Writing the Short**
This course will explore the short screenplay as its own genre and as a stepping-stone to writing longer forms. Students will improve their ability to develop goals and obstacles and, thereby, create a complete narrative journey. Students will write approximately fifteen-minute film or animation scripts. Film scripts may be used in production courses. (Prerequisites: SOFA-208 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

RIT0000868

**SOFA-531**                                    **Digital Effects and Compositing**
This course will offer hands-on experience in manipulating live action video and applying digital effects. There is an emphasis on digital compositing using rotoscoping, image tracking, alpha channels and transparency. Composites may be accomplished through green screen shooting, transfer modes, masks, and/or traveling mattes. Node based compositing will also be addressed as well. (Prerequisites: SOFA-103 or SOFA-122 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**SOFA-532**                                    **Underwater Cinematography**
This course is designed to prepare students to professionally complete cinematography assignments in an underwater environment. To accomplish this, the student will complete basic scuba diving training and achieve scuba diving certification. Students' will become familiar with underwater video camera housings and accessories and basic underwater shooting techniques. **There is a facilities fee required for this course, the facility fee covers all equipment, off campus facility use, texts and insurance.** (Prerequisite: SOFA-202 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**SOFA-533**                                    **Advanced Stop Motion Techniques**
This course will introduce stop motion students to advanced techniques of photographic single frame production. This course will concentrate on fabrication techniques from sculpting to mold building, including an introduction to three-dimensional printing. History and the specific language of stop motion will be covered. Camera and camera lenses and lighting are explored along with various exercises in animation. (Prerequisites: SOFA-522 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**SOFA-536**                                    **30-Second Commercial Production**
An introduction into the world of producing television commercials. Students will learn the workflow between advertising agencies, their clients and production companies. Students will also execute the production of a television commercial from conception to editorial. (Prerequisites: SOFA-102 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**SOFA-541**                                    **History and Aesthetics of Animation**
This course will explore the beginnings, the evolution, the creative and practical history of the animated film, including prehistory of animation, early film and animation history, major trends, artists, animation studios, theoretical distinctions and international identities in animation. Issues of animation aesthetics will also be elucidated through discussions, readings and reviews of exemplary films to emphasize the unique characteristics of the animated art form and how those characteristics are used as a means of interpretation and expression. Both orthodox and unorthodox animation will be highlighted. Films will be screened at every lecture. (Prerequisites: SOFA-121 or equivalent course and completion of First Year Writing (FYW) requirement.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**SOFA-542**                                    **History and Aesthetics: Animation Stories**
This course will provide an in-depth study of an animation artist, animated genre, or other specific topics that has had a major impact on the animated film art form. Films will be viewed and discussed in the context of the specific times and places in which they were made. Emphasis will also be placed on determining the unique characteristics of the animation medium and how those characteristics are used as a means of interpretation and expression. (Prerequistie: SOFA-121 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**SOFA-543**                                    **Targeting an Audience: Developing Content for TV**
This course will introduce students to the methods and strategies used by studios and TV networks to develop content that appeals to specific audiences. The student will gain great insight into both the business and creative aspects of developing television content. Each student will choose a TV network to study and through a series of assignments will develop a profile of the audience their network attracts. This information will then be used to create an appropriate 90-second film using the style and subject matter that fits the chosen network and its viewers. (Prerequisites: SOFA-102 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**SOFA-555**                                    **Reel World Preproduction and Production**
Students and at least one faculty member collaboratively produce a film and/or animation production determined prior to the start of class. Students fulfill specific key job functions. For example, on a narrative film, a student writer, director, producer, production manager, production designer, art director, director of photography, and/or editor attend class listen to lectures and instructions, assist in preproduction and/or postproduction, and work on set. Students should contact the instructor for details and permission to enroll. . **Lecture 7, Studio 6, Credits 3 (Fall, Spring)**

**SOFA-557**                                    **Chasing Rainbows: Entertainment Distribution**
As a student of entertainment, you will be entering the workforce at a time of major change in the way entertainment is produced, distributed and monetized. This course will focus on the big picture realities of today's entertainment media industry with an emphasis on the economic, technological and consumer forces that influence the creation and distribution of creative content. From the fracturing of the traditional studio system to the promise and pitfalls of new media platforms such as Netflix, Amazon and YouTube, students will gain an understanding of the issues and opportunities that exist in today's entertainment marketplace. **Lecture 3, Credits 3 (Fall, Spring)**

**SOFA-558**                                    **Film Production Management**
Film Production Management deals with the business and logistics side of filmmaking, especially long form fiction narrative. Students will learn the workflow and organizational imperatives to complete a project that typically requires many people and large sums of money. (Prerequisites: SOFA-102 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**SOFA-561**                                    **New Documentary Issues**
This course will examine the current trends in documentary film during the last decade. Students will view 1-2 documentary films each week. Students will examine each film critically; analyzing the film's theme, structure, style, relationship to reality, and effectiveness. In addition, students will examine how current filmmakers interpret and build upon the basic ideas and discourse that have defined documentary filmmaking since its beginnings. (Prerequisites: SOFA-106 or SOFA-131 or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall)**

**SOFA-562**                                    **Film History**
This course examines selected, varying film topics in a wider socio-historical context. Seminar themes change each year and may include topics such as post-war German film, films of the Holocaust, Japanese film, surrealist and magic realist film, Soviet film, Native Americans on film, etc. Students are expected to participate actively in the course discussions. (Prerequisites: SOFA-106 or SOFA-131 or equivalent courses.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**SOFA-563**                                    **Writing the Feature**
This course is an exploration of the feature film form. Students propose ideas for a feature length film and, in consultation with the instructor and other students, write a detailed step outline and a substantial portion of the first draft. (Prerequisites: SOFA-208 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**SOFA-564**                                    **Writing the Series**
This course is an introduction to all forms of series writing for television and the Internet. Students will choose to write either a one-hour pilot for a dramatic series, or a half-hour pilot and an additional episode for a single-camera comedy series. All students will develop and write a series bible, a thorough description of all the characters and the world in which the series takes place as well as how the series may develop with future plot-lines. (Prerequisites: SOFA-208 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**SOFA-566**                                    **Documentary Film History**
This course will examine the development of documentary film from 1920 to the present day. Students will explore central themes in documentary filmmaking, including the Grierson social documentary, the Flaherty romantic tradition, cinema verite, propaganda films, first-person narratives, and experimental documentary. Through film viewings, class discussions, and assigned readings, the students will critically examine how documentary film is constructed, keeping in mind the critical relationship between the film's content and its meaning. (Prerequisites: SOFA-102 or SOFA-131 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**SOFA-567**                                    **Digital Color Correction**
This course offers project-based hands-on color correction with both da Vinci hardware and Adobe, da Vinci and Assimilate software. Introduction to basic color correction techniques and common tools in the industry will be provided. The course will progress from technical equipment setups and calibration to simple primary color correction to advanced secondary and color separation methods. Through assigned projects, students will be taught how to use tone and color to augment theatrical storytelling and add a dimension of professional finish to their films. (Prerequisites: SOFA-103 or NSSA-102 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**SOFA-568**                                    **Digital Color Management**
This course offers a comprehensive study of the methods and techniques used to manage and interchange color in digital color-imaging systems. The principles of colorimetry and densitometry will be reviewed and applied specifically to practical color imaging applications. The fundamental colorimetric properties of color imaging media, devices and systems will be explored and compared. Digital color encoding principles will be examined, and the features and limitations of various digital color encoding methods will be described. Course topics will be discussed in terms of their application in commercial color-managed systems, such as the ICC and AMPAS ACES systems. (Prerequisites: IMGS-351 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**College of Art and Design**

**SOFA-569**                                    **Introduction to Digital Imaging Technician**
By introducing the role of the digital imaging technician (DIT) and digital asset manager (DAM), this course teaches the terminology, tools, and procedures to understand the applied theory and management of digital cinema workflows, including data management, color correction, and final delivery of a finished product. These roles are particularly instrumental in managing media from production to post-production. The course is designed for students that have a background in cinematography. The focus will be on how to manage projects with multiple audio and imaging sources. There will be additional emphasis on working collaboratively with the director and cinematographer to create the look and tone of the film using color correction. (Prerequisite: SOFA-202 or equivalent course and at students in FILMAN-BFA or DIGCIME-BS programs.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**SOFA-571**                                    **Advanced Production Immersion**
This workshop provides students with the opportunity to learn more about a particular area of production—editing, cinematography, lighting, sound, etc.—with an industry professional. Different topics may be taken in the same semester. Topics may only be taken once. (Prerequisites: SOFA-102 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**SOFA-572**                                    **Mixing and Sound Design**
Continue the work from Advanced Sound Recording by mixing multi-track sessions with video to post-produce several different projects to professional standards. Learn how to listen and develop a trained ear while understanding proper equalization and use of effects and digital signal routing. Sessions can include documentaries, dialog and musical productions. Create templates and develop editing/mixing techniques to balance creativity and time constraints of a typical project. (Prerequisites: SOFA-521 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**SOFA-573**                                    **Fusion Production**
In this course, students will learn and practice the art of collaboration and conceive and produce projects that combine various cinematic and related art media, including live action, two-dimensional animation, three-dimensional animation, interactive media, performance, and music. Projects may include practical techniques of camera matching, compositing, match lighting, blur, color, contrast and perspective across composited media, and a variety of post-production strategies and processes. Projects may involve characters and objects interacting across different media. Students from a variety of disciplines may contribute their expertise to the group projects. (Prerequisites: SOFA-215 or SOFA-216 or SOFA-533 or SOFA-202 or equivalent course.) **Lec/Lab 4, Credits 3 (Spring)**

**SOFA-574**                                    **Documentary Field Production**
Students in this course will work in small documentary crews of 3-4, shooting weekly assignments in the field. We will shoot digital HD format in these group projects. Emphasis will be on developing a shooting intuition, gathering clean sound, shooting to edit, and interviewing skills. We will also shoot one project using multiple cameras. We will examine different creative approaches to reality subjects and test possible techniques such as incorporating fiction techniques. Students will be expected to edit the projects they direct into short 3-4 minute films for class critiques. (Prerequisites: SOFA-102 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**SOFA-575**                                    **3D Lighting and Rendering**
This course is an intensive look at lighting for three-dimensional animation pipelines. Students will learn to observe, plan and replicate real-world environments and expand those into artistic interpretations of style and design. There will be a strong focus on surfacing, set-dressing, production design, as well as economical rendering techniques. Students will learn to identify the balance between artistic needs and technical limitations and how to adequately prepare a scene for post-production practices. (Prerequisite: SOFA-216 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**SOFA-578**                                    **Advanced Cinematography**
In this course students explore the world of cinematography and lighting and how they relate to each other. Students participate in weekly hands-on exercises to develop and improve cinematic storytelling through composition, framing and lighting techniques. (Prerequisite: SOFA-202 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**SOFA-581**                                    **Particles and Dynamics**
This course is an introduction to the creation of three-dimensional generated visual effects designed to enhance film and animation productions. This includes everything from generated particle animation to dynamic simulations of fluid, hair, and cloth. Students will work across multiple applications and learn to successfully integrate various elements into cohesive scenes. (Prerequisite: SOFA-215 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**SOFA-582**                                    **Alternative Frame by Frame**
This course will give students a chance to explore three different approaches to stop-motion animation. The course will study and experiment with pixilation, time-lapse and relief animation with a "down-shooter." The techniques will expand the student's knowledge of traditional or character animation and present an alternative means of expression. Students will explore character or experimental approaches to animation with these non-traditional alternative approaches to single frame photographic animation. Students will study existing work with these techniques, analyze and discuss them with the instructor and then produce several examples of their own after instruction for each approach. A final project in the technique of the student's choice will be required. (This class is restricted to students with majors in CIAS and at least 3rd year student standing.) **Lecture 3, Credits 3 (Fall)**

**SOFA-583**                                    **Building the 3D Character**
This course is an intensive exploration of the process of character creation, specifically character rigging for digital animation. Students will learn to build a working rig by applying their research into body mechanics, character deformation, and dynamic restructuring. By combining their understanding of aesthetic character creation with the study of three-dimensional technology, the course is designed to teach automation through code-building and expressions. (Prerequisites: SOFA-209 or equivalent course.) **Lab 3, Lecture 3, Credits 3 (Fall)**

**SOFA-586**                                    **Programming for 3D Animators**
This programming course is designed specifically for artists and animators with little or no programming experience. It is designed to give students the ability to solve software problems by making their own tools or finding existing tools. All of the assignments and examples in class are graphics related and will include tools for animation, rigging, particles, texturing and modeling. (Prerequisite: SOFA-215 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**SOFA-587**                                    **Digital Sculpting**
Students will learn organic and hard surface modeling using digital sculpting techniques. Students will apply surface texturing to give a realistic painted appearance. Techniques for cutting and building surfaces to create both rigid and soft surfaces will be implemented. (Prerequisites: SOFA-209 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**SOFA-588**                                    **DVD Authoring**
This course is designed to introduce the design and practices of DVD development with emphasis on creating cut variations (e.g., director's cut, screen cut) of an existing film project. The student develops a specific DVD that is based on a film they have completed. Class discussion and presentation are oriented towards new directions for the film story with interactivity and sequencing considerations. The student will acquire development tools to include: menu development, subtitles, audio streams, encoding principles, hybrid DVD creation, web linking, and basic scripting. (Prerequisite: SOFA-101 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**SOFA-590**                                    **Los Angeles Behind the Scenes**
An exploration of the interconnected careers of the entertainment industry and the city of Los Angeles for a behind-the-scenes look at either film or animation. Students travel during the winter break. During the course students will discuss the industry, city, and their travel. This course has a mandatory travel component and requires an additional travel fee. Permission to enroll is required. (This course is restricted to students in the FILMAN-BFA and DIGCIME-BS programs.) **Lecture 3, Credits 3 (Spring)**

**SOFA-599**                                    **SOFA Independent Study**
SOFA Independent Study will provide students with the ability to study in a specialized area with an individual faculty member. Students, with the assistance of a faculty adviser, should propose a course of study or project with clearly defined deliverables. Students must obtain permission of an instructor and complete the Independent Study Permission Form to enroll. Student must have a minimum of a 3.0 GPA to apply. (Prerequisites: This class is restricted to students in FILMAN-BFA or DIGCIME-BS with at least a 3.0 cumulative GPA and department permission to enroll.) **Ind Study, Credits 1 - 6 (Fall, Spring, Summer)**

# School of Photographic Arts and Sciences

## Photographic and Imaging Arts

**PHAR-101**                                    **Photographic Arts I**
This course will provide an immersive introduction to the field of the photographic arts. It will emphasize both craft and visual problem solving. The course will explore: seeing and appreciating the quality of light, image capture, photographic vision, historical and contemporary genres of photography, best practices and workflow as well as an introduction to the critique forum and its practices. (Co-requisites: PHPS-106 or equivalent course.) **Critique 3, Lecture 1, Lab 3, Credits 4 (Fall, Summer)**

RIT0000870

**PHAR-102**        **Photographic Arts II**
This course will reinforce and build upon the skills learned in the first semester of Photographic Arts I. It will emphasize aesthetics, craft, visual problem solving and critical thinking skills - the foundations of the Photographic Arts curriculum. In this semester, the studio will be introduced as a space that can be used to create and control light. This course's curriculum will continue to emphasize both craft and visual problem solving required in high-level photographic imaging. (Prerequisites: PHAR-101 or equivalent course.) **Critique 3, Lecture 1, Lab 3, Credits 4 (Spring, Summer)**

**PHAR-150**        **Introduction to Film Photography**
An introduction to black-and-white still photography – technical, aesthetic, conceptual – for non-photography majors. Through weekly assignments, students will become familiar with the operation of a 35mm camera body/lenses and film processing/printing, while exploring basic principles of lighting, depth of field, principles of design, blur/stop motion, accurate exposure, and tone control. Lectures will address photographic aesthetics, in addition to historical, contemporary and innovative practices. Students will engage in the language of the critique through participation in discussions of photographic shooting assignments. Students are required to provide their own 35mm camera, film and processing, and photo paper. Non-Photo majors only. **Fee: Photo fee required** (This course is available to RIT degree-seeking undergraduate students.) **Lab 4, Lecture 2, Credits 3 (Fall)**

**PHAR-160**        **Intro to Digital Photography**
An introduction to digital photography – technical, aesthetic, conceptual – for non-photography majors. Through weekly assignments, students will become familiar with the operation of a DSLR camera body/lens, while exploring the basic principles of lighting, depth of field, design, blur/stop motion, accurate exposure, and image manipulation. Lectures will address photographic aesthetics, contemporary and historical practices, and professional applications. Students will learn to critique work through participation in discussions of photographic assignments. Students are required to have their own DSLR (digital single-lens reflex) camera. Non-photo majors only. This course maybe repeated. "Fee – There is a lab fee required for this course** (This course is open to all undergraduate students except those in PHTILL-BFA, PHIMAG-BFA , VISMED-BFA, PHIMTEC-BS, PHBM-BS and IMPT-BS.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHAR-161**        **Intermediate Digital Photography for Non-Majors**
This is the first required course for students enrolled in the photography minor. This course will reinforce and build upon the skills learned in Introduction to Digital Photography. It will emphasize aesthetics, craft, visual problem solving, skill development, and critical thinking skills. In this course, students will work in the studio and be introduced to the skills needed to use, create, and control artificial lighting as well as develop skills for modifying found light on location. Students will also make photographic prints. The curriculum will emphasize both craft and visual problem-solving skills necessary to achieve industry standards and prepare students for other courses available in the minor. Fee required for non-majors. (PHAR-160 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Fall, Spring)**

**PHAR-201**        **Elements of Fine Art Photography**
This course will offer students an introduction to the discipline of fine art photography. Conceptually driven projects will be investigated through a variety of photographic techniques; reading, writing and discussion about the intent and meaning of photographic imagery will be emphasized. Aspects of still photography and moving imagery as artistic choices and practices will be presented. The goal of the course is to establish theoretical, aesthetic and technical strategies for the production of photographic artwork. If you are pursing the Fine Art Photography option this course is required. (Prerequisites: PHAR-102 or PHAR-161 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring, Summer)**

**PHAR-202**        **Elements of Advertising Photography**
This course will provide an introduction to the field of commercial photography, as well as encourage students to develop their own artistic vision. Students will create images from assignments that relate to projects they will encounter after graduation. They will be instructed in the basic photographic skills needed in the commercial field. Practical use of exposure metering and digital workflow will be discussed. Training will be provided in the use of professional cameras and lighting equipment, as well as developing a web presence. Portraiture and still life photography will be covered both in the studio and on location. Students will learn about career choices available in the commercial photography business. (Prerequisites: PHAR-102 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring, Summer)**

**PHAR-203**        **Elements of Photojournalism**
This course will serve an introduction to visual story telling as it relates to professional photojournalism. It will provide relevant practice in basic technical, compositional and interpersonal skills necessary in all aspects of modern photography. Students will be exposed to photojournalism - documentary, editorial, narrative and editing - as well as explorations of current career possibilities. Lectures, critiques, demonstrations and assignments will provide participants the opportunity to explore the still, audio, and multimedia strategies used for story telling in this era. Students will be expected to meet tight project deadlines and participate in both class discussions, critiques and practices required to be successful in this field. If you are pursuing the Photojournalism option this course is required. (Prerequisites:  PHAR-102 or PHAR-161 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring, Summer)**

**PHAR-204**        **Elements of Visual Media**
This course will provide an introduction to the professional opportunities where the fields of photography, graphic design and print media overlap. Students will develop an understanding of the working relationships between professionals involved in each of the three career areas. Successful visual media experts require a contemporary understanding of the business practices necessary to manage the workflow, financial operations and personnel necessary for success. Students in this class will experience the breadth of interactions between these three career paths, and appreciate the management necessary in their dynamic relationships. Students pursing the Visual Media option are required to take this course. (Prerequisites: PHAR-102 or PHAR-161 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**PHAR-207**        **Technology and Image Making**
Changing technology continues to influences how photographers capture, modify, distribute, and consume images. This course will emphasize the development of artistic voice in the context of this evolving climate. By further mastering craft, students will gain experience in using technology to expand what is possible in the photographic image, both technically and creatively. Course topics will include photographic creativity, image capture, optimization, construction, manipulation, and distribution. Proficiency in new technologies will push boundaries of image making, augment a visual vocabulary, and expand creative expression. (Prerequisites: PHAR-102 or equivalent course.) **Lab 5, Credits 3 (Fall, Spring)**

**PHAR-211**        **Histories and Aesthetics of Photography I**
The objective of this course, part one of a two semester sequence, is to present an overview of the multiple, intersecting histories and aesthetic practices of photography as utilized for fine art, snapshot, documentary, scientific, commercial and propaganda purposes in a global perspective. Course lectures include the medium's pre-history and a detailed development of the camera obscura. Students will learn about many technical processes, as well as, the multiple interpretations of notable images during the period 1800-1915. **Lecture 3, Credits 3 (Fall, Summer)**

**PHAR-212**        **Histories and Aesthetics of Photography II**
The objective of this course, the second course of a two-semester sequence, is to present an overview of the multiple, intersecting histories and aesthetic practices of photography from the development of Modernism to the present, including the medium's transformation by digital imaging in the 21st century. Photography's applications within fine art, documentary, scientific, journalistic, commercial and vernacular practices will be investigated within a global perspective, but primary emphasis is placed upon developments and movements within the United States and Europe. **Lecture 3, Credits 3 (Spring, Summer)**

**PHAR-278**        **Capture to Output**
This course is designed for students who know the basics in photographic workflow and want to build their skillset to easily move between all aspects of ideation, image capture, optimization, post-production, image management, and output. An emphasis will be placed on the development of artistic voice in the context of this evolving climate. Proficiency in current and new technologies will push the boundaries of image-making, augment a visual vocabulary, and expand creative expression for the successful distribution and consumption of images. (Prerequisites: PHAR-102 or equivalent course.) **Lab 6, Credits 3 (Spring)**

**PHAR-352**        **PhotoWkshp:**
This course will focus on implementing areas of special interest including new, advanced, and emerging visual communication course content. Potential topics include any area in industry practices, business and creativity, visual communications, studio and location lighting, production, editorial photography and documentary storytelling. This course can be taken multiple times but individual topics must be different. **Lecture 1, Credits 1 (Fall, Spring, Summer)**

RIT0000871

**College of Art and Design**

**PHAR-363**                                    **Black and White Photography I**
This course, the first part of a two-semester sequence, will introduce students to the exposure and development of black and white film and the procedures for making high quality black and white photographic prints in a traditional darkroom with chemicals, safe lights and enlargers. Included in this course are 35mm, medium and large-format cameras, variables in making fine black and white prints and techniques for archival and museum quality processes and methods of display. Students must have access to a film camera with adjustable exposure controls. Each student will produce a finished portfolio of black and white fine prints. (Prerequisites: PHAR-101 or PHAR-160 or equivalent course.) **Lab 4, Lecture 2, Credits 3 (Fall, Spring)**

**PHAR-364**                                    **Black and White Photography II**
This course, the second course of a two-semester sequence, will introduce students to the use and manipulation of specialty analog cameras (pinhole, Holga, Hasselblad fish-eye, X-Pan, view camera, etc.) and include information and exercises using the Zone System. In addition to the hardware resources, the course will survey and demonstrate methods of making "monoprints" - one of a kind photographs using analog processes such as photogram, chemogram, wet plate ambrotype, and hand -coloring. Students will also interpret selections of work by noted photographic artists and others enrolled in the course in both critiques and written assignments. A creative portfolio of black and white prints and/or monoprints will be produced by each student. (Prerequisites: PHAR-150 or PHAR-363 or equivalent course.) **Lab 4, Lecture 2, Credits 3 (Spring)**

**PHAR-370**                                    **City as Site: Dubai and Beyond**
This course offers students in College of Art and Design and at RIT the opportunity to travel to RIT Dubai in the United Arab Emirates. Students will create work inspired by an unfamiliar locale, (culture, people, place, geography) while having the opportunity to explore Dubai and the other city/states of the Emirates. This course is focused on the understanding of place and the conceptual development of a creative project as it relates to a specific locale. This course is not photography specific and is open to disciplines across the college and campus. The final project may include photography, film, visual projection, or design. (This course requires permission of the Instructor to enroll.) **Lecture 3, Credits 3 (Spring)**

**PHAR-399**                                    **Photographic Arts Part-Time Co-op**
Cooperative Education will provide photographic and imaging arts students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in PHIMAG-BFA, PHTILL-BFA or VISMED-BFA with at least 2nd year standing and department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**PHAR-498**                                    **Photography Internship**
The Photography Internship will provide students with the option to work in the photographic or visual communications field. Students may apply for internships to businesses based on the availability of positions and business job needs. Students must obtain permission of an instructor and complete the Internship Permission Form to enroll. (Prerequisites: This class is restricted to students in PHIMAG-BFA, PHTILL-BFA or VISMED-BFA with at least 2nd year standing and department permission.) **Internship, Credits 1 - 3 (Fall, Spring, Summer)**

**PHAR-499**                                    **Photographic Arts Co-op**
Cooperative Education will provide photographic and imaging arts students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (Prerequisites: This class is restricted to students in PHIMAG-BFA, PHTILL-BFA or VISMED-BFA with at least 2nd year standing and department permission.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**PHAR-560**                                    **Photography in Cuba Trip**
This course will offer students the unique opportunity to participate in an immersive educational experience while traveling and photographing in Cuba. Through the use of photography, related field trips and lectures, this course will introduce students to a new culture and environment. Students will be exposed to challenges found in available light situations where they will photograph environments, architecture, and the people of Cuba. A final portfolio will illustrate effective visual documentation of Cuban culture. (Enrollment in this course requires permission from the department offering the course.) **Lab 2, Lecture 2, Credits 3 (Spring)**

**PHAR-599**                                    **Photography Independent Study**
Photography Independent Study will provide students with the ability to study in a specialized area with an individual faculty member. Students, with the assistance of a faculty adviser, will propose a course of study. Photography Independent Study students must obtain permission of an instructor and complete the Independent Study Permission Form to enroll. (Prerequisites: This class is restricted to students in PHIMAG-BFA, PHTILL-BFA or VISMED-BFA with at least 2nd year standing and instructor permission.) **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

## Advertising Photography

**PHAP-301**                                    **Advertising Photography I**
This is the first of a sequence of required advertising photography courses that investigates visual problem solving when applied to commercial photography. Studio and other controlled environments will be encountered through assignments. Advertising and editorial solutions and applications will be explored. The skills necessary to photograph people, places, and things will be learned through various assignments. (Prerequisites: PHAR-202 and (PHAR-201 or PHAR-203 or PHAR-204) or equivalent courses.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**PHAP-302**                                    **Advertising Photography II**
Building on the content delivered in Advertising Photography I, Advertising Photography II will introduce business aspects involved in commercial photography. Students will create self-promotion materials as well as a resume/cover letter. A cohesive portfolio is required at the end of the course. Students will also work on a group project, introducing them to the collaborative nature of the advertising business. Assignments will emphasize conceptual over technical solutions. (Prerequisites: PHAP-301 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**PHAP-306**                                    **The Collaborative Composite Image**
Computer generated imaging (CGI) combined with photography is being widely used in commercial advertising. This course will offer photography students an opportunity to work in collaboration with computer graphic students by developing projects that seamlessly unite photography with CGI. Students will study work being generated professionally and develop their own projects as a team. A team approach will be employed to design, execute and integrate images for use in a commercial photography context. (Prerequisites: PHAR-201 or PHAR-202 or PHAR-203 or PHAR-204 or equivalent course.) **Lecture 2, Studio 2, Credits 3 (Fall)**

**PHAP-308**                                    **Location Photography**
The course will cover the technical and aesthetic decisions necessary to produce successful photographs on location for both advertising and editorial usage. Students will be encouraged to develop a consistent personal style and maintain rigorous technical photographic standards. Students will explore a variety of subject matter while photographing on location. A final portfolio will be required for the course. (Prerequisites: PHAR-202 and (PHAR-201 or PHAR-203 or PHAR-204) or equivalent courses.) **Studio 5, Credits 3 (Fall)**

**PHAP-311**                                    **Photographing People**
An advanced study of people photography, this course will focus on the development of the photographic and social skills of the commercial photographer. This course will examine the effects of light, camera choice, and subject pose on reproducing the human form as a photograph. The student will learn to develop strategies for photographing people, build upon lighting skills, and improve photographic styling techniques. Casting and directing models, as well as the role of a professional photographic team will be included in the lectures, demonstrations, and assignments. (Prerequisites: PHAR-202 and (PHAR-201 or PHAR-203 or PHAR-204) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**PHAP-312**                                    **Projects in Still Life Photography**
This course will explore the genre of the still life as a subject in advertising and editorial photography. Students will examine a variety of forms of photographic expression as well as solve visual problems related to the still life image. The construction of the still life photograph and the effective use of props and backgrounds are important aspects of the course. (Prerequisites: PHAR-202 and (PHAR-201 or PHAR-203 or PHAR-204) or equivalent courses.) **Lecture 1, Studio 3, Credits 3 (Spring)**

**PHAP-313**                                    **Editorial Photography**
This course will explore the role of photography and design in contemporary magazines as well as online content. Students will have the option of working with still life, people, location, documentary, and architecture or fashion photography. Current events will be discussed for picture possibilities. Emphasis will be placed on producing multiple or sequential images that relate to social and political issues. Historical and contemporary studies of layout and style will be examined. A professional quality magazine featuring work done by all students will be produced. All projects will be done in collaboration with students in the graphic design major in the School of Design. (Prerequisites: PHAP-301 or equivalent course.) **Studio 5, Credits 3 (Fall, Spring)**

RIT0000872

**PHAP-314**        **Lighting Control and Manipulation**

The course will provide an opportunity for experimentation with photographic light and its manipulation in a variety of situations both in and out of the studio. Assignments will range from simple portraits in the studio to complex locations, from simple still life set ups to intricate sets with groups of people. Methods of controlling a variety of lighting devices, both strobe and continuous-source, will be demonstrated and discussed. (Prerequisites: PHAP-202 and (PHAR-201 or PHAR-203 or PHAR-204) or equivalent courses.) **Lecture 1, Studio 3, Credits 3 (Fall, Spring)**

**PHAP-320**        **XL: Summer Ad Core**

This course will provide students with the flexibility of using one studio for the entire course, allowing students to work as a professional photographer would. Students will work on self-assigned long-term projects with the goal of expanding their portfolio. A cohesive body of work is required at the end of the course. (Prerequisites: PHAR-202 and (PHAR-201 or PHAR-203 or PHAR-204) or equivalent courses.) **Lec/Lab 7, Credits 3 (Summer)**

**PHAP-321**        **Industry Practices for Professional Photographers**

Industry Practices for Professional Photographers, will provide advertising photography students with an in- depth understanding of the practices and principles of the photographic business world. Through lectures (which include guest speakers), the class will cover entry-level jobs, licensing/copyright, estimating/pricing, insurance, taxes, the breadth of industry jobs and marketing a small business. Also included will be interviewing strategies and implementing changes in career paths for students interested in pursuing a career in advertising photography. (Prerequisites: PHAP-302 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**PHAP-326**        **Architectural Photography**

An image-making course for advanced photography students with a specific interest in architectural exterior and interior photography. Assignments will emphasize the development and exploration of professional techniques and styles. Class hours will include lecture-demonstration, discussion, critique, and both individual and group location work. All work will utilize digital capture methods. This is a non-laboratory, shooting course. (Prerequisites: PHAR-201 or PHAR-202 or PHAR-203 or PHAR-204 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PHAP-327**        **Fashion Photography**

This course will introduce students to fashion photography and will look at fashion from a broad imaging perspective. There will be instruction on lighting, styling, and directing a fashion image, as well as developing concepts for photo shoots. Casting, studio and location practices, ethics, and the history of fashion photography will be addressed. Retouching of fashion photographs will be demonstrated. (Prerequisites: PHAR-202 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PHAP-328**        **Food Photography**

This course will examine the current trends in food photography used in advertising and editorial uses. There will be discussions and conversations with industry professionals on the techniques of food preparation, staging, styling, and specialized lighting techniques to help students create a portfolio of images for the food industry as well as discover the varied opportunities of working within this industry. (Prerequisites: PHAP-301 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PHAP-336**        **Photo Illustration**

This course will focus on the nature of the photographic fictions. Students will work on specific assignments, many of which will be generated from aspects of the history of photography. Lighting techniques are examined to create effective photographs. Digital post-production is discussed as a means to enhance the images as required by the assignments. (Prerequisites: PHAP-301 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PHAP-337**        **Production Photography**

In this course students will be introduced to the storytelling side of professional photographic illustration. Assignments for this course will include recreating historical events, inventing futuristic scenes, and creating believable period pieces with an emphasis on visual narrative. Students will be introduced to project planning, concept development, scheduling, budgeting, casting, auditions, advanced lighting techniques, comprehensive preparation for large production, project management and post-production treatments. Students work on production teams to address large-scale photographic projects. (Prerequisites: PHAR-201 or PHAR-202 or PHAR-203 or PHAR-204 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PHAP-350**        **Topics in Advertising Photo**

Photography (and photographic education) is in a perpetual state of flux due to constant changes in practices and technology. Topics in advertising photography will provide students with the opportunity to explore this shifting terrain of photography and imaging. The content taught in this course will change frequently and the course may be repeated for credit, however each particular topic may have limits on repeatability. (Prerequisites: PHAR-202 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**PHAP-351**        **Studio Topics in Advertising Photo**

Advertising photography (and photographic education) is in a perpetual state of flux due to constant changes in practices and technology. Studio Topics in Advertising photography will provide students with the opportunity to explore studio applications in this shifting terrain of photography, imaging and application. The content taught in this course will change frequently and the course may be repeated for credit, however each particular topic may have limits on repeatability. (Co-requisite: PHAR-201 or PHAR-202 or PHAR-203 or PHAR-204 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHAP-361**        **Retouch and Restore**

This course will explore the techniques, tools, practices, and workflows used in image restoration and retouching. We will begin with historical images to practice basic retouching and restoration techniques. We will then apply these skills to contemporary images and discuss the importance of the collaborative role of the image-maker and the re-toucher. One of the primary goals is to help students craft a personal or signature imaging style as well as looking at image retouching as an important skill set for career options. (Prerequisites: PHAR-201 or PHAR-202 or PHAR-203 or PHAR-204 or equivalent course.) **Lab 5, Credits 3 (Fall)**

**PHAP-366**        **Advanced Retouching and Compositing**

In this course we will begin where the retouching and restoration class left off. Building on the foundation of those techniques, we will delve deeper into the software tools and more advanced workflows used in image restoration, retouching and compositing. Once the retouching and restoration techniques have been mastered, we will transition into collage and montage building. This will include working with multiple images in single or multiple frames. We will expand the discussion of the collaborative roles of the image maker and the retoucher in relation to creating composite images. (Prerequisites: PHAP-361 or equivalent course.) **Lab 5, Credits 3 (Spring)**

**PHAP-368**        **Interactive Music Video Experiences**

This interdisciplinary course is designed for College of Art and Design and Golisano College of Computing and Information Sciences students to work in collaboration to produce a semester long interactive music project. The students will work with upcoming young musicians in the Rochester area in teams consisting of programmers, designers, CG artists, photographers, and filmmakers, depending on class enrollment. The students will examine how digital technology is changing the way we experience and consume music. Students are introduced to the resources and tools necessary to produce an interactive music experience while working with professional musicians. (Prerequisites: This course is restricted to students in CIAS or GCCIS with at least 3rd year student standing.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**PHAP-403**        **Portfolio Development**

This course is required for advertising photography students who are approaching graduation and are preparing to present themselves to potential employers. Students will narrow their field of interests to focus their work for an end-of-study portfolio. Existing and new work will be edited, sequenced and prepared to form a professional quality portfolio, promotional materials, a resume/cover letter, a market research paper and a business plan. (Prerequisites: PHAP-302 or equivalent course and completion of First Year Writing (FYW) requirement.) **Lecture 3, Credits 3 (Spring)**

**PHAP-411**        **Advertising and Design Photography**

This course will pair students in advertising photography with students in graphic design to produce advertising-related projects. Teams will produce advertising campaigns that merge graphic design, photography, and copy. Contemporary and historical examples of advertising imagery will be studied. The ethics and business of advertising photography will be studied through lectures, discussions, and field trips. (Prerequisites: PHAP-302 or equivalent course.) **Studio 5, Credits 3 (Spring)**

**PHAP-416**        **New York City Advertising Photography Field Trip**

This course provides photography students the unique opportunity to participate in a one-week intensive workshop that travels to New York City, the center of the advertising photography industry. Through this field trip and accompanying lectures and studio visits, students will experience an introduction to the field of professional photography and related industries in New York City. The purpose of the trip is to provide a broad view of advertising and editorial photography within the city. Students meet with a variety of photographers, art directors, designers, filmmakers, photo editors, photographer agents, assistants, and RIT alumni. Photography studios, advertising agencies, graphic design studios, magazines, galleries, and museums will be visited during the one-week trip. Permission to enroll is required. The trip is a mandatory course requirement and requires an additional travel fee. (Prerequisites: PHAP-302 or equivalent course.) **Lecture 1, Credits 3 (Fall)**

RIT0000873

**College of Art and Design**

# Fine Art Photography

**PHFA-301**                                                   **Fine Art Core I**
This course is the first in a sequence of two principle critique and production classes for students in the fine art photography option of the BFA program. Students will undertake conceptually-driven assignments to investigate their ideas through a critical engagement with peers within the context of contemporary photographic practices. (Prerequisites: PHAR-201 or PHAR-202 or PHAR-203 or PHAR-204 or equivalent courses.) **Lecture 4, Credits 3 (Fall)**

**PHFA-302**                                                   **Fine Art Core II**
This course is the second in a sequence of two principle production and critique classes for students in the fine art photography option of the BFA program. Each student will analyze, interpret and develop a meaningful practice to create personal artwork. Course emphasis requires students to produce a contemporary photographic-based independent body of work and demonstrate best practices within the fine arts. (Prerequisites: PHFA-301 or equivalent course.) **Lecture 4, Credits 3 (Spring)**

**PHFA-311**                                                   **Contemporary Issues**
This course will be a study of current issues relevant to imaging-based fine art photography and related media; how they relate to broader historical/cultural issues, and how they might suggest future directions. Emphasis will be placed on the integration of critical theoretical discourse and studio practice. Contemporary issues courses vary in subject and content. This course is a touchstone to current and future fine art practices through its engagement with a variety of subjects. This is a shell course and can be retaken for credit. Topics cannot be repeated. (Prerequisites: PHAR-201 or PHAR-202 or PHAR-203 or PHAR-204 or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**PHFA-350**                                          **Topics in Fine Art Photography**
Photography (and photographic education) is in a perpetual state of flux due to constant changes in practices and technology. Topics in fine art photography will provide students with the opportunity to explore this shifting terrain of photography and imaging related to personal exploration and self-expression. The content taught in this course will change frequently and the course may be repeated for credit, however each particular topic may have limits on repeatability. (Prerequisites: PHAR-201 or PHAR-202 or PHAR-203 or PHAR-204 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**PHFA-351**                                    **Studio Topics in Fine Art Photography**
Photography (and photographic education) is in a perpetual state of flux due to constant changes in practices and technology. Studio Topics in Fine Art Photography will provide students with the opportunity to explore studio applications in this shifting terrain of photography and imaging. The content taught in this course will change frequently and the course may be repeated for credit, however each particular topic may have limits on repeatability. (Prerequisite: Successful completion of two of the following courses is required PHAR-201, PHAR-202, PHAR-203 or PHAR-204.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHFA-359**                                               **The Constructed Image**
This course will introduce students to the concept, theory, and practice of constructed imagery within the context of contemporary photography. Image making will be explored from creating interventions within the landscape to the manipulation of space in and out of studio spaces as a method of creating photographs. Participants will be introduced to the history of constructed imagery and the impact this working methodology has towards the contemporary dialog in photography. (Prerequisites: PHAR-201 or PHAR-202 or PHAR-203 or PHAR-204 or equivalent course.) **Lecture 2, Studio 3, Credits 3 (Fall, Spring)**

**PHFA-362**                                               **The Fine Print Workflow**
This course will discuss the latest advances in digital workflow, best practices and output technology. The emphasis will be on the creation of an optimal and efficient fine art print workflow with reproducible results. This will be achieved through the integration of the various software tools and technology at our disposal. Using these techniques, we will build optimized files and craft final, exhibition quality prints. We will also discuss the various substrate options along with archival issues and finishing. This course is intended to build on and update skills learned in previous photographic foundation courses. (Prerequisites: PHAR-201 or PHAR-202 or PHAR-203 or PHAR-204 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHFA-365**                                               **Art and the Internet**
This course will investigate the use of the internet by artists as a means of distributing their work, creating an audience, engaging in multidisciplinary practices and, most importantly, conceptualizing work for an interactive, web-based interface utilizing current technologies. Students will learn how to design, publish and maintain web sites as an online exhibition of their work. Students will learn to publish still images, video and other digital media. Supported by critical and theoretical writings published since the advent of digital imaging and the internet, we will examine what it means for artists to create work for a potentially unlimited audience that operates outside of the traditional museum/gallery/object-oriented distribution network. (This course is available to RIT degree-seeking undergraduate students.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHFA-386**                                          **Multimedia Arts Workshop: Topic**
Multimedia Arts Workshop will situate multimedia arts within related global, social, historical, and theoretical perspectives. As a special topics shell course, students will use critical thinking and analysis toward the development of skills in multimedia arts. Potential topics include: motion graphics, animation, 360 immersive video, cinematography, documentary art, interactivity, etc. This course may be repeated, topics may not. (This course is available to RIT degree-seeking undergraduate students.) **Lab 3, Lecture 2, Credits 3 (Fall, Summer)**

**PHFA-401**                                    **Professional Development for Artists**
This class will prepare the advanced student for a career in the arts. It will cover practical information related to required professional practices such as the creation and maintenance of a professional website, creating a portfolio, resume writing, grant writing, writing an artist's statement, researching exhibition spaces, and self-publishing. Students will undertake research and apply for professional opportunities. The course addresses the role of the artist in society, and includes visits with artists and museum and gallery professionals. (Prerequisites: (PHAR-201 and (PHAR-202 or PHAR-203 or PHAR-204)) or STAR-311 and completion of First Year Writing (FYW) requirement.) **Lecture 3, Credits 3 (Fall, Spring)**

**PHFA-402**                                               **Fine Art Photo Portfolio I**
This course represents part one of two parts of the culmination of the studio/critique experience for students in Fine Art Photography. Having established a working artistic methodology in previous courses, students will begin to consolidate a final body of work through the critical engagement with their peers and faculty. The focus of the course is to create works for the Senior Exhibition during spring semester in the Fine Art Portfolio II course. Studio practices and extensive critique experiences are featured in this course. (Prerequisites: PHFA-302 or equivalent course.) **Lecture 4, Credits 3 (Fall, Spring)**

**PHFA-403**                                          **Fine Art Photography Portfolio II**
This course represents the final culmination of the studio/critique experience for students in fine art photography. Having established a working artistic methodology in the previous fine art courses, students will consolidate a final body of work through the critical engagement with their peers and faculty. The focus of the course will lead to the senior exhibition and the completion of a printed portfolio or other final expression of their work such as video or installation. Studio practices creation of new artwork and extensive critique experiences are featured in this course. (Prerequisites: PHFA-402 or equivalent course.) **Lecture 4, Credits 3 (Spring)**

**PHFA-531**                                    **New York City Fine Art Photography Field**
Fine art photography students in this class will have the unique opportunity to participate in a one-week intensive workshop that travels to New York City, arguably the center of the photography industry. During the field trip and accompanying lectures and studio/museum/gallery visits students will gain an immersive exposure to the field of fine art and applied photography and related its industries in New York City. Students will meet with a variety of photographers, art gallery directors, museum personnel, studio artists, assistants, and RIT alumni. Photography studios, magazines, galleries, and photo/art museums and universities will also be visited during the one-week field trip. (Prerequisites: PHFA-302 or equivalent course.) **Lecture 1, Credits 3 (Fall or Spring)**

**PHFA-556**                                    **Moving Image and Contemporary Practices**
This course explores the history and evolution of the moving image in visual art. Students will utilize digital and analog imagery to create new work that expands on the disciplines of photography and video. Throughout this course, students will develop a body of diverse work that explores time-based art for production, installation, web-based and social media platforms. Exploring a wide range of video, digital imaging, projection, and photographic artists and methods, students will have an opportunity to integrate the moving image into their individual discipline and portfolio of work. Students will work with photographic processes, digital tools, mobile devices, editing and compositing software, and projection technologies to create and display work. Published writings and work by established artists are also read and discussed. (Prerequisite: PHAR-201 or PHAR-202 or PHAR-203 or PHAR-204 or FDTN-141 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHFA-565**                                               **Color Photography Seminar**
This course is a creative exploration of the hybrid technology between traditional film-based color photography and digital imaging. Students will use film and progress through analog to digital conversion. Proper scanning techniques, information on proper color management and procedures for digital image editing and manipulation will be outlined. Various methods of printed output will be discussed and explored. Students will conceive and design their own photographic project and produce a portfolio of prints. (Prerequisites: PHAR-201 or PHAR-202 or PHAR-203 or PHAR-204 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHFA-576**                                          **Preservation Care of Photographs**
This course will expose students to the field of photographic conservation and professional practices. Even in the digital era, millions of film and paper images are in greater need of preservation and conservation than at any point in history. This course will be co-listed with graduate students also interested in this topic. (This class is restricted to undergraduate students with at least 2nd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

RIT0000874

# Photojournalism

**PHPJ-300**                                                          **Study Abroad Topics in New Media Narratives**
This course will allow students to work immersively in a foreign country putting into practice visual storytelling, language, human relations and reporting skills they have acquired up to date. In the course, students will study local/national cultural, social and/or environmental issues. Students will work as a collaborative team through the concept, planning, design and building of an interactive product (site, publication, and/or app) .Because visual storytelling is in a perpetual state of flux as a result of constant changes in practices and technology, Study Abroad Topics in New Media Narratives will provide the opportunity to explore visual storytelling in this shifting terrain. The content taught in this course will change frequently and the course may be repeated for credit, however each particular topic may have limits on repeatability. (This course is restricted to RIT degree-seeking 3rd & 4th year honors majors or permission of instructor.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**PHPJ-301**                                                          **Foundations of Photojournalism**
This course is designed to help students learn the history of photojournalism and write a proposal for an independent senior project. Students will develop the research skills necessary to create a written proposal that describes, in detail, their intention and process. Students will incorporate historical photojournalism topics into their written drafts. (Prerequisites: PHAR-203 or equivalent course and completion of First Year Writing (FYW) requirement.) **Lecture 3, Credits 3 (Fall)**

**PHPJ-302**                                                          **Photojournalism I**
This course will explore the use of the photographic image in narrative, documentary and editorial form. There will be an emphasis on publication, public need and independent projects. Lectures, critiques, demonstrations and assignments will provide participants the opportunity to explore the still, audio, video, and multimedia aspects of story telling. Students will be expected to meet project deadlines and participate in both class discussions and critiques. (Prerequisites: PHAR-203 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**PHPJ-306**                                                          **Picture Editing I**
This course focuses on image selection, usage and design. Using images from a variety of sources, we discuss picture selection relative to context and desired impact in print and online. Effective use of images for a variety of story applications are discussed. Design techniques that maximize impact and storytelling are investigated, including scaling, proportion, sequencing, visual variety and sizing. Students will design a number of assignments from single pages to multi-page essays of varying length. Students will design a number of single pages to multi-page essays for various publishing and storytelling platforms that include print, online, and mobile delivery. (Prerequisites: PHAR-201 or PHAR-202 or PHAR-203 or PHAR-204 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**PHPJ-307**                                                          **Ethics and Law**
This course will introduce students to the principles and theories of ethics and their application to editorial photography and photojournalism for mass communications. It will establish a basic understanding of philosophical ethics, social responsibility, and professional practices within protections and responsibilities of the First Amendment. The course will also review the legal issues relating to photographic practices and access to subjects. The course will examine a wide range of case examples used in classroom discussion and analysis to build a foundation for professional practice. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 3, Credits 3 (Spring)**

**PHPJ-310**                                                          **Honors Studio Projects Topics in New Media Narratives**
This course will provide students with the opportunity to work on a project putting into practice visual storytelling, human interactions, and research and reporting skills using a variety of mediums. In the process, students are exposed to regional/national cultural, social and/or environmental issues. Students will work in teams starting with concept development, planning, designing and building of an interactive product (site, publication, and/or app). Because visual storytelling is frequently changing because of new practices and technology, the Honors Studio Projects in New Media Narratives course will provide opportunities to produce new work in this shifting terrain. The content included in the course will frequently change and may be repeated for credit. (This course is restricted to RIT degree-seeking 3rd & 4th year honors majors or permission of instructor.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHPJ-315**                                                          **Non-Fiction Multimedia**
This course will teach students how to tell stories in the digital world. Students will learn the skills necessary to gather and edit audio and how to combine audio, images, and text for compelling online storytelling. In addition to basic technical skills, the course will explore contemporary concepts for effective multimedia storytelling. (Prerequisites: PHAR-203 or equivalent courses.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHPJ-319**                                                          **Multimedia Editing for PJ**
This course prepares students with multimedia editing skills. Students will use audio and video editing software to create multimedia projects with existing assets and adapt story-telling techniques for a variety of media. (Prerequisites: PHAR-201 or PHAR-202 or PHAR-203 or PHAR-204 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHPJ-350**                                                          **PJ Topics:**
Photography (and photographic education) is in a perpetual state of flux due to constant changes in practices and technology. Topics in photojournalism will provide students with the opportunity to explore this shifting terrain of photography and imaging using contemporary problems. The content taught in this course will change frequently and the course may be repeated for credit, however each particular topic may have limits on repeatability. **Lecture 3, Credits 3 (Fall, Spring)**

**PHPJ-351**                                                          **PJ ST:**
Photography (and photographic education) is in a perpetual state of flux due to constant changes in practices and technology. Studio topics in photojournalism will provide students with the opportunity to explore studio applications in this shifting terrain of photography and imaging when applied to contemporary situations resident in this dynamic industry. The content taught in this course will change frequently and the course may be repeated for credit, however each particular topic may have limits on repeatability. **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHPJ-352**                                                          **Mini-Workshop Topics**
This course will focus on implementing areas of special interest including new, advanced, and emerging visual communication course content. Potential topics may include areas in visual communications, video, visual storytelling, and documentary storytelling. Students may take more than one Mini-Workshop with different topics. **Lecture 1, Credits 1 (Fall, Spring)**

**PHPJ-356**                                                          **Alternate Influences**
This course introduces students to a wide range of disciplines that influence image making. Students will develop a new vocabulary for discussing their own work as well as the work of those who came before them. They will develop a respect, through knowledge and experience, for practitioners of other aesthetic disciplines - artistic, cultural, and others - with regards to photography and, specifically, photojournalism. Students will explore various forms of literary, cinematic, poetic, and lyrical storytelling as influences on photojournalism. (Prerequisites: PHAR-203 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PHPJ-365**                                                          **Documentary I**
This course will address historical, social, political, and ethical issues as they relate to documentary photography. Within its history, documentary photography has been seen as personal artistic expression, a form of anthropological research, a tool for social change and even propaganda. Documentary photography is also frequently newsworthy, and selected images from more extensive projects have become a part of daily editorial and press coverage. **Lecture 3, Credits 3 (Fall, Spring)**

**PHPJ-366**                                                          **NYC Photojournalism Trip**
This course provides students the unique opportunity to participate in a one-week intensive workshop that travels to New York City, the center of the photojournalism business in the US. The purpose of the trip is to provide a broad view of documentary and editorial photography in the industry and give students an idea of the wide variety of potential job markets that exist for documentary/editorial work. Students will meet with a variety of photographers, art directors, designers, photo editors, photographer agents, including RIT alumni, while visiting print and online publications (magazines and newspapers), photo agencies, photography studios, galleries, and museums. **Note: A special course fee will be assessed ** (Co-requisite: PHPJ-302 or equivalent course.) **Lecture 1, Credits 3 (Fall)**

**PHPJ-375**                                                          **Interactive Narrative Storytelling**
This course will enable students to develop a strong foundation in elements of web production including learning basic mark-up and programming languages commonly used in web development, UI/UX design, typography and content editing. Students will complete the course by working collaboratively with students in other art, design, photographic, digital humanities or visual storytelling courses to develop effective and innovative ways to display and narrate content in digital environments. Students will learn usability testing, how to prepare images and video for online environments as well as understanding the importance of storytelling on mobile devices. **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHPJ-401**                                                          **Senior Project**
This course is an independent study project that demands the student execute the accepted Senior Project Proposal. Students will have the support and guidance of a faculty member. The process will result in the production of a visual media presentation, a book/hardcopy portfolio or a collaborative editing portfolio and a written statement and conclusion. Course will include weekly group presentations on various topics to include time management, research, planning, photographic and photojournalistic subjects. (Prerequisites: PHPJ-301 or equivalent course and completion of First Year Writing (FYW) requirement.) **Lecture 3, Credits 3 (Fall)**

RIT0000875

**College of Art and Design**

**PHPJ-402**                                **Photojournalism Portfolio and Professional Development**
This course will explore career options, assess individual skills and temperament, and establishes initial and long-term career goals for each student. Students develop portfolios with an emphasis on their established goals. Issues in new media and forms of presentation are addressed, as well as building a professional life beyond the entry-level job. Job research, resume development, preparation, application and interviewing skills are incorporated into an examination of the changes in media publications and their use of photographers and photographic images. (Prerequisites: PHPJ-401 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PHPJ-412**                                **Photojournalism II**
This advanced course will explore and expand on the use of the photographic image in narrative, documentary and editorial form. The emphasis of the course will be on professional practices, professional visual storytelling, and publication. Lectures, critiques, demonstrations, and assignments will provide participants the opportunity to explore the still and multimedia aspects of storytelling. Students gain insight into the business of photojournalism and develop an awareness of career options available to them. Students are expected to meet project deadlines and participate in both class discussions and critiques. (Prerequisites: PHPJ-302 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**PHPJ-455**                                **Advanced Non-fiction Multimedia**
This course will provide students with advanced multimedia techniques and introduces photographers to storytelling and reporting using still cameras with video and sound capture features. Students will research and produce multimedia work in class. (Prerequisites: PHPJ-315 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHPJ-461**                                **Working On Location**
This course is designed to prepare students for on-location assignments, which includes planning and preparation for challenging photographic issues and conditions. Students will learn how to prepare for and address constituency issues, logistical issues, safety issues, and lighting problems. Additionally, students will work with image transmission and wireless remotes to address specific assignment needs and storytelling. (Prerequisites: PHPJ-302 or equivalent course.) **Lab 6, Lecture 1, Credits 3 (Fall or Spring)**

**PHPJ-465**                                **Documentary II**
This course explores the dialogue between images and texts in relation to lived experience. This course takes the introductory experiences from the course Documentary I and builds on those experiences to look more deeply at a single subject or issue. The course examines particular problems, challenges, and responsibilities of documentary work and representing the lives of others to an outside audience. This course approaches documentary work through case studies and field work, and requires students to apply theoretical readings and critiques of published documentary work to their own projects. (Prerequisites: PHPJ-365 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PHPJ-466**                                **DC Photojournalism Trip**
This course provides photography students the unique opportunity to participate in a one-week intensive workshop that travels to Washington, D.C., the center of the photojournalism business outside of New York City. The purpose of the trip is to provide a broad view of documentary and editorial photography in the industry and give students an idea of the wide variety of potential job markets that exist for documentary/editorial work. Students will meet with a variety of photographers, photo editors, and designers, including RIT alumni, while visiting print and online publications (magazines and newspapers), governmental agencies, photo agencies, photography studios, galleries, and museums. **Fee: A special course fee will be assessed** (Prerequisites: PHPJ-302 or equivalent course.) **Lecture 1, Credits 3 (Fall)**

**PHPJ-476**                                **Picture Editing II**
Picture Editing II is an advanced course designed for students to develop and express creative ideas, shape visual texts, and convey stories, concepts, and viewpoints through the understanding of image sequencing, and layout. Using images from a variety of sources, we discuss how to use images effectively in a variety of story applications and media. This course also emphasizes project management and managing assignments, photographers and editors. This is a non-shooting course, and students will work with existing professional images to develop visual narratives and essays in a variety of media. Students will study market segmentation, new audiences, new forms of content delivery, and other consequences associated with rapid changes in technology. Consideration is given to ongoing changes in professional photographic practice. Students will develop strategies for working in a professional environment. (Prerequisites: PHPJ-306 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

## Photo Visual Media

**PHVM-301**                                **Visual Media Career Research**
This course will introduce students to the practical methods for researching possible careers and opportunities after graduation. Using Internet and library research, students will identify a career field that might interest them. Further investigations will focus on the realities of working in that environment so that further decisions can be made leading to that career. This course is required for all 3rd year Visual Media majors. (Prerequisite: PHAR-204 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**PHVM-350**                                **Topics in Visual Media**
Photography (and photographic education) is in a perpetual state of flux due to constant changes in practices and technology. Topics in visual media will provide students with the opportunity to explore this shifting terrain of photography and imaging. The content taught in this course will change frequently and the course may be repeated for credit, however each particular topic may have limits on repeatability. (Prerequisite: Successful completion of two of the following courses is required PHAR-201, PHAR-202, PHAR-203 or PHAR-204.) **Lecture 3, Credits 3 (Fall, Spring)**

**PHVM-351**                                **Studio Topics in Visual Media**
Photography (and photographic education) is in a perpetual state of flux due to constant changes in practices and technology. Studio Topics in Visual Media will provide students with the opportunity to explore studio applications in this shifting terrain of photography and imaging as applied to business and the graphic arts. The content taught in this course will change each frequently and the course may be repeated for credit, however each particular topic may have limits on repeatability. (Prerequisite: Successful completion of two of the following courses is required PHAR-201, PHAR-202, PHAR-203 or PHAR-204.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHVM-368**                                **Visual Media Innovation Project**
This course will challenge students to create novel visual media experiences using existing and emerging photographic and media technologies. Students may develop their work in partnership with individuals and organizations with interesting stories to tell or content to share with the public. Students will be taught how to make formal proposals for projects including workflows, timelines, and budgets. Students may work individually or in teams, depending on the scope and nature of their project. Final projects will be showcased at the end of the term. (Prerequisite: Successful completion of two of the following courses is required PHAR-201, PHAR-202, PHAR-203 or PHAR-204.) **Lecture 3, Credits 3 (Spring)**

**PHVM-401**                                **Visual Media Capstone**
This course is the second required for all 4th year students in visual media and is the last required course in the curriculum. Students will be finalize their career preparation in anticipation of entry into the industry of choice. This course will require a major media project, allowing students to create a package/portfolio that represents their photographic, design, printing and management skills. (This course is restricted to PHIMAG-BFA, VISMED-BFA, PHVMEDIA or PHITLL-BFA students who have completed First-Year Writing.) **Lecture 3, Credits 3 (Spring)**

## Photographic and Imaging Technologies

## Imaging Systems

**IMSM-301**                                **Imaging Systems**
This course will explore the business and technology fundamentals used in imaging systems. There will be an emphasis on the operation of devices/components used to optimize imaging systems. Fundamental concepts prevalent in imaging systems such as resolution, dynamic range, sensor architectures, printer and monitor technologies, color spaces, and image processing workflows will be presented. Emphasis will be on underlying principles of these technologies, proper selection of them, and how to best apply that knowledge to solve problems in the imaging industry. Potential careers in the imaging industry will be presented throughout the course. (This course is restricted to students in the APIMGS-MN minor or IMGTSYS-MN or PHOTO-MN.) **Lecture 3, Credits 3 (Fall)**

**IMSM-302**                                **Color Management Technology**
This course, primarily designed for photographers, will provide students with hands on experience using software and hardware fundamental to contemporary practices in the imaging industry. It has been designed to expose students to a managed color workflow beginning at capture and culminating in output. The course will explore standard color instruments and give the essential knowledge and skills required to solve problems prevalent in the photographic field. Critical problem solving of accurate color reproduction across media will be investigated. (Prerequisites: IMSM-301 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

RIT0000876

## Biomedical Photography

**PHBM-316** **Digital Media I**
This course explores the use of motion imagery and digital video technology as it relates to the design and production of instructional media. Students will work in production teams utilizing digital video equipment to complete assignments that involve pre-production planning, field production and post-production editing tasks. The focus of work done in this class will be the production of media used in support of training and marketing activities commonly found in corporate, governmental, industrial and scientific communities. (Prerequisites: PHPS-212 or equivalent course and student standing in the PHIMTEC-BS, IMPT-BS or PHBM-BS program.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**PHBM-327** **Photographic Sciences Bulletin II**
In the second course and the spring issue, students will be expected to explore new facets of producing a professional 16-page 4-color magazine based on experiences gained from the fall issue. The second issue should include solving new and challenging problems including optimized color reproduction. Publications and BPC Bulletin will require the students to collect or create content - both written and photographic; design the production schedule and workflow; design and layout the magazine using contemporary tools; work closely with print service providers to optimize quality, control costs; proof; evaluate; and publish the final publication. Traditionally the spring print and web issue has been mailed to alumni and professionals working in the field. The award winning BPC Bulletin was first published in 1987. (Prerequisites: PHPS-328 or equivalent course and student standing in the PHIMTEC-BS, IMPT-BS or PHBM-BS program.) **Lecture 3, Credits 3 (Spring)**

## Photographic Sciences

**PHPS-101** **Photography I**
This course is the first of a two-semester sequence exploring the fundamentals of photography, with emphasis on the development of strong photographic skills as they relate to the principles of DSLR cameras, lenses, choosing and using perspective, lighting and related aspects of photographic skills. Principles of creativity, craftsmanship, applied photographic theory and presentation will be used to solve visual communication problems. (This course is restricted to students in PHIMTEC-BS.) **Lab 3, Studio 3, Lecture 2, Credits 4 (Fall)**

**PHPS-102** **Photography II**
This course is the second of a two-semester sequence of study further enhancing photographic practices. Emphasis is on improving photographic skills learned in Photography I. Skills include studio lighting, lighting on location, and macro photography. Principles of creativity, craftsmanship, and applied photographic theory will be used to support technical applications. (Prerequisites: PHPS-101 or PHAR-101 or equivalent course.) **Lab 3, Studio 3, Lecture 2, Credits 4 (Spring, Summer)**

**PHPS-106** **Photographic Technology I**
This first course of a two-semester course will explore the basic technology required for producing photographs, with an emphasis on applications to real world photographic problems. Among the topics studied in the course will be lenses, image formation and evaluation, perspective, light sources, light-sensitive materials, exposure, digital systems and post-processing, tone reproduction, digital workflows, variability, quality control and photographic effects. **Lab 3, Lecture 2, Credits 3 (Fall)**

**PHPS-107** **Photographic Technology II**
This is the second course in a two-semester course based in the study of the technology of photography, with emphasis on applications to real world photographic problems. Among the topics studied will include color vision, Munsell color system, CIELAB system, color theory, color management, digital color balance during post-processing, digital tone reproduction, and digital workflows. (Prerequisite: PHPS-106 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**PHPS-201** **Scientific Photography I**
The first course of a two-semester sequence that will develop photographic skills and approaches required in scientific photography. The course will develop scientific methods required for standardized imaging. Appropriate subjects including contact lenses, rice grains and other challenging, nearly invisible objects will be explored. Students will investigate unique illumination techniques in order to reveal a subject's unusual characteristics. Techniques including polarized light and fluorescence reveal what cannot easily be observed without specialized photographic imaging and image processing. In addition, the course will expose students to ethical problems encountered in scientific imaging including managing and processing digital data. (Prerequisites: PHPS-102 or PHAR-102 or PHAR-161 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**PHPS-202** **Scientific Photography II**
This is the second course in a two-semester sequence that explores new and different photographic skills and methods useful in scientific photography not covered in Scientific Photography I. Appropriate subjects will be explored in each of the various assignments designed to develop methods used in various scientific applications. Students will investigate new ways to reveal a subject's characteristics such as imaging with ultraviolet and infrared revealing what cannot be observed without photographic imaging and image processing. The course will expose students to the processes required to produce scientific research as well as scientific posters. (Prerequisites: PHPS-201 or PHAR-102 or PHAR-161 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**PHPS-206** **Careers and Professional Practices**
This course will introduce students to career options following graduation. Alumni from various industries will visit classes to discuss their careers. Professional practices, including resume writing, interviewing techniques, professional communications, as well as writing proposals, bids, contracts, and technical reports will be taught. Additional topics will include intellectual property, workplace ethics, and presentations. (This course is restricted to students in PHIMTEC-BS.) **Lecture 3, Credits 3 (Fall)**

**PHPS-207** **Vision, Perception and Imaging**
This course will explore the anatomical structure, function, and physiology of the human eye and brain and their relationship to vision, color, visual perception and imaging systems. Both the physiology and psychology of visual perception will be explored. The concepts of depth perception in human vision as they relate to both two-dimensional and three-dimensional contexts will be explored. Relationships of image brightness, contrast and how visual processes lead to seeing will be addressed. **Lecture 3, Credits 3 (Spring)**

**PHPS-211** **Photographic Optics**
This required course will investigate advanced photographic technology, with an emphasis on the study of the components of photographic imaging systems. Geometrical optics, color management, printing technologies and video standards will also be studied. Working in a lab environment, students will evaluate how technology can be optimized and where its limitations might be found. (Prerequisites: PHPS-107 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**PHPS-212** **Fundamentals of Layout and Design**
This course will explore basic principles of effective desktop publishing specific to the needs of corporate, governmental, industrial, and scientific communities. Students will explore fundamental layout and design principles required to produce a variety of visually effective digital and print media pieces, including resumes, posters, brochures, flyers, books, and magazines. Assignments are designed to emphasize the effective use of design and typography specific to print media as well as other digital delivery methods where the delivery of facts is critical. (This course is restricted to students in PHIMTEC-BS.) **Lecture 3, Credits 3 (Fall)**

**PHPS-217** **Media Production & Technology**
Media Technology explores the design, production and delivery of instructional media and marketing materials used in various industries. Students will plan and produce the content for media projects that integrate video, audio, still images, interactivity, two-dimensional animation and video. The course also explores the technology and production techniques involved in delivering digital content today. Additionally, the course will provide an introduction to basic instructional technology concepts that influence design, development and assessment decisions. The focus of classwork will be the production of media used in support of training and marketing activities commonly found in corporate, governmental, industrial, and scientific communities. (Prerequisites: PHBM-316 or FDTN-141 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**PHPS-277** **Survey of Non-Conventional Imaging**
This course will provide an overview of imaging methods and imaging systems including principles of photographic surveying, mapping photogrammetry and aerial photography, photofinish photography, panoramic photography, peripheral photography, scanning imaging, infrared/ultraviolet photography, three-dimensional imaging including lenticular photography and alternative imaging such as schlieren, thermography, electrophotography and other specialized applications. Topics may vary from year to year allowing for the introduction of newly developing applications and systems. **Lecture 3, Credits 3 (Spring)**

**PHPS-303** **Nature and Natural Sciences Photography**
This practical photography course will teach students how to apply scientific, technical and graphic imaging principles to optimize their natural science photography in the field, lab or studio. Students will produce publication-quality images using conventional and close-up lenses, scanners, artificial light sources (flash and flashlights), ambient light modifiers such as diffusers and tenting while documenting specimens in both the field and lab. Students will utilize post-production software and learn the constraints and ethics of image manipulation in natural science communication/publication. Students will photograph as their schedules permit and are encouraged to participate in volunteer field trips. (Prerequisites: PHPS-202 or PHAR-161 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

RIT0000877

**College of Art and Design**

**PHPS-307**                                                     **Surgical Photography**
This course, a collaboration between RIT & Rochester Regional Health, will introduce students to the issues and methods used in contemporary surgical photography. Students will be exposed to the fundamental photographic equipment and procedures used in operating rooms including proper file management in this era of HIPAA regulations. At the end of the course, students will have visited the surgery theater at least three times with the objective of making photographs. This course can be repeated. **Lecture 1, Credits 1 (Fall)**

**PHPS-316**                                             **Scanning Electron Microscopy**
This course explores the use of motion imagery and digital video technology as it relates to the design and production of instructional media. Students will work in production teams utilizing digital video equipment to complete assignments that involve pre-production planning, field production and post-production editing tasks. The focus of work done in this class will be the production of media used in support of training and marketing activities commonly found in corporate, governmental, industrial and scientific communities. (Prerequisites: PHPS-202 or equivalent course.) **Lab 6, Lecture 1, Credits 3 (Spring)**

**PHPS-321**                                         **Underwater Digital Photography**
This course is to prepare students for photographic assignments in an underwater environment. To accomplish this, students will complete basic scuba diving training and achieve a Professional Association of Dive Instructors (PADI) scuba diving certification. The student will become familiar with basic shooting techniques, underwater photography camera housings, accessories, and equipment care and maintenance. There is an additional course fee that covers equipment, off campus facilities and insurance. (Prerequisites: PHPS-102 or PHAR-102 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Summer)**

**PHPS-322**                             **Advanced Diving and Underwater Imaging**
Students will develop underwater research skills, photo-documentation skills, underwater lighting techniques, camera positioning, working with a model, and working as a member of an interdisciplinary team. This course prepares students to complete a marine photographic project in an underwater environment. Students will as part of this course complete the PADI Advanced Diving Course and the Enriched Air Specialty Course. The project will take place in the Caribbean as part of a multidisciplinary experience. The final project will be a research paper and multimedia presentation. There is an additional cost for the study abroad class. (Prerequisites: PHPS-321 or equivalent course and minimum of 2nd year standing.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHPS-323**                           **Advanced Diving and Underwater Imaging II**
Students who enroll will develop skills to have the knowledge needed to incorporate photography, videography or the ability to conduct research as well as develop problem-solving skills in underwater environments when working as a member of, or leading, an interdisciplinary team. The course will provide students repeating the experience with mentorship and dive lead opportunities as well as the opportunity to acquire additional advanced diving certifications. Students will be required to demonstrate advanced dive planning and management skills for a group of divers. Students will also complete an individual marine photographic project in an underwater environment. The project will take place in the Caribbean as part of a multidisciplinary experience. There is an additional cost for the study abroad class. This class is repeatable. (Prerequisites: PHPS-322 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHPS-326**                                                 **Applied Color Theory**
This course investigates the principles of color science including theory and application. Topics include CIE colorimetry, color transformations, color order systems, metamerism, color inconstancy, color tolerance equations and spaces. (Prerequisite: PHPS-331 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**PHPS-328**                                         **Photographic Sciences Bulletin**
This course will introduce students to the production of an electronic magazine, containing content and activities relevant to the Photographic Sciences curriculum. The award-winning BPC Bulletin was first published in 1987. Each issue, one produced per semester, will require student editors to develop and create content - both written and photographic - and design an appropriate production schedule including electronic workflow and designation of group and individual responsibilities. Students will design and market the magazine using contemporary tools, working closely with internal and external resources to maximize the quality of the content and the dissemination of the electronic publication. (This class is restricted to students with PHIMTEC-BS or PHIMAG-BFA and at least 3rd year student standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**PHPS-329**                                                   **High Speed Photography**
This course will investigate the theory and applications of photographic systems designed to record events of very short duration. The images will be analyzed to gain a more complete understanding of short duration events. Included in the course will be comparisons of the characteristics of high-speed motion picture and digital video cameras, sequencing and timing control devices, as well as time magnification relationships. Basic characteristics of intermittent and rotating prism cameras, rotating mirror and drum cameras, synchronization systems and timing controls and high-speed flash and stroboscopic systems will also be covered in some detail. Introduction to high-speed video recording as well as the introduction to shadowgraph and schlieren imaging systems will be included. Students will gain basic experiences not only in the operation of equipment but also in proper planning, setup and basic data reduction techniques. (Prerequisites: PHPS-202 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**PHPS-331**                                   **Programming for Photographic Sciences**
This course will introduce students to programming as a data visualization tool and a programming language (Python). Students will learn the various capabilities of the language and how it can be used to rapidly prototype solutions to various imaging-related problems. As these solutions are developed, fundamental concepts of programming and data structures will be introduced. (Prerequisite: PHPS-211 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**PHPS-332**                                                 **Digital Image Processing**
This course covers the principles and fundamental techniques in writing digital image processing algorithms and computer programming techniques that are used in implementing said algorithms. Topics covered will include color space transformations, basic image manipulation, and spatial and frequency manipulations. (Prerequisite: PHPS-331 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHPS-336**                                                           **e-Sensitometry**
This course provides students with immersive experiences investigating the design of imaging systems and related technology with an emphasis on device characterization and image quality metrics and standards. Input and output standards including photographic and video systems will be covered in detail. Additionally, the course will explore measurable and subjective evaluations required for image quality. (Prerequisite: PHPS-106 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**PHPS-337**                                                       **Color Measurement**
This is the second in a two-course required imaging core sequence, the first being Applied Color Theory. Students develop the background and skills required for successful laboratory practice in color measurement as used in scientific research. This includes data management, data analysis, and technical writing. Topics include the optical and electronic design of spectroradiometric and spectrophotometric instrumentation, the use of standard reference materials for calibration, data analysis techniques, properties of objects and radiation, evaluation of instrumentation and psychophysical experimentation. (Prerequisite: PHPS-211 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PHPS-339**                                             **Photographic Instrumentation**
With the advancement of photographic technologies coinciding with an increased maker movement, the potential to create or modify photographic instrumentation for specific purposes has never been greater. This course will provide students with hands on experience in designing, testing and building devices for use in technical photographic applications. Students will gain experience by extracting data from images and/or using images as a source of measurement. Projects will change each semester, but examples might include using microprocessors to control cameras, the creation of high-speed infrared triggering systems, or the building dedicated specialized LED light systems for use in the infrared or ultraviolet imaging. (Prerequisites: PHPS-202 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**PHPS-341**                                                       **Magnified Imaging I**
This course will expose students to specialized camera and illumination techniques required to produce photographs of the unseen world. Images will be made in the magnification range of 1:1 – 20:1 (at capture) using various types of cameras. Lighting, applied optics, subject management techniques as well as extended depth of field methods will be evaluated in theory and practice. Students will be challenged by interesting problems in lighting and depth-of-field, which are not required in more traditional photographic work. Many assignments will require the use of software to improve images. The course's final project will require students to publish to an online journal a comprehensive study of imaging methods to including various pre-specified images. (Prerequisites: PHPS-202 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

RIT0000878

**PHPS-342**            **Magnified Imaging II**
The microscope has proven itself to be an important tool for investigation since its invention in 1595. This course is designed to go well beyond the basics required for the creation of magnified images of invisible objects. Students will explore objects using a variety of microscopy techniques including differential interference contrast, fluorescence, phase contrast, reflected light and polarized light. The course will investigate both the optical and digital enhancement techniques made possible in contemporary times. Video, motion-stopping using electronic flash as well as specimen preparation will be part of the coursework. (Prerequisites: PHPS-202 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**PHPS-346**            **Ophthalmic Imaging I**
This is the first course of a series that will investigate proper patient management and camera/photographic techniques required in contemporary ophthalmic photography and imaging. Diagnostic evaluation of ocular anatomy and physiology utilizing special cameras/equipment is presented. In addition to retinal fundus photography, students will learn diagnostic medical imaging techniques such as fluorescein angiography, fundus autofluorescence, optical coherence tomography and scanning laser ophthalmoscopy. Retinal disease processes and recognition will also be investigated. (Prerequisites: PHPS-202 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**PHPS-347**            **Ophthalmic Imaging II**
This course will investigate proper patient management and camera/photographic techniques required in contemporary ophthalmic photography and imaging. Diagnostic evaluation of ocular anatomy and physiology utilizing special cameras/equipment is presented. Ophthalmological disease processes and recognition will also be emphasized. Advanced ophthalmological imaging modalities will be explored, including slit lamp biomicrography and fundus autofluorescence. **Note: A clinical component is required of students enrolled in this course** (Prerequisite: PHPS-346 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**PHPS-350**            **Topics in Photographic Sciences**
The photographic sciences and its educational offerings are in a constant state of growth due to rapid changes in technological applications and capabilities. Topics in Photography will provide students with the opportunity to explore this shifting terrain of photographic imaging. The content taught in this course will change frequently and the course may be repeated for credit, however each particular topic may have limits on repeatability. (Prerequisites: PHPS-202 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**PHPS-351**            **Studio Topics in Photographic Sciences**
The photographic sciences and its educational offerings are in a constant state of growth due to rapid changes in technological applications and capabilities. Studio Topics in Photographic Sciences will provide students with the opportunity to explore laboratory applications in this shifting terrain of photographic imaging. The content taught in this course will change frequently and the course may be repeated for credit, however each particular topic may have limits on repeatability. (Prerequisites: PHPS-202 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**PHPS-401**            **Photographic Sciences Capstone I**
This course is the first of a two-term sequence designed to begin work on a major student project. The topic will relate to an aspect of the photographic sciences, including but not limited to photomicrography, image testing and quality, ophthalmic imaging, color, or other relevant topics. In this course, students will conceive and design a long-term project or experiment, including a proposal, description, goals, timeline, resources, and funding (if necessary). The student will work to construct and refine the proposal, and will identify a faculty advisor if needed for the execution of the project in PS Capstone II. The class sessions will focus on project planning and provide in-progress discussion of proposals. The project will be completed during the second semester (PHPS 402 – Photographic Sciences Capstone II). Projects will be student initiated within an individual's area of expertise. Completed projects will constitute a substantial portfolio/professional project. (Prerequisites: PHPS-202 or equivalent course and completion of First Year Writing (FYW) requirement.) **Lecture 3, Credits 3 (Fall)**

**PHPS-403**            **Photographic Sciences Capstone II**
Students will execute a major project proposed in the first course of the sequence: PS Capstone I. Projects may address subjects related to the photographic sciences or other relevant topics. Students will provide a progress report to the course coordinator at set intervals. Class will meet weekly to provide discussion and feedback on individual projects. (Prerequisite: PHPS-401 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PHPS-498**            **Photography Internship**
The photography internship will provide students with the option to work in the photographic or visual communications field. Students may apply for internships to businesses based on the availability of positions and business job needs. Students must obtain permission of an instructor and complete the Internship Permission Form to enroll. **Note: No more than 6 credits of internships can be applied towards their degree** (This course is restricted to students in PHIMTEC-BS.) **Internship, Credits 1 - 3 (Fall, Spring, Summer)**

**PHPS-499**            **Photographic Sciences Co-op**
Cooperative Education will provide photographic and imaging technologies students with hands-on experience in their field, directly related to a student's major with an established studio or related business. Students will need to apply for co-ops, and interview as part of the selection process, based on available positions posted by the Co-op and Career Services Office, or found through the students' own research. In programs where co-op is a degree requirement, students must obtain permission of their program or graduate director prior to enrollment. Co-ops are typically paid work experience, and can be part-time (150-479 total hours within the term), or full-time (480+ hours within the term). Co-ops may be one or two consecutive terms - fall, spring, or summer – with department permission. (This course is restricted to students in PHIMTEC-BS.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**PHPS-563**            **Forensic Photography**
Proper documentation of crime scenes and evidence is extremely important in the investigation of crimes by police agencies and forensic labs. This course will provide hands-on experience documenting crime scenes and related evidence and preparing those images for presentation in court. Topics covered will include crime scene management, evidence handling, crime scene documentation, general evidence documentation, photographic techniques for the enhancement of evidence, and court display preparation. (Prerequisites: PHPS-102 or PHAR-102 or PHAR-161 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PHPS-599**            **Photography Independent Study**
Photography independent study will provide students with the ability to study in a specialized area with an individual faculty member. Students, with the assistance of a faculty adviser will propose a course of study. Photography Independent Study students must obtain permission of an instructor and complete the Independent Study Permission Form to enroll. **Note: Students can only earn up to 6 credits of independent study towards completion of their degree** (This course is restricted to students in PHIMTEC-BS.) **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

RIT0000879

# Saunders College of Business

## Index

ACCT    Accounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
BLEG    Business Legal Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
DECS    Decision Sciences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
FINC    Finance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
HSPT    Hospitality and Tourism Management . . . . . . . . . . . . . . . . . . 40
HRDE    Human Resource Development . . . . . . . . . . . . . . . . . . . . . . . 44
INTB    International Business . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
MGIS    Management Information Systems . . . . . . . . . . . . . . . . . . . . . 46
MGMT    Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
MKTG    Marketing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
SERQ    Service Quality . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

*Course numbering: RIT courses are generally referred to by their alphanumeric registration label. The four alpha characters indicate the discipline within the college. The final three digits are unique to each course and identify whether the course is noncredit (less than 099), lower division (100-299), upper division (300-599), or graduate level (600 and above).*

*Unless otherwise noted, the following courses are offered annually. Specific times and dates can be found in each semester's schedule of courses. Prerequisites/corequisites are noted in parentheses near the end of the course description.*

## Accounting

**ACCT-110**                                          **Financial Accounting**
An introduction to the way in which corporations report their financial performance to interested stakeholders such as investors and creditors. Coverage of the accounting cycle, generally accepted accounting principles, and analytical tools help students become informed users of financial statements. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**ACCT-210**                                       **Management Accounting**
Introduction to the use of accounting information by managers within a business. Explores the value of accounting information for the planning and controlling of operations, assessing the cost of a product/service, evaluating the performance of managers, and strategic decision making. (Prerequisites: ACCT-110 or NACC-205 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**ACCT-305**                                        **Accounting Profession**
This course consists of a series of workshops designed to introduce accounting students to the skills needed to be successful in job and co-op searches and the transition into professional life and careers. Students will establish their career goals, create relevant documents such as resumes and cover letters, and develop skills needed to succeed in pursuing accounting positions or graduate school. Students will be expected to interact with business professionals, study materials related to current and emerging trends in accounting and business, and develop professional deportment. Active class participation is required. Note: Matriculated in Saunders undergraduate accounting program. (Prerequisites: This class is restricted to students with at least 2nd year standing in ACCT-BS program.Co-requisite: ACCT-360 or equivalent course.) **Lecture 1, Credits 1 (Fall)**

**ACCT-360**                          **Intermediate Financial Accounting I**
Extensive exposure to the accounting cycle with full integration of the data flow in an accounting information system. Accounting theory developed by accounting standard-setting bodies is covered in-depth. Generally accepted accounting principles are discussed as they apply to the preparation of financial statements and the recognition and measurement of financial statement elements, primarily assets. International Financial Reporting Standards are introduced as they relate to course subject matter. (Prerequisites: ACCT-210 or NACC-206 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ACCT-365**                         **Intermediate Financial Accounting II**
In-depth consideration of generally accepted accounting principles and theory as they apply to the recognition and measurement of common liabilities and stockholders' equity, as well as income taxes, pensions and leases. Issues related to dilutive securities, earnings per share, accounting changes, revenue recognition, and the statement of cash flows are also addressed. International Financial Reporting Standards are introduced as they relate to course subject matter. (Prerequisites: ACCT-360 or 0101-408 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ACCT-399**                                          **Accounting PT Co-op**
Half semester of paid work experience in accounting. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**ACCT-420**                       **Personal and Small Business Taxation**
A basic introductory course in federal income taxation. Emphasis is on taxation of individuals and sole proprietorships. Topics include income measurement and deductibility of personal and business expenses. (Prerequisites: ACCT-110 or NACC-205 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ACCT-430**                                              **Cost Accounting**
Intermediate-level coverage of operational budgeting and performance evaluation. Development and use of cost data for external reporting and internal planning and control. Topics include operational budgeting, performance evaluation, job costing, process costing, joint product, and by-product costing, service department cost allocation, standard costing, activity-based costing, back-flush costing, and transfer pricing. Development of relevant cost information for special purposes is also considered. (Prerequisites: ACCT-210 or NACC-206 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**ACCT-440**                                             **Advanced Taxation**
A continuation of Personal and Small Business Taxation. Emphasis is on tax treatment of property transactions and taxation of business entities. Also covers the use of technology to prepare complex returns and to research tax issues. (Prerequisites: ACCT-420 or equivalent course.) **Lecture 3, Credits 3 (Spring, Summer)**

**ACCT-445**                              **Accounting Information Systems**
This course combines information systems concepts and accounting issues. In this course, we discuss the conceptual foundations of information systems, their applications, the control and auditing of accounting information systems, and the system development process. Topics include the business process, e-business, relational database, database design, computer fraud and security, accounting cycle, system analysis and AIS development strategies. Students analyze accounting information systems topics through problem solving, group project, presentations, exams, and case studies. (Prerequisites: ACCT-110 or NACC-205 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ACCT-450**          **Accounting for Government and Not-for-profit Organizations**
This course provides a detailed examination and discussion of the accounting principles used by governmental and not-for-profit entities. The course focuses on the use of special funds for such entities as state and local governments, colleges and universities, hospitals and other health care entities, voluntary health and welfare organization, and other organizations. Students will learn what characterizes an entity as one for which the GASB is the authoritative standard-setting body versus one for which the FASB is the authoritative standard-setting body and develop an understanding of why two unique sets of accounting principles were developed to serve these entities. (Prerequisites: ACCT-365 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**ACCT-488**                                     **Accounting Co-op Summer**
One summer semester of paid work experience in accounting. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Summer)**

**ACCT-489**                                         **Seminar in Accounting**
Study of accounting topics reflecting contemporary issues and/or current technological advancements impacting the development, implementation and management of accounting, taxation, and auditing systems in organizations. Seminar topics have ranged from ethics to computerized accounting systems. Topics for a specific semester will be agreed to prior to the course offering. (Prerequisites: ACCT-210 or NACC-206 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ACCT-490**                                                      **Auditing**
A study of the legal, ethical, and technical environment in which the auditor works. Current auditing theory, standards, procedures, and techniques are studied. The audit process is studied to ascertain how it leads to the development of an audit opinion. The Sarbanes-Oxley Act and internal control issues are examined. Students are also introduced to accountants' professional responsibility. (Prerequisites: ACCT-365 or equivalent course.) **Lecture 3, Credits 3 (Fall, Summer)**

**ACCT-499**                                            **Accounting Co-op**
One semester of paid work experience in accounting. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

RIT0000880

**ACCT-500**                                    **Cost Management in Technical Organizations**
A first course in accounting for students in technical disciplines. Topics include the distinction between external and internal accounting, cost behavior, product costing, profitability analysis, performance evaluation, capital budgeting, and transfer pricing. Emphasis is on issues encountered in technology-intensive manufacturing organizations. This course is not available for Saunders College of Business students. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Spring)**

**ACCT-510**                                    **Internal Auditing**
Course explores the role of the internal audit function in the management of companies. Topics include internal vs. external auditing, internal control issues, reliability and integrity of information; compliance with policies, procedures, laws and regulations; efficiency of operations. Ethical considerations affecting the internal audit function are introduced. (Prerequisites: ACCT-210 or NACC-206 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ACCT-540**                                    **Advanced Accounting**
Investigates the application of generally accepted accounting principles to partnerships and corporations with investments in subsidiaries. Issues involving consolidated financial statements, international accounting, and accounting for not-for-profit and governmental entities are considered. (Prerequisites: ACCT-365 or equivalent course and 4th year standing.) **Lecture 3, Credits 3 (Fall)**

**ACCT-560**                                    **Forensic Accounting and Fraud Examination**
This course provides an introduction to the principles and methodologies of fraud detection and prevention. Topics may include the nature and types of fraud, fraud investigation and detection, financial statement fraud, consumer fraud, asset misappropriation, corruption, and tax evasion. (Prerequisites: ACCT-210 or NACC-206 or equivalent course and 3rd year standing.) **Lecture 3, Credits 3 (Fall)**

**ACCT-599**                                    **Independent Study Accounting**
The student will work independently under the supervision of a faculty advisor. **Ind Study 3, Credits 3 (Fall, Spring, Summer)**

## Business Legal Studies

**BLEG-200**                                    **Business Law I**
An introduction to legal principles and their relationship to business organizations. Explores the U.S. legal system, the U.S. court system, civil and criminal procedure, the role of government agencies, legal research, and the substantive areas of law most relevant to business, including constitutional law, tort law, criminal law, contract law, intellectual property, debtor-creditor relations, bankruptcy, business entities, securities regulation, and antitrust law. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**BLEG-300**                                    **Business Law II**
Explores the impact of the Uniform Commercial Code and other substantive areas of law on business operations. Emphasis is on topics included on the certified public accounting exam, including provisions of the Uniform Commercial Code dealing with the sale and lease of goods, product warranties, commercial paper, negotiable instruments and secured transactions. Other topics include business entities, creditors' rights, bankruptcy, environmental law, and insurance law. (Prerequisites: BLEG-200 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**BLEG-489**                                    **Seminar in Business Law**
Advanced study of business and legal topics reflecting contemporary issues and/or current technological advancements impacting the understanding of taxation, business, and legal issues in organizations. Seminar topics may range from international intellectual property rights to interactivity between taxation, law, and ethics. Topical coverage for a particular semester will be announced prior to the course offering. (This course requires permission of the Instructor to enroll.) **Lecture 3, Credits 3 (Fall, Spring)**

## Decision Sciences

**DECS-225**                                    **Management Science**
A survey of quantitative approaches to decision making. Topics include formulation and solution of linear programming models, decision analysis and simulation. Involves use of computer software. (Prerequisites: STAT-145 or equivalent course.) **Lecture, Credits 3**

**DECS-310**                                    **Operations Management**
A survey of operations and supply chain management that relates to both service- and goods-producing organizations. Topics include operations and supply chain strategies; ethical behavior; forecasting; product and service design, including innovation and sustainability; capacity and inventory management; lean operations; managing projects; quality assurance; global supply chains; and the impacts of technology. (Prerequisites: STAT-145 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**DECS-350**                                    **Project Management**
A study of the concepts and applications of project management. This course covers the organization and management of projects, including the role and responsibilities of the project manager, team responsibilities, tools and techniques for project planning, budgeting, and control, work breakdown, risk assessment, and project termination. The learning environment will include lectures and discussion, group exercises, case studies, and examinations. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture, Credits 3**

**DECS-399**                                    **Decision Sciences PT Co-op**
Half semester of paid work experience in accounting. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**DECS-435**                                    **Supply Chain Management Fundamentals**
This course introduces the basic concepts in supply chain management fundamentals as well as strategies and practice, and examines important managerial issues. Topics covered include forecasting, inventory management, third-party logistics, partnering, contracts, event management and conflict resolution, e-business, and strategy. (Prerequisites: DECS-310 or equivalent course.) **Lecture, Credits 3**

**DECS-445**                                    **Managing Supplier Relations**
This course introduces students to the subject of managing supplier relations and purchasing activities. Topics covered include supplier selection, vendor pricing, materials quality control, value analysis, make-or-buy, speculation and hedging, and international sourcing as well as the legal and ethical constraints faced by purchasing practitioners. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture, Credits 3**

**DECS-489**                                    **Seminar in Decision Science**
Special topics seminars offer an indepth examination of current events, issues and problems unique to decision science. Specific topics will vary depending upon student and faculty interests and on recent events in the business world. Seminar topics for a specific semester will be announced prior to the course offering. These seminars may be repeated for credit since topics will normally vary from semester to semester. (This course is available to RIT degree-seeking undergraduate students.) **Lecture, Credits 3**

**DECS-499**                                    **Decision Science Co-op**
One semester of paid work experience in decision science (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**DECS-550**                                    **Supply Chain Management Capstone**
Through a term project, students design a supply chain and create a supply chain management strategy by using the knowledge obtained in this course and previous courses and demonstrate the mastery of the tools to manage a SC network. Students may draw on topics from their workplace or may choose from projects provided by companies in our local area requesting consulting services in developing feasibility studies and project proposals. **Lecture 3, Credits 3 (Spring)**

**DECS-599**                                    **Independent Study Decision Sciences**
The student will work independently under the supervision of a faculty adviser. (Instructor approval) (Enrollment in this course requires permission from the department offering the course.) **Ind Study 3, Credits 3 (Fall, Spring, Summer)**

## Finance

**FINC-120**                                    **Personal Financial Management**
Examines financial decisions people must make in their personal lives. Covers personal taxation, housing and mortgages, consumer credit, insurance (including life, health, property and casualty), and retirement and estate planning. Also reviews the common financial investments made by individuals, including stocks, bonds, money market instruments and mutual funds. This class involves extensive use of the internet for access to information. (Students in the Finance Program may use this course only as a free elective, not as a course creditable towards the Finance Program.) (This course is available to RIT degree-seeking undergraduate students.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

RIT0000881

**Saunders College of Business**

**FINC-220**                                            **Financial Management**
Basic course in financial management. Covers business organization, time value of money, valuation of securities, capital budgeting decision rules, risk-return relation, Capital Asset Pricing Model, financial ratios, global finance, and working capital management. (Prerequisites: (ECON-101 or ECON-201) and ACCT-110 and (STAT-145 or STAT-251 or CQAS-251 or MATH-251 or MATH-252 or STAT-205) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**FINC-320**          **Professional Financial Planning and Management**
Project-based course in which accounting and finance students develop an integrated understanding of personal financial planning and management. Topics include budgeting and cash flow, personal taxation (including basics of flow-through entities), mortgage financing and real estate, consumer credit, insurance (including life, health, property and casualty) and retirement and estate planning. Also addresses financial investments made by individuals, including stocks, bonds, money market instruments and mutual funds. Emphasis is on understanding these topics as a financial professional, commensurate with undergraduate study in finance or accounting. (Prerequisites: ACCT-210 and FINC-220 or equivalent courses.) **Lecture 3, Credits 3 (Summer)**

**FINC-352**                                   **Financial Management II**
Advanced course in financial management. Covers project cash-flow analysis, issuance of securities, cost of capital, debt policy, dividend policy, and market efficiency. (Prerequisites: FINC-220 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**FINC-361**                        **Financial Institutions and Markets**
This course provides a comprehensive survey of the major financial markets and institutions in the U.S. and abroad. This course analyzes the important structural features of the major markets and notes the interaction of the financial markets with the decisions of financial institutions, corporations, and the government. (Prerequisites: FINC-220 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**FINC-362**                                **Intermediate Investments**
Focuses on the financial investment problems faced by individuals and institutions. Theoretical topics include asset pricing, hedging and arbitrage. Application topics include risk management in bond-and-stock portfolio context. A discussion of options, futures and swaps also is included. (Prerequisites: FINC-220 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**FINC-399**                                      **Finance PT Co-op**
Half semester of paid work experience in finance (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**FINC-420**                            **Finance in a Global Environment**
Discusses the problems posed by the international financial environment in which corporations operate. In particular, students learn to quantify and manage risks arising from shifting exchange rates. Other topics include exchange rate systems, international trade finance, international capital budgeting, country risk analysis, and long-term international financing. (Prerequisites: FINC-220 or equivalent course.) **Lecture 3, Credits 3 (Summer)**

**FINC-425**                       **Stock Market Algorithmic Trading**
The course is a "hands-on" lab-based class designed to help students develop algorithmic trading strategies to invest in the stock market that can be implemented by retail and professional traders. The course has a strong emphasis on practical application with the purpose of building marketable skills for careers in finance. Students learn how to design algorithmic trading models through the use of a computerized trading platform that allows back-testing of data on thousands of different stocks. The software platform includes an automated wizard for building advanced technical trading models without programming knowledge; but also has an embedded programming language, similar to C-sharp, for those students that have those skills and elect to use them. (Knowledge of programming is not required; and there are no pre or co-requisites; but a laptop is strongly recommended.). **Lecture 3, Credits 3 (Spring)**

**FINC-430**                       **Advanced Corporate Financial Planning**
This course focuses on strategic financial management of the corporation. It employs pedagogies that emphasize analysis and evaluation of applied financial problems. Topics include working capital management, financial statement analysis, valuation, capital budgeting decisions, and risk management. (Prerequisites: FINC-352 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**FINC-460**                          **Financial Analysis and Modeling**
In this course, students learn to obtain and organize financial data and conduct financial analysis such as discounted cash flow analysis, risk analysis and financial forecasting. Sources of data include web-based sources and proprietary databases. Excel will be the main software tool. (Prerequisites: FINC-352 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**FINC-470**                       **Introduction to Options and Futures**
This course explores risk management from the viewpoint of a finance professional. The primary tools used are derivative instruments such as options, futures and swaps. Students learn about the basic features of derivative instruments: how to value them, how they are traded, and how to use them to mitigate various types of financial risk. (Prerequisites: FINC-220 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**FINC-488**                                **Finance Co-op Summer**
One summer semester of paid work experience in finance. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Summer)**

**FINC-489**                                  **Seminar in Finance**
Special topics seminars offer an in-depth examination of current events, issues and problems unique to finance. Specific topics will vary depending upon student and faculty interests and on recent events in the business world. Seminar topics for a specific semester will be announced prior to the course offering. These seminars may be repeated for credit since topics will normally vary from semester to semester. (Instructor determined) (This course is available to RIT degree-seeking undergraduate students.) **Lecture, Credits 3**

**FINC-499**                                      **Finance Co-op**
One semester of paid work experience in finance (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**FINC-559**                                **Financing New Ventures**
The course focuses on financial issues affecting an entrepreneur. The course emphasizes, identifies and follows the wealth creation cycle. The wealth creation cycle begins with an idea for a good, product or service, progresses to an initial company startup, passes through successive stages of growth, considers alternative approaches to resource financing, and ends with harvesting the wealth created through an initial public offering, merger or sale. Identification and valuation of business opportunities, how and from whom entrepreneurs raise funds, how financial contracts are structured to both manage risk and align incentives, and alternative approaches by which entrepreneurs identify exit strategies are reviewed. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**FINC-580**                                    **Financial Analytics**
Financial analytics is the use of business analytics methods and tools on financial data to solve problems such as investment and risk analysis, portfolio optimization, valuation, default modeling, and so on. This course introduces a contemporary tool (R or Python) and its use in solving these problems. In this hands-on course, students also learn about the field of fintech. (Prerequisites: FINC-220 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**FINC-599**                                **Independent Study Finance**
The student will work independently under the supervision of a faculty adviser. (Instructor approval) (This course requires permission of the Instructor to enroll.) **Ind Study 3, Credits 3 (Fall, Spring, Summer)**

## Hospitality and Tourism Management

**HSPT-121**                                **Principles of Food Production**
Principles of Food Production is the basic course covering food preparation methods, food standards of quality, product identity, food presentation, professional behavior in food service, food sanitation in practice, and techniques for adding value to basic food products. Students who have completed Principles of Food Production should be able to function effectively as a food professional in a kitchen environment including demonstrating professional appearance, professional behaviors, and knowledge of the many different food preparation techniques appropriate for the various categories of foods, quality standards of the categories of food products, effective food presentation, food safety and sanitation practices, teamwork, and clean-up practices. Students are required to achieve their co-curricular requirement - the ServSafe Certfication - by the end of this course. This course is not available for audit. **Fee: Lab fee associated with this course** (This course is restricted to students in the HSPS-BS, HSPS-AAS or NUTR-BS program.) **Lec/Lab 6, Credits 3 (Fall, Spring)**

**HSPT-123**                                    **Sanitation and Safety**
A discussion of current problems confronting the industry as a result of the most recent legislative developments as they relate to food safety and health around the globe. Material will focus on current regulations as per the latest Food Codes. Topics include Hazard Analysis Critical Control Point (HACCP) procedures, kitchen safety, and facility sanitation. Students will take the National Restaurant Association ServSafe Examination upon completion of the course and receive a ServSafe certificate if they score 75 or better. **Lecture 1, Credits 1 (Spring)**

RIT0000882

**HSPT-125**                                        **Hospitality and Tourism Management Fundamentals**
This introductory course provides students with an overview of the hospitality industry and career opportunities within the industry. Students examine the growth and development of industry segments and their distinguishing characteristics, trends, and current issues. The concepts and practices of hospitality management are examined and discussed. **Lecture 3, Credits 3 (Fall)**

**HSPT-131**                                        **Lodging Operations Management**
Lodging operations examines the vision and mission, organizational structures, and the structure and functions of different divisions within the hotel. The course emphasizes the rooms divisions, and its relationship with other departments such as food and beverage, sales and marketing, human resources, and security divisions. Current issues of lodging organizations, application of customer service, and managerial skills are discussed. (This course is restricted to HSPS-BS and HSPS-AAS Major students.) **Lecture 3, Credits 3 (Fall)**

**HSPT-151**                                        **International Food Distribution**
The course will focus on the economic geography of food production and the associated economics of physical distribution and market structure. Special emphasis will be placed on examining the impact multinational food companies have on international distribution channels. The sourcing, purchasing, and synergy strategies of multinational companies will be considered in conjunction with the economic principles supporting strategy formulation. Special emphasis will be placed on the role of commodities, food processing, packaging, and retail operation in the value-added chain. **Lecture 3, Credits 3 (Fall)**

**HSPT-153**                                        **Foods of the World**
This course is an introduction to the foods of many regions of the world. Indigenous ingredients and geographical influences on the development of each regional cuisine are included. Food customs and special food preparation techniques of the various cultures are addressed. This course is not available for audit. **Fee: Lab fee associated with this course** **Lec/Lab 2, Credits 2 (Fall, Spring)**

**HSPT-155**                                        **Food and Travel**
This course introduces students to the concept of food in the hospitality and service industry as representative of a location's culture and values. The course analyzes the existing and emerging client base and delves deeply into the topic of trends and opportunities based on food and beverage. Students will examine the importance of service chains where understanding and knowledge of regional/international food plays a vital role in new product development. This course is an exploration of the combined food and travel experience, providing students with the knowledge sets required to meet today's international food travelers' desires and expectations. **Lecture 3, Credits 3 (Spring)**

**HSPT-160**                                        **Beers of the World**
An introduction to Beers: history, the brewing process, distribution systems, production, flavor characteristics, partnering with foods, and handling and serving techniques. Beers produced from the major beer brewing centers of the world will be tasted and compared with similar brews form different countries. The way alcohol is processed in the human body is considered as well as the economic impact of brewing and distributing beer will be explored. This course is not available for audit. **Fee: Lab fee associated with this course** **Lec/Lab 2, Credits 2 (Fall, Spring)**

**HSPT-161**                                        **Wines of the World I**
This course is an introduction to global wine history, vineyard methods, production techniques, grape characteristics, sensory evaluation, and marketing and distribution. This course is not available for audit. **Fee: Lab fee associated with this course** **Lec/Lab 2, Credits 2 (Fall, Spring)**

**HSPT-162**                                        **Wines of the World II**
This course builds on what was learned in Wines of the World I. More in depth exploration of global wine history, vineyard methods, production techniques, grape characteristics, sensory evaluation, and marketing and distribution. Like its sister courses, Beers of the World, Foods of the World, and Wine and Food Pairing, there are weekly tastings and recommendations on pairings. This provides practical applications for daily use in personal and business situations. This course is not available for audit. **Fee: Lab fee associated with this course** (Prerequisites: HSPT-161 or equivalent course.) **Lec/Lab 2, Credits 2 (Fall, Spring)**

**HSPT-163**                                        **Wine Connoisseur**
The majority of Wine Connoisseur classes will have guest speakers from the wine industry. Through class and lab work involving tastings, topics covered will include the technical aspects of viticulture and viniculture, the Three Tier System, health considerations, tourism, global regulations, wine competitions, cellaring and service, food pairing, public relations, marketing, social media, and trends. This provides practical applications for daily use in personal and business situations as well as co-op and job opportunities. This course is not available for audit. **Fee: Lab fee associated with this course** (Prerequisites: HSPT-161 or equivalent course.) **Lec/Lab 2, Credits 2 (Spring)**

**HSPT-165**                                        **Wine and Food Pairing I**
This course is an introduction of pairing food with wine and other beverages. Students will experience "What grows together, goes together," and discover how regional wines and food pairings have a natural affinity for one another. Students will design their own menu and keep a tasting journal. This course experience includes sampling of food and wine, cooking demonstrations, and guest speakers. This course is not available for audit. **Fee: Lab fee associated with this course** **Lec/Lab 2, Credits 2 (Fall, Spring)**

**HSPT-171**                                        **Introduction to Viticulture and Viniculture**
An in-depth, hands-on exploration of vineyard practices, grape growing, and winemaking techniques. This course focuses on the cool-climate, Finger Lakes wine region and includes several visits to local vineyards, wineries, and businesses for hands-on experiences. Possible participation in aspects of harvest, processing of fruit, and winemaking processes while learning from industry leaders. Speakers will illuminate how decisions are made involving start-up, finances, the science involved in production, marketing, and more in their various industries. There will be tastings of grapes, unfinished and finished wines. A group winemaking project allows further exploration. This course is not available for audit. **Fee: Lab fee associated with this course** (Prerequisites: HSPT-161 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall)**

**HSPT-173**                                        **Beverage Fermentation and Distillation**
Exploration of traditional and emerging trends in fermentation and distillation of beverages. In addition to in-class lectures, group and individual presentations, this course will include visits to local businesses for hands-on experiences involving beer, wine, and spirits. Speakers will illuminate how decisions are made involving start-up, finances, the science involved in production, marketing, and more in their various industries. There will be tastings of wines, beers, and spirits. An individual innovative project allows in-depth exploration of wine, beers, and spirits in or outside their own field of interest. This provides practical applications for daily use in personal and business situations. This course is not available for audit. **Fee: Lab fee associated with this course** **Lecture 3, Credits 3 (Spring)**

**HSPT-175**                                        **Marketing Wine, Beer and Spirits**
This course will focus on understanding how to develop a marketing strategy and plan to bring products to market. The specific focus will be on marketing wine, beer, and spirits. In addition to understanding how to build a marketing plan, this class will also analyze the trends within wine, beer, and spirits. There are field trips, guest speakers, and tastings of wine, beer, and spirits throughout the course. This provides practical applications for daily use in personal and business situations as well as co-op and job opportunities. This course is not available for audit. **Fee: Lab fee associated with this course** **Lec/Lab 3, Credits 3 (Spring)**

**HSPT-181**                                        **Principles of Food, Hotel, and Tourism Operations**
This course introduces the student to the terms and concepts associated with the food, hotel, and tourism industries. The following distinctive operations will be explored: resorts, restaurants, catering, institutional food service, transportation, attractions, and events. The fundamental service philosophy behind the service sector will be introduced. **Lecture 3, Credits 3 (Fall)**

**HSPT-191**                                        **Delivery Etiquette in Hospitality**
This course acts as an introduction to the world of public speaking, teaching hospitality students how to prepare and present individual as well as group presentations. Combining theoretic speech principles with experiential learning, students will learn how to structure and present informative and persuasive speeches that hospitality professionals have to develop. **Lecture 3, Credits 3 (Fall)**

**HSPT-212**                                        **Franchising in the Service Sector**
Franchising has been a successful method for business expansion. This course covers the advantages and disadvantages of franchising as well as the factors in obtaining, developing, and operating a franchise operation that meets specific customer needs. Legal and financing issues are also covered. Major project developing a franchise plan is required. **Lecture 4, Credits 3 (Spring)**

**HSPT-223**                                        **Food and Beverage Management**
This course will provide the student with the knowledge needed for effective management of food service operations. Students will identify trends in the food and beverage industry, gain knowledge of food and beverage management principles and understand how providing exceptional guest service can maximize profits in the hospitality industry. Topics will include food and beverage purchasing, inventory, costing, service styles, financial controls, menu design, sanitation, safety, ethics, food service automation, hardware and software, legal concerns, equipment selection, and service innovations in design and layout of food establishments. (This course is restricted to HSPS-BS, HSPS-AAS, NUTR-BS and NUTR-AAS Major students with at least 2nd year status.) **Lecture 3, Credits 3 (Spring)**

**HSPT-224**                                        **Serving Alcohol Safely**
Responsible alcohol service is an issue that touches businesses, guests, and their communities. It is a vital part of running a successful hospitality operation. Students can earn the National Restaurant Association's ServSafe Alcohol certificate. (This course is restricted to HSPS-BS and HSPS-AAS Major students.) **Lecture 1, Credits 1 (Spring)**

**Saunders College of Business**

**HSPT-232**                                        **Hospitality Real Estate and Facilities Management**
Students will learn the criteria that owners and developers follow in developing hotel concepts and locating them in key markets where they will succeed. Students will also learn the steps in site selection, working with the trades in the construction phase, and turning the operation over to management. At the operation phase an engineering and maintenance department will be created to keep the property running efficiently and effectively for guest and employee safety and for cost efficiency. Special topics covering replacement and renovation will be addressed. The management incentives for creativity and innovation in technology and best practices will be a concurrent theme (Prerequisites: HSPT-131 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**HSPT-234**                                        **Negotiation and Conflict Resolution**
Everything in our lives today is a negotiation, from resolving conflicts with family members, dorm mates, and fellow students to employees, employers, and organizations. This is complicated by the fact that we live in a global environment facing intercultural issues daily. This course will identify the students' preferred styles of negotiation, how to identify the strategies and styles of others, and most importantly how to innovatively work with the other person in a conflict to establish a resolution to the problem. The course deals with competitive negotiations and collaborative negotiations, and how to engage successfully in each type. **Lecture 3, Credits 3 (Spring)**

**HSPT-235**                                                        **International Destinations**
This course introduces the student to the most famous travel destinations outside the United States. Specific emphasis is placed on understanding the cultural and political differences present at these locations and what makes them unique. Students explore the role governments and the media play in generating destination appeal. How international destinations are growing and declining as it may relate to the industries of hospitality and tourism are explored, with emphasis on working abroad. **Lecture 3, Credits 3 (Fall)**

**HSPT-244**                                                        **Meeting and Event Management**
As companies and associations continue to grow they find their members are an increasingly diverse group from many geographic areas. While texting and email are ways to keep informed, the need to meet and discuss, in real time, what needs to be done has actually increased. Meetings today help us celebrate meaningful events, change the way people behave, motivate employees to perform better, and solve problems by bringing together ideas from many different cultures. The meeting and event planner of today must know how to plan, execute, and evaluate any event to show value to the stakeholders. This course shows the student how to go about doing this, from writing a purpose and goals for the meeting to financial break downs and gathering feedback, all while staging the event of a lifetime, over and over again. (This course is restricted to HSPS-BS and HSPS-AAS Major students.) **Lecture 3, Credits 3 (Spring)**

**HSPT-246**                                                        **Casino Management**
This course is designed to give students an introduction to the casino environment. Students will have a strong working knowledge of casino operations and the interrelationship of the casino with other major departments (lodging, food, beverage, entertainment, etc.). Topics include casino marketing strategies, gaming regulations, economic impact issues, history of gaming in America, design and layout of casinos, surveillance, back-office procedures, and gaming regulations. This course will teach casino games. **Lecture 4, Credits 3 (Spring)**

**HSPT-248**                                                        **Project Management for Events**
This course is designed to provide an introduction to the principles and concepts required for the management and execution of a successful event. Essential topics will include event planning, coordination, sponsorship, budgeting, programming, marketing, communications, vendor management, volunteer management, risk management, event research, and event evaluation. Through industry visits and guest lectures from practitioners and industry professionals, students gain a greater understanding of the aspects associated with project management for upscale events. **Lecture 4, Credits 3 (Fall, Spring)**

**HSPT-281**                                                        **Service Management in a Global Economy**
There are almost no businesses today that do not require some sort of service delivery package for the consumer. This course focuses on how a business identifies, qualifies, and measures a service as the main product of its operations. While a tangible product may also be involved, this class focuses on the service component. As companies globalize the need to provide service at different levels is compounded by the need to consider alternate distribution systems. This course follows service from it conceptual start, through its packaging, delivery, and quality control systems. We also consider the implications of the experience economy. **Lecture 3, Credits 3 (Spring)**

**HSPT-284**                                                        **HTM Marketing, Sales and PR**
This course introduces students to hospitality marketing principles and sales techniques. Students will learn how to do effective hospitality-tourism industry market research, sales, and marketing plans. This course will provide students with an understanding of sales management and public relations practices used by hospitality professionals. Current trends in global marketplace distribution and effective hospitality and tourism industry promotional strategies will also be examined. Emphasis is placed on hospitality-tourism industry target marketing, marketing mix, analysis, product and image development, use of current media, sales planning, advertising, public relations, and collateral materials. (This class is restricted to undergraduate students with at least 2nd year standing.) **Lecture 3, Credits 3 (Spring)**

**HSPT-325**                                                        **Food Innovation and Development**
Students will explore their creativity through instructor- and student-planned food experiments involving sensory and objective evaluation of food quality, recipe development, problem-solving, experimental design, and written and oral communication of research. Individual research projects focus on assessing new ingredients or technologies, creating new products, and/or evaluating the marketability of a new product. This course is not available for audit. \*\*Fee: Lab fee associated with this course\*\* (Prerequisites: HSPT-121 or equivalent course and 3rd year standing.) **Lec/Lab 6, Credits 3 (Fall, Spring)**

**HSPT-334**                                                        **International Resort Management**
The course gives the student an understanding of how resorts and their recreational amenities are developed as tourist and business destinations. Focus is on the planning, development, operation, design, and special needs of golf, ski, marina, tennis, and spa operations. As part of this study, students select a specific type of property and analyze the methods used to develop, manage, and innovate the property's service offering. (This course is restricted to HSPS-BS and HSPS-AAS Major students.) **Lecture 3, Credits 3 (Spring)**

**HSPT-336**                                                        **Risk Management and HTM Law**
The course examines the principles, tools, techniques, and methods employed in order to be effective in reducing the risk of liability in the hospitality setting. Students learn how to recognize, evaluate and control, and treat some of the risks associated with operating hospitality businesses. Students study hospitality based negligence cases, court decisions, and resulting judgments. Safety and disaster management issues will be addressed. (A minimum of 3rd year standing is required to enroll.) **Lecture 3, Credits 3 (Fall)**

**HSPT-345**                                                        **Food and Beverage Operations**
Students will collaborate with the instructor in planning and managing a real restaurant, Henry's. Management skills emphasized will include menu development, costing, forecasting, marketing, food production, customer service, and plate presentation. Students will demonstrate knowledge and management skills in menu planning, costing, forecasting, sourcing, storage, staffing, training, customer service, food production techniques, timing, and food presentation while maintaining quality and contemporary appeal. (Prerequisites: HSPT-223 and HSPT-360 or equivalent courses.) **Lab 12, Credits 4 (Fall)**

**HSPT-350**                                                        **Event and Project Management**
The meeting and event planner of today must know how to plan, execute, and evaluate any event to show value to the stakeholders. Meetings today help us celebrate meaningful events, change the way people behave, motivate employees to perform better, and solve problems by bringing together ideas from many different cultures. This course is designed to provide an introduction to the principles and concepts required for the management and execution of a successful event. Essential topics will include event planning, coordination, sponsorship, budgeting, programming, marketing, communications, vender management, volunteer management, risk management, event research, and event evaluation. (A minimum of 3rd year standing is required to enroll.) **Lecture 3, Credits 3 (Spring)**

**HSPT-360**                                                        **Service Management and Quality Assurance**
This course explores the unique characteristics and operations of service organizations: special characteristics and service problems. Students will learn principles of service and guest service management that can be used in managing any service organization. The course also introduces quality measurements associated with managing organizations in the service sector. (Prerequisites: HSPT-223 or equivalent course and at least 2nd year standing.) **Lecture 3, Credits 3 (Spring)**

RIT0000884

**HSPT-372**                                    **Hospitality Entrepreneurship in the Global Economy**
Entrepreneurship in hospitality and tourism is recognized as providing many benefits, including economic growth, job creation, and innovation, to regions and economies. This course will provide an introduction and overview to entrepreneurship in the hospitality industry and the creation of new enterprises at the national, firm, and individual levels. Various models and case studies from the world of hospitality will be employed to analyze opportunities and to provide real world, global hospitality examples of relevant issues. Venture financing and entrepreneurial strategies for hospitality businesses will receive particular attention. Significant time will be devoted to translating entrepreneurs' (students') visions and identified hospitality-related opportunities into creating a business plan. This business plan will provide a blueprint for starting and running a new hospitality enterprise. The focus will be on developing a viable "real world" hospitality venture with practical considerations that is supported by financial modeling and projections. (Prerequisites: ACCT-110 or NACC-205 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**HSPT-374**                                    **Hospitality Enterprise Management and Growth**
Enterprises in hospitality and tourism pass through many stages as they grow from a start-up to a mature organization. This course highlights what must be accomplished during each stage to ensure that hospitality business development is continued and sustainable. The critical point of the course is to give students an in-depth understanding of tools and skills necessary to create and grow a successful new tourism or hospitality enterprise with potential to expand. Students will actively discuss concepts and possible alternatives in operating hospitality- and tourism-based enterprises **Lecture 3, Credits 3 (Spring)**

**HSPT-381**                                    **Technology in Service Systems**
Predicting the future... Adapting to change... Connecting and communicating... Lifelong learning... A fundamental societal revolution is changing the nature of work and leisure. Explore the emerging and future work worlds, consumer trends, and the technologies that are changing the way society works. Emphasis is on technologies impacting the food, hotel and travel service industries. Technologies explored may include those associated with communication, information retrieval, imaging, marketing, employee training, product quality, production customization, customer service, security, health, entertainment, and customer interface, as time permits. Student teams will chart the flow of product/service systems and identify innovative technologies to enhance the quality of service and creatively meet the needs of customers and emerging trends. Individual and team web sites will be constructed. **Lecture 3, Credits 3 (Fall, Spring)**

**HSPT-383**                                    **Assessing and Improving Service Quality**
Quality is essential in all sectors of the economy, especially service and health care. The course lays a foundation for the use of quality tools and processes needed for improvement and innovation. The course teaches quality tools and processes which will be used in other HSPT courses (like Senior Project). Topics range from a general overview of quality systems (like TQM, QFD, and six sigma) to specific quality tools (like Pareto charts and activity network diagrams). The course sets the foundation for Senior Project (HSPT-490). (Prerequisites: STAT-145 or 1016-301 or 1016-302 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**HSPT-384**                                    **HTM Strategic Financial Analysis**
This course provides future hospitality managers with necessary knowledge and skills in financial analysis, revenue management, and cost control to address financial issues specific to the hospitality–tourism industry. Students will understand how to apply revenue management tactics (e.g., capacity management, duration control, demand and revenue forecasting, discounting, overbooking practices, displacement analysis, rate management and sales mix analysis, and channel management revenue management tactics) to maximize profits. The course utilizes a mathematical approach to the evaluations of hospitality business performance. (Prerequisites: ACCT-110 or equivalent course and at least 3rd year standing.) **Lecture 3, Credits 3 (Spring)**

**HSPT-413**                                    **Restaurant Management**
This course is designed to develop entry-level competence in food system management. Students will operate a restaurant with full beverage service. The student will apply knowledge and skills gained from previous course prerequisites as they rotate through managerial positions. The student will be exposed to four major function areas: planning, organizational, leadership, and control functions. Computer (micros) utilization will be integral part of the course. (Prerequisites: FOOD-226 or equivalent course.) **Lab 12, Credits 4 (Fall, Spring)**

**HSPT-450**                                    **Strategic Planning and Decision-Making**
This course concentrates on the strategic planning process, strategy implementation, and strategic control approaches to strategic management in a hospitality context. This course integrates previous courses in the curriculum and introduces students to new strategic management concepts. (This course is restricted to students with at least 4th year standing in HSPS-BS.) **Lecture 3, Credits 3 (Fall)**

**HSPT-454**                                    **Food Processing, Quality, and Integrity**
Traditional and contemporary processing methods will be introduced with emphasis on applications to food retail operations. The effect of these technologies on the storage life and sensory qualities of the products will be examined along with common modes of loss of quality in foods. Students will be introduced to industry-standard quality assurance measures. **Lecture 3, Credits 3 (Spring)**

**HSPT-475**          **Responsible Entrepreneurial Leadership for the Hospitality Industry**
This course teaches students how to become entrepreneurial leaders who focus on hospitality organizations of today and prepare for future challenges of designing effective hospitality organizations. The following topics will be explored: hospitality organizations of the future, entrepreneurial leadership traits, creating an enterprising culture in the hotel industry, and lessons from hospitality leaders. (Prerequisites: HPST-481 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**HSPT-477**                 **Marketing for Entrepreneurs in the Hospitality Industry**
This course examines the merger of two traditionally distinct areas of study: marketing and entrepreneurship. Whereas marketing research and texts commonly examine established firms and entrepreneurship addresses new enterprises, entrepreneurial marketing blends the two areas of research and considers marketing in hospitality and tourism new enterprises. Distinct differences between traditional marketing and entrepreneurial marketing techniques will be discussed within the context of tourism and hospitality sectors. The unique, proactive, and innovative nature of entrepreneurial marketing will be explored through lectures and case study analyses of hospitality firms. The course project provides for application-based learning and field-based research. (Prerequisites: HSPT-381 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**HSPT-481**                                    **Leadership Innovation in Service Industries**
As future leaders in the hospitality and service industry students will be called upon to create innovative organizational forms that are flexible enough to change with the demand and information so essential for success. In this course students examine their style of leadership. It also examines how the values, beliefs, expectations and assumptions of the members of the organization affect the style of leadership that best suits the company. In addition students analyze current leadership theory and how people learn to progress effectively as future leaders in the hospitality and service industries. (This course is restricted to students with at least 3rd year standing in HSPS-BS or NUTR-BS or NUTR-2M.) **Lecture 3, Credits 3 (Fall, Spring)**

**HSPT-489**                                    **Special Topics**
This is an innovative course not currently in the approved curriculum. When the topic and course outline are approved by the department chair, the course will be available to students for registration. The course may be taken more than once since many topics can be offered under this course number and title. **Lecture 3, Credits 1 - 3 (Fall, Spring)**

**HSPT-490**                                    **Senior Capstone Project**
HTM students complete a project-based capstone with a focus on entrepreneurism and innovation in the hospitality industry that integrates and applies the interdisciplinary concepts, theories, and practices studied throughout their program. Students will gather primary data, assess, summarize, and draw conclusions from data, as the foundation for the business plan and suggested innovations. (Prerequisites: HSPT-384 and HSPT-450 or equivalent courses and at least 4th year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**HSPT-499**                                    **HSPT Co-op**
Career-related work experience. Employment within the food, hospitality or tourism service management industries is monitored by the International Hospitality and Service Management Program and the Office of Cooperative Education and Career Services. One co-operative work experience may be replaced by a study abroad semester. Coop work is designed for the student to experience progressive training on the job as related to the academic option. Freshmen begin co-op the summer following their first-year studies. Graduation requirement: 3 coops. Department permission is required. **CO OP, Credits 0**

**HSPT-518**                                    **Global Tourism**
Students will prepare for travel to a foreign country by learning about cultural expectations of the region in class before traveling to the selected region to explore their customs and culture, prime tourism attractions, and foods. Through a one-week study tour, students will be exposed to speakers and sites that represent the policies and development that have given rise to tourism development in such locations as Dubai, Croatia, Italy, and other countries of current interest. Some example emphases might be: Dubai with anticipated site visits to include the Palms projects, Jumeirah Hotels and Resorts, Ski Dubai and new transportation projects. Cultural difference between traditional western models of management, policy and development will be compared to examples in the Middle East. The influence of Arab culture and Muslim practices on tourism and tourists in this region, and the economic impact of tourism growth in Dubai will be explored through guest speakers. In Croatia the re-invention of tourism in a country after a war, and the key role of tourism in economic development will be explored, along with local tourism and culture. **Lecture 3, Credits 1 - 4 (Fall)**

RIT0000885

**Saunders College of Business**

**HSPT-599**                                                          **Independent Study**
This course provides for independent study in approved subject areas that have specialized value to students. Proposals for independent study must be approved by a supervising faculty member prior to registration. This course may be taken more than once. **Ind Study, Credits 1 - 3**

## Human Resource Development

**HRDE-386**                                              **Human Resources Development**
A one-semester, three-credit course in human resource development provides the prospective manager practical information on methods to enhance the productivity, quality, and effectiveness of an organization through the creation of an environment where individual and collective performance and development has primacy. The course requires students to assimilate course material related to the following: to organizational strategy, systems thinking and legal compliance; workforce development, career development of employees; individual development and training; measuring outcomes; human resource processes and effective communications. Students integrate theoretical classroom concepts with practical knowledge and work experiences. As part of the course: students continually practice effective communication skills; students may work in teams; and are expected to engage in critical and innovative thinking. Students' understanding of human resource development is intended to help them enhance organizational effectiveness through implementing processes designed to develop and train employees. **Lecture 3, Credits 3 (Fall, Spring)**

## International Business

**INTB-225**                                              **Global Business Environment**
Being an informed global citizen requires an understanding of the global business environment. Organizations critical to the development of the global business environment include for-profit businesses, non-profits, governmental, non-governmental, and supranational agencies. This course introduces students to the interdependent relationships between organizations and the global business environment. A holistic approach is used to examine the diverse economic, political, legal, cultural, and financial systems that influence both organizations and the global business environment. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 3, Credits 3 (Fall, Spring)**

**INTB-300**                                              **Cross-Cultural Management**
This course explores the key implementation issues facing global businesses and those firms wishing to expand into the global arena. An emphasis is placed on issues related to the topic of culture. The course examines its impact on management, individuals, groups, and how it affects organizational performance. Leadership styles, in the cross-cultural context, will be deconstructed as will communication, decision-making, negotiation, and motivation. (Prerequisites: INTB-225 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**INTB-310**                                              **Regional Business Studies**
An introduction to the most important and the fast growing economic entities to the students such as the European Union, China, India, and Brazil. The course introduces the idiosyncratic competitive environment in these major economies, the unique business models of the local ventures, and the business opportunities and the hidden risks in these markets. The course will also develop students with the necessary knowledge base and skills to compete with and in these major economies. (Prerequisites: INTB-225 or equivalent course.) **Lecture 3, Credits 3 (Biannual)**

**INTB-315**                                              **Exporting and Global Sourcing**
The practice of international business is detailed-oriented and complex as cross-border trade and investment is subject to various market forces and government regulations. In this course students will study the issues of compliance, risk assessment, sources of international information, logistical complexities and intermediaries, and international payments and financing. The course will develop students with the necessary knowledge base and skills to become successful in the practice of cross border transactions. (Prerequisites: INTB-225 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**INTB-320**                                              **Global Marketing**
A hands-on course focusing on developing marketing strategies for entering and competing in foreign countries. Topics include foreign market opportunity assessment, developing commercialization and entry strategies, understanding foreign customers and distribution channels, and communicating value through advertising and promotion in different markets. (Prerequisites: MKTG-230 or NBUS-227 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**INTB-399**                                              **International Business PT Co-op**
Half semester of paid work experience in international business. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**INTB-480**                                              **Specialized Topics in Global Business**
This course is designed to educate students on how to conduct business in a foreign region or a global industry in depth. After taking this class, students should have a thorough understanding of how to conduct business associated with this specific region or the global industry. (This class is restricted to undergraduate students with at least 2nd year standing.) **Lecture 3, Credits 3 (Spring)**

**INTB-488**                                              **Intl. Bus Co-op Summer**
One summer semester of paid work experience in International Business. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Summer)**

**INTB-489**                                              **Seminar in International Business**
Current issues in IB are the focus of the course. Topics include but are not limited to current international business trends, development, and other topics at the instructor's discretion. (Prerequisites: INTB-225 or equivalent course and 3rd year standing.) **Lecture 3, Credits 3 (Fall)**

**INTB-499**                                              **International Business Co-op**
One semester of paid work experience in International Business (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**INTB-550**                                              **Global Entry and Competition Strategies**
This course explores the strategic challenges faced by businesses operating in a global environment. It emphasizes the development of strategies under differing perspectives, globalization or regionalization of competitive marketplace, creating value for the firm globally, entry mode management, global CSR and governance.**Note: Enrollment also possible with departmental approval with completion of two additional INTB courses. (Prerequisites: INTB-225 or equivalent course and 4th year standing.) **Lecture 3, Credits 3 (Spring)**

## Management

**MGMT-035**                                              **Careers in Business**
This course consists of a series of workshops designed to introduce business students to the skills needed to be successful in job and coop searches and applications to graduate schools. Students will establish their career goals, create material (e.g., resume, cover letter), and acquire skills needed to achieve these goals. (AL2,3,4-DegS) **Lecture 8, Credits 0 (Fall, Spring)**

**MGMT-070**                                              **Professional Skills Seminar**
This series of non-credit workshops and lectures provides students with the tools needed for successful completion of Saunders College of Business programs. Students will develop and practice essential skills, including critical thinking, how to analyze a problem, oral and written communications, working in a team environment, and ethics. Students become familiar with value creation management strategies and tools. **Lecture, Credits 0 (Fall)**

**MGMT-101**                                              **Business 1: Ideas and Business Planning**
This is the first of a two-course sequence comprising the freshman integrated experience. In Business 1 students will be introduced to the key functional areas of business, the evaluation of new business opportunities, and the business plan process. By applying the creative process, students will conceive new business ideas that will be developed in Business 2. (Co-requisite: MGIS-101 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MGMT-102**                          **Business 2: Business Planning and Professional Development**
This course, the second course in the First-year Business Sequence, applies technology tools to create well defined and complete business plans. Students will develop websites and other marketing and process tools to take their business concept outlined in Business 1 to a final business plan for review with an outside board. (Prerequisites: MGMT-101 and MGIS-101 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**MGMT-103**                          **Business 2T: Business Planning Tools and Practices**
This course is designed to provide transfer students the experience of developing a new business concept from ideation through launch. It will provide an emphasis on design thinking. Students will work in teams to develop a new business idea. They will then put together a detailed business plan integrating the key functional business elements into a cohesive plan for launch. World of Business or similar course at another college, or enrolled in two business courses while taking 2T, MGIS-101 (Prerequisites: MGMT-150 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

RIT0000886

**MGMT-150**                                    **The World of Business**
Designed as an introductory course for students not in the Saunders College that want to learn more about the fundamentals of business. This course provides an overview of the functions and processes of business organizations. Topics include the role and responsibility of the manager, the processes and functions of business, the impact of technology, business planning process, doing business in global environments, and career exploration. Note: Only non-business program students and students who have not taken Business 1 may take The World of Business. **Lecture 3, Credits 3 (Fall, Spring)**

**MGMT-215**                                    **Organizational Behavior**
As an introductory course in managing and leading organizations, this course provides an overview of human behavior in organizations at the individual, group, and organizational level with an emphasis on enhancing organizational effectiveness. Topics include: individual differences, work teams, motivation, communication, leadership, conflict resolution, organizational culture, and organizational change. (This class is restricted to undergraduate students with at least 2nd year standing.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**MGMT-300**                         **Leading People and Effective Communication I**
Air Force Management and Leadership (AS 300) courses emphasize the concepts and skills required of the successful young officer, manager and leader. The first course includes applied written and oral communication techniques, coordination, and history of management theory, analytic methods of decision making, strategic and tactical planning, various leadership theories and followership. The second course stresses organizing, staffing, controlling, counseling, human motivation and group dynamics, ethics, managerial power and politics, managing change, career development, and performance appraisal. Actual Air Force case studies are used to enhance the learning process. *Note: This course is restricted to AF ROTC Students. **Lecture 3, Credits 3 (Fall)**

**MGMT-301**                        **Leading People and Effective Communication II**
Integrated management and leadership courses emphasize the concepts and skills required of the successful young officer, manager, and leader. The first course includes applied written and oral communication techniques, coordination, history of management theory, analytic methods of decision-making, strategic and tactical planning various leadership theories, and followership. The second course stresses organizing, staffing, controlling, counseling, human motivation and group dynamics, ethics, managerial power and politics, managing change, career development, and performance appraisal. Actual Air Force case studies are used to enhance the learning process. *Note This course is restricted to AF ROTC Students. (Prerequisites: MGMT-300 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MGMT-310**                                 **Leading High-Performance Teams**
Taught in an experiential, team-based format, this class focuses on leading teams and developing strong team dynamics, especially within a high tech. environment. The course will provide hands-on experience in leading and participating in teams as students will be assigned to multiple teams with a specific role on each team, including team leader. When possible, the class includes a virtual team project with students at RIT's global campuses. (Prerequisites: MGMT-215 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MGMT-320**                                **Organizational Effectiveness Skills**
This course provides students with working knowledge and practice of the professional and interpersonal skills of effective organizational members. Skills include networking, presenting, professional writing, giving and receiving feedback, handling conflict, and leveraging diversity. Particular emphasis is placed upon applying these skills in a virtual work environment. (Prerequisites: MGMT-215 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MGMT-330**                            **Design Thinking and Concept Development**
Design thinking is a process that aids collaboration among designers, technologists, and business professionals. The process provides a structured creative process for discovering and developing products, services, and systems for profit and non-profit applications. Students will apply a wide range of design tools in a hands-on project. Topics include problem-framing, end-user research, visualization, methods for creative idea generation, and prototyping. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**MGMT-340**                    **Business Ethics and Corporate Social Responsibility**
This course applies concepts of ethics to business at the macro level and at the micro level. At the macro level the course examines competing business ideologies exploring the ethical concerns of capitalism as well as the role of business in society. At the micro level the course examines the role of the manager in establishing an ethical climate with an emphasis on the development of ethical leadership in business organizations. The following topics are typically discussed: the stakeholder theory of the firm, corporate governance, marketing and advertising ethics, the rights and responsibilities of employees, product safety, ethical reasoning, business's responsibility to the environment, moving from a culture of compliance to a culture of integrity, and ethical leadership. (This class is restricted to undergraduate students with at least 2nd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**MGMT-340H**            **Business Ethics and Corporate Social Responsibility - Honors**
This course applies concepts of ethics to business at the macro level and at the micro level. At the macro level the course examines competing business ideologies exploring the ethical concerns of capitalism as well as the role of business in society. At the micro level the course examines the role of the manager in establishing an ethical climate with an emphasis on the development of ethical leadership in business organizations. The following topics are typically discussed: the stakeholder theory of the firm, corporate governance, marketing and advertising ethics, the rights and responsibilities of employees, product safety, ethical reasoning, business's responsibility to the environment, moving from a culture of compliance to a culture of integrity, and ethical leadership. (This class is restricted to undergraduate students with at least 2nd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**MGMT-350**                                            **Entrepreneurship**
This course studies the process of creating new ventures with an emphasis on understanding the role of the entrepreneur in identifying opportunities, seeking capital and other resources, and managing the formation and growth of a new venture. It addresses the role of entrepreneurship in the economy and how entrepreneurial ventures are managed for growth. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**MGMT-360**                                     **Digital Entrepreneurship**
Digital Entrepreneurship brings together state-of-the-art knowledge in digital business practices with basic instruction in entrepreneurship and business planning. This highly interactive, applied experience will allow students to develop business ideas, discover RIT resources that support new ventures, network with and learn from industry experts, and complete a professional plan to communicate and advance a digital business venture. Student work for this course will involve research and analysis of electronic marketplaces and, ultimately, the design and development of competitive digital startups. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**MGMT-380**                                  **Human Resource Management**
This course is an introduction to the basic concepts in human resource management (HRM), with an emphasis on developing HRM skills that are important to any manager, not only to those who plan to work in the HRM functional area. It is not intended to prepare one to be a human resource specialist, but rather aims to provide one with an overview of human resource management and the context in which it operates. The course emphasizes experiential learning and interactive discussions, in order to provide a level of learning beyond simple content knowledge in the HRM field. Instructional methods will include readings, mini-lectures, discussions, case analyses, and exercises. (Prerequisites: MGMT-215 or equivalent course and 3rd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**MGMT-399**                                        **Management PT Co-op**
Half semester of paid work experience in management. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**MGMT-420**                              **Managing Innovation and Technology**
This course focuses on commercializing technology, and gives students the chance to work on real business projects involving new technology. Topics covered include assessing inventions for market readiness, drivers of innovation, technology-driven entrepreneurship and intrapreneurship, managing different types of innovation, and the construction of a technology strategy for a firm or business unit. Students learn how to understand both technology and business perspectives as well as how to formulate a profitable technology strategy. Projects focus on current situations in real companies, including, on occasion, student-owned startup companies. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**MGMT-450**                              **Negotiations and Decision-Making**
This course is designed to improve your ability to negotiate by understanding decision-making biases that affect the negotiated outcome. Individual sessions will explore the structure and strategies to mitigate risks and challenges inherent in achieving optimal solutions. (Prerequisites: MGMT-215 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MGMT-470**                   **Applied Entrepreneurship and Commercialization**
This course enables students to gain course credit, in association with the RIT Student Development Lab, for advancing a business concept, working on a multi-disciplinary product commercialization team, or working with an existing entrepreneurial venture. Students must apply for admission into this program and follow the guidelines provided by the RIT Entrepreneurship Program. (Permission of instructor) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**MGMT-488**                                 **Management Co-op Summer**
One summer semester of paid work experience in management. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Summer)**

RIT0000887

**Saunders College of Business**

**MGMT-489** **Seminar in Management**
Special-topics seminars offer an in-depth examination of current events, issues and problems unique to management. Specific topics will vary depending upon student and faculty interest and on recent events in the business world. Seminar topics for a specific semester will be announced prior to the course offering. These seminars may be repeated for credit since topics normally vary from semester to semester. (topic-dependent) **Lecture, Credits 3**

**MGMT-499** **Management Co-op**
One semester of paid work experience in management. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**MGMT-550** **Real World Business Solutions**
Students nearing the completion of their program work in consulting teams to assist startup ventures, small businesses, or other clients from within RIT. Problems are isolated and solutions then developed. Affiliated course projects may focus on a number of areas. For example, they may seek to develop commercialization plans for specific technologies, products, or services; focus on unique problems associated with small businesses, and develop growth strategies. Students also complete an integrative paper that applies previous coursework to this project. (This class is restricted to undergraduate students with at least 4th year standing.) **Lecture 3, Credits 3 (Fall)**

**MGMT-551** **Technology Entrepreneurship (for Engineers/STEM Students)**
This course explores the unique processes, skills, functional disciplines and concepts associated with Technology Entrepreneurship from the perspective of an engineer or technologist. It emphasizes the entrepreneurial process from start to finish—but with an emphasis on the "getting started phase". This course addresses the unique challenges of technologists starting companies from opportunity recognition, product/service creation, value capture through innovation, and the importance of technology-based innovation for the establishment and growth of the new venture in global products and services industries. **Lecture 3, Credits 3 (Fall, Spring)**

**MGMT-560** **Strategic Management**
A capstone course drawing upon major business functions—accounting, finance, marketing, operations management, and organizational theory and how strategic managers integrate functional theories and concepts to create competitive advantage. The course provides an integrated perspective of business organizations toward the achievement of enhanced profitability and a sustainable competitive advantage. Topics include the analysis of business environments, industry attractiveness, and competitive dynamics. Students learn how to formulate and implement effective business-level, corporate-level, and global strategies using theories, cases and a simulation. (Prerequisites: MGMT-215 and MKTG-230 and FINC-220 and DECS-310 or equivalent courses and 4th year standing.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**MGMT-599** **Independent Study Management**
The student will work independently under the supervision of a faculty adviser. *Note: Instructor approval. **Ind Study 3, Credits 3 (Fall, Spring, Summer)**

## Management Information Systems

**MGIS-101** **Computer-based Analysis**
This course provides students with hands-on experience with the analytical software tools and techniques that are used in today's businesses. Emphasis will be placed on the application of spreadsheet models for supporting management decision-making. A variety of spreadsheet-based cases in market research, financial analysis, accounting applications and other business domains will be utilized to show how to effectively analyze and solve business problems using the spreadsheet tool. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 1, Credits 1 (Fall)**

**MGIS-120** **Business Computer Applications**
The primary focus of the course is to provide students with hands-on skills in using computers as productivity tools in the workplace. Students will be exposed to a combination of advanced productivity software including word processors, spreadsheets and presentation graphics applications. Hands-on exercises and assignments will help to develop computer proficiency and problem-solving skills. **Lecture 3, Credits 3 (Fall, Spring)**

**MGIS-130** **Information Systems and Technology**
To be successful in our globally-networked business environment, contemporary management professionals must have a strong grounding in the principles of information and information technology. This course provides an introduction to the field of management information systems (MIS), including the tools and techniques for managing information and information technologies within organizations. We place a particular emphasis on the nature of systems, the role of information in business processes, the management of data, and the planning of MIS design projects. **Lecture 3, Recitation 3, Credits 3 (Fall, Spring)**

**MGIS-201** **Business Information Systems Processes**
Managers, professionals and business technologists manage, maintain or participate in business processes. This course is an introduction to the basic business processes involved in organizations and the information systems that support them. Students examine the relationship between business processes and information systems and the qualities of good information. Students observe how these concepts are applied through hands-on exposure to an enterprise resource planning (ERP) system, such as SAP R/3. **Lecture 3, Credits 3 (Fall)**

**MGIS-320** **Database Management Systems**
Transforming data into information is critical for making business decisions. This course introduces students to the concepts of data, information and the business database management systems (DBMS) used by modern organizations. Exercises and hands-on projects are used to model the information needs of an organization and implement and query databases using applications such as Microsoft Access and SQL. **Lecture 3, Credits 3 (Fall, Spring)**

**MGIS-330** **Systems Analysis and Design**
Successful organizations utilize a systematic approach to solve real-world business problems through the use of computing resources. Students who complete this course will be able to design and model business processes. They will learn how to conduct requirements analysis, approach the design or redesign of business processes, model system functions, effectively communicate systems designs to various levels of management, work in a project-based environment, and approach the implementation of a new organizational information system. **Lecture 3, Credits 3 (Fall, Spring)**

**MGIS-340** **Emerging Business Technologies**
This course stresses a business-oriented approach to evaluating, selecting and leveraging emerging information technologies to support an organization's business processes. Students gain hands-on knowledge to design effective and secure networked IT infrastructure systems for business operations. Students also explore management issues such as defining an IT strategy, establishing IT standards, managing IT operations, and outsourcing IT services. **Lecture 3, Credits 3 (Fall, Spring)**

**MGIS-350** **Developing Business Applications**
Development of business applications is transforming from programming to integration of software components using application development environments. Students learn the fundamentals of computer programming and applications development through a set of programming exercises that focus on visual development environments and component integration. These exercises expand into a project where students apply concepts of typical development and project methodologies to complete a comprehensive programming assignment. **Lecture 3, Credits 3 (Spring)**

**MGIS-355** **Business Intelligence**
The course is intended to provide an integrative foundation in the field of business intelligence at both the operational and strategic levels. Students will experience a variety of contemporary tools to analyze complex business data and arrive at a rational solution. Topic such as data warehousing, visualization and data mining will be covered, along with other topics relevant to the field of business intelligence. The computer will be used extensively throughout the course. (Prerequisites: MGIS-350 and MGIS-320 or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**MGIS-360** **Building a Web Business**
This course gives students both a conceptual and hands-on understanding of the launching of web businesses. Students will study the full process of web business creation, including domain name registration, frameworks for application creation, hosting of web applications and search engine optimization. Students will apply their knowledge by designing and building a business website that can actually make money. **Lecture 3, Credits 3 (Fall, Spring)**

**MGIS-381** **HTM Information Systems and Analytics**
This course emphasizes the use of quantitative and analytical skills, technology and data analytics in HTM management problem solving and decision making. Taking a systems approach, topics include HTM technology system relationships and dynamics, data mining, using relevant data in HTM decision making. HTM-related technology, software, tools and hospitality technology trends, including self-service applications, web-based applications, and transaction processing technologies. **Lecture 3, Credits 3 (Fall)**

**MGIS-399** **Management Information Systems PT Co-op**
Half semester of paid work experience in management information systems. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**MGIS-415** **Object-oriented Business Programming**
Object-oriented Programming (OOP) will prepare students to plan and implement systems using the object-oriented approach. This course will build on earlier programming classes, and will emphasize the programming practices of polymorphism, inheritance, and data hiding. (Prerequisites: MGIS-350 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

RIT0000888

**MGIS-425**                                    **Database Systems Development**
This course builds upon the basic concepts from Database Management Systems. Students work in a real-world business database development environment and gain hands-on experience in advanced database querying language, such as Oracle PL/SQL. Students learn to analyze business processes and, using tools such as Oracle, develop fully functioning database prototype systems to support them. (Prerequisites: MGIS-320 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**MGIS-429**                                    **Cyber: Risk and Resilience**
This course provides a conceptual and practical overview of Cybersecurity Management. A keen awareness of the principles and procedures of cybersecurity is a management necessity with universal business implications. Success in today's global economy requires a focus on cybersecurity strategy and management with governance as an overarching consideration in all risk assessment and management related endeavors. **Lecture 3, Credits 3 (Fall, Spring)**

**MGIS-435**                                    **Advanced Systems Analysis and Design**
Object-oriented analysis and design concepts and techniques are covered. Computer-aided software engineering (CASE) software and software quality metrics are introduced. Students that successfully complete this course and the prerequisite Systems Analysis and Design will have acquired a comprehensive foundational knowledge of systems analysis and design concepts currently used in systems development environments. (Prerequisites: MGIS-330 or equivalent course and 3rd year standing.) **Lecture 3, Credits 3 (Spring)**

**MGIS-445**                                    **Web Systems Development**
Students in this class will analyze business problems and develop data-driven web applications to solve them. An industry-level application server will provide the framework for integrating and deploying a set of client and server technologies to create these applications. Development skills will include presenting and receiving information through a website, validating entered information, and storing entered information in text files or databases. Students will design solutions using Hypertext Markup Language, client scripting and server programs for database and file access. (Prerequisites: MGIS-350 and MGIS-320 or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**MGIS-450**                                    **Enterprise Systems**
This course explores the role of enterprise resource planning (ERP) systems in organizations. Students analyze cross-functional business processes and ERP systems commonly used to support these processes. Students engage in a hands-on project using a current ERP system, such as SAP R/3, to demonstrate, analyze and design system structures, key data elements and process configurations that support cross-functional business processes, including accounting, sales, material management, production and distribution. **Lecture 3, Credits 3 (Fall)**

**MGIS-488**                                    **Mgmt. Info. Sys.  Co-op Summer**
One summer semester of paid work experience in management information systems. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Summer)**

**MGIS-489**                                    **Seminar in MIS**
Advanced study of MIS topics reflecting contemporary issues and/or current technological advancements impacting the development, implementation and management of information systems in organizations. Seminar topics have ranged from new technological developments to management security issues in MIS systems. Topics for a specific semester will be announced prior to the course offering. **Lecture 3, Credits 3 (Fall, Spring)**

**MGIS-499**                                    **Management Information Systems Co-op**
One semester of paid work experience in management information systems. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**MGIS-550**                                    **MIS Capstone**
This capstone course for MIS majors applies the concepts of project management and techniques for estimating, planning and controlling of resources to accomplish specific project goals. Students complete a team project requiring them to develop an innovative information system while utilizing project management techniques. Students analyze real business situations and develop IT-based innovative solutions for problems encountered. (Prerequisites: MGIS-320 and MGIS-330 or equivalent courses and 4th year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**MGIS-589**                                    **Hacking for Defense (H4D)**
Students work with multidisciplinary teams to solve real problems for the United States government, as well as critical infrastructure partners in the Healthcare, Finance, and Energy sectors, through the Hacking for Defense initiative (www.H4Di.org). Students will build a foundation in requirements elicitation through structured interview. Students learn lean launchpad methods to define problems and design technology and/or service innovations, ultimately leading to well-grounded opportunities for follow-on commercialization and academic research. (Prerequisites: MGIS-330 and MGIS-350 or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**MGIS-599**                                    **Independent Study Management Information Systems**
The student will work independently under the supervision of a faculty advisor. (Instructor approval) **Ind Study 3, Credits 3 (Fall, Spring, Summer)**

## Marketing

**MKTG-230**                                    **Principles of Marketing**
An introduction to the field of marketing, stressing its role in the organization and society. Emphasis is on determining customer needs and wants and how the marketer can satisfy those needs through the controllable marketing variables of product, price, promotion and distribution. (This class is restricted to undergraduate students with at least 2nd year standing.) **Lecture 3, Recitation 3, Credits 3 (Fall, Spring, Summer)**

**MKTG-310**                                    **Marketing Research**
Marketing research focuses on methods used to understand the changing needs of customers and markets to guide the decision-making of managers. The course emphasizes the data-driven elements of the marketing research process. Through hands-on methods, students will work through research problem formulation, data sources, data collection methods, and analysis. (Prerequisites: MKTG-230 and STAT-146 or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**MKTG-320**                                    **Internet Marketing**
Internet marketing is critical to an organization's overall strategy. This course focuses on tactics and strategies that enable marketers to fully leverage the internet. Topics include the overall internet marketing landscape, technologies, customer segmenting and targeting, search, analytics and emerging internet-marketing platforms. (Prerequisites: MKTG-230 or NBUS-227 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**MKTG-340**                                    **Product and Service Commercialization**
An introduction to the tools, skills, and knowledge required to minimize the inherent risks in commercialization of new products and services. This course will focus on marketing management techniques and processes that are common to commercialization, such as scanning the external environment, defining a product concept, capturing the Voice of the Customer, and creating marketing plans. (Prerequisites: MKTG-230 or NBUS-227 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MKTG-350**                                    **Consumer Behavior**
A study of the determinants of buying behaviors. Emphasis is on identifying target markets and customer needs, internal and external influences on lifestyle and understanding the buying decision process. (Prerequisites: MKTG-230 or NBUS-227 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**MKTG-360**                                    **Professional Selling**
Selling concepts, tools, strategies, and tactics are discussed as they apply to both external and internal customers. Students learn and experience some of problems faced and rewards earned by those in professional sales. Customer relationship management/partnering with customers and truly seeking to meet their requirements are discussed as key to long-term success. (Prerequisites: MKTG-230 or NBUS-227 or equivalent course and 3rd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**MKTG-365**                                    **Marketing Analytics**
Marketing analytics is the practice of measuring, managing and analyzing marketing performance to maximize its effectiveness and optimize return on investment (ROI). Understanding marketing analytics allows marketers to be more efficient at their jobs and minimize wasted online and offline marketing dollars. It also provides marketers with the information necessary to help support company investment in marketing strategy and tactics. This course provides the participant with the necessary knowledge and practical insights that will help a marketing manager get more out of available data and take strategic advantage of the analysis. This interactive, participatory course is designed to answer key questions: "What is marketing analytics, how can marketing analytics improve my marketing efforts and how can I integrate marketing analytics into my business? (Prerequisites: MKTG-230 and STAT-145 or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**MKTG-370**                                    **Advertising and Promotion Management**
An in-depth view of tools of promotion management: advertising, sales promotion, public relations, personal selling, direct marketing and internet marketing as well as new and alternative media. Basic concepts of how to use print, broadcast, internet and out-of-home media are studied. Planning, budgeting, creative strategy, and the roles of advertising agencies are also covered. (Prerequisites: MKTG-230 or NBUS-227 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MKTG-399**                                    **Marketing PT Co-op**
Half semester of paid work experience in marketing. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

RIT0000889

**Saunders College of Business**

**MKTG-410**             **Search Engine Marketing and Analytics**
An examination of search engine marketing strategies to maximize site traffic, lower customer acquisition costs and boost conversion rates. Marketing frameworks provide the basis for the hands-on examination of search engine marketing and web analytics. (Prerequisites: MKTG-320 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**MKTG-420**             **Advanced Internet Marketing**
An advanced course that gives students an in-depth knowledge of internet theories, marketing problems, and processes. The course will enable students to critically evaluate the internet marketing planning process. It integrates the core principles, tools, and tactics necessary to succeed online. (Prerequisites: MKTG-410 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**MKTG-430**             **Social Media Marketing**
This course introduces the student to the general theories of Social Media Marketing and its relevance and importance as a Marketing tool. The student will learn how to create campaigns and the strategies and tactics in the most popular social media platforms, as generate reports and actions based on social media analytics. (Prerequisites: MKTG-230 or NBUS-227 or equivalent course and 3rd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**MKTG-488**             **Marketing Co-op Summer**
One summer semester of paid work experience in marketing. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Summer)**

**MKTG-489**             **Seminar in Marketing**
Current issues in marketing are the focus of the course. Topics have included direct and database marketing, pricing, advanced marketing research and other current issues in marketing based on student and faculty interest. (Prerequisites: MKTG-230 or NBUS-227 or equivalent course and 3rd year standing.) **Lecture, Credits 3**

**MKTG-499**             **Marketing Co-op**
One semester of paid work experience in marketing. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**MKTG-550**             **Marketing Strategy**
A capstone course that gives the student an in-depth knowledge of middle- and upper-management-level marketing problems and processes. Topics include tools used by marketing managers in the development, implementation and control of marketing plans. * Note: A completed co-op (MKTG-499) is required. (Prerequisite: MKTG-230 and MKTG-499 or MKTG-399 or MKTG-488 or equivalent course and 4th year standing.) **Lecture, Credits 3 (Fall, Spring)**

**MKTG-599**             **Independent Study Marketing**
The student will work independently under the supervision of a faculty adviser. (Instructor approval). **Ind Study 3, Credits 3 (Fall, Spring, Summer)**

## Service Quality

**SERQ-420**             **Service Quality**
Those involved in service professions should be aware of the role quality plays in the industry. This course will allow students to understand how quality initiatives benefit clients and customers, employees, and the organization. Students will explore and apply the concepts of quality management, and process control and improvement. To accomplish these students will review and apply the commonly used quality tools and techniques for problem solving and process improvement. This is a required core course in the applied technical leadership degree. Course is available to undergraduate students only on a space available basis and if ATL admission requirements of associate degree and three years full-time work experience is satisfied with department permission. (This class is restricted to students with at least 4th year standing in ATLEAD-BS.) **Lecture 3, Credits 3 (Fall)**

RIT0000890

# Golisano College of Computing and Information Sciences

## Index

CSCI    Computer Science . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
CSEC    Computer Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
CINT    Computing Exploration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
ISTE    Information Sciences and Technologies . . . . . . . . . . . . . . . . . . . . . 54
IGME    Interactive Games and Media . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
MEDI    Medical Informatics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
NSSA    Networking, Security, and Systems Administration . . . . . . . . . . . . . . . 62
SWEN    Software Engineering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63

*Course numbering: RIT courses are generally referred to by their alphanumeric registration label. The four alpha characters indicate the discipline within the college. The final three digits are unique to each course and identify whether the course is noncredit (less than 099), lower division (100-299), upper division (300-599), or graduate level (600 and above).*

*Unless otherwise noted, the following courses are offered annually. Specific times and dates can be found in each semester's schedule of courses. Prerequisites/corequisites are noted in parentheses near the end of the course description.*

## Computing Exploration

**CINT-091**                                      **The Entrepreneurial Mindset**
Entrepreneurial activities drive the new economy. This course is open to all GCCIS students, as it is likely that they will be involved in entrepreneurial activities at some time in their careers. This might be when they have identified a compelling idea, it might be when a colleague starts a business and needs their expertise for the founding team, or it could be the result of an economic shift. The course discusses what it takes to be a successful entrepreneur a member of a founding entrepreneurial team. It looks at the different contributions of technology, risk-taking, customer interactions, management, and fundraising. **Lecture 1.5, Credits 0 (Fall, Spring)**

**CINT-101**                                      **Computing Exploration Seminar**
A one credit-hour course for the Computing Exploration students, including an overview of the computing disciplines and an introduction to seven computing and informatics academic programs: Computer Science, Computing and Information Technologies, Computing Security, Human-Centered Computing, New Media Interactive Development, Software Engineering, Web and Mobile Computing, as well as a few other computing programs outside the college. Curricula requirements of the seven programs and career opportunities in the computing fields are discussed. Potential employers discuss job opportunities. Introductions to the faculty, students, and laboratory facilities of the seven programs are provided. Cooperative education, study abroad, and innovation fellowship program opportunities available to the students are explored. **Lecture 1.25., Credits 1 (Fall)**

**CINT-110**                                      **Principles of Computing**
This course is designed to introduce students to the central ideas of computing. Students will engage in activities that show how computing changes the world and impacts daily lives. Students will develop step-by-step written solutions to basic problems and implement their solutions using a programming language. Assignments will be completed both individually and in small teams. Students will be required to demonstrate oral and written communication skills through such assignments as short papers, homework, group discussions and debates, and development of a term paper. Computer Science majors may take this course only with department approval, and may not apply these credits toward their degree requirements. **Lecture 3, Credits 3 (Fall, Spring)**

**CINT-112**                                      **Computing with Data**
This course is designed to introduce students to the central ideas of computing with data. Students will engage in activities that will teach them how to develop programs that manipulate and analyze data to inform. Students will work with structured and unstructured data and learn how to use tools to visualize patterns in data. Students will study the social, ethical and privacy issues associated with collecting and analyzing data. Students will be required to demonstrate oral and written communication skills through such assignments as short papers, homework, group discussions and debates, and the development of a substantial program to analyze a data set of their choice. Computing majors may take this course only with department approval, and may not apply these credits toward their degree requirements. (Prerequisites: CSCI-101 or CINT-110 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CINT-151H**                                      **Honors Seminar**
This honors seminar is a foundational course that examines how our social worlds are linked to our physical and material worlds. The corresponding emphasis on inquiry, analysis, and interpretation facilitates student-engaged learning. In exploring pertinent issues/topics through an experiential, active, and site-specific curricular focused learning, various aspects of the human condition are discovered. The theme or topic of this honors seminar, as chosen by the instructor, is announced in the subtitle as well as course notes and is developed in the syllabus. The honors seminar integrates the required YearOne curriculum. **Lecture 1, Credits 0 (Fall)**

## Computer Science

**CSCI-099**                                      **Undergraduate Cooperative Education Seminar**
This seminar helps students prepare for Computer Science co-operative education employment ("co-op") by developing job search strategies and materials, and reviewing relevant policies. Students are introduced to RIT's Office of Career Services and Cooperative Education, and learn about professional and ethical responsibilities for their co-op and subsequent professional experiences. Completion of this seminar and the related assignments are required before a CS student can be registered for co-op. (Prerequisites: This class is restricted to COMPSCI-BS Major students with at least 2nd year standing.) **Lecture 1, Credits 0 (Fall, Spring)**

**CSCI-101**                                      **Principles of Computing**
This course is designed to introduce students to the central ideas of computing. Students will engage in activities that show how computing changes the world and impacts daily lives. Students will develop step-by-step written solutions to basic problems and implement their solutions using a programming language. Assignments will be completed both individually and in small teams. Students will be required to demonstrate oral and written communication skills through such assignments as short papers, homeworks, group discussions and debates, and development of a term paper. **Lecture 3, Credits 3 (Fall)**

**CSCI-140**                                      **Computer Science for AP Students**
This accelerated course covers material from the first-year sequence of courses and provides the foundation for all subsequent Computer Science courses. The course stresses problem solving while covering modern software development techniques and introducing essential software tools. Topics include tree and graph structures, nested data structures, objects, classes, inheritance, interfaces, object-oriented collection class libraries for abstract data types (e.g. stacks, queues, maps, and trees), and static vs. dynamic data types. Concepts of object-oriented design are a large part of the course. Software qualities related to object orientation, namely cohesion, minimal coupling, modifiability, and extensibility, are all introduced in this course, as well as a few elementary object-oriented design patterns. Input and output streams, graphical user interfaces, and exception handling are covered. Note: Requires department permission for registration. **Lec/Lab 6, Credits 4 (Fall)**

**CSCI-141**                                      **Computer Science I**
This course serves as an introduction to computational thinking using a problem-centered approach. Specific topics covered include: expression of algorithms in pseudo code and a programming language; functional and imperative programming techniques; control structures; problem solving using recursion; basic searching and sorting; elementary data structures such as lists, trees, and graphs; and correctness, testing and debugging. Assignments (both in class and for homework) requiring a pseudo code solution and an implementation are an integral part of the course. An end-of-term project is also required. **Lec/Lab 6, Credits 4 (Fall, Spring)**

**CSCI-142**                                      **Computer Science II**
This course delves further into problem solving by continuing the discussion of data structure use and design, but now from an object-oriented perspective. Key topics include more information on tree and graph structures, nested data structures, objects, classes, inheritance, interfaces, object-oriented collection class libraries for abstract data types (e.g. stacks, queues, maps, and trees), and static vs. dynamic data types. Concepts of object-oriented design are a large part of the course. Software qualities related to object orientation, namely cohesion, minimal coupling, modifiability, and extensibility, are all introduced in this course, as well as a few elementary object-oriented design patterns. Input and output streams, graphical user interfaces, and exception handling are covered. Students will also be introduced to a modern integrated software development environment (IDE). Programming projects will be required. (Prerequisite: CSCI-105 or CSCI-141 (with a grade of C- or better) or CSCI-242 or CSCI-140 or 4003-242 or equivalent courses.) **Lec/Lab 6, Credits 4 (Fall, Spring, Summer)**

**CSCI-242**                                      **Computer Science for Transfer Students**
This course serves as a means of bringing transfer students with some programming and data structures background to the same skill level that the computer science program's first year students have after completing CSCI 141 and 142. Problem solving skills and the choice and application of appropriate algorithms and data structures are at the core of the course. Assignments (both in class and for homework) requiring a design and an implementation are an integral part of the course. Larger programming projects are also required. **Lec/Lab 6, Credits 4 (Fall, Spring)**

RIT0000891

**Golisano College of Computing and Information Sciences**

**CSCI-243**                                                    **The Mechanics of Programming**
Students will be introduced to the details of program structure and the mechanics of execution as well as supportive operating system features. Security and performance issues in program design will be discussed. The program translation process will be examined. Programming assignments will be required. (Prerequisites: (CSCI-140 or CSCI-142 or CSCI-242) with a grade of C- or better or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CSCI-250**                                                    **Concepts of Computer Systems**
An introduction to the hardware and software organization of computer systems. The course emphasizes a multilevel model of computer organization. Topics include the digital logic level; the micro architecture level; the machine instruction set level; the operating system level; and the assembly language level. Programming assignments will be required. (Prerequisites: (CSCI-243 or 4003-334) and (MATH-190 or MATH-200 or 1016-366) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CSCI-251**                                        **Concepts of Parallel and Distributed Systems**
This course is an introduction to the organization and programming of systems comprising multiple computers. Topics include the organization of multi-core computers, parallel computer clusters, computing grids, client-server systems, and peer-to-peer systems; computer networks and network protocols; network security; multi-threaded programming; and network programming. Programming projects will be required. (Prerequisites: CSCI-243 or 4003-334 or SWEN-262 or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**CSCI-261**                                                    **Analysis of Algorithms**
This course provides an introduction to the design and analysis of algorithms. It covers a variety of classical algorithms and data structures and their complexity and will equip students with the intellectual tools to design, analyze, implement, and evaluate their own algorithms. (Prerequisites: (CSCI-243 or 4003-334 or SWEN-262) and (MATH-190 or MATH-200 or 1016-366) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**CSCI-262**                                        **Introduction to Computer Science Theory**
This course provides an introduction to the theory of computation, including formal languages, grammars, auto-mata theory, computability, and complexity. (Prerequisites: (MATH-190 or MATH-200 or 1016-366) and (CSCI-140 or CSCI-141 or CSCI-142 or CSCI-242 or 4003-242) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CSCI-263**                                    **Honors Introduction to Computer Science Theory**
This course provides a challenging introduction to the theory of computation with an emphasis on problem solving. Topics include formal languages, grammars, auto-mata theory, computability, and complexity. (Prerequisites: (MATH-190 or MATH-200 or 1016-366) and (CSCI-140 or CSCI-141 or CSCI-142 or CSCI-242 or 4003-242) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**CSCI-264**                                                    **Honors Analysis of Algorithms**
This course provides a challenging introduction to the design and analysis of algorithms with an emphasis on problem solving and algorithmic research. It covers a variety of classical algorithms and data structures and their complexity, as well as deeper coverage of more advanced material; for example, linear programming, approximation algorithms, and randomized algorithms. The course will equip students with the intellectual tools to design, analyze, implement, and evaluate their own algorithms. (Prerequisites: (CSCI-243 or 4003-334 or SWEN-262) and (MATH-190 or MATH-200 or 1016-366) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**CSCI-320**                                                    **Principles of Data Management**
This course provides a broad introduction to the principles and practice of modern data management, with an emphasis on the relational database model. Topics in relational database systems include data modeling; the relational model; relational algebra; Structured Query Language (SQL); and data quality, transactions, integrity and security. Students will also learn approaches to building relational database application programs. Additional topics include object-oriented and object-relational databases; semi-structured databases (such as XML); and information retrieval. A database project is required. (Prerequisites: (MATH-190 or MATH-200 or 1016-366) and (CSCI-142 or 4003-242 or 4003-334) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CSCI-331**                                                    **Introduction to Artificial Intelligence**
An introduction to the theories and algorithms used to create artificial intelligence (AI) systems. Topics include search algorithms, logic, planning, machine learning, and applications from areas such as computer vision, robotics, and natural language processing. Programming assignments are an integral part of the course. (Prerequisites: (CSCI-261 or CSCI-264) and (MATH-251 or STAT-205) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CSCI-344**                                                    **Programming Language Concepts**
This course is a study of the syntax and semantics of a diverse set of high-level programming languages. The languages chosen are compared and contrasted in order to demonstrate general principles of programming language design and implementation. The course emphasizes the concepts underpinning modern languages rather than the mastery of particular language details. Programming projects will be required. (Prerequisites: CSCI-243 or SWEN-250 or IGME-309 or 4003-334 or 4010-361 or 4080-487) and (MATH-190 or MATH-200) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CSCI-351**                                                    **Data Communications and Networks**
This course is an in-depth study of data communications and networks. The course covers design of, and algorithms and protocols used in, the physical, data link, network, transport, and application layers in the Internet; methods for modeling and analyzing networks, including graphs, graph algorithms, and discrete event simulation; and an introduction to network science. Programming projects will be required. (Prerequisites: (CSCI-251 or 4003-334) and (MATH-251 or STAT-251 or STAT-205) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**CSCI-352**                                                    **Operating Systems**
An in-depth study of operating system concepts. Topics include process synchronization, interprocess communication, deadlock, multiprogramming and multiprocessing, processor scheduling and resource management, memory management, static and dynamic relocation, virtual memory, file systems, logical and physical I/O, device allocation, I/O processor scheduling, process and resource protection. Programming projects involving the development of or modification to operating system kernel features will be required. (Prerequisites: (CSCI-250 or CMPE-240 or SWEN-340) and (CSCI-251 or SWEN-342) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**CSCI-420**                                                    **Principles of Data Mining**
This course provides an introduction to the major concepts and techniques used in data mining of large databases. Topics include the knowledge discovery process; data exploration and cleaning; data mining algorithms; and ethical issues underlying data preparation and mining. Data mining projects, presentations, and a term paper are required. (Prerequisites: CSCI-320 and (STAT-145 or MATH-251 or STAT-251 or STAT-205) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**CSCI-421**                                        **Principles of Database System Implementation**
This course provides a broad introduction to database management systems including data modeling, the relational model, and SQL. Database system implementation issues are covered next, where the focus is on data structures and algorithms used to implement database management systems. Topics include physical data organization, indexing and hashing, query processing and optimization, database recovery techniques, transaction management, concurrency control, and database performance evaluation. A programming project will be required. (Prerequisites: CSCI-320. Students may not take and receive credit for CSCI-421 and CSCI-621. If you have earned credit for CSCI-621 or you are currently enrolled in CSCI-621 you will not be permitted to enroll in CSCI-421.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CSCI-431**                                                    **Introduction to Computer Vision**
An introduction to the underlying concepts of computer vision. The course will consider fundamental topics, including image formation, edge detection, texture analysis, color, segmentation, shape analysis, detection of objects in images and high level image representation. Depending on the interest of the class, more advanced topics will be covered, such as image database retrieval or robotic vision. Programming homework assignments that implement the concepts discussed in class are an integral part of the course. (Prerequisite: CSCI-331 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**CSCI-452**                                                    **Systems Programming**
Application of operating system concepts to the design of hardware interfaces for a multiprogramming environment. Laboratory work includes the development of a multiprogramming (optionally, multiprocessing) kernel with system call and interrupt handling facilities, and the building of device drivers for a variety of peripheral devices. This course provides extensive experience with those aspects of systems programming that deal directly with the hardware interface. A significant team programming project is a major component of this course. (Prerequisites: CSCI-352 or (4003-334 and 4003-345) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**CSCI-453**                                                    **Computer Architecture**
Computer Architecture is a study of the design of both modern and classic computer hardware. Topics include: a review of classical computer architectures; the design of operation codes and addressing modes, data formats, and their implementation; internal and external bus structures; architectural features to support virtual storage and page-replacement policies, high-level language features, and operating systems. Students will write programs which simulate the organization of several different processor architectures to help further their understanding of design choices. (Prerequisites: CSCI-352 or 4003-440 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

RIT0000892

**CSCI-455**            **Principles of Cybersecurity**
This course provides a broad introduction to cybersecurity principles and practices, and emphasizes policies and mechanisms for building secure and trusted computer systems. It will cover cybersecurity principles, policies and mechanisms; core knowledge areas of data, software, component, connection, system, human, organizational and societal security; and crosscutting concepts of confidentiality, integrity, availability, risk, adversarial thinking, and systems thinking. Topics in privacy, and legal and ethical aspects will also be emphasized. Presentations, reports and projects are required. This course requires the knowledge of computer science theory and concepts of computer systems. (Prerequisites: CSCI-250 and (CSCI-262 or CSCI-263) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**CSCI-462**            **Introduction to Cryptography**
This course provides an introduction to cryptography, its mathematical foundations, and its relation to security. It covers classical cryptosystems, private-key cryptosystems (including DES and AES), hashing and public-key cryptosystems (including RSA). The course also provides an introduction to data integrity and authentication. (Prerequisites: (CSCI-243 or 4003-334 or SWEN-262 or CSEC-202) and (MATH-190 or 1016-366 or MATH-200) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CSCI-464**            **Xtreme Theory**
A fast paced, informal look at current trends in the theory of computing. Each week is dedicated to a different topic and will explore some of the underlying theory as well as the practical applications of the theory. Sample topics may include: quantum cryptography, networks and complex systems, social welfare and game theory, zero knowledge protocols. Students will be evaluated on homework assignments and a final presentation. Offered every other year. (Prerequisites: (MATH-190 or MATH-200) and (CSCI-140 or CSCI-142 or CSCI-242 or 4003-243) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**CSCI-471**            **Professional Communications**
This course focuses on developing and improving verbal and written communication skills specific to the discipline of computer science. Topics include the different forms of writing in computer science (books, theses, journal articles, technical reports, manuscripts, etc.), writing styles of computer scientists, document readability and usability, documents for career readiness, effective presentations, teamwork and peer review, research methods, experimentation, documenting mathematics and algorithms, proper formatting of graphs, figures, and tables, and ethical, social, and professional issues facing Computer Scientists. This course is approved as Writing Intensive. (This class is restricted to students with at least 4th year standing COMPSCI-BS or COMPSCI-2M) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CSCI-488**            **CS Undergraduate Summer Co-op**
Students perform professional work related to Computer Science for which they are paid. Students must complete a student co-op work report for each term for which they are registered; students are also evaluated each term by their employer. A satisfactory grade is given for co-op when both a completed student co-op work report and a completed, corresponding employer evaluation are received and when both documents are generally consistent. When registered for co-op, students are considered by RIT to have full-time status. In order to register for co-op for summer term, we expect that students will work a minimum of 10 weeks and work a minimum of 35 hours per week. **CO OP, Credits 0 (Summer)**

**CSCI-499**            **Computer Science Undergraduate Co-op**
Students perform professional work related to Computer Science for which they are paid. Students work full time during the term for which they are registered. Students must complete a student co-op work report for each term for which they are registered; students are also evaluated each term by their employer. A satisfactory grade is given for co-op when both a completed student co-op work report and a completed, corresponding employer evaluation are received and when both documents are generally consistent. (Enrollment in this course requires permission from the department offering the course.) **CO OP, Credits 0 (Fall, Spring)**

**CSCI-509**            **Seminar in Computer Science**
This course examines current topics in Computer Science. This is intended to allow faculty to pilot potential new undergraduate offerings. Specific course details (such as prerequisites, course topics, format, learning outcomes, assessment methods, and resource needs) will be determined by the faculty member(s) who propose a specific seminar course in this area. Specific course instances will be identified as belonging to no cluster; hence, such courses will count only as general Computer Science electives. **Lec/Lab 3, Credits 3**

**CSCI-510**            **Introduction to Computer Graphics**
Introduction to Computer Graphics is a study of the hardware and software principles of interactive raster graphics. Topics include an introduction to the basic concepts, 2-D and 3-D modeling and transformations, viewing transformations, projections, rendering techniques, graphical software packages and graphics systems. The course will focus on rasterization techniques and emphasize the hardware rasterization pipeline including the use of hardware shaders. Students will use a standard computer graphics API to reinforce concepts and study fundamental computer graphics algorithms. Programming projects will be required. (Prerequisites: MATH-241 and (CSCI-243 or SWEN-262) and (CSCI-250 or CMPE-240 or SWEN-340) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**CSCI-518**            **Collaborative Seminar in Computer Graphics**
This course examines current topics in Computer Graphics. This is intended to allow faculty to pilot potential new undergraduate offerings. Specific course details (such as prerequisites, course seminar, format, learning outcomes, assessment methods, and resource needs) will be determined by the faculty member(s) who propose a specific seminar course in this area. Specific course instances will be identified as belonging to the Computer Graphics and Visualization cluster. (Enrollment in this course requires permission from the department offering the course.) **Lab 3, Lecture 2, Credits 3**

**CSCI-519**            **Seminar in Computer Graphics**
This course examines current topics in Computer Graphics. This is intended to allow faculty to pilot potential new undergraduate offerings. Specific course details (such as prerequisites, course seminar, format, learning outcomes, assessment methods, and resource needs) will be determined by the faculty member(s) who propose a specific seminar course in this area. Specific course instances will be identified as belonging to the Computer Graphics and Visualization cluster. **Lecture 3, Credits 3**

**CSCI-521**            **Principles of Data Cleaning and Preparation**
This course provides an introduction to the concepts and techniques used in preparing data for subsequent data mining. Topics include the knowledge discovery process; data exploration and its role; data extraction, cleaning, integration and transformation; handling numeric, unstructured, text, web, and other forms of data; and ethical issues underlying data preparation and mining. Data cleaning projects and a paper are required. (Prerequisites: CSCI-320. Students may not take and receive credit for CSCI-521 and CSCI-721. If you have earned credit for CSCI-721 or you are currently enrolled in CSCI-721 you will not be permitted to enroll in CSCI-521.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CSCI-529**            **Seminar in Data Management**
This course examines current topics in Data Management. This is intended to allow faculty to pilot potential new undergraduate offerings. Specific course details (such as prerequisites, course seminar, format, learning outcomes, assessment methods, and resource needs) will be determined by the faculty member(s) who propose a specific seminar course in this area. Specific course instances will be identified as belonging to the Data Management cluster, the Security cluster, or both clusters. **Lecture 3, Credits 3**

**CSCI-531**            **Introduction to Security Measurement**
The course will introduce students into the algorithmic foundations and modern methods used for security evaluation and tools design. It will combine a theoretical revision of the methods and models currently applied for computer security evaluation and an investigation of computer security through the study of user's practice. The students will be required to complete a few homework assignments, to deliver a class presentation and to implement a team project. (Prerequisites: CSCI-351 or (4003-420 and 4003-440) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**CSCI-532**            **Introduction to Intelligent Security Systems**
The course will introduce students to the application of intelligent methodologies in computer security and information assurance systems design. It will review different application areas such as intrusion detection and monitoring systems, access control and biological authentication, firewall structure and design. The students will be required to implement a course project on design of a particular security tool with an application of an artificial intelligence methodology and to undertake its performance analysis. (Prerequisites: CSCI-331 or CSCI-351 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CSCI-539**            **Seminar in Intelligent Systems**
This course examines current topics in Intelligent Systems. This is intended to allow faculty to pilot potential new undergraduate offerings. Specific course details (such as prerequisites, course seminar, format, learning outcomes, assessment methods, and resource needs) will be determined by the faculty member(s) who propose a specific seminar course in this area. Specific course instances will be identified as belonging to the Intelligent Systems cluster, the Computational Vision and Acoustics cluster, the Security cluster, or some combination of these three clusters. **Lecture 3, Credits 3**

RIT0000893

**Golisano College of Computing and Information Sciences**

**CSCI-541**                             **Programming Skills**

The goal of this course is to introduce the students to a programming paradigm and an appropriate programming language chosen from those that are currently important or that show high promise of becoming important. A significant portion of the learning curve occurs through programming assignments with exemplary solutions discussed later in class. The instructor will post specifics prior to registration. With the approval of the program coordinator, the course can be taken for credit more than once, provided each instance deals with a different paradigm and language. (Prerequisites: CSCI-344 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**CSCI-549**              **Seminar in Languages and Tools**

This course examines current topics in Languages and Tools. This is intended to allow faculty to pilot potential new undergraduate offerings. Specific course details (such as prerequisites, course seminar, format, learning outcomes, assessment methods, and resource needs) will be determined by the faculty member(s) who propose a specific seminar course in this area. Specific course instances will be identified as belonging to the Languages and Tools cluster, the Security cluster, or both clusters. **Lecture 3, Credits 3**

**CSCI-559**                       **Seminar in Systems**

This course examines current topics in Systems. This is intended to allow faculty to pilot potential new undergraduate offerings. Specific course details (such as prerequisites, course seminar, format, learning outcomes, assessment methods, and resource needs) will be determined by the faculty member(s) who propose a specific seminar course in this area. Specific course instances will be identified as belonging to the Distributed Systems cluster, the Architecture and Operating Systems cluster, the Security cluster, or some combination of these three clusters. **Lecture 3, Credits 3**

**CSCI-569**                       **Seminar in Theory**

This course examines current topics in Theory. This is intended to allow faculty to pilot potential new undergraduate offerings. Specific course details (such as prerequisites, course seminar, format, learning outcomes, assessment methods, and resource needs) will be determined by the faculty member(s) who propose a specific seminar course in this area. Specific course instances will be identified as belonging to the Theory cluster, the Security cluster, or both clusters. **Lecture 3, Credits 3**

**CSCI-571**                   **Honors Capstone Research**

This course allows students to pursue two threads of research in computer science. One thread is the discovery and analysis of previous work in the field. Students will select, read and collectively discuss papers from conferences and journals in CS. A survey paper on a topic of the student's choice will be required. The other thread is an independent project. Students will select a topic, lay out weekly goals, and meet with the instructor weekly. A final report and presentation will be required. (Enrollment in this course requires permission from the department offering the course.) **Lecture 3, Credits 3 (Fall, Spring)**

**CSCI-599**       **Computer Science Undergraduate Independent Study**

Students work with a supervising faculty member on topics of mutual interest. A student works with a potential faculty sponsor to draft a proposal that describes what a student plans to do, what deliverables are expected, how the student's work will be evaluated, and how much credit will be assigned for successful completion of the work. The faculty sponsor proposes the grade, but before the grade is officially recorded, the student must submit a final report that summarizes what was actually accomplished. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

## Computer Security

**CSEC-088**         **CyberCorps Scholarship for Service Seminar**

This zero credit course is restricted to CyberCorps Scholarship for Service (SFS) recipients only. It provides a platform for mentoring next generation cybersecurity experts. Current topics on cybersecurity will be discussed. Led by the faculty supervisors, the weekly meetings are also designed for presentations on topics related to cybersecurity and the program. (Enrollment in this course requires permission from the department offering the course.) **Lecture 1, Credits 0 (Fall, Spring)**

**CSEC-095**             **Visiting Research Experience**

This supervised graduate research experience involves visiting international student(s) in an original research project. Under the guidance of GCCIS faculty, students will collect data and contribute to problem solving. As a first research experience, emphasis is on the process of scientific research, including problem definition, formulating a research plan, data collection/analysis and interpretation based on existing research. (This course requires permission of the Instructor to enroll.) **Research 1, Credits 0 (Fall, Spring, Summer)**

**CSEC-099**               **Cooperative Education Seminar**

This course helps students prepare for co-operative education employment ("co-op") by developing job search strategies and material. Students will explore current and emerging aspects of the Computing Security field with employers, alumni and current students who have already been on co-op. Students are introduced to RIT's Office of Career Services and Cooperative Education and learn about professional and ethical responsibilities for their co-op and subsequent professional experiences. Students will work collaboratively to build résumés and to prepare for interviews. (This course is restricted to INFOSEC-BS and INFOSDU-BS majors with at least 2nd year student standing.) **Lecture 1, Credits 0 (Fall, Spring)**

**CSEC-101**            **Fundamentals of Computing Security**

An introduction to the fundamental issues, concepts and tools common to all areas of computing security. Topics include identifying attackers and their motivations. Essential techniques will be introduced covering the areas of anti-virus, monitoring, virtual machines, account control, and access rights management. Various security models will be investigated. Concept areas such as confidentiality, integrity, availability and privacy will be studied. **Lecture 3, Credits 3 (Fall, Spring)**

**CSEC-102**            **Information Assurance and Security**

Computer-based information processing is a foundation of contemporary society. As such, the protection of digital information, and the protection of systems that process this information has become a strategic priority for both the public and private sectors. This course provides an overview of information assurance and security concepts, practices, and trends. Topics include computing and networking infrastructures, risk, threats and vulnerabilities, legal and industry requirements for protecting information, access control models, encryption, critical national infrastructure, industrial espionage, enterprise backup, recovery, and business continuity, personal system security, and current trends and futures. **Lecture 3, Credits 3 (Fall, Spring)**

**CSEC-201**           **Programming for Information Security**

This course builds upon basic programming skills to give students the programming knowledge necessary to study computing security. Students will be introduced to network programming, memory management, and operating system calls along with associated security concepts. Specific focus will placed on understanding the compilation process and on the relation between high-level programming concepts and low-level programming concepts, culminating in identifying and exploiting memory corruption vulnerabilities. (Prerequisites: CSEC-101 and (CSCI-142 or CSCI-140 or CSCI-242) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**CSEC-202**            **Reverse Engineering Fundamentals**

This course will teach students the core concepts needed to analyze unknown source code. Students will study a variety of low-level programming languages and how high-level programming language structures relate to low-level programming languages. Students will learn study tools and techniques used for both static and dynamic analysis of unknown binaries, providing the foundation for further study in malware analysis. (Prerequisite: CSEC-201 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**CSEC-362**            **Cryptography and Authentication**

As more users access remote systems, the job of identifying and authenticating those users at distance becomes increasingly difficult. The growing impact of attackers on identification and authentication systems puts additional strain on our ability to ensure that only authorized users obtain access to controlled or critical resources. This course introduces encryption techniques and their application to contemporary authentication methods. (Prerequisites: (CSEC-101 or 4050-220) and (MATH-131 or MATH-190 or 1055-265) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**CSEC-363**            **Cyber Security Policy and Law**

In this course, students will study the need for information security policies, procedures and standards. Students will write security policies and examine cases used as precedent for current laws. Other topics may include, but are not limited to, trust models, security policy design, incident response, and review of legal cases. (Prerequisites: (CSEC-101 or 4050-220) and CSEC-499 or equivalent courses and minimum 3rd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**CSEC-380**           **Principles of Web Application Security**

This course is designed to give students a foundation in the theories and practice relating to web application security. The course will introduce students to the concepts associated with deploying and securing a typical HTTP environment as well as defensive techniques they may employ. (Prerequisites: CSEC-101 or NSSA-221 and NSSA-245 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**CSEC-461**            **Computer System Security**

This course will discuss the areas of liability, exposure, opportunity, ability and function of various weaknesses in computer security. The course will cover forms of attack and the methods to detect and defend against them. The issues and facilities available to both the intruder and administrator will be examined and evaluated with appropriate out-of-class laboratory exercises to illustrate their effect. (Prerequisites: CSEC-101 and NSSA 221 and NSSA-245 or equivalent courses.) **Lab 2, Lecture 2, Credits 3 (Spring)**

RIT0000894

**CSEC-462**                                      **Network Security and Forensics**
This course investigates the many facets of network security and forensics. Students will examine the areas of intrusion detection, evidence collection, network auditing, network security policy design and implementation as well as preparation for and defense against attacks. The issues and facilities available to both the intruder and data network administrator will be examined and evaluated with appropriate laboratory exercises to illustrate their effect. (Prerequisites: CSEC-101 and NSSA-245 or equivalent courses.) **Lab 4, Lecture 3, Credits 3 (Spring)**

**CSEC-464**                                      **Computer System Forensics**
An investigation of the tasks of incident response and computer system forensics will be pursued. Students will learn the basic procedure for incident response as well as the tools needed to uncover the activities of computer users (deleted and hidden files, cryptographic steganography, illegal software, etc). Students will also learn to employ the activities needed to gather and preserve this evidence to ensure admissibility in court. (Prerequisites: CSEC-101 and NSSA-221 or equivalent courses.) **Studio 3, Credits 3 (Fall, Spring)**

**CSEC-465**                                      **Network and System Security Audit**
This course will provide students with an introduction to the processes and procedures for performing a technical security audit of systems and networks. Students will explore state-of-the-art auditing techniques and apply appropriate tools to audit systems and network infrastructure components. In addition, students will write and present their audit reports on vulnerabilities as well as recommendations to fix any problems discovered. (Prerequisites: NSSA-221 and NSSA-245 or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**CSEC-466**                                      **Introduction to Malware**
Computer malware is a computer program with malicious intent. In this course, students will study the history of computer malware, categorizations of malware such as computer viruses, worms, Trojan horses, spyware, etc. Other topics include, but are not limited to, basic structures and functions of malware, malware delivery mechanism, propagation models, anti-malware software, its methods and applications, reverse engineering techniques. (Prerequisites: (CSCI-462 or CSEC-362) and NSSA-221 and NSSA-245 or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall)**

**CSEC-467**                                      **Mobile Device Security and Forensics**
This course will be an in-depth study of security, incident response, and forensics as applied to the hardening and protection of mobile devices. Students will learn issues specific to the security of and vulnerabilities of mobile devices as well as forensics tools and incident response techniques used to reveal activities and information related to mobile devices. (Prerequisites: NSSA-221 or equivalent course.) **Lab 2, Lecture 3, Credits 3 (Fall)**

**CSEC-468**                                      **Risk Management for Information Security**
The three key elements of risk management will be introduced and explored. These are risk analysis, risk assessment, and vulnerability assessment. Both quantitative and qualitative methodologies will be discussed as well as how security metrics can be modeled, monitored, and controlled. Several case studies will be used to demonstrate the risk management principles featured throughout the course. Students will work in teams to conduct risk assessments on the selected case study scenarios. They will develop mitigation plans and present the results of their analysis both in written reports and oral presentations. (Prerequisites: CSEC-101 or equivalent course and 3rd year standing.) **Lecture 3, Credits 3 (Fall)**

**CSEC-469**                                      **Wireless Security**
The goal of this course is to provide the students with an understanding of the principles and concepts of wireless communications and networks, as well as their security vulnerabilities and security protocols. In addition, the students will gain practical experience via a series of attack/defense lab activities, and a software radio project to explore mechanisms for analyzing and/or securing modern wireless networks. The course begins with a primer on wireless security concepts from a physical-layer perspective. It then covers various generations of security protocols for IEEE 802.11 (Wi-Fi) systems, security of cellular networks, security of Internet-of-Things (IoT) communication protocols, security standards for connected vehicles communications, and other selected trending topics. (Prerequisites: (CSCI-462 or CSEC-362) and NSSA-241 or equivalent courses.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**CSEC-470**                                      **Covert Communications**
Covert communications have been employed in the past in traditional information warfare. Today with huge amounts of digital information exchanged in our cyber space and covert communication will become a potential tool for information warfare inside the space. Students will be introduced to the history, theory, methodology and implementation of various kinds of covert communications. Students will explore future techniques and uses of covert communications. More specifically students will explore possible uses of covert communications in the management of botnets. Students will conduct research in this topic area and will write a research paper on their research. Students will be required to submit their paper for publication in a peer-reviewed venue. (This course is restricted to INFOSEC-BS students with 4th year standing.) **Lecture 3, Credits 3 (Fall)**

**CSEC-471**                                      **Penetration Testing Frameworks and Methodologies**
The process and methodologies employed in negotiating a contract, performing a penetration test, and presenting the results will be examined and exercised. Students will be exposed to tools and techniques employed in penetration testing. Assignments will explore the difficulties and challenges in planning for and conducting an assessment exposing potential vulnerabilities. Students will develop a metric used to evaluate the security posture of a given network and will develop a coherent and comprehensive report of their findings to present to their client. Particular attention will be paid to the ramifications of the findings toward the security of the targets. (Prerequisites:  This course is restricted to students in GCCIS with at least 3rd year student standing.) **Lec/Lab 3, Credits 3 (Spring)**

**CSEC-472**                                      **Authentication and Security Models**
As more users access remote systems, the job of identifying and authenticating those users at distance becomes increasingly difficult. The growing impact of attackers on identification and authentication systems puts additional strain on our ability to ensure that only authorized users obtain access to controlled or critical resources. This course reviews basic cryptology techniques and introduces their application to contemporary authentication methods. (Prerequisites: CSCI-462 and CSEC-101 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**CSEC-473**                                      **Cyber Defense Techniques**
Students will study, build, defend and test the security of computer systems and networking infrastructure while potentially under attack. Students will gain an understanding of standard business operations, timelines and the value of risk and project management. Techniques as related to security guidelines and goals will be studied. Aspects of legal requirements, inheriting existing infrastructure, techniques for backup and recovery of data and systems will be examined. (Prerequisites:  This course is restricted to students in GCCIS with at least 3rd year student standing.) **Lec/Lab 3, Credits 3 (Fall)**

**CSEC-474**                                      **Unix-based System Forensics**
This course is designed to provide students with the ability to identify and employ forensics techniques for gathering, preserving and analyzing evidence on Unix-based systems, and to report the pertinent evidence to the courts. The course emphasizes both the fundamental computer forensics procedures and the hands-on experience of utilizing forensics tools to uncover pertinent evidence from memory, allocated and unallocated space, and other Unix artifacts including log files, deleted files, browser history, emails, etc. Students will also follow and practice the forensically-sound procedures to ensure evidence admissibility in court. (Prerequisites: NSSA-221 or equivalent course.) **Lec/Lab 4, Credits 3 (Spring)**

**CSEC-475**                                      **Windows System Forensics**
This course is designed to provide students with the ability to identify and employ forensics techniques for gathering, preserving and analyzing evidence on Windows systems, and to report the pertinent evidence to the courts. The course emphasizes both the fundamental computer forensics procedures and the hands-on experience of utilizing the Windows forensics tools to uncover pertinent evidence from memory, allocated and unallocated space, and other Windows artifacts including registry, recycle bin, Internet Explorer, emails, etc. Students will also follow and practice the forensics-sound procedures to ensure evidence admissibility in court. (Prerequisites: NSSA-221 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall)**

**CSEC-476**                                      **Malware Reverse Engineering**
This course provides an overview of basic concepts, techniques, and tools of malware reverse engineering. Students will learn how to perform reverse engineering to discover hidden software functions and hidden network communication techniques and protocols. Students will also learn techniques to protect against software reverse engineering. (Prerequisites: CSCI-462 and (CSEC-202 or CSEC-466) or equivalent courses.) **Lec/Lab 3, Credits 3 (Spring)**

**CSEC-477**                                      **Disaster Recovery Planning and Business Continuity**
Security and network professionals are increasingly being called upon to apply their knowledge to the development of disaster recovery and business continuity plans. This course will explore DRP/BC in depth using current tools and techniques. Business requirements will be analyzed from the budget, business needs and risk management perspective. Experience gained from at least one co-op is required. (Prerequisites: CSEC-101 or equivalent course and 3rd year standing.) **Lec/Lab 3, Credits 3 (Spring)**

**CSEC-478**                                      **Advanced Mobile Device Forensics**
This course will be an in-depth study of the forensics as applied to the hardening and protection of mobile devices. Students will learn the specifics of the advanced forensic techniques of smartphones and the third-party apps that proliferate these pervasive devices. Additionally, students will examine the various implementations of security in the various operating systems, devices and third-party apps. (Prerequisites: CSEC-467 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Spring)**

RIT0000895

**Golisano College of Computing and Information Sciences**

**CSEC-479** — **Advanced Mobile Device Security**
This course will introduce students to the advanced concepts, techniques, and tools of mobile device security. Students will learn different security models, current malware, pen testing, reverse engineering of mobile devices. Students will perform mobile device security of the most popular operating systems in an effort to provide better security either within the device itself, or through its wireless connections. Students will also learn about mobile malware and the common practices of protection against mobile malware. (Prerequisites: CSEC-467 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall)**

**CSEC-490** — **Capstone in Computing Security**
This is a capstone course for students in the information security and forensics program. Students will apply knowledge and skills learned and work on real world projects in various areas of computing security. Projects may require performing security analysis of systems, networks, and software, etc., devising and implementing security solutions in real world applications. (This course is restricted to INFOSEC-BS students with 4th year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**CSEC-499** — **Cooperative Education in CSEC**
Students will gain experience and a better understanding of the application of technologies discussed in classes by working in the field of computing security. Students will be evaluated by their employer. If a transfer student, they must have completed one term in residence at RIT and be carrying a full academic load. (Enrollment in this course requires permission from the department offering the course.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**CSEC-559** — **UG Sem in Computing Security**
This course explores current topics in computing security. It is intended as a place holder course for faculty to experiment new course offerings in Computing Security undergraduate program. Course specific details change with respect to each specific focal area proposed by faculty. **Lec/Lab 3, Credits 0 - 3 (Fall, Spring)**

**CSEC-599** — **Independent Study in CSEC**
Students will work with a supervising faculty member on a project of mutual interest. Project design and evaluation will be determined through discussion with the supervising faculty member and documented through completion of an independent study form to be filed with the department of computing security. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 6 (Fall, Spring, Summer)**

## Information Sciences and Technologies

**ISTE-099** — **IST Second Year Seminar**
This course helps students prepare for cooperative employment by developing job search approaches and material. Students will explore current and emerging aspects of IST fields to help focus their skill development strategies. Students are introduced to the Office of Career Services and Cooperative Education, and learn about their professional and ethical responsibilities for their co-op and subsequent professional experiences. Students will work collaboratively to build résumés, cover letters, and prepare for interviewing. (Prerequisites: This class is restricted to HCC-BS or CMIT-BS or WMC-BS Major students with at least 2nd year standing.) **Lecture 1, Credits 0 (Fall, Spring)**

**ISTE-100** — **Computational Problem Solving in the Network Domain-I**
A first course in using the object-oriented approach in the network domain. Students will learn to design software solutions using the object-oriented approach, to implement software solutions using a contemporary programming language, and to test these software solutions. Topics include thinking in object-oriented terms, problem definition, designing solutions using the object-oriented approach, implementing solutions using a contemporary programming language, and testing software solutions. Programming projects will be required. **Lec/Lab 3, Credits 4 (Fall, Spring)**

**ISTE-101** — **Computational Problem Solving in the Network Domain-II**
A second course in object-oriented problem solving in the network domain. Students will learn to develop software for the applications layer of the protocol stack. Topics include data structures, network processes, network protocols, and network security. Programming projects will be required. (Prerequisites: ISTE-100 or ISTE-202 or equivalent course.) **Lec/Lab 6, Credits 4 (Fall, Spring)**

**ISTE-105** — **Web Foundations**
A hands-on introduction to Internet and web foundations for non-computing majors. Includes HTML (Hypertext Markup Language) and CSS (Cascading Stylesheets), web page design fundamentals, basic digital image manipulation, and web site implementation and maintenance. Students will design and build their own web sites using the latest technologies and deploy them to the web for world-wide access. (This class is restricted to non-computing majors. Students in GCCIS are not eligible to take this course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**ISTE-110** — **FYW: Ethics in Computing**
Computing and the Internet are now integral parts of our lives. In this course, we consider and discuss how ethical theories and principles can inform and provide guidance about interactions and uses of computing technologies. Topics include the development interpretation, and application of ethical theory, moral values, personal responsibility, codes of conduct, ethics in the real and virtual worlds, intellectual property, and information security. This is a Writing Intensive (WI) course. Students are provided with guidance and opportunities for improving informal and formal writing skills. Grades received on writing assignments will constitute a significant component of the final course grade. **Lecture 3, Credits 3 (Fall, Spring)**

**ISTE-120** — **Computational Problem Solving in the Information Domain I**
A first course in using the object-oriented approach to solve problems in the information domain. Students will learn to design software solutions using the object-oriented approach, to visually model systems using UML, to implement software solutions using a contemporary programming language, and to test these software solutions. Additional topics include thinking in object-oriented terms, and problem definition. Programming projects will be required. **Lec/Lab 6, Credits 4 (Fall, Spring)**

**ISTE-121** — **Computational Problem Solving in the Information Domain II**
A second course in using the object-oriented approach to solving problems in the information domain. Students will learn: basic design principles and guidelines for developing graphical user interfaces, and use of the Event Model to implement graphical interfaces; algorithms for processing data structures; multithreading concepts and use of the Multithreading Model to design and implement advanced processing methods. Additional topics include the relational model of information organization, and the Client-Server model. Individual implementation projects are required. A team implementation exercise is used to provide students an opportunity to apply basic software development and project management practices in the context of a medium-scale project. (Prerequisites: ISTE-120 or NACA-161 or equivalent course.) **Lec/Lab 6, Credits 4 (Fall, Spring)**

**ISTE-140** — **Web and Mobile I**
This course provides students with an introduction to internet and web technologies, and to development on Macintosh/UNIX computer platforms. Topics include HTML and CSS, CSS3 features, digital images, web page design and website publishing. Emphasis is placed on fundamentals, concepts and standards. Additional topics include the user experience, mobile design issues, and copyright/intellectual property considerations. Exercises and projects are required. **Lec/Lab 3, Credits 3 (Fall, Spring)**

**ISTE-151H** — **Honors Seminar: Maps, Mapping and Geographic Experience**
This course focuses on Maps, Mapping, and Geographic Experience. Students will gain hands-on experience with technologies such as Global Positioning Systems (GPSs), Geographic Information Science and Technology (GIS & T), remote sensing, mobile device mapping applications and map-based games. Through active, hands on, experiential learning, students will learn how to use GIS & T to create geographical experiences. GIS & T is a support mechanism for spatially-oriented thinking, reasoning, literacy, and problem-solving. Such problems include international disaster management, climate change, and sustainable development. This honors seminar is a foundational course that examines how our social worlds are linked to our physical, technological and material worlds. The corresponding emphasis on inquiry, analysis, and interpretation facilitates student-engaged learning. In exploring pertinent issues/topics through an experiential, active, and site-specific curricular focused learning, various aspects of the human condition are discovered. The honors seminar integrates the required Year One curriculum. **Lec/Lab 3, Credits 3 (Fall)**

**ISTE-190** — **Foundations of Modern Information Processing**
Computer-based information processing is a foundation of contemporary society. As such, the protection of digital information, and the protection of systems that process this information has become a strategic priority for both the public and private sectors. This course provides an overview of information assurance and security concepts, practices, and trends. Topics include computing and networking infrastructures, risk, threats and vulnerabilities, legal and industry requirements for protecting information, access control models, encryption, critical national infrastructure, industrial espionage, enterprise backup, recovery, and business continuity, personal system security, and current trends and futures. **Lecture 3, Credits 3 (Fall, Spring)**

**ISTE-200** — **Java for Programmers**
An intensive review of object-oriented design and the Java programming language for students with prior programming background. This course covers the creation of application programs using Java. Topics include: Java and the Java environment, object-oriented design, GUI interfaces, exception handling, threads, and the client/server environment. Programming projects will be required. (Prerequisite: Object Oriented programming experience, such as an OO course, or work as an OO programmer). (Prerequisites: IGME-102 or IGME-106 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

RIT0000896

**ISTE-202**                                    **C++ for Programmers**
Introductory application programming with a network-centric nature will be explored. Topics covered include: C++ syntax, pointers, file handling, memory management, and object-oriented programming. Emphasis is on the development of problem-solving skills. Moderately sized programming assignments are required. Prior programming experience (two-course objected-oriented) is required. Students should have a two-course object-oriented programming sequence or equivalent such as ISTE-120 and ISTE-121 to be successful in this course. **Lec/Lab 3, Credits 3 (Fall)**

**ISTE-205**                                    **Digital Image Creation**
This course explores the creation and manipulation of digital images intended for use on the web. Topics include basics of digital photography, acquisition of images, intermediate image manipulation, image compression, and intellectual property issues. (Preequisites: ISTE-105 or ISTE-140 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**ISTE-206**                                    **Digital Video Creation**
This course explores the creation of digital video intended for use on the web. Topics include basics of digital videography, acquisition of audio, editing, streaming, compression, as well as storytelling with video and integration into web sites and applications. (Preequisites: ISTE-105 or ISTE-140 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall)**

**ISTE-222    Computational Problem Solving in the Information Technology Domain III**
The third course in the programming sequence expanding the student's knowledge base of higher level programming concepts including data structures, algorithm development and analysis, Big-O notation, directed graphs, priority queues, performance, and a greater understanding of how complex software can more easily be designed. Programming assignments are required. (Prerequisites: ISTE-121 or ISTE-200 or CSCI-142 or CSCI-140 or IGME-106 or CSCI-242 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ISTE-230**                          **Introduction to Database and Data Modeling**
A presentation of the fundamental concepts and theories used in organizing and structuring data. Coverage includes the data modeling process, basic relational model, normalization theory, relational algebra, and mapping a data model into a database schema. Structured Query Language is used to illustrate the translation of a data model to physical data organization. Modeling and programming assignments will be required. Note: students should have one course in object-oriented programming. (Prerequisites: ISTE-120 or ISTE-200 or IGME-101 or IGME-105 or CSCI-140 or CSCI-142 or NACA-161 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**ISTE-240**                                    **Web and Mobile II**
This course builds on the basics of web page development that are presented in Web and Mobile I and extends that knowledge to focus on theories, issues, and technologies related to the design and development of web sites. An overview of web design concepts, including usability, accessibility, information architecture, and graphic design in the context of the web will be covered. Introduction to web site technologies, including HTTP, web client and server programming, and dynamic page generation from a database also will be explored. Development exercises are required. (Prerequisites: (ISTE-120 or CSCI-140 or CSCI-141 or NACA-161 or IGME-105 or IGME-101) and (ISTE-140 or NACA-172 or NMAD-181 or IGME-230) or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**ISTE-252**                                 **Foundations of Mobile Design**
This course is an introduction to designing, prototyping, and creating applications and web applications for mobile devices. These devices include a unique set of hardware and communications capabilities, incorporate novel interfaces, are location aware, and provide persistent connectivity. Topics covered include user interaction patterns, connectivity, interface design, software design patterns, and application architectures. Programming projects are required. (Prerequisites: ISTE-240 or IGME-330 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**ISTE-260**                                 **Designing the User Experience**
The user experience is an important design element in the development of interactive systems. This course presents the foundations of user-centered design principles within the context of human-computer interaction (HCI). Students will explore and practice HCI methods that span the development lifecycle from requirements analysis and creating the product/service vision through system prototyping and usability testing. Leading edge interface technologies are examined. Group-based exercises and design projects are required. (Prerequisite: ISTE-140 or IGME-230 or NACA-172 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**ISTE-262**                          **Foundations of Human Centered Computing**
This course explores how the fields of psychology, digital design, and computing converge in the design, development, and evaluation of new technologies that people find effective and enjoyable to use. Students will investigate the field of human-computer interaction (HCI), with a focus on how users' various sensory, motor, and cognitive abilities are essential to their successful use of technology. Students will be exposed to modern research methods and paradigms in field of human-computer interaction, including predictive modeling, heuristic evaluation, interpretive methods, and experimental user testing. Students will learn key design principles and guidelines and apply them to analyze existing designs and conduct a design process that is centered on human users of technology. (Prerequisites: ISTE-120 and ISTE-140 and NMDE-111 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ISTE-264**                               **Prototyping and Usability Testing**
This course will explore how modern human centered computing design and evaluation methodologies can be effectively used to create high-quality and usable technologies for a variety of users. Students will learn how an initial design can be evaluated and improved through the use of prototyping and user evaluations. Students will investigate a variety of high- and low-fidelity prototyping techniques, plan an iterative design process for an application, conduct an evaluation of a prototype, and analyze the results of user testing to drive a design process. Programming is required. (Prerequisites: ISTE-262 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**ISTE-266**                                    **Design for Accessibility**
This course will explore the design, evaluation, and use of computing and information technologies to benefit people with disabilities and older adults. Students will learn how to analyze the accessibility of existing software or websites, and they will learn how to design technology that can be effectively, enjoyably, and efficiently used by people with diverse sensory, motor, and cognitive abilities. Students will learn about cutting-edge ways in which science and technology has provided assistance and accessibility for people with disabilities. Students will learn how to investigate the needs of users with disabilities, design technologies according to universal design or accessibility principles, interpret key accessibility regulations and guidelines, and include people with disabilities in the design and evaluation of new technologies. Programming is required. (Prerequisites: ISTE-264 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ISTE-270**                          **Data Exploration and Knowledge Discovery**
Rapidly expanding volumes of data from all areas of society are becoming available in digital form. High value information and knowledge is embedded in many of these data volumes. Unlocking this information can provide many benefits, and may also raise ethical questions in certain circumstances. This course provides students with a gentle, hands-on introduction to how interactive data exploration and data mining software can be used for data-driven knowledge discovery. Students will use statistical, visual, and data/text mining software systems to explore data collections from several different domains such as business, environmental management, healthcare, finance, and transportation. (Prerequisites: STAT-145 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**ISTE-271**                                  **Introduction To Informatics**
This course introduces students to the world of Informatics and provides them with tools to begin working as an informatician. Students learn the breadth of informatics and the roles informaticians play. Tools for working with XML and spreadsheets are presented. The course utilizes extensive hands-on computing, but no programming experience is necessary. (This class is restricted to non-computing majors. Students in GCCIS are not eligible to take this course.) **Lec/Lab 2, Credits 2 (Fall)**

**ISTE-305**                                    **Rapid Online Presence**
Although large-scale web sites still require considerable development effort, there are today several options for establishing a web presence using tools designed for non-programmers. This course gives students understanding of and experience with installing and customizing websites using tools such as Blogs, Wikis, content management systems, and website toolkits. (Preequisites: ISTE-105 or ISTE-140 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall)**

**ISTE-330**                             **Database Connectivity and Access**
In this course, students will build applications that interact with databases. Through programming exercises, students will work with multiple databases and programmatically invoke the advanced database processing operations that are integral to contemporary computing applications. Topics include the database drivers, the data layer, connectivity operations, security and integrity, and controlling database access. (Prerequisites: ISTE-230 or CSCI-320 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**Golisano College of Computing and Information Sciences**

**ISTE-340**            **Client Programming**
This course will explore the analysis, design, development, and implementation of client-side programming in the context of Internet technologies, mobile devices, Web-based client systems and desktop applications. Students will learn to design and build usable and effective interactive systems, clients, and interfaces. Key features addressed will include browser and platform compatibility, object reusability, bandwidth and communications issues, development environments, privacy and security, and related technologies and APIs. Programming is required. (Prerequisites: (ISTE-240 or IGME-330) and (ISTE-121 or ISTE-200 or CSCI-142 or CSCI-140 or IGME-106 or IGME-102) or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**ISTE-341**            **Server Programming**
This course provides in-depth work in server-side programming. Students will develop dynamic, data centric web pages and systems, and server-side information services that will be available to clients implemented in a variety of software technologies. Topics include XML parsing, generation, and consumption; web configuration and security; design patterns; web service structures, and application security. Programming projects are required. (Prerequisites: ISTE-340 and (ISTE-230 or CSCI-320) and (SWEN-383 or SWEN-262) or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**ISTE-358**       **Foundations of Wearable and Ubiquitous Computing**
Wearable technologies, like smart watches, and ubiquitous computing technologies, including the Internet of Things, are entering the mainstream. In this introductory course, students will learn the history of research in these areas and fundamentals of developing for these devices, including interface design, networking, physical form factors; societal issues such as privacy will also be discussed. This class is primarily project-based. (Prerequisites: ISTE-341 and ISTE-252 or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall)**

**ISTE-362**            **Access and Assistive Technology**
Students will gain hands-on experience and knowledge about a wide variety of accessibility and assistive technology available for people with disabilities. Students will understand the design principles underlying this technology and how the features and capabilities of assistive technology can be tailored to a particular individual's needs and capabilities. Students will learn about how new technologies and research in accessibility can be made available for users, and they will learn how to design websites and software that work effectively with a user's own technology. Specific technologies discussed in the course may include, e.g.: alternative input devices, communication devices, and screen readers and magnifiers for people with visual impairments. Programming is required. (Prerequisites: ISTE-266 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**ISTE-371**            **Integration in Informatics**
This course is the capstone for the applied informatics minor. Students will use mashup tools along with their programming and database skills to develop a project, based on their major's domain, which demonstrates the work of an informatician. The course utilizes extensive hands-on computing, including programming and database work. (This class is restricted to non-computing majors. Students in GCCIS are not eligible to take this course.) **Lec/Lab 2, Credits 2 (Spring)**

**ISTE-382**        **Introduction to Geospatial Technologies**
This course provides a survey of underlying concepts and technologies used to represent and understand the earth, collectively referred to as Geospatial Technologies (GTs). Students will gain hands-on experience with GTs, including Global Positioning Systems (GPSs), Geographic Information Systems (GISs), remote sensing, Virtual Globes, and Web mapping mashups. Students also will develop basic spatial thinking, reasoning, problem solving and literacy skills. **Lec/Lab 3, Credits 3 (Fall)**

**ISTE-384**     **Introduction to Geographic Information Systems**
This course introduces students to Geographic Information Systems (GIS). Course lectures, reading assignments, and in-class activities cover a mix of conceptual, practical and technical GIS topics. Topics include GIS data models, basic cartography, geodatabases, spatial data acquisition and creation, and spatial analysis. Through applied research projects, students will learn how GIS is a support mechanism for spatially-oriented thinking, reasoning, literacy, and problem-solving at the global scale. Such global problems include international disaster management, digital humanities, climate change, and sustainable development. This general education course also examines GIS ethical issues such as privacy, information ownership, accuracy, and mapping and social power. **Lec/Lab 3, Credits 3 (Spring)**

**ISTE-386**      **Spatial Algorithms and Problem Solving**
This course is targeted to students with a serious interest in geographical problem solving via underlying spatial algorithms. Students will learn how to compare and contrast different specific spatial algorithms for solving specific geographic problems and develop proficiency with encoding and implementing spatial algorithms in computer programs. Students taking this course will gain a broad interdisciplinary skill set in how to think spatially and computationally through critical engagement of geographical problem solving. (This class is restricted to undergraduate students with at least 2nd year standing.) **Lecture 3, Credits 3 (Fall)**

**ISTE-405**          **Web Integration and Application**
The final course in the minor in web design and development (for non-GCCIS majors). Students will develop a deeper understanding of technologies underlying the web and how to combine them. This course builds upon the work from the preceding four courses in the minor and emphasizes integrating multiple technologies and content sources to create sophisticated websites and web applications for desktop and mobile devices. This course is not available to GCCIS majors. (Prerequisites: ISTE-305 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**ISTE-422**         **Application Development Practices**
In this course, students will gain experience with the processes, practices, and tools professional developers use to deliver robust and maintainable applications. Students will apply these practices and tools to build smaller-scale production-quality applications and systems. Topics include development life cycles, version control, test bed development and use, build utilities, error handling, deployment tools, and documentation. (Prerequisites: ISTE-121 or ISTE-200 or CSCI-142 or CSCI-140 or IGME-106 or CSCI-242 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**ISTE-424**     **Distributed Application Systems Development**
Program code and functionality of larger-scale systems are typically distributed across multiple servers. In this course, students will work with messaging middleware and enterprise development frameworks typically used in industry. Programming projects will be required. (Prerequisites: ISTE-341 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**ISTE-430**         **Information Requirements Modeling**
Students will survey and apply contemporary techniques used in analyzing and modeling information requirements. Requirements will be elicited in a variety of domains and abstracted at conceptual, logical, and physical levels of detail. Process, data, and state modeling will be applied in projects that follow a systems development lifecycle. Object-oriented modeling will be explored and contrasted with data and process oriented modeling. Individual and team modeling assignments will be required. (Prerequisites: ISTE-230 or CSCI-320 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ISTE-432**        **Database Application Development**
Database applications have aspects that need to be considered when designing and developing larger-scale systems. In this course students will explore topics such as concurrent processing, scalability, performance, and security within the context of developing larger-scale data/base information processing systems. Programming projects are required. (Prerequisites: ISTE-330 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**ISTE-434**             **Data Warehousing**
This course covers the purpose, scope, capabilities, and processes used in data warehousing technologies for the management and analysis of data. Students will be introduced to the theory of data warehousing, dimensional data modeling, the extract/transform/load process, warehouse implementation, and summary-data management. The basics of data mining and importance of data security will also be discussed. Hands-on exercises include implementing a small-scale data warehouse. (Prerequisites: ISTE-230 or CSCI-320 or equivalent course and 3rd year standing.) **Lec/Lab 3, Credits 3 (Fall)**

**ISTE-436**       **Database Management and Access**
Students will be introduced to issues in client/server database implementation and administration. Students will configure, test, and establish client-server communication and server-server communication with single and multiple database servers. Topics such as schema implementation, storage allocation and management, user creation and access security, backup and recovery, and performance measurement and enhancement will be presented in lecture and experienced in a laboratory environment. Students will configure and demonstrate successful communication between a database file server and multiple clients. (Prerequisite: ISTE-230 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**ISTE-438**            **Contemporary Databases**
This course will introduce the topic of contemporary databases by covering the design, application and use of non-relational (NoSQL) database technologies. Topics include an overview of data types, structuring and processing data and knowledge, data transformation, and data storage and warehousing. Students will learn the interaction between relational and non-relational databases in the Cloud or other storage media. Programming assignments will be required. (Prerequisites: (ISTE-230 or CSCI-320) and ISTE-240 or IGME-330) or equivalent courses.) **Lec/Lab 3, Credits 3 (Spring)**

**ISTE-442**       **Secure Web Application Development**
When building larger-scale web applications, there are a myriad of concerns that range from technology, security, framework, and architecture selection to runtime performance optimization. This course focuses on the development of secure integrated web applications that consume information served from one or many sources. Trends in web application development are identified and assessed. Programming projects are required. (Prerequisites: ISTE-341 or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall)**

RIT0000898

**ISTE-444**  **Web Server Development and Administration**
Web developers often need to go beyond building web pages and client-server programming to plan, install, configure, develop, and maintain the Web servers that host their sites. They need to understand issues of scalability, performance, and security as they apply to deploying a web presence. This course provides a practical hands-on approach to development, configuration, and administration of web server platforms. Topics include issues of and approaches to scalability, multiple server systems, security, and auditing, as well as the many configuration options, modules, and server alternatives available. (Prerequisites: ISTE-341 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**ISTE-454**  **Mobile Application Development I**
This course extends the material covered in the Foundations of Mobile Design course and provides students with the experience of creating interesting applications for small-size form factor mobile devices such as smartphones These devices are exceptionally portable, have unique sets of hardware and communications capabilities, incorporate novel interfaces, are location aware, and provide persistent connectivity. Students are encouraged to make creative use of these unique device characteristics and operating properties to develop innovative applications. Programming projects are required. (Prerequisite: ISTE-252 and ISTE-340 or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**ISTE-456**  **Mobile Application Development II**
This course extends the Foundations of Mobile Design course in that students will learn to apply mobile design skills to develop applications in the Android platform. Students will design, develop, and test mobile applications using the Android Studio IDE. This course covers the major components such as activities, receivers, content providers, permissions, intents, fragments, data storage, and security. Programming projects are required (Prerequisite: ISTE-252 and ISTE-340 or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**ISTE-458**  **Advanced Topics in Wearable and Ubiquitous Computing**
This course is a sequel to ISTE-358, Foundations of Wearable and Ubiquitous Computing. In this advanced course, students will further their understanding of these technologies and what they can do. A major emphasis will be on context and activity recognition; for example, automatically understanding what a person is doing or whom they are with. This class is primarily project-based. (Prerequisites: ISTE-358 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**ISTE-462**  **Research in Accessibility**
Students will dive into cutting edge research in the field of computer accessibility and assistive technology; they will read, present, and discuss research literature from major conferences and journals in the field. Students will learn about recent developments and ongoing research efforts in accessibility, and they will learn how to synthesize the results from research publications. Students will learn how to identify high quality research and how to critique this work to identify areas for improvement or future research directions. Students will learn the elements of a high-quality research publication, and they will explore and gain expertise in a particular topic in the field of accessibility in depth. (Prerequisites: ISTE-266 and PSYC-251 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ISTE-464**  **Accessibility Through the Lifespan**
Students will explore how accessibility and assistive technologies intersect with aging throughout the lifespan, with a particular focus on the early and later stages of human development, including: educational contexts (for children or young adults) and effective design strategies for promoting accessibility for older adults with diverse capabilities. Students will learn key legal regulations that govern special education and accessibility in educational contexts, including the provision of assistive technologies and the accessibility of instructional technologies. Students will also explore typical changes in ability and impairments that relate to the human aging process, and they will investigate how to design usable and engaging technology for the growing population of older adults. Students will come to understand the concepts and needs of younger and older users firsthand through, e.g., guest speakers or personal interactions. (Prerequisites: ISTE-266 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**ISTE-470**  **Data Mining and Exploration**
Rapidly expanding volumes of data from all areas of society are becoming available in digital form. High value information and knowledge is embedded in many of these data volumes. Unlocking this information can provide many benefits, and may also raise ethical questions in certain circumstances. This course provides students with a hands-on introduction to how interactive data exploration and data mining software can be used for data-driven knowledge discovery, including domains such as business, environmental management, healthcare, finance, and transportation. Data mining techniques and their application to large data sets will be discussed in detail, including classification, clustering, association rule mining, and anomaly detection. In addition, students will learn the importance of applying data visualization practices to facilitate exploratory data analysis. (Prerequisites: (STAT-145 OR MATH-251) and (ISTE-121 OR CSCI-140 OR CSCI-142 OR CSCI-242 OR ISTE-200 OR IGME-201 OR IGME-106) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**ISTE-472**  **Text Analytics**
This course covers fundamental concepts and technologies for the management and analysis of unstructured textual data. Topics include encoding, indexing, preprocessing, storing, searching, processing, and presenting textual information using fully automatic systems. Analytic techniques, such as categorization and clustering, and link analysis, are introduced that allow students to process and analyze textual data, discover patterns and knowledge, and interpret the results. Students use text analytics existing APIs and tools to design experiments for exploring the behavior of basic text analytic techniques. (Prerequisites: ISTE-121 and ISTE-230 and MATH-131 and STAT-146 or equivalent courses and minimum of 3rd year standing.) **Lec/Lab 3, Credits 3 (Fall)**

**ISTE-474**  **Social and Web Analytics**
From the social computing perspective, user interactions create user-generated content. Examples of user-generated content include blogs and wikis, reports of location, activity, plans and schedules, and patterns of interaction. This course will provide students with the knowledge and tools to extract information from user-generated content and to use this information to build user-centric applications with high degrees of personalization. Through development projects, students will gain experience using social network APIs and with developing social-oriented mashups. Security and privacy concerns are emphasized. (Prerequisites: ISTE-341 and ISTE-472 or equivalent courses.) **Lec/Lab 3, Credits 3 (Spring)**

**ISTE-476**  **Visual Analytics**
This course introduces students to Visual Analytics, or the science of analytical reasoning facilitated by interactive visual interfaces. Course lectures, reading assignments, and practical lab experiences will cover a mix of conceptual, practical and technical Visual Analytics topics. Topics include analytical reasoning, human cognition and perception of visual information, visual representation and interaction technologies, data representation and transformation, production, presentation, and dissemination of analytic process results, and Visual Analytic case studies and applications. (Prerequisites: ISTE-260 and ISTE-472 or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall)**

**ISTE-482**  **Geospatial Data Analysis**
This course is an introduction to the theory and techniques used for spatial analysis of complex, geographically referenced data. Topics include spatial data analysis and statistical techniques for a variety of problem types that span a broad spectrum of disciplines. In-class and out-of-class assignments will develop students spatial data analysis skills. (Prerequisites: ISTE-384 and STAT-146 or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall)**

**ISTE-483**  **Information Science and Technology Research**
This course is for students enrolled in the BS IT degree program and minors to demonstrate competence in concepts, techniques and applications via a semester-length research project developed in conjunction with a faculty member and based on the student's degree concentration or minor. With instructor guidance, students will learn how to formulate a research question, choose relevant methods to answer the question, execute the project and present results in a public forum. (This class is restricted to degree seeking students with at least 4th year level.) **Lecture 3, Credits 3 (Spring)**

**ISTE-484**  **Thematic Cartography and Geographic Visualization**
This course examines the use of maps for geographic problem solving and scientific inquiry. Students will learn theory, concepts and techniques associated with maps as geographic problem solving and scientific inquiry devices such as map comprehension, evaluation, construction, usage, and assessment. Students will also learn how to compare, contrast, and implement map-based geographic problem solving and scientific inquiry techniques such as thematic cartography, geographic information visualization, and animated and interactive maps. A geographic problem solving research project that incorporates thematic cartography and geographic visualization solutions is required. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Spring)**

**ISTE-490**  **Futuring**
This course teaches students to evaluate and exploit emerging technologies through the use of futuring techniques in the areas of society, technology, politics, and economics. Techniques include Delphi, modeling, regression models, and scanning. Students also are introduced to an innovation life cycle, describing the origination points of technology, and will discuss diffusion of innovation. Consequences of technology are discussed and modeled and used as a means to evaluate technologies. Some programming is required. (Prerequisites: (ISTE-100 or ISTE-120 or ISTE-200 or ISTE-202) and STAT-146 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**ISTE-499**  **Undergraduate Co-op**
Students perform paid, professional work related to their program of study. Students work full-time during the term they are registered for co-op. Students must complete a student co-op work report for each term they are registered; students also are evaluated each term by their employer. A satisfactory grade is given for co-op when both a completed student co-op report and a corresponding employer report that indicates satisfactory student performance are received. (Enrollment in this course requires permission from the department offering the course.) **CO OP, Credits 0 (Fall, Spring, Summer)**

Undergraduate Course Descriptions   57

RIT0000899

**Golisano College of Computing and Information Sciences**

**ISTE-500**                                    **Senior Development Project I**
The first course in a two-course, senior level, system development capstone project. Students form project teams and work with sponsors to define system requirements. Teams then create architectures and designs, and depending on the project, also may begin software development. Requirements elicitation and development practices introduced in prior coursework are reviewed, and additional methods and processes are introduced. Student teams are given considerable latitude in how they organize and conduct project work. (This class is restricted to WMC-BS, HCC-BS, CMIT-BS students with a minimum of 2 terms of co-op completed.) **Lecture 3, Credits 3 (Fall, Spring)**

**ISTE-501**                                   **Senior Development Project II**
The second course in a two-course, senior level, system development capstone project. Student teams complete development of their system project and package the software and documentation for deployment. Usability testing practices introduced in prior course work are reviewed, and additional methods and processes are introduced. Teams present their developed system and discuss lessons learned at the completion of the course. (Prerequisites: ISTE-500 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ISTE-560**                            **Fundamentals of Instructional Technology**
Instructional Technology encompasses the basic processes for developing and delivering instruction. Instructional Systems Design (ISD) is a well-established methodology for describing knowledge and skills and developing instructional systems to effectively convey knowledge. This course enables the student to plan, organize, and systematically develop instructional materials. The course uses an ISD model to analyze, design, deliver, and evaluate instruction. **Lecture 3, Credits 3 (Fall)**

**ISTE-561**                                        **Interactive Courseware**
Instructional software is referred to as courseware. This course is a continuation of Fundamentals of Instruction Technology (ISTE-560), and serves as a transition from general instructional design principles to the actual application of these principles in a computer-based environment. Using teaching and learning principles is somewhat different when developing instruction that will be delivered by computer. This course teaches techniques that have been successful in the design and development of courseware as well as reviewing current theories and models. (Prerequisites: ISTE-121 and ISTE-560 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**ISTE-590**                                  **Information Technology Seminar**
This course explores emerging topics in Information Technology. The faculty member(s) who offer an Information Technology seminar course determine specific course parameters such as prerequisites, format, learning outcomes, and assessment methods. **Lecture, Credits 1 - 4 (Fall, Spring, Summer)**

**ISTE-599**            **Information Technology Undergraduate Independent Study**
Independent study offers a student an opportunity to explore, in greater depth, a topic previously introduced in a prior course or a topic of special interest. A faculty member supervises the student's work. A student and faculty member will collaboratively develop an independent study proposal that describes the student's plan of work, expected deliverables, evaluation criteria, and number of credits that will be earned. Requires department consent. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

## Interactive Games and Media

**IGME-099**                                   **Co-op Preparation Workshop**
This course helps students prepare for co-operative education employment ("co-op") by developing job search strategies and material. Students will explore current and emerging aspects of IGM fields to help focus their skill development strategies. Students are introduced to RIT's Office of Career Services and Cooperative Education, and learn about professional and ethical responsibilities for their co-op and subsequent professional experiences. Students will work collaboratively to build résumés and digital portfolios, and to prepare for interview situations. (This course is restricted to NWMEDID-BS, GAMEDES-BS YR 2-5 Major students.) **Lecture 1, Credits 0 (Fall, Spring)**

**IGME-101**        **New Media Interactive Design and Algorithmic Problem Solving I**
This course provides students with an introduction to problem solving, abstraction, and algorithmic thinking that is relevant across the field of new media. Students are introduced to object-oriented design methodologies through the creation of event-driven, media-intensive applications. Students will explore the development of software through the use of a range of algorithmic concepts related to the creation of applications by writing classes that employ the fundamental structures of computing, such as conditionals, loops, variables, data types, functions, and parameters. There is an early emphasis on object oriented concepts and design. (This course is restricted to students in NWMEDID-BS or NMDE-BFA with at least 2nd year standing or GAMED-MN students.) **Lec/Lab 6, Credits 4 (Fall, Spring)**

**IGME-102**        **New Media Interactive Design and Algorithmic Problem Solving II**
This course provides students a continued introduction to problem solving, abstraction, and algorithmic thinking that is relevant across the field of new media. As the second course in programming for new media students, this course continues an object-oriented approach to programming for creative practice. Topics will include re-usability, data structures, rich media types, event-driven programming, loaders, XML, object design, and inheritance. Emphasis is placed on the development of problem-solving skills as students develop moderately complex applications. (Prerequisites: C- or better in IGME-101 or equivalent course and students in NWMEDID-BS or NMDE-BFA with at least 2nd year standing or GAMED-MN students.) **Lec/Lab 6, Credits 4 (Fall, Spring)**

**IGME-105**             **Game Development and Algorithmic Problem Solving I**
This course introduces students within the domain of game design and development to the fundamentals of computing through problem solving, abstraction, and algorithmic design. Students will learn the basic elements of game software development, including problem decomposition, the design and implementation of game applications, and the testing/debugging of their designs. (This course is restricted to GAMEDES-BS Major students.) **Lec/Lab 6, Credits 4 (Fall, Spring)**

**IGME-106**            **Game Development and Algorithmic Problem Solving II**
This course furthers the exploration of problem solving, abstraction, and algorithmic design. Students apply the object-oriented paradigm of software development, with emphasis upon fundamental concepts of encapsulation, inheritance, and polymorphism. In addition, object structures and class relationships comprise a key portion of the analytical process including the exploration of problem structure and refactoring. Intermediate concepts in software design including GUIs, threads, events, networking, and advanced APIs are also explored. Students are also introduced to data structures, algorithms, exception handling and design patterns that are relevant to the construction of game systems. (Prerequisites: C- or better in IGME-105 or equivalent course and student standing in the GAMEDES-BS program.) **Lec/Lab 6, Credits 4 (Fall, Spring)**

**IGME-110**                                   **Introduction to Interactive Media**
This course provides an overview of media in historical, current and future contexts. Incorporating lectures and discussion with hands on work involving written and interactive media assets, students examine the role of written and visual media from theoretical as well as practical perspectives. The course also provides an introduction to interactive media development techniques, including digital media components and delivery environments. Students will be required to write formal analysis and critique papers along with digital modes of writing including collaborative editing and effective presentation design. (This course is restricted to 1st - 3rd year students in NWMEDID-BS and GAMEDES-BS.) **Lab 3, Lecture 3, Credits 3 (Fall, Spring)**

**IGME-115**    **Game Development and Algorithmic Problem Solving for Programmers I**
This course presents an introduction to the fundamentals of computing through problem solving, abstraction, and algorithmic design within the domain of game design and development. This course is designed for students with previous experience in programming and will reinforce the concepts of problem decomposition, implementation of a program in a high-level programming language, and testing/debugging of their designs. Students will be introduced to the basic elements of game software development, design of game applications, and applying basic programming knowledge to the game domain. (Enrollment in this course requires permission from the department offering the course.) **Lecture 4, Credits 4 (Fall)**

**IGME-116**   **Game Development and Algorithmic Problem Solving for Programmers II**
This course furthers the exploration of problem solving, abstraction and algorithmic design through the development of their skills in computer programming in the domain of game design and development. Students will deepen their understanding of the object-oriented paradigm of software development through the introduction of data structures, algorithms, exception handling, and design of larger-scale software programs. Students are introduced to realizing their game designs using GUIs and advanced APIs for supporting game development. (Prerequisite: C- or better in IGME 115 or equivalent course.) **Lecture 4, Credits 4 (Spring)**

**IGME-119**                               **2D Animation and Asset Production**
This course provides a theoretical framework covering the principles of animation and its use in game design to affect user experience. Emphasis will be placed upon principles that support character development and animations that show cause and effect. Students will apply these principles to create animations that reflect movement and character appropriate for different uses and environments. (This course is restricted to students in GAMEDES-BS or NWMEDID-BS or GAMED-MN students.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

RIT0000900

**IGME-151H**  **Honors Seminar**
This honors seminar is a foundational course that examines how our social worlds are linked to our physical, technological and material worlds. The corresponding emphasis on inquiry, analysis, and interpretation facilitates student-engaged learning. In exploring pertinent issues/topics through an experiential, active, and site-specific curricular focused learning, various aspects of the human condition are discovered. The honors seminar integrates the required Year One curriculum. (This class is restricted to students in the Honors program.) **Lecture 3, Credits 3 (Fall)**

**IGME-201**  **New Media Interactive Design and Algorithmic Problem Solving III**
This is the third course in the software development sequence for new media interactive development students. Students further their exploration of problem solving and abstraction through coverage of topics such as GUI development, events, file I/O, networking, threading, and other advanced topics related to the design and development of modern dynamic applications. Programming assignments are an integral part of the course. (Prerequisites: C- or better in IGME-102 or equivalent course and student standing in NWMEDID-BS.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-202**  **Interactive Media Development**
In this course, students will learn to create visually rich interactive experiences. It is a course in programming graphics and media, but it is also a course on the relationship between ideas and code. Students will explore topics in math and physics by building programs that simulate and visualize processes in the natural world. Assignments will include major programming projects, such as building a virtual world inhabited by digital creatures that display observable behaviors. (Prerequisites: (C- or better in IGME-106 or IGME-116 or IGME-206 or IGME-201) and MATH-185 or equivalent courses and GAMEDES-BS or NWMEDID-BS Major or GAMEDD-MN students.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-206**  **Game Development for Programmers**
An intensive review of the core features for problem solving within the domain of game design and development for students with a prior software development background. Topics include using existing frameworks, game software architecture, data structures, algorithms, threads, object-oriented design, and data-oriented development appropriate for games, simulations, or entertainment applications. Programming assignments are a required part of this course. **Lecture 4, Credits 4 (Fall)**

**IGME-209**  **Data Structures and Algorithms for Games and Simulations I**
This course focuses upon the application of data structures, algorithms, and fundamental Newtonian physics to the development of video game applications, entertainment software titles, and simulations. Topics covered include 3D coordinate systems and the implementation of affine transformations, geometric primitives, and efficient data structures and algorithms for real-time collision detection. Furthermore, Newtonian mechanics principles will be examined in the context of developing game and entertainment software where they will be applied to compute the position, velocity and acceleration of a point-mass subject to forces and the conservation of momentum and energy. Programming assignments are a required part of this course. (Prerequisites: C- or better in IGME-116 or IGME-106 or IGME-206 or IGME-201 or equivalent courses and GAMEDES-BS or GAMEDD-MN or NWMEDID-BS students.) **Lab 3, Credits 3 (Fall, Spring)**

**IGME-219**  **3D Animation and Asset Production**
This course provides an overview of 3D game asset production. Basic ideas learned within the first asset production course are also revisited within the 3D environs. Topics covered include modeling, texturing, skinning and animation. Emphasis is put on low polygon modeling techniques, best practices in game art production, and effective communication strategies between artists, programmers and designers. (Prerequisites: IGME-119 or equivalent course and student standing in GAMEDES-BS or NWMEDID-BS.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-220**  **Game Design and Development I**
This course examines the core process of game design, from ideation and structured brainstorming in an entertainment technology context through the examination of industry standard processes and techniques for documenting and managing the design process. This course specifically examines techniques for assessing and quantifying the validity of a given design, for managing innovation and creativity in a game development-specific context, and for world and character design. Specific emphasis is placed on both the examination and deconstruction of historical successes and failures, along with presentation of ethical and cultural issues related to the design and development of interactive software and the role of individuals in a team-oriented design methodology. Students in this class are expected to actively participate and engage in the culture of design and critique as it relates to the field. (This course is restricted to students in GAMEDES-BS or NWMEDID-BS or GAMED-MN or GAMEDD-MN YR 2-5 students.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-230**  **Website Design and Implementation**
This course provides an introduction to web development tools and technologies, such as X/HTML, CSS, Javascript and DHTML, AJAX, web platforms and environments, and server-side programming methods. (Prerequisites: (IGME-102 or IGME-106) and IGME-110 and student standing in GAMEDES-BS or NWMEDID-BS or IGME-101 and at least 2nd year student standing in NMDE-BFA.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-235**  **Introduction to Web Technology for Game Developers**
This course introduces web technologies commonly used in the production and distribution of both content focused web sites, and in the creation of interactive applications and games. Students will create web sites and web-native interactive experiences, and publish them to the web. Programming projects are required. (Students must be in GAMEDES-BS or NWMEDID-BS and have completed (IGME-102, IGME-106, IGME-116 or IGME-206) and IGME-110. Students cannot take and receive credit for this course if they have taken IGME-230.) **Lecture 3, Credits 3 (Fall, Spring)**

**IGME-236**  **Interaction, Immersion, and the Media Interface**
This course examines the concepts of interface and interaction models in a media-specific context, with particular emphasis on the concept of the immersive interface. This course explores concepts such as perception, expectation, Gestalt Theory, interactivity, Semiotics, presence, and immersion in the context of media application development and deployment. In addition, underlying concepts of cognitive psychology and cognitive science will be integrated where appropriate. These theories are then integrated in the exploration of the immersive interface, and with related concepts such as user-level-interface modification, augmentation of identity, and the interface as a social catalyst. (Prerequisites: (IGME-102 or IGME-106) and IGME-110 or equivalent courses and student standing in GAMEDES-BS or NWMEDID-BS.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-309**  **Data Structures and Algorithms for Games and Simulations II**
This course continues the investigation into the application of data structures, algorithms, and fundamental Newtonian mechanics required for the development of video game applications, simulations, and entertainment software titles. Topics covered include quaternion representation of orientation and displacement, cubic curves and surfaces, classifiers, recursive generation of geometric structures, texture mapping, and the implementation of algorithms within game physics engines for collision detection and collision resolution of rigid bodies, and the numerical integration of the equations of motion. In addition, advanced data structures such as B+ trees and graphs will be investigated from the context of game application and entertainment software development. Programming assignments are a requirement for this course. (Prerequisites: IGME-209 and ((MATH-171 or MATH-181 or MATH-181A) and MATH-185) and PHYS-111 or equivalent courses and students in GAMEDES-BS or NWMEDID-BS majors or GAMEDD-MN.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-317**  **3D Asset Production Pipeline for Videogames**
There is a need in the video game industry for 3D artists who have an understanding of the specific techniques used when creating game assets. This course is intended to give art students an overview of how 3D asset creation for video games differs from other media. Students with 3D art experience will be exposed to the skills necessary to produce game ready 3D art assets, and to participate in the creation of a completed video game. The entire video game asset production pipeline will be covered, with a focus on 3D game asset development topics such as low-poly modeling, model and texture optimization, reducing draw calls, joint/rigging limitations, and animation limitations. Students will work on a multi-disciplinary video game team, and create 3D art assets for the game. Proficiency with 3D modeling, UV unwrapping, texturing, rigging, and animation is required. (This course is restricted to undergraduate students in CIAS with at least 2nd year standing.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-320**  **Game Design and Development II**
This course continues to examine the core theories of game design as they relate to the professional field. Beginning with a formalized pitch process, this course examines the design and development paradigm from story-boarding and pre-visualization through rapid iteration, refinement, and structured prototyping exercises to further examine the validity of a given design. Specific emphasis is placed on iterative prototyping models, and on methodologies for both informal and formal critique. This course also explores production techniques and life-cycle in the professional industry. (Prerequisites: IGME-202 and IGME-220 or equivalent courses and GAMEDES-BS or NWMEDID-BS or GAMED-MN or GAMEDD-MN students.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-330**  **Rich Media Web Application Development I**
This course provides students the opportunity to explore the design and development of Media Rich Internet Applications (MRIAs). This course moves beyond client and server side web development, and explores issues of presentation, interactivity, persistence, and extensibility common among such applications. Specifically, items explored include framework characteristics, data management, persistence, data binding, information manipulation, as well as data presentation. (Prerequisites: IGME-230 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

RIT0000901

**Golisano College of Computing and Information Sciences**

**IGME-340**                                      **Multi-platform Media App Development**
Interactive media applications are no longer restricted to personal computers. They can now be found on many distinct hardware platforms including mobile, tablet, wearable, and large-screened computing devices. In this course, students will learn to design, prototype and develop media rich interactive experiences that can be deployed to a wide variety of hardware devices. Programming projects are required. (Prerequisites: IGME-330 or equivalent course and student standing in GAMEDES-BS or NWMEDID-BS.) **Lecture 3, Credits 3 (Fall, Spring)**

**IGME-420**                                      **Level Design**
This course introduces level design theory and best practice through game level analysis, evaluation, and creation. Students will learn by analyzing game levels from existing games and discussing what made those levels successful or unsuccessful. Through their analysis and hands on experience, students will gain an understanding of overall level design including layout, flow, pacing, and balance. They will enhance their understanding of level design principles by creating their own game levels. (Prerequisites: IGME-219 and IGME-220 or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-421**                                      **Tabletop Game Design and Development**
This course explores issues pertaining to design, mechanics, development, and production of analog, tabletop hobby games, which include board games, card games, wargames, and other non-digital games catering to multiple players. Students will analyze and apply concepts and mechanics of modern tabletop game design, and build and test tabletop games. Students will work with development and prototyping tools, explore component design and art direction, and work with desktop publishing technologies. In addition, they will work directly with board game publishing and manufacturing technologies and services, and study factors pertaining to the business of tabletop games. (Prerequisites: IGME-220 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-423**                                      **Games for Change**
This course provides students with the opportunity to explore games and simulations for social change and learning. Students will explore various research, design, and development techniques for applying games to addressing issues and problems in communities, from local to global. Students will learn to design and develop games and simulations as well as how to gather and analyze data about the games' usage. Topics may include issues-based organizing and advocacy, place-based learning, and games for civics. In addition, students are exposed to current debates in the field of Games for Change. (Prerequisites: IGME-220 or equivalent course and GAMEDES-BS or NWMEDID-BS Major students.) **Lecture 3, Credits 3 (Fall, Spring)**

**IGME-430**                                      **Rich Media Web Application Development II**
This course provides students the opportunity to continue the exploration of Media Rich Internet Applications (MRIAs). Topics include communications for media ecologies, distributed web application frameworks, advanced interactivity, data transformation, representation, automation, persistence, and large scale systems deployment. In addition, students are exposed to concepts and technologies related to the next generation of MRIA development. (Prerequisites: IGME-330 or equivalent course and student standing in GAMEDES-BS or NWMEDID-BS.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-431**                                      **Digital Video for the Web**
Web-deployed video is an increasingly important medium. It is used for illustration, instruction, entertainment and marketing. Students working with video for the web require an understanding of its inherent qualities, limitations and how it may be implemented. This course will focus on video and specifically how to create and implement quality work suitable for web delivery. (Prerequisites: IGME-202 and IGME-230 or equivalent courses and student standing in GAMEDES-BS or NWMEDID-BS.) **Lec/Lab 3, Credits 3 (Spring)**

**IGME-440**                                      **Online Virtual Worlds and Simulations**
Students will create online virtual worlds and simulations using 3D development technologies. Critical to the exploration of this area, students will learn to utilize 3D constructs for the presentation of and interaction with interactive content and dynamic experiences. The course allows students to integrate prior knowledge in design, programming, and interaction for the creation of such experiences. Individual and group projects will be required. (Prerequisites: IGME-202 and (MATH-171 or MATH-181 or MATH-181A or MATH-186) or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-450**                                      **Casual Game Development**
This course explores the design and construction of casual game experiences. Topics include modes of casual game play, mechanics for casual games, characteristics of successful games, development processes, and the distribution of casual games. Students will create casual games, and employ technologies to address issues of scalability, presentation, social interconnectivity, and game analytics. (Prerequisites: IGME-330 or equivalent course and restricted to students in NWMEDID-BS or IGME-320 or equivalent course and restricted to students in GAMEDES-BS.) **Lec/Lab 3, Credits 3 (Spring)**

**IGME-451**                                      **Systems Concepts for Games and Media**
This course focuses on systems-based theoretical models of computation in the context of a media-delivery modality. Students will explore concepts such as memory management, parallel processing, platform limitations, storage, scheduling, system I/O, and optimization from a media-centric perspective. Particular emphasis will be placed on the integration of these concepts in relation to industry standard hardware including game consoles, mobile devices, custom input hardware, etc. (Prerequisites: IGME-309 or equivalent course and student standing in GAMEDES-BS or NWMEDID-BS.) **Lec/Lab 3, Credits 3 (Spring)**

**IGME-460**                                      **Data Visualization**
Our world is flooded with data, and making sense of it can be a challenge. Visualizations help by exposing information, trends, and correlations that might otherwise go unnoticed in the raw data. In this course, students will learn to collect, clean, organize, and filter data sets of their own choosing. They will learn and apply principles from multiple fields including visual design, the psychology of perception, user experience design, and ethics. They will create static and interactive visualizations with a variety of information structures (hierarchies, maps, timelines, etc.). Students will learn to develop exploratory experiences that tell the story within the data. Programming projects are required. (Prerequisites: IGME-330 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**IGME-470**                                      **Physical Computing and Alternative Interfaces**
The rich variety and widespread adoption of gestural touch screens, motion-sensing devices, weight-reactive surfaces, wearable digital devices, and similar interface products demonstrates the demand for well-integrated devices and services that seamlessly couple people and environments. Such products can interface computers with real-world inputs and outputs, and give people new ways of controlling and experiencing their devices and information. This course provides a rapid technical introduction to basic electronics (components, circuits, microcontrollers, etc.) and emphasizes the application of interface design concepts to physically interactive and innovative product development. The course requires solo and team projects that blend electronics, programming, and design. (Prerequisites: IGME-102 or IGME-106 and at least 3rd year standing.) **Lec/Lab 3, Credits 3 (Fall)**

**IGME-480**                                      **Current Topics in Interactive Development**
Interactive media development is a rapidly evolving field. This course provides an opportunity for students to learn and experiment with emerging themes, practices, and technologies that are not addressed elsewhere in the curriculum. Topics covered in this course will vary based on current developments in the field. Students will explore, design, and develop creative interactive experiences pertaining to the semester's domain area. Programming projects are required. (Prerequisites: IGME-330 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**IGME-499**                                      **Undergraduate Co-op**
Cooperative education is a work experience designed to supplement the educational process. Students may select from a range of activities designated as cooperative education, including relevant industrial experience, internships, entrepreneurial activities, as well as faculty-supervised research and innovation opportunities. (Enrollment in this course requires permission from the department offering the course.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**IGME-529**                                      **Foundations of Interactive Narrative**
This course focuses on the major elements of narrative for interactive environments. Students in this course explore the basics of narrative in the context of interactive games and media, with examination of digital storytelling in games and interactive environments of several varieties. Branching narrative, hypertext, multi- and non-linear concepts are also explored with an emphasis on balancing immersive and interactive aspects of digital narrative. (Prerequisites: IGME-202 or equivalent course and student standing in GAMEDES-BS or NWMEDID-BS.) **Lec/Lab 3, Credits 3 (Spring)**

**IGME-531**                                      **Aesthetics and Computation**
Students will design and build creative applications, while studying the history of computation in the visual arts, music, and other relevant areas. Technical topics include advanced audio-visual programming techniques, while theoretical topics include foundational discussions on artificial life, generative art, microsound, participatory and process-based art, programming as performance, and computational creativity. Individual and/or group projects will be required. (Prerequisites: IGME-330 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-540**                                      **Foundations of Game Graphics Programming**
Students will explore the use of an advanced graphics API to access hardware-accelerated graphics in a real-time graphics engine context. The course will involve discussion of scene graphs, optimizations, and integration with the API object structure, as well as input schemes, content pipelines, and 2D and 3D rendering techniques. Students will also explore the advanced use of the API calls in production code to construct environments capable of real-time performance. Students will construct from scratch a fully functional graphics engine, with library construction for game development. (Prerequisites: IGME-309 or equivalent course and student standing in GAMEDES-BS.) **Lec/Lab 3, Credits 3 (Fall)**

RIT0000902

**IGME-550**                    **Foundations of Game Engine Design and Development**
This course will provide students with theory and practical skills in game engine design topic areas such as understanding the graphics pipeline as it influences engine design, hardware principles and the relationship to game engine construction, mathematical principles involved in game engine design, scene graph construction and maintenance, texture and materials management, collision systems, physics systems, particle systems, and control systems. Furthermore, this course will examine software and toolsets that assist game engine designers in their tasks. Students will be expected to design and implement a game engine in teams as well as properly document their design and development strategy. (Prerequisites: IGME-540 or equivalent course and student standing in GAMEDES-BS.) **Lec/Lab 3, Credits 3 (Spring)**

**IGME-560**                    **Artificial Intelligence for Game Environments**
This course explores introductory artificial intelligence concepts through both a theoretical and practical perspective, with an emphasis on how to apply these concepts in a game development context. In particular the course focuses on applying concepts such as search, reactive intelligence, knowledge representation, and machine learning to real-time situations and applications as relevant to the field of entertainment technology and simulation. (Prerequisites: IGME-309 or equivalent course and student standing in GAMEDES-BS.) **Lec/Lab 3, Credits 3 (Spring)**

**IGME-570**                    **Digital Audio Production**
Technologies and techniques for producing and manipulating digital audio are explored. Topics include digital representations of sound, digital audio recording and production, MIDI, synthesis techniques, real-time performance issues, and the application of digital audio to multimedia and Web production. (Prerequisites: IGME-202 or equivalent course and student standing in GAMEDES-BS or NWMEDID-BS.) **Lec/Lab 3, Credits 3 (Fall)**

**IGME-571**                    **Interactive Game and Audio**
This course provides students with exposure to the design, creation and production of audio in interactive applications and computer games. Students will become familiar with the use of sound libraries, recording sounds in the studio and in the field, generating sound with synthesizers, and effects processing. Students will create sound designs for interactive media, integrating music, dialog, ambient sound, sound effects and interface sounds within interactive programs. (Prerequisites: IGME-202 or equivalent course and student standing in GAMEDES-BS or NWMEDID-BS.) **Lec/Lab 3, Credits 3 (Spring)**

**IGME-580**                    **IGM Production Studio**
This course will allow students to work as domain specialists on teams completing one or more large projects over the course of the semester. The projects will be relevant to experiences of the interactive games and media programs, but will require expertise in a variety of sub-domains, including web design and development, social computing, computer game development, multi-user media, human-computer interaction and streaming media. Students will learn to apply concepts of project management and scheduling, production roles and responsibilities, and their domain skill sets to multidisciplinary projects. Students will complete design documents, progress reports and final assessments of themselves and their teammates in addition to completing their assigned responsibilities on the main projects. (Prerequisites: IGME-330 or equivalent course and restricted to students in NWMEDID-BS or IGME-320 or equivalent course and restricted to students in GAMEDES-BS.) **Lec/Lab 3, Credits 3 (Fall, Spring, Summer)**

**IGME-581**                    **Innovation and Invention**
In this course, students explore the process and products of innovation and invention. Each semester a multi-disciplinary team of students conceives and develops a different outside the box project. Readings, projects, scholarly term papers, and pragmatic challenges of collaboration and communication across disciplines provides direct experience of the interplay of technology, human nature, and a human environment in which emerging technologies and new modes of interaction are pervasive and ubiquitous. Artists, natural scientists, social scientists, and technologists are guided through a series of collaborative experiences inventing, designing, implementing and studying emerging technologies. Presentations, projects and individually-written research papers are required. The faculty staff and resources of the Center for Student Innovation are significant assets for this course. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**IGME-582**            **Humanitarian Free and Open Source Software Development**
This course provides students with exposure to the design, creation and production of Open Source Software projects. Students will be introduced to the historic intersections of technology and intellectual property rights and will become familiar with Open Source development processes, tools and practices. They will become contributing members of humanitarian software development communities such as the One Laptop Per Child and Sugar communities. Students will actively document their efforts on Humanitarian Free and Open Source Software community hubs. (A minimum of 3rd year standing is required to enroll.) **Lec/Lab 3, Credits 3 (Fall)**

**IGME-583**                    **Legal and Business Aspects of FOSS**
The entertainment and software industries are grappling with the impacts of free software digital distribution. Agile development, 3D printing, the Internet and other technologies are changing the face of how business is done, as well as what business can charge for and hold onto. Disruptive technologies, emerging interfaces, and real-time, on-demand product creation and distribution are transforming our entertainment, telecommunications and manufacturing landscapes. This course will examine the impacts of these new technologies and the new thinking that are taking us into these new worlds. (Prerequisites: IGME-582 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall)**

**IGME-584**                    **Software Development on Linux Systems**
Students will learn how to package software for release and engage in version maintenance within the FOSS community. Topics such as Linux package management, version control systems, potential license conflicts, development vs. production releases, bug tracking, maintenance management, forking, patching and future development will be covered in from both a management and end-user perspective in lectures, lab exercises and a project. (Prerequisites: IGME-582 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**IGME-585**                    **Project in FOSS Development**
Free and Open Source Software development is an internationally growing methodology for distributing work across multiple developers. The process can be applied to small garage-sized teams (small utility packages, multimedia plugins, simple games) or teams of hundreds (Mozilla, Java, Linux). This course builds on the introductory experience provided in the prerequisite to provide hands-on open-source development experience in a large-scale, project that will be prepared for open-source distribution. The actual projects and domains addressed will vary offering to offering, but will be along the lines of those listed above. (Prerequisites: IGME-582 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**IGME-588**                    **New Media Team Project**
This course is designed to engage the new media major in a capstone production experience. The instructor will form interdisciplinary student teams that will design, plan, prototype, and implement new media projects. Student groups are required to test their product with users and provide written feedback and analysis. (This course is restricted to NWMEDID-BS students with at least 4th year standing.) **Lab 3, Lecture 3, Credits 3 (Spring)**

**IGME-589**                    **Research Studio**
This course will allow students to work as domain specialists on teams completing one or more faculty research projects over the course of the semester. The faculty member teaching the class will provide the research topic(s). Students will learn about research methodology to implement, test, and evaluate results of projects. Students will complete research reports and final assessments of themselves and their teammates in addition to completing their assigned responsibilities on the main projects. (This course is restricted to students in NWMEDID-BS or GAMEDES-BS with 3rd year standing.) **Lec/Lab 3, Credits 3 (Fall, Spring, Summer)**

**IGME-590**                    **Undergraduate Seminar in IGM**
This is intended to allow for special one-time offerings of undergraduate topics or to allow faculty to pilot new undergraduate offerings. Specific course details (such as the course topics, format, resource needs, and credit hours) will be determined by the faculty member(s) who propose a given special-topics offering. (This course is restricted to students in NWMEDID-BS or GAMEDES-BS with 3rd year standing.) **Lec/Lab, Credits 3 (Fall, Spring, Summer)**

**IGME-599**                    **Independent Study**
The student will work independently under the supervision of a faculty advisor on a topic not covered in other courses. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 6 (Fall, Spring, Summer)**

## Medical Informatics

**MEDI-130**                    **Computers in Medicine**
This course begins with a historical perspective on computing in medicine. It reviews software and hardware from supercomputers to mobile devices, and surveys their use in medical practice, research, and education. Next it studies the nature of medical data, its collection, organization and use. This sets the stage for the major part of the course which studies important applications of computing to medicine, including Hospital Information Systems (HIS), medical imaging, surgery, telemedicine, and pharmacy. **Lec/Lab 3, Credits 3 (Fall)**

**Golisano College of Computing and Information Sciences**

**MEDI-150** **Introduction to Medical Informatics**
An introduction to informatics as applied to the medical field. A study of the nature of medical information and its use in clinical practice, medical research, and medical education. The Electronic Medical Record (EMR) and its impact on health care delivery. The Internet and mobile computing as sources of medical information. The Health Care Information Systems, their development, selection and implementation. The importance of the computing or informatics specialists in medicine and the various roles they can play. Privacy, confidentiality and information security including health care regulatory and accreditation issues and the Health Insurance Portability and Accountability Act (HIPAA). **Lecture 3, Credits 3 (Spring)**

**MEDI-245** **Medical Informatics Seminar**
This is an introduction to the use of computers in medical practice, education and research. Every week a different speaker from the medical field gives a presentation. Students also receive information concerning career opportunities and cooperative education. **Lecture 1, Credits 1 (Spring)**

**MEDI-310** **Developing Medical Applications**
Developing Medical Applications After having successful completed one semester of computer programming in an object oriented programming language, the students in this course learn new computing systems suitable for developing medical applications. These computing systems are popular in hospitals and other health care facilities for both traditional and web-based database applications. Programming projects are required. (Prerequisites: ISTE-120 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall)**

**MEDI-320** **Medical Database Architectures**
This course, designed for BS students with a major or concentration in medical informatics, will provide an in-depth exposure to the design, development, and use of medical databases. Topics may include existing medical databases, flat-file and relational databases, medical data formats, database design and implementation, both relational and object-relational databases, database applications, JDBC, ODBC, SQL, ad hoc queries, desktop and web-based user interfaces, and database administration topics. (Prerequisites: MEDI-310 (4006-310) and ISTE-230 (4002-360) or equivalent courses.) **Lec/Lab 3, Credits 3 (Spring)**

**MEDI-330** **The Electronic Health Record**
This course provides an introduction and hands-on practice in both the use and development of electronic health records. Students address issues related to the acquisition, storage, and use of information in computer-based health records including the various types of information used in clinical care: text, structured data, images, audio, video, etc. Other topics covered include: clinical vocabularies (existing schemes and their limitations); how clinical information is generated and utilized; methods of information storage and retrieval; and the legal, social and regulatory problems associated with electronic health records such as security and confidentiality. Programming assignments will be required. (Prerequisites: MEDI-320 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall)**

**MEDI-430** **Medical Application Integration**
This course will provide students with an understanding of application integration in healthcare. Java programming assignments will be required. Students will also learn medical business processes and how they impact data integration within a hospital. Middleware message brokers will be examined along with the use of the HL7 messaging standard. Web services and other forms of data integration will be studied. (Prerequisites: MEDI-330 and ISTE-121 or equivalent courses.) **Lec/Lab 3, Credits 3 (Spring)**

## Networking, Security, and Systems Administration

**NSSA-101** **NSA Themes**
This course is an introduction to the fundamentals from each of the primary areas of the networking, security and systems administration (NSSA) domain. Students will develop a collective view of the NSSA field as they experience and integrate the perspectives of the sub-domain areas. Students will carry this perspective into the other supporting coursework of their degree program. Topics will focus on the core concepts in the three areas: 1.) wired and wireless networking; 2.) system and network security and awareness, and 3.) systems administration. Emerging technologies in each of the areas will be explored. A project and case studies will be used as the basis for exploring and interrelating each of the fundamental topics. **Lecture 3, Credits 3 (Fall, Spring)**

**NSSA-102** **Computer Systems Concepts**
This course teaches the student the essential technologies needed by NSSA majors, focused on PC and mainframe hardware topics. They include how those platforms operate, how they are configured, and the operation of their major internal components. Also covered are the basic operating system interactions with those platforms, physical security of assets, and computing-centric mathematical concepts. **Lab 2, Lecture 4, Credits 3 (Fall, Spring)**

**NSSA-220** **Task Automation Using Interpretive Languages**
An introduction to the Unix operating system and scripting in the Perl and Unix shell languages. The course will cover basic user-level commands to the Unix operating system, followed by basic control structures, and data structures in Perl. Examples will include GUI programming, and interfacing to an underlying operating system. Following Perl, students will be introduced to the basics of shell programming using the Unix bash shell. Students will need one year of programming in an object-oriented language. (Prerequisite: ISTE-121 or ISTE -200 or CSCI-142 or CSCI-140 or CSCI-242 or equivalent course.) **Lecture 4, Credits 3 (Fall, Spring)**

**NSSA-221** **Systems Administration I**
This course is designed to give students an understanding of the role of the system administrator in large organizations. This will be accomplished through a discussion of many of the tasks and tools of system administration. Students will participate in both a lecture section and a separate lab section. The technologies discussed in this class include: operating systems, system security, and service deployment strategies. (Prerequisites: NSSA-241 and (NSSA-220 or CSCI-141) or equivalent courses.) **Lab 2, Lecture 4, Credits 3 (Fall, Spring)**

**NSSA-241** **Introduction to Routing and Switching**
This course provides an introduction to wired network infrastructures, topologies, technologies, and the protocols required for effective end-to-end communication. Basic security concepts for TCP/IP based technologies are introduced. Networking layers 1, 2, and 3 are examined in-depth using the International Standards Organization's Open Systems Interconnection and TCP/IP models as reference. Course topics focus on the TCP/IP protocol suite, the Ethernet LAN protocol, switching technology, and routed and routing protocols common in TCP/IP networks. The lab assignments mirror the lecture content , providing an experiential learning component for each topic covered. (Prerequisites: NSSA-102 or CSEC-101 or NACT-151 or CSCI-250 or equivalent courses.) **Lab 2, Lecture 3, Credits 3 (Fall, Spring)**

**NSSA-242** **Wireless Networking**
This course is designed to provide the student with an understanding of the protocols, principles and concepts of radio communication as they apply to wireless data networking (802.11) for local area networks and peripherals. As its basis it uses the fundamental concepts and technologies learned in Introduction to Routing and Switching, and expands upon them to include other contemporary and emerging technologies. Topics including WLANs, wireless network operation, network integration, construction and network design will be discussed. Modulation techniques, measurement standards, nomenclature, equipment and theory behind transmissions in this portion of the electromagnetic spectrum will be examined. (Prerequisites: NSSA-241 or equivalent course.) **Lab 2, Lecture 3, Credits 3 (Fall, Spring)**

**NSSA-244** **Virtualization**
This class will take the students through the evolution of virtualization. The class begins with virtual network topologies such as VLANs, trunks and virtual routing and forwarding. The class will examine the various desktop virtualization platforms (Type 1) such as VirtualBox and VMWare workstation. Midway through the class students will transition into bare metal hypervisors (Type 2) and server virtualization. Elements of software defined networking, storage (ex. iSCSI) and cloud computing will also be discussed. (Prerequisites: NSSA-221 and NSSA-241 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**NSSA-245** **Network Services**
This course will investigate the protocols used to support network based services and the tasks involved in configuring and administering those services in virtualized Linux and Windows internet working environments. Topics include an overview of the TCP/IP protocol suite, in-depth discussions of the transport layer protocols, TCP and UDP, administration of network based services including the Dynamic Host Configuration Protocol (DHCP), Domain Name Service (DNS), Secure Shell (SSH), and Voice Over IP (VoIP). Students completing this course will have thorough theoretical knowledge of the Internet Protocol (IP), the Transport Control Protocol (TCP), and the User Datagram Protocol (UDP), as well as experience in administering, monitoring, securing and troubleshooting an internet work of computer systems running these protocols and services. (Prerequisites: NSSA-241 and (NSSA-220 or CSCI-141) and NSSA-221 or equivalent courses.) **Lab 4, Lecture 4, Credits 3 (Fall, Spring)**

**NSSA-290** **Networking Essentials for Developers**
This is a course in the basics of network communication for software developers. Topics will include the OSI 7-layer model and its realization in the TCP/IP protocol stack. Students will also learn about naming and name resolution as it is used in the internet, plus the basics of routing and switching. The focus in all of this will be on an analysis of how name resolution, routing and switching operate at the developer's perspective. The specifics of how the socket transport layer appears to the programmer and operates will be a key topic. Finally, an overview of authentication mechanisms and number of examples of the security vulnerabilities of existing communication protocols will be provided to instruct students on the inherent risks of communication via the INTERNET. (Prerequisites: ISTE-121 or ISTE-200 or CSCI-142 or CSCI-140 or CSCI-242 or IGME-102 or IGME-106 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

RIT0000904

**NSSA-320**                                    **Configuration Management**
This course teaches students advanced techniques in the Perl language. Techniques include the use and construction of object oriented scripts, user administration and monitoring, file system walking and checking, and computer and network security issues. (Prerequisites: NSSA-220 or CSCI-141 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall)**

**NSSA-322**                                    **Systems Administration II**
This course will explore the skills required of a systems administrator in a large enterprise organization. Students will gain experience in managing an integrated Linux and Windows environment, using identity management, monitoring, and centralized logging systems. Other areas of examination will include a deeper understanding of many protocols including DNS, DHCP, SNMP, LDAP, IMAP, and SMTP. Containerization and virtualization concepts will also be explored. The student will also study security topics including Transport Layer Security, Pluggable Authentication Modules, SELinux, Kerberos, and Group Policy Objects. This course is a writing-intensive course that will require students to write a formal research paper. (Prerequisites: NSSA-221 or equivalent course.) **Lab 2, Lecture 4, Credits 3 (Fall, Spring)**

**NSSA-341**                                    **VoIP and Unified Communications**
Students will explore the issues associated with migrating to newer systems and implement their own IP based voice networks. These networks will be designed to carry real time data, including IP telephony and video. Topics will include codecs, protocols and the changing nature of the industry. (Prerequisites: NSSA-242 or equivalent course.) **Lab 4, Lecture 4, Credits 3 (Fall)**

**NSSA-342**                                    **Large Scale Networking**
This course will discuss the changing nature of communication, the requirements of emerging applications, the effect on network design, quality of service and the associated security concerns. The focus is on the evolution of multimedia services (such as voice and video) and Internetworking technologies in support convergence. This course will focus on advanced networking techniques to ensure quality of service and security for real time data. Examples include policies and class based routing. (Prerequisites: NSSA-341 or equivalent course.) **Lab 4, Lecture 4, Credits 3 (Spring)**

**NSSA-370**                                    **Project Management**
This course teaches the student the essential project management basics needed by CIT and WMC majors. Exposure to project lifecycles and a sampling of PM best practices will be covered. (This class is restricted to students with at least 3rd year standing.) **Lecture 3, Credits 3 (Spring)**

**NSSA-422**                                    **Storage Architectures**
This course provides students with a theoretical as well as hands-on exposure to enterprise scale storage technologies such as storage area networks and network attached storage. Students will study SCSI, Fibre Chanel, IP Storage, Infiniband, and Fibre Channel over Ethernet both in lectures and labs. They will also gain a better appreciation for the importance of storage architectures in the enterprise. (Prerequisites: NSSA-322 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**NSSA-423**                                    **Scalable Computing Architectures**
This course explores mid-range (server farms and clusters) and mainframe system architecture, hardware, configuration, and operating system concepts. Students in this course gain understanding of the reasons companies choose mid-range and large-scale systems for their computing environments and how those firms implement those architectures. (Prerequisites: ISTE-121 or ISTE-200 or CSCI-142 or CSCI-140 or CSCI-242 or IGME-102 or IGME-106 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**NSSA-425**                                    **Data Center Operations**
This course provides students with a background in the technologies and techniques used to design, implement, and maintain a modern data center. This course will help students to see the interrelated nature of many of these topics and to gain a better understanding of the role of the following technologies in a modern data center: physical facility design, network infrastructures, power distribution, heating, ventilation and air conditioning (HVAC), storage, high-availability computing, disaster recovery, and emerging data center technologies. (Prerequisites: NSSA-322 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**NSSA-426**                                    **System Design and Deployment**
Problems or the implementation of a new business strategy requiring the support of computing solutions for their resolution or success must first be systematically analyzed to determine the most effective and cost efficient solution. Once the solution is defined and designed it must then be successfully deployed. This course will help students develop skills in in the areas of requirements gathering, requirements analysis and group problem solving. Using prerequisite knowledge students will design a solution. Students will learn the about the consequences of new technology solutions and how to plan a successful deployment and implementation of their technological solution. (Prerequisites: NSSA-322 or equivalent course and 4th year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**NSSA-427**                                    **Scalable Web Services Architectures**
Web applications can be highly variable in both their workload and the amount of resources required to support their provision of services to users. Having access to cloud based resources allows organizations to actively manage service deployment in different ways and with different tools. This course will enable students to utilize and develop cloud-based implementations of tools, such as load balancing and distributed systems architectures, and identify the challenges associated with the provision of services in this environment and some of the cloud-based tools and techniques used to manage service deployment. Projects will be required. (Prerequisites: (NSSA-241 and NSSA-320) or (NSSA-290 and ISTE-444) or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**NSSA-441**                                    **Advanced Routing and Switching**
Advanced Routing and Switching covers advanced networking technologies available to enterprises. Protocol options and their evolutions over the years, the growth in complexity and its impacts are explored in depth. Topics include: VLANs and VLAN Hierarchies, Loop-Avoidance in customer, provider and provider backbone networks such as RSTP and Shortest Path Bridging, , IPv4 and IPv6 coexistence issues, Routing protocols with IPv4 and IPv6 for inter and intra-AS routing, MobileIP, queuing and Quality of service routing and congestion control in the Internet, MultiProtocol Label Switching, Routing and Switching in wireless networks (Prerequisites: NSSA-241 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**NSSA-443**                                    **Network Design and Performance**
This course will examine the design and performance of networks. Students will learn to design networks based on identified needs and analyze the performance of that network. The designs include site, campus, and enterprise. WAN technologies will be combined with LAN technologies in the design of enterprise networks. A simulation tool may be used to implement the design as a network model and evaluate the performance of the network model. (Prerequisites: NSSA-241 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**NSSA-445**                                    **Mobile Adhoc and Sensor Networks**
This course will help students to identify the major challenges in deploying mobile adhoc and sensor networks. Students will explore current ad-hoc/sensor technologies by researching key areas such as algorithms, protocols and applications. Students will learn to investigate how some of the challenges are addressed by researching publications. At the end of this course students will gain knowledge on the latest technological advances in wireless ad hoc and sensor networks, their significance in multiple applications and solutions to challenges that still require to be addressed. (Prerequisites: NSSA-242 and ISTE-101 or ISTE-121 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

## Software Engineering

**SWEN-099**                                    **Undergraduate Cooperative Education Seminar**
This seminar helps students prepare for Software Engineering co-operative education employment ("co-op") by developing job search strategies and materials, and reviewing relevant policies. Students are introduced to RIT's Office of Career Services and Cooperative Education, and learn about professional and ethical responsibilities for their co-op and subsequent professional experiences. Completion of this seminar and the related assignments are required before a SE student can be registered for co-op. (Prerequisites: This class is restricted to SOFTENG-BS Major students with at least 2nd year standing.) **Lecture 1, Credits 0 (Fall, Spring)**

**SWEN-101**                                    **Software Engineering Freshman Seminar**
Provides first-year students with the skills necessary to succeed at RIT and in the software engineering program. Small group sessions are used to help new students make friends, create a stronger bond with RIT and their program and become acquainted with the campus and its facilities. In addition, students are introduced to the profession of software engineering and to ethical issues they will face at RIT and throughout their careers. (SOFTENG-BS) **Lecture 2, Credits 1 (Fall)**

**SWEN-102**                                    **Software Engineering Seminar for Transfers**
Provides students that have recently transferred into the software engineering program with an introduction to the profession of software engineering and the skills necessary to succeed in the program. (SOFTENG-BS) **Lecture 2, Credits 1 (Fall, Spring)**

**SWEN-220**                                    **Mathematical Models of Software**
An introduction to the use of mathematics to model software as part of the software process. Included will be models of software structure and functionality, concurrent and distributed computation, and structured data. (Prerequisites: (MATH-190 or MATH-131) and (CSCI-140, CSCI-142 or CSCI-242) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

RIT0000905

**Golisano College of Computing and Information Sciences**

**SWEN-250**                                                    **Personal Software Engineering**
This is a project-based course to enhance individual, technical engineering knowledge and skills as preparation for upper-division team-based coursework. Topics include adapting to new languages, tools and technologies; developing and analyzing models as a prelude to implementation; software construction concepts (proper documentation, implementing to standards etc.); unit and integration testing; component-level estimation; and software engineering professionalism. (Prerequisites: CSCI-105 or CSCI-141 or CSCI-140 or CSCI-242 with a grade of C- or better. Co-Requisites: Students who took CSCI-141 are required to have co-enrollment in or have completed CSCI-142 before enrolling in SWEN-250.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**SWEN-256**                                                    **Software Process and Project Management**
An introductory course to software process and related software project management issues. Emphasis is on the study, use, evaluation, and improvement of the software development process and related project management. Topics include software development methodologies, software project planning and tracking, change control, software quality assurance, risk management, and software process assessment and improvement. (Prerequisites: SWEN-261 or equivalent course) **Lecture 3, Credits 3 (Fall, Spring)**

**SWEN-261**                                                    **Introduction to Software Engineering**
An introductory course in software engineering, emphasizing the organizational aspects of software development and software design and implementation by individuals and small teams within a process/product framework. Topics include the software lifecycle, software design, user interface issues, specification and implementation of components, assessing design quality, design reviews and code inspections, software testing, basic support tools, technical communications and system documentation, team-based development. A term-long, team-based project done in a studio format is used to reinforce concepts presented in class. (Prerequisite: CSCI-140 or CSCI-142 or CSCI-242 or 4003-243 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**SWEN-262**                                                    **Engineering of Software Subsystems**
An introduction to the principles of the foundations of contemporary software design. Topics include software subsystem modeling, design patterns, design tradeoffs, and component-based software development, with a focus on application of these concepts to concrete design problems. The relationship between design and related process issues such as testing, estimation, and maintenance are also discussed. (Prerequisites: SWEN-261 and (SWEN-250 or (CSCI-243 or 4003-334) or CMPE-380 or SOFTENG-MN) or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**SWEN-331**                                                    **Engineering Secure Software**
Principles and practices forming the foundation for developing secure software systems. Coverage ranges across the entire development lifecycle: requirements, design, implementation and testing. Emphasis is on practices and patterns that reduce or eliminate security breaches in software intensive systems, and on testing systems to expose security weaknesses. (Prerequisites: SWEN-261 and (SWEN-488 or SWEN-498 or SWEN-499 or CSEC-499 or CSCI-488 or CSCI-499 or CMPE-499) or equivalent course.) **Studio 3, Credits 3 (Fall, Spring)**

**SWEN-340**                                                    **Software Design for Computing Systems**
To design and develop high quality products software engineers need to understand the physical components and systems that are an integral part of these products. This understanding is critical in the fulfillment of non-functional requirements such as performance, reliability and security. This course will provide software engineering students with hardware, computer architecture, and networking domain specific knowledge. Course programming assignments will provide practical experience developing software that interfaces with hardware components and systems. (Prerequisites: SWEN-220 and SWEN-250 or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**SWEN-342**                    **Engineering of Concurrent and Distributed Software Systems**
The principles, practices and patterns applicable to the design and construction of concurrent and distributed software systems. Topics include synchronization, coordination and communication; deadlock, safety and liveness; concurrent and distributed design patterns; analysis of performance; distributed state management. (Prerequisites: ((SWEN-220 and SWEN-262) or 4010-362) or equivalent courses.) **Studio 3, Credits 3 (Fall, Spring)**

**SWEN-343**                                                    **Engineering of Enterprise Software Systems**
This course addresses architecture-level design of large, enterprise-critical software systems. The course focuses on enterprise-level design patterns and on design approaches for object-oriented and aspect-oriented application containers: encapsulating database access, application distribution, concurrent session management, security, scalability, reliability, web-based user interaction, and the programming models and tools to support system development, integration, testing, and deployment. Hands-on exercises and a team project will reinforce the course concepts and expose students to the complexity of these systems. (Prerequisites: ((SWEN-220 and SWEN-262) or 4010-362) or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**SWEN-344**                                                    **Engineering of Web Based Software Systems**
A course in web engineering, emphasizing organizational aspects of web development, design and implementation by individuals and small teams. Students will be instructed in the proper application of software engineering principles to the creation of web applications. Course topics will include, but not be limited to web usability, accessibility, testing, web services, databases, requirements elicitation and negotiation. A term-long, team-based project done in a studio format is used to reinforce concepts presented in class. (Prerequisites: SWEN-262 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**SWEN-350**                                                    **Software Process and Product Quality**
This course covers advanced topics in software engineering relating to software quality, with processes and metrics being viewed as a means to achieving quality. Quality is interpreted broadly to include product functionality and performance, project schedule and budget, and business objectives. Software metrics help a software organization on two main fronts: quality assessment of its products and processes, and process improvement towards its main goal: the production of successful software artifacts within schedule and budget constraints. (Prerequisites: SWEN-256 and (STAT-205 or STAT-145 or MATH-251) and (SWEN-488 or SWEN-498 or SWEN-499 or CSCI-499 or CSCI-488 or CSEC-499 or CMPE-499) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**SWEN-352**                                                    **Software Testing**
Concepts and techniques for testing software and assuring its quality. Topics cover software testing at the unit and system levels; static vs. dynamic analysis; functional testing; inspections; and reliability assessment. (Prerequisites: SWEN-261 or equivalent course) **Lecture 3, Credits 3 (Fall, Spring)**

**SWEN-356**                                                    **Trends in Software Development Processes**
A course in the exploration of current approaches in planning, executing and managing the project activities performed during the development of a professional software product. Topics include the characteristics of state of the practice development methods, selecting practices best suited based on project context and techniques for refining practices to achieve process improvement. Students work on team projects inclusive of all development life cycle activities to reinforce concepts presented in class. (Prerequisites: SWEN-256 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**SWEN-383**                                                    **Software Design Principles and Patterns**
Quality software designs and architectures reflect software engineering principles that represent best contemporary practice. This course focuses on explicating these fundamental principles, examining a set of design and architecture patterns that embody the principles, and applying patterns appropriate to a design problem in a given context. Restricted to IST majors only. (Prerequisites: ISTE-240 or equivalent course. Co-requisite: ISTE-340 or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**SWEN-440**                                                    **Software System Requirements and Architecture**
Principles and practices related to identifying software system stakeholders, eliciting functional and quality requirements, translating requirements into architectural structures, and analyzing candidate architectures with respect to the requirements. (Prerequisites: SWEN-488 or SWEN-498 or SWEN-499 or CSCI-499 or CSCI-488 or CMPE-499 or CSEC-499 or equivalent courses. Co-requisites: SWEN-444 or SWEN-445 or equivalent course.) **Studio 3, Credits 3 (Fall, Spring)**

**SWEN-444**                                                    **Human-Centered Requirements and Design**
This course introduces quantitative models and techniques of human-computer interface analysis, design and evaluation, which are relevant to the software engineering approach of software development. User-focused requirements engineering topics are also covered. Contemporary human computer interaction (HCI) techniques are surveyed, with a focus on when and where they are applicable in the software development process. Students will deliver usable software systems derived from an engineering approach to the application of scientific theory and modeling. Other topics may include usability evaluation design, methods of evaluation, data analysis, social and ethical impacts of usability, prototyping and tools. (Prerequisites: SWEN-262 or equivalent courses. Co-requisites: STAT-205 or STAT-145 or MATH-251 or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**SWEN-445**                                                    **Honors Human Centered Requirements and Design**
This course introduces quantitative models and techniques of human-computer interface analysis, design and evaluation, which are relevant to the software engineering approach of software development. User-focused requirements engineering topics are also covered. Contemporary human computer interaction (HCI) techniques are surveyed, with a focus on when and where they are applicable in the software development process. Students will deliver usable software systems derived from an engineering approach to the application of scientific theory and modeling. Other topics may include: usability evaluation design, methods of evaluation, data analysis, social and ethical impacts of usability, prototyping and tools. (Prerequisites: SWEN-262 or equivalent courses. Co-requisites: STAT-205 or STAT-145 or MATH-251 or equivalent courses.) **Lecture 3, Credits 3 (Fall or Spring)**

RIT0000906

**SWEN-488**        **SoftwareEngineeringSummerCoop**
Software Engineering cooperative work block. One summer block of appropriate paid work experience in industry. (Prerequisites: SWEN-262 & COMM-253 or equivalent courses.) **CO OP, Credits 0 (Summer)**

**SWEN-498**        **Software Engineering CIR Experience**
This course may be taken in lieu of one of the four cooperative education blocks to provide experience in non-traditional venues for creativity, innovation and research. Registration conditional on submitted plan of activity and approval of Department of Software Engineering. **CO OP, Credits 0 (Summer)**

**SWEN-499**        **Software Engineering Co-op**
Software Engineering cooperative work block. One semester of appropriate paid work experience in industry. (Prerequisites: SWEN-262 & COMM-253 or equivalent courses.) **CO OP, Credits 0 (Fall, Spring)**

**SWEN-548**        **SE Affinity Research Group**
This course is a project-based, research-focused course that supports teamwork, collaboration, and both professional and technical skill building. Students will work in teams that consist of both students and professor. Topics include: research methods, technical communication, and technical topics that are relevant to the project(s). (Prerequisites: SWEN-261 or equivalent course) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**SWEN-549**        **Software Engineering Design Seminar**
Emerging topics of relevance in software engineering design. (Prerequisites: SWEN-262 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**SWEN-559**        **Software Engineering Process Seminar**
Emerging topics of relevance in software engineering process. (Prerequisites: SWEN-256 or equivalent course.) **Lecture, Credits 1 - 3 (Fall, Spring)**

**SWEN-561**        **Software Engineering Project I**
The first course in a two-course, senior-level, capstone project experience. Students work as part of a team to develop solutions to problems posed by either internal or external customers. Problems may require considerable software development or evolution and maintenance of existing software products. Culminates with the completion and presentation of the first major increment of the project solution. Students must have co-op completed to enroll. (Prerequisites: Co-op requirement completed - (2 completions SWEN-499) and 1 completion of SWEN-488 or SWEN-498) and SWEN-256 and (SWEN-444 or SWEN-445) or equivalent courses and students in SOFTENG-BS Major. Co-requisites: SWEN-440 or equivalent course.)**Lecture 3, Credits 3 (Fall, Spring)**

**SWEN-562**        **Software Engineering Project II**
This is the second course in a two-course, senior-level capstone project experience. Students submit one or more additional increments that build upon the solution submitted at the end of the first course. Students make major presentations for both customers as well as technical-oriented audiences, turn over a complete portfolio of project-related artifacts and offer an evaluation of the project and team experience. (Prerequisites: SWEN-561 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**SWEN-563**        **Real-Time and Embedded Systems**
This course provides a general introduction to real-time and embedded systems. It will introduce a representative family of microcontrollers and require students to program on these devices. Fundamental material on real-time operating systems, such as requirements specification, scheduling algorithms and priority inversion avoidance will be presented. The features of a commercial real-time operating system will be discussed and used for course projects. (Prerequisites: CMPE-240 or CSCI-251 or CMPE-380 or ((CPET-201 and CPET-202) or 0618-303) or equivalent course.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**SWEN-564**        **Modeling of Real-Time Systems**
This course introduces the modeling of real-time software systems.? It takes an engineering approach to the design of these systems by analyzing system models before beginning implementation.? UML will be the primary modeling methodology. Non-UML methodologies will also be discussed.? Implementations of real-time systems will be developed manually from the models and using automated tools to generate the code. (Requirements: CMPE-240 or CSCI-251 or CMPE-380 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**SWEN-565**        **Performance Engineering of Real-Time and Embedded Systems**
This course discusses issues of performance in real-time and embedded systems. Techniques for profiling the resource usage of a system and for measuring the effect of increasing system requirements will be covered. The control of physical systems will motivate the need for performance tuning of a real-time system. Students will write programs running under a real-time operating system that can maintain control of a physical system. The course will discuss and experiment with performance trade-offs that can be made using hardware-software co-design. (Requirements: CMPE-240 or CSCI-251 or CMPE-380 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**SWEN-567**        **Hardware/Software Co-Design for Cryptographic Applications**
The objective of this course is to establish knowledge and skills necessary for efficient implementations of cryptographic primitives on reconfigurable hardware. Implementation platform will be a field programmable gate array (FPGAs) containing general purpose processor and additional reconfigurable fabric for implementations of custom hardware accelerators. In the studio format students work on team projects that require them to design, and then compare and contrast software, custom FPGA hardware, and hybrid hardware-software co-design implementations of selected cryptographic primitives. (Prerequisite: SWEN-261 and CSCI-462 or equivalent courses.) **Studio 3, Credits 3 (Spring)**

**SWEN-590**        **Software Engineering Seminar**
Emerging topics of relevance in software engineering. **Lecture, Credits 1 - 3 (Fall, Spring)**

**SWEN-598**        **Honors Independent Study**
The honors student will work independently under the supervision of a faculty adviser on a topic not covered in other courses. (Enrollment in this course requires permission from the department offering the course.) **Lecture, Credits 1 - 3 (Fall, Spring)**

**SWEN-599**        **Independent Study**
The student will work independently under the supervision of a faculty adviser on a topic not covered in other courses (proposal signed by a faculty member) (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 3 (Fall, Spring)**

RIT0000907

# Kate Gleason College of Engineering

## Index

BIME    Biomedical Engineering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
CHME    Chemical Engineering  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
CMPE    Computer Engineering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70
EEEE    Electrical Engineering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
EGEN    General Engineering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
ISEE    Industrial and Systems Engineering . . . . . . . . . . . . . . . . . . . . . . . 76
MECE    Mechanical Engineering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77
MCEE    Microelectronic Engineering  . . . . . . . . . . . . . . . . . . . . . . . . . . 81

*Course numbering: RIT courses are generally referred to by their alphanumeric registration label. The four alpha characters indicate the discipline within the college. The final three digits are unique to each course and identify whether the course is noncredit (less than 099), lower division (100-299), upper division (300-599), or graduate level (600 and above).*

*Unless otherwise noted, the following courses are offered annually. Specific times and dates can be found in each semester's schedule of courses. Prerequisites/corequisites are noted in parentheses near the end of the course description.*

## Biomedical Engineering

**BIME-099**                                          **BME Career Seminar**
The "BME Careers" seminar series helps students learn more about the field through the experiences of other students, faculty, alumni, and working engineers. The series provides resources that will help them succeed at RIT and in the work force. Questions such as "What can I do as a BME?" and "How does your company use BMEs?" are complicated. Rather than explore these questions in a single session, we're using this seminar series to help students explore these questions over the course of the year. (Prerequisites: EGEN-99 or equivalent course.) **Lecture 1, Credits 0 (Spring)**

**BIME-181**                                  **Intro to Biomedical Engineering**
This course will provide an overview of the discipline. It will consist of the following components: 1) Overview of the discipline including an introduction to relevant literature, organizations, examples of successes, on-going challenges and possible new opportunities. 2) Introduction of an engineering methodology applicable to biomedical problems. 3) Opportunity to address a simple biomedical engineering related problem that necessitates problem statement, research, solution proposal and summary report and presentation of results. 4) Introduction to team dynamics, organization and interpersonal communication associated with working with a multidisciplinary team. (This course is restricted to BIME-BS Major students.) **Lab 2, Lecture 1, Credits 1 (Fall)**

**BIME-182**                      **Intro to Programming for Biomedical Engineering**
Builds on the overview of the field of biomedical engineering presented in BIME-181 course with the following additional components: 1) Introduction to programming as an organized, problem solving method (MATLAB and LabVIEW or equivalent). 2) Application of programming for the purpose of removing artifacts from measured signals and analysis of signal properties including their statistical properties. 3) Addressing a simple biomedical engineering related problem that requires and necessitates a problem statement, research, solution proposal, data acquisition and processing, data analysis, and summary report and presentation of results (Prerequisites: BIME-181 or EGEN-100 or equivalent course.) **Lecture 3, Credits 2 (Spring)**

**BIME-191**                     **Introduction to Programming for Biomedical Engineers**
This course introduces basic computational problem solving techniques used in engineering. Topics include: 1) Use of common engineering tools (Excel, Matlab) to analyze data, 2) Development of algorithms and flowcharts to solve engineering problems, 3) Application of basic programming concepts (input/output methods, variable types, repetition structures, decision structures, and subprograms) to create user-friendly computer programs (VBA, Matlab) that perform complex engineering calculations. (Prerequisites: BIME-181 or EGEN-100 or equivalent course.) **Lec/Lab 4, Credits 3 (Spring)**

**BIME-200**                           **Introductory Musculoskeletal Biomechanics**
This course is an introduction to the structures and components of the human body as well as their basic functionality. Essential elements of human anatomy and histology will be presented and students will be encouraged to correlate their structure and function with non-human structures and devices that might be considered as replacements or improvements. Fundamental concepts in biomechanics will be introduced and integrated with relevant topics from physics. Variability in dimensions and the concepts of normal and exceptional ranges of values in terms of populations will be introduced and how they need to be accounted for and accommodated. (Prerequisites: PHYS-211 or PHYS-211A or 1017-312 or 1017-312T or 1017-389 or PHYS-206 and PHYS-207 or equivalent course and student standing in the BIME-BS or ENGRX-UND program.) **Lecture 3, Credits 3 (Fall)**

**BIME-250**                                     **Biosystems Process Analysis**
A first course for biomedical engineers introducing units, physical properties, dimensions, dimensional analysis, data analysis and data presentation for engineering, stoichiometry of biological reactions, simple material and energy balances for batch and continuous systems in steady and unsteady states. This course provides the students with the essential skills required to analyze biosystems, and special focus is given to developing problem solving skills with a biological context. (Prerequisite: MATH-182 and CHMG-142 or equivalent course or student standing in the BIME-BS or ENGRX-UND program. Co-requisite: BIOG-140 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**BIME-320**                                             **Fluid Mechanics**
This course exposes students to the fundamentals of static and flowing fluids at both large-scale (control volumes) and local differential scales. Student learn how to examine forces on solids due to static and flowing fluids, estimate head losses and pumping requirements in piping systems. The art of engineering approximation is examined through estimates of forces due to flow on solids, as well as limiting cases involving internal pipe flows with friction factors. Exact solutions of local differential equations of fluid mechanics are considered under both steady state and transient conditions, and these analyses are used to determine forces in control volume analysis of bodies. The important interplay between differential and control volume analyses in solving problems is emphasized. Lastly, students are taught to make analogies about the concepts learned in generic fluid mechanics and apply them to the circulatory system, while outlining appropriate limitations. (Prerequisites: PHYS-211 or PHYS-206 and MATH-231 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**BIME-340**                       **3D-Technologies for Prosthetic Applications**
3D-technologies offer exciting potential to address the needs of individuals with amputations across the globe. Developing solutions to complex real-world problems requires the cooperative expertise of several disciplines. Students will get hands-on experience with 3D-printers, scanners and software, and discover strategies for applying their academic skills within an interdisciplinary environment. Person-centered design, medical device policy, mechanical properties of materials and life cycle analyses will be examined. Physiological challenges of fitting devices that interface with the body and the benefits and dangers of open-source designs will be explored. Critical thinking will be applied to determine what makes a prosthetic "better" or "worse" within complex environmental and cultural contexts. Psychological ramifications of limb loss and wearing prosthetics will be considered. At what point does it cease to be a device and begin to become a part of the individual? (A minimum of 3rd year standing is required to enroll.) **Lec/Lab 3, Credits 3 (Spring)**

**BIME-345**                                               **Learning**
**Neuroscience Principles and Methods through Facts and Fiction of the Movies**
In this course, we will fuse together the fact and fiction of movies with neuroscience. One type of assignments in the course will involve watching a set of movies (e.g.: Inception, Black Mirror, Eternal Sunshine of the Spotless Mind, Fringe, Memento) and then connecting the ideas presented in the movie with what we will cover in class, which will focus on neuroscience and the methods that are used to study it. Papers that have played a crucial role in advancing neuroscience research and innovation will be discussed in tandem with the movies. Students will be able to identify and analyze the premise that underlies these movies as a whole: the neuroscience tenet that "the brain is the mind's physical substrate through which ideas, memories, and personalities can be artificially enhanced or distorted". Ethical considerations of developing neuronal clusters "in a dish" will also be considered. (Prerequisites: PHYS-211 and PHYS-212 and BIME-200 or equivalent courses. Co-requisites: BIOG-141) **Lecture 3, Credits 3 (Spring)**

**BIME-360**                                     **Biomedical Signal Analysis**
Introduction to and application of signal processing techniques to evaluate and manipulate continuous time signals presumed to originate from systems that are linear, time invariant, and continuous time in nature. (Prerequisites: (BIME-182 or BIME-191) and MATH-231 or equivalent courses. Co-requisites: BIME-410 and (STAT-251 or MATH-251) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

RIT0000908

**BIME-370**         **Introduction to Biomaterials Science**
This course is intended to provide an overview of materials used in biomedical applications, both internal and external to the human body. The specific objective of this course is to present the principles which apply to the properties and selection of materials used in medical applications. Topics include an introduction to deformable mechanics and viscoelasticity; structure and properties of metals, ceramics, polymers, and composites; fundamental composition of biological tissues; and principles associated with the interaction between biological tissues and artificial materials. (Prerequisites: BIME-200 and CHMG-142 or equivalent courses.Co-requisite: BIOG-141 or BIOG-240 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**BIME-389**         **Special Topics**
Topics and subject areas that are not regularly offered are provided under this course. Such courses are offered in a normal format; that is, regularly scheduled class sessions with an instructor. The level of complexity is commensurate with a junior-level undergraduate technical course. **Lecture 3, Credits 3 (Fall or Spring)**

**BIME-391**         **Biomechanics and Biomaterials Lab**
Laboratory experiments are conducted to explore and reinforce fundamental principles and concepts introduced in BIME-200 (Introduction to Musculoskeletal Biomechanics) and BIME-370 (Introduction to Biomaterial Science). The experimental procedures involve measuring results, analyzing and interpreting data and drawing objective conclusions. Emphasis is also placed on proper documentation and effective presentation of findings and results. Lab procedures involve manipulation and measurements of anatomical structures and samples as well as equipment and materials designed to simulate naturally occurring tissues and structures. (Prerequisite: BIME-200 or equivalent course. Co-requisites: BIME-370 and (BIME-182 or BIME-191) or equivalent courses.) **Lab 3, Lecture 1, Credits 2 (Spring)**

**BIME-395**         **Biomed.Instr. Repair and Maintenance for Eng.World Health**
This is a course that will prepare students for an international trip as part of Engineering World Health, they will be stationed in hospitals and assist with repairmen and maintenance of medical equipment and instrumentation. To this end, the course will cover both technical and cultural aspects of the trip, including language and cultural norms. From a technical standpoint, the course will cover the basics of the major types of medical equipment and their operation. The physiology underlying the measurement of each equipment will also be discussed. In addition, the course will focus on the major functional pieces for each instrument, and troubleshooting in the context of a developing country environment. A travel fee is required. (This course requires permission of the Instructor to enroll.) **Lec/Lab 3, Credits 0 - 2 (Fall)**

**BIME-396**         **Biomedical Instr. Repair and Maintenance for EWH 2**
This is the second part 2 of the Engineering World Healthy course and it follows the first part of the course that is taught during the Fall semester. Students participating in this course will have completed the international trip where they spent close to 3 weeks working in various hospitals in the developing country. During this course (part 2), we will focus on identifying the strengths and weaknesses of the students' preparation for the trip, review and record what they learned and experienced on the ground, develop ways on how to improve the experience for both students and hospital staff. Much of this is intended to increase students' leadership skills and awareness of global engineering challenges. To this end, students will be required to come up with ways to disseminate to their fellow students and campus at large the knowledge they acquired during their experience. (Prerequisite: BIME-395 or equivalent course.) **Lecture 1, Credits 1 - 3 (Spring)**

**BIME-407**         **Medical Device Engineering**
This course is an introduction to medical devices and includes engineering and regulatory issues that are unique to these devices. Course content includes applying engineering analysis skills from prior coursework to analyze the function of medical devices. Course content also includes some historical background, an overview of existing devices and Last revised 3/25/16 2 trends, material selection, interfaces of medical devices with biological tissues, product testing, reliability, and regulations specific to the design and validation of medical devices. A substantial part of the course is a project, in which students will be required to work in teams to complete a design iteration of an existing device, including appropriate analysis and documentation. (Prerequisite: (BIME-410 and BIME-440) or (MECE-203 and MECE-310) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**BIME-410**         **Systems Physiology I**
This course begins a two-course sequence designed to provide students with a broad foundational understanding of physiological mechanisms from a systems perspective. This first course in the sequence is concerned with the fundamental aspects of cellular function including maintenance of homeostasis, molecular transport, and cellular signaling. The course covers the basics of electrophysiology, electrically excitable cells and tissue, the operation of the nervous system including the central, peripheral, somatic and autonomic systems, the special senses and the connection between the nervous system and the endocrine system. Differences and relationships between speed, specificity and sensitivity of signaling mechanism of the nervous system and the endocrine system will be discussed. Students will also be introduced to the basic principles of biomedical instrumentation used in cellular physiology research. (Prerequisites: BIME-370 and (BIME-320 or MECE-210) and PHYS-212 and (BIOG-141 or BIOG-240) and MATH-221 and (BIME-250 or CHME-230) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**BIME-411**         **Systems Physiology II**
The second in a two course sequence involving the description and analysis of physiological mechanisms from a systems point of view. The focus of this course will be on the interaction between organ systems for the purpose of homeostasis. In particular, attention will be paid to feedback mechanisms that involve electrical and chemical feedback and control systems. Fluid and gas transport mechanisms associated with the cardiovascular and respiratory systems including their regulatory behavior and the function of the kidney are introduced by way of their contribution to fluid volume and pressures as well as its fundamental material exchange properties. Engineering analysis methods will be applied to an open-ended problem associated with pathological performance of some aspect of these systems and will be used to proposing a suitable compensatory mechanism to address or eliminate it. The interaction between the nervous, muscular, digestive, endocrine, immune, cardiovascular, renal and respiratory systems and how they affect growth and metabolism, movement, fluid and electrolyte balance, material exchange and disease processes will be discussed. Open-ended problems and weaknesses in these mechanisms will be discussed and addressed in a quantitative and analytical manner based on engineering analysis including simple statistics associated with population based variations. (Writing Intensive Course) (Prerequisites: BIME-410 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**BIME-430**         **Bioprocess Engineering**
This course is focused on fluid, heat and mass transfer processes for valuable bio-products such as bio-pharmaceuticals. In particular, this course reviews the topics of fluid mixing, heat transfer, mass transfer and a variety of unit operations (filtration, centrifugation, cell disruption, chromatography, etc.). The course includes several topics on fermenters/bioreactor design and downstream processing for cell culture operations. The course is intended to provide to the students with an understanding of transfer processes and an overview of the most common separation processes employed in bioengineering. (Prerequisites: BIME-250 and BIME-320 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**BIME-440**         **Biomedical Signals and Analysis**
Introduction to and application of signal processing techniques to evaluate and manipulate continuous and discrete time signals presumed to originate from systems that may be either linear or non-linear, time invariant or varying and random or deterministic in nature. Representative data sets will be used to characterize and process signals from physiological systems and processes. A multi-week project will be assigned that will consist of processing and analysis of a typical biomedical signal source to provide a robust and consistent evaluation of some aspect associated with the signal source based on methods discussed both in class and reported on in the literature. (Prerequisites: BIME-182 and MATH-231 or equivalent course.Co-requisites: BIME-410 and (STAT-251 or MATH-251) or equivalent course.) **Lecture 4, Credits 4 (Spring)**

**BIME-445**         **Biomedical Device Sensors and Interfacing**
Students will be introduced to the basic design and interface of sensor systems that are commonly used in biomedical apparatus. We will discuss computer architecture; various analog electrical (voltage and current) interfaces; transducer and electro-mechanical interfacing (photodiodes, photomultipliers, radiation detectors, thermocouples, thermistors, pressure sensors, strain sensors, motors and solenoids); microprocessor design and use; basic analog-to-digital and digital-to-analog techniques: and elementary signal processing techniques, all as applied to biomedical equipment. (Prerequisites: MATH-221 or equivalent course. Co-requisites: BIME-440 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**BIME-450**         **Numerical Analysis of Complex Biosystems**
Numerical techniques necessary for engineering analysis are introduced that build upon concepts from core mathematics and engineering courses. Mathematical problems naturally arising in biomedical engineering are used to motivate the course topics and techniques taught. Tools such as MATLAB and Excel spreadsheets are used to implement numerical methods and examine data results. Topics include root-finding techniques for nonlinear equations, curve fitting using linear regression techniques, methods for solving systems of linear equations, numerical differentiation and integration methods, optimization techniques, and methods for reducing numerical error. (Prerequisites: BIME-440 and MATH-221 and STAT-251 or MATH-251 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

RIT0000909

**Kate Gleason College of Engineering**

**BIME-460**          **Dynamics and Control of Biomedical Systems**
Application of engineering analysis, modeling, problem solving and design skills to characterize and manipulate the operation of biomedical systems for the purpose of remediating, supplanting, replacing or enhancing the function of physiological processes. This presumes that those same tools and skills can be used to model the observed and/or known function of the physiological systems and processes under consideration. In addition to lectures, homework and examinations, the course will a project oriented assignment to design and evaluate a model that faithfully duplicates and predicts the operation of that process or system. (Prerequisites: BIME-411 and BIME-440 and BIME-450 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**BIME-470**          **Advanced Quantitative Cell Culture Techniques**
This hands-on course gives engineering students experience with different culture platforms and analysis techniques. Students will be given experiments relating to current literature and state of the art techniques in the area of Tissue Engineering. In a project-based course style, individual experiments require multiple weeks and students will be expected to maintain their own cultures. (Prerequisites: BIOG-141 or BIOL-201 or equivalent course.) **Lab 3, Lecture 1, Credits 3 (Spring)**

**BIME-480**          **Advanced Biomechanics and Applied Stress Analysis**
A basic course intended to provide exposure of the upper year undergraduate Biomedical Engineering students to the fundamental principles of mechanics of materials and deformable bodies including topics such as stress, strain, deflections and failure modes and their interconnecting relationships. Common loading topics such axial, torsional, bending and shear loads will be explained, along with combined loading, stress transformations and failure criteria and their applications to biomechanics problems. (Prerequisite: BIME-200 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**BIME-489**          **Special Topics**
Topics and subject areas that are not among the courses listed here are frequently offered under the special topics title. Under the same title also may be found experimental courses that may be offered for the first time. Such courses are offered in a formal format; that is, regularly scheduled class sessions with an instructor. The level of complexity is commensurate with a senior-level undergraduate technical course. (This course is restricted to BIME-BS Major students.) **Lecture 3, Credits 1 - 3 (Fall, Spring)**

**BIME-491**          **Quantitative Physiological Signal Analysis Lab**
Laboratory experiments are conducted to explore and reinforce fundamental principles and concepts introduced in BIME-410 (Systems Physiology I) and BIME-440 (Biomedical Signals and Analysis). The experimental procedures involve measuring results, analyzing and interpreting data and drawing objective conclusions. Emphasis is also placed on proper documentation and effective presentation of findings and results. Laboratory experiments will be conducted to investigate pressure, volume and flow relationships of the cardiovascular and respiratory systems including the inherent variability and dynamic response to perturbations. Signal processing methods will be utilized to address ubiquitous artifacts found in measured physiological signals. (Prerequisite: BIME-410 and BIME-440 or equivalent courses.) **Lab 3, Credits 1 (Fall)**

**BIME-492**          **Systems Physiology Control and Dynamics Lab**
Laboratory experiments are conducted to explore and reinforce fundamental principles and concepts introduced in BIME-411 (Systems Physiology II) and BIME-460 (Dynamics and Control of Biomedical Systems). The experimental procedures involve measuring results, analyzing and interpreting data and drawing objective conclusions. Emphasis is also placed on proper documentation and effective presentation of findings and results. Laboratory experiments and simulations will be conducted to enable the prediction, observation and characterization common physiological processes and systems. (Prerequisite: BIME-411 and ISEE-325 or equivalent course.  Co-requisites: BIME-460 or equivalent course.) **Lab 3, Credits 1 (Fall)**

**BIME-497**          **Multidisciplinary Senior Design I**
This is the first of a two course sequence oriented to the solution of real world engineering design problems. This is a capstone learning experience that integrates engineering theory, principles, and processes within a collaborative environment. Multidisciplinary student teams follow an engineering design process, which includes assessing customer needs, developing engineering specifications, generating and evaluating concepts, choosing an approach, completing systems and subsystems designs, and implementing the design to the extent feasible, for example by building and testing a prototype or implementing a chosen set of improvements to a process. (5th yr KGCOE & BIME-499) **Lecture 6, Credits 3 (Fall)**

**BIME-498**          **Multidisciplinary Senior Design II**
This is the second of a two course sequence oriented to the solution of real world engineering design problems. This is a capstone learning experience that integrates engineering theory, principles, and processes within a collaborative environment. Multidisciplinary student teams follow an engineering design process, which includes assessing customer needs, developing engineering specifications, generating and evaluating concepts, choosing an approach, completing systems and subsystems designs, and implementing the design to the extent feasible, for example by building and testing a prototype or implementing a chosen set of improvements to a process. (Prerequisites: BIME-497 or equivalent course.) **Lecture 6, Credits 3 (Spring)**

**BIME-499**          **Co-op**
One semester of paid work experience in biomedical engineering. (This course is restricted to BIME-BS Major students.) **CO OP, Credits 0 (Fall, Spring)**

**BIME-510**          **Bioanalytical Microfluidics**
This course is focused on the analysis and separation of high value biological products employing microfluidic devices. The course will cover miniaturization, microfabrication, microfluidics and electrohydrodynamic flow; as well as the most common separation techniques employed in bio-analytical microdevices: chromatography, electrophoresis, dielectrophoresis, cytometry and electrochemistry. Students will also become familiar with the recent literature on bioanalytical applications in microfluidics devices, recent journal articles will be presented in class by the professor and the students. The course also includes three "hands on" laboratory modules. Students will fabricate microfluidic devices and then use these devices to perform experiments with electroosmotic flow and dielectrophoresis. (Prerequisite:  CHME-320 or BIME-320 or MECE-210 or MCET-330 or equivalent course and at least 4th year standing.) **Lecture 3, Credits 3 (Spring)**

**BIME-570**          **Tissue Engineering**
This course is intended to provide an overview of how replacement organs and tissues can be engineered using both natural and synthetic biomaterials that direct cellular differentiation and integration. The objectives of the course are to present how tissues can be engineered using the physical and chemical properties of biomaterials and targeted differentiation of multi- and pluripotent stem cells. Topics include the adhesion, migration, growth and differentiation of cells as well as the optimization and modeling of molecular and cellular transport within and across engineered tissues. Additionally, the course will investigate the engineering parameters and necessary functionality of artificial tissues. (Prerequisite:  BIME-370 or equivalent course and 4th year standing.) **Lecture 3, Credits 3 (Spring)**

**BIME-589**          **Special Topics**
Topics and subject areas that are not regularly offered are provided under this course. Such courses are offered in a normal format; that is, regularly scheduled class sessions with an instructor. The level of complexity is commensurate with an upper-level undergraduate technical course. **Lecture 3, Credits 3 (Fall or Spring)**

**BIME-599**          **Independent Study**
Allows upper-level undergraduate students an opportunity to independently investigate, under faculty supervision, aspects of the field of computer engineering that are not sufficiently covered in existing courses. Proposals for independent study activities must be approved by both the faculty member supervising the independent study and the department head. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 4 (Fall, Spring)**

## Chemical Engineering

**CHME-181**          **Chemical Engineering Insights I**
This is the first course of a two-course sequence that provides the foundation for success in the chemical engineering program at RIT and the field of chemical engineering. This course provides a historical perspective on the origin of the discipline and an overview of the traditional and contemporary issues that chemical engineers address. Within this context, the course compares and contrasts the differing roles of chemical engineers and chemists in society. Additionally the course introduces the methodology chemical engineers use to solve problems, engineering ethics, and career options in chemical engineering. (This class is restricted to CHME-BS or ENGRX-UND Major students.) **Lecture 3, Credits 1 (Fall)**

**CHME-182**          **Chemical Engineering Insights II**
This course examines how chemical engineering analysis can be applied to address some of society's current and future challenges. Particular attention is focused on the size and scale of a system and its affect on the engineering constraints and the ultimate solution of problems. The course enables students to recognize that the processes and equipment that chemical engineers design to solve local problems affect the broader problems that society faces, such as the supply of energy and preservation of the environment. The course demonstrates the power of the system balance as an essential tool for engineering analysis, and provides students with some elementary training in its use. (This class is restricted to CHME-BS or ENGRX-UND Major students.) **Lecture 3, Credits 1 (Spring)**

**CHME-230**          **Chemical Process Analysis**
A first course for chemical engineers, introducing units, dimensions and dimensional analysis, simple material balances for batch and continuous systems in steady and unsteady states with and without chemical reaction, and elementary phase equilibrium in multiple component systems. Energy balances on non-reactive systems in open and closed systems are introduced. (Prerequisities: CHMG-142 and CHME-182 or equivalent courses or student standing in CHME-BS or ENGRX-UND. Co-requisite:  MATH-182 or equivalent course.) **Lecture 4, Credits 3 (Fall)**

RIT0000910

**CHME-301**                                    **Analytical Techniques for Chemical Engineering I**
Mathematical techniques necessary for engineering analysis are introduced that augment training from core mathematics and engineering courses. The spreadsheet environment is used to implement mathematical procedures and examine data results. Topics examined include roots of equations, curve fitting, statistics, Fourier analysis, solution of systems of algebraic equations, optimization, numerical differentiation and integration, and the solution of ordinary and partial differential equations. Techniques are applied to mathematical problems naturally arising in chemical engineering. (Prerequisites: MATH-221 and MATH-231 or equivalent courses.) **Lab 3, Recitation 1, Credits 3 (Spring)**

**CHME-302**                                    **Analytical Techniques for Chemical Engineering II**
This course introduces the student to more advanced mathematical and numerical methods necessary for engineering analysis. Mathematical problems naturally arising in chemical engineering are used to motivate the course topics and techniques taught. The MATLAB programming environment is utilized to facilitate computation, and students learn to use MATLAB's inbuilt tools as well as Simulink.. Topics examined include the solution of systems of linear and nonlinear equations and the solution of ordinary and partial differential equations (initial and boundary value problems). Some important topics covered in CHME-301 are re-examined in the MATLAB environment, such as roots of equations, curve fitting, and numerical integration and differentiation (Prerequisite: CHME-301 and CHME-499 or equivalent courses.) **Lec/Lab 3, Credits 3 (Fall)**

**CHME-310**                                    **Applied Thermodynamics**
This is a course in the fundamentals of both single and multiple-component thermodynamics. The first and second laws of thermodynamics and concepts of entropy and equilibrium are examined in open and closed control volume systems. Energy, work, and heat requirements of various unit operations are examined. Equations of states and properties of fluids are explored. Phase transition and equilibrium involving single-and multiple components are examined for both ideal and non-ideal systems. Energy released/absorbed during chemical reaction and solution creation are imbedded in analysis of chemical engineering processes (Prerequisites: CHME-230 and MATH-231 or equivalent courses.) **Lecture 4, Credits 3 (Spring)**

**CHME-320**                                    **Continuum Mechanics I**
Fundamentals of static and flowing fluids are examined on both large-scale (control volumes) and local differential scales. Forces on solids due to static and flowing fluids are determined. Head losses and pumping requirements are considered in piping systems. The art of engineering approximation is examined through estimates of forces due to flow on solids, as well as various limiting cases involving internal pipe flows with friction factors. Exact solutions of local differential equations of fluid mechanics are considered under both steady state and transient conditions, and these analyses are used to determine forces in control volume analysis of bodies. The important interplay between differential and control volume analyses in solving problems is emphasized. (Prerequisites: CHME-230 and MATH-231 and PHYS-211 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**CHME-321**                                    **Continuum Mechanics II**
This course is the continuation of Continuum Mechanics I, and focuses on fluid flow and heat transfer on a differential scale. Commonly-used approximations to the equations of fluid mechanics are considered, such as creeping, potential, and boundary layer flows. Scaling is introduced as a means of characterizing these regimes. General local differential equations and boundary conditions describing heat transfer are derived and solved in a variety of configurations. Simplifying approximations of conduction, convection, and radiation dominated heat transfer are introduced, and combined modes of transfer are analyzed. The performance of heat exchangers is analyzed for a variety of common configurations. (Prerequisites: CHME-320 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CHME-330**                                    **Mass Transfer Operations**
This course covers the analysis and design of chemical processes for the separation and purification of mixtures. The course includes an introduction to the fundamentals of diffusion leading up to mass transfer coefficients and their use in solving a variety of engineering problems. Design methodologies are examined for equilibrium based processes (such as absorption, stripping, and distillation). Rate-based separation processes, including packed columns and batch adsorption, are examined and contrasted with equilibrium-based processes. (Prerequisites: CHME-230 and CHME-310 and MATH-231 or equivalent courses.) **Lecture 4, Credits 3 (Spring)**

**CHME-340**                                    **Reaction Engineering**
The fundamentals of chemical kinetics are integrated with the concepts of mass and energy conservation, from both a macroscopic and microscopic perspective, to develop models that describe the performance of chemical reactors. Topics include mass action kinetics and absolute rate theory, series and parallel reaction systems, and the mathematical modeling of various reactor configurations. The conceptual framework and tools are developed to understand and design chemical reactor processes and to interpret experimental data obtained on a laboratory scale to design pilot scale and full scale manufacturing processes. (Prerequisites: CHME-230 and CHME-310 and MATH-231 or equivalent courses.) **Lecture 4, Credits 4 (Fall)**

**CHME-350**                                    **Multiple Scale Material Science**
This course gives students fundamental background in the atomic and molecular structures of engineering materials and how they can be manipulated. The physical and chemical foundations of the thermal, electrical and optical properties of engineering materials are studied. The effect of fabrication on structure/material properties is examined, as well as criteria to select appropriate materials for engineering applications. A summary of nanomaterial properties and the prevalent methods of synthesis will also be highlighted. (Prerequisites: CHME-310 and CHMO-231 and CHMO-235 and CHMI-351 and CHME-499 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**CHME-391**                                    **Chemical Engineering Principles Lab**
Students are introduced to basic equipment and methodologies for designing laboratory experiments, measuring results, interpreting data, and drawing objective conclusions. Students work in teams to design experimental procedures, identify lab equipment, and assemble simple apparatus to achieve specific experimental goals. (Prerequisite: CHME-230 or equivalent course. Co-requisite: CHME-320 or equivalent course.) **Lab 6, Credits 2 (Spring)**

**CHME-401**                                    **System Dynamics and Control**
The dynamic behavior of chemical process components is examined. The mathematics of Laplace transforms are examined extensively as a fundamental underpinning of control theory. Block diagrams, feedback control systems, and stability analysis are introduced. (Prerequisites: CHME-302 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**CHME-421**                                    **Interfacial Phenomena**
This course covers the fundamental principles of interfacial phenomena incorporating unique physics and chemistry associated with interfaces arising between liquids, gases, and solids. It is designed to introduce students to the significance of interfacial science in important engineering applications such as the wetting behavior of liquids on solid surfaces, the coating of thin liquid films, the formation of dispersed phases, and colloid & nanoparticle technology. (Prerequisites: CHMG-141 and CHME-310 and MATH-231 or equivalent courses.) **Lecture 3, Credits 3**

**CHME-422**                                    **Introduction to Applied Rheology**
Complex fluids encountered in manufacturing, commercial products, and in nature, such as polymer solutions and melts, blood and other biological fluids, foams, slurries and emulsions, exhibit complex flow behaviors called non-Newtonian because they are not exhibited by low-molecular-weight fluids like air and water. Rheology is the study of deformation and flow. Rheological phenomena, their connection to fluid microstructure, and the characterization of complex fluids using commercial instruments and constitutive equations are introduced. This foundation is applied to elements of materials processing including flow and heat transfer in tubes and in boundary layers, mixing, and the drag of liquid on particles. Specialized manufacturing methods such as extrusion and the pumps and mixers required for these fluids are covered. (Prerequisites: CHME-301 and CHME-321 or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**CHME-431**                                    **Advanced Separation Processes**
This upper-level undergraduate course builds on concepts taught in CHME-330 Mass Transfer Operations. Topics covered include adsorption, membrane separation, extraction, crystallization, and mechanical separation processes. Transient systems are introduced and analyzed to augment steady-state analyses from CHME-330. Case studies are examined to connect fundamental concepts to real world applications (Prerequisites: CHME-330 and MATH-231 or equivalent courses or permission of instructor.) **Lecture 3, Credits 3 (Fall or Spring)**

**CHME-451**                                    **Analysis of MultiScale Processes**
This course examines the use of larger scale chemical engineering processes to control and manipulate microscale phenomena. (Prerequisites: CHME-321 and CHME-330 and CHME-340 and CHME-350 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**CHME-489**                                    **Special Topics**
Topics and subject areas that are not among the courses listed here are frequently offered under the special topics title. Under the same title also may be found experimental courses that may be offered for the first time. Such courses are offered in a formal format; that is, regularly scheduled class sessions with an instructor. The level of complexity is commensurate with a senior-level undergraduate technical course. **Lecture, Credits 3 (Fall, Spring)**

**CHME-490**                                    **Design with Constraint**
This course examines typical constraints on design and their integration with technology. Economics, environmental considerations, hazards analysis, ethics, and globalization and supply chain management ideas are among the concepts introduced. Modern examples that integrate knowledge of unit operations and processes with design constraints are examined. (Co-requisites: CHME-451 or equivalent course.) **Lab 1, Lecture 3, Credits 3 (Fall)**

RIT0000911

Kate Gleason College of Engineering

**CHME-491**                                    **Chemical Engineering Processes Lab**
This course extends the laboratory experience from the previous Chemical Engineering Principles Lab, and focuses on unit operations common to engineering practice. Students work in teams to design experimental procedures on existing equipment, and to in some cases, manipulate experimental apparatus to achieve specific experimental goals. (Prerequisites: CHME-391 and CHME-499 or equivalent courses. Co-requisites: CHME-340 or equivalent course.) **Lab 6, Credits 2 (Fall)**

**CHME-492**                                    **Advanced Design Capstone**
Students work in teams to design and simulate a realistic chemical manufacturing plant. An assigned project requires students to draw on, and integrate, knowledge from all core chemical engineering courses taken over the previous 5 years. The course is taught in the chemical engineering computer lab and makes extensive use of both chemical process simulation software (ChemCad), software for drawing piping and instrumentation diagrams (P&ID's) as well as online resources that chemical engineers use to size and select parts and equipment. (Prerequisites: CHME-490 or equivalent course.) **Lab 6, Credits 3 (Spring)**

**CHME-499**                                    **Co-op**
One semester of paid work experience in chemical engineering. **CO OP, Credits 0 (Fall, Spring)**

**CHME-589**                                    **Special Topics**
Topics and subject areas that are not regularly offered are provided under this course. Such courses are offered in a normal format; that is, regularly scheduled class sessions with an instructor. The level of complexity is commensurate with an upper-level undergraduate technical course. **Lecture 3, Credits 3 (Fall, Spring)**

**CHME-599**                                    **Independent Study**
Allows upper-level undergraduate students an opportunity to independently investigate, under faculty supervision, aspects of the field of chemical engineering that are not sufficiently covered in existing courses. Proposals for independent study activities must be approved by both the faculty member supervising the independent study and the department head. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 4 (Fall, Spring)**

## Computer Engineering

**CMPE-110**                                    **Introduction to Computer Engineering**
This course overviews the field of computer engineering and provides an appreciation of the computer engineering curriculum. Fundamental concepts of computers, computing and engineering design are introduced. Topics include basic circuits, number systems, digital logic, computer organization, programming in the Matlab environment, teamwork, communication skills, ethics and professionalism, historical background and global, societal and environmental issues related to computers. Lab exercises familiarize students with lab equipment, experiments and data analysis. **Lab 2, Lecture 1, Credits 1 (Fall)**

**CMPE-160**                                    **Digital System Design I**
The course covers the specification, analysis, and design of basic digital systems, including the design of combinational and sequential circuits using basic logic components: AND, OR, INV, NAND, NOR, and XOR. Standard modules, such as decoders, multiplexers, shifter registers, adders, and counters, will be analyzed. Lectures will discuss fundamental design methodologies using Karnaugh Maps as well as Mealy and Moore state machines. The laboratory provides hands-on experiences of the design, implementation, and testing of digital systems using SSI, MSI, and FPGA components as well as CAD tools. (Co-requisite: CSCI-105 or CSCI-140 or CSCI-141 or equivalent course.) **Lab 2, Lecture 3, Credits 3 (Fall, Spring)**

**CMPE-161**                                    **Introduction to VHDL**
This course presents different approaches to digital system modeling and design with the use of VHDL. The lab sessions include specification and design of combinational and sequential systems. Industry-standard simulation tools will be used in the course, which will enable students gain hands-on experience. (Prerequisites: EEEE-120 or equivalent course. Co-requisites: CSCI-141 or CSCI-140 or CSCI-105 or equivalent course.) **Lab 2, Lecture 3, Credits 0 (Fall, Spring)**

**CMPE-240**                                    **Engineering Fundamentals of Computer Sys**
This course introduces the computer engineering fundamentals upon which current computer systems are based. Discussion of the machine-level representation of data, Boolean algebra and simple logic circuits describes the hardware foundations for modern computer systems. An introduction to instruction set design and assembly language provides the student with an understanding of the interface between hardware and software. The course concludes by discussing high-level architectural design and networking emphasizing its effect on program performance. (Prerequisites: (MATH-190 or 1055-265) and (CSCI-140, CSCI-142 or CSCI-242 or 4003-243) or equivalent courses.) **Lecture 4, Credits 4 (Fall, Spring)**

**CMPE-250**                                    **Assembly and Embedded Programming**
This course introduces embedded systems, along with fundamental computer organization, assembly language programming, and mixed language programming with C and assembly. Using a modern microcontroller and embedded systems IDE, such as the ARM Cortex-M0+ and Keil Microcontroller Development Kit, the course covers embedded programming concepts and interface modules, as well as addressing methods, machine instructions, assembler directives, macro definitions, code relocatability, subroutine linkage, data structures, I/O programming, exception processing, and interrupts. Program design techniques necessary to write efficient, maintainable device drivers are considered. (Prerequisites: CMPE-160 or EEEE-120 or equivalent courses. Co-requisites: CSCI-140 or CSCI-142 or CSCI-242 or equivalent courses.) **Lab 2, Lecture 3, Credits 3 (Fall, Spring)**

**CMPE-260**                                    **Digital System Design II**
This course presents modern approaches to the design, modeling and testing of digital system. Topics covered are: VHDL and Verilog HDL as hardware description languages (HDLs), simulation techniques, design synthesis, verification methods, and implementation with field programmable gate arrays (FPGAs). Combinational and both the synchronous and asynchronous sequential circuits are studied. Testing and design for testability techniques are emphasized and fault tolerant and fail safe design concepts are introduced. Laboratory projects that enable students gain hands-on experience are required. The projects include complete design flow: design of the system, modeling using HDLs, simulation, synthesis and verification. (Prerequisites: CMPE-160 or CMPE-161 or equivalent courses. Co-requisites: PHYS-212 or PHYS-208 or EEEE-281 or equivalent courses.) **Lab 2, Lecture 3, Credits 4 (Fall, Spring)**

**CMPE-350**                                    **Computer Organization**
Provides an understanding of the information transfer and transformations that occur in a computer, with emphasis on the relations between computer architecture and organization. Topics include design levels and their respective primitives, modules and descriptive media, register transfer and micro-operations, basic computer organization and design, central processor organization, control unit and microprogramming, memory organization, input-output organization, computer architecture defining the hardware/software interface, and from architecture to organization (one to many). (Prerequisites: CMPE-250 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**CMPE-380**                                    **Applied Programming in C**
An introduction to classical algorithms used in the solution of numerical problems encountered in science and engineering. The C language will be introduced as a tool for implementing these algorithms. Topics include an introduction to C, computer number representation and roundoff error, algorithms for finding roots of nonlinear equations, interpolation, numerical differentiation and integration, function approximation and data fitting solutions to systems of linear equations, and general matrix manipulation. (Prerequisites: MATH-241 and CMPE-250 or equivalent courses.) **Lab 2, Lecture 2, Credits 3 (Fall, Spring)**

**CMPE-460**                                    **Interface and Digital Electronics**
This course covers various sensors, motors, signal conditioning circuits including amplification, filtering, level shifting, ADC, and DAC. Modern tools, such as Keil ARM MDK and PSpice will be used to simulate and debug modern microcontrollers, such as NXP Kinetis, analog active filters, and operational amplifier application circuits. Each team of two students is required to design a complete data acquisition system from sensors, amplification, filtering, ADC, and DAC to analog outputs through either wired transmission or wireless transmission circuits (Prerequisites: EEEE-282 and (EEEE-380 or EEEE-381) and CMPE-250 or equivalent courses. Corequisites: CMPE-380 or equivalent course.) **Lab 2, Lecture 3, Credits 4 (Fall, Spring)**

**CMPE-480**                                    **Digital Signal Processing**
This course introduces the basic elements of continuous and discrete time signals and systems and fundamental signal processing techniques, such as FIR and IIR Filtering, the Fourier transform, the Discrete Fourier transform and the z transform. Theory is strengthened through MATLAB-based projects and exercises. (Prerequisites: MATH-231 and MATH-241 and EEEE-282 or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**CMPE-489**                                    **Special Topics**
Topics and subject areas that are not among the courses listed here are frequently offered under the special topics title. Under the same title also may be found experimental courses that may be offered for the first time. Such courses are offered in a formal format; that is, regularly scheduled class sessions with an instructor. The level of complexity is commensurate with a senior-level undergraduate technical course. **Lecture 3, Credits 3 (Fall, Spring)**

**CMPE-495**                                    **Computer Engineering Senior Projects I**
The first course of a two-semester capstone undergraduate design projects course in computer engineering. Covers engineering design process and formulating project proposals. Students propose a team multidisciplinary design project, individually undertake an independent analysis of one of its subsystems, and formulate a formal team proposal for the project to be completed in the following course. (Prerequisites: CMPE-460 and at least 4th year standing in CMPE-BS with a minimum of 2 terms of co-op completed.) **Lecture 3, Credits 3 (Fall, Spring)**

RIT0000912

**CMPE-496**                                                   **Computer Engineering Senior Projects II**
The conclusion of a two-course capstone undergraduate design projects course in computer engineering. Students will have prepared for the multidisciplinary team project during the previous course and will have done detailed project analysis over the intervening period. This course begins with project design reviews presented to the class and selected faculty members. Project performance analysis and reliability are major metrics. (Prerequisite: CMPE-495 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**CMPE-497**                                                      **Multidisciplinary Senior Design I**
This is the first half of a two-semester design course oriented to the solution of engineering problems. The mission is to enhance engineering education through a capstone design experience that integrates engineering theory, principles and processes within a collaborative environment. Working in multidisciplinary teams and following an engineering design process, students will assess customer needs and engineering specifications, evaluate concepts, resolve major technical hurdles, and employ rigorous engineering principles to design a prototype which is fully tested and documented. Students may propose their own projects, which may have a primarily computer engineering focus and team, and which may begin with an entrepreneurial experience to establish the scope of the project for potential market and realistic prototype. (Prerequisites: CMPE-460 and at least 4th year standing in CMPE-BS with a minimum of 2 terms of co-op completed.) **Studio 6, Credits 3 (Fall, Spring)**

**CMPE-498**                                                     **Multidisciplinary Senior Design II**
This is the second half of a two-semester design course oriented to the solution of engineering problems. The mission is to enhance engineering education through a capstone design experience that integrates engineering theory, principles and processes within a collaborative environment. Working in multidisciplinary teams and following an engineering design process, students will assess customer needs and engineering specifications, evaluate concepts, resolve major technical hurdles, and employ rigorous engineering principles to design a prototype which is fully tested and documented. (Prerequisite: CMPE-497 or equivalent course.) **Studio 6, Credits 3 (Fall, Spring)**

**CMPE-499**                                                                                   **Co-op**
After completing Co-op Seminar (EGEN-099) or Co-op Workshop as well as meeting Co-op enrollment requirements, Computer Engineering students should register for CMPE-499 for each term of full-time, paid employment in the Computer Engineering field. Students who take on Spring-Summer or Summer-Fall Co-ops must register for both the semester term and the summer term. Students must obtain permission from the Computer Engineering office for any exception to the assigned Co-op blocks. (This class is restricted to CMPE-BS students with at least 3rd year standing who have completed EGEN-99, EEEE-281, SWEN-261 and CMPE-260 or CMPE-499.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**CMPE-530**                                                          **Digital Integrated Circuit Design**
This course will cover the basic theory and techniques of Digital Integrated Circuit Design in CMOS technology. Topics include CMOS transistor theory and operation, design and implementation of CMOS circuits, fabrication process, layout and physical design, delay and power models, static and dynamic logic families, testing and verification, memory and nanoscale technologies. Laboratory assignments and project facilitate in hands-on learning of circuit-level design and simulation, layout and parasitic extractions, pre and post-layout verification and validation, full-custom flow and Synthesis based flow, using industry standard CAD tools. (Prerequisites: CMPE-260 and EEEE-282 and (EEEE-380 or EEEE-381) or equivalent courses.) **Lab 2, Lecture 3, Credits 3 (Fall, Spring)**

**CMPE-540**                                                                         **Control Systems**
Provides a comprehensive introduction to the basic theory and essential techniques for analysis and design of linear control systems and their digital implementation using transform methods and frequency response approaches. MATLAB, Control System Toolbox and SIMLINK are utilized for analysis, design and simulations. (Prerequisites: MATH-231 and CMPE-480 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**CMPE-550**                                                                  **Computer Architecture**
The course covers various aspects of advanced uniprocessor computer architecture design. Instruction set architecture design alternatives are discussed with emphasis on the Reduced Instruction Set Computer (RISC) architecture. Techniques to enhance CPU performance such as pipelined execution optimizations, conditional branch handling techniques, exploitation of instruction-level parallelism, multiple-instruction issue and dynamic scheduling are studied. Cache, and memory hierarchy design and performance issues are also presented. The design aspects of efficient and reliable input/output systems are also covered. (Prerequisite: CMPE-350 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**CMPE-570**                                                       **Data and Communication Networks**
This course will give an overview of the technologies, architectures and protocols used to build various types of computer and communication networks - wired or wireless. The emphasis will be placed on discussions of various network design problems and solution approaches. Specific issues covered in this course include: framing and coding, error detection, multiple access control, addressing, routing, flow and congestion control, scheduling and switching. (Prerequisites: MATH-251 or 1016-345 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**CMPE-599**                                                                        **Independent Study**
Allows upper-level undergraduate students an opportunity to independently investigate, under faculty supervision, aspects of the field of computer engineering that are not sufficiently covered in existing courses. Proposals for independent study activities must be approved by both the faculty member supervising the independent study and the department head. **Ind Study, Credits 1 - 4 (Fall, Spring)**

## Electrical Engineering

**EEEE-105**                                                                       **Freshman Practicum**
EE Practicum provides an introduction to the practice of electrical engineering including understanding laboratory practice, identifying electronic components, operating electronic test and measurement instruments, prototyping electronic circuits, and generating and analyzing waveforms. Laboratory exercises introduce the student to new devices or technologies and an associated application or measurement technique. This hands-on lab course emphasizes experiential learning to introduce the student to electrical engineering design practices and tools used throughout the undergraduate electrical engineering program and their professional career. Laboratory exercises are conducted individually by students using their own breadboard and components in a test and measurement laboratory setting. Measurements and observations from the laboratory exercises are recorded and presented by the student to a lab instructor or teaching assistant. Documented results are uploaded for assessment. **Lab 1, Lecture 1, Credits 1 (Fall, Spring)**

**EEEE-120**                                                                          **Digital Systems I**
This course introduces the student to the basic components and methodologies used in digital systems design. It is usually the student's first exposure to engineering design. The laboratory component consists of small design, implement, and debug projects. The complexity of these projects increases steadily throughout the term, starting with circuits of a few gates, until small systems containing several tens of gates and memory elements. Topics include: Boolean algebra, synthesis and analysis of combinational logic circuits, arithmetic circuits, memory elements, synthesis and analysis of sequential logic circuits, finite state machines, and data transfers. (This course is restricted to MCEE-BS, EEEE-BS and ENGRX-UND students.) **Lab 2, Lecture 3, Credits 3 (Fall, Spring)**

**EEEE-220**                                                                         **Digital Systems II**
In the first part, the course covers the design of digital systems using a hardware description language. In the second part, it covers the design of large digital systems using the computer design methodology, and culminates with the design of a reduced instruction set central processing unit, associated memory and input/output peripherals. The course focuses on the design, capture, simulation, and verification of major hardware components such as: the datapath, the control unit, the central processing unit, the system memory, and the I/O modules. The lab sessions enforce and complement the concepts and design principles exposed in the lecture through the use of CAD tools and emulation in a commercial FPGA. This course assumes a background in C programming. (Prerequisites: (EEEE-120 or 0306-341) and CMPR-271 or equivalent courses.) **Lab 2, Lecture 3, Credits 3 (Fall, Spring)**

**EEEE-221**                                          **Clean and Renewable Energy Systems and Sources**
This course covers the first principles and fundamentals of clean and renewable energy systems and sources. Various quantum-mechanical and electromagnetic devices and systems will be analyzed, designed and examined using software and CAD tools. Topics include: geothermal, hydro, nuclear, solar, wind, and other energy sources. Societal, ethical, economical, and environmental aspects of nanotechnology-enabled clean energy and power are also discussed. (Corequisite: PHYS-212 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**EEEE-222**                                              **Introduction to Wireless Communication**
This course provides an introduction to the broad field of Wireless Communications and its applications. The course covers fundamental concepts from a systems perspective and familiarizes students with modern systems, applications and standards enabled by wireless communications. The course starts with an overview of the history of wireless communications and challenges in providing a reliable wireless data link. Afterwards, tools for link budget analysis and design are learned and applied to practical scenarios. Assessment of reliability follows using bit error rate curves and outage analysis. The course then diverges to address location based services (GPS), cellular telephony (CDMA and GSM networks), remote internet access (WiFi, LTE, WiMAX), standards for consumer electronics (Bluetooth, Zigbee), Wireless LAN, and sensor networks and their applications for environmental monitoring and medical services. **Lecture 3, Credits 3 (Spring)**

RIT0000913

**Kate Gleason College of Engineering**

**EEEE-255**                                                    **Foundations of Circuits and Electronics**
This course covers the fundamentals of DC and AC circuit analysis starting with the definition of voltage, current, resistance, power, and energy. Linearity and superposition, together with Kirchhoff's laws, are applied to analysis of circuits having series, parallel, and other combinations of circuit elements. Thevenin and maximum power transfer theorems are proved and applied. The complex plane and complex algebra are introduced along with the concepts of complex exponential functions, Phasors, complex impedances and admittances. Semiconductor diodes and diode circuits, including rectifying and clamping circuits as well as Zener diode-based voltage regulation, are introduced. Ideal operational amplifier circuits in non-inverting and inverting configurations and the design of analog integrated circuits using op amps are covered. Other topics include: transfer functions and frequency responses of RLC circuits, analog filter design, basic MOSFET current-voltage characteristics, DC and AC analysis of transistor circuits, and the design of single stage amplifiers. (Enrollment in this course requires permission from the department offering the course.) **Lecture 3, Credits 3 (Fall)**

**EEEE-260**                                                    **Introduction to Semiconductor Devices**
An introductory course on the fundamentals of semiconductor physics and principles of operation of basic devices. Topics include semiconductor fundamentals (crystal structure, statistical physics of carrier concentration, motion in crystals, energy band models, drift and diffusion currents) as well as the operation of pn junction diodes, bipolar junction transistors (BJT), metal-oxide-semiconductor (MOS) capacitors and MOS field-effect transistors. (Prerequisites: PHYS-212 or PHYS-208 and 209 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**EEEE-281**                                                    **Circuits I**
Covers basics of DC circuit analysis starting with the definition of voltage, current, resistance, power and energy. Linearity and superposition, together with Kirchhoff's laws, are applied to analysis of circuits having series, parallel and other combinations of circuit elements. Thevenin, Norton and maximum power transfer theorems are proved and applied. Circuits with ideal op-amps are introduced. Inductance and capacitance are introduced and the transient response of RL, RC and RLC circuits to step inputs is established. Practical aspects of the properties of passive devices and batteries are discussed, as are the characteristics of battery-powered circuitry. The laboratory component incorporates use of both computer and manually controlled instrumentation including power supplies, signal generators and oscilloscopes to reinforce concepts discussed in class as well as circuit design and simulation software. (Prerequisite: MATH-173 or MATH-182 or MATH-182A or equivalent course.) **Lab 3, Lecture 3, Credits 3 (Fall, Spring, Summer)**

**EEEE-282**                                                    **Circuits II**
This course covers the fundamentals of AC circuit analysis starting with the study of sinusoidal steady-state solutions for circuits in the time domain. The complex plane is introduced along with the concepts of complex exponential functions, phasors, impedances and admittances. Nodal, loop and mesh methods of analysis as well as Thevenin and related theorems are applied to the complex plane. The concept of complex power is developed. The analysis of mutual induction as applied to coupled-coils. Linear, ideal and non-ideal transformers are introduced. Complex frequency analysis is introduced to enable discussion of transfer functions, frequency dependent behavior, Bode plots, resonance phenomenon and simple filter circuits. Two-port network theory is developed and applied to circuits and interconnections. (Prerequisites: EEEE-281 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**EEEE-285**                                                    **Introduction to Circuit Theory**
The course covers the basics of DC circuit analysis starting with the definition of voltage, current, resistance, power and energy. Ohm's and Kirchoff's laws, as well as linearity and superposition principles, are applied to analysis of circuits having series, parallel and other combinations of elements. Thevenin, Norton and maximum power transfer theorems are applied. The time-dependent behavior of RC, RL, and RLC circuits is explored. The study of AC circuit analysis commences with the study of sinusoidal steady-state solutions for circuits in the time domain. The complex plane is introduced along with the concepts of complex exponential functions, phasors, impedances, and admittances. Nodal, loop, and mesh methods of analysis as well as Thevenin and related theorems are applied to the complex plane. The concept of complex power is developed. The laboratory component incorporates (1) the use of instrumentation including power supplies, signal generators and oscilloscopes to reinforce concepts discussed in class, and (2) the use of circuit simulation software (PSPICE) for analysis and design of circuits. **Lecture 3, Credits 3 (Fall)**

**EEEE-321**                                                    **Energy Conversion**
This course covers: 1) the first principles and fundamentals of energy conversion: 2) The fundamentals of electromechanical, related electromagnetic topics, electric variables and electromagnetic forces. The basic concepts of energy conversion systems, DC electric machines, induction & synchronous electric machines (motors & generators) used in power systems, automotive, industrial, robotics and other applications are presented. The theory of energy conversion and electromechanical motion devices are covered. (Prerequisites: EEEE-282 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**EEEE-346**                                                    **Advanced Programming**
Introduction to Object-Oriented Programming in C++. Topics will be review of C (control structures, functions, and arrays), pointers, classes, operator overloading, inheritance, polymorphism, data structures, class string, and STL. At the end of the semester, everyone will have the working knowledge of C++. Projects will be assigned to build your C++ programming skills. (Prerequisites: CMPR-271 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**EEEE-353**                                                    **Linear Systems**
Linear Systems provides the foundations of continuous and discrete signal and system analysis and modeling. Topics include a description of continuous and discrete linear systems via differential equations, a description of discrete systems via difference equations, input-output relationship of continuous and discrete linear systems, the continuous time convolution integral, the discrete time convolution sum, application of convolution principles to system response calculations, exponential and trigonometric forms of Fourier series and their properties, Fourier transforms including energy spectrum and energy spectral density. Sampling of continuous time signals and the sampling theorem, the Laplace, Z and DTFT. The solution of differential equations and circuit analysis problems using Laplace transforms, transfer functions of physical systems, block diagram algebra and transfer function realization is also covered. A comprehensive study of the z transform and its inverse, which includes system transfer function concepts, system frequency response and its interpretation, and the relationship of the z transform to the Fourier and Laplace transform is also covered. Finally, an introduction to the design of digital filters, which includes filter block diagrams for Finite Impulse Response (FIR) and Infinite Impulse Response (IIR) filters is introduced. (Prerequisites: EEEE-282 and MATH-231 and CMPR-271 or equivalent course.) **Lecture 4, Credits 4 (Fall, Spring)**

**EEEE-374**                                                    **EM Fields and Transmission Lines**
The course provides the foundations of EM fields, static and time varying, and a study of propagation, reflection and transmissions of electromagnetic waves in unbounded regions and in transmission lines. Topics include the following: electric field intensity and potential, Guass' Law, polarization, electric flux density, dielectric constant and boundary conditions, Poisson's and Laplace's equations, methods of images, steady electric current and conduction current density, vector magnetic potential, Biot-Savart law, magnetization, magnetic field intensity, permeability, boundary conditions, Faraday's law, Maxwell's equations and the continuity equation. Time harmonic EM fields, wave equations, uniform plane waves, polarization, Poynting theorem and power, reflection and transmission from multiple dielectric interfaces, transmission line equations, transients on transmission lines, pulse and step excitations, reflection diagrams, sinusoidal steady state solutions, standing waves, the Smith Chart and impedance matching techniques, TE and TM waves in rectangular waveguides. experiments using state-of-art RF equipment illustrating fundamental wave propagation and reflection concepts, design projects with state-of-art EM modeling tools. (Prerequisites: MATH-231 and PHYS-212 or PHYS-208 and PHYS-209 or equivalent course.) **Lab 3, Lecture 4, Credits 4 (Fall, Spring)**

**EEEE-380**                                                    **Digital Electronics**
This is an introductory course in digital MOS circuit analysis and design. The course covers the following topics: (1) MOSFET I-V behavior in aggressively scaled devices; (2) Static and dynamic characteristics of NMOS and CMOS inverters; (3) Combinational and sequential logic networks using CMOS technology; (4) Dynamic CMOS logic networks, including precharge-evaluate, domino and transmission gate circuits; (5) Special topics, including static and dynamic MOS memory, and interconnect RLC behavior. (Prerequisites: EEEE-281 or equivalent course.) **Lab 3, Lecture 3, Credits 3 (Fall, Spring, Summer)**

**EEEE-381**                                                    **Electronics I**
This is the first course in a two-course sequence in analog electronic circuit design. The course covers the following topics: (1) Basic MOSFET current-voltage characteristics; (2) DC and small-signal analysis and design of Metal-oxide-semiconductor (MOS) devices and circuits, including single-stage MOS amplifier configurations; (3) DC biasing circuits, such as basic current sources and current mirrors; (4) Two-transistor amplifier stages, such as differential amplifiers, cascode amplifiers, and output stages; (5) Analysis and design of multistage amplifiers; (6) Frequency response of single and multistage amplifiers; (7) Semiconductor diodes and diode circuits, including rectifying and clamping circuits, as well as Zener diode-based voltage regulation; (8) Ideal operational amplifier (op amp) circuits in non-inverting and inverting configurations. (Prerequisites:  EEEE-281 or equivalent course or students in the CMPE-BS program.) **Lab 3, Lecture 3, Credits 3 (Fall, Spring, Summer)**

RIT0000914

**EEEE-414** **Classical Control**
This course introduces students to the study of linear continuous-time classical control systems, their behavior, design, and use in augmenting engineering system performance. The course is based on classical control methods using Laplace-transforms, block-diagrams, root-locus, and frequency-domain analysis. Topics include: Laplace-transform review; Bode plot review; system modeling for control; relationships of transfer-function poles and zeros to time-response behaviors; stability analysis; steady-state error, error constants, and error specification; feedback control properties; relationships between stability margins and transient behavior; lead, lag, and PID control; root-locus analysis and design; frequency-response design and Nyquist stability. A laboratory will provide students with hands-on analysis and design-build-test experience, and includes the use of computer-aided design software such as MATLAB. (Prerequisites: EEEE-353 or equivalent course.) **Lab 3, Lecture 3, Credits 3 (Fall, Spring)**

**EEEE-420** **Embedded Systems Design**
The purpose of this course is to expose students to both the hardware and the software components of a digital embedded system. It focuses on the boundary between hardware and software operations. Students will learn about a computer system from various abstraction levels from the digital logic gates to software applications. This course will also provide a solid foundation in computer systems architecture. The course focuses on the major hardware components such as: datapaths, the control unit, the central processing unit, the system memory, the I/O modules and on instruction set architectures. The lab sessions will cover the design, simulation and implementation of a 4-bit microprocessor core. (Prerequisites: EEEE-220 or equivalent course.) **Lab 3, Lecture 3, Credits 3 (Fall, Spring)**

**EEEE-480** **Analog Electronics**
This is an introductory course in analog electronic circuit analysis and design. The course covers the following topics: (1) Diode circuit DC and small-signal behavior, including rectifying as well as Zener-diode-based voltage regulation; (2) MOSFET current-voltage characteristics; (3) DC biasing of MOSFET circuits, including integrated-circuit current sources; (4) Small-signal analysis of single-transistor MOSFET amplifiers and differential amplifiers; (5) Multi-stage MOSFET amplifiers, such as cascade amplifiers, and operational amplifiers; (6) Frequency response of MOSFET-based single- and multi-stage amplifiers; (7) DC and small-signal analysis and design of bipolar junction transistor (BJT) devices and circuits; (8) Feedback and stability in MOSFET and BJT amplifiers. (Prerequisites: EEEE-281 or equivalent course.) **Lab 3, Lecture 4, Credits 4 (Fall, Spring)**

**EEEE-482** **Electronics II**
This is the second course in a two-course sequence in analog and digital electronic circuit analysis and design. The analog portion of the course covers the following topics: (1) DC and small signal analysis and design of bipolar junction transistor (BJT) circuits; (2) BJT DC biasing circuits; (3) Simple and compound BJT amplifier stages; (4) Analysis and design of BJT multi-stage amplifiers and op-amps; (5) Frequency response of BJT-based single and multi-stage amplifiers; (6) Feedback and stability in BJT and MOSFET amplifiers. The digital portion of the course covers the essential concepts and applications of digital electronic circuits implemented ins NMOS and CMOS technologies. Topics include the following: (7) static and dynamic behavior of NMOS and CMOS inverters; (8) combinational and sequential CMOS logic networks; (9) dynamic CMOS logic networks, including precharge-evaluate, domino and transmission gate techniques; (10) special topics, including static and dynamic MOS memory and low-power logic. (Prerequisites: EEEE-282 and EEEE-381 or EEEE-380 or equivalent courses.) **Lab 3, Lecture 4, Credits 4 (Fall, Spring)**

**EEEE-483** **Mechatronics**
Fundamental principles of electric machines are covered. Sensors and actuators are studied. The primary actuators discussed are high-performance electromechanical motion devices such as permanent-magnet DC, synchronous and stepper motors. Topics in power electronics and control of electromechanical systems are studied. High-performance MATLAB environment is used to simulate, analyze and control mechatronic systems. Application of digital signal processors and microcontrollers in mechatronics are introduced. Case studies are covered. (Prerequisties: EEEE-374 and EEEE-414 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**EEEE-484** **Communication Systems**
Introduction to Communication Systems provides the basics of the formation, transmission and reception of information over communication channels. Spectral density and correlation descriptions for deterministic and stationary random signals. Amplitude and angle modulation methods (e.g. AM and FM) for continuous signals. Carrier detection and synchronization. Phase-locked loop and its application. Introduction to digital communication. Binary ASK, FSK and PSK. Noise effects. Optimum detection: matched filters, maximum-likelihood reception. Computer simulation. (Prerequisites: EEEE-353 and (MATH-251 or 1016-345) or equivalent course.) **Lab 3, Lecture 3, Credits 3 (Fall, Spring)**

**EEEE-485** **Robotic Systems**
This course will cover basic electrical and mechanical engineering topics related to Robotics, including but not limited to: basic electrical and electronics components (resistors, capacitors, inductors, diodes, transistors, op-amps, timers) and concepts (sensors, signal conditioning, oscillators) and basic mechanical components (chains, gears, ratchets and pawl belt and chain drives, bearing) and concepts (motion, dynamics equations, and force and torque analysis). In addition, robotics system modeling, control, and applications will be explored. Students will design electronic interfaces and controllers for mechanical devices. Finally, sensor and actuator selection, installation, and application strategies will be explored. (Prerequisites: EEEE-346 or equivalent course.) **Lab 3, Lecture 3, Credits 3 (Fall)**

**EEEE-489** **Special Topics**
Topics and subject areas that are not among the courses listed here are frequently offered under the special topics title. Under the same title also may be found experimental courses that may be offered for the first time. Such courses are offered in a formal format; that is, regularly scheduled class sessions with an instructor. The level of complexity is commensurate with a senior-level undergraduate technical course. (Enrollment in this course requires permission from the department offering the course.) **Lecture 3, Credits 3 (Fall, Spring)**

**EEEE-497** **Senior Design Project I**
MSD-I is the first half of a two-semester design course oriented to the solution of engineering problems. The mission is to enhance engineering education through a capstone design experience that integrates engineering theory, principles and processes within a collaborative environment. Working in multidisciplinary teams and following an engineering design process, students will assess customer needs and engineering specifications, evaluate concepts, resolve major technical hurdles, and employ rigorous engineering principles to design a prototype which is fully tested and documented. (Prerequisites: EEEE-414 and EEEE-480 and two co-ops (EEEE-499).) **Lecture 3, Credits 3 (Fall, Spring)**

**EEEE-498** **Senior Design Project II**
MSD-II is the second half of a two-semester design course oriented to the solution of engineering problems. The mission is to enhance engineering education through a capstone design experience that integrates engineering theory, principles and processes within a collaborative environment. Working in multidisciplinary teams and following an engineering design process, students will assess customer needs and engineering specifications, evaluate concepts, resolve major technical hurdles, and employ rigorous engineering principles to design a prototype which is fully tested and documented. (Prerequisites: EEEE-497 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**EEEE-499** **Co-op**
One semester of paid work experience in electrical engineering. (This course is restricted to EEEE-BS Major students.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**EEEE-505** **Modern Optics for Engineers**
This course provides a broad overview of modern optics in preparation for more advanced courses in the rapidly developing fields of optical fiber communications, image processing, super-resolution imaging, optical properties of materials, and novel optical materials. Topics covered: geometrical optics, propagation of light, diffraction, interferometry, Fourier optics, optical properties of materials, polarization and liquid crystals, and fiber optics. In all topics, light will be viewed as signals that carry information (data) in the time or spatial domain. After taking this course, the students should have a firm foundation in classical optics. (Prerequisites: EEEE-374 or equivalent course and not in EEEE-BS/MS program.  Students in EEEE-BS/MS must take 600 or 700 level course. EEEE-374 Pre +not EEEE-BS/MS.) **Lecture 3, Credits 3 (Spring)**

**EEEE-510** **Analog Electronics Design**
This is a foundation course in analog integrated electronic circuit design and is a perquisite for the graduate courses in analog integrated circuit design EEEE-726 and EEEE-730. The course covers the following topics: (1) CMOS Technology (2) CMOS active and passive element models (3) Noise mechanisms and circuit noise analysis (4) Current mirrors (5) Differential amplifiers, cascode amplifiers (6) Multistage amps and common mode feedback (7) Stability analysis of feedback amplifiers; (8) Advanced current mirrors, amplifiers, and comparators (9) Band gap and translinear cells (10) Matching. (Prerequisites: EEEE-480 or equivalent course and not in EEEE-BS/MS program.) **Lecture 3, Credits 3 (Fall)**

**EEEE-512** **Advanced Semiconductor Devices**
This is an advanced undergraduate course in semiconductor electronics and device physics. The course covers the following topics: (1) Bipolar junction transistor (BJT) fundamentals; (2) Advanced BJT topics; (3) Metal-oxide-semiconductor field-effect transistor (MOSFET) fundamentals; (4) Advanced MOSFET topics. (Prerequisites: EEEE-260 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**Kate Gleason College of Engineering**

**EEEE-515**                                          **Embedded Systems for Mechatronics**
This course introduces the principles of Matlab, Simulink and Embedded Systems through the use of examples, problems, and a hands-on learning approach. Matlab topics include: Matlab basic function usage, matrix manipulation, polynomials, programming loops, operators, logical operations, conditional flow control, m-files, data import/export, plotting, data analysis, custom functions, differential equation solvers, Fourier transforms, systems modeling, and introduction to external interfaces. Simulink topics include: creating a model file, basic block manipulation, interfacing with Matlab, modeling and solutions of systems, creating subsystems, S-functions, and custom blocks. This course introduces embedded systems programming with microprocessors focusing on measuring input, manipulating data, and controlling output. Several systems-level examples are presented. (Enrollment in this course requires permission from the department offering the course.) **Lecture 3, Credits 3 (Spring)**

**EEEE-517**                                          **Microwave Circuit Design**
The primary objective is to study the fundamentals of microwave engineering with emphasis on microwave network analysis and circuit design. Topics include microwave transmission lines such as wave-guides, coax, microstrip and stripline, microwave circuit theory such as S-matrix, ABCD matrices, and even odd mode analysis, analysis and design of passive circuits and components, matching networks, microwave resonators and filters. Microwave circuit design will be performed using ANSYS Designer software. (Prerequisite: EEEE-374 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**EEEE-520**                                          **Design of Digital Systems**
The purpose of this course is to expose students to complete, custom design of a CMOS digital system. It emphasizes equally analytical and CAD based design methodologies, starting at the highest level of abstraction (RTL, front-end)), and down to the physical implementation level (back-end). In the lab students learn how to capture a design using both schematic and hardware description languages, how to synthesize a design, and how to custom layout a design. Testing, debugging, and verification strategies are formally introduced in the lecture, and practically applied in the lab projects. (Prerequisites: EEEE-420 or equivalent course.) **Lab 3, Lecture 3, Credits 3 (Fall)**

**EEEE-521**                                          **Design of Computer Systems**
The purpose of this course is to expose students to the design of single and multicore computer systems. The lectures cover the design principles of instructions set architectures, non-pipelined data paths, control unit, pipelined data paths, hierarchical memory (cache), and multicore processors. The design constraints and the interdependencies of computer systems building blocks are being presented. The operation of single core, multicore, vector, VLIW, and EPIC processors is explained. In the first half of the semester, the lab projects enforce the material presented in the lectures through the design and physical emulation of a pipelined, single core processor. This is then being used in the second half of the semester to create a multicore computer system. The importance of hardware & software co-design is emphasized throughout the course. (Prerequisites: EEEE-420 or equivalent course.) **Lab 2, Lecture 3, Credits 3 (Fall)**

**EEEE-522**                                          **Electric Power Transmission and Distribution**
This course deals with the topics related to electric power transmission and distribution. Topics covered in this course include: Three Phase System – Wye and Delta connections, Transformers – equivalent circuit –performance characteristics, Balanced and Unbalanced System Analysis, Transmission and Distribution Line Design Considerations, Transmission Line Protection, Transmission Line Faults and Fault Analysis. (Prerequisites: EEEE-321 or equivalent course and not in EEEE-BS/MS program. Students in EEEE-BS/MS must take 600 or 700 level course.) **Lecture 3, Credits 3 (Spring)**

**EEEE-524**                                          **Advances in Power Systems**
This course will introduce the details of electric power markets and the techniques to better use the available resources. Topics include the description of steam generation and renewable energy sources. Formulation of the cost associated with the generation and the optimization methods to minimize this cost in the economic dispatch problem. Unit commitment. Optimal power flow formulation and its solution methods. Introduction to smart grid technologies and challenges. (Students in EEEE-BS/MS must take 600 or 700 level course not 500 level course.) **Lecture 3, Credits 3 (Spring)**

**EEEE-525**                                          **Lab Applications in Mechatronics**
This course provides a culminating experience for the mechatronics engineering certificate, relying upon the completed course work and culminating in development of laboratory experiences related to mechatronics. Students enrolled in the course will design and prepare a novel lab experiment and complete lab experiments created by peers. (Prerequisites: EEEE-451 or equivalent course.) **Lab 1, Lecture 2, Credits 2 (Spring)**

**EEEE-529**                                          **Antenna Theory**
The primary objective is to study the fundamental principles of antenna theory applied to the analysis and design of antenna elements and arrays including synthesis techniques and matching techniques. Topics include antenna parameters, linear antennas, array theory, wire antennas, microstrip antennas, antenna synthesis, aperture antennas and reflector antennas. The course involves design projects using some commercial EM software such as ANSYS HFSS. Measurement techniques for antenna input and radiation characteristics will be discussed and illustrated with the use of network analyzers, and spectrum analyzers in an anechoic chamber. (Prerequisite: EEEE-374 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**EEEE-530**                                          **Biomedical Instrumentation**
Study of fundamental principles of electronic instrumentation and design consideration associated with biomedical measurements and monitoring. Topics to be covered include biomedical signals and transducer principles, instrumentation system fundamentals and electrical safety considerations, amplifier circuits and design for analog signal processing and conditioning of physiological voltages and currents as well as basic data conversion and processing technology. Laboratory experiments involving instrumentation circuit design and test will be conducted. (Prerequisite: EEEE-380 or EEEE-381 or equivalent course. Co-requisite: EEEE-480 or equivalent course.) **Lab 3, Lecture 3, Credits 3 (Spring)**

**EEEE-531**                                          **Biomedical Sensors and Transducers I**
Biological entities represent one of the most difficult environments in which to obtain or generate accurate and reliable signals. This course will discuss the techniques, mechanisms and methods necessary to transfer accurate and reliable information or signals with a biological target. Various biomedical sensor and transducer types including their characteristics, advantages, disadvantages and signal conditioning will be covered. Discussions will include the challenges associated with providing a reliable and reproducible interface to a biological entity, the nature and characteristics of the associated signals, the types of applicable sensors and transducers and the circuitry necessary to drive them. (Prerequisites: EEEE-480 and EEEE-353 or equivalent course.) **Lab 2, Lecture 3, Credits 3 (Fall)**

**EEEE-532**                                          **Fundamental Electrophysiology**
Investigation and study of the concepts and underlying mechanisms associated with electrical signals in mammalian biology and physiology with a significant emphasis on methods, techniques and understanding of electrical potential distribution and current flow derived from circuit analysis. Intended to provide engineers with insight into the relationship between the study of electricity and its applicability to a wide variety of physiological mechanisms ranging from intracellular communication and control to cognitive function and bodily movement. Successful completion of the course will require generation of a significantly in-depth analysis report on some electrophysiological phenomenon or mechanism. (Prerequisites: EEEE-281 and EEEE-374 and MEDS-251 or equivalent course.) **Lecture 4, Credits 3 (Spring)**

**EEEE-533**                                          **Biomedical Signal Processing**
Discussion and study of the methods and techniques that may be optimally employed for the fixed and adaptive processing of information with biological and physiological origin. The challenges and unique features of these types of signals will be discussed and application of known signal processing techniques that accommodate linear, non-linear and stochastic signals for the purpose of analysis, detection and estimation, monitoring and control will be studied. Successful participation in the course will entail completion of a project involving incorporation of these techniques in a biomedical application. (Prerequisites: EEEE-353 or BIME-440 or equivalent courses and graduate student standing.) **Lec/Lab 3, Credits 3 (Spring)**

**EEEE-536**                                          **Biorobotics/Cybernetics**
Cybernetics refers to the science of communication and control theory that is concerned especially with the comparative study of automatic control systems (as in the nervous system and brain and mechanical- electrical communications systems). This course will present material related to the study of cybernetics as well as the aspects of robotics and controls associated with applications of a biological nature. Topics will also include the study of various paradigms and computational methods that can be utilized to achieve the successful integration of robotic mechanisms in a biological setting. Successful participation in the course will entail completion of at least one project involving incorporation of these techniques in a biomedical application. (Students in EEEE-BS/MS must take 600 or 700 level course not 500 level course.) **Lab 2, Lecture 3, Credits 3 (Spring)**

**EEEE-546**                                          **Power Electronics**
The course involves the study of the circuits and devices used in the control and conversion of power. Devices include diodes, BJTs, power MOSFETS, IGBTs and thyristors. Power conversion includes rectifiers (ac-dc) , dc-dc, ac-ac and inverters (dc-ac). DC circuit topologies include Buck Converter, Boost Converter, Buck-Boost Converter, and the Cuk converter. (Prerequisites: EEEE-282 and EEEE-381 or EEEE-380 or equivalent courses.) **Lab 2, Lecture 3, Credits 3 (Spring)**

RIT0000916

**EEEE-547**                                        **Artificial Intelligence Explorations**
The course will start with the history of artificial intelligence and its development over the years. There have been many attempts to define and generate artificial intelligence. As a result of these attempts, many artificial intelligence techniques have been developed and applied to solve real life problems. This course will explore variety of artificial intelligence techniques, and their applications and limitations. Some of the AI techniques to be covered in this course are intelligent agents, problem-solving, knowledge and reasoning, uncertainty, decision making, learning (Neural networks and Bayesian networks), reinforcement learning, swarm intelligence, Genetic algorithms, particle swarm optimization, applications in robotics, controls, and communications. Students are expected to have any of the following programming skills listed above. Students will write an IEEE conference paper. (Students in EEEE-BS/MS must take 600 or 700 level course not 500 level course.) **Lecture 3, Credits 3 (Fall)**

**EEEE-579**                                                        **Analog Filter Design**
A study of the various techniques for the design of filters to meet the given specifications. The emphasis is on the design of active filters using op amps. The following topics are discussed in detail: Review of transfer functions, Bode diagrams and the analysis of op amp circuits; ideal filter characteristics, approximations to the ideal filter using Butterworth, Chebyshev and Bessel-Thompson polynomials; standard filter stages; magnitude and frequency scaling; low-pass filter design; design of high-pass, band-pass and band-reject filters; passive ladder filter network design; frequency dependent negative resistance networks; switched capacitor filters. (Prerequisites: EEEE-480 and EEEE-353 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**EEEE-585**                                                        **Principles of Robotics**
An introduction to a wide range of robotics-related topics, including but not limited to sensors, interface design, robot devices applications, mobile robots, intelligent navigation, task planning, coordinate systems and positioning image processing, digital signal processing applications on robots, and controller circuitry design. Pre-requisite for the class is a basic understanding of signals and systems, matrix theory, and computer programming. Software assignments will be given to the students in robotic applications. Students will prepare a project, in which they will complete software or hardware design of an industrial or mobile robot. There will be a two-hour lab additional to the lectures. (Prerequisites: EEEE-353 or equivalent course and not in EEEE-BS/MS program. Students in EEEE-BS/MS must take 600 or 700 level course.) **Lab 3, Lecture 3, Credits 3 (Fall)**

**EEEE-587**                                                        **MEMS Evaluation**
This course focuses on evaluation of MEMS, microsystems and microelectromechanical motion devices utilizing MEMS testing and characterization. Evaluations are performed using performance evaluation matrices, comprehensive performance analysis and functionality. Applications of advanced software and hardware in MEMS evaluation will be covered. (Prerequisites: EEEE-260 and EEEE-480 or equivalent courses and not in EEEE-BS/MS program.) **Lecture 3, Credits 3 (Spring)**

**EEEE-592**                                                        **Communication Networks**
This course covers communication networks in general and the internet in particular. Topics include layers service models, circuit and packet switching, queuing, pipelining, routing, packet loss and more. A five-layer model is assumed and the top four levels are covered in a top-down approach: starting with the application layer, going down through the transport layer to the network layer and finally the data link layer. Emphasis is placed on wireless networks and network security. (Prerequisites: MATH-251 or equivalent course and not in EEEE-BS/MS program. Students in EEEE-BS/MS must take 600 or 700 level course.) **Lecture 3, Credits 3 (Spring)**

**EEEE-593**                                                        **Digital Data Communication**
Principles and practices of modern digital data communication systems. Topics include pulse code transmission and error probabilities, M-ary signaling and performance, AWGN channels, band-limited and distorting channels, filter design, equalizers, optimal detection for channels with memory, synchonization methods, non-linear modulation, and introduction to multipath fading channels, spread spectrum and OFDM. (Prerequisites: EEEE-484 or equivalent course and not in EEEE-BS/MS program. Students in EEEE-BS/MS must take 600 or 700 level course.) **Lecture 3, Credits 3 (Spring)**

**EEEE-594**                            **Sensor Array Processing for Wireless Communications**
This course offers a broad overview of sensor-array processing, with a focus on wireless communications. It aims at providing g the students with essential and advanced theoretical and technical knowledge that finds direct application in modern wireless communication systems that employ multi-sensor arrays and/or apply user-multiplexing in the code domain (CDMA). Theory and practices covered in this course can be extended in fields such as radar, sonar, hyperspectral image processing, and biomedical signal processing. Topics covered: uniform linear antenna arrays (inter-element spacing and Nyquist sampling in space); linear beamforming, array beam patterns, array gain, and spatial diversity; interference suppression in the absence of noise (null-steering beamforming); optimal beamforming in AWGN (matched filter); optimal beamforming in the presence of colored interference; estimation of filters from finite measurements and adaptive beamforming (SMI and variants, RLS, LMS and variants, CMA, and AV); BPSK demodulation with antenna arrays (multiple users and AWGN); BPSK demodulation in CDMA (multiple users and AWGN); ML and subspace methods (MUSIC, root MUSIC, Minimum-norm, Linear Predictor, Pisarenko) for Direction-of-arrival estimation; BPSK demodulation with antenna arrays in CDMA systems (space-time processing). (Prerequisites: EEEE-484 or equivalent course and not in EEEE-BS/MS program. Students in EEEE-BS/MS must take 600 or 700 level course.) **Lecture 3, Credits 3 (Fall)**

**EEEE-595**                                                        **Optimization Methods for Engineers**
This course is designed to help the interested engineering students to develop working knowledge of optimization and, specifically, to develop the skills and background needed to recognize, formulate, and solve convex optimization problems. Convex optimization problems emerge naturally in the design and analysis of systems across the entire engineering spectrum. First, the course will briefly review basic concepts of linear algebra and calculus. Second, students will be introduced to optimization (problem formulation, feasibility sets, etc.) and principles of convexity, including convex functions, convex sets, convex problems and properties thereof. Then, an array of algorithmic numerical methods will be studied for the solution of convex problems, covering, among other topics, gradient methods, coordinate descent, Lagrangian duality, saddle points, optimality conditions etc. Last, the course will focus on how to formulate and solve convex problems in engineering, including convex approximation of non-convex problems and regularization. Many practical application examples will be studied from diverse areas of engineering. Through a series of assignments and in-class examples, students will learn how to practically solve optimization problems in MATLAB, using state-of-the-art toolboxes. (Prerequisites: MATH-221 or MATH-221H or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**EEEE-599**                                                        **Independent Study**
A supervised investigation within an electrical engineering area of student interest. Professional elective. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

## General Engineering

**EGEN-099**                                                        **Engineering Co-op Preparation**
This course will prepare students, who are entering their second year of study, for both the job search and employment in the field of engineering. Students will learn strategies for conducting a successful job search, including the preparation of resumes and cover letters; behavioral interviewing techniques and effective use of social media in the application process. Professional and ethical responsibilities during the job search and for co-op and subsequent professional experiences will be discussed. (This course is restricted to students in Kate Gleason College of Engineering with at least 2nd year standing.) **Lecture 1, Credits 0 (Fall, Spring)**

**EGEN-100**                                                        **Engineering Exploration Seminar**
A one-credit hour seminar course for engineering exploration students that provides information to introduce the seven engineering programs offered at RIT. Program curricula, sample lab/project work, and various career opportunities pertaining to each major are presented. (This course is restricted to ENGRX-UND or UNIVST-UND Major students.) **Lecture 1, Credits 1 (Fall)**

**EGEN-132**                                                        **Product Innovation**
The first course in a series of courses for engineering honors students focused on how innovative products are developed, designed and manufactured to effectively meet the expanding needs of a global economy. This one-credit hour seminar course focuses on the key elements associated with the process of concept creation; namely, how individuals identify promising ideas for new products and how these ideas are shaped and refined in ways that will optimize the product's success in the marketplace, from the perspective of customer demand. (This course is restricted to Undergraduate College of Engineering Honors students.) **Lecture 1, Credits 1 (Spring)**

RIT0000917

**Kate Gleason College of Engineering**

**EGEN-231**                                                       **Manufacturing and Supply Chain**
The second course in a series of three courses for engineering honors students focused on how innovative products are developed, designed and manufactured to effectively meet the expanding needs of a global economy. This course highlights key issues that decision-makers in industry need to understand as they shape their companies to be more competitive in a global context. Specific topics in the course include an in-depth discussion of the manufacturing supply chain and how active management of the supply chain can enhance profitability and customer satisfaction. Additionally, the course addresses issues such as the the impact of government policies and monetary issues on globalization and outsourcing. (This course is restricted to Undergraduate College of Engineering Honors students.) **Lecture 1, Credits 1 (Fall)**

**EGEN-232**                                                       **Leadership/Ethics/Sustainability**
The third course in a series of courses for engineering honors students focused on how innovative products are developed, designed and manufactured to effectively meet the expanding needs of a global economy. This course highlights key issues that decision-makers in industry need to understand as they shape their companies to be more competitive in a global context. A series of presentations by guest speakers address the topics of leadership, ethics, and sustainability. (This course is restricted to Undergraduate College of Engineering Honors students.) **Lecture 1, Credits 1 (Spring)**

## Industrial and Systems Engineering

**ISEE-120**                                                       **Fundamentals of Industrial Engineering**
This course introduces students to industrial engineering and provides students with foundational tools used in the profession. The course is intended to prepare students for their first co-op experience in industrial engineering by exposing them to tools and concepts that are often encountered during early co-op assignments. The course covers specific tools and their applications, including systems design and the integration. The course uses a combination of lecture and laboratory activities. Projects and group exercises will be used to cover hands-on applications and problem-solving related to topics covered in lectures. (This class is restricted to ISEE-BS, ENGRX-UND, or ISEEDU Major students.) **Lecture 3, Credits 3 (Fall, Spring)**

**ISEE-140**                                                       **Materials Processing**
A study of the application of machine tools and fabrication processes to engineering materials in the manufacture of products. Processes covered include cutting, molding, casting, forming, powder metallurgy, solid modeling, engineering drawing, and welding. Students make a project in the lab portion of the course. (This class is restricted to ISEE-BS, ENGRX-UND, or ISEEDU Major students.) **Lab 1, Lecture 3, Credits 3 (Fall, Spring)**

**ISEE-200**                                                       **Computing for Engineers**
A first course in computational problem solving for engineers. Students will learn the theory necessary to develop algorithms to solve computational problems in the engineering disciplines. Topics include: program design and implementation, integrated development environment, mathematical operations, file input/output, data manipulations, functions, and arrays. Course also covers an introduction to implementing object-oriented programming and graphical user interface. **Lecture 3, Credits 3 (Fall, Spring)**

**ISEE-301**                                                       **Operations Research**
An introduction to optimization through mathematical programming and stochastic modeling techniques. Course topics include linear programming, transportation and assignment algorithms, Markov Chain queuing and their application on problems in manufacturing, health care, financial systems, supply chain, and other engineering disciplines. Special attention is placed on sensitivity analysis and the need of optimization in decision-making. The course is delivered through lectures and a weekly laboratory where students learn to use state-of-the-art software packages for modeling large discrete optimization problems. (Prerequisites: MATH-233 or (MATH-231 and MATH-241) or equivalent course.) **Lab 2, Lecture 3, Credits 4 (Fall, Spring)**

**ISEE-323**                                                       **Systems and Facilities Planning**
A basic course in quantitative models on layout, material handling, and warehousing. Topics include product/process analysis, flow of materials, material handling systems, warehousing and layout design. A computer-aided layout design package is used. (Corequisites: ISEE-301 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Spring)**

**ISEE-325**                                                       **Engineering Statistics and Design of Experiments**
This course covers statistics for use in engineering as well as the primary concepts of experimental design. The first portion of the course will cover: Point estimation; hypothesis testing and confidence intervals; one- and two-sample inference. The remainder of the class will be spent on concepts of design and analysis of experiments. Lectures and assignments will incorporate real-world science and engineering examples, including studies found in the literature. (Prerequisites: STAT-251 or MATH-251 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ISEE-330**                                                       **Ergonomics and Human Factors**
This course covers the physical and cognitive aspects of human performance to enable students to design work places, procedures, products and processes that are consistent with human capabilities and limitations. Principles of physical work and human anthropometry are studied to enable the student to systematically design work places, processes, and systems that are consistent with human capabilities and limitations. In addition, the human information processing capabilities are studied, which includes the human sensory, memory, attention and cognitive processes; display and control design principles; as well as human computer interface design. (Co-requisites: ISEE-325 or STAT-252 or MATH-252 or equivalent course.) **Lecture 4, Credits 4 (Spring)**

**ISEE-345**                                                       **Engineering Economy**
Time value of money, methods of comparing alternatives, depreciation and depletion, income tax consideration and capital budgeting. Cannot be used as a professional elective for ISE majors. Course provides a foundation for engineers to effectively analyze engineering projects with respect to financial considerations. **Lecture 3, Credits 3 (Fall, Spring)**

**ISEE-350**                                                       **Engineering Management**
Development of the fundamental engineering management principles of industrial enterprise, including an introduction to project management. Emphasis is on project management and the development of the project management plan. At least one term of previous co-op experience is required. **Lecture 3, Credits 3 (Spring)**

**ISEE-420**                                                       **Production Planning/Scheduling**
A first course in mathematical modeling of production-inventory systems. Topics included: Inventory; Deterministic Models, Inventory: Stochastic Models, Push v. Pull Production Control Systems, Factory Physics, and Operations Scheduling. Modern aspects such as lean manufacturing are included in the context of the course. (Prerequisites: ISEE-301 and (STAT-251 or MATH-251) or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ISEE-421**                                                       **Design and Analysis of Production Systems**
This course will provide an introduction to concepts and techniques in the design and analysis of production systems. A blend of traditional and modern approaches is brought into the classroom. At the end of the semester, the student will be able to assess and analyze the performance of a given manufacturing system as well as to provide a framework for system redesign and improvement. Modern aspects such as lean manufacturing are included in the context of the course. (Corequisites: ISEE-420 or equivalent course.) **Lab 1, Lecture 3, Credits 3 (Fall)**

**ISEE-489**                                                       **Special Topics**
Topics and subject areas that are not among the courses listed here are frequently offered under the special topics title. Under the same title also may be found experimental courses that may be offered for the first time. Such courses are offered in a formal format; that is, regularly scheduled class sessions with an instructor. The level of complexity is commensurate with a senior-level undergraduate technical course. **Lecture 3, Credits 3 (Fall, Spring)**

**ISEE-497**                                                       **Multidisciplinary Senior Design I**
This is a two course sequence oriented to the solution of real world engineering design problems. This is a capstone learning experience that integrates engineering theory, principles, and processes within a collaborative environment. Multidisciplinary student teams follow an engineering design process, which includes assessing customer needs, developing engineering specifications, generating and evaluating concepts, choosing an approach, completing systems and subsystems designs, and implementing the design to the extent feasible, for example by building and testing a prototype or implementing a chosen set of improvements to a process. (Prerequisites: ISEE-323 and ISEE-330 or equivalent course. Co-requisites: ISEE-350 and ISEE-420 and ISEE-510 and ISEE-560 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ISEE-498**                                                       **Multidisciplinary Senior Design II**
This is a two course sequence oriented to the solution of real world engineering design problems. This is a capstone learning experience that integrates engineering theory, principles, and processes within a collaborative environment. Multidisciplinary student teams follow an engineering design process, which includes assessing customer needs, developing engineering specifications, generating and evaluating concepts, choosing an approach, completing systems and subsystems designs, and implementing the design to the extent feasible, for example by building and testing a prototype or implementing a chosen set of improvements to a process. (Prerequisites: ISEE-497 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ISEE-499**                                                       **Co-op**
One semester of paid work experience in industrial engineering. (Prerequisites: ISEE-120 and EGEN-99 and students in the ISEE-BS program.) **CO OP, Credits 0 (Fall, Spring, Summer)**

RIT0000918

**ISEE-510**                                                    **Systems Simulation**
Computer-based simulation of dynamic and stochastic systems. Simulation modeling and analysis methods are the focus of this course. A high-level simulation language such as Simio, ARENA, etc., will be used to model systems and examine system performance. Model validation, design of simulation experiments, and random number generation will be introduced. (Prerequisites: ISEE-200 and ISEE-301 or equivalent course.Co-requisites: ISEE-325 or STAT-252 or MATH-252 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**ISEE-560**                                        **Applied Statistical Quality Control**
An applied approach to statistical quality control utilizing theoretical tools acquired in other math and statistics courses. Heavy emphasis on understanding and applying statistical analysis methods in real-world quality control situations in engineering. Topics include process capability analysis, acceptance sampling, hypothesis testing and control charts. Contemporary topics such as six-sigma are included within the context of the course. (Co-requisites: ISEE-325 or STAT-252 or MATH-252 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ISEE-561**                                              **Linear Regression Analysis**
In any system where parameters of interest change, it may be of interest to examine the effects that some variables exert (or appear to exert) on others. "Regression analysis" actually describes a variety of data analysis techniques that can be used to describe the interrelationships among such variables. In this course we will examine in detail the use of one popular analytic technique: least squares linear regression. Cases illustrating the use of regression techniques in engineering applications will be developed and analyzed throughout the course. (Prerequisites: (MATH-233 or (MATH-231 and MATH-241)) and (ISEE-325 or STAT-252 or MATH-252) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**ISEE-582**                                              **Lean Six Sigma Fundamentals**
This course presents the philosophy and methods that enable participants to develop quality strategies and drive process improvements. The fundamental elements of Lean Six Sigma are covered along with many problem solving and statistical tools that are valuable in driving process improvements in a broad range of business environments and industries. Successful completion of this course is accompanied by "yellow belt" certification (for A's and B's only), and provides a solid foundation for those who also wish to pursue a "green belt." (Green belt certification requires completion of an approved project which is beyond the scope of this course). (Prerequisites: STAT-145 or STAT-251 or MATH-251 or CHME-391 or equivalent course and and at least 4th year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**ISEE-589**                                                         **Special Topics**
Topics and subject areas that are not regularly offered are provided under this course. Such courses are offered in a normal format; that is, regularly scheduled class sessions with an instructor. **Lecture 3, Credits 3 (Fall, Spring)**

**ISEE-599**                                                      **Independent Study**
A supervised investigation within an industrial engineering area of student interest. Professional elective. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 0 - 4 (Fall, Spring, Summer)**

## Mechanical Engineering

**MECE-102**                                      **Engineering Mechanics Laboratory**
This course examines classical Newtonian mechanics from a calculus-based fundamental perspective with close coupling to integrated laboratory experiences. Topics include kinematics; Newton's laws of motion; work-energy theorem, and power; systems of particles and linear momentum; circular motion and rotation; mechanical waves, and oscillations and gravitation within the context of mechanical engineering, using mechanical engineering conventions and nomenclature. Each topic is reviewed in lecture, and then thoroughly studied in multiple accompanying laboratory sessions. Students conduct experiments using modern data acquisition technology; and analyze, interpret, and present the results using modern computer software. (Prerequiste: This class is restricted to MECE-BS or ENGRX-UND or MECEDU-BS students.Co-requisites: MATH-181 or MATH-181A or MATH-172 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**MECE-103**                                                                 **Statics**
This basic course treats the equilibrium of particles and rigid bodies under the action of forces. It integrates the mathematical subjects of calculus, vector algebra and simultaneous algebraic equations with the physical concepts of equilibrium in two and three dimensions. Topics include concepts of force and moment, friction, centroids and moments of inertia, and equilibrium of trusses, frames and machines. (Prerequisites: MECE-102 or PHYS-211 or PHYS-211A or PHYS-206 or equivalent course and restricted to MECE-BS or MECEDU-BS or MECE-MN or ENGRX-UND students.Co-requisites: MATH-182 or MATH-182A or MATH-173 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**MECE-104**                                              **Engineering Design Tools**
This course combines the elements of Design process, Computer Aided Design (CAD), and Machine Shop Fabrication in the context of a design/build/test project. You will learn how to work in a team and use a formalized design process to justify and support design choices, how to use a CAD package to create three-dimensional models and assemblies, and how to safely fabricate metal parts using vertical mills and lathes. (This course is restricted to MECE-BS or MECE-MN or ENGRX-UND or MECEDU-BS Major students.) **Lab 1, Lecture 4, Credits 3 (Fall, Spring)**

**MECE-109**                                                         **Computer Tools**
This is a studio course, which covers the proper use of computers, and programs used to solve engineering and science problems. This course is intended for transfer (internal and external) students who have completed Physics I but have not taken MECE-102 Engineering Mechanics Lab, or subsequent computer course. (Co-requisite: PHYS-211 or PHYS-211A or PHYS-206 and PHYS-207 or equivalent course. This course is restricted to ENGRX-UND or MECE-BS or MECEDU-BS or MECE-MN students.) **Lecture 1, Credits 1 (Fall or Spring)**

**MECE-110**                                                         **Thermodynamics I**
A basic course introducing the classical theory of thermodynamics. Applications of the first law of thermodynamics are used to introduce the student to thermodynamic processes for closed and open systems. The Clausius and Kelvin-Planck statements of the second law are then correlated with the concept of entropy and enthalpy to investigate both real and reversible processes and the thermodynamic properties of pure substances. These techniques are then used to evaluate thermodynamic cycles for a variety of applications in power generation and refrigeration. Students are then introduced to techniques to improove thermal efficiency of these cycles such as reheat, regeneration, and co-generation. (Prerequisites: MECE-102 or equivalent course.Co-requisites: MATH-182 or or MATH-182A or MATH-173 or equivalent course.This course is restricted to MECE-BS or MECEDU-BS or MECE-MN or ENGRX-UND students.) **Lecture 3, Credits 3 (Fall, Spring)**

**MECE-115**                                      **Model Aircraft Fabrication Laboratory**
This hands-on laboratory course introduces students to Radio Control model airplane construction. Students learn how to construct their own airplanes from balsa and birch ply, how to install control hardware, and how cover these airplanes using heat-shrink covering materials. Students are required to purchase a kit-of-parts to cover material costs, which will allow them to keep their constructed airframe at the end of the course. Radio control hardware will be provided to students for use during the course, and students will have the option to purchase their own RC hardware to turn their airframe into a fully functional RC model airplane. (This course is restricted to students in MECE-BS or MECEDU-BS or MECE-MN or ENGRX-UND students.) **Lab 2, Credits 1 (Spring)**

**MECE-117**                                  **Introduction to Programming for Engineers**
This course provides the student with an overview of the use of computer programming for solving problems encountered in engineering. Students will learn how to develop an algorithm for solving a problem and to translate that algorithm into computer code using fundamental structured programming techniques. The programming language(s) employed are selected to support computational problem-solving in higher-level mechanical engineering courses. (This course is restricted to students in MECE-BS or ENGRX-UND or MECEDU-BS.Co-requisite: MATH-181 or MATH-181A or MATH-172 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**MECE-189**                                              **Undergraduate Special Topics**
In response to student and/or faculty interest, special courses that are of current interest and/or logical continuation of regular courses will be presented. (Pre-requisites may apply depending on the topic, therefore department permission is required for enrollment) See instructor for more details. **Lecture 3, Credits 3 (Fall, Spring)**

**MECE-200**                                                  **Fundamentals of Mechanics**
Statics: equilibrium, the principle of transmissibility of forces, couples, centroids, trusses and friction. Introduction to strength of materials: axial stresses and strains, statically indeterminate problems, torsion and bending. Dynamics: dynamics of particles and rigid bodies with an introduction to kinematics and kinetics of particles and rigid bodies, work, energy, impulse momentum and mechanical vibrations. Emphasis is on problem solving. For students majoring in industrial and systems engineering. (Prerequisites: PHYS-211 or PHYS-211A or 1017-312 or 1017-312T or 1017-389 or PHYS-206 and PHYS-207 or equivalent course.and restricted to students in ISEE-BS or ISEEDU-BS programs.) **Lecture 4, Credits 4 (Spring)**

**MECE-203**                                                  **Strength of Materials I**
A basic course in the fundamental principles of the mechanics of deformable media, including stress, strain, deflections and the relationships among them. The basic loadings of tension, compression, shear, torsion and bending are also included. (Prerequisites: MECE-103 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lecture 3, Credits 3 (Fall, Spring)**

RIT0000919