# EXHIBIT 30(b)

## 2019-2020 Undergraduate Bulletin

## RIT0000920 - 997

**Kate Gleason College of Engineering**

**MECE-204** **Strength of Materials I Laboratory**
A required laboratory course taken concurrently with MECE-203. Students investigate a metallic material's response to axial, torsional, and bending loads. Students are introduced to reduction and analysis of data, basic experimental techniques, and effective report writing. (This course is restricted to students in MECE-BS or MECEDU-BS or MECE-MN or ENGRX-UND students.Co-requisites: MECE-203) **Lab 2, Credits 1 (Fall, Spring)**

**MECE-205** **Dynamics**
A basic course in the kinematics and kinetics of particles and rigid bodies. Newton's Laws and the theorems of work-energy and impulse momentum are applied to a variety of particle problems. Systems of particles are employed to transition to the analysis of rigid body problems. Absolute and relative motion are used to investigate the kinematics and kinetics of systems of rigid bodies. Newton's Laws are applied to a variety of two-dimensional rigid body problems. (Prerequisites: MECE-103 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lecture 3, Credits 3 (Fall, Spring)**

**MECE-210** **Fluid Mechanics I**
This course investigates the physical characteristics of a fluid: density, stress, pressure, viscosity, temperature, vapor pressure, compressibility. Descriptions of flows include Lagrangian and Eulerian; stream-lines, path-lines and streak-lines. Classification of flows include fluid statics, hydrostatic pressure at a point, pressure field in a static fluid, manometry, forces on submerged surfaces, buoyancy, standard and adiabatic atmospheres. Flow fields and fundamental laws are investigated including systems and control volumes, Reynolds Transport theorem, integral control volume analysis of basic equations for stationary and moving control volumes. Inviscid Bernoulli and the Engineering Bernoulli equation are utilized when analyzing fluid systems. Other concepts studied include incompressible flow in pipes; laminar and turbulent flows, separation phenomenon, dimensional analysis. (Prerequisites: MECE-110 or equivalent course.This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lecture 3, Credits 3 (Fall, Spring)**

**MECE-211** **Engineering Measurements Lab**
This course is focused on developing skills and knowledge in the areas of instrumentation, computer data acquisition (DAQ), measurement theory, uncertainty analysis, data analysis, and technical report writing. Specific topics that are covered include: • Physical dimension variability assessment • Centrifugal pump performance evaluation • Temperature, pressure, and flow instrumentation and measurements • LabVIEW programming and DAQ hardware application • Transient measurements including computer data acquisition • Digital signal input and output Each topic includes background theoretical content with some individual exercises and then a team-based lab with accompanying lab report. Reports are submitted first in draft form and are reviewed by peers in class before preparing them for final draft submission (Prerequisites: MECE-102 or PHYS-211 or PHYS-211A or PHYS-206 or equivalent course and restricted to MECE-BS or MECEDU-BS students.) **Lec/Lab 3, Credits 2 (Fall, Spring)**

**MECE-251** **Principles of Thermodynamics, Fluids, and Heat Transfer**
This course introduces the principles of energy transfer through the use of first principles and empirical correlations. Topics include concepts of pressure, temperature, internal energy, enthalpy, entropy, thermodynamic cycles, Newtonian fluids, manometry, fluid flow, conduction, convection, and radiation. Techniques include the conservation of energy and momentum. This course introduces the principles of energy and its transport in cycles and systems. Rudimentary systems-level examples are presented. (Enrollment in this course requires permission from the department offering the course.) **Lecture 1, Credits 1 (Fall, Spring, Summer)**

**MECE-252** **Principles of Statics, Strengths, and Dynamics**
This course introduces the principles of equilibrium through the use of Newton's laws. Two dimensional equilibrium is considered for particles and rigid bodies under the action of forces. Topics include concepts of force and moment, trusses, frames, simple machines, friction, centroids and moments of inertia. Techniques include the method of joints and the method of sections. This course introduces the principles of the mechanics of deformable media, including stress, strain, deflections and the relationships among them. The basic loadings of tension, compression, shear, torsion and bending are introduced. One- and two-dimensional examples are presented. **Lecture 1, Credits 1 (Fall, Spring, Summer)**

**MECE-253** **Fundamentals of Mechanical Design for Mechatronics**
This course builds upon the core principles of mechanical engineering to introduce fundamental concepts of mechanical design as applied to mechatronics systems. Topics include thermal and mechanical failure modes or mechatronic systems, design considerations to mitigate failures modes; materials science considerations such as materials compatibility, corrosion and material selection; and solid modeling of mechatronic systems for parts, assemblies, parametric design, and revision control. (Enrollment in this course requires permission from the department offering the course.) **Lecture 1, Credits 1 (Fall, Spring, Summer)**

**MECE-255** **Foundations of Thermal and Mechanical Systems**
This course introduces the principles of modeling and simulation of thermo-mechanical dynamic systems through the use of first principles and empirical correlations. Topics include modeling of mechanical, fluid and thermal components and systems; frequency and time domain analysis; and rudimentary systems-level examples. (Enrollment in this course requires permission from the department offering the course.) **Lecture 3, Credits 3 (Fall)**

**MECE-289** **Undergraduate Special Topics**
In response to student and/or faculty interest, special courses that are of current interest and/or logical continuation of regular courses will be presented. (Pre-requisites may apply depending on the topic, therefore department permission is required for enrollment) See instructor for more details. **Lecture 3, Credits 3 (Fall, Spring)**

**MECE-300** **Intermediate Machining and Fabrication Lab**
This hands-on laboratory will instruct students in the safe operation of CNC and manual milling, turning, drilling, and other machine shop equipment. Students will develop fundamental machine shop skills needed to function in a machine shop environment. Students will learn to interpret drawings to layout, setup, and machine a series of parts used to build working prototypes. This course may be used towards a free elective or engineering topic credit. (Prerequisites: MECE-104 or equivalent course.This course is restricted to MECE-BS or MECEDU-BS students.) **Lab 2, Credits 1 (Fall)**

**MECE-301** **Engineering Applications Laboratory**
As a modification of the more "traditional" lab approach, students work in teams to complete an open-ended project involving theoretical and empirical analyses of an assigned system, applying engineering concepts and skills learned throughout prior courses. After successfully completing this course, students will have achieved a higher level of understanding of, and proficiency in, the tasks of qualitative treatment of real systems, development and implementation of analytical models, design and implementation of experimental investigations, and validation of results. (Prerequisites: MECE-102 and MECE-104 and MECE-210 and MECE-211 or equivalent courses and is restricted to MECE-BS or MECEDU-BS students.) **Lab 2, Lecture 1, Credits 2 (Fall, Spring)**

**MECE-304** **Fundamentals of Material Science**
This course provides the student with an overview of structure, properties, and processing of metals, polymers, and ceramics. There is a particular emphasis on steels, but significant attention is given to non-ferrous metals, ceramics, and polymers. (This course is restricted to students in the ISEE-BS or ISEEDU-BS programs.) **Lecture 2, Credits 2 (Spring)**

**MECE-305** **Materials Science with Applications**
This course provides the student with an overview of structure, properties, and processing of metals, polymers, and ceramics. Relevant basic manufacturing processes and materials selection is also discussed. There is a particular emphasis on steels, but significant attention is given to non-ferrous metals, ceramics, and polymers (This course is restricted to students in MECE-BS or MECEDU-BS or MECE-MN or ENGRX-UND students.) **Lecture 3, Credits 3 (Fall, Spring)**

**MECE-306** **Materials Science and Applications Laboratory**
A required laboratory course taken concurrently with MECE-304 Fundamentals of Materials Science or MECE-305 Materials Science with Applications. Students investigate the effects of the structure, alloying, and processing of materials on their mechanical properties. Students are also introduced to standardized testing methods and effective, professional, report writing. (This course is restricted to students in MECE-BS or MECEDU-BS or MECE-MN or ISEE-BS or ISEEDU-BS or ENGRX-UND students.) **Lab 2, Credits 1 (Fall, Spring)**

**MECE-310** **Heat Transfer I**
A first course in the fundamentals of heat transfer by conduction, convection and radiation, together with applications to typical engineering systems. Topics include one- and two-dimensional steady state and transient heat conduction, radiation exchange between black and gray surfaces, correlation equations for laminar/turbulent internal and external convection, and an introduction to heat exchangers analysis and design by LMTD and NTU methods. (Prerequisites: MECE-210 or equivalent course.This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lecture 3, Credits 3 (Fall, Spring)**

**MECE-317** **Numerical Methods**
This course entails the study of numerical methods as utilized to model and solve engineering problems on a computing device. Students learn to implement, analyze and interpret numerical solutions to a variety of mathematical problems commonly encountered in engineering applications. Topics include roots of algebraic and transcendental equations, linear systems, curve fitting, numerical differentiation and integration, and ordinary differential equations. Applications are taken from student's background in engineering, science and mathematics courses. The MATLAB programming language is taught and utilized for computer implementation. (Prerequisites: MATH-231 and MECE-102 or equivalent courses. This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

RIT0000920

**MECE-320**                                                    **System Dynamics**
This required course introduces the student to lumped parameter system modeling, analysis and design. The determination and solution of differential equations that model system behavior is a vital aspect of the course. System response phenomena are characterized in both time and frequency domains and evaluated based on performance criteria. Laboratory exercises enhance student proficiency with model simulation, basic instrumentation, data acquisition, data analysis, and model validation. (Prerequisites: MECE-205 and MATH-231 or equivalent courses.  Co-requisites: EEEE-281 This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**MECE-348**                                                    **Contemporary Issues**
This course introduces students to contemporary technologies in a specific field of mechanical engineering. In the process of exploring these technologies, the course teaches and applies skills related to communication, economic analysis, ethical analysis, and explores the positive and negative effects of technologies on our society and environment. Specific attention is focused on current events both domestically and internationally. (Prerequisite or Co-requisites: MECE-499 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS students.) **Lecture 3, Credits 3 (Fall, Spring)**

**MECE-350**                                                    **Strengths II**
This course provides a continuation of concepts pertaining to the mechanics of deformable media and their relation to the failure of materials. Failure topics pertaining to yielding, buckling, fracture, and fatigue for structures under static and dynamic loading conditions are discussed. A function-constraints-objective approach to the mechanical design process is introduced. (Prerequisites: MECE-203 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS students.) **Lecture 3, Credits 3 (Fall, Spring)**

**MECE-352**                                                    **Thermodynamics II**
Advanced design and analysis of gas and vapor power cycles, including co-generation and combined cycles, as well as vapor compression and air-conditioning cycles using concepts of exergy based on the 2nd Law of Thermodynamics and the field of thermo-economics. Emphasis is also placed on determining entropy generation and irreversibility within fossil fuel combustion processes using chemical energy. (Prerequisites: MECE-110 and (CHMG-141 or CHMG-131) or equivalent courses. This course is restricted to MECE-BS or MECEDU-BS students.) **Lecture 3, Credits 3 (Fall, Spring)**

**MECE-354**                                                    **Heat Transfer II**
Consists of the numerical solution of heat transfer problems. One-and two-dimensional steady-state as well as transient conduction cases are analyzed. A detailed study of single-phase forced and natural convective heat transfer is presented. Heat transfer during pool boiling, flow boiling and condensation is studied. Design aspects of heat transfer equipment are introduced. The students undertake a major design project. (Prerequisites: MECE-310 and MECE-317 or equivalent courses.) **Lecture, Credits 3**

**MECE-355**                                                    **Fluid Mechanics II**
A second course in fluid mechanics, integrating concepts of heat and mass transfer. Use of the differential form of the fundamental equations of the conservation of mass, momentum and energy is derived and used throughout. Topics include potential flow, viscous internal plane and pipe flows, external boundary layers, and the convective transport of heat and mass. (Prerequisites: MECE-210 or equivalent course. Co-requisites: MECE-310 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**MECE-360**                                                    **Advanced Computational Techniques**
In this course the students learn how to numerically solve some boundary value problems using the two most popular techniques: the finite difference (FD) and the finite elements (FE). Simple practical structural and thermal problems are also solved using a commercial FE software (ANSYS or equivalent). (Prerequisites: MECE-317 and MATH-231 or equivalent courses. This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lecture 3, Credits 3 (Fall)**

**MECE-389**                                                    **Undergraduate Special Topics**
In response to student and/or faculty interest, special courses that are of current interest and/or logical continuation of regular courses will be presented. (Pre-requisites may apply depending on the topic, therefore department permission is required for enrollment) See instructor for more details. **Lecture 3, Credits 3 (Fall, Spring)**

**MECE-401**                                                    **Refrigeration and Air Conditioning**
A basic course in the principles and applications of refrigeration and air conditioning involving mechanical vapor compression and absorption refrigeration cycles, associated hardware, psychometrics, and thermodynamic design of air conditioning systems and calculation of heating and cooling loads for structures. Students are expected to do a team design project. (Prerequisites: MECE-310 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS students.) **Lecture 3, Credits 3 (Spring)**

**MECE-402**                                                    **Turbomachinery**
Examines the basic principles applicable to all turbomachinery as well as the consideration of the operating and design characteristics of several basic classes of turbomachinery, including, centrifugal pumps, compressors, and turbines, as well as axial compressors and turbines, and hydraulic turbines. Includes a major team design project. (Prerequisites: MECE-210 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lecture 3, Credits 3 (Fall)**

**MECE-403**                                                    **Propulsion**
The fundamentals of propulsion including the basic operating principles and design methods for flight vehicle propulsion systems. Topics include air-breathing engines (turbojets, ramjets, turboprops and turbofans) as well as liquid and solid propellant chemical rockets. Students complete a team study project including a written report and a presentation of the results. (Prerequisites: MECE-310 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lecture 3, Credits 3 (Spring)**

**MECE-404**                                                    **Robotics**
An applied course in the fundamentals and applications of autonomous robots. Emphasis is placed on the use of microcontrollers to construct mobile robots. Topics include microcontroller programming, robot fundamentals, DC servo and stepper motors, encoders, sensors, programming, gripper design, and safety. A major emphasis is placed in a design project involving the design, build, and test of a mobile robot for an application. (Prerequisites: MECE-205 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS students.) **Lec/Lab 4, Credits 3 (Fall)**

**MECE-405**                                                    **Wind Turbine Engineering**
This course explores the basic aerodynamic elements of small-scale, horizontal axis wind turbines. A major component of the course is a project involving the design, construction, and testing of various blade profiles for a simple test turbine facility, utilizing a novel foam-paper construction process. Students will make use of various software packages for the project, including ProEngineer (or similar), MATLAB, and LabVIEW. Some attention may be given to larger-scale turbines, siting and environmental issues, power generation concerns, and other related topics as time and interest allow. (Prerequisites: MECE-110 and MECE-210 or equivalent courses and students in MECE-BS or MECE-MN programs.) **Lecture 3, Credits 3 (Fall or Spring)**

**MECE-406**                                                    **Advanced Computer Aided Design**
This course covers advanced solid modeling concepts utilizing industry standard parametric 3D modeling software. Part modeling concepts include parametric design, surface modeling and 3D annotation. Assembly modeling concepts include top down assembly, mechanisms and assemblies. GD&T concepts are introduced. A design project will reverse engineer a given assembly and suggest improvements. (Prerequisites: MECE-104 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lecture 3, Credits 3 (Fall or Spring)**

**MECE-407**                                                    **Biomedical Device Eng**
This course is an introduction to the design of medical devices and issues that are unique to these devices. Course content includes some historical background, an overview of existing devices and trends, material selection, interfaces of medical devices with biological tissues, product testing, reliability, and regulations specific to the design and validation of medical devices. A substantial part of the course is a project, in which students will be required to work in teams to complete a preliminary design of a novel device, including appropriate analysis and documentation. Analysis methods learned from prior coursework in the students discipline will be applied to this component of the course. (Prerequisites: (MECE-203 and MECE-310) or (BIME-410 and BIME-440) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**MECE-409**                                                    **Aerodynamics**
This course presents the essentials of aerodynamic theory. Topics include differential equations of fluid mechanics, airfoil theory, wings of finite span, inviscid potential flows, laminar and turbulent boundary layer, Airfoil design is explored through software. A design project is required. (Prerequisites: MECE-210 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lecture 3, Credits 3 (Fall)**

RIT0000921

**Kate Gleason College of Engineering**

**MECE-410**                                                                **Flight Dynamics**
This course deals with the three-dimensional dynamics of aircraft, including general aircraft performance, stability and control, and handling qualities. Topics include mathematical development of equations-of-motion describing full range of aircraft motion; aerodynamic forming term coefficient development, quaternion alternative; linearization of nonlinear aircraft models; determination of range, endurance and rate of climb; simulation of aircraft trajectory; static and dynamic stability; aircraft control; and aircraft handling qualities introduction. NEW-This course deals with the three-dimensional dynamics of aircraft, including general aircraft performance, stability and control, and handling qualities. Topics include: static and dynamic stability; longitudinal and lateral/directional control; mathematical development of rigid-body 6DOF equations-of-motion describing full range of aircraft motion; attitude dynamics and quaternion alternative; aerodynamic forming term coefficient development; linearization of nonlinear aircraft models; simulation of aircraft trajectories; aircraft system modes; and aircraft handling qualities introduction. (Prerequisites: MECE-320 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lecture 3, Credits 3 (Spring)**

**MECE-411**                                                                **Orbital Mechanics**
This course introduces orbital mechanics and space flight dynamics theory with application for Earth, lunar, and planetary orbiting spacecraft. Content includes historical background and equations of motion, two-body orbital mechanics, orbit determination, orbit prediction, orbital maneuvers, lunar and interplanetary trajectories, orbital rendezvous and space navigation (time permitting). The two body orbital mechanics problem, first approximation to all exploration orbits or trajectories, is covered with an introduction to the three body problem. Students develop computer based simulations of orbital mechanics problems including a final mission project simulation from Earth to Mars and home again requiring a number of orbit phases and transfers between these phases. NEW -- This course introduces orbital mechanics and space flight dynamics theory with application for Earth, lunar, and planetary orbiting spacecraft. Content includes: historical background and equations of motion, two-body orbital mechanics, orbit determination, orbit prediction, orbital maneuvers, lunar and interplanetary trajectories, orbital rendezvous and space navigation. The two-body orbital mechanics problem, first approximation to all exploration orbits or trajectories, is covered in full detail. Students develop computer based simulations using Matlab of orbital mechanics problems including a final mission project simulation from Earth to Mars requiring a number of orbit phases and transfers between these phases. (Prerequisites: MECE-205 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lecture 3, Credits 3 (Fall)**

**MECE-412**                                                                **Aerostructures**
The principles of deformable bodies as applied to the analysis and design of aircraft structures. Topics include the study of bending and torsion of thin-walled, multi-cell beams and columns; wing and fuselage stress analysis; and structural stability. Strain energy concepts and matrix methods are utilized throughout the course. (Prerequisites: MECE-203 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lecture 3, Credits 3 (Spring)**

**MECE-421**                                                                **Internal Combustion Engines**
An introduction to the operation and design of internal combustion engines. Topics include engine types and cycles, fuels, intake and exhaust processes, emissions and emission control systems, heat transfer and lubrication. (Prerequisites: MECE-110 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS or MECE-MN students.) **Lecture 3, Credits 3 (Spring)**

**MECE-450**                                        **Introduction to Matlab Procedural Programming**
This course introduces the principles of MATLAB through the use of examples problems and a hands-on learning approach. MATLAB topics include: MATLAB online help, MATLAB basic function usage, matrix manipulation, polynomials, programming loops (for/while), operators, logical operations, conditional flow control (if-then statements), programming MATLAB (m-files), data import/export, plotting graphic routines, data analysis, custom functions, differential equation solutions, optimization, Fourier transforms, systems modeling, introduction to external interfaces. Several systems-level examples are presented. (Enrollment in this course requires permission from the department offering the course.) **Lecture 1, Credits 1 (Fall or Spring)**

**MECE-451**                                        **Introduction To Simulink and Embedded Systems**
This course introduces the principles of Simulink through the use of examples problems and a hands-on learning approach. Simulink topics include: creating a model file, basic block manipulation, interface with Matlab, modeling and solutions of systems, creating subsystems, S-functions, custom blocks. Several systems-level examples are presented. Introduction to embedded system programming with microprocessors focusing on measuring input, manipulating data, and controlling output. (Enrollment in this course requires permission from the department offering the course.) **Lecture 3, Credits 2 (Fall or Spring)**

**MECE-489**                                                                **Undergraduate Special Topics**
In response to student and/or faculty interest, special courses that are of current interest and/or logical continuation of regular courses will be presented. (This course requires permission of the Instructor to enroll.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**MECE-497**                                                                **Multidisciplinary Sr. Design I**
The first of a two-course capstone design sequence. Students work in multidisciplinary design teams in an environment approximating an industrial setting. Emphasis is placed on teamwork and on developing good oral, written and interpersonal communication skills. In this course, student teams develop their proposed final design of a mechanical system after identifying possible alternative concepts. The final design must be supported by sound engineering analyses and by engineering drawings necessary to build a prototype. This course is intended to be taken as a capstone design experience near the conclusion of the student's program of study. (Prerequisites: MECE-301 and MECE-499 or equivalent courses. This course is restricted to MECE-BS or MECEDU-BS students.) **Lecture 6, Credits 3 (Fall, Spring)**

**MECE-498**                                                                **Multidisciplinary Sr. Design II**
The second of the two-course capstone design sequence. The same student teams from Senior Design I return to build and test a working prototype of their previously developed final design. Continued emphasis is placed on teamwork and on developing good oral, written and interpersonal communication skills. (Prerequisites: MECE-497 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS students.) **Lecture 6, Credits 3 (Fall, Spring)**

**MECE-499**                                                                **Cooperative Education**
Nominally three months of full-time, paid employment in the mechanical engineering field. (Prerequisites: (MECE-110 and MECE-203 and MECE-211 and EGEN-099) or MECE-499. This course is restricted to MECE-BS or MECEDU-BS students.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**MECE-515**                                                                **Embedded Systems for Mechatronics**
This course introduces the principles of Matlab, Simulink and Embedded Systems through the use of examples, problems, and a hands-on learning approach. Matlab topics include: Matlab basic function usage, matrix manipulation, polynomials, programming loops, operators, logical operations, conditional flow control, m-files, data import/export, plotting, data analysis, custom functions, differential equation solvers, Fourier transforms, systems modeling, and introduction to external interfaces. Simulink topics include: creating a model file, basic block manipulation, interfacing with Matlab, modeling and solutions of systems, creating subsystems, S-functions, and custom blocks. This course introduces embedded systems programming with microprocessors focusing on measuring input, manipulating data, and controlling output. Several systems-level examples are presented. (Enrollment in this course requires permission from the department offering the course.) **Lecture 3, Credits 3 (Spring)**

**MECE-520**                                                                **Introduction To Optimal Design**
This course is an introduction to basic optimization techniques for engineering design synthesis. Topics covered include: basic concepts, the general problem statement, necessary conditions of optimization, numerical techniques for unconstrained optimization, constrained optimization through unconstrained optimization, and direct methods. Numerical solutions are obtained using MATLAB software. A design project is required. (Prerequisites: MECE-317 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS students.) **Lecture 3, Credits 3 (Spring)**

**MECE-523**                                                                **Powertrain Systems and Design**
This course will introduce the analysis and design of power transmission systems. Topics covered include spur, helical, bevel, and worm gears, gear trains, planetary gear systems, power transmission shafts, belts and chain drives. The transmission of power at the required speed and torque is the primary function of most power transmission systems, and is the focus of this course. Students will use this foundation to complete a case study project whereby they review and analyse how power is transmitted from the primary source to the remainder of the driveline by means such as manual transmissions, automatic transmissions, continuously variable transmissions, and direct drive systems. (Prerequisites: MECE-350 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS students.) **Lecture 3, Credits 3 (Fall)**

**MECE-524**                                                                **Vehicle Dynamics**
The course focuses on the fundamentals of ground vehicle motion, control, and stability. The structure, stiffness, and mechanisms by which tires generate longitudinal and lateral forces and self-aligning moments are discussed. Steering geometry and steady-state and transient steering response for bicycle and four-wheel vehicle models are analyzed. The effect of suspension geometry and stiffness on stability and ride are discussed. Transmission system design to match engine characteristics and achieve required vehicle performance is discussed. (Prerequisites: MECE-320 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS students.) **Lecture 3, Credits 3 (Spring)**

**MECE-525**                                                                **Lab Applications in Mechatronics**
This course provides a culminating experience for the mechatronics engineering certificate, relying upon the completed course work and culminating in development of laboratory experiences related to mechatronics. Students enrolled in the course will design and prepare a novel lab experiment and complete lab experiments created by peers. (Enrollment in this course requires permission from the department offering the course.) **Lab 1, Lecture 2, Credits 3 (Fall, Spring)**

RIT0000922

**MECE-529**                                    **Renewable Energy Systems**
This course provides an overview of renewable energy system design. Energy resource assessment, system components, and feasibility analysis will be covered. Possible topics to be covered include photovoltaics, wind turbines, solar thermal, hydropower, biomass, and geothermal. Students will be responsible for a final design project. (Prerequisites: MECE-310 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS students.)**Lecture 3, Credits 3 (Fall)**

**MECE-538**                                    **Design of Machine Systems**
This is an applied course in the selection of components and integration of those components into electro-pneumatic-mechanical devices and systems. Topics involve all aspects of machine design, including drive components and systems, motion generation and control, and electrical control hardware and strategy. (Prerequisites: MECE-205 and MECE-350 or equivalent courses.) **Lecture 4, Credits 3 (Fall, Spring, Summer)**

**MECE-543**                                    **Classical Controls**
This course introduces students to the study of linear control system behavior for design and use in augmenting system performance. This is accomplished through classical control methods using Laplace transforms, block diagrams, root locus, and frequency domain analysis. Topics include: Laplace transform review, system modeling for control, fundamentals of time response behavior, stability analysis, steady-state error and design, feedback control properties, PID control, root locus analysis and design, and frequency response design. A laboratory will provide students with hands-on analysis and design-build-test experience. (Prerequisites: MECE-320 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS students.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**MECE-544**                                    **Introduction To Composite Materials**
This course is an introductory course to the fundamentals and applications of composite materials. Topics covered include constituents of composite materials, fabrication techniques, micromechanical analysis, macromechanical analysis, and the use of composites in design. Some laboratory work is to be performed, and a design project is required. (Prerequisites: MECE-203 and MECE-305 and MATH-241 or equivalent courses and this course is restricted to MECE-BS or MECEDU-BS students.Co-requisite: MECE-317 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MECE-550**                                    **Sustainable Energy Use in Transportation**
The transportation sector represents nominally a third of the total energy consumption in the US, and presently, over 90% of this comes from petroleum sources. Transportation is responsible for about a quarter of greenhouse gas emissions and is a major source for several criteria pollutants. This course will introduce students to engineering practices used to evaluate transportation technologies from the standpoint of sustainability with an emphasis on light duty vehicles. Several emerging technologies including battery and hybrid electric vehicles, fuel cell vehicles, and bio-fuels will be considered. Particular attention will be devoted to the energy efficiency and emissions of the technology at the both vehicle and the fuel source levels. Additionally, the economic and social impacts will be examined. No text book will be assigned, and instead we will rely on open-access publications, journal articles, and electronic text available through the library. Approved as applied elective for the Energy & Environment Option and for the Automotive Option. (Prerequisites: This course is restricted to MECE-BS Major students.Co-requisites: MECE-305 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MECE-555**                                    **Biomechatronics**
Biomechatronics is an upper level undergraduate and graduate elective course designed to give students an introduction to fundament concepts in Biomechanics as well as how to relate the biomechanics of motion to robotic systems. Course topics will include Biomechanics of Human Motion, Muscle Mechanics, Biomechanics of Prostheses, Artificial Limbs, Rehabilitation Biomechanics and Robotics, Actuators and Control, Biomimetic Robotics, Robotic Surgery, and Sensors. Students will be provided with fundamental pre-requisite knowledge related to each topic through readings, online resources, and in-class demonstrations. A final project is required. (Prerequisites:  MECE-205 or BIME-200 or equivalent course or graduate student standing.) **Lecture 3, Credits 3 (Biannual)**

**MECE-556**                                    **Applied Biotransport**
Review of the fundamentals of momentum, energy and mass transport within the context of biological systems ranging from the organelles in cells to whole plants and animals and their environments. Use of theoretical equations and empirical relations to model and predict the characteristics of diffusive, convective and radiative transport in complex biological systems and their environments. Emphasis is placed on the physical understanding of these systems through the construction of simplified mathematical models amenable to analytical, numerical or statistical formulations and solutions. (Prerequisite: MECE-310 or equivalent course.) **Lecture 3, Credits 3**

**MECE-557**                                    **Applied Biomaterials**
This course provides an overview of materials used in biomedical applications. Topics covered include structure and properties of hard and soft biomaterials, material selection for medical applications, material performance and degradation in hostile environments, and typical and abnormal physiological responses to biomaterials/environments. Some experiments will be performed in class and a major project is required. (Prerequisite: MECE-305 or BIME-370 and MECE-210 or BIME-320 or equivalent course and restricted to MECE-BS or BIME-BS Major students.) **Lecture 3, Credits 3 (Spring)**

**MECE-558**                                    **Introduction to Engineering Vibrations**
Is concerned with analytically finding the dynamic characteristics (natural frequencies and mode shapes) of vibratory mechanical systems (single-degree and multi-degrees of freedom systems), and the response of the systems to external excitations (transient, harmonic, and periodic). Application to vibration damping techniques (Dynamic Vibration Absorbers) is also covered. In addition, laboratory exercises are performed, and an independent design project is assigned. (Prerequisites: MECE-320 or equivalent course. This course is restricted to MECE-BS or MECEDU-BS students.) **Lecture 3, Credits 3 (Fall)**

**MECE-570**                                    **Manufacturing Processes and Engineering**
The overall objective of this course is to provide students the exposure of traditional and non-traditional manufacturing processes which include casting, thermoforming, sheet metal forming, machining, polymer processing, joining, additive manufacturing, and more. Students will learn how to apply the basic properties of materials to manufacturing analysis and product design within an economic framework from lectures and projects. (Prerequisites: MECE-104 and MECE-203 and MECE-305 or equivalent courses and students in MECE-BS programs. Co-requisites: MECE-350 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MECE-589**                                    **UG Upper Level Special Topics**
In response to student and/or faculty interest, special courses that are of current interest and/or logical continuation of regular courses will be presented. (Permission of the supervising faculty member and the department head required) See instructor for more details. **Lecture 3, Credits 3 (Fall, Spring)**

**MECE-599**                                    **Undergraduate Independent Study**
An independent student project course encompassing one of (a) an analytical investigation, (b) an experimental investigation or (c) a major design project. All independent student projects require a formal written report. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

## Microelectronic Engineering

**MCEE-101**                                    **Introduction to Nanoelectronics**
An overview of semiconductor technology history and future trends is presented. The course introduces the fabrication and operation of silicon-based integrated circuit devices including resistors, diodes, transistors and their current-voltage (I-V) characteristics. The course also introduces the fundamentals of micro/nanolithography, with topics such as IC masking, sensitometry, radiometry, resolution, photoresist materials and processing. Laboratory teaches the basics of IC fabrication, photolithography and I-V measurements. A five-week project provides experience in digital circuit design, schematic capture, simulation, bread-boarding, layout design, IC processing and testing. **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**MCEE-201**                                    **IC Technology**
An introduction to the basics of integrated circuit fabrication. The electronic properties of semiconductor materials and basic device structures are discussed, along with fabrication topics including photolithography diffusion and oxidation, ion implantation, and metallization. The laboratory uses a four-level metal gate PMOS process to fabricate an IC chip and provide experience in device design - and layout (CAD), process design, in-process characterization and device testing. Students will understand the basic interaction between process design, device design and device layout. (This course is restricted to EEEE-BS or MCEE-BS students with at least 2nd year standing or with instructor approval.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**MCEE-205**                                    **Statistics and Design of Experiments**
Statistics and Design of Experiments will study descriptive statistics, measurement techniques, SPC, Process Capability Analysis, experimental design, analysis of variance, regression and response surface methodology, and design robustness. The application of the normal distribution and the central limit theorem will be applied to confidence intervals and statistical inference as well as control charts used in SPC. Students will utilize statistical software to implement experimental design concepts, analyze case studies and design efficient experiments. **Lab 3, Lecture 2, Credits 3 (Fall)**

RIT0000923

**MCEE-320**                                    **E&M Fields for Microelectronics**
An introduction to the fundamentals of electrostatic, magneto-static and time varying fields that culminate with the Maxwell's equations, continuity and Lorentz force that govern the EM phenomena. Importance of Laplace's and Poisson's equations in semiconductor applications is described. Electromagnetic properties of material media are discussed with emphasis on boundary conditions. Plane wave solution of Maxwell's equations is derived and discussed in loss-less and lossy media. Applications in optics include reflection/refraction and polarization of light. A strong knowledge of vector calculus is desired. (Prerequisites: MATH-221 or MATH-221H or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MCEE-360**              **Semiconductor Devices for Microelectronic Engineers**
An extensive study of semiconductor physics, principles and device operation tied to realistic device structures and fabrication techniques. Topics include semiconductor fundamentals, pn junction diodes, metal-semiconductor junctions, metal-oxide-semiconductor field-effect transistors (MOSFETs), and bipolar junction transistors (BJT). Throughout the course, finite element simulation of realistic device structures (derived from a technology computer aided design tool) using a Poisson solving software package will be used to reinforce key concepts. (Prerequisites: PHYS-212 or PHYS-208 and 209 or equivalent course.) **Lecture 3, Credits 4 (Spring)**

**MCEE-495**                                                    **Senior Design I**
A capstone design experience for microelectronic engineering senior students. Students propose a project related to microelectronic process, device, component or system design, to meet desired specifications within realistic constraints such as economic, environmental, social, political, ethical, health and safety, manufacturability, and sustainability. The students plan a timetable and write a formal proposal. The proposal is evaluated on the basis of intellectual merit, sound technical/research plan, and feasibility. The proposed work is carried through in the sequel course, Senior Design Project II (MCEE-496). Each student is required to make a presentation of the proposal. (Prerequisites: EEEE-482 and 5th year standing in MCEE-BS with completion of two co-ops (MCEE-499).) **Lecture 2, Credits 3 (Fall)**

**MCEE-496**                                                    **Senior Design II**
A capstone design experience for microelectronic engineering senior students. In this course, students conduct a hands-on implementation of the projects proposed in the previous course, Senior Design Project I. Technical presentations of the results, including a talk and a poster, are required at the annual conference on microelectronic engineering organized by the program. A written paper in IEEE format is required and is included in the conference journal. (Prerequisites: MCEE-495 or equivalent course.) **Lec/Lab 2, Credits 3 (Spring)**

**MCEE-499**                                  **Microelectronic Engineering Co-op**
One semester or summer of paid work experience in microelectronic engineering. (This class is restricted to students in MCEE-BS or BS/MS students in MCEEMSCI-U.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**MCEE-502**                                    **Semiconductor Process Integration**
This is an advanced level course in Integrated Circuit Devices and process technology. A detailed study of processing modules in modern semiconductor fabrication sequences will be done through simulation. Device engineering challenges such as shallow-junction formation, fin FETs, ultra-thin gate dielectrics, and replacement metal gates are covered. Particular emphasis will be placed on non-equilibrium effects. Silvaco Athena and Atlas will be used extensively for process simulation. (Prerequisites: MCEE-201 or equivalent course. Co-requisite: MCEE-360 or EEEE-260 or equivalent course.) **Lab 2, Lecture 3, Credits 3 (Spring)**

**MCEE-503**                                                        **Thin Films**
This course focuses on the deposition and etching of thin films of conductive and insulating materials for IC fabrication. A thorough overview of vacuum technology is presented to familiarize the student with the challenges of creating and operating in a controlled environment. Physical and Chemical Vapor Deposition (PVD & CVD) are discussed as methods of film deposition. Plasma etching and Chemical Mechanical Planarization (CMP) are studied as methods for selective removal of materials. Applications of these fundamental thin film processes to IC manufacturing are presented. (Prerequisites: MCEE-201 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**MCEE-505**                            **Lithography Materials and Processes**
Microlithography Materials and Processes covers the chemical aspects of microlithography and resist processes. Fundamentals of polymer technology will be addressed and the chemistry of various resist platforms including novolac, styrene, and acrylate systems will be covered. Double patterning materials will also be studied. Topics include the principles of photoresist materials, including polymer synthesis, photochemistry, processing technologies and methods of process optimization. Also advanced lithographic techniques and materials, including multi-layer techniques for BARC, double patterning, TARC, and next generation materials and processes are applied to optical lithography. (Prerequisites: CHMG-131 or equivalent course.) **Lab 3, Lecture 3, Credits 3 (Fall)**

**MCEE-515**                                            **Nanolithography Systems**
An advanced course covering the physical aspects of micro- and nano-lithography. Image formation in projection and proximity systems are studied. Makes use of optical concepts as applied to lithographic systems. Fresnel diffraction, Fraunhofer diffraction, and Fourier optics are utilized to understand diffraction-limited imaging processes and optimization. Topics include illumination, lens parameters, image assessment, resolution, phase-shift masking, and resist interactions as well as non-optical systems such as EUV, maskless, e-beam, and nanoimprint. Lithographic systems are designed and optimized through use of modeling and simulation packages. **Lab 3, Lecture 3, Credits 3 (Spring)**

**MCEE-520**                              **Photovoltaic Science and Engineering**
This course focuses on the principle and engineering fundamentals of photovoltaic (PV) energy conversion. The course covers modern silicon PV devices, including the basic physics, ideal and non-ideal models, device parameters and design, and device fabrication. The course discusses crystalline, multi-crystalline, amorphous thin films solar cells and their manufacturing. Students will become familiar with basic semiconductor processes and how they are employed in solar cells manufacturing. The course further introduces third generation advanced photovoltaic concepts including compound semiconductors, spectral conversion, and organic and polymeric devices. PV applications, environmental, sustainability and economic issues will also be discussed. Evaluations include assignments and exams, a research/term paper on a current PV topic. (This class is restricted to degree seeking students with at least 4th year level.) **Lecture 3, Credits 3 (Spring)**

**MCEE-550**                                                    **CMOS Processing**
A laboratory course in which students manufacture and test CMOS integrated circuits. Topics include design of individual process operations and their integration into a complete manufacturing sequence. Students are introduced to work in process tracking, ion implantation, oxidation, diffusion, plasma etch, LPCVD, and photolithography. Student learn VLSI design fundamentals of circuit simulation and layout. Analog and Digital CMOS devices are made and tested. This course is organized around multidisciplinary teams that address the management, engineering and operation of the student run CMOS factory. (Prerequisites: (EEEE-260 or MCEE-360) and MCEE-502 and MCEE-505 or equivalent courses.) **Lab 4, Credits 4 (Fall)**

**MCEE-599**                                                    **Independent Study**
A supervised investigation within a microelectronic engineering area of student interest. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 5 (Fall, Spring, Summer)**

RIT0000924

# College of Engineering Technology

## Index

CETL    CETL-Applied Technical Leadership .......................... 87
CVET    Civil Engineering Technology ............................. 83
CPET    Computer Engineering Technology ........................ 85
EEET    Electrical Engineering Technology ........................ 87
EMET    Electrical/Mechanical Engineering Technology ................ 90
ENGT    Engineering Technology ................................. 90
ESHS    Environmental Sustainability, Health and Safety ............. 91
HRDE    Human Resource Development ............................ 93
MFET    Manufacturing Engineering Technology .................... 93
MCET    Mechanical Engineering Technology ...................... 94
MAAT    Media Arts and Technology .............................. 96
PACK    Packaging Science ..................................... 98
AERO    Reserve Officer's Training Corps-Air Force ................. 100
ARMY    Reserve Officer's Training Corps-Army ................... 100

*Course numbering: RIT courses are generally referred to by their alphanumeric registration label. The four alpha characters indicate the discipline within the college. The final three digits are unique to each course and identify whether the course is noncredit (less than 099), lower division (100-299), upper division (300-599), or graduate level (600 and above).*

*Unless otherwise noted, the following courses are offered annually. Specific times and dates can be found in each semester's schedule of courses. Prerequisites/corequisites are noted in parentheses near the end of the course description.*

## Civil Engineering Technology

**CVET-099**                                    **Fundamentals of Engineering (FE) Exam Review**
This non-credit bearing optional course prepares students for the Fundamentals of Engineering (FE) exam. Material in the civil engineering discipline is emphasized. Much of the class time is devoted to problem solving, and students have ample practice in working through practical problems in civil engineering as they prepare for the FE examination. **Class fee is required** (This class is restricted to students with at least 4th year standing in CVET-BS, ESHS-BS, CPET-BS, EEET-BS, TCET-BS, EMET-BS, MCET-BS, MFET-BS, RMET-BS or PACK-BS.) **Seminar 3, Credits 0 (Fall, Spring)**

**CVET-140**                                    **Materials of Construction**
A study of common construction materials in civil engineering with particular emphasis on Portland cement concrete and asphalt cement concrete. Aggregates, Portland cement, and asphalt cement (each an ingredient in the concretes) are studied extensively. Mass-volume relationships are explored in relation to these materials. An overview of laboratory testing procedures for evaluating these materials is provided. Important properties of masonry, steel, and wood products are also discussed. (Co-requisites: CVET-141 or equivalent course.) **Lecture 2, Credits 2 (Fall)**

**CVET-141**                                    **Materials of Construction Laboratory**
The Materials of Construction Laboratory will be taken concurrently with Materials of Construction (CVET-140). Standard laboratory tests will be performed for evaluating the properties of aggregate, Portland cement concrete, asphalt cement concrete, and mortar. Mix design procedures for Portland cement concrete and asphalt cement concrete will be learned and used. An introduction to green building materials will be provided. (Co-requisites: CVET-140 or equivalent course.) **Lab 2, Credits 1 (Fall)**

**CVET-150**                                    **Computer Aided Design and Drafting**
Introduction to engineering graphics as a means of communication in the technical fields. The course is laboratory oriented and provides the student with basic skills to create and edit professional 2D and 3D drawings with this comprehensive first course in the use of computer aided design and drafting (CADD) software for (mechanical, architectural and civil drawings). The course assumes no prior knowledge of engineering drawing or CADD. **Lec/Lab 4, Credits 2 (Spring)**

**CVET-160**                                    **Surveying**
Introduction to fundamentals of surveying. Topics include note taking; differential leveling; vertical and horizontal measurement; traversing; topographic mapping; horizontal, vertical, compound and reverse curves; and earthwork. (Co-requisites: CVET-161 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**CVET-161**                                    **Surveying Laboratory**
Students apply the fundamentals of surveying to field exercises using modern surveying equipment. Field exercises include differential leveling, cross sections, traversing, topographic mapping, horizontal curve layout, vertical curve design, and earthwork estimation. (Co-requisites: CVET-160 or equivalent course.) **Lab 2, Credits 1 (Fall)**

**CVET-170**                                    **Elements of Building Construction**
Elements and details of building construction, both residential and commercial, are explored. The course does not focus on design, but rather on specific building components, and on how these components work together to create a functional building. Some of the topics include foundations, wood light frame, heavy timber frame, steel, concrete, masonry, glass, roofing, cladding systems, and interior finishes. The role of building codes in design and construction is introduced. Sustainable building materials and systems are also introduced. (This course is restricted to CVET-BS Major students.) **Lecture 3, Credits 3 (Spring)**

**CVET-180**                                    **Civil Engineering Graphics**
The objective of this course is to develop in the student an understanding of plans and drawings in civil engineering projects such as site development, structures, hydraulic structures, water and wastewater transport and treatment facilities, and transportation facilities. Students will also understand how related disciplines—architecture, mechanical and electrical engineering, and landscape architecture—are incorporated into construction drawings. Students develop an understanding of the technical and legal purpose of plans and how to assemble them. (Co-requisites: CVET-181 or equivalent course.) **Lecture 2, Credits 2 (Fall)**

**CVET-181**                                    **Civil Engineering Graphics Lab**
The purpose of this course is to provide students with hands on learning of fundamental and innovative tools in the area of civil engineering graphics. Students will apply information from the co-requisite course to understand how construction drawing sets and drawing components are organized and generated. Spreadsheet methods will be used to solve design problems and building information modeling software will be introduced in the DDL computer lab. (Co-requisites: CVET-180 or equivalent course.) **Lab 2, Credits 1 (Fall)**

**CVET-210**                                    **Statics**
An introduction to the analysis of static structures covering free-body diagrams, forces, moments, vectors, equilibrium, friction, and analysis of structures and truss members. Applications are drawn from civil engineering technology. (Prerequisites: PHYS-111 or 1017-211 or equivalent course.) **Lecture 2, Recitation 2, Credits 3 (Spring)**

**CVET-220**                                    **Strength of Materials**
Study how forces and moments affect axial, shearing, and bending stresses and deflections of structural members. The relationships between stress and strain, for both axial and torsional loading, are explored. Beams, shafts, and columns are analyzed and designed based on stress and deformation. Combined stress states are analyzed, including using Mohr's circle. Statically indeterminate problems are evaluated. Euler's equations and column design principles are studied and applied. (Prerequisites: CVET-210 or equivalent course.) **Lecture 4, Recitation 2, Credits 4 (Fall)**

**CVET-230**                                    **Elementary Structures**
Applications of the principles of statics and strength of materials to the analysis and design of basic structural elements in buildings such as beams, T-beams, columns, slabs, and footings. Topics include analysis of gravity loads in buildings, along with analysis and design of both structural steel and reinforced concrete members found in buildings. The Allowable Stress Design approach (AISC) is used for steel, while the ACI code is used for concrete. Design and analysis of steel connections are covered also. (Prerequisites: CVET-220 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CVET-240**                                    **Elementary Soil Mechanics**
An introduction to soil mechanics and its application to problems encountered in civil engineering design and construction. Major topics include soil properties and classification, weight-volume relationships, compaction/ground improvement, groundwater flow, stresses in soils, settlement analysis, and shear strength. (Prerequisites: CVET-220 or equivalent course. Co-requisites: CVET-241 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CVET-241**                                    **Elementary Soil Mechanics Lab**
The Elementary Soil Mechanics Laboratory will be taken concurrently with CVET-240. Standard laboratory tests will be performed for evaluating the properties of soils including gradation, plasticity, compaction, permeability, compressibility, and shear strength. (Co-requisites: CVET-240 or equivalent course.) **Lab 2, Credits 1 (Spring)**

RIT0000925

**College of Engineering Technology**

**CVET-250**                                              **Hydraulics**
A study of the principle physical properties of liquids, hydrostatic pressure and forces, buoyancy and flotation, Bernoulli's Law, Conservation of Energy and Mass, and the concept of momentum. These fundamentals are applied in the analysis and design of closed conduit systems, open channel flow, pumps and pump selection and storage facilities. Rainfall runoff relationships and applications to stormwater management are also introduced. (Prerequisites: CVET-210 or equivalent course.  Co-requisites: CVET-251 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**CVET-251**                                              **Hydraulics Lab**
Experimental study of principle physical properties of liquids and major laws of fluid mechanics. Students will conduct several experiments that illustrate the theory and design principles taught in lecture. (Co-requisites: CVET-250 or equivalent course.) **Lab 2, Credits 1 (Fall)**

**CVET-300**                         **Land Development Computer Applications**
The purpose of this course is to provide the student with an introduction to civil 3D software and how to use the application and its tools to create standardized civil engineering and drafting projects. The course enables students to complete transportation, site, sewer, storm drain, and subdivision projects quickly, while using the tools to dynamically link and generate automatic design updates. (Prerequisites: CVET-150 and ((CVET-160 and CVET-161) or 0608-340) and ((CVET-180 and CVET-181) or 0608-220) or equivalent courses.) **Lec/Lab 3, Credits 2 (Fall)**

**CVET-332**                              **Structural Analysis with STAAD**
Introduction of classical and modern computational techniques to analyze statically determinate and indeterminate structures. Topics include beams, 2D trusses, 2D frames, cables and arches, moving loads and influence lines, approximate methods and moment distribution. Computer-aided structural analysis using commercial structural analysis software STAAD is involved. (Prerequisites: CVET-220 or equivalent course.) **Lecture 4, Credits 4 (Fall)**

**CVET-400**                              **Transportation Engineering**
This course exposes students to the fields of highway, traffic engineering, airport and rail engineering. The areas of administration, planning, design, construction, maintenance and operation are covered. After the introductory material is presented, stress is put on specific skills needed in these fields, including highway, rail, and airport standards; geometry and alignment; traffic signal timing and design, drainage; earthwork; safety standards; and structures. (Prerequisites: CVET-300 or equivalent course.  Co-requisites: CVET-401 or equivalent course.) **Lecture 2, Credits 2 (Spring)**

**CVET-401**                              **Transportation Engineering Lab**
Students apply the fundamentals of highway design in the planning and design of a curbed highway, parking lot, and the necessary stormwater management facility. Students will use AutoCAD Civil 3D software as well as traffic engineering software that is commonly used at transportation agencies. (Prerequisites: CVET-300 or equivalent course.  Co-requisites: CVET-400 or equivalent course.) **Lab 2, Credits 1 (Spring)**

**CVET-412**                              **Pavement Design**
This elective course provides detailed coverage of the engineering aspects of asphalt and Portland cement concrete pavement design, bringing together relevant concepts from construction materials, soil mechanics, and transportation engineering. The course includes design of new pavements and also addresses the topics of the assessment, rehabilitation, and recycling of existing pavements. In addition to focusing on highway/roadway pavements, an overview of airport pavements is presented. Problems are attacked in a practical manner, utilizing design guides and expertise from national organizations and state highway departments. (Prerequisites: ((CVET-140 and CVET-141) or 0608-330) and ((CVET-240 and CVET-241) or 0608-360) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**CVET-414**                              **Traffic Analysis**
The fundamentals of traffic engineering, traffic operation and control are covered. The design of intersection control is covered. Topics included are, driver/vehicle characteristics, traffic control devices, traffic stream characteristics, statistical applications in traffic engineering, traffic volume studies and characteristics, vehicle routing, speed changes, speed reduction zones, fixed time signal control and related topics. (Prerequisites: ((CVET-400 and CVET-401) or 0608-530) or equivalent course.) **Lec/Lab 4, Credits 3 (Spring)**

**CVET-421**                              **Land Use Planning**
The environmental and social aspects as well as the engineering and cost considerations of land-use planning are covered. Topics included are zoning concepts, master plans, subdivision regulations and design criteria, flood plains, environmentally sensitive areas, wetlands, other planning and control tools, solar access planning, and urban revitalization. Students are involved in an independent project consisting of a concept design for a subdivision or other land-use project. Extensive use is made of field trips and attendance at appropriate meetings or work sessions. (Prerequisites: CVET-300 or equivalent course.) **Lec/Lab 4, Credits 3 (Spring)**

**CVET-422**                    **Solid Waste Management and Recycling**
An introduction to the civil engineering aspects of dealing with resource recovery and waste management, with a focus on source reduction. Topics covered are the history of the problems, the resulting societal reaction and legislation, and present day handling, minimizing, recycling, or disposing of materials historically treated as wastes. Emphasis is placed on those aspects in which the civil engineer plays a prominent role such as material recovery facilities, municipal solid waste landfills and hazardous waste permanent storage facilities, land application of municipal wastewater biosolids, composting, and other resource recovery and environmental protection engineering projects. The processes employed for reuse and recycling will be reviewed with examples from major sectors. Use is made of lectures, reading materials, outside speakers, field trips, and certain projects. (This class is restricted to students with at least 3rd year standing in the CVET-BS program.) **Lecture 3, Credits 3 (Fall)**

**CVET-423**                              **GIS for CETEMS**
This course examines the fundamentals of geographic information systems and their application in the fields of civil engineering and environmental management. It emphasizes the application of GIS technology to problems such as, but not limited to, water resource management, asset management, environmental impact assessments, urban planning, and transportation. This course is restricted to 4th year CETEMS student or department permission. (Enrollment in this course is restricted to student with at least 4th year standing in CVET-BS or ESHS-BS.) **Lec/Lab 4, Credits 3 (Spring)**

**CVET-424**                    **Building Information Modeling with Revit**
The primary objective of the Revit course is to teach students the concepts of Building Information Modeling (BIM) technology and introduce the tools for parametric building design and documentation using Revit Architecture. Students will be able to create full 3D architectural project models and generate working drawings. The course focuses on design development tools - building the 3D model with foundation, walls, windows, doors, floors, roofs, stairs, creating reflected ceiling plans and furniture plans. Students will add views and annotation to the sheets to create a set of construction documents. (Prerequisites: CVET-150 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**CVET-431**                              **Structural Design - Steel**
Design of structural members and frames and their connections in steel structures. Topic include principles of structural design, structural loads and systems, steel grade and shapes, tension members, columns, non-composite and composite beams, beam-columns, column base plates, bolted connections and welded connections. The use of AISC Steel Manual is emphasized and a comprehensive group design project is assigned. Some computer work is involved. (Prerequisites: CVET-230 and CVET-332 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**CVET-432**                    **Structural Design - Reinforced Concrete**
Design of members and frames of reinforced concrete. Topics include principles of structural design; properties of concrete and reinforcement; design of slabs, beams, columns, and footings; and introduction to pre-stressed concrete. Emphasis is on the use of the ACI code, and a comprehensive group design project is assigned. Some computer work is involved. (Prerequisites: CVET-230 and CVET-332 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**CVET-433**                              **Structural Timber Design**
Design wood structures. Topics include properties of structural lumber, design of wood structural members including beams, columns, beam-columns, trusses, studs, plywood diaphragms and shear walls, and design of structural member connections. Emphasis is on the use of NDC Wood Design Package. A comprehensive group design project. Some computer work is involved. (Prerequisites: CVET-230 and CVET-332 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**CVET-434**                              **Design of Highway Bridges**
Design concrete and steel bridges. Topics include types of bridges; design loads on bridges, design of prestressed concrete girders using CONSPAN, design of steel girders using MDX, design of reinforced concrete deck, design of foundations, and introduction to multi-span bridges. Emphasis is on the use of the AASHTO LRFD code and bridge design software, and a comprehensive group design project is assigned. Some computer work is involved. (Prerequisites: CVET-332 and CVET-431 or CVET-432 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**CVET-435**                              **Prestressed Concrete**
This course focuses on the fundamental concepts of prestressed concrete design. Topics include prestressing systems, types of prestressing, materials used in prestressed concrete, analysis and design of pre- and post-tensioned systems, design of connections, losses in prestress. Emphasis is given on the use of the current industry standards and a design project. (Prerequisites: CVET-230 and CVET-332 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

RIT0000926

**CVET-436**                                              **Masonry Structures**
This course focuses on the fundamental concepts of structural design with masonry elements. Topics include historical perspective of masonry technology, materials used in masonry construction, general design requirements for masonry, structural design of unreinforced and reinforced masonry elements, masonry construction practices, repairs and improvements to masonry walls. Emphasis is given on the use of the building codes for masonry structures and a comprehensive group design project. (Prerequisites: ((CVET-140 and CVET-141) or 0608-330) and CVET-332 and CVET-230 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**CVET-437**              **Principles of Dynamics in Civil Engineering Technology**
Study of the basic principles of engineering dynamics. Topics include kinematics of particles, force, mass and acceleration, work and energy, force-impulse and momentum, and an introduction to vibrations and structural dynamics. Applications to practical civil engineering problems are emphasized. (Prerequisites: CVET-332 and MATH-172 or 1016-232 or equivalent course.) **Lecture 2, Credits 2 (Spring)**

**CVET-440**                                          **Foundation Engineering**
This course will study the geotechnical engineering aspects of foundation design. Focus is on bearing capacity analysis and spread footing design, mat foundations, pile capacity and pile foundation design, drilled shafts, lateral earth pressures and retaining wall design, and an introduction to slope stability analysis. (Prerequisites: (CVET-240 and CVET-241) or 0608-360 or equivalent courses.) **Lecture 3, Credits 3**

**CVET-441**                          **Soil Retention and Stabilization Methods**
In this course students will develop skills for the selection, design, and construction of specialized soil retention and soil stabilization systems used in geotechnical engineering. The systems and techniques covered will include specialty retaining walls including anchored bulkheads, MSE walls, and segmental walls; temporary excavation support systems including soldier pile and lagging and steel sheet piling with tieback anchors or internal bracing; soil improvement and reinforcement including wick drains with preload, stone columns/aggregate piers, and geosynthetics/geogrids; and other current ground improvement techniques including grouting. (Prerequisites: CVET-440 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CVET-450**                      **Principles of Water and Wastewater Treatment**
An introduction to water and wastewater treatment, interpretation of analyzed physical, chemical, and biological aqueous characteristics associated with the design and operation of treatment processes. Fundamental principles and applications of physical, chemical, and biological processes employed in the treatment of drinking water and sanitary wastewater will be covered. Fundamental components and design procedures for gravity sewer systems will be introduced. (Prerequisites: CVET-250 and CVET-251 and (CHMG-122 or CHMG-142) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**CVET-451**              **Design of Water and Wastewater Treatment Facilities**
Hydraulic, biological, and chemical principles of water and wastewater treatment processes are applied to the design of municipal treatment works. Process, plant design, and construction elements are stressed. (Prerequisites: CVET-450 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CVET-452**                                          **Groundwater Hydraulics**
Groundwater movement analysis and engineering design applications. Topics include construction dewatering, groundwater remediation, flow-net analysis, flow analysis to wells and trenches, design of groundwater collection systems, pump selection, and groundwater's interaction with engineered structures. Application of groundwater computer software. (Prerequisites: CVET-250 and CVET-251 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**CVET-453**                                          **Stormwater Management**
This course focuses on the fundamental design concepts of surface water hydrology and how these concepts are applied to the management of stormwater for municipal and development projects. Topics include rainfall/runoff relationships, groundwater hydrology, hydrographs, soil erosion and sediment control, storm sewer design, and green infrastructure. Practical engineering procedures, using desktop and state-of-the-practice hydraulic and hydrologic software, are introduced to analyze existing conditions and design new solutions. (Prerequisites: CVET-250 and CVET-251 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**CVET-461**                                      **Construction Cost Estimating I**
An introduction to direct cost estimating for construction projects. The estimating techniques covered include quantity take-off, labor productivity, and pricing (labor, material, and equipment). Drawings, sketches, and specifications are used as a basis for developing quantities involving site work, concrete, masonry, steel, carpentry, and finishes. Students also use software tools to aid in developing takeoff quantities. Different estimate structures and various types of estimates are examined. Direct and indirect construction costs are explored along with approaches for estimating overhead costs and profit. (Prerequisites: CVET-170 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall)**

**CVET-462**                                  **Construction Project Management**
An introduction to construction management. Project administrative roles and relationships among the various project team participants are explored. Topics include specifics of construction project start-up including procurement, project buyout, and job site layout and control. Subcontracts and relationship with subcontractors are explored. Construction related documentation including contract documents, submittals, information requests, change orders, progress payments, bonds, insurances, and project closeout is discussed. Safety, quality, and project closeout are also covered. (Prerequisites: CVET-170 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CVET-464**                      **Construction Planning, Scheduling and Control**
This course covers planning, organization, scheduling, and control of construction projects. The components of construction project planning are examined. Students are exposed to and gain practice in using the Critical Path Method (CPM) in scheduling, Monte Carlo risk analysis and monitoring the progress of construction projects. Cost control and resource allocation/resource management are explored. (Prerequisites: CVET-170 or equivalent course and 4th year standing.) **Lec/Lab 4, Credits 3**

**CVET-465**                                      **Contracts and Specifications**
This course includes a fundamental overview of contract law, followed by the application of this material in the contracts for construction. Subsequently, the student is exposed to construction specifications. Substantial use is made of actual documents such as those of the New York State Department of Transportation, The Construction Specification Institute, and trade standards such as ANSI, ASTM, and others. Students are required to develop and assemble a mock-up set of contract documents. Arbitration, design-build, and partnering are discussed. (This class is restricted to students with at least 4th year standing in the CVET-BS program.) **Lecture 3, Credits 3 (Spring)**

**CVET-489**                                          **Special Topics in CVET**
Subject offerings of new and developing areas of knowledge in civil engineering technology intended to augment the existing curriculum. Special Topics courses are offered periodically. Watch for titles in the course listing each semester. **Lecture 3, Credits 1 - 3 (Spring)**

**CVET-499**                              **Civil Engineering Technology Co-op**
One semester or summer block of appropriate work experience in a related industry. Department permission is required. (This course is restricted to CVET-BS Major students.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**CVET-500**                                                  **CET Capstone**
A capstone course in civil engineering technology. This course builds on and integrates the engineering concepts developed in prior course work into the complete design of a major civil engineering project. The course will require a written and an oral presentation of the completed design to include, where appropriate, plans and specifications. (This class is restricted to students with 5th year standing in the CVET-BS program.) **Lecture 3, Credits 3 (Spring)**

**CVET-505**                      **Sustainable Building Design and Construction**
Course material will focus on the design, engineering, and construction of sustainable buildings and how the construction manager guides the project team to meet the owner's objectives of a sustainable facility. Students will explore the primary differences and similarities between the different green building rating systems, including the Leadership in Energy and Environmental Design (LEED) rating system developed by the U.S. Green Building Council. (Prerequisites: CVET-170 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**CVET-599**                                              **Independent Study**
A supervised investigation within a civil engineering technology area of student interest. Consent of the faculty sponsor and departmental approval are required. Students are limited to a maximum of three semester credit hours of independent study projects and two sections in any semester, plus a maximum of six semester credit hours of independent study credits earned toward degree requirements. **Ind Study, Credits 1 - 3 (Spring, Summer)**

## Computer Engineering Technology

**CPET-121**                                  **Computational Problem Solving I**
This is the first course in a two-course sequence in computational problem solving of engineering and scientific problems. The problems solved will stress the application of sequence, selection, repetitive, invocation operations, and arrays. The development of proper testing procedures to ensure computational accuracy will be stressed. Students, upon successful completion of this course, will be able to analyze introductory engineering and scientific problems, design, code, test, and document procedural software solutions. **Lec/Lab 4, Credits 3 (Fall, Spring)**

RIT0000927

**College of Engineering Technology**

**CPET-141**                                                      **Digital Fundamentals**
An introduction to digital electronics, emphasizing the concepts that are fundamental to any digital system: number systems, truth tables, Boolean algebra, Karnaugh maps, combinational and sequential logic, digital arithmetic, TTL/CMOS logic families and SSI, MSI, and PLD device implementation. Students, upon completion of this course, will have the necessary skills to analyze and design introductory combinational and sequential logic circuits. (Co-requisites: CPET-142 or equivalent course.) **Lecture 2, Credits 2 (Fall or Spring)**

**CPET-142**                                                   **Digital Fundamentals Lab**
Laboratory work to complement the lecture material covered in Digital Fundamentals (CPET-141). The laboratories are designed to illustrate concepts, reinforce analysis and design skills, and develop instrumentation techniques associated with the lecture topics. Students, upon completion of this course, will have the necessary skills to analyze, design, and implement introductory combinational and sequential logic circuits. (Co-requisites: CPET-141 or equivalent course.) **Lab 2, Credits 1 (Fall, Spring)**

**CPET-231**                                                      **Digital Systems Design**
This course covers the design and simulation of digital circuits using modern digital design techniques. Using a hardware description language, students will design, synthesize, and analyze finite state machines and combinational, sequential, and arithmetic logic circuits. Topics will include design for synthesis, verification techniques, memory circuits, programmable logic devices, and implementation technologies. (Prerequisites: ((CPET-141 and CPET 142) or 0618-301) or equivalent courses.  Co-Requisites: CPET-232 or equivalent course.) **Lecture 2, Credits 2 (Fall)**

**CPET-232**                                                      **Digital Syst Design Lab**
Laboratory work to complement the lecture material covered in Digital Systems Design (CPET-231). The laboratories are designed to illustrate concepts, reinforce analysis and design skills, and develop instrumentation techniques associated with the lecture topics. (Co-requisites: CPET-231 or equivalent course.) **Lab 2, Credits 1 (Fall)**

**CPET-233**                                                      **Digital Systems Design**
This course covers the design and simulation of digital circuits using modern digital design techniques. Using a hardware description language, students will design, synthesize, and analyze finite state machines and combinational, sequential, and arithmetic logic circuits. Topics will include design for synthesis, verification techniques, memory circuits, programmable logic devices, and implementation technologies. The laboratories are designed to illustrate concepts, reinforce analysis and design skills, and develop instrumentation techniques associated with the lecture topics. (Prerequisite: C- or better CPET-141 and CPET-142 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**CPET-251**                                                      **Microcontroller Systems**
This course presents typical structures and applications of microcontroller systems. Emphasis will be on hardware, programming, input/output methods, typical peripherals/interfacing (including Timers, ADC and micro-to-micro communications), interrupt handling and small system design and applications using high level programming languages. Microprocessor architecture and assembly programming will be introduced to provide a base for more advanced digital designs. (Prerequisites: CPET-121 and CPET-141 and CPET-142 or equivalent courses. Co-requisites:  CPET-252 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CPET-252**                                                   **Microcontroller Systems Lab**
This course implements the techniques and concepts developed in microcontroller systems. Emphasis is placed on the use of an Integrated Development Environment (IDE) to program a microcontroller at the register level. Skills in debugging, implementation, and demonstration of basic microcontroller systems will be developed. (Prerequisites:  CPET-121 and CPET-141 and CPET-142 or equivalent courses. Co-requisites:  CPET-251 or equivalent course.) **Lab 2, Credits 1 (Spring)**

**CPET-321**                                                 **Computational Problem Solving II**
This is the second course in a two-course sequence in computational problem solving of engineering and scientific problems. The problems solved will stress the application of data structures and object oriented classes. Data encapsulation, data management, and design robustness will be stressed. Students, upon successful completion of this course, will be able to analyze complex engineering and scientific problems, design, code, test, and document objected-oriented software solutions. (Prerequisites: CPET-121 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall)**

**CPET-341**                                                 **Hardware Description Language**
This course is a more in depth coverage of current logic design and verification methodologies using a modern hardware description language (HDL). Topics include coding for different levels of abstraction, implementation of arithmetic circuits and finite state machines, hierarchical designs, reusable component design, data and control path, best coding practices, design constraints and verification. Students, upon completion of this course, will have the necessary skills to analyze and design advanced hardware descriptions of combinational and sequential logic circuits using design and verification best practices and methodologies. (Prerequisites: (CPET-231 and CPET-232) or 0618-438 or equivalent courses.  Co-Requisites: CPET-342 or equivalent course.) **Lecture 2, Credits 2 (Fall)**

**CPET-342**                                                 **Hardware Descrip Language Lab**
Laboratory work to complement the lecture material covered in Hardware Description Language. The laboratories are designed to illustrate concepts, reinforce analysis and design skills, and develop instrumentation techniques associated with the lecture topics. Students, upon completion of this course, will have the necessary skills to analyze, design, and implement advanced hardware descriptions of combinational and sequential logic circuits using design and verification best practices and methodologies. (Co-requisites: CPET-341 or equivalent course.) **Lab 2, Credits 1 (Fall)**

**CPET-343**                                                 **Hardware Description Language**
This course is a more in depth coverage of current logic design and verification methodologies using a modern hardware description language (HDL). Topics include coding for different levels of abstraction; implementation of arithmetic circuits and finite state machines, hierarchical designs, reusable component design, data and control path, best coding practices, design constraints and verification. The laboratories are designed to illustrate concepts, reinforce analysis and design skills, and develop instrumentation techniques associated with the lecture topics. (Prerequisites: C- or better CPET-233 or (CPET 231 & CPET 232) or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**CPET-371**                                                      **Special Topics**
Special Topics is an experimental lower-division course intended as a means for offering innovative topics not currently reflected in either the Computer or Electrical Engineering Technology curriculums **Lecture, Credits 1 - 3 (Fall, Spring, Summer)**

**CPET-421**                                                 **Applied Audio Programming**
The modern audio industry seeks individuals who can implement creative tools for audio and music engineers. This course teaches students how to develop audio software and/or applications for music, sound, and audio engineering and assists them in acquiring programming skills for the audio industry. The course consists of four sections: (1) fundamentals of audio signal processing, (2) audio effects used in digital audio equipment (e.g. digital mixers), (3) applied audio signal processing technologies, and (4) Virtual Studio Technology (VST) plugin programing. The sub-topics include (but are not limited to) gain, delay, filter structures (IIR, FIR), EQ, Reverberator, Compressor, Beamforming, Adaptive filtering, VST plugin development. Students will be evaluated through both knowledge on audio signal processing and practical implementation of a VST plugin as a final project. **Lecture 3, Credits 3 (Fall)**

**CPET-461**                                                 **Real Time Operating Systems**
This course will provide students with an introduction to operating systems theory, and practical problem solving approaches to real-time systems. An embedded real-time operating system is used as the foundation for a variety of programming projects. Students, upon successful completion of this course, will be able to understand the operation and describe the various components of an operating system. They will be able to evaluate design trade-offs and selection criteria for different types of operating systems, and demonstrate the ability to write multiple process that run together within an embedded, real-time operating system. (Prerequisites: ((CPET-251 and CPET-252) or 0618-303) and CPET-321 or equivalent courses.) **Lec/Lab 4, Credits 3 (Spring)**

**CPET-481**                                                      **Networking Technologies**
This course provides a practical study of voice and data communications from the point of the OSI seven-layer and the TCP/IP five-layer protocol model. Both traditional circuit switched telecommunications as well as IP based communications are studied. This course covers the operation of the lower four layers in detail by examining some of the foundation laws of physics including Nyquist and Shannon as well as selected protocols. Emphasis is placed on data internetworking, local-area networking, and wide-area networking. This course is a problem based course in that students apply the learning to various computer and networking mathematical problems and are assessed on their ability to solve the problem. (Prerequisites: MATH-171 or MATH-181 or MATH-181A and STAT-145 or MATH-251 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

RIT0000928

**CPET-499**                                    **Cooperative Education – Computer Engineering Technology**
One semester or summer block of appropriate work experience in a related industry. Students are required to complete a poster and presentation and participate in the ECTET co-op presentation evening at the completion of each co-op experience. Department permission is required. (Prerequisites: EEET-299, CPET-251, CPET-252 and CPET- 321 or equivalent courses.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**CPET-561**                                    **Embedded Systems Design I**
This is an embedded systems architecture and design course. Microprocessor, as well as system level design principles will be analyzed from both a hardware and software perspective. Assembly language and C are used to develop software applications for a 32-bit embedded processor. Application software emphasizes interrupt driven operation and peripheral interfacing. A hardware description language is used to design and debug embedded components for an FPGA-based system. Students, upon successful completion of the course, will be able to design and debug hardware and software systems, evaluate design trade-offs and choose the best design solution, and perform functional and timing analysis of an embedded system. (Prerequisites: (CPET-251 and CPET-252) and CPET-343 or (CPET-341 and CPET-342) with grades of C- or better or equivalent courses.) **Lab 2, Lecture 3, Credits 4 (Spring)**

**CPET-563**                                    **Embedded Systems Design II**
This project-based course is the culmination of the curriculum capstone experience for the computer engineering technology major. This course will be focused around a project that includes product ideation, project/resource management techniques, and best practices; system level specification, modeling, partition, and design; team collaboration and communication; best documentation practices; industry level coding practices; hardware and software co-design methodologies; design reuse and intellectual property creation; design verification and validation; and design sign-off. (Prerequisites: CPET-561 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Spring)**

## CETL-Applied Technical Leadership

**CETL-350**                                    **Leadership Development**
This course focuses on personal, individual development of a leadership style to enhance students in applied technical leadership careers. To achieve this outcome, the course content includes a foundation in leadership principles; how leadership styles evolve and are created based on individual preferences and personality traits, the impact situations and challenges can have on personal leadership styles. This is a required core course in the Applied Technical Leadership degree. Course is available to undergraduate students only on a space available basis and if ATL admission requirements of associate degree and 3 years fulltime work experience is satisfied with DSS department permission. (This class is restricted to students with at least 3rd year standing in ATLEAD-BS.) **Lecture 3, Credits 3 (Fall)**

**CETL-355**                    **Contemporary Problems in Applied Technical Leadership**
This course will focus on contemporary issues in leadership in healthcare, enforcement and public service in the applied technical leadership arena. Using case studies and scholarly and press media, current issues in leadership will be discussed allowing students to go in depth into contemporary leadership styles and paradigms. Discussion will center on how leadership styles are developed, the consequences of these leadership styles on events, and the evolution of the development of leadership styles. This is a required core course in the Applied Technical Leadership degree. Course is available to undergraduate students only on a space available basis and if ATL admission requirements of associate degree and 3 years fulltime work experience is satisfied with DSS department permission. (This class is restricted to students with at least 3rd year standing in ATLEAD-BS.) **Lecture 3, Credits 3 (Spring)**

**CETL-400**                    **Crisis Intervention in Applied Technical Leadership**
This course provides an opportunity for students in the helping professions to reflect on personal styles of dealing with conflict and stress which impact on how they as individuals deal with crisis situations. Building on this self-knowledge student will learn a variety of tools and ideas to use to deal with crisis which occur in these helping professions. This is a required core course in the Applied Technical Leadership degree. Course is available to undergraduate students only on a space available basis and if ATL admission requirements of associate degree and 3 years fulltime work experience is satisfied with DSS department permission. (This class is restricted to students with at least 3rd year standing in ATLEAD-BS.) **Lecture 3, Credits 3 (Spring)**

**CETL-490**                                    **Senior Project**
As a capstone course students will demonstrate an integration of skills and knowledge gained from their program of study for the ATL degree through the selection of a research topic/question within the scope of the ATL program. Students will conduct research including; literature review, gathering primary data; assessing and summarizing this data; and report on results including inferred conclusions based on data analysis and the literature. This is a required core course in the Applied Technical Leadership degree. **Project 3, Credits 3 (Fall, Spring)**

## Electrical Engineering Technology

**EEET-111**                                    **DC Circuits**
Develops the skills to analyze and design practical DC circuits used in electronic devices. Topics include resistance with circuit techniques of Ohm's Law; current and voltage division; simplification of series, parallel, series-parallel circuits: bridge and ladder networks: Kirchhoff's source conversions, branch analysis; Thevenin and Norton theorems; superposition theorems and nodal analysis. Inductance and capitance are introduced and transient circuits are studied. (Co-requisites: EEET-112 and (MATH-111 or MATH-171 or MATH-181 or MATH-181A) or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**EEET-112**                                    **DC Circuits Lab**
Develops skills and practice in the design, fabrication, measurement and analysis of practical DC circuits used in electronic devices. Topics include the measurement relative to: resistance, current, and voltage with circuit techniques of Ohm's Law; current and voltage division; simplification of series, parallel, series-parallel circuits: bridge and ladder networks: Kirchhoff's Laws; power; and transient circuit behavior. Laboratory verification of DC analytical and techniques is included. Printed circuit board (PCB) design, fabrication, and assembly is also included emphasizing the development of soldering skill proficiency. (Co-requisites: EEET-111 or equivalent course.) **Lab 2, Credits 1 (Fall, Spring)**

**EEET-121**                                    **AC Circuits**
Develops the skills to analyze and design practical AC circuits used in electrical systems. Topics include network theorems, reactance and impedance, AC power and power factor, resonance, maximum power transfer, frequency response, and bandwidth. (Prerequisites: C- or better in (EEET-111 & EEET-112) or 0609-215 or equivalent courses.  Co-requisites: EEET-122 and MATH-171 or MATH-181 or MATH-181A.) **Lecture 3, Credits 3 (Fall, Spring)**

**EEET-122**                                    **AC Circuits Lab**
Develops skills and practice in the design, fabrication, measurement, and analysis of practical AC circuits used in electrical systems. Topics include network theorems, reactance and impedance, AC power and power factor, resonance, maximum power transfer, frequency response, and bandwidth. (Co-requisites: EEET-121 or equivalent courses.) **Lab 2, Credits 1 (Fall, Spring)**

**EEET-211**                                    **Electronics I**
Develops the knowledge and ability to design active electronic circuits using diodes, bipolar and field effect transistors. Emphasis is placed on device characteristics and specifications, biasing circuits and transistor modeling. Applications of class A, B, and D amplifiers including frequency response and thermal analysis are studied. (Prerequisites: EEET-121 and EEET-122 and (MATH-171 or MATH-181) or equivalent courses.  Co-requisites: EEET-212 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**EEET-212**                                    **Electronics I Lab**
Provides experience in the design, prototyping, measurement, and analysis of diodes and transistors circuits. Emphasis is placed on understanding device characteristics and specifications while building and troubleshooting biasing circuits and transistor modeling. Applications of class A, B, and D amplifiers including frequency response and thermal analysis. (Prerequisites: EEET-121 and EEET-122 and MATH-171 or MATH-181 or equivalent courses. Co-requisites: EEET-211 or equivalent course.) **Lab 2, Credits 1 (Fall, Spring)**

**EEET-215**                                    **Circuits and Electronics**
Develops the skills to analyze introductory AC and DC circuits and electronics. Topics include Ohm's Law; current and voltage division; simplification of circuits; reactance and impedance; and operational amplifier applications including current sources, strain gauge amplifiers, differential amplifiers and comparator circuits. (Prerequisites: MATH-111 or MATH-171 or MATH-181 or equivalent course. Co-requisites: EEET-216 or equivalent course.) **Lecture 2, Credits 2 (Fall, Spring)**

**EEET-216**                                    **Circuits and Electronics Laboratory**
Students, upon completion of this course, will be able to use laboratory tools to analyze and troubleshoot AC and DC and basic electronic circuits. They will be able to operate a power supply, multi-meter, function generator, and oscilloscope. (Co-requisites: EEET-215 or equivalent course.) **Lab 2, Credits 1 (Fall, Spring)**

**EEET-221**                                    **Electronics II**
Develops the knowledge and ability to design active electronic circuits, such as audio amplifiers, using op-amps. The operational amplifier and its applications are covered in detail. Applications include math operations like integration and differentiation, comparator circuits, and signal conditioning. The effects of op-amp limitations, both DC and AC, are studied. (Prerequisites: (EEET-211 and EEET-212) or 0609-361 or equivalent courses with grades of C- or better . Co-Requisites: EEET-222 or equivalent course.) **Lecture 2, Credits 2 (Fall, Spring)**

RIT0000929

**College of Engineering Technology**

**EEET-222**      **Electronics II Lab**
Provides experience in the design, prototyping, measurement, and analysis of op-amp circuits. Circuits include microphone pre-amps, integration and differentiation, comparator circuits, and signal conditioning. (Prerequisites:  C- or better in EEET-212 and EEET-212 or equivalent courses. Co-requisites: EEET-221 or equivalent course.) **Lab 2, Credits 1 (Fall, Spring)**

**EEET-225**      **Electronic Amplifiers**
Develop the skills to analyze and design electronic circuits. Topics include: semiconductor theory, diodes, transistors and multiple operational amplifier applications including: current sources, strain gauge amplifiers, differential amplifiers and comparator circuits. (Prerequisites: EEET-121 and EEET-122 or 0609-411 or equivalent course.  Co-Requisites: EEET-226 or equivalent course.) **Lecture 2, Credits 2 (Spring)**

**EEET-226**      **Electronic Amplifiers Laboratory**
Students, upon completion of this course, will be able to use laboratory tools to analyze and troubleshoot electronic circuits. They will be able to operate a power supply, multi-meter, function generator, and oscilloscope. (EEET-225 Coreq) **Lab 2, Credits 1 (Spring)**

**EEET-241**      **Electrical Machines and Transformers**
Develops the knowledge and ability to analyze and specify motors, generators, and transformers for use in systems such as wind turbines and electric vehicles. Topics include efficiency, energy conservation, power factor, magnetism, electro-magnetic force, fields, armatures, commutators, rotors, stators, brushes, starters, controllers, DC machines, AC motors, alternators, single phase and three phase dynamos, three phase circuits, phasors, transformer properties, isolation, efficiency, and voltage regulation. (Prerequisites: (EEET-121 and EEET-122) or 0609-216 or equivalent courses.  Co-Requisites: EEET-242 or equivalent course.) **Lecture 2, Credits 2 (Fall, Spring)**

**EEET-242**      **Electrical Machines and Transformers Lab**
Provides experience with motors, generators, and transformers. Topics include power factor, magnetism, electro-magnetic force, fields, armatures, commutators, rotors, stators, brushes, starters, controllers, DC machines, AC motors, alternators, single phase and three phase dynamos, three phase circuits, phasors, transformer properties, isolation, efficiency, and voltage regulation. (Co-requisites: EEET-241 or equivalent course.) **Lab 2, Credits 1 (Fall, Spring)**

**EEET-247**      **Microprocessors and Digital Systems**
Applications of a contemporary digital designs and microcontrollers will be used to teach students digital logic, microcontroller programming, and microcontroller interfacing. This course is intended as a service course for non-electrical majors who have not taken the digital fundamentals course. (Prerequisites: MATH-111 or MATH-171 or MATH-181 or MATH-181A and CPET-121 or equivalent course. Co-requisites: EEET-248 or equivalent course.) **Lecture 2, Credits 2 (Fall)**

**EEET-248**      **Microprocessors and Digital Systems Laboratory**
This laboratory covers applications of microcontroller fundamentals. Topics include digital logic, microcontroller programming and interfacing. The activities for this course utilize typical microcontroller and application hardware. (Prerequisites: MATH-111 or MATH-171 or MATH-181 or MATH-181A and CPET-121 or equivalent course. Co-requisites: EEET-247 or equivalent course.) **Lab 2, Credits 1 (Fall)**

**EEET-251**      **Green Energy Systems**
An alternative energy course that will cover all types of available sources such as hydroelectric power, wind energy, combustion turbines, active and passive solar, photovoltaic systems, fuel cells, combined heat and power systems, biomass, geothermal, ocean, and nuclear energy. Power electronic components (inverters and converters) and components necessary for connection to the electrical power grid will be discussed. Alternative energy storage systems will be analyzed. Also, economics, global warming, government regulations, and tax initiatives for green energy products will be discussed. (Prerequisites: (PHYS-111 or 1017-211) or (PHYS-211 or PHYS-211A or 1017-312 or 1017-312T or 1017-389) or equivalent course. Co-requisites: EEET-252 or equivalent course.) **Lecture 2, Credits 2 (Biannual)**

**EEET-252**      **Green Energy Systems Laboratory**
Laboratory work to complement the lecture material covered in Green Energy Power Systems (EEET-251). Experiments in photovoltaic cells, wind turbines, and fuel cells will be investigated. Electrolysis will be used to generate hydrogen required in the fuel cell experiment. Connection to the grid is demonstrated using a three-phase synchronous generator and disconnect switchgear. (Co-requisites: EEET-251 or equivalent course.) **Lab 2, Credits 1 (Biannual)**

**EEET-261**      **Fundamentals of Audio Engineering**
This course provides a fundamental study of the technology and practice used in recording, editing, mixing, production, and distribution of sound. Topics include microphone types, selection and application the mixing console, mixing techniques and introduction to Signal Processing equipment and associated techniques, an introduction to the concepts relating to digital audio technology such as sampling, the Nyquist theorem, alias frequencies, quantization, dynamic range, compression and their applications will be covered. Topics include basics of digital audio, session creation, importing media, recording techniques, editing, mixing, and mastering. In addition, the course teaches how-to-listen sonic difference to appropriately apply the technical knowledge and to achieve highest sound quality. (Prerequisites: MATH-101 or MATH-111 or MATH-171 or MATH-181 or MATH-181A equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**EEET-299**      **EET Career Orientation**
This course is an introduction to the professional engineering careers, cooperative educational program at RIT, the programs in the department, and RIT resources. Topics include engineering technology vs. engineering, review of resources available at RIT, the cooperative education placement process, working in a diverse workforce, and engineering ethics including the IEEE Code of Ethics. The ethical expectations of employers for co-op students and RIT during a job search. (This class is restricted to students with at least 3rd year student standing in EEET-BS or CPET-BS.) **Lecture 1, Credits 1 (Fall)**

**EEET-311**      **Communications Electronics**
Develops the knowledge and ability to design communication electronics, such as AM/FM radios using transistors and integrated circuits. This course applies the concepts of circuits and electronics to basic analog communication circuits for amplitude and frequency modulation. Topics studied are RF Amplifiers, Fourier Analysis, AM and FM transmission and reception, phase-locked loops, synthesizers, oscillators, DSB and SSB communication systems, antennas, and EM wave propagation. (Prerequisites: (EEET-221 and EEET-222) or 0609-362 or equivalent courses with grades of C- or better .  Co-Requisites: EEET-312 or equivalent course.) **Lecture 2, Credits 2 (Fall)**

**EEET-312**      **Communications Electronics Lab**
Provides experience in the practice and application of the concepts of circuits and electronics to basic analog communication circuits for amplitude and frequency modulation in a laboratory environment. Construction and measurement are emphasized. Topics studied are RF amplifiers, Fourier analysis, construction of an AM and/or FM receiver, oscillators, filters, and circuit simulation. (Co-requisites EEET-311 or equivalent course.) **Lab 2, Credits 1 (Fall)**

**EEET-313**      **Communications Electronics**
Develops the knowledge and ability to design communication electronics, such as AM/FM radios using transistors and integrated circuits. This course applies the concepts of circuits and electronics to basic analog communication circuits for amplitude and frequency modulation. Topics studied are RF Amplifiers, Fourier Analysis, AM and FM transmission and reception, phase-locked loops, synthesizers, oscillators, DSB and SSB communication systems, antennas, and EM wave propagation. The course's laboratory component provides experience in the practice and application of the concepts of circuits and electronics to basic analog communication circuits for amplitude and frequency modulation in a laboratory environment. Construction and measurement are emphasized. (Prerequisite: C- or better EEET-221 and EEET-222 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**EEET-331**      **Signals, Systems and Transforms**
Develops the analytical skills to design, develop, and simulate analog and digital filters, control systems, and advanced electronic circuits such as those used in robotics, digital communications, and wireless systems. Continuous-time and discrete-time linear, time-invariant, casual systems are examined throughout the course. Topics include Fourier series, the Laplace transform, signal sampling, and the z-transform. Advanced circuit analysis techniques include circuit characterization in the s-plane. (Prerequisites: ((EEET-121 and EEET-122) or 0609-216) and MATH-211 or equivalent courses. Co-requisites: EEET-332 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**EEET-332**      **Signals, Systems and Transforms Lab**
MATLAB is introduced and used extensively to analyze circuits on continuous-time and discrete-time systems. PSPICE is utilized for circuit simulation. (Prerequisites:  EEET-121 and EEET-122 and MATH-211 or equivalent courses. Co-requisites: EEET-331 or equivalent courses.) **Lab 1, Credits 1 (Fall)**

RIT0000930

**EEET-351**                                                **Solar Photovoltaic Applications**
This course addresses the practical application of solar cells to producing electricity for commercial, residential, utility-scale, and electric vehicle charger installations. The course begins with an introduction to the characteristics of the sun as an energy source. Next, the construction of solar cells and their performance characteristics are discussed. System design for battery backup and grid connected systems is then explored. Options for integration of PV systems within the building architecture are discussed and the influence of codes and standards on system design and system cost are examined. (Prerequisites: (PHYS-111 or 1017-211) or (PHYS-211 or PHYS-211A or 1017-312 or 1017-312T or 1017-389) or equivalent course. Co-requisites: EEET-352 or equivalent course.) **Lecture 2, Credits 2 (Biannual)**

**EEET-352**                                            **Solar Photovoltaic Applications Lab**
An integrated set of laboratory exercises provides hands-on operational experience with photovoltaic cells and systems and reinforces key concepts from the accompanying solar photovoltaic applications course. (Co-requisites: EEET-351 or equivalent course.) **Lab 2, Credits 1 (Biannual)**

**EEET-353**                                                        **Fuel Cell Systems**
An introduction to fuel cell technology and fuel cell systems covering theory, operation, and application. Begins with the fundamental principles of fuel cells, developing the key equations governing performance, and establishes a framework for evaluating environmental and economic benefits of fuel cell systems. High and low temperature fuel cells are covered including Polymer-Electrolyte Membrane (PEM) hydrogen, methanol, phosphoric acid, and solid oxide fuel cells. Integration of fuel cells with electric power and building thermal systems is examined. An integrated set of laboratory exercises provides hands-on operational experience with fuel cells and reinforces key concepts from the course. (Prerequisites: (PHYS-111 or 1017-211) or (PHYS-211 or PHYS-211A or 1017-312 or 1017-312T or 1017-389) or equivalent course. Co-requisites: EEET-354 or equivalent course.) **Lecture 3, Credits 2 (Biannual)**

**EEET-354**                                                      **Fuel Cell Systems Lab**
An integrated set of laboratory exercises provides hands-on operational experience with fuel cells and reinforces key concepts from the co-requisite course (Co-requisites: EEET-353 or equivalent course.) **Lab 2, Credits 1 (Biannual)**

**EEET-361**                                                    **Modern Audio Production**
Sound, voice, music, and effects play a critical role in telephone communication and entertainment systems. Development of integrated multi-channel acoustic information is a complex process. This course provides an intermediate level study of the technology used in recording, editing, mixing, and mastering audio. Students are introduced to core concepts and skills necessary to operate a system running large sessions with up to 48 tracks. Students will develop an appreciation of and the requisite skills to create, organize, mix, filter, process, enhance, and coordinate sound information in digital format. Topics include MIDI, virtual instruments, filtering, processing for sound enhancement, editing and adjusting time bases, mixing and mastering, and audio production. Students will develop critical listening skills as well as technical skills. (Prerequisites: EEET-261 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**EEET-421**                                                **Design Thinking and Innovation**
This class develops skills and habits that support successful innovation and design in the workplace. A set of intense project-based learning experiences is used to drive inquiry discourse and constructive learning. Your skills in prototyping, project management, and creativity will be improved as you participate in engineering discourse including prototype reviews, classroom discussion, reading, and journal writing. The philosophy and practice of prototyping will be emphasized through exercises including creating 3D printed parts and smartphone app. The methodology of design thinking is introduced as a framework to explore contemporary innovation as a process. (Prerequisites: ((EEET-221 and EEET-222) or 0609-362) and ((CPET-251 and CPET-252) or 0618-303) or equivalent courses.Co-requisite:  EEET-422 or equivalent course.) **Lecture 2, Credits 2 (Fall)**

**EEET-422**                                            **Design Thinking and Innovation Lab**
Corresponding lab for course Design Thinking and Innovation (EEET-421). This class develops skills and habits that support successful innovation and design in the workplace. A set of intense project-based learning experiences is used to drive inquiry, discourse, and constructive learning. Your skills in prototyping, project management, and creativity will be improved as you participate in engineering discourse including prototype reviews, classroom discussion, reading, and journal writing. The philosophy and practice of prototyping will be emphasized through exercises including creating 3D printed parts and a smartphone app. The methodology of design thinking is introduced as a framework to explore contemporary innovation as a process. (Prerequisites: EEET-221 and EEET-222 and CPET-251 and CPET-252 or equivalent courses.Co-requisite:  EEET-421 or equivalent course.) **Lab 2, Credits 1 (Fall)**

**EEET-425**                                                    **Digital Signal Processing**
Develops the knowledge and ability to process signals using Digital Signal Processing (DSP) techniques. Starts with foundational concepts in sampling, probability, statistics, noise, fixed and floating point number systems, and describes how they affect real world performance of DSP systems. Fundamental principles of convolution, linearity, duality, impulse responses, and discrete fourier transforms are used to develop FIR and IIR digital filters and to explain DSP techniques such as windowing. Students get an integrated lab experience writing DSP code that executes in real-time on DSP hardware. (Prerequisites:  EEET-331 and EEET-332 and STAT-145 or MATH-251 or equivalent courses.) **Lab 2, Lecture 3, Credits 4 (Spring)**

**EEET-427**                                                          **Control Systems**
Develops the knowledge of control system concepts and applies them to electromechanical systems. Systems are characterized and modeled using linear systems methods, focused with a controls perspective. Impulse responses, step responses, and transfer functions are reviewed. Principles of stability and damping are developed and applied to the specification and design of open and closed loop compensators to deliver specific input-output performance. During the course's laboratory component, students design and implement compensators for electromechanical systems. (Prerequisites: MATH-211 or MATH-231 and (CPET-251 and CPET-252) or (EEET-247 and EEET-248) or equivalent courses.) **Lab 2, Lecture 3, Credits 4 (Fall, Spring)**

**EEET-431**                                                        **Transmission Lines**
Develops the knowledge and ability to analyze and design high frequency signal transmission media as applied to digital and RF systems. Topics include the propagation of electromagnetic waves on wire media; transmission line voltage, current, loss and impedance; graphical methods for analysis; transmission lines as circuit elements, application of the general transmission line equation as derived from the LC distributed model. (Prerequisites: EEET-331 and EEET-332 or equivalent courses.  Co-Requisites: EEET-432 or equivalent course.) **Lecture 2, Credits 2 (Spring)**

**EEET-432**                                                    **Transmission Lines Lab**
Provides experience in measurement and data interpretation related to propagation of signals on transmission lines and examines the use of transmission lines as circuit elements. (Co-requisites: EEET-431 or equivalent course.) **Lab 2, Credits 1 (Spring)**

**EEET-433**                                                        **Transmission Lines**
Develops the knowledge and ability to analyze, design, and measure high frequency signal transmission media as applied to digital and RF systems. Topics include the propagation of electromagnetic waves on wire media; transmission line voltage, current, loss and impedance; graphical methods for analysis; transmission lines as circuit elements, application of the general transmission line equation as derived from the LC distributed model. During the course's laboratory component, students learn proper transmission line instrumentation techniques and design transmission line circuits that meet design specifications. (Prerequisite: C- or better EEET-331 and EEET-332 and MATH-211 or equivalent course.C- or better EEET) **Lab 2, Lecture 2, Credits 3 (Spring)**

**EEET-441**                                                          **Power Systems I**
Basic elements of a power system, energy sources, substation configuration, load cycles, balanced and unbalanced three-phase circuits, power factor correction, transmission line configurations and impedance, transformers and the per unit system are studied. Load flow and economic operation are introduced. (Prerequisities: (EEET-215 and EEET-216 (or 0609-411)) or  (EEET-241 and EEET-242 (or 0609-337)) or equivalent course.) **Lecture 3, Credits 3 (Biannual)**

**EEET-451**                                                **3D Audio: Theory and Practice**
3D audio refers to a method to generate and deliver an immersive audio field that is integrated with 3D video. The course covers theoretical and practical aspects of 3D audio: capturing auditory information of a venue using multi-microphone techniques (discrete multichannel methods, microphone arrays, and binaural capture), rendering the captured information using spatial signal processing (Inverse filtering, VBAP and Crosstalk Cancellation), transmitting and delivering as multichannel audio format, and recreating the original auditory information (multichannel loudspeaker reproduction and applying inverse filter for room compensation). In addition, the course will teach the fundamentals of the architectural acoustics (acoustics of a space) and the psycho-acoustics (recognized acoustics by listeners). The course includes practical exercises through which students can evaluate the spatial audio techniques discussed in the course and reproduce immersive multichannel sound and music. (Prerequisites: EEET-261 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

RIT0000931

**College of Engineering Technology**

**EEET-461**            **Introduction to Acoustics**
This course introduces the student to sound as both a physical and psychological phenomenon. The course explains the nature of sound in terms of acoustic pressure and provides an overview of how humans receive and perceive sound. Sound waves are also introduced, starting with the development of the acoustic wave equation and its solution for plane and spherical waves with harmonic sources. The concepts of acoustic intensity and acoustic impedance are presented. The course also includes study of basic sound sources as well as the absorption, reflection, scattering and diffraction of sound by various physical structures. (Prerequisites: (MATH-172 or MATH-182) and ((PHYS-111 or 1017-211) or (PHYS-211 or PHYS-211A or 1017-312 or 1017-312T or 1017-389) or equivalent courses.) **Lecture 3, Credits 3 (Biannual)**

**EEET-471**            **Patents and Trade Secrets**
This course explores the legal characteristics and limitations of intellectual property rights protected by patents and trade secrets in the United States through study of relevant statutes, court decisions, and inventor behavior. The course is appropriate for anyone who anticipates involvement in the creation or management of intellectual property rights. NOTE: A party's legal rights depend upon their unique and specific factual situation. This course does not provide legal advice or direction. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Biannual)**

**EEET-499**            **Cooperative Education – Electrical Engineering Technology**
One semester or summer block of appropriate work experience in a related industry. Students are required to complete a poster and presentation and participate in the ECTET co-op presentation evening at the completion of each co-op experience. Department permission is required. (Prerequisites: CPET-251 and CPET-252 and (EEET-313 or (EEET 311 and EEET 312)) and EEET-299 or equivalent course.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**EEET-520**            **Applied Machine Learning**
Machine learning has applications in a wide variety of fields ranging from medicine and finance to telecommunications and autonomous self-driving vehicles. This course introduces machine learning and gives you the knowledge to understand and apply machine learning to solve problems in a variety of application areas. The course covers neural net structures, deep learning, support vector machines, training and testing methods, clustering, classification, and prediction with applications across a variety of fields. The focus will be on developing a foundation from which a variety of machine learning methods can be applied. Students may only receive credit for this course or TCET-620, not both. (Prerequisites: STAT-145 or equivalent course and 4th year standing.) **Lecture 3, Credits 3 (Spring)**

**EEET-525**            **Wireless RF Systems**
Develops the knowledge and ability to apply representative regulatory requirements for wireless mobile and fixed radio frequency communication systems. Topics include: the radio frequency mobile wireless environment, the common wireless systems, and regulatory aspects related to deployment of the wireless infrastructure. (Prerequisites: EEET-313 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**EEET-531**            **Fiber Optic Technology**
This course presents the basic technologies of fiber-optic telecommunications systems including optical fiber, light sources and modulators, photodetectors and receivers, and passive components such as optical mux/demux and couplers. Studens will learn the principle of operation of these technologies as well as gain practical hands-on experience in the labaratory. Students will also learn how to design and assess a fiber-optic link impaired by attenuation and dispersion. (Prerequisites: EEET-331 and EEET-332 or equivalent courses.) **Lecture 3, Credits 3 (Fall or Spring)**

**EEET-541**            **Power Systems II**
Load flow and economic operation of power systems are studied. The symmetrical component method of three-phase circuits is used for electrical fault analysis. Power system relay protection, supervisory control, power quality, and system stability are discussed. (Prerequisites: EEET-441 or equivalent course.) **Lecture 3, Credits 3 (Biannual)**

**EEET-561**            **Audio Power Amplifiers**
Develops knowledge of audio power amplifier design and audio signal measurement methods. Covers digital and analog amplifiers from high power (concert halls) to low power (cell phones and handheld digital media devices). Topics include digital sound synthesis using class D switching amplifiers, analog amplifiers, distortion, noise, stability, filtering, heatsinking, efficiency, and low power modes. (Prerequisites: EEET-221 and EEET-222 or equivalent course. Co-requisites: EEET-425 or equivalent course.) **Lab 1, Lecture 2, Credits 3 (Biannual)**

**EEET-598**            **Special Topics**
Special Topics is an experimental upper-division course intended as a means for offering innovative topics not currently reflected in either the computer or electrical engineering technology curriculums. (Prerequisites: 4th year student standing in CPET or EEET and completion of at least 1 co-op block.) **Lecture 3, Credits 1 - 3 (Biannual)**

## Electrical/Mechanical Engineering Technology

**EMET-290**            **Mechanics for EMET**
This course provides an introduction to the analysis and design of structures and machines. Students learn to calculate stresses and deflections in axially loaded members, beams, shafts, and columns. Topics include statically indeterminate problems, thermal stress, stress concentration, combined stress by superposition and Mohr's Circle, thin-walled pressure vessels, columns and structure stability. The fundamentals of kinematics and kinetics of particle motion are developed including the study of Newton's Laws of Motion, energy methods, impulse and momentum. Students also gain experience with laboratory equipment, experimental methods, team work, project management and communications as they complete laboratory and project assignments. (Prerequisites: C- or better in MCET-220 or MECE-103 or CVET-210 or equivalent course.) **Lecture 3, Recitation 1, Credits 3 (Fall, Spring)**

**EMET-419**            **Experimental Methods for EMET**
This is a course in development, documentation, and analysis of experiments needed to address open-ended technical problems. As the integrating experience for the electrical mechanical engineering technology program experiments will tightly integrate electrical and mechanical aspects of the problem statement and the problem solution as well as apply statistical methods. Non-technical skills of research, project planning, and process capability assessment are required. Experimental techniques, instrumentation and the preparation of instructions and reports are covered in this course in a project based learning environment. Students will work in groups and independently to determine and document the experimental procedures with formal technical reports along with an oral presentation. (Prerequisites: C- or better in (EMET-290 or MCET-320) or (MECE-203 and MECE-204 and MECE-205) and (STAT-145 or MATH-251) and EEET-247 or equivalent courses.) **Lecture 3, Recitation 1, Credits 3 (Spring)**

**EMET-499**            **EMET Co-op**
EMET Co-op. Department permission is required. (Prerequisites: ENGT-299 or equivalent course.) **CO OP, Credits 0**

**EMET-589**            **Special Topics**
Special topics is an experimental upper-division course intended as a means for offering innovative topics not currently reflected in the electrical mechanical engineering technology curriculum. (Prerequisites: 4th year student standing in MCET, MFET, RMET or EMET and completion of at least 1 co-op block.) **Lecture, Credits 1 - 3 (Fall, Spring, Summer)**

**EMET-599**            **Independent Study**
This course allows an upper-class electrical mechanical engineering technology student the opportunity to independently investigate, under faculty supervision, aspects of the mechanical engineering field. Proposals for an independent study must be approved by the sponsoring faculty and the MMET department chair. Students are limited to a maximum of three semester credit hours of independent study projects and two sections in any semester, and a maximum of six semester credit hours of independent study used to fulfill degree requirements. (This course is restricted to EMET-BS Major students.) **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

## Engineering Technology

**ENGT-110**            **Engineering Technology Exploration Seminar**
This seminar course is designed to introduce students to the technical disciplines in the School of Engineering Technology. Students will learn about the various programs through informational sessions led by faculty from the various programs, tours, presentations by current students and alumni, and assignments developed to assist the students with exploring the different career options. Assignments will be completed both individually and in small teams. Students will be required to demonstrate oral and written communication skills. **Lec/Lab 2, Credits 1 (Fall)**

**ENGT-120**            **Engineering Technology First Year Innovation Experience**
Using a problem based learning model, students will explore foundational concepts from science, mathematics, and various engineering disciplines in the design and construction of a system targeted to address a contemporary societal need. Guided by faculty and staff from the College of Engineering Technology and external experts, students will collaborate in teams to research, plan, and implement solutions to an ill-defined, multi-disciplinary societal or technological challenge problem. Students will conduct research, innovate, hypothesize, construct arguments, and build a functioning prototype to meet design criteria. Students will develop a functional knowledge of the engineering design cycle and will better understand the challenges and benefits of teamwork in the completion of a large project. Students will regularly communicate through oral, written, formal and informal means. **Lec/Lab 4, Credits 3 (Fall)**

RIT0000932

**ENGT-299**                                        **Career Seminar**
This course is an introduction to the cooperative educational program at RIT, the programs in the department, and RIT resources. Topics include engineering technology vs. engineering, review of resources available at RIT, the cooperative education placement process, and the ethical expectations of employers for co-op students and RIT during a job search. (This class is restricted to 2nd year students in MCET-BS, EMET-BS, ESHS-BS, CVET-BS, RMET-BS or MFET-BS.) **Lecture 1, Credits 0 (Fall, Spring)**

**ENGT-300**          **Technical Workplace Professionalism**
Taught in a workshop format, this course provides an opportunity for undergraduate CET students to enhance their emotional intelligence, through assessment and if necessary, modification of personality traits and development of interaction skills. This course prepares students for success in the workplace, teaching those skills that enhance the ability to interact effectively and work harmoniously within the workplace. Students may enroll prior to working in a co-op position and/or prior to graduation and seeking employment. **Seminar 1, Credits 1 (Fall)**

**ENGT-510**                   **Undergraduate Research**
This faculty directed undergraduate research experience involves student(s) in a research project. Under the guidance of CET faculty and using one or a variety of methods, students will collect data and contribute to problem solving within a research environment. As an undergraduate research experience, emphasis is on the process of scientific research, including problem definition, formulating a research plan, data collection/analysis and interpretation based on existing research. Department permission is required. **Research 1, Credits 0 (Fall, Spring, Summer)**

**ENGT-518**            **Global Engineering Experience**
Students will travel to a foreign country and learn about various aspects of engineering within the context of local customs, culture, and economy. Students will attend presentations and explore facilities that represent engineering disciplines in global locations. Details of the specific experience will vary and will be announced by the specific department. Students may receive credit only once per topic title. **Lecture, Credits 1 - 4**

## Environmental Sustainability, Health and Safety

**ESHS-100**       **Environmental Sustainability, Health and Safety Seminar**
This course will present the key concepts of environmental sustainability, health and safety through experiential learning and the perspective of professional practitioners. Through a series of field trips, presentations, and discussions, students will learn how EHS professionals function in the work environment. **Lecture 1, Credits 3 (Fall)**

**ESHS-150**    **Principles of Environmental Sustainability, Health and Safety**
This course presents an overview of the principles of environmental sustainability, health and safety that allows students to think critically about current environmental sustainability, health and safety issues. (This course is restricted to students in the ESHS-BS program.) **Lecture 3, Credits 3 (Spring)**

**ESHS-151H**               **Sustainable Water Resources**
The World Health Organization estimates that 1 in 8 people do not have access to a safe drinking water supply. The US State Department has stated that armed conflict over water rights is possible on many of the world's river systems including the Nile, Tigris/Euphrates, Brahmaputra-Jamuna, and Mekong. What is the cause of these problems, and how will changes to the hydrologic cycle and world water supply brought about by climate change affect them? Students will learn about the hydrologic cycle, the general characteristics of surface water and groundwater, and global patterns of water use. Students will learn about the health, economic, and social consequences of drought and flooding, and the effect climate change is having on water supply in arid countries. Laws and government regulation of water withdrawal and use will be covered, as will techniques to extend the available water supply. Students will consider the positive and negative consequences of increasing the sustainability of the water supply through efficiency, conservation, inter-basin transfer, water use export, grey & black water reuse, urban runoff capture, and the creation of fresh water through desalination. Written and oral communication skills will be emphasized. Students will form teams to debate ethical issues related to equitable distribution of our limited water supply. The course will have one text, but learning materials will be strongly supplemented using documentaries, online videos and electronic and print journalism articles to elucidate the popular understanding of our water crisis. Students who complete this course may not take ESHS-360 (Sustainable World Water Supply) for credit. **Lecture 3, Credits 3 (Fall)**

**ESHS-200**                   **Environmental Geology**
An introduction to geology from an environmental geology perspective, including topics related to sustainability of geologic resources. Basic geology topics include earth materials and internal forces. Environmental topics include erosion, mass wasting, river systems, and environmental sampling. Sustainability of earth resources is explored, including strategic and industrial minerals, and the long-term viability of fossil fuels. (Prerequisites: Enrollment in this class is restricted to students in ESHS-BS or ENVS-BS only.  Co-requisites: ESHS-201 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ESHS-201**        **Environmental Monitoring and Measurement I**
This laboratory course provides students with skills used in geologic investigations and investigations of contaminated sites. Students will learn to describe and analyze surficial and shallow subsurface geological features, and to plan, execute, and interpret sampling events. (Prerequisites: CHMG-111 or equivalent course.  Co-requisites: ESHS-200 or equivalent course.) **Lec/Lab 3, Credits 2 (Fall)**

**ESHS-225**                      **Construction Safety**
This course is designed to cover construction health and safety hazards and will study OSHA regulations in depth. Students get to handle and investigate construction safety issues, the OSHA standards addressing trench excavation, scaffolding, temporary electric circuits, fall protection, HAZCOM, underground construction are studied. **Lecture 3, Credits 3 (Spring)**

**ESHS-250**                **Introduction to Hydrology**
This course will cover most subdisciplines within the broad field of hydrology. Students will learn the theoretical background, and practical applications of selected aspects of the science including the hydrologic cycle, surface water calculations, vadose zone flow, groundwater hydraulics, groundwater monitoring, water chemistry, and groundwater contaminant transport. The class culminates in an investigation of a mock contaminated site in which the students apply aspects of all of the above mentioned topics. Hydrology has important applications for environmental managers, and these applications will be highlighted in the class. (Prerequisites: (PHYS-111 or PHYS- 211 or PHYS-211A) and ESHS-200 or equivalent courses. Co-requisites: ESHS-251 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**ESHS-251**       **Environmental Monitoring and Measurement II**
This laboratory course provides students with skills used in hydrologic investigations and investigations of contaminated sites. Students will learn field skills to support surface water investigations, groundwater investigations, and investigations of contaminated sites. Students will also learn to specify sampling any chemical analysis for contaminated sites, and to use common air and water quality field analytical instruments. (Prerequisites: ESHS-201 or equivalent course. Co-requisites: ESHS-250 or equivalent course.) **Lab 3, Recitation 1, Credits 2 (Spring)**

**ESHS-290**    **Social Responsibility and Environmental Sustainability**
This course will introduce social responsibility concepts and approaches presented in key documents like the ISO 26000 Social Responsibility Standard and the Universal Bill of Human Rights, and will explore the web of relationships in which an organization or a community exists, with the objective of providing the foundational knowledge necessary to plan a strategy for closing the gap between the activities, products and services of the organization or community and the ecosystem within which it exists. **Lecture 3, Credits 3 (Spring)**

**ESHS-310**      **Solid and Hazardous Waste Management**
An examination of strategies and technologies to move an organization toward environmental sustainability, including resource use reduction, material substitution, process and product modification, and waste minimization; and for handling and managing wastes including treatment, storage, transport, and disposal storing solid and hazardous waste. Associated environmental impacts, regulatory concerns, technical feasibility, and costs are considered. (Prerequisites: ESHS-150 and CHMG-141 and CHMG-142 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**ESHS-320**                      **Occupational Safety**
This course is an overview of the occupational safety management tools and techniques utilized in today's industry. Topics examined include OSHA requirements, record keeping, guarding, electrical safety material handling, welding, fire prevention, excavation, medical surveillance, worker's compensation, inspection techniques, auditing, committees, incentives, and voluntary programs. (Co-requisites: ESHS-150 and CHMG-141 and PHYS-111 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**ESHS-330**           **Industrial Wastewater Management**
This course investigates characteristics and sources of industrial wastewaters, related environmental impacts, regulatory implications, and technical considerations of current treatment and disposal methodologies. Students learn to identify appropriate methods, technologies, and sequences for source reduction, treatment and pretreatment, direct discharge, and management of treatment residuals. (Prerequisites: ESHS-150 and CHMG-141 and CHMG-142 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

RIT0000933

**College of Engineering Technology**

**ESHS-350**           **Greenhouse Gas Management**
Climate change has been recognized as the fundamental problem of the 21st century, and the anthropogenic cause of climate change has been established. This course will introduce the scientific basis of the greenhouse effect, the global carbon cycle and climate change and will identify and explore methods used to determine an organization's GHG output. Mechanisms used by industry, governmental organizations and commercial enterprises to remain competitive as the world transitions to a low carbon economy will be explored. Students will gain GHG inventorying skills presented in ISO 14064 and the WRI Greenhouse Gas Protocol, and will gain fundamental understanding of the causes, effects, and possible mitigation strategies for climate change. **Lecture 3, Credits 3 (Spring)**

**ESHS-360**           **Sustainable World Water Supply**
The World Health Organization estimates that one in eight people do not have access to a safe drinking water supply. The U.S. State Department has stated that armed conflict over water rights is possible on many of the world's river systems including the Nile, Tigris/Euphrates, Brahmaputra-Jamuna,and Mekong. What is the cause of these problems and how will changes to the hydrologic cycle and world water supply brought about by climate change affect them? Students will learn about the hydrologic cycle, the general characteristics of surface water and groundwater, and global patterns of water use. Students will learn about the health, economic, and social consequences of drought and flooding, and the effect climate change is having on water supply in arid countries. Laws and government regulation of water withdrawal and use will be covered, as will techniques to extend the available water supply. Students will consider the positive and negative consequences of increasing the sustainability of the water supply through efficiency, conservation, inter-basin transfer, water use export, grey and black water reuse, urban runoff capture, and the creation of fresh water through desalination. **Lecture 3, Credits 3 (Fall)**

**ESHS-460**           **EHS Accident Causation and Prevention**
Historical as well as modern accident and incident causation models and theories will be covered. Students will learn how to identify and prevent unsafe acts and conditions that can lead to accidents and incidents. The application of management system controls, including operational controls to prevent accidents and incidents, will be reviewed. In addition, students will learn how to investigate accidents and incidents. They will also learn how to develop accident and incident investigation written programs. (Prerequisites: ESHS-320 or equivalent course and at least 4th year standing in the ESHS-BS program.) **Lecture 3, Credits 3 (Fall)**

**ESHS-480**           **EHS Law**
An overview of environmental, health and safety (EHS) related law with an emphasis on legislative law. Topics include a review of the historical and modern sources for EHS law, the emergence of administrative law and the responsibilities of the separate branches of government. Major EHS related legislation will be covered. (This class is restricted to undergraduate students with at least 4th year standing.) **Lecture 3, Credits 3 (Spring)**

**ESHS-489**           **Special Topics**
Subject offerings of new and developing areas of knowledge in environmental sustainability, health and safety intended to augment the existing curriculum. Special topics courses are offered periodically. Watch for titles in the course listing each semester. **Lecture, Credits 1 - 4**

**ESHS-499**           **ESHS Co-op**
ESHS Co-op. Department permission is required. (Prerequisites: ENGT-299 or equivalent course.) **CO OP, Credits 0**

**ESHS-501**           **Fire Protection**
Introduces fundamental concepts in protection of industrial workers and property from fire and explosion. Fire chemistry, control of ignition sources in industry, and properties of combustible materials are discussed. Fire detection and extinguishment are covered along with building construction for fire prevention, life safety, fire codes, and related topics. (Prerequisites: ESHS-320 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ESHS-511**           **Occupational Health**
This course will provide students with the fundamentals of industrial hygiene and public health. Emphasis will be on the toxicological effects of various chemical, biological, and physical insults on the body, monitoring and personal sampling for these substances, personal protection, and controls against such substances will be covered. (Prerequisites: ESHS-150 and CHMG-141 and BIOL-101 and BIOL-103 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**ESHS-512**           **Occupational Health Lab**
Weekly labs and associated reports develop skills and understanding of calibration and use of air sampling equipment and other instrumentation to assess workplace health hazards. Hands-on practical hazardous material response. Students who complete the course will receive OSHA HAZWOPER 40 hour certification. (Prerequisites: CHMG-141 or equivalent course. Co-requisite: ESHS-511 or equivalent course.) **Lab 1, Credits 1 (Fall)**

**ESHS-515**           **Corporate EHS Management**
Presents the fundamentals of how companies manage their environmental, health and safety issues. EHS motivations and strategies for corporate ESHS management will be explored. Organizational considerations for managing corporate EHS programs will be identified. Total quality management and its applications to corporate EHS problem solving will be introduced. The basic elements of EHS management systems will be reviewed. EHS training and corporate EHS reporting will also be examined. (Prerequisites: ESHS-460 and ESHS-480 or equivalent courses and 5th year standing in the ESHS-BS program.) **Lecture 3, Credits 3 (Fall, Spring)**

**ESHS-525**           **Air Emissions Management**
This course will present an overview of industrial air pollution management, its sources, methods of reduction, control, and management. Students will become familiar with the history of air pollution, the chemistry and effects of pollutants, regulations and standards, and control technologies as well as developing analytical and quantitative skills necessary in air emissions management decision-making. (Prerequisites: ESHS-150 and CHMG-141 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**ESHS-526**           **Exposure Assessment and Analysis**
The course focuses on industrial hygiene applications and hands on participation. Particular attention will be given to sampling strategies, from similar exposure grouping, actual sampling experiences with a wide range of industrial hygiene instruments, and sampling analysis using statistical protocols. Field experience with instrumentation, as well as professional written and oral communication of results is emphasized. There are several out of classroom learning experiences required (team-based). (Prerequisites: ESHS-340 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**ESHS-530**           **Mechanical and Electrical Safeguarding**
Discussion of machine safety with emphasis on hazard analysis, risk estimation, safeguarding techniques, and electrical safety. Particular attention will be paid to applicable OSHA, ANSI, NFPA, and EN standards as they relate to wood, metal, films, and automation. Elements of the course will change regularly to reflect emerging issues in industry. **Lecture 3, Credits 3 (Fall, Spring)**

**ESHS-544**           **Remedial Investigation and Corrective Action**
Describes the sequence of events required to investigate, conduct feasibility studies, and identify appropriate corrective actions at hazardous waste sites. Explains the process flow logistics, concepts, and rationale behind each action. Explores current issues of how clean is clean? Students learn to develop conceptual site characterization plans, effective RI/CA proposals, review and evaluate work plans, procedures and operations plans, and contingency plans (Prerequisites: ESHS-310 and ESHS-330 and ESHS-350 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**ESHS-550**           **Project Management**
This course has been designed to give the student an overview of the fundamental concepts of modern project management. Areas of focus include the project life cycle (PLC), the project management body of knowledge (PMBOK), program evaluation review technique (PERT), critical path method (CPM), and various budgeting and resource allocation techniques. Discussion of project management organizations, negotiation, conflict resolution, and project termination will be included, along with an introduction to Project Management Institute (PMI) and Microsoft Project for Windows. (This course is restricted to students in the ESHS-BS program.) **Lecture 3, Credits 3 (Spring)**

**ESHS-565**           **Sustainable Product Stewardship**
This course examines the principles of sustainable product stewardship, including the ethical, legal, and economic issues that product manufacturers face as well as the relationship between products and sustainability. Students will learn and apply some environmental sustainability, health and safety analysis techniques used to identify and manage product environmental sustainability aspects as well as health and safety hazards. Students will use case studies to examine the concept of product stewardship management through product life cycle thinking and extended producer responsibility. (Students who have completed ESHS-665 Product Stewardship may not receive credit for this course.) **Lecture 3, Credits 3 (Summer)**

**ESHS-590**           **Capstone Project**
This is a faculty-designed capstone team project course for 5th year ESHS students. It presents students with one or more identified EHS need(s) and challenges them to work together to plan, schedule, and carry out a project to design and develop socially responsible and environmentally sustainable solutions. The project may vary from offering to offering reflecting current trends and developments. (Prerequisites: ESHS-290 or equivalent course and 5th year standing in the ESHS-BS program.) **Project 3, Credits 3 (Spring)**

RIT0000934

## Human Resource Development

**HRDE-386**                                                **Human Resources Development**
A one-semester, three-credit course in human resource development provides the prospective manager practical information on methods to enhance the productivity, quality, and effectiveness of an organization through the creation of an environment where individual and collective performance and development has primacy. The course requires students to assimilate course material related to the following: to organizational strategy, systems thinking and legal compliance; workforce development, career development of employees; individual development and training; measuring outcomes; human resource processes and effective communications. Students integrate theoretical classroom concepts with practical knowledge and work experiences. As part of the course: students continually practice effective communication skills; students may work in teams; and are expected to engage in critical and innovative thinking. Students' understanding of human resource development is intended to help them enhance organizational effectiveness through implementing processes designed to develop and train employees. **Lecture 3, Credits 3 (Fall, Spring)**

## Manufacturing Engineering Technology

**MFET-105**                               **Machine Tools Lab**
Proficiency with traditional machine shop tools will be demonstrated with an emphasis on safety. Students will demonstrate their abilities to interpret drawings and select the appropriate equipment needed to produce each part. Parts built will be inspected by the student to verify the meeting of part requirements. Students will repair/replace any parts that are found to be out of specifications. Inspection tools will be utilized in the product validation requirement of the course. Topics will be experimentally validated through the creation of mechanical parts that will be assembled into a final product. (Prerequisites: This class is restricted to students in MFET-BS, RMET-BS, MCET-BS, EMET-BS or ENGTEH-BS.) **Lab 2, Credits 1 (Fall, Spring)**

**MFET-120**                            **Manufacturing Processes**
This course will focus on the understanding and application of manufacturing processes. Students will be challenged to discover and learn how typical piece parts and assemblies are manufactured. Topics include material properties and the following process families: casting, material removal, deformation, consolidation, powder metallurgy, plastics fabrication, EDM, water jet, chemical, LASERS, plasma, and rapid prototyping. (This class is restricted to MFET-BS or RMET-BS or MCET-BS or EMET-BS Major students.) **Lecture 3, Credits 3 (Fall)**

**MFET-340**                             **Automation Control Systems**
This course will provide a thorough understanding of the manufacturing automation principles, practices and system integration. Students will design a fully automated control system from selection of components, specifying the Programmable Logic Controller (PLC), and developing the ladder logic required to operate the system. Students will have the tools to effectively be able to fully design an automated control system as in done in varying industries. (Co-requisite: MFET-341 or equivalent course.) **Lecture 2, Credits 2 (Fall, Spring)**

**MFET-341**                           **Automation Control Systems Lab**
This course will provide a thorough hands-on experience in using Programmable Logic Controllers (PLCs) for manufacturing automation and system integration. Industry best practices for programming PLCs and the essentials of Human Machine Interface (HMI) for data entry, manipulation, and recording system status will be included. (Co-requisites: MFET-340 or equivalent course.) **Lab 2, Credits 1 (Fall, Spring)**

**MFET-420**                           **Quality Engineering Principles**
This course is designed to introduce the student to techniques required to maintain and improve quality within manufacturing organizations and the service sector through the use of statistical methodologies. The course covers concepts of quality, quality managements and assurance, product quality, design of quality control chart, statistical process control, and quality improvement through design by considering concept development and implementation. Traditional and modern quality systems will be discussed including the work of such quality gurus like Taguchi, Deming, Juran, and Shewhart. (Prerequisites: STAT-145 or STAT-205 or STAT-251 or MATH-251 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MFET-436**                           **Engineering Economics**
This course provides in depth coverage of engineering economic analysis, which is the financial side of engineering decision making. Students are also taught ethical decision making through an introduction to an engineering professional code of conduct. Project planning/management are introduced to students. Presentation skills are enhanced with an emphasis on presenting to executives. (Prerequisites: Completion of MATH-111 or any other higher level MATH class is required.) **Lecture 3, Credits 3 (Fall, Spring)**

**MFET-450**                          **Lean Production and Supply Chain Operations**
This course is designed to provide the student with knowledge and skills of contemporary theories and practices in operations and supply chain management employed by world class manufacturing organizations. Students are introduced to topics that include forecasting, aggregate planning, inventory management, capacity management, and supply chain management. Integrated with these topics are lean excellence tools VSM, 5S, Kanban, OEE and Standard Work Practices, Cycle Time Analysis. (Prerequisites: STAT-145 or STAT-205 or STAT-251 or MATH-251 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**MFET-460**                         **Integrated Design for Manufacture and Assembly**
Integrated design for manufacture and assembly manufacturing processes are expanded and applied to the design process. Part concepts will be considered for various manufacturing processes to determine which process will yield the lowest cost part that meets all product functional requirements. Students will learn the DFMA methodology for making decisions to analyze the costs associated with their product concepts. Designs will consider the tooling that is required in product build and will understand the interrelationships between decisions and the cost associated with manufacture and service of the product. At the conclusion of the course students will be able to effectively design parts and assemblies for manufacture, assembly, and service. Costing will be considered at every step of the design process. (Prerequisites: MFET-120 or NETS-120 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MFET-499**                           **MFET Co-op**
One semester of experience in a job related to the student's major. Completion of Co-op Orientation required before registering for co-op. Department permission is required. (Prerequisites: ENGT-299 or equivalent course.) **CO OP, Credits 0**

**MFET-545**                           **Electronics Manufacturing**
This course provides a thorough understanding of the technology, components, equipment, materials and manufacturing process for through hole technology and surface mount technology electronics manufacturing. Students will develop a strong foundation needed for advanced work in surface mount technology (SMT). Topics in Design for Manufacturing are also considered for high volume vs. low volume manufacturing. Students may only receive credit for this course or MFET-655, not both. **Lecture 3, Recitation 1, Credits 3 (Fall)**

**MFET-556**                      **Advanced Concepts in Semiconductor Packaging**
The advanced course in semiconductor packaging will provide a thorough coverage of the materials, processes, failure, and reliability of chip level packaging. Specific topics include single-chip, multi-chip, wafer level and 3D stacked packaging, photonic integrated chip (PIC), smaller passives and embedded passive component technology, advanced substrates and micro-via technology, solder technologies, metallurgy and joint formation, thermal management, thermal and mechanical behavior of packaging, failure analysis, and reliability testing. This course is cross listed with MFET-656 students may receive credit for MFET-556 or MFET-656, not both. (Prerequisites: MFET-345 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MFET-580**                           **Production Systems Design**
MFET-580 Production Systems Design and MFET-590 Production Systems Development together form manufacturing engineering technology senior project or capstone courses. In MFET 580 students gain design capabilities and communication skills for designing a fully functioning automated cellular production unit. In MFET 590, the students construct the cellular unit that produces a finished packaged product that was designed in MFET 580. (Prerequisites: MFET-340 and MFET-445 and MFET-460 or equivalent courses. Co-requisites: MFET-590 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MFET-585**                           **Robots and Automation**
This course deals with the technology and application of robots and Computer Numerical Control (CNC) in a Computer Integrated Manufacturing (CIM) environment. It will provide a thorough understanding of robotic and CNC hardware and software. The hardware aspects include robot and CNC configurations, drive mechanisms, power systems (hydraulic, pneumatic, and servo actuators), end-effectors and end-of-arm-tooling, sensors, control systems, machine vision, programming, safety, and integration. The software aspect deals with the various methods of textual and lead through programming. Digital Interfacing of robots with other CIM components such as programmable logic controllers, computer-controlled machines, conveyors, etc. will be introduced. Robotic cell design and the socio-economic impact of robotics will also be discussed. A strong laboratory hands-on training component is a co-requisite for this course – MFET-446. (Prerequisites: MCET-220 or CVET-210 or MECE-103 or equivalent course. Co-requisites: MFET-586 or equivalent course.) **Lecture 3, Credits 2 (Fall)**

**MFET-586**                         **Robots and Automation Lab**
This laboratory course provides hands on experience with robotics and CNC in manufacturing. (Co-requisites: MFET-585 or equivalent course.) **Lab 2, Credits 1 (Fall)**

RIT0000935

**College of Engineering Technology**

**MFET-589**                                    **Special Topics**
Special topics is an experimental upper-division course intended as a means for offering innovative topics not currently reflected in the manufacturing engineering technology curriculum. (Prerequisites: 4th year student standing in MCET, MFET, RMET or EMET and completion of at least 1 co-op block.) **Lecture, Credits 1 - 3 (Fall, Spring, Summer)**

**MFET-590**                   **Production Systems Development**
MFET-580 Production Systems Design and MFET-590 Production Systems Development together form manufacturing engineering technology senior project. This course is project-based. In MFET-590 students construct a fully functioning automated work cell that produces a finished packaged product. Students will also practice project management, project planning and effective communication while drawing on their past technical skills (e.g. Solid works) to complete the project. Students are tasked to use an integrated design, problem-solving process development, and assembly techniques in the completion of a fully functional automated work-cell and product. Process improvement becomes inherent in the integrated activities. Design, final documentation, and demonstration of successful fully functional automated workcell and assembly of a product are required. (Prerequisites: MFET-340 and MFET-341 and MFET-445 and MFET-446 and MFET-460 or equivalent courses.Co-requisites: MFET-580 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

## Mechanical Engineering Technology

**MCET-099**     **Mechanical Fundamentals of Engineering (FE) Exam Preparation**
This non-credit bearing optional course helps to prepare students for the Fundamentals of Engineering (FE) exam. Material in the mechanical engineering discipline is emphasized. Much of the class time is devoted to problem solving, and students have ample practice in working through practical problems in mechanical engineering as they prepare for the FE examination. The FE exam is the first step in the process leading to the Professional Engineers (PE) license. This review class is open only to CET 4th and 5th year engineering technology students or instructor permission. **Class fee is required** (This class is restricted to students with at least 4th year standing in CVET-BS, ESHS-BS, CPET-BS, EEET-BS, TCET-BS, EMET-BS, MCET-BS, MFET-BS, RMET-BS or PACK-BS.) **Seminar 3, Credits 0 (Spring)**

**MCET-101**                      **Fundamentals of Engineering**
This course will introduce students to the disciplines in the field of mechanical engineering. Students will be introduced to design and engineering problem solving methods that will be applied to problems. Students will collect data, analyze data, perform design calculations, and solve equations. Project reports are generated through the integration of these tools with word processing and presentation software. The application of software tools to the engineering design process will be emphasized throughout. **Lecture 3, Recitation 1, Credits 3 (Fall)**

**MCET-110**                           **Foundations of Metals**
This class explores the commonly used engineering metals. Differentiation of materials, with a focus on metals, is made based on an understanding and control of fundamental material properties. This knowledge of properties and materials then informs analysis of which metals are selected for various applications. Corrosion and its mitigation are explored. Materials selection software and internet resources are used. (Co-requisites: MCET-111 or equivalent course.) **Lecture 2, Credits 2 (Fall, Spring)**

**MCET-111**                        **Characterization of Metals Lab**
This lab class accompanies MCET-110 Foundations of Materials. An emphasis is placed on determining material, primarily metals, properties though experimentation and references, and analyzing why a particular material was selected for an application based on the materials properties. Differentiation of materials families is made based on properties. A variety of discovery activities are used to explore the world of metals, including labs of various types, materials selection software, and internet resources. (Co-requisites: MCET-110 or equivalent course.) **Lab 1, Credits 1 (Fall, Spring)**

**MCET-150**             **Engineering Communication and Tolerancing**
A course that integrates basic engineering techniques. Topics will emphasize the design and communication of components through the use of hand sketching, solid modeling, dimensioning, tolerancing, and current GD&T standards. Students will be expected to design, build, inspect, and integrate GD&T into designs. (Prerequisites: This class is restricted to students in MFET-BS, RMET-BS, MCET-BS, EMET-BS or ENGTEH-BS.) **Lecture 3, Recitation 1, Credits 3 (Spring)**

**MCET-210**                **Foundations of Non-Metallic Materials**
This course will cover the process of selecting a best material for a given design application with a focus on polymeric materials. To support this process material families, strengthening mechanisms, and degradation mechanisms and prevention will be studied. The materials selection process will include economic, ecological, and ethical considerations. An emphasis is placed on the interrelationship of structure, process, and properties. This class expands upon concepts presented in MCET-110. (Prerequisites: C- or better in (CHMG-131 or CHMG-141 or CHEM-151) and (MCET-110 and MCET-111) or (NETS-110 and NETS-111) or (MECE-304 or MECE-305 and MECE-306) or equivalent courses.Corequisite: MCET-211 or equivalent course.) **Lecture 2, Credits 2 (Fall, Spring)**

**MCET-211**            **Characterization of Non-Metallic Materials Lab**
This course will consist of laboratory experiences which focus on property characterization of the properties of polymeric materials. (Co-requisites: MCET-210 or equivalent course.) **Lab 2, Credits 1 (Fall, Spring)**

**MCET-220**                           **Principles of Statics**
This course provides an introduction to the analysis and design of structures and machines. Students learn to calculate unknown forces using the concept of equilibrium and free body diagrams and to calculate simple stresses and deflections for axially loaded members. Topics include forces, moments, free body diagrams, equilibrium, friction, stress, strain, and deflection. Examples are drawn from mechanical, manufacturing, and civil engineering technology. **Lecture 3, Recitation 1, Credits 3 (Fall, Spring)**

**MCET-221**                         **Strength of Materials**
This course provides an introduction to the analysis and design of structures and machines. Students learn to calculate stresses and deflections in axially loaded members, beams, shafts, and columns. Topics include statically indeterminate problems, thermal stress, stress concentration, combined stress by superposition, and Mohr's Circle. Students also gain experience with laboratory equipment, experimental methods, team work, project management, and communications as they complete laboratory and project assignments. (Prerequisites: Grade of C- or better in MCET-220 or MECE-103 or CVET-210 or equivalent course.Co-requisite: MCET-110 or NETS-110 or equivalent course.) **Lecture 4, Recitation 1, Credits 4 (Fall, Spring)**

**MCET-320**                **Mechanical Dynamics with Applications**
Principles of engineering dynamics and the solution of practical engineering problems using engineering dynamics are studied. The dynamic analysis of particles and rigid bodies are performed using the three fundamental analytical methods. These include Force-Acceleration, Work-Energy, and Impulse-Momentum methods. An emphasis is placed on the application of these methods to the solution of real engineering problems. In addition, this course introduces the study of vibration in a mass, spring, and damper system. Students will evaluate real problems experimentally, analytically and through computer simulation. (Prerequisites: C- or better in MCET-220 or MECE-103 or CVET-150 or equivalent course.Co-Requisite: MATH-211 or MATH-231 or equivalent course.) **Lecture 3, Recitation 1, Credits 3 (Fall, Spring)**

**MCET-330**                  **Fluid Mechanics and Fluid Power**
This course involves the study of the basics of fluid mechanics and fluid power. Areas of study include pressure, forces, viscosity, bulk modulus, flow characterization, efficiency and losses. Fluid Power systems and components are also reviewed including hydraulic/pneumatic systems, pumps, compressors, actuators, valves, accumulators, and directional control valves. (Prerequisites: C- or better in MCET-220 or MECE-103 or CVET-210 or equivalent course.) **Lecture 3, Recitation 1, Credits 3 (Fall, Spring)**

**MCET-400**                   **Experimental Methods for MCET**
This is a course in development, documentation, and analysis of experiments needed to address technical problems assigned as projects. Experimental techniques, instrumentation, and the preparation of instructions and reports are covered in this course in a project based learning environment. Experiments will utilize principles of engineering (including mechanics and materials) and statistics. Students will work in groups and independently to document the experimental procedures with formal technical reports along with an oral presentation. (Prerequisites: Grades of C- or better in (MCET-221 or (MCET-203 and MCET-204)) and (MCET-320 or MECE-205) and (STAT-145 or MATH-251) or equivalent courses.) **Lec/Lab 3, Recitation 1, Credits 3 (Fall, Spring)**

**MCET-430**                      **Thermal Fluid Science I**
This course provides an introduction to the properties of pure substances, gas laws, first law of thermodynamics, along with an introduction to fluid mechanics are studied and applied. Students learn through an integrated presentation of thermodynamics and fluid mechanics how to approach and solve reasonable thermal-fluid problems. Topics include the first law of thermodynamics, specific heat, ideal gases, work, energy, lumped systems, fluid statics, conservation of mass/energy, laminar, and turbulent flow. Examples are drawn from mechanical, and electrical mechanical engineering technology. (Prerequisites: Grade of C- or better in PHYS-112 or equivalent course.) **Lecture 3, Recitation 1, Credits 3 (Fall, Spring)**

RIT0000936

**MCET-450**                                         **Mechanical Analysis and Design I**
In this course students will investigate how mechanical parts fail through static, fatigue, and surface modes. Students will analyze the stresses, apply failure theories, and design mechanical components to last. The fatigue characteristics for given metal samples will be investigated through experimentation, analysis, and deduction of experimental results. The computer is used extensively in analysis, FEA, and design process. (Prerequisites: Grades of C- or better in (MCET-221 or (MECE-203 and MECE-204)) and (MCET-320 or MECE-205) or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**MCET-488**                                         **Special Topics with Laboratory**
Special Topics is an experimental upper-division course intended as a means for offering innovative topics not currently reflected in the mechanical engineering technology curriculum. Course includes a laboratory component. (Prerequisites: 4th year student standing in MCET, MFET, RMET or EMET and completion of at least 1 co-op block.) **Lab, Lecture, Credits 1 - 3 (Fall, Spring, Summer)**

**MCET-489**                                         **Special Topics**
Subject offerings of new and developing areas of knowledge in the mechanical engineering technology curriculum. Special topics courses are offered periodically. Watch for titles in the course listing each semester. **Lecture 2, Credits 1 - 3 (Fall, Spring)**

**MCET-499**                                         **MCET Co-op**
One semester of appropriate work experience in industry. Department permission is required. (Prerequisites: ENGT-299 or equivalent course.) **CO OP, Credits 0**

**MCET-530**                                         **Thermal Fluid Science II**
This course provides an in-depth coverage on the application of the first and second law of thermodynamics and conservation principles, mass and energy, to the analysis of open systems and power cycles, including refrigeration, heat pump and power cycles. It also introduces the fundamentals of heat transfer theory, conduction, radiation, free and forced convection, and its application to heat exchangers including free surface and conduit flow. Case studies based on real-world thermal systems are used to illustrate the connection between these interdisciplinary subjects. (Prerequisites: C- or better in MCET-430 or (MECE-210 and MECE-211) or equivalent course.) **Lecture 3, Recitation 1, Credits 3 (Fall, Spring)**

**MCET-535**                                         **Thermal Fluid Systems Project**
Students perform laboratory experiments in thermodynamics, fluid mechanics, and heat transfer. Students will do a group project involving the design, modification, and analysis of a Thermo-Fluid system, its instrumentation, method of test, data analysis and final report presentation. Special emphasis is placed on report preparation and computer-aided data reduction. (Co-requisites: MCET-530 or equivalent course.) **Lecture 2, Credits 2 (Fall, Spring)**

**MCET-550**                                         **Mechanical Analysis and Design II**
All machines are comprised of individual components (springs, gears, fasteners, etc.) working together as a system to accomplish a goal. This course integrates the components into the bigger picture of the system. The course culminates in the design and production of a machine. (Prerequisites: C- or better in MCET-450 or equivalent course. Corequisites: MCET-551 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MCET-551**                                         **Mechanical Analysis and Design II Lab**
This course will allow students to demonstrate and develop the skills and knowledge gained in the MCET-550 Mechanical Analysis and Design II course. This will be done through the integration of course topics into lab projects. These labs will allow students to analyze and design mechanical systems that include gears, springs, shafts, bearings, and other forms of power transmission. The lab will be split between in class discussions and hands-on learning opportunities. In class discussions will outline lab requirements and relate the lab-to-course material. Lab reports are generated through the integration of word processing and presentation software. The application of software tools and the engineering design process will be emphasized throughout. (Corequisites: MCET-550 or equivalent course.) **Lab 2, Credits 1 (Spring)**

**MCET-560**                                         **Alternative Energy**
A technical introduction to alternative energy systems in the context of energy economics and conventional energy sources. Topics include solar thermal, PV, wind, ocean current and tides, geothermal, biomass, and fuel cells. Project in the course will allow students to develop and test an alternative energy system, component or device. Course is intended as first course in alternative energy for MET students. (Co-requisites: MCET-530 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MCET-563**                                         **Power Plants**
An introduction to industrial electric power generation and distribution. Students will learn about the different types of electric generating plants: steam cycle, combined cycle, gas turbine, diesel, and hydraulic. The electric power grid in North America will be introduced along with new distribution technologies such as smart grid and high voltage DC. Environmental impacts of all generation processes will be discussed. Regulations and economic aspects of the industry will also be a topic in this course. Field trips to generating plants will be a required part of this course. (Co-requisites: MCET-530 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MCET-567**                                         **Energy Management for HVAC Systems**
This course employs professional practice to the design of comfort conditioning systems for building environments. The thermodynamics and processes of air heating, cooling, filtering, ventilating, humidity control, and the heat transfer of envelopes and the system components required are developed. Those elements and systems are studied in the context of required professional practices and relevant codes to optimize systems and components performance. (Co-requisites: MCET-530 and MCET-568 or equivalent courses.) **Lecture 2, Credits 2 (Spring)**

**MCET-568**                                         **Energy Management for HVAC Lab**
This course employs professional practice to the design of comfort conditioning systems for building environments. The thermodynamics and processes of air heating, cooling, filtering, ventilating, humidity control, and the heat transfer of envelopes and the system components required are developed. Those elements and systems are studied in the context of required professional practices and relevant codes to optimize systems and components performance. (Co-requisites: MCET-530 and MCET-567 or equivalent courses.) **Lab 1, Credits 1 (Spring)**

**MCET-569**                                         **Machinery Vibration**
This course expands students' machine design capabilities to include the effects of vibration. The basic concepts of vibration and noise are covered. Emphasis is placed on machinery design to minimize vibration and the use of vibration and noise for machinery condition monitoring. Environmental tests for vibration, shock, and noise are performed. Measurement tools and computer analysis tools are utilized. (Prerequisites: MCET-320 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MCET-574**                                         **Plastics and Composites Materials**
Study of advanced polymeric materials including their preparation, processing and application design. Topics will include both long and short fiber reinforced composites. Industrial modification of polymers into plastics compounds including polymer blends and additives will also be discussed. Students may receive credit for only this course or MCET-674, not both. (Prerequisites: MCET-210 or equivalent course. Corequisites: MCET-575 or equivalent course.) **Lecture 2, Credits 2 (Fall)**

**MCET-575**                                         **Plastics and Composites Materials Laboratory**
Laboratory exercises involving polymeric materials (e.g. composites, polymers blends) including their preparation, processing and application design. Students may receive credit for only this course or MCET-675, not both. (Co-requisites: MCET-574 or equivalent course.) **Lab 2, Credits 1 (Fall)**

**MCET-578**                                         **Welding Principles**
This course introduces students to the macroscopic and microscopic aspects of different types of welding. Students will experience and learn different welding techniques such as MIG, TIG, Stick, and Oxyacetylene welding. Actual practice with the latest technologies such as MIG and TIG will reinforce concepts and provide practical hands-on experience. Several sample test parts will be welded in a lab and broken with a tensile tester to evaluate the calculated load compared to the welded joint strength. Weld samples will also be microscopically inspected to determine the HAZ (heat affected zone) of the material. Oxyacetylene and plasma cutting will be experienced. Interpreting weld symbols on drawings will be learned and applied. **Possible lab fee associated with this course.** (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**MCET-580**                                         **Plastics Manufacturing Technology**
The course introduces fundamentals in plastic materials and processing technology to manufacture various plastic products in plastics industry. The course emphasizes new materials and process selections for engineering applications and design. (Prerequisites: MCET-210 or equivalent course and this class is restricted to students in MCET-BS or EMET-BS or MFET-BS or RMET-BS.) **Lecture 3, Credits 3 (Fall)**

**MCET-582**                                         **Robust Design**
The fundamental principles of robust design are developed. The history of the robust design engineering methodology is presented. The concepts of the loss function, concept selection, parameter design and tolerance design, will be covered. Metrics and analysis techniques are developed to optimize the performance of product or process components in spite of their design, manufacturing, or customer use environments. Specific attention will be paid to a number of case studies to reinforce the student's conceptualization of the methods and their focus on engineering of optimized products and processes. **Lecture 3, Credits 3 (Fall, Spring)**

**College of Engineering Technology**

**MCET-583**                         **Plastics Product Design**
The study of design guidelines for plastic products based on the interrelationships between design, the material selected, the manufacturing process selected, and the tooling to be used. (Prerequisites: (MCET-210 and MCET-211) or 0610-416 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**MCET-585**                         **Product Ideation**
Students learn the process of generating and formulating an idea, developing a Voice of the Customer (VOC) survey, utilizing a House of Quality (HOQ) matrix for developing a product requirements document, brainstorming and ranking concepts through the Plough Concept Selection Matrix technique, among others. Patenting and intellectual property issues will be discussed and selected ideas will be evaluated against patent searches. (This class is restricted to students with at least 3rd year standing in MCET-BS, MFET-BS, RMET-BS, EMET-BS or PACK-BS.) **Lecture 3, Credits 3 (Fall)**

**MCET-586**                **Product Design and Development**
Product development and design of new products is accomplished by using a multi-step process by most companies. Students will benefit from experiencing these steps as they develop an idea into a product. In this course, students will learn to take an idea of a feasible design and develop a detailed product definition using an industry standard process with common practices such as the Geometric Dimensioning and Tolerancing, the selection of manufacturing and assembly techniques, Tolerancing Analysis, and Critical Parameter Management. (This class is restricted to students with at least 3rd year standing in MCET-BS, MFET-BS, RMET-BS, EMET-BS or PACK-BS.) **Lecture 3, Credits 3 (Spring)**

**MCET-588**              **Special Topics with Laboratory**
Special Topics is an experimental upper-division course intended as a means for offering innovative topics not currently reflected in the mechanical engineering technology curriculum. Course includes a laboratory component. (Prerequisites: 4th year student standing in MCET, MFET, RMET or EMET and completion of at least 1 co-op block.) **Lab, Lecture, Credits 1 - 3 (Fall, Spring, Summer)**

**MCET-589**                         **Special Topics**
Special Topics is an experimental upper-division course intended as a means for offering innovative topics not currently reflected in the mechanical engineering technology curriculum. (Prerequisites: 4th year student standing in MCET, MFET, RMET or EMET and completion of at least 1 co-op block.) **Lecture, Credits 1 - 3 (Fall, Spring, Summer)**

**MCET-590**                  **Dynamics of Machinery**
Students learn to solve kinematic and dynamic analysis problems for planar mechanisms with applications ranging from manufacturing equipment to consumer products and the automotive field. Both analytical and computer simulation methods are used. (Prerequisites: MCET-320 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MCET-595**             **Applied Finite Element Analysis**
This course focuses on using commercial finite element analysis (FEA) software to analyze linear and non-linear systems in the areas of structural mechanics and heat transfer. Students will utilize a wide variety of analysis techniques including deflection, stress, mode shapes, optimization, heat transfer, and thermal-stress. In addition, projects using FEA to solve problems of interest to the student are required. Students can receive credit for MCET-595 or MCET-695, not for both. (Prerequisites: MCET-221 or EMET-290 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**MCET-599**                       **Independent Study**
This course allows an upper-class mechanical engineering technology student the opportunity to independently investigate, under faculty supervision, aspects of the mechanical engineering field. Proposals for an independent study must be approved by the sponsoring faculty and the MMET department chair. Students are limited to a maximum of three semester credit hours of independent study projects and two sections in any semester, and a maximum of six semester credit hours of independent study used to fulfill degree requirements. (This course is restricted to MCET-BS Major students.) **Ind Study, Credits 1 - 3 (Fall, Spring)**

## Media Arts and Technology

**MAAT-010**                       **Co-op Orientation**
This course provides students with a venue for preparing for job searches and subsequent employment. Students learn how to access the RIT job search database, to prepare cover letters and resumes, to make efficient use of career fairs, and to participate in effective interviews through a mock interview process. (This course is restricted to students in the NMEP-BS program.) **Lecture 1, Credits 0 (Fall, Spring)**

**MAAT-101**                      **Cross Media Foundations**
This course introduces students to the graphic media industry by studying its history, culture, technologies, markets and workers. The course provides an orientation to production concepts, working environments, hardware and software tools, languages, working standards and cultures of the industry. **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**MAAT-106**                **Typography and Page Design**
The course provides an introduction to the theoretical and practical foundations of typography and page design. Students study the history, aesthetics, and technology of typography, and current methods of page composition. Projects include design and production methods, using current software tools and fonts for typography in print and monitor display. Students will apply their acquired knowledge to make informed decisions in the practice of typography and page composition. (Prerequisites: MAAT-101 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Spring)**

**MAAT-107**                            **Imaging**
This course covers skills and competencies necessary to create, manage and edit digital images. Students work with digital hardware, software, and learn relevant terminology. Various processes of image reproduction from acquisition to manipulation, and output of optimized files are addressed. (Prerequisites: MAAT-101 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**MAAT-206**                         **Print Production**
This survey course introduces students to the technologies of print production, with a focus on the materials and processes used in conventional, digital, and functional printing methods. Hands-on lab experiences expose students to the underlying concepts while imparting knowledge of the strengths and limitations of the various methods. Quality, efficiency, economics, and sustainability are addressed. (Prerequisites: MAAT-101 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**MAAT-223**                       **Production Workflow**
This course focuses on planning and producing cross-media projects. Students gain hands-on experience with all phases of production through a series of print and new media projects. Concepts of content and production management are applied with an emphasis on creating quality outcomes that are delivered on-budget and on-time. (Prerequisites: MAAT-101 or equivalent course.) **Lec/Lab 4, Credits 3 (Spring)**

**MAAT-256**                    **Principles of Printing**
This course surveys the materials and processes used in print reproduction. Students will learn the basic theory of image reproduction embodied in the analog and digital printing processes, and learn to identify the process origins of print samples. Additionally, students will be introduced to material science as it relates to print. (Prerequisites: MAAT-101 or equivalent course and student standing in NMEP-BS or PACK-BS or 2nd year standing in JOURNAL-BS.) **Lecture 3, Credits 3 (Fall)**

**MAAT-266**                      **Advanced Workflow**
This advanced course focuses on analysis of production workflow efficiencies, process automation, and process optimization with an emphasis on the steps involved in producing, publishing, promoting, and packaging. Students gain direct experience with advanced workflow tools through immersive projects. (Prerequisite: MAAT-271 or ISTE-105 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**MAAT-271**                    **Webpage Production I**
Students in this course will plan and implement publishing projects with a focus on usability, accessibility, and information design for the World Wide Web. Application of standard Web protocols such as HTML and CSS will be applied in the context of Web publishing as a part of a cross-media production strategy. (This course is restricted to students in the NMEP-BS or JOURNAL-BS programs.) **Lecture 3, Credits 3 (Fall)**

**MAAT-272**                   **Webpage Production II**
In this advanced course, students will apply concepts and skills from previous study to determine optimal strategies for the development, deployment and evaluation of complex websites. Through a blend of research and practical application, students will evaluate and apply a range of methodologies for Web publishing. (Prerequisite: MAAT-271 or ISTE-105 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MAAT-301**                    **Database Publishing**
This course introduces the fundamental design elements of databases constructed for activities that support the publishing process. This includes building databases comprised of information and digital assets. Projects may include composing publications, creating and distributing personalized documents through the web and in print. (Prerequisites: MAAT-106 and MAAT-271 or ISTE-305 or equivalent courses.) **Lab 3, Lecture 2, Credits 3 (Spring)**

RIT0000938

**MAAT-302**                          **Professional and Technical Writing**
This course prepares students to engage in a variety of written and oral communications necessary in academic and business environments with an emphasis on technical writing. Students are expected to produce appropriate audience-centered written materials that achieve a desired purpose based on techniques, organization, format, and style. Formal technical reports and presentations are required. Students must pass this course with a grade of B or higher prior to graduation or pass the Writing Competency Test. (Prerequisites: Completion of First Year Writing (FYW) requirement is required prior to enrolling in this class.) **Lecture 3, Credits 3 (Fall, Spring)**

**MAAT-306**                          **Information Architecture Publishing**
In this course the students will research current and emerging publishing information technology trends and apply them in creating publishing solutions across a variety of platforms. Students will learn and apply digital asset management methods and practices in real-world scenarios. (Prerequisites: MAAT-106 and MAAT-272 or ISTE-305 or equivalent courses.) **Lab 2, Lecture 2, Credits 3 (Spring)**

**MAAT-307**                          **Media Business Management**
This course introduces principles in core business areas, such as management, finance, accounting, operations, and marketing, which are key factors in developing, growing, and operating a media venture. (This course is restricted to students in the NMEP-BS program.) **Lecture 3, Credits 3 (Fall)**

**MAAT-355**                          **Media Law**
Media Law offers an opportunity to investigate the philosophical and constitutional foundations of free expression as it relates to speech, writing, image making and publishing. First Amendment principles are studied with respect to personal protection boundaries. The course will provide a survey covering defamation issues. Students should be able to form educated opinions about libel and slander boundaries. Since the publication discipline involves the creation of original work, a study of copyright, patent and trademark law is emphasized. **Lecture 3, Credits 3 (Fall, Spring)**

**MAAT-356**                          **Strategies in Multimedia**
This course will examine the structure and channels of advertising, publishing, and packaging. It focuses on marketing communications across a range of graphic media. Mass media and customized technologies for effectively reaching consumers will be explored. Emphases are on the development of an optimized mix of marketing communications techniques for the goals of a particular project. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 3, Credits 3 (Fall, Spring)**

**MAAT-359**                          **Media Distribution and Transmission**
In this course students gain extensive knowledge of the various methods and techniques used to electronically and physically distribute information. Students will also study planning, scheduling, inventory management, and customer fulfillment. (Prerequisites: MAAT-101 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MAAT-363**                          **Media Industries Analysis**
This course examines the major industries closely allied with the printing industry including advertising, publishing, and packaging. The intent is to give students in-depth knowledge of (1) the structure of each of these industries; (2) the channels and methods through which and by which each distributes its products and services; and (3) the major customers of its products and services. Particular attention will be devoted to investigating the business models for the use of print to create value in advertising, publishing, and packaging. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 3, Credits 3 (Spring)**

**MAAT-364**                          **Digital News Systems Management**
This course examines the evolving forms and functions of news media publishing. The focus is on the intersections of the various systems necessary for contemporary news publishing: information technology, content management, audience assessment, human resource management, and product delivery. **Lecture 3, Credits 3 (Spring)**

**MAAT-368**                          **Gravure and Flexography**
Students will explore gravure and flexography technologies, and learn to evaluate applicable designs. Extensive hands-on experience is included. Students will create pressure sensitive label designs, take command of a flexo press, and print labels. **Lab 3, Lecture 2, Credits 3 (Spring)**

**MAAT-371**                          **Print Finishing Management**
This course explains and demonstrates why planning for successful print finishing requires in-depth knowledge of production from design planning through prepress, print, bindery, and distribution operations. Emphasis is placed on cost-effective planning, management, and control in a contemporary print-finishing environment. (Prerequisites: MAAT-101 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**MAAT-376**                          **Lithographic Process**
This course provides detailed fundamentals of the equipment and materials used in the lithographic process for both sheetfed and web presses. Topics include plates, blankets, press, inks, substrates, and pressroom management. There is an emphasis on process color printing, problem solving on press, and process variables that impact quality and productivity. (Prerequisites: MAAT-206 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**MAAT-377**                          **Advanced Retouching and Restoration**
This course demystifies the process for digitally enhancing, retouching, and restoring images with industry standard raster software, using best practices for image acquisition and specialized image manipulation techniques. Students should have a solid working knowledge of current industry standard raster software. (Prerequisites: MAAT-107 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**MAAT-399**                          **Media Arts/Technology PT Coop**
The Media Arts and Technology Part-time Co-op provides students with the opportunity to work in a position related to their major field of study. Co-ops are typically paid work experiences. This course is for approved co-op work that is part-time (less than 20 hours per week) only. All co-ops should fall within an RIT term (fall, spring, summer) and require permission of instructor for enrollment. (Prerequisites: MAAT-10 or equivalent course.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**MAAT-401**                          **Team Project**
This course will engage students in a capstone production experience. Students will work in teams and interact with select industry clients to design, budget, and complete a multi-media project. (Prerequisites: MAAT-206 and MAAT-223 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**MAAT-446**                          **Magazine Publishing**
This class is an introduction to the concepts and methods of magazine design and production workflow, with the practical experience of producing a cross-media magazine for output to a digital device and print. Special attention is given to the use of images in integration with text, grids. The role of experimentation and innovation in the modern magazine is emphasized. (Prerequisites: MAAT-106 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**MAAT-498**                          **Media Arts and Technology Internship**
The Media Arts & Technology Internship provides students an opportunity to enhance their academic study through professional experience. Students must obtain permission of instructor and complete the Internship Permission to enroll. No more than six (6) credits of internship can be applied toward the degree. (Prerequisites: This class is restricted to students in NMEP-BS with at least 2nd year standing and department permission to enroll.) **Internship, Credits 1 - 3 (Fall, Spring, Summer)**

**MAAT-499**                          **Media Arts and Technology Co-op**
The Media Arts and Technology Co-op provides students with the opportunity to work in a position related to their major field of study. Co-ops are typically paid work experiences. All co-ops should fall within an RIT term (fall, spring, summer) and require permission of instructor for enrollment. (Prerequisites: MAAT-10 or equivalent course.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**MAAT-503**                          **Operations Management in the Graphic Arts**
An in-depth study of the factors affecting the efficiencies and effectiveness of print media organizations and ultimately their profitability. Includes consideration of both internal factors, such as quality level goals, training, scheduling, plant layout, and financial management, as well as external factors, such as safety enforcement, and environmental and legal issues. **Lecture 3, Credits 3 (Fall)**

**MAAT-518**                          **TypoItalia: Typography Research in Northern Italy**
This course is designed to give students intensive educational experiences involving travel abroad to northern Italy. Cities visited in the class may include Venice, Parma, Treviso. The course will explore the history of typography while providing students with a cross-cultural outlook important to understanding the future of typography. Students will examine typography's rich history and modernization through travel abroad and investigate how research of the past can inspire innovation in the future. The course will include visits to typographic museums, lectures, guest speakers, hands-on experiences and activities as students conduct typographic research inspired as they travel. Travel expenses will be incurred for this course. (This course requires permission of the Instructor to enroll.) **Study Abrd, Credits 3 (Summer)**

**MAAT-541**                          **Digital Print Processes**
Students who take this course will understand how digital printing technologies work, what they are capable of doing, and how these technologies are used commercially. Students will analyze the factors driving the explosive growth of digital printing, including how the economics of digital and conventional printing compare. The concepts taught in the classroom are reinforced through hands-on labs and field trips to digital printers and equipment suppliers. **Lab 3, Lecture 2, Credits 3 (Fall)**

RIT0000939

**College of Engineering Technology**

**MAAT-544**                             **Color Management Systems**
This course addresses the science and technology of color management systems in achieving quality color reproduction across multiple capture and display devices, such as digital cameras, scanners, monitor displays and printed output. Students will study the role of color measurement for device calibration, device characterization, and building an ICC-based color management system. Students will perform color image rendering from digital capture to print, investigate digital proofing, as well as soft and remote proofing technologies, and evaluate color management system performance. Process control tools and analysis of control targets will be covered. **Lab 2, Lecture 2, Credits 3 (Spring)**

**MAAT-550**          **Topics in Media Arts, Sciences and Technology**
Topics in Media Arts, Sciences and Technology provides a platform for students to explore the most contemporary issues in the rapidly evolving fields of media arts, media sciences and media technologies. The content taught in this course will change frequently and the course may be repeated for credit, however each particular topic may have limits on repeatability. **Lecture 3, Credits 3 (Fall, Spring)**

**MAAT-551**         **Lab Topics in Media Arts, Sciences and Technology**
Lab Topics in Media Arts, Sciences and Technology provides a lab-based platform for students to explore the most contemporary issues in the rapidly evolving fields of media arts, media sciences and media technologies. The content taught in this lab-based course will change frequently and the course may be repeated for credit, however each particular topic may have limits on repeatability. (This course is available to RIT degree-seeking undergraduate students.) **Lab 2, Lecture 2, Credits 3 (Fall, Spring)**

**MAAT-558**                               **Package Printing**
Students who take this course will understand how package-printing technologies work, and how they are used to print bags, labels, cartons, cans, boxes, and bottles. Students will apply a packaging printing workflow to produce labels and folding cartons of their own design. Finally, cost analyses of package printing using various technologies is discussed. (This course is available to RIT degree-seeking undergraduate students.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**MAAT-561**                          **Industry Issues and Trends**
This course presents a detailed analysis of the critical trends and issues related to the graphic media publishing industry. It provides an in-depth look at key technologies as well as business, environmental and regulatory issues. This course provides culminating experience that contributes to the student's fuller understanding of management of the graphic media publishing industry. This course prepares students for successful careers by providing insights into the nature and scope of the major challenges facing industry managers and leaders and how to manage these challenges. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 3, Credits 3 (Fall)**

**MAAT-563**                     **Building Profit into Media Projects**
This course familiarizes students with costing, pricing and estimating practices in print media, website development, mobile media, and social media. It highlights areas of similarity in these media but more importantly focuses on those practices and customs that are unique to a specific medium. The course provides the necessary background for developing accurate media proposals that become contractual legal obligations and result in sustained profitability. **Lecture 3, Credits 3 (Spring)**

**MAAT-571**                         **Digital Asset Management**
This course will focus on the development and application of digital asset management strategies for cross media production workflows. Project work will include the development of asset management strategies and the utilization of both small business and enterprise-level digital asset management (DAM) tools and systems. (This course is available to RIT degree-seeking undergraduate students.) **Lab 2, Lecture 2, Credits 3 (Fall, Spring)**

**MAAT-599**                               **Independent Study**
The Independent Study in media arts and technology provides students with the means for obtaining academic credit for work and/or research on topics related to the media arts and technology curriculum but not covered in the desired breadth or depth. The student works with an instructor to establish the objectives, content, and evaluation protocol for the study. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 6 (Fall, Spring, Summer)**

## Packaging Science

**PACK-101**                             **Introduction to Packaging**
An in-depth overview of packaging. The course will include historical perspectives of packaging. Students will explore the functions of packaging and the materials, processes, and technology employed to protect goods during handling, shipment, and storage. A brief review of container types, package design and development, and research and testing are presented, along with information about economic importance, social implications, and packaging as a profession. Students will research historical, current, and future packages to gain better insight into the world of packaging. **Lecture 1, Credits 1 (Fall, Spring)**

**PACK-151**                               **Packaging Design I**
The course develops knowledge of engineering design graphics and skills of package structure design. Topics covered are basics of engineering design graphics, technical sketch, project plan, design matrix and computer aided design (CAD). Emphasis is given to use SolidWorks - CAD software to design typical packaging structures. The 10-week design project focuses on developing a packaging structure from an idea to a 3D virtual prototype. **Lec/Lab 3, Credits 3 (Fall)**

**PACK-152**                             **Packaging Design II**
The course develops knowledge and skills in applying two computer software packages for packaging design: Artios CAD and Adobe Illustrator. Topics covered are builder and rebuilder, solid modeling and drawing, animation, coloring, and painting. Emphasis is given to create a typical paperboard based carton with a proper structure and color usage. (Co-requisites: PACK-101 or equivalent course.) **Lec/Lab 4, Credits 3 (Spring)**

**PACK-211**                        **Packaging Metals and Plastics**
The study of packaging materials from extraction through conversion and production, physical and chemical properties and uses. Emphasis is on plastics and metals used in packaging and other component materials. Recognized standard testing procedures are presented and students gain practical experience in the operation of various testing instruments, interpretation of results, and evaluation of properties and performance characteristics. (Co-requisites: PACK-101 or equivalent course.) **Lecture 3, Recitation 1, Credits 3 (Fall, Spring)**

**PACK-212**                        **Packaging Paper and Glass**
The manufacture, physical and chemical properties, and uses of common packaging materials. Emphasis is on paper, paperboard, wood, glass, and pressurized packaging systems used in packaging applications. Standard testing procedures will be presented as well as instruction on testing equipment operation, data interpretation, evaluation of properties, and performance. (Co-requisites:  PACK-101 or equivalent course.) **Lecture 3, Recitation 1, Credits 3 (Fall, Spring)**

**PACK-301**                               **Packaging Materials**
This first course in the packaging science minor will provide students with the opportunity to learn the basic properties and applications for the common packaging materials. Students will be instructed in fundamental evaluation procedures and in the determination of material specifications. (Students in PACK-BS and PACK-2M are unable to enroll in this class.) **Lecture 3, Credits 3 (Fall, Spring)**

**PACK-302**                             **Packaging Containers**
This first course in the packaging science minor will provide students with the opportunity to learn the basic properties and applications for the common packaging container formats. Students will be instructed in fundamental evaluation procedures and in the determination of container design specifications. (Students in PACK-BS and PACK-2M are unable to enroll in this class.) **Lecture 3, Credits 3 (Fall, Spring)**

**PACK-311**                                 **Containers I**
A detailed study of primary packages that includes the history, manufacturing processes, characteristics, and applications for containers in direct contact with the product. Structural design, chemical compatibility, and suitability of container for intended use are analyzed for basic container types. Students practice structural design and testing of prototype containers. Primary emphasis is on flexible paper, foil, plastic, and laminated materials and on selected processing techniques. Topics to include folding cartons, heat seal technology and test methodologies, permeability theory, modeling, and empirical testing. (Prerequisites: PACK-151 and PACK-211 and PACK-212 or equivalent courses. Co-requisites: PACK-152 or equivalent course.) **Lecture 3, Recitation 1, Credits 3 (Fall, Spring)**

**PACK-312**                                 **Containers II**
This course is a detailed study of primary packages. History, manufacturing processes characteristics, and applications for containers in direct contact with the product. Structural design, chemical compatibility, and suitability of container for intended use are analyzed for basic container types. Students practice structural design and testing of prototype containers. Primary emphasis is on rigid paperboard, glass, plastic, and metal containers. (Prerequisites: PACK-151 and PACK-211 and PACK-212 or equivalent courses. Co-requisites: PACK-152 or equivalent course.) **Lecture 3, Recitation 1, Credits 3 (Fall, Spring)**

RIT0000940

**PACK-420**                                        **Technical Communications**
An introduction to the principles of effective written technical communication for the packaging professional. Topics include memos, business letters, summary activity reports, technical proposals, and research papers. Open only to packaging science majors. (Co-requisites: First Year Writing (FYW).) **Lecture 3, Credits 3 (Fall, Spring)**

**PACK-421**                                        **Packaging for Distribution**
An exploration of different shipping, storage, and use environments common to various products and packages. Structural design of shipping containers for product physical protection and methods for testing and predicting package performance are studied. Package converting processes will be studied to reinforce the economics of efficient and sustainable package design. (Prerequisites: PACK-311 and PACK-312 or equivalent courses.) **Lecture 3, Recitation 1, Credits 3 (Fall, Spring)**

**PACK-422**                                        **Dynamics and Protective Packaging**
The course defines the factors involved in assessing the potential damage to packaged items resulting from impact and vibration forces in the handling, transport and storage environments. Students will be instructed in the use of basic shock and vibration test equipment, apply standard test protocols and develop specific testing protocols from measured field data. Based on data generated from testing activities, students will develop cushion designs to protect sensitive product components. (Prerequisites: PACK-421 or equivalent course.) **Lecture 3, Recitation 1, Credits 3 (Fall, Spring)**

**PACK-430**                                        **Packaging Regulations**
This course begins with an overview of government laws and regulations applicable to the packaging industry. Students will then gain the hierarchical impact that regulations have on the global supply chain, quality systems, patent innovation, and workplace safety. (Prerequisites: (PACK-301 and PACK-302 ) or (PACK-311 and PACK-312) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**PACK-451**                                        **Packaging Development – Advanced Applications**
Students will learn to plan and develop virtual and real packaging prototypes to reflect the requirements of end users, assess the sustainability of the designs, and validate designs in the supply chain. (Prerequisites: PACK-421 or equivalent course.) **Lecture 3, Recitation 1, Credits 3 (Fall)**

**PACK-470**                                        **Food Packaging**
Study of food products, common methods of processing and preservation, impact on quality and nutritional value of the product, and the relationships with common packaging methods and distribution practices. Students required to deliver a project to support the objectives of this course. (Prerequisites: PACK-311 and PACK-312 or equivalent courses.) **Lecture 3, Recitation 1, Credits 3 (Fall)**

**PACK-471**                                        **Packaging Supply Chain**
Market structures are analyzed in order to develop an understanding of how packaging relates to the general economy. Students will learn how market traded derivatives are utilized to protect against price volatility of packaging raw materials, utilization of Purchase Price Cost Analysis to predict packaging pricing and price movements. Packaging contract analysis and packaging pricing formula based pricing will be studied. Students are instructed in the use of basic pricing reference materials for research purposes. (Prerequisites: PACK-421 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PACK-481**                                        **Packaging for Marketing and End Use**
The interrelationship between packaging and marketing, detailing how the retail consumer package can be used as a marketing tool. Concentrates on a systematic approach to developing an optimum package for a given product to meet the demands of the retail market and end user. Students gain practice in the development of a complete package system. (Prerequisites: PACK-421 or equivalent course.) **Lecture 3, Recitation 1, Credits 3 (Fall, Spring)**

**PACK-498**                                        **Packaging Independent Undergraduate Research**
Independent undergraduate research experience involves students in an original research project. Using one or a variety of methods, students will collect data and contribute to problem solving in the packaging field. As a first research experience, emphasis is on the process of scientific research, including problem definition, formulating a research plan, data collection/analysis and interpretation based on existing research. (Prerequisites: PACK-312 & PACK-420 or equivalent courses.) **Lecture 1, Credits 1 (Fall, Spring, Summer)**

**PACK-499**                                        **Cooperative Work Experience**
Off-campus work in an approved salaried position with cooperating company. Department permission is required. (Third year status) (A minimum of 3rd year standing is required to enroll.) **CO OP, Credits 0 (Fall, Spring)**

**PACK-530**                                        **Packaging Sustainability and the Environment**
Consideration of packaging in a social context. Factors that enhance secondary use, recycling, recovery of resources, and proper disposal are discussed. Package design in relation to solid waste disposal and materials and energy shortages are considered. Other topics of interest are discussed. Primarily a discussion class for senior students. Open to undergraduate non-majors. (Prerequisites: (PACK-301 and PACK-302 ) or (PACK-311 and PACK-312) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**PACK-531**                                        **Packaging Process Control**
An advanced course designed to give packaging students instruction process and quality control techniques for packaging applications. The course will develop TQM skills for the evaluation of packaging components and packaging manufacturing processes to design sustainable packaging. Topics include the concepts of zero defects, computer applications for control charts, and acceptance sampling. (Co-requisite: PACK-421 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**PACK-535**                                        **Characterization and Evaluation of Polymer Packaging**
The course develops knowledge of integrated analytical techniques in characterization and evaluation of polymer packaging. Topics covered are basics of polymer packaging production, characterization of thermal properties, evaulation of barrier and mechanical properties for polymer packaging, as well as identification and development of multi layer package structures. (Prerequisites: CHMG-122 and CHMG-123 and CHMG-201 and (PACK-211 or (PACK-301 and PACK-302) or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**PACK-546**                                        **Pharmaceutical and Medical Packaging**
Students will define the types of packages used in medical and pharmaceutical product applications. Aeseptic packaging operations will be explained and demonstrated. Students will utilize ISO 11607, parts 1 and 2 and the AAMI TIR 22 for medical product packaging. A compliance document and finished prototype for ISO 11607 will be required. (Prerequisites: (PACK-301 and PACK-302) or (PACK-311 and PACK-312) or equivalent courses.Co-requisites: PACK-547 or equivalent course.) **Lecture 2, Credits 2 (Spring)**

**PACK-547**                                        **Pharmaceutical and Medical Packaging Lab**
Students will define the types of packages used in medical and pharmaceutical product applications. Aeseptic packaging operations will be explained and demonstrated. Students will utilize ISO 11607, parts 1and 2 and the AAMI TIR 22 for medical product packaging. A compliance document and finished prototype for ISO 11607 will be required. (Co-requisites: PACK-546 or equivalent course.) **Lab 2, Credits 1 (Spring)**

**PACK-550**                                        **Packaging Machinery**
A study of package forming and filling, closing, product/package identification, inspection, and other machinery commonly used in packaging, plus consideration of handling and storage/retrieval systems. Students become aware of project management techniques, setting timelines, critical path, and resource evaluation. Quality tools and issues along with quality control processes are integrated into line and machinery designs. Students gain practice in setting up complete production lines for packaging various products. (Prerequisites: (PACK-301 and PACK-302 ) or (PACK-311 and PACK-312) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**PACK-555**                                        **Import/Export Packaging**
Study of the particular forms and requirements for packaging for the import/export environment. Preservation techniques, international logistics, bulk containers, packing requirements, handling, transport and storage, and related documentation. (Prerequisites: (PACK-301 and PACK-302 ) or (PACK-311 and PACK-312) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**PACK-560**                                        **Converting and Flexible Packaging**
The course develops knowledge and techniques in converting and flexible packaging. Topics covered are converting materials, quality control practice in converting, evaluation of packaging film and converting and applications in flexible packaging. (Prerequisites: CHMG-131 or equivalent course.) **Lec/Lab 4, Credits 3 (Spring)**

**PACK-599**                                        **PS Independent Study**
Independent study, in consultation with the instructor, on any packaging-related topic. Approvals are necessary from the department chair. (Undergraduate Research and Independent Study (PACK-598 and 599) combined total credit allowed is limited to a maximum of 3 credits. Independent Study total credit limit maximum of eight credits. **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

RIT0000941

**College of Engineering Technology**

## Reserve Officer's Training Corps-Air Force

**AERO-101**                                                    **Heritage and Values I**
This course and its follow-on provide the student with an introductory survey of the United States Air Force (USAF) and the Air Force Reserve Officer Training Corps (AFROTC). In the first semester, the course begins with an introduction to ROTC as well as the customs and courtesies and dress and appearance standards expected of Air Force officers. It continues with a discussion on team building, military communication skills and interpersonal communications. The organization of the Air Force and how the Air Force contributes to the accomplishment of our national security objectives is also covered. The course concludes with an overview of Air Force career opportunities and benefits. Leadership Laboratory is mandatory for AFROTC contract/pursuing cadets and complements this course by providing cadets with followership experiences. **Lecture 1, Credits 1 (Fall)**

**AERO-102**                                                   **Heritage and Values II**
This course covers an introduction to Air Force core values and offers the student an opportunity to learn about leadership, its principles, and its effective traits. The course demonstrates knowledge of Air Force heritage and legacy. Students are also introduced to basic oral and written communication skills. The course continues by exploring war, its basic principles, and motivation. The course concludes with an understanding of the Air Force oath of office and how human relations can affect them as an Air Force Officers. Leadership Laboratory is mandatory for AFROTC contract/pursuing cadets and complements this course by providing cadets with followership experiences. **Lecture 1, Credits 1 (Spring)**

**AERO-201**                                        **Team and Leadership Fundamentals I**
This course examines the development of military air and space power from the first balloons to the on-going conflicts in Afghanistan and other parts of the world, introduces fundamental principles associated with war in the third dimension, and employs historical examples to explain the evolution of U.S. Air Force air and space power. The full course covers two academic terms. This term focuses on examples from the earliest days of flight through the Cuban Missile Crisis. This course also seeks to develop students' communication skills through class participation, short writing and briefing assignments. AFROTC Leadership Laboratory (WMIL-006) and AFROTC Physical Training (WMIL-001) complements this course by providing applied followership and leadership experience and is mandatory for all AFROTC cadets. Other interested undergraduate students (non-cadets) will be considered for registration but must have the detachment commander's approval for this course and any required co-requisites (if desired). **Lecture 1, Credits 1 (Fall)**

**AERO-202**                                       **Team and Leadership Fundamentals II**
This course examines the development of military air and space power from the first balloons to the on-going conflicts in Afghanistan and other parts of the world, introduces fundamental principles associated with war in the third dimension, and employs historical examples to explain the evolution of U.S. Air Force air and space power. The full course covers two academic terms. This term focuses on examples from the Vietnam War to the "Global War on Terror." This course also seeks to develop students' communication skills through class participation, short writing and briefing assignments AFROTC Leadership Laboratory (WMIL-006) and AFROTC Physical Training (WMIL-001) complements this course by providing applied followership and leadership experience and is mandatory for all AFROTC cadets. Other interested undergraduate students (non-cadets) will be considered for registration but must have the detachment commander's approval for this course and any required co-requisites (if desired). **Lecture 1, Credits 1 (Spring)**

**AERO-401 National Security/Leadership Responsibilities and Commissioning Preparation I**
This course examines national security policy and process, regional issues, advanced leadership, air and space power functions and competencies. It is the first in a two-course sequence during which you will study roles of the military in society; military justice and law; current issues affecting the military profession; and regional cultural, politics and history. You will also study air and space power functions and competencies and the responsibilities of officership. Finally, this course also seeks to develop students' communication skills through class participation, short writing and briefing assignments. AFROTC Leadership Laboratory (WMIL-006) and AFROTC Physical Training (WMIL-001) complements this course by providing applied followership and leadership experience and is mandatory for all AFROTC cadets. Other interested undergraduate students (non-cadets) will be considered for registration but must have the detachment commander's approval for this course and any required co-requisites (if desired). **Lecture 3, Credits 3 (Fall)**

**AERO-402 National Security/Leadership Responsibilities and Commissioning Preparation II**
This course examines national security policy and process, regional issues, advanced leadership, air and space power functions and competencies. It is the second in a two-course sequence during which you will study roles of the military in society; military justice and law; current issues affecting the military profession; and regional cultural, politics and history. You will also study air and space power functions and competencies and the responsibilities of officership. Finally, this course also seeks to develop students' communication skills through class participation, short writing and briefing assignments. AFROTC Leadership Laboratory (WMIL-006) and AFROTC Physical Training (WMIL-001) complements this course by providing applied followership and leadership experience and is mandatory for all AFROTC cadets. Other interested undergraduate students (non-cadets) will be considered for registration but must have the detachment commander's approval for this course and any required co-requisites (if desired). **Lecture 3, Credits 3 (Spring)**

## Reserve Officer's Training Corps-Army

**ARMY-101**                                                    **Introduction to Leadership**
This course introduces you to the personal challenges and competencies that are critical for effective leadership and the structure of the ROTC Basic courses which consist of ARMY-101, 102, 201, 202, Fall and Spring Leadership Labs, and LTC. You will learn how the personal development of life skills such as cultural understanding, goal setting, time management, mental/physical resiliency, and stress management relate to leadership, officership, and the Army profession. The focus is on developing basic knowledge and comprehension of Army leadership dimensions, attributes, and core leader competencies while gaining an understanding of the ROTC program, its purpose in the Army, and its advantages for the student. Enrollment must be approved by the professor of military science. Students enrolled in Army ROTC must register for Army Conditioning Drills (Physical Training) and Army Leadership Lab when registering for the ARMY-101 class. **Lecture 2, Credits 2 (Fall)**

**ARMY-102**                                             **Introduction to Tactical Leadership**
This course covers the overview of leadership fundamentals such as setting direction, problem-solving, listening, presenting briefs, providing feedback, and using effective writing skills. You will explore dimensions of leadership attributes and core leader competencies in the context of practical, hands-on, and interactive exercises. Enrollment must be approved by professor of military science. Students enrolled in Army ROTC must register for Army Conditioning Drills (Physical Training) and Army Leadership Lab when you take the ARMY-102 class. **Lecture 2, Credits 2 (Spring)**

**ARMY-201**                                                    **Innovative Team Leadership**
This course explores the dimensions of creative and innovative tactical leadership strategies and styles by examining team dynamics and two historical leadership theories that form the basis of the Army leadership framework. Aspects of personal motivation and team building are practiced through planning, executing, and assessing team exercises. The focus continues to build on developing knowledge of the leadership attributes and core leader competencies through the understanding of Army rank, structure, and duties as well as broadening knowledge of land navigation and squad tactics. Case studies will provide a tangible context for learning the Soldier's Creed and Warrior Ethos. Enrollment must be approved by the professor of military science. Students enrolled in Army ROTC must register for Army Conditioning Drills (PT) and Army Leadership Lab when they enroll in ARMY-201. **Lecture 2, Credits 2 (Fall)**

**ARMY-202**                                             **Foundations of Tactical Leadership**
This course examines the challenges of leading teams in the complex operational environment. The course highlights dimensions of terrain analysis, patrolling, and operation orders. Further study of the theoretical basis of the Army Leadership Requirements Model explores the dynamics of adaptive leadership in the context of military operations. ARMY-202 prepares Cadets for ROTC-301. Cadets develop greater self awareness as they assess their own leadership styles and practice communication and team building skills. Case studies give insight into the importance and practice of teamwork and tactics in real-world scenarios. Enrollment must be approved by the professor of military science. Students enrolled in Army ROTC must register for Army Conditioning Drills (PT) and Army Leadership Lab when they enroll in ARMY-202. **Lecture 2, Credits 2 (Spring)**

RIT0000942

**ARMY-301**                                            **Adaptive Team Leadership**

This is an academically challenging course where you will study, practice, and apply the fundamentals of Army leadership, officership, Army values and ethics, personal development, and small unit tactics at the team and squad level. At the conclusion of this course, you will be capable of planning, coordinating, navigating, motivating, and leading a team or squad in the execution of a tactical mission during a classroom PE, a Leadership Lab, or during a Situational Training Exercise (STX) in a field environment. Successful completion of this course will help prepare you for success at the ROTC Leader Development and Assessment Course (LDAC) which you will attend next summer at Fort Lewis, WA. This course includes reading assignments, homework assignments, small group assignments, briefings, case studies, practical exercises, a mid-term exam, and a final exam. You will receive systematic and specific feedback on your leader attributes values and core leader competencies from your instructor and other ROTC cadre and MSL IV Cadets who will evaluate you using the ROTC Leader Development Program (LDP) model. Enrollment must be approved by the professor of military science. Students enrolled in Army ROTC must also register for Army Conditioning Drills (Physical Fitness Training) and Army Leadership Lab **Lecture 2, Credits 2 (Fall)**

**ARMY-302**                                             **Applied Team Leadership**

This is an academically challenging course where you will study, practice, and apply the fundamentals of Army leadership, officership, Army values and ethics, personal development, and small unit tactics at the team and squad level. At the conclusion of this course, you will be capable of planning, coordinating, navigating, motivating, and leading a team or squad in the execution of a tactical mission during a classroom PE, a Leadership Lab, or during a Situational Training Exercise (STX) in a field environment. Successful completion of this course will help prepare you for success at the ROTC Leader Development and Assessment Course (LDAC) which you will attend next summer at Fort Lewis, WA. This course includes reading assignments, homework assignments, small group assignments, briefings, case studies, practical exercises, a mid-term exam, and a final exam. You will receive systematic and specific feedback on your leader attributes values and core leader competencies from your instructor and other ROTC cadre and MSL IV Cadets who will evaluate you using the ROTC Leader Development Program (LDP) model. Enrollment must be approved by the professor of military science. Students enrolled in Army ROTC must also register for Army Conditioning Drills (PT) and Army Leadership Lab. **Lecture 2, Credits 2 (Spring)**

**ARMY-401**                                         **Adaptive Team Leadership II**

This is an academically challenging course were you will study, practice, and apply the fundamentals of Army leadership. You will learn how to train, mentor, and evaluate underclass cadets while learning the duties and responsibilities of an Army staff officer and applying the Military Decision Making Process (MDMP), the Army Writing Style, and the Army's Training Management, and Mission Essential Task List (METL) development processes during weekly training meetings to plan, execute, and assess battalion training events. Enrollment must be approved by the professor of military science. Students enrolled in Army ROTC must also register for Army Conditioning Drills (PT) and Leadership Lab. **Lecture 2, Credits 2 (Fall)**

**ARMY-402**                                      **Leadership in a Complex World**

The course places significant emphasis on preparing cadets for their first unit of assignment. It uses case studies, scenarios, and "What Now, Lieutenant?" exercises to prepare cadets to face the complex ethical and practical demands of leading as commissioned officers in the U.S. Army. It develops cadet proficiency in planning, executing, and assessing complex operations, functioning as a member of a staff, and providing performance feedback to subordinates. Cadets assess risk, make ethical decisions, and lead fellow ROTC cadets. Enrollment must be approved by the professor of military science. Students enrolled in Army ROTC must also register for Army Conditioning Drills (PT) and Leadership Lab. **Lecture 2, Credits 2 (Spring)**

**ARMY-501**                                       **ARMY ROTC Independent Study**

A supervised investigation within an ARMY ROTC area of student interest. Consent of the instructor and departmental approval are required. **Ind Study, Credits 1 - 3 (Fall, Spring)**

RIT0000943

# College of Health Sciences and Technology

## Index

MEDG  Biomedical Sciences ........................................................102
MEDS  Biomedical Sciences ........................................................102
DMSO  Diagnostic Medical Sonography ..................................105
ECHO  Echocardiography ...........................................................106
EXSC  Exercise Science ..............................................................108
HLTH  Health Systems Management ........................................107
NUTR  Nutrition Management ....................................................110
PHYA  Physician Assistant .........................................................107

*Course numbering: RIT courses are generally referred to by their alphanumeric registration label. The four alpha characters indicate the discipline within the college. The final three digits are unique to each course and identify whether the course is noncredit (less than 099), lower division (100-299), upper division (300-599), or graduate level (600 and above).*

*Unless otherwise noted, the following courses are offered annually. Specific times and dates can be found in each semester's schedule of courses. Prerequisites/corequisites are noted in parentheses near the end of the course description.*

## Biomedical Sciences

**MEDG-101**                                          **Human Biology I**
This course is one of a two-course set of courses that explores the biology of the human body. This course focuses on: cells, their structure, and organization; the human reproductive cycle; principle of genetic inheritance; transmission of disease and the body's defense against disease. Recommended to concurrently take: MEDG-103 Human Biology Laboratory I *Note: Taken alone, this course fulfills the Scientific Principles Perspective. When taken with MEDG-103 the two courses together fulfill the Natural Science Inquiry Perspective **Lecture 3, Credits 3 (Fall)**

**MEDG-102**                                          **Human Biology II**
This course is one of a two-course set of courses that explores the biology of the human body. This course focuses on the examination of the body's structure (anatomy), its function (physiology), the principle of homeostasis that governs the integrated control of all body organ systems, and various disease states (pathology) that affect its health. Recommended to concurrently take: MEDG-104 Human Biology Laboratory II *Note: Taken alone, this course fulfills the Scientific Principles Perspective. When taken with MEDG-104 the two courses together fulfill the Natural Science Inquiry Perspective **Lecture 3, Credits 3 (Spring)**

**MEDG-103**                               **Human Biology Laboratory I**
This laboratory complements the lecture material of Human Biology I. Experiments are designed to illustrate the dynamic characteristics of a cell during processes of inheritance, development and disease. Recommended to concurrently take: MEDG-101 Human Biology I *Note: When taken with MEDG-101 the two courses together fulfill the Natural Science Inquiry Perspective **Lab 2, Credits 1 (Fall)**

**MEDG-104**                              **Human Biology Laboratory II**
This laboratory course complements the lecture material presented in Human Biology II. Lab experiments are designed to illustrate the dynamic anatomy and physiology of the human body organ systems. Recommended to concurrently take: MEDG-102 Human Biology II *Note: When taken with MEDG-102 the two courses together fulfill the Natural Science Inquiry Perspective. **Lab 2, Credits 1 (Spring)**

**MEDG-105**                                          **Health Awareness**
This course explores the effects of wellness and disease prevention on the human lifecycle, lifestyles and overall health. Basic structure and function of selected human body systems are discussed and related to factors such as diet and nutrition, alcohol, drugs, smoking, stress and the environment in discussion of health promotion and disease prevention. Lecture and class discussion and student participation are used to explore health related issues. (This course is available to RIT degree-seeking undergraduate students.) **Lecture 3, Credits 3 (Spring)**

**MEDG-106**                         **Microbiology of Health and Disease**
An introductory course in microbiology including its history, significant contributions to medicine and history, as well as a survey of microbiological organisms as they relate to disease, industry and biotechnology. (any course in Biology) **Lecture 3, Credits 3 (Spring)**

**MEDG-107**                                          **Human Diseases**
A general survey of human diseases from a systematic approach with emphasis on disease symptoms, etiology, diagnosis and prognosis. Also included are the topics of immunology, oncology, endocrinology, and pathophysiology. Upon completion of this course students will have a basic knowledge of many diseases that afflict mankind. **Lab 1, Lecture 2, Credits 3 (Spring)**

**MEDS-101**          **Introduction to Biomedical, Biobehavioral, and Clinical Research**
This course is designed for students who are interested in learning about the many career opportunities that exist in the field of biomedical sciences. This course will engage the students through a combination of self-reflection by the student and continual discussion of presented material that aims to provide clear insight into the many disciplines that are foundational to the biomedical sciences. **Lecture 3, Credits 3 (Spring)**

**MEDS-105**                          **Issues in Health Sciences and Technology**
This course will provide first-year students with an enhanced understanding of critical issues in global health, science and technology. It will explore cultural awareness and perspectives as well as the consequences of individual and group decisions on the health of communities. **Lecture 3, Credits 3 (Fall)**

**MEDS-201**                                          **Language of Medicine**
Language is a systematic means or method of communicating ideas, events, or feelings. It is a combination of words or symbols used to encode and decode information. Medicine has a language to communicate information regarding the human body, its functions, diseases, tests, and procedures. This course explores the language of medicine, the rules of "language," language mechanics that apply how to create words, define terms, and identify abbreviations. In addition to learning the fundamentals, the student will gain experience in writing, using the language of medicine, as well as interpreting that language into everyday English. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**MEDS-240**                                          **History of Medicine**
This course explores various discoveries in the history of medicine and the individuals credited with the discoveries. The course begins in ancient Greece and ends with modern times. Individuals such as Hippocrates, Vesalius, Harvey, Jenner, Leeuwenhoek and Roentgen will be discussed. (Prerequisites: (BIOL-101 and BIOL-102) or (MEDG-101 and MEDG-102) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**MEDS-242**                                    **Cell Structure and Function**
This course will cover the foundations of cellular biology and will focus on the integration of cell structure and function as a platform for advanced work in courses such as molecular biology, endocrinology, pharmacology, histology, anatomy & physiology, neuroscience, microbiology, pathology and related areas of study. (Prerequisites: BIOL-101 or BIOL-121 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**MEDS-245**                                          **Medical Genetics**
This course will serve as an introduction to the field of medical genetics. Throughout the course we will survey several human variations and diseases of medical importance. Clinical case reports will be incorporated to illustrate the underlying genetic principles. (Prerequisites: (BIOL-101 and BIOL-102) or (BIOL-121 and BIOL-122) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**MEDS-250**                               **Human Anatomy and Physiology I**
This course is an integrated approach to the structure and function of the nervous, endocrine, integumentary, muscular and skeletal systems. Laboratory exercises include histological examination, actual and simulated anatomical dissections, and physiology experiments with human subjects. (Prerequisites: (BIOL-101 and BIOL-102) or (BIOL-121 and BIOL-122) or (1001-201 and 1001-202 and 1001-203) or (1001-251 and 1001-252 and 1001-253) or (MEDG-102 or 1026-213) or NUTR-BS equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Fall)**

**MEDS-251**                              **Human Anatomy and Physiology II**
This course is an integrated approach to the structure and function of the gastrointestinal, cardiovascular, immunological, respiratory, excretory, and reproductive systems with an emphasis on the maintenance of homeostasis. Laboratory exercises include histological examinations, anatomical dissections and physiological experiments using human subjects. (Prerequisites: (BIOL-101 and BIOL-102) or (BIOL-121 and BIOL-122) or (1001-201 and 1001-202 and 1001-203) or (1001-251 and 1001-252 and 1001-253) or (MEDG-102 or 1026-213) or NUTR-BS equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**MEDS-280**                                    **Laboratory Teaching Assistant**
This course provides students the opportunity to learn by teaching, as they assist the laboratory instructor in facilitating student learning. **Ind Study, Credits 1 - 3 (Fall, Spring)**

**MEDS-281**                                    **Classroom Teaching Assistant**
This course provides students the opportunity to learn by teaching, as they assist the course instructor in facilitating student learning. **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

RIT0000944

**MEDS-290**                                    **Biomedical Research**
This course provides an opportunity for in-depth experiential learning through collaborative work on an independent research project. **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

**MEDS-299**                                        **Independent Study**
This course will provide students the opportunity for independent study in a topic of strong interest. **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

**MEDS-300**                                **Premedical Studies Seminar**
This course prepares students to navigate the admissions process and interviews for medical, osteopathic, optometry, podiatric and dental school. The preparation will also address issues related to the field of medicine, including alternatives, ethics, and financial concerns. **Lecture 1, Credits 1 (Fall)**

**MEDS-310**                            **Introduction to Pharmacology**
This course provides an overview of the pharmacy profession (educational requirements, professional responsibilities and opportunities, role of the pharmacist in the health care team) and a detailed look into basic pharmacodynamics, pharmacokinetic, and pharmaceutical principles. The pharmacodynamics principles covered include mechanisms of drug action, drug-receptor interaction theory, dose-response relationships, structure-activity relationships, and principles of drug metabolism. Pharmaceutical topics include formulations, drug product design, excipients, dosage forms, and elimination rate. Lastly, specific disease states will be covered that will clearly, and effectively demonstrate many of the topics taught. The diseases will be approached by presenting the etiology followed by the pharmacotherapy, including the details of the multiple drug classes that are used for any one-disease state. (Prerequisites: (MEDS-250 and MEDS-251) or (1026-350 and 1026-360) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**MEDS-311**                            **Diagnosing the Criminal Mind**
This course will introduce students within the biomedical sciences, physician assistant, psychology and criminal justice fields to understand basic clinical diagnostic terms, symptoms and behaviors that pertain to clients who commit crime. The course will introduce students to the relationship between mental health, drug addiction, crime and violence. Students will be involved in mock trials, debates and case write ups. (Prerequisites: (MEDG-101 and MEDG-103) or (MEDG-102 and MEDG-104) or BIOL-101 or BIOL-121 or PSYC-101 or equivalent course(s).) **Lecture 3, Credits 3 (Fall)**

**MEDS-313**                        **Introduction to Infectious Diseases**
This is an advanced course in the mechanisms by which bacteria and fungi cause disease in humans. The course topics include the clinical signs of each disease, diagnosis of each disease, pathogenic mechanisms used by the organisms to cause disease, treatment of the disease, and prevention of the disease. The laboratory component of this course will consist of a mixture of methodologies used in the identification of the infectious agents, evaluation of the host response to the infection, case studies, student presentations of articles related to infectious disease and other assignments aimed at deepening the understanding the infectious disease process. (Prerequisites: BIOL-201 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MEDS-320**            **Mastering EKG and Arrhythmia Interpretation**
This course combines theory and practice, covering the basic anatomy, physiology, pathophysiology, and terminology of the heart as well as key features of arrhythmias, their physiological consequences, signs and symptoms, accurate diagnosis and management. Through an extensive practical and "hands-on" experience with electrocardiography (EKG) machines, presentations, discussions, and clinical cases, students will learn how to perform EKGs, recognize arrhythmias and describe the differences between EKG rhythm assessments and 12-Lead EKG interpretation. This course meets the needs of many healthcare professionals. This course is designed to prepare to sit for the Cardiac Rhythm Analysis Technician (CRAT) certification examination. (General Biology or permission of instructor) **Lec/Lab 2, Credits 2 (Int)**

**MEDS-333**                                            **Patient Care**
This course will introduce key elements of integrated, high-quality patient care. Through lecture, role-play and hands-on practice, essential aspects of team-based patient care will be explored. Vital skills and behaviors such as professionalism, communication, documentation, workplace safety, patient assessment, patient positioning and transfers, and acute medical situations will be presented. Infection control, medications and their administration, and medical-legal issues will also be examined. (Prerequisites: (BIOL-101 and BIOL-102) or (BIOL-121 and BIOL-122) or (1001-251 and 1001-252 and 1001-253) or (1001-201 and 1001-202 and 1001-203) or equivalent courses.) **Lec/Lab 2, Credits 2 (Spring)**

**MEDS-345**                            **Case-Based Genetic Counseling**
This course will provide students with an inside look at the profession of genetic counseling and its patients through in-depth case studies of actual patient scenarios, role playing and lectures focused on realistic challenges faced by genetic counselors. This course will focus on combining scientific information about genetic disorders with the psychosocial aspects of counseling sessions that will give provide an accurate perspective of the profession. Students will participate in role playing exercises, keep detailed journals and participate in mock patient interviews. (Prerequisites: MEDS-245 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MEDS-355**                            **Introduction to Global Health**
This introductory course will evaluate the modern challenges of global health from a multidisciplinary perspective. The key concepts of global health will be discussed, including various health determinants, human rights, healthcare systems, culture's impact on health, environmental concerns, nutrition, communicable and noncommunicable diseases, women's health issues, child and adolescent health, injuries, natural disasters and complex humanitarian emergencies, poverty's impact on health and more. Students will be expected to be active learners, lead classroom activities on certain days as part of group research project presentations, and actively participate in discussions. (This class is restricted to undergraduate students with at least 2nd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**MEDS-360**                    **Placebo, Suggestion, Research and Health**
This course provides a foundation for understanding the history and science of placebo effects with a focus on how these effects influence research design, therapeutics and health. A model of placebo effects – comprised of conditioning, expectation, social influence, and paradigm – is developed and applied to both health and common diseases in order to recognize that all health interventions are at least placebos. The question is whether they are anything more. The course structure and process include assigned readings, quizzes, creative class projects, studying advertisements, hearing from pharmaceutical company representatives, and class discussion designed to provoke critical thinking. (Prerequisites: (BIOL-101 and BIOL-102) or (BIOL-121 and BIOL-122) or (MEDG-101 and MEDG-103 and MEDG-102 and MEDG-104) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**MEDS-361**            **Applied Psychophysiology and Self-Regulation**
Learn how to change your mind. This course explores the evolving field of psychophysiology and its applications for therapeutic self-regulation in health care as well as its implications for the related fields of psychology, biomedical engineering, computer science, and medical economics. By focusing on the mind as an emergent phenomenon of bidirectional brain and body interaction, we realize how much of our own physiology we can and do self-regulate. We will review research on hypnosis, biofeedback, meditative strategies, and psychophysiological monitoring. The course structure integrates lecture, demonstration, discussion and individual self-monitoring projects. Weekly quizzes provide feedback on learning. (Prerequisites: (BIOL-101 and BIOL-102) or (BIOL-121 and BIOL-122) or (MEDG-101 and MEDG-103 and MEDG-102 and MEDG-104) or equivalent courses.) **Lecture 3, Credits 3 (Biannual)**

**MEDS-370**                                    **Community Healthcare**
This seminar course is a unique opportunity for students who are serious about pursuing a career in healthcare. The course will focus on the study of key issues concerning community health care and developing practical approaches to supporting patients. Students consider obstacles to effective health care as well as strategies for enabling at-risk patients to play a more active role in promoting their health and well-being. Topics covered include: challenges of delivering adequate healthcare in the community; population health; the concept of "under-insurance"; the business of healthcare; health literacy and measuring outcomes. Students in the course will be expected to undertake at least one subsequent internship (MEDS 475 Health Coach Practicum) with Rochester Regional Health and the Greater Rochester Independent Practice Association (GRIPA). Students complete an application before registering for this course. Acceptance into the course is contingent upon passing a screening and interview process. **Lecture 2, Credits 2 (Fall, Spring)**

**MEDS-402**                                        **Biomedical Ethics**
This course will explore key ethical principles, guidelines and regulations that inform decision making and best practices in biomedical research, public health and clinical medicine including issues of informed consent, experimental design, acceptable risk, research integrity, medical errors, for-profit medicine, refusal of care, end-of-life decisions, physician assisted death, substance abuse and ethical use of animals in research. Students will also have multiple opportunities to further develop critical thinking and effective professional communication skills in a seminar format. (Prerequisites: (BIOL-101 and BIOL-102) or (BIOL-121 and BIOL-122) or (MEDG-101 and MEDG-102) and (UWRT-150 or ENGL-150 or ISTE-110) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**MEDS-403**                                            **US Healthcare**
The course will explore the beginnings of the healthcare delivery in America, and the economics of the healthcare enterprise. It will also explore the role of government in providing and regulating the delivery of healthcare services as well as ethical issues that affect the doctor-patient relationship. Finally, the course will examine the healthcare systems of other industrialized nations and compare and contrast those systems with that of the U.S. **Lecture 3, Credits 3 (Spring)**

**MEDS-411**                            **Researching the Criminal Mind**
This course will introduce students to clinical research as it pertains to symptoms, behaviors, the prediction of violent behaviors and treatment outcomes among offenders who commit crime. The course will introduce students to evidenced based science and the application to forensic populations, manuscript preparation, clinical case write ups and small grant proposals. (Prerequisites: PSYC-101 and (MEDG-101 or BIOL-101 or BIOL-121) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

RIT0000945

**College of Health Sciences and Technology**

**MEDS-415**                                  **Pathophysiology of Organ Systems I**
This course is designed to provide the students with the necessary foundation of the physiologic and pathologic processes that underlie the spectrum of human disease entities and is taught in the context of clinical scenarios that demonstrate the basic science principles in a real-world context of health care. Emphasis is placed on the fundamental principles of cell injury and repair, infection, neoplasia, and inflammation as well as hemodynamic disorders, thromboembolic disease and shock. Additional emphasis is placed on organ systems and their disorders such as the circulatory, liver, gallbladder and biliary systems. Material is presented in the context of case studies, utilizing clinical findings and addressing underlying basic physiologic, biochemical and immunologic processes as they relate to patient care and individual patient problem cases. (Prerequisites: Restricted to students in the College of Health Sciences & Technology with at least 3rd year standing who have completed MEDS-250 and MEDS-251 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**MEDS-416**                                 **Pathophysiology of Organ Systems II**
This course is second in a sequence designed to provide the students with the necessary foundation of knowledge and under-standing of the physiologic and pathologic processes that underlie the spectrum of human disease entities and is taught in the context of clinical scenarios that demonstrate the basic science principles in a real-world context of health care. Emphasis is placed on the pathophysiology of the central nervous system, lower urinary tract, male and female reproductive organs, gastrointestinal tract, spleen, pancreas, kidneys and endocrine system. Material is presented in the context of case studies, utilizing clinical findings and addressing underlying basic physiologic, biochemical and immunologic processes as they relate to patient care and individual patient problem cases. (Prerequisites: MEDS-415 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MEDS-417**                                            **Clinical Microbiology**
Clinical microbiology is a detailed study of the bacteria, viruses, fungi, and parasites relevant to human infectious diseases, including their historical significance and impact on society. This course will also focus on giving the student an appreciation and clear understanding of emerging/re-emerging infectious disease agents particularly those infectious disease agents commonly encountered in a hospital setting. (Prerequisites: BIOL-201 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MEDS-418**                                        **Clinical Microbiology Lab**
Clinical microbiology is a detailed study of the bacteria, viruses, fungi, and parasites relevant to human infectious diseases, including their historical significance and impact on society. This course provides a hands-on experience in identifying these types of agents. The course will also focus on giving the student an appreciation and clear understanding of emerging/re-emerging infectious disease agents particularly those infectious disease agents commonly encountered in a hospital setting. (Prerequisites: BIOL-201 or equivalent course. Co-requisites: MEDS-417 or equivalent course.) **Lab 2, Credits 1 (Fall)**

**MEDS-421**                                                     **Parasitology**
Introduction to parasites of medical importance and the diseases they cause. It includes study of a variety of parasites classified by diseases such as blood and intestinal protozoan parasites, nematodes, trematodes, and cestodes. Examples of important parasitic diseases to be covered include malaria, sleeping sickness, elephantiasis, river blindness, leishmaniasis, amebic dysentery, and babesiosis. Coursework includes an examination of the distribution and transmission, pathogenesis, clinical signs and symptoms, diagnosis, treatment, and control. Contribution of parasitic infections to economic and health inequities between developed and developing countries will be analyzed. (Prerequisites: (MEDG-101 or MEDG-102 or BIOL-101 or BIOL-102 or BIOL-121 or BIOL-122 or 1001-201 or 1001-251 or 1026-211 or equivalent courses) and at least 3rd year student standing.) **Lecture 3, Credits 3 (Spring)**

**MEDS-422**                                                    **Endocrinology**
This course will combine lecture, literature review, and small group discussions/presentations to introduce students to the fundamental concepts of human endocrinology. Topics covered will include: digestion and metabolism; growth and aging; arousal/mood; sexual dimorphism and reproduction; and neuroendocrinology. Discussion of relevant human diseases/disorders will be used to illustrate related biochemical/anatomical pathways and mechanisms. (Prerequisites: BIOL-201 and MEDS-250 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**MEDS-425**                                       **Introduction to Neuroscience**
This course will focus on the human nervous system, and its regulation of behavior and complex function. Background information on neuroanatomy, cellular physiology, neurotransmission, and signaling mechanisms will pave the way for an in-depth analysis of specialization at the systems level. Our goal will be to understand the cellular and molecular mechanisms underlying normal human behaviors and pathogenic states. (Prerequisites: BIOL-201 and MEDS-250 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**MEDS-426**                                            **Addiction Pharmacology**
This course will explore the general concepts, social consequences, policy, and other aspects of substance abuse and addiction. Multiple perspectives will be presented, including those of addicts, health-care providers, and family/friends affected by addiction. Then, commonly abused drugs will be discussed in detail. Topics to be presented and discussed for each drug class include: epidemiology, pathophysiology, drug class information, pharmacokinetic and pharmacodynamics actions, short-term and long-term consequences of misuse (including overdose), and contemporary pharmacological and non-pharmacological treatment modalities. Availability of resources used to address substance abuse will also be presented. Lastly, the course will require visit(s) to one or more of the following meetings: alcoholics anonymous, narcotics anonymous, Al-Anon, and/or Nar-Anon. (Prerequisites: (MEDS-250 and MEDS-251) or (1026-350 and 1026-360) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**MEDS-430**                                   **Epidemiology and Public Health**
The course covers applications of epidemiology to the study of the distribution and determinants of health and diseases, morbidity, injuries, disability, and mortality in populations. Epidemiologic methods for the control of conditions such as infectious and chronic diseases, community and environmental health hazards, and unintentional injuries are discussed. Other topics include quantitative aspects of epidemiology, including data sources; measures of morbidity and mortality; evaluation of association and causality; and various study design methods. Contemporary topics in public health (e.g. swine flu, HIV/AIDS, SARS), outbreak investigation, and containment strategies will be examined, analyzed, and thoroughly discussed. (Prerequisites: (MEDG-101 or MEDG-102 or BIOL-101 or BIOL-102 or BIOL-121 or BIOL-122 or 1001-201 or 1001-251 or 1026-211 or equivalent courses) and at least 3rd year student standing.) **Lecture 3, Credits 3 (Spring)**

**MEDS-440H**                                                  **Cardiac Imaging**
This is an upper division course for students interested in the medical imaging of the heart. Students will review the anatomy and physiology of the heart and learn about the different imaging techniques used in the clinical diagnosis and assessment of cardiac disease or disorders. Students will read, discuss, and present related journal articles related to the subject matter. (Prerequisites: (MEDS-250 and MEDS-251) or (1026-350 and 1026-360) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**MEDS-460**                                              **Principles of Toxicology**
This course introduces fundamental concepts of environmental toxicology, including toxicokinetics, toxicodynamics, biotransformation, modifiers of toxicity, genetic toxicology, and environmental epidemiology. Introductory material will be presented within each lecture complemented by a class discussion of a scientific paper relevant to each lecture block. (Prerequisites: BIOL-201 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MEDS-470**                                    **Examining the Clinical Experience**
This course builds off of the clinical experiences of students currently working or volunteering in a clinical setting. The course will include informal and formal writing assignments. Topics addressed include the following: the roles of the various healthcare professionals; understanding sensitivity and diversity; logistics of the health care system – in-patient and out-patient; privacy and safety issues associated with patients and care providers; documentation methods. (Currently volunteering or working in a healthcare setting) (Prerequisites: Students with at least 2nd year standing who has completed First-Year Writing and is currently working or volunteering in a healthcare position.) **Lecture 1, Credits 3 (Fall)**

**MEDS-475**                                          **Health Coach Practicum**
This course is a continuation of MEDS 370 and provides an opportunity for students to apply key concepts in health coaching to assist members of the community. Students will cover such topics as self-management, motivational interviewing, cultural competency and goal setting. Students will have the opportunity to collaborate with health care professionals in identifying barriers to healthcare as well as creating ways to improve patient outcomes. Journaling and progress notes are writing formats that will be covered and provide the student with a way to express their experiences in both a reflective and a professional manner. (Prerequisites: MEDS-370 or equivalent course.) **Clinical 3, Lecture 1.5, Credits 3 (Fall, Spring)**

**MEDS-489**                                                    **Special Topics**
This course is an upper division course on a topic of special interest that is not part of a formal curriculum. The course design may differ by topic or faculty member but will include prerequisites, contact hours, and examination/assessment procedures. The level of study is appropriate for students in their final two years of study. **Lec/Lab, Credits 1 - 4 (Fall, Spring, Summer)**

**MEDS-490**                                             **Human Gross Anatomy**
This course exposes students to details of human anatomy through cadaver dissection. Lecture material stresses functional and clinical correlates corresponding to laboratory exercises. (Prerequisites: (MEDS-250 and MEDS-251) or (1026-350 and 1026-360) or equivalent courses.) **Lab 6, Lecture 3, Credits 4 (Spring)**

RIT0000946

**MEDS-499**                 **Biomedical Sciences Co-op**

One semester of paid work experience in a healthcare related field. **CO OP, Credits 0 (Fall, Spring, Summer)**

**MEDS-501**                 **Human Development**

This course will provide a survey of the primary biological events, mechanisms and underpinnings of human development from conception through aging. It will use case studies, human clinical and laboratory research papers to enrich and illustrate key points related to human developmental milestones. A significant emphasis will be placed on understanding developmental disabilities and adult-onset degenerative disorders, and also in relating biological events to an individual's larger psychosocial functioning. Students will also improve professional communication skills through discussions, writing and revision. (Prerequisites: MEDS-422 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**MEDS-510**                 **Biomedical Research**

This course provides an opportunity for in-depth experiential learning through collaborative work on an independent research project. **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

**MEDS-511**                 **Interdisciplinary Research**

This course will provide an independent, interdisciplinary research opportunity to enhance the experiential learning component of the Biomedical Sciences Program. Students will engage in preparatory reading and original research in an academic discipline or environment outside of their immediate major. Proposed work may span a broad variety of disciplines within a unifying theme of project goals and potential outcomes with strong application to human health and development. Examples may include mechanical, electrical or biomedical engineering; imaging science and optics; entrepreneurship and biotechnology; epidemiology, community health, and public policy. **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

**MEDS-515**                 **Medical Pathophysiology**

This course is designed as an introductory course in pathophysiology, the study of disease and its consequences. It covers the basic mechanisms of disease, concentrating on the diseases that are most frequently encountered in clinical practice. The major topics of discussion will emphasize the general pathologic processes; this will provide a basis for understanding diseases affecting specific organ systems. Clinical correlations will be made as examples of how physiological processes can go awry in the generation of a particular disease. (Prerequisites: (MEDS-250 and MEDS-251) or (1026-350 and 1026-360) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**MEDS-518**                 **Oral Microbiology**

This course is designed to deliver an understanding of the microbial population of the oral cavity as it relates to health and disease. Throughout the course, the presence, absence, influence and consequences of various microbial species will be presented relative to the anatomy of the oral cavity and subsequent disease. The course will also illuminate the connection between the oral cavity, inflammation and surprising conditions chronic and acute conditions that seemingly are unrelated to the oral cavity. (Prerequisites: MEDS-417 or BIOL-204 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MEDS-520**              **Histology and Histopathology**

This foundational course in the study of human biology and medicine provides students with a detailed exploration of the microscopic and structural anatomy of normal human tissues and organs, with special emphasis given to the relationships between the cellular architecture of human organs and organ systems and their functions. The course also examines human pathologies as a manifestation of the loss of cellular integrity leading to alterations in the histological features of diseased organs. (Prerequisites: MEDS-250 and MEDS-251 and BIOL-201 or equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Fall)**

**MEDS-530**                 **Human Immunology**

Introduction to the fundamental facts and concepts on immunology to include: innate and adaptive immunity; cells, molecules, tissues and organs of the immune "system"; cell communication and interaction; antibody structure and function; and the application of these concepts to infectious diseases, vaccine design, autoimmune diseases, cancer, transplantation, regulation of the immune response, allergic reactions and immunosuppression. Students will gain an understanding of immunological principles and techniques, and their application to contemporary research, with results from instructor's research laboratory (Prerequisites: (BIOL-101 and BIOL-102) or (BIOL-121 and BIOL-122) or (MEDS-250 and MEDS-251) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**MEDS-589**                 **Special Topics**

This course is an upper division course on a topic of special interest that is not part of a formal curriculum. The course design may differ by topic or faculty member but will include prerequisites, contact hours, and examination/assessment procedures. The level of study is appropriate for students in their final two years of study. **Lecture, Credits 1 - 4 (Fall, Spring, Summer)**

**MEDS-599**                 **Independent Study**

This course will provide students the opportunity for independent study in a topic of strong interest. **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

## Diagnostic Medical Sonography

**DMSO-301**         **Sonographic Scanning Skills and Techniques I**

The course provides students with hands-on experience by performing basic and general abdominal, small parts, obstetrical and gynecological ultrasound examinations. Sonographic examination protocols and techniques, review and recognition of normal anatomic structures, high quality image production, and image interpretation are stressed. (Prerequisites: DMSO-BS or DMSO-CT and YR 3) **Lec/Lab 6, Credits 3 (Fall)**

**DMSO-302**        **Sonographic Scanning Skills and Techniques II**

The course is a continuation of Sonographic Scanning Skills and Techniques I (DMSO- 301). The course provides students with further hands-on opportunities to perform advanced abdominal and OB/GYN, peripheral vascular (upper and lower) and carotid Doppler examinations including color flow. Ultrasound examination protocols and techniques, review and recognition of normal anatomic structures, high quality image production, Doppler and color flow optimization and image interpretation are stressed. (Prerequisites: DMSO-301 or equivalent course.) **Lec/Lab 6, Credits 3 (Spring)**

**DMSO-309**        **Sonography Physics and Instrumentation I**

This course addresses how the principles of ultrasound physics are directly applied to the use of ultrasound instrumentation in medical imaging. Transducers, signal production, memory systems, data display, manipulation of controls, and artifacts, are discussed. Throughout the course, the student will integrate previous knowledge of anatomy with ultrasound physics and instrumentation. (Prerequisites: PHYS-112 or equivalent course and student standing in DMSO-CT, DMSO-BS or ECHO-CT.) **Lec/Lab 6, Credits 3 (Fall)**

**DMSO-310**        **Sonography Physics and Instrumentation II**

This course is a continuation of Sonography Physics and Instrumentation I (DMSO-309). It provides a foundation of the basic physical principles of ultrasound and the fundamentals of fluid dynamics, Doppler physics including color, power, and spectral Doppler, quality control, Doppler artifacts, and biological effects. Students will learn to integrate previous knowledge of anatomy, ultrasound physics and instrumentation with Doppler skills and techniques. Development of scanning techniques, use of instrument controls, and production of high quality diagnostic images utilizing laboratory equipment are stressed. (Prerequisites: DMSO-309 or equivalent course.) **Lec/Lab 6, Credits 3 (Spring)**

**DMSO-312**         **Human Cross-Sectional Anatomy**

This course covers basic sectional anatomy of the abdomen, pelvis, fetus and small parts, building on the basic knowledge of anatomy. This course prepares the student to recognize sectional anatomy of major human structures, especially as they relate to medical imaging techniques. Lectures are augmented with exercises using prepared human sections, organ modeling, and diagnostic imaging units. (Prerequisites: DMSO-BS or DMSO-CT and YR 3) **Lecture 3, Credits 3 (Fall)**

**DMSO-414**         **Sonographic Vascular Evaluation**

This course provides knowledge of general vascular evaluation with an emphasis on the Sonographic approach. Two-dimensional real-time imaging and Doppler techniques are presented as well as a discussion of other imaging modalities and their use in vascular evaluation. Performance of examinations on laboratory equipment is stressed. (Prerequisites: DMSO-BS or DMSO-CT and YR 4) **Lec/Lab 3, Credits 3 (Spring)**

**DMSO-452**         **Obstetrical Sonography I**

This course provides the ultrasound candidate with the knowledge necessary to perform obstetrical examinations. High-quality image production, recognition of normal structures, and basic pathologic states are stressed. Examination protocols, review of specific anatomy and pathology, film reading, and use of other imaging techniques are also addressed. (Prerequisites: DMSO-BS or DMSO-CT and YR 4) **Lec/Lab 3, Credits 3 (Fall)**

**DMSO-453**         **Gynecological Sonography**

This course provides the information necessary to perform basic and advanced gynecologic Sonographic examinations. Examination strategies for various procedures are explored, as well as the integration of ultrasound into established clinical practices. (Prerequisites: DMSO-BS or DMSO-CT and YR 4) **Lec/Lab 4, Credits 3 (Fall)**

**DMSO-454**         **Obstetrical Sonography II**

This course provides information necessary to perform more sophisticated obstetrical procedures utilizing ultrasound equipment. Examination strategies for various procedures are explored as well as the integration of ultrasound into established clinical practices. (Prerequisites: DMSO-BS or DMSO-CT and YR 4) **Lec/Lab 3, Credits 3 (Spring)**

RIT0000947

**College of Health Sciences and Technology**

**DMSO-456**      **Abdominal and Small Parts Sonography I**
Laboratory simulation and classroom instruction are used to develop practical skills and clinical knowledge necessary to perform basic abdominal and small parts examinations utilizing ultrasound equipment. High-quality image production, recognition of normal abdominal structures and basic pathologic states are stressed. Examination protocols, review of anatomy, film reading, and use of other scanning techniques are addressed. (Prerequisites: DMSO-BS or DMSO-CT and YR 4) **Lec/Lab 4, Credits 3 (Fall)**

**DMSO-457**      **Abdominal and Small Parts Sonography II**
This course is a continuation of Abdominal and Small Parts Sonography I (DMSO-456). Laboratory simulation and classroom instruction are used to develop the practical skills and clinical knowledge necessary to perform basic and advanced abdominal and small parts examinations utilizing ultrasound. High-quality image production, recognition of normal abdominal structures and basic and advanced pathologic states are stressed. Examination protocols, review of anatomy, film reading and use of other scanning techniques are addressed. (Prerequisites: DMSO-BS or DMSO-CT and YR 4) **Lec/Lab 4, Credits 3 (Spring)**

**DMSO-460**      **Administration and Research in Sonography**
Speaking, writing, and researching skills are explored. Methods of basic research, developing writing strategies, and oral presentations are stressed. Students develop or critique a research project and prepare a written document following common publishing guidelines in addition to making oral presentations. Additionally, candidates prepare a complete plan for an ultrasound department as if they had been hired to establish a new department in a hospital setting. The candidates work together to develop the physical facilities, administrative, and financial aspects of a department. (Prerequisites: DMSO-BS or DMSO-CT and YR 4) **Lecture 3, Credits 3 (Spring)**

**DMSO-570**      **Clinical Sonography I**
This course prepares the student for application of classroom knowledge to the practice of ultrasound by means of a clinical internship. Performing basic general ultrasound examinations in the areas of abdomen, small parts, obstetrics, gynecology and basic peripheral vascular in both the laboratory and clinical settings is stressed. Nursing procedures, ethical issues, and medico-legal considerations are also discussed as they relate to the practice of ultrasound examinations. This is an internship course. (Prerequisites: DMSO-BS or DMSO-CT and YR 4) **Lec/Lab 7, Credits 7 (Fall)**

**DMSO-571**      **Clinical Sonography II**
This course provides the final development of ultrasound examination skills by means of clinical internship. The candidate is expected to perform basic and advanced general ultrasound examinations in the areas of abdomen, small parts, obstetrics, gynecology and peripheral ultrasound examinations with no assistance by the end of this course. This is an internship course. (Prerequisites: DMSO-570 or equivalent course.) **Lec/Lab 5, Credits 5 (Spring)**

## Echocardiography

**ECHO-305**      **Cardiac Sectional Anatomy and Physiology**
This course is designed to provide students an opportunity to learn the basic anatomy, physiology, basic pathophysiology, and terminology of the heart. Standard views, image orientation, ultrasound appearance and measurements will be stressed. Students will be required to dissect and label all sections of the human heart. Students are guided in the learning process by lecture and self-paced laboratory experience. (Prerequisites: This course is restricted to students in ECHO-CT.Co-requisite: ECHO-307 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ECHO-307**      **Echocardiographic Scanning Skills and Techniques I**
This course is designed to provide students with the opportunity to learn cardiac imaging procedures, sectional anatomy, and patient positions. Standard views, image orientation, ultrasound appearance and measurements will be stressed. (Prerequisites: This course is restricted to students in ECHO-CT who have completed (MEDS-250 and MEDS-251) or (1026-350 and 1026-360).Co-requisite: ECHO-305 or equivalent course.) **Lab 1, Credits 1 (Fall)**

**ECHO-308**      **Echocardiographic Scanning Skills and Techniques II**
This course is designed to provide students with the opportunity to learn advanced cardiac imaging procedures, sectional anatomy, and patient positions. In-depth and advanced review of standard views, image orientation, ultrasound appearance and measurements will be stressed. (Prerequisites: This course is restricted to students in ECHO-CT who have completed ECHO-307 or equivalent course.) **Lab 1, Credits 1 (Spring)**

**ECHO-320**      **Electrophysiology and Cardiac Pharmacology**
This course exposes the student to the role of the electrocardiogram in clinical medicine and its correlation with the echocardiographic examination. The student learns how to perform a 12 Lead electrocardiogram and interpret a normal EKG. Abnormal EKG morphology, conduction disturbances, and rhythms are taught. Implications of abnormalities are discussed. (Prerequisites: This course is restricted to students in ECHO-CT.) **Lec/Lab 2, Credits 2 (Spring)**

**ECHO-401**      **Echocardiography I**
This course is designed to provide the echocardiography student with the necessary foundation of knowledge and understanding to deal with the patient in a clinical context. It also provides the student with the information necessary to perform basic and semi-advanced cardiac procedures utilizing 2-D imaging, M-mode, and spectral and color Doppler. High-quality image production, recognition of normal cardiac structures and pathologic states relating to various types of cardiomyopathy, murmurs and valvular heart disease and cardiac transplantation are stressed. Examination protocols for various procedures, review of anatomy, film reading and use of other scanning techniques and modalities are addressed. This is an internship course. (Prerequisites: This course is restricted to students in ECHO-CT.) **Lecture 3, Credits 3 (Fall)**

**ECHO-402**      **Echocardiography II**
A continuation of ECHO-401. The course is designed to provide the echocardiography student with the necessary foundation of knowledge and understanding to deal with the patient in a clinical context. It also provides the student with the information necessary to perform advanced and sophisticated cardiac procedures utilizing 2-D imaging, M-mode, spectral and color Doppler. High-quality image production, recognition of normal cardiac structures and pathologic states relating to cardiac diseases secondary to systemic illness, infiltrative heart, neuromuscular, and connective tissue diseases, endocrine and nutritional diseases, hematological disorders, AIDS, and pericardial diseases, cardiac tumors and thrombi, and diseases of the great vessels are stressed. Examination protocols for various procedures, review of anatomy, film reading and use of other scanning techniques and modalities are addressed. This is an internship course. (Prerequisites: This course is restricted to students in ECHO-CT that have completed ECHO-401 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**ECHO-410**      **Ischemic Heart Disease: Stress Echocardiography**
This course is an introduction to stress echocardiography. Emphasis is placed on the basic coronary artery anatomy, physiology, pathophysiology, medical indications, fundamental principles, techniques and scan interpretation. Various methods of stress echocardiography such as digital, exercise, and pharmacologic echocardiography are stressed. Students observe and perform these procedures during a clinical internship. This is an internship course. (Prerequisites: This course is restricted to students in ECHO-CT.) **Lecture 2, Credits 2 (Fall)**

**ECHO-415**      **Cardiac M-Mode**
Classroom and laboratory experience will provide the candidate with basic knowledge necessary to perform M-mode scans. High-quality image production, measurements, recognition of normal structures and basic pathologic states will be stressed. Examination protocols, review of specific anatomy, film reading, and use of other scanning techniques will be addressed. This is an internship course. (Prerequisites: This course is restricted to students in ECHO-CT.) **Lecture 2, Credits 2 (Fall)**

**ECHO-420**      **Clinical Echocardiography I**
This course prepares the student for application of classroom knowledge to the practice of echocardiography by means of a clinical internship. Performing basic, and some advanced echocardiography examinations in both the laboratory and clinical settings is stressed. Nursing procedures, ethical issues and medico-legal considerations are also discussed as they relate to the practice of echocardiography. The candidate is expected to perform basic and advanced examinations with little, if any, assistance by the end of this course. This is an internship course. (Prerequisites: This course is restricted to students in ECHO-CT.) **Internship 4, Credits 4 (Fall)**

**ECHO-421**      **Clinical Echocardiography II**
This course provides the final development of echocardiography examination skills by means of clinical internship. The candidate is expected to perform general, advanced and sophisticated echocardiography examinations with no assistance by the end of this course. This is an internship course. (Prerequisites: This course is restricted to students in ECHO-CT that have completed ECHO-420 or equivalent course.) **Internship 4, Credits 4 (Spring)**

**ECHO-425**      **Seminar in Echocardiography**
This course is designed to introduce the student to the role of the echocardiograher, ethical issues and career opportunities in the medical field as well as provide an overview of the fiscal and daily operations of an echocardiography department. Speaking, writing, and researching skills are explored. This course also presents methods for researching a selected topic, developing paper-writing strategies, and making oral presentations. Students will research a topic and prepare a written document following common publishing guidelines in addition to making oral presentations. This is an internship course. (Prerequisites: This course is restricted to students in ECHO-CT.) **Lecture 2, Credits 2 (Spring)**

**ECHO-430**      **Congenital Heart Disease I**
This course is designed to provide the echocardiography student with the necessary foundation of knowledge and understanding of congenital heart disease with an emphasis on the ultrasound approach. Two-dimensional real-time imaging and Doppler techniques are presented. Performance on laboratory equipment is stressed. This is an internship course. (Prerequisites: This course is restricted to students in ECHO-CT.) **Internship 2, Credits 2 (Fall)**

RIT0000948

**ECHO-431** — **Congenital Heart Disease II**
A continuation of ECHO-430. This course is designed to provide the echocardiography student with the necessary foundation of knowledge and understanding of advanced congenital heart disease with an emphasis on the ultrasound approach. Two-dimensional, real-time imaging and Doppler techniques are presented. Performance on laboratory equipment is stressed. This is an internship course. (Prerequisites: This course is restricted to students in ECHO-CT that have completed ECHO-430 or equivalent course.) **Internship 2, Credits 2 (Spring)**

**ECHO-465** — **Echocardiography Special Procedures**
This course introduces the echocardiography student to the various techniques, procedures, and skills necessary to evaluate the heart. Topics include transesophageal and contrast echocardiography, and pericardiocentesis. The role of echocardiography in emergency medicine, operating rooms, and intensive care units is stressed. This is an internship course. (Prerequisites: This course is restricted to students in ECHO-CT.) **Internship 2, Credits 2 (Spring)**

## Health Systems Management

**HLTH-315** — **Reinventing Health Care**
This course discusses reinventing health care in our country. Specifically the course will review the current status of American health care including research into population demographics and health, and the concept of wellness and prevention. We will review the role of health care reform in reinventing health care. Following this we review international health care models as we consider best practice as alternative care models for consideration for the US. Third the students will develop, for their area of interest and expertise, a strategy for incremental or radical innovation in how we provide health care to our constituents. **Lecture 3, Credits 3 (Fall, Spring)**

**HLTH-320** — **Legal Aspects of Health Care**
This course provides an overview of statues and regulations as they apply to the health care system. Topics include: an overview of the American legal system; licensure of institutions; licensure and discipline of practitioners; physician-patient relationship; reproductive issues; the right to die; organ donations; medical records; legal liability; malpractice; and labor law. **Lecture 3, Credits 3 (Spring)**

**HLTH-325** — **Health Care Leadership**
Highly trained clinical and administrative professionals drive the nature of work in health care. The purpose of this course is to provide students the opportunity to study leadership theory as it is applied in health care organizations. Leadership theories and applications geared toward professionals working in health service organizations will be emphasized. Students will learn to apply leadership theories via case studies and issue analysis of their active work environments. **Lecture 3, Credits 3 (Fall, Spring)**

**HLTH-328** — **Finance for Health Care Professionals**
This is an overview course that will provide an in-depth investigation of the financial workings in the health care industry. The course will be presented through the investigation of the operations of various health care settings – hospitals, physician practices, long term care facilities and home health care providers. The course covers all the essential functions in health care internal financial operations that would be experienced throughout the industry, except for the insurance companies. There are several examples involving physician practices, inpatient hospitals, clinics, nursing homes, etc. During the course the participants will carefully evaluate what the finance department is expected to accomplish. They will better understand the role of the clinical operations manager in the financial health of a health care organization. The course is designed to provide an approach that includes some terminology used in accounting, but more so those terms associated with finance. **Lecture 3, Credits 3 (Fall, Spring)**

**HLTH-330** — **Health Planning and Program Development**
This course provides a review of the methodology of planning effectively for health care services. The use of data systems and the methods of forecasting, identifying, and analyzing problems are explored. The course will all address the process of strategic planning, setting priorities, developing projects and allocating resources. Students prepare actual application for new programs to regulatory agencies. **Lecture 3, Credits 3 (Spring)**

## Physician Assistant

**PHYA-206** — **Medical Microbiology**
This course will introduce students to key elements and concepts of the biology of human pathogens. Students will study how this understanding impacts the therapeutic modalities for the treatment and prevention of human infectious disease. Through this learning process, students will gain an understanding as to how these topics directly relate to future roles as healthcare providers. (This course is restricted PHYA-BS students with at least 2nd year standing.) **Lecture 3, Credits 3 (Spring)**

**PHYA-401** — **History and Physical Diagnosis I**
This is the first in a two-course sequence which introduces and develops the clinical psychosocial skills and anatomic/physiologic science involved in interviewing and examining patients. This course includes practical medical terminology, attitude development and values clarification strategies to aid students in adopting a humanistic approach, interviewing techniques used during patient interaction, comprehensive database development, demonstrated techniques for complete physical examination of all body systems and explanation/implementation of the Problem-Oriented Medical Record (POMR). The course involves weekly patient contact. (This course is restricted PHYA-BS students with at least 3rd year standing.) **Lecture 6, Credits 4 (Fall)**

**PHYA-402** — **History and Physical Diagnosis II**
This second of a two-course sequence introduces and develops the clinical psychosocial and anatomic/physiologic science involved in examining patients. The course includes performing and writing complete, accurate medical histories and physical examinations with small group instruction. Weekly patient contact. (Prerequisites: PHYA-401 or equivalent course.) **Lecture 6, Credits 4 (Spring)**

**PHYA-405** — **Pathophysiology I**
This introductory course in the Pathophysiology of Disease course sequence will present the physician assistant student with normal and abnormal function of cells in general, illustrating how these cellular abnormalities affect function of specific organ systems. The respiratory, renal, and cardiovascular organ systems will be highlighted and mechanisms of neoplasia will be introduced. The endocrine, and gastrointestinal organ systems will be highlighted. (This course is restricted PHYA-BS students with at least 3rd year standing.) **Lecture 2, Credits 2 (Fall)**

**PHYA-406** — **Pathophysiology II**
This second course is the second in a two-part sequence that introduces the physician assistant student to the normal and abnormal cellular and physiologic processes that underlie many human diseases. Hematologic, pulmonary, immune, and neurologic systems will be covered during this semester. Understanding of how these abnormalities affect clinical laboratory data will also be acquired. (This course is restricted PHYA-BS students with at least 3rd year standing.) **Lecture 2, Credits 2 (Spring)**

**PHYA-409** — **Clinical Lab Medicine**
This course will investigate the appropriate use and interpretation of commonly utilized laboratory tests. Students will be asked to predict results that would be expected to occur in the setting of various diseases. In addition, a significant component of this course will be to introduce the student to the principles of electrocardiogram (EKG) interpretation. By the end of the course, students should be able to interpret both normal 12 lead EKGs as well as commonly encountered abnormal EKGs, with an emphasis on ischemia and infarction. (This course is restricted PHYA-BS students with at least 3rd year standing.) **Lec/Lab 1, Credits 1 (Spring)**

**PHYA-415** — **Pharmacology I**
This introductory course in the Clinical Pharmacology course sequence presents the physician assistant student with the necessary foundation of knowledge to safely and effectively prescribe medication for common and/or important disorders. The course will begin with a study of the mechanics of pharmacology: pharmacodynamics and pharmacokinetics. Following this introduction, an organ systems approach, paralleling the systems presented in Clinical Medicine I, is utilized to study medications relevant to gastrointestinal disease. (This course is restricted PHYA-BS students with at least 3rd year standing.) **Lecture 1, Credits 1 (Fall)**

**PHYA-416** — **Pharmacology II**
This is the second course in the Clinical Pharmacology course sequence that presents the physician assistant student with the necessary foundation of knowledge to safely and effectively prescribe medication for common and/or important disorders. Course content will complement material presented simultaneously in the Clinical Medicine II course including key concepts of pharmacodynamics and pharmacokinetics. These will be utilized to study medications relevant to treat human diseases. (Prerequisites: PHYA-415 or equivalent course.) **Lecture 2, Credits 2 (Spring)**

**PHYA-417** — **Pharmacology III**
This is the final course in the Clinical Pharmacology course sequence that presents the physician assistant student with the necessary foundation of knowledge to safely and effectively prescribe medication for common and/or important disorders. Course content will complement material presented simultaneously in the Clinical Medicine III course including key concepts of pharmacodynamics and pharmacokinetics. These will be utilized to study medications relevant to treat diseases with a focus on the pediatric and geriatric populations. (Prerequisites: PHYA-416 or equivalent course.) **Lecture 2, Credits 2 (Fall)**

RIT0000949

**College of Health Sciences and Technology**

**PHYA-419**             **Advanced Gross Anatomy**
This is a course designed as a laboratory-intensive overview of normal structure in prosected (dissections performed ahead of time by staff) examples of cadaver anatomy. Special emphases will be placed on the anatomical correlates associated with upper/lower extremity, neck, and back muscle groups/joints/bones, peripheral nerve plexuses (including spinal and cranial nerves), major arterial/venous pathways, and body viscera in areas of the head/neck, thorax, abdomen, and pelvis. Where appropriate, evidence of pathologies will be discussed at the cadaver side. Additionally, students will participate in clinical case presentations that correspond to the particular dissection subject at-hand throughout the term. (This course is restricted PHYA-BS students with at least 3rd year standing.) **Lec/Lab 2, Credits 2 (Fall)**

**PHYA-420**             **PA Seminar**
This course provides physician assistant students with an introduction to the PA profession. The course encompasses historical origins and early educational models. The course covers various professional entities; licensure, certification, accreditation, professional organizations, and medical ethics. (This course is restricted PHYA-BS students with at least 3rd year standing.) **Lecture 1, Credits 1 (Fall)**

**PHYA-421**             **Diagnostic Imaging**
This course introduces the PA student to the most clinically relevant diagnostic imaging modalities, emphasizing the risks and benefits of different modalities, as well as the appropriate indications for obtaining a variety of radiographic studies. The student will be exposed to the most common plain radiographic diagnoses likely to be encountered in clinical practice as well as important life threatening diagnoses. At the conclusion of this course, the student will have foundational skills and competency to interpret plain radiographs demonstrating these important diagnoses. (This course is restricted to students in PHYA-BS with at least 4th year standing.) **Lecture 2, Credits 2 (Fall)**

**PHYA-422**             **Clinical Medicine I**
This is the first of the Clinical Medicine sequence of courses. The student will be presented with the necessary foundation of knowledge to begin to understand the patient's condition within a clinical context. An organ systems approach is utilized in this course to study diseases of the skin, ears, oral cavity, ophthalmology, upper respiratory tract, endocrine system, and gastrointestinal tract. Principles of preventive medicine will be woven throughout the curriculum. An introduction to disorders involving the cardiovascular system will complete the semester. (This course is restricted PHYA-BS students with at least 3rd year standing.) **Lecture 10, Credits 5 (Fall)**

**PHYA-423**             **Clinical Medicine II**
This is the second in the sequence of Clinical Medicine courses. The course will present the physician assistant student with the necessary knowledge to understand the patient within a clinical context. A body systems approach is utilized in this course to study diseases of the cardiovascular, selected endocrine topics, renal, men's health, heme/oncology, pulmonary, and nervous systems. Principles of preventive medicine will be woven throughout the curriculum. (Prerequisites: PHYA-422 or equivalent course.) **Lecture 10, Credits 5 (Spring)**

**PHYA-424**             **Clinical Medicine III**
This is the final course in the Clinical Medicine sequence of courses and is designed to complete the introduction to human disease. The format will be primarily a population-based approach to presenting disease. The unique diseases and developmental issues encountered in pediatrics, geriatrics, and women's health will be addressed. An introduction to the important medical issues relevant to caring for surgical patients will be presented. Psychiatric illness, geriatrics, musculoskeletal and rheumatology will be presented. Special topics of trauma, burns, and emergency medicine will complete the course. The principles of preventive medicine will continue to be integrated throughout the curriculum. (Prerequisites: PHYA-423 or equivalent course.) **Lecture 10, Credits 5 (Fall)**

**PHYA-430**             **Clinical Genetics**
This course provides students with an introduction to medical genetics and relevant diseases, syndromes, and clinical disorders. Course focuses on major disorders as subgroups and provides relevant overviews of associated diseases and syndromes within each subgroup. Course also confronts current needs and comprehensive nature of genetic counseling, detailing various patient populations in which this is critical. (This course is restricted PHYA-BS students with at least 3rd year standing.) **Lecture 2, Credits 2 (Spring)**

**PHYA-440**             **Society and Behavioral Medicine**
This course is the introduction to professionalism, professional behaviors for the PA, and behavior science for the PA student. We will explore stereotypes and providers' inappropriate (or lack of) knowledge and how this might influence access to care. The focus is non-somatic medical skills and knowledge needed to become a clinician who manages these issues with insight into human behavior. Topics will include issues related to age, socioeconomic status, cultural, racial, religious, ethnic and family diversity etc. We will seek out and develop tools to recognize facets (including risk factors for and signs/symptoms) of the above issues and of abuse issues. Setting this foundation in basic psychopathology and its relationship to understanding human illness is core to the PA student's developing professionalism. (This course is restricted to students in PHYA-BS with at least 4th year standing.) **Lecture 3, Credits 3 (Fall)**

**PHYA-510**             **Hospital Practice**
The student will begin working with hospitalized patients prior to their clinical year of rotations in small group lead instruction. This course engages the student in the critical thinking process used in the daily care and management of a patient. Student-generated patient cases (from hospital work) will be utilized to work through the critical thinking process that is employed in the day-to-day management of a patient. Enhancement of the development of differential diagnosis, assessment and the treatment plans will be emphasized. Order writing, daily progress notes and clinical procedures for each case will be thoroughly explored. (This course is restricted to students in PHYA-BS with at least 4th year standing.) **Lecture 6, Credits 4 (Fall)**

**PHYA-520**             **Clinical Integration**
This course builds upon the foundation developed during the professional didactic phase of the physician assistant program. Drawing upon this foundation, students will analyze simple and complex case-based patient scenarios. Working individually and in groups, and using computer-assisted patient simulators when possible, the students will be asked to gather data from physical examination, and EKG and laboratory data. Based on the data gathered, the student will recommend further diagnostic evaluations, suggest appropriate treatment, and develop follow-up plans based on the scenario presented. The development of thorough and relevant differential diagnoses for each case study will be an integral part of this process. The case studies will be drawn from a broad variety of clinical disciplines. In addition, students will be required to work in small groups to develop their own "teaching case" and will lead the remainder of the class through a learning exercise based on the case they have created. (This course is restricted to students in PHYA-BS with at least 4th year standing.) **Lecture 8, Credits 4 (Spring)**

**PHYA-550**             **Procedural Clinical Skills**
This course provides the PA student with the requisite skills for professional courses and internships. Emphasis is on developing competence in basic skills in conjunction with patient care. Current hepatitis B immunization status highly recommended. (This course is restricted to students in PHYA-BS with at least 4th year standing.) **Lecture 4, Credits 3 (Spring)**

**PHYA-560**             **Healthcare Policy and Law**
This course will provide an overview of health care law, principles and ethics as it relates to the health care provider. Lecture topics will cover an introduction to law, criminal aspects of health care, patient consent issues, legal reporting obligations, contracts and antitrust, information management and health care records, HIPAA regulations, legal risk to the health care provider, patient safety and quality assurance, The Affordable Health Care Act, end of life issues, job negotiations and malpractice insurance issues. (This course is restricted to students in PHYA-BS with at least 4th year standing.) **Lecture 2, Credits 2 (Spring)**

# Wegmans School of Health and Nutrition

## Exercise Science

**EXSC-101**             **Seminar in Exercise Science**
This course will provide first-year exercise science students with a strong foundation for a successful transition to university life. The course will introduce them to key personnel and resources essential for academic and personal achievement at RIT. Students will also develop a peer-based learning community with group projects centered on exercise science. (Prerequisites: This course is restricted to students in EXRSCI-BS.) **Lecture 1, Credits 1 (Fall)**

**EXSC-150**             **Introduction to Exercise Science**
In this initial course of the Exercise Science undergraduate curriculum, students will be introduced to a broad array of topics within the field. Through an introductory review of body systems and physiological concepts students will gain an understanding and appreciation for the processes of response and adaptation which enhance and improve both health and fitness of people who exercise regularly. Career options will be reviewed and explored giving students an informed exposure to potential areas of future employment. (Prerequisites: BIOL-101 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

RIT0000950

**EXSC-205** — Sports Physiology and Life Fitness
This course goes inside the science of physical fitness providing the student with an in depth physiological understanding of how the body adapts and improves through exercise activity. Students actively perform a series of self-assessments which they must analyze in order to determine their current state of fitness. With this data students develop exercise programs tailored to their needs and interests. Stress management and nutrition are examined allowing students to incorporate these two important areas into their plans to be fit for life. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**EXSC-206** — Fitness Prescription
This course is designed to provide instruction to prepare students for certification as a Personal Trainer. It examines the role exercise plays in both the enhancement of health and fitness as well as the improvement of athletic performance. Students will develop a basic understanding of how the human body functions while physically active. Case studies are utilized to assist in the development of practical skills. (Prerequisites: (MEDG-101 and MEDG-103) or (MEDG-102 and MEDG-104) or BIOL-101 or BIOL-121 or (1026-211 and 1026-231) or (1026-212 and 1026-232) or (1026-213 and 1026-233) or 1001-201 or 1001-251 or equivalent course(s).) **Lecture 3, Credits 3 (Fall)**

**EXSC-207** — Exercise for Special Populations
This course is designed for those who are interested in the science of exercise and fitness for individuals with diagnosed disease states, or high performance requirements. The theoretical and diagnostic value of exercise testing will be reviewed. This information will then be used to create exercise prescriptions and understand the therapeutic benefit that exercise will have on specific conditions such as rheumatoid arthritis, diabetes, hypertension, heart disease, and obesity. High performance individuals functioning in challenging environments such as, astronauts, high altitude climbers, and ultramarathoners will also be considered. (Prerequisites: EXSC-205 or EXSC-206 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**EXSC-210** — Human Motor Behavior
Human movement is complex and learning to move is an essential component of a lifetime of healthy activity. Exploring the nexus of learning and movement is the primary aim of this course. Using application-based activities students will develop the skills to recognize movement patterns, perform assessments, and correct inefficient movement. After successful completion students will be able to provide appropriate instruction leading to better movement mechanics, reduced risk of injury, and higher levels of athletic performance. (Prerequisites: MEDS-250 or equivalent courses.) **Lec/Lab 3, Credits 3 (Spring)**

**EXSC-270** — Group Exercise
Group exercise has progressed to include a wide variety of activities, equipment and environments. This course explores both the dynamics of group participation as well as techniques of instruction across a number of modalities including; hi/low impact, step training, kickboxing, sport conditioning, stationary indoor cycling, water exercise, yoga, and Pilates. Students will not only learn theory but will also design and teach classes to one another. Graduates of the class will be prepared to achieve certification in many of the modalities included in the course. (Prerequisites: (MEDG-101 and MEDG-103) or (MEDG-102 and MEDG-104) or BIOL-101 or BIOL-121 or (1026-211 and 1026-231) or (1026-212 and 1026-232) or (1026-213 and 1026-233) or 1001-201 or 1001-251 or equivalent course(s).) **Lab 1.5, Lecture 1.5, Credits 3 (Fall)**

**EXSC-280** — Strength Training for Performance
Stronger athletes make better athletes no matter what the sport and this course teaches techniques of optimal training to enhance the muscular fitness of all manner of athletes. Physiological principles of strength development and basic musculoskeletal anatomy are reviewed and general program design is discussed. Utilizing case studies, students develop sport specific programs which will be presented to the class. Students will also produce strength training manuals outlining appropriate guidelines for improved performance. (Prerequisites: (MEDG-101 and MEDG-103) or (MEDG-102 and MEDG-104) or BIOL-101 or BIOL-121 or (1026-211 and 1026-231) or (1026-212 and 1026-232) or (1026-213 and 1026-233) or 1001-201 or 1001-251 or equivalent course(s).) **Lec/Lab 3, Credits 3 (Fall)**

**EXSC-320** — Coaching Healthy Behavior
This course will teach students to encourage those with long standing lifestyle habits that contribute to their chronic illness to change is a very challenging proposition. It addresses this problem by incorporating psychological, sociological and counseling principles, along with coaching skills, into an intervention technique that emphasizes the positive and leads people to choose and adhere to a wellness lifestyle. Students will review case studies and meet with professionals in the field. (Prerequisites: (MEDG-101 and MEDG-103) or (MEDG-102 and MEDG-104) or BIOL-101 or BIOL-121 or (1026-211 and 1026-231) or (1026-212 and 1026-232) or (1026-213 and 1026-233) or 1001-201 or 1001-251 or equivalent course(s).) **Lecture 3, Credits 3 (Spring)**

**EXSC-360** — Worksite Health Promotion
A growing number of employers are recognizing the value of healthier, more physically fit employees and are providing health promotion programs through a variety of innovative means. This course will examine the theoretical basis for employee health programs as well review several case studies. Students will have the opportunity to visit and review local programs as well as design a model program to present to the class. (Prerequisites: (MEDG-101 and MEDG-103) or (MEDG-102 and MEDG-104) or BIOL-101 or BIOL-121 or (1026-211 and 1026-231) or (1026-212 and 1026-232) or (1026-213 and 1026-233) or 1001-201 or 1001-251 or equivalent course(s).) **Lecture 3, Credits 3 (Fall)**

**EXSC-370** — Senior Adult Fitness
Our nation's growing population of senior citizens presents both challenges and opportunities to our healthcare system. This class explores the opportunities and the processes of enhancing the physical fitness and functional capacity of aging adults. Principles of assessment, prescription and adherence are modified to meet the needs of senior citizens and students will examine several case studies. Students get to apply what they've learned by designing and conducting exercise sessions with actual participants. (Prerequisites: (MEDG-101 and MEDG-103) or (MEDG-102 and MEDG-104) or BIOL-101 or BIOL-121 or (1026-211 and 1026-231) or (1026-212 and 1026-232) or (1026-213 and 1026-233) or 1001-201 or 1001-251 or equivalent course(s).) **Lecture 3, Credits 3 (Fall)**

**EXSC-380** — Sports Psychology
"Keeping your head in the game" is one of the hallmarks of success for high performance athletes and this course explores the psychological aspects of achieving that capability. Through examining research based evidence of successful practices and techniques to produce, that winning edge, students will become versed in the process of coaching athletes to possess and function with athletic "mental toughness." (Prerequisites: (MEDG-101 and MEDG-103) or (MEDG-102 and MEDG-104) or BIOL-101 or BIOL-121 or (1026-211 and 1026-231) or (1026-212 and 1026-232) or (1026-213 and 1026-233) or 1001-201 or 1001-251 or equivalent course(s).) **Lecture 3, Credits 3 (Spring)**

**EXSC-410** — Kinesiology
As a study of human movement this course will cover topics that begin with a review of the functional anatomy of the musculo-skeletal system including both the upper and lower extremity as well as the spinal column and thorax. Factors of linear and rotary motion are reviewed along with postural analysis and movement elements associated with pushing, pulling and throwing objects. There is no separate Lab for this class and laboratory experiences will be incorporated into specifically designated lecture times. At the conclusion of this course students will have a functional capability to assess the intricacies of human movement. (Prerequisites: MEDS-250 or equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Fall)**

**EXSC-420** — Biomechanics
The study of mechanics as it pertains to living organisms is the basis of biomechanics. Principles of physics are applied to human motion with movements being analyzed for their relationship to statics and dynamics. Kinematics and kinetics are explored within the context of sports performance and functional human locomotion. (Prerequisite: EXSC-410 and PHYS-112 or equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**EXSC-430** — Theory of Athletic Injuries
Even the very best athletes experience injury and being able to recognize and respond to those conditions is a crucial skill for those who will work with athletes. Students will learn the signs and symptoms of injury and the process of first response as well as how to support athletes through rehab. Successful students will learn how to incorporate injury reduction techniques into the training programs they develop for the athletes they serve. (Prerequisites: (MEDG-101 and MEDG-103) or (MEDG-102 and MEDG-104) or BIOL-101 or BIOL-121 or (1026-211 and 1026-231) or (1026-212 and 1026-232) or (1026-213 and 1026-233) or 1001-201 or 1001-251 or equivalent course(s).) **Lec/Lab 3, Credits 3 (Fall)**

**EXSC-440** — Cardiac Rehabilitation
Following a heart attack many people feel as though their health is lost, however those who participate in a cardiac rehabilitation program experience a much higher rate of recovery. Students will explore the physiological principles of rehabilitation through a thorough review of atherosclerosis and the process of adaptation by the cardiovascular system to proper exercise. Through the class, students will visit local cardiac rehab programs and design exercise prescriptions and educational programs for case studies. (Prerequisites: (MEDG-101 and MEDG-103) or (MEDG-102 and MEDG-104) or BIOL-101 or BIOL-121 or (1026-211 and 1026-231) or (1026-212 and 1026-232) or (1026-213 and 1026-233) or 1001-201 or 1001-251 or equivalent course(s).) **Lecture 3, Credits 3 (Spring)**

RIT0000951

College of Health Sciences and Technology

**EXSC-480**                                      **Training High Performance Athletes**
Aerobic capacity, strength, flexibility, speed, power, agility, nutrition, and rest are all crucial to the success of athletes and for trainers the need to appropriately coordinate all these factors is a significant challenge. This course explores the interrelationship of the multifactoral principles of athletic performance. Using case studies, modeling, flow sheets and scheduling plans students develop techniques that will lead athletes to success in their training routines. (Prerequisites: (MEDG-101 and MEDG-103) or (MEDG-102 and MEDG-104) or BIOL-101 or BIOL-121 or (1026-211 and 1026-231) or (1026-212 and 1026-232) or (1026-213 and 1026-233) or 1001-201 or 1001-251 or equivalent course(s).) **Lec/Lab 3, Credits 3 (Spring)**

**EXSC-550**                                              **Exercise Physiology**
Exercise Physiology is the scientific basis for the field of exercise science. This course provides students with an opportunity to deepen their understanding of the body's responses and adaptations to exercise. Neuromuscular physiology is reviewed along with energy systems and mechanisms of fatigue. The cardiorespiratory system is examined with a focus on control and regulation during activity and there is a look at the physiological components of exercise training. Environmental factors that impact sport activities as well as training techniques which optimize performance will be reviewed. The differences in performance and adaptation that exist between children, adolescents, and adults as well as between males and females will be compared and contrasted. Exercises influence on long term health and fitness will conclude the course. Laboratory experiences will allow students to integrate and apply the concepts of exercise physiology through investigative experiments. (Prerequisites: (MEDS-250 and MEDS-251) or (1026-350 and 1026-360) or equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Fall)**

**EXSC-590**                                          **Exercise Science Research**
Gathering and analyzing data in order to establish the need and effectiveness of athletic training interventions is the focus of this course. Students will learn sport specific protocols and become familiar with analytical software as well as develop proficiency in the application of data in the design and implementation of training programs. (Prerequisites: EXSC-550 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**EXSC-599**                                                **Independent Study**
This course provides the opportunity for independent investigation, under faculty supervision, on a subject matter either not included in existing courses or further investigation of a topic of interest presented in another course. A student-driven, faculty-mentored proposal is drafted that describes the plan of work, deliverables expected, evaluation criteria, and possible credit load. **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

# Nutrition Management

**NUTR-205**              **Complementary and Integrative Approaches for Well-being**
Complementary and alternative therapies for well-being are defined and described with information provided in the context of safety issues, efficacy, regulations, marketing, resource discrimination. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**NUTR-210**                                  **Nutrition and the Mediterranean Diet**
This course provides a study of the Mediterranean Diet and culture through a combination of course work at RIT during spring semester culminating in a 9 day trip to Croatia at the end of the semester. The focus of this course is on understanding the unique characteristics of the Mediterranean Diet and the effect of adhering to the diet on one's health. The course will compare the Mediterranean Diet to other ethnic cuisines and MyPlate food guide tools. The student will become familiar with foods typically consumed on the Mediterranean Diet and will demonstrate recipes using these foods and will develop a one week menu featuring the Mediterranean Diet including nutritional analysis. Principles of the Mediterranean Diet will be introduced via lecture and labs. A culminating experience will involve travel to Dubrovnik, Croatia and the surrounding area to see and experience first-hand the principles of the Mediterranean Diet. Lab fee as well as additional cost for study abroad component of the course required. **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NUTR-215**                                              **Contemporary Nutrition**
This is an introductory course in contemporary nutrition issues. This course covers the study of specific nutrients and their functions, the development of dietary standards and guides and how these standards are applied throughout the lifecycle. Students learn to analyze their own diets and develop strategies to make any necessary dietary changes for a lifetime of good health. Current health and nutrition problems and nutrition misinformation will be discussed. **Lecture 3, Credits 3 (Fall, Spring)**

**NUTR-223**                                  **Food and Beverage Management Lab**
This course will provide direct, practical experience for Nutrition Management students in quantity foods development, production and service operations. Students will rotate through several positions within the RIT food service department and become exposed to the many activities that are required to run a large scale food operation. RIT's foodservice department will host Nutrition Management students for three hours each week as they are scheduled to work through various rotations in the department. This lab is taken in conjunction with the Food and Beverage Management course; HSPT-223. (Co-requisite: HSPT-223 or equivalent course.) **Lab 3, Credits 1 (Spring)**

**NUTR-300**                                                    **Sports Nutrition**
This course will provide an introduction to the integration between exercise and nutrition-related topics by exploring the intimate link among nutrition, energy metabolism, and human exercise response. The course content will sort fact from fiction and help students and practitioners obtain the knowledge they need to give sound advice to athletes and active individuals. (Prerequisite: College level science course preferred.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**NUTR-333**                                      **Techniques of Dietetics Education**
This course prepares Dietetics and Nutrition students to counsel and train clients and to give effective and persuasive presentations. Topics include communications methods, learner/audience analysis, basic learning theory, developing counseling and training materials, as well as designing, making, and evaluating individual and group presentations. As part of the course each student is required to design and give a presentation and to design a self-training module/lesson. (Prerequisites: NUTR-215 and CHMB-402 and MEDS-250 and MEDS-251 or equivalent courses and student standing in NUTR-BS, NUTRSC-BS or NUTRSC-MN program.) **Lecture 3, Credits 3 (Fall)**

**NUTR-402**                                                **Dietetic Environment**
Introductory supervised practice/practicum course. This course explores the profession of dietetics which includes current dietetics practice as well as practice trends and career options. Students interact with a representative sampling of personnel in all areas of food and nutrition. Students will become familiar with current Academy of Nutrition and Dietetics Scope of Practice Framework, Standards of Professional Performance, and the Code of Ethics in the profession of Dietetics. The development of an outcome based professional portfolio is required. (Prerequisites: NUTR-215 and 2 co-ops (NUTR-499) and CHMB-402 and MEDS-250 and MEDS-251 and MEDG-106 or equivalent courses.) **Lab 4, Lecture 2, Credits 3 (Fall)**

**NUTR-497**                                          **Dietetic Internship Seminar**
Provides the student applying to Dietetic Internships a process to make the task manageable. Students are provided timelines and assignments to step them through the application process which includes a personal statement/letter of application, resume, letters of reference, portfolio, site visits and interviews. The Internship application process is accomplished through the Dietetic Internship Centralized Application System (DICAS), and an independent centralized computer matching organization, D&D Digital (DND). (Co-requisite: NUTR-525 or equivalent course.) **Lecture 1, Credits 1 (Fall)**

**NUTR-499**                                          **Co-operative Work Experience**
Required career related experience. Employment within the food and health industry monitored by the Office of Cooperative Education and approved by the faculty in the Nutrition Management program. Designed for the student to become exposed to career opportunities in the industry and gain skills and contacts essential to securing a dietetic internship and becoming a Registered Dietitian. Three co-ops are required for graduation and students typically complete them during the summer. Students must complete at least one co-op in a healthcare environment and at least one co-op in the food industry. Freshmen begin co-op the summer following their first year studies. **CO OP, Credits 0 (Fall, Spring, Summer)**

**NUTR-510**                                  **Nutrition and Integrative Medicine**
This class offers students in the Nutrition Management major an overview of controversial and accepted alternative diet therapies, basic medicine guidelines, and vitamin/mineral supplementation. (Prerequisites: NUTR-215 and CHMB-402 and MEDS-250 and MEDS-251 or equivalent courses and student standing in NUTR-BS, NUTRSC-BS or NUTRSC-MN program.) **Lecture 1, Credits 1 (Fall)**

**NUTR-525**                                          **Medical Nutrition Therapy I**
This course is the first course of a two course series. Review and application of biological metabolism and interrelationships of nutrients, hormones, enzymes, and other biochemical substances in humans. Modification of nutritional intake to meet nutritional needs altered by diseases and stress as well as use of alternate methods of feeding (enteral/parenteral) to meet nutritional needs is discussed in depth. This course emphasizes the practical applications of medical nutritional therapy for use with patients/clients. (Prerequisites: NUTR-215 and CHMB-402 and MEDS-250 and MEDS-251 or equivalent courses and student standing in NUTR-BS, NUTRSC-BS or NUTRSC-MN program.) **Lecture 3, Credits 3 (Fall)**

RIT0000952

**NUTR-526**                                                    **Medical Nutrition Therapy II**
This course is a continuation of NUTR-525 Medical Nutrition Therapy I. Review and application of biological metabolism and interrelationships of nutrients, hormones, enzymes, and other biochemical substances in humans. Modification of nutritional intake to meet nutritional needs altered by diseases and stress as well as use of alternate methods of feeding (enteral/parenteral) to meet nutritional needs is discussed in depth. This course emphasizes the practical applications of medical nutritional therapy for use with patients/clients. (Prerequisites: NUTR-525 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**NUTR-550**                                                          **Community Nutrition**
Study of current nutrition issues and delivery of food and nutrition services in the community. The course is designed to allow senior level students to acquire skills necessary to deliver services in the public health and private sector markets. Individual practicum in community facility is required and arranged by the instructor. All students will also participate in industry related research to identify innovative and effective delivery strategies for nutrition services and will have the opportunity to accomplish peer dissemination of their previously completed individual research project at an industry conference. (Prerequisites: NUTR-525 or equivalent course.) **Lab 4, Lecture 2, Credits 3 (Spring)**

**NUTR-554**                                                            **Life Cycle Nutrition**
An applied course for the Nutrition Management major regarding the nutritional needs throughout the life cycle. Emphasis is given to nutrition during pregnancy, infancy, early childhood, adolescence, young and middle adulthood, and the elderly. Practicum in facilities delivering nutrition services to these age groups is required. Practicum hours by arrangement. (Prerequisites: NUTR-215 and CHMB-402 and MEDS-250 and MEDS-251 or equivalent courses and student standing in NUTR-BS, NUTRSC-BS or NUTRSC-MN program.) **Lab 4, Lecture 3, Credits 4 (Spring)**

**NUTR-560**                                        **Health and Nutrition Research Foundations**
This course offers students the opportunity to learn basic research principles and integrate with skills and knowledge from other courses to conduct research in an area of professional interest. The research project includes gathering primary data, assessing and summarizing the data, and sense-making or drawing conclusions from the data. Students will complete activities to gain skills in project management, secondary research development, and Human Subject Research (HSRO) submission and meet RIT's Writing-Intensive-Program requirement. (Prerequisites: STAT-145 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**NUTR-580**                                          **Global Food and Nutrition Perspectives**
This course provides an overview of global food and nutrition concepts and issues from both developed and developing country perspectives. Topics include breastfeeding, macronutrients and micronutrient problems, food security and access, food emergencies, maternal and child health and the impacts of socio-economic disparities on nutrition status. Also addressed are challenges in food and nutrition policy development, program design and implementation that are unique to global efforts and sustainable development goals (SDGs). Students apply course content and analytical thinking skills to a unique self-selected country and develop dissemination skills by informing others of the unique food, nutrition and health issues. (Prerequisites: NUTR-215 or equivalent course.) **Lecture, Credits 3 (Fall, Spring, Summer)**

**NUTR-599**                                                              **Independent Study**
This course provides the opportunity for independent investigation, under faculty supervision, on a subject matter either not included in existing courses or further investigation of a topic of interest presented in another course. A student-driven, faculty-mentored proposal is drafted that describes the plan of work, deliverables expected, evaluation criteria, and possible credit load. **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

RIT0000953

# College of Liberal Arts

## Index

ANTH    Anthropology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .112
COMM  Communication . . . . . . . . . . . . . . . . . . . . . . . . . . . . .116
CRIM    Criminal Justice . . . . . . . . . . . . . . . . . . . . . . . . . . . . .119
DHSS    Digital Humanities . . . . . . . . . . . . . . . . . . . . . . . . . . .121
ECON    Economics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .122
ENGL    English . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .124
FNRT    Fine Arts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .128
MLAR    Foreign Languages-Arabic . . . . . . . . . . . . . . . . . . . . .134
MLAS    Foreign Languages-American Sign Language . . . . . . . . . . . . . . . . . . . . . .134
MLCH    Foreign Languages-Chinese . . . . . . . . . . . . . . . . . . . . .134
MLCU    Foreign Languages-Language Science . . . . . . . . . . . . . . .135
MLFR    Foreign Languages-French . . . . . . . . . . . . . . . . . . . . . .135
MLGR    Foreign Languages-German . . . . . . . . . . . . . . . . . . . . .136
MLIT    Foreign Languages-Italian . . . . . . . . . . . . . . . . . . . . . .137
MLJP    Foreign Languages-Japanese . . . . . . . . . . . . . . . . . . . .138
MLPO    Foreign Languages-Portuguese . . . . . . . . . . . . . . . . . .139
MLRU    Foreign Languages-Russian . . . . . . . . . . . . . . . . . . . . .139
MLSP    Foreign Languages-Spanish . . . . . . . . . . . . . . . . . . . . .140
MLST    Foreign Languages-Special Topics . . . . . . . . . . . . . . . . .141
HIST    History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .141
ITDL    Interdisciplinary-Liberal Arts . . . . . . . . . . . . . . . . . . .146
INGS    International and Global Studies . . . . . . . . . . . . . . . . . .146
MUSE    Museum Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . .147
PHIL    Philosophy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .149
POLS    Political Science . . . . . . . . . . . . . . . . . . . . . . . . . . . . .152
PSYC    Psychology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .155
PUBL    Public Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .158
STSO    Science, Technology and Society . . . . . . . . . . . . . . . . . .159
SOCI    Sociology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .160
WGST    Women and Gender Studies . . . . . . . . . . . . . . . . . . . . .162

*Course numbering: RIT courses are generally referred to by their alphanumeric registration label. The four alpha characters indicate the discipline within the college. The final three digits are unique to each course and identify whether the course is noncredit (less than 099), lower division (100-299), upper division (300-599), or graduate level (600 and above).*

*Unless otherwise noted, the following courses are offered annually. Specific times and dates can be found in each semester's schedule of courses. Prerequisites/corequisites are noted in parentheses near the end of the course description.*

## Anthropology

**ANTH-102**                                **Cultural Anthropology**
Human beings across the globe live and work according to different values and beliefs. Students will develop the tools for acquiring knowledge, awareness, and appreciation of cultural differences, and in turn enhance their abilities to interact across cultures. The course accomplishes these aims by examining the relationship between individuals and their communities, and the dynamics of ritual, religious, political, and social life in different parts of the world. **Lecture, Credits 3 (Fall, Spring, Summer)**

**ANTH-102H**                            **Honors Cultural Anthropology**
Anthropology is the holistic science of the human condition, and professional anthropologists engage in experiential, empirical and humanistic research. Cultural diversity and change are explored through the anthropological techniques of immersion (ethnographic fieldwork) and cross-cultural analysis. In-depth and comparative analysis of critical issues may include transnational migration, ethnic nationalism, racism, changing and clashing views on gender and sexuality, indigenous peoples' rights, religious fundamentalism, genocide, war, hunger, famine, and cultural and economic dimensions of globalization. The specific topic varies from year to year. (Honors Students) **Lecture, Credits 3 (Fall, Spring, Summer)**

**ANTH-103**                            **Archaeology and the Human Past**
Archaeology is the study of the human past, from the origin of our species through to the development of modern, industrial states by means of the physical remains of past human behavior. In studying the past, archaeology seeks to explain how we, modern humans, came to be. This course investigates how archaeologists study the past, explains how human society has changed over time, and presents an overview of world prehistory. Specific topics include the evolution of modern humans, the peopling of the world, the development of agriculture, the rise of state-level societies, and associated social and material technologies such as writing and urbanism. Case studies will be used throughout to demonstrate how archaeological research is conducted and how archaeologists use their research to formulate explanations of the past that have relevance for the present. **Lecture, Credits 3 (Fall, Spring)**

**ANTH-104**                                **Language and Linguistics**
Language has a crucial role in our lives as a functional system of human communication. Language is central to our cultures and societies. This course provides an introduction to the field of linguistics. It considers both how language is described and analyzed by linguists and how evidence from language can shed light on a variety of social, cultural, and cognitive phenomena. The course provides an orientation both to human language and the field of linguistics. It introduces the languages of the world, how languages have been described, the diversity in language structure, the issue of language endangerment and death, and the efforts to document and preserve the world's languages, among other topics. **Lecture 3, Credits 3 (Fall or Spring)**

**ANTH-110**          **On the Cutting Edge: Research and Theory in the 21st Century**
Research is the primary pathway to theory formation in the social sciences. This course focuses on how ideas about social life emerge through research in sociology and anthropology. This course is designed as a seminar, in which students discover how scholars in these disciplines formulate research questions in relationship to theory and issues of public concern. (Prerequisites: Successful completion of one course in Anthropology (ANTH), Sociology (SOCI) or International and Global Studies (INGS) is required.) **Lec/Lab 3, Credits 3 (Spring)**

**ANTH-151**          **Honors First Year Seminar: Exploring Food, Drink, and Place**
This course introduces students to the relations between food, drink, and place. Food production, circulation, and consumption will be examined critically through examining their local and global import and the assumptions that inform different food systems. Alternatives to industrialized food will be explored through both organic foods and the slow food revolution. Other themes to be examined will be food and identity, social class, and gender in particular. Students will have the opportunity to sample diverse cuisines and to discuss their relation to both place and culture. Field trips will be taken to the Rochester Public Market and to various Rochester urban gardens. **Lecture 3, Credits 3 (Fall)**

**ANTH-201**              **Ethnographic Imagination: Wrtg about Society and Culture**
This course explores the politics and poetics of writing about society and culture. Writing is a form of power, in that our representations of people influence the way that others think about and act toward them. The way that social researchers write is therefore shot through with ethical implications and weighty decisions. Critical issues include whether people are objectified, cast as wholly Other, culture-bound or creative, out of the past or coeval, racialized or of a common humanity, problematic or multifaceted, passive or agentive, mystified or perceptive, and mechanical or extraordinary. Writing about society and culture is also poetic. We can convey something of people's life experiences, thoughts, agency, and the constraints within which they lead their lives. How well we do so depends upon our ethical reflexivity and attention to the poetics of language. In this course, we will consider these ethical questions, read experimental texts, and discuss how writing style implicitly conveys social theory. (Prerequisites: Successful completion of one course in Anthropology (ANTH), Sociology (SOCI) or International and Global Studies (INGS) is required.) **Lecture, Credits 3 (Fall, Spring, Summer)**

**ANTH-210**                                **Culture and Globalization**
By exploring critical issues of globalizing culture, we examine how ideas, attitudes, and values are exchanged or transmitted across conventional borders. How has the production, articulation, and dissemination of cultural forms (images, languages, practices, beliefs) been shaped by global capitalism, media industries, communication technologies, migration, and tourist travels? How are cultural imaginaries forged, exchanged, and circulated among a global consumer public? How has the internationalizing of news, computer technologies, video-sharing websites, blogging sites, and other permutations of instant messaging served to accelerate cultural globalization? Students will be introduced to anthropological perspectives on cultural globalization, the transmission of culture globally, and the subsequent effects on social worlds, peoples, communities, and nations. (Prerequisites: ANTH-102 or ANTH-102H or INGS-101 or minimum of 2nd year level standing.) **Lecture, Credits 3 (Fall, Spring, Summer)**

RIT0000954

**ANTH-215**                                         **Field Methods in Archaeology**
This course introduces students to the methods of archaeological fieldwork. The course begins with the student's development of a research question and design. We then explore the feasibility of this research through the examination of sampling techniques, site survey, and excavation. Field methods of recording, photography, and artifact conservation will also be discussed. Students will be able to analyze the usefulness of the field techniques in light of the archaeological scientific methods for dating, and organic and inorganic analyses. Students should emerge from the course understanding the values of the techniques necessary for proper archaeological excavation towards the reconstruction of the past and the development of an understanding of our present. **Lab, Lecture, Credits 3 (Fall or Spring)**

**ANTH-220**                **Language and Culture: Introduction to Linguistic Anthropology**
Language is a core element of culture, both as a repository of meaning, and also because it is the primary means through which humans carry out social relationships, share ideas, and contest received understandings. Linguistic anthropology investigates this interplay between language and culture. Topics will vary by semester, and may include metaphor and narrative; language acquisition in relationship to childhood socialization; language, thought, and worldview; language and identity; multilingualism; the social contexts of language change; literacy; and the politics of language use and language ideologies. **Lecture 3, Credits 3 (Fall or Spring)**

**ANTH-225**                                                   **Globalizing Africa**
This course introduces students to processes of interconnection, local, regional, national, and global, that have altered and continue to impact life in Africa, taking into account the enormous impact of Africans on one another and on those of us living outside of the continent. In the course, we will focus on how past, present, and anticipated future events in African movements of people, ideas, and things, across time and space effect the reception of new events. We will pay particularly close attention to how the relationships of time and space are formulated and understood by Africans in the present. While the historical past is never completed, but continuous in the present, its diverse contours lead to differently remembered, embodied, and enacted expressions. We will evaluate these diverse expressions in pre-colonial, colonial, and neo-colonial encounters as they have changed ideas of self and other, political philosophies and political economic systems, genders and sexualities, generational relations, religions, expressive arts, violence, and health on the African continent and around the globe. **Lecture, Credits 3 (Fall or Spring)**

**A       N       T       H       -       230 Archaeology and Cultural Imagination: History, Interpretation, and Popular Culture**
People have been interested in their ancestors and the lives of past people likely for as long as we have been human. But this interest has rarely been disinterested. People have exploited, destroyed, or ignored the remains of previous societies. And how the past is understood has profound effects that ripple through all of society, at different times influencing group identity, political philosophy, art, architecture, literature, and film. The emergence of scientific archaeology in the last 150 years has created its own cultural references, including Indiana Jones and Lara Croft. Each semester this course is offered, a specific topic will examine the cultural context in which archaeologists do their work, what is made of their efforts, and how these are related to larger issues in society. **Lecture 3, Credits 3 (Fall or Spring)**

**ANTH-235**                                              **Immigration to the U.S.**
This course examines immigration to the U.S. within the context of globalization. We examine the push- and pull-factors that generate immigration, and changing immigration policies and debates. We consider how changes in the American workplace have stimulated the demand for foreign workers in a wide range of occupations, from software engineer to migrant farmworker and nanny. We review the cultural and emotional challenges of adapting within the American cultural landscape, transnationalism and connections with the homeland, the experiences of refugees, and how immigration has changed since 9/11. Special attention is given to immigration from Latin America, the largest sending region. **Lecture, Credits 3 (Fall or Spring)**

**ANTH-245**                                            **Ritual and Performance**
The world's cultural diversity is most vividly and dynamically displayed through ritual and festival. Ritual is anything but superfluous; rather, some of the most important work of culture is accomplished through the performance of ritual. Through cross-cultural comparison, by way of readings and films, we explore the following dimensions of ritual: symbols, embodiment, emotion, discipline, contestation of tradition and authenticity, and the orchestration of birth, childhood socialization, gender, maturation, marriage, community, hierarchy, world renewal, and death. Written expression is enhanced through drafting, revision, and peer review. **Lecture, Credits 3 (Fall, Spring, Summer)**

**ANTH-250**                                      **Themes in Archaeological Research**
One of the most fascinating dimensions of archaeology is the discovery that people have done essentially the same things in different places and different times, independently of developments elsewhere. Agriculture, writing, urbanism, complex economies, and so on, all have been independently invented multiple times in different parts of the world. This fact raises some intriguing questions about what it means to be human. By comparing how these developments occurred in different places and times, archaeologists can, in a sense, perform experiments on the past. Each semester this course is offered we will focus on a separate theme in archaeological research, such as the transition to agriculture; production, trade, and exchange; the origin of writing; imperialism, colonialism, and warfare; pseudoscience/pseudoarchaeology; or human evolution. We will study competing theoretical perspectives and different world regions to gain a broad understanding of the theme and how both theory and data are used to create a comprehensive understanding of the human past. **Lecture, Credits 3 (Fall, Spring)**

**ANTH-255**                                              **Regional Archaeology**
Since the first humans set out from Africa nearly two million years ago, our ancestors and relatives managed to settle in almost every continent. Wherever they went, they left traces of their lives that are tens of thousands to hundreds of thousands of years deep. We call these traces the archaeological record. Almost everywhere our ancestors settled, they did many of the same things, such as inventing agriculture, cities, writing, and state-level societies. However, they did this in ways unique to each region and time. This course examines the archaeology of a specific region, such as the Middle East, Mesoamerica, North America, or East Asia, in detail. We examine the geography, culture, archaeological record, and significance of the region to various key themes in archaeological research with respect to other world regions. **Lecture, Credits 3 (Fall, Spring)**

**ANTH-260**                                            **Native North Americans**
This course examines the persistence and change in Native American cultures using archaeological, ethnohistorical, socioeconomic, ethnographic, linguistic, and autobiographical sources among others. In addition to broad regional and historical coverage, we will read about and discuss culture change, colonialism, federal law, gender, race, and places in Native American contexts. Our goal is to understand the lived experiences of Indian people and the many forces that shape Native American lives. **Lecture, Credits 3 (Fall, Spring, Summer)**

**ANTH-265**                                            **Native Americans in Film**
This course will examine the parallels of anthropological works and resulting government policies in the late-19th and 20th centuries as they relate to the genre of Native Americans film, both popular and ethnographic works. In addition, an extensive regional and historical literature review will complement the possible films. **Lecture, Credits 3 (Fall, Spring, Summer)**

**ANTH-270**                                          **Cuisine, Culture and Power**
Physically, culturally, and socially, humans live through food and drink. Spanning the globe, as nearly limitless omnivores, humans have developed myriad ways of collecting and cultivating food and taking advantage of local environments. We also put food to work for us socially by creating cuisine. Through cuisine, we forge and nourish relationships, commune with deities, and through luxury choices, demonstrate our "taste" and lay claim to elite status. Through the cultural practices of production and consumption of food and drink, we wield power. Food and drink consumption patterns have sustained slavery, poverty, malnutrition, and illegal immigration, and have laid waste to the environment. In this class, we explore physical, cultural, social, political, and economic dimensions of food and become more aware of how the private, intimate act of a bite connects us to the rest of humanity. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**ANTH-275**                                                    **Global Islam**
This course examines the spread of Islam beyond its origins in the Middle East, and the cultural and social clashes, but also the mutual adjustments that have followed. This course explores core tenets of Islam, but also how its practices and beliefs are altered as practitioners in different countries alternately adopt, co-opt, massage, react to, and reject elements in accordance with the meaningful social, cultural, and political lives they build for themselves. The compatibility of Islam with Western society is often debated in contemporary public discourse. This debate is typically marked by an assumption that Islamic beliefs clash with Western secular democratic ideals, an assumption which results in tensions over mosque building, headscarves, and other public signs of Islamic faith. We will explore the diverse ways of being Muslim from a cross-cultural perspective and the sometimes-challenging negotiation of fulfilling these religious tenets while living in Muslim-minority places. **Lecture 3, Credits 3 (Fall or Spring)**

**ANTH-280**                                          **Sustainable Development**
The global economy has demonstrated extraordinary power in gathering resources from and distributing goods to the farthest reaches of the globe. At the same time there is an increase in inequality and in the numbers of poor and hungry, often associated with environmental degradation. These changes are especially obvious in cities, but not limited to them. Since 1987 there has been a concerted effort by the United Nations, as well as by non-governmental organizations, individuals, and some nation-states to explore paths of more sustainable development. This course explores varied strategies now employed to achieve sustainable development, with particular attention to less developed countries. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

RIT0000955

**College of Liberal Arts**

**ANTH-285**                                  **American Indian Languages**
With a focus on the indigenous languages of the Americas, we explore language contact among peoples, study various writing systems, and the sociolinguistic and cultural contexts in which these languages are spoken. Students learn how indigenous languages have been studied and classified. In addition to providing an overview of the languages' structural and typological attributes, we will also discover their histories as well as present-day challenges. **Lecture 3, Credits 3 (Fall or Spring)**

**ANTH-290**                                        **Language and Sexuality**
In exploring the relationships between language and sexuality, we investigate the language used by members of sexual minority groups, discuss how sexual orientation shapes language use, and examine the role of language in the social construction of sexual identity. We will focus on several aspects of the language used by and about gay men, lesbians, and bisexual and transgendered people. **Lecture 3, Credits 3 (Fall or Spring)**

**ANTH-301**                                     **Social and Cultural Theory**
This course explores influential classical and contemporary theories regarding society and culture. Students will assess the utility of different theories in addressing key enduring questions regarding human behavior, the organization of society, the nature of culture, the relationship between the individual and society, social control and social conflict, social groups and social hierarchy, the operation of power, cultural and social change, and the interplay between the global and the local. Theories will be marshaled to shed light on contemporary social and cultural phenomena and problems such as crime, violence, exploitation, modernity, and globalization. (Prerequisites: ANTH-102 or ANTH-102H or ANTH-103 or SOCI-102 or SOCI-103 or INGS-101 or equivalent course.) **Lecture, Credits 3 (Fall or Spring)**

**ANTH-302**                                          **Qualitative Research**
Learning about social and cultural groups is a complex and ethically sensitive process. We explore common qualitative research methods for social and cultural research. We evaluate the utility of such methods for different purposes and contexts, including cross-cultural contexts. We consider common ethical dilemmas in research with human subjects, the ethical responsibilities of researchers, and common techniques for minimizing risks to subjects. (Prerequisites: ANTH-102 or ANTH-102H or ANTH-103 or SOCI-102 or SOCI-103 or INGS-101 or equivalent course.) **Lecture, Credits 3 (Fall or Spring)**

**ANTH-303**                                **Statistics in the Social Sciences**
The research conducted by sociologists and anthropologists generates large, complex data sets that are difficult to interpret subjectively. We will explore the basic quantitative tools that sociologists and anthropologists can use to understand these data sets and learn how to craft a research question and research design that utilize quantitative data, how to select appropriate quantitative techniques and apply them, how to present results, and how to critically evaluate quantitatively based knowledge claims. **Lab 2, Lecture 2, Credits 3 (Fall or Spring)**

**ANTH-305**                            **Comparative and Historical Linguistics**
All languages change through time, but how do they change? Where do these changes come from? In exploring traditional and contemporary approaches to historical linguistics, the study of language change, we compare different languages, different dialects of the same language, or different historical stages of a particular language, and investigate the history of languages and also language groups (or families). We investigate hypotheses about the grammar, vocabulary, and pronunciation of languages long dead, and we explore how languages can give us insights to understanding human prehistory. **Lecture 3, Credits 3 (Fall or Spring)**

**ANTH-310**                                 **African Film and Popular Culture**
Popular culture has a political dimension. Created and consumed by ordinary people, African popular cultures, including film and popular cinema, are linked to political processes as forms of expression, perspective, and critique. As a result of accessible digital formats for producing and distributing films and other popular genres, African film and cinema is literally exploding onto the global scene, dynamically affecting intercultural communication and African economies. Nollywood, the Nigerian film industry, for instance, is now the third largest film producer in the world, competing with Hollywood and Bollywood for audiences and market share. This course introduces students to African film as a genre of popular culture and explores the political contexts in which it is forged. Throughout the semester, we consider the diversity and complexity of African film as a creative genre and engage in debates about forms of intercultural communication that challenge contemporary African artists and consumers. By the end of the course, students will have gained an understanding of the enormous impact of popular cultures through which many Africans express political sentiments that might otherwise be suppressed. **Lecture, Credits 3 (Fall or Spring)**

**ANTH-312**                                            **People Before Cities**
More than half the global population today lives in densely populated urban areas, which are further surrounded by complex networks of smaller communities. Yet, the earliest cities appeared less than 6,000 years ago, a small fraction of time since our species' first appearance. The characteristics that define us as human were forged in radically different social universes from those of today. We lived our lives among not much more than 20-30 other people at any one time, hunting and gathering our food, and occasionally moving from place to place. This lifestyle was so successful and adaptable it endured pressures from more complex societies well into the 20th century. Understanding what life was like in such these small-scale societies is important because the material and social world in which they lived is the foundation for societies where food production, social hierarchy, and occupational specialization are the norm. This course will examine both the ethnographic and archaeological record of hunter/foragers from around the globe in an attempt to understand how it proved to be such a versatile and resilient way of life and how its successes, in fact, laid the foundation for social inequality, complexity, and food production. **Lecture 3, Credits 3 (Fall or Spring)**

**ANTH-315**                                       **The Archaeology of Cities**
The long course of the human existence has been marked by a series of revolutions that have profoundly changed society and that ultimately produced the world we live in today. One of the key revolutions that made our world possible was the invention of urbanism. Cities first appeared in Mesopotamia about 6,000 years ago and since then have been independently invented in many different parts of the world. This course focuses on the prehistorical trajectories of urban development in different world regions, the multiple roles of cities, and their impact on the development of complex societies. We attempt to understand and explain how the city has developed and contributed to the constitution of modern society. Throughout the course we will work on developing a working definition of the city that encompasses urbanism in all its many forms. **Lecture, Credits 3 (Fall or Spring)**

**ANTH-320**                                         **Practicing Anthropology**
Practicing anthropologists use the methods, knowledge, and perspectives of anthropology to help address social problems and to enhance people's sense of well-being. Practicing anthropologists often work for government or not-for-profit agencies on projects that are sensitive to and respectful of cultural differences, oriented to agendas ideally set by community members themselves. Other practicing anthropologists may work for companies, helping them to manage equitable workplaces and design culturally appropriate communications, services, and products. Practicing anthropologists work in a wide variety of areas, including agricultural development, public health, parks and museums, tourism, libraries and archives, education, refugee resettlement, multicultural programming, community outreach and engagement, inclusion of marginalized populations such as seniors and those with disabilities, cultural resource management, conflict resolution, and advocacy. As global communication and transportation networks bring people of different cultural backgrounds together at an unprecedented pace, anthropologists can bridge worlds and foster mutual understanding, peaceable interactions, and projects of mutual benefit. Older applied anthropology projects were criticized as colonialist impositions of values and ways of life. Consequently, this course examines the ethical pitfalls of practicing anthropology and students will assess strategies that safeguard people's dignity, privacy, and rights, including the right to self-determination. (Prerequisites: Successful completion of one course in Anthropology (ANTH), Sociology (SOCI) or International and Global Studies (INGS) is required.) **Lecture 3, Credits 3 (Spring)**

**ANTH-325**                                             **Bodies and Culture**
Our bodies are more than mere physical entities; they are conditioned by culture, society, and history. We will take a comparative approach to the cultural construction of bodies and the impact of ethnic, gender, and racial ideologies on body practices (i.e. surgical alteration, mutilation, beautification, surrogacy, erotica). We will critically investigate the global formation of normative discourses of the body (regarding sexuality, AIDS/illness, reproduction, fat/food) in medical science, consumer culture, and the mass media. The course features discussion, writing, and project-oriented research, encouraging students to acquire a range of analytic skills through a combination of text interpretation and research. **Lecture, Credits 3 (Fall or Spring)**

**ANTH-328**                                            **Heritage and Tourism**
Tourism is a global industry and an important part of the human experience. There are many forces within tourism that act upon people's lives, and in particular their environments, economies, cultural heritage, and identity. This course will explore tourism and its many dimensions. Beginning with an examination of kinds of tourism, this course unpacks tourism's ancient trade and pilgrimage roots as well as its class dynamics of post-industrialization. Other aspects of tourism to be explored include strategies and effects of tourism development and production, nationalism and cultural identity, commoditization and marketing of culture and the ethics of development, labor and infrastructural changes, social inequalities, ecological impact, sustainable tourism, the experience of tourists, ritual and authenticity, and the relationship between tourists and tourism workers. This course provides opportunities for cross-cultural analysis of tourism sites, for participant-observation of the tourist experience, and for evaluation and recommendation of tourism site development in and around Rochester. **Lecture 3, Credits 3 (Fall, Spring)**

RIT0000956

**ANTH-330**      **Cultural Images of War and Terror**

This course critically examines the visual culture of war and terror in a global world from an anthropological perspective. Representations of violence are endlessly transmitted on television, on the internet, in print media, in cinema, and in recreational games to become part of our everyday visual culture. Whether disseminated as news, documentary truth, or entertainment, the ubiquitous encounters with images of violence require a new form of visual literacy that not only highlights the intersection of the local and the global, but also recognizes the ways in which visual technologies, cultural politics of memory and history, media practices, and national ideologies intervene in the formation of a visual culture of war and terror. **Lecture, Credits 3 (Fall or Spring)**

**ANTH-335**      **Culture and Politics in Latin America**

This course introduces cultures of Latin America and the Spanish-speaking Caribbean in the context of political and economic forces that have shaped them. We examine Spanish and Portuguese colonialism and its modern-day legacies, including ethnic inequalities, economic vulnerability, and social unrest. We look at how art, music, and literature have engaged critically with the forces of fascism, revolution, socialism, dictatorship, and neo-colonialism. We consider indigenous activism, religious diversity, changing experiences and expectations of women and men, rebellion and revolution, impacts of and creative responses to globalization, and Latinos in the U.S. **Lecture, Credits 3 (Fall, Spring, Summer)**

**ANTH-341**      **Global Addictions**

This course evaluates global forms of "addiction" in medical, cultural, national, and transnational situations of encounter. Though primarily a EuroAmerican concept of illness, addiction is now discursively and experientially widespread, assuming the status of a "global form." Addiction narratives and experiences shape people and social life everywhere, as scientific and cultural or national knowledge intersect to form subjectivities, identities of addicts, and communities of addicted bodies. Concepts of will, morality, the addicted self and other, and living and dying also impact the cultural, national and international infrastructures we build—whether and how, for instance, we put resources into medical or criminal justice systems and networks. A closer look at the intimate lives of addicts thus enables us to consider identity boundaries and crossings; addiction languages; family relations and parenting; self-made communities and social bonds; work at the economic fringes of society; personal and institutional violence; policing and navigating enforcement or incarceration; homelessness and legal, medical and social service bureaucracies; as well as transnational production, trafficking, forms of addiction, and policing. By the end of the course, students will comprehend concepts and theories of addiction, and global perspectives on people living with addiction. **Lecture 3, Credits 3 (Fall, Spring)**

**ANTH-345**      **Genocide and Post-Conflict Justice**

The destruction and survival of societies often hinges upon the ideas and the social, cultural constructions of identity and belonging. When ideas fail to incorporate people, essentialist categories of identity, historical memory, and accounts of extreme violence become interrelated, potent sources of destruction. Slavery and exclusive ownership of resources leave people starving or living in perilously polluted environments. Globalizing cultural economies threaten local systems and self-representation. Group identities may be sites of crises within nation-states and global political, economic, and cultural processes. In this course, we will take critical, anthropological approaches to studies of ethnocide, genocide, and post-conflict justice. Students will use critical, anthropological approaches to assess ethnocides and genocides from the 19th century forced assimilation and slaughter of Native Americans and Amazonian Indians to more recent genocides in Cambodia, Bosnia, Rwanda, and the Sudan, to understand the impact of globalization on techniques and technologies of genocides, the legal, moral/personal responsibility for genocides, media representations of genocides, and the affects of cultural, historical memory and social, global inequities upon future genocides. Students will use anthropological perspectives on genocide to assess post-conflict concepts of justice, reconstruction and reconciliation and local-global debates about their cultural resonance and effectiveness. **Lecture, Credits 3 (Fall, Spring, Summer)**

**ANTH-350**      **The Global Economy and the Grassroots**

Economic globalization has given birth to global grassroots social movements. This course examines how global economic integration is brought about through multilateral institutions, multinational corporations, outsourcing, trade agreements, international lending, and neoliberal reforms. We consider impacts (cultural, economic, and health) of these trends on employees, farmers, small businesses, consumers, and the environment in the developed and developing worlds (with special emphasis on Latin America). We examine beliefs, alternative visions, and strategies of grassroots movements responding to these challenges. (This class is restricted to undergraduate students with at least 2nd year standing.) **Lecture, Credits 3 (Fall, Spring, Summer)**

**ANTH-360**      **Humans and Their Environment**

Humans and their societies have always been shaped by their environment, but as human societies became more complex, their relationship with their environment changed from one of simple adaptation to one in which they had the power to change their environment. Often, the changes they have wrought have had unintended consequences, forcing societies to adapt to the changes that they themselves have brought about. Although we tend to think that this is a relatively recent phenomenon, humans have been altering their environment since the first human societies made the transition to agriculture over ten thousand years ago, if not longer. In this class, we will use the tools of environmental archaeology to explore the history of human interactions with their environments and to draw lessons on how we could manage that interaction today. **Lecture, Credits 3 (Fall or Spring)**

**ANTH-361**      **Digitizing People**

Much of the knowledge of our social worlds has been digitized. This course explores how social technologies shape our relationships, personal lives, and sense of self. The metric manufacture of diversity has produced new forms of population management and inequality. Our biographic histories as citizens, consumers, workers/professionals, parents, lovers, and social media users are collected as data-bites and assessed in metric terms, thereby forging new sets of identities. The transformation of people into numerical entities is an act of statistical objectification. This process frames the creation of social and racial typologies, and is well demonstrated by the US census. Students will investigate the formation of racial, ethnic, and gender identities in the context of the accelerated desire to digitize humanity. **Lecture 3, Credits 3 (Annual)**

**ANTH-365**      **Culture and Politics in the Middle East**

With a focus on everyday life in families, communities, and nations, we examine the diverse cultures and peoples of the Middle East in the context of political and economic forces that have shaped their lives in the past and present. We examine European colonialism and its modern-day legacies, including ethnic inequalities, economic vulnerability, labor migration, urbanism, and social unrest. We look at how art, music, oral traditions, and literatures have engaged critically with the forces of political change and neo-colonialism. We consider political activism, religious diversity, changing experiences and expectations of women and men, rebellion, revolution, and war, and the impacts of and creative responses to globalization. The cultural, political, social, and religious dynamics of Middle Eastern peoples will be discussed from a humanistic perspective. **Lecture, Credits 3 (Fall or Spring)**

**ANTH-370**      **Media and Globalization**

The cultural importance of mass media has undergone tremendous growth in the context of globalization. Analysis of the global flows of media images across national borders emphasizes the cultural, social, and political impact of global media culture on communities in different parts of the world. How, for example, do mass media represent or shape cultural values and beliefs in developing societies? What is the role of mass media in forging national and ethnic identities, body images, cultural constructs of sexuality and gender, and the perceptions of war and violence in different societies? **Lecture, Credits 3 (Biannual)**

**ANTH-375**      **Native American Cultural Resources and Rights**

Indian nations have substantial interests in access to and control of their cultural resources. In addition to land, those resources may include objects, traditions, and symbols. Many of those interests may be treated under tribal, federal, and/or international law as forms of property (including access to sacred sites, possession of funerary objects, masks), intangible resources (such as intellectual property of tribal names, symbols, stories), and/or liberty interests (including religious freedom, preservation of tribal languages, customs, Indian arts and crafts). Classroom lectures will be supplemented with roundtable discussions and instructions by museum professionals, guest speakers, and Native American representatives. At the conclusion of the course, students will comprehend the breadth of federal legislation regulating tribal cultural resources as well as the complex legal and social issues facing museums, academic institutions, and the community. **Lecture, Credits 3 (Fall or Spring)**

**ANTH-380**      **Nationalism and Identity**

Nationalism is often described in terms of strong sentiments and acts of self-determination on the part of members of a nation as distinct from the state that is necessarily a territorially and politically defined entity. This course will explore leading theories related to the origins of contemporary nationalism and nationalism's importance within the context of state societies, especially in Europe. The past as an invented historical or imagined reality will be highlighted, as invented pasts contribute to claims for exclusive national culture and both exclusive and contested identities. The relationships between culture, literacy, and capitalism will be applied to understanding select historical and ethnographic cases of nationalism. **Lecture, Credits 3 (Fall or Spring)**

RIT0000957

**College of Liberal Arts**

**ANTH-385** — **Anthropology and History**
The relationship between anthropology and history is not always self-evident due to cultural anthropology being focused largely on living peoples and cultures and history's focus on the past, yet the two share similarities of method and theory. We utilize the careful analysis of select texts serves to raise critical questions concerning the theoretical and methodological similarities and differences between the two disciplines as well as the potential contributions of anthropology and history to critical scholarship and writing. (Prerequisites: Completion of one course in Anthropology (ANTH), Sociology (SOCI) or History (HIST) is required.) **Lecture 3, Credits 3 (Biannual)**

**ANTH-410** — **Global Cities**
This course examines the impact of global dynamics on cities from the early 20th century to the present. By tracing urban formations from metropolis to global city, emphasis will be placed on the making of identities, communities, and citizens in the architectural spaces, cultural places, ethnic zones, and media traces of urban life in the context of globalization. **Lecture, Credits 3 (Fall or Spring)**

**ANTH-415** — **Archaeological Science**
Archaeology is one of the few social sciences that lends itself well to the application of analytical techniques from the physical sciences. This is due to the fact that archaeology relies primarily on physical evidence, artifacts and features, whose origin, composition, age, and manner of production can be elucidated through application of the physical sciences. This course examines the application of physical science techniques to archaeological questions, including the age and origin of materials, how things are made, what people ate, their daily activities, and their state of health throughout their life. The course will include in-class labs in which students have the opportunity to apply some of these techniques and a final research project in which the student picks their own archaeological question to answer. **Lab 2, Lecture 2, Credits 3 (Fall or Spring)**

**ANTH-420** — **Exploring Ancient Technology**
While it is commonplace to describe the present era as one dominated by technology, humans have always been critically dependent on technology. Many of today's key technologies such as agriculture, writing, ceramics, woodworking, textiles, glass, and metals were invented before the dawn of recorded history. In this class, we will explore these ancient technologies, how they came to be invented, how they evolved, and how they were integrated into the social and economic life of ancient peoples to become the foundations of modern society. This course features lectures, readings, and hands-on laboratories and projects on ancient technology and experimental archaeology. Laboratories and projects will focus on how scientists create new knowledge about the past by testing hypotheses about ancient technology. The course concludes with either an individual project, such as replicating a particular artifact or process, or a class project, such as building and using a Mesopotamian glass furnace. **Lab, Lecture, Credits 3 (Fall or Spring)**

**ANTH-425** — **Global Sexualities**
By exploring issues of gender and sexuality in a global context, students will be introduced to anthropological perspectives on the experience of men and women, as gendered subjects, in different societies and historical contexts, including colonialism, nationalism, and global capitalism. In turn, we will explore how cultural constructions of masculinity and femininity are configured by race, class, ethnicity, and sexual orientation. Course materials are drawn from an array of sources, reflecting various theoretical perspectives and ethnographic views from different parts of the world. **Lecture, Credits 3 (Fall or Spring)**

**ANTH-430** — **Visual Anthropology**
We see others as we imagine them to be, in terms of our values, not as they see themselves. This course examines ways in which we understand and represent the reality of others through visual media, across the boundaries of culture, gender, and race. It considers how and why visual media can be used to represent or to distort the world around us. Pictorial media, in particular ethnographic film and photography, are analyzed to document the ways in which indigenous and native peoples in different parts of the world have been represented and imagined by anthropologists and western popular culture. **Lecture, Credits 3 (Fall, Spring)**

**ANTH-435** — **The Archaeology of Death**
Death and burial are how most individuals enter the archaeological record and one could say that deliberate burial of the dead is the first direct evidence we have for the emergence of ethical and religious systems of thought. Human remains, their mortuary treatment, and associated material culture illuminate past patterns of social organization, economics, belief systems, health, and the negotiation of gender, status, and identity. In this course we explore the scientific and theoretical tools used to analyze and interpret past mortuary practices, how archaeologists create new knowledge about the past through the formulations and testing of hypotheses, survey mortuary practices from their first occurrence in the archaeological record, and what human remains can tell us about changes in the human experience over time and space. We will learn how human remains are identified, how determinations of age, sex, biological affiliation, health, and injury are made, how to interpret formation processes, to interpret associated material culture to understand the negotiation of gender and status; how humans have cared for the deceased members of their societies at different times and places in the human past; and the ethics of studying human mortuary remains. **Lab 2, Lecture 2, Credits 3 (Fall or Spring)**

**ANTH-455** — **Economics of Native America**
This course will analyze current and historic economic issues faced by Native Americans. It will also examine government policies enacted by and directed toward Native Americans with a focus on their economic implications. This will be done using standard economic models of the labor market, poverty, trade, development, and gaming. (Prerequisites: ECON-101 or equivalent course.) **Lecture, Credits 3 (Spring)**

**ANTH-489** — **Topics in Anthropology**
This topics course focuses on specific themes or issues in anthropology, chosen by the instructor, vetted by the department chair, announced in the course subtitle on SIS, and developed in the syllabus. The topics of this course will vary, but the course number will remain the same. Students may not repeat the same topic. **Seminar 3, Credits 3 (Fall, Spring)**

**ANTH-498** — **Practicum**
Students will apply the accumulated knowledge, theory, and methods of the discipline to problem solving outside of the classroom. The Practicum may consist of internship, study abroad, or archaeological or ethnographic field school (consisting of at least 160 hours, completed over at least 4 weeks). (This class is restricted to undergraduate students with at least 3rd year standing.) **Internship, Credits 0 - 16 (Fall, Spring, Summer)**

**ANTH-499** — **Co-op**
Paid work experience in a field related to anthropology (at least 160 hours of work, completed over at least four weeks). Students will apply the accumulated knowledge, theory, and methods of the discipline to problem solving outside of the classroom. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**ANTH-501** — **Senior Research Project**
Students will design and conduct a library-based research project with supervision of a faculty member, bringing to bear the knowledge and theoretical perspectives accumulated during the prior years of study. (Prerequisites: ANTH-201 or ANTH-301 or ANTH-302 or ANTH-303 or equivalent courses and 4th year standing.) **Research, Credits 3 (Fall, Spring, Summer)**

**ANTH-502** — **Scholar's Thesis I**
This is the first course of a two-semester Scholar's Thesis sequence in anthropology or urban studies in which students will conduct an original research project. In this first course, working with a thesis adviser, students will formulate a research question, conduct a literature review, prepare the research design, and begin data collection, following the conventions of cultural anthropology, archaeology, or urban studies. (This class is restricted to undergraduate students with at least 4th year standing.) **Research, Credits 3 (Fall, Spring, Summer)**

**ANTH-503** — **Scholar's Thesis II**
This is the second course of a two-semester Scholar's Thesis sequence in anthropology or urban studies in which students will conduct an original research project. In this second course, working with a thesis adviser, students will finalize data collection, analyze the data, write and defend a thesis paper, following the conventions of the discipline. (Prerequisites: ANTH-502 or equivalent course.) **Research, Credits 3 (Fall, Spring, Summer)**

**ANTH-599** — **Independent Study**
The student explores in depth a topic of choice, under supervision of a faculty member. The student will typically meet weekly with the instructor to discuss the readings and will write paper(s) that synthesize and critique them, or the student may work with the faculty member on original research. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 12 (Fall, Spring, Summer)**

## Communication

**COMM-101** — **Human Communication**
An introduction to the theoretical and conceptual underpinnings of oral, visual, and written communication. Introduces basic communication models, the role of language in communication, symbols and symbol making, issues of audience analysis, and the development of different modes of discourse. Also explores the history of communication and introduces students to basic principles and research in communication studies. **Lecture, Credits 3 (Fall, Spring, Summer)**

**COMM-105** — **Foundations of Communication**
An introduction to the discipline of communication and the fields of advertising, journalism, and public relations. Topics include: the history and evolution of the discipline, major theories, principles of ethics, methods of research, writing styles, digital portfolio development, professional organizations, and potential careers. Students meet professors in the School, explore opportunities to engage with the professional and academic community beyond the classroom. (This class is restricted to ADVPUB-BS or PTCOMM-BS, COMM-BS or JOURNAL-BS Major students.) **Lecture 3, Credits 3 (Fall, Spring)**

RIT0000958

**COMM-142**                                    **Introduction to Technical Communication**
This course introduces students to current best practices in written and visual technical communication including writing effective email, short and long technical reports and presentations, developing instructional material, and learning the principles and practices of ethical technical communication. Course activities focus on engineering and scientific technical documents. **Lecture, Credits 3 (Fall)**

**COMM-201**                                    **Public Speaking**
The public speaking course is designed to equip the student with knowledge of the theories and principles necessary for formal public speaking. Informative and persuasive speeches are the focus with emphasis on organization, evidence, language use, strategy, delivery, and effective use of media aids. Public speaking is generally offered each semester. **Lecture, Credits 3 (Fall, Spring)**

**COMM-202**                                    **Mass Communications**
The history and development of U.S. media, theoretical aspects of mass communications, the composition of media audiences, law and regulation of mass communications and how the media affect and are affected by society are presented. **Lecture, Credits 3 (Fall, Spring, Summer)**

**COMM-203**                                    **Effective Technical Communication**
This course provides knowledge and practice of written and oral communication skills generally required in technical professions. Focus is on individual and group writing and speaking tasks. **Lecture 3, Credits 3 (Fall, Spring)**

**COMM-211**                                    **Principles of Advertising**
An introduction to principles and practices of advertising. Topics include advertising theories, ethics, regulation, consumer research, media planning, message strategy, and campaign planning strategy. **Lecture, Credits 3 (Fall, Spring)**

**COMM-212**                                    **Public Relations**
An introduction to the practice of public relations. Topics include history, research areas, laws, ethics, and social responsibilities as they relate to the theory and practice of public relations. **Lecture, Credits 3 (Fall, Spring)**

**COMM-221**                                    **Public Relations Writing**
This course covers a variety of forms of writing for public relations, including news releases, newsletters, backgrounders, public service announcements, magazine queries, interviews, coverage memos, media alerts, features, trade press releases, and public presentations. Students will write for a variety of media including print, broadcast, and the web. **Lecture, Credits 3 (Fall, Spring)**

**COMM-223**                                    **Digital Design in Communication**
In an increasingly visual culture, and culture of online user-created content, non-designers are called upon in the professional realm to illustrate their ideas. Graduates entering the workforce will encounter situations where they will benefit from possessing a visual communication sensibility and vocabulary to communicate effectively with a broad range of audiences, including professional designers. Creative approaches to challenges, such as visual thinking, are also shown to improve students' comprehension and problem-solving abilities. Digital Design in Communication is an opportunity for undergraduates to receive an introduction to principles of visual message design from a critical rhetorical perspective. They will also get the opportunity to apply these principles to a variety of visual products such as advertisements, logos, brochures, resumes, etc. A variety of computer software applications are available to support the research, writing, visualization, and design of messages. **Lecture, Credits 3 (Fall, Summermr)**

**COMM-253**                                    **Communication**
An introduction to communication contexts and processes emphasizing both conceptual and practical dimensions. Participants engage in public speaking, small group problem solving and leadership, and writing exercises while acquiring theoretical background appropriate to understanding these skills. **Lecture 3, Credits 3 (Fall, Spring)**

**COMM-261**                                    **History of Journalism**
This course presents the history of American journalism from colonial times to the present, including the advance of press freedom under the First Amendment and how it has affected the development of American media. The influences of Europe, colonial politics in America, national expansion, urbanization, war, and technology are further developed. Journalism's relationship to politics, institutions, and culture will be investigated. Newspaper, magazine, and broadcast industries will be examined for ideas that have changed American journalism. **Lecture, Credits 3 (Spring)**

**COMM-263**                                    **Data Journalism**
This course covers how to report on, illustrate, find, and analyze records and databases, with emphasis on investigative reporting. **Lecture, Credits 3 (Spring)**

**COMM-271**                                    **Introduction to Journalism**
The course covers the impact/effect of journalism on American society, with an introduction to the history, freedom, technologies, ethics, and functions of the news media. Students will learn how to assess news value, develop news judgment, and analyze news stories. **Lecture, Credits 3 (Fall)**

**COMM-272**                                    **Reporting and Writing I**
This course introduces students to the principles and practices of gathering, evaluating, investigating, and presenting information to general audiences. Rights and responsibilities of the press will be analyzed. Although special emphasis will be given to writing and reporting for print publications, other media will be addressed. Special attention will be given to the qualities of writing, especially organization, accuracy, completeness, brevity, and readability. Assignments must conform to Associated Press style. **Lecture, Credits 3 (Fall)**

**COMM-273**                                    **Reporting and Writing II**
Practicum in advanced techniques of news gathering, reporting, and writing, with an emphasis on reportorial principles and practices. This class expands upon the processes of gathering, evaluating, investigating, and presenting information to news media audiences previously introduced in news writing. (Prerequisites: COMM-272 or equivalent course.) **Lecture, Credits 3 (Spring)**

**COMM-274**                                    **News Editing**
This course introduces students to the principles and practices of editing hard news and feature articles, including news judgment, story selection, headline writing, copy editing, and picture editing. The course emphasizes reader interest, readability, clarity, verification, and style, as well as legality, ethics, and propriety. (Prerequisites: COMM-272 or equivalent course.) **Lecture, Credits 3 (Fall)**

**COMM-301**                                    **Theories of Communication**
An introduction to human communication theory, including a history of the field and major theories from the intrapersonal, language, interpersonal, small group, public, organizational, mass, visual, and computer-mediated communication contexts. Theories based both in the humanities and the social sciences are covered. This course should be taken during the student's second year. (This class is restricted to ADVPUB-BS or PTCOMM-BS, COMM-BS or JOURNAL-BS Major students.) **Lecture, Credits 3 (Fall, Spring)**

**COMM-302**                                    **Interpersonal Communication**
Interpersonal communication provides analysis and application of the major theories of interpersonal communication in various situations. The course focuses on perception of self and others, language use, nonverbal communication, and symbolic interaction in the communication of shared meanings in face-to-face and mediated interpersonal relationships. There is a strong focus on both conflict management and intercultural interactions. **Lecture, Credits 3 (Fall or Spring)**

**COMM-303**                                    **Small Group Communication**
This course provides students with opportunities to engage in small group decision making and problem solving. Students will analyze and evaluate their own experiences and relate them to theories and research from the field of small group communication. **Lecture, Credits 3 (Fall or Spring)**

**COMM-304**                                    **Intercultural Communication**
Intercultural communication provides an examination of the role of culture in face-to-face interaction. Students may find a basic background in communication, anthropology, or psychology useful. **Lecture, Credits 3 (Fall or Spring)**

**COMM-305**                                    **Persuasion**
An in-depth study of the theories, practices, effects, and ethics of persuasion. Persuasion is defined as human communication designed to influence one's beliefs, values, attitudes, and actions. This course examines persuasion from a receiver-oriented perspective with interpersonal, small group, organizational, and mediated perspectives. **Lecture, Credits 3 (Fall, Spring, Summer)**

**COMM-306**                                    **Rhetoric of Race Relations**
Rhetoric of Race Relations examines the history of the struggle for freedom and equality for blacks in American society. This course traces the history and rhetoric of key spokespersons from the pre-Civil War period to the 20th century as evidenced in texts of selected public speeches and reactions to them. **Lecture 3, Credits 3 (Fall or Spring)**

RIT0000959

**College of Liberal Arts**

**COMM-321**                                    **Copywriting and Visualization**
An opportunity for undergraduates to learn the verbal and visual skills utilized in the creation of advertising messages. To create an effective strategy for an advertising campaign, the advertising copywriter/art director team needs to combine linguistic and visual metaphors into a persuasive message. Students will develop creative advertising messages by researching and writing a creative brief and then implementing the plan by transforming concepts into actual advertising messages and campaigns. (Prerequisites: COMM-211 or equivalent course.) **Lecture, Credits 3 (Fall, Spring)**

**COMM-322**                             **Campaign Management and Planning**
This course introduces students to the managing and planning of advertising and public relations campaigns. It takes a team project approach thereby helping students learn how to work together in class as well as in a competitive agency. Service-learning will be used to expose students to community causes. (Prerequisites: COMM-211 and COMM-212 or equivalent courses.) **Lecture, Credits 3 (Fall, Spring)**

**COMM-341**                                    **Visual Communication**
This course is an introduction to the study of visual communication. The iconic and symbolic demonstration of visual images used in a variety of media is stressed. The major goal of the course is to examine visual messages as a form of intentional communication that seeks to inform, persuade, and entertain specific target audiences. **Lecture, Credits 3 (Fall or Spring)**

**COMM-342**                                **Communication Law and Ethics**
This examines major principles and trends in communication law. The course analyzes a broad range of issues related to the First Amendment, intellectual property, and media regulation. Special attention is paid to discussing the major ethical perspectives and issues surrounding contemporary communication behavior. **Lecture, Credits 3 (Spring)**

**COMM-343**                            **Technology-Mediated Communication**
Technology-mediated communication (TMC) was originally defined as a form of electronic written communication. As networking tools advanced, TMC expanded to include new software developments, such as instant messenger and the web. Today, the term technology-mediated communication is used to refer to a wide range of technologies that facilitate both human communication and the interactive sharing of information through computer networks. Through readings, discussions, and observations of online behavior, students will be introduced to TMC terms and theories to further develop their TMC communication and critical thinking skills. **Lecture 3, Credits 3 (Spring)**

**COMM-344**                                    **Health Communication**
An introduction to the subject of communication in health care delivery and in public health campaigns, with an emphasis on interpersonal, organizational, and mass communication approaches. Also covered is the interrelationship of health behavior and communication. **Lecture, Credits 3 (Spring)**

**COMM-345**                            **Ethics in Technical Communication**
Ethics is the study of morals, of what is right and good, especially regarding specific moral choices. In a given situation, a system of ethics helps us answer the question: What should I do? Ethics in technical communication explores the ways in which ethical conduct is important in the communication of technical information, particularly among professional technical communicators; establishes principles, based on the history of ethical studies, for making ethical choices as technical communicators; and provides opportunities to apply ethical principles to case studies, in order to better understand the often problematical nature of ethical choices in technical-or any-communication. **Lecture, Credits 3 (Fall)**

**COMM-346**                                      **Global Media**
An introduction to media technologies from a global perspective. Major theories about the media, current trends in media, journalism practices, and governmental challenges and restrictions are reviewed. Students will use various media technologies both locally and abroad through site visits, readings, and online resources resulting in a media production (minidocumentary, movie trailer, and/or international film review). Special focus on the growing importance of the internet and digital media on news flow, advertising, and entertainment. **Lec/Lab 3, Credits 3 (Fall or Spring)**

**COMM-356**                            **Critical Practice in Social Media**
With the advent of virtual communities, smart mobs, and online social networks, questions about the meaning of human communication and how we construct our online and offline personal and professional identities need to be reevaluated. This course explores the relationship between social media and the construction of both individual and social identities as well as best practices for constructing the desired community or identity. Although the course is grounded in theory, it is equally committed to practice, and much of the class discussion and activity takes place in various online spaces. As a practicum, those who complete this course will know how to engage productively in practices such as tweeting, blogging, tagging, etc. and will develop an understanding of how these practices affect their construction of identity and community both personally and on behalf of an organization. **Lecture 3, Credits 3 (Fall, Spring)**

**COMM-357**                           **Communication, Gender, and Media**
This course examines the relationship between gender and media communication with specific attention to how gender affects choices in mass media and social media practices. Students explore how gender, sexual orientation, sexuality and social roles, affect media coverage, portrayals, production and reception. They consider issues of authorship, spectatorship (audience), and the ways in which various media content (film, television, print journalism, advertising, social media) enables, facilitates, and challenges these social constructions in society. The course covers communication theories and scholarship as it applies to gender and media, methods of media analysis, and topics of current interest. **Lecture 3, Credits 3 (Fall)**

**COMM-361**                               **Reporting in Specialized Fields**
An in-depth study, analysis, and practicum of a selected advanced and focused subject in professional journalism. Specific subject matter of the course varies according to faculty assigned and is published when the course is offered; students may enroll in this class no more than twice as long as the specific subject matter is different. Examples include education journalism, health journalism, business journalism, reporting public affairs, sports journalism, editorial (or opinion) writing, and reporting for alternative media. (Prerequisites: COMM-272 or equivalent course.) **Lecture, Credits 3 (Fall or Spring)**

**COMM-362**                                 **Law and Ethics of the Press**
This course examines major principles and trends in communication law. The course analyzes a broad range of issues related to the First Amendment, intellectual property, and media regulation. Special attention is paid to discussing the major ethical perspectives and issues surrounding contemporary communication behavior. **Lecture, Credits 3 (Spring)**

**COMM-401**                               **Quantitative Research Methods**
An introduction to the methods and ethics of scientific, scholarly communication research including methods of locating, analyzing, critiquing, and conducting communication research. The course focuses on empirical research methods and leads to the development of a research project proposal suitable for implementation in senior thesis in communication. This course should be taken during the student's third year. (Prerequisites: COMM-301 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**COMM-402**                               **Qualitative Research Methods**
Introduction to the methods and ethics of qualitative and critical research. Students are introduced to interviewing, participant observation, naturalistic study, and ethnography. They also develop a disciplined ability for the critical appraisal of public discourse, cultural phenomenon, and designed objects. Both qualitative and critical research methods rely on the researcher's observational, analytic, and critical skills, and seek to understand the behaviors, beliefs, values, attitudes, assumptions, rituals, and symbol systems that characterize relationships between the source, message, media, and audience of specific communication acts. Students will also investigate the processes of rhetorical action. By the end of the course, students will have developed a research proposal suitable for implementation as the senior thesis in communication. This course should be taken during the student's third year. (Prerequisites: COMM-301 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**COMM-421**                                   **Media Planning**
An introduction to developing, executing, and managing media plans for advertising and public relations. This course covers the characteristics and uses of advertising media, media terms and calculations, media strategies and tactics, and media plan development and implementation. (Prerequisites: COMM-211 or equivalent course.) **Lecture, Credits 3 (Fall)**

**COMM-440**                    **Visual Communication of Technical Information**
This course introduces students to the principles, conventions, and ethics of communicating technical information in graphs, tables, and illustrations. A secondary focus is on writing text to complement graphs and illustrations in technical documents. **Lecture, Credits 3 (Fall)**

**COMM-441**                                 **Writing the Technical Manual**
Develops in students those skills necessary for designing, writing, and editing long technical manuals. Special emphasis is given to graphics and page layout. Students enrolling should have command of concise English prose. (Prerequisites: ENGL-361 or equivalent course.) **Lecture, Credits 3 (Fall)**

**COMM-442**                                    **Professional Writing**
Students develop writing, research, and interviewing skills necessary to the composition of articles for magazines, newsletters, and other similar publications. In addition students learn how to investigate the market for and sell their writing, and how to write query letters. Much of the course is conducted as a workshop, during which students appraise each other's work, and make suggestions for revision. **Lecture, Credits 3 (Spring)**

RIT0000960

**COMM-461**      **Multiplatform Journalism**
The internet is an important source of news information, rivaling print, radio, and television news. This course introduces students to the principles and practices of online news reporting, including writing for mainstream news sites, journalistic blogs (web logs), share and discussion sites, and other evolving online news outlets. The course familiarizes students with the tools of the online reporter: for example, vetting sources on the web, conducting e-mail interviews, and writing for web pages. Also, students explore the cultural and ethical terrain unique to the wired environment. (Prerequisites: COMM-272 or equivalent course.) **Lecture, Credits 3 (Fall)**

**COMM-489**      **Topics in Communication**
An in-depth examination of a selected aspect of the communication discipline (e.g. strategic communication, technical communication, visual communication, computer mediated communication, advertising, public relations, journalism). Special Topics in Communication can be taken multiple times provided the topic being studied has changed. **Lecture 3, Credits 1 - 4 (Fall or Spring)**

**COMM-490**      **PR Practicum**
The PR Practicum is an opportunity for students to participate in activities and learning experiences as part of the RIT chapter of the PRSSA (Public Relations Student Society of America). Activities will include a weekly chapter meeting, participation in PRSSA competitions and community activities, and presentations by PR professionals. Other activities may include visits to PR agencies and optional travel to regional PR conferences. (Prerequisites: COMM-212 or equivalent course.) **Studio 1, Credits 1 (Fall, Spring)**

**COMM-497**      **Communication Portfolio**
Communication, advertising, and public relations majors create a portfolio comprised of projects, papers, and related professional materials; Journalism majors complete a senior project. Near the end of every semester, the department hosts a portfolio review day when department of communication seniors present their portfolio or project work in a public space for review and comment by faculty, staff, and peers. The presentation constitutes completion of the course. (Prerequisites: At least 4th year student standing in ADVPUB-BS, PTCOMM-BS, COMM-BS or JOURNAL-BS.) **Studio, Credits 0 (Fall, Spring, Summer)**

**COMM-499**      **Communication Co-Op**
One semester of full-time paid work experience in a professional setting related to the communication major. (This class is restricted to ADVPUB-BS or PTCOMM-BS, COMM-BS or JOURNAL-BS Major students.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**COMM-501**      **Senior Thesis in Communication**
A guided research seminar culminating in a major project that brings together the communication students' communication studies and substantive work in his or her professional core. Focuses on designing, conducting, and completing an independent research project. The progress of each project is shared with the class for discussion and critiques. (Prerequisites: COMM-401 and COMM-402 or equivalent course and student standing in ADVPUB-BS, COMM-BS or PTCOMM-BS program.) **Seminar, Credits 3 (Fall or Spring)**

**COMM-503**      **Advanced Public Speaking**
Further development of knowledge and skills learned in public speaking. This course emphasizes language, delivery, and speech organization, requiring students to develop and deliver speeches for various occasions, using a variety of delivery methods. Students will present out-of-the-classroom speeches as well as practice ghostwriting. (Prerequisites: COMM-201 or equivalent course.) **Seminar, Credits 3 (Spring)**

**COMM-561**      **Senior Project**
Senior capstone course culminating in the production of a long-form piece of journalism, a website and a digital portfolio of select works. The course brings together each participant's work in journalism and the professional core. (Prerequisites: COMM-461 or equivalent course.) **Seminar, Credits 3 (Spring)**

**COMM-599**      **Independent Study**
A program of study executed by an individual student with assistance and guidance by an instructor, outside a classroom setting. Guidelines for designing and gaining approval for an independent study are provided in College of Liberal Arts Policy I.D. **Ind Study, Credits 1 - 12 (Fall, Spring, Summer)**

## Criminal Justice

**CRIM-100**      **Seminar in Criminal Justice**
This seminar acquaints students with key resources for understanding and conducting criminal justice research. The course involves extensive reading, writing, and discussion. It covers the principles of the criminal justice system including the relationship between system components, their effectiveness, and theories of operation and reform. Consideration is also given to specific problems within the branches of the criminal justice system. (This course is restricted to CRIM-BS Major students.) **Seminar, Credits 3 (Fall, Spring)**

**CRIM-110**      **Introduction to Criminal Justice**
This course provides an introduction to criminal justice. One of the primary goals of this course is to provide a general understanding of how the criminal justice system responds to crime in society. The main component parts of the criminal justice system (i.e., police, courts, and corrections) will be examined with a particular emphasis on developing an understanding of the behavior and interactions among the main actors in the criminal justice system. To accomplish this goal, we will examine how criminal cases are processed in the criminal justice system. We will also consider how external forces, such as political decisions, public opinion, and the media influence criminal justice decision-making. Students will also formulate, argue, and evaluate ethical perspectives regarding criminal justice systems, individual-level decisions, and recognize relationships with other ethical problems in society. Finally, throughout the course we will emphasize how the societal response to crime has evolved over time. **Lecture, Credits 3 (Fall, Spring, Summer)**

**CRIM-120**      **Criminology, Social Justice, and Community Action**
Understanding criminology and social justice or injustice embodies a study of the social, cultural, and institutional responses to and effects of inequality in any society. The course embodies rigorous intellectual engagement through a structure that includes a foundation in social justice and community and the development of critical thinking about efforts to address social justice issues. The course explores the relationship between poverty and inequality with racial and ethnic discrimination. Students will develop strategies to address at least one issue that each student identifies during the course. **Seminar 3, Credits 3 (Int)**

**CRIM-210**      **Technology in Criminal Justice**
Develops understanding of theories, management processes, organizational capabilities and social implications of criminal justice technologies. Many categories of technology are considered, ranging from communications and records management, to special assault and protection tactics. Students consider the role of industry, government, and user groups in the historical development and legal/ethical use of specific technologies. (Prerequisites: CRIM-110 or equivalent course.) **Lecture, Credits 3 (Fall, Spring)**

**CRIM-215**      **Law and Society**
This course focuses on the relationships between law and other social institutions, and examines the values and interests that are expressed in law and shaped by legal structures and processes. Consensus and conflict perspectives of the law are compared and contrasted, and applied to understanding the law's impact on everyday life. This course takes an explicit interdisciplinary approach to understanding law. **Lecture, Credits 3 (Biannual)**

**CRIM-220**      **Corrections**
Introduction to the basic organizations of the correctional system, their functions and performance. Prisons and jails, as well as probation and parole agencies, are discussed with the context of historical and contemporary philosophy. Attention also is focused on decision-making functions, the role of various personnel within the correctional system and the population of offenders within it. Strategies for rehabilitation and their effectiveness are surveyed. (Prerequisites: CRIM-110 or equivalent course.) **Lecture, Credits 3 (Fall, Spring)**

**CRIM-225**      **Criminal Law**
Criminal Law deals with the substantive and procedural criminal law. Characteristics of crimes against people, property, and the state will be examined. Emphasis will be placed on the nature of criminal conduct, the requirement of criminal intent, and legal causation. In addition, the principal defenses will be examined. (Prerequisites: CRIM-110 or equivalent course.) **Lecture, Credits 3 (Fall)**

**CRIM-230**      **Juvenile Justice**
This course examines the concepts, theories and environmental influences of juvenile offenders, the impact of the judicial system, control and corrections on juvenile justice. The course also examines the role of forces in the system including police, courts, community resources, and treatment. (Prerequisites: CRIM-110 or equivalent course.) **Lecture, Credits 3 (Fall)**

**CRIM-235**      **Crime, Justice and Communities**
This course provides an overview of the role of communities in crime and criminal justice. The course begins by laying a foundation in community theory. Students will gain an understanding of the critical dimensions and attributes which define community. From here the course will emphasize how these critical community dimensions are related to both crime and criminal justice. We will discuss the extent to which structural characteristics (e.g., poverty, residential mobility, etc.) and social processes (e.g., social capital, collective efficacy, etc.) are related to crime and disorder. The course will also examine the potential that exists within criminal justice to intervene in communities to reduce crime and disorder and build community in the process. Central to this will be a discussion of co-production (i.e., the intersection between formal and informal social control). The remainder of the course will examine how the major components of criminal justice (i.e., police, courts, and corrections) have attempted to intersect with communities. These topics will include community policing, comprehensive community initiatives, community problem-solving, community prosecution, restorative justice, and community corrections/offender re-entry. (Prerequisites: CRIM-110 or equivalent course.) **Lecture, Credits 3 (Spring)**

RIT0000961

**College of Liberal Arts**

**CRIM-240**                                              **Law Enforcement in Society**
This course examines the social and historical origins of the various police systems; police culture, role and career; police in the legal system; social and legal restraints on police practices; police discretion in practice; police and community; police organization and community control mechanisms. (Prerequisites: CRIM-110 or equivalent course.) **Lecture, Credits 3 (Fall)**

**CRIM-245**                                                      **Prostitution and Vice**
This course will examine prostitution and vice in the United States and globally. Through empirical scholarship, various issues will be examined including issues faced by sex workers including crime, victimization, health and safety, and law and policy issues. Quality of life issues for communities will also be examined. (Prerequisites: CRIM-110 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CRIM-250**                                                          **Domestic Violence**
This course focuses on domestic violence in the United States and globally. Various types of domestic violence will be examined, including intimate partner violence, child abuse, and elder abuse. The course will also examine criminal justice responses to domestic violence, including police, court processing of domestic violence cases and punishment of domestic violence offenders. (Prerequisites: CRIM-110 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**CRIM-255**                                               **Seminar on Sexual Violence**
This course focuses on sexual violence in the United States and globally. Various types of sexual violence will be examined, including incest, elder abuse, and male victimization. The course will also examine criminal justice responses to sexual violence, including police, court processing of sexual violence cases and punishment and treatment of sexual offenders. (Prerequisites: CRIM-110 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**CRIM-260**                                                                      **Courts**
This course provides students with an understanding of the recognized functions of courts in the American criminal justice system. Jurisdiction, policies and procedures of courts in the administration of criminal justice, including trial and appellate courts, will be discussed. Courts will be examined at the local, state and federal levels. (Prerequisites: CRIM-110 or equivalent course.) **Lecture, Credits 3 (Spring)**

**CRIM-265**                                                             **Women and Crime**
This course deals with women as criminal offenders and as victims of crime, focusing upon theories about women in crime, types of crimes committed, patterns of criminality and the treatment of women offenders. Also examines the role of women as law enforcement officers, judges, lawyers and correctional officers in the criminal justice system. (Prerequisites: CRIM-110 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CRIM-270**                                         **Current Issues in Criminal Justice**
This course involves yearlong participation in, and written critique of, a designated set of lectures, roundtables and presentations on topics covering current issues in criminal justice. The goal is to engage students in discussion of current issues with their peers and with experts in the field. (Prerequisites: CRIM-100 or equivalent course.) **Lecture, Credits 1 - 3 (Spring)**

**CRIM-275**                                                             **Crime and Violence**
This course focuses on the outbreak and prevalence of violent crime in the United States as one of the most important social realities of the past 100 years. In addition to a historical review, we will also scrutinize contemporary problems associated with violence. These problems include street violence, terrorism, riots, vigilantism, and how the criminal justice system has attempted to control these problems. (Prerequisites: CRIM-110 or equivalent course.) **Lecture, Credits 3 (Spring)**

**CRIM-285**                            **Minority Groups and the Criminal Justice System**
This course will investigate the roles played by racial minorities- African-Americans, Native Americans, Hispanic Americans, and Asian Americans-- at each level of the criminal justice system in the United States of America and globally. The experience of African Americans will be emphasized since this group has been the subject of more extensive research by criminologists and criminal justice practitioners. (Prerequisites: CRIM-110 or equivalent course.) **Lecture, Credits 3 (Spring)**

**CRIM-290**                                                             **Computer Crime**
This course provides definitional, theoretical, and operational context for understanding computer-based competition, conflict and crime in the information age. Students study the history, nature and extent of computer-related crime, as well as differing types of computer criminals, their motivations and the methods they use to threaten, attack, compromise or damage physical, and cyber assets. The course considers legal and regulatory environments and the impact these have on policies and practices related to ethics in the management of information security, data encryption, privacy, and numerous other special topics. (Prerequisites: CRIM-110 or equivalent course.) **Lecture, Credits 3 (Fall, Spring)**

**CRIM-299**                                                      **Crime, Justice and Ethics**
This course provides an introduction to ethical theories, consideration of justice as operationalized in contemporary criminal justice and emerging issues that accompany technological advancements such as video surveillance. Students will explore how ethical frameworks are embedded, implicitly and explicitly, in fundamental questions that are resolved by police, judges, and prosecutors. Conceptions of justice and criminal justice will be considered as they relate to criminological and criminal justice theories such as Procedural Justice/Legitimacy theories, Restorative Justice, as well as rationales for punishment. Implications for evaluation of technological changes in criminal justice will also be considered from the perspectives of ethical choices. **Lecture 3, Credits 3 (Spring)**

**CRIM-300**                            **Quantitative Methods for Criminal Justice**
This course is designed to provide students with a foundation in social science research methods. Through lecture, discussion and activities associated with a research project, emphasis is placed on the creation of null hypotheses, identification of the relationships among variables, establishment models, and analysis of data using both parametric and non-parametric statistics. Required course for criminal justice majors. (Prerequisites: CRIM-100 and CRIM-110 or equivalent course and at least 3rd year standing.) **Lecture, Credits 3 (Fall)**

**CRIM-310**                                                                 **Seminar in Law**
Focuses on the nature, function and limits of the rule of law. This course traces the history and development of the 4th, 5th, 6th, and 14th Amendments of the United States Constitution. This will be accomplished by reading and discussing approximately 100 United States Supreme Court decisions from the early 1900's through the present. Students will also be introduced to the concept of briefing a case. **Lecture, Credits 3 (Biannual)**

**CRIM-315**                                                                      **Evidence**
Provides the student with an awareness of what types of evidence are admissible in a criminal trial. Includes a comprehensive analysis of the most frequently used rules of evidence. There are readings and discussions pertaining to the nature of real, testimonial, hearsay and circumstantial evidence. Examines rules concerning the cross-examination of witnesses, exceptions to the exclusion of hearsay evidence, the burden of proof, the provinces of the judge and of the jury, legal presumptions, and the exclusion of illegally obtained evidence. **Lecture, Credits 3 (Biannual)**

**CRIM-350**                                       **Theories of Crime and Criminality**
A comprehensive survey of historical and contemporary theories of the causes of crime. Included are theories that derive from biological, psychological, sociological, geographic, economic, and political perspectives. Development of criminological theory reviewed; fundamental distinctions between classical and positivist theories and between theories of crime and criminality discussed. (Prerequisites: CRIM-100 and CRIM-110 or equivalent course.) **Lecture, Credits 3 (Fall, Spring)**

**CRIM-400**                                                             **Research Methods**
This course is designed to provide students with a foundation in social science research methods. Through lecture, discussion, and activities associated with a research proposal, the different methods of conducting research are presented. Stress is on issues of deducting hypotheses from theoretical frameworks, variable construction, experimental design, sampling methodology, and the techniques and methods of data collection. Students will formulate a written research proposal that details a research question and the research question and the research design appropriate for addressing that question. (Prerequisites: CRIM-300 and CRIM-350 or equivalent course.) **Lecture, Credits 3 (Spring)**

**CRIM-488**                                   **Professional Issues in Criminal Justice**
Focuses on contemporary issues and topics not otherwise distinctly incorporated in established criminal justice courses. Concentrates on student discussion and interaction surrounding applications in criminal justice. Examples could include training in software for agency data cleaning. Elective course for criminal justice majors. Does not have general education status. (Prerequisites: CRIM-110 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CRIM-489**                                           **Major Issues in Criminal Justice**
Focuses on contemporary issues and topics not otherwise distinctly incorporated in established criminal justice courses. Concentrates on student discussion and interaction surrounding required readings on topics such as crime prevention and issues in the prosecution/court system. Recent examples include cyberlaw, prisoner re-entry restorative justice, wrongful convictions, crime mapping, crime analysis, non-traditional courts, legal controversies in the law, substance abuse, and legal research. (Prerequisites: CRIM-110 or equivalent course.) **Lecture, Credits 3 (Fall, Spring)**

RIT0000962

**CRIM-500**                                        **Seminar in Criminal Justice and Public Policy**
This course provides an overview of the public policy process as it relates to issues of crime and criminal justice. Students will gain an understanding of the socio-political context of criminal justice public policy, the public policy process, and the challenges facing successful policy implementation that are unique to criminal justice. The beginning of the course will emphasize public policy designed to control or limit the behavior and discretionary decisions of criminal justice officials. The remainder of the course will emphasize public policy designed to enhance the control, supervision, and processing of criminal offenders. (Prerequisites: CRIM-400 or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

**CRIM-550**                                        **Field Experience**
Internship practicum for all criminal justice students. Gives the student first-hand experience in the field of criminal justice in an appropriate organization that meets the needs of the student's career objectives. Students are closely supervised at selected organizations, developing their preprofessional skills while learning the organization's programs and methods. (Prerequisites: CRIM-400 or equivalent course.) **Internship, Credits 3 - 6 (Fall, Spring)**

**CRIM-560**                                        **Project Based Learning in Criminal Justice**
This course engages students in research that builds on problem identification and analysis in criminal justice. Topics may include exploration of community issues and views on justice, health and medical approaches to crime problems, practitioner orientations and practices relative to specific issues in criminal justice, and applications of new techniques, such as data science, to contemporary problems. Students will apply theoretical frameworks towards understanding the scope and nature of the problem in the form of working papers. The class culminates in a final project which will involve analysis and evaluation research components addressing the underlying problem/issue/program in consultation with the instructor. (Prerequisites: CRIM-100 and CRIM-110 and CRIM-300 and CRIM-400 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**CRIM-599**                                        **Independent Study**
A program of study executed by an individual student with assistance and guidance by an instructor, outside of a regular classroom setting. Guidelines for designing and gaining approval for an independent study are provided in College of Liberal Arts Policy I.D. **Ind Study, Credits 1 - 6**

## Digital Humanities

**DHSS-101**                                        **Computation and Culture**
The course provides a basic introduction to the application of computation in the research and practice of the humanities, arts, and social sciences. The class offers students entry to work with archival theory and practice; textuality and electronic scholarly communication; data mining, analysis, and visualization; the spatial and temporal "turns;" game studies and digital arts. The course offers hands on experimentation with software platforms available to create scholarly and artistic production and theoretical approaches to digital presentation. Students will complete assignments requiring conceptual, aesthetic, and practical approaches to digital engagement with cultural materials. While no programming knowledge is required, students will design and create an online project using tools and platforms that are considered standard practice in the field, and reflect critically on the utility of digital techniques in their dialogue with the humanities. **Lecture 3, Credits 3 (Fall)**

**DHSS-102**                                        **Industrial Origins of the Digital Age**
The central focus of this course will be the excavation of textual, visual, and sonic materials, obsolete or emerging. The archaeological metaphor evokes both the desire to recover material traces of the past and the imperative to situate those traces in their social, cultural, and political contexts. How does the digital age imagine backwards to the Industrial Age and vice versa? Is it true that virtually everything that is being invented now for a digital age had its origins in the late nineteenth and early twentieth century industrial age? (inventions of telegraphy and telephony, electricity, photography, cinema, the automobile, the Dewey Decimal and Library of Congress classification systems, muckraking and sensationalist journalism, celebrity culture, the skyscraper, the office, the typewriter, the Brownie camera). We will take a research approach that explores moments in which both familiar and unfamiliar devices have yet to emerge as significant or disappear as curiosities. **Lecture 3, Credits 3 (Spring)**

**DHSS-103**                                        **Ethics in the Digital Era**
The course will examine various contemporary and global issues of digital citizenship and new ethical challenges raised by digital technology. The course will raise questions regarding how digital technology has changed citizenship practices: Who has access to full citizenship, and why? What responsibilities are entailed in digital citizenship? Themes may include the nature and value of digital technology; the relations between digital technologies and knowledge-making/meaning-making; the value of information privacy; the role of digital media in society and human interactions; issues arising from the life-cycle of new digital tools and data repositories; and questions broadly related to questions of accessibility, representation, and sustainability as applied to digital technologies. Topics may also include research ethics, piracy and file sharing, hacktivism, copyright and fair use, end-user license agreements, alternative news media, and participatory culture. Students will take up both broad ethical issues and specific professional codes and policy in diverse domains. **Lecture 3, Credits 3 (Spring)**

**DHSS-200**                                        **DHSS Seminar**
This is a one-credit seminar course that assists DHSS majors in their professional development and prepares them to locate and obtain co-ops and jobs in their field. It also provides a forum for DHSS majors to receive feedback on their own creative projects in preparation for their senior capstones. Faculty and students will also discuss emerging events related to the field of DHSS. Students may take this course repeatedly for credit up to four times. **Lecture 1, Credits 1 (Fall)**

**DHSS-377**                                        **Media Narrative**
The contemporary understanding of communication and narrative is quickly shifting in a world where media is ubiquitous. The "language of new media" is the thematic used in this course to discuss contemporary and historic forms of non-linear narrative. Students will explore the properties of non-linear, multi-linear, and interactive forms of narratives. This course will survey some of the possibilities, examining both traditional and new media such as oral storytelling, literature, poetry, visual arts, museum exhibits, architecture, hypertext fiction, Net Art, and computer games. Writers on communication culture, gaming, television, digital aesthetics, contemporary art and film, as well as synchronic narrative will be addressed. The focus is to develop critical tools to analyze contemporary media as well as a minimal level of practical implementation. Students will produce a final media project. **Lecture 3, Credits 3 (Spring)**

**DHSS-488**                                        **Special Topics**
A critical examination/practicum in an area of digital humanities not covered in other digital humanities and social sciences courses. Counts as a program elective for the DHSS degree program, and may be taken as a general education elective if approved by the general education committee. **Lecture 3, Credits 3 (Biannual)**

**DHSS-489**                                        **DHSS Capstone I**
This course is intended for students in the DHSS program to produce critical and creative projects that apply digital technologies to a field of inquiry in the humanities and/or social sciences, while being guided by faculty advisors. Students will acquire a client (faculty member, not-for-profit organization, or cultural heritage site) and will be supervised by the advisor as they develop the research agenda, develop the project management plan, construct all necessary IRB materials, intellectual property documents, and copyright permissions, and develop a working prototype. This course will culminate in an online publishable project and a written rationale with theoretical grounding, as well as explanation of practical decisions and applications. It is expected that the project will be somewhat novel, will extend the theoretical understanding of previous work, and go well beyond any similar projects that they might have contributed to in any of their previous courses. The 6-hour course sequence is designed to be distributed over two consecutive semesters in order to allow for long-term, in-depth development of projects. **Research 3, Credits 3 (Fall)**

**DHSS-490**                                        **DHSS Capstone II**
This course is intended for students in the DHSS program to produce critical and creative projects that apply digital technologies to a field of inquiry in the humanities and/or social sciences, while being guided by faculty advisors. Students will acquire a client (faculty member, not-for-profit organization, or cultural heritage site) and will be supervised by the advisor as they develop the research agenda, develop the project management plan, construct all necessary IRB materials, intellectual property documents, and copyright permissions, and develop a working prototype. This course will culminate in an online publishable project and a written rationale with theoretical grounding, as well as explanation of practical decisions and applications. It is expected that the project will be somewhat novel, will extend the theoretical understanding of previous work, and go well beyond any similar projects that they might have contributed to in any of their previous courses. The 6-hour course sequence is designed to be distributed over two consecutive semesters in order to allow for long-term, in-depth development of projects. **Research 3, Credits 3 (Spring)**

**DHSS-499**                                        **DHSS Co-Op**
A semester or summer-length experience in a professional setting related to the digital humanities and social sciences major, with a minimum of 350 hours. (Prerequisites: This class is restricted to DIGHSS-BS Major students with at least 2nd year standing. 2nd Year & DIGHSS-BS) **CO OP, Credits 0 (Fall, Spring, Summer)**

RIT0000963

College of Liberal Arts

## Economics

**ECON-100**                                    **Foundational Seminar in Economics**
This course is designed to introduce new students in the economics program (freshmen and external and internal transfers) to the application of economic analysis in academia, business, government and the not-for-profit sector. Students will be exposed to the research and consulting activities undertaken by academic economists and economic practitioners as well as a discussion of the career outcomes of the alumni of the RIT economics program. (This course is restricted to ECON-BS Major students.) **Seminar, Credits 0 (Fall, Spring, Summer)**

**ECON-101**                                        **Principles of Microeconomics**
Microeconomics studies the workings of individual markets. That is, it examines the interaction of the demanders of goods and services with the suppliers of those goods and services. It explores how the behavior of consumers (demanders), the behavior of producers (suppliers), and the level of market competition influence market outcomes. **Lecture, Credits 3 (Fall, Spring)**

**ECON-101H**                                            **Honors Microeconomics**
This course introduces students to some of the important questions addressed in Microeconomics and the methodology used to address these questions. We will look at some of the basic models of consumer and firm behavior and study how implications are derived from these. We will also see how some of these simple models give insight into diverse questions such as: Should food stamps be given away freely to those who are poor, or should they be required to purchase them? Why are general practitioners (as opposed to specialists) disproportionately located in smaller towns? Why do firms bundle goods rather than just selling them separately? As far as the final impact is concerned, is there a difference in whether a tax is imposed on the sellers of a product or on buyers of a product? Microeconomics gives the tools to understand and evaluate implications of government as well as business policy decisions. In addition, it provides the foundation for the study of many other sub-disciplines in economics. (Honors Students) **Lecture, Credits 3 (Biannual)**

**ECON-102**                                        **Economics, Ethics, and Society**
This course introduces students to an historical overview of economic theories and policies with special emphasis on their ethical perspectives and implications. The course examines the main economic theories including, but not limited to, Classical Economics, Keynesian Macroeconomics, Austrian, and Marxist Economics. The course will also examine the ethical aspects of Capitalism, Feudalism, Socialism, and other economic forms. **Lecture 3, Credits 3 (Spring)**

**ECON-201**                                        **Principles of Macroeconomics**
Macroeconomics studies aggregate economic behavior. The course begins by presenting the production possibilities model. This is followed by a discussion of basic macroeconomic concepts including inflation, unemployment, and economic growth and fluctuations. The next topic is national income accounting, which is the measurement of macroeconomic variables. The latter part of the course focuses on the development of one or more macroeconomic models, a discussion of the role of money in the macroeconomy, the aggregate supply-aggregate demand framework, and other topics the individual instructor may choose. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Fall, Spring, Summer)**

**ECON-401**                                    **Intermediate Microeconomic Theory**
This course develops the tools that are commonly used to study the allocation of resources in a private enterprise economy. Topics covered include the theory of consumer behavior, cost and production, and alternate market structures. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course and MATH-161 or MATH-171 or MATH-181 or MATH-181A or equivalent courses.) **Lecture, Credits 3 (Fall, Spring)**

**ECON-402**                                    **Intermediate Macroeconomic Theory**
The central question of macroeconomics is the determination of output, employment, and prices. This course develops models which incorporate behavioral assumptions concerning consumption, investment, and the role of money and their relationship to macroeconomic variables. Macroeconomics, unlike microeconomics, has been in a constant state of flux during the 20th and into the 21st century. Theories which purport to explain macroeconomic behavior have come into and gone out of fashion depending upon institutional changes and external factors. This course will primarily focus on examining four macroeconomic theories; the Classical, Keynesian, Monetarist, and New Classical models. In addition, macroeconomic public policy will be analyzed in the context of recent economic history. This analysis will be extended to consider open economy macroeconomics in a global context. (Prerequisites: (ECON-101 or completion of one (1) 400 or 500 level ECON course) and ECON-201 or equivalent course.) **Lecture, Credits 3 (Fall, Spring)**

**ECON-403**                                                    **Econometrics I**
Econometrics I provides students with the opportunity to develop their skills in applied regression analysis. It covers various regression estimation techniques, data preparation and transformation, and the interpretation of regression results. There is particular emphasis on the dangers of misuse of regression techniques. The course covers regression analysis for both cross-sectional and time series data. (Prerequisities: ECON-101 or completion of one (1) 400 or 500 level ECON course and (MATH-171 or 1016-171T or MATH-181 or MATH-181A) and (STAT-145 or STAT/CQAS-251 or MATH-251 or STAT-205 or equivalent courses.) **Lecture, Credits 3 (Fall)**

**ECON-404**                                        **Mathematical Methods: Economics**
Mathematical Methods: Economics provides students with an introduction to quantitative techniques used in economics such as matrix algebra, one- and multi-variable differential calculus, and unconstrained and constrained optimization. The emphasis of the instruction is on the application of these techniques to fortify and broaden a student's understanding of traditional economic topics like utility maximization, cost minimization, duality in consumer theory, expected utility, and profit maximization. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course and (MATH-171 or MATH-181 or MATH-181A) or equivalent courses.) **Lecture, Credits 3 (Spring)**

**ECON-405**                                        **International Trade and Finance**
This course first surveys the sources of comparative advantage. It then analyzes commercial policy and analyzes the welfare economics of trade between countries. Some attention is paid to the institutional aspects of the world trading system. Finally, the course introduces the student to some salient notions in international finance such as national income accounting, the balance of payments, and exchange rates. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Fall, Spring)**

**ECON-406**                                                **Global Economic Issues**
This course is focused on understanding economic problems in a global perspective. The students will study the impact of globalization on economic growth and income disparity among countries. Global economic issues such as poverty, hunger, refugees, and transnational terrorism will be studied. We will also discuss global efforts to attain progress such as the United Nations Millennium Development Goals. The course work will emphasize the analysis of international economic data. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Spring)**

**ECON-407**                                                **Industrial Organization**
The study of the structure, conduct and performance of contemporary American industry. Involves the application of the tools of microeconomic analysis and empirical evidence to aid in understanding the behavior of modern industry. In addition, the course considers the historical determinants of contemporary market structure and the public policy measures designed to preserve a competitive market structure. The course concludes with an examination of alternative intellectual property rights mechanisms and how alternative mechanisms impact firm-level and economy-level innovation rates. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Fall, Spring)**

**ECON-410**                                **Game Theory with Economic Applications**
Game theory uses a mathematical approach to study situations of strategic interdependence, i.e., situations with two or more players in which each player's decision influences payoffs of other players and players are aware of this fact when making their decisions. Game theory has been applied to understand diverse economic, political and biological phenomena. We will study how to formulate situations of strategic interdependence as game theoretic models; how to explain/predict behavior of the parties involved, through the use of various equilibrium concepts; and/or identify guidelines for appropriate behavior. The concepts and methods will be illustrated with many examples. The objective is to introduce you to language of game theory and its methodology, and to develop analytical reasoning skills. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Fall, Spring)**

**ECON-411**                                                **Computational Economics**
The objective of the course is to introduce students to computational modeling in economics. The course is intended for students who wish to learn what role computation can play in economics, how to create computational models for studying economic phenomena, and how to use these computational economic models to draw insights into economic phenomena. We will use programming languages such as Julia, Python and R for modeling and analysis. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture 3, Credits 3 (Biannual)**

RIT0000964

**ECON-421**          **Natural Resource Economics**

This course develops an economic perspective on one of the most important and challenging issues facing global society: the allocation, use, and preservation of natural resources. The course presents and discusses the methodology economists use to inform natural resource managers and policy makers. Economic thought and analysis are used to evaluate a variety of issues in this area. The course concludes with a brief discussion of the interdisciplinary aspects of natural resource management. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Fall)**

**ECON-422**          **Benefit-Cost Analysis**

Benefit-Cost Analysis fosters better understanding of the efficiency consequences of governmental micro-economic actions, both regulatory and fiscal. The course explores the logic, value and limitations of benefit-cost analysis as a public policy tool commonly used, and misused, in comparing the relative merits of alternative government actions. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Spring)**

**ECON-430**          **Managerial Economics**

Managerial Economics involves the application of economic theory to business decision-making. Most of the emphasis is microeconomic in nature, the theory of the firm and consumer theory, but there is some macroeconomic influence, particularly in the forecasting area. Since this is an applied economics course, it has a strong quantitative flavor. (Prerequisites: (ECON-101 or completion of one (1) 400 or 500 level ECON course) and ECON-201 or equivalent course.) **Lecture, Credits 3 (Fall)**

**ECON-431**          **Monetary Analysis and Policy**

This course is a study of monetary behavior and the role of monetary institutions in the modern economy. The primary focus of the course is upon understanding how money plays a role in individual decision making units (i.e., households and businesses) and ultimately affects the macroeconomy (e.g., output, employment and inflation). The first part of the course begins with a discussion of economic methodology including introduction to regression analysis and an overview of money and the financial system; the course then proceeds to a discussion of interest rates, portfolio analysis and exchange rates. The second part of the course considers how money affects the macroeconomy by discussing the money supply process and considering theories which explain how changes in the money supply affect the economy. (Prerequisites: (ECON-101 or completion of one (1) 400 or 500 level ECON course) and ECON-201 or equivalent course.) **Lecture, Credits 3 (Biannual)**

**ECON-432**          **Open Economy Macroeconomics**

Open economy refers to an economy that interacts with other economies. Therefore, open economy macroeconomics studies how these interactions affect economies at the aggregate level. The main objective of this course is to analyze how exchange rates affect an economy in both the short run and the long run. This course also examines the role of government and central banking systems in affecting macroeconomic policy in an open economy. (Prerequisites: (ECON-101 or completion of one (1) 400 or 500 level ECON course) and ECON-201 or equivalent course.) **Lecture 3, Credits 3 (Biannual)**

**ECON-440**          **Urban Economics**

Urban economics is the application of economic analysis to spatial relationships in densely populated (urban) areas. The course develops economic models that explain the existence and growth of cities; the location behavior of consumers and businesses in cities; and the economic rationale and effects of zoning and growth controls. The course then applies the insights gained from these models to a number of urban issues. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Biannual)**

**ECON-441**          **Labor Economics**

Labor Economics encompasses aspects of human involvement in the production & distribution of goods and services. We will examine models of behavior starting with the supply of and derived demand for labor. Through the course, we will investigate questions such as: What determines the amount an individual earns for their labor? What are the benefits associated with attaining a college degree? Is the minimum wage an effective policy tool? Is there convincing evidence of discrimination in the work place? (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Biannual)**

**ECON-444**          **Public Finance**

Public Finance is the study of the microeconomics of the public sector. The course fosters better understanding of the scale, scope and results of government spending and taxes. The focus is on economic efficiency in resource allocation and fairness in the distribution of income and wealth. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Biannual)**

**ECON-445**          **History of Economic Thought**

A survey of the various schools of thought that have developed in economics from Aristotle to the present. Representative economists from each of the major schools (Pre-Classical, Classical, Marxian, Neo-Classical, Keynesian, Monetarist, etc.) are studied. (Prerequisites: (ECON-101 or completion of one (1) 400 or 500 level ECON course) and ECON-201 or equivalent course.) **Lecture, Credits 3 (Spring)**

**ECON-448**          **Development Economics**

This course provides an introduction to development economics, which focuses on the problems and challenges faced typically but not exclusively by the developing countries. In this course we will study the economic transformation of developing countries by focusing on the characteristics of land, labor and credit markets in rural areas of developing countries. We will survey the large literature on modeling economic growth and discuss relevant case studies from developing countries. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Fall)**

**ECON-449**          **Comparative Economic Systems**

This course mainly involves a comparative analysis of the structure and performance of different economic systems. The two major economic systems studied are market capitalism and command socialism. In the first part of the course, students are introduced to the economic decision-making processes in the two systems, including the economic structure, operation and relative efficiency in achieving its macroeconomic goals. In the second part, several examples from the world economy which lie on a spectrum between pure market and pure command systems are comparatively discussed and evaluated. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Biannual)**

**ECON-450**          **Health Care Economics**

Examines the economics of health care, the organization of its delivery and financing, and analyzes access to care issues, the role of insurance, the regulation of hospitals, physicians, and the drug industry, the role of technology, and limits on health care spending. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Spring)**

**ECON-451**          **Economics of Women and the Family**

Women make choices concerning marriage, fertility and labor market participation on the basis of many factors, including government policies targeting those decisions. This course uses economic theory and empirical research in order to describe the changing demographic profile of families, poverty, and the labor force and to explore how economic theory and practice fit into the larger social science goals of describing human behavior by focusing on women and on the family. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Fall, Summer)**

**ECON-452**          **Economics of Native America**

This course will analyze current and historic economic issues faced by Native Americans. It will also examine government policies enacted by and directed toward Native Americans with a focus on their economic implications. This will be done using standard economic models of the labor market, poverty, trade, development, and gaming. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Fall or Spring)**

**ECON-453**          **Behavioral and Experimental Economics**

Over the past few decades, Experimental and Behavioral Economics have become two of the fastest growing and exciting fields of economics. This course will provide students with an introduction to many interesting concepts in both fields. In doing so, students will learn how experimental methodology can be used to provide insights about economic behavior in the areas of market exchange and strategic decision making. Additionally, students will be exposed to interesting topics in Behavioral Economics including: biases and heuristics, decisions under risk and uncertainty, inter-temporal choice, social preferences, bounded rationality, and learning. The concepts and methods covered in this course will be primarily illustrated by presenting recent experimental and theoretical studies, running in-class experiments, and by participating in group projects. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture 3, Credits 3 (Fall)**

**ECON-499**          **Economics Co-op**

Students will have an opportunity to gain one semester of work experience in a professional setting related to the economics major. Department approval is required. (This course is restricted to ECON-BS Major students.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**ECON-501**          **Directed Research in Economics**

This course is designed to allow economics students to pursue research under the direction of an economics faculty mentor. Prior to enrollment in this course the student must submit a research proposal to the proposed faculty sponsor and the economics department for approval. Once approved, the faculty sponsor in consultation with the student will determine the number of credit hours (1-3) which will be assigned for the course. The completed research project will be presented at the annual COLA Undergraduate Research Conference. (This course is restricted to ECON-BS Major students.) **Ind Study, Credits 1 - 3**

RIT0000965

**College of Liberal Arts**

**ECON-502**                                                **Honors Economic Independent Research**
This course is designed to allow economics students who are in the Honors Program to conduct independent research under the guidance of a faculty mentor. Prior to enrollment in this course the student must submit a research proposal and the name of the proposed faculty mentor to the economics department for approval. Once approved, the faculty mentor in consultation with the student will determine the number of credit hours which will be assigned to the course. The completed research project will be presented at the annual Economics/Public Policy Undergraduate Research Conference. (This course is restricted to ECON-BS Major students.) **Ind Study, Credits 1 - 3**

**ECON-503**                                                                            **Econometrics II**
Econometrics II builds on skills in applied regression analysis by exploring advanced regression estimation topics including panel data estimation, Instrumental Variable and Two-Stage-Least-Squares estimation, simultaneous equation models, limited dependent variable models, and advanced time series topics. (Prerequisites: ECON-403 or equivalent course.) **Lecture, Credits 3 (Biannual)**

**ECON-510**                                                        **Economics Capstone Experience**
This course registers the student's completion of the capstone experience required for economics majors. The requirement can be fulfilled by either presenting a class paper at an approved on-campus or off-campus research conference or submitting a solo-authored or co-authored research paper to a peer-reviewed journal. Economics students experience conducting research and presenting their findings before an audience of their peers and professionals in the field. Students are sponsored by a faculty member, developing their pre-professional skills while learning how to do research first hand. Double-majors who satisfactorily complete a capstone experience in their primary major automatically fulfill the economics capstone experience requirement. (This class is restricted to students with at least 2nd year standing in ECON-BS.) **Research, Credits 0 (Fall, Spring, Summer)**

**ECON-520**                                                                **Environmental Economics**
This course examines the relationship and apparent conflict between economic growth and environmental quality, the economics of environmental issues and policy, the environment as a resource and a public good, and the ability and lack of ability of free markets and the government to deal adequately with pollution and other environmental problems. (Prerequisites: ECON-101 or completion of one (1) 400 or 500 level ECON course.) **Lecture, Credits 3 (Spring)**

## English

**ENGL-150**                                                                      **FYW: Future of Writing**
This First Year Writing Intensive course is designed to develop first-year students' proficiency in analytical writing, rhetorical reading, and critical thinking by focusing on particular uses of narrative. Students will read, understand, and interpret a variety of texts representing different cultural perspectives and/or academic disciplines. Increasingly, scholars, artists, public figures and other professionals recognize the value of using stories across genres to inform analytical practice. Students will gain informed practice in using narrative in different disciplines, and become aware of storytelling as one among a number of rhetorical strategies for inquiry. Students will be expected to give presentations as well as write papers both in response to the reading material and in services of their own independent arguments. (Prerequisite: Student must have an SAT Reading Score greater than or equal to 560, an ACT English Score greater than or equal to 21, a TOEFL Writing IBT score of 25 or greater or a Writing Placement Exam score of 2 or higher.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**ENGL-150H**                                                                    **FYW: Future of Writing**
The Honors Writing Seminar is a three-credit seminar limited to 16 students per section. The course is designed to develop first-year students' proficiency in analytical writing, rhetorical reading, and critical thinking. Students will read, understand, and interpret a variety of texts representing different cultural perspectives and/or academic disciplines. Academic, non-fiction texts, chosen around a particular theme, are designed to challenge students intellectually and to stimulate their writing for a variety of contexts and purposes. Through inquiry-based assignment sequences, students will develop academic research and literacy practices that will be further strengthened throughout their academic careers. Particular attention will be given to the writing process, including an emphasis on teacher-student conferencing, self-assessment, class discussion, peer review, formal and informal writing, research, and revision; small class size promotes frequent student-instructor and student-student interaction. The course also emphasizes the principles of intellectual property and academic honesty for both current academic and future professional writing. (Honors Students) **Lecture, Credits 3 (Fall, Spring, Summer)**

**ENGL-210**                                                            **Literature, Culture, and Media**
Students will study literary and cultural texts selected from traditional literature to contemporary media and culture (including mythology, poetry, plays, novels, film, graphic novels, television, and digital literature). Students will analyze these texts from a variety of perspectives and become familiar with the history of debates about literature and/or culture as arenas of human experience. Individual sections will vary in their foci. **Lecture, Credits 3 (Fall, Spring, Summer)**

**ENGL-211**                                                            **Introduction to Creative Writing**
This course gives students the opportunity to write in different creative genres such as fiction, non-fiction, and poetry. In producing a portfolio, students will learn concrete elements of craft and techniques of improvisation to generate creative work. The course uses readings, peer feedback, workshops, and collaborative brainstorming to develop and refine texts for the printed page and beyond. **Lecture 3, Credits 3 (Fall, Spring)**

**ENGL-215**                                                                                **Text and Code**
We encounter digital texts and codes every time we use a smart phone, turn on an app, read an e-book, or interact online. This course examines the innovative combinations of text and code that underpin emerging textual practices such as electronic literatures, digital games, mobile communication, geospatial mapping, interactive and locative media, augmented reality, and interactive museum design. Drawing on key concepts of text and code in related fields, students will analyze shifting expressive textual practices and develop the literacies necessary to read and understand them. Practicing and reflecting on such new media literacies, the course explores their social, cultural, creative, technological, and legal significance. To encourage multiple perspectives on these pivotal concepts of text and code and their import, the course includes guest lectures by scholars and practitioners in these fields. **Lecture 3, Credits 3 (Fall)**

**ENGL-216**                                                            **Literature From Around the World**
Offering a representation of literature from at least three continents and intending to be introductory in nature, this course will explore literature drawn from a variety of cultures. Literature from Around the World will explore the nature, function and value of literature from a global perspective: students will become familiar with world literatures, as well as methods of studying literature and culture across national boundaries. **Lecture 3, Credits 3 (Fall)**

**ENGL-275**                                                                                  **Storytelling**
Storytelling is one of the primary ways we make sense of the world, communicate, share human experiences, and entertain ourselves. This course introduces students to methods used by literary critics and creative writers. Reading stories and analyzing the basic elements of story, the course builds understanding of how stories work, demonstrates the importance of artistic strategies, to enable greater appreciation of the creative choices storytellers make as they craft and communicate their stories in a variety of mediums. The course will explore distinct storytelling modes – such as oral, written, visual, dramatic, digital, ASL, augmented or mixed-reality – and consider the contributions different genres, or kinds of storytelling make to these practices. It will also explore how stories circulate in a culture, or across cultures, and examines the dynamic interrelations between stories, audiences, and changing cultural or historical contexts. Students will read, analyze, discuss, compare, and creatively rewrite or remix stories in order to better understand the range of storytelling practices, how stories work on us as readers, and why they are so significant to human cognition and cultures. **Lecture 3, Credits 3 (Fall)**

**ENGL-301**                                                                              **The Art of Poetry**
This course emphasizes the enjoyment and study of poetry with primary attention to major poetry in English. Students will develop (and apply) a working vocabulary of the concepts and terminology used to discuss and analyze poetry, through close readings of individual poems, lectures on specific poets, and theories of poetics. **Lecture, Credits 3 (Fall, Spring, Summer)**

**ENGL-302**                                                                              **The Short Story**
The short story has been one of the most dynamic and innovative genres in literature. This course uses the genre of the short story to provide material for critical commentary and cultural understanding. Students read a variety for short stories to develop an understanding of the form and its impact on culture. **Lecture, Credits 3 (Fall, Spring, Summer)**

**ENGL-304**                                                                            **Drama and Theatre**
From Oedipus Rex to Hamlet dramatic characters have come to represent human archetypes for millennia. Drama captures both current sociological trends and the universal everyman. In this course students will explore the literary elements that comprise the genre of Drama. Drama is the only literary art that requires an extra step to come to full expression. Playwrights, unlike the novelists or poets, create their work to be performed by others. In this course, students will read a selection of plays and discuss questions of historical relevance, reception, and ask why this form of literature has been so enduring and socially potent. **Lecture, Credits 3 (Fall, Spring, Summer)**

**ENGL-307**                                                                  **Mythology and Literature**
This course is a scholarly investigation into the cultural, historical, social, psychological, religious and spiritual, literary and performative dimensions of world myth. It examines different approaches to the study of myth emerging from disciplines such as anthropology, history, literary studies, and psychology. Special attention will be paid to the effects of these narratives on literature and other kinds of cultural texts, past and present. We will also use myth to develop, and critically reflect on, comparative approaches to world cultures. **Lecture 3, Credits 3 (Spring)**

RIT0000966

**ENGL-308**                                                                 **Shakespeare Drama**

In this course students will read, study, and discuss some of Shakespeare's dramatic work in an attempt to determine the nature of his significance. What political and institutional factors account for the reverence accorded to Shakespeare? In addition to reading a range of Shakespeare's plays, the course will develop deeper understandings of contemporary literary theory and practices that allow various interpretations of these plays. The approach will be comparative and reflect on the influence and effect of Shakespeare's work on contemporary culture. Attention will be paid to issues of gender, historicity, iconicity and textual analysis among others **Lecture 3, Credits 3 (Spring)**

**ENGL-309**                                                             **Topics in Literary Forms**

This course explores the evolution of an influential literary form ( the short story, drama, poetry, autobiographical literature, or the novel). Reading a series of variations on this literary form, likely bridging cultural or historical contexts or themes, the course develops critical perspectives and artistic insights into this genre of writing. Criticism and theory appropriate to the genre will be discussed as a way to understand the form, its social functions, and its cultural and political significance. The course can be taken up to two times, for a total of 6 semester credit hours, as long as the topics are different. **Lecture 3, Credits 3 (Spring)**

**ENGL-310**                                                     **Introduction to Language Science**

This course introduces the basic concepts of linguistics, which is the scientific study of human languages. Students will be introduced to core linguistic disciplines (phonetics, phonology, morphology, syntax, semantics, and pragmatics) and to principles of linguistics through discussion and the analysis of a wide range of linguistic data based on current linguistic models. English will often serve as the reference language, but we will discuss a wide variety of languages, including sign languages, to illustrate core concepts in linguistics. The course will have relevance to other disciplines in the humanities, sciences, and technical fields. Students will be encouraged to develop critical thinking regarding the study of human languages through discussions of the origins of languages, how languages are acquired, their organization in the brain, and languages' socio-cultural roles. Some other topics that will be introduced are: language globalization and language endangerment, language and computers, and forensic linguistics. **Lecture 3, Credits 3 (Fall)**

**ENGL-314**                                                       **Ethics in the Graphic Memoir**

Graphic novels demonstrate a concern for constructed narrative within a visual structure, character development, and plot strategies. Graphic memoirs, or auto-graphic novels, tell true tales of human experiences and global events, exploring the boundaries between fact and fiction, public and private, interior and exterior, visual and textual, seen and unseen, traumatic pasts and their futures. Graphic memoirs are interested in how these distinctions, and the questions of individual and collective truth, transparency, and communicability they open onto, help to delineate ethical behavior and belief systems. Holding a mirror up to the multiple ways in which contemporary cultures frame and reframe individual and collective experience, graphic memoirs render their subjects' and cultures' ethical premises and guidelines explicit, and, therefore, enable readers to revisit, rethink, and redraw accepted ways of behaving, understanding, and circulating. Texts used in this course will be explored through this lens. We will focus on the ethical considerations and concerns conveyed in and by graphic memoirs in order to uncover unique forms of book-length sequential art, as well as enhance critical thinking about ethics and media literacy skills. Designated as writing intensive, this course emphasizes writing practices, recognizing the role writing plays in the formation of knowledge, and the framing of a specific academic specialization, as well as genre. **Lecture 3, Credits 3 (Spring)**

**ENGL-315**                                                                 **Digital Literature**

Since the initial development of the computer, writers have collaborated with programmers, illustrators, and soundscapists to create digital literatures. Following from radical techniques in print literatures such as concrete poetry, Choose Your Own Adventure novels, and reorderable/unbound fictions, digital literatures exploit the potential of digital formats to explore questions of interactivity, readership, authorship, embodiment, and power. In this class, we will learn to analyze and appreciate digital literatures not simply through their content, but also through the relation of content to form, media, programming platforms, and distribution formats. Our consideration of digital literatures will lead us to cell phones, web pages, video games, virtual reality environments, and genome sequencers. **Lecture 3, Credits 3 (Fall)**

**ENGL-316**                                                                 **Global Literature**

This course presents a study of global literature by engaging in critically informed analysis of texts from different geographical regions or cultural perspectives. Students will discover new modes for thinking about what global literature is, and how globalizing impulses have changed and shaped our world. One of the goals of the class is to analyze and discuss the works in their respective socio-historical contexts, with a special focus on the theme of encounter or contact zones. The impact of various factors such as migration, nationality, class, race, gender, generation, and religion will also be taken into consideration. The course can be repeated up to two times, for 6 semester credit hours, as long as the topics are different. **Lecture 3, Credits 3 (Spring)**

**ENGL-318**                                                                 **Popular Literature**

From Horace Walpole's The Castle of Otranto to J.K. Rowling's Harry Potter, forms of popular literature have existed alongside more literary forms of narrative. In this course students will focus on the distinguishing thematic, structural, and formal distinctions between popular and literary fiction (and in some cases drama and poetry) with an awareness of the historical trends that produced this distinction (the dime novel). The course may focus on popular forms either within broader genres (such as fiction, drama, or poetry) or could be organized thematically and use several of these larger genres. Some sub-genres may include, for example, detective fiction, gothic and horror, the western, romance, etc. Analysis of popular treatment of certain themes and ideas will give students a lens through which to understand how important social, political, and cultural issues enter into the popular imagination, and can in some cases become part of ideological contestation through popular literary discourse. **Lecture 3, Credits 3 (Spring)**

**ENGL-320**                                                                 **Genre Fiction**

Students will learn about foundational texts in one or more category of genre fiction and review its development in the 19th, 20th, and/or 21st centuries. Genre is a category characterized by similarities in style, or subject matter. Examples include science fiction, fantasy, speculative fiction, fanfiction, magical realism, or historical fiction. The course approaches genre fiction as literary form, as cultural artifact, and as philosophical speculation; students will learn to distinguish key features of genre fiction, including the historical inspiration as well as contemporary trends. The course may be taken up to two times for a total of 6 credit hours, as long as the topics are different. **Lecture 3, Credits 3 (Fall)**

**ENGL-322**                                                             **Literary Geographies**

The course uses both literature and geography, artful writing and creative mapping, to explore the art of storytelling in both fictional and real places. From Sherlock Holmes's 221B Baker St. London to J. R. R. Tolkien's Middle Earth, geography is more than an artistic theme, and maps are more than creative illustrations. We will read literature that uses spatial dimensions not only to indicate a destination and point of origin, but to create place–spectacular stories from the Iowa plains to rust belt cities to the networked future. We will also navigate a specific geographical space, telling numerous narrative stories about its pavement and is inhabitants. Through community-based research, students will explore a Rochester community, story-mapping its complex histories, social networks, and contemporary environments. Using literary geography, students will integrate their writing into a final mosaic project–a collaborative digital community map. **Lecture 3, Credits 3 (Spring)**

**ENGL-325H**                                                                 **Honors English**

A critical examination of themes, topics, theories and practices in a literary or writing studies area associated with existing courses in the English curriculum, or with a special topics area. The approach to this literary or writing studies topic will be specially geared to honors students and others who wish to participate in a more in-depth and rigorous exploration of a literary or writing set of topics. (Honors Students) **Lecture 3, Credits 3 (Fall)**

**ENGL-328**                                                               **Rhetoric of Science**

Exploration of the many ways in which science employs modes of persuasion, and the ways it does so differently in different cases of scientific work. Emphasis will be given to the conjunction between science and rhetoric; examples will be drawn from key figures and texts in the history of science, ongoing controversies in contemporary scientific debates, the popularization of science in public media, and the representation of science in fiction. **Lecture, Credits 3 (Spring, Summer)**

**ENGL-333**                                                         **The Rhetoric of Terrorism**

This class examines the history of terrorism (both the concept and the term), definitions of terrorism and attempts to explain the root causes of terrorism through rhetorical and ethical analysis of narratives written by historians, journalists, and terrorists themselves. Students will read and discuss charters, manifestoes and messages (terrorism texts) of domestic and foreign, regional and global, non-state entities motivated by politics or religion to commit violence, as well as the efforts of analysts to explain and contextualize their activities. **Lecture 3, Credits 3 (Fall)**

**ENGL-343**                                                           **Global Deaf Literature**

This literature course explores the deaf elements in select literary works by deaf authors and hearing authors from different societies around the world representing various literary periods and movements. This course begins with the study of ancient writings and laws about Deaf people, documenting beliefs and values of earliest civilizations about Deaf people. Deaf culture in world literature is largely described by preconceived notions and physiognomic descriptions of Deaf people. Stories throughout world history are also characterized by varied responses to emerging educational approaches. Significant advances in medicine, science, and technology in the 19th century changed conceptions of the moral and cultural values imposed on Deaf people by hearing societies. This concept is explored through various literary lenses. The course considers global literary tradition for new interpretations of Deaf experiences. **Lecture 3, Credits 3 (Spring, Summer)**

RIT0000967

College of Liberal Arts

ENGL-345                                                    History of Madness
This course will study the changes in definitions, explanations, and depictions of madness as expressed in psychiatric texts, asylum records, novelists, cartoonists, artists, photographers, filmmakers–and patient narratives. Certainly, madness has assumed many names and forms: the sacred disease, frenzy, hysteria, mania, melancholy, neurosis, dementia, praecox, schizophrenia, phobia, post-traumatic stress disorder. Those afflicted have been admired, pitied, mocked, hidden from public view, imprisoned, restrained, operated on, hospitalized, counseled, analyzed, and medicated. The brain, particularly the disordered brain, has long been a source of interest. This course explores the brain from the history of madness. The course takes a humanist, rhetorical, and historicist approach to the question of madness within changing social institutions and popular discourse. **Lecture 3, Credits 3 (Fall)**

ENGL-345H                                                   History of Madness
This course will study the changes in definitions, explanations, and depictions of madness as expressed in psychiatric texts, asylum records, novelists, cartoonists, artists, photographers, film-makers–and patient narratives. Certainly, madness has assumed many names and forms: the sacred disease, frenzy, hysteria, mania, melancholy, neurosis, dementia, praecox, schizophrenia, phobia, post-traumatic stress disorder. Those afflicted have been admired, pitied, mocked, hidden from public view, imprisoned, restrained, operated on, hospitalized, counseled, analyzed, and medicated. The brain has long been a source of interest, particularly the disordered brain. This course explores the brain from the history of madness. The course takes a humanist, rhetorical, and historicist approach to the question of madness within changing social institutions and popular discourse. (This class is restricted to students in the Honors program.) **Lecture 3, Credits 3 (Fall)**

ENGL-351                                                    Language Technology
We will explore the relationship between language and technology from the invention of writing systems to current natural language and speech technologies. Topics include script decipherment, machine translation, automatic speech recognition and generation, dialog systems, computational natural language understanding and inference, as well as language technologies that support users with language disabilities. We will also trace how science and technology are shaping language, discuss relevant artificial intelligence concepts, and examine the ethical implications of advances in language processing by computers. Students will have the opportunity to experience text analysis with relevant tools. This is an interdisciplinary course and technical background is not required. **Lecture 4, Credits 3 (Spring)**

ENGL-353                                                                  Fantasy
This course provides a selective survey of fantasy from its antecedents in mythology, legend, and folklore through its transformation through the 20th and 21st centuries. Topics may include the development of the genre's roots in mythology, the epic, and medieval Romance, and folklore as well as diverse contemporary forms such as high fantasy, magical realism, urban fantasy, new wave fabulism, and slipstream. **Lecture 3, Credits 3 (Fall)**

ENGL-356                                                       Meaning in Language
In this course, students will learn about linguistic methods for characterizing meaning considering words, sentences, conversation, and language in situational contexts. The class will examine these topics in English and across languages and cultures, studying different linguistic frameworks for describing meaning, including debates among them. We will explore the link between verbal and non-verbal semantics, and apply systematic meaning description and analysis to literary production, advertising, clinical interactions, entertainment, and digital media discourse. **Lecture 3, Credits 3 (Biannual)**

ENGL-360                                                       Written Argument
This course will focus on academic writing specifically, the arguments presented in different fields and professions about issues of significance. Students will learn about the rhetorical, ethical, emotional, historical and logical elements of persuasion as they relate to written and visual arguments and they will practice making claims, providing evidence, exploring underlying assumptions and anticipating counter-arguments as they relate to different audiences. In addition to argument analyses, students will develop arguments of their own through inquiry-based essays. **Lecture, Credits 3 (Fall, Spring)**

ENGL-361                                                         Technical Writing
Provides knowledge of and practice in technical writing. Key topics include audience analysis; organizing, preparing and revising short and long technical documents; designing documents using effective design features and principles, and formatting elements using tables and graphs; conducting research; writing technical definitions, and physical and process descriptions; writing instructions; and individual and group peer editing. **Lecture, Credits 3 (Fall, Spring)**

ENGL-370                                                     Evolving English Language
What makes the English language so difficult? Where do our words come from? Why does Old English look like a foreign language? This course surveys the development of the English language from its beginning to the present to answer such questions as these. Designed for anyone who is curious about the history and periods of the English language or the nature of language change. **Lecture, Credits 3 (Spring)**

ENGL-373                                                       Media Adaptation
This course introduces students to the field of adaptation studies and explores the changes that occur as particular texts such as print, radio, theatre, television, film, and videogames move between various cultural forms and amongst different cultural contexts. The course focuses upon works that have been disseminated in more than one medium. **Lecture 3, Credits 3 (Fall)**

ENGL-374                                                       Games and Literature
Who studies game studies? Writing in games can often be hit or miss, so relying on an established story can provide support and allows the medium to evolve to cover more interesting stories than the typical mass-offering affairs. Still, literature and games are fundamentally different media- and as such these differences must be accounted for when mapping literature onto video games. Will game studies ever be as highly regarded as is critical scholarship on, say, literature? Can a video game possess substantial literary merit? Can a video game offer the same depth of characters and insight into the human condition as a novel? Do video games invite the player to do the same things that works of great literature invite the reader to do: identify with the characters, invite him to judge them and quarrel with them, and to experience their joys and sufferings as the reader's own? In this course we will have these conversations and then go beyond. We will examine works that have visually evocative and varied settings; narratives that make readers wonder what is going to happen next; and a rapidly changing culture that prompts even more questions than it answers. **Lecture 3, Credits 3 (Fall)**

ENGL-375                                                     Storytelling Across Media
This course introduces the basic elements of narrative, reflecting on key concepts in narrative theory such as – story and plot, narration and focalization, characterization, storyspace, and worldmaking – to enhance your understanding of how stories work and your ability to understand how such storytelling strategies convey their meaning and themes. After an initial exploration of storytelling traditions emerging from oral myth and short stories in print, we expand our inquiries into what a narrative is and what it can do by considering what happens to storytelling in graphic novels, digital games, and in recent electronic literature. Reflecting on competing definitions and varieties of narrative, the course raises the overarching question of why how we access, read, write, and circulate stories as a culture matters. Expect to read stories in a variety of media, to review basic concepts and conversations drawn from narrative theory, and to creatively experiment with the storytelling strategies we are analyzing in class. No familiarity with specific print, digital, or visual media necessary, though a willingness to read and reflect on stories in various media and to analyze their cultural significance will be essential. **Lecture 3, Credits 3 (Spring)**

ENGL-376                                                     Experimental Writing
Is it true that literature makes nothing happen? Experimental writing is built on the opposite assumption! This course introduces students to innovative texts that challenge our usual ways of thinking about the relationship of language to the world: the cultural contexts within which language functions, the conflicts out of which it arises, the aesthetic pleasures with which it is associated, and the purposes – intentional or other – which it serves. Writing experiments can test boundaries and break limits, offering us ways to reconsider and redefine our own experience – social, intellectual, emotional, spiritual. Moving from magic to modernity, from monster to machine, we will explore the transformative power of experimental writing. Students are expected to post weekly responses to the readings in Discussions on MyCourses, work with a group to research and prepare a class presentation on a significant experimental writer, and submit a final paper on a theme to be announced. Expect reading quizzes and a take-home final exam. (Prerequisites: ENGL-211 or completion of First Year Writing (FYW) requirement or equivalent course.) **Lecture 4, Credits 3 (Spring)**

ENGL-377                                                     Transmedia Storyworlds
A transmedia storyworld is a shared universe in which its settings, characters, objects, events, and histories are featured in one or more narratives across many different media, including print fiction, films, television episodes, comics/ graphic novels, and games. This course will focus on the construction of large-scale transmedia storyworlds and how such storyworlds expand in size and detail over time. Students will trace narrative arcs as deployed through different media and consider the strengths and limitations of each medium in terms of adding to knowledge about the transmedia storyworld. The course will also analyze the differences and similarities between transmedia narratives, adaptation, and other forms of serial storytelling; the multi-authored nature of transmedia storyworlds; commercial aspects of transmedia storyworlds; and creative work produced by and for fan communities. **Lecture 3, Credits 3 (Fall)**

ENGL-381                                                          Science Writing
Study of and practice in writing about science, environment, medicine and technology for audiences ranging from the general public to scientists and engineers. Starts with basic science writing for lay audiences, emphasizing writing strategies and techniques. Also explores problems of conveying highly complex technical information to multiple audiences, factors that influence science communication to the public, and interactions between scientists and journalists. The course examines new opportunities for covering science (especially on the internet), important ethical and practical constraints that govern the reporting of scientific information, and the cultural place of science in our society. **Lecture, Credits 3 (Spring)**

RIT0000968

**ENGL-386**                                                **World Building Workshop**
This course focuses on the collaboration construction of fictional worlds. Students will learn to think critically about features of fictional worlds, such as the social, political, and economic structures that influence daily life for the characters who inhabit that world. Students will also participate in extensive character development exercises, and then write short fiction from these characters' perspectives describing the challenges they face in these worlds. Students will critique each other's fiction and submit revised work. Each class will include considerations of sophisticated fictional worlds in print and in other media and discuss world building features relevant to teach. (Prerequisites: ENGL-211 or completion of First Year Writing (FYW) requirement or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ENGL-389**                                          **Digital Creative Writing Workshop**
Digital creative writing involves much more than simply writing in digital formats - it can include computer-generated poetry, bots, hypertext fiction, Augmented Reality, or locative narrative. This course is for students who want to explore digital creative writing in all its forms. Through reading, discussion, and exercises, students will produce born digital writings in different applications. Students will learn style and craft techniques for digital environments while also exploring the relationship between content and digital applications. Peer critiques will help students rethink their work and become better editors. Programming knowledge is helpful but not required. This course can be taken up to two times for a total of six semester credit hours as long as the instructors are different. (Prerequisites: ENGL-211 or completion of First Year Writing (FYW) requirement or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**ENGL-390**                                                **Creative Writing Workshop**
This course is for students who want to explore the techniques of a single genre of creative writing and add to their skills as a creative writer. Through reading and discussion, students will see their own writing in a larger context. Reading/reflection and writing/revision will be emphasized all semester. The focus will be on the creation of creative works and the learning of stylistic and craft techniques. Ongoing work will be discussed with peer editors, which will not only help students rethink their work but teach them to become better editors. Group critiques will provide the opportunity to give and receive helpful feedback. Each class will rely extensively on the creative writing workshop model, and will focus on a specific genre of print-based creative writing. The course may be taken up to three times for a total of 9 credit hours, as long as the topics are different. (Prerequisites: ENGL-211 or completion of First Year Writing (FYW) requirement or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ENGL-391**                                                        **Dangerous Texts**
This course will examine how suppression of information has been orchestrated throughout history in different contexts. The process of suppressing information –of people in power attempting to hide images, sounds and words– must itself be viewed in perspective. We must recognize acts of censorship in relation to their social settings, political movements, religious beliefs, cultural expressions and/or personal identities. The texts that we will study were all considered dangerous enough to be banned by governments. They are dangerous because they represent sexuality, race, politics, and religion in ways that challenge the current political/cultural norms of their given culture. What, then, is so dangerous about a fictional representation? What is it that makes a certain work dangerous at a particular time and how does this danger manifest itself in stories, novels (print and graphic), and poetry? Studying these dangerous texts and watching some dangerous films we will ask: what features of political and cultural regimes do artists tend to single out for criticism? What is the range of expressive tools they use, including the contemporary context of digital media? What is it that makes intellectuals in general and imaginative writers in particular so potent a threat to established power? Do issues like these matter only in totalitarian regimes, or can we learn something about the book-banning pressures in our own society? How do social media technologies complicate discussions of censorship and creativity? **Lecture 3, Credits 3 (Fall)**

**ENGL-400**                                             **Literary and Cultural Studies**
A focused, in depth study and analysis of a selected topic in literary and/or cultural studies. Specific topics vary according to faculty assigned. (Prerequisites: Completion of First Year Writing (FYW) requirement is required prior to enrolling in this class.) **Lecture, Credits 3 (Fall, Summermr)**

**ENGL-410**                                                            **Film Studies**
This course familiarizes students with a number of different critical approaches to film as a narrative and representational art. The course introduces students to the language as well as analytical and critical methodologies of film theory and criticism from early formalist approaches to contemporary considerations of technologies and ideologies alike. Students will be introduced to a selection of these approaches and be asked to apply them to a variety of films selected by the instructor. Additional screening time is recommended. (Prerequisites: Completion of First Year Writing (FYW) requirement is required prior to enrolling in this class.) **Lecture, Credits 3 (Spring)**

**ENGL-411**                                             **Themes in American Literature**
The course introduces students to American literature by tracing a particular theme through a historical survey of canonical, non-canonical, and contemporary novels, stories, poetry, and drama, as well as non-fiction forms (speeches, autobiographies, essays, etc.). Students will gain a broad understanding of American literary trends while also gaining a deep understanding of the given themes. These themes will be broadly conceived, but will also lend themselves to social, cultural, and political questions. These themes may include but are not limited to horror, gardens and machines, natives and strangers, borders, etc. While these themes deal with abstract or conceptual ideas, they lead to questions about gender, race, ethnicity, empire, and other historical problems in debates over American exceptionalism, empire, and ideology. (Prerequisites: ENGL-210 or completion of First Year Writing (FYW) requirement or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**ENGL-413**                                             **African-American Literature**
Students will explore the landscape of African-American literature, and learn of its development throughout the 19th and/or 20th Centuries. From Phyllis Wheatley, Paul Laurence Dunbar, Ida B. Wells to Toni Morrison, from the Harlem Renaissance, and the Black Arts Movements of the 1960s to Hip-Hop this course will explore African-American writers who inspired a civil rights and cultural revolution. Through writing, reading and research, they will grow to understand how, despite legal limits on freedom and social participation imposed because of their color in American society, blacks created styles of verbal and written expressions unique within the American experience and contributed to the shape, growth and development of the nation's literary character. (Prerequisites: ENGL-150 or completion of First Year Writing (FYW) requirement or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ENGL-414**                                      **Topics in Women's and Gender Studies**
This course will explore a key theme or critical question in women's and gender studies as an introduction and line of inquiry into how and why women's and gender studies matter in the contemporary world and in our individual lives. Drawing from and reflecting on approaches to women's and gender studies from a variety of disciplines and cultures, we will use these theoretical lenses to read social, cultural, and artistic texts and cultural practices in a new light. How has women's and gender studies and the creative, activist and academic practices theorized in this multidisciplinary, global space, challenged gendered and racialized power structures in the past, in the present, and how might it transform its methods to confront current challenges? (Prerequisites: Completion of First Year Writing (FYW) requirement is required prior to enrolling in this class.) **Lecture 3, Credits 3 (Fall, Spring)**

**ENGL-417**                                                          **Deaf Literature**
The major focus of this course is on the image of the deaf and the deaf experience as depicted in literature. The course attempts to define deafness and the cultural roles it plays in both texts by deaf authors and texts about deaf persons, as well as to examine particular literary forms related to the deaf experience. Thus, attention is also given to studying ASL poetry. (Prerequisites: Completion of First Year Writing (FYW) requirement is required prior to enrolling in this class.) **Lecture, Credits 3 (Spring)**

**ENGL-418**                                                            **Great Authors**
This course provides an in-depth look at literary giants and the masterpieces of prose or poetry they have created; it's an opportunity to see the role they played both within the context of their own time and within the larger span of literary history. These great authors confront key questions of modernity that continue to occupy us to this day; they ask the question of what it means to be human and explore fundamental human themes. They give us a fresh perspective on the past and on ourselves. (Prerequisites: Completion of First Year Writing (FYW) requirement is required prior to enrolling in this class.) **Lecture, Credits 3 (Spring)**

**ENGL-419**                                             **Literature and Technology**
Surveying the rise of computing technologies, information theories, and information economies in the last century, this course considers their impact on literature, culture and knowledge-formation. In particular, we will reflect on topics such as the relations between social and technological transformation, literary print and digital cultures and electronic literature. (Prerequisites: Completion of First Year Writing (FYW) requirement is required prior to enrolling in this class.) **Lecture, Credits 3 (Fall)**

**ENGL-421**                                                        **The Graphic Novel**
This course charts the development of the graphic novel, examines that history in relation to other media (including literary works, comics, film, and video games), and reflects on how images and writing function in relation to one another. Primary readings will be supplemented with secondary works that address socio-historical contexts, interpretive approaches and the cultural politics of the medium, such as representations of class, race, gender, and ethnicity. **Lecture, Credits 3 (Spring)**

RIT0000969

**College of Liberal Arts**

**ENGL-422**                                                          **Maps, Spaces and Places**
This course takes as its premise that spatial thinking is critically important. Spatial thinking informs our ability to understand many areas of 21st century culture, as mobile interfaces and geospatial technologies enable us to engage with our surroundings in new ways. The study begins with the history maps and mapmaking, and explores how maps work. As students create representational, iconographic, satirical, image-based, informational, and other map forms, the course emphasizes the map as narrative. The course develops into an exploration of the ways, particularly in texts, that mapmaking creates cultural routes, mobile forms of ethnography, and ways of imagining travel and tourism in the era of globalization. The diverse writers represented in this course are rethinking space as a dynamic context for the making of history and for different organizations of social and communal life. (Prerequisites: Completion of First Year Writing (FYW) requirement is required prior to enrolling in this class.) **Lecture, Credits 3 (Fall)**

**ENGL-450**                                                          **Free and Open Source Culture**
This course charts the development of the free culture movement by examining the changing relationship between authorship and cultural production based on a variety of factors: law, culture, commerce and technology. In particular, we will examine the rise of the concept of the individual author during the last three centuries. Using a variety of historical and theoretical readings, we will note how law and commerce have come to shape the prevailing cultural norms surrounding authorship, while also examining lesser known models of collaborative and distributed authoring practices. This background will inform our study of the rapid social transformations wrought by media technologies in last two centuries, culminating with the challenges and opportunities brought forth by digital media, mobile communications and networked computing. Students will learn about the role of software in highlighting changing authorship practices, facilitating new business and economic models and providing a foundation for conceiving of open source, open access, participatory, peer-to-peer and Free (as in speech, not beer) cultures. (Prerequisites: Completion of First Year Writing (FYW) requirement is required prior to enrolling in this class.) **Lecture, Credits 3 (Spring)**

**ENGL-472**                                                          **Special Topics: Writing Studies**
A focused, in depth study of a selected topic in writing. Specific topics vary according to faculty assigned. Topics will vary. **Lecture, Credits 3 (Spring)**

**ENGL-482**                                                          **Science and Analytics of Speech**
This course introduces students to the fields of experimental phonetics, the scientific study of the sounds used in human speech, and speech processing, the study of the speech signal used in automatic speech recognition, spoken emotion detection, and other technologies. Students will learn about the physiology of speech production and perception, and they will acquire the skills necessary to accurately describe speech concepts and to analyze speech using relevant methods and tools. Turning to speech processing technology, students will explore automatic speech recognition, speech synthesis, speaker identification, and emotion recognition, and learn how our understanding of human speech production and perception informs these technologies. The course will have relevance to other disciplines in the humanities, sciences, and technical fields. This course provides theoretical foundation as well as hands-on laboratory practice. **Lecture 3, Credits 3 (Fall)**

**ENGL-490**                                                          **Advanced Creative Writing Workshop**
This course is for students who want to explore the techniques of a single genre of creative writing and have already completed a creative writing workshop. Through reading and discussion, they will see their own writing in a larger context, culminating in a substantial body of work ready for publication. Reading/reflection and writing/revision will be emphasized all semester. The focus will be on the creation of creative works and the learning of stylistic and craft techniques. Ongoing work will be discussed with peer editors, which will not only help students rethink their work but teach them to become better editors. Group critiques will provide the opportunity to give and receive helpful feedback. Each class will rely extensively on the creative writing workshop model, and will focus on a specific genre of print-based creative writing. The course can be repeated up to three times, for 9 semester credit hours, as long the topics are different. (Prerequisites: ENGL-386 or ENGL-389 or ENGL-390 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**ENGL-511**                                                          **Advanced Topics in Creative Writing**
This course is for students who have completed a college level writing course creative writing workshop and want to explore in-depth a literary genre or add to their skills as a creative writer whether interested in poetry, fiction, non-fiction, or a combination of genresa specific topic within creative writing. The focus will be on the creation of a significant piece of writing for a final project. In addition to planning and producing a single, sustained creative work, students will complete other exercises and assignments in order to experiment with other genresa variety of writing techniques. Through reading and discussion they will see their own writing in a larger context. Weekly Regular class critiques will provide the opportunity to give and receive helpful feedback. (Prerequisites: ENGL-386 or ENGL-389 or ENGL-390 or equivalent courses.) **Lecture, Credits 3 (Fall, Spring)**

**ENGL-543**                                                          **Game-Based Fiction Workshop**
This course is for students who have completed a creative writing workshop and want to explore how games and rules can be used to produce unique and unpredictable narratives. Projects will include individual writing exercises, collaborative writing practice, and critiques of peer writing. Students will examine how different game mechanics produce different kinds of narratives and may be encouraged to develop their own game-based writing projects. Through the reading and discussion of other narrative media, students will learn the affordances and limitations of game-based storytelling systems. (Prerequisites: ENGL-386 or ENGL-389 or ENGL-390 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**ENGL-581**                                                          **Intro to Natural Language Processing**
This course provides theoretical foundation as well as hands-on (lab-style) practice in computational approaches for processing natural language text. The course will have relevance to various disciplines in the humanities, sciences, computational, and technical fields. We will discuss problems that involve different components of the language system (such as meaning in context and linguistic structures). Students will additionally collaborate in teams on modeling and implementing natural language processing and digital text solutions. Students will program in Python and use a variety of relevant tools. Expected: Programming skills, demonstrated via course work or instruction approval. **Lecture 3, Credits 3 (Spring)**

**ENGL-582**                                                          **Seminar in Computational Linguistics**
Study of a focus area of increased complexity in computational linguistics. The focus varies each semester. Students will develop skills in computational linguistics analysis in a laboratory setting, according to professional standards. A research project plays a central role in the course. Students will engage with relevant research literature, research design and methodology, project development, and reporting in various formats. (Prerequisites: ENGL-581 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**ENGL-584**                                                          **Spoken Language Processing**
This course introduces students to speech and spoken language processing with a focus on real-world applications including automatic speech recognition, speech synthesis, and spoken dialog systems, as well as tasks such as emotion detection and speaker identification. Students will learn the fundamentals of signal processing for speech and explore the theoretical foundations of how human speech can be processed by computers. Students will then collect data and use existing toolkits to build their own speech recognition or speech synthesis system. This course provides theoretical foundation as well as hands-on laboratory practice. Prerequisite: Programming skills, demonstrated via coursework or instructor approval. **Lecture 3, Credits 3 (Fall)**

**ENGL-599**                                                          **Independent Study**
A program of study executed by an individual student with assistance and guidance by an instructor, outside a regular classroom setting. Guidelines for designing and gaining approval for an independent study are provided in College of Liberal Arts Policy I.D. **Ind Study, Credits 1 - 6 (Fall, Spring)**

## Fine Arts

**FNRT-100**                                                          **Introduction to Visual Arts**
This course will develop students' ability in perceiving worth in objects of art through consideration of fundamental concepts in painting, sculpture and architecture, involving analysis, interpretation and principles of aesthetics. **Lecture, Credits 3 (Fall, Spring)**

**FNRT-110**                                                          **Introduction to Music**
An introduction to music as a fine art. Students develop skills in listening, evaluation and analysis through an examination of music's forms, constituent elements, and its cultural, stylistic and historical development. **Lecture, Credits 3 (Fall, Spring, Summer)**

**FNRT-120**                                                          **Introduction to Film**
This course provides the student with an introduction to film as an art form. The course presents a vocabulary for film analysis as well as the critical and analytical skills for interpreting films. The course examines the major aesthetic, structural, historical, and technical components of film. It considers how a film works, by looking internally at the multiple aspects that comprise the construction of a film, and externally at how a film affects the viewers. Students will watch a variety of feature films, primarily American, ranging in date from the 1940's through the 2000's. Clips from alternative films and foreign films will also be screened and discussed. Any artistic background in film, music, theatre, painting, sculpture, etc., is helpful, but no specific technical knowledge of film, video, or photography is required or expected. **Lecture, Credits 3 (Fall, Spring)**

**FNRT-130**                                                          **Introduction to Theatre**
An introduction to theatre as a performing art. Students develop skills in reading, analysis and evaluation through an examination of theatre's forms, constituent elements, and its cultural, stylistic and historical development. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

RIT0000970

**FNRT-140**                                    **Introduction to Visual Culture**
This course provides an introduction to Visual Culture studies, an interdisciplinary field of study that explores the ways in which our lives are shaped through contact with, and consumption of, images, designed objects and visual forms of media, communication, and information. Students will develop a critical understanding of different aspects of contemporary visual culture as well as an awareness of its recent historical development. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**FNRT-200**                                                          **Anime**
This introductory survey course examines the history, aesthetics and style of Japanese animation or anime. The course provides a vocabulary for the analysis of anime as well as the critical and analytical skills for interpreting anime as an art form. This course will develop students' skills in viewing, analyzing, interpreting and evaluating the art of anime. Students will learn to analyze important series and films, and connect anime with contemporary and historical trends in Japan. Emphasis will be placed on the analysis of works by major directors and studios including: Tezuka, Sugii, Miyazaki, Oshii, Kon, Takahata, Shinkai, Watanabe, Studio Ghibli, Studio 4C, and Madhouse. Background knowledge of animation, film or anime is helpful but no specific knowledge is required or expected. **Lecture, Credits 3 (Fall)**

**FNRT-201**                                                **Music in the US**
This course is a survey of music in the United States from the time of European colonization to the present. Particular emphasis is placed upon the question of what makes music distinctively American. **Lecture, Credits 3 (Spring)**

**FNRT-202**                                          **Studies in World Music**
A course designed to explore selected music cultures from North America, South America, Africa, India, Asia, East Asia, and Central and Southeastern Europe. The primary goal of the course will be to expand understanding of and perceptions about music both outside and within Western cultural traditions. In addition to class discussions, students will have opportunities for hands-on activities associated with the cultures studied. **Lecture, Credits 3 (Fall)**

**FNRT-203**                                **American Popular and Rock Music**
This course examines the history and elements of popular and rock music in the United States from the end of the 19th century to current times. Emphasis will be placed on the music that was written and performed after WWII. Students will be introduced to various styles of this genre as well as an introduction to those musical elements necessary to define a rudimentary analysis of the music. Among the composers and performers to be studied are early Minstrel performers, Louis Armstrong, Scott Joplin, George Gershwin, Blues musicians, Benny Goodman, Frank Sinatra, R and B musicians, country and western, Elvis Presley, Motown, Ray Charles, folk, Jimi Hendrix, disco, punk, metal, grunge, and pop. **Lecture, Credits 3 (Spring)**

**FNRT-204**                                            **Music and the Stage**
A historical and cultural survey of collaboration between the arts of music and theatre, focusing on a selection of significant creative products that combine music and drama. Possible works studied include those by Shakespeare, Monteverdi, Mozart-Daponte, John Gay, Beethoven-Goethe, Wagner, Puccini, Brecht-Weill, and Bernstein, spanning the genres of Renaissance tragedy and comedy, opera seria, opera buffa, ballad opera, incidental music, romantic drama, Italian opera, music-drama, epic theatre, cabaret, vaudeville, and musical comedy. **Lecture, Credits 3 (Biannual)**

**FNRT-205**                                                    **Music Theory 1**
This course is designed for the student who has basic musical literacy (ability to read music notation). In addition to the writing of melody, two-part counterpoint and four-part harmony, some attention will be given to the analysis of form and style. Because it is important that theoretical understanding be coordinated with musical application, time will be devoted to the development of musicianship. Consideration will be given to individual skills and abilities, hopefully allowing for the maximum development of each student. (Elementary music reading ability) **Lecture, Credits 3 (Fall)**

**FNRT-206**                                                      **Queer Looks**
In this course we examine representations of queer sexuality in art, film and popular culture beginning in the repressive 1950s, followed by the Stonewall Riots of 1969. We situate the birth of gay liberation in the U.S. in the context of the civil rights struggles, feminism and the anti-war movement. We turn to the work of Andy Warhol that looms over the post-war period, challenged subsequently by the onset of AIDS and the work of General Idea and Act-Up, on the one hand, and the more graphically provocative work of Robert Mapplethorpe, on the other. We examine the diversification of the queer community as transgendered identity asserts itself and the opening of popular culture to issues of diverse sexual identities. We explore expressions of queer sensibility outside of North America and Europe. We turn finally to the issue of gay marriage, both in the U.S. and abroad. **Lecture 3, Credits 3 (Spring)**

**FNRT-207**                                **Dramatic Theory and Text Analysis**
The course is designed to provide students with a foundation in major dramatic and performance theories including works by Aristotle, Stanislavsky, Brecht, Grotowski, and a variety of other contemporary theorists and practitioners. In addition to surveying the work of key dramatic and performance theorists and theories, the course will engage students in the application of these theories in the study and analysis of play texts from a variety of periods, genres and cultures. Students will analyze these texts from the perspective of both the logistic and aesthetic requirements of production (as actors, directors and designers). **Lecture 3, Credits 3 (Fall)**

**FNRT-208**                                                **Composing for Media**
Composing for Media will guide the student through the process of creating original music to accompany a visual medium. The course begins by focusing on the aesthetics, terminology, procedures, and technical aspects of film scoring. As the course progresses, the skills acquired will progress towards a class project of scoring a short film or animation. By using a broad range of techniques including click tracks, spotting, scoring under dialogue, free timing, and the creative use of overlap cues, students will learn how to develop a dramatic concept for a score and how to synchronize it seamlessly to visual events. This course is applicable to musicians interested in scoring music to visual media as well as students with skills in the areas of audio engineering, film and animation and video gaming. No previous film scoring experience is required. Fundamental knowledge and a background in music will be introduced in the class topics. In addition to a good ear for music, a functional ability with MIDI sequencing, via DAW—a proficiency in the use of sample libraries and audio plug-ins and basic audio mixing—is expected. Entrance to the class requires instructor permission. **Lecture 3, Credits 3 (Fall)**

**FNRT-209**                                **Medieval and Renaissance Music**
The beginning of the Western tradition of art music can be traced to Medieval Europe ca. 600 CE, as systems of music notation began to develop in and disseminate through important liturgical text sources. This desire to preserve and disseminate certain musical-textual traditions grew and developed steadily throughout Christendom over the next millennium, in both sacred and secular contexts. This course examines this development of music and text during the Medieval and Renaissance periods (ca. 600-1600 CE), with attention drawn to specific aspects of cultural context and performance practices that offer modern musicians and music connoisseurs a solid basis for experiencing the music in live performance, both in active listening (concert/liturgy attendence) and in participating (in-class singing). **Lecture 3, Credits 3 (Biannual)**

**FNRT-210**                                **Bach, Handel, and the Baroque**
European society experienced many changes during the late 16th through the early 18th centuries, and music's role and development within the context of these changes was varied, and profound. This course explores the creation and performance of music within the context of European cultural, religious, political and artistic ideals from 1580 to 1750, culminating in in-depth discussion of the life and works of J. S. Bach and G. F. Handel. **Lecture, Credits 3 (Fall)**

**FNRT-211**                                **Era of Haydn, Mozart, and Beethoven**
Many of the characteristics of art music up to the present day have their beginnings in the late 18th century. This course explores the creation and performance of music within the context of European cultural, political and artistic ideals from 1740 to 1825, with particular attention given to the works of Haydn, Mozart, and Beethoven. **Lecture, Credits 3 (Spring)**

**FNRT-212**                                **Electronic Music Production**
This course explores the composition, arrangement, mixing, and mastering of modern electronic music. Topics include aesthetics of formal song structure and melodic and harmonic construction techniques, synthesis and sound design, using a digital audio workstation (DAW) to program musical elements using audio or MIDI, sound processing using effects such as equalization and compression, and introductory mastering techniques. **Lecture 3, Credits 3 (Spring)**

**FNRT-215**                                            **Video Game Criticism**
This course will focus on the analysis of video games. Students will play and review classic games from the past as well as important newer games from different genres. Students will explore and discuss the formal and dramatic aspects of video games as works of art: imagery, technique, moral and ethical messages, social commentary, and historical significance. **Lecture 3, Credits 3 (Annual)**

RIT0000971

**College of Liberal Arts**

**FNRT-220**                                    **Introduction to Museums and Collecting**
This course examines the history, theory, ideology, and practice of collecting within the institutional context of the museum. It considers the formation of the modern museum, and focusing on the American context, investigates the function and varieties of museums, ranging from natural history, anthropology, science and technology, history, and art. The course explores the history of the museum and its evolution institutionally, ideologically, and experientially. The course also considers the operations of museums from accessioning through deaccessioning, examining museum management, collections management and collections care. The course also explores museum governance and the professional ethics and legal constraints that affect museum professionals. The course examines how a museum carries out its mission of public education through its collections and exhibitions, as well as through its educational programs and community outreach and visitor studies. Current issues in the museum world are also considered, including: the museum's educational function versus its entertainment function; the problems of staying solvent in an era of diminishing governmental and corporate subsidies; deaccessioning collections to support the museum operations; issues of art theft and repatriation (ranging from colonial era and Nazi era plunder, the disposition of human remains and sacred objects, and illicit trafficking); the evolving responsibilities of the museum to its public and the cultural heritage; and the rise of the virtual museum. Throughout the quarter, the course examines museums and their practices through the perspectives of colonialism, nationalism, class, race, age, gender, and ethnicity. The course includes field trips to local museums and collections throughout the term. **Lecture, Credits 3 (Fall)**

**FNRT-223**                                    **Historic Photographic Processes**
This is a studio-based class in which student recreate a number of different nineteenth century photographic processes. Students will explore the history of photographic technology through use of primary sources and hands on projects. The chemistry and deterioration of the materials will be reviewed through the use of primary texts, projects, and discussion. **Lecture, Credits 3 (Spring)**

**FNRT-224**                                    **History and Theory of Exhibitions**
Art exhibitions are organized around a curatorial premise, a statement that articulates an idea allowing for the selection of work included in an exhibition. This course begins with an overview of exhibition history, starting with the transformation of the Louvre into the first public art museum following the French Revolution, where art history, a discipline developed in the 19th century, was enlisted to organize exhibition. The course then examines the proliferation of types of exhibitions that accompanies modernism, up to the present, paying close attention to the curatorial premise animating the exhibitions. **Lecture, Credits 3 (Spring)**

**FNRT-230**                                    **Theatre Ensemble**
The Theatre Ensemble is an experiential-learning course in which students will have various opportunities to apply theoretic knowledge to practice through participation in a faculty mentored or faculty directed theatre production on campus. Course content will include CLA main stage productions, as well as other ensemble productions that perform or develop theatre performances covering a range of genres, periods and cultures. Students will be expected to write, create and/or analyze texts as well as participate as actors, designers, and technicians. **Studio 1, Credits 1 (Fall, Spring)**

**FNRT-231**                                    **Fundamentals of Acting**
This course will introduce students to the history and theory of acting in Western Culture from the late 19th century up to the present day. Particular focus will be paid to the theories of Stanislavsky and Stanislavsky-based approaches along with complementary and contrasting methods developed by such theorist/practitioners as Jerzy Grotowski, Lee Strasberg, and Sanford Meisner. Students can expect a course that combines lecture/discussion with practical exercises designed to apply concepts and theory using acting techniques designed to strengthen vocal and physical expression and to stimulate the imagination. In addition, actors will be introduced to scene work and develop skills for text analysis as a basis for character development. Assessment will include quizzes, papers, and in-class participation in exercises and scene work. As an introductory course, the course objectives are to provide students with a broad survey of the aesthetics, theory, and practice of acting. **Lecture 3, Credits 3 (Spring)**

**FNRT-240**                    **Devising Theatre: Creating Ensemble Based Performance**
Devising theatre is a collaborative process in which a group of individuals produce a wholly new or adapted piece of theatre. This course is a hands-on exploration of that collaborative process and places students at the center of their own artistic expression. Through a series of class discussions and lectures, readings, writing assignments, creative exercises, brainstorming sessions, and acting workshops, students will learn about the history and theories of devised theatre as a tool for social change, while also generating their own theatrical pieces for individual and group presentation. Above all, this course fosters an ensemble-building atmosphere and imparts to students the importance of teamwork and communication in working toward a shared goal. **Lecture 3, Credits 3 (Fall)**

**FNRT-250**                                    **RIT Singers**
The RIT Singers is an experiential-learning course in which students learn music theory and historical context by learning pieces from the 16th century to the present and performing them at three major concerts a year. Participation in learning and performing such music gives students an experiential appreciation and understanding of the role of music in modern society. In addition, students from the RIT Singers have opportunities to sing in a variety of small vocal ensembles. Auditions will be held to assess proper placement. Contact instructor for more information. (Auditions will be held to assess proper placement. Contact the instructor for information. Students who have previously participated in RIT Singers can enroll without further permission.) **Studio 3, Credits 1 (Fall, Spring)**

**FNRT-251**                                    **RIT Orchestra**
The RIT Orchestra performs three major concerts a year of standard orchestral repertoire from the 16th century to the present. In addition, students from the RIT Orchestra have the opportunity to play in a variety of chamber music ensembles. Auditions will be held to assess proper placement. Contact instructor for more information. (Auditions will be held to assess proper placement. Contact the instructor for information. Students who have previously participated in RIT Orchestra can enroll without further permission.) **Studio, Credits 1 (Fall, Spring)**

**FNRT-252**                                    **RIT Concert Band**
The RIT Concert Band is an experiential-learning course in which students learn music theory and historical context by learning several works from the Concert Band literature including standard wind band literature, contemporary compositions, marches, and orchestral transcriptions. The ensemble prepares to perform three major concerts a year and participates in departmental performances. Participation in learning and performing such music gives students an experiential appreciation and understanding of the role of music in modern society. Auditions will be held to assess proper placement. Contact instructor for more information. (Auditions will be held to assess proper placement. Contact the instructor for information. Students who have previously participated in RIT Concert Band can enroll without further permission.) **Studio 1, Credits 1 (Fall, Spring)**

**FNRT-253**                                    **World Music Ensemble**
The World Music Ensemble is a hands-on course, in which students learn the fundamentals of music as a sociological phenomenon and a variety of concepts and world views to answer the question, What is music? This is accomplished by introducing students to several music cultures, through learning fundamental instrumental and dance techniques, with African music being central to the study. Ensemble is coached four-to-six-times-a-year by professional musicians and dancers, including Ghanaian Master Drummer Martin Kwaku Obeng, and performs several times each school year, both on campus and in the community. Enrollment is open to all interested students, faculty, and staff, regardless of musical proficiency. Developing cooperation and teamwork is a necessary outcome of participation in this ensemble. Auditions will be held to assess proper placement. Contact instructor for more information. (Auditions will be held to assess proper placement. Contact the instructor for information. Students who have previously participated in World Music Ensemble can enroll without further permission.) **Studio 3, Credits 1 (Fall, Spring)**

**FNRT-254**                                    **RIT Jazz Ensemble**
Preparing for and performing concerts of jazz repertoire offers students the opportunity to broaden their knowledge of and appreciation for music, and its role in society, through the careful analysis of musical forms and ideas, and the comparison of exemplary works from a variety of times, places and social/cultural necessities. The RIT Jazz Ensemble performs three major concerts a year of standard repertoire from the early 20th century to the present. Students from the RIT Jazz Ensemble also have the opportunity to play in a variety of informal performances both on and off campus. Auditions will be held to assess proper placement. Contact instructor for more information. (Auditions will be held to assess proper placement. Contact the instructor for information. Students who have previously participated in RIT Jazz Ensemble can enroll without further permission.) **Studio 3, Credits 1 (Fall, Spring)**

**FNRT-255**                                    **RIT Chamber Orchestra**
Preparing for and performing concerts of orchestral repertoire offers students the opportunity to broaden their knowledge of and appreciation for music, and its role in society, through the careful analysis of musical forms and ideas, and the comparison of exemplary works from a variety of times, places and social/cultural necessities. The RIT Chamber Orchestra is a select group of advanced players It performs concerts and engages in other activities, in particular the exploration of performing practices and stylistic considerations apropos to 17th, 18th, and 20th century music. In particular, the RIT Chamber Orchestra revives works from the 18th and early 19th centuries that have not been performed in modern times. Participation is by invitation of the music director, or by audition. Contact instructor for more information. (Auditions will be held to assess proper placement. Contact the instructor for information. Students who have previously participated in RIT Chamber Orchestra can enroll without further permission.) **Studio, Credits 1 (Spring)**

RIT0000972

**FNRT-256**                                    **Applied Music**
Students will receive private (one-to-one) instrumental or voice lessons and participate in studio performance opportunities. Private lessons are offered to support the RIT ensembles program, therefore only students who are active participants in an approved RIT ensemble will be eligible for lessons. **Studio 1, Credits 1 (Fall, Spring, Summer)**

**FNRT-260**                          **Design/Stagecraft Apprenticeship**
This course is designed to provide motivated students interested in technical theatre the opportunity to observe and participate in the theatre design process from conception to execution, while learning basic stagecraft skills involved in professional theatre production via an internship at a local theatre. Students will work directly with professional directors, designers and stage technicians on the production of a play from design concept to performance. The experience will allow active engagement in collaborative processes and methods commonly employed to create theatre productions. Depending upon the interests and abilities of the student, and the needs of the specific production, students may be assigned to a specific area of design stagecraft (i.e. Costumes or Scenic), or learn and engage in a more general capacity. The learning objectives of this apprenticeship are to give students an understanding of the goals and methods of design and stagecraft as critical elements in translating a play text into a fully realized artistically unified theatre expression. Students will have bi-weekly meetings with the instructor. (This course requires permission of the Instructor to enroll.) **Studio 3, Credits 1 (Fall, Spring)**

**FNRT-301**                          **Traditions of Theatre in Europe**
A survey of theatre and drama of selected European nations and periods, emphasizing plays and theatre productions in particular historical, artistic, and theoretical contexts (e.g. "Modernist European Theatre and Drama, 1890-1930" – "Romanticism and Realism on Continental Stages"; "France and Germany, 1789-1989"; "Theatre of the European Renaissance" ; "Major Dramatists of Scandinavia, Russia, and Central Europe"). **Lecture 3, Credits 3 (Fall)**

**FNRT-302**                          **Traditions of Theatre in the U.S.**
A historical survey of American theatre and drama, from the Colonial period to the early 21st century, focusing on a selection of significant plays and stylistic movements in the twentieth century. Plays studied include those by Eugene O'Neill, Arthur Miller, Tennessee Williams, Edward Albee, Sam Shepard, and Tony Kushner, along with alternating selections by less well-known and/or marginalized American dramatists, 1925 to 2000. The varied types of drama, styles and modes of theatre production, and contributions of actors, directors, scenographers, theorists, and critics provide a continuous context for this study of America's developing theatre arts. **Lecture 3, Credits 3 (Spring)**

**FNRT-303**                          **Traditions of Shakespearean Theatre**
A course in Shakespeare's drama that emphasizes the plays as potential theatre productions. Studying a selection of plays representative of the different acknowledged types of Shakespearean drama (comedy, tragedy, history, problem comedy, romance), students gain a broad understanding of the character and range of Shakespeare's poetic-dramatic art. Experimenting with production activities such as oral interpretation, character presentation, and scene rendering, they acquire a practical appreciation of Shakespearean drama's theatrical potency, of the original staging conventions, and of how each type of play makes particular generic demands on both performer and spectator. Augmenting the reading and expressive activities is a term research project focused on collaborative realization of a staging interpretation of selected scenes from the Shakespeare plays on the syllabus. **Lecture 3, Credits 3 (Fall)**

**FNRT-304**                          **African American Playwrights**
A historical survey of African American playwrights and the significant moments, topics, and themes that informed their work from the late 1800's to the early 21st century. Plays by American African Diaspora playwrights will be studied and will include works by Ira Aldridge, Langston Hughes, Lorraine Hansberry, Amiri Baraka, Lynn Nottage, August Wilson, George C. Wolfe, Ed Bullins, Anna Deavere Smith, and Ntozake Shange. The varied types of drama, styles and modes of theatre production, and contributions of actors, directors, scenographers, theorists, musicians, and critics provide a continuous context for this study of America's developing theatre arts. **Lecture 3, Credits 3 (Spring)**

**FNRT-320**                          **Music of the Romantic Era**
Survey of the rise of romanticism from Beethoven to Strauss in the context of the development of 19th century musical styles in general. Topics of exploration include national trends in 19th century music, the rise of the general public as arbiters of musical taste, philosophical influences, and performance considerations. (Prerequisites: FNRT-110 or FNRT-205 or FNRT-211 or equivalent course.) **Lecture, Credits 3 (Fall)**

**FNRT-321**                          **Music Since 1900**
Survey of the cultivated traditions of music in the 20th and 21st centuries, particularly in the U.S., taking into account its political, social, and historical frameworks. (Prerequisites: FNRT-205 or equivalent course.) **Lecture, Credits 3 (Spring)**

**FNRT-322**                          **Survey of Jazz**
This course will survey the development of American jazz music, highlighting representative composers and performers and significant works. Particular attention will be drawn to the multi-racial influences on the creation of jazz music and its relationship to American culture as a whole. **Lecture, Credits 3 (Fall)**

**FNRT-323**                          **Survey of African-American Music**
This course is a survey of African American music through an examination of the major forms of music-making and dance developed among African Americans in the United States from the early 17th century to the present. A brief introduction to West African cultural characteristics, especially music and dance, as well as discussions of the African diaspora in the New World, will serve as background for this survey. **Lecture, Credits 3 (Spring)**

**FNRT-324**                          **Sounds of Protest**
This course is designed to explore the variety of ways music has served as commentary on and/or symbolic representation of social circumstances and events in America and throughout the world, historically and in the present. Students will research, listen to, analyze, and discuss music representing a variety of genres, styles, and cultures, ranging from various forms of European and American folk, popular, and concert music to selected non-western music. Topics will include race, gender, sexuality, economics, class, war, and politics, among others. **Lecture, Credits 3 (Spring)**

**FNRT-325**                          **American Popular Song**
This course will survey the development of the American popular song and its composers and performers, taking into account the political, social, and historical perspectives reflected in this commercial part of our vernacular music tradition. **Lecture, Credits 3 (Fall)**

**FNRT-326**                          **History and Technology of Musical Instruments**
The development of music in the Western art tradition had a mutually influential relationship with the changes in construction and manufacturing of musical instruments. Recent research into the various and special sounds of instruments from different historical periods has been pivotal in new approaches to performance over the past quarter century (Historically Informed Performance). This course explores the historical development of musical instruments commonly used in performing Western art music, including various technologies influencing manufacturing techniques and construction, performing techniques, historical audience expectations of musical sound, and comparative performance practices. **Lecture 3, Credits 3 (Spring)**

**FNRT-327**                          **American Musical Theater**
This course is a survey of the development of the American Musical Theater, highlighting representative works, composers, librettists and performers of both the cultivated and vernacular traditions. It is further designed as an appreciation course, fostering the development of a greater appreciation for all types of stage music and the ability to better evaluate the quality of a work, the performance, and the performers. **Lecture, Credits 3 (Spring)**

**FNRT-328**                          **Composing for Video Games and Interactive Media**
An audio professional working in the gaming industry is required to possess not only musical and audio talent, but also knowledge and experience with typical audio workflow. Composing for Video Games and Interactive Media prepares the student for a career in the industry by covering the many facets of sound production and engineering that are particular to game music and other forms of interactive media. **Lecture 3, Credits 3 (Annual)**

**FNRT-329**                          **Virtual Worlds**
This course examines visual storytelling as an art form in video games. The study of visual storytelling in historic and contemporary art raises questions of social, cultural and political contexts as well as their impact on player experience. Through reading and analysis of art and video games, students will be exposed to different design techniques that visually express social concepts through mechanics, content and aesthetics. The course offers hands on experience with game engine software to create artistic game prototypes that incorporate theoretical approaches to cultural context. Topics may include the relationship of cultural context and environmental storytelling, the critical interpretation and application of visual techniques in fine art, the critical analysis of cultural and artistic themes in video games, creating meaningful worlds through visual and aural design, identity and representation in character design, and the impact of cultural context on the design of interactive and emergent narratives Students will use these concepts to create innovative game prototypes as meaningful cultural and artistic experiences. **Lecture 3, Credits 3 (Spring)**

**FNRT-330**                          **Performing Identity in Popular Media**
This class is a critical, theoretical, and practical examination of the constitution and performance of personal identity within popular media as it relates to identity politics in everyday life. Through lectures, readings, film, and critical writing, students will examine elements of personal identity and diversity in popular media in order to foster a deeper understanding of how identity is constructed and performed in society. **Lecture 3, Credits 3 (Spring)**

RIT0000973

**College of Liberal Arts**

**FNRT-331**                                **Fundamentals of Directing**
This course examines the director's creative process in translating a dramatic text into a theatre production. Key to this process is the need to develop deep capability in text analysis and interpretation, along with strong skills to meet the challenges brought on by the practical needs of production. Combining lecture and discussion with text analysis assignments and in-class exercises, students will learn how to approach the creation of a director's production concept for a text, and then explore, through rehearsals and staging, the process of bringing a dramatic story to life on stage in an engaging and compelling manner. Particular emphasis will be placed on how to synthesize different elements with one another to create a coherent expression designed to elicit intellectual, emotional, and critical responses from audiences. Course will culminate with each student presenting a scene or short on-act play fully staged for peer and instructor feedback. Leadership, collaboration, presentation skills, creative problem-solving, and project management will be taught as crucial elements of the process. **Lecture 3, Credits 3 (Spring)**

**FNRT-332**                         **Fundamentals of Stage Management**
This course investigates the history, theories, and techniques of the theatrical stage manager in order to give a historical and practical understanding of its roles and responsibilities. Emphasis will be placed on the stage manager's role in the collaborative process. Using readings, lectures, discussions, and practical exercises, students will learn the history, responsibilities, and procedures of stage management from pre- to post-production. **Lecture 3, Credits 3 (Spring)**

**FNRT-354**                                        **Exhibition Design**
This course examines the history and practice of exhibition design. It reviews the history of exhibitions within the development of museum-like institutions. In this course the following aspects of exhibition design are considered: curatorial premise or theme, exhibition development timeline, exhibition site, contracts and contractual obligations, budgets and fundraising, publicity material, didactic material, and exhibition design. The course includes field trips to local institutions and collections throughout the semester. **Lecture, Credits 3 (Fall)**

**FNRT-355**       **Fundraising, Grant Writing, and Marketing for Nonprofit Institutions**
This course examines the growing autonomy of collecting institutions as they are cut off from various forms of governmental sponsorship and public subsidy and their subsequent needs for raising money from outside, non-traditional sources. The course looks at issues of needs assessment, budgeting, and strategic planning. It focuses on the design and implementation of effective fundraising campaigns, as well as on the organization and writing of successful grant proposals. It also considers the importance of marketing to overall institutional success. **Lecture, Credits 3 (Fall)**

**FNRT-356**                              **Interactive Design for Museums**
This is a project based course which explores the intersection of interactive design and museum education. Interactive museum programs have the potential to engage museum visitors by encouraging creative exploration, independent interpretation, and deeper understanding. Students will learn how to make the study of material culture more interesting and approachable by creating interactive projects for both the museum and the internet. Students will learn to incorporate educational outcomes into engaging learning experiences for museums. **Lecture, Credits 3 (Spring)**

**FNRT-357**             **Collections Management and Museum Administration**
This course presents an overview of the administration and management of museums and their collections. The course examines the governance structure of museums, focusing on personnel responsible for their administration, curation and education, and operations, as well as on the mission statement and policies they determine. The course also details the management of collections, including the development of a collections policy, management of that policy, documentation and record keeping, acquisitions, and the creation/management of exhibitions. Finally, the course considers collections care or preventive conservation, looking at both the facility and collections. Throughout the semester, legal and ethical issues pertaining to museums and their collections will be emphasized. **Lecture, Credits 3 (Spring)**

**FNRT-358**              **Legal and Ethical Issues for Collecting Institutions**
This course presents an overview of the legal and ethical issues that govern the institutions and personnel involved in collecting cultural resources. Collecting institutions are governed by national, state, and local laws that define how facilities and collections are used and this course will consider them, as well as the larger social and historical context out of which they developed. The course will consider the evolution of the museum as a public institution and how the legal system increasingly defined minimum standards for maintaining collections, the facilities in which they are housed, and guaranteeing public access; in addition legal standards for the collection will be studied, including definitions of ownership, what this means in terms of intellectual property rights, copyright, reproduction (traditional and electronic), and deaccessioning/disposal. These will be studied within the context of the society within which the institution functions. The course will also study the development of national and international ethical standards and will examine the codes of behavior that govern the personal and professional conduct of museum professionals and the practices that comprise conflicts of interest. Ethical standards for collecting institutions will also be considered, particularly those that address the responsibilities to a collection, the ethics of acquisition, the question of illicit or stolen material, the issues of human remains and objects of sacred significance, and repatriation. Attention will be paid to the changes in society that made these issues critical for collecting institutions. **Lecture 3, Credits 3 (Fall)**

**FNRT-370**                                         **American Painting**
A survey of the style and meaning in American paintings from the colonial limners, through the 19th and 20th centuries, to contemporary artists. It centers on what distinguishes painting of the colonies and of the United States from the European counterpart. **Lecture, Credits 3 (Fall)**

**FNRT-371**                                      **African-American Art**
This course provides an overview of African-American art, presented in three periods: from slavery through Reconstruction, from the Harlem Renaissance to the end of the 1930's, and modern and postmodern movements following World War II. There will be comparisons with representations of African Americans in film, music, and literature as we move through these periods. We will be sensitive to the development of artists' aesthetic language and the evolution of social and political points of view expressed in artists' work. We will examine the role of institutions in promoting African American art. **Lecture, Credits 3 (Fall)**

**FNRT-372**                              **American Film of the Studio Era**
This course examines the history and aesthetics of the motion picture in the United States between the 1890s and the early 1960s; emphasis will be placed on the analysis of both the work of major American filmmakers and the development of major American film genres during the Classical Hollywood Studio period. Among the filmmakers to be studied are Griffith, Chaplin, Hawks, Ford, Capra, Welles, Curtiz, Wilder, Donen, Sirk, Ray, Hitchcock, and Kubrick. Genres to be covered include the melodrama, silent comedy, screwball comedy, western, thriller, film noir, newspaper film, and the gangster film. The films will be studied within the context of contemporary cultural and political events, and will be discussed from several viewpoints, including aesthetic, technical, social, and economic. The ways in which gender and class are constructed through the movies will also be a major focus of study. **Lecture, Credits 3 (Fall)**

**FNRT-373**                              **American Film Since the Sixties**
This course examines the history and aesthetics of the motion picture in the United States since the late 1960s, when the classical studio era ended. Emphasis will be placed on the analysis of both the work of major American filmmakers and the evolution of major American film genres between 1967 and 2001. Among the filmmakers to be studied are Kazan, Cassavetes, Penn, Coppola, Scorsese, Spielberg, Allen, Seidelman, Lee, Burton, Altman, Tarantino, Coen, and Lynch. The course will consider the evolution of such traditional Hollywood genres as the gangster film, the romantic comedy, and the Hollywood movie, study the development of new, blended genres, investigate the rise of the blockbuster, explore the rise of the Independents, and follow the aesthetic changes that occurred since the 1967. The films will be studied within the context of contemporary cultural and political events, and will be discussed from several viewpoints, including aesthetic, technical, social, and economic. The ways in which gender, race, and class are constructed through the movies will also be a major focus of study. **Lecture, Credits 3 (Spring)**

**FNRT-374**                                **Art in the Age of the New Deal**
In this course we examine art in the age of the New Deal; that is, the art of the 1920's and the 1930's, with a particular emphasis on the artwork produced through the programs of the Roosevelt Administration's New Deal. These programs sponsored the visual arts, as well as film, theater, literature, music, and dance. We study the art produced through this sponsorship in the context of the evolution of twentieth century modernism, mostly European, that had begun to influence American art. We will look at the stylistic and ideological affinities of the figurative style, known as the American scene, with the Mexican muralists of the 1920's and examine other government-sponsored social realist art of the 1930's, notably German and Russian. **Lecture, Credits 3 (Spring)**

RIT0000974

**FNRT-375**                                                    **Women/Gender/Art**
This course examines the role of women in the visual arts as both images makers and subject matter in order to see how gender plays a role in the conceptualization of creativity and art. Among the topics to be discussed are: the construction of femininity and gender in the patriarchy; art as an ideological practice; women, art, and society; art history, art education, and art evaluation; women artists and their contemporaries. **Lecture 3, Credits 3 (Spring)**

**FNRT-376**                                                    **Visual Culture Theory**
Visual culture studies recognize the predominance of visual forms of media, communication, and information in the contemporary world, investigating both high cultural forms such as fine art, design, and architecture and popular low cultural forms associated with mass media and communications. Visual culture studies represents a turn in the discourse of the visual, which had focused on content-based, critical readings of images, and has since broadened its approach to additionally question the ways in which our consumption and production of images and image based technologies are structured. Analyzing images from a social-historical perspective, visual culture asks: what are the effects of images? Can the visual be properly investigated with traditional methodologies, which have been based on language, not imagery? How do images visualize social difference? How are images viewed by varied audiences? How are images embedded in a wider culture and how do they circulate? **Lecture, Credits 3 (Fall)**

**FNRT-377**                                                    **Imag(in)ing Rochester**
This course examines the ways in which culture, ethnicity, languages, traditions, governance, policies and histories interact in the production of the visual experience. We will approach the campus of RIT and the city of Rochester and their various urban spatial forms as image experiences, subject to interpretative strategies and the influence of other discourses. We will wander the well-traveled and the unbeaten paths, participating in and interrogating a wide range of our campus' and city's treasures and embarrassments, secrets and norms. In addition to these field trips, we will be reading from literature and cultural studies, as well as viewing films, advertisements and websites, and possibly attending theatrical and music performances or sporting events. **Lecture, Credits 3 (Fall)**

**FNRT-378**                                                    **Memory, Memorials, Monuments**
In this course we examine the public remembering and memorialization of historic events that leads to memorials and monuments in the fields of architecture, sculpture, and film. We begin by examining the nature of memory, and specifically of collective memory, and its relationship to historical events and its subsequent transformation in the process of memorialization. We then look at examples of the sculptural monument, a traditional form of memorial, and the evolution of its vocabulary in the second half of the 20th century. We also examine the memorial work undertaken by those museums whose primary function is to engage in remembering historical events, a recent phenomenon in the field of museum building. We screen films and examine how documentaries and dramatizations engage the spectator by remembering history differently, The course culminates by examining the debates surrounding the remembering of 9/11 and of more recent traumatic events. **Lecture, Credits 3 (Fall)**

**FNRT-379**                                                    **Art of India and Southeast Asia**
A survey outlining the development of art in India and Southeast Asia, examining the philosophical circumstances and religious traditions (to include Buddhist, Hindu, Jain, and Islamic) that distinguish eastern artistic traditions. There is opportunity for each student to pursue special interest in depth. **Lecture, Credits 3 (Fall)**

**FNRT-380**                                                    **Art of China, Korea and Japan**
A survey outlining the development of art in China, Korea and Japan, examining the philosophical circumstances and religious traditions (to include Daoism, Confucianism, and Buddhism) that distinguish eastern artistic traditions. There is opportunity for each student to pursue special interest in depth. **Lecture, Credits 3 (Spring)**

**FNRT-381**                                                    **Art of Islam: the Arabic Tradition**
A survey of artistic traditions (to include architecture, decorative arts [metalware, ceramics, glass, wood], art of the book and painting) from the 7th century until the Mongol conquests in the 13th century in countries from Asia, Africa, and Europe that were influenced by the religion of Islam. There will be opportunity for each student to pursue special interests in depth. **Lecture, Credits 3 (Fall)**

**FNRT-382**                                                    **Art of Islam: Persian/Turkish/Mughal Traditions**
A survey of artistic traditions (to include architecture, decorative arts [metals, ceramics, glass, wood], art of the book and painting) from the Mongol conquests in the 13th century until the European imperialistic presence in the later 18th century in countries from Asia, Africa, and Europe that were influenced by the religion of Islam. There will be opportunity for each student to pursue special interests in depth. **Lecture, Credits 3 (Spring)**

**FNRT-383**                                                    **Traumatic Images**
This course investigates visual culture and its imagistic response to life's crises. Problems of identity and identification will be explored and confronted through works of photography, painting, mixed media, new media and film of the 19th, 20th, and 21st centuries. Beginning with the late 19th Century vogue for images of hysterical women, crippled black-sheep family members and dead loved ones (as corpses and as ghosts), we then move on to consider the last century's fascination with pain and suffering, disease and violence, struggle and survival and then the 21st century's emphasis on terrorism. Specifically, we will focus on the gendering of images and imaging as disturbing pictures work to defy the formal and theoretical distinction between private and public, personal, and collective experience and manage the often conflicting responsibilities to self, family, religion, race, nation, and society. **Lecture 3, Credits 3 (Spring)**

**FNRT-384**                                                    **Art of Dying**
This course explores the experience of dying a profoundly human and universal experience as it is represented by artists who are themselves facing immanent death. The unique and deeply personal process of each dying artist is crucially informed by social, cultural and historical as well as artistic contexts. The course will focus primarily on visual artists and writers living with and dying of disease - such as AIDS, cancer and cystic fibrosis as well as mortality and age. Topics such as aesthetics, artistic media, representation, grief, bereavement, illness, care-giving, aging, and the dying process will be considered within the context of issues of race, class, ethnicity, sexuality, gender and community values. Some of the artists covered will be Jo Spence, Hannah Wilke, Elias Canetti, Bob Flanagan, Herve Guibert, Tom Joslin, Laurie Lynd, Audre Lorde, Charlotte Salomon, Keith Haring, Frida Kahlo, Bas Jan Ader, Ted Rosenthal, Felix Gonzalez Torres, Keith Haring, Eric Steel, Derek Jarman, Eric Michaels, and David Wojnarowicz. We will also explore some of the critical theory of Roland Barthes, Michel Foucault, Elaine Scarry, Susan Sontag, and Ross Chambers. **Lecture 3, Credits 3 (Spring)**

**FNRT-388**                                                    **Gender and Contemporary Art**
This course traces the historical development of women's activism in the art world from the 1970s to the present. We will interpret how this art activism, which artists and scholars alike have referred to as the feminist art movement, has examined how gender informs the ways art is made, viewed, conceptualized in history and theory, and exhibited in museums and visual culture, in a range of cultural contexts. We will also analyze how current artists, critics, and curators continue to build on this history, in particular how they use the concept of gender intersectionally to develop a variety of new creative practices, theories, modes of exhibition and social engagement. **Lecture 3, Credits 3 (Fall, Spring)**

**FNRT-440**                                                    **Deaf Art and Cinema**
Students will examine the context in which specific cultural groups have chosen to create works about their experiences. They will go on to explore a wide range of artistic works representing the Deaf experience in visual arts and cinema. Students will be expected to analyze works in terms of cultural symbols and themes. Attention will be given to historical context (personal and collective) that has helped to shape many of these works, motifs, and messages. Students will write and present in-depth papers examining specific works and artists/filmmakers. In addition, students will be expected to create an original artwork and a collaborative short film. **Lecture, Credits 3 (Fall, Spring)**

**FNRT-485**                                                    **Music Theory 2**
This course is designed for the student who has a knowledge of basic music theory and an understanding of four-part diatonic composition. In addition to the continuing study of melodic construction and development, thematic development in two-part counterpoint, four-part harmony, chromatic materials and modulation, and analysis of form and style, emphases will be placed on the development of individual music skills. (Prerequisites: FNRT-205 or equivalent course.) **Lecture, Credits 3 (Spring)**

**FNRT-489**                                                    **Special Topics**
Allows examination of a special problem or topic area in the theatre, dance, music, visual arts, and other performing and fine arts. Topics and specific content and methods vary from term to term. Each term's offering, however, features an introduction to a historical period, movement, phenomenon, practitioner(s), or other subfield of study within performing arts and/or visual culture. In so doing, students develop theoretical and experiential knowledge of an artistic period, movement, phenomenon, practitioner(s) or other subfield of study within performing arts and/or visual culture. **Lecture 3, Credits 3 (Fall, Spring)**

**FNRT-490**                                                    **Special Topics in Performing Arts**
An in-depth examination of a selected aspect of performing arts with a focus on performance and composition. **Lecture, Credits 1 - 3 (Fall, Spring)**

**FNRT-599**                                                    **Independent Study**
A program of study executed by an individual student with assistance and guidance by an instructor, outside a classroom setting. Guidelines for designing and gaining approval for an independent study are provided in College of Liberal Arts Policy I.D. **Ind Study, Credits 1 - 12 (Fall, Spring, Summer)**

RIT0000975

# Foreign Languages

**MLAR-201** **Beginning Arabic I**
Beginning Arabic I introduces students with no prior knowledge of the lan-guage to Modern Standard Arabic. Beginning Arabic I builds the foundation skills in speaking, listening, reading, writing, and culture, with emphasis on beginning writing and on conversation. Students must take placement exam if this is their first RIT class in Arabic and they have some prior study of Arabic. **Seminar, Credits 4 (Fall)**

**MLAR-202** **Beginning Arabic II**
Beginning Arabic II is the second course at the beginning level. It focuses on the development of functional competence in speaking, listening, reading, writing and culture. (Prerequisites: Minimum score of 1 on RIT Language Placement Exam or MLAR-201 or equivalent course.) **Seminar, Credits 4 (Spring)**

**MLAR-301** **Intermediate Arabic I**
Intermediate Arabic I continues with intermediate-level development of functional skills in speaking, listening, reading, writing and culture, including conversation, with increased work in reading and writing. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or MLAR-202 or MLAR-202T or equivalent course.) **Seminar, Credits 3 (Fall)**

**MLAR-302** **Intermediate Arabic II**
Intermediate Arabic II, the second course at the intermediate level, engages students in further mastery of four skills with emphasis in conversation, reading and writing. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLAR-301 or equivalent course.) **Seminar, Credits 3 (Spring)**

**MLAR-401** **Advanced Arabic I**
Advanced Arabic I, the beginning of the advanced (third year) sequence, does advanced work in all skills (speaking, listening, reading, writing, culture), including conversation, with increased work in reading, writing, and culture. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLAR-302 or equivalent course.) **Seminar, Credits 3 (Fall)**

**MLAR-402** **Advanced Arabic II**
Advanced Arabic II, the final course of the advanced (third year) sequence, continues study of the advanced-year textbook and does advanced work in all skills (speaking, listening, reading, writing, culture), including conversation, with increased work in reading, writing and culture. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLAR-302 or equivalent course.) **Seminar, Credits 3 (Spring)**

**MLAR-449** **Topics in Arabic**
An in-depth exploration of the Arabic language and culture focusing on skills/topics that are not covered in sequential regular language courses. Prerequisite: varies; contact the instructor. **Seminar 3, Credits 3 (Fall, Spring, Summer)**

**MLAS-201** **Beginning American Sign Language I**
ASL I includes linguistic features, cultural protocols and core vocabulary for students to function in basic ASL conversations that include ASL grammar for asking and answering questions while introducing oneself, exchanging personal information, talking about family, friends and surroundings, and discussing activities. This course is designed for students who have no knowledge of American Sign Language. Students must take placement exam if this is their first RIT class in Sign Language and they have some prior study of Sign Language. **Seminar, Credits 4 (Fall, Spring, Summer)**

**MLAS-202** **Beginning American Sign Language II**
This course expands the basic principles presented in ASL I. ASL II teaches students to use linguistics features, cultural protocols and core vocabulary to function in basic ASL conversations that include ASL grammar for giving directions, describing, making request, talking about family, occupations and routines, and attributing qualities to others. (Prerequisites: Minimum score of 1 on RIT Language Placement Exam or MLAS-201 or equivalent course..) **Seminar, Credits 4 (Fall, Spring, Summer)**

**MLAS-301** **Intermediate American Sign Language I**
This course builds upon information taught in Beginning ASL I and II and introduces expanded grammatical features of ASL and specialized vocabulary, while continuing to increase fingerspelling and numbers receptive and expressive skills. In addition, some basic features of ASL discourse are taught in organizing and explaining contextual information. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or MLAS-202 or MLAS-202T or INTP-125 or equivalent course.) **Seminar 3, Credits 3 (Fall, Spring)**

**MLAS-302** **Intermediate American Sign Language II**
This course builds upon information taught in Beginning ASL I-Intermediate ASL I. Students continue learning and using ASL vocabulary, grammatical principles and various intermediate-level discourse features in narratives and presentations in ASL. Students analyze multiple meaning English words and English idioms to express concepts in ASL. Issues related to Deaf culture continue to be introduced based on unit topics. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLAS-301 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**MLAS-351** **Linguistics of American Sign Language**
Students in this course will be introduced to the study of American Sign Language in terms of its linguistic structure and use. In particular, students will learn to analyze the basic features of ASL phonology, morphology, syntax, semantics and pragmatics/discourse In addition, research related to variation in ASL and acquisition of ASL will also be reviewed. Instruction is in ASL (an interpreter will not be provided). (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or successful completion of one of the following courses: MLAS-202, MLAS-202T, MLAS-301, MLAS-302 or INTP-125 permission of the instructor.) **Seminar 3, Credits 3 (Fall, Spring)**

**MLAS-352** **American Sign Language Literature**
In this course, students will explore a wide range of literary works representing the various genres of ASL literature. Students will be expected to analyze works in terms of literary conventions/techniques as well as relevant cultural symbols and themes. Attention will be given to historical context, Deaf cultural values, and the style/conventions used by individual literary artists. Each student will be required to complete literary analysis papers. In addition, students will be expected to create original ASL literary works and/or retell well-known ASL literary works as individuals or in collaboration with other students. This course is conducted in ASL, without an interpreter, and will require considerable reading and viewing of videotaped materials. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or successful completion of one of the following courses: MLAS-202, MLAS-202T, MLAS-301, MLAS-302 or INTP-125 permission of the instructor.) **Seminar, Credits 3 (Fall)**

**MLAS-401** **Advanced American Sign Language I**
This course builds upon information taught in Beginning ASL I – Intermediate ASL II. Students continue learning and using ASL vocabulary, grammatical principles and various advanced-level discourse features in narratives and presentations in ASL. Students continue to analyze multiple meaning English words and English idioms to express concepts in ASL. Issues related to Deaf culture continue to be introduced based on unit topics. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLAS-302 or equivalent course.) **Seminar 3, Credits 3 (Fall, Spring)**

**MLAS-402** **Advanced American Sign Language II**
This course builds upon information taught in Beginning ASL I - Advanced ASL I. Students continue learning and using ASL vocabulary, grammatical principles and various advanced-level discourse features in narratives and presentations in ASL. Students analyze different components in storytelling. ASL Literature will be introduced in this level. Students identify controversial issues in various works of ASL Literature. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLAS-401 or equivalent course.) **Seminar 3, Credits 3 (Fall, Spring)**

**MLAS-449** **Special Topics in Deaf Cultural Studies**
An in-depth exploration of American Sign Language and Deaf culture focusing topics that are not covered in regular language courses. Prerequisite: varies; contact the instructor. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**MLCH-201** **Beginning Chinese I**
This course is designed for beginners, with no prior study of Chinese. It introduces students to the sounds, basic sentence structures, and the writing system of Mandarin Chinese. Pinyin, the Romanization (phonetic transliteration) of Mandarin Chinese, is taught and required throughout the course. Students also learn to read and write Chinese characters. Emphasis is on developing listening and speaking skills, as well as building a vocabulary based on the ideographic Chinese characters. Chinese culture is also introduced through the course. Students must take a placement exam if this is their first RIT class in Chinese and they have some prior knowledge of Mandarin Chinese. **Seminar, Credits 4 (Fall, Spring)**

**MLCH-202** **Beginning Chinese II**
This course continues the beginning level of Chinese study. The focus is on developing listening and speaking skills, with an increasing emphasis on reading and writing skills. Students will learn more expressions, sentence structures as well as other parts of the Chinese grammar. Further aspects of Chinese culture are also introduced, in parallel to Chinese language study. (Prerequisites: Minimum score of 1 on RIT Language Placement Exam or MLCH-201 or equivalent course.) **Seminar, Credits 4 (Fall, Spring)**

RIT0000976

**MLCH-301**                                                        **Intermediate Chinese I**
This course begins the intermediate level of Chinese study. Knowledge of Pinyin, Chinese characters, and sentence structures covered by the beginning level of Chinese study is required before taking this course. The focus continues to be on developing listening, speaking, reading, and writing skills. Further aspects of Chinese culture are also introduced, in parallel to Chinese language study. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or MLCH-202 or MLCH-202T or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

**MLCH-302**                                                       **Intermediate Chinese II**
This course continues the intermediate level of Chinese study. Knowledge of Pinyin, Chinese characters, and sentence structures covered by the first three semesters of Chinese learning is required before taking this course. The focus continues to be on developing listening, speaking, reading, and writing skills. Further aspects of Chinese culture are also introduced, in parallel to Chinese language study. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLCH-301 or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

**MLCH-310**                                           **Intermediate Conversational Chinese**
This course aims to improve students' Chinese language proficiency and focuses especially on enhancing their conversational skills. The course will also increase students' knowledge of Chinese culture in comparison with American culture through exposure to authentic sources. Students will learn expressions and manners of speaking during formal and informal Chinese conversations about their daily experiences. Students will develop their listening skills and will be able to gather general ideas and necessary details from authentic oral materials. They will also improve their abilities of narrating and describing familiar topics with various sentence structures. This course is especially suitable for students planning to study or work in China and desiring confidence and basic competence in communicating. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or MLCH-202 or MLCH-202T or equivalent course.) **Seminar 3, Credits 3 (Spring)**

**MLCH-315**                                   **Intermediate Reading and Writing in Chinese**
This course is designed to enhance students' ability to read authentic Chinese materials and write a variety of texts in Chinese, such as messages, blogs, emails, and short stories, more effectively. The main focus is to develop practical reading and writing skills that are essential for daily life by employing vocabulary, idioms, expressions, and structures in a more natural and descriptive fashion. This course provides students the opportunity to practice reading and writing strategies in meaningful and practical contexts, and to reinforce the materials that they have learned. Through reading, writing, discussion, multimedia, and presentations, students will learn the Chinese language in the context of describing nature, people, Chinese daily life and culture. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLCH-301 or equivalent course.) **Seminar, Credits 3 (Annual)**

**MLCH-401**                                                             **Advanced Chinese I**
This course begins the advanced level of Chinese study. It is designed to further develop competence in the four language skills of listening, speaking, reading, and writing. Following Intermediate Chinese II, this course continues the grammar acquisition, expansion of vocabulary with more lengthy reading and writing. Classroom discussion and writing practice are important parts of the course. By the end of the course work, students should be able to express views on serious, topical issues in increased detail. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLCH-302 or equivalent course.) **Seminar, Credits 3 (Fall)**

**MLCH-402**                                                            **Advanced Chinese II**
This course continues the advanced level of Chinese study. The main purpose of this course is to further develop competence in language skills as well as cultural literacy by using the textbook as well as a diversity of authentic multimedia materials that pertain to Chinese matters and values. By identifying, analyzing, comparing, and discussing both traditional and contemporary Chinese socio-cultural issues, students will acquire a better understanding of the language, culture, and Chinese society. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLCH-401 or equivalent course.) **Seminar, Credits 3 (Spring)**

**MLCH-410**                                          **Chinese for Science and Technology**
This course teaches specialized terminology and linguistic structures important for communicating scientific and technological knowledge in the target language. The focus is on developing students' listening, speaking, reading, and writing skills in interpreting technical Chinese. Students will learn science and technology terms and structures in a broad range of technical areas via experiential learning activities. In addition, students will research and present topics of their own interest or beyond their disciplines. Students will expand their knowledge of the target language to include technical terms/structures and prepare themselves to better apply their language skills in internships, research, and work while exploring and understanding the culture in professional workplaces. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLCH-302 or equivalent course.) **Seminar 3, Credits 3 (Annual)**

**MLCH-415**                                                          **Professional Chinese**
The course gives students an opportunity to study professional Chinese language and culture as well as to practice presentation and negotiation skills, especially in professional and formal contexts. Students will improve speaking, listening, reading and writing skills developed in the elementary/intermediate sequence to master formal interactions in Chinese. They will learn professional vocabulary, expressions, and grammatical structures through readings, conversation, and discussion. They will cultivate expressive skills through discussion, writing assignments, and a video tutorial project. This course will be useful for students who are planning to seek employment in Chinese companies or in companies doing business in Chinese speaking areas, and also for students who want to learn more about business in Chinese culture. This is a language class; proficiency equivalent to Intermediate Chinese II is required. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLCH-302 or equivalent course.) **Seminar 3, Credits 3 (Annual)**

**MLCH-449**                                                 **Special Topics in Chinese**
An in-depth exploration of the Chinese language and culture focusing on skills/topics that are not covered in sequential regular language courses. Prerequisite: varies; contact the instructor. **Seminar 3, Credits 3 (Fall, Spring, Summer)**

**MLCU-301**                                                            **Psycholinguistics**
This course introduces main subfields of psycholinguistics, a study that deals with all aspects of human language performance: language acquisition, sentence processing/comprehension, and sentence production/speaking. Through readings on theoretical and experimental studies, findings and issues in first language acquisition, sentence processing, and sentence production are introduced. By discussing how speakers of different languages acquire, comprehend, and produce sentences, the course also examines interactions with language-specific, linguistic constraints and human language performances. **Lecture 3, Credits 3 (Spring)**

**MLCU-302**                                                    **Introduction to Syntax**
This course examines the foundational abstract rules, principles, and processes of sentence structure from a cross-linguistic perspective. It explores how different linguistic units, e.g. morphemes, words, and phrases, are combined into syntactic grammatical sentences. This course introduces techniques of syntactic analyses and allows students to address empirical questions regarding syntactic properties of different languages. Topics covered include phrase structures, grammatical relations, and transformations. **Lecture 3, Credits 3 (Biannual)**

**MLCU-549**               **Capstone Seminar in Applied Modern Language and Culture**
This upper division seminar constitutes the final core requirement in the Applied Modern Language and Culture degree program. Students majoring in Applied Modern Language and Culture will enroll in this course in their final year of study. The capstone seminar will further develop and sharpen the connection between the students' professional or technical fields and their linguistic and cultural knowledge of the language of the track The course will involve a variety of written and reading assignments, and/or project which involves professional fields. May be repeated up to twice. (Prerequisite: MLCH-402 or MLJP-402 or MLSP-402 or equivalent course.) **Seminar 3, Credits 3 (Fall, Spring)**

**MLFR-151**                                          **Film, Comics, and French Culture**
The course focuses on French culture through feature films, animated films, and comic books. France is the strongest film industry in Europe and is one of the world's major movie export powers after the U.S. Franco-Belgian comics are one of the main groups of comics, together with American and British comic books and the Japanese manga. France is Europe's largest producer and the world's third largest exporter of animated film. What do French films and comics tell us about French culture? The course explores aspects of contemporary French society. It addresses a broad range of topics including multiculturalism in France, French cuisine and the French paradox, fashion in France, the impact of the two world wars on French society, the legacy of the French colonial experience, and ethnic and sexual minorities in France. The course examines the interconnectedness of French culture with other cultures in the world, particularly American culture and the cultures of former French colonies. Students will also have to interpret and evaluate French films and comic books considering the cultural context in which they were created. They will learn about the specificity of French cinema as opposed to Hollywood productions, of French animated films versus American animated films and Japanese anime, and of Franco-Belgian comics as opposed to American and British comics and the Japanese manga. The course also offers a brief introduction to spoken French. **Lecture 3, Credits 3 (Spring)**

**MLFR-201**                                                            **Beginning French I**
This is the first course in a two-course sequence. The sequence provides students without prior exposure to the language with a sound basis for learning French as it is used today in its spoken and written forms. The goal of the sequence is proficiency in communication skills with an emphasis on oral proficiency. The sequence also acquaints students with contemporary culture and life in French-speaking countries. Students must take placement exam if this is their first RIT class in French and they have some prior study of French. **Seminar, Credits 4 (Fall, Spring)**

RIT0000977

College of Liberal Arts

**MLFR-202** **Beginning French II**
This is the second course in a two-course sequence. The sequence provides students without prior exposure to the language with a sound basis for learning French as it is used today in its spoken and written forms. The goal of the sequence is proficiency in communication skills with an emphasis on oral proficiency. The sequence also acquaints students with contemporary culture and life in French-speaking countries. (Prerequisites: Minimum score of 1 on RIT Language Placement Exam or MLFR-201 or equivalent course.) **Seminar, Credits 4 (Fall, Spring)**

**MLFR-301** **Intermediate French I**
This is the first course of a two-course sequence at the intermediate level. The sequence provides students with the tools necessary to increase their ability to function in French. Communicative activities, contemporary texts, vocabulary study, and grammar are used to expand all communication skills, especially oral proficiency. This sequence continues to address issues of contemporary French life and culture as well as the cultures of the Francophone world. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or MLFR-202 or MLFR-202T or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

**MLFR-302** **Intermediate French II**
This is the second course of a two-course sequence at the intermediate level. The sequence provides students with the tools necessary to increase their ability to function in French. Communicative activities, contemporary texts, vocabulary study, and grammar are used to expand all communication skills, especially oral proficiency. This sequence continues to address issues of contemporary French life and culture as well as the cultures of the Francophone world. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLFR-301 or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

**MLFR-310** **French Oral Communication**
This course is designed to help students improve their oral communication in French by focusing on increasing and developing speaking and listening skills. Through communicative activities students will gain conversational skills in French and cultural knowledge about France and French people. The course also combines an examination of how French sounds are produced with practical exercises taken from a variety of sources, including songs and movie/tv show clips. Students in this course will improve their general fluency and oral accuracy while also increasing their knowledge of Francophone culture and colloquial French. Taught in French. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or MLFR-202 or MLFR-202T or equivalent course.) **Seminar 3, Credits 3 (Fall)**

**MLFR-315** **French Reading and Writing Proficiency**
This course trains students to read and write in French at an advanced intermediate level of competency. Through gradual presentation and recognition of French grammar forms and vocabulary, students learn to comprehend, discuss, and analyze a wide variety of French texts, including songs, scripts of movies and TV series, comic books, skits, news items, canonical narratives, as well as some technical and scientific materials. Students also learn to write and express their ideas in grammatically correct French and to explore different genres and forms of writing. The course also expands students' knowledge of French and Francophone cultures. Conducted in French. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLFR-301 or equivalent course.) **Seminar 3, Credits 3 (Spring)**

**MLFR-351** **French Films and Hollywood**
A comparative study of French films and their American remakes from the 1930s to the 21st century to determine what these films reveal about the cultural and cinematic contexts from which they emerge. The course examines differences as well as similarities in the construction of identities in France and the United States. Devotes particular attention to the (re)construction of race, space, gender, and national histories. Conducted in English. **Lecture, Credits 3 (Spring)**

**MLFR-352** **The French Heritage in Films**
Heritage films are central to the French cinematographic production. They enable the transmission and the reevaluation of a tradition that lies at the core of French cultural identity. This course examines a selection of French films adapted from both canonical and non-canonical texts representative of major events, trends, social issues, and artistic movements that contributed to shaping modern France. Students will become familiar with world-renowned French novels, short stories, comic books, and films. The course deals with topics such as aristocratic culture, racial identity in France, the myth of the resistance and the legacy of the Second World War, France's rural past, the French colonial experience, women and bourgeois culture, the long-standing tradition of comic books and comedy in France, the Tradition of Quality, the French New Wave, and heritage films. The course also examines the interconnectedness of French culture and the cultures of the United States, England, and former French colonies. It notably explores how the French colonial experience informed the development of French cinema, and how French heritage films were both inspired and reinterpreted by British and American cinematographic industries to reflect the cultures and values of those societies. Conducted in English. **Lecture 3, Credits 3 (Spring)**

**MLFR-401** **Advanced French I**
This is the first course of a two-course sequence at the advanced level. This course will emphasize active spoken language use. Other skills will also be used, such as reading, writing and listening, but primarily as helps for developing conversational ability. Attention will also be given to grammatical accuracy. Readings will cover historical and current events in France and in other Francophone cultures. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLFR-302 or equivalent course.) **Seminar, Credits 3 (Fall)**

**MLFR-402** **Advanced French II**
This is the second course of a two-course sequence at the advanced level. This course will emphasize active spoken language use. Other skills will also be used, such as reading, writing and listening, but primarily as helps for developing conversational ability. Attention will also be given to grammatical accuracy. Readings will cover historical and current events in France and in other Francophone cultures. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLFR-302 or equivalent course.) **Seminar, Credits 3 (Spring)**

**MLFR-410** **French for Science and Technology**
This course teaches specialized terminology and linguistic structures important for communicating scientific and technological knowledge in French. The focus is on developing students' listening, speaking, reading, and writing skills in interpreting technical French. Students will learn science and technology terms and structures in a broad range of technical areas via experiential learning activities. In addition, students will research and present topics of their own interest or beyond their disciplines. Students will expand their knowledge of French to include technical terms/structures and prepare themselves to better apply their language skills in internships, research, and work while exploring and understanding the culture in professional workplaces. Taught in French with a prerequisite of Intermediate French II. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLFR-302 or equivalent course.) **Seminar 3, Credits 3 (Spring)**

**MLFR-415** **Professional French**
The course gives students an opportunity to study professional language and culture as well as to practice presentation and negotiation skills, especially in professional and formal contexts. Students will improve speaking, listening, reading and writing skills developed in the elementary/intermediate sequence to master formal interactions in French. They will learn professional vocabulary, expressions, and grammatical structures through readings, conversation, and discussion. They will cultivate expressive skills through discussion, writing assignments, and a video tutorial project. This course will be useful for students who are planning to seek employment in international companies or in companies doing business abroad, and also for students who want to learn more about business in the target culture. This is a language class; proficiency equivalent to Intermediate French II is required. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLFR-302 or equivalent course.) **Seminar 3, Credits 3 (Annual)**

**MLFR-449** **Special Topics in French**
An in-depth exploration of the French language and culture focusing on skills/topics that are not covered in sequential regular language courses. Prerequisite: varies; contact the instructor. **Seminar 3, Credits 3 (Fall, Spring, Summer)**

**MLGR-201** **Beginning German I**
This is the first course in a two-course sequence. The sequence provides students without prior exposure to the language with a sound basis for learning German as it is used today in its spoken and written forms. The goal of the sequence is proficiency in communication skills with an emphasis on oral proficiency. The sequence also acquaints students with contemporary culture and life in the German-speaking countries. Students must take a placement exam if this is their first RIT class in German and they have some prior study of German. **Seminar, Credits 4 (Fall, Spring)**

**MLGR-202** **Beginning German II**
This is the second course in a two-course sequence. The sequence provides students without prior exposure to the language with a sound basis for learning German as it is used today in its spoken and written forms. The goal of the sequence is proficiency in communication skills with an emphasis on oral proficiency. The sequence also acquaints students with contemporary culture and life in the German-speaking countries. (Prerequisites: Minimum score of 1 on RIT Language Placement Exam or MLGR-201 or equivalent course.) **Seminar, Credits 4 (Fall, Spring)**

**MLGR-301** **Intermediate German I**
This is the first course of a two-course sequence at the intermediate level. The sequence provides students with the tools to increase their ability to function in German. Communicative activities, contemporary texts, and the study of vocabulary and grammar are used to expand all communication skills, especially oral proficiency. This sequence continues to address issues of contemporary German life and culture. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or MLGR-202 or MLGR-202T or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

RIT0000978

**MLGR-302**      **Intermediate German II**
This is the second course of a two-course sequence at the intermediate level. The sequence provides students with the tools to increase their ability to function in German. Communicative activities, contemporary texts, the study of vocabulary and grammar are used to expand all communication skills, especially oral proficiency. This sequence continues to address issues of contemporary German life and culture. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLGR-301 or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

**MLGR-310**      **German Conversation and Oral Practice**
This course is designed to help students further develop two of the four basic language skills: listening and speaking. Students will expand on skills they have attained in previous language courses with particular emphasis on the advancement of their speaking proficiency in German. Through a task-based approach the course aims to assist students in learning to speak German with a greater degree of fluency and accuracy. Students will communicate solely in German throughout the course. Each class session will consist of communicative activities and practice. The learning of the German language will occur through the completion of communicative tasks in different formats and circumstances (e.g. interviews, situational sketches, oral projects). There will be little emphasis on grammar, but the emphasis on pronunciation and vocabulary will be significant. Authentic audiovisual materials will be an integral part of the course, as will the submission and review of spoken samples of German on the part of the student via MyCourses. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or MLGR-202 or MLGR-202T or equivalent course.) **Seminar 3, Credits 3 (Fall)**

**MLGR-315**      **German Grammar through Reading and Writing**
In this course, students will read a variety of German texts. Through this process, they will develop the grammar and vocabulary skills needed to comprehend written German in specific fields. Students will work with texts from various sources, including articles in their own discipline. They will learn to analyze written texts and thereby develop useful language skills as well as specific vocabulary, as pertinent to their fields. A series of graduated reading exercises will also increase their overall grammar skills in German. At the same time, students will intensively practice their writing skills. They will be assigned a variety of writing assignments, compositions and essays in accordance with the topics covered by their reading exercises. Their writing activities will cover a number of different formats and styles, such as film/book reviews, letters to the editor, personal essays, creative essays, analytical texts, short newspaper articles, and scientific abstracts. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLGR-301 or equivalent course.) **Seminar 3, Credits 3 (Spring)**

**MLGR-351**      **Modern German Culture through Film**
This course is organized around the notion of what Germany is today and the historical, social, cultural and literary determinants of that concept. Through a series of texts, films and videos designed to introduce the students to contemporary German society, thought and cultural practices, the course seeks to explore the following questions: What is Germany today? What is it to be German today? How do the Germans see themselves, and how are they seen by others? In what ways do cultural practices, globalization, and ethnicity influence the formation of modern German identity (and is there one)? Where do these notions come from? How does that compare to notions of identity and society in the US? Discussions will include analysis of cultural stereotypes, family life, sports, language, media, politics, immigration, etc. The focus of this course is cultural analysis, exploration, and comparison. In order to critically examine these questions, this course focuses on various aspects of modern German culture from the 1950's to the present. Since the fall of the Berlin wall in 1989, German society has undergone numerous changes, which manifest themselves politically, socially, culturally and economically. Through films, readings in history and social science, magazine articles, literature and books, this course will scrutinize these changes and their meaning within the context of present-day German society. **Lecture 3, Credits 3 (Spring)**

**MLGR-401**      **Advanced German I**
This is the first course of a two-course sequence at the advanced level. This sequence is designed to develop in-depth proficiency in the four language skills of speaking, understanding, reading, and writing. This sequence develops the ability to understand and communicate freely on a variety of familiar and unfamiliar topics by expanding the vocabulary base and by discussions, compositions, and oral reports based on cultural and literary texts and audio-visual materials. The sequence includes a rigorous study of advanced grammatical structures and usage. Students must take a placement exam if this is their first RIT class in German and they have prior study of German. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLGR-302 or equivalent course.) **Seminar, Credits 3 (Fall)**

**MLGR-402**      **Advanced German II**
This is the last course of a two-course sequence at the advanced level. This sequence is designed to intensively develop proficiency in the four language skills of speaking, understanding, reading, and writing. This sequence develops the ability to understand and communicate freely by expanding the vocabulary base and by discussions, compositions, and oral reports, based on cultural and literary texts and audio-visual materials. The sequence includes a rigorous study of advanced grammatical structures and usage Students must take a placement exam if this is their first RIT class in German and they have prior study of German. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLGR-302 or equivalent course.) **Seminar, Credits 3 (Spring)**

**MLGR-410**      **German for Science and Technology**
This course teaches specialized terminology and linguistic structures important for communicating scientific and technological knowledge in German. The focus is on developing students' listening, speaking, reading, and writing skills in interpreting technical German. Students will learn science and technology terms and structures in a broad range of technical areas via experiential learning activities. In addition, students will research and present topics of their own interest or beyond their disciplines. Students will expand their knowledge of the target language to include technical terms/structures and prepare themselves to better apply their language skills in internships, research, and work environments while exploring and understanding the culture in professional workplaces. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLGR-302 or equivalent course.) **Seminar 3, Credits 3 (Spring)**

**MLGR-415**      **Professional German**
The course gives students an opportunity to study professional language and culture as well as to practice presentation and negotiation skills, especially in professional and formal contexts. Students will improve speaking, listening, reading and writing skills developed in the elementary/intermediate sequence to master formal interactions in German. They will learn professional vocabulary, expressions, and grammatical structures through readings, conversation, and discussion. They will cultivate expressive skills through discussion, writing assignments, and a video tutorial project. This course will be useful for students who are planning to seek employment in international companies or in companies doing business abroad, and also for students who want to learn more about business in the target culture. This is a language class; proficiency equivalent to Intermediate German II is required. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLGR-302 or equivalent course.) **Seminar 3, Credits 3 (Spring)**

**MLGR-449**      **Special Topics in German**
An in-depth exploration of the German language and culture focusing on skills/topics that are not covered in sequential regular language courses. Prerequisite: varies; contact the instructor. **Seminar 3, Credits 3 (Fall, Spring, Summer)**

**MLIT-201**      **Beginning Italian I**
This is the first course in a two-course sequence. The sequence provides students without prior exposure to the language with a sound basis for learning Italian as it is used today in its spoken and written forms. The goal of the sequence is proficiency in communication skills with an emphasis on oral proficiency. The sequence also acquaints students with contemporary culture and life in the Italian-speaking countries. Students must take placement exam if this is their first RIT class in Italian and they have some prior study of Italian. **Seminar, Credits 4 (Fall, Spring)**

**MLIT-202**      **Beginning Italian II**
This is the second course in a two-course sequence. The sequence provides students without prior exposure to the language with a sound basis for learning Italian as it is used today in its spoken and written forms. The goal of the sequence is proficiency in communication skills with an emphasis on oral proficiency. The sequence also acquaints students with contemporary culture and life in the Italian-speaking countries. (Prerequisites: Minimum score of 1 on RIT Language Placement Exam or MLIT-201 or equivalent course.) **Seminar, Credits 4 (Fall, Spring)**

**MLIT-301**      **Intermediate Italian I**
This is the first course of a two-course sequence at the intermediate level. The sequence provides students with the tools to increase their ability to function in Italian. Communicative activities, contemporary texts, and the study of vocabulary and grammar are used to expand all communication skills, especially oral proficiency. This sequence continues to address issues of contemporary Italian life and culture. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or MLIT-202 or MLIT-202T or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

**MLIT-302**      **Intermediate Italian II**
This is the first course of a two-course sequence at the intermediate level. The sequence provides students with the tools to increase their ability to function in Italian. Communicative activities, contemporary texts, and the study of vocabulary and grammar are used to expand all communication skills, especially oral proficiency. This sequence continues to address issues of contemporary Italian life and culture. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLIT-301 or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

RIT0000979

College of Liberal Arts

**MLIT-351**                                     **Italian Cinema from Neorealism to the New Millennium**
Comparative study of Italian New Cinema and its predecessors from 1945 to the 21st century. Devotes particular attention to the perspectives that shaped race, space, gender, and national histories revealed though the cultural and cinematic contexts. Students will view and compare cinema from the Neorealist canon and the New Italian Cinema to explore the possible common thread in film language and the issues discussed. A special attention is given to gender construction in Italian cinema and cinema from United States. The students will write a comparative research paper on more than two films from the different periods, or create a project such as a short film. The course also contrasts the Italian culture and the cultures of the United States, Europe, Asia, and Africa. It explores how Italian cinema was seminal in the development of cinematographic industries and production of other countries. Specific attention will be given to the comparison of Italian culture and colonial experience and the Global South. Conducted in English. **Lecture 3, Credits 3 (Fall)**

**MLIT-401**                                     **Advanced Italian I**
This is the first course of a two-course sequence at the advanced level. The sequence provides students with the tools to increase their ability to function in Italian. Communicative activities, contemporary texts, and the study of vocabulary and grammar are used to expand all communication skills, especially oral proficiency. This sequence continues to address issues of contemporary Italian life and culture. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLIT-302 or equivalent course.) **Seminar, Credits 3 (Fall)**

**MLIT-402**                                     **Advanced Italian II**
This is the first course of a two-course sequence at the advanced level. The sequence provides students with the tools to increase their ability to function in Italian. Communicative activities, contemporary texts, and the study of vocabulary and grammar are used to expand all communication skills, especially oral proficiency. This sequence continues to address issues of contemporary Italian life and culture. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLIT-302 or equivalent course.) **Seminar, Credits 3 (Spring)**

**MLIT-449**                                     **Special Topics in Italian**
An in-depth exploration of the Italian language and culture focusing on skills/topics that are not covered in sequential regular language courses. **Seminar 3, Credits 3 (Fall, Spring, Summer)**

**MLJP-201**                                     **Beginning Japanese I**
This is the first course in the first year sequence designed for students with no prior exposure to Japanese. It provides a sound introduction to the language as it is spoken and written today. A strong emphasis is placed on oral proficiency and the appropriate use of language in Japanese society. Hiragana and Katakana syllabary is also taught for written communication. Not open to students with prior Japanese instruction. Students must take placement exam if this is their first RIT class in Japanese and they have some prior study of Japanese. **Seminar, Credits 4 (Fall, Spring, Summer)**

**MLJP-202**                                     **Beginning Japanese II**
This is the second course in the first-year sequence. It provides a sound introduction to the language as it is spoken and written today. A strong emphasis is placed on proficiency and the appropriate use of language in the Japanese society. Students continue to learn how to use language in real-life situations for different communication purposes. Approximately 120 Kanji characters are also introduced for written communication. Students must have a good command of Hiragana and Katakana and basic knowledge of Kanji to take this course. (Prerequisites: Minimum score of 1 on RIT Language Placement Exam or MLJP-201 or equivalent course.) **Seminar, Credits 4 (Fall, Spring)**

**MLJP-301**                                     **Intermediate Japanese I**
This is the first course in the second-year sequence designed to give students more advanced instruction and practice in the skills of speaking, reading, writing, and comprehending contemporary Japanese. A strong emphasis is placed on proficiency through reading, writing, and speaking activities. Students learn cultural information and practice using the language in real life situations in Japanese society. Approximately 60 new Kanji are introduced. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or MLJP-202 or MLJP-202T or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

**MLJP-302**                                     **Intermediate Japanese II**
This is the second course in the second-year sequence designed to give students more advanced instruction and practice in the skills of speaking, reading, writing, and comprehending contemporary Japanese. A strong emphasis is placed on proficiency through reading, writing, and speaking activities. Students learn cultural information and practice using the language in real life situations in Japanese society. Approximately 120 new Kanji are introduced. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLJP-301 or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

**MLJP-310**                                     **Practical Reading and Speaking in Japanese**
This course aims to cultivate basic skills that are essential for daily life in Japan. The main focus is on the development of reading skills and oral communication skills with the use of common phrases, expressions, and Kanji characters that are commonly used in the Japanese society today. This course gives students the opportunity to read various practical texts such as signs, advertisements, notes, instructions, notices, and e-mails. The course also provides students opportunities to strengthen practical communication skills through activities and daily life situations such as filling out forms, asking for information, explaining situations in detail, and giving thoughts on daily matters. This course reinforces the materials learned in the beginning level in Japanese. Students need to continue the sequential courses (Intermediate Japanese I and II) in order to advance in the intermediate level. (This course requires permission of the Instructor to enroll.) **Seminar 3, Credits 3 (Spring)**

**MLJP-315**                                     **Practical Writing and Speaking in Japanese**
This course aims to enhance basic writing and speaking skills that are essential for daily life in Japan. The main focus is on the development of practical daily conversational skills and writing with the use of common phrases, expressions, and Kanji characters that are commonly used in the Japanese society today. This course gives students the opportunity to practice writing various practical passages and texts such as application forms, advertisements, e-mails, blogs, and letters. The course also provides students opportunities to strengthen practical communication skills through activities and daily life situations such as asking for information, explaining situations in detail, and giving thoughts on daily matters. This course reinforces the materials learned at the beginning level in Japanese. Students need to continue the sequential courses (Intermediate Japanese I and II) in order to advance in the intermediate level. **Seminar 3, Credits 3 (Fall)**

**MLJP-351**                                     **Languages in Japanese Society**
This course aims to introduce students to modern Japanese society, its rich cultural heritage, and the use of Japanese language that reflects the societal norms. It provides students with a fundamental yet diverse knowledge of Japanese culture and Japanese language use. Course work will include lectures, readings, discussions, and working with multi-media resources. Knowledge of Japanese helpful but not necessary. **Lecture, Credits 3 (Fall, Spring)**

**MLJP-401**                                     **Advanced Japanese I**
This course provides advanced students of Japanese with training in all four language skills. Students will practice oral communication with a high degree of proficiency in various social settings. They will improve communicative skills with discussions and debate. They will also receive training in reading semi-authentic and authentic materials with the help of a dictionary, as well as training in writing for a specific purpose, such as news reports and critical essays. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLJP-302 or equivalent course.) **Seminar, Credits 3 (Fall)**

**MLJP-402**                                     **Creative Writing and Performance in Japanese**
This course provides advanced students of Japanese with training in spoken and written production. Students will learn the different writing styles and style in speech in Japanese that range from casual to formal, and will apply them to differentiate the speaking and writing as they engage in spoken and written productions. Production activities include, but not limited to, creative, expository, and persuasive writing and speaking, and some short visual performance such as play. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLJP-302 or equivalent course.) **Lab, Lecture 3, Credits 3 (Spring)**

**MLJP-404**                                     **Japanese Culture in Print**
Through selected readings of essays, novels, biographies of historical figures, and contemporary manga (Japanese comics), this course gives students the opportunity to learn about Japanese culture, society, and history, in the Japanese language. Also, through discussing and writing as well as reading, this course refines students' language skills with the aim of expressing their thoughts. Furthermore, through individual readings selected by the student and based on their area of interest and ability, this course provides the opportunity to develop expressive skills in Japanese. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLJP-302 or MLJP-401 or MLJP-402 or equivalent course.) **Seminar, Credits 3 (Fall)**

**MLJP-405**                                     **Advanced Speaking in Japanese**
This course is designed to establish speaking proficiency at an advanced level by expanding students' understanding of the socio-cultural knowledge necessary for communication. Readings concerning such topics as recent social developments and traditional culture in Japan will provide the basis for students' discussions in class as well as writing assignments. Students will also master both formal and informal interactions in Japanese in various contexts by practicing dialogues and creating role-plays on situations associated with the topics and skills required for advanced speakers. Moreover, each student will conduct research on a topic related to Japan and give a presentation in Japanese in class. With these kinds of activities, students will not only improve such practical communication skills as expressing their thoughts and giving explanations, but also acquire vocabulary, expressions and kanji characters at a more advanced level, and deepen their understanding of Japan. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLJP-302 or equivalent course.) **Seminar 3, Credits 3 (Spring)**

RIT0000980

**MLJP-410**                                                 **Japanese for Science and Technology**
This course teaches specialized terminology and linguistic structures important for communicating scientific and technological knowledge in the target language. The focus is on developing students' listening, speaking, reading, and writing skills in interpreting technical Japanese. Students will learn science and technology terms and structures in a broad range of technical areas via experiential learning activities. In addition, students will research and present topics of their own interest or beyond their disciplines. Students will expand their knowledge of the target language to include technical terms/structures and prepare themselves to better apply their language skills in internships, research, and work while exploring and understanding the culture in professional workplaces. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLJP-302 and (MLJP-315 or MLJP-310) or equivalent course.) **Seminar 3, Credits 3 (Spring)**

**MLJP-415**                                                                     **Professional Japanese**
The course gives students an opportunity to study professional language and culture as well as to practice presentation and negotiation skills, especially in professional and formal contexts. Students will improve speaking, listening, reading and writing skills developed in the elementary/intermediate sequence to master formal interactions in Japanese. They will learn professional vocabulary, expressions, and grammatical structures through readings, conversation, and discussion. They will cultivate expressive skills through discussion, writing assignments, and a video tutorial project. This course will be useful for students who are planning to seek employment in international companies or in companies doing business abroad, and also for students who want to learn more about business in Japan. This is a language class; proficiency equivalent to Intermediate Japanese II is required. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLJP-302 and (MLJP-315 or MLJP-310) or equivalent course.) **Seminar 3, Credits 3 (Annual)**

**MLJP-449**                                                                 **Special Topics in Japanese**
An in-depth exploration of the Japanese language and culture focusing on skills/topics that are not covered in sequential regular language courses. Prerequisite: varies; contact the instructor. **Seminar 3, Credits 3 (Fall, Spring, Summer)**

**MLJP-451**                                                       **Structure of the Japanese Language**
This course aims to increase student understanding of basic characteristics of the Japanese language. Topics include the genetic affiliation of the Japanese language, sound system, word formation, syntactic structures, socio-cultural factors in language use, and historical development of the writing system. Students will become acquainted with the language from a linguistics perspective and develop analytical skills by solving linguistic problems pertinent to Japanese language. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or MLJP-202 or MLJP-202T or equivalent course.) **Lecture, Credits 3 (Fall, Spring)**

**MLPO-201**                                                                   **Beginning Portuguese I**
Beginning Portuguese I introduces the Portuguese language and culture to beginners, and builds the foundation skills in speaking, listening, reading, writing and culture. Part of the SILP/World languages program. Based on Brazilian Portuguese, along with study of all Lusophone countries. Students must take placement exam if this is their first RIT class in Portuguese and they have some prior study of Portuguese. **Seminar, Credits 4 (Fall)**

**MLPO-202**                                                                  **Beginning Portuguese II**
Beginning Portuguese II continues the first-year study of Portuguese language and culture, including work in the present tense, the past tenses, and introducing the subjunctive mood, continuing to build the foundation skills in speaking, listening, reading, writing and culture. Based on Brazilian Portuguese, along with study of all Lusophone countries. Part of the SILP/World languages program. Consult program coordinator if this is your first RIT Portuguese course. Students must take the placement exam if this is their first RIT Portuguese class and they have some prior study of Portuguese. (Prerequisites: Minimum score of 1 on RIT Language Placement Exam or MLPO-201 or equivalent course.) **Seminar, Credits 4 (Spring)**

**MLPO-301**                                                               **Intermediate Portuguese I**
Intermediate Portuguese I is the first course in the second year of Portuguese language study. Course content concentrates on intensive grammar review, situation dialogues, conversation, and cultural readings, and includes work in all five skills (speaking, listening, reading, writing, culture). Part of the SILP/World languages program: consult the program coordinator if this is your first RIT Portuguese course. Students must take the placement exam if this is their first RIT Portuguese class, and they have some prior study of Portuguese. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or MLPO-202 or MLPO-202T or equivalent course.) **Seminar, Credits 3 (Fall)**

**MLPO-302**                                                              **Intermediate Portuguese II**
Intermediate Portuguese II is the second course in the second year of Portuguese language study. Course content concentrates on intensive grammar review, situation dialogues, letter writing (business and personal), compositions, oral presentations, and cultural readings. Includes work in all five skills (speaking, listening, reading, writing, culture). Part of the SILP/World languages program: consult the program coordinator if this is your first RIT Portuguese course. Students must take the placement exam if this is their first RIT Portuguese class, and they have some prior study of Portuguese. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLPO-301 or equivalent course.) **Seminar, Credits 3 (Spring)**

**MLPO-401**                                                                    **Advanced Portuguese I**
This is the first course of the advanced (third) year of Portuguese language and culture study. The course content is based on the first six films and the first two chapters of the textbook Cinema For Portuguese Conversation (Bonnie Wasserman, Focus Publishing, 2009). Course work covers the cultural themes, readings, grammar study, vocabulary, conversation and composition topics included in the book and the films. Practice in all five skills: speaking, listening, reading, writing, culture. Part of the SILP/World languages program. Consult program coordinator if this is your first RIT Portuguese course. Students must take the placement exam if this is their first RIT Portuguese class, and they have some prior study of Portuguese. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLPO-302 or equivalent course.) **Seminar, Credits 3 (Fall)**

**MLPO-402**                                                                   **Advanced Portuguese II**
This is the second course of the advanced (third) year of Portuguese language and culture study. The course content is based on the last eight films and the last three chapters of the textbook Cinema for Portuguese Conversation (Bonnie Wasserman, Focus Publishing, 2009). Course work covers the cultural themes, readings, grammar study, vocabulary, conversation and composition topics included in the book and the films. Practice in all five skills: speaking, listening, reading, writing, culture. Part of the SILP/World languages program. Consult program coordinator if this is your first RIT Portuguese course. Students must take the placement exam if this is their first RIT Portuguese class, and they have some prior study of Portuguese. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLPO-401 or equivalent course.) **Seminar, Credits 3 (Spring)**

**MLPO-449**                                                               **Special Topics in Portuguese**
An in-depth exploration of the Portuguese language and culture focusing on skills/topics that are not covered in sequential regular language courses. Prerequisite: varies; contact the instructor. **Seminar 3, Credits 3 (Fall, Spring, Summer)**

**MLRU-201**                                                                       **Beginning Russian I**
Beginning Russian I introduces the Russian Language and builds foundational skills in speaking, listening, reading, and writing. Grammar is introduced within conversational topics. The course is very interactive and students learn how to communicate on selected topics, creating dialogues and acting out real world situations. Students who have prior knowledge in Russian should take placement test before enrolling into the class. **Seminar, Credits 4 (Fall, Spring)**

**MLRU-202**                                                                      **Beginning Russian II**
Beginning Russian II works on further development of communicative skills within conversational topics. Students learn more vocabulary and grammar and writing given topics are able to have conversations, read, and write in the target language. Students must take the placement exam and consult their program coordinator if this is their first RIT Russian class, and they have some prior study of Russian. (Prerequisites: Minimum score of 1 on RIT Language Placement Exam or MLRU-201 or equivalent course.) **Seminar, Credits 4 (Fall, Spring)**

**MLRU-301**                                                                    **Intermediate Russian I**
Intermediate Russian I starts the second year of Russian language study. Students learn new topics with more complex language structures. Students are prepared for speaking on the topics as well as constructing free conversations in Russian. Students continue to develop their functional skills on an intermediate level. Students must take the placement exam and consult their program coordinator if this is their first RIT Russian class, and they have some prior study of Russian. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or MLRU-202 or MLRU-202T or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

**MLRU-302**                                                                   **Intermediate Russian II**
Intermediate Russian II continues the second year of Russian language study. Students learn more new topics and continue developing conversational and functional skills on an intermediate level. They are able to have conversation on a variety of topics. Students are beginning to read more complex text and write essays on the topics. Students must take the placement exam and consult their program coordinator if this is their first RIT Russian class, and they have some prior study of Russian. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLRU-301 or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

RIT0000981

**College of Liberal Arts**

**MLRU-401**                                                      **Advanced Russian I**

Advanced Russian I, the first in the advanced (third year) sequence of Russian language courses, provides students with training in advanced-intermediate to advanced level work in all skills (speaking, listening, reading, writing), including conversation, with increased work in reading and writing. In addition students learn about Russian culture and history through articles that they read in the target language. See Coordinator of the World languages program if this is your first RIT Russian class. Students must take the placement exam if this is their first RIT Russian class, and they have some prior study of Russian or are heritage learners who need to improve their reading and writing skills. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLRU-302 or equivalent course.) **Seminar, Credits 3 (Fall)**

**MLRU-402**                                                     **Advanced Russian II**

Advanced Russian II, the second in the advanced (third year) sequence of Russian language courses provides students with training in advanced level work in all skills (speaking, listening, reading, and writing). Students are able to participate in discussions, write essays, read articles and excerpts from the work of the Russian authors. Students continue to learn about Russian culture and history through articles. See Coordinator of the World languages program if this is your first RIT Russian class. Students must take the placement exam if this is their first RIT Russian class, and they have some prior study of Russian or are heritage learners. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLRU-401 or equivalent course.) **Seminar, Credits 3 (Spring)**

**MLRU-449**                                                        **Topics in Russian**

An in-depth exploration of the Russian language and culture by focusing the skills/topics that are not regularly covered in sequential regular language courses. Prerequisite: varies; contact the instructor. **Seminar 3, Credits 3 (Fall, Spring, Summer)**

**MLSP-201A**                                                    **Beginning Spanish IA**

Beginning Spanish IA is for true beginners of Spanish: those who have never studied the language or have very little recollection of it (the latter as acknowledged by placement test results). This course introduces the Spanish language and the culture of Hispanic countries to beginners, and provides a basic foundation in all skills in Spanish (speaking, listening, reading, writing, culture) through intensive practice in a variety of media. Language work progresses from autobiographical information, through the present tense, to preliminary work in the past tenses. Students must take the placement exam if this is their first RIT class in Spanish and they have some prior study of Spanish. **Seminar 4, Credits 4 (Fall, Spring, Summer)**

**MLSP-201B**                                                    **Beginning Spanish IB**

This course is for students who have previously studied Spanish in high school or elsewhere but who do not know the past tenses as determined by placement test results. The course strengthens students' foundation in all skills in Spanish (speaking, listening, reading, writing, culture) through intensive practice in a variety of media. Language work progresses from autobiographical information, through the present tense, to preliminary work in the past tenses. Students must take the placement exam if this is their first RIT class in Spanish. (Prerequisites: Students must have a score of 9 of the RIT Language Placement Exam.) **Seminar 4, Credits 4 (Fall, Spring)**

**MLSP-202**                                                      **Beginning Spanish II**

This course continues the basic grammatical structures, vocabulary and situations of first-year Spanish, with foundation work in all skills (speaking, listening, reading, writing, culture). Beginning Spanish II continues work in the past tenses and includes work on the subjunctive mood, plus the future and conditional tenses. Students work on paragraph-length speech and writing, and move toward readiness for conversation and composition. (Prerequisites: MLSP-201A or MLSP-201B or score of 1 on the placement exam or equivalent course.) **Seminar, Credits 4 (Fall, Spring)**

**MLSP-301**                                                     **Intermediate Spanish I**

This is the first course in the Intermediate Spanish sequence (second year). Intermediate Spanish I is a course in Conversation, along with grammar review and culture study. Emphasis is on tourist survival situation dialogues, various forms of conversation, and registers of formality. The basic skills learned in the first year courses are now put into practice. Students must take the placement exam if this is their first RIT Spanish class, and they have some prior study of Spanish. (Prerequisites: Minimum score of 2 on RIT Language Placement Exam or MLSP-202 or MLSP-202T or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

**MLSP-302**                                                    **Intermediate Spanish II**

This is the second course in the Intermediate Spanish sequence (second year). Intermediate Spanish II is a Composition course, emphasizing grammar review, composition, business-letter writing, Spanish for the Professions, and culture, while also including work in speaking and listening. The basic skills learned in the first year courses are now put into practice. In addition to the language work, there is significant work on cultural topics of Spanish-speaking countries at the intermediate level: both formal and informal culture (the arts and daily behavior). Students must take the placement exam if this is their first RIT Spanish class, and they have some prior study of Spanish. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLSP-301 or equivalent course.) **Seminar, Credits 3 (Fall, Spring)**

**MLSP-305**                                                    **Spanish for Health Care**

Students will acquire culture and communication skills related to health and the health professions in Spanish through experiential learning and primary sources including authentic audiovisual and written materials. This course includes a one-week experiential learning component in a Spanish-speaking community during spring break. A program fee and approved application are required. All students will present an original, culminating project through which they will share the results of this community-based learning experience. Topics covered include Communication Styles, Cultural Awareness, the Medical Interview, Anatomy, Vital Signs, Medical History, Nutrition, Illnesses, Symptoms, Allergies, Appointments, Test Results, Hospitalization, Surgery, Vaccinations, Dental Hygiene, Mental Health, Pregnancy, Sexual Health. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLSP-301 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MLSP-310**                                                   **Spanish Grammar Review**

Spanish Grammar Review is an intensive review of the major grammar components of the Spanish language as typically studied by U.S. college students. Classroom exercises and discussion are supplemented by a textbook and online activity program. The course intends to help students progress in their language study and solidify their grammar skills. In addition to particular exercises in the textbook topics, weekly class work includes an open forum for questions and spontaneous exercises. (Corequisites: Minimum score of 2 on RIT Language Placement Exam or MLSP-202 or MLSP-202T or equivalent course.) **Seminar 3, Credits 3 (Spring)**

**MLSP-315**                                          **Hispanic Culture and Civilization**

Hispanic Culture and Civilization, taught completely in Spanish, examines the history and cultures of the Spanish-speaking countries of the world. Detailed history, regional identities, regional characteristics, connections, similarities and differences, important historical events, cultural expressions, and contemporary issues are discussed, based on readings, documentary films, and research. (Prerequisites: Minimum score of 3 on RIT Language Placement Exam or MLSP-301 or equivalent course.) **Seminar 3, Credits 3 (Spring)**

**MLSP-351**                                    **Gender and Sexuality in Hispanic Studies**

This course introduces students to the study of gender and sexuality in cultural production from the Hispanic world. Students will read, view, and discuss diverse works from a variety of historical periods and geographical regions that deal with gender identity, sexuality, and interrelated social movements. This course refines students' skills through discussions, presentations, and writing exercises on readings, lectures, and film screenings. Students will also develop research skills as they complete a project on a topic chosen in consultation with the instructor. The critical approach that will inform this course is feminist thought. **Lecture 3, Credits 3 (Fall)**

**MLSP-352**                                                        **Caribbean Cinema**

This course provides an introduction to Hispanic Caribbean culture through cinema studies. We will study the role of film in Hispanic Caribbean societies as well as the unique artistic and technical achievements and obstacles of Cuban, Dominican, and Puerto Rican filmmakers. Topics covered include: The Basics of Film Analysis; An Introduction to Caribbean Film History; The Social Context of the Hispanic Caribbean Film Industry; Art and Revolution; Race, Ethnicity, and Religion; Occupation, Dictatorship, and War; Gender, Sexuality and Exile; Transnationalism and Migration, and Hispanic Caribbean Film in a Global Context. This course will take a cultural studies approach to the study of film as a social practice. Weekly films (1.5-2 hours in length) must be watched outside of class hours. All films with dialog have English subtitles. **Lecture, Credits 3 (Spring)**

**MLSP-353**                                  **Trauma and Survival in First-Person Narrative**

This course introduces students to first-person narratives about trauma and survival from Latin America, the Hispanic Caribbean, U.S. Latina/o communi-ties, and Spain. Students will learn about Hispanic literature, culture, and history while exploring the themes of memory, community, and survival in autobiography, testimonial narrative, chronicle, memoir, epistolary narrative, essay, and the historical novel. Through in-class discussion, presentations, reading, and writing exercises, this course refines students' skills in oral ex-pression, reading, writing, and critical thinking. Students will also develop research skills as they complete a project on a topic chosen in consultation with the instructor. **Lecture, Credits 3 (Spring)**

**MLSP-401**                                                      **Advanced Spanish I**

This is the first course at the advanced level. This sequence is designed to further develop proficiency in the four language skills of listening, speaking, reading, and writing. This sequence develops the ability to understand and communicate more freely by expansion of vocabulary and grammar, and by exposure to authentic cultural materials, both textual and visual. Students must take the placement exam if this is their first RIT Spanish class, and they have some prior study of Spanish. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLSP-302 or equivalent course.) **Seminar, Credits 3 (Fall)**

RIT0000982

**MLSP-402**             **Advanced Spanish II**
This is the second course at the advanced level. This sequence is designed to further develop proficiency in the four language skills of listening, speaking, reading, and writing. This sequence develops the ability to understand and communicate more freely by expansion of vocabulary and grammar, and by exposure to authentic cultural materials, both textual and visual. Students must take the placement exam if this is their first RIT Spanish class, and they have some prior study of Spanish. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLSP-302 or equivalent course.) **Seminar, Credits 3 (Spring)**

**MLSP-410**           **Spanish for Science and Technology**
This course teaches specialized terminology and linguistic structures important for communicating scientific and technological knowledge in Spanish. The focus is on developing students' listening, speaking, reading, and writing skills in interpreting technical Spanish. Students will learn science and technology terms and structures in a broad range of technical areas via experiential learning activities. In addition, students will research and present topics of their own interest or beyond their disciplines. Students will expand their knowledge of Spanish to include technical terms and linguistic structures. This course will better prepare them to apply their language skills in internships, research, and work while exploring and understanding the culture of professional workplaces in the Spanish-speaking world. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLSP-302 or equivalent course.) **Seminar 3, Credits 3 (Annual)**

**MLSP-415**           **Professional Spanish**
The course gives students an opportunity to study professional language and culture as well as to practice presentation and negotiation skills, especially in professional and formal contexts. Students will improve speaking, listening, reading and writing skills developed in the elementary/intermediate sequence to master formal interactions in Spanish. They will learn professional vocabulary, expressions, and grammatical structures through readings, conversation, and discussion. They will cultivate expressive skills through discussion, writing assignments, and a video tutorial project. This course will be useful for students who are planning to seek employment in international companies or in companies doing business abroad, and also for students who want to learn more about business in Spanish-speaking cultures. This is a language class; proficiency equivalent to Intermediate Spanish II is required. (Prerequisites: Minimum score of 4 on RIT Language Placement Exam or MLSP-302 or equivalent course.) **Seminar 3, Credits 3 (Annual)**

**MLSP-449**           **Special Topics in Spanish**
An in-depth exploration of the Spanish language and culture focusing on skills/topics that are not covered in sequential regular language courses. Prerequisite: varies; contact the instructor. **Seminar 3, Credits 3 (Fall, Spring, Summer)**

**MLST-449**           **Special Topic Modern Lng**
This upper-level course will focus on a specific theme or topic in modern languages, chosen by the instructor, announced in the subtitle, and developed in the syllabus. The topics of this course will vary, but the course number will remain the same, so be sure not to repeat the same topic. **Seminar 4, Credits 3 (Spring)**

# History

**HIST-101**           **Making History**
How do historians understand and interpret the past? What tools do historians use to uncover the past? What does it mean to think historically? History is both an art and a science, and in this course, we will learn the methods, practices, and tools used to create historical knowledge. You will learn how to read texts with an eye toward their argument, how to ask historical questions, how to conduct historical research, and how to write a historical narrative. At the discretion of the instructor, the class may use examples from a particular historical era to ground course concepts in a specific historical tradition. **Lecture, Credits 3 (Fall)**

**HIST-102**           **Themes in US History**
This introductory-level course will examine the social, cultural, political, technological and/or economic development of modern America as it is revealed through a particular historical topic or theme. The theme or topic of the course is chosen by the instructor, announced in the subtitle, and developed in the syllabus. **Lecture, Credits 3 (Fall, Spring)**

**HIST-103**           **The City in History**
This course offers an introduction to the study of history by exploring the history of a particular city. Cities are complicated places, where many peoples, cultures, and histories overlap and interact. Their histories are also shaped by many forces, such as economic, cultural, demographic, social, and sexual, operating at levels from local to national to global. Studying a city offers a window into the history of a local place as well as a nation. The choice of the city is left up to the individual professor. Cities under study in the past have included Rochester, Las Vegas, and Paris. **Lecture, Credits 3 (Spring)**

**HIST-104**           **Themes in European History**
This course will examine variable topics within the scope of European history. In particular students will study the major European institutions, cultures, and societies as they have evolved throughout history, for example, the role of religion in European history, the rise of European nationalism, the age of discovery and colonialism/imperialism, or the various economic systems (feudalism, capitalism, communism, socialism). Students will also study Europe's relationship both with other European powers as well as with the wider world. **Lecture 3, Credits 3 (Annual)**

**HIST-105**           **Themes in History**
This course is used solely for the purpose of transferring Advanced Placement credit for the AP history exams. This course may not be taken for credit. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**HIST-125**           **Public History and Public Debate**
In late 1994, the B-29 Superfortress Enola Gay, the airplane that dropped the first atomic bomb detonated in combat on Hiroshima, Japan, arrived at the Smithsonian National Air and Space Museum in Washington, DC. The museum's staff faced important questions: Would they celebrate the Enola Gay as the weapon that ended the Pacific War? Would they exhibit it as a technological artifact that marked the dawn of nuclear warfare? Would they remind museum visitors that its potent cargo ended the lives of tens of thousands of people? These were difficult professional questions for public historians; they were deeply ethical questions too. Much of the past that public historians interpret is the source of great debate in the present. Since the way history is remembered shapes public policy, community identity, and collective understanding, the ethical stakes for public history are high. This course will examine notable controversies in American public history and develop students' critical perspectives on them. Students will generate answers to the questions: What are the ethics of doing public history? What happens when public historians remember, but the community wants to forget? When stakeholders (e.g., historic site, community, historians, sponsors) collide, whose stories and whose interests prevail? Who decides? How are those decisions made? Who is allowed to tell history? To whom or to what are public historians responsible? **Lecture 3, Credits 3 (Fall, Spring)**

**HIST-140**           **History of the Modern Middle East**
This course aims to provide students with a general overview of basic themes and issues in modem Middle Eastern history. Such themes include the influence of the world on the Middle East, the various political, religious, and social movements in the Middle East, and cultural and civilizational aspects of Middle Eastern societies. This course will also study cultural encounters and exchanges between the Middle East and the rest of the world, including the era of colonialism and the nationalist reaction. And finally, students will gain an understanding of the many conflicts in which the Middle East is embroiled as well as their historical antecedents. **Lecture 3, Credits 3 (Fall, Spring)**

**HIST-150**           **World History since 1500**
This course will explore of how the contemporary global order in the 21st century has emerged from the historical events, processes and trends of the past 500-plus years. Since 1500, the world has changed dramatically, from several mostly—or entirely—separate and autonomous regions to a single interconnected system of people and societies. We will consider the political, social, economic, and technological developments as well as the intercultural and transregional contacts and interactions that helped create these changes. **Lecture 3, Credits 3 (Biannual)**

**HIST-160**           **History of Modern East Asia**
Understanding the history of East Asia is integral to understanding the complex world that we live in, and will help us to understand that no single nation can live in isolation. One cannot endeavor to understand limited national entities alone; rather one must understand the interactions between cultures and across borders that help to define the world. Japan, for example, cannot be adequately understood without reference to China, Korea, and one might argue, the wider world. Therefore, we will undertake in this course to examine the region of East Asia historically from about 1600 to the present, paying special attention to interactions between the cultures and people of the region. **Lecture, Credits 3 (Fall or Spring)**

**HIST-170**           **Twentieth Century Europe**
This course examines major themes and controversies in European history from 1900 to the present, placing particular emphasis on the early 20th century crisis of liberal democracy and the political alternatives proposed to parliamentary government: right-wing nationalism, communism, and fascism. Topics will include: the impact of World War I on European societies and politics; Popular Front movements in France and Spain; eugenics and the Nazi racial state; the Holocaust; occupation and resistance during World War II; decolonization; student rebellions in 1968; Cold War domestic politics; and the reshaping of post-communist and post-colonial Europe. Special attention will be placed racial politics and immigration, state surveillance regimes, and European debates over the Americanization and globalization of European cultures. **Lecture, Credits 3 (Fall, Spring)**

RIT0000983

**College of Liberal Arts**

**HIST-180**                                                        **Information Revolution**
The internet and cell phones seem to have revolutionized our society, changing how we learn about new things, relate to each other and understand ourselves. This course investigates the history of information and communication technologies to cast new light on these developments. We will ask how people formed political opinions, what ethical concerns new information and communication technologies raised, and how technologies changed the lives of the people using them. This course helps students understand the social, cultural, and ethical implications of revolutionary information and communication technologies. **Lecture 3, Credits 3 (Fall)**

**HIST-190**                                          **American Women's and Gender History**
This course surveys women's history in the United States from the colonial period to present. The course moves chronologically and thematically, focusing on the diversity of women's experiences across race, class, and geography as well as the construction of dominant gender norms. Topics include Native American, African American, and Euro-American women in colonial America; the Industrial Revolution and the ideology of domesticity, Women in the American West; women's paid and unpaid work; sexuality and reproduction; women's activism; and women's experiences of immigration and family life. **Lecture 3, Credits 3 (Fall)**

**HIST-191**                              **The History of Families and Children in the U.S.**
The family is at the center of contemporary political debates involving social policies, gender roles, citizenship, marriage, and the role of the state. Politicians and commentators frequently invoke a mythical American family, one that is conflict-free, independent, and unchanging. These idealized depictions mask a far more complicated and richer historical reality of the development of family structures in the U.S. This course will examine both the diverse experiences of actual families in the American past, including queer families, and changing ideologies about the family and childhood. Students will have the opportunity to write a history of their own family, or to complete an alternative research paper. **Lecture 3, Credits 3 (Spring)**

**HIST-199**                                          **Survey of American Military History**
This course is a survey of military history and will study the interaction between society and military institutions, technology and techniques, from 1637 to the present. Additionally, the course will examine the interrelationships of warfare, technology and society in American history. The course will focus on such questions as how changing styles of warfare, the composition of the military establishment (militias, citizen armies, paid professionals, mercenaries), and the transformations in military technology have impacted upon state and society. Conversely, it will also investigate how political and societal changes have influenced the nature of warfare in American history. **Lecture 3, Credits 3 (Fall)**

**HIST-201**                                                  **Histories of Globalization**
Globalization is a human process, influenced by contemporary and historical issues that are routinely conceived of as affecting or pertaining to the world's population in its entirety, such as human rights, humanitarianism, environmental degradation, trade, and military power. We use the world and its population as the unit of analysis with an emphasis is placed on issues that appear to be in tension with the role of the nation-state and nationality, and highlight world and global citizenship. We explore critiques of the conceptualization of globality and worldliness as a factor in determining social, cultural, and historical change. **Lecture, Credits 3 (Biannual)**

**HIST-210**                                          **Culture and Politics in Urban Africa**
With a focus on African societies, we examine the diverse cultures of African peoples in the context of political and economic forces that have shaped their lives in the past and the present. Topics include European colonialism and its modern-day legacies, ethnic inequalities, economic vulnerability, labor migration, urbanism, and social unrest. We look at how art, music, oral traditions, and literatures have engaged critically with the forces of political change and neo-colonialism. We consider political activism, religious diversity, changing experiences and expectations of women and men, rebellion and revolution, impacts of and creative responses to globalization, and cultural transformations of African diasporas in the U.S and elsewhere. **Lecture, Credits 3 (Fall or Spring)**

**HIST-221**                                              **Introduction to Public History**
Public history is using the research-based methods and techniques of historians to conduct historical work in the public sphere. If you've gone to a museum, conducted an oral history, researched your old house, or learned from an interpreter at a park or historic site, you've seen public history in action. This course will introduce students to the wide variety of careers in public history, and will examine the challenges and opportunities that come with doing history in, with, and for the public. **Lecture, Credits 3 (Spring)**

**HIST-230**                                                  **American Deaf History**
This course explores the history of the deaf community in the United States. It offers a broad survey of American deaf history from the early 19th century to the late 20th century. Major events in American deaf history will be considered, including the foundation of schools for the deaf, the birth of American Sign Language, the emergence of deaf culture, the challenge of oralism, the threat of eugenics, and the fight for civil rights. **Lecture, Credits 3 (Spring)**

**HIST-231**                                          **Deaf People in Global Perspective**
This course explores the history of the deaf community in global perspective from the 18th to the 20th century. It takes a comparative approach, exploring the histories of deaf people from around the globe, including deaf lives in Central America, Europe, Africa, and East Asia. Special attention will be given to the major events in European deaf history, as Europe was the site for the first schools for the deaf in the history of the world, and the world's first documented deaf culture, in France, emerged there as well. The spread of deaf education, the rise of indigenous signed languages, the birth of deaf-hood, and the fight for human rights will all be placed in a global context. **Lecture, Credits 3 (Fall)**

**HIST-238**                                                      **History of Disability**
This course will explore the meaning of disability in the nineteenth and twentieth centuries. The course provides a cultural over-view of disability and seeks to explore the social construction of disability, with special attention given to the cultural, intellectu-al, personal, and social histories of disability. Disability in history has been many (frequently contradictory) things: acquired at birth and acquired by war; a reason to promote eugenic policies or a reason to promote civil rights legislation; a medical diagnosis or a personal identity; visible in the body (as in the case of amputations) or invisible (as in the case of deafness); a source of family shame or a source of personal pride. How has the meaning and nature of disability changed over time? How can we understand the cultural meaning of the body in history? The course seeks to explore and explain these shifting meanings of disabil-ity within the context of Western history. Specific topics to be considered include freak shows, disabled veterans, prosthetic technologies, disability as culture, the history of eugenics, and political activism. **Lecture 2, Credits 3 (Fall or Spring)**

**HIST-240**                                                        **Civil War America**
This class will examine American politics and society during the Civil War era. In addition to military affairs, students will focus on several broader themes, including the political, economic and social factors leading to the Civil War in the 1860s; the role of abolitionist, slave expansionist, and black freedom movements in the years before the Civil War; the development of emancipation policies during and after the war; and the reconstruction of the union following the war. Students will also examine the way subsequent generations of Americans remembered the Civil War in history books, memoirs, and museums. **Lecture, Credits 3 (Spring)**

**HIST-242**                                          **The American Revolutionary Era**
This course will examine the American Revolutionary era as a key moment in both U.S. and global history. Focusing on the era between 1760 and 1800, the course will survey the key political, social, economic and cultural events in the founding and development of the United States as an independent nation. Key topics include debates over American independence, the development and meaning of civil society at the state and federal levels, debate over social issues such as slavery and women's equality, American foreign policy and global views of the American Revolutionary project and the formation of both the U.S. Constitution and political parties at the close of the 18th century. **Lecture 3, Credits 3 (Biannual)**

**HIST-245**                                          **American Slavery and Freedom**
This class will survey the history of slavery and freedom in the United States from the establishment of global slave systems in the colonial period through emancipation movements during the Civil War era. Students will examine key economic, political, and social issues (from the development of slave labor systems to strategies of resistance among enslaved peoples) as well as the meaning of black freedom struggles during key eras (such as the American Revolutionary era and Civil War). **Lecture, Credits 3 (Fall)**

**HIST-250**                                              **Origins of U.S. Foreign Relations**
This class analyzes the roots of U.S. foreign policy, beginning with the American Revolution and continuing through the Spanish-American War. It also examines the development of the United States from a small 18th century experiment in democracy into a late 19th century imperial power. Topics include foreign policy powers in the constitution, economic development, continental and overseas expansion, and Manifest Destiny. **Lecture, Credits 3 (Fall)**

**HIST-251**                                              **Modern U.S. Foreign Relations**
This course examines the late 19th century emergence of the United States as an imperial power and its development into a 20th century superpower. Topics include U.S. politics and foreign policy, the influence of racial and cultural ideologies on policy, isolation, and intervention, the cold war, and the Afghanistan and Iraq wars. **Lecture, Credits 3 (Spring)**

**HIST-252**                                                  **The United States and Japan**
This class examines the U.S.-Japanese relationship from the perspectives of diplomacy, economics, and culture. Fluctuating sharply during its 150 years, this relationship has featured gunboat diplomacy, racial conflict, war, and alliance. The course investigates U.S.-Japanese relations in the contexts of modernization, imperialism, World War II, the cold war, and the 21st century. **Lecture, Credits 3 (Fall)**

RIT0000984

**HIST-255**                                              **History of World War II**
This course will cover the military, diplomatic, political, social, and cultural history of World War II. It will focus on the causes of the war, the battles that decided the war, the leaders (civilian and military) who made the key decisions, and how the war changed society. The purpose of the course is to acquaint students with the political, social, economic, military, and cultural history of WWII and that conflict's impact upon our own era. **Lecture 3, Credits 3 (Spring)**

**HIST-260**                                              **History of Premodern China**
This course will examine critically the early history of China: the origins of China, the early mytho-historical dynasties, early imperial China, and finally the late imperial era, ending at roughly 1850. Students will be able to trace the relationship to the Chinese to various non-Chinese peoples, particularly the semi-nomadic peoples on the northern frontier. Students will also examine the way that China's long and complicated past has shaped its present, and how its relations to other peoples has shaped its modern relations to both its neighbors and the west. **Lecture, Credits 3 (Fall, Spring)**

**HIST-261**                                              **History of Modern China**
China occupies a rather large place in the consciousness of most Americas. It is the most populous country in the world, it has one of the biggest economies in the world and, in many ways, China has been seen to be in direct competition with America. Whatever the truth of these ideas, it is clear that China will play a major role on the world stage for the foreseeable future. This class will seek to analyze the historical circumstances surrounding the rise of modern China. What were the conditions that led to the establishment of, first, Nationalist China, followed by the People's Republic; why did the communist government enjoy such popular support; what were China's relations with the outside world; and finally, what is the state of China today? These are all questions that we will seek to answer in this course. **Lecture, Credits 3 (Fall, Spring)**

**HIST-265**                                              **History of Modern Japan**
This course will seek to examine critically the history and culture of Japan and will address many of the stereotypes and misunderstandings that are an inevitable part of Japanese studies. We will do this by examining a number of materials such as primary documents in translation, Japanese films, and art such as woodblock prints. In doing so, I will try to present as complete and balanced a picture of Japan's history and culture as possible. This will not only be useful in understanding Japan and its past, but will also help in understanding many of the important regional issues that are confronting us here in the modern world. **Lecture, Credits 3 (Fall, Spring)**

**HIST-266**                                              **History of Premodern Japan**
This class will introduce students to the history of Japan from the earliest times to the opening of the country in the mid nineteenth century. Through a variety of readings, discussions, and lectures, we'll tackle issues such as the origin of the Japanese people, early state formation, Japan in the larger East Asian context, and the rise of the warriors. We'll also examine the unique dual form of government that existed in Japan from the twelfth century, consisting of rule by the imperial court as well as by the warrior class in Japan, the well-known samurai. And finally, we'll look at several of the modern myths of Japanese history and try to address them in a balanced, historical manner. **Lecture, Credits 3 (Fall, Spring)**

**HIST-270**                                              **History of Modern France**
This course explores pivotal themes in French history from the French Revolution of 1789 to the present. Topics will include the French Revolution, Napoleon III's Second Empire, French imperialism, World War I and nationalism, World War II and the Vichy regime, collaboration and resistance, and the 1968 student rebellions. Special emphasis will be placed on the recurring tension between secularism and Catholicism in French society, the role of French republicanism in shaping historic and contemporary debates about citizenship, race, and immigration, and France's relationship with its former colonial possessions and the United States. **Lecture, Credits 3 (Spring)**

**HIST-275**                          **Screening the Trenches: the History of WWI Through Film**
This course uses popular films to examine World War I as the global conflict that set the stage for the rise of communism, fascism, and subsequent wars in twentieth-century Europe. Students will gain an understanding of the major causes and outcomes of World War I while investigating how the war transformed class, gender, and racial politics in Europe. Special attention will be paid to the combat/trench experience, the home front/war front divide, the German occupation of Belgium and Northern France, "total war," the politics of shell-shock and disability, and the legacies of grief, mourning, and commemoration. Because World War I so greatly divided its participants, little consensus about the war's meaning emerged in its aftermath. Filmmakers have consequently used World War I as a blank slate on which to project political fantasies, condemn elements of their own societies, or imagine the future. Students will use secondary historical literature and original primary sources to analyze filmic representations of World War I and consider how filmmakers have deliberately misrepresented the past or constructed particular narratives about the war to serve their own ends. This course will therefore equip students to think critically about representations of the historical past in popular culture. **Lecture 3, Credits 3 (Spring)**

**HIST-280**                                              **History of Modern Germany**
This course covers major themes in German history from the formation of the German Empire in 1870 to the present. Topics include nation building and nationalism, industrialization and urbanization, imperialism at home and abroad, the first world war, the Weimar Republic, Nazi racism and the second world war, the divided Germany and the Cold War, and reunification and the fall of the Berlin Wall. The course may focus on specific questions such as gender, class, religion or race and ethnicity. This course leads you to explore how German history shaped the role of Germans and Germany in the world today as well as how it informs problems facing other regions and eras. **Lecture 3, Credits 3 (Fall)**

**HIST-290**                                              **U.S. History Since 1945**
This class examines U.S. history from WWII to present, with emphasis on political, social, and cultural change. Focuses on the meanings and boundaries of American citizenship, as well as the role of the U.S. in the world. Topics include the Cold War and McCarthyism; the GI Bill and the building of a suburban middle class; consumer culture and its critics; The Civil Rights Movement; Great Society liberalism; The Vietnam War, the New Left and the New Right, and the counterculture; feminism, the Religious Right, and changes in gender roles, sexuality and family life; deindustrialization and economic restructuring; globalism and immigration policy; the War on Drugs and the growth of a penal state; the end of the Cold War and the New World Order; and the War on Terror. **Lecture 3, Credits 3 (Spring)**

**HIST-301**                                              **Great Debates in US History**
This course offers an analysis and interpretation of the main themes in the history of the United States over a broad period of time that extends to the modern era. We will look at how issues such as race, class, gender, and the environment have shaped American history, as well as debates over the multiple meanings of that history. **Lecture, Credits 3 (Biannual)**

**HIST-302**                                              **Topics in History**
This upper-level course will focus on a specific theme or topic in history, chosen by the instructor, announced in the subtitle, and developed in the syllabus. The topics of this course will vary, but the course number will remain the same, so be sure not to repeat the same topic. **Lecture, Credits 3 (Fall, Spring, Summer)**

**HIST-310**                                      **Global Slavery and Human Trafficking**
This course examines historical and contemporary dimensions of global slavery and human trafficking. The trans-Atlantic slave trade was the world's largest forced migration between continents, but it was only one of many slave trades that shaped societies throughout the world. In order to understand the historical significance of global slave trades, we will compare it to other systems of slavery. In examining the historical significance and legacies of the slave trade, we will link different regional histories to the growth of market-based capitalist economies into the 20th century. The course will also examine the changing meaning of the term 'slavery' and examine some modern forms of forced labor, bondage, and slavery that persist to this day in all sectors of the global economy. We will explore the rise of human trafficking, and global anti-trafficking programs and campaigns. **Lecture, Credits 3 (Fall or Spring)**

**HIST-321**                                      **Special Topics in Public History**
Public history is the practice of history for, and by, audiences outside the classroom. This course will focus on a specific theme or topic in public history, chosen by the instructor, announced in the subtitle, and developed in the syllabus. The topics of this course will vary, but the course number will remain the same, so be sure not to repeat the same topic. **Lecture, Credits 3 (Spring)**

**HIST-322**                                              **Monuments and Memory**
Monuments are physical objects that were constructed to help us remember the past, but a deeper analysis reveals that the relationship between monuments and the memories they embody is complex and changes over time. We will tackle the process of memorializing, the monuments that result, and seek greater insight into the arguments these artifacts make about the past, the present, and our place in the world. **Lecture, Credits 3 (Fall)**

**HIST-323**                                              **America's National Parks**
The National Parks are some of America's most treasured and spectacular landscapes, but even these wild places are the product of historical forces. In this class, we will explore the history of America's National Parks, and use these spaces to unpack the relationship between Americans, their land, and their history. **Lecture, Credits 3 (Spring)**

**HIST-324**                                              **Oral History**
Oral history collects memories and personal commentaries of historical significance through recorded interviews. There are few opportunities for historical research that are more satisfying or more challenging than oral history. In this class, we will learn about oral history methods, techniques, and ethics. We will read, listen to, and watch some of the finest examples of the genre. Then we will go out and add to the world's understanding of its past by conducting oral histories of our own. For their final project in this course, students will work in teams to produce a podcast based on their own interview(s). **Lecture, Credits 3 (Fall)**

RIT0000985

College of Liberal Arts

**HIST-325**                                    **Museums and History**
Many more people learn history from museums than from textbooks. What is it that is so special about encountering the real thing in a museum? Why are Dorothy's Ruby Slippers the most visited artifact in the National Museum of American History? Do history museums themselves have an important history? Join us as we investigate the connections between our history, our museums, and the material artifacts that tell historical stories. **Lecture, Credits 3 (Spring)**

**HIST-326**                                    **Digital History**
Computers and their networks have fundamentally altered the ways that history is both produced and consumed. Sources in digital formats simultaneously present opportunities and challenges that force us to rethink what is possible in history. Doing history in a digital age forces us to engage with the issues and opportunities raised by such as topics as digitization and preservation, text mining, interactive maps, new historic methodologies and narrative forms, computational programming, and digital storytelling. Digital tools, including blogs, wikis, video sharing sites, and many others, help bring history to new audiences in different ways. In this course, we will investigate the landscape of digital history and tackle the exciting task of understanding and creating history in the digital age. **Lecture, Credits 3 (Spring)**

**HIST-330**                                    **Deafness and Technology**
The deaf community has a long and complicated relationship with technological devices. The deaf community, for instance, was quick to embrace the new technology of moving pictures, and many deaf actors found work in early Hollywood during the silent film era. Most lost their livelihoods when sound was introduced to motion pictures. Deaf people were left out of the communication revolution brought about by the telephone for many years, but now the deaf community is increasingly a wired community, as texting, tweeting, and vlogging makes more communication technologies accessible to deaf users. This course will explore the historical relationship between technology and deafness. It will consider how views of deafness frequently shape technology, that is, if deafness is viewed as a pathological illness, technologies are focused on curing it (e.g., cochlear implants), whereas, if deaf people are viewed as members of linguistic and cultural minority, technologies are harnessed to make it easier for that minority to interact with the majority culture (e.g, relay systems). This course will consider how deaf people have historically used, created, and adopted technologies to their own ends. **Lecture, Credits 3 (Spring)**

**HIST-333**                                    **Diversity in the Deaf Community**
Students in this course will be introduced to the historical study of diversity in the Deaf community, especially as it relates to issues of race, ethnicity, gender, disability, and sexuality. Students will learn to analyze the implications of such diversity in terms of the social perception of deaf people, the history of the education of deaf people, and the experience of acculturation for and as Deaf people. The course will examine how the process of acculturalization has operated, historically, within the Deaf community. Deaf culture has sought to transcend various differences and to bond members of the Deaf community together, in one, larger Deaf identity. But has this always been achieved? How has the Deaf community handled issues of diversity in different historical moments? Has the history of diversity within the Deaf community been similar to the history of diversity within the hearing community? Or have there been distinctively Deaf ways of diversity in history? This course will invite students to compare and contrast the history of difference and diversity in the deaf and hearing communities, and to explore those historical moments of intersection and interaction as well. **Lecture 3, Credits 3 (Fall)**

**HIST-334**                                    **Oppression in the Lives of Deaf People**
Students in this course will examine various forms of oppression across different cultures and communities. Students will analyze the influence of oppression on minority groups with respect to resistance and the struggle for social justice. Finally, students will examine and apply experiences of other minority groups in recent history to the Deaf community. **Lecture 3, Credits 3 (Fall)**

**HIST-335**                                    **Women and the Deaf Community**
Deaf history, as a field, has often neglected the story of deaf women. Scholar Arlene B. Kelly has recently asked, Where is deaf herstory? This course seeks to correct that gender imbalance in deaf history. We will study deaf women's history. This will include a consideration of deaf-blind women, as well, as women like Helen Keller were often the most famous deaf women of their era. But this course also seeks to look at the role of hearing women in deaf history. Hearing women dominated the field of deaf education in the late nineteenth century. They had a tremendous impact on the lives of deaf children and the events of deaf educational history. Hearing women were also important figures in deaf history as mothers. As mothers of deaf children, hearing women were frequently asked to behave as teachers in the home. Their embrace of this role often led them to endorse oral education, and oppose the sign language. Hearing mothers in this way were pitted against their adult deaf daughters, who frequently went on to learn sign language against their mothers' wishes. The historically complex relationship between women and the deaf community will be explored in this course. **Lecture 3, Credits 3 (Biannual)**

**HIST-340**                                    **Rochester Reformers: Changing the World**
This course will survey Rochester area social reformers who led a number of critical reform movements, identifying problems with the status quo and proposing solutions to those problems. They worked to establish a new social order and even to perfect society. As an Erie Canal boom town and major manufacturing hub, Rochester inspired generations of famous reformers who made principled arguments for improving urban life and labor relations, ending slavery and securing civil rights for African Americans, and claiming equality for American women. Students will study the historical impact of celebrated social reformers such as Frederick Douglass and Susan B. Anthony as well as less well known figures like religious revivalist Charles Finney, urban park reformer Charles Mulford Robinson, and advocate of the social gospel Walter Rauschenbusch. The course will also introduce contemporary efforts that have attempted to reshape principles of social justice locally and nationally. In the 20th century the social reform movement efforts turned to the ethical and social problems of a modernizing America, debating solutions to the pressing problems of urbanization, immigration, and environmental protection. Students will also work on a community-based research project focusing on the history and impact of particular Rochester reformers. **Lecture 3, Credits 3 (Spring)**

**HIST-345**                                    **Environmental Disasters**
This class will survey the history environmental disasters (from floods to oil spills) in modern American and global society. Students will study several specific disasters (for example, Hurricane Katrina, the Great Midwestern Floods of the 1990s, Love Canal, and the Haitian Earthquake of 2008) and analyze a series of broader themes that illuminate their meaning, including the economic impact of various disasters, the legal and political ramifications of modern disasters, and the social and cultural meaning of disasters in various societies. **Lecture, Credits 3 (Fall)**

**HIST-350**                                    **Terrorism, Intelligence, and War**
This course investigates the historical, political, moral, and legal dimensions of terrorism, intelligence, and war. It uses a case-study approach with themes that include just war theory, terrorism in the colonial and post-colonial worlds, domestic terrorism, and mechanisms of intelligence and covert operations. **Lecture, Credits 3 (Spring)**

**HIST-351**                                    **The Vietnam War**
The Vietnam War continues to loom over American history. In the service of vastly different causes, politicians repeatedly invoke it: some define it as a tragic mistake, others as a noble cause. Many search for the lessons of Vietnam, a war that cost more than 58,000 American lives and as many as three million Vietnamese. In this course, we consider the war experiences of both the United States and Vietnam. We begin by highlighting Vietnamese history, culture, nationalism, communism, and independence. After analyzing Vietnam as a colony under the French, we turn our attention to American involvement beginning in the early years of the Cold War and ending with the fall of Saigon. Although we examine military and political history, the course also emphasizes social and cultural perspectives on a war that tore at the fabric of American society and led ultimately to the downfall of two presidents. Last, we look at the war's enduring legacies in the United States and Vietnam today. Readings and assignments for the course include government documents, memoirs, fiction, film, and secondary literature from both nations. **Lecture 3, Credits 3 (Fall)**

**HIST-355**                                    **The Holocaust: Event, History, Memory**
In the midst of the Second World War, under the auspices of the National Socialist regime in Germany, Germans along with their allies and collaborators murdered roughly six million European Jews and countless numbers of other "undesirables, including homosexuals, Slavic peoples, and gypsies. This much is incontrovertible, but only in subsequent decades did this series of events become known as the Holocaust. In this course we will cover not only the historical context and potential causes of the Holocaust—from the long history of European anti-Jewish and antisemitic violence to the specifics of National Socialist racial ideology—and the events themselves—the persecution, ghettoization and eventually extermination of Jewish communities across occupied Europe—but also consider the long afterlife of this historical fact. Why (and how) has the Holocaust become a critical episode in both European and global history? How have the books and films released in the years after 1945 influenced our collective consciousness of that period of European history? Why have the most notable location of mass murder, the camp at Auschwitz in southern Poland, a memorial in the center of the German capital of Berlin, and a museum dedicated to the Holocaust in Washington, DC, become major tourist destinations? How have our contemporary understandings of genocide and human rights emerged from this series of events? Why are there still thousands of people invested in denying that these events ever happened? **Lecture 3, Credits 3 (Biannual)**

RIT0000986

**HIST-360**                                              **A Global History of Baseball**
Baseball has been called America's game, and the late, great historian Jacques Barzun once quipped that in order to understand the soul of America, one first had to understand baseball. This may be true about America, and if so, then it is equally true for many other areas of the world. Baseball, since the nineteenth century, has been an integral part of not just America's sports culture but also that of countries from Japan to Taiwan to Venezuela to the Dominican Republic. This course will examine the origins of baseball from English bat and ball games such as Rounders, American missionaries introducing the game to Japan and Korea, baseball as a nationalist reaction to Spanish rule in Cuba, and, finally, the global reach of modern baseball as seen in such classic institutions as the Little League World Series. **Lecture 3, Credits 3 (Fall, Spring)**

**HIST-365**                                              **Conflict in Modern East Asia**
The 20th century has sometimes been called the Pacific Century, which is ironic since this period of time has been anything but pacific! The twentieth century saw the rise of four great pacific powers; the U.S., Japan, China, and the Soviet Union, and saw the eclipse of several others, including the British and French Empires. Furthermore a major front of the Cold War was played out on the Asian continent, namely the Korean and Vietnam wars, as well as the U.S. standoff with Communist China. And of course the Second World War, the greatest concentrated period of human destruction, played out at the midpoint of the twentieth century. This class will analyze these conflicts both as conflicts in and of themselves, but will also look at the backdrop against which these conflicts were played out. Beginning with the subjugation of China in the 19th century, our class will examine the many conflicts that defined this region through the end of the twentieth century. **Lecture, Credits 3 (Fall or Spring)**

**HIST-369**                                              **Histories of Christianity**
The history of Christianity is not simply the history of the religion of the west. Rather, Christian history is a long and complex movement that has profoundly affected Asia, Africa, Europe, and the New World. At various times there were several competing ideologies of Christianity, of which the west's was only a single example. Christianity also has a long history of interacting with other religions, from Zoroastrianism and Manichaeism to Judaism and Islam. This course will trace the development of Christianity paying special attention to how the Christian tradition developed in places such as Africa and Asia. We will, of course, also study Christianity in its western forms, but we will make an effort to dive into the rich tradition of this religion in all its many forms. **Lecture, Credits 3 (Fall or Spring)**

**HIST-370**                                              **Global History of Religions**
This course will examine the history of the world's larger religious traditions, including origins, development in particular societies, and modern forms. This course will explore the formal doctrines of various religions, as well as popular cultural manifestations. Topics will include the role of religion in state formation, nationalism, and colonialism, as well as how religions adapt themselves to local cultures and societies as they spread across regions. **Lecture 3, Credits 3 (Annual)**

**HIST-380**                                              **International Business History**
This course provides an overview on the history of international business since the late 19th century. We will examine social change over time in how corporations have handled expansion into foreign markets, why corporations decided to – or not to – expand abroad, how they managed their foreign operations, and what contributed to their success or failure abroad. To do so, we will look at a variety of factors including how corporations dealt with corporate communication, local regulations, transfers of knowledge and technology, and how corporate decisions affect communities. We will apply these historical insights to case studies of multinational corporations. **Lecture 3, Credits 3 (Spring)**

**HIST-381**                                              **Technology in the Modern World**
Trains, planes, automobiles, phones and computers – modern technologies like these make our daily lives pleasant and convenient. Yet, many people around the globe lack access to these technologies. In this course, we will investigate the emergence of industrial manufacturing processes in late 18th century Britain that allowed for the development of these technologies. We will also examine how new technologies spread to other places in the world, how they shaped colonial relations, and what role they play in today's developing world. In this course, you will gain a better understanding of how people around the world have shaped their technologies, and how technologies in turn have shaped them. **Lecture 3, Credits 3 (Spring)**

**HIST-390**                              **Medicine and Public Health in American History**
This course introduces students to the social and cultural history of medicine by examining differing concepts of disease, health, and healing throughout American history. Themes include the professionalization of medicine, the role of science in medical research and practice, popular understanding and experience of health and illness, and the role of the state in providing medical care. We will explore how science and medicine defined social categories of difference, including race and gender, and how these categories in turn shaped medical thought and practice. The course format combines lectures, discussions, and films and readings include historical documents and case studies. **Lecture 3, Credits 3 (Spring)**

**HIST-402**                                              **Special Seminar in History**
This upper-level small group seminar will focus on a specific theme or topic in history, chosen by the instructor, announced in the subtitle, and developed in the syllabus. All sections of this course are writing intensive. The topics of this course will vary, but the course number will remain the same, so be sure not to repeat the same topic. **Seminar, Credits 3 (Fall, Spring)**

**HIST-421**                                              **Hands-on History**
Get hands-on experience researching, interpreting, and writing history. The class will tackle a common historical theme (announced in the subtitle), then do original historical research on a topic of your choice within the overall theme. Our themes do not just rehash old topics with little new information to uncover. Instead, we focus on relatively unexplored areas of the past, where your research can shed new light on unknown topics. You will learn about history by doing it! All majors are welcome. **Lecture, Credits 3 (Spring)**

**HIST-430**                                              **Deaf Spaces**
History, and particularly Deaf history within a predominantly hearing world, is the product of a vast network of inter-related spaces, in which more or less well-defined knowledges and cultures are performed. This course will provide students the opportunity to learn skills to identify and describe the different spaces - produced by both Deaf and hearing people - that have contributed to a 'history of the Deaf community'. It will equip students with the ability to not only identify and describe the histories of the Deaf community, but also to critically explore the meta-historical narratives that shape those histories, allowing them to situate those narratives within the wider evolution of social and cultural representation. Deaf Geographies reside at the intersection of Human Geography and Deaf Studies. It considers spatiality, language, citizenship, education, and identity, as well as other themes of interest in new ways by viewing these through the eyes of a community who perform their cultural and social geographies in the visual. (Prerequisite: 2nd - 4th year standing.) **Lecture 3, Credits 3 (Summer)**

**HIST-431**                              **Theory and Methods of Deaf Geographies**
The course is designed to give students theoretical and practical exposure to qualitative social science applied research methods in a new area of human geographic and Deaf Studies research: Deaf Geographies. Deaf Geographies reside at the intersection of Human Geography and Deaf Studies. It considers spatiality, language, citizenship, education, and identity, as well as other themes of interest in new ways by viewing these through the eyes of a community who perform their cultural and social geographies in the visual. The focus of the course is an instructor-led research project. Students will gain a grounding in appropriate methodological theory in order to conduct hands-on, primary research that will include proposal writing, data collection, analysis, and dissemination. (Prerequisite: 2nd - 4th year standing.) **Lecture 3, Credits 3 (Summer)**

**HIST-439**                                              **Biography as History**
This course will look at biography as a form of history. By studying biographies that approach their subjects with various formats and methods of presentation, the class will examine how the craft of biography shapes our contemporary understanding of the historical past. Among the questions to be examined in this course are: how does biography reveal the historical circumstances of the subject's life to give readers a broader understanding of the historical context of that life? How effectively can contemporary readers explore the past through the prism of one person's life? Can the history of an era be effectively told through an examination of one person's life? What are the benefits of the biographical approach to history? What are the drawbacks? What are the benefits of biography as a form of public history? That is, when people can get their history through the Biography Channel, how important is it for public historians to grapple with the impact of biography as a form with a unique grip on the public imagination? **Lecture 3, Credits 3 (Biannual)**

**HIST-450**                              **Modern Japan in History, Fiction, and Film**
This course offers an introduction to modern Japanese history, highlighting social and aesthetic traditions that have formed the foundations for Japanese literature and cinema. It explores how writers and directors have drawn on this heritage to depict historical experiences. **Lecture, Credits 3 (Fall)**

**HIST-462**                                              **East-West Encounters**
The Age of Discovery, beginning in the 15th century and culminating with the advent of European imperialism, is one of the most fascinating, as well as problematic, periods in the history of both Asia and Europe. Too often historians frame the interaction between Asia and Europe in uniquely European terms and present Asia as a passive partner in this process of discovery. In fact, this period presents us with a number of complex issues such as national identity, the nature of European expansion, and the Asian response to European journeys to the East. This course will undertake to re-examine the age of discovery not only from a European point of view, but also from an Asian standpoint. In the process, we will see how many of the issues that we are facing in the region are products of a long and complex relationship between Europe and Asia. Students will also examine the issues that have arisen between the east and the west in the twentieth century and that continue into our own time. **Lecture, Credits 3 (Fall, Spring)**

RIT0000987

**College of Liberal Arts**

**HIST-465**                                **Samurai in Word and Image**
One of the most enduring images of premodern Japan in the samurai, replete with sword and armor. This course will seek to examine the role of the samurai in Japanese history, examining popular perceptions in Japanese film, woodblock prints, and texts. We will also use a variety of secondary sources to critically examine some of the portrayals of the samurai and how they stand up to historical reality. Students will be encouraged to participate in extensive discussions as we deal with a great variety of media and try to arrive at an image of the samurai that is historically accurate. And finally, we will examine issues such as feudalism and the warrior code and how those historical concepts relate to the west at about the same time period. **Lecture 3, Credits 3 (Fall, Spring)**

**HIST-470**              **Science, Tech, and European Imperialism: 1800-1965**
Between 1800 and 1945, Western nations dominated approximately three-quarters of the earth's surface through imperialism. This course examines how industrialization, technological developments, and the emergence of the modern sciences facilitated Europe's conquest and colonization of vast territories overseas. The course opens with a brief overview of the role of biology and science in shaping early imperial encounters (the Columbian Exchange). Students will then consider how 19th-century botany, zoology, acclimatization, cartography, geography, and anthropology became imperial sciences that facilitated formal conquest by producing knowledge about distant cultures, races, and environments. The Industrial Revolution produced new technological tools--steamboats, railroads, and weapons--that facilitated the Scramble for territory in the late 19th century. The course will consider how these inventions shaped patterns of conquest and colonial rule in the late 19th and early 20th centuries. Throughout the course, students will interrogate how Europeans' faith in the superiority of Western technology, scientific knowledge, and medicine shaped the evolution of the European civilizing mission--the cultural and political logic that defined interactions between Europeans and non-Western populations. At the same time, they will evaluate how Africans and Asians experienced living under colonial rule, and in some cases, how they deployed Western technology as weapons of resistance to imperialism. **Lecture 3, Credits 3 (Spring)**

**HIST-480**                                        **Global Information Age**
The internet and cell phones seem to have turned us into world citizens of cyberspace. Programmers in Bangalore or Chennay now write software for U.S. companies, and doctors in India or Australia interpret the Cat-Scan or MRI images of US patients overnight. As best-selling author Thomas Friedman argues, the world is flat, that is competition for intellectual work is now global. Others have suggested that information technologies have led to global homogenization, with people around the world reading the same news, listening to the same music, and purchasing the same products. In this class, we will investigate the history of information and communication technologies to cast new light on these claims about our present-day technologies. This class is a small seminar which includes a research project. **Lecture 3, Credits 3 (Spring)**

**HIST-499**                                              **Independent Study**
A student may register for an independent study project subject to the approval of the faculty sponsor, student's department, the academic committee of the college of liberal arts and the dean of the college of liberal arts and providing that she or he has a minimum GPA of 2.7 at time of application. An independent study project is not a substitute for a course. It enables the interested student and his or her faculty sponsor to coordinate their efforts on subjects and topics that range beyond the normal sequence of course selection. **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

## Interdisciplinary-Liberal Arts

**ITDL-099**                      **Career Preparation for Liberal Arts Majors**
This course will help liberal arts students acquire effective tools and strategies to conduct an internship, co-op, or employment search. Upon successful completion of this course, students will have a targeted cover letter and résumé, a professional online profile, and the essential skills for networking and interviewing. The graduate school application process will also be covered for students seeking a master's degree and/or doctorate. Lectures will be combined with classroom activities and independent assignments. **Lecture, Credits 0 (Fall, Spring)**

**ITDL-101**                                     **Career Exploration Seminar**
This seminar is designed to introduce students to the process by which they can make an informed decision in selecting career options and identifying an educational program which will lead to their career goals. With the assistance of facilitators familiar with assessment instruments, careers and the RIT programs, students begin by assessing their interests, values, skills and personal traits. Students will be introduced to online and print resources used for researching occupational information and may be asked to interview faculty and administrators as well as professionals working in fields in which they are interested. Students will complete a variety of activities including class discussions, journal entries, papers and presentations, allowing them the opportunity to reflect on information gathered throughout the course. Students in the university studies and liberal arts exploration programs are required to complete this course successfully in the first term of their program. (This course is restricted to LAU-UND and UNIVST-UND Major students.) **Seminar, Credits 1 (Fall, Spring)**

**ITDL-151H**                                  **Explorations of Place and Space**
This honors seminar is a foundational course that examines how our social worlds are linked to our natural and built worlds. The corresponding emphasis on inquiry, analysis, and interpretation facilitates student-engaged learning. In exploring pertinent place and space related issues/topics through an experiential, active, and site-specific curricular focused learning, various aspects of the human condition are discovered. The theme or topic of this honors seminar, as chosen by the instructor, is announced in the subtitle as well as course notes and is developed in the syllabus. The honors seminar integrates the required Year One curriculum. (This class is restricted to students in the Honors program.) **Lecture 3, Credits 3 (Fall)**

**ITDL-205**                                      **Grand Challenges:  Clean Water**
We face grand challenges in the 21st century that will test our collective intelligence and resourcefulness — global change, new diseases, the need for access to clean water, technological developments that are changing us and our relation to the world. We have the opportunity to transform our future through innovation and leadership, but we need to improve our critical thinking, innovate towards possible solutions, and work across disciplines to meet these common challenges. This course is therefore open to all students with the curiosity, imagination, and commitment to meet such challenges. We need engineers, scientists, public policy specialists, and humanists — individuals from every field of study and endeavor –– to contribute to global efforts to meet these challenges. One of the most important challenges of our time — and one identified by the National Academy of Engineers as among fourteen Grand Challenges—is that of providing access to clean water to people across the globe. This course focuses on this grand challenge though interdisciplinary links between the liberal arts and engineering. Students will work in teams to analyze the scope of the clean water problem, examine real case studies, trouble shoot observed problems, and propose alternative solutions. Given the social and cultural contexts within which the need for clean water access arises, this course encourages students to think holistically about sustainable solutions rather than narrowly about the technical quick fix. **Lecture 3, Credits 3 (Fall)**

**ITDL-450**                      **Honors Capstone Seminar: Global Engagements**
This capstone seminar constitutes the final requirement for students in the honors program, providing a culminating senior project experience. Students will enroll in this course in their final year of study. The seminar will further develop and sharpen the student's understanding of how their work is affected by a global context. The course uses a problem-solving focus, culminating in a written senior thesis and project presentation. Counts as honors program requirement (This class is restricted to degree seeking students with at least 4th year level.) **Lecture 2, Credits 1 (Fall, Spring)**

**ITDL-599**                          **Interdisciplinary Independent Study**
A program of study executed by an individual student with assistance and guidance by an instructor, outside a classroom setting. Guidelines for designing and gaining approval for an independent study are provided in College of Liberal Arts Policy I.D. **Ind Study, Credits 1 - 9 (Fall, Spring, Summer)**

## International and Global Studies

**INGS-101**                                                   **Global Studies**
Within the past three decades, planetary computerization, burgeoning media industries, and other global processes have significantly altered the ways in which we experience our local and global worlds. Global reconfigurations of time and space change our consciousness, sense of self and others, and the material realities in which we live and work. This course provides the conceptual tools to assess emerging global processes, interactions and flows of people, ideas and things that challenge historical patterns of international studies and relations. The course will introduce you to international and global processes in areas such as global cultural economies, global cities, new forms of democracy and civil society, global religions, sexualities, health, and environments, increased competition for resources, political conflict, war and terrorism. Beyond understanding the causes and consequences of global change, this course will introduce you to ethical dilemmas in global justice movements, and in transferring ideas and technologies in new global contexts. **Lecture, Credits 3 (Fall)**

**INGS-201**                                        **Histories of Globalization**
Globalization is a human process, influenced by contemporary and historical issues that are routinely conceived of as affecting or pertaining to the world's population in its entirety, such as human rights, humanitarianism, environmental degradation, trade, and military power. We use the world and its population as the unit of analysis with an emphasis is placed on issues that appear to be in tension with the role of the nation-state and nationality, and highlight world and global citizenship. We explore critiques of the conceptualization of globality and worldliness as a factor in determining social, cultural, and historical change. **Lecture, Credits 3 (Biannual)**

RIT0000988

**INGS-210**                                          **Culture and Politics in Urban Africa**
With a focus on African societies, we examine the diverse cultures of African peoples in the context of political and economic forces that have shaped their lives in the past and the present. Topics include European colonialism and its modern-day legacies, ethnic inequalities, economic vulnerability, labor migration, urbanism, and social unrest. We look at how art, music, oral traditions, and literatures have engaged critically with the forces of political change and neo-colonialism. We consider political activism, religious diversity, changing experiences and expectations of women and men, rebellion and revolution, impacts of and creative responses to globalization, and cultural transformations of African diasporas in the U.S and elsewhere. **Lecture, Credits 3**

**INGS-270**                                          **Cuisine, Culture and Power**
Physically, culturally, and socially, humans live through food and drink. Spanning the globe, as nearly limitless omnivores, humans have developed myriad ways of collecting and cultivating food and taking advantage of local environments. We also put food to work for us socially by creating cuisine. Through cuisine, we forge and nourish relationships, commune with deities, and through luxury choices, demonstrate our "taste" and lay claim to elite status. Through the cultural practices of production and consumption of food and drink, we wield power. Food and drink consumption patterns have sustained slavery, poverty, malnutrition, and illegal immigration, and have laid waste to the environment. In this class, we explore physical, cultural, social, political, and economic dimensions of food and become more aware of how the private, intimate act of a bite connects us to the rest of humanity. **Lecture 3, Credits 3 (Fall)**

**INGS-310**                                          **Global Slavery and Human Trafficking**
This course examines historical and contemporary dimensions of global slavery and human trafficking. The trans-Atlantic slave trade was the world's largest forced migration between continents, but it was only one of many slave trades that shaped societies throughout the world. In order to understand the historical significance of global slave trades, we will compare it to other systems of slavery. In examining the historical significance and legacies of the slave trade, we will link different regional histories to the growth of market-based capitalist economies into the 20th century. The course will also examine the changing meaning of the term 'slavery' and examine some modern forms of forced labor, bondage, and slavery that persist to this day in all sectors of the global economy. We will explore the rise of human trafficking, and global anti-trafficking programs and campaigns. **Lecture, Credits 3 (Fall or Spring)**

**INGS-455**                                          **Economics of Native America**
This course will analyze current and historic economic issues faced by Native Americans. It will also examine government policies enacted by and directed toward Native Americans with a focus on their economic implications. This will be done using standard economic models of the labor market, poverty, trade, development, and gaming. (Prerequisites: ECON-101 or equivalent course.) **Lecture, Credits 3 (Spring)**

**INGS-489**                                          **Topics in Global Studies**
This course focuses on specific themes or issues in global studies, chosen by the instructor, vetted by the department chair, announced in the course subtitle on SIS, and developed in the syllabus. The topics of this course will vary, but the course number will remain the same. Students may repeat the course for credit, but may not repeat the same topic. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**INGS-499**                                          **Co-op**
Paid work experience in a field related to international and global studies (at least 160 hours of work, completed over at least four weeks). Students will apply the accumulated knowledge, theory, and methods of the discipline to problem solving outside of the classroom. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**INGS-501**                                          **Capstone Seminar**
This upper division seminar constitutes the final core requirement in the international and global studies degree program. Students will enroll in this course in their final year of study. The capstone seminar will further develop and sharpen the student's understanding of globalization and international processes. The course uses a problem-solving focus to provide a detailed analysis of one or more contemporary issues in the field of international and global studies, culminating in a written senior thesis and project presentation. (Prerequisites: INGS-101 or equivalent course and 4th year status.) **Research, Credits 3 (Fall, Spring, Summer)**

**INGS-502**                                          **Advanced Research**
Seminar for majors in international and global studies. Upon successful completion of the capstone seminar, qualified students may engage in enhanced research in a specific area or dimension of their capstone project under the supervision of a faculty expert. May be taken either as an elective in the advanced study option in international and global studies or as an institute elective. Under the supervision of and collaboration with a faculty expert, the students will further explore, investigate, and rewrite an aspect of their senior project for a conference presentation, for publication, or for enhancement of expertise in their selected field specialization. (Prerequisites: INGS-501 or equivalent course.) **Research, Credits 1 - 6 (Fall, Spring, Summer)**

**INGS-597**                                          **Study Abroad**
Students will develop skills in critical thinking, ethical reasoning, problem-solving, and communication in an international setting through participating in a Study Abroad program (at least four weeks). **CO OP, Credits 0 (Fall, Spring, Summer)**

**INGS-598**                                          **Internship**
Internship in a field related to international and global studies (at least 160 hours of work, completed over at least four weeks). Students will apply the accumulated knowledge, theory, and methods of the discipline to problem solving outside of the classroom. (Enrollment in this course requires permission from the department offering the course.) **Internship, Credits 0 - 16 (Fall, Spring, Summer)**

**INGS-599**                                          **International and Global Studies Independent Study**
The student explores in depth a topic of choice, under supervision of a faculty member. The student will typically meet weekly with the instructor to discuss the readings and will write paper(s) that synthesize and critique them, or the student may work with the faculty member on original research. **Ind Study, Credits 1 - 12 (Fall, Spring, Summer)**

## Museum Studies

**MUSE-220**                                          **Introduction to Museums and Collecting**
This course examines the history, theory, ideology, and practice of collecting within the institutional context of the museum. It considers the formation of the modern museum, and focusing on the American context, investigates the function and varieties of museums, ranging from natural history, anthropology, science and technology, history, and art. The course explores the history of the museum and its evolution institutionally, ideologically, and experientially. The course also considers the operations of museums from accessioning through deaccessioning, examining museum management, collections management and collections care. The course also explores museum governance and the professional ethics and legal constraints that affect museum professionals. The course examines how a museum carries out its mission of public education through its collections and exhibitions, as well as through its educational programs and community outreach and visitor studies. Current issues in the museum world are also considered, including: the museum's educational function versus its entertainment function; the problems of staying solvent in an era of diminishing governmental and corporate subsidies; deaccessioning collections to support the museum operations; issues of art theft and repatriation (ranging from colonial era and Nazi era plunder, the disposition of human remains and sacred objects, and illicit trafficking); the evolving responsibilities of the museum to its public and the cultural heritage; and the rise of the virtual museum. Throughout the semester, the course examines museums and their practices through the perspectives of colonialism, nationalism, class, race, age, gender, and ethnicity. The course includes field trips to local museums and collections throughout the semester. **Lecture, Credits 3 (Fall)**

**MUSE-221**                                          **Introduction to Public History**
Public history is using the research-based methods and techniques of historians to conduct historical work in the public sphere. If you've gone to a museum, conducted an oral history, researched your old house, or learned from an interpreter at a park or historic site, you've seen public history in action. This course will introduce students to the wide variety of careers in public history, and will examine the challenges and opportunities that come with doing history in, with, and for the public. **Lecture, Credits 3 (Spring)**

**MUSE-223**                                          **Historic Photographic Processes**
This is a studio based class in which student recreate a number of different nineteenth century photographic processes. Students will explore the history of photographic technology through use of primary sources and hands on projects. The chemistry and deterioration of the materials will be reviewed through the use of primary texts, projects, and discussion. **Lecture, Credits 3 (Spring)**

**MUSE-224**                                          **History and Theory of Exhibitions**
Art exhibitions are organized around a curatorial premise, a statement that articulates an idea allowing for the selection of work included in an exhibition. This course begins with an overview of exhibition history, starting with the transformation of the Louvre into the first public art museum following the French Revolution, where art history, a discipline developed in the 19th century, was enlisted to organize exhibition. The course then examines the proliferation of types of exhibitions that accompanies modernism, up to the present, paying close attention to the curatorial premise animating the exhibitions. **Lecture, Credits 3 (Spring)**

RIT0000989

**College of Liberal Arts**

**MUSE-225**                                              **Museums and the Digital Age**
The digital revolution has profoundly influenced how we think about the world around us. Information once available only to experts is now accessible digitally to a much broader audience. Museums, archives, and libraries have adapted to this democratization of knowledge and decentralization of access in myriad ways. As visitors to museums—whether online or onsite—each of us is part of the creation, consumption, and reception of digital information. What does this mean for museums and for us as audiences and consumers of such information? How has the combination of digital technology and social media increased visitors' abilities for interaction with cultural institutions, their collections, and other visitors? This course will examine the history and evolution of museum practices as they adapt to new technologies and rethink traditional museum practices. The course has no pre-requisite and is open to students of all majors. **Lecture 3, Credits 3 (Fall)**

**MUSE-340**                                              **Introduction to Archival Studies**
This course introduces students to the role of archives in the construction of a society's cultural heritage and historical identity. Archives are repositories of a culture's original documents, both paper and electronic, and they function as a site for the construction, preservation, and dissemination of historical memory, as a source for social responsibility, and as a tool for the understanding of the cultural, social, and political forces that influence events. The course will examine the history of archives, the theory and practice that guide the work of archivists, and examine the basic components of an archival program: including acquisition and appraisal, arrangement and description, preservation and legal and ethical issues related to access to archival records. The class will also cover the transformation of the profession in the digital age, including digital preservation, the work of archival appraisal and collection building in an age of digital proliferation, and archival collection management systems. **Lecture 3, Credits 3 (Fall)**

**MUSE-341**                                              **Museum Education and Interpretation**
This course introduces students to the educational mission of the museum and to the museum's role in educating citizens for participation in a democratic, pluralistic society. As sites of informal learning, museums have an educational impact on our lives beyond our formal schooling. The course focuses on a wide range of educational activities within museums that address visitors of all ages as individuals and as members of a democratic society, and helps to foster in them a sense of community, civic responsibility, tolerance for multiple viewpoints, and lifelong love of learning. The course examines the institutional shift from a fixed, scholarly approach to exhibiting collections to one that embraces the concept of interpretation, where visitors are encouraged to engage in a variety of experiences, make their own connections with objects and other visitors, and ultimately construct their own meanings. **Lecture 3, Credits 3 (Fall)**

**MUSE-354**                                              **Exhibition Design**
This course examines the history and practice of exhibition design. It reviews the history of exhibitions within the development of museum-like institutions. In this course the following aspects of exhibition design are considered: curatorial premise or theme, exhibition development timeline, exhibition site, contracts and contractual obligations, budgets and fundraising, publicity material, didactic material, and exhibition design. The course includes field trips to local institutions and collections throughout the term. **Lecture, Credits 3 (Fall)**

**MUSE-355**        **Fundraising, Grant Writing, and Marketing for Nonprofit Institutions**
This course examines the growing autonomy of collecting institutions as they are cut off from various forms of governmental sponsorship and public subsidy and their subsequent needs for raising money from outside, non-traditional sources. The course looks at issues of needs assessment, budgeting, and strategic planning. It focuses on the design and implementation of effective fundraising campaigns, as well as on the organization and writing of successful grant proposals. It also considers the importance of marketing to overall institutional success. **Lecture, Credits 3 (Fall)**

**MUSE-357**                              **Collections Management and Museum Administration**
This course presents an overview of the administration and management of museums and their collections. The course examines the governance structure of museums, focusing on personnel responsible for their administration, curation and education, and operations, as well as on the mission statement and policies they determine. The course also details the management of collections, including the development of a collections policy, management of that policy, documentation and record keeping, acquisitions, and the creation/management of exhibitions. Finally, the course considers collections care or preventive conservation, looking at both the facility and collections. Throughout the term, legal and ethical issues pertaining to museums and their collections will be emphasized. (Prerequisites: MUSE-220 or 0533-421 or equivalent course.) **Lecture, Credits 3 (Spring)**

**MUSE-358**                              **Legal and Ethical Issues for Collecting Institutions**
This course presents an overview of the legal and ethical issues that govern the institutions and personnel involved in collecting cultural resources. Collecting institutions are governed by national, state, and local laws that define how facilities and collections are used and this course will consider them, as well as the larger social and historical context out of which they developed. The course will consider the evolution of the museum as a public institution and how the legal system increasingly defined minimum standards for maintaining collections, the facilities in which they are housed, and guaranteeing public access; in addition legal standards for the collection will be studied, including definitions of ownership, what this means in terms of intellectual property rights, copyright, reproduction (traditional and electronic), and deaccessioning/disposal. These will be studied within the context of the society within which the institution functions. The course will also study the development of national and international ethical standards and will examine the codes of behavior that govern the personal and professional conduct of museum professionals and the practices that comprise conflicts of interest. Ethical standards for collecting institutions will also be considered, particularly those that address the responsibilities to a collection, the ethics of acquisition, the question of illicit or stolen material, the issues of human remains and objects of sacred significance, and repatriation. Attention will be paid to the changes in society that made these issues critical for collecting institutions. **Lecture 3, Credits 3 (Spring)**

**MUSE-359**                                              **Cultural Informatics**
This course introduces students to Cultural Informatics, the interdisciplinary field that examines the intersections of information technologies, information science, and cultural information centered in museums, libraries, and archives. Among the topics to be examined are: how information technologies are used in museums, libraries, and archives; how modern information systems have shaped the museum environment; the nature of convergence; the development of digital collections, digital curation, and online exhibitions; and the role and status of the information professional in the museum and cultural organizations. The course is designed around projects, case studies, and readings so that students gain hands-on experience working with information. The course has no prerequisite and is open to students of all majors. **Lecture 3, Credits 3 (Fall)**

**MUSE-360**                              **Visitor Engagement and Museum Technologies**
All of us, as museum visitors, have the capacity to engage with collections and to create meanings as a result of such interaction. This course considers the history and theory of visitor engagement at museums, galleries, and sites of cultural heritage tourism; examines the import of technology into this history; and articulates the role of visitors as participants who curate their own experiences. Two key questions will be addressed in this course: 1) How does technology provide a platform for contribution, collaboration, co-creation, and co-opting of experiences among all visitors? and 2) Can technology mediate the best possible experience for visitors? The course has no prerequisite and is open to students of all majors. **Lecture 3, Credits 3 (Spring)**

**MUSE-361**                                              **Tablet to Tablet: A History of Books**
From ancient clay and wax tablets, to scrolls and medieval manuscripts, to printed books and iPads, this class examines the history of books from 2300 BCE to the present. Students study books not only as vehicles for texts, but also as physical artifacts that carry with them important evidence of the cultures that produced and read them. Using the Cary Graphic Arts Collection as their research laboratory, students investigate the evolution of books through hands-on interaction with artifacts both ancient and modern, while also pondering what forms future books might take. **Lecture 3, Credits 3 (Spring)**

**MUSE-388**                                              **Gender and Contemporary Art**
This course traces the historical development of women's activism in the art world from the 1970s to the present. We will interpret how this art activism, which artists and scholars alike have referred to as the feminist art movement, has examined how gender informs the ways art is made, viewed, conceptualized in history and theory, and exhibited in museums and visual culture, in a range of cultural contexts. We will also analyze how current artists, critics, and curators continue to build on this history, in particular how they use the concept of gender intersectionally to develop a variety of new creative practices, theories, modes of exhibition and social engagement. **Lecture 3, Credits 3 (Spring)**

**MUSE-449**                                              **Special Topics Museum Studies**
A focused, in-depth critical examination and analysis of a selected topic in Museum Studies, varying according to faculty teaching the course. **Lecture 3, Credits 3 (Spring)**

**MUSE-489**                                              **Research Methods**
This class introduces students to the methods of research appropriate for scholarship in the field of Museum Studies. Students will learn how to locate, analyze, assess, critique and conduct research in the field. They will choose the topic of their senior thesis project, develop a clear statement of how that topic will be explored, and construct an annotated bibliography relevant to that topic. This course leads to the development of a proposal for a senior thesis project that is suitable for full implementation in Senior Thesis for museum studies. (This class is restricted to students with at least 3rd year standing in MUSEUM-BS.) **Research 3, Credits 3 (Fall, Spring)**

RIT0000990

**MUSE-490**                                                   **Senior Thesis in Museum Studies**
The Senior Thesis in Museum Studies is the final requirement in the degree program. Students will conduct the appropriate research to address the topic they had proposed in Research Methods. They will present their results as a formal written thesis and in an appropriate public forum. The course provides students the opportunity to develop their research and practical skills and to share the results with the department and the college. (Prerequisites: MUSE-489 or equivalent course.) **Research 3, Credits 3 (Fall, Spring)**

**MUSE-491**                                                                     **Senior Thesis I**
The Senior Thesis in museum studies I is the first course in the final sequence required for completion of the degree program. In this section, students will work with their thesis advisors to define their senior thesis project, engage in preliminary research, write an abstract containing the thesis statement/research question, construct their formal thesis proposal, and develop a plan of work for Senior Thesis in Museum Studies II. (Enrollment in this course requires permission from the department offering the course.) **Seminar, Credits 1 (Spring)**

**MUSE-492**                                                                    **Senior Thesis II**
The Senior Thesis in Museum Studies II is the second course in the final sequence required for completion of the degree program. In this section, under the guidance of their thesis advisors, students will to their research and write their literature review. They will also revise their content outline based on this research. Finally, they will develop a new plan of work for the completion of their thesis in Senior Thesis in Museum Studies III. (Prerequisites: MUSE-491 or equivalent course.) **Lecture, Credits 2 (Fall)**

**MUSE-497**                                                          **Museum Studies Internship**
Internship in a field related to Museum Studies (at least 50 hours). Students will apply the accumulated knowledge, theory, and methods of the discipline to problem solving outside of the classroom. (MUSEUM-BS) **Internship, Credits 0 (Fall, Spring, Summer)**

**MUSE-498**                                                   **Museum Studies Co-Op Part Time**
Co-op in a field related to museum studies (at least 80 hours). Students will apply the accumulated knowledge, theory, and methods of the discipline to problem solving outside of the classroom. (MUSEUM-BS) **CO OP, Credits 0 (Fall, Spring, Summer)**

**MUSE-499**                                                             **Museum Studies Co-op**
Co-op in a field related to museum studies (at least 200 hours). Students will apply the accumulated knowledge, theory, and methods of the discipline to problem solving outside of the classroom. **CO OP, Credits 0 (Fall, Spring, Summer)**

**MUSE-599**                                                                 **Independent Study**
A program of study executed by an individual student with assistance and guidance by an instructor, outside a classroom setting. Guidelines for designing and gaining approval for an independent study are provided in College of Liberal Arts Policy I.D. **Ind Study, Credits 1 - 12 (Fall, Spring, Summer)**

# Philosophy

**PHIL-101**                                                          **Introduction to Philosophy**
Philosophy is about the rigorous discussion of big questions, and sometimes small precise questions, that do not have obvious answers. This class is an introduction to philosophical thinking where we learn how to think and talk critically about some of these challenging questions. Such as: Is there a single truth or is truth relative to different people and perspectives? Do we have free will and, if so, how? Do we ever really know anything? What gives life meaning? Is morality objective or subjective, discovered or created? We'll use historical and contemporary sources to clarify questions like these, to understand the stakes, to discuss possible responses, and to arrive at a more coherent, more philosophically informed, set of answers. **Lecture, Credits 3 (Fall, Spring)**

**PHIL-102**                                                       **Introduction to Moral Issues**
This course examines ethical questions that arise in the course of day-to-day individual and social life. Some consideration will be given to ethical theory and its application to such questions, but emphasis will be on basic moral questions and practical issues. Examples of typical issues to be examined are: What are the grounds for moral obligations like keeping promises or obeying the law? How do we reason about what to do? Examples of typical moral issues that may be introduced are capital punishment, euthanasia, abortion, corporate responsibility, the treatment of animals, and so forth. **Lecture, Credits 3 (Fall, Spring)**

**PHIL-103**                                                                   **Critical Thinking**
The purpose of this course is to improve everyday reasoning skills. Critical thinking means evaluating the reasons for our actions and beliefs. Ideally, we think our actions are rational, not arbitrary. But one does not have to look far to discover disagreement and apparent irrationality. What accounts for this? This course investigates how to argue effectively, how to evaluate evidence and reasons, and how to marshal good evidence and reasons in order to arrive at reliable knowledge and justified action. It covers common mistakes that people make in causal, statistical, moral, and everyday reasoning, and it teaches how and when it pays to be skeptical, reflective, and critical. **Lecture 3, Credits 3 (Fall, Spring)**

**PHIL-201**                                                                **Ancient Philosophy**
This course examines the origin and development of Western philosophy in ancient Greece from Thales in the 6th century down to at least the 4th century B.C.E., concentrating on the central ideas of the pre-Socratics, the Sophists, Socrates, Plato, and Aristotle. Some attention might also be given to the Hellenistic philosophers (Epicureans, Stoics, and Sceptics). This was a period of remarkable intellectual creativity in philosophy, mathematics, medicine, rhetorical theory, ethics, aesthetics and cosmology. Questions to be considered in this course will include: What are the nature and limits of knowledge? Is knowledge even possible? What is the nature of language? How reliable is perception? What is the true nature of reality? What is the origin and nature of the material world? Is moral knowledge possible? What is the nature of happiness, and what sort of life would make people happy? **Lecture, Credits 3 (Fall)**

**PHIL-202**                                                     **Foundations of Moral Philosophy**
This course is a survey of foundational, and normative, approaches to moral philosophy and their motivating moral questions. Topics will include virtue ethics, deontology, consequentialism, and other approaches. Some of the questions to be examined are: How is human nature related to morality? What are the grounds for moral obligations? Is there an ultimate moral principle? How do we reason about what to do? Can reason determine how we ought to live? What are moral judgments? Are there universal goods? What constitutes a morally worthwhile life? Can morality itself be challenged? **Lecture, Credits 3 (Fall)**

**PHIL-203**                                                                 **Modern Philosophy**
This course examines the history of modern philosophy, from Descartes through Kant. It concentrates on the development of modern thought, examining the concepts of mind, body, and causation among others. This period marked the beginning of modern science, with a rich ferment of ideas, and the philosophy of the period is essential to understanding modern science as well as contemporary problems about consciousness, mind/body interaction, causation, and so on. Questions to be considered in this course include the following: What can we know? How do we come to know what we can know? What is the scope and what are the limits of our knowledge? What is the nature of reality? Do we have access to reality? How is causal interaction possible, if at all? Does God exist, and if so, how do we know and what relation does God have to the world? **Lecture, Credits 3 (Spring)**

**PHIL-205**                                                                     **Symbolic Logic**
An introduction to symbolic, or formal, deductive logic and techniques, such as truth tables, truth trees, and formal derivations. The emphasis will be on propositional (or sentential) logic and first-order predicate logic. **Lecture, Credits 3 (Fall, Spring, Summer)**

**PHIL-301**                                                             **Philosophy of Religion**
This course will examine critically definitions, assumptions, and arguments central to religion. Topics may include interpreting the nature of religion, arguments for and against the existence of God, the relation between theology and philosophy, the relation between God and the world, paganism, the problem of evil, and the nature of religious language and experience. **Lecture, Credits 3 (Fall)**

**PHIL-303**                                                        **Philosophy of Art/Aesthetics**
This course introduces students to thinking philosophically about the nature of art and its relation to other human experiences. Among the topics considered are the aesthetic experience, the relation between morality and art, ugliness in art and truth in art. **Lecture, Credits 3 (Spring)**

**PHIL-304**                                                                    **Philosophy of Law**
An introduction to philosophical analysis centering on the nature, extent and justification of law, the nature of legal thought, and the problems and theories of justice and the relationship between law, ethics and morality. **Lecture, Credits 3 (Spring)**

**PHIL-305**                                                                 **Philosophy of Peace**
An introduction to some of the philosophical dimensions of the search for world peace, including the elements that would constitute a just and lasting peace, nations as moral entities, justice and national self-interest, force and violence, the morality of the use of force, peace-making and peace-keeping groups. **Lecture, Credits 3 (Spring)**

RIT0000991

**College of Liberal Arts**

**PHIL-306**                                          **Professional Ethics**
This course critically examines ethical issues that arise in professional life. The course will examine not only the general relationship between ethics and professional life but the particular consequences of ethical considerations within the student's own profession and the professions of others with whom the student must live and work. **Lecture, Credits 3 (Fall)**

**PHIL-307**                                          **Philosophy of Technology**
Technology is a ubiquitous and defining force in our world. This course investigates how our conceptions of technology have emerged within philosophy, as well as the role technology plays in shaping how we live and how we reflect upon questions of meaning and value in life. Technological modes of understanding, organizing and transforming the world shape our relationships with others, with ourselves and with nature at fundamental levels. We will explore how these modes have emerged and why they emerged so predominantly within a Western social and intellectual context. **Lecture, Credits 3 (Fall)**

**PHIL-308**                                          **Environmental Philosophy**
Environmental philosophy examines the ethical, metaphysical, and social justice questions surrounding human interactions with nature and the management of natural resources. This course explores the nature and source of environmental values and how environmental goals are achieved through policy decisions. We evaluate and apply philosophical and ethical theory to environmental issues such as endangered species, climate change, wilderness preservation, sustainability, and environmental justice. **Lecture, Credits 3 (Fall)**

**PHIL-309**                                          **Feminist Theory**
This course examines the main currents in contemporary feminist thought. Feminist theory explores the nature and effects of categories of sex and gender upon our ways of living, thinking and doing, while also challenging how gendered assumptions might shape our conceptions of identity and inquiry more generally. Different conceptions of sex and gender will be discussed, and the course will investigate how these concepts affect our lives in both concrete and symbolic ways. Special attention will be paid to how gendered assumptions color our understanding of knowledge production, experiences of embodiment and emotion, public and private activities, and the nature of ethical decision making. **Lecture 3, Credits 3 (Fall)**

**PHIL-310**                                          **Theories of Knowledge**
Epistemology, or the theory of knowledge, examines how we come to know what we know. This course covers historical and contemporary approaches to the question of what knowledge is, what makes a belief true, and how beliefs are justified. Philosophical skepticism, the idea that we actually know nothing at all, will also be discussed, as well as possible responses. Other topics may include epistemic relativism, feminist epistemology, naturalism, the internalism/externalism debate, and the application of epistemology to other fields. **Lecture, Credits 3 (Spring)**

**PHIL-311**                                          **East Asian Philosophy**
This course is an introduction to the origin and development of the philosophical traditions of primarily China and Japan through a consideration of selected thinkers, schools, and classic texts of Daoism, Confucianism, Buddhism, and Zen. Questions of metaphysics, epistemology, and ethics are emphasized with reference to the nature of reality and the person, social harmony and self-realization, causality, right action, and enlightenment. Comparisons may also be made with Western philosophers, both contemporary and classical. **Lecture, Credits 3 (Spring)**

**PHIL-312**                                          **American Philosophy**
This course examines the contributions of American philosophers from the colonial era to the present day. From the New England Transcendentalists of the 19th century, to the Pragmatism and Neo-Pragmatism of the 20th and 21st, American philosophy has responded to the demands of a pluralistic, ever-changing society. Because American philosophy is a reflection of American culture, it has also offered a unique perspective on perennial philosophical problems in ways that have differed sharply from dominant forms of European philosophy. Authors may include Ralph Waldo Emerson, Henry David Thoreau, Frederick Douglass, Susan B. Anthony, C.S. Peirce, Jane Addams, William James, John Dewey, Richard Rorty, and Cornel West. **Lecture, Credits 3 (Fall)**

**PHIL-313**                                          **Philosophy of Film**
Introduces students to models of film interpretation and critique that arose in pre-war Europe and that have burgeoned since; these models combine philosophical, aesthetic, economic and psychoanalytic methods of analysis. Among the topics considered are the nature of the image, ideology and alienation, trauma, fetishism, magical realism, realism and anti-realism in film. **Lecture, Credits 3 (Fall)**

**PHIL-314**                                          **Philosophy of Vision and Imaging**
This course examines how philosophers and others have understood the nature and primacy of sight. It explores how technologies of seeing and imaging have influenced theories of sight and our most dominant and authoritative practices of seeing and representing in the humanities and the arts, as well as in the natural and social sciences. The course will focus on the impact these theories and practices of seeing and representing both analogue and digital have on the nature of knowing, as well as on how they shape and mediate our experiences of personal and social identity and agency more generally. **Lecture, Credits 3 (Fall)**

**PHIL-315**                                          **Responsible Knowing**
What we do is connected to what we know. Acting well depends on appropriate evaluation of perception, logic, and evidence, and acting on our beliefs commits us to various ethical outcomes. In addition, understanding how our minds work and how we produce knowledge in teams and institutions can improve the reliability of what we know and can assist us in achieving ethical goals. This course develops advanced critical thinking skills and investigates how knowledge claims and value claims interact in order to shed light on the conditions that make responsible knowing possible. We will study how we produce responsible knowledge individually and collectively: from how we make ethically rational choices in our own lives to how society directs research priorities in science and technology. Topics may include: rational decision-making, cognitive bias, moral psychology, social epistemology, epistemic, and ethical relativism, risk and uncertainty, research integrity, and values in science. **Lecture 3, Credits 3 (Spring)**

**PHIL-316**                                          **Bioethics and Society**
This course introduces students to some of the ethical considerations and problems that arise in the context of medical practice, biological science, health care policy, and related fields. Issues that may be covered include: abortion; stem cell research; human cloning; euthanasia; informed consent; human organ procurement; health care allocation and how it is approached in various countries; bioethical concerns arising from human caused climate change and other environmental issues impacting public health concerns around the globe. Students will become familiar with the concepts and principles of bioethics while engaging with case studies and related media. Part of the philosophy immersion, the ethics immersion, the global justice immersion, the philosophy minor, the ethics minor, and the philosophy major. May also be taken to fulfill the ethical perspective, the global perspective, or as an elective. **Lecture 3, Credits 3 (Spring)**

**PHIL-317**                                          **Renaissance Philosophy**
This course provides an overview of the Renaissance (c. 1350-1650), one of the most important cultural revolutions of Western civilization affecting nearly all aspects of European life—the arts, the relation with the natural world, and the attitude toward religion, the past, and politics. The "Renaissance person" came to denote a universal individual whose knowledge spaces over the entire realm of experience. The overarching theme of the Renaissance – humanism – prefigures contemporary theories of posthumanism, transhumanism, and the critique of anthropocentrism in general. Thinkers considered in this course include Petrarca, Valla, Pompanazzi, Cusanus, Ficino, Pico della Mirandola, Machiavelli, Erasmus, Luther, Suárez, More, Bruno, Telesio, Copernicus, Kepler, Galileo, Montaigne, and Bacon. **Lecture 3, Credits 3 (Biannual)**

**PHIL-318**                                          **Philosophies of Love, Sex, and Gender**
Love is indeed one of the most central concerns in everyone's life; yet, we spend very little time thinking conceptually about love in its various forms, aspects, implications, nuances, benefits, detriments, and harms. In this course, we will examine views from classical, medieval, modern, and contemporary thinkers on various kinds of love, including some controversial versions of it; we will consider the relation of love in its various forms to desire, emotions, physical intimacy, seduction, sex, sexuality, sexual orientation, and the construction of personal identity; and we will analyze how the various forms of love affect and are affected by gender norms, roles, and images. **Lecture 3, Credits 3 (Biannual)**

**PHIL-401**                                          **Great Thinkers**
An examination of the thought of some of those philosophers who have been most influential in the history of ideas. An attempt is made to cover in some depth the works of one or more of these great thinkers. The student will begin to recognize the enduring nature of some of our most pressing problems, as well as the intellectual foundation of proposed solutions. (Prerequisite: one course in philosophy, or permission of instructor) Class 3, Credit 3 (varies) (Prerequisites: Completion of one course in philosophy is required.) **Lecture, Credits 3 (Spring)**

**PHIL-402**                                          **Philosophy of Science**
An examination of the nature of the scientific enterprise; possible discussion topics include the presuppositions of science, its logic, its claims to reliability, and its relationships to society and to problems of human values. (Prerequisites: Completion of one (1) course in philosophy (at the 200 level or higher) or a major in the College of Science or College of Health Science & Technology or PSYC-BS.) **Lecture, Credits 3 (Fall)**

**PHIL-403**                                          **Social and Political Philosophy**
An examination of some of the main problems of social and political philosophy through an analysis, comparison and critical examination of various views concerning the natures of individuality and society and the relations between them. (Prerequisites: Completion of one (1) course in any of the following disciplines: PHIL, POLS, SOCI, or CRIM.) **Lecture, Credits 3 (Fall)**

RIT0000992

**PHIL-404**       **Philosophy of Mind**
The Philosophy of Mind includes issues of metaphysics, epistemology, logic, psychology, aesthetics, linguistics, cognitive science, artificial intelligence, and biology, to name a few. Issues to be investigated include: Is there an ontological difference between minds and bodies? Could there be minds without bodies? Can I know that I have a mind? Are there other minds in the universe? Can I be conscious of my own consciousness? Can other things have the kinds of experiences which I have? (Prerequisites: Completion of one course in philosophy is required.) **Lecture, Credits 3 (Fall)**

**PHIL-405**       **Philosophy of the Social Sciences**
This course examines the methods, foundations, assumptions and purposes of the social sciences. In particular, it will examine the ways in which science and non-science are distinguished as well as the similarities and differences between the social and natural sciences. Special attention will be paid to the ways in which both Anglo-American and European philosophical traditions approach the social sciences. Other topics may include the role of values in social scientific inquiry, the processes of explanation and theory confirmation in the social sciences, and various conceptions of interpretation and meaning in the social sciences. The course will also examine how the tensions between claims of universality and claims of relativism, claims of objectivity and claims of partiality should be understood within the social sciences. (Prerequisites: Completion of one (1) prior course in philosophy (at the 200 or 300 level) or a major in CRIM-BS, PSYC-BS, INGS-BS, SOCANT-BS, POLS-BS, ECON-BS, or PUBL-BS.) **Lecture, Credits 3 (Spring)**

**PHIL-406**       **Contemporary Philosophy**
This course examines developments in philosophy since 1900. During this time philosophy evolved along with science, politics, and the arts. In some cases philosophy responded to new discoveries and theories while at other times it precipitated movements that had far-reaching effects. A range of philosophical approaches may be discussed, including existentialism, experimental philosophy, feminist theory, hermeneutics, logical positivism, neo-pragmatism, phenomenology, and postmodernism. The connections among different approaches may also be addressed. (Prerequisites: Must have completed at least one PHIL course - 200 level or higher.) **Lecture, Credits 3 (Fall)**

**PHIL-407**       **Philosophy of Action**
This course explores the three central philosophical issues of action theory: what is an action, what is an agent, and what is metaphysical freedom. The first part of the course examines the most significant theories of action and the different ways in which they characterize intentional behavior. The second part of this course explores the nature of agency. The third part of this course focuses on the classical problem of free will and its relation to moral responsibility. (Prerequisites: Completion of one course in philosophy is required.) **Lecture, Credits 3 (Spring)**

**PHIL-408**       **Critical Social Theory**
Introduces students to models of cultural critique that arose in pre-war Germany and that have burgeoned in our contemporary aesthetic and philosophical practices. These models combine philosophical, aesthetic, economic and psychoanalytic methods of analysis. Among the topics considered are alienation and reification, hegemony or false consciousness, trauma, fetishism, the authoritarian personality and state, advertising and modern technology, and the relative autonomy of art. (Prerequisites: Completion of one course in philosophy is required.) **Lecture, Credits 3 (Spring)**

**PHIL-409**       **Existentialism**
Existentialism is distinguished by its emphasis on human existence and the way its meaning is created through actions and choices. Existentialism focuses on the concept of individual freedom in an effort to respond authentically to the possibilities which life presents, emphasizing the importance of certain psychological states (e.g., anxiety, anticipation of death, fear, care, responsibility, and hope) and extreme situations in bringing us to an awareness of our radical freedom. This course will consider such philosophers and writers as Dostoevski, Kierkegaard, Nietzsche, Berdyaev, Heidegger, Jaspers, Camus, Sartre, Kafka, Beauvoir, Marcel, Buber, Ortega, and Unamuno. (Prerequisites: Completion of one course in philosophy is required.) **Lecture, Credits 3 (Fall)**

**PHIL-410**       **Medieval Philosophy**
This course is an introduction to the philosophical thought during the medieval period (approximately 300 C.E. to 1500 C.E.). It will consider the thought of various major figures from the Christian, Jewish, and Islamic traditions, and will take up this period's two principal areas of concern: the philosophy of religion and theology, on the one hand, and metaphysics and epistemology, on the other. (Prerequisites: Must have completed at least one PHIL course - 200 level or higher.) **Lecture, Credits 3 (Spring)**

**PHIL-411**       **Metaphysics**
Metaphysics is the study of the general features of existence or reality. This course focuses on the fundamental concepts of being as developed in several major philosophers from the Greeks to the present. Discussion will focus on such topics as God, time, space, substance, essence, existence, process, causality, possibility, necessity, chance, and value. (Prerequisites: Must have completed at least one PHIL course - 200 level or higher.) **Lecture, Credits 3 (Spring)**

**PHIL-412**       **Nineteenth Century Philosophy**
The nineteenth century marks a radical shift in the history of philosophy and culture and stands in its own right as a distinct period of thought between the modern era and the contemporary era. This course will consider such philosophical positions as idealism, empiricism, existentialistic romanticism, Marxism, evolution, nihilism, positivism, pragmatism, and the role of the arts and aesthetics. Philosophers considered include Schelling, Fichte, Hegel, Schopenhauer, Mill, Marx, Darwin, Kierkegaard, Nietzsche, Comte, Bradley, Green, Peirce, and James. (Prerequisites: Must have completed at least one PHIL course - 200 level or higher.) **Lecture, Credits 3 (Fall)**

**PHIL-413**       **Philosophy of Literature**
Introduces students to models of literary theory from the mid-twentieth century to the present and familiarizes them with the key works of literature to be analyzed. Prepares students to practice questioning and critiquing texts using the philosophical, aesthetic, economic and psychoanalytic methods of analysis which have come to form the foundation of contemporary literary theory. Among the topics considered are culture and imperialism, performativity, the encounter of modern literature and modern technology, structuralism and semiotics, the role of psychoanalysis, the role of the academy, and the relative autonomy of art. (Prerequisites: Completion of one course in philosophy is required.) **Lecture, Credits 3 (Fall)**

**PHIL-414**       **Philosophy of Language**
This course examines how philosophers and others have understood the nature of language. It explores the classical philosophical contexts in metaphysics, epistemology, aesthetics and rhetoric in which concerns about the nature of language arose. In addition, the course focuses on recent debates, within both contemporary analytic and continental traditions of philosophy. Some likely areas of inquiry will be: theories of reference, description and naming; theories of meaning, metaphor and narrative; functionalist, pragmatist and naturalist accounts; structuralist, post-structuralist, and hermeneutic accounts, among others. The prominence of one or the other of these debates and approaches will vary. (Prerequisites: Completion of one course in philosophy is required.) **Lecture, Credits 3 (Spring)**

**PHIL-415**       **Ethical Theory**
This course examines the theoretical basis of ethics and morality, namely the theoretical commitments that enter into any judgment that a particular action is right or wrong, with special emphasis on a particular thinker or theoretical approach. Topics may include different ways of understanding the concepts of right and wrong; the existence or non-existence of moral facts; different criteria of moral actions; different conceptions of the good life. (Prerequisites: Completion of one course in philosophy is required.) **Lecture, Credits 3 (Spring)**

**PHIL-416**       **Seminar in Philosophy**
Examines some area of philosophy at an advanced undergraduate level. The area examined may vary from semester to semester. The seminar is designed especially for those whose interest in philosophy goes beyond the requirements of the liberal arts curriculum. (Prerequisites: Completion of two (2) courses in philosophy is required.) **Lecture, Credits 3 (Spring)**

**PHIL-417**       **Continental Philosophy**
This course will provide an overview of some of the major currents in Continental philosophy, the distinctive philosophical approach and style of thinking that emerges in the early 20th century largely as a critical response to German Idealism, Marxism, and the antecedent existentialism of Kierkegaard and Nietzsche. Continental philosophy is rooted in the history of philosophy, attentive to the world of experience, and develops in constant conversation with various other areas of human activities such as literature, politics, psychoanalysis, and religion. Among the major currents to be examined in the course are phenomenology, hermeneutics, deconstruction, structuralism, poststructuralism, French feminist theory, posthumanism, and speculative realism. Traditional philosophical topics such as ontology, metaphysics, epistemology, language analysis, feminist theory, ethics, and politics will be considered in the light of their reassessment by Continental philosophy. Figures covered may include Husserl, Heidegger, Merleau-Ponty, Gadamer, Foucault, Levinas, Deleuze, Nancy, Derrida, Agamben, Irigaray, and Žižek, among others. (Prerequisites: Must have completed at least one PHIL course - 200 level or higher.) **Lecture 3, Credits 3 (Spring)**

**PHIL-449**       **Special Topics**
A critical examination of issues in some area of philosophy not covered in other philosophy courses. (Prerequisites: Completion of one course in philosophy is required.) **Lecture, Credits 3 (Spring)**

RIT0000993

College of Liberal Arts

**PHIL-499**                                                    **Philosophy Co-op**
One semester of work experience in a professional setting related to the philosophy major. **CO OP, Credits 0 (Fall, Spring, Summer)**

**PHIL-571**                                                    **Honors Philosophy**
A critical examination of issues in some area of philosophy, but especially geared for honors students and others who wish to participate in an honors section. **Lecture, Credits 3 (Fall, Spring, Summer)**

**PHIL-595**                                             **Senior Thesis in Philosophy**
This course is required of philosophy majors during their senior year. A student will choose a faculty member to serve as a primary advisor. With the advisor's guidance, a student will research and write a substantial paper on a specific philosophical topic. Students will be encouraged to investigate a particular question in depth, likely building on earlier course work. The finished thesis will be discussed and examined by a committee including two other faculty members. (Prerequisites: PHIL-416 or equivalent course and 4th year level.) **Seminar, Credits 3 (Fall, Spring)**

**PHIL-599**                                                    **Independent Study**
A program of study executed by an individual student with assistance and guidance by an instructor, outside a classroom setting. Guidelines for designing and gaining approval for an independent study are provided in the College of Liberal Arts Policy I.D. **Ind Study, Credits 1 - 9 (Fall, Spring, Summer)**

## Political Science

**POLS-110**                                                    **American Politics**
This course examines the basic principles, themes and institutions of American politics. The course will approach the study of American politics from four interrelated topics: 1) American political values and constitutional foundations; 2) mass politics and political socialization; 3) political institutions; and 4) public policy. Current events will be discussed throughout the course in an effort to promote responsible citizenship. In addition to providing a basic overview of American politics, this course seeks to develop critical thinking, group dynamic and communication skills that are transferrable outside the classroom. **Lecture, Credits 3 (Fall, Spring)**

**POLS-110H**                                            **Honors Political Science**
This course explores the founding principles of the American political order and their contemporary relevance. In addition, the course will examine the extent to which the three political institutions of American government (legislature, executive, and judiciary) have either adhered to or departed from the founding principles. Emphasis will be placed upon reading and analyzing primary sources from the founding era and some of the more influential perspectives on American government drawn from the Civil War period to the 20th century. (Prerequisites: POLS-110 or POLS-110H or POLS-120 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**POLS-115**                                             **Ethical Debates Amer Politics**
This course examines past and contemporary political and ethical debates that have shaped, clarified and transformed the meaning of the foundations of the American democratic-republic. At every turn, political and ethical debates in American politics have focused on the meaning of the principles of equality and consent and the moral implications of individual rights. The course will address topics such as: the moral foundations of the Founding, the moral character of the Union, the injustice of slavery in a regime dedicated to the principle of equality, justice and the Civil Rights movement, and the progressive critique of the Founding, the rise of the entitlement state and its critiques, as well as current political and ethical controversies. Special attention will be paid to the political speeches of those directly involved in the debates. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**POLS-120**                                     **Introduction to International Relations**
The purpose of this course is to provide a basic knowledge of the field of international relations. Among the topics to be addressed are key theoretical concepts, themes and controversies in the field such as: important state and non-state actors in international politics, security, economic relations between states, levels of analysis, and schools of thought. **Lecture, Credits 3 (Fall, Spring)**

**POLS-200**                                                    **Law and Society**
This course focuses on the relationships between law and other social institutions, and examines the values and interests that are expressed in law and shaped by legal structures and processes. This course takes an explicit interdisciplinary approach to understanding law and is designed for those interested in a critical inquiry of the nature of law within a framework of a broad liberal arts education. Class 3, Credit 3 (F) **Lecture, Credits 3 (Spring)**

**POLS-205**                                             **Ethics in International Politics**
This course examines the role of ethics in international politics. It will address topics such as humanitarian intervention, just war, the ethics of immigration, international economic justice, accountability in international development aid, and the ethical role of international organizations and non-state actors. Special attention will be given to thinkers who discuss the promise and limits of ethics in international politics and who give an account of the force of international law in establishing ethical norms throughout international political history. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**POLS-210**                                                    **Comparative Politics**
The course provides a mode of analysis for the study of political systems. Basic concepts of political science are utilized to present a descriptive and analytical examination of various political systems that can be classified as liberal democracies, post-communist, newly industrializing countries, and Third World. Particular attention is paid to the governmental structure, current leadership and major issues of public policy of those selected political systems under review. **Lecture, Credits 3 (Spring)**

**POLS-215**                                             **Tech, Ethics and Global Politics**
This course examines the mutual influence of science, technology and global politics within the framework of international ethics. Contemporary debates around drones, climate change, cyber security, the Ebola pandemic, hydraulic fracturing, renewable energy, nanotechnology, biotechnology, and nuclear power reveal the field of International Relations must take scientific and technological developments more seriously. In order to comprehend the mutual influence of science, technology, and global politics, the course will examine the political project of the early moderns, who sought the removal of traditional, moral restraints on scientific and technological innovations, as well as the international efforts to regulate scientific and technological innovation beginning in the twentieth century and continuing to the present day. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**POLS-220**                                             **Global Political Economy**
Examines the interplay between states and markets, as well as the interaction of the global economy and international politics. The course will cover political economy, political ideology, global trade, international capital investment, debt, the integration of national financial markets, and the impact of globalization on society and the environment. **Lecture, Credits 3 (Fall or Spring)**

**POLS-250**                                                    **State and Local Politics**
This course is a study of politics and government on the state and local levels, as well as the relationships between these levels and the federal government. The first focus of the course is on the federal system of government, including the interdependence of the three levels of government. The course continues by examining the state level followed by a focus on local government. A final topic is policy-making, including revenues and expenditures, which again illustrate the interrelationship of the three levels. **Lecture, Credits 3 (Fall)**

**POLS-280**                                 **Artificial Intelligence and the Political Good**
This course examines the political promises and challenges of artificial intelligence (AI) through the consideration of the technological trajectories and possible scenarios of advanced AI. Possible discussion topics may include: The compatibility of AI with the political principles of liberty, equality, and the pursuit of happiness to understanding what an AI arms race between countries might entail. Domestically, will the prospect of greater job automation produce mass unemployment with severe consequences? Globally, will the weaponization of AI make going to war easier? Questions like these are inherently political and the movement toward greater AI capabilities raises the more general question of whether humanity will be able to regulate, both domestically and globally, a technology that promises to surpass all technology that has gone before it. This course will seek to anticipate and prepare for the risks that advanced AI poses to domestic and global politics. The goal will be to think about how advanced AI can be prudentially oriented toward beneficial practices for the sake of the political good. **Lecture 3, Credits 3 (Spring)**

**POLS-285**                                 **Environmental Ethics and Political Ecology**
This course examines environmental issues through a variety of political and ethical perspectives. The goal of the course is to understand how the meaning of political and ethical concepts (e.g., citizenship, justice, responsibility, security, sovereignty) have been broadened or reinterpreted in light of the ascendancy of environmentalism. For instance, the course will cover questions concerning whether environmentalism has encouraged a more precautionary sort of politics, especially in regard to agricultural biotechnology, along with how it has transformed the traditional military definition of security to include new notions such as climate or food security. To address these questions and issues, the course fosters an appreciation of the ethical reasoning of the interdisciplinary field known as political ecology. An emphasis on the ethical reasoning of political ecology will facilitate a more comprehensive understanding of environmental issues through unraveling the political forces at work in environmental change at both the global and local levels. **Lecture 3, Credits 3 (Fall, Spring)**

152    Undergraduate Course Descriptions

RIT0000994

**POLS-290**                                    **Politics and the Life Sciences**
This course examines the intersection between politics and the life sciences. The course will examine the biological approach to human behavior, paying special attention to the implications of biological explanations of behavior for political systems. Topics to be covered may include the biological approach to morality, law, and international conflict, as well as the political and policy implications of new research in the biological sciences including biotechnology. **Lecture, Credits 3 (Fall)**

**POLS-295**                                    **Cyberpolitics**
Innovations in digital communication technologies have the potential to affect many aspects of politics and government. Beyond specific elements such as elections and delivery of government services, these developments have the potential to expand and redefine the nature of political participation and civic engagement, and to alter the structure of political power. This course examines the potential and promise of digital democracy, and attempts to separate hype from reality. **Lecture, Credits 3 (Spring)**

**POLS-300**                                    **Rhetoric and Political Deliberation**
Often political deliberation requires reasoning about indeterminate subjects of public import, which do not permit us to arrive at incontestable conclusions. Even where there is compelling evidence the conclusions of political deliberation usually require rhetorical assistance. Rhetoric reflects an appreciation that the simple truth and scientific facts do not suffice in all circumstances, that citizens sometimes have to be persuaded and led through persuasive speeches to reach reasonable decisions in public life. This course examines the role of rhetoric in political deliberation through a consideration of some of the most politically important speeches in American and international politics. The course will also consider the political use of rhetorical devices as well as the differences between deliberative, epideictic and forensic rhetoric. As a writing intensive course, students will practice the writing conventions associated with the discipline and their skills in editing, revising, and reviewing their writing and the writing of their peers. **Lecture 3, Credits 3 (Fall or Spring)**

**POLS-305**                                    **Political Parties and Voting**
Political parties are a crucial part of the democratic process, as are elections. Parties and elections serve as a critical link between citizens and their government, as parties and candidates promote policies favored by voters. This course studies parties, their history, their future and their role in the democratic process. Overall emphasis is on the degree to which parties perform or fail to perform as a link between citizens and government. **Lecture, Credits 3 (Fall)**

**POLS-310**                                    **The Congress**
This course examines the role of the Congress in American government. Topics studied include elections, party organization, committees, interest-group activities and executive-legislative relations. **Lecture, Credits 3 (Spring)**

**POLS-315**                                    **The Presidency**
A study of the role of the presidency in the American political system. Among the topics considered are the nomination and election processes, the evolution, expansion and limitation of presidential power, factors in decision-making and the various leadership functions performed by the president. **Lecture, Credits 3 (Fall or Spring)**

**POLS-320**                                    **American Foreign Policy**
A study of the formulation and execution of American foreign policy, including the examination of the instruments, procedures, and philosophies shaping the development of foreign policy. **Lecture, Credits 3 (Fall or Spring)**

**POLS-325**                                    **International Law and Organizations**
The study of international law and organizations is the study of international cooperation and governance. The course will cover a variety of theoretical and substantive topics including the theories of international law and organizations, the historical development of international organizations, how these organizations work in practice, and whether they are effective. Emphasis will be placed on the United Nations and the role and usefulness of nongovernmental organizations in international organization. Several of the substantive issues discussed are interstate violence and attempts to address humanitarian concerns, globalizations, and the environment. **Lecture, Credits 3 (Fall)**

**POLS-330**                                    **Human Rights in Global Perspective**
This course explores the theoretical meaning, both domestically and internationally, and the institutional and political aspects of human rights. Issues covered include the definition of human rights; the relationship between civil and political rights and economic, social and cultural rights; the meaning and impact of humanitarian and international human rights law; the impact of cultural relativism in the definition and assessment of the promotion and protection of human rights; the significance of different religious perspectives; the question of the legitimacy of humanitarian interventions and the effects of globalization on human rights perceptions and practices. **Lecture, Credits 3 (Fall, Spring)**

**POLS-333**                                    **The Rhetoric of Terrorism**
This class examines the history of terrorism (both the concept and the term), definitions of terrorism and attempts to explain the root causes of terrorism through rhetorical and ethical analysis of narratives written by historians, journalists, and terrorists themselves. Students will read and discuss charters, manifestoes and messages (terrorism texts) of domestic and foreign, regional and global, non-state entities motivated by politics or religion to commit violence, as well as the efforts of analysts to explain and contextualize their activities. **Lecture 3, Credits 3 (Fall)**

**POLS-335**                                    **Politics in Developing Countries**
This course explores the ways in which the historical, cultural, economic and political contexts of societies of Africa, Asia and Latin America determines the patterns of their political processes. Focus is directed to such factors as history, religion, economic underdevelopment, and culture and their impact on the efforts to promote liberalization and democratization, economic and social modernization, and political and social stability. **Lecture, Credits 3 (Fall)**

**POLS-345**                                    **Politics and Public Policy**
A study of the politics of the policy process covering these basic questions: How do public problems get to the agenda of government? How does government formulate policy alternatives? How does government legitimate public policy? How does government implement public policy? How does government evaluate public policy? **Lecture, Credits 3 (Fall)**

**POLS-350**                                    **Politics of East Asia**
This course examines the East-Asian countries using the following comparative criteria as the organizing guidelines: modern political history of the country, political economy and development, governance and policy making, representation and participation, as well as major domestic and foreign policy issues. The political prospects of the countries for the 21st century will be analyzed and discussed. **Lecture, Credits 3 (Fall)**

**POLS-351**                                    **Politics of China**
This course examines the politics of China through a comparative historical analysis of key political and economic developments. It discusses the Communist Revolution, governance and policy making under the communist regime, and the reforms following the introduction of capitalism. The goal of the course is to assess China's comparative advantages and grand strategy in international politics. (Prerequisites: POLS-210 or equivalent course.) **Lecture 3, Credits 3 (Spring, Summer)**

**POLS-355**                                    **Political Leadership**
The fundamental proposition of this course is that political leadership makes a crucial difference in the life of a nation. The course will examine how leadership may serve as either a constructive or destructive force in the pursuit of some shared, national goal or purpose. The course will consider a diverse range of leaders and their respective styles and types of leadership. Each leader will be studied in terms of his or her historical context, the means and ends each employed in the pursuit of political goals, and the particular qualities both virtues and vices each embodied as a political leader. **Lecture, Credits 3 (Fall)**

**POLS-360**                                    **International Political Thought**
The course provides a general overview of international themes, ethical principles, and issues that are taken into consideration in international political thought. Possible topics may include theoretical analyses of the ideas of sovereignty, nationalism, hegemony, imperialism, global civil society, political theology, balance of power, collective security, just war, perpetual peace, and human rights. Guiding themes of the course will be a reflection upon the nature of political legitimacy in the international context and the tension between political justifications based upon necessity and those based upon justice. In reading the major political thinkers students will be encouraged to reflect upon the challenge of reconciling ethical obligations to one's own community with those of humanity in general. **Lecture 3, Credits 3 (Fall, Spring)**

**POLS-365**                                    **Anarchy, Technology and Utopia**
This course examines the way in which new technologies challenge and provide alternatives to traditional political structures and functions. The course discusses the moral status of the state through the lens of anarchic political thought, with an emphasis on the concept of consent. Themes of anarchic thought are then discussed in light of how new technologies decentralize power and challenge traditional state goals, such as regulation or state secrecy. Technologies to be discussed include social media platforms and nongovernmental, digital currency, as well as decentralized energy sources like solar and wind. The ethical and moral implications of these new technologies, the harms and benefits they present, and their use as challenges to the moral status of the state are all central themes. **Lecture 3, Credits 3 (Biannual)**

RIT0000995

**College of Liberal Arts**

**POLS-370**                                    **Cyberwar, Robots, and the Future of Conflict**
This course examines how advances in computer science, robotics, biotechnology and other emerging technologies are being applied to organized violence. Emphasized are the ways that lethal uses of unmanned aerial vehicles (drones), warbots with artificial intelligence, cyberattacks, and other emerging technologies are changing or will change the character of war and the societies that enact it. Special attention is given to the ethical and legal dilemmas these technologies present to citizens, states, and the international community, assessing both the harm and the good that they make possible. **Lecture 3, Credits 3 (Fall)**

**POLS-375**                                                                            **Grand Strategy**
Grand strategy defines the interests of a state, the means necessary to achieve and protect those interests, the threats to those interests, and the policies and military forces needed to minimize the danger posed by those threats. This course examines grand strategies of great powers from various historical eras and regions to determine the origins of grand strategy and the relationship between a great power's grand strategy and stability in international politics. The focus on a specific regime or regimes will be determined by the instructor and announced in the subtitle. The course can be repeated as the area of focus changes. **Lecture 3, Credits 3 (Fall, Spring)**

**POLS-390H**                                            **Greece and the Political Imagination**
As a region once comprised of many city-states, transformed into an empire, occupied by foreign armies, and now unified as a nation-state, Greece plays a pivotal role in the political imagination. Themes of freedom, war, justice, heroism, piety, beauty, love, tyranny, democracy, colonialism, nationalism, immigration, and sovereignty pervade its rich literary, artistic, and intellectual heritage. This course examines how these themes are expressed in literary and artistic political works that reflect the history of Greece in all of its variety. These themes are also discussed through a survey of Greek political philosophy from antiquity to the present. The class will meet regularly on the Rochester campus in the spring semester for discussions and assignments. After the spring semester, coursework will continue in the summer while studying abroad for two to three weeks in Greece, which is mandatory. Students will receive an "Incomplete" in the spring semester, which will be changed after completing the summer travel **Seminar 3, Credits 3 (Spring)**

**POLS-410**                                            **Evolutionary International Relations**
This course examines the biological explanations of international conflict. Topics will include the evolutionary approach to human behavior, international conflict, and the relevance for evolutionary explanations as an alternative or supplement to current paradigms of international relations like realism and rational choice. Finally, the course will look at what an evolutionary understanding of politics means for peace-keeping missions, global governance, and the stability of international cooperation. **Lecture, Credits 3 (Fall)**

**POLS-415**                                                                      **Evolution and the Law**
This course examines the evolutionary approach to law. The course will consider the relevance of evolutionary theory to the analysis of law, the roots of rule of law, the relationship between natural law and common law, as well as the strengths and limitations of the evolutionary approach to specific themes within law, such as property law and family law. **Lecture, Credits 3 (Spring)**

**POLS-420**                                                                            **Primate Politics**
This course examines the biological approach to the study of political order. Students will learn about the basic political structures of the great apes, how they differ, and how an understanding of these primate social structures can help us understand human political behavior. Specific topics might include the biological explanations of patriarchy and matriarchy, the biology of dominance structures, and the biology of leadership choice. **Lecture, Credits 3 (Spring)**

**POLS-425**                                                                        **Constitutional Law**
A study of the Constitution of 1787 and the manner in which it was written. The focus of the course is on the way the people have, through the Constitution, delegated powers and responsibilities of government to the Congress, the President, the Courts and the States. Selected Supreme Court opinions will be considered to shed light on how the Constitution has been read and how thoughtful citizens might read it. **Lecture, Credits 3 (Fall)**

**POLS-430**                                            **Constitutional Rights and Liberties**
This course provides an introduction to the Supreme Court's legal and political reasoning on the civil rights and liberties contained in the Bill of Rights. Particular emphasis will be placed on the First Amendment as the cornerstone of a free society guaranteeing religious liberty and the right to free speech. The course will also examine how the Court has balanced constitutional rights and liberties in the First, Fourth, Fifth and Sixth Amendments against the need for enhanced national security. **Lecture, Credits 3 (Spring)**

**POLS-435**                                                            **American Political Thought**
Provides a general overview of the political ideas, concepts, issues and principles which taken together compose the stream of American political thought. Examines major controversies, which have marked the developing body of the literature by examining the contributions of major political thinkers. **Lecture, Credits 3 (Spring)**

**POLS-440**                                                                            **War and the State**
Explores the enduring reality of war through an analysis of regional and global conflicts since the establishment of the modern international system. Key concepts include deterrence, appeasement, offensive-defensive military strategies, and international balances of power. These will be applied to several historical cases to explain why wars occur and how they might be avoided. **Lecture, Credits 3 (Fall or Spring)**

**POLS-445**                                                    **Terrorism and Political Violence**
This course examines the causes, methods, and responses of non-state groups attempting to establish new political orders. The combined use of violence with the tactic of terror distinguishes these groups from others seeking political change. Special attention will be given to national and international efforts attempting to resolve such conflicts. **Lecture, Credits 3 (Fall or Spring)**

**POLS-455**                                                          **Comparative Public Policy**
Modernization theorists predict, industrial and post-industrial societies tend to face similar public policy issues in such areas as public education, health care, public transportation, public housing and the environment. However, the political responses to these challenges have varied in significant ways in different countries. Many states have developed extensive welfare state systems, while some have put more emphasis on market-based solutions. The course seeks to explore and analyze the factors that explain these differences and assess the extent to which the different approaches succeed in meeting these policy challenges. **Lecture, Credits 3 (Fall)**

**POLS-460**                                    **Classical Constitutionalism, Virtue and Law**
This course will examine the classical quest for personal and political order. It will concentrate on the foundations of classical political science and its search for the best regime. The course will also examine the classical understanding of constitutionalism, or the regime as the form for encouraging virtue through the rule of law, in contrast to the modern view that attempts to combine liberty and property. Along the way, the enduring questions of cosmology, human nature, justice and the good will be examined. **Lecture, Credits 3 (Fall)**

**POLS-465**                                    **Modern Constitutionalism, Liberty and Equality**
This course examines the founding principles of modern constitutionalism and the modern state. Special attention will be paid to the theory and practice of the principles of equality, liberty, and consent. A major effort throughout the course will be made to consider the assessments and prescriptions for modern constitutionalism offered by American and continental political thinkers. **Lecture, Credits 3 (Spring)**

**POLS-481**                                                                            **Women in Politics**
A study of feminist thought as it applies to the political, economic and social status of women and how it has been expressed through the women's political movement. Students study a number of public policies as they apply to and affect women and examine the opportunities for women to participate in the political process. **Lecture, Credits 3 (Spring)**

**POLS-485**                                                                **Politics Through Fiction**
This course explores contemporary issues facing the American and global political order through the lens of fiction. Particular attention will be paid to the grounds of sound political deliberation, the limitations of prudence and the theory and practice of American political principles both home and abroad. **Lecture, Credits 3 (Spring)**

**POLS-490**                                                                    **Politics Through Film**
This course explores the enduring issues facing the American and global political order through the lens of film. Particular attention will be paid to the principles of sound political deliberation, the limitations of political leadership and the theory and practice of American political principles both at home and abroad. **Lecture, Credits 3 (Spring)**

**POLS-515**                                    **Experiential Learning: Political Science**
The purpose of the Experiential Learning: Political Science option is to give students first hand experience in an appropriate organization or study abroad program that meets the needs of the student's career objectives. Students are closely supervised at the host organization, developing their pre-professional skills while learning the organizations programs, agenda and methods. **CO OP, Credits 0 (Spring, Summer)**

**POLS-525**                                                **Special Topics in Political Science**
Special topics will examine a political theme, issue or problem at an advanced undergraduate level. The subject matter examined will vary from year to year according to the availability of faculty and the interests of students. The course is designed especially for those whose interest in politics goes beyond the requirements of the liberal arts curriculum. (Class 3, Credit 3 (varies) **Lecture, Credits 3 (Fall or Spring)**

RIT0000996

**POLS-530**      **Political Science Capstone**
This seminar provides an opprtunity to study in-depth any theme, problem or work within the discipline of political science, for example the foundations of self-government, foreign policy, international law and organizations, and the fundamental problems of international relations. Course content will be determined in consultation with the instructor. Teams of students will write a substantial paper on a topic related to the general themes of the seminar. (This class is restricted to students in POLS-BS with 3rd or 4th year standing.) **Lecture, Credits 3 (Fall or Spring)**

**POLS-541**      **Peacekeeping and Conflict Transformation**
This course will provide an introduction to the dynamics of post war stabilization and reconstruction. It will address the complexities of the transformation from war to peace, including interdependent politics, security, legal and economic elements. Students will discuss these patterns in the cases in Eurasia, the Middle East and Africa. Students will learn about analysis, planning, operations, and reporting used in national and multilateral agencies. **Lecture 3, Credits 3 (Summer)**

**POLS-542**      **War, Diplomacy, and State-Building**
This course will explore the process by which states disintegrate and fail, the armed conflicts that follow, and international peacekeeping and subsequent efforts to build institutions at the end of armed conflicts. It will consider cases that might include the wars of Yugoslav Succession, conflicts in Iraq, Afghanistan, Africa, Syria and others. Students will consider the role of domestic and international actors, such as NATO, the US Government, the UN, and others. They will explore these efforts in readings, class discussion, debates, presentation of research, and role-playing exercises. **Lecture 3, Credits 3 (Summer)**

**POLS-599**      **Independent Study**
A student may register for an independent study project subject to the approval of the faculty sponsor, student's department, the academic committee of the college of liberal arts and the dean of the college of liberal arts and providing that she or he has a minimum GPA of 2.7 at time of application. An independent study project is not a substitute for a course. It enables the interested student and his or her faculty sponsor to coordinate their efforts on subjects and topics that range beyond the normal sequence of course selection. (Prerequisites: POLS-110 or POLS-110H or POLS-120 or equivalent courses.) **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

# Psychology

**PSYC-101**      **Introduction to Psychology**
Introduction to the field of psychology. Provides a survey of basic concepts, theories, and research methods. Topics include: thinking critically with psychological science; neuroscience and behavior; sensation and perception; learning; memory; thinking, language, and intelligence; motivation and emotion; personality; psychological disorders and therapy; and social psychology. **Lecture, Credits 3 (Fall, Spring, Summer)**

**PSYC-101H**      **Honors Introduction to Psychology**
A state-of-the-art survey of major subfields in psychology and the scientific study of behavior and mental processes. Topics include: a critical evaluation of psychological science; neuroscience and behavior; sensation and perception; learning; memory; thinking, language, and intelligence; motivation and emotion; personality; psychological disorders and therapy; and social psychology. The course focuses not only upon understanding the behavior of the individual, but also upon understanding how the individual acts within groups and reacts to group membership. Besides textbook reading, students will read and discuss current publications on the topics we explore, including examination of the scientific method (including validity and reliability) employed in published studies. **Lecture 3, Credits 3 (Fall, Spring)**

**PSYC-221**      **Abnormal Psychology**
This course will serve as an introduction to the study of psychopathology and mental illness. The course examines the major categories of mental disorder not only from the descriptive point of view, but also in terms of the major theoretical explanations of the causes of disorder. The major treatment modalities also are covered. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture, Credits 3 (Fall, Spring)**

**PSYC-221H**      **Honors Abnormal Psychology**
This course will serve as an introduction to the study of psychopathology and mental illness. The course examines the major categories of mental disorder not only from the descriptive point of view, but also in terms of the major theoretical explanations of the causes of disorder. The major treatment modalities are also covered. This honors course will consist of seminar-style discussions of major course topics as well as independent research work to explore topics related to abnormal psychology in greater depth than the standard abnormal psychology course. (Prerequisite: PSYC-101 or PSYC-101H or equivalent course.) **Lecture 3, Credits 3 (Annual)**

**PSYC-222**      **Biopsychology**
Introduction to the field of behavioral neuroscience, the study of neurobiological basis of cognition and behavior. Topics include neuroanatomy and physiology, localization of function, brain injury, research methods in behavioral neuroscience, and biological basis of language, memory, emotion, conscious states, and sexual behavior, with an evolutionary perspective. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture, Credits 3 (Fall, Spring)**

**PSYC-223**      **Cognitive Psychology**
This course examines how people perceive, learn, represent, remember and use information. Contemporary theory and research are surveyed in such areas as attention, pattern and object recognition, memory, knowledge representation, language acquisition and use, reasoning, decision making, problem solving, creativity, and intelligence. Applications in artificial intelligence and human/technology interaction may also be considered. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture, Credits 3 (Fall, Spring, Summer)**

**PSYC-224**      **Perception**
This course covers perception in all of the sensory modalities (vision, hearing, taste, smell, touch). We will trace what happens to the physical stimulus as our sensory systems analyze it to produce complicated perceptions of the world around us. We will explore the fact that many complex perceptual phenomena draw upon explanations at the physiological, psychological, and cognitive levels. Topics on sensory perception in non-human animals may also be covered. This is a required course for psychology majors in the visual perception track. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture, Credits 3 (Fall, Spring)**

**PSYC-225**      **Social Psychology**
This course explores topics related to behaviors and mental processes of individuals in social situations. Topics include: methodology, social perception, social cognition, the self, attitudes, prejudice, attraction, social influence, pro-social behavior, aggression, and behavior in groups. Course activities include lecture, class demonstrations, and assignments. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture, Credits 3 (Fall, Spring)**

**PSYC-226**      **Developmental Psychology**
This course explores the process of human development, from conception through adolescence and continuing through later adulthood. The developmental approach integrates across many areas of psychology, including perception, cognition, social and emotional development, personality, morality, human factors, and neuroscience. Topics will include such things as infant brain plasticity, the development of identity in adolescence, and memory changes in adulthood. In addition, experimental methods of developmental research will be introduced and practiced, including issues specific to studying children and adults. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture, Credits 3 (Fall, Spring, Summer)**

**PSYC-231**      **Death and Dying**
This course examines the role of loss including death in our lives and the way we give and receive support during difficult times. It also looks at how society enfranchises some grievers and disenfranchises others. Included in this course is an examination of our options as consumers of funeral and burial services, grief counseling and other products and services which can either minimize or abate our grief. Central to the course is an examination of the ethical principles which apply to abortion, euthanasia and suicide and an examination of the ways in which the choices we make may be structured to express our core values. Finally, the course explores how The American way of Death differs from that of other societies and how we might incorporate the wisdom of other cultures into our own practices. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture, Credits 3 (Fall, Spring, Summer)**

**PSYC-233**      **History and Systems in Psychology**
This course explores the history of psychology from ancient to modern times and examines topical and philosophical questions that have persisted. Psychological schools of thought to be covered include pre-modern philosophical influences, Structuralism, Functionalism, Behaviorism, Psychoanalysis, Humanistic Psychology, Cognitive Psychology, Psychological Testing, and Positive Psychology. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture, Credits 3 (Fall, Spring)**

**PSYC-233H**      **Honors History and Systems**
This honors course explores the history of psychology from ancient to modern times and examines topical and philosophical questions that have persisted. Psychological schools of thought to be covered include pre-modern philosophical influences, Structuralism, Functionalism, Behaviorism, Psychoanalysis, Humanistic Psychology, Cognitive Psychology, Psychological Testing, and Positive Psychology. (Honors Students) **Lecture 3, Credits 3 (Fall, Spring)**

RIT0000997