# EXHIBIT 30(c)

**2019-2020 Undergraduate Bulletin**

**RIT0000998 - 1076**

**College of Liberal Arts**

**PSYC-234**      **Industrial and Organizational Psychology**
Industrial and organizational (I/O) psychology is a branch of applied psychology that is concerned with efficient management of an industrial labor force and especially with problems encountered by workers in a mechanized environment. Specific areas include job analysis, defining and measuring job performance, performance appraisal, tests, employment interviews, employee selection and training, and human factors. This course covers the basic principles of the above areas as well as applications of current research in I/O psychology. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture, Credits 3 (Fall, Spring, Summer)**

**PSYC-235**      **Learning and Behavior**
This course covers topics in learning such as non-associative learning, classical conditioning, instrumental conditioning, stimulus control of behavior, reinforcement, generalization and discrimination, and observational learning. Topics on learning and behavior in non-human animals may also be covered. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture, Credits 3 (Fall, Spring, Summer)**

**PSYC-236**      **Personality**
This course is intended for students who are interested in learning the history and current status of personality theories. Students will learn the strengths and weaknesses of the major personality theories, as well as how to assess, research and apply these theories. As much as possible, application to real life situations will be discussed. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture, Credits 3 (Fall, Spring, Summer)**

**PSYC-237**      **Psychology of Women**
The purpose of this course is to examine the psychology and lives of girls and women. In addition to the influence of culture, biological and genetic differences will be highlighted for each of the different topics. The topics covered include gender stereotypes, the development of gender roles, gender comparisons, love relationships, sexuality, motherhood and violence against women. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**PSYC-238**      **Psychology of Religion**
This course examines (primarily social) psychological approaches to religious and spiritual belief, behavior, and experience. Topics include psychological approaches to religion, religious development in children and adolescents, religious development in adults and old age, religious conversion, religious orientation, religious attitudes and behaviors, religion and well-being, group dynamics in religious communities, religion as a total institution, cults and deprogramming, need theories and religion, and religion and politics. (Prerequisite: PSYC-101 or PSYC-101H or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**PSYC-239**      **Positive Psychology**
This course will provide a survey of the emerging field of Positive Psychology. Topics covered will include defining and assessing "the good life"; the relationships between life satisfaction and personal factors such as wealth, education, and longevity; cross-cultural perspectives; virtues and strengths; and biological factors (i.e., genetics and neurological correlates). The focus will be on contemporary empirical psychology literature, though the course will also draw on literature from historical, philosophical, and economic disciplines. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**PSYC-240**      **Human Sexuality**
This course provides an overview of human sexuality through the lenses of biology and psychology. What causes sexual behavior and why do some individuals display different sexual behaviors than others? Human sexual physiology, attitudes, beliefs, and behaviors are highly diverse. Coursework will examine the ways in which human sexuality varies among individuals, across groups, and throughout the lifespan. Multiple explanations for sexual behavior will be considered, drawing from evolutionary psychology, learning theory, social psychology, and biology. Atypical and harmful sexual behaviors will be addressed as well. Throughout the course, students will learn how social science research techniques have been used to expand the field of human sexuality and how empirical inquiry can differentiate myths from facts. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture 3, Credits 3 (Spring)**

**PSYC-241**      **Health Psychology**
A majority of serious diseases today are caused by or exacerbated by behavior and many are preventable. This course provides an introduction to the role of behavior in health. Students will learn about the role of psychology in studying and promoting good health behaviors. Topics include the impact of stress and coping on health, psychological variables related to chronic disease, drug addiction, promoting healthy behavior (e.g. exercise, diet, sleep, sexual health), positive psychology, pain management, critical thinking about health product and alternative medicine claims, and research approaches in health psychology. Students who might elect to take this course include students majoring in related fields who wish to learn more about health behavior (e.g. healthcare technology), students majoring, minoring, or immersing in Psychology, and students looking for a Liberal Arts Elective. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture 3, Credits 3 (Fall, Spring)**

**PSYC-250**      **Research Methods I**
This course will serve as an introduction to research methods in psychology, with the goal of understanding research design, analysis and writing. Topics include examining the variety of methods used in psychology research, understanding research eth-ics, developing empirical hypotheses, designing experiments, understanding statistical concepts, interpreting results, and writing research and review papers in APA style. This is a required course for all psychology majors, and is restricted to students in the psychology program. (Prerequisites: PSYC-101 or PSYC-101H and STAT-145 or STAT-145H equivalent course and student standing in PSYC-BS or HCC-BS programs.) **Lecture, Credits 3 (Fall, Spring)**

**PSYC-251**      **Research Methods II**
This course will serve as an advanced research methods course in psychology, and will build on the foundational knowledge presented in Research Methods I. Topics and tasks for this course include designing single and multi-factor experiments, interpreting correlational research, completing statistical analyses appropriate to design, completing and analyzing an IRB application, understanding observational and survey research, and presenting results in APA style. This is a required course for all psychology majors, and is restricted to students in the psychology program. (Prerequisites: PSYC-250 and STAT-146 or equivalent course.) **Lecture, Credits 3 (Fall, Spring)**

**PSYC-300**      **Topics in Psychology**
This course focuses on current issues and subfields in the field of psychology that are not distinctly incorporated in the established Psychology course offerings. This course concentrates on student discussion and interaction related to required readings. Examples of possible topics are forensic psychology, school psychology, neuropsychology, pseudoscience, etc. Part of the Psychology Minor and Immersion. Students may repeat the course but may not repeat the topic. (Prerequisites: Must have completed at least one PSYC course - 200 level or higher.) **Lecture 3, Credits 3 (Annual)**

**PSYC-301**      **Junior Seminar in Psychology**
This professional development course is intended for students in the psychology major to prepare for their careers. Topics include identifying career interests and values, learning how to effectively search for co-ops and jobs, preparing a resume and CV, identifying appropriate graduate programs, preparing graduate school applications, interview skills, and professional communication. Students will use career-planning resources such as the Psychology Career Center on campus and the Psychology Career Center community site on myCourses. This course is required for students majoring in Psychology. (This class is restricted to students with at least 3rd year standing in the PSYC-BS program.) **Lecture 1, Credits 1 (Fall, Spring)**

**PSYC-410**      **Psychophysiology**
This course is intended for students in the biopsychology track. This course provides a comprehensive introduction to psycho-physiology. Students will learn about various psycho-physiological measures and their use in the study of areas such as attention, emotion, and language. Topics may include mind-body interaction, somatic and autonomic nervous system function, central and peripheral physiological measures (e.g., EEG, EMG, cardiac reactivity, skin conductance responses), psychophysiological research methods, and applied psychophysiology. Students will be expected to be able to write at an upper level using APA format. Part of the biopsychology track for the psychology degree program. (Prerequisites: (PSYC-222 or 0514-548 or 0514-553) and (PSYC-251 or (0514-315, 0514-350 and 0514-400) or equivalent courses.) **Lecture, Credits 3 (Biannual)**

**PSYC-411**      **Psychopharmacology**
This course is intended for students in the biopsychology track. A comprehensive introduction to psychoactive drugs. Topics include pharmacokinetics, pharmacodynamics, synaptic transmission, drugs of abuse and drugs used in the treatment of mental disorders, and the behavioral and cognitive effects of these drugs. Students will be expected to be able to write at an upper level using APA format. (Prerequisites: PSYC-222 and PSYC-250 and STAT-145 or equivalent courses.) **Lecture, Credits 3 (Biannual)**

RIT0000998

**PSYC-412**                                    **Biological Bases of Mental Disorders**
This course is intended for students in the biopsychology track. This course covers the biological underpinnings of psychiatric mental disorders such as anxiety disorders, mood disorders, psychotic disorders, and developmental disorders. Topics will include neuroanatomy, neurophysiology, genetics and biologically based treatments of mental disorders. Students will learn about biologically based research methods used to study mental disorders and to think critically about research findings in the field. Students will be expected to be able to write at an upper level using APA format. (Prerequisites: PSYC-222 and PSYC-250 and STAT-145 or equivalent courses.) **Lecture, Credits 3 (Biannual)**

**PSYC-420**                                                **Clinical Psychology**
This course is intended for students in the clinical track. This course is designed to provide a broad overview of the field of clinical psychology, including the way in which it is similar to and different from other mental health disciplines (psychiatry, social work, school psychology). The course will cover the basic foundations of clinical psychology, training models and graduate programs, clinical assessment, clinical interventions, and subspecialties in clinical psychology (e.g., neuropsychology, child clinical). (Prerequisites: PSYC-221 and (PSYC-250 or 0514-315, 0514-350 and 0514-400) and STAT-145 or equivalent courses and student standing in the PSYC-BS program.) **Lecture, Credits 3 (Biannual)**

**PSYC-421**                                                **Psychological Testing**
This course is intended for students in the clinical track. This course is intended for students in the psychology major to develop knowledge of psychological testing theory, methods, and applications. Students will first learn about the history of psychological testing, types of tests, and uses of tests. Students will learn about test development and standardization procedures including item construction, sampling, norms, reliability, validity, administration procedures, and scoring. A brief review of relevant statistical concepts will be provided. Students will learn how to locate and evaluate available psychological tests. Examples of psychological tests from various areas of application will be reviewed and critiqued. (Prerequisites: PSYC-221 and (PSYC-250 or 0514-315, 0514-350 and 0514-400) and STAT-145 or equivalent courses.) **Lecture, Credits 3 (Biannual)**

**PSYC-422**                                                        **Psychotherapy**
This course is intended for students in the clinical track. Students will learn the strengths and weaknesses of the major therapeutic approaches. They will learn the efficacy of these approaches. They will learn the theoretical and research bases for the approaches. As much as possible, application to real life situations will be discussed. Part of the clinical track for the psychology degree program. (Prerequisites: PSYC-221 and (PSYC-250 or 0514-315, 0514-350 and 0514-400) and STAT-145 or equivalent courses.) **Lecture, Credits 3 (Biannual)**

**PSYC-430**                                                **Memory and Attention**
This course is intended for students in the cognitive track. This course reviews current research in the areas of memory and attention. This course will consider such memory topics as: classic theories of memory, Baddeley's model of working memory, information processing, implicit and explicit memory, principles of forgetting, developmental changes in memory, skill memory, autobiographical memory, eyewitness memory, and the neural bases of memory. Attention topics covered in this course will include: Selective and divided attention, search and vigilance, signal detection theory, and neural correlates of attention. (Prerequisites: PSYC-223 and (PSYC-251 or 0514-315, 0514-350 and 0514-400) or equivalent courses.) **Lecture, Credits 3 (Biannual)**

**PSYC-431**                                                **Language and Thought**
This course is intended for students in the cognitive track. This course examines the structure of human language and its relationship to thought, and surveys contemporary theory and research on the comprehension and production of spoken and written language. In addition, we will discuss categorization, representation of knowledge, expertise, consciousness, intelligence, and artificial intelligence. Topics on language and thought in non-human animals may also be covered. Part of the cognitive track for the psychology degree program. (Prerequisites: PSYC-223 and (PSYC-251 or 0514-315, 0514-350 and 0514-400) or equivalent courses.) **Lecture, Credits 3 (Biannual)**

**PSYC-432**                                **Decision Making, Judgment, and Problem Solving**
This course is intended for students in the cognitive track. This course explores judgment, decision-making and problem-solving processes and focuses on the social and cognitive aspects of complex information processing. Major topics include normative, descriptive (heuristics and biases), and naturalistic approaches to decision-making, as well as selective perception, memory and hindsight biases, framing effects, social influences, group processes and human error. Models of decision-making considered include the prospect theory, expected utility theory, and Bayes' Theorem. Problem solving will be examined from perspectives of formal, computational methods as well as intuition and creativity. Experimental methods and applications in design of systems and decision aids will receive special attention. (Prerequisites: PSYC-223 and (PSYC-251 or 0514-315, 0514-350 and 0514-400) or equivalent courses.) **Lecture, Credits 3 (Biannual)**

**PSYC-440**                                            **Interpersonal Relationships**
This course is intended for students in the social track. This course explores topics related to interpersonal relationships including: methodology, communication in relationships, romantic relationships, friendships, work relationships, as well as individual differences that can influence the development, maintenance, and cessation of relationships. Course activities include lecture, class discussions, and assignments. (Prerequisites: PSYC-225 and (PSYC-251 or 0514-315, 0514-350 and 0514-400) or equivalent courses.) **Lecture, Credits 3 (Biannual)**

**PSYC-441**                                                        **Group Processes**
This course is intended for students in the social track. This course explores social psychological phenomena at the level of the group. It explores intragroup processes such as cohesion, norms, network structure, social influence, task productivity, group decision making and polarization. It also explores intergroup processes, especially those related to intergroup conflict and cooperation, such as social categorization, social identity, and stereotyping. (Prerequisites: PSYC-225 and (PSYC-251 or 0514-315, 0514-350 and 0514-400) or equivalent courses.) **Lecture, Credits 3 (Biannual)**

**PSYC-442**                                        **Attitudes and Social Cognition**
This course is intended for students in the social track. This course explores social psychological phenomena at the level of the individual. This course addresses those domains of social behavior in which cognition plays a major role, including the interface of cognition with overt behavior, affect, and motivation. Among topics covered are the formation, change, and utilization of attitudes, attributions, and stereotypes, person memory, self-regulation, and the origins and consequences of moods and emotions insofar as these interact with cognition. This course also explores the influence of cognition on significant social phenomena such as persuasion, communication, prejudice, social development, and cultural trends. Part of the social track for the psychology degree program. (Prerequisites: PSYC-225 and (PSYC-251 or 0514-315, 0514-350 and 0514-400) or equivalent courses.) **Lecture, Credits 3 (Biannual)**

**PSYC-444**                                        **Honors Special Topics: Psychology**
Focuses on contemporary issues and topics not covered in depth in other psychology courses. Concentrates on student discussion of primary source readings on topics such as persuasion, stereotypes, evolutionary psychology, forensic psychology, cognition, perception, clinical techniques, the neuron, drugs and behavior, rumor psychology, intelligence, sexuality, morality, or health psychology. (Prerequisites: PSYC-101H or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**PSYC-450**                                        **Visual System and Psychophysics**
This course is intended for students in the visual perception track. The course focuses on visual perception and the methods used for studying sensation and perception. Structures in the human and other visual systems will be examined along with neurophysiology relevant to vision in particular and perception in general. Classical psychophysics, forced choice methods, staircases and other specialized techniques will be examined. Students will collect and analyze psychophysical data to demonstrate their understanding of the methods and their application in vision science. Part of the visual perception track for the psychology degree program. (Prerequisites: PSYC-224 and (PSYC-250 or 0514-315, 0514-350 and 0514-400) and STAT-145 or equivalent courses.) **Lecture, Credits 3 (Biannual)**

**PSYC-451**                                        **Color, Form and Object Perception**
This course is intended for students in the visual perception track. The course focuses on the perception of the surface properties of objects, including color, form and other attributes. The course will examine how information is encoded by the visual system, with an emphasis on recognizing objects in scenes and surfaces. Receptive field properties, parallel processing in vision, the binding problem and other issues in vision science will be presented and discussed. The course requires students to read primary sources and to gain some experience with the design of experiments. Empirical research in vision will be conducted including data collection and analysis. Students are recommended to take PSYC-350 Visual System and Psychophysics before this course, but it is not required. (Prerequisites: PSYC-224 and (PSYC-250 or 0514-315, 0514-350 and 0514-400) and STAT-145 or equivalent courses.) **Lecture, Credits 3 (Biannual)**

**PSYC-452**                                        **Depth, Motion and Space Perception**
This course is intended for students in the visual perception track. The course focuses on the perception of the three-dimensional space, including the perception of depth and motion. This course will examine how sensory data are used to produce an accurate representation of the world. This course will include some discussion of multimodal perception given the interactions that occur between audition, touch, and vision to produce a 3D representation. Topics will include receptive field properties in relevant areas of cortex, parallel processing in vision, the uncertainty of extracting accurate 3D properties from 2D input and related material. The course requires students to read primary sources and to gain some experience with the design of experiments. Empirical research in vision will be conducted including data collection and analysis. Students are recommended to take PSYC-350-Visual System and Psychophysics before this course, but it is not required. (Prerequisites: PSYC-224 and (PSYC-250 or 0514-315, 0514-350 and 0514-400) and STAT-145 or equivalent courses.) **Lecture, Credits 3 (Biannual)**

RIT0000999

College of Liberal Arts

**PSYC-460**                                      **Developmental Psychopathology**
This course examines the ways in which people deviate from typical development throughout the lifespan. The specific course content will vary depending on the expertise of the instructor, but might include topics like developmental disabilities, disorders of aging, disruptive behavior disorders, or the effects of maltreatment on development. This course is part of the developmental track for psychology majors. (Prerequisites: PSYC-232/226 and PSYC-251 and STAT-145 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**PSYC-461**                                      **Social and Emotional Development**
This course takes an in-depth look at some of the normative processes of human social and emotional development. The specific course content will vary depending on the expertise of the instructor, but might include topics like parenting and family relationships, social development and peer relationships, or adolescent social and emotional development. This course is part of the Developmental Track for psychology majors. (Prerequisites: PSYC-232/226 and PSYC-251 and STAT-145 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PSYC-462**                                      **Cognitive and Perceptual Development**
This course takes an in-depth look at the processes of perception and cognition as they develop over the lifespan. Drawing on basic research and theory, we will use a developmental perspective to study changes in perception and cognition. The specific course content will vary depending on the expertise of the instructor, but might include topics like sensory awareness, perceptual learning, object representation, causality, language, theory of mind, memory, or problem solving. This course is part of the Developmental Track for psychology majors. (Prerequisites: PSYC-232/226 and PSYC-251 and STAT-145 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**PSYC-498**                                      **Psychology Internship**
Internship in Psychology. This is for 350 hours of supervised unpaid work off campus with non-profits, public service groups, the zoo, or similar organizations. Each Internship experience must be approved by the department of psychology prior to starting. (This course is restricted to PSYC-BS Major students.) **Internship, Credits 0 (Fall, Spring, Summer)**

**PSYC-499**                                      **Psychology Co-op**
Psychology Co-op (This course is restricted to PSYC-BS Major students.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**PSYC-501**                                      **Senior Capstone Proposal**
This course is intended for students in the psychology major to develop experimental research expertise and put into practice some of what is learned in Research Methods I and II. Students will explore topics of interest for further research in psychology. They will develop one research idea that could either form the basis for a senior project in psychology or is a valid test of a research idea. Students will be supervised by the course instructor as they develop a research question, conduct a literature review, write the introduction, and examine questions about control, validity and reliability. This course will culminate in a research proposal. Students going on to Senior Project in Psychology can use this as a proposal course and must find their faculty adviser for senior project before they finish this course. Students who are not planning for Senior Project will practice writing a proposal and the related skills required to critically examine an advanced topic in Psychology. (Prerequisites: PSYC-251 and STAT-146 or equivalent course.) **Lecture, Credits 3 (Fall, Spring)**

**PSYC-502**                                      **Seminar in Psychology**
This course is intended for students in the psychology major to integrate material covered in earlier courses and examine broad topics in Psychology. The specific topics covered will vary from semester to semester. This course is an opportunity for faculty and students to examine issues that transcend sub-disciplines in psychology. Students will read original research and examine influential theories relevant to the topic. (Prerequisites: PSYC-251 or (0514-315, 0514-350 and 0514-400) or equivalent course. Co-requisites: One (1) 300-level psychology (PSYC) class or one (1) 500-level psychology (0514) class.) **Lecture, Credits 3 (Fall, Spring)**

**PSYC-510**                                      **Senior Project in Psychology**
This course is intended for students in the psychology major to demonstrate experimental research expertise, while being guided by faculty advisors. The topic to be studied is up to the student, who must find a faculty advisor before signing up for the course. Students will be supervised by the advisor as they conduct their literature review, develop the research question or hypothesis, develop the study methodology and materials, construct all necessary IRB materials, run subjects, and analyze the results of their study. This course will culminate in an APA style paper and poster presentation reporting the results of the research. Because Senior Project is the culmination of a student's scientific research learning experience in the psychology major, it is expected that the project will be somewhat novel, will extend the theoretical understanding of their previous work (or of the previous work of another researcher), and go well beyond any similar projects that they might have done in any of their previous courses. (Prerequisites: PSYC-501 or equivalent course.) **Research, Credits 3 (Fall, Spring)**

**PSYC-550**                                      **Undergraduate Research Experience**
Practicum open to psychology students. Gives the student first-hand experience in the field of psychology working on research that matches the student's career objectives. Students are closely supervised by a faculty member, developing relevant skills and learning how to do research first-hand. May count for the equivalent of the psychology co-op experience with prior approval and sufficient time commitment. (3rd or 4th year status). Prerequisites PSYC-101, -250, -251. Credit 0 (F, S, Su) (Prerequisites: PSYC-101, PSYC-250 and PSYC-251 or equivalent courses and minimum of 3rd year standing in PSYC-BS.) **Research, Credits 0 (Fall, Spring, Summer)**

**PSYC-599**                                      **Independent Study**
A program of study executed by an individual student with assistance and guidance by an instructor, outside a regular classroom setting. Guidelines for designing and gaining approval for an independent study are provided in College of Liberal Arts Policy I.D. **Ind Study, Credits 1 - 6 (Fall, Spring, Summer)**

## Public Policy

**PUBL-101**                                      **Foundations of Public Policy**
This interdisciplinary course introduces the student to the key concepts of public policy, the policymaking process, the role of stakeholders and interest groups, and the basic dimensions policy analysis. Those concepts are then applied through a range of issues, such as the environment, clean energy, climate change, healthcare, cybersecurity, employment, privacy, telecommunications, and innovation, at local, state, federal and international levels. **Lecture, Credits 3 (Fall)**

**PUBL-120**                                      **Contemporary Issues in Public Policy**
This course provides students the understanding of the concepts of public policy formation and implementation, the role of citizens, other stakeholders, and interest groups. Students will engage in analysis of a wide array of contemporary socio-economic issues, through structured writing assignments and class presentations. The course content is structured to provide students with the skills to increase their writing proficiency, and the opportunities to publicly communicate and defend their ideas. **Lecture, Credits 3 (Fall)**

**PUBL-201**                                      **Ethics, Values and Public Policy**
This course focuses on the connections and interplay between personal and social values, ethics, and public policy. It explores how values and norms influence public policies and how the resulting expressions of values through public policies impact the implementation and effectiveness of policy choices. It also delves into how different countries make widely different policy choices based on their citizens' values and social norms. The course also considers how new developments in science and technology influence the interplay between values, ethics, and policy across multiple issues. In addition, this course explores how to formulate values-based explanations of certain public policy preferences. Topics range across the policy issue spectrum. **Lecture, Credits 3 (Fall)**

**PUBL-210**                                      **Introduction to Qualitative Policy Analysis**
This course teaches the practical aspects of doing theoretically informed qualitative social research with policy applications. Special attention is given to the processes by which research problems are formulated, research designs selected, data gathered and interpreted, and inferences and conclusions drawn. A variety of tools, such as surveys, interviewing, and content analysis will be applied to specific case studies covering multiple policy issues. **Lecture, Credits 3 (Spring)**

**PUBL-301**                                      **Public Policy Analysis**
This course provides students with necessary tools to help them become effective policy analysts. The course places particular emphasis on understanding the policy process, the different approaches to policy analysis, and the application of quantitative methods, such as cost-benefit analysis, sampling designs, and decision trees. Students will apply these tools to contemporary public policy decision making at the local, state, federal, and international levels. (Prerequisites: PUBL-101 or equivalent course.) **Lecture, Credits 3 (Fall)**

**PUBL-302**                                      **Decision Analysis**
This course provides students with an introduction to decision science and analysis. The course focuses on several important tools for making good decisions, including forecasting, risk analysis, and multi-attribute decision making. Students will apply these tools to contemporary public policy decision making at the local, state, federal, and international levels. (Prerequisites: PUBL-101 or equivalent course.) **Lecture, Credits 3 (Spring)**

RIT0001000

**PUBL-363**     **Cyber Security Policy and Law**

Why are we still so bad at protecting computer systems? Is it because we don't have good enough technology? Or because we lack sufficient economic incentives to implement that technology? Or because we implement technologies but then fail to use them correctly? Or because the laws governing computer security are so outdated? Or because our legal frameworks are ill-equipped to deal with an international threat landscape? All these reasons—and others— have been offered to explain why we seem to see more and more large-scale cybersecurity incidents and show no signs of getting better at preventing them. This course will examine the non-technical dimensions of this problem—the laws and other policy measures that govern computer security threats and incidents. We will focus primarily on U.S. policy but will also discuss relevant policies in the E.U. and China, as well as international tensions and norms. The central themes of the course will be the ways in which technical challenges in security can be influenced by the social, political, economic, and legal landscapes, and what it means to protect against cybersecurity threats not just by writing better code but also by writing better policies and laws. **Lecture 3, Credits 3 (Fall, Spring)**

**PUBL-450**     **Field Experience**

This course gives the student first-hand experience in the field of public policy in an appropriate organization that meets the needs of the student's career objectives. Students are supervised at selected organizations, developing their pre-professional skills while learning the organization's programs and methods. (Prerequisites: This class is restricted to PUBPOL-BS Major students with at least 2nd year standing.) **Internship, Credits 1 - 15 (Fall, Spring, Summer)**

**PUBL-499**     **Public Policy Co-Op**

One semester of paid work experience in a professional setting related to the communication major. (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Summer)**

**PUBL-500**     **Senior Project**

This project-based course represents the culminating educational experience for public policy degree students. In the course, students work to identify and analyze a real-world policy-related problem at the local, state, federal, or international level. Typically, projects are informed by, and delivered to, outside stakeholders or clients who work with the students to help formulate, structure, and/or carry out the project. Students work in a team environment under the guidance of a faculty adviser. Under special circumstances students may work individually with the approval of the program. (Enrollment in this course requires permission from the department offering the course.) **Research 6, Credits 3 (Fall, Spring)**

**PUBL-510**     **Technological Innovation and Public Policy**

Technological innovation, the incremental and revolutionary improvements in technology, has been a major driver in economic, social, military, and political change. This course will introduce generic models of innovation that span multiple sectors including: energy, environment, health, and bio- and information-technologies. The course also analyzes how governments choose policies, such as patents, to spur and shape innovation and its impacts on the economy and society. Students will be introduced to a global perspective on innovation policy including economic competitiveness, technology transfer and appropriate technology. **Lecture, Credits 3 (Spring)**

**PUBL-520**     **Information and Communications Policy**

This course examines how federal and international policies are developed to influence innovation in, and regulation of, information, computer, and telecommunications technologies. In particular the course will examine such topics as privacy, freedom of speech, cyber security, copyrights and intellectual property rights, access to information technology, and the regulation of the Internet. **Lecture, Credits 3 (Fall)**

**PUBL-530**     **Energy Policy**

This course provides an overview of energy resources, technologies, and policies designed to ensure clean, stable supplies of energy for the future. The course evaluates the impacts of fossil fuel, renewable energy, and hydrogen technologies on society and how public policies can be used to influence their development. The development of U.S. energy policy is of particular concern, although a global perspective will be integrated throughout the course. **Lecture, Credits 3 (Spring)**

**PUBL-531**     **Climate Change: Science, Technology and Policy**

This multidisciplinary course will provide students with diverse perspectives on global climate change issues, providing a survey of important aspects of the problem. Topics include atmospheric chemistry, climate modeling, ecological impacts and feedbacks, economics of climate change, international climate policies, and social and environmental justice. The course will include a variety of instructors and guest lecturers, providing an overview of the complex and inter-related nature of global climate change. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Spring)**

**PUBL-589**     **Topics in Public Policy**

Allows examination of a special problem or topical area in the field of public policy. Topics and specific content and methods vary from year to year or term to term. **Lecture 3, Credits 1 - 4 (Fall, Spring)**

## Science, Technology and Society

**STSO-120**     **Introduction to Environmental Studies**

This course explores the human condition within an environmental context by emphasizing critical environmental problems facing humans on both a global and regional scale. The approach will be interdisciplinary. The issues, their causes, and their potential solutions will be analyzed with respect to ethical, social, historical, political, scientific, and technological factors. **Lecture, Credits 3 (Fall, Spring, Summer)**

**STSO-140**     **Science, Technology, and Values**

This course explores the concepts and effects of science and technology on society, analyzes the relationship between science and technology, examines how each has come to play a major role today, and looks at how science and technology have affected and been affected by our values. This course also considers the environmental aspects of science and technology. Science and technology are often assumed to be value free, yet people, guided by individual and societal values, develop the science and technology. In turn, the choices people make among the opportunities provided by science and technology are guided by their individual values. **Lecture, Credits 3 (Fall, Spring)**

**STSO-201**     **Science and Technology Policy**

Examines how local, state, federal and international policies are developed to influence innovation, the transfer of technology and industrial productivity in the United States and other selected nations. **Lecture, Credits 3 (Fall, Spring)**

**STSO-220**     **Environment and Society**

This course introduces the interdisciplinary foundations of environmental science via an analysis of sustainability within a socio-cultural context. This is a required course for the environmental science degree program. **Lecture, Credits 3 (Fall)**

**STSO-240**     **Social Consequences of Technology**

Modern society is increasingly based on technology. With each advance due to technology, unanticipated problems are also introduced. Society must define and solve these problems or the advances may be diluted or lost. In this course we study several interactions between technology and the world in which we live. We investigate how various technologies developed and compare the expected effects of the new technologies with the actual results. **Lecture, Credits 3 (Fall, Spring)**

**STSO-246**     **History of Women in Science and Engineering**

Using biographical and social-historical approaches, this course examines the history of women's involvement in science and engineering since the birth of modern science in the seventeenth century; the historical roots of gender bias in the Western scientific enterprise; and the influx of women into science and engineering since the mid-to-late 20th century. Cross-listed with women's and gender studies. **Lecture 3, Credits 3 (Spring)**

**STSO-321**     **Face of the Land**

Based on field trips and critical readings, this course explores how the land around us has been shaped and reshaped through a variety of geological forces and historical developments. By considering the natural landforms of the United States (and other countries, as appropriate), students see how the nature of land has determined its value. As technological innovations occur, old relationships with the land have been altered. Thus the course offers students a historical approach to the relationship of technology and society, as evidence by the landscape. The seminar format for this course will also advance students' writing, speaking, and research skills. **Lecture, Credits 3 (Spring)**

**STSO-325**     **History of the Environmental Sciences**

This course surveys the history of the environmental sciences from antiquity to the present. The environmental sciences include those sciences that deal with the Earth's physical and organic environments, ranging from geology and biology to evolutionary theory and ecology. A prominent theme is the influence of social, religious, and political ideas on theories of how the Earth and its plants and animals have evolved. **Lecture, Credits 3 (Biannual)**

**STSO-326**     **History of Ecology and Environmentalism**

This course explores the history of ecological science, from the eighteenth century to the present, and it features the political use of ecological ideas in environmental debates, from the 19th century to the present. We investigate how social and political ideas have influenced ecological science, how ecological concepts have influenced Western politics and society, and how different generations of ecological researchers have viewed their role in society. **Lecture, Credits 3 (Fall)**

RIT0001001

**College of Liberal Arts**

**STSO-330**                                    **Energy and the Environment**
This course will examine contemporary energy issues, with particular emphasis placed on the environmental implications associated with energy consumption and production. Students will learn about various energy technologies and fuels (including nuclear, coal, oil, natural gas, solar, biomass, and wind) and the environmental tradeoffs associated with each of these energy systems. **Lecture, Credits 3 (Fall)**

**STSO-335**              **Industry, Environment, and Community in Rochester**
This course examines Rochester through the lens of industrialization, immigration, technological innovation, and environmental change between the 1890s and 1990s. This class blends readings and discussion with experiential learning and community-based research projects to help students understand community identity as a result of changes in livelihoods, immigration, and environment. Students will examine these social changes in both a local and global context. Students will have a better appreciation for the way historical forces shape a contemporary sense of place. **Lecture 3, Credits 3 (Spring)**

**STSO-341**                  **Biomedical Issues: Science and Technology**
A study of the impact of science and technology on life, our view of life and of the value issues that arise from this impact. **Lecture, Credits 3 (Biannual)**

**STSO-342**                        **Gender, Science, and Technology**
This course explores the importance of gender within Western science and technology. It considers how masculine and feminine identities are socially and culturally shaped, how sex and gender are being significantly transformed, and how rethinking gendered practices may help make science and technology fairer and more responsive. Cross-listed with women's and gender studies. **Lecture 3, Credits 3 (Fall)**

**STSO-345**                            **Makers of Modern Science**
Approaches the history of science through studying biographies of modern scientists. Modern science is understood to be science from the Scientific Revolution of the 16th and 17th centuries to the present. Emphasis will be on recent scholarship devoted to analyzing science in context, i.e., the way it actually develops through the lives of individuals, in particular social and political contexts. **Lecture, Credits 3 (Biannual)**

**STSO-346**                          **Technology in American History**
This course explores the development of technology in American history, from the time of first contact between Europeans and Native Americans to the present. It emphasizes, for different periods in American history: the technological contributions of individuals or distinctive groups, the main features of important technological systems, and the way technology shaped-and was shaped by--the social, economic, and political institutions of the time.) **Lecture, Credits 3 (Fall)**

**STSO-421**                                  **Environmental Policy**
This course introduces students to federal, state, and local environmental policies and the various policy paths leading to their establishment. Students will understand how societal values inform the content of environmental policies and the impacts, in turn, of these policies on society. In addition, the class will explore how environmental economics informs the new tools of environmental policy. The course covers a range of environmental policies at the U.S. and international levels addressing problems such as air and water pollution, climate change, energy use, and community sustainability. **Lecture, Credits 3 (Spring)**

**STSO-422**                                    **Great Lakes**
This course utilizes the Great Lakes Basin as an integrating context for understanding global environmental issues. Examining the basin through an interdisciplinary environmental lens the class applies social science approaches to environmental problem solving. Students assess the local, regional, national and international scope of Great Lakes environmental issues through lecture, role-play, and field experiences and consider the importance of government action, public policy, ethics, economics, sociology, history, and engineering while applying social science analysis skills such as surveys, interviews, and content analysis to better understand the depth of local environmental problems and their potential solutions. Environmental science majors prepare a proposal for an environmental consulting project. **Lecture, Credits 3 (Fall)**

**STSO-425**                              **Nature and Quantification**
In this course, students will examine the ways in which "nature," broadly conceived, has been quantified, standardized, and in many cases commodified in the modern West – often in the context of the natural sciences, government bureaucracies, capitalist markets, or some combination of the three. Reading and discussing broadly across history, science studies, anthropology, philosophy, and ecology, students will gain multidisciplinary perspectives on modern informational thinking, and develop analytical tools for assessing contemporary issues related to the quantified environment. **Lecture 3, Credits 3 (Biannual)**

**STSO-441**    **Cyborg Theory: (Re)thinking the Human Experience in the 21st Century**
The developing cybernetic organism or cyborg challenges traditional concepts of what it means to be human. Today medical science and science fiction appear to merge in ways unimagined a century ago. By exploring scientific and cultural theories, science fiction, and public experience, this class examines the history and potential of the cyborg in Western cultures. **Lecture, Credits 3 (Spring)**

**STSO-442**                    **Science, Technology, and Society Classics**
STS classics are books that involve science or technology and that also have notable social significance. In this course students will read several such books to advance their understanding of how society learns about, explores, and evaluates science and technology. The seminar format for this course will also advance students' writing, speaking, and research skills. **Lecture, Credits 3 (Fall)**

**STSO-445**                   **The Natural Sciences in Western History**
This course explores the development of the natural sciences in Western history, from ancient times to the present. It emphasizes how astronomy, physics, chemistry, and biology have changed over time, and it seeks to place those changes in their social, economic, cultural, and religious contexts. **Lecture, Credits 3 (Spring)**

**STSO-446**                                **History of Chemistry**
This course surveys the history of chemistry from antiquity to the present. Emphasis will be placed on developments since the Renaissance; on changing views of how matter is structured and how different substances react (or fail to react); and on the political, social, and **Lecture, Credits 3 (Biannual)**

**STSO-488**                          **Topics in Environmental Studies**
This course will focus on a special problem or topical area in the field of Environmental Studies. Topics and specific content and methods vary from year to year or Semester to Semester. This course may count for minors and immersions with the permission of the Department. The STS Department Chair and individual instructors may be contacted for details. **Lecture 3, Credits 1 - 6 (Annual)**

**STSO-489**                  **Topics in Science, Technology, and Society**
This course will focus on a special problem or topical area in the field of STS. Topics and specific content and methods vary from year to year or Semester to Semester. This course may count for minors and immersions with the permission of the Department. The STS Department Chair and individual instructors may be contacted for details. **Lecture 3, Credits 1 - 6 (Fall, Summer)**

**STSO-510**                        **Interdisciplinary Capstone Seminar**
This course is an upper-level undergraduate seminar that explores how science, technology, society, environment and policy are understood in contemporary and historical contexts. The course brings together a variety of views and readings to offer an interdisciplinary approach to understanding the complex ways in which citizens make and understand the world. (Enrollment in Department of STS/Public Policy) **Lecture, Credits 3 (Fall, Spring)**

**STSO-521**                              **Biodiversity and Society**
This course explores the problems, issues, and values stemming from the current massive loss of biodiversity. Various justifications for preserving or conserving biodiversity will be examined. Although principals of conservation biology are presented, the social/cultural dimensions of the issue will be emphasized. **Lecture, Credits 3 (Spring)**

**STSO-550**                                **Sustainable Communities**
The concept of sustainability has driven many national and international policies. More recently, we have become aware that unless we physical build and rebuild our communities in ways that contribute to sustainability, making progress toward that goal is unlikely. It is equally important to recognize the social aspects of sustainability. In addition, it is at the local level that the goals of equity (a key consideration in community sustainability), most often achieved through citizen participation and collaborative processes are most easily realized. This course will broaden students understanding of the concept of sustainability, particularly the concept of social sustainability. This course focuses on sustainability as a way to bring light to the connections between natural and human communities, between nature and culture, and among environmental, economic, and social systems. Working closely with local organizations, students will explore the applicability of theoretical concepts. **Lecture, Credits 3 (Fall)**

## Sociology

**SOCI-102**                              **Foundations of Sociology**
Sociology is the study of the social world and socialization processes. Sociologists study the broader picture of how societies are structured and organized through a macro-sociological analysis as well as how individuals create their own social reality symbolically through their interactions with others in a micro-sociological analysis. Students in this course will learn the fundamentals of each approach and come away with a sociological framework which they can critically apply to their own lives. **Lecture, Credits 3 (Fall, Spring, Summer)**

RIT0001002

**SOCI-102H**                                                    **Honors Sociology**
This course explores how sociological concepts, theories and research account for such social phenomena as socialization, deviance, social structure, stratification, political and religious affiliation and social change. It will also explore how social factors account for political and economic behavior and the speed and spread of technological change. **Lecture, Credits 3 (Fall, Spring)**

**SOCI-110**            **On the Cutting Edge: Research and Theory in the 21st Century**
Research is the primary pathway to theory formation in the social sciences. This course focuses on how ideas about social life emerge through research in sociology and anthropology. This course is designed as a seminar, in which students discover how scholars in these disciplines formulate research questions in relationship to theory and issues of public concern. (Prerequisites: Successful completion of one course in Anthropology (ANTH), Sociology (SOCI) or International and Global Studies (INGS) is required.) **Lec/Lab 3, Credits 3**

**SOCI-210**                                                    **African-American Culture**
This course will describe the historical and contemporary conditions that have given rise to the distinctive cultural orientation of African Americans in the United States. Students will be provided with an explication of African American culture as it is perceived by the majority of African Americans. Furthermore, the course will outline an operational articulation of the African American experience, and analyze the characterological responses that result from it. **Lecture, Credits 3 (Spring)**

**SOCI-215**                                                    **The Changing Family**
Families are the microcosm of society. Sociological concepts and theories define the family as a fundamental institution that both mirrors and propels societal change. The field of family studies explores various parameters of family systems, including gender, race, class, ethnicity, sexuality, division of labor, marriage and divorce, children, and generational relations. In the wake of significant changes in family forms, experiences, and prevailing household arrangements, the scope of sociological inquiry has expanded to meet the new realities of American family life. **Lecture, Credits 3 (Fall or Spring)**

**SOCI-220**                                                    **Minority Group Relations**
The course will provide a context in which to examine the multiple and contradictory social relations of domination, subordination, resistance, and empowerment. The kinds of questions we will explore focus on how power, knowledge, meaning, and cultural representation are organized. We will analyze a variety of political and ideological themes which bear upon the formation of minority group relations, their identity and how these themes complicate the processes by which people construct their understanding of the nation, world, of others, and themselves. Through reflection on theoretical texts and fictional works, as well as film and other popular media, we will consider for ourselves how culture is differently represented and signified, and how the politics of understanding and misunderstanding minority relations work through practices within and outside cultural institutions. **Lecture, Credits 3 (Fall, Spring, Summer)**

**SOCI-225**                                                    **Social Inequality**
This course examines various forms of social inequality, including economic, political, health, higher education, race and sex inequality. It uses a variety of sociology's ideas to explain why these kinds of inequality exist, how they persist and what can be done about them. **Lecture, Credits 3 (Spring)**

**SOCI-230**                                                    **Sociology of Work**
This course analyzes and assesses social relations of paid labor. Sociology's major ideas about the ways we work will be examined and applied to numerous important topics such as: workplace organization, unions, labor legislation, health and safety, workplace culture, interplays between work and family, experiences of work as alienating or satisfying, inequalities at work, and social mobility. **Lecture, Credits 3 (Fall or Spring)**

**SOCI-235**                                                    **Women, Work, and Culture**
In this course, we analyze historical and contemporary patterns of gender, race/ethnicity, sexuality, and the organization of work. Using the theoretical perspectives we analyze the work historically undertaken by women in societies and its relationship to broader political and economic structures. While our primary focus is on the U.S., we will also conduct a cross-cultural analysis of gender and work in developing and industrializing societies. Specific issues include gender discrimination (e.g., wage discrimination, sexual harassment), sexuality, reproduction, and women organizing to control their work and working conditions. **Lecture, Credits 3 (Fall, Spring, Summer)**

**SOCI-240**                                                    **Deaf Culture in America**
This course is an introductory survey of Deaf culture in the United States. Students will study the scholarly literature pertaining to various social groups in the Deaf community and have contact with their members. This course will familiarize students with the characteristics of Deaf Culture, as well as general perceptions of the Deaf community within the dominant mainstream society. **Lecture, Credits 3 (Fall, Spring)**

**SOCI-245**                                                    **Gender and Health**
This course examines connections between gender and health that are both conceptual and empirical. Students will explore the causes of gender-based differences in health outcomes through case studies of sexual and reproductive rights, HIV/AIDS epidemics and violence. Students will also examine global gender and health trends. The course concludes with an examination of gender inequity in health care and policy implications of these inequities. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**SOCI-255**            **Disaster, Public Health Crisis and Global Responses**
Disasters as global states of emergency result from complex relationships between human populations and environmental hazards. Disasters threaten sustainable development, especially in the global south and among the world's most vulnerable people. Global states of emergency incur significant human and economic costs, which, in addition to increasing demographic, environmental, socio-economic and related pressures, result in increasing population vulnerability. Explanations of the causes and consequences of disasters include examinations of how human vulnerability is impacted by interactions among diverse social, economic, and other factors with environmental hazards. We will discuss social vulnerability theories; sustainable development theories; the causes and consequences of disasters and interventions to manage and reduce these risks. **Lecture 3, Credits 3 (Annual)**

**SOCI-300**                                                    **Sociology of American Life**
This course will examine major U.S. institutions and dominant values that pattern everyday life. It will focus on the nation's multi-national corporations, mass media, lawmaking, schools and the military, and dominant ideologies and values that guide these institutions such as the American dream, individualism, competition, faith in technology, consumerism and democracy. Alternative organizations and countercultures will be studied. The course will examine the interconnections between the U.S. and other nations as expressed by such issues as international trade agreements, cultural diffusion, environmental degradation, and war. **Lecture 3, Credits 3 (Biannual)**

**SOCI-301**                                                    **Social and Cultural Theory**
This course explores influential classical and contemporary theories regarding society and culture. Students will assess the utility of different theories in addressing key enduring questions regarding human behavior, the organization of society, the nature of culture, the relationship between the individual and society, social control and social conflict, social groups and social hierarchy, the operation of power, cultural and social change, and the interplay between the global and the local. Theories will be marshaled to shed light on contemporary social and cultural phenomena and problems such as crime, violence, exploitation, modernity, and globalization. (Prerequisites: ANTH-102 or ANTH-102H or ANTH-103 or SOCI-102 or SOCI-103 or INGS-101 or equivalent course.) **Lecture, Credits 3**

**SOCI-302**                                                    **Qualitative Research**
Learning about social and cultural groups is a complex and ethically sensitive process. We explore common qualitative research methods for social and cultural research. We evaluate the utility of such methods for different purposes and contexts, including cross-cultural contexts. We consider common ethical dilemmas in research with human subjects, the ethical responsibilities of researchers, and common techniques for minimizing risks to subjects. (Prerequisites: ANTH-102 or ANTH-102H or ANTH-103 or SOCI-102 or SOCI-103 or INGS-101 or equivalent course.) **Lecture, Credits 3**

**SOCI-303**                                                    **Statistics in the Social Sciences**
The research conducted by sociologists and anthropologists generates large, complex data sets that are difficult to interpret subjectively. We will explore the basic quantitative tools that sociologists and anthropologists can use to understand these data sets and learn how to craft a research question and research design that utilize quantitative data, how to select appropriate quantitative techniques and apply them, how to present results, and how to critically evaluate quantitatively based knowledge claims. **Lab 2, Lecture 2, Credits 3**

**SOCI-315**                                                    **Global Exiles of War and Terror**
Daily we watch, seemingly helplessly, as people are displaced from their communities, homelands, and countries and subsequently seek asylum around the world, sometimes within our own local communities. Causes of displacement include war, violence, persecution, and modes of terror that increasingly affect the lives of women and children. In addition to the loss of human life and potential, the ensuing consequences of violent displacement include poverty, disease, physical and psychological trauma, hopelessness, and vulnerability to human rights abuses. In this course, we explore how the rights and dignity of refugees can be protected. We also examine resettlement processes and, for those who are eventually repatriated, we address how they can successfully reintegrate into reconstructing societies that remain barely functional. Most importantly, we consider how the trauma of displacement can be minimized. **Lecture, Credits 3 (Fall, Spring, Summer)**

RIT0001003

**College of Liberal Arts**

**SOCI-322**      **Health and Society**

What would a healthy society look like? What questions should we be asking of those in power to ensure health equity? What is health equity? The objective of this course is to develop a sociological language for answering these and other questions. To do so, students will evaluate the relationship between health and society – that is, the connections between contemporary health disparities and today's social, physical, and political economic environments. This includes an analysis of macro-factors (climate change, environmental pollution, global and/or national economies, laws) and micro-factors (social media, neighborhood conditions, green spaces, poor- or low-quality housing, and leisure spaces). The course emphasizes that health is impacted by the social circumstances into which people are born; inequitable distributions of power; and social/legal categories of exclusion and inclusion. Though sociological in orientation, this course resonates with the disciplinary and professional aims of medical anthropologists, public health professionals, community health practitioners, and anyone committed to eradicating health disparities. **Lecture 3, Credits 3 (Annual)**

**SOCI-330**      **Urban (In)Justice**

With a focus on forms of (in)justice in urban communities worldwide, we investigate the impact of race, class, and gender and related systems of unequal power relations on perpetuating patterns of social, political, economic, and environmental oppression (policing, hunger, pollution, violence, disease). How do ways of governing urban populations affect the lives of inner city residents and their demands for justice when attempting to navigate the everyday urban worlds? Specific course topics include both historical and contemporary perspectives on urban (in)justice locally, in Rochester NY, and nationally, across the U.S., and in a global comparative framework. Thereby the effects of crime, violence, and inequality on people in urban neighborhoods are also examined among and within nations. By the end of the semester, students should be able to identify and explain various theories that seek to explain (in)justice patterns in the urban context at local, national and global levels. **Lecture, Credits 3 (Fall or Spring)**

**SOCI-345**      **Urban Poverty**

Urban poverty has been recognized as a persistent problem in the United States since the middle of the last century. In many cities, poverty is associated with high levels of teenage pregnancy, low levels of employment, limited educational attainment, chronic community-based health problems, and high levels of crime. This course examines causes, consequences, and proposed policy solutions to urban poverty. Special emphasis will be paid to U.S. urban poverty. **Lecture, Credits 3 (Fall or Spring)**

**SOCI-350**      **Social Change**

This course describes and applies competing explanations for major transitions in a variety of institutions, including the economy, work, politics, family and education. These transitions are seen within historical and global contexts, but the interplay of these changing social structures with individual experience is explored as well. Topics include economic, racial and gender stratification, culture, labor-management relations, and the source and consequences of technological change. Students will learn to understand, assess, and manage social change rather than to simply react to it. (Prerequisites: ANTH-102 or ANTH-102H or SOCI-102 or equivalent course.) **Lecture 3, Credits 3 (Fall or Spring)**

**SOCI-355**      **CyberActivism: Diversity, Sex, and the Internet**

Sociologists look to cyberspace to test theories of technology diffusion and media effects on society. This course explores the Internet's impact on communities, political participation, cultural democracy, and diversity. How have digital technologies and electronic information flows shaped or diminished inequalities of gender, sex, and race? For instance: new electronic technologies have pushed the cultural and physical boundaries of how we have sex; with whom we have sex; and with what we have sex and/or have observed having sex, such as sex toys and avatars. The sociological implications of this new technology depend on economic, legal, and policy decisions that are shaping the Internet as it becomes institutionalized. The course analyzes such new forms of cyber-democracy with a focus on issues of gender, sex, and race. **Lecture 3, Credits 3 (Spring, Summer)**

**SOCI-361**      **Digitizing People**

Much of the knowledge of our social worlds has been digitized. This course explores how social technologies shape our relationships, personal lives, and sense of self. The metric manufacture of diversity has produced new forms of population management and inequality. Our biographic histories as citizens, consumers, workers/professionals, parents, lovers, and social media users are collected as data-bites and assessed in metric terms, thereby forging new sets of identities. The transformation of people into numerical entities is an act of statistical objectification. This process frames the creation of social and racial typologies, and is well demonstrated by the US census. Students will investigate the formation of racial, ethnic, and gender identities in the context of the accelerated desire to digitize humanity. **Lecture 3, Credits 3 (Annual)**

**SOCI-451**      **Economics of Women and the Family**

Women make choices concerning marriage, fertility and labor market participation on the basis of many factors, including government policies targeting those decisions. This course uses economic theory and empirical research in order to describe the changing demographic profile of families, poverty, and the labor force and to explore how economic theory and practice fit into the larger social science goals of describing human behavior by focusing on women and on the family. **Lecture, Credits 3 (Fall)**

**SOCI-489**      **Topics in Sociology**

This topics course focuses on specific themes or issues in sociology, chosen by the instructor, vetted by the department chair, announced in the course subtitle on SIS, and developed in the syllabus. The topics of this course will vary, but the course number will remain the same. Students may repeat the course for credit, but may not repeat a topic. **Seminar 3, Credits 3 (Fall, Spring)**

**SOCI-498**      **Practicum**

Students will apply the accumulated knowledge, theory, and methods of the discipline to problem solving outside of the classroom. The Practicum may consist of internship, study abroad, or archaeological or ethnographic field school (consisting of at least 160 hours, completed over at least 4 weeks). (This class is restricted to undergraduate students with at least 3rd year standing.) **Internship, Credits 0 - 16 (Fall, Spring, Summer)**

**SOCI-499**      **Co-op**

Paid work experience in a field related to sociology or urban studies (at least 160 hours of work, completed over at least four weeks). Students will apply the accumulated knowledge, theory, and methods of the discipline to problem solving outside of the classroom. (3rd year status and permission of instructor) (This class is restricted to undergraduate students with at least 3rd year standing.) **CO OP, Credits 0 (Fall, Spring, Summer)**

**SOCI-501**      **Senior Research Project**

Students will design and conduct a library-based research project with supervision of a faculty member, bringing to bear the knowledge and theoretical perspectives accumulated during the prior years of study. (Prerequisites: ANTH-201 or ANTH-301 or ANTH-302 or ANTH-303 or equivalent courses and 4th year standing.) **Research, Credits 3 (Fall, Spring, Summer)**

**SOCI-502**      **Scholar's Thesis I**

This is the first course of a two-semester Scholar's Thesis sequence in sociology or urban studies, in which students will conduct an original research project. In this first course, working with a thesis advisor, students will formulate a research question, conduct a literature review, prepare the research design, and begin data collection, following the conventions of the disciplines. (4th year status, 3.2 gpa, and permission of thesis advisor) (This class is restricted to undergraduate students with at least 4th year standing.) **Research, Credits 3 (Fall, Spring, Summer)**

**SOCI-503**      **Scholar's Thesis II**

This is the second course of a two-semester Scholar's Thesis sequence in sociology or urban studies, in which students will conduct an original research project. In this second course, working with a thesis advisor, students will finalize data collection, analyze the data, write and defend a thesis paper, following the conventions of the discipline. (4th year status, 3.2 gpa, and permission of thesis advisor) (Prerequisites: SOCI-502 or equivalent course.) **Research, Credits 3 (Fall, Spring, Summer)**

**SOCI-599**      **Independent Study**

The student explores in depth a topic of choice, under supervision of a faculty member. The student will typically meet weekly with the instructor to discuss the readings and will write paper(s) that synthesize and critique them, or the student may work with the faculty member on original research. (permission of the instructor) (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 12 (Fall, Spring, Summer)**

## Women and Gender Studies

**WGST-200**      **Foundations of Women and Gender Studies**

Women's and Gender Studies is the academic manifestation of feminism. This interdisciplinary course interrogates the social constructions, political systems, and historical rhetorics that have produced and maintain hegemonic power structures. In this course you will examine key feminist, queer, and critical race writings and discourses, study the rise of feminist thought, and consider the history of women's activism and the women's rights movements from Suffrage to the present day. The course will also consider the application of feminist theory made visible through the rise of new and intersectional social identity movements. **Lecture 3, Credits 3 (Fall)**

RIT0001004

**WGST-205**                                              **Feminist Practices of Inquiry**
This course aims at introducing students to the diverse ways in which feminist and gender studies practitioners (scholars, writers, artists, and activists) have critically analyzed, challenged, and creatively reinvented predominant methods, models, and practices of knowledge production in various areas of the natural and social sciences, the medical arts, the humanities, and the visual and performing arts. Questions to be considered include: What constitutes feminist practices of inquiry? How do feminist research practices approach issues of objectivity and subjectivity? How does one formulate a feminist question? What key questions guide feminist researchers and how can we apply those questions to a variety of research topics? How do feminist practices of inquiry intersect with race, class, gender, ethnicity, nationality, sexualities, identity-formation processes, (dis)abilities, age? How do feminist research practices produce transformations, emancipation, and increased fairness of representation? **Lecture 3, Credits 3 (Spring)**

**WGST-206**                                                              **Queer Looks**
In this course we examine representations of queer sexuality in art, film and popular culture beginning in the repressive 1950s, followed by the Stonewall Riots of 1969. We situate the birth of gay liberation in the U.S. in the context of the civil rights struggles, feminism and the anti-war movement. We turn to the work of Andy Warhol that looms over the post-war period, challenged subsequently by the onset of AIDS and the work of General Idea and Act-Up, on the one hand, and the more graphically provocative work of Robert Mapplethorpe, on the other. We examine the diversification of the queer community as transgendered identity asserts itself and the opening of popular culture to issues of diverse sexual identities. We explore expressions of queer sensibility outside of North America and Europe. We turn finally to the issue of gay marriage, both in the U.S. and abroad. **Lecture 3, Credits 3 (Spring)**

**WGST-210**                                          **Introduction to LGBTQ+ Studies**
This introductory course examines a broad range of gay, lesbian, bisexual, transgender, and queer issues within the historical, psychological, racial, theological, cultural, and legal contexts in which we live. Students will learn the historical and theoretical foundations of LGBTQ+ studies as well as the contemporary implications for family, work, religion, and law for LGBTQ+ people and the mainstream society. Students will have the opportunity to compare the regulation of sexual orientation across different gender, racial, and socioeconomic communities. **Lecture 3, Credits 3 (Fall)**

**WGST-235**                                              **Women, Work, and Culture**
In this course, we analyze historical and contemporary patterns of gender, race/ethnicity, sexuality, and the organization of work. Using the theoretical perspectives we analyze the work historically undertaken by women in societies and its relationship to broader political and economic structures. While our primary focus is on the U.S., we will also conduct a cross-cultural analysis of gender and work in developing and industrializing societies. Specific issues include gender discrimination (e.g., wage discrimination, sexual harassment), sexuality, reproduction, and women organizing to control their work and working conditions. **Lecture, Credits 3 (Fall, Spring, Summer)**

**WGST-237**                                                        **Psychology of Women**
The purpose of this course is to examine the psychology and lives of girls and women. In addition to the influence of culture, biological and genetic differences will be highlighted for each of the different topics. The topics covered include gender stereotypes, the development of gender roles, gender comparisons, love relationships, sexuality, motherhood and violence against women. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**WGST-240**                                                            **Human Sexuality**
This course provides an overview of human sexuality through the lenses of biology and psychology. What causes sexual behavior and why do some individuals display different sexual behaviors than others? Human sexual physiology, attitudes, beliefs, and behaviors are highly diverse. Coursework will examine the ways in which human sexuality varies among individuals, across groups, and throughout the lifespan. Multiple explanations for sexual behavior will be considered, drawing from evolutionary psychology, learning theory, social psychology, and biology. Atypical and harmful sexual behaviors will be addressed as well. Throughout the course, students will learn how social science research techniques have been used to expand the field of human sexuality and how empirical inquiry can differentiate myths from facts. (Prerequisites: PSYC-101 or PSYC-101H or completion of one (1) 200 level PSYC course.) **Lecture 3, Credits 3 (Spring)**

**WGST-245**                                                        **Prostitution and Vice**
This course will examine prostitution and vice in the United States and globally. Through empirical scholarship, various issues will be examined including issues faced by sex workers including crime, victimization, health and safety, and law and policy issues. Quality of life issues for communities will also be examined. (Prerequisites: CRIM-110 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**WGST-246**                              **History of Women in Science and Engineering**
Using biographical and social-historical approaches, this course examines the history of women's involvement in science and engineering since the birth of modern science in the seventeenth century; the historical roots of gender bias in the Western scientific enterprise; and the influx of women into science and engineering since the mid-to-late 20th century. Cross-listed with women's and gender studies. **Lecture 3, Credits 3 (Spring)**

**WGST-250**                                                          **Domestic Violence**
This course focuses on domestic violence in the United States and globally. Various types of domestic violence will be examined, including intimate partner violence, child abuse, and elder abuse. The course will also examine criminal justice responses to domestic violence, including police, court processing of domestic violence cases and punishment of domestic violence offenders. **Lecture 3, Credits 3 (Fall)**

**WGST-255**                                              **Seminar on Sexual Violence**
This course focuses on sexual violence in the United States and globally. Various types of sexual violence will be examined, including incest, elder abuse, and male victimization. The course will also examine criminal justice responses to sexual violence, including police, court processing of sexual violence cases and punishment and treatment of sexual offenders. (Prerequisites: CRIM-110 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**WGST-265**                                                          **Women and Crime**
This course deals with women as criminal offenders and as victims of crime, focusing upon theories about women in crime, types of crimes committed, patterns of criminality and the treatment of women offenders. Also examines the role of women as law enforcement officers, judges, lawyers and correctional officers in the criminal justice system. (Prerequisites: CRIM-110 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**WGST-290**                                  **American Women's and Gender History**
This course surveys women's history in the United States from the colonial period to present. The course moves chronologically and thematically, focusing on the diversity of women's experiences across race, class, and geography as well as the construction of dominant gender norms. Topics include Native American, African American, and Euro-American women in colonial America; the Industrial Revolution and the ideology of domesticity, Women in the American West; women's paid and unpaid work; sexuality and reproduction; women's activism; and women's experiences of immigration and family life. **Lecture 3, Credits 3 (Fall)**

**WGST-291**                              **The History of Families and Children in the U.S.**
The family is at the center of contemporary political debates involving social policies, gender roles, citizenship, marriage, and the role of the state. Politicians and commentators frequently invoke a mythical American family, one that is conflict-free, independent, and unchanging. These idealized depictions mask a far more complicated and richer historical reality of the development of family structures in the U.S. This course will examine both the diverse experiences of actual families in the American past, including queer families, and changing ideologies about the family and childhood. Students will have the opportunity to write a history of their own family, or to complete an alternative research paper. **Lecture 3, Credits 3 (Spring)**

**WGST-309**                                                            **Feminist Theory**
This course examines the main currents in contemporary feminist thought. Feminist theory explores the nature and effects of categories of sex and gender upon our ways of living, thinking and doing, while also challenging how gendered assumptions might shape our conceptions of identity and inquiry more generally. Different conceptions of sex and gender will be discussed, and the course will investigate how these concepts affect our lives in both concrete and symbolic ways. Special attention will be paid to how gendered assumptions color our understanding of knowledge production, experiences of embodiment and emotion, public and private activities, and the nature of ethical decision making. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**WGST-318**                                **Philosophies of Love, Sex, and Gender**
Love is indeed one of the most central concerns in everyone's life; yet, we spend very little time thinking conceptually about love in its various forms, aspects, implications, nuances, benefits, detriments, and harms. In this course, we will examine views from classical, medieval, modern, and contemporary thinkers on various kinds of love, including some controversial versions of it; we will consider the relation of love in its various forms to desire, emotions, physical intimacy, seduction, sex, sexuality, sexual orientation, and the construction of personal identity; and we will analyze how the various forms of love affect and are affected by gender norms, roles, and images. **Lecture 3, Credits 3**

**WGST-330**                                  **Performing Identity in Popular Media**
This class is a critical, theoretical, and practical examination of the constitution and performance of personal identity within popular media as it relates to identity politics in everyday life. Through lectures, readings, film, and critical writing, students will examine elements of personal identity and diversity in popular media in order to foster a deeper understanding of how identity is constructed and performed in society. **Lecture 3, Credits 3 (Fall)**

RIT0001005

**College of Liberal Arts**

**WGST-335**                                   **Women and the Deaf Community**
Deaf history, as a field, has often neglected the story of deaf women. Scholar Arlene B. Kelly has recently asked, Where is deaf herstory? This course seeks to correct that gender imbalance in deaf history. We will study deaf women's history. This will include a consideration of deaf-blind women, as well, as women like Helen Keller were often the most famous deaf women of their era. But this course also seeks to look at the role of hearing women in deaf history. Hearing women dominated the field of deaf education in the late nineteenth century. They had a tremendous impact on the lives of deaf children and the events of deaf educational history. Hearing women were also important figures in deaf history as mothers. As mothers of deaf children, hearing women were frequently asked to behave as teachers in the home. Their embrace of this role often led them to endorse oral education, and oppose the sign language. Hearing mothers in this way were pitted against their adult deaf daughters, who frequently went on to learn sign language against their mothers' wishes. The historically complex relationship between women and the deaf community will be explored in this course. **Lecture 3, Credits 3 (Fall)**

**WGST-342**                                   **Gender, Science, and Technology**
This course explores the importance of gender within Western science and technology. It considers how masculine and feminine identities are socially and culturally shaped, how sex and gender are being significantly transformed, and how rethinking gendered practices may help make science and technology fairer and more responsive. Cross-listed with women's and gender studies. **Lecture 3, Credits 3 (Fall)**

**WGST-351**                                   **Gender and Sexuality in Hispanic Studies**
This course introduces students to the study of gender and sexuality in cultural production from the Hispanic world. Students will read, view, and discuss diverse works from a variety of historical periods and geographical regions that deal with gender identity, sexuality, and interrelated social movements. This course refines students' skills through discussions, presentations, and writing exercises on readings, lectures, and film screenings. Students will also develop research skills as they complete a project on a topic chosen in consultation with the instructor. The critical approach that will inform this course is feminist thought. **Lecture 3, Credits 3 (Fall)**

**WGST-357**                                   **Communication, Gender, and Media**
This course examines the relationship between gender and media communication with specific attention to how gender affects choices in mass media and social media practices. Students explore how gender, sexual orientation, sexuality and social roles, affect media coverage, portrayals, production and reception. They consider issues of authorship, spectatorship (audience), and the ways in which various media content (film, television, print journalism, advertising, social media) enables, facilitates, and challenges these social constructions in society. The course covers communication theories and scholarship as it applies to gender and media, methods of media analysis, and topics of current interest. **Lecture 3, Credits 3 (Biannual)**

**WGST-361**                                   **Queering Gender**
This course begins with the concept that sexuality, gender and gender identity is neither fixed nor innate. Many people who adopt a definition or expression of gender different from society often identify themselves as queer. The study of this movement is referred to as queer theory. This course examines the concepts of sex, gender, and gender expression of straight, gay, lesbian, bisexual and transgender people of all ages, races, and socioeconomic classes within the context of the larger society in which we live. Students will explore the unique political, legal, and interpersonal challenges faced by those embracing queer identity as well as the diversity of gender identities and expressions. **Lecture 3, Credits 3 (Spring)**

**WGST-375**                                   **Women/Gender/Art**
This course examines the role of women in the visual arts as both images makers and subject matter in order to see how gender plays a role in the conceptualization of creativity and art. Among the topics to be discussed are: the construction of femininity and gender in the patriarchy; art as an ideological practice; women, art, and society; art history, art education, and art evaluation; women artists and their contemporaries. **Lecture 3, Credits 3 (Spring)**

**WGST-383**                                   **Traumatic Images**
This course investigates visual culture and its imagistic response to life's crises. Problems of identity and identification will be explored and confronted through works of photography, painting, mixed media, new media and film of the 19th, 20th, and 21st centuries. Beginning with the late 19th Century vogue for images of hysterical women, crippled black-sheep family members and dead loved ones (as corpses and as ghosts), we then move on to consider the last century's fascination with pain and suffering, disease and violence, struggle and survival and then the 21st century's emphasis on terrorism. Specifically, we will focus on the gendering of images and imaging as disturbing pictures work to defy the formal and theoretical distinction between private and public, personal, and collective experience and manage the often conflicting responsibilities to self, family, religion, race, nation, and society. **Lecture 3, Credits 3 (Spring)**

**WGST-384**                                   **Art of Dying**
This course explores the experience of dying a profoundly human and universal experience as it is represented by artists who are themselves facing immanent death. The unique and deeply personal process of each dying artist is crucially informed by social, cultural and historical as well as artistic contexts. The course will focus primarily on visual artists and writers living with and dying of disease - such as AIDS, cancer and cystic fibrosis as well as mortality and age. Topics such as aesthetics, artistic media, representation, grief, bereavement, illness, care-giving, aging, and the dying process will be considered within the context of issues of race, class, ethnicity, sexuality, gender and community values. Some of the artists covered will be Jo Spence, Hannah Wilke, Elias Canetti, Bob Flanagan, Herve Guibert, Tom Joslin, Laurie Lynd, Audre Lorde, Charlotte Salomon, Keith Haring, Frida Kahlo, Bas Jan Ader, Ted Rosenthal, Felix Gonzalez Torres, Keith Haring, Eric Steel, Derek Jarman, Eric Michaels, and David Wojnarowicz. We will also explore some of the critical theory of Roland Barthes, Michel Foucault, Elaine Scarry, Susan Sontag, and Ross Chambers. **Lecture 3, Credits 3 (Spring)**

**WGST-388**                                   **Gender and Contemporary Art**
This course traces the historical development of women's activism in the art world from the 1970s to the present. We will interpret how this art activism, which artists and scholars alike have referred to as the feminist art movement, has examined how gender informs the ways art is made, viewed, conceptualized in history and theory, and exhibited in museums and visual culture, in a range of cultural contexts. We will also analyze how current artists, critics, and curators continue to build on this history, in particular how they use the concept of gender intersectionally to develop a variety of new creative practices, theories, modes of exhibition and social engagement. **Lecture 3, Credits 3 (Fall, Spring)**

**WGST-414**                                   **Topics in Women's and Gender Studies**
This course will explore a key theme or critical question in women's and gender studies as an introduction and line of inquiry into how and why women's and gender studies matter in the contemporary world and in our individual lives. Drawing from and reflecting on approaches to women's and gender studies from a variety of disciplines and cultures, we will use these theoretical lenses to read social, cultural, and artistic texts and cultural practices in a new light. How has women's and gender studies and the creative, activist and academic practices theorized in this multidisciplinary, global space, challenged gendered and racialized power structures in the past, in the present, and how might it transform its methods to confront current challenges? **Lecture 3, Credits 3 (Fall, Spring)**

**WGST-451**                                   **Economics of Women and the Family**
Women make choices concerning marriage, fertility and labor market participation on the basis of many factors, including government policies targeting those decisions. This course uses economic theory and empirical research in order to describe the changing demographic profile of families, poverty, and the labor force and to explore how economic theory and practice fit into the larger social science goals of describing human behavior by focusing on women and on the family. (Prerequisites: ECON-101 or equivalent course.) **Lecture, Credits 3 (Fall)**

**WGST-481**                                   **Women in Politics**
A study of feminist thought as it applies to the political, economic and social status of women and how it has been expressed through the women's political movement. Students study a number of public policies as they apply to and affect women and examine the opportunities for women to participate in the political process. **Lecture, Credits 3 (Spring)**

RIT0001006

# School of Individualized Study

## Index

BUSI    Business Administration Management ....................... 165
SOIS    Individualized Study ................................. 165
MTSC    Math and Science .................................... 167
QLTM    Quality Management ................................ 167
TCOM    Technical Communication ........................... 167

*Course numbering: RIT courses are generally referred to by their alphanumeric registration label. The four alpha characters indicate the discipline within the college. The final three digits are unique to each course and identify whether the course is noncredit (less than 099), lower division (100-299), upper division (300-599), or graduate level (600 and above).*

*Unless otherwise noted, the following courses are offered annually. Specific times and dates can be found in each semester's schedule of courses. Prerequisites/corequisites are noted in parentheses near the end of the course description.*

## Business Administration Management

**BUSI-221**                                    **New Venture Development**
This course presents factors to be considered by those interested in the ownership and management of small business enterprises. Includes who should be an entrepreneur, guidelines for starting a new business, basic legal considerations, and approaches for obtaining credit and capital. Revised course includes staffing, purchasing, supplier relations, cash flow management, and managerial skills needed to run any business or corporate department. **Lecture 3, Credits 3 (Fall, Spring)**

**BUSI-324**                        **Introduction to Logistics and Transportation**
The course studies the logistics and transportation industry as part of the growing emphasis on distribution technologies. Introduces basic understandings of the function areas of logistics management and their interrelationships and how transportation and distribution play a significant role in the success of a business. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**BUSI-510**                                       **Project Management**
This course addresses project management from a multidisciplinary perspective, covering the fundamental nature of and techniques for managing a broad range of projects. Topics cover the Project Management Life Cycle from Planning to Termination. It also addresses the behavioral and quantitative facets of project management, as well as the use of methods, tools and techniques for the initiation, planning, and execution of projects. Introduces the standard framework, processes and knowledge areas of A Guide to the Project Management Body of Knowledge (PMBOK®Guide) as defined by the Project Management Institute (PMI). Project Management is available in on campus and online formats. *Note: BUSI-510 may not be substituted for BUSI-710 in a SOIS graduate concentration or the SOIS advanced certificate in project management. Additionally, a student may not register for and receive credit for both BUSI-510 and BUSI-710, whether taken as an undergraduate or graduate student.* (A minimum of 3rd year standing is required to enroll.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

## Individualized Study

**SOIS-101**                               **Individualized Study Seminar**
The required gateway course for students enrolled in the School of Individualized Study. Course provides an opportunity for students to explore the nature and function of academic disciplines. Students will have opportunities to develop and refine their transversal, transferrable, and 21st century skill sets and their relationship to traditional curriculum and experiential learning. (APPLAS-BS, APPLAS-AAS) **Lecture 1, Credits 1 (Fall or Spring)**

**SOIS-105**                                          **Making Comics**
This is an intensive comics workshop conducted over one weekend. Students will learn about comics structure and key elements of comics storytelling, and they will use that knowledge and their own abilities to create a short comic on a theme by the end of the workshop. No drawing or illustration skills are required, though they are welcome. The course will be facilitated by RIT faculty and a comics artist. **Lecture 5, Studio 20, Credits 1 (Annual)**

**SOIS-205**                           **Practicing and Assessing Leadership**
By integrating course concepts of leadership styles and theories with a leadership field experience, students will be able to assess their skills as a leader and create a plan for growth and development for future success. Each student will be required to create a leadership learning agenda and development plan at the beginning of the semester based on their current leadership experience. The learning agenda will identify goals for achievement and strategies for assessing and improving upon their effectiveness as a leader. **Lecture 3, Credits 3 (Fall, Spring)**

**SOIS-211**                                       **Exploring Innovation**
Innovation of some type occurs in all fields and disciplines. This course, which helps students develop an innovative mind set, discusses the nature of innovation, including what innovation is, the goals and objectives of innovation, how innovation happens, and reasons that innovations succeed or fail. Case studies in a variety of disciplines are explored to further understanding of innovation. (This class is restricted to undergraduate students with at least 2nd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**SOIS-214**                  **Introduction to Leadership Theory and Practice**
Leadership today is challenging at best when considering all the complexities of the 21st century work environment. In this course students will explore, discuss and practice effective strategies and behaviors to lead others, teams and organizations for high performance. Areas of focus include: leadership roles, theories and styles, creating a shared vision, coaching skills, teamwork and group dynamics, cultural communication and influence, and ethical decision making. Course work will include extensive readings, case studies, written reports, small group projects, presentations and reflections. **Lecture 3, Credits 3 (Fall)**

**SOIS-215**                             **Leadership and Civil Discourse**
Students will examine leadership theory through the lens of civil discourse. Several theories, foundational concepts and current emerging methods to engage in civil discourse from a leadership lense will be explored. Students will compare and analyze current civil discourse practices of leaders and social movements while using investigate civil discourse methods when understanding and managing a specific personal leadership challenge in their own lives. Case studies, reflection exercises and written analysis will serve as the basis of demonstrated learning in this course. **Lecture 3, Credits 3 (Fall, Spring)**

**SOIS-216**                                        **Ethics in Leadership**
Students in this course will examine ethical decision making necessary for today's leaders. Ethical theories will be explored in the context of current societal dilemmas facing leaders today. Students will consider the characteristics of ethical leaders via the study of historical figures or fictional characters from literature. Case studies, reflection exercises and written analysis serve as the basis of demonstrated learning in this course. Students in this course will participate in an experiential activity to observe and analyze a group dialogue on a current ethical debate in their community. **Lecture 3, Credits 3 (Fall, Spring)**

**SOIS-217**                        **Leadership and Community Organizing**
Fulfilling the democratic promise of equity, accountability and effectiveness requires the participation of an "organized" citizenry able to formulate, articulate, and assert its shared interests effectively. Organizing, in turn, requires leadership: accepting responsibility for enabling others to achieve shared purpose in the face of uncertainty. Last revised 3/25/16 2 Organizers identify, recruit, and develop leadership; build community around that leadership; and build power from the resources of that community. In this course, students will study leadership through the lens of community organizing in order to develop the critical knowledge and skills necessary to work in teams to achieve specific outcomes in the pursuit of a shared purpose. Students will "practice" leadership by developing a strategy and producing artifacts to mobilize members of a constituency to work together to achieve specific outcomes in pursuit of a shared purpose culminating in the submission of a capstone portfolio that chronicles their work. **Lecture 3, Credits 3 (Fall, Spring)**

**SOIS-233**                               **Teams and Team Development**
This course focuses on the development of the essential skills needed to be an effective team member and understand the characteristics of high-performing teams in the workplace. Students develop a strong framework for building effective teams through topics that include group and team theory research, individual behavior styles and their functions in a team and team leadership, evaluation of team effectiveness, and understanding of negotiation, persuasion and conflict resolution. This course is highly interactive, with projects that require the student to participate in a team to evaluate cross-functional work teams, self-directed teams, and integrated work teams. Learning takes place through lectures, case studies, simulations, and group projects that develop strategies to build strong teams. **Lecture 3, Credits 3 (Spring)**

RIT0001007

**School of Individualized Study**

**SOIS-240**                                    **The Harmonica and the Blues**
From the mid-1800s to today, the harmonica has largely been learned informally, passed down by generations of musicians who have used it to play melodies, solos, and chord accompaniment. It was a natural for the blues because of its human voice-like quality and flexible way to play "blue" notes. Blues musicians developed a harmonica style that reverberates in many musical styles today. This interdisciplinary course focuses on the history and culture of the harmonica and the blues. Students learn about era-related harmonica styles, influential harmonica players, the basics of playing blues-style diatonic harmonica, and the fundamentals of sound. Students will attend a live music performance in the Rochester community. (This class is restricted to undergraduate students with at least 2nd year standing.) **Lec/Lab, Credits 3 (Fall, Spring)**

**SOIS-242**                                    **Comics: Image and Text in Popular Culture**
An interdisciplinary course in comics and related media that blend image and text. By reading and discussing a range of comics and comics-related works, from 19th-century lithographs and newspaper comic strips, to superhero comics and works of art that make use of comics, we will learn both how to analyze comics and how the medium of comics emerged in and remains vital to popular culture. Through the use of interdisciplinary methods and resources in art history, communications and journalism, literary studies, material culture studies, rhetoric, sociology, and visual culture studies, we will also explore the aesthetic, cultural, historical, and global significance of comics. **Lecture 3, Credits 3 (Fall, Spring)**

**SOIS-244**                                    **American Lives, American Values**
This course introduces students to American cultural studies through an interdisciplinary exploration of the ideals, struggles, and themes prominent in representation of iconic American lives and values, from the revolutionary era to the present. Focusing on ideals and concepts such as social justice, immigration, citizenship, and entrepreneurialism, students will learn to critically reflect upon a variety of media, including art, comics, film, literature, and historical documents, that represent American lives and values. **Lecture 3, Credits 3 (Fall, Spring)**

**SOIS-298**                                    **Independent Study**
Independent study. **Ind Study 3, Credits 1 - 3 (Fall, Spring, Summer)**

**SOIS-299**                                    **Special Topics**
Special topics are experimental courses offered per semester. **Lecture 3, Credits 1 - 4 (Fall, Spring, Summer)**

**SOIS-300**                                    **Community Development: Alternative Spring Break**
The traditional model for alternative spring break trips and community service in general tends to focus on what needs to be "fixed" or what is "broken" within a community; what is missing rather than what exists. Seeing the limitations in this traditional type of service John Kretzmann and John McKnight developed Asset-Based Community Development. Last revised 3/25/16 2 This model changes the way we view the communities we serve. Rather than focusing on the needs and deficiencies of a neighborhood, the ABCD approach allows us to look deeper into a community's assets. In this project driven and experiential learning course, students will challenge traditional service models, learning how to creatively and effectively work with communities to construct relationships that result in sustainable change. Students will bring these practices to life as they work alongside local and global communities on their Alternative Spring Break trips, through Capacity Inventories and Appreciative-Inquiry. Leaving students with an understanding of their own assets and how they can continue to be agents of change in the future. **Lecture 3, Credits 3 (Spring)**

**SOIS-333**                                    **Wicked Problems**
This course will expose students to approaching and working on wicked problems - unstructured, multidisciplinary issues lacking clear right or wrong answers. The course will introduce key skills for handling unstructured problems such as whole systems thinking, estimation and assumptions, valuation, and problem solving techniques, with the majority of the semester focused on a specific topic (wicked problem) and team case study. Students will work in teams to research and address one aspect or subset of the wicked problem at hand to join collectively with the results of all teams to form a more complete overall solution to the wicked problem. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 4, Credits 3 (Fall, Spring)**

**SOIS-335**                                    **Global Forces and Trends**
This course focuses on the understanding of the global forces and trends that impact countries, organizations, and people across many dimensions. Student will learn concepts about global issues and examine the financial, cultural, political, environmental, military, technical, economic and demographic trends and forces affecting today's and tomorrow's organizations. Students learn to use critical thinking, analytical, and problem solving skills to envision the future and challenge thinking patterns. Readings, discussions, written assignments, and tests are part of the class. **Lecture 3, Credits 3 (Fall)**

**SOIS-340**                                    **3D-Technologies for Prosthetic Applications**
3D-technologies offer exciting potential to address the needs of individuals with amputations across the globe. Developing solutions to complex real-world problems requires the cooperative expertise of several disciplines. Students will get hands-on experience with 3D-printers, scanners and software, and discover strategies for applying their academic skills within an interdisciplinary environment. Person-centered design, medical device policy, mechanical properties of materials and life cycle analyses will be examined. Physiological challenges of fitting devices that interface with the body and the benefits and dangers of open-source designs will be explored. Critical thinking will be applied to determine what makes a prosthetic "better" or "worse" within complex environmental and cultural contexts. Psychological ramifications of limb loss and the meaning of wearing a prosthetic will be considered. At what point does it cease to be a device and begin to become a part of the individual? (A minimum of 3rd year standing is required to enroll.) **Lec/Lab 45, Credits 3 (Fall, Spring)**

**SOIS-344**                                    **Popular Genre Studies in Comics and Related Media**
This course focuses on a popular genre in the comics medium. The history of the genre is explored as it developed in cartooning and comics, as well as in related media such as animation, film, games, prose, television, and toys. Genres may include Comedy, Crime, Fantasy, Funny Animals, Horror, Mystery, Romance, Science Fiction, Superhero, or Western. Check course schedule for the specific topic during any semester. **Lecture 3, Credits 3 (Spring)**

**SOIS-350**                                    **The Meaning of Things - in Three Objects**
Students will study three objects (or categories of objects) through interdisciplinary consideration of their design, history, social and cultural impact. Key learning outcomes are not just knowledge of the objects being studied; they also involve the ability to integrate different ways of knowing and applying that to the objects in terms of their broader social and historical contexts, their consequences for and impact on human experience, as well as the design problems they pose and solve. Each student will think about how his or her own chosen profession involves either the production of an object or the practice of a profession. In this sense, The Meaning of Things encourages critical entrepreneurship, that is, entrepreneurship that is reflective about its social, cultural, and historical debts to the past and to other cultures and societies. The course is team-taught by a group of at least three faculty from across RIT. (Prerequisite: UWRT-150 or equivalent course and permission of instructor.) **Lec/Lab 9, Credits 9 (Spring)**

**SOIS-411**                                    **The Practice of Innovation and Invention**
This course comprehensively examines how innovation translates new ideas or inventions into practical use in the form of products, markets or services, concepts or systems. The practice of innovation requires understanding different innovation paradigms; the role of creativity, discovery and invention; entrepreneurialism as an implementation strategy; intellectual property issues; team building and collaboration; and experience. Selected case studies and exemplary problems are explored to illustrate the principles and to acquire the skills of innovation. (Prerequisite: CMDS-211 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**SOIS-431**                                    **Understanding Organizational Culture**
Organizational culture exists in all kinds of organizations including profit-seeking firms, non-profit organizations and government agencies. It is a primary determinate for how well employees function together and like working in the place they do. Ultimately organizational effectiveness and success depends on a healthy organizational culture. This course introduces organizational culture and methods of analyzing it. The course takes an interdisciplinary functionalist view of organizational culture and subcultures as being: (a) things observed, felt, heard and expressed by employees; (b) organizational values espoused in mission statements, goals, ideals, norms, standards, and moral principles; and (c) underlying assumptions of employees about their roles, responsibilities and relationships given available resources relative to client/constituency performance expectations, applicable labor-management agreements and regulatory/safety compliance issues. Methods for analyzing the health of organizational culture and subcultures are related to various kinds of circumstances faced by firms, organizations and agencies. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Fall)**

**SOIS-432**                                    **Managing Organizational Change**
Sooner or later all organizations change in certain to many respects and for several reasons. This is true for organizations in profit, non-profit and government sectors which all have many things common. Ongoing organizational success frequently depends on how well change is managed given new opportunities, challenges or threats faced by organizations. Managing organizational change requires knowledge of things in an organization that may need to be changed including an organization's mission, goals, fiscal health, budget, operations and/or production/service capabilities, facilities, unit structure, personnel, culture, technology and other resources. Effective management of organizational change also requires knowledge of and skills in ways to introduce, guide, support, monitor and evaluate changes once they are implemented. This course takes an interdisciplinary applied approach to managing organizational change teaching SOAR-based strategic planning, SWOT analysis, total quality management (TQM) and continuous quality improvement (CQI) among other change models and methods. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Spring)**

RIT0001008

**SOIS-441**  **Creative Critical Thinking and Problem Solving**
An interdisciplinary approach to the generation and evaluation of ideas and solutions. Includes analysis of the conditions limiting creativity and the development of a toolkit of strategies and techniques for discovering, inventing and assessing new, unique and useful ideas, applications and solutions. Applicable to a range of life and work situations, from complex environmental concerns to competitive business challenges to family disputes. **Lecture 3, Credits 3 (Spring, Summer)**

**SOIS-442**  **Learning Organization**
This interdisciplinary course focuses on theory and techniques for building and sustaining an efficient, creative organization that promotes problem solving and collaborative learning. Learning organization principles of systems thinking, personal mastery, mental models, shared vision, and team learning are studied. Included is an analysis of the conditions limiting an organization's capacity to learn and remediation of organizational learning disabilities. **Lecture 3, Credits 3 (Fall, Spring)**

**SOIS-461**  **Leading in a Global Environment**
The ability to communicate successfully, demonstrate leadership and navigate cultural complexities rank among the most critical competencies for professionals who work in global environment. In this course, students will explore the impact of globalization, both positive and negative. In addition, they will examine the process of adapting to a new culture and will develop skills for interacting successfully across culture. By looking closely at their own and others values, perspectives and decision-making processes, students will have an opportunity to consider how differing approaches can benefit idea generation, communication and problem solving. The course will also introduce them to the traits that successful global leaders possess, which students will then apply to a variety of situations, including conflict resolution, as well as to other current topics that are of concern in the global arena. **Lecture 3, Credits 3 (Spring)**

**SOIS-497**  **Special Topics**
Special topics are experimental courses offered per semester. See course catalog for current titles. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**SOIS-498**  **Independent Study**
Independent study. (This class is restricted to undergraduate students with at least 3rd year standing.) **Ind Study 3, Credits 1 - 6 (Fall, Spring, Summer)**

**SOIS-499**  **Co-op Applied Arts and Science**
One semester or summer block of paid work experience in a position commensurate with the student's approved plan of study. **CO OP, Credits 0 (Fall, Spring, Summer)**

**SOIS-500**  **Senior Capstone**
This course focuses on a project that demonstrates how the student's multidisciplinary plan of study has prepared him/her for future academic and career activities. Students will integrate their multidisciplinary concentration through a capstone project and supplementary exercises. The student will execute his/her identified project and prepare the finished project for public presentation and review by an approved Client or Subject Matter Expert, SME. Additional emphasis will be placed on the acquisition of networking and similar professional skills such as interviewing techniques, research techniques, and making use of academic, business, and personal networks. (This class is restricted to degree seeking students with at least 4th year level.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**SOIS-510**  **Multidisciplinary Life**
A capstone class for students in the applied arts and sciences bachelor of science degree program. Course provides students an opportunity to reflect upon and enhance the many aspects of their individualized educational programs and focus on future goals. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**SOIS-511**  **Innovation Lab**
This course builds on the skills and knowledge gained in CMDS-211 Exploring Innovation and CMDS-411 The Practice of Innovation and Invention. In the course students engage as members of an interdisciplinary project team exploring a complex, non-trivial problem for which an innovation in science, technology, design, business, artistic expression, etc., could be significant for working toward a resolution of the problem. Problems may be proposed by students or by faculty mentors, or derived from external sources. After selecting a problem, each team works throughout the semester designing a solution, culminating in a formal written report and oral presentation at the conclusion of the project. (Prerequisite: CMDS-411 or equivalent course.) **Lec/Lab 4, Credits 4 (Fall, Spring)**

**SOIS-542**  **Art Comics**
This course will explore how the comics medium has figured into the history of modern and contemporary art, visual culture, and literary culture. Students will explore how cartooning, drawing, and printmaking in the 19th century led to the development of early comics and the newspaper comic strip, how early 20th century comics fit into the modernist avant-garde, how postwar artists began to use the comics medium as both source material and as a medium unto itself, how comics have been incorporated into contemporary art museums and galleries, and how contemporary comics artists engage with abstraction, medium specificity, seriality, and the archive. The course will draw from an interdisciplinary range of methodologies, from art history and visual culture to literary studies and museum studies. **Lecture 3, Credits 3 (Fall)**

## Math and Science

**MTSC-233**  **Contemporary Science: Physics**
An introduction to the fundamental principles of physics for non-science majors, and the application of these concepts to areas of interest and concern in our contemporary technological society. The conceptual basis for the phenomena of heat, light, sound, mechanics, electricity and magnetism is discussed and related to such topics as astronomy, space exploration, lasers, and environmental concerns. This course includes an online lab component. **Lecture 3, Credits 3 (Fall, Spring)**

**MTSC-234**  **Contemporary Science: Oceanus**
An introduction to the fundamental principles of oceanography for non-science majors and the application of these concepts to areas of compelling interest in our contemporary, technological society. Topics include chemistry, geology, meteorology, physics, ecology, taxonomy, and scientific history, with specific attention to ecology and other contemporary issues. Students apply oceanographic concepts using a laboratory kit. **Lecture 3, Credits 3 (Fall, Spring)**

## Quality Management

**QLTM-310**  **Introduction to Quality**
This course provides an introduction to the fundamental concepts of quality management. It includes an overview of the competitive environment, the cost of poor quality, and the history of quality; a systematic examination of the leading definitions of quality and models of quality management; and an exploration of the implication of quality management concepts for organizational structure and roles, decision making and interpersonal relations. **Lecture 3, Credits 3 (Fall, Spring)**

**QLTM-340**  **Quality Data Analysis**
This course is an introduction to statistics and probability that provides students with techniques to analyze and interpret quality control data. Topics include problem solving techniques such as the fishbone and flowcharting; descriptive statistics (statistical tables and graphs, measures of central tendency and dispersion); hypothesis testing; distributions commonly used in quality management; and one-way ANOVA. **Lecture 3, Credits 3 (Spring)**

**QLTM-410**  **Introduction to Lean Six Sigma**
Six Sigma techniques, introduced to industry in the late 1980's, use data-driven decisions to reduce defects, drive down costs and increase efficiency. This methodology focuses on minimizing process variation, thereby enabling the process to operate more smoothly and efficiently. Lean is a process that focuses on eliminating waste and streamlining operations. Lean Six Sigma combines the two processes, providing a powerful tool to make improvements in any process or business. In this course, students learn the history, context, and tools of Lean/Six Sigma and apply the process in a course project. (QLTM-310; QLTM-340; or permission of instructor) (Prerequisite: QLTM-310 or QLTM-340 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**QLTM-420**  **Statistical Quality Tools**
An introductory course in Statistical Quality Control techniques used in determining operating quality levels and recognizing degrees of process control and capability in a service industry or a manufacturing process. Topics include sources of variation; construction and interpretation of charts for variables and attributes; process capability; acceptance sampling; and design of experiments (DOE) concepts. (Prerequisite: QLTM-340 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**QLTM-430**  **Management for Quality**
Successful companies integrate quality techniques and concepts throughout their operations. This course addresses issues in developing and managing an effective organization, including defining a quality philosophy, delighting the customer, the role of strategic planning, enhancing the employee involvement, and sustaining quality initiatives. Additional topics include evaluating quality standards and systems, benchmarking, and vendor and supplier assurance. **Lecture 3, Credits 3 (Spring)**

RIT0001009

**School of Individualized Study**

**QLTM-480**                                                                                       **Introduction to Asset Management**
Unscheduled downtime costs businesses millions of dollars each year, but asset management and maintenance is often the last area to attract the attention of managers trying to lower costs. Usually thought of as non-value-added, maintenance and asset management policies can have significant impact on a company's profit. This course introduces the student to the wide range of policies and practices, including capital budget issues related to asset acquisition, cost of ownership, and depreciation; inventory/procurement; maintenance policies such as run-to-failure, preventive maintenance, and reliability centered maintenance; training issues; and developing performance indicators for asset management programs. (Prerequisite: QLTM-340 or STAT-145 or MTSC-211 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

## Technical Communication

**TCOM-270**                                                                                       **Effective Web Design I**
This course introduces students to the fundamentals of static web design using xhtml, style sheets, and web graphics. After completing this course students will be able to comprehend appropriate application of manual code, gather and organize web content, construct their own xhtml, analyze markup language, critique existing site designs, and use CSS, frames, tables, slices, and FTP to solve spatial, visual, and data problems. Students will utilize Adobe Dreamweaver, or other web development software, and will learn the basic techniques, tools, and processes used to construct a well-designed and effective web site while keeping the site's users in mind. **Lecture 3, Credits 3 (Fall)**

**TCOM-271**                                                                                       **Effective Web Design II**
This course introduces students to user-centered web graphics and design, with an emphasis on dynamic web development. Students will learn to integrate imperatives of user-centered interface with principles of aesthetic design, to bring effective information architecture to the digital landscape. Current topics in web development, such as XHTML, ActionScript, XML, PHP, ColdFusion, and JavaScript will be discussed. Students will demonstrate proficiency in Adobe Flash, or other current web development software, through the creation of animated graphics and web content. **Lecture 3, Credits 3 (Spring)**

**TCOM-320**                                                                                       **Professional Presentations**
People who are able to effectively present information to an audience are more likely to be successful in their careers. In this course, students learn to develop and present information to a variety of audiences. The course focuses on targeting specific audiences, using the beauty of language in writing speeches and other types of presentations, applying delivery techniques, using media, and overcoming the fear of public speaking. **Lecture 3, Credits 3 (Spring)**

**TCOM-325**                                                                                       **Business Communication**
This course focuses on the development of communication skills essential to functioning effectively in the business world. Students learn the process of analyzing communication situations and responding to them. Topics include an overview of business communication, writing well, delivering business communications, tools for talking in crucial conversations, oral and interpersonal communication including listening skills, public speaking, cross-cultural communication, communicating in the digital age and teamwork. *Note: This course cannot be taken by students in Saunders College of Business.* (This class is restricted to undergraduate students with at least 2nd year standing. Saunders College of Business students are not permitted to take this course.) **Lecture 3, Credits 3 (Fall, Spring)**

**TCOM-327**                                    **Environmental, Health and Safety Professional Communication**
Communication of environmental, health and safety information and issues is critical for awareness, information, and action. Students develop skill in reporting and conveying environmental and scientific information as well as an understanding of the role of the media and public relations in the environmental communication process. Course participants also learn strategies and formats for communicating safety information, especially in procedures and instructional materials. Writing and speaking skills are sharpened for successful business, media, and crisis communication. **Lecture 3, Credits 3 (Fall)**

**TCOM-333**                                                                                       **Technical Writing and Editing**
Introduces students to reports, proposals, instructions, and other documents employed in the contemporary technical workplace and develops the skills needed to create them successfully. Includes adapting content and language for audience and purpose and integrating visuals to support and enhance communication. Editing projects build skill in evaluating writing strategies and effectiveness. The various roles, as well as the ethics, of technical communication in the modern technical are covered. **Lecture 3, Credits 3 (Fall, Spring)**

**TCOM-356**                                                                                       **Strategic Communications**
This course uses a case study approach to introduce students to the techniques and process needed to solve organizational communication problems. Students study and analyze a variety of cases wherein strategic communication played critical roles and develop skill in planning effective communication plans and campaigns. **Lecture 3, Credits 3 (Spring)**

**TCOM-361**                                                                                       **Research Techniques**
This course offers exposure to and experience with electronic and traditional resources for information generation. Student assignments include fact-finding assignments and culminate in an extended research project of the student's choice. Students use problem-solving strategies, assess project requirements, collect data, report periodically on their progress, and formally present their results. A variety of research methodologies are introduced, including accessing digital databases, interviewing skills, developing and using questionnaires, and review and use of literature. **Lecture 3, Credits 3 (Fall, Spring)**

**TCOM-380**                                                                                       **Design for Print and Web**
Students use vector and bit-map imaging software to design a range of graphic projects suited to web and print formats. Projects include photographic imaging, layout, vector editing, digital painting and retouching, typography, internet graphics, and collaboration. Class discussions cover current professional design topics. **Lecture 3, Credits 3 (Spring)**

**TCOM-381**                                                                                       **Photo Imaging I**
Students will use photographic imaging software to create, combine, and modify graphic imagery. Topics will include retouching, tonal adjustments, custom brushes and pattern, raster text, spatial illusion, masking techniques, animation, and compositing. Students will research and discuss professional design, effective visual communication, copyrights, and photographic illustration. **Lecture 3, Credits 3 (Fall)**

**TCOM-382**                                                                                       **Photo Imaging II**
Students will use photographic imaging techniques to produce illustrations, web graphics, composited photographic imagery, and corrected photographs. Techniques learned in previous courses will combine to bring new results. Topics include image correction, duotones, channels, photographic illustration, path shapes, concept presentation, digital asset management, and advanced layer techniques. Students will explore and discuss design and professional issues and innovations. Bit-mapped imaging (in Adobe Photoshop) is presented in a hands-on, two-term sequence. **Lecture 3, Credits 3 (Spring)**

**TCOM-383**                                                                                       **Designing Vector Graphics**
Students will use vector graphic software (Adobe Illustrator) and basic design principles to prepare graphic materials. Students will design illustrations for print, web, devices, and distribution, developing technical skill and design sensibility in creating object-oriented graphics through line and node editing using vector graphic software (Adobe Illustrator.) Students will analyze professional illustration, research trending topics, understand output consequences including color management, and file size efficiency. **Lecture 3, Credits 3 (Spring)**

**TCOM-410**                                                                                       **Technical Information Design**
Intensive practice in the creation of content for online and multimedia documents with emphasis on the presentation of technical and scientific concepts, products, and processes. A survey of graphic methods for the display of complex technical relationships and ideas. Students will also explore contemporary topics (international technical communication, the future of on-line documentation, ethical considerations in technical information design, etc.) and applications (legal, medical, electronics, environmental, etc.) in technical information design. **Lecture 3, Credits 3 (Spring)**

**TCOM-435**                                                                                       **Promotional Writing**
This course introduces students to the techniques and approaches needed to create promotional materials used in marketing, sales, publicity and establishing organizational identify. The advantages, uses and guidelines of creating print media applications; including direct mail, catalogs, brochures, and other publicity and identity pieces; website materials; and film and video pieces are presented. Students will create a short script and pieces for print and web distribution. **Lecture 3, Credits 3 (Spring)**

**TCOM-476**                                                                                       **Instructional Design Principles**
This course presents an overview of the process of designing instructional packages from need and task analysis through identifying goals and objectives, media selection, program development and validation testing. Additional focus is given to managing the development process and making a business case to justify the cost/value of such projects to decision makers within an organization. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**TCOM-514**                                                                                       **Proposal Writing**
Proposal Writing focuses on the elements of proposal responses and practicing creating those elements. Students learn the process of evaluating and responding to RFIs and RFPs with concentration on making bid decisions, organizing teams, identifying strategies, establishing credibility, ensuring technical clarity, and writing persuasively. Topics include the proposal process that is practiced by government, industry, and grant-funding agencies. Co-listed with TCOM-621. **Lecture 3, Credits 3 (Fall)**

RIT0001010

**TCOM-544**                                                    **Science Writing**
Course introduces students to the writing process for describing scientific and technological subject matter for presentation to general audiences. Students will learn to gather needed source material and organize, write and edit articles that cover developments in the scientific and technological communities. Various article formats used in professional, in-house, trade, and popular publications are presented. *Note: This course is cross-listed with TCOM-614. Students cannot receive credit for both 544 and 614.* **Lecture 3, Credits 3 (Fall)**

RIT0001011

# National Technical Institute for the Deaf

## Index

N3DG  3D Graphics Technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 174.
INTP  ASL-English Interpretation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 170.
NACC  Accounting Technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 177.
NAST  Administrative Support Technology . . . . . . . . . . . . . . . . . . . . . . . . . . 177.
ASLC  American Sign Language-Evening Courses . . . . . . . . . . . . . . . . . . . . . 170.
NASL  American Sign Language . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 173.
NACA  Applied Computer Technology-AS degree . . . . . . . . . . . . . . . . . . . . . . 186.
NACT  Applied Computer Technology-Technical Computing . . . . . . . . . . . . . . 186.
NETS  Applied Mechanical Technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . 180.
NCAR  Career Development . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 179.
NCOM  Communication Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 179.
NCIM  Computer Integrated Machining Technology . . . . . . . . . . . . . . . . . . . 182.
NCAD  Computer-Aided Drafting Technology . . . . . . . . . . . . . . . . . . . . . . . . 181.
NENG  English (NTID) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 183.
NAIS  General Arts and Imaging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 174.
NBUS  General Business . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 178.
NGRD  Graphic Design Concentration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 175.
NGRP  Graphic Production Concentration . . . . . . . . . . . . . . . . . . . . . . . . . . . 176.
NHSS  Humanities and Social Sciences . . . . . . . . . . . . . . . . . . . . . . . . . . . . 184.
NLST  Laboratory Science Technology . . . . . . . . . . . . . . . . . . . . . . . . . . . . 188.
NDLS  Liberal Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 189.
NMTH  Mathematics (NTID) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 189.
NMAD  Mobile Application Development (NTID) . . . . . . . . . . . . . . . . . . . . . . 190.
NSCI  Science (NTID) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 191.

*Course numbering: RIT courses are generally referred to by their alphanumeric registration label. The four alpha characters indicate the discipline within the college. The final three digits are unique to each course and identify whether the course is noncredit (less than 099), lower division (100-299), upper division (300-599), or graduate level (600 and above).*

*Unless otherwise noted, the following courses are offered annually. Specific times and dates can be found in each semester's schedule of courses. Prerequisites/corequisites are noted in parentheses near the end of the course description.*

## American Sign Language and Interpreting Education

### American Sign Language-Evening Courses

**ASLC-211** **Introduction to American Sign Language and Deaf Culture I**
Students are introduced to approximately 300 basic conversational signs and linguistic features needed to engage in survival-level conversations with Deaf people. Fingerspelling and background information on Deaf culture and community are included. Each class period will have small group, large group and pair interactions. **Lecture 2, Credits 2 (Fall, Spring)**

**ASLC-212** **Introduction to American Sign Language and Deaf Culture II**
This course continues the development of American Sign Language skills for students who have successfully completed Introduction to American Sign Language and Deaf Culture I. The course focuses on ASL vocabulary, linguistic features, and cultural protocols to enable students to function in survival level ASL conversations with a focus on work-related and social communication. Students learn to talk about when activities occur, make requests, and discuss weather conditions, daily routines, and health. (Prerequisites: ASLC-211 or equivalent course.) **Lecture 2, Credits 2 (Fall, Spring)**

**ASLC-289** **Special Topics: American Sign Language and Deaf Culture**
The description for the special topics course will be specified in each course proposal. **Lecture, Credits 1 - 3 (Fall, Spring)**

### ASL-English Interpretation

**INTP-120** **American Sign Language I**
ASL I includes linguistic features, cultural protocols and core vocabulary for students to function in basic ASL conversations that include ASL grammar for asking and answering questions while introducing oneself, exchanging personal information, talking about family, friends and surroundings, and discussing activities. This course is designed for students who have no knowledge of American Sign Language. To progress to the next ASL course in the series (INTP-125), students must complete the course with a minimum grade of C. (This course is restricted to ASLINT-BS Major students.) **Lec/Lab 5, Credits 4 (Fall)**

**INTP-125** **American Sign Language II**
In this course, students will develop ASL receptive and expressive skills needed to converse about familiar topics using series of discrete sentences. At the end of the semester, students will achieve effective communication by using vocabulary, grammar, and cultural protocols at a Novice-High level based on American Council on the Teaching of Foreign Language (ACTFL) standards. Activities include delivering monologues and lab exercises that provide extensive hands-on practice using a variety of media. Students are expected to engage with members of the Deaf community in order to learn about Deaf co-culture in the United States (U.S.). To progress to the next course in the series (INTP-126 American Sign Language III), ASL-English Interpretation students must complete this course with a minimum grade of C or better. (Prerequisites: MLAS-201 or equivalent course with a minimum grade of C and undergraduate standing in ASLINT-BS.) **Lec/Lab 5, Credits 4 (Fall)**

**INTP-126** **American Sign Language III**
In this course, students will develop ASL receptive and expressive skills needed to communicate discrete paragraphs composed of connected sentences. At the end of semester, students will achieve effective communication by using vocabulary, grammar, and cultural protocols for conveying details about familiar topics at an Intermediate-Low level based on American Council on the Teaching of Foreign Language (ACTFL) standards. Activities include delivering presentations and lab exercises that provide extensive hands-on practice using a variety of media. Students are expected to engage with members of the Deaf community in order to learn about Deaf co-culture in the United States (U.S.). To progress to the next course in the series (INTP-225 ASL IV) ASL-English Interpretation students must complete this course with a minimum grade of C. (Prerequisites: INTP-125 with a C or better or equivalent course and undergraduate standing in ASLINT-BS.) **Lec/Lab 5, Credits 4 (Spring)**

**INTP-150** **Foundations of ASL**
This course is designed to develop conversational discourse and presentation skills in American Sign Language (ASL). It provides students with the foundational knowledge necessary to engage in ASL discourse in basic presentations, dialogues, and group settings. Students will expand their knowledge of ASL vocabulary and linguistic features; identify main ideas, supporting details, and transitions in ASL discourse; improve their ASL comprehension and expression; apply cultural interaction behaviors appropriate to given settings; deliver short presentations in ASL; and learn how to assess their ASL abilities and develop an ASL personal improvement plan. (Prerequisites: INTP-125 with a C or better or equivalent course and undergraduate standing in ASLINT-BS.) **Lec/Lab 5, Credits 4 (Fall)**

**INTP-200** **Deaf Expressions**
Students will explore the historical, philosophical, linguistic, social, cultural, educational, medical and artistic past, present, and future of deaf/Deaf/hard-of-hearing people. This course uses an online format to discuss concepts and perspectives found in the assigned book(s) and visual media (e.g. film, television programs, etc,). Each time the course is offered the book and visual media will be different so students may take this course multiple times. Books/media will be chosen from areas with relevance to Deaf Culture and community, such as D/deaf literature and the Arts, D/deaf history, D/deaf issues, significant D/deaf people, and ASL. This course is repeatable for credit. (This course is restricted to ASLINT-BS Major students.) **Lecture 2, Credits 1 (Fall, Spring)**

**INTP-210** **Introduction to the Field of Interpreting**
This survey course provides an introduction to the profession of sign language interpreting. Course content includes an overview of the history of the profession and professional organizations, interpreter role metaphors, the philosophy of practice within the field, and various work settings and protocols. Additionally, demand control schema is introduced as a critical analysis framework to uphold the values which serve the Deaf community and the linguistic and cultural values established in the field. To progress to INTP-220, Discourse Analysis, students must complete this course with a minimum grade of C. (This course is restricted to ASLINT-BS Major students.) **Lecture 3, Credits 3 (Fall)**

**INTP-215** **Processing Skills Development**
The act of interpretation is a complex cognitive challenge. Isolating and mastering specific subtasks of the interpreting process is critical for the synthesis of these subskills in the process of translation and interpretation. This course is an introduction to the cognitive processing skills necessary for translation, consecutive interpretation, and simultaneous interpretation. The course includes an overview of theoretical models of translation and interpretation, the development of basic processing subskills that provide a foundation for translation and interpretation and practice activities for the integration of these tasks in an 8-step discourse analysis process for translation and consecutive interpreting. Course content includes interpreting and translation theory, message analysis, visualization, shadowing, paraphrasing, dual task training, and text analysis. To progress to INTP-310 Interpreting I, students must complete this course with a grade of C or better. (Prerequisites: INTP-225 or equivalent course with a minimum grade of C and undergraduate standing in ASLINT-BS.) **Lecture 3, Credits 3 (Spring)**

RIT0001012

**INTP-220**                                           **Discourse Analysis**
This course presents an introductory look at the interpreter as a bicultural/bilingual mediator, at the center of communicative activity. The interpreter's success requires the analysis of how communication (spoken, written, signed) is structured so that it is socially appropriate and linguistically accurate. This course includes an introduction to significant linguistic features and the analysis of conversational exchanges in English and ASL, focusing on the practical application of analyzing discourse. (Prerequisites: INTP-126 or equivalent course with a minimum grade of C and undergraduate standing in ASLINT-BS.Co-requisite: INTP-225 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**INTP-225**                                       **American Sign Language IV**
In this course, students will develop ASL receptive and expressive skills needed to communicate discrete paragraphs using complex connected sentences. At the end of the semester, students will achieve effective communication by using vocabulary, grammar, and cultural protocols for conveying details about less familiar topics at an Intermediate-Mid level based on American Council on the Teaching of Foreign Language (ACTFL) standards. Activities include delivering presentations and lab exercises that provide extensive hands-on practice using a variety of media. Students are expected to engage with members of the Deaf community in order to learn about Deaf co-culture in the United States (U.S.). To progress to the next course in the series (INTP-215, INTP-220, and INTP-226) ASL-English Interpretation students must complete this course with a minimum grade of C. (Prerequisites: INTP-126 or equivalent course with a minimum grade of C and undergraduate standing in ASLINT-BS.) **Lec/Lab 4, Credits 3 (Fall)**

**INTP-226**                                        **American Sign Language V**
In this course, students will develop ASL receptive and expressive skills needed to communicate series of connected paragraphs using complex connected sentences. At the end of the semester, students will achieve effective communication by using vocabulary, grammar, and cultural protocols for conveying details about less familiar topics at an Intermediate-High level based on American Council on the Teaching of Foreign Language (ACTFL) standards. Activities include delivering presentations and lab exercises that provide extensive hands-on practice using a variety of media. Students are expected to engage with members of the Deaf community in order to learn about Deaf co-culture in the United States (U.S.). To progress to the next courses in the series (INTP-325 American Sign Language VI, and INTP-310 Interpreting I), ASL-English Interpretation students must complete this course with a minimum grade of C or better. (Prerequisites: INTP-225 or equivalent course with a minimum grade of C and undergraduate standing in ASLINT-BS.) **Lec/Lab 4, Credits 3 (Spring)**

**INTP-310**                                              **Interpreting I**
This course introduces the English to ASL and ASL to English interpreting process with a focus on text analysis and consecutive production of an equivalent target language message. Compression and expansion strategies are introduced. Students develop interpreting management strategies and diagnostic assessment skills. Students interpret monologic and dialogic inquiry and narrative text formats, while learning the interpretation process. Students also learn and integrate the features of biomechanics for interpreters to practice safe work habits. To progress to INTP-335 Interpreting II: English to ASL and INTP-336 Interpreting II: ASL to English, students must complete this course with a minimum grade of C. (Prerequisites: INTP-225 and INTP-226 or equivalent course with a minimum grade of C and undergraduate standing in ASLINT-BS.) **Lecture 3, Credits 3 (Fall)**

**INTP-315**                                 **Practical and Ethical Applications**
This course presents the underlying principles of the Registry of Interpreters for the Deaf Code of Professional Conduct, as well as other ethical content material. This content includes the four core principles of service professions and addressing how these principles apply to practice settings. This course exposes students to actual interpreting jobs and practitioners, providing students an opportunity to explore how professional interpreters weigh and balance these principles in their daily work, and how Deaf and hearing consumers perceive interpreters' decision-making skills. The course will also address the distinction between normative and descriptive ethics, and their impact on interpreter's decision-making. Students will have the opportunity to explore reflective practice techniques as a means to develop ethical judgment skills, to gain critical insight into the task of self-regulation, and as a technique to engage in self-care. The ethical constructs of demand control schema will be used as the framework for decision making. Etiquette and protocols specific to each setting will be discussed. Settings include: K-12, post-secondary, religious, healthcare, mental health, DeafBlind, performing arts, legal, VRS, VRI, and business and industry. To progress to INTP-350 Practicum and Seminar I, students must complete this course with a minimum grade of C. (Prerequisites: INTP-210 or equivalent course and undergraduate standing in ASLINT-BS.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**INTP-325**                                       **American Sign Language VI**
In this course, students will develop ASL skills needed to create narratives composed of an introduction, main points, supporting points, transitions, and closing. At the end of the semester, students will achieve effective communication by using vocabulary, grammar, translation skills, and cultural protocols for conveying details about unfamiliar topics at an Advanced-Low level based on American Council on the Teaching of Foreign Language (ACTFL) standards. Activities include delivering presentations, storytelling, and lab exercises that provide extensive hands-on practice using a variety of media. Students are expected to engage with members of the Deaf community in order to learn about Deaf co-culture in the United States (U.S.). To progress to the next courses in the series (INTP-326 American Sign Language VII, INTP-335 Interpreting II English to ASL, and INTP-336 Interpreting II ASL to English), ASL-English Interpretation students must complete this course with a minimum grade of C or better. (Prerequisites: INTP-226 or equivalent course with a minimum grade of C or better and undergraduate standing in ASLINT-BS.) **Lec/Lab 4, Credits 3 (Fall)**

**INTP-326**                                      **American Sign Language VII**
In this course, students will develop ASL skills needed to create complex narratives composed of an introduction, main points, supporting points, transitions, and closing. At the end of the semester, students will achieve effective communication by using grammar, translation skills, and cultural protocols for conveying details about abstract concepts at an Advanced-Mid level based on American Council on the Teaching of Foreign Language (ACTFL) standards. Activities include delivering presentations, storytelling, and lab exercises that provide extensive hands-on practice using a variety of media. Students are expected to engage with members of the Deaf community in order to learn about Deaf co-culture in the United States (U.S.). To progress to the next courses in the series (INTP-435 Interpreting III: English to ASL, and INTP-436 Interpreting III: ASL to English), ASL-English Interpretation students must complete this course with a minimum grade of C or better. (Prerequisites: INTP-325 or equivalent course with a minimum grade of C and undergraduate standing in ASLINT-BS.) **Lec/Lab 4, Credits 3 (Spring)**

**INTP-335**                                    **Interpreting II: English to ASL**
Students will develop the ability to produce an equivalent simultaneous ASL message from an English source message. This course integrates inquiry and expository texts in both dialogic and monologic formats. Specific discipline areas include interpreting in healthcare, employment, and finance settings. Within those discipline areas, students will have the opportunity to interpret in authentic environments with both Deaf and hearing consumers. Students are exposed to self-employment business practices within the interpreting field. Students will continue to develop text analysis skills applying them to translating and simultaneous interpreting. Biomechanics and self-care issues will continue to be discussed. To progress to INTP-435 Interpreting III: English to ASL and INTP 350 Practicum & Seminar I, students must complete this course with a minimum grade of C. (Prerequisites: INTP-310 and INTP-325 or equivalent course with a minimum grade of C and undergraduate standing in ASLINT-BS.) **Lecture 3, Credits 3 (Spring)**

**INTP-336**                                    **Interpreting II: ASL to English**
Students will develop the ability to produce an equivalent simultaneous English message from an ASL source message. This course integrates inquiry and expository texts in both dialogic and monologic formats. Specific discipline areas include interpreting in healthcare, employment, finance, and technology settings. Within those discipline areas, students will have the opportunity to experience interpreting in authentic environments with both Deaf and hearing consumers. Students will continue to develop text analysis skills applying them to translating and simultaneous interpreting. Additionally, students will develop the ability to apply the principles of diagnostic feedback. To progress to INTP-436 Interpreting III: ASL to English and INTP-350 Practicum & Seminar I, students must complete this course with a minimum grade of C. (Prerequisites: INTP-310 and INTP-325 or equivalent course with a minimum grade of C and undergraduate standing in ASLINT-BS.) **Lecture 3, Credits 3 (Spring)**

**INTP-340**                              **Interpreting Frozen and Literary Texts**
This course will focus on skills and techniques for the interpretation of frozen and literary texts. Work includes translation and interpretation between English and ASL. Source English texts used in this course are the: National Anthems of USA and Canada; Lord's Prayer; Pledge of Allegiance; children's songs and poetry; patriotic songs; religious songs and prayer; AA 12 steps and 12 traditions; holiday songs; and selected poetry. (Prerequisites: (INTP-310 or (0875-315 and 0875-316)) or equivalent course and undergraduate standing in ASLINT-BS.) **Lec/Lab 3, Credits 3 (Spring)**

RIT0001013

National Technical Institute for the Deaf

**INTP-350**                                           **Practicum and Seminar I**
The students experience a practicum placement under the immediate supervision of a professional interpreter, who functions as the students' mentor, and the seminar instructor who functions as the students' supervising instructor. The practicum will involve such activities as: observing the mentor and a variety of other interpreters at work; preparing videos for mentor critique; interpreting under the supervision of the mentor; and meeting weekly with the mentor to discuss the practicum experience. Additionally, practicum students will meet together, weekly, to share observations and experiences gained from the practicum placement. Class discussions focus on language issues in interpretation, application of the Code of Professional Conduct, reflective practice/supervision applying the constructs of demand control schema, and business practices. Over the course of Practicum I & II, students are required to do a minimum of 5 hours of observation in the VRS setting, as well as 5 hours of observations in 3 out of 4 of the following settings: K-12, Post-Secondary, Community, & Medical settings. Course requires completing a minimum of 150 hours during practicum. Students must complete this course with a minimum grade of C. (Prerequisites: INTP-315 and INTP-335 and INTP-336 or equivalent course with a minimum grade of C and undergraduate standing in ASLINT-BS.) **Lecture 2, Credits 3 (Fall, Spring)**

**INTP-355**                      **Introduction to Working with the Deaf Blind Community**
This course is an introduction to various perspectives of the Deaf-Blind community. The focus of the course will be on the variety of communication modes and cultural norms that are discovered within the Deaf-Blind community. Students will be able to develop an understanding of the role/function of a Support Service Provider through hands-on experience and interaction with Deaf-Blind individuals. (Prerequisites:  This class is restricted to at least 3rd year standing in ASLINT-BS or NTID supported students and INTP-226 or MLAS-401 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**INTP-360**                                    **Introduction to K-12 Interpreting**
This course includes an overview of the history and current status of educational interpreting throughout the United States. Content includes the role, practices, and skills of educational interpreters in K-12 settings; communication systems; pertinent laws and regulations; resources, information, and strategies for consumer awareness and education; administrative practices and personnel structure of school systems; assessment and management of educational interpreters; and topics that concern educational interpreters. (ASLINT-BS YR 3 or 4) **Lecture 3, Credits 3 (Fall)**

**INTP-361**                          **Educational Interpreting: Elementary Settings**
This course is designed to prepare students to interpret in elementary school settings. Content will include an orientation to activities, elementary level content, sign vocabulary, language development, psycho-social development, and interpreting issues that are pertinent to elementary students. The course addresses strategies for interpreting classroom discourse and various content areas. Vocabulary for various elementary content areas will be introduced. Students will simultaneously interpret English-to-ASL and ASL-to-English, elementary-level texts. (Prerequisites: INTP-310 and INTP-360 or equivalent course and undergraduate standing in ASLINT-BS.) **Lecture 3, Credits 3 (Spring)**

**INTP-362**                     **Educational Interpreting: Middle/Secondary Settings**
This course is designed to prepare students to interpret in middle and secondary school settings. Content will include orientation to the activities, middle/secondary school curriculum, sign vocabulary, language development, psycho-social development and issues pertinent to middle and secondary school students. The course also includes information about teaching methodologies and strategies for interpreting classroom discourse and various content areas. Students will learn how to prepare the middle/secondary students to request and work with interpreters. Vocabulary for various middle and secondary school content areas will be introduced. Students will also learn about interpreting for foreign language courses. Students will simultaneously interpret English-to-ASL and ASL-to-English, middle and secondary level texts. (Prerequisites: INTP-310 and INTP-360 or equivalent course and undergraduate standing in ASLINT-BS.) **Lecture 3, Credits 3 (Spring)**

**INTP-363**                     **Educational Interpreting: Post Secondary Settings**
This course prepares students to interpret in the post-secondary setting. Students will learn preparation strategies for English-to-ASL and ASL-to-English interpreting for the following topics: computer science, advanced science and mathematics, selected liberal arts, physical education, and the instruction of a foreign language. In addition, students will become familiar with current issues facing interpreters in post-secondary settings. As part of this course, students will observe interpreters working in several types of college classrooms, (e.g. lectures, seminars, labs, and studios). (Prerequisites: (INTP-435 and INTP-436) or 0875-400 or equivalent course and undergraduate standing in ASLINT-BS.) **Lecture 3, Credits 3 (Spring)**

**INTP-371**                                 **Introduction to Cued American English**
This course is an introduction to the Cued Speech system of representing spoken American English, its history, and application. Students will increase their awareness of spoken English and the pronunciation of words in conversation. They will also understand and describe the purpose of Cued Speech, as well as identify other populations and uses for Cued Speech. Students will understand the language learning benefits of Cued Speech. Upon completion of the course students will be able to accurately use Cued Speech to convey spoken American English. Students will receive credit for INTP-371 or NCOM-371, not both. (ASLINT-BS YR 3 or 4) **Lecture 3, Credits 3 (Fall)**

**INTP-399**                      **Independent Study: ASL-English Interpretation**
The description for each independent study request will be specified in each student proposal. (This course is restricted to ASLINT-BS Major students.) **Lecture, Credits 1 - 3 (Fall, Spring)**

**INTP-435**                                 **Interpreting III: English to ASL**
In this course, students will advance their skills in simultaneously producing equivalent ASL messages from English source texts. Monologic, expository texts on specific topic areas will be the focus of this course. A significant portion of the interpretation work in this course will take place utilizing speakers and audience members in authentic environments. Students will learn to manage the physical setting (logistics), and to select and use appropriate technology when applicable. Students will continue to develop their English and ASL vocabulary, interpreting analysis skills, develop team interpreting skills and increase stamina. To progress to INTP-440 Interpreting IV: Adapting to Diverse Consumers and INTP-450 Practicum and Seminar II, students must complete this course with a minimum grade of C. (Prerequisites: INTP-335 and INTP-326 or equivalent course with a minimum grade of C and undergraduate standing in ASLINT-BS.) **Lecture 3, Credits 3 (Fall)**

**INTP-436**                                 **Interpreting III: ASL to English**
In this course students will advance their skills in simultaneously interpreting from ASL to English. Monologues and expository texts on specific topic areas will be the focus of this course. A significant portion of the interpretation work in this course will take place utilizing speakers and audience members in authentic environments. Students will learn to manage the physical setting (logistics), and to select and use appropriate technology when applicable. Students will continue to hone their English and ASL vocabulary, interpretation analysis skills, develop team interpreting skills and increase stamina. To progress to INTP-440 Interpreting IV: Adapting to Diverse Consumers and INTP-450 Practicum & Seminar II, students must complete this course with a minimum grade of C. (Prerequisites: INTP-336 and INTP-326 or equivalent course with a minimum grade of C and undergraduate standing in ASLINT-BS.) **Lecture 3, Credits 3 (Fall)**

**INTP-440**                          **Interpreting IV: Adapting to Diverse Consumers**
This course addresses the significant language variation within the Deaf community and its impact on the interpreting process. This course provides students the opportunity to use different methods of meaning transfer in authentic live interpreting contexts and in other course activities. Topics include language variation within the deaf community, transliteration, interpreting for DeafBlind consumers, and working with Deaf interpreters. Students will learn strategies to adapt to the language/interpreting needs and preferences of various consumers. These skills will be achieved through both situated and service learning. (Prerequisites: INTP-435 and INTP-436 or equivalent course with a minimum grade of C and undergraduate standing in ASLINT-BS.) **Lec/Lab 4, Credits 3 (Spring)**

**INTP-441**                                           **Healthcare Interpreting**
This course is designed to introduce students to sign language interpreting in healthcare settings through the analytical construct of Demand-Control Schema for interpreting work. The course content includes medical terminology in English and ASL. Students will learn tools and techniques to utilize while interpreting in healthcare environments with an emphasis on interactive learning including direct exposure to healthcare settings, deaf and hard-of-hearing healthcare professionals and professional healthcare interpreters. (ASLINT-BS YR 3 or 4) **Lecture 3, Credits 3 (Fall)**

**INTP-450**                                           **Practicum and Seminar II**
The students experience a second practicum placement under the immediate supervision of a professional interpreter, who functions as the students' mentor, and the seminar instructor who functions as the students' supervising instructor. The practicum includes activities, such as: observing the mentor and a variety of other interpreters at work; preparing videos for mentor critique; interpreting under the supervision of the mentor; and meeting weekly with the mentor to discuss the practicum experience. Additionally, practicum students will meet together, weekly, to share observations and experiences gained from the practicum placement. Class discussions focus on language issues in interpretation, application of the Code of Professional Conduct, reflective practice/supervision applying the constructs of demand control schema, and business practices. During Practicum I & II, students are required to do a minimum of 5 hours of observation in the VRS setting, as well as 5 hours of observations in 3 out of 4 of the following settings: K-12, Post-Secondary, Community, & Medical settings. Course requires a minimum of 150 hours. Students must complete this course with a minimum grade of C. (Prerequisites: INTP-350 and INTP-435 and INTP-436 or equivalent course with a minimum grade of C and undergraduate standing in ASLINT-BS.) **Lecture 2, Credits 3 (Fall, Spring)**

172    **Undergraduate Course Descriptions**

RIT0001014

**INTP-451**  **Mental Health Interpreting**
This course is designed to introduce students to the field of mental health interpreting. Students will become familiar with the DSM-IV and common types of mental illness as well as psychiatric terminology in both English and ASL. Students will examine the role, function, ethics, and challenges of interpreting in mental health settings through the analytical construct of Demand-Control Schema for interpreting work. Students will also learn tools and techniques to utilize while interpreting in psychiatric environments and will have opportunities to interact with mental health professionals. (ASLINT-BS YR 3 or 4) **Lecture 3, Credits 3 (Spring)**

**INTP-460**  **Issues in Interpreting**
This course offers students an opportunity to integrate content areas in the curriculum through the examination and discussion of issues in the field of interpreting. While the course content and focus will vary depending on current issues and student interest, it will direct attention toward an important issue facing the interpreting profession and will provide an advanced experience of problem solving and value clarification. Students will develop and demonstrate their ability to define a research topic, gather and evaluate scholarly evidence, and present their findings in a paper and presentation. (Prerequisites: Student standing in ASLINT-BS is required.Co-requisite: INTP-435 and INTP-436.) **Lecture 3, Credits 3 (Spring)**

**INTP-461**  **Introduction to Legal Interpreting**
This course will introduce students to the field of legal interpreting. Students will learn about the legal and judicial systems while examining the role, function, ethics, safeguards and challenges of interpreting in legal and courtroom settings. Students will employ a multidisciplinary approach to learning about legal interpreting through legal research and writing, observation, guest lecturers, and interpreting practice. (ASLINT-BS YR 3 or 4) **Lec/Lab 4, Credits 3 (Spring)**

**INTP-481**  **Community Interpreting**
This course will address the evolution of professionalization within the field of interpreting, as well as explore various aspects of working in the community and the dynamics surrounding community involvement. This course is highly interactive, highlighting a variety of guest presenter and panelists from the Rochester community. Topics of discussion are: working with Deaf professionals, working with Deaf interpreters, business practices, professional supervision and Video Relay Service (VRS) settings. Within these major topics, discussion will include discretionary practices, ethical decision-making, current standards and community connections and resources. The objective is to guide students in traversing the dialectic, rather than eliciting right or wrong answers that simply reflect the rhetoric of the interpreting field. (3rd or 4th year status in Program). (ASLINT-BS YR 3 or 4) **Lecture 3, Credits 3 (Fall, Spring)**

**INTP-485**  **Undergraduate Research: ASL-English Interpretation**
This course is a faculty-directed student research project at the undergraduate level. The research will entail an in-depth study in the discipline that could be considered of an original nature. Enrollment in this course requires permission from the Department Chair and completion of the NTID Undergraduate Research Contract. **Research, Credits 1 - 4 (Fall, Spring)**

**INTP-489**  **Special Topics: ASL-English Interpretation**
The description for the special topics course will be specified in each course proposal. **Lecture, Credits 1 - 3 (Fall, Spring)**

**INTP-491**  **Introduction to Video Relay Services and Video Remote Interpreting**
This course is a knowledge/skills-based course that examines interpreting via distance technology including video relay and video remote interpreting. Lessons present both information and skill building activities to increase competence in video interpreting. The purpose of the course is to present factors that influence interpreting competence via distance technology and to increase interpreting competence as it applies to distance technology. In this course, students will learn federal regulations related to the VRS (Video Relay Service) industry, conversation management techniques in both ASL and English, and hearing phone norms versus Deaf video phone norms. In addition, other topics and activities will include interpreting for phone trees and recordings, ad hoc teaming, and how to apply the Demand Control Schema to the VRS/VRI setting. (Prerequisites: INTP-310 or equivalent course and at least 3rd year status in ASLINT-BS program.) **Lecture 3, Credits 3 (Spring)**

**INTP-510**  **Interpreting Research Setting**
This online course will prepare interpreting students for working in research settings. Students will learn about the lived experience of Deaf scientists and how to effectively work with them by utilizing a variety of tools and strategies. Students will also become familiar with procedures and protocols for interpreting in research settings including lab-based work, meeting with collaborators, and professional conferences. Additionally, students will have the opportunity to build upon their American Sign Language (ASL) and English skills, specifically working on how to translate and interpret basic research related terminology and jargon. This course involves online video lectures in both English and ASL, video observations and case studies, and online group discussions. Grading in the course will be based on students' participation online and performance on their assignments. Students can receive credit for INTP-510 or HCIA-610, not for both. (ASLINT-BS YR 3 or 4) **Lecture 3, Credits 3 (Spring)**

## American Sign Language

**NASL-190**  **American Sign Language I**
This course is designed for deaf and hard-of-hearing students who have no previous knowledge of American Sign Language. ASL I includes core vocabulary, grammatical features, and Deaf cultural protocols for students to function in basic ASL conversations that include ASL grammar for asking and answering questions while introducing oneself; exchanging personal information; telling where they are from and living; talking about family, friends; class schedules and routines, discussing college related topics; giving directions, and describing surroundings. (NTID Supported Students.) **Lecture 4, Credits 4 (Fall, Spring)**

**NASL-199**  **Independent Study: American Sign Language**
(Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 3 (Fall, Spring)**

**NASL-200**  **American Sign Language II**
This course is designed for deaf and hard-of-hearing students who have completed ASL I (or the equivalent) and can participate in a basic conversation in American Sign Language. ASL II includes the linguistic features, Deaf cultural protocols and core vocabulary for students to function in ASL conversations that include ASL grammar for asking and answering questions and relaying short narratives while describing people and objects; attributing qualities to others; discussing hobbies; explaining procedures; spending money; discussing weather; and discussing important life events. Classroom and homework activities include practicing conversations, learning about Deaf Culture and Deaf Community, working with DVDs, viewing sign language on film, and being filmed. (Prerequisites: This class is restricted to NTID supported students who have completed NASL-190 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**NASL-230**  **Beginning Mexican Sign Language**
This course will offer beginning level Mexican Sign Language "Lengua de Senas Mexicana" (LSN). Students are required to have at least intermediate level of ASL skills. In this course, students will learn basic vocabulary, alphabet, numbers, and grammatical aspects of LSM, which they will compare with those of ASL. In addition, they will learn about Mexican culture, traditions, norms, and values along with Mexican deaf culture and compare those with the general U.S. culture and Deaf culture in the United States. (Prerequisites: This class is restricted to at least 3rd year standing in ASLINT-BS or NTID supported students and INTP-226 or MLAS-401 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**NASL-240**  **Beginning Russian Sign Language**
This course will offer a beginning level of Russian Sign Language (RSL). Students are required to have at least intermediate level of ASL skills. In this course, students will learn basic vocabulary, alphabet, numbers, and grammatical aspects of RSL, which they will compare with those of ASL. In addition, they will learn about Russian culture, traditions, norms, and values along with Russian deaf culture and compare those with the general U.S. culture and Deaf culture of the United States. Students will also learn how to write some basic words in Russian language. (Prerequisites: This class is restricted to at least 3rd year standing in ASLINT-BS or NTID supported students and INTP-226 or MLAS-301 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**NASL-275**  **Structure of American Sign Language**
This course provides students with basic knowledge about the linguistic structure of American Sign Language (ASL). Through an introduction to language features, students will examine the phonology, morphology, syntax, semantics and discourse of ASL. Information regarding historical and cultural aspects of ASL is also introduced and discussed. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NASL-280**  **Strategies for Teaching Basic American Sign Language**
This course provides an overview of how second languages have traditionally been taught, what the current methods and theories are, and their applications to the teaching of American Sign Language. Students are provided opportunities to practice basic teaching techniques, selection of appropriate materials, design lesson plans, and use of evaluation techniques, current technology, including how to teach Deaf culture and ASL grammatical features in lessons. Students learn about resources to support their efforts to teach American Sign Language. (Prerequisites: This class is restricted to NTID supported students who have completed NASL-275 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**NASL-285**  **Undergraduate Research: American Sign Language**
This course is a faculty-directed student research project at the undergraduate level. The research will entail an in-depth study in the discipline that could be considered of an original nature. The level of study is appropriate for students in their first three years of study. Enrollment in this course requires permission from the Department Chair and completion of the NTID Undergraduate Research Contract. **Research, Credits 1 - 4 (Fall, Spring)**

**NASL-289**  **Special Topics: American Sign Language**
(NTID Supported Students.) **Lecture, Credits 1 - 3 (Fall, Spring)**

RIT0001015

**National Technical Institute for the Deaf**

**NASL-485**                                                    **Undergraduate Research: American Sign Language**
This course is a faculty-directed student research project at the undergraduate level. The research will entail an in-depth study in the discipline that could be considered of an original nature. The level of study is appropriate for students in their final two years of study. Enrollment in this course requires permission from the Department Chair and completion of the NTID Undergraduate Research Contract. **Research, Credits 1 - 4 (Fall, Spring)**

## Arts and Imaging Studies

### General Arts and Imaging
**NAIS-120**                                                    **Principles of Design and Color**
Students will be introduced to the basic elements of two-dimensional monochromatic and color design, compositional principles, and approaches to analysis of design problems. Techniques for gathering resources to work toward possible design solutions and visualization of design concepts through the use of idea sketches to final comprehensive layouts. Color theory will be introduced. Students will also utilize basic design vocabulary to participate in critiques for the purpose of analyzing their own and other students' work. This course provides students in non-creative technical majors as well as those pursuing more creative endeavors within the graphic arts field with a fundamental overview and understanding of the design process to expand critical awareness of the importance of good design. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NAIS-130**                                                    **Raster and Vector Graphics**
This course introduces students to the skills needed for the successful production and manipulation of raster and vector images using image creation and production software. Students will work in bitmap and vector applications, producing and editing with the tools and techniques offered by the software programs such as selection techniques, basic layer controls, digital masking, image correction and enhancement. Additional topics will include the relevance of image size, resolution and file format specifications when working with raster and vector images. Comprehension and correct usage of terminology and concepts are emphasized. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NAIS-140**                                                    **Graphic Design and Typography I**
Students will learn how to work through steps of the graphic design process, starting with the identification and research of design problems, and the intended message and the target audience, to development of basic graphic design solutions presented visually through clear, well-executed layouts created by both traditional and electronic means. Fundamental graphic design and typographic principles, elements, techniques and vocabulary used in design problem solving will be introduced. Students in this course will also learn about areas/categories of graphic design, creating examples such as posters, book/CD covers and logos. Topics covering selecting appropriate printing papers, professional practices, psychology of color, and critique methods will also be introduced. (Prerequisites: Restricted to NTID supported students that have completed NAIS-120 and (NAIS-130 or (0855-251 and 0855-252) or equivalent courses.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NAIS-150**                                                    **Page Layout I**
Students will use page layout (desktop publishing) applications to design and produce pages and documents to given specifications. Skill development will include importing and placing text and graphic files, the application of style sheets, templates, snippets, libraries, and color specifications. The application of design and typographic principles, industry terminology, measurement systems, font management, and file management are also covered. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NAIS-160**                                                    **Web Design I**
This course introduces students to the fundamental skills needed to create designs that work on the World Wide Web. Students are introduced to the Internet, learn basic HTML programming for graphics, and legal issues of the Internet. Text based technology is used to separate design from content using templates and cascading style sheets (CSS). Topics such as image preparation, page design, site graphic design, navigation & linking, content, usability, speed, originality and audience are discussed. Students are expected to create web pages that demonstrate their understanding and use of basic application of the above topics. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NAIS-199**                                                    **Independent Study-Visual Communications Studies**
The description for each Independent Study request will be specified in each student proposal. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 3 (Fall, Spring)**

**NAIS-201**                                                    **Employment Seminar**
Provides students with an opportunity to prepare for co-op and permanent employment through activities including developing and revising resumes, cover letters and portfolios, completing forms, interviewing, developing strategies for finding job opportunities, and researching targeted companies. Discussions relating to personal finance, communication strategies, adapting to the workplace, tips for job success, and workplace expectations will be included. (This course is restricted to 2nd year students in the ARTIMG-AAS or ARTIMG-AOS program.) **Lecture 3, Credits 3 (Fall, Spring)**

**NAIS-289**                                                    **Special Topics-Visual Communications Studies**
The description for each Special Topics request will be specified in each course proposal. (NTID Supported Students.) **Lecture, Credits 1 - 5 (Fall, Spring)**

**NAIS-291**                                                    **Production Workshop**
This course reinforces the students' skills learned in their Arts & Imaging Studies technical courses. Students are introduced to procedures that are used in an actual graphic communications production environment, including the cost of doing business, estimating procedures, and production and quality control requirements. This course enables the student to develop and apply individual and team-building problem-solving skills as they are guided through integrated activities from creation to final product in both print and non-print media production workflows. Students work in a simulated design and production environment where they can develop their technical skills, work habits, and customer relations. (This course is restricted to 2nd year students in the ARTIMG-AAS or ARTIMG-AOS program.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NAIS-292**                                                    **Portfolio Workshop**
This course will give students from all areas of study in the Arts and Imaging Studies Department an opportunity to prepare and submit portfolios of their work for final review by a jury composed of department faculty members and professionals. The course will emphasize professional procedures, work habits, and demonstration of creative and technical skills, depending on the students' areas of expertise, as well as appropriate communication with clients, presentation techniques, and ability to work as a fully contributing member of a team. (Academic Level 2, Degree Seeking students.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NAIS-299**                                                    **Co-op Visual Communications Studies**
This course provides a ten-week (350 hours) work experience in the field. **CO OP, Credits 0 (Fall, Spring, Summer)**

### 3D Graphics Technology
**N3DG-100**                                                    **Design Drawing**
This course is an introduction to the fundamentals of drawing objects depicting three-dimensional space using traditional and computer-based techniques. Students will create drawings by observation of the world and use of invented or nonobjective forms, creating surface textures, and designing and laying out compositions. Color theory will be introduced and used in the course. Students will also use and understand the basics of perspective, perspective grids, and creating and using mechanical perspective and orthogonal projections of objects. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall)**

**N3DG-110**                                                    **Basic 3D Modeling**
This course is an introduction to the representation of form in three-dimensional space using 3D software. The course focuses on the development of visual and verbal vocabulary as a means of exploring, developing, and understanding 3D modeling techniques. Topics include the basics of lines, planes, contour, transforming lines into forms, interaction of lights and surfaces, perspective, resolution of geometry, and rendering. Projects will include modeling organic and inorganic forms, composition and level of detail. Structured assignments develop skills in concept generation, basic form making, techniques and craftsmanship. Emphasis is placed on workflow, teamwork, and the technical and aesthetic aspects of each project. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall)**

**N3DG-115**                                                    **Intermediate 3D Modeling and Techniques**
This course will provide students with an extensive range of strategies for modeling and evaluation of the appropriate methods to use in various 3D design situations. The emphasis on the course will be on researching and problem solving in the areas of environments, interiors, spaces, objects and characters. With these techniques, students will develop intermediate skills in creating complex models of organic and inorganic forms, composition, concept art layout, and level of details. Emphasis is placed on workflow, teamwork, and technical and aesthetic aspects of each project. 3D graphics scripting will be introduced. (Prerequisites: This class is restricted to NTID supported students that have completed N3DG-100 and N3DG-110 or equivalent courses.) **Lec/Lab 5, Credits 3 (Spring)**

RIT0001016

**N3DG-140**                                      **3D Lighting and Materials**
This course is an introduction to the development of surface materials in 3D software, using concepts covered in N3DG-110, Basic 3D Modeling. The emphasis on the course will be on researching and understanding the interaction of light and surface, utilizing materials, shaders, textures mapping, cameras, resolution of geometry, and rendering. Techniques for UV layout are introduced. Principles of additive and subtractive color are introduced as they relate to the interpretation of physical phenomena within a virtual world. Projects focus on using color, value and texture to enhance the representation of form and space. (Prerequisites: This class is restricted to NTID supported students that have completed N3DG-100 and N3DG-110 or equivalent courses.) **Lec/Lab 5, Credits 3 (Spring)**

**N3DG-210**                                      **Advanced 3D Modeling and Techniques**
This course is a comprehensive review of modeling techniques that are useful in developing environments, interiors, spaces, objects, and characters to create complex models of organic and inorganic forms. The course will cover the understanding of proportions appropriate to a variety of environments, lighting for spaces, surface design to replicate real world materials, and building to an appropriate level of detail for the project. Additional techniques for 3D compositing and digital sculpting are introduced, as well as concepts for creating stereoscopic images. The course will emphasize researching and problem solving. (Prerequisites: This class is restricted to NTID supported students that have completed N3DG-115 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall)**

**N3DG-220**                                      **Principles of 4D Design**
In this course, students will learn to develop illustrations and animated elements that use the fourth dimension, to create time-based 3D and 2D graphics. Course content includes historic fundamentals of animation, principles of modern animation, and concepts of motion using 3D and 2D software. An overview of animation and time-based motion will be introduced and discussed throughout the semester. Writing and storyboarding techniques for animation will be addressed. Vector and raster animation applications will be used. (Prerequisites: This class is restricted to NTID supported students that have completed N3DG-115 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall)**

**N3DG-225**                                      **3D Motion**
This course is an introduction to motion using three-dimensional software. The course focuses on the development of visual and verbal vocabulary as a means of exploring, developing, and understanding motion with digital geometry and in virtual spaces. Subjects covered include inverse kinematics, rigging and deformers, interaction of light and surface, basic concept of compositing, and rendering. Perception and visual thinking are emphasized in the development of projects. Projects will include modeling organic and inorganic forms, composition, level of detail, creation of space and motion. Structured assignments develop skills in concept generation, basic form making, techniques for creating motion, and craftsmanship. Emphasis is placed on workflow, teamwork, and the technical and aesthetic aspects of each project. (Prerequisites: This class is restricted to NTID supported students that have completed N3DG-220 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**N3DG-230**                                      **3D Printing**
This course introduces students to the skills needed for the production and creation of three-dimensional printed objects using 3D modeling and production software. Students will work in 3D applications, producing and editing with the tools and techniques offered by the software programs. Structural modeling techniques and modeling approaches to creating physical 3D objects with 3D printers will be taught. The use of materials in 3D printing will be discussed and demonstrated, and students will gain an understanding of the use of specific materials to satisfy printing requirements. Additional topics will include the relevance of file format specifications in modeling, comparing differences in design approaches between 3D modeling and 3D printing, and operating 3D printers under different conditions. Capabilities of different 3D printer models will be discussed. Comprehension and correct usage of terminology and concepts are emphasized. (Prerequisites: This class is restricted to NTID supported students that have completed N3DG-210 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**N3DG-260**                                      **Professional Practices**
The course focuses on preparing students to be ready to seek employment in the 3D graphics industry. Subjects covered include professional ethics, workplace expectations, production pipeline and an overview of copyright issues. Strategies for developing leadership, teamwork, and collaboration will be discussed. Successful self-promotion and marketing, including the development of demo reels will be introduced, along with emphasizing the importance of joining professional organizations and submission of work to competitions for the purpose of professional networking. (Prerequisites: Restricted to NTID supported students that have completed NAIS-201 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**N3DG-270**                                      **Capstone**
For this final course in 3D Graphics Technology, students will identify an area of exploration, where they have the opportunity to work on a semester-long project. Collaborative or individual projects will be supported, and students will work closely with their instructor to develop and implement a final project that will incorporate their skills, starting from the planning stage, through completion and project presentation. Collaborative projects require the clear definition of the responsibilities of each student involved and project management responsibilities. Faculty will support and provide guidance for student work exploring an industry and skill-related topic for their capstone project. (Prerequisites: Restricted to NTID supported students that have completed NAIS-299 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall)**

## Graphic Design Concentration
**NGRD-111**                                      **Drawing I**
This course is an introduction to freehand drawing of basic forms, with an emphasis on perspective, including one-point and two-point techniques, still life studies and figure drawing. Drawing principles, materials, and techniques will be introduced. Still life study will be applied using perspective concepts, and composition, including tonal values and textures. Figure drawing will be focused on the study of line, gesture, contour, construction, proportion and tonal values. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NGRD-115**                                      **Visual Idea Development**
This course gives students the opportunity to see themselves, their experiences and their environment as sources of creativity, through a variety of activities which will include classroom discussions; videos of artists; visiting a gallery; keeping documented written and illustrated journals, sketchbooks; and working with a team to do a project. Students learn strategies for developing concepts and organization of thought processes as well as systems to formulate solutions to design problems. The library is used for development of research skills for written and visual content. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall)**

**NGRD-211**                                      **Drawing II**
This course continues the principles and skills developed in Drawing I, with special emphasis on the human form, including proportion, shading, light and dark, head/facial features, sustained study, and the use of figure within a composition. This course extends the various applications learned in the previous drawing and applies them to still life, drapery studies, and the human form within various environments. The use of the sketchbook will be emphasized for development of composition skills; students will use the library and other resources and will further explore various kinds of drawing materials. (Prerequisites: This class is restricted to NTID supported students that have completed NGRD-111 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**NGRD-221**                                      **History of Graphic Design**
This course includes the study of a survey of art and design movements, designers, and typographers who have made significant contributions to the field of Graphic Design. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall)**

**NGRD-230**                                      **Digital Illustration**
This course will provide students with skills and techniques used in areas of digital illustration, including comparison of techniques and functions of vector and bitmap software programs to create professional-quality renderings. Various kinds of illustration will be introduced, including editorial, book, and information illustration (illustrated charts and graphs). Students will have the opportunity to create professional quality illustrations for various audiences and media. (Prerequisites: This class is restricted to NTID supported students that have completed NAIS-140 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall)**

**NGRD-240**                                      **Graphic Design and Typography II**
Students will practice working through steps of the graphic design process learned in Graphic Design and Typography I to develop more complex design solutions presented visually through clear, well executed layouts created by both traditional and electronic means. More advanced design and typography principles will be discussed. Students in this course will learn about and will create examples of various areas/categories of graphic design, including corporate graphic design, information design, advertising design, editorial design and packaging design. Topics such as using creative briefs, folding/finishing/binding methods, professional graphic design business practices and self-promotion will also be covered. (Prerequisites: This class is restricted to NTID supported students that have completed NAIS-140 and NAIS-150 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall)**

**NGRD-255**                                      **Publication Design**
In this course, focus will be placed on design of multi-paged printed graphics including brochures, booklets, catalogs, menus and editorial designs using grids to organize information. Issues such as page sequencing and pagination, readability, design flow, consistency and preparing documents to meet industry standards will be addressed. Assignments will be completed using page layout software consistent with industry standards. (Prerequisites: This class is restricted to NTID supported students that have completed NGRD-240 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

RIT0001017

**National Technical Institute for the Deaf**

**NGRD-256**                                  **Identity Design**

In this course, students will learn about various classifications and areas of identity design and will develop identity symbols and systems of identification and branding for businesses and organizations as well as individuals, including components such as business cards, letterheads, envelopes and invoices. Focus will be on identifying client need, budget and target audience in order to develop appropriate identity design solutions with components that are compatible, consistent, and practical to use. In addition, students will be familiarized with current brand identification system designers and current design trends in identity design. Students are expected to find a real client for at least one of the assignments for this course. (Prerequisites: This class is restricted to NTID supported students that have completed NGRD-240 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**NGRD-257**                                       **Animation**

In this course, students will learn how to create illustrations, create animation, and develop animated elements for web-based and stand-alone interactive media. Course content includes concepts of staging, timelines, frame rates, keyframes, transitions, and object attributes. Writing and storyboarding for animation will be addressed. Both vector and raster animation applications will be used. (Prerequisites: This class is restricted to NTID supported students that have completed (NAIS-120 or (0855-255 and 0855-314) and (NGRD-111 or 0855-311) and (NAIS-130 or (0855-251 and 0855-252)) or equivalent courses.) **Lec/Lab 5, Credits 3 (Spring)**

**NGRD-258**                                       **Cartooning**

In this course, students will learn how to create cartoons, apply storytelling techniques to develop sequential graphic narratives, and develop multi page, multi-strip, or single-panel cartoons. Course content includes understanding the history of cartooning, drawing techniques (both traditional and digital methods), character creation and development, story writing, plot breakdowns, panel to panel sequencing, cartooning, and creating final output in the form of a printed comic book or a online web comic. Writing and breakdowns for cartooning will also be taught. Drawing techniques and software applications are taught and used in the course. (NTID Supported Students.) **Lab, Lecture 5, Credits 3**

## Graphic Production Concentration

**NGRP-110**                                **Digital Photography I**

This course gives students an introduction to the tools, techniques and terminology of digital photographic imaging through a series of hands-on activities that will permit each student to investigate the applications of digital photography. Students will be expected to capture images using digital cameras, process digital images using the appropriate software, create quality picture files and prints, and participate in project-related critiques. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NGRP-210**                                **Digital Photography II**

Aesthetic/composition considerations will be emphasized. Various genres and markets will be discussed such as photo journalism, portraiture, fine art, advertising and marketing, sports, and still life. This course will also address various technologies for the capturing and converting of multiple static images into more dynamic presentations of environments, and objects. Topics will include panoramic stitching, creating virtual tours, creating 360 degree views of 3D objects, and creating dynamic slide shows. Students will be taught basic techniques for studio lighting and will be asked to produce photographs to match an art director sketch or layout. (Prerequisites: This class is restricted to NTID supported students that have completed NGRP-110 or equivalent courses.) **Lec/Lab 5, Credits 3 (Spring)**

**NGRP-220**                                    **Videography**

This course provides an overview of videography for the web. This is a basic digital video course that introduces the process and procedures involved in digital video production from start to finish. Students will be introduced to videography production techniques, camera operation and formats, digital non-linear editing, titling and lighting for video. Emphasis is on development of ideas, proper operation of video and computer equipment for productions and post-production of digital non-linear edited sequences and their adaptation to different presentation formats for online delivery. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall)**

**NGRP-231**                                **Image Preparation**

Students will build on the skills previously learned in Raster and Vector Graphics. This course includes specialized image preparation techniques used to acquire, optimize, correct, reconstruct, restore, and enhance images for placement in print and digital media layouts. Topics include: determining and applying resolution and magnification settings appropriate to the characteristics of the specified purpose of an image, setting highlight and shadow points, removing color cast, sharpening, and tone-adjustment of acquired images; the use of desktop scanners hardware/software; the use of appropriate color settings/modes and file formats. (Prerequisites: This class is restricted to NTID supported students that have completed (NAIS-130 or (0855-251 and 0855-252)) and NAIS-150 and NAIS-160 or equivalent courses.) **Lec/Lab 5, Credits 3 (Fall)**

**NGRP-232**                                **Image Manipulation**

This course emphasizes the procedures and skill development required for the efficient and effective manipulation and compositing of digital images in a production environment building on the skills previously learned in Raster and Vector Graphics. This is a production-oriented course with a focus on the non-destructive editing of (primarily raster) digital images. This course includes specialized image manipulation methods such as advanced selection and masking techniques for producing images that blend together into a single composite image. Additional topics include applying production planning techniques to image manipulation, production quality standards, advanced methods and quality criteria for image manipulation, and legal and ethical issues. (Prerequisites: This class is restricted to NTID supported students that have completed NAIS-130 or (0855-251 and 0855-252) or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**NGRP-245**                         **Color Theory and Management**

This course includes the study and management of color for design, printing, web, and photographic imaging systems and procedures. Students will use and apply correct technical vocabulary, and various concepts and procedures related to the perception, specification, evaluation, correction, and management of color in various graphic arts. (Prerequisites: Restricted to NTID supported students that have completed NAIS-120 and (NAIS-130 or (0855-251 and 0855-252) or equivalent courses.) **Lec/Lab 5, Credits 3 (Fall)**

**NGRP-250**                                **Page Layout II**

This course builds on topics presented in Page Layout I. Students will define and apply techniques and procedures for optimizing document design and production efficiency. Topics include defining paragraph, character, and object styles; making and using templates; saving and accessing object snippets and libraries; accessing and using database information to create documents, recognizing and applying proofreaders marks and notations; defining and applying advanced typographic techniques, advanced page layout procedures, object transparency and other image effects; building and editing tables; and, defining and applying color specifications and effects; and using document output procedures. Students will continue to develop knowledge and skills in the industry leading page layout software applications. (Prerequisites: This class is restricted to NTID supported students that have completed NAIS-150 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**NGRP-251**                             **Publication Production**

The students will study the use of page layout applications to produce book, magazine, and long format publications. Topics include techniques for specifying and applying publication templates; font management and selection; page formats; page and section numbering; headers and footers; text editing; graphics creation, preparation, and placement; color specification and usage; automating a table of contents; using a colophon and other features typical for book and long document publishing formats. Students are introduced to the repurposing of documents for interactive digital media and XML-based document production. (Prerequisites: This class is restricted to NTID supported students that have completed NGRP-250 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall)**

**NGRP-252**                       **PDF Production and Workflow**

The students will study the Portable Document Format (PDF) file format including defining and applying specifications for color management, file optimization and file security; recognizing and editing PDF documents; and using PDF files in a variety of print and non-print media production workflows. Topics include procedures for making PDF files, and adding interactive features including bookmarks, action button, hyperlinks to internal anchors, and hyperlinks to other documents and Web content. Emphasis is given to file optimization for interactive display size formats, color, and resolution. (Prerequisites: This class is restricted to NTID supported students that have completed (NAIS-130 or (0855-251 and 0855-252)) and NAIS-150 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**NGRP-260**                                **Web Design II**

This course provides an overview of designing multi-page web sites and being sure they are accessible to audiences with special needs. Students will continue to learn how to use website concepts and design elements learned in Web Design I to successfully to create a multi-page web site. Effective use of color, typography, and design will be applied to website design. Students will continue the study and application of Web design concepts, site navigation, interactivity, and the management of a multi-page web site. Students will develop a web site that combines the advantages of text-based production techniques and graphics-based design with content management systems, with a focus on usability and accessibility. (Prerequisites: This class is restricted to NTID supported students that have completed NAIS-160 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

RIT0001018

**NGRP-270**                                    **Specialty Graphics Imaging**
This course provides students with a unique set of knowledge and skills required for the preparation, production, finishing, material handling, mounting and displaying of wide format products. Students will study procedures used to create products that include large display signage and decals, vehicle wraps, packaging mock-ups, point-of-purchase display elements, vinyl appliqué, magnetic and tieback signage, and large-scale presentation displays, and other large-scale signage. (Prerequisites: This class is restricted to NTID supported students that have completed  (NAIS-130 or (0855-251 and 0855-252)) and NAIS-140 and NGRP-110 and NGRP-231 or equivalent courses.) **Lec/Lab 5, Credits 3 (Fall)**

**NGRP-275**                                    **Digital Printing Systems**
This course will focus on the operating features of the black & white and color digital production printing systems. Students will learn the job and market capability of the various systems, xerography concepts in monochrome printing, image and paper quality considerations, creation of electronic files and file transfer, and operating procedures. Additional topics include the digital workflow for on-demand book printing and small-format binding. (Prerequisites: This class is restricted to NTID supported students that have completed  (NAIS-130 or (0855-251 and 0855-252)) and NAIS-150 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

## Business Studies

### Accounting Technology

**NACC-130**                                    **Personal Finance**
This course provides students with information and resources needed to understand the creation and implementation of a budget, use of credit and borrowing money responsibly, financial rights and ways to safeguard their money, and factors used to determine their readiness to buy a home or make other major purchases. Information on financial institutions such as banks, credit unions, and savings and loan organizations will also be covered. This course will provide students with basic financial literacy so they can develop sound financial management of their personal income as well as an understanding of the economic events that can influence their financial well being and society as a whole. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NACC-199**          **Independent Study: Accounting Technology/Business Technology**
The description for each Independent Study request will be specified in each student's proposal. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

**NACC-201**                                    **Accounting 1**
Introduction to accounting principles for both accounting and nonaccounting students. Both service and merchandising (retail/wholesale) businesses are introduced. Areas covered include: analyzing and recording of business transactions using the double-entry accounting system; end-of-period adjustments; worksheet; financial statements; closing entries; and post-closing trial balance. Students complete a comprehensive "accounting cycle" project. Computerized spreadsheet applications are required. (Prerequisites: This class is restricted to NTID supported students who have completed NAST-160 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NACC-202**                                    **Accounting 2**
This course is a continuation from Accounting 1. Topics covered include: accounting principles and procedures related to notes payable and receivable, the valuation of receivables, inventories, fixed assets, partnerships, capital stock, retained earnings, taxes, dividends, bonds, the statement of cash flow, and the analysis of financial statements. A comprehensive capstone project is completed. Computerized spreadsheet applications are required. (Prerequisites: This class is restricted to NTID supported students who have completed NACC-201 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NACC-203**                                    **Accounting 3**
Cost accounting is the focus of this course. Coverage includes manufacturing statements, cost theory, integration of materials, labor and overhead, average and FIFO process costing methods, equivalent units, multiple products, changes in units, budgeting, cost classification and computerized applications. Students complete a comprehensive project. Computerized spreadsheet applications are required. (Prerequisites: This class is restricted to NTID supported students who have completed NACC-202 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NACC-204**                                    **Accounting Capstone**
This capstone experience gives students an opportunity to reinforce and apply accounting skills previously studied. Students will apply skills using a variety of approaches including case studies, simulations, projects, teamwork, and presentations. Students will research, review and interpret financial data and its impact on managerial decisions. The course will also discuss the workplace as it relates to communication, interpersonal skills, decision-making, ethics and lifelong learning skills in a professional accounting environment. (Prerequisites: This class is restricted to NTID supported students who have completed NACC-203 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NACC-205**                                    **Financial Accounting**
Introduction to accounting principles for both accounting and non-accounting students. Both service and merchandising (retail/wholesale) businesses are introduced. Areas covered include: analyzing and recording of business transactions using the double-entry accounting system; adjusting and closing entries and financial statement preparation. Generally accepted accounting principles, accounting ethics and analytical tools help students become informed users of financial statements. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NACC-206**                                    **Managerial Accounting**
Introduction to the use of cost accounting information by managers within a business. This course includes development of manufacturing statements, cost theory, integration of materials, labor and overhead, job order and process costing, flexible budgeting and evaluating the performance of managers and divisions through variance analysis. (Prerequisites: This class is restricted to NTID supported students who have completed NACC-205 or equivalent.) **Lecture 3, Credits 3 (Fall, Spring)**

**NACC-289**          **Special Topics: Accounting Technology/Business Technology**
The description for each Special Topics request will be specified in each course proposal. (NTID Supported Students.) **Lecture, Credits 1 - 3 (Fall, Spring, Summer)**

**NACC-299**          **Co-op: Accounting Technology/Business Technology**
Designed to give the student an opportunity to gain work experience, to apply what has been learned and to self-evaluate personal and communication skills. Placement assistance is provided to help the student find a job related to his/her field of study. One co-op experience is required for graduation. **CO OP, Credits 0 (Fall, Spring, Summer)**

### Administrative Support Technology

**NAST-140**                                    **Essential Document Production**
This course is for students with little or no knowledge of word processing software, limited keyboarding experience, and those that have a minimum of 20 net words per minute. Emphasis is on keyboarding skill development as well as an introduction to basic word processing skills. Students key and format business correspondence, reports, and tables. The expectation is to exit this course with a 30 net words per minute typing proficiency for five minutes. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NAST-150**                                    **Advanced Document Production**
This course focuses on effective management of document production activities by selecting an appropriate format or template, applying graphic enhancements as needed, and saving the document in an appropriate business format. Business correspondence, newsletters, tables, forms and reports will be produced using word processing software. Emphasis is on the mastery of basic skills and their application to a variety of realistic office document production projects. Typing skill development continues with an expected exit speed to 40+ net words per minute for five minutes. (Prerequisite: This class is restricted to NTID supported students who have completed NAST-140 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NAST-160**                                    **Fundamentals of Spreadsheet Applications**
Emphasis will be on creating, formatting, and enhancing worksheets; creating and applying formulas and functions; building and formatting charts; using What-If analysis and creating templates. Upon completion, students will be able to design and enhance basic spreadsheets. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NAST-199 Independent Study: Administrative Support Technology/Business Technology**
The description for each Independent Study request will be specified in each student's proposal. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

**NAST-210**                                    **Essentials of Business Communication**
This is a course in the essentials of business communication for today's fast-paced global environment. Emphasis will be on the message and the modes of communication used in the business environment. Participants will engage in effective communication skills through writings (traditional and electronic), face-to-face interactions, and team presentations. Course content will also include emphasis on non-grammar language applications in business communication. (NTID Supported Students.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

RIT0001019

**NAST-215**                                **Integrated Document Production**
The course further develops student skills in integrated document formatting and applications using various types of word processing, spreadsheets, databases, slide presentations, and electronic office procedures. Through business simulations, students will have an opportunity to incorporate their speed/accuracy and production skills with communication, information, and file management skills. The expectation is to exit this course with a 50 net words per minute proficiency for a five-minute timing. (Prerequisite: This class is restricted to NTID supported students who have completed NAST-150 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NAST-220**                                **Fundamentals of Database Applications**
This course introduces the fundamental concepts of a database management system for creating, maintaining, manipulating, retrieving, and printing business data. Students will learn to create various forms and design reports for storing and displaying data. In addition, the student will create switchboard systems and allow users to view data in multiple dimensions. Students will also learn to save database objects in HTML format so they can be viewed by a browser and imported or exported in XML format. (NTID Supported Students.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NAST-225**                                **Fundamentals of Graphic Applications**
This course provides students with a basic knowledge of graphics on a windows platform. Students will be introduced to basic design principles and develop the ability to choose, modify and effectively use appropriate graphics for a variety of communication formats. Students will be required to produce an e-portfolio to document the skills learned in the AST program. (Prerequisites: This class is restricted to NTID supported students who have completed NAST-215 or (0804-291 and 0804-302) or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NAST-230**                                **Fundamentals of Desktop Publishing**
This course focuses on conceptual and technical approaches to desktop publishing and graphic design as applied to office communications. Emphasis is on the use of design principles related to color, space, text, and images in preparation of digital design layouts. Students will be required to enhance their AST e-portfolio using desktop publishing and web design skills acquired in this course. (Prerequisites: This class is restricted to NTID supported students who have completed NAST-225 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NAST-240**                                **Administrative Support Technology Seminar**
This course provides students with an opportunity to prepare for employment through a formal mentoring experience, team presentation, and guest presentations. Topics for discussion are project management, assertiveness training, leadership styles, effective one-on-one interpersonal and electronic communication, protocol for working with an interpreter, and lifelong learning as necessary for job success. Through weekly meetings with their mentors, students will share responsibility for interactions, establish a learning relationship, increase self-direction, and gain a greater understanding of the workplace. (Prerequisites: This class is restricted to NTID supported students who have completed NAST-210 or (0806-101 and 0804-110) or equivalent course.) **Lec/Lab 4, Credits 3 (Spring)**

**NAST-241**                                **Preparation for Microsoft Word Certification**
This course is intended to prepare students to take a certification exam for Microsoft Word. The exam tests proficiency through hands-on assessment in simulated Microsoft Office Word applications. Skill sets include creating and customizing documents, formatting content, working with visual content, organizing content, reviewing documents, and sharing and securing content. (Prerequisite: This class is restricted to NTID supported students who have completed NAST-150 or equivalent course.) **Lab 2, Credits 1 (Fall, Spring)**

**NAST-242**                                **Preparation for Microsoft PowerPoint Certification**
This course is intended to prepare students to take a certification exam for Microsoft PowerPoint. The exam tests proficiency through hands-on assessment in simulated Microsoft Office PowerPoint applications. Skill sets include: Creating and formatting presentations, creating and formatting slide content, working with visual content, and collaborating on and delivering presentations. (Prerequisites: This class is restricted to NTID supported students who have completed NAST-225 or equivalent course.) **Lab 2, Credits 1 (Fall, Spring)**

**NAST-243**                                **Preparation for Microsoft Excel Certification**
This course is intended to prepare students for Microsoft Excel certification. The exam tests proficiency through hands-on assessment in simulated Microsoft Office Excel applications. Skill sets include: creating and manipulating data, formatting data and content, creating and modifying formulas, presenting data visually, and collaborating and securing data. (Prerequisites: This class is restricted to NTID supported students who have completed NAST-215 or (0804-291 and 0804-302) or equivalent course.) **Lab 2, Credits 1 (Fall, Spring)**

**NAST-244**                                **Preparation for Microsoft Access Certification**
This course is intended to prepare students to take a certification exam for Microsoft Access. The exam tests proficiency through hands-on assessment in simulated Microsoft Office Access applications. Skill sets include: structuring a database, creating and formatting database elements, entering and modifying data, creating and modifying queries, presenting and sharing data, and managing and maintaining databases. (Prerequisites: This class is restricted to NTID supported students who have completed NAST-220 or equivalent course.) **Lab 2, Credits 1 (Fall, Spring)**

**NAST-289**    **Special Topics: Administrative Support Technology/Business Technology**
The description for each Special Topics request will be specified in each course proposal. (NTID Supported Students.) **Lecture, Credits 1 - 3 (Fall, Spring, Summer)**

**NAST-299**    **Co-op: Administrative Support Technology/Business Technology**
Designed to give the student an opportunity to gain work experience, to apply what has been learned and to self-evaluate personal and communication skills. Placement assistance is provided to help the student find a job related to his/her field of study. One co-op experience is required for graduation. **CO OP, Credits 0 (Fall, Spring, Summer)**

## General Business
**NBUS-199**                                **Independent Study: Business Administration**
The description will be specified on each Independent Study Contract. (NTID Supported Students.) **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

**NBUS-200**                                **Orientation to Business**
This course introduces students to a broad overview of the form and structure of multinational organizations. It provides students with a basic knowledge of the history, organization and operation of business and its particular vocabulary. (NTID Supported Students.) **Lecture 4, Credits 3 (Fall, Spring)**

**NBUS-211**                                **World of Business and Innovation**
This course is an overview of the functions and processes of business organizations. Topics include the roles and responsibilities of the manager, managing business ethics and social responsibility, competing in a global environment, organizational structure and authority, and managing diversity, change, communication and innovation. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NBUS-213**                                **Applied Ethics**
This course introduces ethical issues facing the workplace. Students will learn about common work-related ethical issues, and evaluate problems concerning professional conduct and moral conflict. Students will also learn what ethical behavior is, how to recognize ethical behavior, and how to model ethical behavior in the workplace. Individual, organizational and societal needs will be taken into consideration during the students' decision-making process (NTID Supported Students.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NBUS-217**                                **Fundamentals of Management**
This course focuses on the management aspect of organizations. Students will learn a variety of methods management uses to stay organized, lead and motivate employees as well as how controls are established to ensure company goals are met. Emphasis will be placed on understanding the multi-faceted roles of leaders and managers in the workplace. (Prerequisites: This class is restricted to NTID supported students who have completed NBUS-200 or equivalent course.) **Lecture 4, Credits 3 (Fall, Spring)**

**NBUS-220**                                **Introduction to Economics**
This course gives an overview of economic concepts. Students examine economic problems in a rational manner by learning the fundamental processes of economic analysis and the skills of economic reasoning. This course includes selected knowledge and skills from the economic discipline presented in the form of concepts and applications that are most important to economic literacy for students. **Lec/Lab 4, Credits 3 (Fall)**

**NBUS-221**                                **Essentials of Human Resource Management**
This course acquaints students with the basic concepts of Human Resource Management. Exposure to the changing nature of Human Resources relates to employee retention, legality, EEO/Diversity, job analysis, recruitment, selection, training and development as well as performance management, compensation, benefits, employee relations and labor relations. An overview of the range of duties and levels of responsibilities found in this sector of the business environment will allow students to identify similarities between job function required of an administrative assistant and of a human resources assistant. (Prerequisites: This class is restricted to NTID supported students who have completed NBUS-217 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

RIT0001020

**NBUS-223**                                    **Fundamentals of Marketing**
This course introduces the field of marketing and its focus on how consumer behavior effects in the marketplace (domestically and internationally). Emphasis will be placed on understanding the marketing mix and its impact on the external market environment. (Prerequisites: This class is restricted to NTID supported students who have completed NBUS-200 or equivalent course.) **Lecture 4, Credits 3 (Fall, Spring)**

**NBUS-224**                                    **Business Law**
This course will provide students with a comprehensive view of the American legal system. It will begin with an introduction to the fundamentals of business law and traverse into actual case studies for the purpose of observing the development and applications of legal principles in a business activity. Topics covered include the foundations of law, courts and court procedures, crimes and torts, employment and agency relationships, contracts, sales, and negotiable instruments. Students will exit the class with a working knowledge of the legal framework within which formal business organizations must operate. (Prerequisite: NBUS-213 or equivalent course.) **Lec/Lab 4, Credits 3 (Spring)**

**NBUS-225**                                    **Introduction to Entrepreneurship**
This course introduces the role of the entrepreneur in identifying opportunities, seeking funding and other resources, and managing the formation and sustainability of the new venture. Emphasis will be placed on understanding the development process from idea generation to realization of a product or service by creating a business plan. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NBUS-226**                                    **Introduction to Organizational Behavior**
The purpose of this course is to provide students with the tools to understand and analyze behaviors of individuals, groups and the organization itself. Through class discussions, assignments and case analysis, students will determine the impact of the behaviors on the organization. Students will then determine how the organization can be managed more effectively to enhance employees work experiences while maintaining organizational success. Students will exit the course with a clearer understanding of how to create and maintain a productive work environment that will help organizations perform more effectively. (Prerequisites: NBUS-217 and NBUS-221 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**NBUS-227**                                    **Principles of Marketing**
This course introduces the field of marketing and its focus on how consumer purchasing behavior impacts the marketplace (domestically and internationally). Emphasis will be placed on understanding the customers' needs and wants, marketing mix and its impact on the external market environment. Students will demonstrate the marketing concepts, principles and strategies through the development of a marketing plan. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NBUS-228**                                    **Leadership Essentials**
The purpose of this course is to develop personal leadership skills that can be applied in the business world. The course will focus on concepts of leadership, followership and motivation, and the impact on organizations. Self-examination of leadership skills will result in a personal profile of strengths and weaknesses that students will be able to analyze and use to create an action plan. Leadership elements such as developing personal goals and objectives, decision-making, time management, team building, conflict resolution, dealing with change, ethics, and diversity issues will be explored. By the end of the course, students will have increased their personal and interpersonal awareness and gained a greater understanding of the complex issues facing today's leaders. (Prerequisites: NBUS-217 and NBUS-221 or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall)**

**NBUS-285**                                    **Undergraduate Research: Business Studies**
This course is a faculty-directed student research project at the undergraduate level. The research will entail an in-depth study in the discipline that could be considered of an original nature. Enrollment in this course requires permission from the Department Chair and completion of the NTID Undergraduate Research Contract. **Research, Credits 1 - 4 (Fall, Spring)**

**NBUS-289**                                    **Special Topics: Business Administration**
The description will be specified in each Special Topic Documentation Form. (NTID Supported Students.) **Lecture, Credits 1 - 3 (Fall, Spring, Summer)**

**NBUS-299**                                    **Co-op: Business Administration**
Designed to give the student an opportunity to gain work experience, to apply what has been learned and to self-evaluate personal and communication skills. Placement assistance is provided to help the student find a job related to their field of study. One co-op experience is required for graduation. (NTID Supported Students.) **CO OP, Credits 0 (Fall, Spring, Summer)**

## Career Development

**NCAR-010**                                    **Freshman Seminar**
The course provides entering NTID students with opportunities to develop/enhance academic skills, personal awareness, and community involvement in order to maximize their college experience. Students have opportunities to explore and navigate the college environment, develop/reinforce academic skills and participate in service learning opportunities. Students are encouraged to establish meaningful connections with faculty, staff and peers. The course promotes the development of plans for ongoing growth and involvement in class and in the RIT/NTID and/or broader community. Students must pass this course to earn an associates degree. (NTID Supported Students.) **Lec/Lab 2, Credits 0 (Fall, Spring)**

**NCAR-101**                                    **Academic Success and College Readiness**
This course is designed to assist academically suspended students in the development of their academic and personal skills in order to be successful in college. Students will undertake small group and individualized learning paths to practice academic and college readiness skills, including improving motivation, managing time, setting goals, and caring for oneself. We will address continued development of reading comprehension and written communication skills will also be addressed. Successful application of study and test-taking techniques, understanding how to set priorities, coping with college stress and anxiety, and developing a mindset for academic success constitute overarching themes of this course. **Lec/Lab 3, Credits 3**

**NCAR-115**                                    **Career Decision Making**
This course provides information and experiences regarding career exploration, career options, workforce trends, and educational requirements. Students acquire career information from relevant resources and select an appropriate career using a decision-making model. Students develop a career plan after completing a self-assessment, gathering information on his/her specific career option, and participating in a program sampling experience of NTID/RIT academic disciplines. (NTID Supported Students.) **Lec/Lab 3, Credits 2 (Fall, Spring)**

**NCAR-289**                                    **Special Topics: Career Exploration Studies**
The description for each Special Topic course will be specified in each course proposal. **Lec/Lab, Credits 1 - 4 (Fall, Spring)**

## Communication Studies

**NCOM-120**                                    **Problem Solving**
This course sharpens students' ability to think clearly, logically and creatively and to communicate knowledge effectively in an academic setting. Students will learn critical thinking strategies for examining issues and solving problems. Course topics include solving problems using a six-step model; exploring problem solving tools and strategies using campus resources, professional and proactive communication behaviors, and personal attributes for success, and applying knowledge of students' rights and responsibilities to facilitate effective problem solving for academic and personal/social problems. The importance of thinking critically across various communication contexts (i.e., face-to-face interactions, written correspondence, group discussions, and presentations) will be stressed. (Prerequisites: NTID supported student. Co-requisites: NENG-102 or NENG-103 or NENG-112 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**NCOM-199**                                    **Independent Study: Communication Studies and Services**
The description for each Independent Study request will be specified in each course proposal. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 4 (Fall, Spring)**

**NCOM-201**                                    **Interpersonal Relationships**
This course examines the role of communication as it relates to establishing, maintaining, and ending relationships. Topics include: relationship development; self-concept; perceptions and first impressions; stereotyping, prejudice and discrimination; conflict resolution; active and passive listening; personal and social values; self-disclosure; gender-related communication; intercultural competence; and social networking. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

RIT0001021

**National Technical Institute for the Deaf**

**NCOM-202**                                    **Communication Across Cultures**
This course is intended to provide students with an introduction to the concepts of culture, communication, and intercultural communication by incorporating social, economic and political contexts and examining the differences among the world's population. The students will learn about the relationship between culture and communication, increase their understanding of the communication relationship created by language, understand how that relationship differs when communicating across cultures, and examine how to reduce potential conflict. Students will study a variety of cultures from around the globe including, but not limited to, African-American, Middle Eastern, Caribbean, Hispanic/Latino, and Asian Cultures, along with cultural differences related to religion, gender, the military, and Deaf culture. Communication within and across the cultures will be examined, along with differences between the deaf and hearing sub-cultures. Intercultural competence can be separated into knowledge, skills, and attitudes. Students' knowledge of intercultural competence will be assessed traditionally and their skills and attitudes will be assessed using frequent self-reflection. **Lecture 3, Credits 3 (Fall, Spring)**

**NCOM-204**                                    **Dialogue on Black Perspectives**
This course will challenge students to analyze and compare various perceptions about Black American life in the 21st century. This course includes but is not limited to racial, economic, and ideological shifts and their impact on past and current events. Cultural influences will be traced from early Western Africa to the United States. Viewpoints on identity, language, relationships, and generational differences will be explored through assigned readings and interviews. Students will lead the class in open dialogues associated with their researched topics. In addition, varying perspectives will be presented through lectures, guest speakers and personal experiences from individuals with diverse cultural backgrounds. Upon completion of this course, it is anticipated that students will have broader knowledge of the multidimensional aspects of the Black experience. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NCOM-206**                                                        **Effective Teams**
This course focuses on the information and skills needed to be a knowledgeable, effective participant in small groups and teams. Topics related to group dynamics and team building are addressed at the practical and theoretical levels. These topics include characteristics of effective teams, stages of group development, how groups operate for different outcomes, group versus personal goals, the role of diversity, and group decision-making and conflict management strategies. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NCOM-207**                    **Organizational Communication and the Deaf Employee**
This course examines interpersonal and small group communications in organizational settings in today's global, corporate climate, with emphasis on important aspects of communication for deaf individuals entering a professional career. Students become familiar with the business environments of large and small companies and the implication of company size regarding personnel decisions. Case studies from selected corporations provide insights into elements of communication processes such as networks (electronic and non-electronic), organizational structures, managerial decision-making, interviewing, organizational development, and conflict resolution. Companies' perspectives on hiring culturally and ethnically diverse individuals and Deaf individuals are discussed. Laws, such as Americans with Disabilities Act (ADA), related to the hiring and support of disabled workers are addressed. Additionally, processes to effectively communicate and market entrepreneurial business plans as a strategy for employment in an evolving world economy will be reviewed. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NCOM-208**                                                        **Critical Thinking**
This course sharpens students' ability to think clearly, logically and creatively in order to establish well-supported solutions and conclusions in a variety of situations. Critical thinking and reasoning strategies are learned and applied. Course topics include problem solving, the types and general rules of arguments, the analysis of arguments and rhetoric found in contemporary life, and argumentative writing and presentation. The importance of thinking critically and effectively during communication regardless of modality (writing, reading, signing, speaking, listening) is stressed. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NCOM-285**                    **Undergraduate Research: Communication Studies**
This course is a faculty-directed student research project at the undergraduate level. The research will entail an in-depth study in the discipline that could be considered of an original nature. Enrollment in this course requires permission from the Department Chair and completion of the NTID Undergraduate Research Contract. **Research, Credits 1 - 4 (Fall, Spring)**

**NCOM-289**                    **Special Topics: Communication Studies and Services**
The description for each Special Topics request will be specified in each course proposal. (NTID Supported Students.) **Lecture 3, Credits 1 - 4 (Fall, Spring)**

**NCOM-371**                                    **Introduction to Cued American English**
This course is an introduction to the Cued Speech system of representing spoken American English, its history, and application. Students will increase their awareness of spoken English and the pronunciation of words in conversation. They will also understand and describe the purpose of Cued Speech, as well as identify other populations and uses for Cued Speech. Students will understand the language learning benefits of Cued Speech. Upon completion of the course students will be able to accurately use Cued Speech to convey spoken American English. Students will receive credit for INTP-371 or NCOM-371, not both. **Lecture 3, Credits 3 (Fall)**

**NCOM-475**                                    **Advanced Cued American English**
This course is a blended course (classroom/online) that builds upon the foundations of the Cued Speech System. Cued Speech is a phonemically based system that uses hand shapes and mouth movements to represent spoken language, in this case spoken American English. In this course, students will practice transliterating from spoken American English to cued spoken American English in order to increase speed and fluency while maintaining accuracy of the Cued Speech system. Students will also boost receptive abilities by watching online videos of deaf native users of Cued American English. This class will prepare the students for transliterating in the classroom. They will also deepen their understanding of the research and methodology behind the applications of Cued Speech via reading research articles and presenting their findings to the class. Various transliterators will visit the class to discuss their experiences with Cued Speech while explaining the process of achieving certification at the national level. (Prerequisites: INTP-371 or NCOM-371 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**NCOM-489**                    **Special Topics: Communication Studies**
The description for the special topics course will be specified in each course proposal. **Lecture, Credits 1 - 3 (Fall, Spring)**

## Engineering Studies

### Applied Mechanical Technology

**NETS-101**                                    **Fundamentals of Engineering**
This course will introduce students to the field of mechanical engineering technology through an exposition of its disciplines, including basic mechanics, fluid power, and energy. Students will be introduced to design and engineering problem solving methods that will be applied to problems in the aforementioned topic areas. Students will analyze data, perform design calculations, solve equations, and program devices. Project reports are generated through the integration of these tools with word processing and presentation software. The application of software tools to the engineering design process will be emphasized throughout. (NTID Supported Students.) **Lab 4, Lecture 1, Credits 3 (Fall, Spring)**

**NETS-110**                                    **Foundations of Materials**
This course introduces students to the commonly used families of materials. It focuses on the fundamental principles of properties of materials utilized in the practice of engineering. Metals, ceramics, polymeric materials and composites are studied, with a particular emphasis in steels and non-ferrous metals. Material selection is also discussed. (Prerequisites: NTID supported student. Co-requisites: NETS-111 or equivalent course.) **Lecture 2, Credits 2 (Fall)**

**NETS-111**                                    **Foundations of Materials Lab**
Properties of materials will be determined through experimentation and use of reference sources. (Prerequisites: NTID supported student. Co-requisites: NETS-110 or equivalent course.) **Lab 2, Credits 1 (Fall)**

**NETS-120**                                    **Manufacturing Processes**
This introductory course investigates the four major categories of traditional manufacturing processes as well as newly developed non-traditional techniques. This course focuses on understanding the concepts of past and current manufacturing processes. Students will learn how typical industrial piece parts and assemblies are manufactured. Topics focus on processes and related theory for the traditional manufacturing processes of material removal, metal forming, joining, casting and molding, as well as more recently developed processes such as powder metallurgy, rapid prototyping, EDM, chemical machining, water jet, LASER and plasma cutting. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Spring)**

**NETS-150**                                    **Mechanical Design and Fabrication**
This introductory course investigates basic engineering concepts and how they relate to traditional manufacturing processes and techniques. Topics will emphasize the design of components through the use of solid modeling, dimensioning, tolerancing, geometric dimensioning and tolerancing, and statistics. In a related laboratory course, students will be expected to build, inspect, and integrate their designs. (Prerequisites: NTID suppported student. Co-requisites: NETS-151 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

RIT0001022

**NETS-151**                                      **Mechanical Design and Fabrication Lab**
This lab course integrates basic manufacturing techniques with engineering design concepts. Traditional machine shop tools and precision measuring instruments will be used by the students as they create the objects that they designed in the related classroom course. (Prerequisites:NTID suppported student.Co-requisites: NETS-150 or equivalent course.) **Lab 2, Credits 1 (Spring)**

**NETS-285**                                      **Undergraduate Research: Engineering Studies**
This course is a faculty-directed student research project at the undergraduate level. The research will entail an in-depth study in the discipline that could be considered of an original nature. Enrollment in this course requires permission from the Department Chair and completion of the NTID Undergraduate Research Contract. **Research, Credits 1 - 4 (Fall, Spring)**

## Computer-Aided Drafting Technology
**NCAD-108**                                      **Data Collection and Analysis**
Students develop hands-on experience with basic measuring instruments used by the A/E/C industry through lab and field activities. Students develop a methodology for recording field measurements that can be accurately converted into digital documentation. Students also develop the ability to interpret industry standard construction documentation produced by others. (Prerequisites: This class is restricted to NTID supported students who have completed NCAD-150 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**NCAD-112**                                      **Computing Tools for Engineering Technology**
This course provides a foundation of computer skills common to classroom and work environments in engineering related fields. These include skills with using operating systems, networks, the internet, common office productivity tools, and graphics tools. Assignments will include engineering communication and problem solving components. Effective communication strategies will be explored in giving a presentation. Students will also develop a basic website which will be used as a basis for the student's electronic portfolio. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall)**

**NCAD-150**                                      **Engineering Graphics in AEC**
The objective of this course is to introduce students to engineering graphics as a means of communication in the technical fields of architecture, engineering and construction (A/E/C). The course is laboratory oriented and provides the student with basic skills to create professional 2D drawings with this comprehensive first course in the use of AutoCAD software for mechanical, architectural and civil drawings. The course assumes no prior knowledge of engineering drawing or CAD. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall)**

**NCAD-170**                                      **Construction CAD I**
The objective of this course is to learn the fundamental concepts of building information modeling (BIM) and how computer aided drafting (CAD) is used to produce basic construction documents. Students will learn to create a basic BIM project as well as learn basic AEC concepts and terms. Students will also develop effective time management skills and file management strategies. (NTID Supported Students.) **Lab 9, Credits 3 (Spring)**

**NCAD-180**                                      **Civil Technology Graphics**
The objective of this course is to develop an understanding of drawings and practices used in the civil drafting field. Students engage in sketching exercises as well as use computer aided drafting tools to create plans and drawings for civil engineering projects. Students are introduced to mapping, surveying, GIS, plot plans, contour lines, highway layout, profiles and earthwork drawings. Students develop an understanding of the technical and legal purpose of these drawings and how to assemble them. No official prerequisites are required, but students should have basic computer literacy skills. (Prerequisites: This class is restricted to NTID supported students who have completed NCAD-150 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**NCAD-199**                                      **Independent Study CADT**
The description for each Independent Study request will be specified in each student proposal. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 5 (Fall, Spring)**

**NCAD-201**                                      **Job Search Process for CADT**
Course goals are to prepare students to secure a cooperative or professional work experience in the student's major and to assist the student in acquiring the skills for accessing information, networking, developing resumes and letters, completing various employment-related forms, interviewing, and using various communication techniques in preparing students for the job search process. This course also includes a lab where students will design and create a hard-copy and a web-based electronic portfolio, and students will engage in practice interviews to effectively communicate the contents of their portfolio. (NTID Supported Students.) **Lec/Lab 4, Credits 3 (Fall)**

**NCAD-220**                                      **Construction CAD II**
The objective of this course is to learn how Building Information Modeling (BIM) can bring different disciplines together in a coordinated way to facilitate the design of a building. The course will build on the CAD skills learned in Construction CAD I to develop a more complex commercial BIM project that includes Architecture, MEP services and structural systems. Students will learn various AEC concepts and terms as well as how to organize a set of construction documents. (Prerequisites: This class is restricted to NTID supported students who have completed NCAD-108 and NCAD-170 or equivalent courses.) **Lab 9, Credits 3 (Fall)**

**NCAD-230**                                      **Construction CAD III**
Students learn to apply 3-D CAD techniques to a multi-level construction project situated on a site with significant topographic features. Students will function as a team to create a total project model. Structural systems will be integrated into the construction of the building model. Students will extract and refine a series of orthographic views of the site and building models such that a comprehensive set of working drawings is produced. (Prerequisites: This class is restricted to NTID supported students who have completed NCAD-220 and NCAD-255 or equivalent courses.) **Lab 9, Credits 3 (Spring)**

**NCAD-240**                                      **Advanced Construction CAD**
Students develop CAD and BIM skills gained in previous courses by adding skills in design development. The project, a building of two or more stories, requires the synthesis of information and principles both from previous courses and from reference sources. Students will create a BIM project from preliminary drawings. Some design work will be required as students will incorporate information from building codes, specifications and data for mechanical, electrical and plumbing (MEP) services and structural systems. (Prerequisites: This class is restricted to NTID supported students who have completed NCAD-230, NCAD-265, NCAD-275 and NCAD-285 or equivalent courses. Co-requisites: NCAD-250 or equivalent course.) **Lab 9, Credits 3 (Fall)**

**NCAD-245**                                      **Energy Modeling for Sustainable Construction**
This course explores the fundamental relationship between building systems and energy. It also, addresses the building envelope (outside walls, roofing) and how location, siting, landscaping, and material selections affect the energy consumption of a project. Students will be introduced to energy analysis software available through the United States Department of Energy. Students will also learn to apply BIM software to analyze the energy efficiency of building design iterations. (Prerequisites: This class is restricted to NTID supported students who have completed NCAD-220 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**NCAD-250**                                      **Presentation Graphics**
Students gain specialized skills and knowledge in production of presentation graphics using CAD and visualization software. Using general CAD skills as a starting point, students learn to setup and render various types of images and animations for presentation of construction projects to clients, agencies, boards, and the public. Students will engage in a team design project which will culminate with a final presentation. (Co-requisites: NCAD-240 or equivalent course and NTID supported student.) **Lab 5, Credits 3 (Fall)**

**NCAD-255**                                      **Construction Materials and Methods I**
Students study soil, aggregate, Portland cement concrete, asphalt cement concrete and wood products used for construction. Laboratory work focuses on testing soil, aggregates and Portland cement concrete. ASTM standards are used in all testing. Students also test mortar using ASTM standards and follow building codes for framing construction. Students will engage in hands-on lab activities. (Prerequisites: This class is restricted to NTID supported students who have completed NCAD-108 and NCAD-170 or equivalent courses.) **Lec/Lab 5, Credits 3 (Fall)**

**NCAD-265**                                      **Construction Materials and Methods II**
This course is a continuation of the Construction Materials and Methods I course. Students learn standard technical vocabulary related to common construction materials, basic building science concepts related to thermal insulation and moisture protection, and various construction framing methods. Students will also learn the aesthetic, economic and performance characteristics of a wide variety of non-structural materials and finish products associated with the construction industry. Hands-on lab activities are used to learn how many common products are installed. (Prerequisites: This class is restricted to NTID supported students who have completed NCAD-255 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**NCAD-275**                                      **Principles of Structural Systems**
In this course, students learn the basic concepts of loads and stresses and how the structural members of a construction project support and distribute loads. The overview includes the practical aspects of how structural elements as assembled and incorporated into construction projects and the influence of building codes on the selection of structural systems. (Prerequisites: This class is restricted to NTID supported students who have completed NCAD-108 and NCAD-170 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

RIT0001023

**National Technical Institute for the Deaf**

**NCAD-280**                                                                    **GIS Fundamentals**
Students develop basic skills in applications of geographic information systems (GIS). Through hands-on projects, students will learn how to use GIS software, plan a project, create a database, conduct spatial analysis, and create presentation graphics. No official prerequisites are required, but students should have basic computer literacy skills. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Spring)**

**NCAD-285**                                                                    **MEP Systems**
Students learn to identify the basic components and operation of the mechanical, electrical and plumbing (MEP) systems for a construction project. These systems include water supply, sanitary sewer and waste water treatment, storm drainage, solid waste handling, power supply generation, indoor climate control, lighting and communication systems. Students will learn the advantages of specifying sustainable solutions for these systems. Students will become acquainted with the graphic representation of these systems on construction documentation. (Prerequisites: This class is restricted to NTID supported students who have completed NCAD-220 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**NCAD-289**                                                                    **Special Topics: CADT**
The description for each Special Topics request will be specified in each course proposal. (NTID Supported Students.) **Lecture, Credits 1 - 5 (Fall, Spring)**

**NCAD-299**                                                                    **Co-op: CADT**
Designed to give the student an opportunity to gain experience on the job, to apply what they have learned and to self-evaluate personal and communication skills. Placement assistance is provided to help the student find a relevant work experience. **CO OP, Credits 0 (Fall, Spring, Summer)**

## Computer Integrated Machining Technology

**NCIM-101**                                                                    **Blueprint Reading I**
Students develop the basic skills necessary to read and interpret fundamental engineering drawings of details, subassemblies, and assemblies. (NTID Supported Students.) **Lec/Lab 4, Credits 3 (Fall)**

**NCIM-102**                                                                    **Blueprint Reading II**
In this second blueprint reading course, students continue to develop the skills necessary to read and interpret prints of engineering drawings of details and assemblies. More emphasis is placed on Metric drawings and Geometric Tolerances as applied to engineering drawings and part inspection. (Prerequisites: This class is restricted to NTID supported students who have completed NCIM-101 or equivalent course.) **Lec/Lab 4, Credits 3 (Spring)**

**NCIM-121**                                                                    **Precision Measurement I**
Students develop the skills necessary to measure to the highest tolerances commonly used in industry. They measure parts or groups of parts using industrial methods and equipment. Analysis of measurements and problem solving are stressed. (NTID Supported Students.) **Lab 2, Lecture 2, Credits 3 (Spring)**

**NCIM-131**                                                                    **Computer Integrated Machining Tech I**
In this first course of a six course sequence, students develop basic skills for operating manual and computer controlled machine tools. Laboratory instruction simulates introductory level work in an industrial environment; student work is held to ANSI and ISO referenced standards for dimensional and geometric accuracy. Safe work habits are cultivated, and industrial safety rules are highly stressed during this course. (Co-requisites: NCIM-101 or equivalent course and NTID supported student.) **Lec/Lab 6, Credits 3 (Fall)**

**NCIM-132**                                                                    **Computer Integrated Machining Technology II**
In this second course in a six course sequence, students continue to develop basic skills for operating manual and computer controlled machine tools. Laboratory instruction simulates moderate level work in an industrial environment; student work is held to ANSI and ISO referenced standards for dimensional and geometric accuracy. Safe work habits are cultivated, and industrial safety rules are continually stressed during this course. (Prerequisites: This class is restricted to NTID supported students who have completed NCIM-101 and NCIM-131 or equivalent courses. Co-requisites: NCIM-121 and NMTH-206 or equivalent courses.) **Lec/Lab 6, Credits 3 (Spring)**

**NCIM-199**                                                                    **Independent Study: CIMT**
Students develop in-depth knowledge and industrial skills in a topic of their choice under the supervision of CIMT Faculty. (NTID Supported Students.) **Ind Study, Credits 1 - 4 (Fall, Spring)**

**NCIM-201**                                                                    **Job Search Process for CIMT**
Course goals are to prepare students to secure a cooperative or professional work experience in the student's major and to assist the student in acquiring the skills for accessing information, networking, developing resumes and letters, completing various employment-related forms, interviewing, and using various communication techniques in preparing students for the job search process. (NTID Supported Students.) **Lecture 2, Credits 2 (Fall)**

**NCIM-207**                                                                    **Industrial Materials**
Introduction to the many materials used in industry and the reasons why the final cost of producing a part is influenced by material selection. Metals, plastics and ceramics are covered from the perspective of physical, mechanical and dimensional properties. (Prerequisites: This class is restricted to NTID supported students that have completed NCIM-131 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NCIM-214**                                                                    **CAD Applications**
Students develop engineering skills in engineering graphics and solid modeling. Students will primarily use computer-aided drafting (CAD) as a tool to generate 2D graphics and 3D solid models. The course is laboratory oriented and provides the student with basic skills in spatial visualization, freehand sketching, parametric solid modeling, and creation of engineering drawings which meet industrial drafting standards. (NTID Supported Students.) **Lec/Lab 6, Credits 3 (Fall, Spring)**

**NCIM-222**                                                                    **Precision Measurement II**
Students enhance the measurement skills learned in Precision Measurement I. The emphasis of this course will be on using the principals of Geometric Dimensioning and Tolerancing to inspect machine parts. Emphasis will be placed on developing appropriate and repeatable inspection setups. Hands on experience with Optical Comparators and Coordinate Measuring Machines will be included. (Prerequisites: This class is restricted to NTID supported students that have completed NCIM-121 and NCIM-131 or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall)**

**NCIM-233**                                                                    **Computer Integrated Machining Technology III**
In this third course of a six course sequence, students continue to develop basic skills for operating manual and computer controlled machine tools. Laboratory instruction simulates moderate level work in an industrial environment; student work is held to ANSI and ISO referenced standards for dimensional and geometric accuracy. Safe work habits are cultivated, and industrial safety rules are continually stressed during this course. (Prerequisites: This class is restricted to NTID supported students that have completed NCIM-132 or equivalent course. Co-requisites: NCIM-251 or equivalent course.) **Lec/Lab 6, Credits 3 (Fall)**

**NCIM-234**                                                                    **Computer Integrated Machining Technology IV**
In this fourth course of a six course sequence, students continue to develop basic skills for operating manual and computer controlled machine tools. Laboratory instruction simulates moderate level work in an industrial environment; student work is held to ANSI and ISO referenced standards for dimensional and geometric accuracy. Safe work habits are cultivated and industrial safety rules are continually stressed during this course. (Prerequisites: This class is restricted to NTID supported students that have completed NCIM-233 or equivalent course.) **Lec/Lab 6, Credits 3 (Spring)**

**NCIM-235**                                                                    **Computer Integrated Machining Technology V**
This fifth course of a six course sequence is the capstone for the students' program. After selecting a unique project, students control all aspects of its creation. Together with the laboratory section of this course, students discuss and perform all tasks associated with the manufacturing process. Tasks include innovative concepts and design, planning, procurement, scheduling, documenting, manufacturing, assembling, and presentation. Students must develop and deliver this project on-time and within budget. (Prerequisites: This class is restricted to NTID supported students that have completed NCIM-234 or equivalent course. Co-requisites: NCIM-236 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**NCIM-236**                                                                    **Computer Integrated Machining Technology V Lab**
This sixth course of a six course sequence is the capstone for the students' program. After selecting a unique project, students control all aspects of its creation. Together with the classroom section of this course, students perform all tasks associated with the manufacturing process. Taking designs and decisions made in the classroom, students use industrial machine tools to create and assemble the final project. Lab activities include machining and assembling. Students must deliver this project on-time and within budget. (Prerequisites: This class is restricted to NTID supported students that have completed NCIM-234 or equivalent course. Co-requisites: NCIM-235 or equivalent course.) **Lab 9, Credits 3 (Fall)**

RIT0001024

**NCIM-237** **Precision Grinding**
Students develop basic skills for precision grinding techniques. Students learn about abrasives and grinding operations, with special focus on surface and center type cylindrical grinding. Laboratory exercises simulate moderately difficult precision work produced and inspected in an industrial environment. Students' work is held to ANSI and ISO referenced standards for dimensional and geometric accuracy. Safe work habits are cultivated and industrial safety rules are continually stressed during this course. (Prerequisites: This class is restricted to NTID supported students that have completed NCIM-233 or equivalent course.) **Lab 5, Lecture 1, Credits 3 (Fall, Spring)**

**NCIM-241** **Precision Optics Manufacturing I**
In this course students learn and apply basic optical principles used in conventional manufacturing of precision optical flat elements. Procedures and techniques include blocking, vertical rotary grinding, rough bench grinding, double-sided lapping/grinding, polishing, deblocking and centering. Students practice and apply appropriate handling, cleaning and visual inspection techniques. A brief introduction to spherical grinding will be included. (Prerequisites: This class is restricted to NTID supported students that have completed NCIM-101 and NCIM-121 or equivalent courses.) **Lec/Lab 6, Credits 3 (Fall)**

**NCIM-242** **Precision Optics Manufacturing II**
This course is the second in a sequence of courses in which students learn to apply basic principles of conventional and CNC manufacturing of optical elements. The emphasis in this course will be on the production of simple convex and concave spherical elements. Procedures and techniques include curve generating, blocking, rough and fine grinding, stick polishing, deblocking and centering. Students practice and apply appropriate handling and visual inspection techniques. (Prerequisites: This class is restricted to NTID supported students that have completed NCIM-241 or equivalent courses.) **Lab 6, Credits 3 (Spring)**

**NCIM-243** **Optical Testing**
In this course students learn techniques used for testing spherical surfaces, flats, and prisms. Topics include measurement of surface quality, focal length, power, irregularity, angle of deviation, basic interferometry, fringe analysis and lens aberrations. Specific measuring techniques and instruments include auto collimation, distance object method, laser two-beam method, spherometers, micrometers, Ronchi testers and test plating. (Prerequisites: This class is restricted to NTID supported students that have completed NCIM-121 or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NCIM-251** **Computer Numerical Control I**
Students develop basic skills in programming CNC machine tools. Laboratory instruction simulates industrial environments in both the precision machining industry and the precision optics industry; student work is held to ISO referenced standards for dimensional and geometric accuracy. Safety in the operation of automated machines is an integral part of the course. (Prerequisites: This class is restricted to NTID supported students that have completed NCIM-132 or equivalent courses.) **Lec/Lab 6, Credits 3 (Fall)**

**NCIM-252** **Computer Numerical Control II**
Students develop basic skills in programming CNC machine tools. Laboratory instruction simulates industrial environments in both the precision machining industry and the precision optics industry; student work is held to ISO referenced standards for dimensional and geometric accuracy. Safety in the operation of automated machines is an integral part of the course. (Prerequisites: This class is restricted to NTID supported students that have completed NCIM-251 or (0813-250 and 0813-252) or equivalent courses.) **Lec/Lab 6, Credits 3 (Spring)**

**NCIM-253** **Advanced CNC Concepts**
This course is for students who want to learn more in-depth techniques related to CNC programming, process development and control, and product fixturing techniques using turning and milling centers. Students will develop more advanced knowledge of coding and editing parts using CAM/CAD software. A blend of practical theory and hands-on experience is required to perform complex setups in CNC machining centers. This includes CAD/CAM operations, program analysis, troubleshooting the solid model preparation, and the communication between CNC controls and CAD/CAM programs. (Prerequisites: This class is restricted to NTID supported students that have completed NCIM-252 and NCIM-254 or equivalent courses with a grade of B- or better.) **Lec/Lab 6, Credits 3 (Fall)**

**NCIM-254** **Introduction to Computer Aided Manufacturing**
This course studies modern prototyping and manufacturing methods to create Computer Numerical Control (CNC) programs. Using the students' knowledge of Computer Aided Design (CAD) and the operations of Computer Numerical Control (CNC), they develop CNC programs, by means of Computer Assisted Manufacturing (CAM) systems. Using commercial CAM software, students will convert 2D drawings and 3D CAD models into CNC toolpaths. Students' output will be tested on two-axis and three-axis machining centers. (Prerequisites: This class is restricted to NTID supported students that have completed NCIM-214 and NCIM-251 or equivalent courses.) **Lec/Lab 6, Credits 3 (Fall, Spring)**

**NCIM-289** **Special Topics: CIMT**
The description for each Special Topics request will be specified in each course proposal. (NTID Supported Students.) **Lecture, Credits 1 - 5 (Fall, Spring)**

**NCIM-299** **Co-op Study: CIMT**
Students develop machining skills with on the job training at actual industrial facilities. This experience must contain a minimum of 350 hours of related work experience. **CO OP, Credits 0 (Summer)**

## English (NTID)

**NENG-102** **Introductory Reading and Writing I**
This is a developmental English language course at the first level offered at NTID in which students begin developing the skills necessary for understanding and using written English in AOS degree programs at NTID. World knowledge topics are presented in various media and provide the context in which students learn to: comprehend and use the basic constituents of English sentence; develop a content word vocabulary of about 4000 words; and practice strategies for improving reading comprehension and written expression. In order to continue their reading and writing skill development in Intermediate Reading & Writing I (NENG-112) students must complete this course with a C or better. (NTID Reading Test score below 50 and NTID Writing Test score below 80). (NTID Supported Students.) **Lecture 6, Credits 6 (Fall)**

**NENG-103** **Introductory Reading and Writing II**
This is a developmental English language course at the first level offered at NTID for students who begin with reading skills higher than those in NENG-102 or have received an E grade in NENG-102. Students continue developing the skills necessary for understanding and using written English in AOS degree programs at NTID. World knowledge topics are presented in various media and provide the context in which students learn to: comprehend and use more of the basic constituents of English sentences; develop a content word vocabulary of about 4000 words; and practice strategies for improving reading comprehension and written expression. In order to continue their reading and writing skill development in Intermediate Reading & Writing I (NENG-112) students must pass this course. (NTID Writing Test score below 40 and NTID Reading Test score 80 to 97 or grade of "D" in NENG-102). (Prerequisites: This class is restricted to NTID supported students that have completed NENG-102 or equivalent course.) **Lecture 4, Credits 3 (Fall, Spring)**

**NENG-112** **Intermediate Reading and Writing I**
This is the first course in a two-course developmental English language sequence at the second level offered at NTID in which students work on reading and writing skills necessary for AOS programs at NTID. General topics in science and humanities provide the context in which students review the basic constituents of English sentences, begin to develop skills for comprehending and using complex sentence elements, increase their English content word vocabulary to about 5000 words, learn to use independent reading strategies, and develop skills for writing paragraphs and longer compositions. Upon successful completion of this course, students will continue their reading and writing skill development in Intermediate Reading & Writing II (NENG-113). (NENG-102 with a "C" grade or better or NENG-103 or NTID Reading Test score from 80 to 97 and NTID Writing Test score from 40 to 59). (Prerequisites: This class is restricted to NTID supported students that have completed NENG-102 (with a grade of C- or better) or NENG-103 or equivalent course.) **Lecture 4, Credits 3 (Fall, Spring)**

**NENG-113** **Intermediate Reading and Writing II**
This is the second course in a two-course developmental English language sequence at the second level offered at NTID for students who have completed Intermediate Reading & Writing I. Students continue to work on reading and writing skills necessary for AOS programs at NTID. General topics in science and humanities provide the context in which students use the skills included in Intermediate Reading & Writing I, develop skills for comprehending and using additional complex English sentence elements, increase their content word vocabulary to about 6000 words, begin to evaluate reading tasks to select appropriate reading strategies, and expand their skills for writing paragraphs and longer compositions. In order to continue their reading and writing skill development in Career English I (NENG-212) students must pass this course. (NENG-112 or NTID Writing Test score from 40 to 49 and NTID Reading Test score from 98 to 124). (Prerequisites: This class is restricted to NTID supported students that have completed NENG-112 or equivalent course.) **Lecture 4, Credits 3 (Fall, Spring)**

**NENG-199** **Independent Study: English**
The description for each Independent Study request will be specified in each course proposal. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 6 (Fall, Spring)**

RIT0001025

**National Technical Institute for the Deaf**

**NENG-212**                                                   **Career English I**
This is the first course in a two-course sequence. It is designed to develop reading, writing, grammar, and vocabulary skills that students need for AOS course work and for the work environment. The reading and writing components are thoroughly integrated with approximately equal time being devoted to each. Grammar and vocabulary are thoroughly integrated into the reading and writing components. Course content includes general and technical articles, memorandums, letters, electronic communication, directions, work-related forms, and short report. (Prerequisites: This class is restricted to NTID supported students that have completed NENG-113 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**NENG-213**                                                  **Career English II**
This is the second course in a two-course sequence. It is designed to advance and refine reading, writing, grammar, and vocabulary skills that students need for AOS course work and for the work environment. The reading and writing components are thoroughly integrated with approximately equal time being devoted to each. Grammar and vocabulary are thoroughly integrated into the reading and writing components. Course content includes general and technical articles, memorandums, letters, electronic communication, directions, work-related forms, and short reports. (Prerequisites: This class is restricted to NTID supported students that have completed  NENG-212 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**NENG-221**                                        **Analytical Reading and Writing I**
This is the first course in a four-course intensive English sequence. In this course, selected shorter readings give students the opportunity to strengthen their reading comprehension skills and world knowledge. Readings will include nonfiction, fiction, and theme-based articles from library databases. The readings also serve as prompts for writing at both the paragraph and essay levels. While developing their expository writing skills, students learn to recognize and apply the traditional rhetorical modes used in writing. Students also will develop skills in summary writing. Other components of the course include grammar and vocabulary instruction, along with editing and proofreading strategies. Vocabulary is taught both incidentally as it appears in readings and formally using a vocabulary text. The readings follow a specific theme and also will serve as models for examining style, organization and grammar. In order to continue their reading and writing skill development in Bridge to College English I (NENG-231) and Bridge to College English II (NENG-232), students must complete this course and co-requisite Analytical Reading and Writing II (NENG-222) with grades of "C-" or better. (NTID Reading Test score 98-124 and NTID Writing Test score 50-59, or by department permission. (Prerequisites: NTID supported student.Co-requisites: NENG-222 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**NENG-222**                                       **Analytical Reading and Writing II**
This second course in the four-course intensive English sequence continues to strengthen students' reading comprehension skills and world knowledge, with an added emphasis on critical reading, thinking, and writing. Readings will include nonfiction, fiction, and theme-based articles from library databases. Students identify and examine an author's purpose and tone, bias, assumptions, opinions, facts, examples, evidence, patterns of organization, and audience. Students also develop inference and deduction skills while learning to recognize and avoid overgeneralization and oversimplification in their writing. This course, which follows a specific theme, includes a short novel or novelette— fiction or non-fiction—as part of the required reading. In order to continue their reading and writing skill development in Bridge to College English(NENG-231) and Bridge to College English(NENG-232) students must complete this course and co-requisite Analytical Reading and Writing I (NENG-221) with grades of "C-" or better. (NTID Reading Test score 98-124 and NTID Writing Test score 50-59; or by department permission. (Prerequisites: NTID supported student.Co-requisites: NENG-221 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**NENG-231**                                         **Bridge to College English I**
This is the first of two Bridge to College courses that also serve as the final two courses in the four-course intensive English sequence. This course exposes students to a variety of reading material, including nonfiction, fiction, and theme-based articles from library databases. It includes a reading of a full-length novel, either fiction or non-fiction, and it offers strategies for reading comprehension and interpretation beyond prior courses where applicable. Students will engage in a variety of writing activities related to the readings. Vocabulary is taught both incidentally as it appears in readings and formally using a vocabulary text. In order to qualify for testing and placement in Written Communication (NENG-241), Critical Reading and Writing (UWRT-100) or First Year Writing: Writing Seminar (UWRT-150) students must complete this course and co-requisite Bridge to College English II (NENG-232) with grades of "C-" or better. (NENG-221 and NENG-222 with grades of C- or better, or NTID Reading Test score 125-144 and NTID Writing Test score 60 or greater. (Prerequisites: This class is restricted to NTID supported students that have completed NENG-221 and NENG-222 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**NENG-232**                                         **Bridge to College English II**
This is the second of two designated Bridge to College English courses that also serve as the final two courses in the four-course intensive English sequence: This course provides advanced instruction on expository writing with a focus on refining writing skills introduced in earlier courses where applicable. This course also provides instruction on responding to multiple-part writing prompts. Students taking this as a stand-alone course will use readings from textbooks and online and database sources as the basis for their writing. The course provides further instruction in integrating sources into writing. Some writing assignments may be managed through journal entries. In order to qualify for testing and placement in Written Communication(NENG-241), Critical Reading and Writing (UWRT-100) or First Year Writing: Writing Seminar (UWRT-150) students must complete this course and co-requisite Bridge to College English I (NENG-231) with grades of "C-" or better. (NENG-221 and NENG-222 with grades of C- or better or NTID Reading Test score 136-144 and NTID Writing Test score 60 or greater). (Prerequisites: This class is restricted to NTID supported students that have completed NENG-221 and NENG-222 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**NENG-241**                                           **Written Communication**
Written Communication is a composition course that enhances students reading, writing, and critical thinking skills in preparation for Critical Reading and Writing (UWRT-100) and First Year Writing: Writing Seminar (UWRT-150). The course engages students in the deliberate practice of writing and learning when and how to apply specific expository modes in academic essays. While strengthening their reading comprehension, students begin to develop an understanding of how writers use rhetorical strategies to reach a particular audience and achieve their intended purpose in writing. Students also identify and analyze thesis statements and distinguish between main points and supporting details. Students write summaries and analyses of the readings along with well-developed expository essays using a combination of rhetorical modes such as definition, classification, comparison and contrast, and cause and effect. The course also emphasizes strategies for the appropriate incorporation of material summarized, quoted, and paraphrased from various sources as well as the protocol of documentation. Students revise in substantive ways with the assistance of required teacher conferences and Institute-supported tutorial services as they continue the process of becoming more independent writers. Students must complete this course with a grade of C- or better. (Prerequisites: This class is restricted to NTID supported students that have completed NENG-231 or NENG-232 or equivalent course with grades of C- or better.) **Lecture 3, Credits 3 (Fall, Spring)**

**NENG-289**                                             **Special Topics: English**
The description for each Special Topics request will be specified in each course proposal. (NTID Supported Students.) **Lecture, Credits 1 - 6 (Fall, Spring)**

## Humanities and Social Sciences

**NHSS-110**                                 **Perspectives on Literature and the Arts**
Students are introduced to basic concepts and terminology in the study of the humanities (visual and performing arts, history, and philosophy) through a variety of literary works presented in English and/or American Sign Language (short story, storytelling, novel excerpts, drama, film, poetry, and ASL literature). Students will learn about intellectual/academic inquiry and issues studied within these disciplines. (NTID Supported Students.) **Lecture 3, Credits 3 (Spring)**

**NHSS-111**                                 **The Changing American Family**
Students are introduced to basic concepts and terminology in the study of the evolving American family from its Judeo-Christian roots to its multi-cultural reality in the 21st century. Students will learn about the nature of the family unit, the contributions of its members to the family organization, the family's contribution to society, and the current trends in the American family. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall)**

**NHSS-120**                                 **Introduction to Performing Arts**
Studies the characteristics and elements of theatre and the performing arts, emphasizing the principles and conventions that have guided theatre productions through history. The course examines the ways that theatre influences and is influenced by cultures and by individual life experience. Particular attention is paid to the development of scripts, visual theatre, theatre vocabulary, and the emergence of Deaf and multicultural theatre. **Lecture 3, Credits 3 (Fall, Spring)**

**NHSS-122**                                     **Introduction to Stagecraft**
Introduces the technical and design processes of theatre, including scenery, costume, lighting, make-up, and prop craft. Students experience the range of skills needed to create successful productions, and identify their own areas of interest and strength for future theatre participation. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall)**

RIT0001026

**NHSS-130**                                                    **Acting I**
An introduction to the actor's craft, process, and technique. Major performance methods are introduced in both physical approaches to acting (Grotowski, Delsarte, Alexander technique, multi-cultural methods from African Griot to Japanese Noh) and psychological approaches (Stanislavsky, Meisner, Hagan, Strasberg). Strategies for script analysis, translation, memorization, stage combat, mask, and mime prepare the student for Acting II. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NHSS-132**              **Sign Mime, Creative Movement, and Visual Theatre**
Expands students understanding of the use of physical space through creative movement strategies. These are supplemented by images, gesture and sign representation of story elements. Techniques developed from visual theatre practices are studied. Through active participation, students learn the language of movement, mime and visual theatre. Ensemble work based on performance standards, character creation and theme development is emphasized. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NHSS-134**                                        **Dance I: Jazz and Hip-Hop**
Provides students with a wide range of dance movement and dance vocabulary, which is created from jazz dance, hip-hop and other contemporary dance idioms. Students will experience a variety of dance form through physical movement including the styles of Bob Fosse, Michael Bennett and Frank Hatchett as well as elements of street dance, including the styles of Laurie Ann Gibson and Shane Sparks. **Lecture 3, Credits 3 (Fall, Spring)**

**NHSS-159**                              **Deaf Community in the Modern World**
Introduces students to American and international aspects of Deaf culture and community. Students learn about the language, norms of behavior, values and traditions of Deaf people. Historical and sociological perspectives and cross-cultural issues related to the hearing and Deaf communities are analyzed. The formation of the Deaf community and Deaf culture is studied to illustrate the meaning of Deaf Heritage and how art, sports, organizations, and technology have combined to impact the lives of Deaf people. The achievements of many Deaf people in a variety of fields are reviewed to underscore self-identity and self-advocacy issues. The study of cultural, economic and political history is used to broaden understanding of current events. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NHSS-180**                                      **Introduction to Social Sciences**
This course is intended to explore the understanding of human behavior and everyday life using important concepts from social sciences. The course covers the fields of psychology, sociology, and political science. Materials from anthropology and economics may be used as well. The course focuses on the application of the social sciences to the study of business, art, education, government, and other areas of interest. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NHSS-199**              **Independent Study: Humanities and Social Sciences**
The description for each Independent Study course will be specified in each course proposal. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 4 (Fall, Spring)**

**NHSS-219**        **Understanding Human Interaction Through Dramatic Literature**
Students will study dramatic literature with a special emphasis on analyzing the interpersonal communication among characters in written texts and engaging in presentations, performances, and role playing. Students will apply their insights to real life situations. They will also present their analyses to an audience and/or perform scenes from plays. The course will enable students to gain important insights into their own patterns of communication and develop effective strategies for presenting information to audiences and engaging in interpersonal communication. Each student is responsible for their own communication in the classroom. This course is open to all RIT students; an interpreter will not be provided. **Lecture 3, Credits 3 (Spring)**

**NHSS-220**                                      **Appreciation of Theatre Design**
This course fosters the understanding and appreciation of design as part of theatrical productions with specific reference to the fields of scenic, lighting, and costume design and the personnel involved. Students will explore the historical and cultural aspects of theatre while examining the relationship to their activities in everyday life. Students will learn how theatrical scripts and stage directions influence the design, aesthetics, and use of space in a theatrical production, and how to use the script to visualize the design process. Deaf Theatre and other cultural references will be used to discuss the ever growing need to address diversity and accessibility in theatrical productions. Emphasis will be placed on using literary analysis of themes and metaphors inherent in a script to develop an appreciation for the artistic and aesthetic aspects of technical theatre. No artistic or technical skills necessary. **Lecture 3, Credits 3 (Fall, Spring)**

**NHSS-223**                            **Scenic and Lighting Technology**
Provides hands-on exploration of basic scenic and lighting techniques utilized in theatre productions. Students gain an understanding of scenic construction methods and technology and lighting practice, as well as the safe and proper use of tools and equipment. This course prepares students for Theatre Practicum and running crew responsibilities. (NTID Supported Students.) **Lecture 3, Credits 3 (Spring)**

**NHSS-224**                                    **Scenic Painting and Props**
An introduction to the methods and materials of theatrical painting and props through a project-oriented class. Techniques, communication, and use of appropriate materials and tools are emphasized. Students apply the skills learned to individual and group projects. This course prepares students for more specialized work in Theatre Practicum. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NHSS-225**                          **Costume, Mask, and Stage Makeup**
Explores basic stage makeup, mask and costume construction techniques. Students will gain an understanding of the visual ways to develop and present a character on stage. Student actors and technicians will create makeup designs, masks, and small costume pieces as a hands-on expression of the research and development of a character concept. This course prepares students for Theatre Practicum and running crew responsibilities. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall)**

**NHSS-231**                                                   **Acting II**
A second-level course in the development of college student actors. This course covers advanced acting techniques and vocabulary, both for developing the actor's craft and for understanding the practical theatrical jargon used by professionals. Particular attention is paid to the physical, emotional, and mental actions an actor reveals to his/her audience. Development of script translation technique related to character development is also emphasized. Practical attention is given in preparing the student actor to enter the entertainment industry or community theatre with viable working skills. (Prerequisites: This class is restricted to NTID supported students that have completed NHSS-130 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**NHSS-235**                            **Dance II: Modern Dance and Ballet**
This course provides an introduction to Ballet and Modern Dance. Through Ballet's vocabulary (French, Sign, and English), discipline base, protocols, and specific movements, students perform floor, center, and barre work. The course also provides an introduction to dance that gives students access to the language as well as the fundamental movements of Modern Dance. The styles and technique of Martha Graham (contraction) and Jose Limon (fall and rebound) are explored. Ensemble work, performance standards and creation of character and theme are stressed. Each student is responsible for their own communication in the classroom. This course is open to all RIT students; an interpreter will not be provided. **Lecture 3, Credits 3 (Spring)**

**NHSS-240**                            **Theatre History Through Deaf Eyes**
Examines theater from its earliest origins to contemporary types of theater and issues in dramatic presentation. The role of theater in society and in a variety of cultures is examined with particular attention to the role of Deaf performers, directors and play creators in specific historical periods. (NTID Supported Students.) **Lecture 3, Credits 3 (Spring)**

**NHSS-248**                                            **Theatre Practicum**
Applies technical, performing, script analysis, stage management, and other skills to an actual theatrical production. Students contract with a faculty mentor for responsibilities and the appropriate credit expectations. In addition to production responsibilities, students are expected to complete reading and writing assignments connected to the production. This course is repeatable for credit. (Enrollment in this course requires permission from the department offering the course.) **Lec/Lab, Credits 1 - 3 (Fall, Spring)**

**NHSS-249**                                      **Seminar in Performing Arts**
Using seminar and workshop approaches, this course gives students the opportunity for focused, in-depth study of a selected advanced topic in theatre. Specific topics vary from semester to semester, and address such areas as methods of acting, playwriting, production design, systems of analysis, genres of dance, translation, and historical influences on theatre art. This course is repeatable for credit. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NHSS-251**                    **Deaf Culture and Contemporary Civilization**
This course is intended to provide students with an understanding of contemporary civilization and how it affects Deaf people's lives. Students will learn key influences and develop an understanding of their impact on Deaf people via the topics of language, psychology, history, bioethics and human rights. Students will study a variety of social and cultural groups in order to understand the value of Deaf people in contemporary civilization. (Students in AOS or CARPRP-UND are not eligible to take this course.) **Lecture 3, Credits 3 (Fall)**

RIT0001027

**National Technical Institute for the Deaf**

**NHSS-260**      **Deaf People and Civil Rights**
Students will learn the history and achievements of Deaf civil rights, as well as current challenges and future directions of Deaf culture and civil rights. Students will learn the basic history of disenfranchised groups in the United States, how the civil rights process is begun and its ultimate impact on the mainstream society. The course places special emphasis on research and analysis of the Americans with Disabilities Act and involvement in a civil rights project. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NHSS-270**      **Multiculturalism in the Deaf Community**
Introduces students to multiculturalism in the Deaf community. Students learn about facts and stereotypes related to race, ethnicity, gender, sexuality and physical challenges. The cycle and internalization of biases (attitudes) and discrimination (action) will be studied. Recognition of similarities and differences related to disability, medical, racial, ethnic, social-minority, and cultural models will be explored to understand perceptions of disabled vs. able bodied individuals. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NHSS-275**      **Visual Expression of Deaf Culture**
This course introduces students to Deaf Cultural Studies using stories about the Deaf experience. Students will interpret works in visual art, film, performing arts, and literature (ASL and English). Students will learn how historical/social/political and intersectional context, Deaf cultural values, and themes and symbols influence our interpretation of these creative works. Finally, the importance of collective memories for preserving Deaf cultural norms/values and promoting social justice will be addressed. **Lecture 3, Credits 3 (Fall, Spring)**

**NHSS-279**      **Seminar in Deaf Cultural Studies**
Using a seminar approach, this course gives students the opportunity for focused, in-depth study of a specialized topic in the field of Deaf Cultural Studies. Specific topics vary from semester to semester, and address such areas as language and communication, the arts in Deaf culture, identity and diversity in the Deaf community, and political, social and legal issues. This course is repeatable for credit. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NHSS-281**      **Civic Engagement**
This course provides students with opportunities to engage in community service with Deaf and hearing socially responsible and sustainability focused organizations. Some examples of service learning opportunities might include working with Rochester School for the Deaf to establish an edible schoolyard, Habitat for Humanity to help build low cost, energy efficient, sustainable homes or working with organizations such as Foodlink and Rochester Roots which partner with local farmers to provide people in need with healthy food and provide sustainably produced local food. Students will undertake a civic engagement project where their individual contributions will be amplified through purposeful involvement with local and global organizations. Students will research social, political, economic and environmental issues that affect individuals, local and global communities, and become actively involved in seeking, proposing, and acting on solutions to selected problems. Students will explore ways in which change is an individual and collective responsibility, driven by the interconnectivity of self, local community, and global society. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NHSS-285**      **Undergraduate Research: Humanities and Social Science**
This course is a faculty-directed student research project at the undergraduate level. The research will entail an in-depth study in the discipline that could be considered of an original nature. Enrollment in this course requires permission from the Department Chair and completion of the NTID Undergraduate Research Contract. **Research, Credits 1 - 4 (Fall, Spring)**

**NHSS-289**      **Special Topics: Humanities and Social Sciences**
The description for each Special Topics request will be specified in each course proposal. (NTID Supported Students.) **Lecture, Credits 1 - 4 (Fall, Spring)**

## Information and Computing

### Applied Computer Technology-AS degree
**NACA-150**      **Network and Security Fundamentals**
This course introduces students to fundamental concepts and concerns in the networking and security fields. Issues of privacy, vulnerability, and tools for intrusion prevention will be key topics addressed as they relate to personal computer, network and data security. Concepts and terminology of wired and wireless networks, including networking hardware, media, communication technologies, protocols and basic network administration will be covered. Lab activities will develop skills in installing, configuring, securing, managing, and troubleshooting a basic LAN network. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NACA-160**      **Programming Fundamentals I**
This course will provide students with a study of the fundamental concepts, logical structures, and algorithms inherent to computer programming. Students will learn how to write basic object-oriented programs in a contemporary programming language. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NACA-161**      **Programming Fundamentals II**
This course builds upon the programming skills developed in Programming Fundamentals I and will cover more advanced object-oriented programming concepts, logical structures, and algorithms. Visual information system modeling, graphical user interfaces and software testing topics will be covered. (Prerequisites: This class is restricted to NTID supported students who have completed NACA-160 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NACA-172**      **Website Development**
This course introduces students to web page and small-scale website development. Through hands-on laboratory experiences, students will learn the fundamental concepts needed to construct web pages that follow appropriate coding standards as well as basic design principles to present content in an attractive and organized manner. Topics include HTML, CSS, graphical elements, website publishing, and transfer protocols. (NTID Supported Students.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NACA-174**      **Website Implementation**
This course builds upon the concepts of Website Development to provide students with a strong foundation in designing and implementing complex websites. Topics covered include usability, multimedia, design principles, client-side scripting, SSI, access control, and interactive pages using forms and validation. (Prerequisites: This class is restricted to NTID supported students who have completed NACA-172 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NACA-199**      **Independent Study: ACT AS**
The description for each Independent Study will be specified in each course proposal. (NTID Supported Students.) **Ind Study, Credits 1 - 4 (Fall, Spring)**

**NACA-285**      **Undergraduate Research: Applied Computer Programming**
This course is a faculty-directed student research project at the undergraduate level. The research will entail an in-depth study in the discipline that could be considered of an original nature. Enrollment in this course requires permission from the Department Chair and completion of the NTID Undergraduate Research Contract. **Research, Credits 1 - 4 (Fall, Spring, Summer)**

**NACA-289**      **Special Topics: ACT**
The description for each Special Topics course will be specified in each course proposal. **Lecture, Credits 1 - 4 (Fall, Spring)**

### Applied Computer Technology-Technical Computing
**NACT-120**      **Intro to Computer Applications**
This course is an introduction to using general-purpose software tools. The tools to be covered include word processing, spreadsheet, database, and presentation software as well as an email client. Students will do hands-on work in each application. (NTID Supported Students.) **Lec/Lab 3, Credits 3 (Fall, Spring)**

**NACT-150**      **Intro to PC Hardware**
This course introduces the fundamental hardware concepts of Windows-based computers. The skills required to install, upgrade and maintain computers are presented. The course provides students with methodologies and hands-on activities related to the configuration, diagnosis, repair, upgrade, and preventive maintenance of computer hardware, input/output devices and data communications. Topics include the basic functions and use of test equipment, logical troubleshooting of internal system conflicts and faulty peripherals, and electrical safety. (NTID Supported Students.) **Lec/Lab 4, Credits 3 (Fall)**

**NACT-151**      **Windows Operating Systems**
This course is designed to acquaint students with the structure and function of windows-based operating systems and to provide the skills required to install, configure and maintain them. Topics include system concepts, system level commands, and commands relating to program, file and applications management. Students perform a variety of functions, including OS installation and configuration, application program installation and management, creation and management of directories and file structures, and partitioning and preparation of storage media. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-150 or equivalent course.) **Lec/Lab 4, Credits 3 (Spring)**

**NACT-155**      **Non-Windows Operating Systems**
This course exposes students to Unix and other Unix-based operating systems such as Linux and Macintosh systems. It acquaints them with system services that are of interest to normal users, power users, and administrators. Students learn basic commands, scripting, and navigation from a terminal window and experience management of their user environment, files, and directories. Students are also exposed to administering some common aspects of the operating environments such as groups, users, privileges, and process management. There is also some exposure to the operating system's GUI interface. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-150 or equivalent course.) **Lec/Lab 4, Credits 3 (Spring)**

RIT0001028

**NACT-160**  **Networking Essentials**
This course introduces students to the basics of user security on their computers as well as the basics of computer networking. Students will learn the importance of user security and some of the tools and procedures needed to protect and secure their information, computers and networks against attack. Basic concepts and terminology of wired and wireless networking including networking hardware, media, communication technologies and protocols, and network management will be covered. Lab activities will develop skills in installing, configuring, managing, and troubleshooting a basic network. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall)**

**NACT-161**  **Client-Server Networks**
This course continues the concepts of computer networking with an emphasis on the networking client/server model. Various networking operating systems (NOS) will be examined as well as both peer-to-peer and client/server network applications. NOS hardware and software security tools are investigated and students learn how to install, configure, update/maintain and troubleshoot both the client/server hardware devices as well as the appropriate security tools. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-160 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**NACT-170**  **Intro to Web Development**
This course introduces students to designing and coding a multipage web site. Topics include an overview of the internet and web addressing, coding valid HTML and CSS, design principles, implementation on a server, and use of web development software. The use of hyperlinks, graphics, and multimedia in web pages will be covered. (NTID Supported Students.) **Lec/Lab 4, Credits 3 (Fall)**

**NACT-199**  **Independent Study: ACT**
The description for each Independent Study will be specified in each course proposal. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

**NACT-200**  **Help Desk Support**
This course focuses on key information and proficiencies needed to support users, including troubleshooting, problem solving, successful communication, determining a client's needs, and using appropriate people skills. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-151 and NACT-161 or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall)**

**NACT-230**  **Introduction to Programming**
This course introduces students to the fundamental concepts and terminology of computer programming. Emphasis will be placed on developing problem-solving skills in designing and writing simple computer programs. The course covers such topics as developing flowcharts, algorithms and pseudocode, and introduces students to variables, operators, conditional statements, looping statements, data structures, error-handling and debugging, and user interface design. The course assumes no programming background. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-170 and one (1) math class NMTH-140 and above.) **Lecture 4, Credits 3 (Fall)**

**NACT-235**  **Intro to Database Applications**
In this course students will learn to create database tables, queries, forms and reports using a leading database software product for personal computers. Students will also learn how to design a database from user specifications, and to form basic SQL commands. (NTID Supported Students.) **Lecture 4, Credits 3 (Spring)**

**NACT-240**  **The World of Work**
The goal of the course is to provide students with the business-related skills to acquire a cooperative or permanent job, and the personal and social skills to succeed on the job. Topics related to workplace communication and relationships, as well as financial management, employer expectations, and personal goal setting will also be covered. The course will also include the development of job search skills, resume writing and interviewing, along with skills in word processing, spreadsheets and presentation software as needed in the workplace. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall)**

**NACT-250**  **Computer and Data Security**
This course will explore the unique computer and data security issues encountered by computer technicians. Using current computer security tools and procedures, students will develop more advanced skills in finding and eliminating security weaknesses, breaches, and malware programs. Computer security incident response procedures will also be introduced in this course. Hands-on lab activities will be used to reinforce concepts and to provide real-life situations that give students experience in handling suspected security breaches. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-151 and NACT-161 or equivalent courses.) **Lec/Lab 5, Credits 3 (Fall)**

**NACT-251**  **Digital Systems Integration**
This course explores the technologies of control/automated systems. Some of these technologies include, but are not limited to, the control and management of security and surveillance systems, lighting control systems, access control systems, communication systems, assistive technologies and other automated features. This course will provide a basis for connecting, configuring, testing, controlling, and maintaining these systems. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-155 and NACT-160 and NACT-230 or equivalent courses.) **Lec/Lab 4, Credits 3 (Spring)**

**NACT-252**  **Server Management and Security**
Students taking the course will learn to implement and administer network servers by managing server devices, file systems, users and groups, and application software. Students will also learn how to monitor and fine-tune server security and performance and to implement backup and fault tolerance. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-151 and NACT-161 or equivalent courses.) **Lec/Lab 5, Credits 3 (Fall)**

**NACT-255**  **A+ Certification Prep**
This course will prepare students to pass the two certification tests necessary to earn CompTIA's A+ Certification. Students will review material from previous courses and complete practice exams and troubleshooting exercises in preparation for the exam. In addition to text book(s), students will be required to purchase two certification exam vouchers for this course. To pass the course, students must pass both certification exams. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-200 or equivalent courses.) **Lec/Lab 5, Credits 3 (Spring)**

**NACT-260**  **LAN WAN Design**
This course is designed to provide students with hands-on experience with multi-protocol routers and multi-switched networks. The class includes basic router operations, architecture, and configuration; switched Ethernet networks; virtual LAN technology; configuration of switching devices; and troubleshooting. Students set up, wire, and configure expansion technologies in an internet work environment. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-161 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall)**

**NACT-261**  **Network Security**
This course will provide students with a deeper understanding of computer and data network security. Students will examine an infrastructure design process for securing computer systems and data networks, as well as methodologies and best practices for implementing security, security policies, security testing, and incident response. The underlying principles used to secure networks including security technologies, intrusion detection, authentication, and cryptography basics will be discussed. This course will also introduce students to network security planning, technology, and organization, and the legal and ethical issues associated with network security. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-161 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**NACT-262**  **Fundamentals of System Administration**
This course extends students' skills at securing and managing networks and servers. Students taking the course will practice implementing and administering networked servers in multiple operating systems by managing server devices, file system, users and groups, and application software. Students will design and test custom LAN environments, using both physical and virtual computers and servers. Students will also learn to secure shared data across platforms, securing both the physical/virtual network environment and the operating systems' shared resources. (Prerequisites: This class is restricted to NTID supported students who have completed (NACT-155 or (0805-220 and 0805-351)) and NACT-260 or equivalent courses.) **Lec/Lab 5, Credits 3 (Fall)**

**NACT-265**  **Network+ Certification Prep**
The course will prepare students to take and pass the CompTIA's Network+ Certification exam. Students will review material from previous courses and complete practice exams and troubleshooting exercises in preparation for the exam. In addition to textbook(s), students will be required to purchase a certification exam voucher for this course. Students must pass the certification exam to pass the course. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-200 and NACT-260 and NACT-261 or equivalent courses.) **Lec/Lab 5, Credits 3 (Fall)**

**NACT-266**  **Network Defense Technologies**
This course will provide students with a deeper understanding of the technologies used to defend a network against security attacks. Students will be introduced to the concepts, principles, types, and topologies of current and future defense technologies. Various defense methodologies associated with various Intrusion Detection Systems (IDS), Intrusion Prevention Systems (IPS), and future technologies will be covered. Students will also learn best practices associated with remotely securing and accessing business resources. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-260 & NACT-261 or equivalent courses.) **Lec/Lab 5, Credits 3 (Spring)**

RIT0001029

**National Technical Institute for the Deaf**

**NACT-270**                                            **Web Applications**
This course continues to build students' skills in developing well-designed webpages using the most current web development tools. By creating server-side scripts combined with embedded SQL students will be able to build professional-quality, database-driven websites. Accessibility issues related to website development will also be emphasized. Only limited programming experience is required. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-170 and NACT-230 and NACT-235 or equivalent courses.) **Lec/Lab 4, Credits 3 (Spring)**

**NACT-271**                                            **Client-Side Scripting**
This course is an introduction to client-side scripting for the Internet using a common scripting language. Students will be introduced to the syntax of the scripting language, and then learn to build practical and interactive client-side applications. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-170 and NACT-230 or equivalent courses.) **Lec/Lab 5, Credits 3 (Fall)**

**NACT-285**            **Undergraduate Research: Applied Computer Technology**
This course is a faculty-directed student research project at the undergraduate level. The research will entail an in-depth study in the discipline that could be considered of an original nature. Enrollment in this course requires permission from the Department Chair and completion of the NTID Undergraduate Research Contract. **Research, Credits 1 - 4 (Fall, Spring, Summer)**

**NACT-289**                                            **Special Topics: ACT**
The description for each Special Topics course will be specified in each course proposal. (NTID Supported Students.) **Lecture, Credits 1 - 4 (Fall, Spring)**

**NACT-295**                                            **ACT Technical Capstone**
This course provides an opportunity for students to work on technical projects that integrate the skills they have developed in earlier Applied Computer Technology courses. Students will work both independently and in teams to solve "real world" networking and computer support problems in a professional manner. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-170 and NACT-200 or equivalent courses.) **Lec/Lab 5, Credits 3 (Spring)**

**NACT-299**                                            **Co-op: Applied Computer Tech**
This course provides students with a 350-hour work experience in the computer field. Students have an opportunity to gain experience on the job, to apply what they have learned in their course work, and to evaluate their own technical, communication, and interpersonal skills. Placement assistance is provided to help students find a relevant work experience. (Prerequisites: This class is restricted to NTID supported students who have completed NACT-295 or equivalent course.) **CO OP, Credits 0 (Fall, Spring, Summer)**

## Laboratory Science Technology

**NLST-120**                                            **Laboratory Tools**
This course introduces students to the Laboratory Science Technology (LST) program's curriculum and the laboratory tools required for success in the program and as professionals in the laboratory science field. Topics will include an introduction to historical and current issues in the field, concepts of analytical testing, basic laboratory applications, fundamental technical skills used in the laboratory, laboratory safety, laboratory notebooks and information management, scientific reference and information sources, the identification and use of laboratory equipment, maintaining a laboratory environment, concepts of quality control, and the analytical process. Students begin to organize a Laboratory Science Technology portfolio. (NTID Supported Students.) **Lec/Lab 4, Credits 3 (Fall)**

**NLST-171**                                            **Fundamentals of Chemistry I**
This course is an introduction to the fundamental theories and principles of chemistry governing the structure and behavior of matter at the atomic and molecular levels. The language of chemistry including nomenclature and symbolic representation is presented. Computational strategies applied to stoichiometry, reaction analysis and solution preparation are practiced. Laboratory activities focus on precision and accuracy in the collection of data. Chemical hygiene and safety procedures in the laboratory are emphasized. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall)**

**NLST-172**                                            **Fundamentals of Chemistry II**
This course is an introduction to the concepts of kinetics and thermodynamics. Chemical equilibrium and rate constants will be presented and quantified. The ideal gas law will be explored. Mathematical models will be developed and computational strategies will be applied and practiced. Laboratory activities will supplement course themes. Chemical hygiene and safety procedures in the laboratory are emphasized. (Prerequisites: This class is restricted to NTID supported students that have completed NLST-171 or equivalent courses.) **Lec/Lab 5, Credits 3 (Spring)**

**NLST-199**                                            **Independent Study: LST**
The description for each Independent Study request will be specified in each student/faculty proposal. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 4 (Fall, Spring)**

**NLST-220**                                            **Analytical Chemistry**
This course introduces quantitative analysis utilizing both gravimetric and volumetric techniques. Topics include volumetric preparation and analytical procedures, acid/base and electron transfer titrations and related computational methods, and gravimetric procedures and analyses. Standard laboratory notebook protocol will be introduced and practiced. Chemical hygiene protocol and safety procedures in the laboratory are emphasized. (Prerequisites: This class is restricted to NTID supported students that have completed NLST-171 and NLST-120 or equivalent courses.) **Lec/Lab 6, Credits 4 (Spring)**

**NLST-225**                                            **Laboratory Applications**
This course continues a focus on the application of laboratory tools, techniques, procedures, and scientific theory. Course topics include study of written technical procedures, technical writing, the reporting and presentation of scientific information, and topics related to the job search process and working as a professional in the field. Students synthesize information learned in previous and concurrent courses by participating in job related simulations. A Laboratory Science Technology portfolio will continue to be developed. (Prerequisites: This class is restricted to NTID supported students that have completed NLST-220 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**NLST-230**                                            **Principles of Organic Chemistry**
This course provides an introduction to the principles of organic chemistry. Topics include structure, nomenclature, and properties of carbon-containing molecules according to the various functional groups that are central to organic chemistry. Investigations involving chemical reactions, data collection, and qualitative and quantitative analyses provide a framework for laboratory activities. Chemical hygiene and safety procedures in the laboratory are emphasized. (Prerequisites: This class is restricted to NTID supported students that have completed NSCI-162 and NLST-172 or equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Fall)**

**NLST-232**                                            **Laboratory Mathematics**
This course addresses classic laboratory calculations and elementary descriptive statistics in the context of modern information technology and computing methods. Use of hand-held calculators and computer software to exchange, analyze and chart electronically-stored data is a central focus of this course. Study is closely coordinated with student experiences in Laboratory Science Technology courses. Topics include basic descriptive statistics with quality control applications, capture and analysis of real laboratory data, exponential and logarithmic modeling, and applications of scientific concepts. (Prerequisites: This class is restricted to NTID supported students who have completed NMTH-212 or higher or have a math placement score greater than or equal to 40 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NLST-235**                                            **Principles of Biochemistry**
This course provides an introduction to the principles of biochemistry through a study of carbohydrates, lipids, amino acids, proteins, enzymes, and nucleic acids. The metabolic pathways that involve these systems will also be explored. Principles of general and organic chemistry will be emphasized through an examination of the structures, concepts, and reactions that are central to biologically important molecules. (Prerequisites: This class is restricted to NTID supported students that have completed NLST-230 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**NLST-240**                                            **Biotechnology I**
This course prepares students to perform biotechnical applications in industry-specific fields of analysis. Standard methods, operating procedures, equipment/instrumentation, and protocols are introduced and reinforced. Topics include ethical issues in Biotechnology, DNA manipulation, protein analysis, tissue culture, and molecular diagnosis. Sampling, testing, and reporting in the field of biotechnology are covered. (Prerequisites: This class is restricted to NTID supported students that have completed NSCI-162 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**NLST-245**                                            **Biotechnology II**
This course prepares students to perform Biotechnology applications in industry, specifically as they relate to microorganisms, proteomics, and genomics. Topics include bacterial expression systems for production, purification and characterization of recombinant proteins. Study will include concepts of DNA manipulation/analysis and enzymology. Standard methods, operating procedures, and protocols are introduced and reinforced. Sampling, testing, and reporting in the fields of Biotechnology, microbiology, and molecular biology are covered. (Prerequisites: This class is restricted to NTID supported students that have completed NLST-240 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

RIT0001030

**NLST-250**         **Quantitative Instrumental Analysis**
In this course students learn and apply concepts and principles of analytical testing using laboratory instruments, instrumentation theory, and procedures. Concepts surrounding spectroscopy, electroanalytical methods, advanced and automated methods of instrumental analysis are presented. Techniques including sample preparation, instrumentation set-up and maintenance, calibration, precision measurement, safety, and data collection/analysis are introduced. Selected instrumentation presented in this course include electroanalytical meters/probes, atomic and molecular spectrophotometers, and automated instrumentation. (Prerequisites: This class is restricted to NTID supported students that have completed NLST-220 and NLST-172 or equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Fall)**

**NLST-255**         **Chemical Separations and Chromatography**
In this course students learn and apply advanced concepts and principles in analytical testing using laboratory instruments/equipment, theory, and procedures as they relate to chemical separations and chromatographic methods of analysis. Techniques including sample preparation, instrumentation set-up and maintenance, calibration, precision measurement, safety, and data collection/analysis are studied. Selected techniques/instrumentation presented in this course include solid and liquid phase separations/extractions, liquid and gas chromatography, mass spectrometry, and capillary electrophoresis. (Prerequisites: This class is restricted to NTID supported students that have completed NLST-230 and NLST-250 or equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**NLST-260**         **Laboratory Methods**
This course is a capstone to the program's focus on the application of laboratory tools, techniques, procedures, and scientific theory. Professional and ethical behavior standards in the science laboratory environment and current trends in performing analyses from advanced standard methods are central to this course. Students synthesize information learned in previous and concurrent technical courses by participating in job related simulations. This course also serves as a final mechanism for Co-op preparation. Students finalize a Laboratory Science Technology portfolio. (Prerequisites: This class is restricted to NTID supported students that have completed NLST-225 equivalent course.) **Lab 2, Lecture 2, Credits 3 (Spring)**

**NLST-270**         **Chemical Technology**
This course prepares students to perform industry-specific applications of chemical analysis. Standard methods, operating procedures, and protocols are introduced and reinforced. Sampling, testing, and reporting in the fields of environmental, industrial, forensic, pharmaceutical, and food testing are covered. Instrumental, volumetric, and gravimetric techniques are practiced, as they relate to the fields of chemical technology. (Prerequisites: This class is restricted to NTID supported students that have completed NLST-220 and NLST-250 or equivalent courses.) **Lec/Lab 5, Credits 3 (Fall)**

**NLST-285**         **Undergraduate Research: Laboratory Science Technology**
This course is a faculty-directed student research project at the undergraduate level. The research will entail an in-depth study of concepts related to those covered in the Laboratory Science Technology program that could be considered of an original nature. Enrollment in this course requires permission from the Department Chair and completion of the NTID Undergraduate Research Contract. **Research, Credits 1 - 4 (Fall, Spring, Summer)**

**NLST-289**         **Special Topics: LST**
The description for each Special Topics request will be specified in each course proposal. (NTID Supported Students.) **Lec/Lab, Credits 1 - 4 (Fall, Spring)**

**NLST-299**         **Co-op: Laboratory Science Technology**
This cooperative work experience gives students matriculated in the Laboratory Science Technology program a practical sampling of working in the field of laboratory sciences. Students will work under the supervision of qualified professionals while performing a variety of tasks pertaining to the field. **CO OP, Credits 0 (Fall, Spring, Summer)**

## Liberal Studies

**NDLS-256**         **Travel and the Imagination**
Using written texts, film, and photography, this class introduces students to the genres of travel as they reflect the literary and visual imagination. The local and the exotic as presented by authors, directors, and photographers will be explored through visual and literary texts that present the people, cultures and histories of sites around the world, narrated from the individual perspective. Students will read of journeys that invoke the psychological as well as the physical experience of travel, experiences that serve as metaphors for life journeys. Discussions will also center on the ways in which travelers bring a particular, and often western, lens to the places they describe. Discussions will lead to the inter-connections among cultures and peoples as they enter the current global, economic, and political stage. (NTID Supported Students.) **Lecture 3, Credits 3 (Fall, Spring)**

**NDLS-280**         **International Studies Seminar**
The International Studies Seminar provides students with the opportunity to learn about the unique historical, geographical, economic, social, and political circumstances of a country other than the United States, and consider those factors that shaped the relationship between the country being studied and its Deaf community. The course will foster a connection between NTID students and the country being studied by introducing students to the spoken and signed languages of the selected country as well as to members of the Deaf community in the country via videoconferencing. The country to be studied, and the specific course topics for that country, will vary by instructor. This course will also serve as preparation for participation in a NTID faculty-led experience and/or project in the country that is the focus of the Seminar. Specific knowledge and skills required for this experience and/or project abroad will also be taught. This course is required for students participating in the NTID faculty-led experience and/or project abroad, but participation in the experience/project abroad is optional. (Prerequisites: This class is restricted to NTID supported students with at least 2nd year standing.) **Lecture 3, Credits 3 (Fall, Spring)**

**NDLS-285**         **Undergraduate Research: Liberal Studies**
This course is a faculty-directed student research project at the undergraduate level. The research will entail an in-depth study in the discipline that could be considered of an original nature. Enrollment in this course requires permission from the Department Chair and completion of the NTID Undergraduate Research Contract. **Research, Credits 1 - 4 (Fall, Spring)**

**NDLS-289**         **Special Topics: Liberal Studies**
The description for each Special Topics course will be specified in each course proposal. **Lec/Lab, Credits 1 - 4 (Fall, Spring)**

## Mathematics (NTID)

**NMTH-110**         **Prealgebra**
Improves students' fundamental understanding of and skills in mathematics. Concepts covered include fractions, decimals, percents and ratios. Students are introduced to signed numbers, variables, algebraic expressions and equations, simple geometric formulas, and graphing. Instruction emphasizes the use of English and ASL as they relate to basic mathematical operations. (This class is restricted to NTID supported students that have a math placement score equal to 10.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NMTH-140**         **Mathematics in Society**
This project-based course is intended for students interested in the exploration of mathematical thinking and procedures. It includes applications to real world situations and uses problem solving skills. Topics include number sense, consumer mathematics, introduction to statistics, basic geometry, number representation, and units of measurement including conversion in English and metric systems. (Prerequisites: This class is restricted to NTID supported students that have completed NMTH-110 with C- or better or have a math placement score equal to 20, 25 or 30 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NMTH-180**         **Foundations of Algebra**
An introductory algebra course consisting of a blended lecture/lab component in which the basics of evaluating algebraic expressions, solving linear equations and inequalities and graphing linear functions are studied. The Pythagorean Theorem and systems of linear equations are also studied. Students cannot earn credit for both NMTH-180 and NMTH-245. (Prerequisites: This class is restricted to NTID supported students that have completed NMTH-110 with a C- or better or have a math placement score equal to 20 or 25 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NMTH-199**         **Independent Study: Mathematics**
The description for each Independent Study request will be specified in each student/faculty proposal. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 4 (Fall, Spring)**

**NMTH-206**         **Trigonometry for Coordinate Analysis**
Students will study right triangle trigonometry with an emphasis on concepts and applications related to computer integrated machining technology (CIMT). Topics include trigonometric ratios in right triangles, coordinate geometry calculations, circle properties, simple and complex machine applications, and 3-D coordinate geometry. (Prerequisites: This class is restricted to NTID supported students who have completed NMTH-180 or higher or have a math placement score greater than or equal to 30 or equivalent course.) **Lec/Lab 4, Credits 3 (Spring)**

**NMTH-210**         **Applications of Algebra**
An intermediate algebra course consisting of a lecture and a lab component in which exponents, rational expressions, polynomials, roots and radicals, and non-linear functions are studied. Students cannot earn credit for both NMTH-210 and NMTH-212. (Prerequisites: This class is restricted to NTID supported students who have completed NMTH-180 with C- or better or have a math placement score equal to 30 or 35 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

RIT0001031

**National Technical Institute for the Deaf**

**NMTH-212**                                                     **Integrated Algebra**
An intermediate algebra course consisting of a blended lecture/lab component in which non-linear functions and graphs, systems of linear equations, exponents, polynomials, roots, radicals and properties of the complex numbers are considered. There is significant emphasis on scientific and geometric models, as well as the use of graphing utilities. Students cannot earn credit for both NMTH-210 and NMTH-212. (Prerequisites: This class is restricted to NTID supported students who have completed NMTH-180 with C- or better or have a math placement score equal to 30 or 35 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NMTH-220**                                                          **Trigonometry**
Topics include the trigonometric ratios, radian measure, angles in a coordinate system, ratio values for special angles, trigonometric inverses, graphs of trigonometric functions, and trigonometric identities and equations (Prerequisites: This class is restricted to NTID supported students that have completed NMTH-212 or higher or have a math placement score equal to 40 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NMTH-245**                                                    **Accelerated Algebra I**
The first of a two-course sequence of accelerated courses for students who are interested in acquiring the skills necessary for an introductory-level calculus course. The topics include a review of the fundamentals of algebra and solving linear equations and inequalities in both 1- and 2-variables algebraically and graphically. Exponents, polynomial/quadratic functions and their graphs are also studied. Students cannot earn credit for both NMTH-245 and NMTH-180. (Prerequisites: Students must have an NTID Reading score greater than or equal to 125 and a NTID Math score equal to 25.) **Lec/Lab 5, Credits 4 (Fall)**

**NMTH-250**                                                    **Elementary Statistics**
An introductory statistics course utilizing a lecture/lab format in which statistics concepts, probability, probability distributions, and bivariate data are studied. Statistical concepts that are essential for an understanding of social and political issues of contemporary life will be emphasized. Statistical software and applications will be introduced. (Prerequisites: This class is restricted to NTID supported students that have completed (UWRT-100 or 150 or 0502-111) and NMTH-210 or higher with a grade of C- or better or have a math placement score greater than or equal to 40 or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NMTH-255**                                        **Introduction to Discrete Mathematics**
This course utilizes a lecture/lab format to introduce discrete mathematics topics such as logic, sets, number systems, counting, functions, graph theory, sequences and recursion. The applications of these topics to various topics in computing will be emphasized. (Prerequisites: This class is restricted to NTID supported students who have completed UWRT-100 or UWRT-150 and NMTH-212 or higher or have a math placement score greater than or equal to 40 or equivalent courses.) **Lec/Lab 4, Credits 3 (Spring)**

**NMTH-260**                                          **Explorations in College Algebra**
Students will study topics from algebra with an emphasis on functions and graphs. Topics include the algebra of functions and the study of inverse functions. Rational, radical, exponential and logarithmic functions and systems of linear equations are also studied. Students, who earn credit for NMTH-260, cannot take NMTH-272 or NMTH-275. (Prerequisites: This class is restricted to NTID supported students that have completed NMTH-210 or equivalent course with a grade of C- or better or have a math placement score greater than or equal to 40.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NMTH-272**                                                    **Accelerated Algebra II**
The second of a two-course sequence of accelerated courses designed for students who intend to continue into calculus. This course provides an in-depth treatment of solving equations, inequalities, and systems of equations; function properties, graphs, and applications; and the study of linear, quadratic, rational, radical, exponential, logarithmic, inverse and piece-wise-defined functions. Students, who earn credit for NMTH-272, cannot take NMTH-260 or NMTH-275. (Prerequisites: This class is restricted to NTID supported students that have completed NMTH-245 or equivalent course with a grade of C- or better or have a math placement score greater than or equal to 35.) **Lec/Lab 5, Credits 4 (Fall, Spring)**

**NMTH-275**                                                    **Advanced Mathematics**
Topics from precalculus mathematics are studied with an emphasis on functions and graphs. Topics include the algebra of functions and the study of inverse functions. Rational, exponential, logarithmic and piecewise-defined functions are among those studied. Students, who earn credit for NMTH-275, cannot take NMTH-260 or NMTH-272. (Prerequisites: This class is restricted to NTID supported students that have completed NMTH-212 or equivalent course with a grade of C- or better or have a math placement score greater than or equal to 40.) **Lecture 4, Credits 3 (Fall, Spring)**

**NMTH-285**                                        **Undergraduate Research: Mathematics**
This course is a faculty-directed student research project at the undergraduate level. The research will entail an in-depth study in mathematics or statistics that could be considered of an original nature. Enrollment in this course requires permission from the Department Chair and completion of the NTID Undergraduate Research Contract. **Research, Credits 1 - 4 (Fall, Spring, Summer)**

**NMTH-289**                                                  **Special Topics: Mathematics**
The description for each Special Topics request will be specified in each proposal. (NTID Supported Students.) **Lec/Lab, Credits 1 - 4 (Fall, Spring)**

## Mobile Application Development (NTID)

**NMAD-155**                                        **Survey of Emerging Visual Design**
This course focuses on the industry-standard tools used to create the visual elements of user interfaces for varying screen sizes and devices. Students in this course will identify common design elements and the techniques used to create these elements. Applying the design concepts, principles, theories and techniques learned in this course will increase students' ability and preparation to design future interfaces that are intuitive and user-friendly. Students are expected to deliver projects with good application of responsive design layouts, typography, color, and other graphics. (NTID Supported Students.) **Lec/Lab 4, Credits 3 (Fall)**

**NMAD-180**                                  **Programming Fundamentals I: Mobile Domain**
This course will provide students with a study of the fundamental concepts, logical structures, and algorithms inherent to computer programming. Students will learn how to write basic object-oriented programs in a contemporary programming language with a focus on mobile application development. (NTID Supported Students.) **Lec/Lab 6, Credits 4 (Fall)**

**NMAD-181**                                  **Programming Fundamentals II: Mobile Domain**
This course builds upon the programming skills developed in Programming Fundamentals I Mobile Domain and will cover more advanced object-oriented programming concepts, logical structures, and algorithms. Visual information system modeling, graphical user interfaces and software testing topics will also be covered. Students will be working individually on mobile-related projects as well as working with other students in team-based projects. (Prerequisites: This class is restricted to NTID supported students that have completed NMAD-180 or equivalent course.) **Lec/Lab 6, Credits 4 (Spring)**

**NMAD-182**                                            **Software Analysis and Design**
Building on the fundamentals of programming, students will learn important topics related to object-oriented design. Topics such as class design, unified modeling language, inheritance, composition, logic building, implementation, design strategies, and testing are emphasized. Upon completion, students will be able to demonstrate an understanding of the software development life cycle including a thorough analysis and design of a real-world software problem. (Prerequisites: This class is restricted to NTID supported students that have completed NMAD-180 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**NMAD-199**                                                        **Independent Study**
The description for each Independent Study will be specified in each course proposal. (NTID Supported Students.) **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

**NMAD-250**                                                    **Mobile User Experience**
This course will help students develop a better understanding of the user experience and interaction in the mobile domain. Students will plan and execute various mobile design strategies with usability as the forefront of design. Students will apply best practices in gathering data from usability testing and conduct analysis to make changes that will lead to effective user interfaces. This course will also discuss universal design experiences to provide full accessibility for all users. (Prerequisites: This class is restricted to NTID supported students that have completed NMAD-155 or equivalent courses.) **Lec/Lab 4, Credits 3 (Spring)**

**NMAD-252**                                                    **Mobile User Interfaces**
User-centered, interactive design is critical to the development of successful consumer, commercial, industrial or defense-level devices and software, particularly for mobile devices. This course provides students with a solid foundation in developing and understanding a comprehensive range of experiences in user-centered interactive design. The course will cover effective communication principles, user interface design techniques, design tools, workflow, design process, and user interaction. This course will include discussion of universal design principles to provide full accessibility for all users. (Prerequisite: NMAD-250 or equivalent course.) **Lec/Lab 4, Credits 3 (Fall)**

RIT0001032

**NMAD-260**                                    **Mobile App Development I**
This course introduces mobile application development utilizing modern development tools to build apps on popular mobile platforms using a contemporary programming language. Students will learn and apply code-sharing techniques to create mobile applications in an efficient manner. This course will also examine mobile development tools, native UIs, navigation, and design patterns to build and publish mobile apps. (Prerequisites: This class is restricted to NTID supported students that have completed NMAD-181 and NMAD-182 or equivalent courses.) **Lec/Lab 6, Credits 4 (Fall)**

**NMAD-261**                                    **Mobile App Development II**
This course builds upon the cross-platform development skills developed in Mobile App Development I and will cover more advanced topics such as geolocation, web services, data acquisition, portable class libraries, shared projects, notifications, and other advanced APIs. Students will be expected to create and publish fully functional apps across multiple platforms. (Prerequisites: This class is restricted to NTID supported students that have completed NMAD-260 or equivalent course.) **Lec/Lab 6, Credits 4 (Spring)**

**NMAD-262**              **Web Services and Data Storage Technologies**
Students learn how to consume server-side web services that can deliver data in different formats to a variety of applications by building on their previous experience with websites and applications. They use a hands-on approach to build and modify different types of databases for use with their web services while exploring how data can and why it should be shared by multiple devices and applications. Students also gain an understanding of how to detect different devices over the Internet and generate specific targeted content. Use of pre-existing components, APIs and frameworks to improve efficiency is also explored. Methods for efficient data-transfer, to increase battery life, are a key topic in this course. Students work individually, as well as with other students, to complete tasks. (Prerequisites: This class is restricted to NTID supported students that have completed NMAD-260 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**NMAD-285**      **Undergraduate Research: Mobile Application Development**
This course is a faculty-directed student research project at the undergraduate level. The research will entail an in-depth study in the discipline that could be considered of an original nature. Enrollment in this course requires permission from the Department Chair and completion of the NTID Undergraduate Research Contract. **Research, Credits 1 - 4 (Fall, Spring, Summer)**

**NMAD-289**                                              **Special Topics**
The description for each Special Topics course will be specified in each course proposal. (NTID Supported Students.) **Lec/Lab, Credits 1 - 4 (Fall, Spring)**

**NMAD-290**              **Mobile Applications Development Capstone Projects**
Working in teams, students experience the analysis, design, implementation, testing and deployment of a mobile solution for a real-world client. Important topics from throughout their program of study are applied in this course. Faculty advisors facilitate student teams to demonstrate their skills in the applied project. Student teams make a technical presentation to their faculty advisors and participate in a public showcase of projects. (Prerequisites: This class is restricted to NTID supported students that have completed NMAD-261 and NMAD-262 or equivalent courses.) **Lec/Lab 5, Credits 3 (Fall)**

**NMAD-299**              **Mobile Application Development Co-op**
This course provides students with a 350-hour work experience in the computer field. Students have an opportunity to gain experience on the job, to apply what they have learned in their course work, and to evaluate their own technical, communication, and interpersonal skills. Placement assistance is provided to help students find a relevant work experience. (Prerequisites: This class is restricted to NTID supported students that have completed NACT-240 and NMAD-261 and NMAD-262 or equivalent courses.) **CO OP, Credits 0 (Fall, Spring, Summer)**

## Science (NTID)

**NSCI-153**              **Processes of Science: Environmental Studies**
This course covers introductory science processes using the content of environmental studies as a vehicle to establish an appreciation of the scientific method, critical thinking, and problem solving. The basic processes of observing, collecting data, classifying, comparing, analyzing and forming hypotheses will be addressed using the concepts of environmental studies. (NTID Supported Students.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NSCI-154**                                              **Physics of Matter**
This course focuses on introductory science processes using the content of physical properties of matter as a vehicle to establish an appreciation of the processes of science. The basic processes of observing, collecting data, classifying, comparing, analyzing, and forming hypotheses will be addressed using physics concepts including mass, density, displacement and buoyancy. (Prerequisites: This class is restricted to NTID supported students that have completed at least one (1) NMTH class - NMTH-180 or higher.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NSCI-155**              **Processes of Science: Biological Studies**
This course covers introductory science processes using biology content as a vehicle to establish an appreciation of the scientific method, critical thinking and problem solving. The basic processes of observing, collecting data, classifying, comparing, analyzing, and forming hypotheses will be addressed using selected concepts in biology. (NTID Supported Students.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NSCI-156**                        **Processes of Science: Forensics**
This course covers introductory science processes using the content of forensics as a vehicle to establish an appreciation of the scientific method, critical thinking and problem solving. The basic processes of observing, collecting data, classifying, comparing, analyzing, and forming hypotheses will be addressed using the concepts of forensics. (NTID Supported Students.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NSCI-157**                        **Processes of Science: Astronomy**
This course covers introductory science processes using the content of astronomy as a vehicle to establish an introduction to the scientific method, critical thinking and problem solving. The basic processes of observing, collecting data, classifying, comparing, analyzing, and forming hypotheses will be addressed using the concepts of astronomy. Topics will include stellar motions in the sky, the solar system, and important historical deaf-scientist contributions to astronomy. Contemporary astronomy issues will be explored including the discovery of planets outside our solar system and the search for non-Earth life. (NTID Supported Students.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NSCI-161**                                    **Fundamentals of Biology I**
This course provides students with fundamentals of cellular biology. Topics include chemical components of cells, cell structure and function, membrane transport, osmosis, cellular respiration and photosynthesis. Principles governing genetics, gene expression and reproduction are introduced. Laboratory methods used to make observations and collect data are practiced. Recording observations and analysis of data are emphasized in formal written laboratory reports. (NTID Supported Students.) **Lec/Lab 5, Credits 3 (Fall)**

**NSCI-162**                                    **Fundamentals of Biology II**
This course provides students with fundamentals of biological concepts and processes. Topics include plant and animal form and function, nutritional and excretory requirements, and homeostatic mechanisms and their regulation in organisms. Principles governing the concept of biological evolution and genomic evolution are introduced. Laboratory methods used to make observations and collect data are practiced. Recording observations and analysis of data are emphasized in formal written laboratory reports. Laboratory activities complement classroom activities. (Prerequisites: This class is restricted to NTID supported students that have completed NSCI-161 or equivalent course.) **Lec/Lab 5, Credits 3 (Spring)**

**NSCI-199**                                    **Independent Study: Science**
The description for each Independent Study request will be specified in each student/faculty proposal. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 4 (Fall, Spring)**

**NSCI-200**                                              **Physics of Light**
An introductory course in principles of physics related to light, reflection and refraction. These principles are applied to the behavior of spherical and plano mirrors, prisms and lenses. The usefulness and application of dioptric power, the lens maker's equation, image and object dimensions and focal length measurements are addressed. Also included is study of the electromagnetic spectrum. Emphasis is on geometrical (ray) optics. Includes a comprehensive laboratory experience that supplements and closely follows classroom instruction. (Prerequisites: This class is restricted to NTID supported students that have completed at least one (1) NMTH class - NMTH-180 or higher.) **Lec/Lab 4, Credits 3 (Spring)**

**NSCI-201**                                          **Principles of Physics**
Principles of Physics is designed to provide a broad background in general physics. Students are provided with hands-on laboratory experience in a supervised setting. Topics, which are presented in a lecture/lab format, include motion, Newton's Laws of Motion, forces, and analysis of vectors. (Prerequisites: This class is restricted to NTID supported students that have completed at least one (1) NMTH class - NMTH-180 or higher.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**National Technical Institute for the Deaf**

**NSCI-270**                                    **Concepts of College Physics**
This is an introductory algebra-based physics course focusing on mechanics. It is designed to develop and enhance knowledge and skills necessary for success in college-level physics courses. Topics covered will include uncertainty, propagation of error, significant figures, unit conversion, translational motion in one and two dimensions, circular motion, kinematics and dynamics (both translational and angular), torque, and angular motion. (Prerequisites: This class is restricted to NTID supported students that have completed NMTH-220 and NMTH-275 or equivalent courses.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**NSCI-281**                                    **Human Genetics and Evolution**
Introduces basic human genetics, basic human evolution and the relationship between 21st century discoveries in genetics and current human evolution dogma. The history of scientific discovery in both fields is paired with a study of current concepts in molecular biology and bridges between genetics and evolution are explored. This presentation/ discussion/laboratory course includes topics in human reproductive history, cytology, embryology, molecular biology of the gene, the origin of life, human origins, heredity, genetic variations, population genetics, biotechnology, and old world and new world evolutionary theory. (Prerequisites: This class is restricted to NTID supported students that have completed NENG-222 or NENG-231 or NENG-232 or NENG-241 or UWRT-100 or 0502-111 or UWRT-150 or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NSCI-282**                                    **Scientific Basis of Social Responsibility**
Interactive course designed to provide students with both tools and confidence to become more literate in the sciences. Students select and analyze contemporary social issues and/or problems that have a basis in science utilizing basic processes of scientific inquiry. Sample topics include the following: infectious disease processes; traditional vs. alternative medicine; biogenetics; life-style; euthanasia; environmental resources and management; world population trends; and, stem cell research. Following a definition of the issue/problem, students formulate research questions and share their collective findings. They then complete weekly topic summaries where positions are articulated. Topic-related laboratory exercises and community interactions provide hands-on lab opportunities to experience contemporary science and technology. (Prerequisites: This class is restricted to NTID supported students that have completed NENG-222 or NENG-231 or NENG-232 or NENG-241 or UWRT-100 or 0502-111 or UWRT-150 or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NSCI-283**                                    **Developmental Human Anatomy and Physiology**
Introduces basic human development and maturation from a multi-disciplinary perspective. In this course, the fields of human anatomy and physiology are merged with developmental psychology for the purpose of examining the human life cycle from a holistic perspective. Changes that take place in the structure and function of the human body are studied over nine stages of the human life span. Concurrently, psychological and cognitive development are discussed, beginning with conception and ending with death processes. (Prerequisites: This class is restricted to NTID supported students that have completed NENG-222 or NENG-231 or NENG-232 or NENG-241 or UWRT-100 or 0502-111 or UWRT-150 or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NSCI-284**                                    **Principles of Modern Astronomy**
This course will provide students with a general overview of the fundamental concepts and principles of modern astronomy. Topics covered will include properties of stars, their birth, life cycle, and death, galaxies, black holes and the evolution of the universe. (Prerequisites: This class is restricted to NTID supported students that have completed NENG-222 or NENG-231 or NENG-232 or NENG-241 or UWRT-100 or 0502-111 or UWRT-150 or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NSCI-285**                                    **Undergraduate Research: Science**
This course is a faculty-directed student research project at the undergraduate level. The research will entail an in-depth study in science that could be considered of an original nature. Enrollment in this course requires permission from the Department Chair and completion of the NTID Undergraduate Research Contract. **Research, Credits 1 - 4 (Fall, Spring, Summer)**

**NSCI-286**                                    **Perspectives of Environmental Science**
This course will focus on the physical and interacting biological properties of the planet Earth and introduce students to the concept of environmental stewardship and social responsibility. Topics of study will include introductions to geology, astronomy, oceanography, biodiversity, and evolution. Students will learn about the delicate balance of weather and water and wildlife in the ecosystems in which humans have evolved and are now influencing in significant ways. Students will have the opportunity to become directly involved in solutions to our current environmental problems such as pollution, water quality degradation and recycling through various types of social activism. (Prerequisites: This class is restricted to NTID supported students who have completed UWRT-100 or UWRT-150 or NENG-222 or any other higher level NENG or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**NSCI-289**                                    **Special Topics: Science**
The description for each Special Topics request will be specified in each proposal. (NTID Supported Students.) **Lec/Lab, Credits 1 - 4 (Fall, Spring)**

**192    Undergraduate Course Descriptions**

RIT0001034

# College of Science

## Index

CGNS   Applied Cognitive Neuroscience ........................... 193
BIOG   Biological Sciences ...................................... 193
BIOL   Biological Sciences ...................................... 194
CHEM   Chemistry ............................................. 198
CHMA   Chemistry ............................................. 199
CHMB   Chemistry ............................................. 199
CHMG   Chemistry ............................................. 200
CHMI   Chemistry ............................................. 201
CHMO   Chemistry ............................................. 201
CHMP   Chemistry ............................................. 201
CLRS   Color Science ......................................... 201
ENVS   Environmental Science ................................. 202
GSCI   General Science ....................................... 203
IMGS   Imaging Science ....................................... 203
ITDS   Interdisciplinary Science .............................. 206
MATH   Mathematics .......................................... 207
PHYS   Physics ............................................... 210
STAT   Statistics .............................................. 213

*Course numbering: RIT courses are generally referred to by their alphanumeric registration label. The four alpha characters indicate the discipline within the college. The final three digits are unique to each course and identify whether the course is noncredit (less than 099), lower division (100-299), upper division (300-599), or graduate level (600 and above).*

*Unless otherwise noted, the following courses are offered annually. Specific times and dates can be found in each semester's schedule of courses. Prerequisites/corequisites are noted in parentheses near the end of the course description.*

## Applied Cognitive Neuroscience

**CGNS-222**                                      **Introduction to Cognitive Neuroscience**
Cognition refers to mental action or processes of acquiring knowledge through the senses and through experience or thought. Neuroscience encompasses any or all of the sciences that deal with the structure and function of the nervous system and brain. This course provides the scientific foundation for the understanding of cognitive neuroscience, including neuroanatomy, neural signaling, motor control systems, the visual pathway, and research and experimental methods. Emphasis will be on Visual Neuroscience. (Prerequisites: (BIOG-101 and BIOG-102 or BIOL-101 and BIOL-102 or BIOL-121 and BIOL-122) and PSYC-101 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**CGNS-322**                                                              **Animal Vision**
This course explores the varied approaches to visually acquiring information employed by animals occupying aquatic and land-based environments, including lens-based, mirror, and compound eyes. Students will prepare oral presentations and written assignments based on the course readings and independent research. Students will develop the professional skills required for formal scientific presentations and writing. (Prerequisite: CGNS-222 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CGNS-451**                                            **Cognitive Neuroscience Seminar A**
Cognitive Neuroscience Seminar A is a weekly forum in which students will learn about and discuss historical and current topics in cognitive neuroscience. The course focuses on journal club discussions of papers selected by the students and faculty. It also includes oral presentations from students and faculty as well as visiting speakers from within and external to RIT. Students will prepare their own oral presentations and written assignments based on the course readings and independent research. Students will develop professional skills required for formal scientific presentations and writing. (Prerequisites: PSYC-222 & CGNS-222 or equivalent courses.) **Lecture 1, Credits 1 (Fall)**

**CGNS-452**                                            **Cognitive Neuroscience Seminar B**
Cognitive Neuroscience Seminar B is a weekly forum in which students will learn about and discuss historical and current topics in cognitive neuroscience. The course focuses on journal club discussions of papers selected by the students and faculty. It also includes oral presentations from students and faculty as well as visiting speakers from within and external to RIT. Students will prepare their own oral presentations and written assignments based on the course readings and independent research. Students will develop professional skills required for formal scientific presentations and writing. (Prerequisites: PSYC-222 & CGNS-222 or equivalent courses.) **Lecture 1, Credits 1 (Spring)**

## Biological Sciences

**BIOG-101**                                **Explorations in Cellular Biology and Evolution**
This course serves as an introduction to cellular, molecular, and evolutionary biology. Topics will include: a study of the basic principles of modern cellular biology, including cell structure and function; the chemical basis and functions of life, including enzyme systems and gene expression; and the origin of life and evolutionary patterns of organism development on Earth. (Prerequisites: Students may not take BIOG-101 if they have already taken BIOL-101. See the Biology department with any questions.) **Lecture 3, Credits 3 (Fall, Summer)**

**BIOG-102**                      **Explorations in Animal and Plant Anatomy and Physiology**
This course serves as an introduction to animal and plant anatomy and physiology, in addition to the fundamentals of ecology. Topics will include: animal development; animal body systems; plant development; unique plant systems; Earth's terrestrial and aquatic environments; population and community ecology; animal behavior; and conservation biology. (Prerequisites: Students may not take BIOG-102 if they have already taken BIOL-102. See the Biology department with any questions.) **Lecture 3, Credits 3 (Spring, Summer)**

**BIOG-103**                              **Explorations in Cell Biology and Evolution Lab**
Virtual laboratory work to complement the online course Explorations in Cell Biology & Evolution (BIOG101). The experiments are designed to illustrate concepts of basic cellular and molecular biology, microscopy, microevolution, and to develop basic scientific techniques, all in a virtual setting. Co-requisite: BIOG101: Explorations in Cell Biology & Evolution Lecture. (Co-requisites: BIOG-101 or equivalent course.) **Lab 3, Credits 1 (Fall, Summer)**

**BIOG-104**                  **Explorations in Animal and Plant Anatomy and Physiology Lab**
Laboratory work to complement the online Explorations in Animal & Plant Anatomy & Physiology (BIOG102). The virtual experiments are designed to illustrate concepts of animal and plant anatomy and physiology, increase understanding of ecosystem interactive components, and improve ability to make, record and interpret observations. Co-requisite: BIOG102: Explorations in Animal & Plant Anatomy & Physiology. (Co-requisites: BIOG-102 or equivalent course.) **Lab 3, Credits 1 (Spring, Summer)**

**BIOG-115**                                                            **Garden Science**
This course will introduce students to the science behind how plants grow, and how to apply this knowledge in a garden setting. The rationale is to encourage sustainability in garden food production, with an emphasis on organic methods. The course will be part lecture and part practical, with some sessions being conducted in the greenhouse or community garden. **Lab 3, Lecture 2, Credits 3 (Spring)**

**BIOG-140**                                **Cell and Molecular Biology for Engineers I**
This is the first course of a two-course sequence designed to introduce biomedical engineering students to the molecular and cellular basis of life with a particular emphasis on the integration of molecular systems that underscore human physiology. This course will start with the basic chemistry of biological macromolecules and then explore the cell starting from the nucleus and moving outward. Major topics will include: DNA replication; molecular basis of inheritance; the biology of RNA; gene expression; protein synthesis; the secretory pathways; and enzyme kinetics. **Lab 3, Lecture 2, Credits 3 (Fall)**

**BIOG-240**                                **Cell and Molecular Biology for Engineers II**
This is the second of a two-course sequence designed to introduce biomedical engineering students to the molecular and cellular basis of life with a particular emphasis on the integration of molecular systems in human physiology. This course will continue exploring sub-cellular systems by touring the function of each cellular organelle and describing the pathologic consequences that result from interruption of its normal function. Major topics will include: cellular energy production; the cytoskeleton; the lysosome; the plasma membrane; vesicle transport; cell-cell communication; signaling pathways; the cell cycle; and cell division. (Prerequisites: BIOG-140 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**BIOG-340**                                **Biocompatibility and the Immune System**
This course combines a traditional basic immunology course with an introduction to principles of the human tissue response to biomaterial implantation. Information is presented in the context of common immune system pathologies to emphasize the relevance of immunology to biomedical engineering and human physiology. Major topics include the organization of the immune system and its myriad cells and cytokines, a review of bacterial and viral lifecycles, antibody/antigen specificity, inflammation, bacterial adhesion, biomaterial surface characterization and sterilization. Students explore biocompatibility testing, and learn the molecular basis for surface recognition and masking in implanted materials. The course emphasizes the interaction of various immune system components with engineered biological devices, implants, cells and tissues, and explores strategies and solutions for maximizing biocompatibility of engineered biomaterials with the immune system. (Prerequisites: BIOG-240 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

RIT0001035

**College of Science**

**BIOL-101**                                    **General Biology I**

This course serves as an introduction to cellular, molecular, and evolutionary biology. Topics will include: a study of the basic principles of modern cellular biology, including cell structure and function; the chemical basis and functions of life, including enzyme systems and gene expression; and the origin of life and evolutionary patterns of organism development on Earth. **Lecture 3, Credits 3 (Fall, Summer)**

**BIOL-102**                                    **General Biology II**

This course serves as an introduction to animal and plant anatomy and physiology, in addition to the fundamentals of ecology. Topics will include: animal development; animal body systems; plant development; unique plant systems; Earth's terrestrial and aquatic environments; population and community ecology; animal behavior; and conservation biology. **Lecture 3, Credits 3 (Spring, Summer)**

**BIOL-103**                                    **General Biology I Lab**

This course provides laboratory work to complement the lecture material of General Biology I. The experiments are designed to illustrate concepts of basic cellular and molecular biology, develop laboratory skills and techniques for microscopy, and improve ability to make, record and interpret observations. (Co-requisites: BIOL-101 or equvialent course.) **Lab 3, Credits 1 (Fall, Summer)**

**BIOL-104**                                    **General Biology II Lab**

This course provides laboratory work to complement the material of General Biology II. The experiments are designed to illustrate concepts of animal and plant anatomy and physiology, develop laboratory skills and techniques for experimenting with live organisms, and improve ability to make, record, and interpret observations. (Co-requisites: BIOL-102 or equivalent course.) **Lab 3, Credits 1 (Spring, Summer)**

**BIOL-111**                                    **Science in the Garden**

This course will introduce students to the science behind how plants grow, and how to apply this knowledge in a garden setting. The rationale is to encourage sustainability in garden food production, with an emphasis on organic methods. The course will be part lecture and part practical, with some sessions being conducted in the greenhouse or community garden. **Lab 3, Lecture 3, Credits 4 (Fall)**

**BIOL-121**                                    **Introductory Biology I**

This course serves as an introduction to molecular biology, cellular biology, genetics, developmental biology, and evolutionary biology. Topics will include: a study of the basic principles of modern cellular biology, including cell structure and function; the chemical basis and functions of life, including enzyme systems and gene expression; and both the processes and patterns of the organismal development (ontogeny) and the evolution of life on Earth (phylogeny). Laboratory experiments are designed to illustrate concepts of basic cellular, molecular, developmental, and evolutionary biology, develop laboratory skills and techniques for microscopy and biotechnology, and improve ability to make, record and interpret observations. **Lab 3, Lecture 3, Credits 4 (Fall)**

**BIOL-122**                                    **Introductory Biology II**

This course serves as an introduction to the diversification of life, plant anatomy and physiology, animal anatomy and physiology, and ecology. Topics include a survey of the taxonomic diversity of the major groups of living organisms, the anatomical and physiological adaptations of both plants and animals, and the principles of the ecological relationships among organisms and environments. Laboratory exercises are designed to illustrate concepts of taxonomy, anatomical & physiological adaptation, and ecological relationships. Labs are also designed to help the development of laboratory skills and techniques for experiments with live organisms, and improve the ability to make, record and interpret observations. (Prerequisites: BIOL-121 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**BIOL-130**                                    **Introduction to Bioinformatics**

This course will explore topics in the field of bioinformatics including tools and resources used by the discipline, including direct experience with the common user environment. **Lecture 3, Credits 3 (Fall)**

**BIOL-189**                                    **Introductory Special Topics**

This is an introductory course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (Permission of instructor) **Lec/Lab, Credits 1 - 4 (Fall, Spring, Summer)**

**BIOL-201**                                    **Cellular and Molecular Biology**

This course will address the fundamental concepts of Cellular and Molecular Biology. Lectures, assignments, and laboratory projects will explore the structure and function of molecules, organelles, and cells and the biological processes they are involved in. Students in this course will gain an understanding of various molecular mechanisms, structure/function relationships, and cellular processes as they relate to cellular and molecular biology. Students in this course will practice and carry out common laboratory techniques used by Cellular and Molecular Biologists including, recombinant DNA technology, cell trafficking, and cloning techniques. (Prerequisites: (BIOL-101 and BIOL-103) or BIOL-121 and (BIOL-102 and BIOL-104) or BIOL-122 or equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Fall, Spring, Summer)**

**BIOL-204**                                    **Introduction to Microbiology**

This course is an introduction to microorganisms and their importance. Principles of structure and function, metabolic diversity, taxonomy, environmental microbiology, bioremediation, and infectious diseases of bacteria are discussed. Basic laboratory techniques covered include: microscopy; staining, culturing, isolation, and identification of bacteria; isolation and identification of normal flora; identification of unknown bacteria; antibiotic resistance; metabolic tests; clinical and commercial testing protocols; and detection and counting of bacteria in environmental samples (foods, water, soils). (Prerequisites: BIOL-201 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Fall, Spring, Summer)**

**BIOL-205**                                    **Animal Behavior**

This course is a comparative study of animal behavior from an evolutionary perspective. Lectures will examine the organization of behaviors including survival behaviors, social dynamics, and human behavior. Labs will demonstrate methods of gathering and interpreting behavioral data in the laboratory and in the field. (Prerequisites: BIOL-102 or BIOL-122 or (1001-201, 1001-202 and 1001-203) or (1001-251, 1001-252 and 1001-253) or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Fall)**

**BIOL-207**                                    **Galapagos: Ecology and Evolution**

A semester-long lecture course followed by a 14-day field trip to Ecuador and the Galápagos Islands. Students meet weekly on the RIT campus during spring semester to learn about the wildlife and geology of the islands, and about their influence on Darwin's theory of evolution. Galápagos is still an area of vibrant research and students will be introduced to current ecological, genetic, and geological studies. We will explore ongoing difficulties of balancing human needs with environmental conservation in the Galápagos. The field trip occurs shortly after the close of the semester in which the course is given. We will visit various sites in the islands, with excursions focusing on the unique wildlife and the geology. There are frequent snorkeling opportunities. The course provides outstanding opportunities for nature photography. Enrollment is limited to 15 students. A travel fee is required. (Permission of instructor) (This course requires permission of the Instructor to enroll.) **Lecture 1, Credits 1 - 3 (Fall)**

**BIOL-211**                                    **Invertebrate Zoology**

A study of the biology of invertebrate animals with emphasis on phylogeny and functional morphology. (Prerequisites: BIOL-102 or BIOL-122 or (1001-201, 1001-202 and 1001-203) or (1001-251, 1001-252 and 1001-253) or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**BIOL-212**                                    **Vertebrate Zoology**

This course provides a synthesis of the ecological, behavioral, anatomical, and physiological characteristics of vertebrates in an evolutionary context. (Prerequisites: BIOL-102 or BIOL-122 or (1001-201, 1001-202 and 1001-203) or (1001-251, 1001-252 and 1001-253) or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**BIOL-218**                                    **Biology of Plants**

This course will focus on aspects of plant anatomy and diversity and their impact on plant physiology. Adaptations to the environment and biotechnological approaches to unraveling the physiology of plants will be explored. A feature of this course will be discussion groups on plant topics from the popular scientific literature-e.g. Biofuels, Bioengineered Plants. The laboratory classes will follow the lectures closely, to give an opportunity to examine the structure and physiology of different plant genera. (Prerequisites: BIOL-102 or BIOL-122 or (1001-201, 1001-202 and 1001-203) or (1001-251, 1001-252 and 1001-253) or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**BIOL-230**                                    **Bioinformatics Languages**

This is an introductory course in scripting languages focusing on the Perl programming language, the R statistical analysis program, and their application to biological data. We will investigate the use of Perl and R for processing sequence and "-omics" data, managing a variety of biological data types, and providing effective Web and graphical interfaces to existing tools for analysis of these data. (Prerequisites: CSCI-142 or equvalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

RIT0001036

**BIOL-240**                          **General Ecology**
This course is an introduction to population, community and ecosystem ecology, stressing the dynamic interrelationships of plant and animal communities with their environments. The course includes such ecological concepts as energy flow and trophic levels in natural communities, population and community dynamics, biogeography and ecosystem ecology. (Prerequisites: BIOL-102 or BIOL-122 or (1001-201, 1001-202 and 1001-203) or (1001-251, 1001-252 and 1001-253) or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Fall)**

**BIOL-255**                        **Genetics and Society**
Students will learn how genetic underpinnings of human health are discovered and how new discoveries impact societal values, prompting debates around ethical consideration of their use. (Prerequisites: BIOL-101 or BIOL-121 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**BIOL-265**                        **Evolutionary Biology**
This course investigates the historical framework of evolutionary biology and the meaning/nature of evidence pertinent to biological evolution. Topics will include: earth history, the evolution of proteins and the genetic code, molecular evolution, neutral theory vs. selection, genetic variation, natural selection, migration, mutation, genetic drift, fitness, population dynamics and genetics, speciation, systematics and classification systems, molecular phylogenetics, the evolution of eukaryotic organisms, behavioral evolution, historical biogeography, and human evolution and variation. (Prerequisites: (BIOL-101 and BIOL-102) or (BIOL-121 and BIOL-122) or equivalent courses.) **Lecture 3, Recitation 2, Credits 4 (Fall)**

**BIOL-289**                      **Intermediate Special Topics**
This is an intermediate course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 4 (Fall, Spring, Summer)**

**BIOL-290**                        **Vertebrate Evolution**
This course is a study of the major changes in vertebrate functional morphology through time. The course will begin with fossilized fish records. The vertebrate evolution will then be traced to the era of mammals and end with humans. Additionally fossil evidence depicting major transitions between the vertebrate classes, modern taxonomy, including cladistic analysis, geologic time and stratigraphy, and plate tectonics will be presented. (Prerequisites: BIOL-102 or BIOL-122 or (1001-201, 1001-202 and 1001-203) or (1001-251, 1001-252 and 1001-253) or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**BIOL-293**                        **Evolution and Creationism**
This course explores the current controversy over the teaching of evolution in the public schools. Topics covered include pre-Darwinian views of natural history, Natural Theology and the argument from design, pre-Darwinian views of evolution, On The Origin of Species, and the public and scientific reception of natural selection. The major 20th and 21st century court cases, beginning with Scopes, and the Creationist responses, will be presented. The social and philosophical implications of evolution will be a major underlying theme. (Prerequisites: BIOL-102 or BIOL-122 or (1001-201, 1001-202 and 1001-203) or (1001-251, 1001-252 and 1001-253) or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**BIOL-295**                        **Biology Research**
This course is a faculty-directed student project or research involving laboratory work, computer modeling, or theoretical calculations that could be considered of an original nature. The level of study is appropriate for students in their first three years of study. (This course requires permission of the Instructor to enroll.) **Research, Credits 1 - 4 (Fall, Spring, Summer)**

**BIOL-296**                    **Ethical Issues in Biology and Medicine**
This course explores major ethical issues in medicine and biology via lecture, readings, films, and presentation and discussion of cases. Students report on current events in ethics as researched on the internet or other news media. The first portion of the course is in a lecture format. Students learn about various theories of ethical analysis that are in current use. Subsequent classes are devoted to particular ethical areas. Relevant cases are given to the students for presentation in both written and oral formats. Any additional background material that may be required to discuss the cases is presented by the instructor and the remainder of the period is discussion based on the philosophical foundation provided at the beginning of the course. (Prerequisites: BIOL-102 or BIOL-122 or (1001-201, 1001-202 and 1001-203) or (1001-251, 1001-252 and 1001-253) or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**BIOL-298**                      **Biology Independent Study**
This course is a faculty-directed tutorial of appropriate topics that are not part of the formal curriculum. The level of study is appropriate for student in their first three years of study. (This course requires permission of the Instructor to enroll.) **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

**BIOL-301**              **Undergraduate Teaching Experience**
This course allows students to assist in a class or laboratory for which they have previously earned credit. The student will assist the instructor in the operation of the course. Assistance by the student may include fielding questions, helping in workshops, and assisting in review sessions. In the case of labs, students may also be asked to help with supervising safety practices, waste manifestation, and instrumentation. (This course requires permission of the Instructor to enroll.) **Lecture, Credits 1 - 4 (Fall, Spring, Summer)**

**BIOL-303**                        **Cell Physiology**
This course is a study of functional eukaryotic cellular physiology with an emphasis on the role of global gene expression in cellular function and disease. Nuclear and cytoplasmic regulation of macromolecular synthesis, regulation of cellular metabolism, control of cell growth, and the changes in cell physiology in disease are covered. This course also covers the technology used for studying changes in gene expression associated with cell differentiation and disease. The associated laboratory covers microarray techniques. This includes design and implementation of an experiment to acquire gene expression data, analyzing the acquired data using simple computer programs, such as MAGIC, and writing a research paper explaining findings. (Prerequisites: BIOL-201 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**BIOL-304**      **Honors Science and the Law:Biological, Ethical Legal Perspectives**
This is an Honors course. This course will look at the use of biological evidence in the criminal justice system from the perspectives of a scientist and an experienced criminal defense attorney. Together they will describe the judicial process and their experiences with the system while addressing the strengths and weaknesses intrinsic to both the science and the law. Wherever possible they will employ case-based examples and delve into the ethical considerations intrinsic to the judicial process and to the application of scientific methods and technologies in court. Students will have opportunities to further explore course topics by exploring real cases and sharing their findings in class. A mock trial will be carried out in which students prepare defense and prosecution strategies and serve as attorneys and expert witnesses. Attorneys from the community will serve as judge and jurors. (Prerequisites: BIOL-101 or BIOL-121 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**BIOL-305**              **Plants, Medicine and Technology**
Plants have played a significant role in the shaping of our world. This course will explore the utilization of plants for foods, fuels, materials, medicine, novel genetic information, and social aspects of different cultures. All cultures depend on about fifteen plant species, most of which have been changed by plant improvement methods to enhance human benefits. This course will explore these changes in important crops, plant constituents used in medicine, and the technology used to produce important plant-produced medicines. (Prerequisites: BIOL-201 or equivalent course.) **Lecture 4, Credits 4 (Spring)**

**BIOL-306**                        **Food Microbiology**
This course presents the microbiology of foods. Topics include microbial food spoilage, foodborne pathogens, food preservation techniques, and environmental parameters found in foods important in the survival of food spoilage microbes and foodborne pathogens. The lab will include exercises on isolating heterotrophs from all kinds of food, isolation of fungi from various foods, and the survival of various pathogens in food and beverages. (Prerequisites: BIOL-204 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**BIOL-307**             **Microbiology of Wastewater**
This is an advanced course in the microbiology of wastewater treatment, solids treatment, and the generation and maintenance of drinking water. Topics include activated sludge processes, clarification processes, disinfection processes, trickling filters, rotating biological contactors, waste stabilization ponds, sludge microbiology, anaerobic digestion of biosolids, microbial aspects of drinking water and drinking water distribution systems, and public health aspects of wastewater and biosolids disposal on land and in marine systems. (Prerequisites: BIOL-204 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**BIOL-308**                        **Biology of Cancers**
This course will address the fundamental concepts of the molecular and cellular biology of cancer cells. Class discussions, reading and writing assignments will explore the function of tumor suppressor genes, oncogenes, growth factors, and signal transduction pathways in the context of cancer cell growth, organization, and communication. Students in this course will gain an understanding of the molecular mechanisms involved in the process of tumorigenesis, will become aware of landmark findings, current research, and practice how to communicate effectively through scientific writing. This is a designated writing intensive course. (Prerequisites: BIOL-201 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**BIOL-309**             **Comparative Vertebrate Anatomy**
This course is a comparative study of the evolution of organ systems among vertebrate animals with an emphasis on structural changes in homologous characters among representative vertebrate lineages. The course will explore the concepts of allometry, biomechanics, biophysics, ontogeny, phylogeny using examples from vertebrate integument, skeletal, muscular, respiratory, circulatory, digestive, urogenital, endocrine, nervous, and sensory systems. (Prerequisites: BIOL-265 or equivalent course.) **Lab 6, Lecture 2, Credits 4 (Spring)**

RIT0001037

College of Science

**BIOL-310**                                          **Bioenergy: Microbial Production**
This course presents how microbial processes are used to produce various biofuels from renewable feedstocks. The topics presented include bioethanol production, biobutanol production, methane (biogas) production, biodiesel production, and the economics involved with the production of alternative fuels. (Prerequisites: BIOL-204 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**BIOL-313**                                          **Comparative Animal Physiology**
This course is a comparative study of fundamental physiological mechanisms. It covers a broad range of organisms studied from the standpoint of evolution of functional systems, tissues, mechanisms and morphological variations that exist to deal with functional problems posed by the environment, and the special mechanisms used to cope with extreme environments. (Prerequisites: BIOL-240 or BIOL-265 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**BIOL-314**                                          **Tissue Culture**
This course will present the techniques and applications of culturing eukaryotic cells, tissues, and organs in vitro. Emphasis will be placed on mammalian systems. Lectures will cover the historical background of tissue culture, how to authenticate cell lines, basic cell culture techniques; as well as stem cells, tissue engineering, and the role of cell culture in regenerative medicine. In the laboratory, students will be introduced to growth curves, cloning techniques, primary cell culture, and making a cell line; as well as detecting mycoplasma and other cell culture contaminants. (Prerequisites: BIOL-201 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Fall)**

**BIOL-321**                                          **Genetics**
Introduction to the principles of inheritance; the study of genes and chromosomes at molecular, cellular, organismal, and population levels. (Prerequisites: BIOL-201 or equivalent course.) **Lecture 3, Recitation 1, Credits 3 (Fall, Spring, Summer)**

**BIOL-322**                                          **Developmental Biology**
This course is a study of the processes of growth, differentiation and development that lead to the mature form of an organism. The course will also address how developmental biology is integrated with other aspects of biology including disease, ecology, and evolution. (Prerequisites: BIOL-201 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Fall)**

**BIOL-325**                                          **Bioinformatic Analysis of Macromolecules**
This course addresses the fundamental concepts of bioinformatics, especially in regards to computational analysis of nucleic acids and proteins. The nature and extent of information available in bioinformatic databases will be presented. Discussion and utilization of computational programs for analysis of individual and multiple sequences for functional and evolutionary information will be discussed. The computational laboratory will highlight the multitude of web-based applications available for analysis of molecular sequences. (Prerequisites: BIOL-201 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**BIOL-330**                                          **Bioinformatics**
Bioinformatics introduces students to the analysis of biological sequences: DNA, mRNA, and protein. Emphasis is placed on classical bioinformatics analyses such as gene prediction, sequence alignment, and phylogenetics. The methods are applicable to both human and model organism studies in medical, biotechnological, and classical biology research. (Prerequisites: BIOL-201 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**BIOL-335**                                          **Phage Biology**
Viruses that infect bacteria (phages) are ubiquitous wherever their hosts reside– whether in soil, a hot spring or our own digestive tract. Phages are also the most abundant and diverse biological entities, consequently phage research is relevant to health, industry, agriculture, ecology and evolution. Phage Biology is a research-intensive course designed to explore the fundamental properties of phages, how they interact with their bacterial hosts, the major techniques used to characterize them and their applications. Since phage particles are comprised of DNA and protein the techniques employed in this course have relevance to many other biological disciplines. This course will develop both laboratory and analytical skills as students will isolate and characterize mutant phages in a novel model system, becoming mutation sleuths to determine mutation locations and their effect. (Prerequisites: BIOL-201 or BIOL-204 or equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**BIOL-340**                                          **Genomics**
This course introduces students to the analysis of complex genomes. Emphasis is placed on genetic information derived from the human genome project but advances with genomes of other model systems will be discussed. Lectures cover scientific techniques used to map and sequence the human genome, as well as strategies for identification of disease susceptibility genes. The laboratory utilizes an automated DNA sequencer to demonstrate the acquisition of genetic sequences. Laboratory sessions emphasize cycle sequencing of cloned DNA fragments using an automated fluorescent DNA sequencer. (Prerequisites: BIOL-201 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Fall)**

**BIOL-341**                                          **Synthetic Biology**
The goal of the emerging field of synthetic biology is to design and construct novel biological systems that are useful. Synthetic biology examines the whole system of genes and gene products, their regulation, co-regulation and the interactions among their products, not individual genes. This course will cover organisms with known and characterized processes that are used to add or modify biological functions. Students will become proficient in the understanding of synthetic biology concepts and will master basic laboratory techniques utilized in synthetic biology. (Prerequisites: BIOL-201 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**BIOL-345**                                          **Molecular Ecology**
This course explores the biology of populations and communities of organisms using molecular data. As DNA, RNA and proteins are nearly universal between organisms, the principles taught in this course will have wide applications, both within ecology and throughout many sub-disciplines of biology. Furthermore, this course will prepare students to apply the techniques in numerous research fields. The primary literature and worldwide applications of the field of molecular ecology will be incorporated into the course. (Prerequisites: BIOL-201 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**BIOL-365**                                          **Introduction to Population Genetics**
This course consists of a study of DNA, genes, inheritance, genetic variation, genetic architecture, and change within and among populations. Fundamental genetics topics include DNA, gene, and chromosomal structure and function along with, transmission genetics, Mendelian inheritance patterns, sex-linked inheritance, genetic linkage, and the Hardy-Weinberg Principle. Population based topics will include genetic variation, its importance, how it originates and is maintained as well as inbreeding, random mating, mutation, migration, selection, genetic drift, the effects of small population size, fitness, population subdivision, the shifting balance theory, inter-deme selection, kin selection, neutral theory, molecular evolution, molecular clocks, multi-gene families, gene conversion, artificial selection, the genetic basis of quantitative traits and the fundamental theorem of natural selection. (Prerequisites: BIOL-265 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**BIOL-370**                                          **Environmental Microbiology**
This course presents the microbiology of soils, freshwater, marine environments, and extreme environments. Topics include nutrient cycling in soils by microorganisms, the diversity of microorganisms in soils, the role of microorganisms in freshwater environments such as lakes, rivers, and wetlands and marine environments such as the open ocean, coastline environments, and salt marshes, and the diversity of microorganisms in extreme environments including highly acidic, highly alkaline, and highly saline environments. Laboratory experiments will explore the types of bacteria in different types of soils in Western New York, types of bacteria in different freshwater environments in Western NY, determining total and fecal coliform counts in freshwaters, determining the presence of antibiotic resistant coliforms in sediment samples, and examining the survival of various human pathogens in surface waters. (Prerequisites: BIOL-204 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Fall)**

**BIOL-371**                                          **Freshwater Ecology**
This course will explore the ecology of freshwater ecosystems, including rivers, lakes, and wetlands; with an emphasis on ecosystems in Western New York. The chemical and physical environment of each system and the resulting biological communities will be explored. Threats to the ecosystem services supplied by freshwater resources will also be investigated. (Prerequisites: BIOL-240 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**BIOL-375**                                          **Advanced Immunology**
This course is an in-depth treatment of the molecular and cellular events associated with innate and adaptive immune responses. The response of the host to the environment of microbes and pathogens will be emphasized. Recognition and response of the host to the infectious agents and the resolution of the disease state will be examined at the cellular and molecular levels. The immune response to tumors will be treated and medical advances in treating neoplastic disease using immunological therapy will be presented. The laboratories will focus on the cellular and molecular techniques employed in the modern immunology laboratory. A laboratory module employing hybridoma techniques will provide an intensive experience with monoclonal antibodies and their use in diagnostics and disease treatment. (Prerequisites: BIOL-201 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**BIOL-377**                                          **Directed Research in Developmental Biology**
In this lab-based course, students perform original research on the cellular and molecular mechanisms of development. Students use classical embryological, bioinformatics, molecular biology, and/or microscopy techniques, depending on the project. Students read and discuss primary scientific literature in a lab meeting setting, write a research paper and present their research findings in a talk or poster. Lab meets in two three-hour blocks; students are also expected to work independently for an additional three hours per week. (Prerequisites: BIOL-201 or equivalent course.) **Lab 6, Credits 3 (Spring)**

RIT0001038

**BIOL-380**                                                    **Bioremediation**
This course is an introduction to bioremediation focusing on the interactions between engineers, chemists, hydrologists, and microbiologists to develop, design, and implement strategies to remediate contaminated soils or water. Topics include microorganisms involved in bioremediation, types of chemical pollutants, economics of remediation, environmental factors important in bioremediation, in situ processes, and ex situ processes. The laboratory project involves the isolation of hydrocarbon degrading bacteria from soils and sediments and further characterization of the hydrocarbon degrading isolates with respect to types of hydrocarbons degraded and rate of degradation. (Prerequisites: BIOL-204 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**BIOL-385**                                        **Seneca Park Zoo Internship**
This course will combine in-class lecture from specialists in the zoological field with volunteering in a zoo. This course will require the use of knowledge gained to design an exhibit for a selected species as a group. Topics covered will include the purpose of zoos, the history of the Seneca Park Zoo, wildlife medicine, population (conservation) genetics, biological exhibit design, zoo research, animal behavior, zoo management, zoo community education, and zoo ethics. There will be an opportunity to develop an understanding of the biological basis of the zoo's activities. This course will provide an intensive hands-on experience by assisting zoo staff in one department area for 8 hours, plus 2 hours of classroom work, per week over the semester. (Prerequisites: BIOL-240 or BIOL-265 or equivalent course.) **Lecture 2, Credits 4 (Fall)**

**BIOL-389**                                                    **Special Topics**
This is an advanced course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. The level of study is appropriate for students in their final two years of study. **Lec/Lab 3, Credits 1 - 3 (Fall, Spring, Summer)**

**BIOL-399**                            **Biology Part-Time Cooperative Experience**
This course is a part time cooperative education experience for undergraduate students majoring in biology, biotechnology and molecular bioscience, bioinformatics and computational biology. **CO OP, Credits 0 (Fall, Spring, Summer)**

**BIOL-401**                        **Biological Separations: Principles and Practices**
This is a laboratory-based course that teaches classic concepts and techniques to enable the use of these techniques to purify small molecules and macromolecules from whole organisms. Detection techniques will include the use of bacterial biosensors, coomassie-blue staining, silver staining, and immunoblot analysis. Separation techniques will include SDS Polyacrylamide gel electrophoresis (PAGE) analysis, thin layer chromatography, and paper electrophoresis. Purification techniques will include ammonium sulfate precipitation, affinity chromatography, and thin layer chromatography. (Prerequisites: BIOL-321 and BIOL-325 or equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**BIOL-403**                    **Fundamentals of Plant Biochemistry and Pathology**
This course is primarily focused on biochemical and pathological aspects of a plant's life. This course provides an understanding of why protein catalysts are important in the field of plant biochemistry and plant pathology. More specifically, the role enzymes play in the basic cellular processes of plant growth and development is presented. Topics related to plant pathology are presented; such as plant disease epidemics, plant diagnosis, plant diseases caused by fungi, bacteria, nematodes, viruses, and plant-pathogen interaction, at the ecological, physiological and genetic level. (Prerequisites: BIOL-321 and BIOL-325 or equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Fall, Spring)**

**BIOL-412**                                                    **Human Genetics**
The course provides an overview of concepts and applications in human genetics. Topics include classical and complex mechanisms of inheritance, the human genome, human origins & evolution, forensic applications, personalized medicine, and ethical issues. (Prerequisites: BIOL-321 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**BIOL-414**                                                    **Animal Nutrition**
In this course, students will explore applied topics in companion, agriculture, and wildlife animal nutrition. Emphasis will be placed on an overview of nutrient classes and methods of nutrient analysis, biological nutrient requirements and common problems arising from nutrient deficiencies, comparative digestive strategies, and specialized adaptations of animal with different feeding strategies. Class discussions will focus on reading and interpretation of primary literature and investigating applied nutritional research questions. (Prerequisite: BIOL-212 or BIOL-313 or equivalent.) **Lecture 3, Credits 3 (Fall)**

**BIOL-415**                                                    **Virology**
This course is an introduction to virology with specific emphasis on the molecular mechanisms of virus infection of eukaryotic cells and virus-cell interactions. Virus structure, genetics, the infectious cycle, replication strategies, pathogenesis, persistence, effects on host macromolecular synthesis, viral oncogenesis, viral vectors, emerging viral diseases, and strategies to protect against and combat viral infection will be discussed. (Prerequisites: BIOL-201 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**BIOL-416**                                                    **Plant Biotechnology**
In this course aspects of plant biotechnology will be investigated. Areas of concentration will include: tissue culture, genetic transformation of plant cells, regeneration of transgenic plants, and the construction and characterization of transgenic plants for food production, experimental biology investigations, and novel product(development. The laboratory will provide experiences to complement(the lecture information in plant cell culture and experiences in the use of Agrobacterium as the gene shuttle to introduce novel genetic information into plants. (Prerequisites: BIOL-204 and BIOL-321 and BIOL-325 or equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Fall)**

**BIOL-418**                                                    **Plant Molecular Biology**
The course will introduce molecular biology concepts and encourage the application of these concepts to the particular plant gene being studied. This upper-level elective course has a strong laboratory element. Small groups will study different plant genes during the semester. The laboratory element will be a self-paced group project to amplify, clone, sequence, and examine the expression profiles of plant genes. Gene databases such as TAIR and NCBI, as well as sequence analysis software, will be used throughout the course. The groups will be guided to make week-by-week project plans, to troubleshoot problems, and record results in laboratory notebooks. In addition, weekly results and progress will be shared via an interactive wiki. (Prerequisites: BIOL-201 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**BIOL-420**              **Bacterial-Host Interactions: Microbiomes of the World**
This course focuses on the bacterial and host (human, insect, plant, animals and fungi) mechanisms used in interactions with hosts during both pathogenesis and symbiosis. We will explore molecular, microbiome and genomic levels, drawing on the disciplines of genomics, biochemistry, molecular biology and cell biology. Several of the agonistic and antagonistic interactions will illustrate broader principles and contribute to our fundamental understanding of biological processes. The results of these interactions have a strong impact on biological productivity, and so are also ever increasing important in human health. An emphasis will be on the roles of molecules and cell structures in determining the outcome of an interaction. Course is intended to allow students to develop knowledge of host-bacterial interactions at the molecular to organismal level, with an emphasis on several model symbiotic- and patho-systems. Knowledge about bacterial mechanisms use to associate with host organisms and the different strategies bacteria employ to gain entry, damage host tissue and obtain nutrients for growth will be explored. We will also illustrate several mutualistic relationships between eukaryotic hosts with partner symbiotic bacteria. Genomic approaches to describe microbiomes (microbial communities) on host organisms and in environments will also be explored. (Prerequisites: BIOL-204 or equivalent course.) **Lecture 3, Credits 3 (Spring, Summer)**

**BIOL-425**                                                    **Ethics in Bioinformatics**
This course focuses on individual and organizational responsibilities in bioinformatics research, product development, product commercialization and clinical and consumer genetic testing. (Prerequisites: BIOL-201 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**BIOL-427**                                                    **Microbial and Viral Genetics**
This course will examine bacterial and viral genetic systems. These systems will be studied with the idea that they are simple examples of the genetics systems found in higher organisms, and can also be used as biotechnological tools. This course will show how these prokaryotic systems have served as excellent model systems for studying the genetics of higher organisms. This course will examine how these systems can be genetically manipulated using transformation, transduction, transposition, and conjugation. Bacteria and viruses will be discussed as important tools for many of the greatest discoveries in biology; especially in molecular biology and genetics. In addition some of the primary research journal articles will be critiqued. (Prerequisites: BIOL-321 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Fall)**

**BIOL-428**                              **Eukaryotic Gene Regulation and Disease**
This course presents an overview of gene expression in eukaryotic systems, with an emphasis on how disease can result when gene regulation is disrupted. Points of control that are examined include: chromatin structure, transcription initiation, transcript processing, stability and modification, RNA transport, translation initiation, post-translational events, and protein stability. The mechanisms involved in regulating these control points are discussed by exploring specific well studied cases. The significance of these processes is highlighted by a discussion of several diseases that have been shown to be due to defects in gene regulation. (Prerequisites: BIOL-201 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**BIOL-444**                                                    **Ornithology**
This course will cover the major principles in ornithology from evolutionary origins to the study of physiology, flight, behavior, life history traits and conservation. Exploration of current topics in avian biology and exploration of bird diversity will be key features of the lecture and lab. Labs will introduce current techniques in applied avian research and monitoring in both the field and lab. (Prerequisites: BIOL-212 or BIOL-240 or equivalent courses.) **Lab 2, Lecture 2, Credits 3 (Spring)**

RIT0001039

**College of Science**

**BIOL-450**                                                                                    **Genetic Engineering**
This course is a laboratory-intensive introduction to the theoretical basis, laboratory techniques, and applications of gene manipulation. (Prerequisites: BIOL-201 or equivalent course.) **Lab 8, Lecture 2, Credits 5 (Spring)**

**BIOL-455**                                                                                    **Biogeography**
This course is the study of the distribution of biodiversity on the earth. Patterns of past and present animal and plant distributions are used to help understand the mechanisms of basic biological processes including speciation, dispersal, divergence, and extinction. This course will cover the character and history of the science of biogeography, as well as its basic principles and applications. We will also examine the assumptions, methods, and conclusions of historically significant biogeographic studies. (Prerequisites: BIOL-240 or BIOL-265 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**BIOL-460**                                            **Infectious Disease: Impact on Society and Culture**
This course is an introduction to the probabilistic models and statistical techniques used in computational molecular biology. Examples include Markov models, such as the Jukes-Cantor and Kimura evolutionary models and hidden Markov models, and multivariate models use for discrimination and classification. (Prerequisites: CHMB-402 or BIOL-201. Students may not take and receive credit for BIOL-460 and CHMB-460. If you have earned credit for CHMB-460 or you are currently enrolled in CHMB-460 you will not be permitted to enroll in BIOL-460.) **Lecture 3, Credits 3 (Spring)**

**BIOL-465**                                                                **Directed Research in Virology**
In this lab-based course, students perform project-based research on the cellular and molecular mechanisms of virology. Students use classical virological, tissue cell culture, and molecular biology techniques. Students read and discuss primary scientific literature in a lab meeting setting, write a research paper and present their research findings in a talk or poster. Class meets weekly for one-four hour block (1 hour of lecture and 3 hours of lab) and students are expected to work independently, with instructor oversight, outside of scheduled class time for an additional three hours per week. (Co-requisites: BIOL-415 or equivalent course.) **Lab 6, Lecture 1, Credits 3 (Fall)**

**BIOL-470**                                                    **Statistical Analysis for Bioinformatics**
This course is an introduction to the probabilistic models and statistical techniques used in computational molecular biology. Examples include Markov models, such as the Jukes-Cantor and Kimura evolutionary models and hidden Markov models, and multivariate models use for discrimination and classification. (Prerequisites: (MATH-161 or MATH-173 or MATH-182) and (STAT-145 or MATH-251) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**BIOL-489**                                                                                    **Special Topics**
This is an advanced course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. The level of study is appropriate for students in their final two years of study. (Prerequisites: BIOL-204 or equivalent course.) **Lec/Lab 3, Credits 1 - 3 (Fall, Spring, Summer)**

**BIOL-495**                                                                    **Advanced Biology Research**
This course is a faculty-directed student project or research involving laboratory or field work, computer modeling, or theoretical calculations that could be considered of an original nature. The level of study is appropriate for students in their final two years of study. (This course requires permission of the Instructor to enroll.) **Research, Credits 1 - 4 (Fall, Spring, Summer)**

**BIOL-498**                                                        **Advanced Biology Independent Study**
This course is a faculty-directed tutorial of appropriate topics that are not part of the formal curriculum. The level of study is appropriate for student in their final two years of study. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

**BIOL-499**                                                                                    **Biology Co-op**
Cooperative education experience for undergraduate biological sciences students. **CO OP, Credits 0 (Fall, Spring, Summer)**

**BIOL-500**                                            **Experiential Learning Requirement in Life Science**
The experiential learning (EL) requirement may be fulfilled through a variety of methods including co-op, undergraduate research, summer research experiences, study abroad relevant to the major, designated EL courses, etc. All experiences must be approved by the GSOLS EL Committee. **Lecture, Credits 0 (Fall, Spring, Summer)**

**BIOL-530**                                                                        **Bioinformatics Algorithms**
Bioinformatics Algorithms will focus on the types of analyses, tools, and databases that are available and commonly used in Bioinformatics. The labs will apply the lecture material in the analysis of real data through computer programming. (Prerequisites: BIOL-330 and CSCI-243 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**BIOL-550**                                                        **High Throughput Sequencing Analysis**
Students will utilize commonly used bioinformatics tools to analyze a real High Throughput Sequencing data set starting with raw data, proceeding with quality control, either aligning to a reference genome or performing de novo assembly, assessing differential gene expression determination, and finally annotating their results. Weekly lab reports will be required, and a group manuscript is expected at the end of the semester. (Prerequisites: BIOL-201 or BIOL-202 or equivalent courses.) **Lab 2, Lecture 2, Credits 3 (Spring)**

**BIOL-573**                                                                                    **Marine Biology**
This course explores marine biology by focusing on the diversity of life and influence of oceanographic phenomena on the various ecosystems. Morphological and physiological adaptations along with environmental threats will also be investigated. (Prerequisites: BIOL-240 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**BIOL-575**                                                                        **Conservation Biology**
This course focuses on the application of ecological principles to conservation issues. Human impact on species diversity is emphasized as it relates to agricultural, forest, coastal and wetland ecosystems. Case studies of management practices used to manage and restore disturbed ecosystems are included. (Prerequisites: BIOL-240 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**BIOL-589**                                                                                    **Special Topics**
This is an advanced course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 3 (Fall, Spring, Summer)**

**BIOL-594**                                                **Molecular Modeling and Proteomics**
This course will explore two facets of protein molecules: separation and structure. The separation component will address common protein separation techniques such as 2D gel electrophoresis and chromatography. The structure component will follow the levels of protein structures, focusing on both experimental and computational methods to determine protein structures. Methods for determining primary structures such as Edman degradation method, Sanger method and mass spectrometry will be taught in lectures. Algorithms of predicting secondary structures will be introduced and implemented. Tertiary structure determination techniques such as NMR will be covered, with an emphasis on proton NMR, 13C NMR and multi-dimensional NMR. Homology modeling will be used to predict protein tertiary structures. (Prerequisites: BIOL-330 or equivalent course.) **Lab 2, Lecture 2, Credits 3 (Spring)**

**BIOL-599**                                                                        **Research Based Writing**
This course is intended for students with significant research experience to work closely with their faculty mentors to prepare a manuscript for publication or write a proposal for external funding. Students will devote significant time to writing, revision and peer review. A submission-quality manuscript or proposal is expected at the end of the semester. (Prerequisites: BIOL-495 or BIOL-570 or equivalent course and permission of instructor.) **Research 3, Credits 3 (Fall, Spring, Summer)**

## Chemistry

**CHEM-130**                                                                        **Chemistry Connections**
This course introduces first-year chemistry and biochemistry majors to the topics of chemical safety, ethics, database searching, citation protocol, presentation development and execution as well as the career options in the field and opportunities at RIT and beyond. These topics will be covered in the context of developing a product that the student will accomplish during the lab component of the course. (This course is restricted to CHEM-BS or BIOCHEM-BS Major students.) **Seminar 1, Credits 1 (Fall)**

**CHEM-151**                                                                        **General Chemistry**
An accelerated entry-level course designed for chemistry and biochemistry majors. Topics include measurement, atomic theory, chemical bonding and structure, stoichiometry, equilibrium and acid-base chemistry. (Prerequisites: This course is restricted to CHEM-BS or BIOCHEM-BS Major students. Co-requisite: CHEM-155 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**CHEM-155**                                                                        **Chemistry Workshop**
This course presents an introduction to working in a modern chemistry laboratory. Students will perform exercises that will aid in the understanding of general laboratory practices, atomic and molecular structure, and Lewis acid base theory. Students will also become familiar with keeping a scientific laboratory notebook and writing scientific abstracts. Students will also utilize modern chemical instrumentation to aid in the understanding of concepts. (Prerequisites: This course is restricted to CHEM-BS or BIOCHEM-BS Major students. Co-requisite: CHEM-151 or equivalent course.) **Lab 4, Credits 2 (Fall)**

RIT0001040

**CHEM-189**                                    **Introductory Special Topics**
This is an introductory course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 3**

**CHEM-201**                                    **Clean Energy: Hydrogen Fuel Cells**
This course focuses on clean energy sources, theories of different fuel cell operations, hydrogen infrastructure, and the introduction of devices that employ hydrogen. Principles of energy utilization as they relate to the issues of global warming are presented. The fundamentals of electrochemistry, acid-base reactions, organic chemistry, polymers, thermodynamics, chemical kinetics, photochemistry, and plasma chemistry will be covered to develop a foundation for an understanding of renewable energy and hydrogen technology. Topics in the course include technical aspects of hydrogen utilization for power generation and transportation. Disposal schemes for by-products are also discussed. (Prerequisites: CHMG-121 or CHMG-131 or CHMG-141 or CHEM-151 or equivalent course.) **Lecture 3, Credits 3 (Spring, Summer)**

**CHEM-203**                                    **Clean Energy: Hydrogen Fuel Cells Laboratory**
This laboratory course introduces the science of hydrogen technology and fuel cells. Students will gain hands-on experience in hydrogen systems instrumentation assembly, building control systems, and measuring the amount of hydrogen generated. Students will also become familiar with hydrogen sensing. (Corequisites: CHEM-201 or equivalent course.) **Lab 2, Credits 1 (Spring, Summer)**

**CHEM-289**                                    **Intermediate Special Topics**
This is an intermediate course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 3 (Fall, Spring, Summer)**

**CHEM-298**                                    **Chemistry Independent Study**
This course is a faculty-directed tutorial of appropriate topics that are not part of the formal curriculum. The level of study is appropriate for student in their first three years of study. (This course requires permission of the Instructor to enroll.) **Ind Study, Credits 1 - 3**

**CHEM-301**                                    **Undergraduate Teaching Experience**
This course allows students to assist in a class or laboratory for which they have previously earned credit. The student will assist the instructor in the operation of the course. Assistance by the student may include fielding questions, helping in workshops, and assisting in review sessions. In the case of labs, students may also be asked to help with supervising safety practices, waste manifestation, and instrumentation. (Enrollment in this course requires permission from the department offering the course.) **Lab, Credits 1 - 3 (Fall, Spring, Summer)**

**CHEM-389**                                    **Special Topics**
This is a comprehensive course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. **Lec/Lab 4, Credits 1 - 4 (Fall, Spring, Summer)**

**CHEM-489**                                    **Advanced Special Topics**
This is an advanced course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. **Lec/Lab 4, Credits 1 - 3 (Fall, Spring, Summer)**

**CHEM-493**                                    **Chemistry Research**
This course is a faculty-directed student project or research in chemistry that could be considered of an original nature. (Enrollment in this course requires permission from the department offering the course.) **Research, Credits 1 - 3 (Fall, Spring, Summer)**

**CHEM-495**                                    **Advanced Chemistry Research**
This course is a faculty-directed student project or research involving laboratory work, computer modeling, or theoretical calculations that could be considered of an original nature. The level of study is appropriate for students in their final two years of study. (Enrollment in this course requires permission from the department offering the course.) **Research, Credits 1 - 3 (Fall, Spring, Summer)**

**CHEM-498**                                    **Advanced Chemistry Independent Study**
This course is a faculty-directed tutorial of appropriate topics that are not part of the formal curriculum. The level of study is appropriate for student in their final two years of study. **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

**CHEM-499**                                    **Chemistry Co-op**
This course is a cooperative education experience for undergraduate chemistry students. **CO OP, Credits 0 (Fall, Spring, Summer)**

**CHEM-531**                                    **Climate Change: Science Technology and Policy**
This multidisciplinary course will provide students with diverse perspectives on global climate change issues, providing a survey of important aspects of the problem. Topics include atmospheric chemistry, climate modeling, ecological impacts and feedbacks, economics of climate change, international climate policies, and social and environmental justice. The course will include a variety of instructors and guest lecturers, providing an overview of the complex and inter-related nature of global climate change. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Spring)**

**CHMA-161**                                    **Quantitative Analysis**
This course will introduce students to quantitative methods. The course will cover gravimetric techniques, equilibria, statistical methods, and solution chemistry. In addition, equilibrium for polyprotic acids, electrochemistry and potentiometry will be discussed. (Prerequisites: CHEM-151 or CHMG-141 or equivalent course. Corequisites: CHMA-165 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**CHMA-165**                                    **Analytical Methods Lab**
This laboratory is designed for chemistry and biochemistry majors or those interested in pursuing a minor in chemistry. Experiments include statistics, calibration of equipment, spectroscopy, volumetric analyses, kinetics, Gran Plot, double endpoint titrations, potentiometric titration, photometric determination of copper, and water hardness. (Prerequisites: CHEM-155 or CHMG-145 or equivalent course. Corequisities: CHMA-161 or equivalent course.) **Lab 4, Credits 1 (Fall)**

**CHMA-231**                                    **Chemical Instrumental Analysis for Engineers**
This course presents a preliminary treatment of instrumental theory and technique as well as hands on experience with modern chemical instrumentation. The course will cover the theory and implementation of spectroscopic, mass spectrometric, and chemical separations instrumentation and techniques. Instrumental techniques include: atomic and molecular emission and absorption and emission spectroscopies, atomic and molecular mass spectrometry, gas chromatography, and high performance liquid chromatography. Students will perform experiments utilizing modern chemical instrumentation and gain experience in analyzing data and presenting results experimental results. (Prerequisites: CHMA-161 or CHMG-142 or equivalent.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**CHMA-261**                                    **Instrumental Analysis**
This course presents a preliminary treatment of instrumental theory and technique. The course will cover the theory and implementation of spectroscopic, mass spectrometric, and chemical separations instrumentation and techniques. Instrumental techniques include: atomic and molecular emission and absorption and emission spectroscopies, atomic and molecular mass spectrometry, gas chromatography, and high performance liquid chromatography. (Prerequisites: CHMA-161 or CHMG-142 or equivalent course. Corequisities: CHMA-265 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**CHMA-265**                                    **Instrumental Analysis Lab**
This course presents hands-on experience with modern chemical instrumentation including a number of spectroscopic techniques, mass spectrometry, gas chromatography, high performance liquid chromatography, and other. The course will cover the theory of operation of each instrument, their capabilities, and their limitations. Students will perform experiments utilizing modern chemical instrumentation and gain experience in analyzing data and presenting experimental results. (Prerequisites: CHMA-161 or CHMG-142 or equivalent course. Corequisities: CHMA-261 or equivalent course.) **Lab 3, Credits 1 (Fall)**

**CHMB-189**                                    **Introductory Special Topics**
This is an introductory course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 3**

**CHMB-240**                                    **Biochemistry for Health Sciences**
This course will focus on the application of biochemical knowledge to the field of medicine. Students will learn the basic functions of water, carbohydrates, lipids, proteins, and nucleic acids in humans, then explore implications of this knowledge in nutrition and metabolism and its relationship to health and disease. (Prerequisites: CHMG-142 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**CHMB-289**                                    **Intermediate Special Topics**
This is an intermediate course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 3**

RIT0001041

College of Science

**CHMB-402**                                                          **Biochemistry I**
This course introduces the structure and function of biological macromolecules and their metabolic pathways. The relationship between the three-dimensional structure of proteins and their function in enzymatic catalysis will be examined. Membrane structure and the physical laws that apply to metabolic processes will also be discussed. (Prerequisite: CHMO-231 or CHMO-331 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CHMB-403**                                                         **Biochemistry II**
This course will focus on advanced topics in biochemistry, using hands-on activities, in-class discussions, and review of relevant literature to explore the theory and applications behind current biochemical methods and concepts. (Prerequisites: CHMB-402 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**CHMB-405**                                                        **Biochemistry Lab**
An introduction to the theory and practice of modern experimental biochemical laboratory techniques and concepts. The weekly two-hour lecture provides a theoretical framework for the course and includes a discussion of the properties of biomolecules and how those properties are exploited in the separation and characterization of the molecules. Practical laboratory techniques include the preparation of buffers, centrifugation, chromatography, electrophoretic methods, and UV-visible spectrophotometry as applied to the isolation and characterization of proteins and nucleic acids. The manipulation of genetic material in E. coli will also be executed. This course will be offered in a writing intensive format where the students will write and submit the different sections found in scientific papers (abstract, introduction, materials and methods, results, discussion, conclusions, references, figures, tables) in an iterative fashion that will include regular feedback from the instructor. (Prerequisites: CHMB-402 or equivalent course.) **Lec/Lab 5, Credits 3 (Fall, Spring)**

**CHMB-460**                               **Infectious Diseases: Impact Society and Culture**
This course investigates the mechanisms of pathogenesis of bacterial, viral, and other microbial infectious agents. This course also covers the historical, social, and cultural impact that these infectious diseases have had on society. Topics may include: antibiotics and antibiotic resistance, vaccines, gut microflora and health, foodborne illnesses, bioterrorism, HIV, tuberculosis, malaria, and staph infections. (Prerequisites: CHMB-402 or BIOL-201. Students may not take and receive credit for BIOL-460 and CHMB-460. If you have earned credit for BIOL-460 or you are currently enrolled in BIOL-460 you will not be permitted to enroll in CHMB-460.) **Lecture 3, Credits 3 (Spring)**

**CHMB-489**                                                       **Advanced Special Topics**
This is an advanced course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 3**

**CHMB-493**                                                      **Biochemistry Research**
This course is a faculty-directed student project or research in biochemistry that could be considered of an original nature. (Enrollment in this course requires permission from the department offering the course.) **Research, Credits 1 - 3 (Fall, Spring, Summer)**

**CHMB-495**                                                  **Advanced Biochemistry Research**
This course is a faculty-directed student project or research involving laboratory work, computer modeling, or theoretical calculations that could be considered of an original nature. The level of study is appropriate for students in their final two years of study. (Enrollment in this course requires permission from the department offering the course.) **Research, Credits 1 - 3 (Fall, Spring, Summer)**

**CHMB-498**                                        **Advanced Biochemistry Independent Study**
This course is a faculty-directed tutorial of appropriate topics that are not part of the formal curriculum. The level of study is appropriate for student in their final two years of study. (This course requires permission of the Instructor to enroll.) **Lecture, Credits 1 - 3**

**CHMB-499**                                                        **Biochemistry Co-op**
This course is a cooperative education experience for undergraduate biochemistry students. **CO OP, Credits 0 (Fall, Spring, Summer)**

**CHMG-111**                                            **General-Organic-Biochemistry I**
This course is a foundations course in chemistry; no chemistry background is required. Fundamentals include: dimensional analysis; matter and energy; atomic theory; molecular structure; chemical bonding; chemical reactions; solution chemistry, states of matter, reaction rates, equilibrium, and acid/base chemistry. The lecture is complemented by hands-on laboratory exercises with workshop-style problem sessions in which the student will gain experience with basic laboratory techniques: gravimetric, volumetric, thermal and titration analyses, and use these techniques to analyze chemical reactions. The course material will emphasize the relationship between chemistry and modern sociological, nutritional and environmental issues. **Lab 3, Lecture 3, Credits 4 (Fall)**

**CHMG-112**                                          **General-Organic-Biochemistry II**
The course covers the foundations of organic chemistry and biochemistry. Fundamentals include organic nomenclature and structure, functional groups including alcohols, carbonyls, amines, and organic reactions. The course then applies functional group chemistry to the study of carbohydrates, lipids, nucleic acids and proteins. The lecture is complemented by laboratory exercises in which the student will gain experienced with organic laboratory techniques. Methods of separating, purifying, and characterizing organic compounds are covered. The lecture/lab course will familiarize students with the relationship between organic chemistry, biochemistry, and modern pharmaceutical, nutritional and environmental issues. (Prerequisites: CHMG-111 or equivalent course.) **Lab 3, Lecture 3, Credits 4 (Spring)**

**CHMG-122**                                       **Chemistry of Water and Wastewater**
This course addresses the chemistry of water and its analysis, which includes: pH; alkalinity; acidity; fluoride; chloride; phosphate; biochemical oxygen demand; chemical oxygen demand, nitrogen; metals; radioactivity; residual chloride; chlorine demand; measurement of solid matter in industrial wastes and sludges; and trace contaminants. (Prerequisites: CHMG-121 or CHMG-131 or CHMG-141 or equivalent courses.) **Lab 2, Recitation 1, Lecture 2, Credits 3 (Fall)**

**CHMG-123**                                               **Chemistry of Materials**
The course will address three fundamental concepts of general chemistry by covering three aspects of all chemical reactions: kinetics, equilibrium and thermodynamics. Acid/base and oxidation/reductions will be discussed. The chemistry of metals, ceramics and synthetic polymers will be covered, including electrochemistry and a brief overview of organic chemistry. (Prerequisites: CHMG-121 or CHMG-131 or CHMG-141 or equivalent courses.) **Lab 3, Lecture 2, Credits 3 (Fall, Spring)**

**CHMG-131**                                         **General Chemistry for Engineers**
This rigorous course is primarily for, but not limited to, engineering students. Topics include an introduction to some basic concepts in chemistry, stoichiometry, First Law of Thermodynamics, thermochemistry, electronic theory of composition and structure, and chemical bonding. The lecture is supported by workshop-style problem sessions. Offered in traditional and online format. **Lecture 2, Recitation 1, Credits 3 (Fall, Spring)**

**CHMG-141**                                        **General and Analytical Chemistry I**
This is a general chemistry course for students in the life and physical sciences. College chemistry is presented as a science based on empirical evidence that is placed into the context of conceptual, visual, and mathematical models. Students will learn the concepts, symbolism, and fundamental tools of chemistry necessary to carry on a discourse in the language of chemistry. Emphasis will be placed on the relationship between atomic structure, chemical bonds, and the transformation of these bonds through chemical reactions. The fundamentals of organic chemistry are introduced throughout the course to emphasize the connection between chemistry and the other sciences. **Lecture 3, Recitation 1, Credits 3 (Fall, Spring, Summer)**

**CHMG-142**                                       **General and Analytical Chemistry II**
The course covers the thermodynamics and kinetics of chemical reactions. The relationship between energy and entropy change as the driving force of chemical processes is emphasized through the study of aqueous solutions. Specifically, the course takes a quantitative look at: 1) solubility equilibrium, 2) acid-base equilibrium, 3) oxidation-reduction reactions and 4) chemical kinetics. (Prerequisites: CHMG-141 or CHMG-131 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CHMG-145**                                     **General and Analytical Chemistry I Lab**
The course combines hands-on laboratory exercises with workshop-style problem sessions to complement the CHMG-141 lecture material. The course emphasizes laboratory techniques and data analysis skills. Topics include: gravimetric, volumetric, thermal, titration and spectrophotometric analyses, and the use of these techniques to analyze chemical reactions. (Corequisite: CHMG-141 or CHMG-131 or equivalent course.) **Lab 3, Credits 1 (Fall, Spring, Summer)**

**CHMG-146**                                    **General and Analytical Chemistry II Lab**
The course combines hands-on laboratory exercises with workshop-style problem sessions to complement the CHMG-142 lecture material. The course emphasizes the use of experiments as a tool for chemical analysis and the reporting of results in formal lab reports. Topics include the quantitative analysis of a multicomponent mixture using complexation and double endpoint titration, pH measurement, buffers and pH indicators, the kinetic study of a redox reaction, and the electrochemical analysis of oxidation reduction reactions. (Prerequisites: CHMG-141 and CHMG-145 or equivalent course. Corequisites: CHMG-142 or equivalent course.) **Lab 3, Credits 1 (Fall, Spring, Summer)**

RIT0001042

**CHMG-201**                                    **Introduction to Organic Polymer Technology**
The first part of the course covers the fundamentals of organic chemistry. The organization, nomenclature, structure, bonding and basic reactions of organic compounds will be discussed, in particular those concepts that are relevant to understand polymer chemistry. The second part of the course will introduce the nomenclature and classification of synthetic polymers. The reactions leading to the formation of relevant polymers, their chemical and physical behavior, and some of their many applications will be discussed. (Prerequisites: CHMG-121 or CHMG-131 or CHMG-141 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**CHMI-351**                                    **Descriptive Inorganic Chemistry**
This course covers descriptive inorganic reactions in terms of periodic trends. Topics will include nucleosynthesis and the birth of the universe, applications used in large-scale industrial processes and their environmental impacts, nanostructured materials, and bonding theory will also be discussed. A detailed study of solid-state chemistry and structure will also be addressed. (Prerequisite: CHMO-231 or CHMO-331 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CHMI-564**                                    **Structural Inorganic Chemistry**
This course will teach students how the properties of inorganic materials are explained by current theories including group theory, molecular orbital theory, acid-base chemistry and solid state chemistry. The topics discussed in this course include molecular structure, coordination nomenclature and isomerization, symmetry, molecular orbital theory, metallic bonding and ionic bonding. (Prerequisite: CHMO-332 or CHMO-232 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CHMI-565**                                    **Preparative Inorganic Chemistry Lab**
This course provides a laboratory environment for students to learn the strategies necessary to synthesize a wide variety of inorganic compounds and organometallic complexes. Students will learn how to plan and develop synthetic protocols in both atmospheric and inert reaction processes. This course is intended to give an opportunity to develop innovative skills and writing proficiency. Library, literature and textbook research will be required. (Prerequisites: CHMI-351 or equivalent course.) **Lab 8, Credits 2 (Spring)**

**CHMO-231**                                    **Organic Chemistry I**
This course is a study of the structure, nomenclature, reactions and synthesis of the following functional groups: alkanes, alkenes, alkynes. This course also introduces chemical bonding, IR and NMR spectroscopy, acid and base reactions, stereochemistry, nucleophilic substitution reactions, and alkene and alkyne reactions. In addition, the course provides an introduction to the use of mechanisms in describing and predicting organic reactions. (Prerequisites: CHMG-142 or CHMG-131 or equivalent course. Corequisites: CHMO-235 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CHMO-232**                                    **Organic Chemistry II**
This course is a continuation of the study of the structure, nomenclature, reactions and synthesis of the following functional groups: aromatic systems, alcohols, ethers, epoxides, and carbonyls. This course will introduce the use of mechanisms in describing and predicting organic reactions. (Prerequisites: CHMO-231 or CHMO-331 or equivalent course. Corequisites: CHMO-236 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**CHMO-235**                                    **Organic Chemistry Lab I**
This course trains students to perform techniques important in an organic chemistry lab. The course also covers reactions from the accompanying lecture CHMO-231. (Corequisite: CHMO-231 or equivalent course.) **Lab 3, Credits 1 (Fall, Spring, Summer)**

**CHMO-236**                                    **Organic Chemistry Lab II**
This course teaches students to apply basic lab techniques to organic synthetic experiments reactions covered in the accompanying lecture COS-CHMO-232. This course will also help students to solidify the concepts taught in lecture. The course will continue to instruct students in maintaining a professional lab notebook. (Prerequisites: CHMO-235 or equivalent course. Corequisites: CHMO-232 or equivalent course.) **Lab 3, Credits 1 (Fall, Spring)**

**CHMO-331**                                    **Comprehensive Organic Chemistry I**
This course is a rigorous study of the structure, nomenclature, reactions and synthesis of the following functional groups: alkanes, alkenes, and alkynes. The course will also provide an introduction to chemical bonding, IR and NMR spectroscopy, acid and base reactions, stereochemistry, nucleophilic substitution reactions, alkene, and alkyne reactions. This course will require the use of mechanisms in describing and predicting organic reactions. (Prerequisites: CHEM-151 or equivalent course. Corequisites: CHMO-335 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**CHMO-332**                                    **Comprehensive Organic Chemistry II**
This course is a comprehensive study of the structure, reactions and synthesis of the following functional groups: aromatic rings, ketones, aldehydes, and carboxylic acids and their derivatives. Students will apply their knowledge from CHMO-331 to predict products and derive mechanisms that describe various organic reactions. **Lecture 3, Credits 3 (Fall)**

**CHMO-335**                                    **Comprehensive Organic Chemistry Lab I**
This course prepares students to perform techniques important in an organic chemistry lab and to carryout reactions covered in the accompanying lecture CHMO-331. (Corequisites: CHMO-331 or equivalent course.) **Lab 4, Credits 1 (Spring)**

**CHMO-336**                                    **Comprehensive Organic Chemistry Lab II**
This course teaches students to perform techniques important in an organic chemistry lab and reactions covered in the accompanying lecture CHMO-332. This course will also help students to solidify the concepts taught in lecture and perform qualitative analysis of unknown compounds. Students are expected to do significant work outside of lab. (Prerequisites: CHMO-335 or equvialent course. Corequisites: CHMO-332 or equivalent course.) **Lab 4, Credits 2 (Fall)**

**CHMO-535**                                    **Advanced Techniques in Organic Synthesis**
This advanced lab course teaches students to perform advanced techniques important in an organic chemistry lab. Techniques covered include working under inert atmospheres, working with air-sensitive reagents, using syringes, purification methods, and carrying on material for subsequent synthetic steps. Characterization of synthesized compounds will be conducted. (Prerequisite: CHMO-335 or CHMO-235 or equivalent course.) **Lab 3, Credits 2 (Spring)**

**CHMP-441**                                    **Physical Chemistry I**
This course provides fundamental concepts, and organizing principles, applied in all aspects of chemistry and related fields. A rigorous and detailed explanation of central, unifying concepts in thermodynamics and chemical kinetics will be developed. Mathematical models that provide quantitative predictions will be described for thermodynamics and chemical kinetics. These contain the mathematical underpinnings to concepts applied in analytical, inorganic, organic, and biochemistry courses, as well as more advanced topics in chemistry. The course will cover: gases, temperature, energy and the First Law of Thermodynamics, entropy and the Second and Third laws, Helmholtz and Gibbs free energies, criteria for equilibrium and spontaneity, chemical equilibrium, electrochemistry, kinetic molecular theory and chemical kinetics. (Prerequisites: MATH-219 or MATH-251 or STAT-145 and PHYS-211 or equivalent course.) **Lecture 4, Credits 3 (Fall, Spring)**

**CHMP-442**                                    **Physical Chemistry II**
This course provides fundamental concepts, and organizing principles of quantum chemistry, applied in all aspects of chemistry and related fields. A rigorous and detailed explanation of central, unifying concepts in quantum chemistry will be developed. Mathematical models will be described, which contain the underpinnings to concepts applied in analytical, inorganic, organic, and biochemistry courses, as well as more advanced topics in chemistry. The course will cover: Postulates and formulation of Schrödinger equations, Operators and matrix elements, Solutions for the particle-in-a-box, simple harmonic oscillators, the rigid rotor and angular momentum, the hydrogen atom; spin, the Pauli principle. Approximation methods will be described for the helium atom, the hydrogen molecule ion, the hydrogen molecule, Diatomic molecules. Linear combinations of atomic orbitals and computational chemistry will be introduced and quantum chemistry applications will be provided. In addition this course will cover standard thermodynamic functions expressed in partition functions and spectroscopy and light-matter interaction (Prerequisite: CHMP-441 and (MATH-233 or (MATH-231 and MATH-241)) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**CHMP-445**                                    **Experimental Physical Chemistry**
An advanced laboratory course on the use of wet chemical and instrumental analysis to apply, test and formulate physical and mathematical models to explain chemical phenomena. Emphasis is placed on formulating a scientific argument, supported by experimental evidence and established theories, and presented in a formal technical report. (Prerequisites: CHMP-441 or equivalent course. Co-requisites: CHMP-442 or equivalent course.) **Lec/Lab 7, Credits 3 (Fall, Spring)**

## Color Science

**CLRS-101**                                    **Art of Science of Art**
Art of Science of Art is a weekly forum in which students will be introduced to and discuss historical and current topics relating art and science with one another. Examples might include understanding human perception of the world in comparison with artistic renderings, the effects of lighting on the permanence and appearance of artwork, the creation of artists' materials (e.g. the science of pigments), and art conservation/restoration in the physical and digital domains. This seminar provides an introductory and over-arching context for students in the Art of Science / Science of Art minor. It focuses on journal club discussions of readings selected by the students and faculty. It also includes oral presentations from students and faculty as well as visiting speakers from within and external to RIT. Students will complete oral presentations and written assignments based on the course readings and independent research. **Lecture 1, Credits 1 (Fall)**

RIT0001043

College of Science

**CLRS-189**            **Special Topics**
This is an introductory course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**CLRS-201**            **Color Science for the Visual Arts**
Color has been a topic of intense interest and inquiry for thousands of years. Knowledge of color science can be an aid to visual artists and those who study the visual arts such as art historians and conservators. Topics include the building blocks of color, seeing color, producing color, displaying color, reproducing color, and conserving color. **Lecture 3, Credits 3 (Spring)**

**CLRS-289**            **Special Topics**
This is a lower-level course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 4 (Fall, Spring, Summer)**

**CLRS-389**            **Special Topics**
This is an upper-level course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 4 (Fall, Spring, Summer)**

**CLRS-489**            **Special Topics**
This is an advanced course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 4 (Fall, Spring, Summer)**

**CLRS-589**            **Special Topics**
This is an advanced course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. **Lec/Lab, Credits 1 - 4 (Fall, Spring, Summer)**

## Environmental Science

**ENVS-101**            **Concepts of Environmental Science**
This course is the foundation course for the Environmental Science major and presents an integrated approach to the interrelated, interdisciplinary principles of environmental science through lecture, case studies and active participation. In this course, the focus will be on sustainability as the foundation for problem solving while investigating a number of environmental issues and establishing environmental literacy. Topics may include biodiversity, ecosystems, pollution, energy, and global climate change. To demonstrate the interdisciplinary methodology of environmental science, elements of government/political science/policy, ethics, economics, sociology, history and engineering are embedded in the scientific matrix used to present this course. **Lecture 3, Credits 3 (Fall)**

**ENVS-111**            **Soil Science**
This is an introductory course on soil science, covering concepts such as soil taxonomy, soil ecology, physical soil properties, soil formation and geomorphology, and soil conservation. The lecture portion of the course will consist of in-class demonstrations and exercises, discussion groups, and traditional lecture materials. Lab exercises will focus on field sampling techniques and bench analyses, soil texture and partial size analyses, basic soil chemistry properties, land use planning, and spatial analyses. **Lab 3, Lecture 3, Credits 4 (Fall)**

**ENVS-150**            **Ecology of the Dalmatian Coast**
This course is an introduction to population, community, and ecosystem ecology; stressing the dynamic interrelationships of plant and animal communities of the Dalmatian Coast. The course includes such ecological concepts as energy flow and trophic levels in natural communities, population and community dynamics, biogeography and ecosystem ecology. Field trips to local Croatian ecosystems are included. **Lab 2, Lecture 3, Credits 4 (Spring)**

**ENVS-151**            **Scientific Inquiries in Environmental Science**
This course is part of a two-semester sequence that when combined presents an integrated approach to the interrelated, interdisciplinary principles of environmental science through case studies, site visits, and field work. Through assigned readings, classroom discussion and case studies dealing with global environmental issues as well as the environmental issues related to the Dalmatian coast, students will learn how to critically analyze environmental problems from a multidisciplinary perspective and to propose solutions. **Lab 2, Lecture 3, Credits 4 (Fall)**

**ENVS-189**            **Introductory Special Topics**
This is an introductory course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 4 (Fall, Spring, Summer)**

**ENVS-201**            **Environmental Workshop**
This workshop serves as the second core course for the Environmental Science major. Through in-class exercises, outside labs, and field trips, students will begin to learn problem solving and analytical skills needed to investigate and address environmental issues. Topics may include assessing campus biodiversity and ecosystems, calculating personal and campus ecological footprints and sustainability indexes, environmental modeling, and campus sustainability projects. To demonstrate the interdisciplinary methodology of environmental science, elements of government/political science/policy, ethics, economics, sociology, and history are embedded in the scientific matrix used to present this course. (Prerequisites: ENVS-101 or STSO-220 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**ENVS-241**            **Earth Systems Dynamics**
This course is a general elective offering that will expose students to earth systems dynamics, i.e., the lithosphere, hydrosphere, atmosphere, and terrestrial components, and their interactions at a global scale. The course also offers introductions to regional and local scale interactions, as well as societal impacts, e.g., science, engineering, policy, and economics. This course will provide students with the critical thinking skills to evaluate the underlying science of system components, how they fluctuate, interact via feedback loops, their carbon and energy dynamics, and what this means for society as a whole. Special focus will be given to remote sensing methods for assessing global system dynamics, including satellite image analysis. This offering will include theoretical background, guest lecturers, and class discussion centered on prominent topics, e.g., climate change and the science behind this. (Academic Level 2, Degree Seeking students.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**ENVS-250**            **Applications of Geographic Information Systems**
Through hands-on projects and case studies, this course illustrates concepts and applications of raster and vector geographic information systems (GIS) in a variety of disciplines, such as environmental science, biology, geology, geography, sociology, and economics. Students will learn how to use GIS software and spatial analyses, plan a project, create a database, and conduct an independent project. Students should have completed a foundational course in their major and be comfortable working with computers. Experience with programming is also useful. (Foundational course in student's major field of study or permission of instructor). **Lec/Lab 6, Credits 4 (Fall)**

**ENVS-289**            **Intermediate Special Topics**
This is an intermediate course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 4 (Fall, Spring, Summer)**

**ENVS-295**            **Environmental Science Research**
This course is a faculty-directed student project or research involving laboratory work, computer modeling, or theoretical calculations that could be considered of an original nature. The level of study is appropriate for students in their first three years of study. (This course requires permission of the Instructor to enroll.) **Research, Credits 1 - 4 (Fall, Spring, Summer)**

**ENVS-298**            **Environmental Science Independent Study**
This course is a faculty-directed tutorial of appropriate topics that are not part of the formal curriculum. The level of study is appropriate for student in their first three years of study. (This course requires permission of the Instructor to enroll.) **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

**ENVS-301**            **Environmental Science Field Skills**
Environmental Science Field Skills presents an integrated approach to the interrelated, interdisciplinary principles of environmental science through case studies, site visits and field work. In this course, the focus will be on learning methods for environmental analysis, including experimental design, water and soil quality, primary production and biodiversity, land use/land cover change and ecosystem restoration. The course will culminate in a stressed stream analysis of a local watershed. Additional topics may include geographic information systems, wetlands, environmental education and sustainable food production. The interdisciplinary nature of environmental science will be illustrated through elements of government/political science/policy, ethics, economics, sociology, history and engineering. (Prerequisites: ENVS-201 and CHMG-141 and BIOL-122 or equivalent courses.) **Lab 3, Lecture 3, Credits 4 (Spring)**

RIT0001044

**ENVS-305**                                             **Urban Ecology**
Urban Ecology focuses first on the natural systems of urban areas and how those systems function in an undisturbed setting, with an emphasis on the types of ecosystem functions and services natural systems provide. Second, the course focuses on how humans have impacted those natural systems through urban development, and how those impacts can be mitigated or avoided by using the examples provided by nature to influence more sustainable development and maintain (or even enhance) ecological functions and services in urban landscapes. The course will examine and compare examples of several urban settings from around the world, paying particular attention to the connections between the physical, social and cultural aspects of sustainability. The course will meet during spring semester, with a required 2.5-week study tour to Malmö, Sweden after graduation in May. Students must apply through the Office of Study Abroad and an additional fee applies to the course. (Prerequisites: This class is restricted to students with at least 2nd year standing.) **Lecture 2, Credits 3 (Spring)**

**ENVS-311**                                                 **Wetlands**
This is a course on the interactions of vegetation, soils, and hydrology that characterize wetlands. Ecosystem characteristics and processes are emphasized. Wetland policies, regulations, classification, and value systems are also covered. Field work and hands-on learning are integrated into the course through projects and field trips. (Prerequisites: BIOL-240 or equivalent course.) **Lec/Lab 4, Credits 4 (Fall)**

**ENVS-389**                                             **Special Topics**
This is an advanced course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 3 (Fall, Spring, Summer)**

**ENVS-399**            **Environmental Science Part-Time Cooperative Experience**
This course is a part time cooperative education experience for undergraduate students majoring in environmental science. **CO OP, Credits 0 (Fall, Spring, Summer)**

**ENVS-489**                                     **Advanced Special Topics**
This is an advanced course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (Academic Level 3, Degree Seeking students.) **Lec/Lab, Credits 1 - 4 (Fall, Spring, Summer)**

**ENVS-495**                        **Advanced Environmental Science Research**
This course is a faculty-directed student project or research involving laboratory or field work, computer modeling, or theoretical calculations that could be considered of an original nature. The level of study is appropriate for students in their final two years of study. (This course requires permission of the Instructor to enroll.) **Research, Credits 1 - 4 (Fall, Spring, Summer)**

**ENVS-498**              **Advanced Environmental Science Independent Study**
This course is a faculty-directed tutorial of appropriate topics that are not part of the formal curriculum. The level of study is appropriate for student in their final two years of study. (This course requires permission of the Instructor to enroll.) **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

**ENVS-499**                                 **Environmental Science Co-op**
Cooperative education experience for undergraduate environmental science students. **CO OP, Credits 0 (Fall, Spring, Summer)**

**ENVS-531**                   **Climate Change: Science Technology and Policy**
This multidisciplinary course will provide students with diverse perspectives on global climate change issues, providing a survey of important aspects of the problem. Topics include atmospheric chemistry, climate modeling, ecological impacts and feedbacks, economics of climate change, international climate policies, and social and environmental justice. The course will include a variety of instructors and guest lecturers, providing an overview of the complex and inter-related nature of global climate change. (This class is restricted to undergraduate students with at least 3rd year standing.) **Lecture 3, Credits 3 (Spring)**

**ENVS-550**         **Hydrologic Applications of Geographic Information Systems**
Aerial photography, satellite imagery, Global Positioning Systems (GPS), and Geographic Information Systems (GIS) are extremely useful tools in hydrologic modeling and environmental applications such as rainfall runoff modeling, pollution loading, landscape change analyses, and terrain modeling. This course will: 1) introduce students to spatial analysis theories, techniques and issues associated with hydrologic and environmental applications; 2) provide hands-on training in the use of these spatial tools and models while addressing a real problem; 3) provide experience linking GIS and model results to field assessments and monitoring activities; and 4) enable students to solve a variety of spatial and temporal hydrologic and environmental problems. (Prerequisites: ENVS-250 or equivalent course.) **Studio 6, Credits 4 (Spring)**

**ENVS-551**                     **Environmental Science Capstone Seminar I**
This course brings together all of the principles of Environmental Science the student has learned during his/her four year undergraduate education at RIT. To accomplish this, students will work in teams to provide solutions to a real environmental problem or issue. In addition to working with RIT faculty, the students will work with practicing environmental scientists and the public. This first course will focus on problem definition, developing a problem solving strategy, and begin data collection and background analyses. Students will present their preliminary findings to the client through presentations and status reports. (This course is restricted to 4th year students in the ENVS-BS, ENVS-2M and ENVS-MN programs.) **Lec/Lab 3, Credits 3 (Fall)**

**ENVS-552**                    **Environmental Science Capstone Seminar II**
This course continues to bring together all of the principles of Environmental Science the student has learned during his/her four year undergraduate education at RIT as the follow-up to the first capstone course. Students will work in teams to provide solutions to a real environmental problem or issue. In addition to working with RIT faculty, the students will work with practicing environmental scientists and the public. This second course will focus on refining the methodology and strategy proposed to address the environmental issue, continue data collection and background analyses, interpret results, and propose solutions to the assigned problem. Students will generate a final report and present their findings to the clients. (Prerequisites: ENVS-551 or equivalent course.) **Lec/Lab 3, Credits 3 (Spring)**

**ENVS-589**                                             **Special Topics**
This is an advanced course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 3 (Fall, Spring, Summer)**

## General Science

**GSCI-101**                                         **Science Exploration I**
This course prepares students within the College of Science for choosing a major through an intensive, team-based research project. The project is selected each year by the faculty and is presented to the class as a goal. The students will self-organize into groups, define group sub-goals, conduct research, communicate their results on a weekly basis, and integrate the modules into a final, complete research paper that is presented at the end of the second term. Students will be graded on their teamwork, individual and group creativity, scientific rigor, thoroughness of supporting research results, and the overall quality of the final research paper. **Lecture 3, Credits 3 (Fall)**

**GSCI-102**                                        **Science Exploration II**
This course continues to prepare students within the College of Science for choosing a major through an intensive, team-based research project. The project is selected each year by the faculty and is presented to the class as a goal. The students will self-organize into groups, define group sub-goals, conduct research, communicate their results on a weekly basis, and integrate the modules into a final, complete research paper that is presented at the end of the third term. Students will be graded on their teamwork, individual and group creativity, scientific rigor, thoroughness of supporting research results, and the overall quality of the final research paper. Students will present a formal project report at the end of the term to faculty and staff. **Lecture 3, Credits 3 (Spring)**

## Imaging Science

**IMGS-111**                                 **Imaging Science Fundamentals**
This course is an exploration of the fundamentals of imaging science and the imaging systems of the past, present, and future. Imaging systems studied include the human visual system, consumer and entertainment applications (e.g., traditional and digital photography, television, digital television, HDTV, and virtual reality); medical applications (e.g., X-ray, ultrasound, and MRI); business/document applications (e.g., impact and non-impact printing, scanners, printers, fax machines, and copiers) and systems used in remote sensing and astronomy (e.g., night-vision systems, ground- and satellite-based observatories). The laboratory component reinforces the principles and theories discussed in the lecture, while giving students experience with many imaging systems and exposure to the underlying scientific principles. **Lab 3, Lecture 2, Credits 3 (Fall)**

RIT0001045

**College of Science**

**IMGS-112**          **Astronomical Imaging Fundamentals**
This course provides an understanding and appreciation of the fundamental science goals driving the development of contemporary astronomical imaging systems and the basic principles and concepts underlying those systems. Students will investigate the world's most powerful telescopes and cameras presently operating in the realm of human vision, as well as systems that image the "invisible", by tapping the infrared, X-ray, and radio regimes of the electromagnetic spectrum. Laboratory exercises familiarize students with basic visualization, manipulation, and measurement of real astronomical images (drawn from major-facility archives) that span these regimes. Students will also get a glimpse of the future of astronomical imaging. This course satisfies a General Education elective requirement in the areas of natural science inquiry, scientific principles, or science/math literacy. Math proficiency at college algebra level is required. **Lab 3, Lecture 2, Credits 3 (Spring)**

**IMGS-180**          **Introduction to Computing and Control**
This hands-on course is an introduction to computer programming, simple electronics, and the control of electronic devices using commercially available, single-board computers (e.g. Raspberry Pi). Emphasis will be placed on utilizing the analog and digital input/output ports available on these single-board computers to control and acquire data from electronic devices like optical detectors, LED sources, and servo-motors. The use of open-source software libraries to assist in the control and real-time acquisition of image data from peripheral imaging devices and cameras will be covered in detail. The student will be introduced to object-oriented programming using Python. Fundamentals of flow control, object types and creation, input/output, and problem-solving approaches such as the use of randomness, divide-and-conquer, Monte Carlo, and search will be examined in detail and applied to scientific, mathematical, and imaging-specific related problems. (This class is restricted to IMGS-BS or DIGCIME-BS Major students.) **Lecture 3, Credits 3 (Spring)**

**IMGS-181**          **Innovative Freshman Experience I**
Innovative Freshman Experience I is the first of a two-course sequence. Through the exploration of concepts in physics, math, and computer science, students will experience the creation of a system to address a contemporary technological need through the application of the principles of the scientific method. With the help of faculty and staff from different departments across campus, as well as external experts, students will plan and organize the effort, review current literature applicable to the posed technical challenge, apply hypotheses to address presented scientific questions, conduct experiments to assess technology options, integrate components to create a prototype, and confirm that the prototype and methods meet desired levels of performance. The students will develop a working knowledge of the scientific method and an appreciation for the value of teamwork in technical disciplines, develop the skills required to execute a large project, and increase proficiency in oral and written technical communication. (Academic Level 1, Degree Seeking students.) **Lec/Lab 3, Credits 3 (Fall)**

**IMGS-182**          **Innovative Freshman Experience II**
This is the second of a two-course sequence aimed at designing, developing, and building a functional imaging system that will be useful to a real world external constituency to achieve its technical goals. With help from faculty and staff from imaging science and other departments across campus, the unified team of students will plan and organize the effort, assess technology options, integrate components, and confirm that the system meets desired levels of performance. Students will develop a general understanding of the foundational concepts of imaging science, a working knowledge of the principles of systems engineering, an appreciation for the value of teamwork in technical disciplines and practice oral and written technical communication. In this second course of the sequence, students proceed with construction and testing of their system that was designed in IMGS-181. (Prerequisites: MATH-171 or MATH-181 or equivalent course. Co-requisites: (MATH-172 or MATH-173 or MATH-182) and (PHYS-211 or PHYS-211A).) **Lec/Lab 3, Credits 3 (Spring)**

**IMGS-189**          **Special Topics**
This is an introductory course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. **Lec/Lab, Credits 1 - 3 (Fall, Spring, Summer)**

**IMGS-211**          **Probability and Statistics for Imaging**
This course introduces the principles of probability and statistics that are used in imaging science. The first half of the course covers probability distributions for discrete and continuous random variables, expectation, variance, and joint distributions. The second half of the course will consider point estimation, statistical intervals, hypothesis testing, inference, and linear regression. (Prerequisites: MATH-182 or MATH-182A or MATH-173 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**IMGS-221**          **Vision and Psychophysics**
This course presents an overview of the organization and function of the human visual system and some of the psychophysical techniques used to study visual perception. (Prerequisites: SOFA-103 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**IMGS-230H**          **The New Music of the Spheres**
This course traces human understanding of resonances and their significance – from the ideas of Pythagoras and Kepler concerning the potential relationships between musical intervals and planetary motion (the "Music of the Spheres"), to the work of contemporary astronomers discovering and characterizing planets orbiting other stars ("exoplanets"). Along the way, essential methods, discoveries, and recent developments in the study of our own solar system and exoplanets – including theories for and observations of the origins of planetary systems -are investigated, as are the physical and mathematical concepts necessary to describe sound, light, & gravity. (Prerequisites: PHYS-112 or 1017-213 or PHYS-212 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**IMGS-241**          **Earth System Dynamics I**
This course is the first of a two-course sequence, general elective offering that will expose students to earth systems dynamics, i.e., the lithosphere, hydrosphere, atmosphere, and terrestrial components, and their interactions at a global scale. The course also offers introductions to regional and local scale interactions, as well as societal impacts, e.g., science, engineering, policy, and economics. This course will provide students with the critical thinking skills to evaluate the underlying science of system components, how they fluctuate, interact, and what this means for society as a whole. This will include theoretical background, guest lecturers, class discussion centered on prominent topics, e.g., global warming and the science behind this, and a class project that focuses on global scale interactions and their relevance to scientific, engineering, social, and economic endeavors. (This class is restricted to undergraduate students with at least 2nd year standing.) **Lab 2, Lecture 2, Credits 3 (Fall)**

**IMGS-251**          **Radiometry**
This course introduces the concepts of quantitative measurement of electromagnetic energy. The basic radiometric and photometric terms are introduced using calculus-based definitions. Governing equations for source propagation and sensor output are derived. Simple source concepts are reviewed and detector figures of merit are introduced and used in problem solving. The radiometric concepts are then applied to simple imaging systems so that a student could make quantitative measurements with imaging instruments. (Prerequisites: MATH-182 or MATH-182A or MATH-173 and PHYS-212 or equivalent courses.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**IMGS-261**          **Linear and Fourier Methods for Imaging**
This course develops the concepts of complex numbers and linear algebra for describing imaging systems in the frequency domain via the discrete and continuous Fourier transforms. (Prerequisite: MATH-173 or MATH-182 or MATH-182A or equivalent course.) **Lecture 4, Credits 4 (Spring)**

**IMGS-290**          **Introduction to Scientific Research**
This course will expose a student who is in the early stages of their post-secondary education to the process of conducting scientific research in an established university research laboratory setting. The student will perform experiments, document results, present their findings, and work closely with a faculty mentor who will design the research to be conducted. It is anticipated that this may be the student's first exposure to the field in which they are conducting research and the importance of background research and literature review will be emphasized. (This course requires permission of the Instructor to enroll.) **Research, Credits 1 - 4 (Fall, Spring, Summer)**

**IMGS-321**          **Geometric Optics**
This course introduces the analysis and design of optical imaging systems based on the ray model of light. Topics include reflection, refraction, imaging with lenses, stops and pupils, prisms, magnification and optical system design using computer software. (Prerequisites: PHYS-212 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**IMGS-322**          **Physical Optics**
Light waves having both amplitude and phase will be described to provide a foundation for understanding key optical phenomena such as interference, diffraction, and propagation. Starting from Maxwell's equations the course advances to the topic of Fourier optics. (Prerequisites: (PHYS-212 and IMGS-261) or (PHYS-283 and PHYS-320) or equivalent courses.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**IMGS-341**          **Interactions Between Light and Matter**
This course introduces the principles of how light interacts with matter. The principles of atomic physics as applied to simple atoms are reviewed and extended to multi-electron atoms to interpret their spectra. Molecular structure and spectra are covered in depth, including the principles of lasers. The concepts of statistical physics concepts are introduced and applied to the structure of crystalline solids, their band structure and optical properties. These concepts are then used to understand electronic imaging devices, such as detectors. (Prerequisite: PHYS-213 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

RIT0001046

**IMGS-351**                                   **Fundamentals of Color Science**
This course will introduce students to the field of Color Science. Students will learn about the physical sources of color, the visual mechanisms that provide our experience of color, and the descriptive systems that have been developed for relating the physical and visual properties. Through hands-on projects, students will learn practical methods for measuring, modeling, and controlling color in digital imaging systems. (Prerequisites: SOFA-103 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**IMGS-361**                              **Image Processing and Computer Vision I**
This course is an introduction to the basic concepts of digital image processing. The student will be exposed to image capture and image formation methodologies, sampling and quantization concepts, statistical descriptors and enhancement techniques based upon the image histogram, point processing, neighborhood processing, and global processing techniques based upon kernel operations and discrete convolution as well as the frequency domain equivalents, treatment of noise, geometrical operations for scale and rotation, and grey-level resampling techniques. Emphasis is placed on applications and efficient algorithmic implementation using the student's programming language of choice. (Prerequisites: IMGS-180 and IMGS-261 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**IMGS-362**                             **Image Processing and Computer Vision II**
This course is considers the more advanced concepts of digital image processing. The topics include image reconstruction, noise sources and techniques for noise removal, information theory, image compression, video compression, wavelet transformations, frequency-domain based applications, morphological operations, and modern digital image watermarking and steganography algorithms. Emphasis is placed on applications and efficient algorithmic implementation using the student's computer programming language of choice, technical presentation, and technical writing. (Prerequisites: IMGS-361 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**IMGS-371**                                         **Imaging Systems Analysis**
This course will introduce students to the theory and practice of imaging systems analysis. Students will learn about the physical factors that affect the spatial and temporal response properties of optical, electronic, and biological imaging systems, and the mathematical methods that have been developed for describing these properties. Through hands-on projects, students will learn practical methods for measuring, modeling, and controlling the spatial and temporal point spread functions (PSFs) and modulation transfer functions (MTFs) of imaging systems. (COS-IMGS-180 and COS-IMGS-261, or equivalent) (Prerequisites: IMGS-180 and IMGS-362 or equivalent courses.) **Lecture 4, Credits 4 (Fall)**

**IMGS-431**                           **Environmental Applications of Remote Sensing**
This course offers an introduction to remote sensing systems and a selection of environmental applications of remote sensing. The basic properties of electromagnetic radiation, its interaction with the atmosphere and earth surfaces (e.g., vegetation, minerals, water, etc.), and the interpretation of these interactions are dealt with in the first half of the course. This is followed by a description of airborne and spaceborne, active and passive sensors that operate throughout the electromagnetic spectrum for detecting physical phenomena. Finally, an introduction is provided to pre-processing and analysis techniques that are useful for extracting information from such sensors. The Earth's atmospheric, hydrospheric, and terrestrial processes are considered at local to regional scales. Application areas include monitoring vegetation health, measuring biomass (carbon sequestration), identifying cultural features, assessing water resources, and detecting pollution and natural hazards. (Prerequisites: ENVS-250 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**IMGS-433**                                   **Remote Sensing Systems Engineering**
This course develops knowledge and understanding of the design and analysis of optical remote sensing systems for Earth remote sensing. Building on general imaging fundamentals learned earlier in their program, students will learn domain-specific tools and techniques for analyzing airborne and satellite sensor systems for the optical spectral imaging of Earth. Through a combination of classroom and laboratory experiences, students will learn about the propagation of photons and signals from the Sun through the formation of a digital image. The course will emphasize a linear systems modeling perspective and provide the students the background to understand, model, and predict remote sensing imaging system performance. (Prerequisites: IMGS-251 and IMGS-441 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**IMGS-441**                                       **Noise and System Modeling**
This course develops the concepts of noise modeling and random processes within the context of imaging systems. After a brief review of probability theory, the concept of image noise is introduced. Random processes are considered in both the spatial and spatial frequency domains, with emphasis on the autocorrelation function and power density spectrum. Finally, the principles of random processes are applied to signal and noise transfer in multistage imaging systems. At the completion of the course the student will be able to model signal and noise transfer within a multistage imaging system. (Prerequisites: (IMGS-211 or MATH-251) and IMGS-261 and IMGS-341 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**IMGS-442**                              **Imaging Systems Analysis and Modeling**
The purpose of this course is to develop an understanding and ability to model signal and noise within the context of imaging systems. A review of the modulation transfer function is followed by a brief review of probability theory. The concept of image noise is then introduced. Next, random processes are considered in both the spatial and frequency domains, with emphasis on the autocorrelation function and power density spectrum. Finally, the principles of random processes are applied to signal and noise transfer in multistage imaging systems. At the completion of the course the student will be able to model signal and noise transfer within a multistage imaging system. (Prerequisites: IMGS-211 and IMGS-261 and IMGS-341 and IMGS-322 or equivalent courses.) **Lecture 4, Credits 4 (Fall)**

**IMGS-451**                                                **Imaging Detectors**
This course provides an overview of the underlying physical concepts, designs, and characteristics of detectors used to sense electromagnetic radiation having wavelengths ranging from as short as X-rays to as long as millimeter radiation. The basic physical concepts common to many standard detector arrays will be reviewed. Some specific examples of detectors to be discussed include photomultipliers, micro channel plates, hybridized infrared arrays, positive-intrinsic-negative (PIN) detectors, and superconductor-insulator-superconductor (SIS) mixers. The use of detectors in fields such as astronomy, high energy physics, medical imaging and digital imaging will be discussed. (Prerequisites: IMGS-251 and IMGS-341 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**IMGS-462**                              **Multivariate Statistical Image Processing**
This course discusses the digital image processing concepts and algorithms used for the analysis of hyperspectral, multispectral, and multi-channel data in multiple imaging application areas. Concepts are covered at the theoretical and implementation level using current, popular commercial software packages and high-level programming languages to work examples, homework problems and programming assignments. The requisite multivariate statistics will be presented as part of this course as an extension of the univariate statistics that the students have previously been exposed to in the introductory statistics classes. Topics include methods for supervised data classification, clustering algorithms and unsupervised classification, multispectral data transformations, data-redundancy reduction techniques, derivation of non-spectral images features to aid in the classification process, and data fusion for resolution enhancement. (Prerequisites: IMGS-362 or equivalent course.) **Lecture 3, Credits 3**

**IMGS-495**                                  **Advanced Imaging Science Research**
This course is a faculty-directed student project or research involving laboratory work, computer modeling, image analysis, or theoretical calculations that could be considered of an original nature. The level of study is appropriate for students in their final two years of study. (This course requires permission of the Instructor to enroll.) **Research, Credits 1 - 4 (Fall, Spring, Summer)**

**IMGS-499**                                            **Imaging Science Co-op**
This course is a cooperative education experience for undergraduate imaging science students. **CO OP, Credits 0 (Fall, Spring, Summer)**

**IMGS-502**                                   **Imaging Science Senior Project I**
Part of this course is designed to develop skills in technical communication and scientific research practices. Each student is required to research, write, and present a proposal for an independent research project. Students initiate the research project defined in the proposal developed in the course. The project is supervised by a faculty member in imaging science and is expected to require 9-12 hours per week. (This course requires permission of the Instructor to enroll.) **Research 3, Credits 3 (Fall, Spring, Summer)**

**IMGS-503**                                  **Imaging Science Senior Project II**
Students perform the independent research project under the advising of a faculty member in imaging science. The research effort is expected to require 9-12 hours per week. The research outcomes are presented in written and oral form. (Prerequisites: IMGS-502 or equivalent course.) **Research 3, Credits 3 (Fall, Spring, Summer)**

**IMGS-513**                              **Multi-Wavelength Astronomical Imaging**
This course surveys multi-wavelength astronomical observing techniques and instrumentation. Students will study the requirements, strengths, and limitations of telescopes, detectors, and instrumentation at major ground-based and space-based observatories spanning the electromagnetic spectrum from radio to X-rays; learn how these facilities function; and gain an understanding of how to process and analyze the data they generate. Examples of facilities to be scrutinized include the largest ground-based observatories (e.g., Keck, Gemini, and the VLT); radio interferometers (e.g., the Very Large Array and the Atacama Large (sub) Millimeter Array); optical/IR space telescopes (e.g., the Spitzer, Hubble, and James Webb Space Telescopes); and X-ray space telescopes (e.g., Chandra and XMM-Newton). Students will plan and carry out a project involving archival multi-wavelength imaging data on a topic of their choice. (Prerequisites: PHYS-213 or equivalent course. Students in the PHYS-BS program must also complete PHYS-275 prior to taking this course.) **Lecture 3, Credits 3 (Fall)**

RIT0001047

**IMGS-528** — **Design and Fabrication of Solid State Cameras**
The purpose of this course is to provide the student with hands-on experience in building a CCD camera. The course provides the basics of CCD operation including an overview, CCD clocking, analog output circuitry, cooling, and evaluation criteria. (Prerequisites: PHYS-111 or PHYS-211 or PHYS-207 or PHPS-106) **Lab 6, Lecture 1, Credits 3 (Fall)**

**IMGS-532** — **Advanced Environmental Applications of Remote Sensing**
This course will focus on a broader selection of analytical techniques with an application-centric presentation. These techniques include narrow-band indices, filtering in the spatial and frequency domains, principal component analysis, textural analysis, hybrid and object-oriented classifiers, change detection methods, and structural analysis. All of these techniques are applied to assessment of natural resources. Sensing modalities include imaging spectroscopy (hyperspectral), multispectral, and light detection and ranging (lidar) sensors. Applications such as vegetation stress assessment, foliar biochemistry, advanced image classification for land use purposes, detecting change between image scenes, and assessing topography and structure in forestry and grassland ecosystems (volume, biomass, biodiversity) and built environments will be examined. Real-world remote sensing and field data from international, US, and local sources are used throughout this course. (Prerequisites: IMGS-431 and (PHYS-112 or 1017-212 or 1017-212T or 1017-213 or PHYS-212) or equivalent courses.) **Lab 3, Lecture 2, Credits 3 (Fall)**

**IMGS-539** — **Principles of Solid State Imaging Arrays**
This course covers the basics of solid state physics, electrical engineering, linear systems, and imaging needed to understand modern focal plane array design and use. The course emphasizes knowledge of the working of complementary metal-oxide-semiconductor (CMOS) and infrared arrays. (Prerequisites: PHYS-111 or PHYS-211 or PHYS-207 or PHPS-106) **Lecture 3, Credits 3 (Fall)**

**IMGS-540** — **Remote Sensing Systems and Image Analysis**
This course introduces the students to the governing equations for radiance reaching aerial or satellite based imaging systems. It then covers the temporal, geometric, spectral, and noise properties of these imaging systems with an emphasis on their use as quantitative scientific instruments. This is followed by a treatment of methods to invert the remotely sensed image data to measurements of the Earth's surface (e.g. reflectance and temperature) through various means of inverting the governing radiometric equation. The emphasis is on practical implementation of multidimensional image analysis and examining the processes governing spatial, spectral and radiometric image fidelity. (Prerequisite: IMGS-251 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**IMGS-542** — **Testing of Focal Plane Arrays**
This course is an introduction to the techniques used for the testing of solid state imaging detectors such as CCDs (charge coupled device), CMOS, (complementary metal oxide semiconductor), and infrared arrays. Focal plane array users in industry, government and academia need to ensure that key operating parameters for such devices either fall within an operating range or that the limitation to the performance is understood. This is a hands-on course where the students will measure the performance parameters of a particular camera in detail. (Prerequisites: PHYS-111 or PHYS-211 or PHYS-207 or PHPS-106) **Lab 6, Lecture 1, Credits 3 (Spring)**

**IMGS-589** — **Undergraduate Special Topics**
Lec/Lab 3, Credits 1 - 3 (Fall, Spring, Summer)

**IMGS-599** — **Imaging Science Independent Study**
This course is a faculty-directed tutorial of appropriate topics that are not part of the formal curriculum. The level of study is appropriate for student in any of their years of study. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 4 (Fall, Spring, Summer)**

## Interdisciplinary Science

**ITDS-099** — **Special Topics**
This is a lower-level course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lecture 1, Credits 0 (Fall or Spring)**

**ITDS-150** — **Metacognitive Approaches to Scientific Inquiry**
This course serves two purposes. One is to introduce students to metacognition, reflective practice and self-assessment. Students will explore how the continual assessment of one's own knowledge guides scientific progress in the development of both research and theoretical practice. The second is to apply metacognitive techniques to exploring scientific investigation from a combination of scientific, ethical and societal standpoints. Examples will be drawn from student interest, and may include topics such as: Chernobyl and Fukushima nuclear disasters, genetically modified organisms, indoor air quality, invasive species, forensic science. Metacognitive issues such as learning theory, stereotype threat and self-assessment will be explored for their role in the acquisition of scientific knowledge. **Lecture 3, Credits 3 (Fall)**

**ITDS-160** — **Frontiers of Science I**
Students will be introduced to the science knowledge underlying four areas of active scientific research on the RIT campus and give them skills in understanding, analyzing and explaining evidence, data, and results in those fields to provide a strong, rounded science background connected to exciting and up-to-date scientific work. Students develop a portfolio of work demonstrating their scientific literacy skills. **Lab 3, Lecture 2, Credits 3 (Fall)**

**ITDS-161** — **Frontiers of Science II**
This course builds upon Frontiers of Science I, advancing the students into an in-depth exploration of research in science on campus. The course surveys the active science research areas through laboratory visits and complementary literature surveys. Students will subsequently develop a deeper understanding of a specific area of scientific research through the acquisition of related laboratory and/or online data. They will synthesize the information gleaned from their literature searches, laboratory visits and data in order to form and test a specific hypothesis. Students will learn to analyze the data in order to validate their hypothesis, will learn to communicate their understanding of the active research area, and will develop mixed-media presentations that interactively engage an audience in the topic. (Prerequisites: ITDS-160 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**ITDS-165** — **Machining of Scientific Apparatus**
This shop course introduces safe machine practices. Students will also gain experience fabricating components for use in scientific apparatus. **Lab 3, Credits 1 (Fall, Summer)**

**ITDS-189** — **Special Topics**
This is an introductory course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. **Lec/Lab, Credits 1 - 3 (Fall, Spring)**

**ITDS-280** — **Designing of Scientific Experiments**
This course is an introduction to design and analysis of scientific research experiments. The course will present various types of experimental designs and include discussions of situations in which each is appropriate. In-class sessions will generally follow a group discussion format. This course is centered on a research experimental design experience. The student will bring or develop a research question, design an appropriate experiment, gather and analyze data, and prepare the results. The culminating event is a research 'conference' at which the students will present their findings. (Prerequisites: MATH-181 or MATH-251 or equivalent course.) **Lecture 3, Credits 3 (Int)**

**ITDS-290** — **Introduction to Scientific Research**
This course will expose a student who is in the early stages of their post-secondary education to the process of conducting scientific research in an established university research laboratory setting. The student will perform experiments, document results, present their findings, and work closely with a faculty mentor who will design the research to be conducted. It is anticipated that this may be the student's first exposure to the field in which they are conducting research and the importance of background research and literature review will be emphasized. **Research, Credits 1 - 4 (Fall, Spring)**

**ITDS-359** — **STEM Education: Research and Practice**
Research and practice introduces students to the research, theories, and applications of disciplinary-based education research (DBER). The course covers cognitive theories of learning (e.g. transfer and representational models) and their application to the disciplinary context. Classroom activities will include video examples of science learning environments, which students will analyze for level of engagement, analysis of a variety of conceptual and epistemological evaluations, and direct data analysis. Independent and/or group projects will allow for deeper study within the student's chosen discipline. **Lecture 2, Credits 2 (Fall, Spring)**

RIT0001048

**ITDS-370**                                    **Methods and Theory of Discipline-based Education Research**
This course is an introduction to major research themes, methodology, theories of learning, and research ethics relevant to discipline-based education research (DBER) in biology, chemistry, and physics. Research methods related to studying learning and development of expertise in science will include: the design of quantitative studies (surveys, assessments, and statistical analysis methods) and the design of qualitative studies (interviews, observations, coding). Relevant theories of learning will include cognitivist, developmental, and social/cultural perspectives. The course will use case studies from current literature on biology, chemistry, and physics education research to introduce these topics. Students will apply their understanding to develop and execute a semester-long research project in DBER. (Prerequisite: MATH-182 or PHYS-212 or PHYS-216 or CHMG-142 or CHEM-151 or BIOL-122 or BIOL-102 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**ITDS-389**                                                              **Intermediate Special Topics**
This is an intermediate course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 3 (Fall, Spring, Summer)**

**ITDS-450H**                                                             **Honors Capstone Seminar**
This capstone seminar fulfills the final requirement for students in the honors program. Students will enroll in this course in their final year of study. The course uses a discussion format to help students wrestle with social and ethical issues associated with natural science, mathematics or data science in the modern world. Students will be challenged to reflect on their own role and responsibility as citizens. It culminates in a written report or project presentation. (This class is restricted to students in the Honors program and students with at least 4th year student standing.) **Lecture 1, Credits 1 (Fall, Spring)**

**ITDS-489**                                                                          **Special Topics**
 Lecture, Credits 1 - 3 (Fall, Spring, Summer)

## Mathematics

**MATH-090**                                                                                  **Algebra**
This course covers operations involving polynomials, algebraic fractions, factoring, exponents and radicals, solutions of linear and quadratic equations, and graphing linear equations. **Lecture 3, Credits 0 (Fall, Spring)**

**MATH-101**                                                                           **College Algebra**
This course provides the background for an introductory level, non-trigonometry based calculus course. The topics include a review of the fundamentals of algebra: solutions of linear, fractional, and quadratic equations, functions and their graphs, polynomial, exponential, logarithmic and rational functions, and systems of linear equations. (Prerequisites: Students may not take and receive credit for MATH-101 and MATH-111. See the Math department with any questions.) **Lecture 3, Credits 3 (Fall, Spring)**

**MATH-104**                                                                **Contemporary Mathematics**
This course provides an exploration of assorted mathematical concepts by using a hands-on approach. Topics will be selected from a wide array of fields to show the presence and importance of mathematics in everyday life. **Lecture 3, Credits 3 (Spring)**

**MATH-111**                                                                             **Precalculus**
This course provides the background for an introductory level, trigonometry-based calculus course. Topics include functions and their graphs, with an emphasis on functions that commonly appear in calculus including polynomials, rational functions, trigonometric functions, exponential functions, and logarithmic functions. The course also includes the analytic geometry of conic sections. One hour each week will be devoted to a collaborative learning workshop. (Prerequisites: Students may not take and receive credit for MATH-101 and MATH-111. See the Math department with any questions.) **Lecture 3, Recitation 1, Credits 3 (Fall, Spring)**

**MATH-131**                                                                         **Discrete Mathematics**
This course is an introduction to the topics of discrete mathematics, including number systems, sets and logic, relations, combinatorial methods, graph theory, regular sets, vectors, and matrices. (Prerequisites: MATH-101, MATH-111, NMTH-260, NMTH-272 or NMTH-275 or a Math Placement Exam score of at least 35.) **Lecture 4, Credits 4 (Fall, Spring)**

**MATH-151 Explorations of Place and Space: Connections and How they Determine Behavior**
The course will explore the structure of networks and how it relates to the behavior of the people in the networks. Students will develop an understanding, through experimentation and investigation, of how the net result of many apparently independent qualities, events, or ideas is influenced by the network structure. Common and familiar phenomena, such as social networks and food webs, can be modeled as networks. The course will introduce students to the subject of graph theory (the branch of mathematics that studies networks). Students will examine real networks through the viewpoint of a mathematician, gaining an understanding of many seemingly unrelated concepts. The honors seminar integrates the required YearOne curriculum. **Lecture 3, Credits 3 (Fall)**

**MATH-161**                                                                          **Applied Calculus**
This course is an introduction to the study of differential and integral calculus, including the study of functions and graphs, limits, continuity, the derivative, derivative formulas, applications of derivatives, the definite integral, the fundamental theorem of calculus, basic techniques of integral approximation, exponential and logarithmic functions, basic techniques of integration, an introduction to differential equations, and geometric series. Applications in business, management sciences, and life sciences will be included with an emphasis on manipulative skills. (Prerequisite: C- or better in MATH-101, MATH-111, MATH-131, NMTH-260, NMTH-272 or NMTH-275 or Math Placement Exam score greater than or equal to 45.) **Lecture 4, Credits 4 (Fall, Spring)**

**MATH-171**                                                                              **Calculus A**
This is the first course in a three-course sequence (COS-MATH-171, -172, -173). This course includes a study of functions, continuity, and differentiability. The study of functions includes the exponential, logarithmic, and trigonometric functions. Limits of functions are used to study continuity and differentiability. The study of the derivative includes the definition, basic rules, and implicit differentiation. Applications of the derivative include optimization and related-rates problems. (Prerequisite: C- or better in MATH-111 or C- or better in ((NMTH-260 or NMTH-272 or NMTH-275) and NMTH-220) or a math placement exam score greater than or equal to 50.) **Lecture 5, Credits 3 (Fall, Spring)**

**MATH-172**                                                                              **Calculus B**
This is the second course in three-course sequence (COS-MATH-171, -172, -173). The course includes Riemann sums, the Fundamental Theorem of Calculus, techniques of integration, and applications of the definite integral. The techniques of integration include substitution and integration by parts. The applications of the definite integral include areas between curves, and the calculation of volume. (Prerequisites: C- or better in MATH-171 or 1016-171T or 1016-281 or 1016-231 or equivalent course.) **Lecture 5, Credits 3 (Fall, Spring)**

**MATH-173**                                                                              **Calculus C**
This is the third course in three-course sequence (COS-MATH-171, -172, -173). The course includes sequences, convergence and divergence of series, representations of functions by infinite series, curves defined by parametric equations, and polar coordinates. Also included are applications of calculus to curves expressed in parametric and polar form. (Prerequisites: C- or better in MATH-172 or equivalent course.) **Lecture 5, Credits 3 (Fall, Spring)**

**MATH-180**                                                                          **Calculus Bridge**
This course covers the topics in MATH-181 that are not covered in MATH-171, thereby preparing students to enter Project-Based Calculus II. This course meets for 15 days during the Tiger Term. This course does not constitute completion of a mathematics perspective in the RIT General Education Framework.. **Lecture 1, Credits 1 (Int)**

**MATH-181**                                                                   **Project-Based Calculus I**
This is the first in a two-course sequence intended for students majoring in mathematics, science, or engineering. It emphasizes the understanding of concepts, and using them to solve physical problems. The course covers functions, limits, continuity, the derivative, rules of differentiation, applications of the derivative, Riemann sums, definite integrals, and indefinite integrals. (Prerequisite: A- or better in MATH-111 or A- or better in ((NMTH-260 or NMTH-272 or NMTH-275) and NMTH-220) or a math placement exam score greater than or equal to 70 or department permission to enroll in this class.) **Lecture 6, Credits 4 (Fall, Spring, Summer)**

**MATH-181A**                                                                             **Calculus I**
This is the first in a two-course sequence intended for students majoring in mathematics, science, or engineering. The course includes the same topics as MATH-181, but the focus of the workshop component is different. Whereas workshops attached to 181 emphasize concept development and real-world applications, the workshops of MATH-181A emphasize skill development and provide just-in-time review of precalculus material as needed. The course covers functions, limits, continuity, the derivative, rules of differentiation, applications of the derivative, Riemann sums, definite integrals, and indefinite integrals. (Prerequisite: B- or better in MATH-111 or B- or better in ((NMTH-260 or NMTH-272 or NMTH-275) and NMTH-220) or a math placement exam greater than or equal to 60.) **Lecture 6, Credits 4 (Fall, Spring)**

RIT0001049

**College of Science**

**MATH-182** **Project-Based Calculus II**
This is the second in a two-course sequence intended for students majoring in mathematics, science, or engineering. It emphasizes the understanding of concepts, and using them to solve physical problems. The course covers techniques of integration including integration by parts, partial fractions, improper integrals, applications of integration, representing functions by infinite series, convergence and divergence of series, parametric curves, and polar coordinates. (Prerequisites: C- or better in (MATH-181 or MATH-173 or 1016-282) or (MATH-171 and MATH-180) or equivalent course(s).) **Lecture 6, Credits 4 (Fall, Spring, Summer)**

**MATH-182A** **Calculus II**
This is the second in a two-course sequence intended for students majoring in mathematics, science, or engineering. The course includes the same topics as MATH-182, but the focus of the workshop component is different. Whereas workshops attached to 182 emphasize concept development and real-world applications, the workshops of MATH-182A emphasize skill development and provide just-in-time review of precalculus material as needed. The course covers techniques of integration including integration by parts, partial fractions, improper integrals, applications of integration, representing functions by infinite series, convergence and divergence of series, parametric curves, and polar coordinates. (Prerequisites: C- or better in MATH-181A or equivalent course.) **Lecture 6, Credits 4 (Spring, Summer)**

**MATH-185** **Mathematics of Graphical Simulation I**
This is the first part of a two course sequence that aims at providing the mathematical tools needed to manipulate graphical objects and to model and simulate the physical properties of these objects. Topics from linear algebra, primarily in two and three dimensional space, analytic geometry, and calculus will be presented. The emphasis is on linear algebra, particularly its application to problems in geometry and graphical systems. (Prerequisites: MATH-101 or MATH-111 or MATH-131 or NMTH-260 or NMTH-272 or NMTH-275 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MATH-186** **Mathematics of Graphical Simulation II**
This is the second part of a two-course sequence that aims at providing the mathematical tools needed to manipulate graphical objects and to model and simulate the physical properties of these objects. Topics from linear algebra, primarily in two and three dimensional space, analytic geometry, and calculus will be presented. The emphasis is on analytic geometry and calculus, as applied to geometric and physical simulations. (Prerequisites: MATH-185 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MATH-189** **Special Topics**
This is a course suitable for first-year students that covers topics not currently offered in the curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. **Lecture, Credits 1 - 3 (Fall, Spring, Summer)**

**MATH-190** **Discrete Mathematics for Computing**
This course introduces students to ideas and techniques from discrete mathematics that are widely used in Computer Science. Students will learn about the fundamentals of propositional and predicate calculus, set theory, relations, recursive structures and counting. This course will help increase students' mathematical sophistication and their ability to handle abstract problems. (Co-requisites: MATH-182 or MATH-182A or MATH-172 or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**MATH-199** **Mathematics and Statistics Seminar**
This course introduces the programs within the School of Mathematical Sciences, and provides an introduction to math and statistics software. The course provides practice in technical writing. **Seminar 1, Credits 1 (Fall)**

**MATH-200** **Discrete Mathematics and Introduction to Proofs**
This course prepares students for professions that use mathematics in daily practice, and for mathematics courses beyond the introductory level where it is essential to communicate effectively in the language of mathematics. It covers various methods of mathematical proof, starting with basic techniques in propositional and predicate calculus and set theory, and then moving to applications in advanced mathematics. (Prerequisite: MATH-173 or MATH-182 or MATH-182A or equivalent course.) **Lecture 3, Recitation 4, Credits 3 (Fall)**

**MATH-211** **Elements of Multivariable Calculus and Differential Equations**
This course includes an introduction to differential equations, Laplace transforms, numerical methods in differential equations, and the calculus of functions of two variables. The emphasis is on the application of these topics to problems in engineering technology. (Prerequisites: MATH-172 or MATH-182 or MATH 182A or 1016-232 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**MATH-219** **Multivariable Calculus**
This course is principally a study of the calculus of functions of two or more variables, but also includes the study of vectors, vector-valued functions and their derivatives. The course covers limits, partial derivatives, multiple integrals, and includes applications in physics. Credit cannot be granted for both this course and MATH-221. (Prerequisite: C- or better MATH-173 or MATH-182 or MATH-182A or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**MATH-220** **Vector Calculus**
This course introduces students to the concepts, techniques, and central theorems of vector calculus. It includes a study of line integrals, conservative vector fields, the flux of vector fields across curves and surfaces, Green's Theorem, the Divergence Theorem, and Stokes' Theorem. Credit may not be earned for this class if it is earned in COS-MATH-221. (Prerequisites: MATH-219 or equivalent course.) **Lecture 1, Credits 1 (Fall)**

**MATH-221** **Multivariable and Vector Calculus**
This course is principally a study of the calculus of functions of two or more variables, but also includes a study of vectors, vector-valued functions and their derivatives. The course covers limits, partial derivatives, multiple integrals, Stokes' Theorem, Green's Theorem, the Divergence Theorem, and applications in physics. Credit cannot be granted for both this course and MATH-219. (Prerequisite: C- or better MATH-173 or MATH-182 or MATH-182A or equivalent course.) **Lecture 4, Credits 4 (Fall, Spring, Summer)**

**MATH-221H** **Honors Multivariable and Vector Calculus**
This course is an honors version of MATH-221. It includes an introduction to vectors, surfaces, and multivariable functions. It covers limits, partial derivatives and differentiability, multiple integrals, Stokes' Theorem, Green's Theorem, the Divergence Theorem, and applications. Unlike MATH-221, students in this course will often be expected to learn elementary skills and concepts from their text so that in-class discussion can focus primarily on extending techniques, interpreting results, and exploring mathematical topics in greater depth; homework exercises and projects given in this class will require greater synthesis of concepts and skills, on average, than those in MATH-221. Students earning credit for this course cannot earn credit for MATH-219 or MATH-221. (Prerequisite: C- or better MATH-173 or MATH-182 or MATH-182A or equivalent course.) **Lecture 4, Credits 4 (Fall)**

**MATH-231** **Differential Equations**
This course is an introduction to the study of ordinary differential equations and their applications. Topics include solutions to first order equations and linear second order equations, method of undetermined coefficients, variation of parameters, linear independence and the Wronskian, vibrating systems, and Laplace transforms. (Prerequisite: MATH-173 or MATH-182 or MATH-182A or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**MATH-233** **Linear Systems and Differential Equations**
This is an introductory course in linear algebra and ordinary differential equations in which a scientific computing package is used to clarify mathematical concepts, visualize problems, and work with large systems. The course covers matrix algebra, the basic notions and techniques of ordinary differential equations with constant coefficients, and the physical situation in which they arise. (Prerequisites: MATH-172 or MATH-182 or MATH-182A and students in CHEM-BS or CHEM-BS/MS or ISEE-BS programs.) **Lecture 4, Credits 4 (Spring)**

**MATH-241** **Linear Algebra**
This course is an introduction to the basic concepts of linear algebra, and techniques of matrix manipulation. Topics include linear transformations, Gaussian elimination, matrix arithmetic, determinants, vector spaces, linear independence, basis, null space, row space, and column space of a matrix, eigenvalues, eigenvectors, change of basis, similarity and diagonalization. Various applications are studied throughout the course. (Prerequisites: MATH-190 or MATH-200 or MATH-219 or MATH-220 or MATH-221 or MATH-221H or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**MATH-241H** **Honors Linear Algebra**
This honors course introduces the basic concepts and techniques of linear algebra. Concepts are addressed at a higher level than the standard course in linear algebra, and the topic list is somewhat broader. Topics include linear independence and span, linear functions, solving systems of linear equations using Gaussian elimination, the arithmetic and algebra of matrices, basic properties and interpretation of determinants, vector spaces, the fundamental subspaces of a linear function, eigenvalues and eigenvectors, change of basis, similarity and diagonalization. Students will learn to communicate explanations of mathematical facts and techniques by participating in a collaborative workshop format, and will learn to use MATLAB to solve matrix equations. (Prerequisites: MATH-219 or MATH-221 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

RIT0001050

**MATH-251**                                                    **Probability and Statistics I**
This course introduces sample spaces and events, axioms of probability, counting techniques, conditional probability and independence, distributions of discrete and continuous random variables, joint distributions (discrete and continuous), the central limit theorem, descriptive statistics, interval estimation, and applications of probability and statistics to real-world problems. A statistical package such as Minitab or R is used for data analysis and statistical applications. (Prerequisites: MATH-173 or MATH-182 or MATH 182A or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**MATH-252**                                                   **Probability and Statistics II**
This course covers basic statistical concepts, sampling theory, hypothesis testing, confidence intervals, point estimation, and simple linear regression. The statistical software package MINITAB will be used for data analysis and statistical applications. (Prerequisites: STAT-251 or MATH-251 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**MATH-255**                                                          **Actuarial Mathematics**
This course provides challenging problems in probability whose solutions require a combination of skills that one acquires in a typical mathematical statistics curriculum. Course work synthesizes basic, essential problem-solving ideas and techniques as they apply to actuarial mathematics and the first actuarial exam. (Prerequisites: MATH-251 or 1016-345 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MATH-261**                                          **Topics in the Mathematics of Finance**
This course examines concepts in finance from a mathematical viewpoint. It includes topics such as the Black-Scholes model, financial derivatives, the binomial model, and an introduction to stochastic calculus. Although the course is mathematical in nature, only a background in calculus (including Taylor series) and basic probability is assumed; other mathematical concepts and numerical methods are introduced as needed. (Prerequisites: (MATH-219 or MATH-221 or MATH-221H) and (STAT-145 or STAT-145H or MATH-251) or equivalent courses.) **Lecture 3, Credits 3**

**MATH-291**                                                           **History of Mathematics**
This course is an introduction to the history of mathematics that covers some of the major developments in the history of mathematics, their historical background, and the people who made them. It provides the opportunity to study and to write about these topics. The topics will include Pythagoras, Newton and Leibniz, and Cantor. (Prerequisite: MATH-181 or equivalent course.) **Lecture 3, Credits 3**

**MATH-295**                                          **Topics in Mathematical Problem Solving**
This course develops strategies for solving problems that are chosen from a wide variety of areas in mathematics. Students present solutions to the class or instructor. (Prerequisite: MATH-173 or MATH-182 or MATH-182A or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MATH-301**                                                       **Mathematics of Simulation**
This course is an introduction to computer simulation, simulation languages, model building and computer implementation, mathematical analyses of simulation models and their results using techniques from probability and statistics. (Prerequisites: MATH-252 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MATH-305**                                       **Introduction to Mathematical Computing**
This course is an introduction to the use and application of scientific computing pack- ages to explore methodologies (graphical, numerical and symbolic) to study problems arising in undergraduate courses in science, engineering and mathematics. Specific applications include numerical differentiation and integration, numerical optimization, initial value problems, linear systems of equations, and data fitting. (Prerequisites: (MATH-219 or MATH-221 or MATH-221H) and MATH-241 and CSCI-141 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**MATH-311**                                                            **Linear Optimization**
This course presents the general linear programming problem. Topics include a review of pertinent matrix theory, convex sets and systems of linear inequalities, the simplex method of solution, artificial bases, duality, parametric programming, and applications. (Prerequisites: MATH-241 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MATH-312**                                                         **Nonlinear Optimization**
This course provides a study of the theory of optimization of non-linear functions of several variables with or without constraints. Applications of this theory in business, management, engineering and the sciences are considered. Algorithms for practical applications will be analyzed and implemented. The course may require the use of specialized software to analyze problems. Students taking this course will be expected to complete applied projects and/or case studies. (Prerequisites: (MATH-219 or MATH-221 or MATH-221H) and MATH-311 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MATH-321**                                                                  **Game Theory**
This course introduces solution techniques and applications of Game Theory. Topics include game trees, matrix games, linear inequalities, convex sets, the minimax theorem, and n-person games. (Prerequisites: MATH-241 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MATH-326**                                                       **Boundary Value Problems**
This course provides an introduction to boundary value problems. Topics include Fourier series, separation of variables, Laplace's equation, the heat equation, and the wave equation in Cartesian and polar coordinate systems. (Prerequisites: (MATH-231 or MATH-233) and (MATH-219 or MATH-221) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**MATH-331**                                                             **Dynamical Systems**
The course revisits the equations of spring-mass system, RLC circuits, and pendulum systems in order to view and interpret the phase space representations of these dynamical systems. The course begins with linear systems followed by a study of the stability analysis of nonlinear systems. Matrix techniques are introduced to study higher order systems. The Lorentz equation will be studied to introduce the concept of chaotic solutions. (Prerequisites: (MATH-231 and MATH-241) or MATH-233 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**MATH-341**                                                        **Advanced Linear Algebra**
This is a second course in linear algebra that provides an in-depth study of fundamental concepts of the subject. It focuses largely on the effect that a choice of basis has on our understanding of and ability to solve problems with linear operators. Topics include linear transformations, similarity, inner products and orthogonality, QR factorization, singular value decomposition, and the Spectral Theorem. The course includes both computational techniques and the further development of mathematical reasoning skills. (Prerequisites: MATH-241 or equivalent course.) **Lecture 3, Credits 3 (Spring, Summer)**

**MATH-351**                                                                  **Graph Theory**
This course covers the theory of graphs and networks for both directed and undirected graphs. Topics include graph isomorphism, Eulerian and Hamiltonian graphs, matching, covers, connectivity, coloring, and planarity. There is an emphasis on applications to real world problems and on graph algorithms such as those for spanning trees, shortest paths, and network flows. (Prerequisites: MATH-190 or MATH-200 or 1055-265 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**MATH-361**                                                                **Combinatorics**
This course introduces the mathematical theory of enumeration of discrete structures. Topics include enumeration, combinatorial proofs, recursion, inclusion-exclusion, and generating functions. (Prerequisites: MATH-190 or MATH-200 or 1055-265 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MATH-367**                                                              **Codes and Ciphers**
This course will introduce, explain and employ the basic techniques of cryptography, both classical and modern. Topics will include the Vignere cipher, affine ciphers, Hill ciphers, one-time pad encryption, Enigma, cryptosystems such as DES (Data Encryption Standard) and AES (Advanced Encryption Standard), public key encryption scheme (RSA), and hash functions. The course will include an introduction to number theoretic tools used in cryptography. (Prerequisites: MATH-190 or MATH-200 or 1055-265 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MATH-371**                                                                 **Number Theory**
This course provides an introduction to the study of the set of integers and their algebraic properties. Topics include prime factorization and divisibility, linear Diophantine equations, congruences, arithmetic functions, primitive roots, and quadratic residues. (Prerequisites: MATH-190 or MATH-200 or 1055-265 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MATH-381**                                                             **Complex Variables**
This course covers the algebra of complex numbers, analytic functions, Cauchy-Riemann equations, complex integration, Cauchy's integral theorem and integral formulas, Taylor and Laurent series, residues, and the calculation of real-valued integrals by complex-variable methods. (Prerequisites: MATH-219 or MATH-221 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**MATH-389**                                                                  **Special Topics**
Special Topics courses focus on topics outside the current curriculum. They provide flexibility to address interests expressed by students, and offer instructors a proof-of-concept vehicle for additions to the current curriculum. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 3 (Fall, Spring, Summer)**

**MATH-399**                                             **Mathematical Sciences Job Search Seminar**
This course helps students prepare to search for co-op or full-time employment. Students will learn strategies for conducting a successful job search and transitioning into the work world. The course meets one hour each week for five weeks. **Lecture 1, Credits 0 (Fall, Spring)**

RIT0001051

College of Science

**MATH-411**                                                    **Numerical Analysis**
This course covers numerical techniques for the solution of nonlinear equations, interpolation, differentiation, integration, and the solution of initial value problems. (Prerequisites: (MATH-231 and MATH-241) or MATH-233 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**MATH-412**                                                **Numerical Linear Algebra**
This course covers numerical techniques for the solution of systems of linear equations, eigenvalue problems, singular values and other decompositions, applications to least squares, boundary value problems, and additional topics at the discretion of the instructor. (Prerequisites: (MATH-220 or MATH-221 or MATH-221H or 1055-359 (Honors Multivariable Calculus)) and (MATH-231 and MATH-341) or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**MATH-421**                                                   **Mathematical Modeling**
This course explores problem solving, formulation of the mathematical model from physical considerations, solution of the mathematical problem, testing the model and interpretation of results. Problems are selected from the physical sciences, engineering, and economics. (Prerequisites: (MATH-220 or MATH-221 or 1016-410 or 1016-328) and MATH-231 and MATH-241 and MATH-251 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**MATH-431**                                                        **Real Variables I**
This course is an investigation and extension of the theoretical aspects of elementary calculus. Topics include mathematical induction, real numbers, sequences, functions, limits, and continuity. The workshop will focus on helping students develop skill in writing proofs. (Prerequisites: (MATH-190 or MATH-200 or 1055-265) and (MATH-220 or MATH-221 or MATH-221H or 1016-410 or 1016-328) or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**MATH-432**                                                       **Real Variables II**
This course is a continuation of MATH-431. It concentrates on differentiation, integration (Riemann and Riemann-Stieltjes integrals), power series, and sequences and series of functions. (Prerequisites: MATH-431 or equivalent course) **Lecture 3, Credits 3 (Spring)**

**MATH-441**                                                     **Abstract Algebra I**
This course covers basic set theory, number theory, groups, subgroups, cyclic and permutation groups, Lagrange and Sylow theorems, quotient groups, and isomorphism theorems. Group Theory finds applications in other scientific disciplines like physics and chemistry. (Prerequisites: (MATH-190 or MATH-200 or 1055-265) and MATH-241 or equivalent courses.) **Lec/Lab 4, Credits 3 (Fall, Spring)**

**MATH-442**                                                    **Abstract Algebra II**
This course covers the basic theory of rings, integral domains, ideals, modules, and abstract vector spaces. It also covers the key constructions including direct sums, direct products, and field extensions. These topics serve as the foundation of mathematics behind advanced topics such as algebraic geometry and various applications like cryptography and coding theory. (Prerequisites: MATH-441 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MATH-461**                                                             **Topology**
This course defines metric spaces and topological spaces. For metric spaces it examines continuity spaces of continuous functions and completeness in Euclidean spaces. For topological spaces it examines compactness, continuous functions, and separation axioms. (Prerequisites: MATH-432 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MATH-489**                                                **Advanced Special Topics**
This is an advanced course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. **Lec/Lab, Credits 1 - 3 (Fall, Spring, Summer)**

**MATH-495**                          **Undergraduate Research in Mathematical Sciences**
This course is a faculty-directed project that could be considered original in nature. The level of work is appropriate for students in their final two years of undergraduate study. **Research, Credits 1 - 3 (Fall, Spring, Summer)**

**MATH-498**                            **Independent Study in Mathematical Sciences**
This course is a faculty-guided investigation into appropriate topics that are not part of the curriculum. **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

**MATH-499**                                                    **Mathematics Co-op**
This course is a cooperative education experience for undergraduate students majoring in Applied Mathematics, Computational Mathematics or Statistics. **CO OP, Credits 0 (Fall, Spring, Summer)**

**MATH-500**                                        **Senior Capstone in Mathematics**
This capstone experience introduces students to mathematical problems and situations not encountered in previous courses of study. The class will primarily revolve around student-directed, collaborative efforts to solve a given problem using rigorous mathematical analysis and (as appropriate) computational methods. Significant work outside the classroom will be required of students. Students will write a formal report of their solution methods, and produce a poster for presentation at an end-of-term conference-style event. (Prerequisite: MATH-411 and MATH-421 and (MATH-431 or MATH-441) or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**MATH-501**                       **Experiential Learning Requirement in Mathematics**
The experiential learning requirement in the Applied Mathematics and Computational Mathematics programs can be accomplished in various ways. This course exists to record the completion of experiential learning activities that have been pre-approved by the School of Mathematical Sciences. Such pre-approval is considered on a case-by-case basis. **Lecture, Credits 0 (Fall, Spring, Summer)**

**MATH-505**                                                   **Stochastic Processes**
This course explores Poisson processes and Markov chains with an emphasis on applications. Extensive use is made of conditional probability and conditional expectation. Further topics, such as renewal processes, Brownian motion, queuing models and reliability are discussed as time allows. (Prerequisites: MATH-241 and MATH-251 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

## Physics

**PHYS-104**                                                     **Stars and Galaxies**
This course provides an introduction to the basic concepts of stellar astronomy including the celestial sphere, constellations, nomenclature, physical properties of stars, principles of spectroscopy as applied to astronomy, double stars, variable stars, star clusters, stellar evolution, gaseous nebulae, stellar motions and distribution, the Milky Way system, external galaxies, and cosmology. **Lecture 2, Credits 2 (Spring)**

**PHYS-105**                                                 **Stars and Galaxies Lab**
This laboratory course includes experiments and exercises that relate to the principles and theories discussed in COS-PHYS-104 Stellar Astronomy. Observational exercises utilizing the RIT observatory and associated equipment will be emphasized. (Co-requisites: PHYS-104 or equivalent course.) **Lab 2, Credits 1 (Spring)**

**PHYS-106**                                                 **Solar System Astronomy**
This course provides an introduction to basic concepts of solar system astronomy including celestial sphere, zodiac, astronomical telescopes, sun, moon, eclipses, earth as planet, planets and their satellites, comets, meteors, and theories of the origin of the solar system. **Lecture 2, Credits 2 (Fall)**

**PHYS-107**                                             **Solar System Astronomy Lab**
This laboratory course includes experiments related to the principles and theories discussed in the corresponding lecture course Solar System Astronomy PHYS-106. Observational exercises utilizing the RIT observatory and associated equipment will be emphasized. (Co-requisites: PHYS-106 or equivalent course.) **Lab 2, Credits 1 (Fall)**

**PHYS-111**                                                       **College Physics I**
This is an introductory course in algebra-based physics focusing on mechanics and waves. Topics include kinematics, planar motion, Newton's laws, gravitation; rotational kinematics and dynamics; work and energy; momentum and impulse; conservation laws; simple harmonic motion; waves; data presentation/analysis and error propagation. The course is taught using both traditional lectures and a workshop format that integrates material traditionally found in separate lecture, recitation, and laboratory settings. **Lab 4, Lecture 2, Credits 4 (Fall, Spring, Summer)**

**PHYS-112**                                                      **College Physics II**
This course is an introduction to algebra-based physics focusing on thermodynamics, electricity and magnetism, optics, and elementary topics in modern physics. Topics include heat and temperature, laws of thermodynamics, fluids, electric and magnetic forces and fields, DC electrical circuits, electromagnetic induction, opyics, the concept of the photon, and the Bohr model of the atom. The course is taught using both traditional lectures and a workshop format that integrates material traditionally found in separate lecture, recitation, and laboratory settings. (Prerequisites: PHYS-111 or 1017-211 or equivalent course.) **Lab 4, Lecture 2, Credits 4 (Fall, Spring)**

RIT0001052

**PHYS-150**                                    **Introduction to Special Relativity**
In this course students will learn aspects of Einstein's Theory of Special Relativity including time dilation, length contraction, Lorentz transformations, velocity transformations, relativistic Doppler effect, issues with simultaneity, and relativistic expressions for energy and momentum. **Lecture 3, Credits 3 (Fall)**

**PHYS-189**                                    **Introductory Special Topics**
This is an introductory course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (Enrollment in this course requires permission from the department offering the course.) **Lecture, Credits 1 - 4**

**PHYS-205**                                    **Principles of Optics**
This course is an introduction to physical and geometrical optics. Topics will include: wave and photon description of light; propagation of electromagnetic waves in vacuum and transparent media; mirrors, lenses, and simple optical instruments; basics of optical fibers; polarization of light and polarizing optical elements; interference; Michelson interferometer; Fraunhofer and Fresnel diffraction; diffraction gratings. (Prerequisites: PHYS-112 or 1017-213 and (1017-212 or 1017-212T) or equivalent courses.) **Lecture 4, Credits 3 (Fall)**

**PHYS-207**                                    **University Physics I: AP-C Waves**
This course is without exception only for students who have earned credit for PHYS-206. This is a course in calculus-based physics for science and engineering majors. Topics include mechanical oscillations and waves, and data presentation/analysis. The course is taught in a workshop format that integrates the material traditionally found in separate lecture and laboratory courses. This course together with PHYS-206 is equivalent to PHYS-211. (Prerequisites: PHYS-206 and (MATH-181 or MATH-181A or MATH-172) or equivalent courses. Co-requisite: MATH-182 or MATH-182A or MATH-172 or equivalent course.) **Lab 2.5, Credits 1 (Fall, Spring)**

**PHYS-209**                                    **University Physics II: AP-C Optics**
This course is without exception only for students who have earned credit for PHYS-208. Topics include geometrical and physical optics. The course is taught in a lecture/workshop format that integrates the material traditionally found in separate lecture and laboratory courses. This course together with PHYS-208 is equivalent to PHYS-212. (Prerequisites: (PHYS-211 or PHYS-211A or PHYS-206 or PHYS-216) and PHYS-208 and (MATH-181 or MATH-181A) or equivalent courses. Co-requisite: MATH-182 or MATH-182A or MATH-172 or equivalent course.) **Lab 2.5, Credits 1 (Fall, Spring)**

**PHYS-211**                                    **University Physics I**
This is a course in calculus-based physics for science and engineering majors. Topics include kinematics, planar motion, Newton's Laws, gravitation, work and energy, momentum and impulse, conservation laws, systems of particles, rotational motion, static equilibrium, mechanical oscillations and waves, and data presentation/analysis. The course is taught in a workshop format that integrates the material traditionally found in separate lecture and laboratory courses. (Prerequisites: C- or better in MATH-181 or equivalent course. Co-requisites: MATH-182 or equivalent course.) **Lec/Lab 6, Credits 4 (Fall, Spring)**

**PHYS-211A**                                    **University Physics IA**
This is a course in calculus-based physics for science and engineering majors whose performance on the Math Placement Exam resulted in their placement in MATH-181A. Topics include kinematics, planar motion, Newton's Laws, gravitation, work and energy, momentum and impulse, conservation laws, systems of particles, rotational motion, static equilibrium, mechanical oscillations and waves, and data presentation/analysis. The course is taught in a workshop format that integrates the material traditionally found in separate lecture and laboratory courses. (Prerequisites: C- or better in MATH-181 or MATH-181A or MATH-172 or equivalent course. Co-requisites: MATH-182 or MATH-182A or MATH-172 or equivalent course.) **Lec/Lab 7.5, Credits 4 (Fall, Spring)**

**PHYS-211B**                                    **University Physics I Bridge Workshop**
This a 3-week intensive workshop specifically aimed at strengthening the competencies of students who previously received a grade of D in University Physics I or IA in the immediately preceding semester. Topics include kinematics, planar motion, Newton's Laws, gravitation, work and energy, momentum and impulse, conservation laws, systems of particles, rotational motion, static equilibrium, mechanical oscillations and waves, and data presentation/analysis. The intent is not to provide an accelerated re-delivery of University Physics I or IA. This course focuses on typical difficulties encountered by students in an interactive setting and provides the opportunity for the students to demonstrate improved competencies in the subject matter. There will also be some laboratory experiences that must be successfully completed. A significant effort outside the classroom is also expected. (Prerequisites: Earned grade of "D" in PHYS-211 or PHYS-211A in the previous term.) **Lab 12, Credits 0 (Int)**

**PHYS-212**                                    **University Physics II**
This course is a continuation of PHYS-211, University Physics I. Topics include electrostatics, Gauss' law, electric field and potential, capacitance, resistance, DC circuits, magnetic field, Ampere's law, inductance, and geometrical and physical optics. The course is taught in a lecture/workshop format that integrates the material traditionally found in separate lecture and laboratory courses. (Prerequisites: (PHYS-211 or PHYS-211A or PHYS-206 or PHYS-216) or (MECE-102, MECE-103 and MECE-205) and (MATH-182 or MATH-172 or MATH-182A) or equivalent courses. Grades of C- or better are required in all prerequisite courses.) **Lec/Lab 6, Credits 4 (Fall, Spring)**

**PHYS-213**                                    **Modern Physics I**
This course provides an introductory survey of elementary quantum physics, as well as basic relativistic dynamics. Topics include the photon, wave-particle duality, deBroglie waves, the Bohr model of the atom, the Schrodinger equation and wave mechanics, quantum description of the hydrogen atom, electron spin, and multi-electron atoms. (Prerequisites: PHYS-209 or PHYS-212 or PHYS-217or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

**PHYS-214**                                    **Modern Physics II**
This course is a continuation of a survey of modern physics beyond the topics introduced in Modern Physics I. Central topics include the physics of multi-electron atoms, molecular structure, fundamentals of statistical physics applied to systems of particles, elementary solid-state physics, applications to semiconductor materials and simple devices, and basic elements of nuclear physics. (Prerequisites: PHYS-213 or equivalent course. Students in the PHYS-BS program must also complete PHYS-275 prior to taking this course.) **Lecture 3, Credits 3 (Fall)**

**PHYS-216**                                    **University Physics I: Physics Majors**
This is a course in calculus-based physics for physics majors. Topics include kinematics, planar motion, Newton's Laws, gravitation, work and energy, momentum and impulse, conservation laws, systems of particles, rotational motion, static equilibrium, mechanical oscillations and waves, and data presentation/analysis. Calculus and basic numerical techniques will be applied throughout the course to analyze non-idealized complex systems. The course is taught in a workshop format that integrates the material traditionally found in separate lecture and laboratory courses. The course will also include enrichment activities connecting current developments in the field of physics. (Prerequisites: C- or better in MATH-181 or MATH-181A or MATH-172 or equivalent course.Co-requisites: MATH-182 or MATH-182A or MATH-172 or equivalent course.) **Lec/Lab 7.5, Credits 4 (Fall, Spring)**

**PHYS-217**                                    **University Physics II: Physics Majors**
This course is a continuation of PHYS-216, University Physics I: Physics Majors. Topics include fluids, thermodynamics, electrostatics, Gauss' law, electric field and potential, capacitance, resistance, circuits, magnetic field, Ampere's law, inductance, and geometrical and physical optics. Calculus and basic numerical techniques will be applied throughout the course to analyze non-idealized complex systems. The course is taught in a lecture/workshop format that integrates the material traditionally found in separate lecture and laboratory courses. The course will also include enrichment activities connecting current developments in the field of physics. (Prerequisites: Grades of C- or better in (MATH-182 or MATH-182A) and (PHYS-216 or PHYS-206) or equivalent courses.) **Lec/Lab 7.5, Credits 4 (Fall, Spring)**

**PHYS-220**                                    **University Astronomy**
This course is an introduction to the basic concepts of astronomy and astrophysics for scientists and engineers. Topics include the celestial sphere, celestial mechanics, methods of data acquisition, planetary systems, stars and stellar systems, cosmology, and life in the universe. (Prerequisites: PHYS-211 or PHYS-211A or PHYS-207 or PHYS-216 or (MECE-102 and MECE-103 and MECE-205) or equivalent courses.) **Lecture 3, Credits 3 (Fall, Spring)**

**PHYS-222**                                    **Electronic Measurements**
This course covers the fundamentals of AC and DC circuit theory, electrical analysis of simple linear networks, operations of and circuits containing diodes and transistors, linear and non-linear operation of op-amps and their applications, and analysis of basic digital circuits. Laboratory classes reinforce lecture material and teach practical skills in use of basic test and measurement equipment. (Prerequisites: PHYS-212 or PHYS-209 or PHYS-217 or equivalent course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**PHYS-225**                    **Introduction to Computational Physics and Programming**
This course introduces methods for using computers to model the behavior of physical systems. Students will learn how computers represent numbers, limits of computation, how to write computer programs, and to use good programming practices. Students will also apply numerical methods of differentiation and integration, and numerical solutions to differential equations in physical situations. (Prerequisites: (PHYS-211 or PHYS-211A or PHYS-207 or PHYS-216) and (MATH-182 or MATH-182A or MATH-173) or equivalent courses.Co-requisite: PHYS-212) **Lab 4, Lecture 1, Credits 3 (Fall)**

College of Science

**PHYS-275**                                    **Sophomore Physics Seminar**
This seminar will assist students in their preparation for the Physics Comprehensive Oral Exam (CORE) required at the end of the course by presenting a unified as opposed to topical approach to physics. Physics majors must pass this course before going on to 300-level Physics courses. (Prerequisites: PHYS-212 or PHYS-208 or PHYS-209 or PHYS-217 or equivalent course. Co-requisites: PHYS-213 or equivalent course.) **Lecture 2, Credits 1 (Fall, Spring)**

**PHYS-283**                                    **Vibrations and Waves**
This course is an introduction to the physics of vibrations and waves, beginning with the simple harmonic oscillator, the foundation to understanding oscillatory and vibratory systems. The course will include driven and damped single oscillators, coupled discrete oscillators, and continuous vibrating systems. Connections will be made with many areas of physics that involve oscillation, including mechanics, electromagnetism, and quantum mechanics. (Prerequisites: PHYS-212 or PHYS-217 or PHYS-209 and (MATH-182 or MATH-182A or MATH-173) or equivalent courses. Co-requisites: MATH-231 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PHYS-289**                                    **Intermediate Special Topics**
This is an intermediate course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (Enrollment in this course requires permission from the department offering the course.) **Lecture, Credits 1 - 4**

**PHYS-295**                                    **Physics Research**
This course is a faculty-directed student project or research involving laboratory work, computer modeling, or theoretical calculations that could be considered of an original nature. The level of study is appropriate for students in their first three years of study. (Enrollment in this course requires permission from the department offering the course.) **Research, Credits 1 - 3 (Fall, Spring, Summer)**

**PHYS-298**                                    **Physics Independent Study**
This course is a faculty-directed tutorial of appropriate topics that are not part of the formal curriculum. The level of study is appropriate for student in their first three years of study. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

**PHYS-315**                                    **Experiments in Modern Physics**
In this course, students perform experiments representative of the foundation of modern quantum physics. These include investigations of wave particle duality, and the earliest of quantum mechanical models as well as measurements of fundamental constants. Experiments typically include electron diffraction, the photoelectric effect, optical diffraction and interference, atomic spectroscopy, charge-to-mass ratio of an electron, and blackbody radiation. This class teaches basic instrumentation techniques as well as data reduction and analysis. Students are expected to keep a laboratory notebook and present results in a journal-style paper. (Prerequisites: PHYS-213 or equivalent course. Students in the PHYS-BS program must also complete PHYS-275 prior to taking this course.) **Lab 4, Lecture 1, Credits 3 (Fall)**

**PHYS-316**                                    **Advanced Laboratory in Physics**
In this course, students perform advanced experiments representative of the foundation of modern quantum physics. Experiments typically explore properties of materials, semiconductors, atomic physics, and nuclear decay. This class continues the instruction in instrumentation techniques as well as data reduction and analysis that began in Experiments in Modern Physics, PHYS-315. Students are expected to keep a laboratory notebook and present results in a journal-style paper. (Prerequisites: PHYS-214 and PHYS-315 or equivalent courses. Students in the PHYS-BS program are also required to complete PHYS-275 prior to taking this course.) **Lab 4, Lecture 1, Credits 3 (Spring)**

**PHYS-320**                                    **Mathematical Methods in Physics**
This course serves as an introduction to the mathematical tools needed to solve intermediate and upper-level physics problems. Topics include matrix algebra, vector calculus, Fourier analysis, partial differential equations in rectangular coordinates, and an introduction to series solutions of ordinary differential equations. (Prerequisites: (MATH-219 or MATH-221) and MATH-231 and (PHYS-209 or PHYS-212 or PHYS-217) or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**PHYS-321**                                    **Advanced Mathematical Methods in Physics**
This course is a continuation of PHYS-320, serving to introduce additional mathematical tools needed to solve intermediate and upper-level physics problems. Topics include special functions, series solutions to ordinary differential equations, solutions to partial differential equations in curvilinear coordinate systems, matrix techniques, and the calculus of variations. (Prerequisites: PHYS-320 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PHYS-330**                                    **Classical Mechanics**
This course is a systematic presentation of Newtonian kinematics and dynamics including equations of motion in one- and three-dimensions, conservation laws, non-inertial reference frames, central forces, Lagrangian mechanics, and rigid body motion. This course will use advanced mathematical techniques including differential equations, vector calculus, and matrix and tensor formulations. (Prerequisites: (MATH-219 or MATH-221) and MATH-231 and (PHYS-209 or PHYS-212 or PHYS-217). Students in the PHYS-BS program are also required to complete PHYS-275 prior to taking this course. Co-requisites: PHYS-320 or equivalent course.) **Lecture 4, Credits 4 (Fall)**

**PHYS-360**                                    **Introduction to Chaotic Dynamics**
This course introduces basic tools for visualizing the behavior of nonlinear systems. In particular, the students are required to use the computer as an exploratory tool for generating and observing transitions between periodic behavior and chaotic behavior. Most of the course focuses on the driven, damped pendulum as a model dynamical system, but the ideas are readily extended to other systems as well. (Prerequisites: PHYS-283 and (PHYS-330 or 1017-402) or equivalent courses. Students in the PHYS-BS program are also required to complete PHYS-275 prior to taking this course.) **Lecture 3, Credits 3 (Spring)**

**PHYS-365**                                    **Physical Optics**
In this course light waves having both amplitude and phase will be described to provide a foundation for understanding key optical phenomena such as interference, diffraction, and propagation. Starting from Maxwell's equations the course advances to the topic of Fourier optics. (Prerequisites: (PHYS-212 or PHYS-209 or PHYS-217) and PHYS-225, PHYS-283, PHYS-320 and (MATH-219 or MATH-221 or MATH-221H) or equivalent courses. Students in the PHYS-BS program are also required to complete PHYS-275 before taking this course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

**PHYS-370**                                    **Stellar Astrophysics**
This course presents concepts of stars and stellar systems at an intermediate level. Topics include the observed characteristics of stars, stellar atmospheres, stellar structure and evolution, interaction of stars with the interstellar medium, and the populations of stars within the Milky Way Galaxy. (Prerequisites: PHYS-213 and PHYS-220 or equivalent courses. Students in the PHYS-BS program are also required to complete PHYS-275 prior to taking this course.) **Lecture 3, Credits 3**

**PHYS-371**                                    **Galactic Astrophysics**
This course describes the structure and dynamics of the Milky Way galaxy. It provides an overview of the major constituents of the Milky Way, their interactions, and the methods by which astronomers study them. (Prerequisites: PHYS-213 and PHYS-220 or equivalent courses. Students in the PHYS-BS program are also required to complete PHYS-275 prior to taking this course.) **Lecture 3, Credits 3 (Fall)**

**PHYS-372**                                    **Extragalactic Astrophysics and Cosmology**
This course provides a survey of the structure of the universe on the largest scales, including galaxies and clusters of galaxies. The course also provides an overview of the history of the universe from the Big Bang to the current day, and describes the observational evidence for our current values of the cosmological parameters. (Prerequisites: PHYS-213 and PHYS-220 or equivalent courses. Students in the PHYS-BS program are also required to complete PHYS-275 prior to taking this course.) **Lecture 3, Credits 3 (Fall)**

**PHYS-373**                                    **Observational Astronomy**
This course provides a practical, hands-on introduction to optical astronomy. Students will use the RIT Observatory's telescopes and CCD cameras to take images of celestial objects, reduce the data, and analyze the results. The course will emphasize the details of image processing required to remove instrumental effects from CCD images. (Prerequisites: PHYS-220 or equivalent course. Students in the PHYS-BS program are also required to complete PHYS-275 prior to taking this course.) **Lab 2, Lecture 2, Credits 3 (Spring)**

**PHYS-374**                                    **Introduction to Astrophysics**
This seminar-style course presents concepts of stars, stellar systems and the universe at an intermediate level. Topics include the observed characteristics of stars, stellar atmospheres, stellar structure and evolution, classification and properties of galaxies, galaxy clusters, nuclei of galaxies, the early universe, cosmic expansion and cosmological parameters. (Prerequisites: PHYS-213 and PHYS-220 or equivalent courses.) **Lecture 1, Credits 1 (Fall)**

**PHYS-377**                                    **Advanced Computational Physics**
This course introduces students to advanced methods for using computers to model the behavior of physical systems. Topics will include numerical solutions to differential equations such as heat transfer, planetary motion, and shock waves, the Monte Carlo approach to problems with large domains, tradeoffs between efficiency and precision, minimization and maximization of functions, and the statistical modeling of data. (Prerequisites: PHYS-225 and PHYS-320 or equivalent courses. Students in the PHYS-BS program are also required to complete PHYS-275 prior to taking this course.) **Lab 3, Lecture 2, Credits 3 (Spring)**

RIT0001054

**PHYS-389**                **Special Topics**
This is a course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 3 (Fall, Spring)**

**PHYS-408**                **Laser Physics**
This course covers the semi-classical theory of the operation of a laser, characteristics and practical aspects of various laser systems, and some applications of lasers in scientific research. (Prerequisites: PHYS-365 or equivalent course. Students in the PHYS-BS program are also required to complete PHYS-275 prior to taking this course.) **Lecture 3, Credits 3 (Fall)**

**PHYS-411**                **Electricity and Magnetism**
This course is a systematic treatment of electrostatics and magnetostatics, charges, currents, fields and potentials, dielectrics and magnetic materials, Maxwell's equations and electromagnetic waves. Mathematical formalism using differential and integral vector calculus is developed. Field theory is treated in terms of scalar and vector potentials. Special techniques for solution to Laplace's equation as a boundary value problem are covered. Wave solutions of Maxwell's equations, and the behavior of electromagnetic waves at interfaces, are discussed. (Prerequisites: (PHYS-209 or PHYS-212 or PHYS-217) and PHYS-320 or equivalent courses. Students in PHYS-BS or PHYS-2M are also required to complete PHYS-275 prior to taking this course.) **Lecture 4, Credits 4 (Spring)**

**PHYS-412**            **Advanced Electricity and Magnetism**
This course is an advanced treatment of electrodynamics including propagating waves, electromagnetic radiation, and relativistic electrodynamics. Field theory is treated in terms of scalar and vector potentials. Wave solutions of Maxwell's equations, the behavior of electromagnetic waves at interfaces, guided electromagnetic waves, and simple radiating systems will be covered. Relativistic electrodynamics will be introduced including field tensors and four vector notation. (Prerequisites: PHYS-411 or equivalent course.) **Lecture 3, Credits 3 (Fall)**

**PHYS-414**                **Quantum Mechanics**
This course is a study of the concepts and mathematical structure of non-relativistic quantum mechanics. Topics for the course include wave functions and the Schrodinger equation, solutions to the one-dimensional and three-dimensional time-independent Schrodinger equation, stationary states and their superposition to produce time-dependent states, quantum-mechanical operators, commutators, and uncertainty principles, solutions to general central potential problems and the hydrogen atom, and the quantum theory of angular momentum. (Prerequisites: PHYS-213, PHYS-320 and (PHYS-330 or 1017-402) or equivalent courses. Students in the PHYS-BS program are also required to complete PHYS-275 before taking this course.) **Lecture 3, Credits 3 (Fall)**

**PHYS-415**            **Advanced Quantum Mechanics**
This course is a continued study of the concepts and mathematical structure of quantum mechanics presented in Quantum Mechanics (PHYS-414), with an emphasis on applications to real physical systems. Topics covered include the quantum theory of spin, effect of magnetic fields on spin-1/2 particles, many-particle systems, variational principle, time-independent and time-dependent perturbation theory, absorption and emission of radiation by atoms, quantum theory of scattering, and interpretations and paradoxes of quantum mechanics. (Prerequisites: PHYS-414 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**PHYS-424**                **Nuclear Physics**
This course is a study of the properties and structure of the atomic nucleus as determined by experiments and theory. Topics for the course include a description and quantum-mechanical treatment of radioactive decay, nuclear reactions, basic aspects of nuclear radiation detection, and selected applications of nuclear physics. (Prerequisites: PHYS-214 and PHYS-320 and PHYS-330 or equivalent courses. Students in the PHYS-BS program are also required to complete PHYS-275 prior to taking this course.) **Lecture 3, Credits 3 (Fall)**

**PHYS-440**            **Thermal and Statistical Physics**
This course is an introduction to the principles of classical thermodynamics and its statistical basis, including: equations of state, the first and second laws of thermodynamics, microscopic basis of entropy, temperature and thermal equilibrium, thermodynamic potentials, applications of thermodynamics, kinetic theory of gases, and Boltzmann and quantum statistics. (Prerequisites: PHYS-213 and MATH-231 or equivalent courses. Students in the PHYS-BS program are also required to complete PHYS-275 prior to taking this course.) **Lecture 3, Credits 3 (Fall)**

**PHYS-441**       **Advanced Thermal and Statistical Physics**
This course is a continued study of the concepts and mathematical structure of statistical physics presented in Thermal and Statistical Physics (PHYS-440). Topics covered include ensembles in statistical physics, weakly interacting gases, the Ising model of a ferromagnet, monatomic liquids, kinetic theory of transport processes, path integral and Boltzmann equation formulations of transport theory. (Prerequisites: PHYS-320 and PHYS-440 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**PHYS-450**             **Capstone Preparation**
This course is a preparation for the two-semester physics capstone project to be carried out in the following year. It includes selection of a project and faculty mentor, preparation of a feasibility study, preparation of a paper, and a public oral presentation. (Enrollment in this course requires permission from the department offering the course.) **Lecture 1, Credits 1 (Spring)**

**PHYS-451**               **Capstone Project I**
In collaboration with faculty mentor(s), students will carry out the first phase of an experimental, theoretical, or computational physics research project, will prepare an interim paper, and will present a short talk on their progress to physics faculty and students. The projects are those planned during the capstone preparatory course taken during the prior Spring semester. (Prerequisites: PHYS-450 or equivalent course.) **Project 12, Credits 3 (Fall)**

**PHYS-452**              **Capstone Project II**
In collaboration with faculty mentor(s), students will carry out the final phase of an experimental, theoretical, or computational physics research project, will prepare a written paper and present an oral report on their progress to physics faculty and students. The projects are those planned during the capstone preparatory course taken during the prior Spring semester and commenced during the prior Fall semester. (Prerequisites: PHYS-451 or equivalent course.) **Project 12, Credits 3 (Spring)**

**PHYS-489**             **Advanced Special Topics**
This is an advanced course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (Enrollment in this course requires permission from the department offering the course.) **Lecture, Credits 1 - 4**

**PHYS-493**             **Astrophysics Research**
This course is a faculty-directed student project or research involving observational or theoretical work in astrophysics that could be considered of an original nature. (Enrollment in this course requires permission from the department offering the course.) **Research, Credits 1 - 4 (Fall, Spring, Summer)**

**PHYS-495**            **Advanced Physics Research**
This course is a faculty-directed student project or research involving laboratory work, computer modeling, or theoretical calculations that could be considered of an original nature. The level of study is appropriate for students in their final two years of study. (Enrollment in this course requires permission from the department offering the course.) **Research, Credits 1 - 3 (Fall, Spring, Summer)**

**PHYS-498**      **Advanced Physics Independent Study**
This course is a faculty-directed tutorial of appropriate topics that are not part of the formal curriculum. The level of study is appropriate for student in their final two years of study. (Enrollment in this course requires permission from the department offering the course.) **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

**PHYS-499**                **Physics Co-op**
This course is a cooperative education experience for undergraduate physics students. **CO OP, Credits 0 (Fall, Spring, Summer)**

**PHYS-532**              **Solid State Physics**
This course is an introduction to the physics of the solid state including crystal structure, x-ray diffraction by crystals, crystal binding, elastic waves and lattice vibrations, thermal properties, the free electron model of solids, and band theory and its applications. (Prerequisites: PHYS-214 and PHYS-320 or equivalent courses. Students in the PHYS-BS program are also required to complete PHYS-275 prior to taking this course.) **Lecture 3, Credits 3 (Fall)**

**PHYS-589**             **Advanced Special Topics**
This is an advanced course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 3 (Fall, Spring)**

## Statistics

**STAT-145**            **Introduction to Statistics I**
This course introduces statistical methods of extracting meaning from data, and basic inferential statistics. Topics covered include data and data integrity, exploratory data analysis, data visualization, numeric summary measures, the normal distribution, sampling distributions, confidence intervals, and hypothesis testing. The emphasis of the course is on statistical thinking rather than computation. Statistical software is used. (Prerequisite: MATH-101 or MATH-111 or NMTH-260 or NMTH-272 or NMTH-275 or a math placement exam score of at least 35.) **Lecture 3, Credits 3 (Fall, Spring, Summer)**

RIT0001055

College of Science

**STAT-145H**                                  **Honors Introduction to Statistics I**
This course provides an enriched learning environment for RIT Honors Students with a project-based, lab-oriented approach to learning statistics. Students will learn to formulate research problems in statistical terms, design a statistical model to study these problem, collect data, summarize data, draw inferences in the context of the applications, and present their analyses. Students learn the use of the statistical software package Minitab to aid in the analysis of data. Students will be expected to participate in class discussions. This course may not be taken for credit if credit is to be earned in COS-STAT-205. (Prerequisite: MATH-101 or MATH-111 or NMTH-260 or NMTH-272 or NMTH-275 or a math placement exam score of at least 35.) **Lecture 3, Credits 3 (Spring)**

**STAT-146**                                  **Introduction to Statistics II**
This course is an elementary introduction to the topics of regression and analysis of variance. The statistical software package Minitab will be used to reinforce these techniques. The focus of this course is on business applications. This is a general introductory statistics course and is intended for a broad range of programs. (Prerequisites: STAT-145 or equivalent course.) **Lecture 6, Credits 4 (Fall, Spring, Summer)**

**STAT-205**                                      **Applied Statistics**
This course covers basic statistical concepts and techniques including descriptive statistics, probability, inference, and quality control. The statistical package Minitab will be used to reinforce these techniques. The focus of this course is on statistical applications and quality improvement in engineering. This course is intended for engineering programs and has a calculus prerequisite. Note: This course may not be taken for credit if credit is to be earned in STAT-145 or STAT-155 or MATH 252.. (Prerequisite: MATH-173 or MATH-182 or MATH-182A or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**STAT-251**                            **Probability and Statistics for Engineers I**
Statistics in engineering; enumerative and analytic studies; descriptive statistics and statistical control; sample spaces and events; axioms of probability; counting techniques; conditional probability and independence; distributions of discrete and continuous random variables; joint distributions; central limit theorem. (Prerequisite: MATH-173 or MATH-182 or MATH-182A or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**STAT-252**                          **Probability and Statistics for Engineers II**
Point estimation; hypothesis testing and confidence intervals; one- and two-sample inference; introduction to analysis of variance, experimental design, and non-parametric methods. (Prerequisites: STAT-251 or MATH-251 or equivalent course.) **Lecture 3, Credits 3 (Fall, Spring)**

**STAT-289**                                        **Special Topics**
This is an course on a topic that is not part of the formal curriculum. This course is structured as an ordinary course and has specific prerequisites, contact hours, and examination procedures. (This course requires permission of the Instructor to enroll.) **Lec/Lab, Credits 1 - 3**

**STAT-295**                          **Statistical Analysis for Bioinformatics**
This course is an introduction to the probabilistic models and statistical techniques used in computational molecular biology. Probabilistic and/or statistical techniques will be presented for the understanding of pairwise and multiple sequence alignment methods, gene and protein classification methods, and phylogenetic tree construction. (Prerequisites: MATH-173 or MATH-182 and MATH-190 or MATH-200 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**STAT-305**                                  **Regression Analysis**
This course covers regression techniques with applications to the type of problems encountered in real-world situations. It includes use of the statistical software SAS. Topics include a review of simple linear regression, residual analysis, multiple regression, matrix approach to regression, model selection procedures, and various other models as time permits. (Prerequisites: MATH-241 and MATH-252 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**STAT-315**                                  **Statistical Quality Control**
This course presents the probability models associated with control charts, control charts for continuous and discrete data, interpretation of control charts, and some standard sampling plans as applied to quality control. A statistical software package will be used for data analysis. (Prerequisites: STAT-205 or MATH-252 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**STAT-325**                                  **Design of Experiments**
This course is a study of the design and analysis of experiments. It includes extensive use of statistical software. Topics include single-factor analysis of variance, multiple comparisons and model validation, multifactor factorial designs, fixed, random and mixed models, expected mean square calculations, confounding, randomized block designs, and other designs and topics as time permits. (Prerequisites: STAT-205 or MATH-252 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**STAT-335**                                **Introduction to Time Series**
This course is a study of the modeling and forecasting of time series. Topics include ARMA and ARIMA models, autocorrelation function, partial autocorrelation function, detrending, residual analysis, graphical methods, and diagnostics. A statistical software package is used for data analysis. (Prerequisites: STAT-205 or MATH-252 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**STAT-345**                                  **Nonparametric Statistics**
This course is an in-depth study of inferential procedures that are valid under a wide range of shapes for the population distribution. Topics include tests based on the binomial distribution, contingency tables, statistical inferences based on ranks, runs tests and randomization methods. A statistical software package is used for data analysis. (Prerequisites: STAT-205 or MATH-252 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**STAT-405**                                  **Mathematical Statistics I**
This course provides a brief review of basic probability concepts and distribution theory. It covers mathematical properties of distributions needed for statistical inference. (Prerequisites: STAT-205 or MATH-252 or equivalent courses.) **Lecture 3, Credits 3 (Fall)**

**STAT-406**                                  **Mathematical Statistics II**
This course is a continuation of STAT-405 covering classical and Bayesian methods in estimation theory, chi-square test, Neyman-Pearson lemma, mathematical justification of standard test procedures, sufficient statistics, and further topics in statistical inference. (Prerequisites: STAT-405 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

**STAT-415**                                  **Statistical Sampling**
This course provides a basis for understanding the selection of the appropriate tools and techniques for analyzing survey data. Topics include design of simple surveys, methods of data collection, a study of standard sampling methods. A statistical software package is used for data analysis. (Prerequisites: STAT-205 or MATH-252 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**STAT-425**                                  **Multivariate Analysis**
This course is a study of the multivariate normal distribution, statistical inference on multivariate data, multivariate analysis of covariance, canonical correlation, principal component analysis, and cluster analysis. A statistical software package such as Excel or SAS is used for data analysis. (Prerequisites: STAT-305 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**STAT-435**                                  **Statistical Linear Models**
This course is an introduction to the theory of linear models. Topics covered are least squares estimators and their properties, matrix formulation of linear regression theory, random vectors and random matrices, the normal distribution model and the Gauss-Markov theorem, variability and sums of squares, distribution theory, the general linear hypothesis test, confidence intervals, confidence regions, correlations among regressor variables, ANOVA models, geometric aspects of linear regression, and less than full rank models. (Prerequisites: STAT-305 or equivalent courses.) **Lecture 3, Credits 3 (Spring)**

**STAT-495**                      **Undergraduate Research in Statistical Science**
This course is a faculty-directed project that could be considered original in nature. The level of work is appropriate for students in their final two years of undergraduate study. (This course requires permission of the Instructor to enroll.) **Research, Credits 1 - 3 (Fall, Spring, Summer)**

**STAT-498**                      **Independent Study in Statistical Science**
This course is a faculty-guided investigation into appropriate topics that are not part of the curriculum. (This course requires permission of the Instructor to enroll.) **Ind Study, Credits 1 - 3 (Fall, Spring, Summer)**

**STAT-500**                              **Senior Capstone in Statistics**
The course introduces the student to statistical situations not encountered previously in courses of study. It integrates and synthesizes concepts in statistical theory with applications. Topics include open-ended analysis of data, review of statistical literature on current techniques and practice of statistics, development of statistical communication skills, and the use of statistical software tools in data analysis. Students may work individually or in a group. Each student is required to learn and use a statistical technique beyond what is covered in the previous courses. Student teams are expected to introduce the method in a presentation and to prepare a comprehensive, professional report detailing the statistical method and its application to a data set. (Prerequisites: STAT-325 or equivalent course. Corequisites: STAT-305 or equivalent course.) **Lecture 3, Credits 3 (Spring)**

RIT0001056

**STAT-511**                                    **Statistical Software**
This course is an introduction to two statistical-software packages, SAS and R, which are often used in professional practice. Some comparisons with other statistical-software packages will also be made. Topics include: data structures; reading and writing data; data manipulation, subsetting, reshaping, sorting, and merging; conditional execution and looping; built-in functions; creation of new functions or macros; graphics; matrices and arrays; simulations; select statistical applications. (This class is restricted to students in APPSTAT-BS.) **Lecture 3, Credits 3 (Fall, Spring)**

RIT0001057

# Academic Affairs

### Index

UWRT   University Writing Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 216 . . . . . . . . . . . . .

*Course numbering: RIT courses are generally referred to by their alphanumeric registration label. The four alpha characters indicate the discipline within the college. The final three digits are unique to each course and identify whether the course is noncredit (less than 099), lower division (100-299), upper division (300-599), or graduate level (600 and above).*

*Unless otherwise noted, the following courses are offered annually. Specific times and dates can be found in each semester's schedule of courses. Prerequisites/corequisites are noted in parentheses near the end of the course description.*

## University Writing Program

**UWRT-100**                                                    **Critical Reading and Writing**
Critical Reading and Writing is a one semester, three-credit course limited to 15 students per section. This course is designed to help students develop the literacy practices they will need to be successful in their First-Year Writing course. Students will read, understand, interpret, and synthesize a variety of texts. Assignments are designed to challenge students intellectually, culturally and rhetorically. Through inquiry-based assignment sequences, students will improve their writing by developing academic research and literacy practices that will be further strengthened in First-Year Writing. Particular attention will be given to critical reading, academic writing conventions, and revision. Small class size promotes frequent student-instructor and student-student interaction. The course also emphasizes the principles of intellectual property and academic integrity in academic writing. This course fulfills a Gen Ed free elective. (LAQE or WPE score equal to 1 is required to enroll in this class.) **Lecture, Credits 3 (Fall, Spring, Summer)**

**UWRT-150**                                                    **FYW: Writing Seminar**
Writing Seminar is a three-credit course limited to 19 students per section. The course is designed to develop first-year students' proficiency in analytical and rhetorical reading and writing, and critical thinking. Students will read, understand, and interpret a variety of non-fiction texts representing different cultural perspectives and/or academic disciplines. These texts are designed to challenge students intellectually and to stimulate their writing for a variety of contexts and purposes. Through inquiry-based assignment sequences, students will develop academic research and literacy practices that will be further strengthened throughout their academic careers. Particular attention will be given to the writing process, including an emphasis on teacher-student conferencing, critical self-assessment, class discussion, peer review, formal and informal writing, research, and revision. Small class size promotes frequent student-instructor and student-student interaction. The course also emphasizes the principles of intellectual property and academic integrity for both current academic and future professional writing. (Prerequisite: Student must have an SAT Reading Score greater than or equal to 560, an ACT English Score greater than or equal to 21, a TOEFL Writing IBT score of 25 or greater or a Writing Placement Exam score of 2 or higher.) **Lecture, Credits 3 (Fall, Spring, Summer)**

**UWRT-325**                                                    **Writing Genre, Theory and Practice**
Writing Genre, Theory & Practice is a three-credit course. This course is designed to foster students' development as academic writers and communicators through the study of genre, literacy, and peer-to-peer interactions. Students will read, interpret, and reflect on a variety of texts, analyze writing-related artifacts, revise their own writing in a variety of mediums, and conduct ethnographic-oriented observations of writing consultation sessions in the RIT Writing Commons. Particular attention will be given to the writing and revision process, peer-to-peer conferencing, class discussion, and ethnographic research and remediation projects. Through engagement with each other and students and staff in the Writing Commons, students will develop successful reading, writing, and communication practices that will inform their participation in other academic and workplace contexts (e.g. writing center consultations, undergraduate research). To be enrolled in UWRT 325, students need to have completed UWRT 150 First Year Writing. (Prerequisites: Completion of First Year Writing (FYW) requirement is required prior to enrolling in this class.) **Lecture 3, Credits 3 (Fall, Spring)**

RIT0001058

# Academic Support

### Index

ACSC    Academic Support Center . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217
ELCA    English Language Center (advanced) . . . . . . . . . . . . . . . . . . . . . . . . .219
ELCI    English Language Center . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .218

*Course numbering: RIT courses are generally referred to by their alphanumeric registration label. The four alpha characters indicate the discipline within the college. The final three digits are unique to each course and identify whether the course is noncredit (less than 099), lower division (100-299), upper division (300-599), or graduate level (600 and above).*

*Unless otherwise noted, the following courses are offered annually. Specific times and dates can be found in each semester's schedule of courses. Prerequisites/corequisites are noted in parentheses near the end of the course description.*

## Academic Support Center

**ACSC-061**                                    **Applied Study Strategies**
This lecture/lab course is designed for students interested in further developing and practicing their abilities in the areas of study skills and time management. Students enrolled in this course will gain a greater understanding of the learning process through guided practice and will be able to identify and use strategies that meet their preferred learning style. Students will practice and apply these strategies to their current credit courses to develop advanced proficiency as active learners. Additionally, students will receive support through individualized coaching sessions. **Lec/Lab 2, Credits 0 (Fall, Spring)**

**ACSC-062**                                         **Insights On Success**
Insights on Success - This course is designed to provide students an opportunity to gain foundational insight into their own motivation, attitude and regulatory skills related to academic success and to increase their awareness of strategies to address academic challenges. Students will also explore time management and study strategies, how they are used, and why they are valuable. Additionally, students will receive support through individualized coaching sessions with the instructor. **Lecture 2, Credits 0 (Fall, Spring)**

**ACSC-063**                                         **Study Strategies Lab**
This hands-on course is designed for students interested in maintaining their study strategies and organizational skills with regular support and feedback from an instructor. (Prerequisites: CRPG-61 or ACSC-62 or ACSC-61 or SLSA-60 or ACSC-64 or equivalent course.) **Lec/Lab 1, Credits 0 (Fall, Spring)**

**ACSC-064**                                      **Essential Study Techniques**
This course is designed for multiple start points of the semester and is geared toward students who, at mid-semester, are not being successful in their current credit courses due to study skills, time management, and/or academic organization. Students enrolled in this course will explore and practice essential study techniques and time management skills as they relate to the current credit courses in which students are enrolled. This course is not designed for students whose academic struggles are caused by attendance or participation challenges. **Lecture 15, Credits 0 (Fall, Spring)**

**ACSC-070**                                      **Critical Skills for Algebra**
Critical Skills for Algebra is a course offered to enhance students' math skills before they begin their RIT credit math courses. This course will cover a variety of topics from basic algebra such as signed numbers, first degree and quadratic equations, polynomials, rational expressions, exponents, radicals, and functions. The specific topics will be based on the current math background and impending math needs of students enrolled in the course. A customized list of review topics, called a Study Plan, will be created based on the results of a Math Placement Exam or ASC Algebra Assessment Test, and/or series of quizzes taken by the students. Students will review topics that are identified in their Study Plan to improve their math background, as needed to meet the criteria for enrollment into a math course recommended by their department. Therefore, at the end of this course, students will take an algebra aptitude test. **Lecture, Credits 0 (Fall, Spring)**

**ACSC-072**                                          **Critical Math Skills**
A course offered to RIT students who wish to strengthen their math skills before registering for or while taking an RIT credit math course; class consists of a self-review or remediation of prerequisite math concepts in which a student may find themselves struggling. A customized list of review topics, called a Study Plan will be created based on an initial math assessment that focuses on basic Algebra, Trigonometry, Precalculus and introductory Calculus. An instructor is present to provide adequate support to enhance students' math study skills as well as deepen their understanding of math concepts. This course requires meeting with a Student Support Specialist in the Academic Support Center prior to enrollment. *Note: Please contact the ASC for additional details* **Lecture 2, Credits 0 (Fall, Spring, Summer)**

**ACSC-073**                                 **Critical Skills for Intro to Stats**
Critical Skills for Intro to Statistics is a course offered to develop and/or enhance students' math skills before they begin their RIT introductory statistics courses. This course will cover a variety of topics from basic algebra such as signed numbers, fractions, order of operations, first degree equations in one and two variables, linear functions. The specific topics will be based on the current math background and impending math needs of students enrolled in the course. A customized list of review topics, called a Study Plan, will be created based on the results of a Math Placement Exam or ASC Algebra Assessment Test, and/or series of quizzes taken by the students. Students will review topics that are identified in their Study Plan to improve their math background, as needed to meet the criteria for enrollment into a math course recommended by their department. Therefore, at the end of this course, students will take an algebra aptitude test. **Lecture 2, Credits 0 (Fall, Spring)**

**ACSC-074**                                      **Critical Skills for Statistics**
A course offered to students who need a review or remediation of specific statistics concepts; students who are struggling in RIT introductory statistics courses despite using RIT resources; students who have withdrawn from their current or past statistics course due to inadequate preparation, weak math background or lack of appropriate study skills; students who have received F, D or C in any of their previous introductory statistics courses; students who haven't taken statistics for a while and want to strengthen their statistics background before registering for RIT credit courses or before taking any required statistics exams for their graduate programs. This course may introduce variety of topics such as descriptive statistics, numerical measures, graphical representations of data, normal probability distribution, t-distribution, confidence intervals, hypothesis testing, basic statistical inferences, simple linear regression, multiple regression, regression analysis, and basic probability. The specific topics will be based on current statistics background and impending needs of students enrolled in the course. A customized list of review topics, called a Study Plan will be created based on the results of an initial assessment test and/or series of quizzes taken by the students. Students will review topics that are identified in their personalized Study Plan to improve their statistics background, as needed. **Lecture 30, Credits 0 (Fall, Spring)**

**ACSC-078**                                    **Critical Skills for Trigonometry**
Critical Trigonometry is a course offered to develop or enhance students' trigonometric skills before registering for an introductory calculus course. This course will cover a variety of topics from trigonometry such as measures of angles, trigonometric ratios, right triangle trigonometry, trigonometric functions, inverse trigonometric functions, trigonometry identities, formulas, and trigonometric equations. The specific topics will be based on the current trigonometric skills and impending math needs of students enrolled in the course. A customized list of review topics, called a Study Plan, will be created based on the results of an initial trigonometry assessment and/or series of quizzes taken by the students. Students will review topics that are identified in their Study Plan to develop or improve their trigonometric skills, as needed to meet the criteria for enrollment into a math course recommended by their department. Therefore, at the end of this course, students will take a trigonometry aptitude test. **Lecture, Credits 0 (Fall, Spring, Summer)**

**ACSC-080**                                         **Core Physics Concepts**
A course offered to RIT students who want to enhance understanding of physics concepts and their mathematical models, before registering for or while taking an RIT physics credit course. This course is designed to help students who want to: connect previously learned and newly encountered concepts; connect math techniques with recently encountered and previously learned physics concepts; connect textbook physics examples and problems in familiar and un-familiar contexts. This course is useful for students who have not taken physics for a while and want to strengthen their physics background before registering for RIT physics credit courses, and also for those more advanced in their physics course sequence who may not have had a satisfactory result in their physics course and want to review and retain as well as build new understanding. The specific topics of the course will be based on the current physics background and impending physics needs of students enrolled in the course. A customized list of review topics, called a Study Plan will be created based on the results of an initial inventory and/or series of evaluations taken by the students. Students will review topics that are identified in their personalized Study Plan to strengthen their physics concepts and review mathematical techniques, as needed. **Lecture 2, Credits 0 (Fall, Spring, Summer)**

**ACSC-090**                                    **Pathways to Graduate School**
This course will support students in their final year at RIT as it relates to their graduate school application(s). Students will engage in a reflective process that will support their academic and personal development. Additionally, it will assist students in identifying and applying for funding and developing the skills and strategies to excel in their graduate program. **Lecture 1, Credits 0 (Fall)**

RIT0001059

Academic Support

# English Language Center

**ELCI-001**                                   **Basic Language Analysis and Accuracy**
In this course, students apply basic principles of grammar and vocabulary to construct meaningfully interconnected sentences in controlled contexts. Students will acquire the basic skills necessary to prewrite, edit and produce cohesive, unified ideas in clear sentences. Students' expanding vocabulary base at this level will facilitate their study of the writing process, including prewriting, writing, revising and editing techniques. **Lecture 6, Credits 0 (Fall, Spring, Summer)**

**ELCI-003**                                                 **Basic Writing and Reading**
In this course, students will acquire the reading and vocabulary skills necessary to comprehend a beginning level text. A focus on word study and specific reading strategies will be taught. Through interaction with other students and the text, students will receive opportunities to communicate orally and in writing regarding their readings in class. Homework and assessments will reinforce second language literacy skills. **Lecture 6, Credits 0 (Fall, Spring, Summer)**

**ELCI-005**                                               **Basic Speaking and Listening**
The aim of this course is to provide students with the language skills necessary to communicate effectively on concrete, familiar topics. Listening comprehension will focus on understanding explicitly stated information and speaking will focus on the expression of basic ideas. **Lecture 5, Credits 0 (Fall, Spring, Summer)**

**ELCI-007**                                       **Basic Sounds and Spelling of English**
The aim of this course is for students to learn how to identify and say American English sounds in spoken and printed communication. Students will develop listening skills to distinguish individual English sounds in words. Students will also learn the English alphabet to know how sounds are represented in English. Students will then apply this knowledge to producing sounds in words and structured conversation to be understandable to familiar listeners, and to interpret standard combinations of sounds into printed text. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCI-009**                                              **Basic English - Special Topics**
This course is for the development of special topics for the basic level on an as needed basis. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCI-011**                                 **Beginner Language Analysis and Accuracy**
In Beginner Writing and Language Analysis students increase their knowledge and control of basic grammatical structures in writing. This course focuses on the content, structure and organization of sentences and basic paragraphs. Students will practice and improve their skills in the writing process, including prewriting, writing, revision, and editing techniques. **Lecture 6, Credits 0 (Fall, Spring, Summer)**

**ELCI-013**                                             **Beginner Writing and Reading**
In this course, students will learn reading skills and also build word study and communication skills at the beginner level. Students interact with other students and with the text through various speaking and writing activities. Word study activities will support vocabulary development. **Lecture 6, Credits 0 (Fall, Spring, Summer)**

**ELCI-015**                                           **Beginner Speaking and Listening**
Through listening, students develop vocabulary and schema to discuss a variety of topics and familiar situations. Listening comprehension exercises focus on listening for salient information, drawing inferences and conclusions, and making connections between ideas. Speaking exercises focus on the ability to explain and elaborate concepts. **Lecture 5, Credits 0 (Fall, Spring, Summer)**

**ELCI-017**                                            **Beginner Sounds and Spelling**
This course introduces students to the concepts, questions, and methods that are used in inquiry-based learning. Basic language functions are integrated to complete practical, challenging projects and assignments that connect students to real-world audiences. Students are expected to take an active role in the learning process, both within and outside the classroom. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCI-019**                                         **Beginner English - Special Topics**
This course is for the development of special topics for the beginner level on an as needed basis. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCI-021**                                       **Intermediate Writing and Reading**
Intermediate Reading and Writing will help develop the reading skills and strategies needed for academic and general reading in English. Students will work on improving comprehension. Materials will include selections of various types and genres. This class will also focus on developing an academic style of writing in English. Students will write and revise a number of essays during this course and will also be evaluated on their ability to write clearly, cohesively, and meaningfully with adequate control of grammar and vocabulary. **Lecture 6, Credits 0 (Fall, Spring, Summer)**

**ELCI-023**                           **Intermediate Language Analysis and Accuracy**
In Intermediate Language Analysis and Accuracy students increase their knowledge of grammatical structures and improve control of using those structures in speaking and writing. This course focuses on accuracy and meaningful use of grammatical structures in different contexts. **Lecture 6, Credits 0 (Fall, Spring, Summer)**

**ELCI-025**                                       **Intermediate Speaking and Listening**
Students will develop listening, discussion and note-taking skills to prepare for academic coursework, participate in small group discussions, and complete projects, both group and individual. Assignments include listening to recordings or other media and developing a discussion on a particular topic. **Lecture 5, Credits 0 (Fall, Spring, Summer)**

**ELCI-027**                               **Intermediate Inquiry-based Language Tasks**
In this course, students continue to explore the process of inquiry as a means of discovery and learning. Students will examine current issues and topics created from textbook and RIT and Rochester community resources by completing short inquiry-based projects which draw together reading, speaking, listening and writing skills. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCI-029**                                    **Intermediate English - Special Topics**
This course is for the development of special topics for the intermediate level on an as needed basis. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCI-031**                                  **High Intermediate Writing and Reading**
High Intermediate Reading and Writing will improve students' reading fluency. Students will discuss texts in class, write journals as responses to the texts, summarize main ideas, and complete assignments based on the readings. Students will learn the elements of rhetorical styles and the steps of the writing process in order to produce clear, cohesive and meaningful writing. **Lecture 6, Credits 0 (Fall, Spring, Summer)**

**ELCI-033**                      **High Intermediate Language Analysis and Accuracy**
In High Intermediate Language Analysis and Accuracy students increase their knowledge of advanced grammatical structures and improve control of using those structures in speaking and writing. This course focuses on accuracy and meaningful use of advanced grammatical structures in different contexts. **Lecture 6, Credits 0 (Fall, Spring, Summer)**

**ELCI-035**                                  **High Intermediate Speaking and Listening**
In this course, students acquire the listening, note-taking and discussion skills necessary for academic classwork. Students learn the conventions of academic discussion in order to question, analyze and respond to authentic listening material. Students learn to effectively present with a clear point of view, incorporating appropriate sources. **Lecture 5, Credits 0 (Fall, Spring, Summer)**

**ELCI-037**                          **High Intermediate Inquiry-based Language Tasks**
In this course students examine the use of language necessary in completing projects such as simple experiments or cultural comparisons. Students transition from practicing basic self-expression through project work to beginning to use the conventional academic language to report on inquiry projects. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCI-039**                               **High Intermediate English - Special Topics**
This course is for the development of special topics for the high intermediate level on an as needed basis. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCI-080**                                           **Intensive English-Special Topics**
This course is for the development of special topics for students in the ELCI program on an as needed basis. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCI-098**                                             **Intensive English-Orientation**
The ELC Orientation Program accommodates new beginner and intermediate level ELC international students by providing them with basic information about immigration laws, academic expectations of university classes and academic workload, health and safety, campus resources, and living and studying at RIT in Rochester, NY. Students will practice language skills for cultural and academic situations. **Lecture, Credits 0 (Fall, Spring, Summer)**

**ELCI-099**                                   **Intensive English - Independent Study**
This course is for students in the ELCI program who want to study specialized topics on an as needed basis. **Ind Study 2, Credits 0 (Fall, Spring, Summer)**

RIT0001060

**ELCI-501**                                      **ELC Full-Time Course**
ELC Full-Time Course **Lecture 20, Credits 0 (Fall, Spring, Summer)**

## English Language Center (advanced)

**ELCA-012**                              **Advanced Writing and Reading**
This advanced writing and reading course is designed for international students to develop, practice, and perfect their academic writing and reading skills at the college level. This course concentrates on the content, structure and organization of academic paragraphs and essays of different types, as well as on the language skills and reading strategies necessary for efficient processing of academic texts. **Lecture 6, Credits 0 (Fall, Spring, Summer)**

**ELCA-014**                           **Advanced Language Analysis and Accuracy**
In Advanced Language Analysis and Accuracy students rehearse and perfect skills to apply complex grammatical structures effectively in various writing and speaking assignments on a college level. Emphasis is also placed on meta-cognitive skills needed to analyze and explain complex grammatical structures and usage. **Lec/Lab 5, Credits 0 (Fall, Spring, Summer)**

**ELCA-016**                              **Advanced Speaking and Listening**
In this course, students develop their listening, note-taking and discussion skills needed for academic classwork. Students will also practice expressing their point of view with sufficient evidence and coherent development of ideas. Emphasis will be on effective presentation skills, including accuracy in spoken work. **Lec/Lab 6, Credits 0 (Fall, Spring, Summer)**

**ELCA-018**                           **Advanced Inquiry-based Language Tasks**
This course explores the inquiry process in general as well as the utility of different methods for investigating various topics and issues. Students determine and analyze the various linguistic conventions needed in academic projects and tasks such as simple research or academic description. Students are expected to actively engage in their own learning. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCA-020**                              **Advanced English - Special Topics**
This course is for the development of special topics for the advanced level on an as needed basis. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCA-022**                              **Academic Writing and Reading**
Students will practice various techniques to improve their writing in preparation for academic work and to understand and process the academic readings encountered in RIT academic courses. Coursework will include reading and analyzing the structure of academic persuasive essays and articles and writing academic persuasive essays. **Lecture 6, Credits 0 (Fall, Spring, Summer)**

**ELCA-024**                           **Academic Language Analysis and Accuracy**
Academic Language Analysis and Accuracy is designed for international students with an advanced level of English proficiency. The course presents a review of grammar topics and speaking/writing strategies to enhance students' grammar, speaking, writing, and meta-cognitive skills. The course prepares students for college level work in their academic classes. **Lec/Lab 5, Credits 0 (Fall, Spring, Summer)**

**ELCA-026**                              **Academic Speaking and Listening**
In this course, students listen to lectures and idea-based discussions and compare and contrast arguments and recognize overall connections among ideas, including supporting details, anecdotes, and natural digressions. Students distinguish between speaker purposes such as eliciting debate or inquiry vs. argumentation or exposition. Students lead discussions and make presentations incorporating conceptual material and sources from listening and reading. **Lec/Lab 6, Credits 0 (Fall, Spring, Summer)**

**ELCA-028**                           **Academic Inquiry-based Language Tasks**
This course deepens the uses the inquiry process to develop necessary language skills of critical thinking used in academic settings. Students will listen to and read academic selections and evaluate their assumptions and form their own points of view as they develop their speaking and writing skills in inquiry-based projects and tasks. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCA-030**                              **Academic English - Special Topics**
This course is for the development of special topics for the academic level on an as needed basis. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCA-032**                           **Advanced Academic Writing and Reading**
This course will prepare students for entry or continuation in their academic discipline. This course will emphasize useful reading strategies that form the basis of scholarly writing processes, a vital key to success in any academic program. Students will leave this course more proficient practiced, skilled, and critical in their writing. **Lecture 6, Credits 0 (Fall, Spring, Summer)**

**ELCA-034**                           **Advanced Academic Language Analysis and Accuracy**
Advanced Academic Language Analysis and Accuracy is designed for international students with an advanced level of English proficiency. In order to improve effectiveness, power and flow of academic communication, students explore and analyze language style through integrated academic reading and writing tasks. **Lec/Lab 5, Credits 0 (Fall, Spring, Summer)**

**ELCA-036**                           **Advanced Academic Speaking and Listening**
In this course, students learn the conventions of academic discussion. Students will be exposed to a variety of academic listening materials, including guest speakers, on- campus lectures and community events and will be assessed on their ability to comprehend, synthesize, and respond critically to the information provided. Students will also lead their own academic lectures in their areas of expertise. **Lec/Lab 6, Credits 0 (Fall, Spring, Summer)**

**ELCA-038**                           **Advanced Academic Inquiry-based Language Tasks**
This course is designed to look more closely at the diverse methods of inquiry while refining international students' linguistic skills used for critical thinking, reading, speaking, and writing in an academic setting to solve problems of university life and the larger community. Students generate their own inquiry-based projects to form questions and learn how to articulate and discuss their methods and findings. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCA-040**                           **Advanced Academic English - Special Topics**
This course is for the development of special topics for the advanced academic level on an as needed basis. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCA-062**                              **Introduction to Academic English**
In Introduction to Academic English, students increase their knowledge and control of grammatical structures in writing. This course focuses on the content, structure, and organization of sentences and paragraphs. Students will practice and improve their skills in the writing process, including prewriting, writing, revision, and editing techniques. **Lecture 4, Credits 0 (Fall, Spring)**

**ELCA-080**                           **English for Academic Purposes-Special Topics**
This course is for the development of special topics for students in the ELCA program on an as needed basis. **Lecture 3, Credits 0 (Fall, Spring, Summer)**

**ELCA-091**                              **Graduate Writing and Reading**
In this course, students examine the language used to understand and produce graduate-level writing. Students rehearse and apply linguistic and rhetorical strategies. Students will leave this course better prepared to address the variety of reading and writing assignments required in graduate programs. **Lecture 5, Credits 0 (Fall, Spring, Summer)**

**ELCA-093**                              **Graduate Spoken Communication**
This course is designed for international graduate students to further practice developing communication skills in English in order to participate fully in academic discussions. **Lec/Lab 5, Credits 0 (Fall, Spring, Summer)**

**ELCA-095**                              **Graduate Research Writing**
The purpose of the course is to lead students through the process of developing a research paper. Students read a variety of research papers to identify the common organizational patterns and rhetorical forms. The course is also a workshop in which the instructor works with individual students to plan, write and revise a research paper using appropriate formal academic language and citations of referenced material. **Lec/Lab 5, Credits 0 (Fall, Spring, Summer)**

**ELCA-097**                           **Graduate Written and Spoken Communication**
This course prepares students for study at the graduate level. Students examine and practice the language used in research writing and presentations at the graduate level. Students study rhetorical conventions and moves as well as linguistic devices which realize these rhetorical purposes. Students conduct research in their field or area of interest and engage in discussion and comparative analysis of the conventions of writing across various fields. Students produce written literature reviews, summaries, data analyses and short analytical writing assignments to rehearse and apply linguistic and rhetorical strategies. Students participate in discussions of academic texts and presentations on their research. **Lecture 7, Credits 0 (Fall, Spring, Summer)**

**ELCA-098**                              **Acad English-Orientation**
The ELC Orientation Program provides new ELC international students with linguistically advanced information about immigration laws, academic expectations of university classes and academic workload, health and safety, campus resources and living and studying at RIT in Rochester, NY. Students will analyze and discuss cultural and academic situations and their implications. **Lecture, Credits 0 (Fall, Spring, Summer)**

**ELCA-099**                              **Academic English - Independent Study**
This course is for students in the ELCA program who want to study specialized topics on an as needed basis. **Ind Study 2, Credits 0 (Fall, Spring, Summer)**

RIT0001061

# Recreation and Wellness

### Index

WDAN  Dance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 220
WFIT  Fitness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 221
WHLS  Health and Safety . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 224
WHWS  Health and Wellness Seminars . . . . . . . . . . . . . . . . . . . . . . . . 224
WINT  Interactive Adventures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 226
WREC  Lifetime Recreation Activities . . . . . . . . . . . . . . . . . . . . . . . . . 229
WMAR  Martial Arts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 232
WMIL  Military Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 233
WMUS  Music . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 234

*Course numbering: RIT courses are generally referred to by their alphanumeric registration label. The four alpha characters indicate the discipline within the college. The final three digits are unique to each course and identify whether the course is noncredit (less than 099), lower division (100-299), upper division (300-599), or graduate level (600 and above).*

*Unless otherwise noted, the following courses are offered annually. Specific times and dates can be found in each semester's schedule of courses. Prerequisites/corequisites are noted in parentheses near the end of the course description.*

## Dance

**WDAN-001**                                             **Ballet**
Ballet is a form of dancing performed for theatre audiences. Like any other dance forms, ballet may tell a story, express a mood, or simply reflect the music. But a ballet dancer's technique (way of performing) and special skills differ greatly from those of other dancers. Ballet dancers perform many movements that are unnatural for the body, but when these movements are well executed, they look natural and beautiful. The beginner section is for students with 0-4 years of formal training. The intermediate/advanced section is for students with 5 or more years of formal training. Both sections will focus on the various ballet movements, from the very fundamental to more complex movements, poses and classical styles. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WDAN-002**                                    **Advanced Ballet**
Advanced Ballet is for students with 5 or more years of formal training. This class will focus on the various ballet movements to solidify fundamental techniques to more complex poses and styles. Each week, choreography will be introduced that will incorporate classical, contemporary and modern styles to challenge, refine and enhance each dancer's skill level. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WDAN-003**                                      **Lyrical Dance**
Lyrical dance is a fusion of ballet, jazz, and modern dance. The blend of these styles creates movement that is both fluid and expressive. Lyrical dance is emotional and tells a story through its movement, often interpreting music with lyrics. Combines classical dance techniques with natural, organic movement to create a style of dance that incorporates both technique and individual interpretation. Qualities of movement, connection to music, spatial awareness, and principles of dance technique will be taught. **A course fee is applied via SFS bill. Activity 2, Credits 0 (Fall, Spring)**

**WDAN-006**                                     **Ballroom Dance**
This course is designed to introduce you to foundation figures in several different partner dances. Smooth Dances include Foxtrot, Waltz, and Tango. Ballroom Latin dances include Rumba, Cha cha, Samba & Swing. The Latin Dance Class will cover Salsa, Merengue, Bachata & Cha cha. Attention will be paid to understanding music, and how the movement fits the music, and lead and follow techniques. Major course objectives include: Body and self-awareness, how to mix well with the same and opposite sexes, boosting self confidence, developing natural body rhythms and improving posture and poise. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WDAN-007**                               **Advanced Ballroom Dance**
This advanced course is designed for students who have participated in formal ballroom training or have successfully completed the Beginner Ballroom class at RIT. Dances covered will be the Foxtrot, Waltz, Tango, Viennese Waltz, Quickstep, Rumba, Cha Cha, and Swing. The focus will be on understanding different rhythms, musicality, partner skills, footwork and presentation. The intent is to create a sense of student competency as an above average ballroom dancer. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WDAN-009**                                        **Latin Dance**
This Latin dance class will introduce the salsa, meringue, bachata and cha cha. Focus will be on the learning and mastering each dance with a partner. Latin dance forms which have their origin in Latin American countries (Central and South America) are known as Latin dances. These dances are categorized into social and ballroom dances. The adjectives which best describe the different Latin dance types are expressive, passionate, suggestive and romantic. No previous dance experience required. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WDAN-012**                                         **Jazz Dance**
This course provides students with a wide range dance vocabulary which is created from ballet, modern dance and ethnic traditions. The styles of Bob Fosse and the fall and rebound of Jose Limon are a basis for this jazz course. The course will focus on the basic, intermediate and some advanced movements of contemporary jazz dance to help enable students to experience successful and enjoyable jazz dancing. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WDAN-015**                                  **Country Line Dance**
Covering the latest line dances, club, and studio couples dances, Country Line Dancing is designed for beginning to intermediate dancers. Traditional dances give depth and background to the various basic terminology and techniques. Becoming familiar with today's social sector, dance adds excitement to body coordination, improved memorization, gained confidence, partner skills, self-confidence and enhanced creativity. The Electric Slide, Chattahooche, Dr. CC, Earthquake and Bubba are line dances of distinction. Couples pursue the Cha-Cha, Two Step, Waltz and the Sugar Waltz (full of turns and spins). Beginning with music beats and basic dance choreography counting, students pursue understanding that lays the foundation to all. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WDAN-019**                               **Musical Theatre Dance**
Musical Theatre Dance is an exploration of musical theatre in a class setting. Students will study movement commonly found in music theatre as well as dance styles from various decades in history such as the 1920's. There will be an emphasis on presentation and relating to the audience. Students will learn how the audition process works and will be provided tools to build confidence for those potential opportunities. Students of all levels and experience are encouraged to enroll. ** Fee: A course fee applied via SFS bill. See Course Notes for fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WDAN-030**                                    **Hip Hop Advanced**
Hip Hop dance refers to styles primarily danced to hip hop music or that have evolved as a part of the hip hop culture. Hip hop dances are often considered street dances because of how they were formed and are being practiced. This hip hop class offers intermediate to more advanced skills that will encourage students to use their bodies in ways that help to develop/execute different stylistic techniques. This class is intended for students with at least 2 yrs. of dance experience. This class is high-paced, challenging and allows students to emphasize their creative rhythmic talents. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WDAN-031**                                        **Hip Hop Dance**
Hip Hop dance refers to styles primarily danced to hip hop music or that have evolved as a part of the hip hop culture. Hip hop dances are often considered street dances because of how they were formed and are being practiced. This hip hop class offers basic to more advanced skills that will encourage students to use their bodies in ways that help to develop/execute many different stylistic techniques. This class is high-paced and challenging and allows students to emphasize their creative rhythmic talents. As hip hop is a broad genre in dance studios the instructor has the freedom/room for personal interpretation thus allowing the class to be highly creative. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WDAN-033**                                          **Street Jazz**
Street Dance Technique is exactly what the name implies, an artfully fierce fusion of dance styles into a singular yet evolving technique. The fundamentals learned here can be tailored and applied to any dance style. Street Jazz offers a fun, judgment free environment to learn and create new and interesting dance moves while vibin' to cutting edge tracks. Students will have the opportunity to influence both the predominant dance style of the each class and the music. Come explore the dancer within and possibly discover your own dance swag! LEVITAS! **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WDAN-035**                            **Dance Choreo and Performance**
Will allow students to apply dance concepts (to develop body strength, agility, coordination, problem solving-skills, self –confidence, formation and staging along with choreography and appreciation of movement as an art form) in depth and allow for increased opportunity for skill development, creativity and understanding of dance concepts. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

RIT0001062

**WDAN-037**                                                                    **Irish Step**

Often marked with a blur of flashing feet, Irish step dancing has emerged from the pubs of Ireland to the international stage. This course teaches the style of dance made famous by the shows Riverdance and Lord of the Dance. In addition to being introduced to the rich history of Irish dance, students will learn soft shoe, hard shoe and ceili (group) dances. Be prepared for a great cardiovascular workout. Irish dance requires endurance, coordination and strength. The first dances (reels, jigs and slip jigs) are taught in soft shoe. These dances begin to teach the fundamentals of Irish dance. As you progress, you will start to learn more complex soft shoe dances, and then move onto learning hard shoe dances (treble jigs and hornpipes). **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WDAN-042**                                                                  **Swing Dance**

This course is an introduction of two American Swing dance styles: East Coast Swing and Lindy Hop. The format will include seven weeks of East Coast Swing and seven weeks of Lindy Hop. American Swing dance is best known for group dances and competitions. This course will introduce single basic and triple basic steps, the pretzel, tuck turns, free spins, swings out and in, Lindy circles, side by side Charleston, front to back Charleston and wring out the rag and pop. *Note: No previous dance experience necessary and no need to register with a partner.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WDAN-045**                                                              **Argentine Tango**

Tango Dancing will focus on dancing comfortably and expressively to traditional tango music in a social setting. Argentine Tango traditionally stresses improvisation over repetition of set patterns. Students will progress from simple walking exercises to an introduction to simple steps and figures that are idiomatic of Argentine tango. Once students are comfortable with basic figures and a connection to the music and their partner, we will progress to more complex sequences built up from the basics. We will emphasize the spontaneous discovery of these sequences as a creative response in the moment to the music and to our partners over the route memorization of rigid choreography. Students will learn the art of dancing expressively while also respecting the boundaries of other dancers on the floor. Navigation - or floor craft - is an essential skill to master in order to enjoy dancing in a crowded room. Upon completion of the class, students will feel comfortable dancing at a tango social dance along side experienced tango dancers. *Note: This is a Co-Ed Class environment.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WDAN-048**                                                                     **Tap Dance**

Rhythm, technique, and musicality are the three areas of tap dance emphasized in this course. Whether you are brand new to tap or have previous experience, this course challenges students of all levels. Each level will receive tap steps and variations appropriate for their level. Beginners will learn basic steps, shuffles, ball changes, flaps, Maxie Fords, buffalos, and turns. Intermediate and advanced technique include wings, pullbacks (pickups), more intricate footwork, directional changes, and challenging variations. Styles include soft shoe, waltz clog, swing tap, musical theater and urban. *Note: Tap shoes are required.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

## Fitness

**WFIT-001**                                                                 **Power Sculpt**

This fitness course is designed to facilitate cardiovascular fitness as well as increase muscular strength, endurance and flexibility. All aerobics classes combine a balance of high and low impact moves that include a sequence of muscular strengthening and stretching exercises. In addition to the benefits of improved heart and lung function, students will have an opportunity to burn calories, increase muscular strength and endurance, and increase flexibility. Throughout the course students will be encouraged to work at individual paces, utilizing high or low impact moves where appropriate. Through instructor-led group movements, with the use of music, brief explanations of basic aerobic principles, definitions and guidelines for proper technique will be covered. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**WFIT-018**                                                          **Turbokick and Barre**

This course will offer a TurboKick class one day and a Barre class the second day. TurboKick is a high intensity fitness routine that provides cardiovascular benefits by combining muscle strength and endurance using the kickboxing format without the gloves. Barre Fitness uses a combination of postures inspired by ballet, yoga and Pilates that focuses on isometric strength training combined with high reps of small range-of-motion movements. The ballet barre is used as a prop for balance and the correct biomechanics of movement to increase strength, flexibility, stamina and dynamic stability. No previous dance experience required for the barre portion of this course. ** Fee: A course fee applied via SFS bill. See Course Notes for fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WFIT-021**                                                                           **P90X**

This athletic style class utilizes cardiovascular and strength training with sports drills and traditional calisthenics to increase aerobic capacity, balance, strength and agility. The format of this class is a combination of an upper body workout with explosive movements for strength and power, followed by a complex lower body workout with elite movements to assist in strength and agility and ending with an intense core routine. This class is for all fitness levels because all of the exercises have modifications. Each class has the same format: Warm Up, Cardio, Lower Strength, Upper Strength, Core and Cool Down. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WFIT-022**                                                                      **TurboKick**

Want to burn 700 calories in a 50 minute class? If yes, Turbo kick is perfect for you. You will love the music which keeps the energy high and the calories burning. This is an ultra-effective workout that strengthens upper and lower body. If you are looking to tone and condition your whole body, this is the workout for you. It is also an intense ab workout since every punch comes from the core. This class is offered at over 2,000 fitness clubs in the United States. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**WFIT-023**                                                     **Power Cardio Kickboxing**

This kickboxing class is a Tae-Bo style class which includes various punch and kick movements, sports conditioning drills and core conditioning. This intense, high energy program is designed to provide an excellent total body workout using a kickboxing format. Any fitness level can participate. *Note: Boxing gloves and bags are NOT utilized in this course.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WFIT-024**                                                                        **Insanity**

You've seen the infomercials, you've heard about the workouts, now its time to try it! Insanity™ pushes you beyond what you thought was possible with a high intensity anaerobic interval class with both high and low impact modifications for ALL Fitness levels. Participants will experience MAX interval training with explosive cardio and plyometric drills in addition to intervals of strength, power, and resistance. Additional strength, ab and core training techniques will help you transform your body. Throughout the course students will be encouraged to work at individual paces, utilizing high or low impact moves where appropriate. Through instructor-led group movements, with the use of music, brief explanations of basic aerobic principles, definitions and guidelines for proper technique will be covered. This is a great class for someone who does not like to follow choreography. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WFIT-027**                                                                       **Cardio Mix**

This athletic style class will focus on helping students improve their cardiovascular endurance using various formats such as: Kickboxing, TurboKick, Insanity, P90X, Cize, High Intensity Interval Training (HIIT) and sports specific athletic drills. Each of the workouts will demonstrate proper alignment, posture and core strength. The movements emphasize simultaneous engagement of the anterior lower core and the posterior upper core. This course is appropriate for all fitness levels. ** Fee: A course fee applied via SFS bill. See Course Notes for fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WFIT-028**                                                   **Cardio, Strength and Core**

This class will provide a variety of cardio work outs along with a mix of high intensity interval training (HIIT) core strengthening and conditioning. High-intensity interval training (HIIT) describes any workout that alternates between intense bursts of activity and fixed periods of less-intense activity or even complete rest. According to a 2011 study presented at the American College of Sports Medicine Annual Meeting, just 2 weeks of high-intensity intervals improves your aerobic capacity as much as 6 to 8 weeks endurance training. Because the intervals are short, you will be working hard the whole time. The trade-off is this format offers seasoned exercisers a new challenge and new exercisers a quick way to see results. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WFIT-029**                                                                 **Survival Fitness**

Survival Fitness explores the development and maintenance of physical fitness as a requisite for survival in a primitive setting. Students will explore ways to improve overall strength and conditioning through various in-class survival-based exercises, games, and activities such as tracking, fire starting, shelter building, hunting and gathering. Students will also learn fundamental fitness center-based exercises such as deadlifts, farmers carry, pull-ups, and pushing and pulling movements to further enhance the ability to complete survival tasks. Are you strong enough to survive? This course will answer that question. **Activity 2, Credits 0 (Fall, Spring)**

RIT0001063

**Recreation and Wellness**

**WFIT-034**                                                      **Core Glutes and Abs**
Core Glutes and Abs course will focus on developing/strengthening the body's core muscles, lower back, abdominals, hips, and gluteus. The body's core muscles are the foundation for all other movements of the body. Through use of Resist-a-Balls, weights, bands and conditioning exercises, the focus will be to develop and strengthen the body's trunk and pelvis area where the center of gravity is located. Benefits include improved posture, increased flexibility and range of motion, increased strength and protection of the spine, more stable center of gravity and controlled movement. This class is designed for all fitness levels. Instructor lead exercises and explanation of core principles and proper technique will be covered. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**WFIT-035**                                                      **Core and Flexibility**
This class will push your core to the limit with intense training using many different methods including stability balls, dumbbells, Bosu balls, and your own body weight. A person's flexibility refers to the ability of your joints to move through a full range of motion. Having flexibility in your muscles allows for more movement around the joints and you can achieve this with a basic or advanced stretching workout during this class. This is a perfect class for students looking to change their ab routine and see results without doing traditional crunches and floor work. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-037**                                                      **Personal Training**
This course is designed for students who desire "1-on-1" Personal Training Services who wish to enhance their current fitness level or better improve upon their quality of life by participating in weekly Personal Training and independent workout sessions. Students will learn safe and appropriate exercise methods and techniques and will possess the ability to pursue regular independent exercise programs at the conclusion of this course. This course offers 15 individual Personal Training contact hours as well as a requirement to complete additional training hours through independent study/work outside of the time working with a Personal Trainer. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**WFIT-041**                                                      **Functional Training**
Simply defined, functional training involves compound (multi-joint) exercises that are meant to simulate common movements or tasks performed as part of our daily lives. This class will focus on skill development of many functional movements involving pushing, pulling, squatting, carrying and lifting. Because functional training movements involve multiple joints and muscle groups, workouts can be accomplished in shorter periods of time and generally require constant engagement of the "core" musculature. Each class session will involve a warm-up, skill development session and a specified workout of the day. All skill levels are welcome, however this course is recommended for those looking to explore their limits. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Spring)**

**WFIT-042**                                                      **Barre Fitness**
Barre Fitness uses a combination of postures inspired by ballet, yoga and Pilates that focuses on isometric strength training combined with high reps of small range-of-motion movements. The ballet barre is used as a prop for balance and the correct biomechanics of movement to increase strength, flexibility, stamina and dynamic stability. No previous dance experience required for this course. ** Fee: A course fee applied via SFS bill. See Course Notes for fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WFIT-046**                                                      **Triathlon Training**
This fitness and conditioning course is for students who enjoy running as a means to cardiovascular health: designed for all types of runners who want to improve their running form and efficiency, improve their overall cardiovascular health, or even train for a race. This course benefits all fitness levels. Every-other class is active running, the other will be a classroom session/teach the different training methods of aerobic running, lactate threshold, VO2 max training, etc. The how to's of structuring one's own running program will be covered. There will also be components on proper nutrition and shoes. Students will also learn about the resources available to race and train with others in their community. The overall goal is to provide for proper training while also improving running performance. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-055**                                                      **Kickboxing**
This course is designed to develop physical fitness, strength, stamina, power, speed, endurance and flexibility. Students will have the opportunity to develop self-defense skills by utilizing the combination of boxing and karate techniques. Instructors will introduce basic kicking and punching skills and combine the element of aerobic activity with music to provide an outstanding work-out. Students will be encouraged to enhance their overall health, thus helping them look and feel good about themselves. Teaching methods include explanation, demonstration, program guidance and motivational lecturing. Boxing gloves are required and can be purchased locally (students must provide their own gloves). Instructor will provide purchasing information. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-058**                                                      **Indoor Cycling**
The Indoor Cycling: Essentially is a form of exercise with classes focusing on the energy zones: endurance, strength, intervals, high intensity (race days) and recovery, that involve using a special stationary exercise bicycle with a weighted flywheel. Because Indoor Cycling provides both high-intensity workouts and active recovery, without stress to the joints often associated with running, participants can experience a personalized ride every class. By focusing on specific training objectives during each class, students can map out a training plan to maximize results. *Note: Indoor Cycling classes may vary in terms of general course content based on student/class interest (some Core/Abdominal work and Sculpting/Resistance training may be added to course content).* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WFIT-059**                                                      **Indoor Cycling and Core**
This course is a combination of indoor cycling and core exercises. The cycling portion will focus on energy zones: endurance, strength, intervals, high intensity and recovery. The core aspect will focus on the body's 29 core muscles, which are located mostly in your back, abdomen and pelvis. This group of muscles provides the foundation for movement throughout your entire body, and strengthening them can help protect and support your back, make your spine and body less prone to injury and help you gain greater balance and stability. Indoor Cycling involves the use a stationary bicycle with a weighted flywheel. The Indoor Cycling and Core provides both high-intensity workouts and active recovery, without stress to the joints often associated with running along with a solid core/abdominal work out. Participants can experience a personalized ride every class. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WFIT-064**                                                      **Zumba Fitness**
Zumba is like no other workout you will ever experience. Zumba was created in the mid-90's for international pop superstars. Inspired by cumbia, salsa, samba and merengue, paired with Latin rhythms the red-hot international dance steps Zumba was born! Zumba (slang for "to move fast and have fun") has become one of the fastest growing dance-based crazes in the country. The music is infectious and the dance moves are easy to follow and have body- beautiful benefits. The instructor for this class will guide students through initial competence to highly challenging moves. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-065**                                                      **Strong by Zumba**
STRONG by Zumba is a High Intensity Interval Training class using more traditional fitness moves for a more athletic, conditioning-style workout. Participants use their own body weight as resistance to achieve muscle definition. There are movements inspired by dance but these are very limited compared to a Zumba class, so it's perfect for those not comfortable in a full-out dance class. (A traditional Zumba class is based on the integration of dance and dance-type movements, creating a high-cardio, total-body workout.) Both classes are driven by a unique musical experience with no instructor cueing. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WFIT-069**                                                      **Rowing for Fitness**
The sport of competitive rowing dates back hundreds of years and is one of the oldest competitive sports still in existence today. In this class students will begin by learning proper rowing technique and will then move on to complete weekly rowing assignments to enhance their overall fitness and to improve their general rowing competency. Class time will be spent utilizing modern rowing ergometers and software to track rowing progress and in the fitness center completing strength programs to enhance rowing capacity. Students will have the opportunity to compete in informal in-class racing between other class participants and also compete against other rowers worldwide by utilizing online racing venues. While this class is well suited for novice rowers, more experienced individuals are also welcome to enroll. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-070**                                                      **Swimming for Fitness**
This fitness and conditioning activity course is designed for students who enjoy the venue of swimming to develop cardiovascular health. Designed for intermediate-advanced swimmers. This is NOT an instructional swimming class. The course will focus on: General aquatic fitness; stretching; all swimming stroke refinement and development; lap swims, sprints, combination of times laps and outlined swim practices. Cool down sessions will take place followed by ideas for muscular strength and endurance development (outside of aquatic environment). This course is a perfect fit for individuals who wish to pursue physical fitness development in a "non-impact" situation. *Note: Students must provide their own swimming attire.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

RIT0001064

**WFIT-073**                                                          **Bootcamp**
"BOOTCAMP" is an exciting full-body conditioning fitness program that is designed to challenge, tone, trim, stretch and completely exercise your body in 10 intense weeks. Whether you're a workout novice looking to jump-start a healthier lifestyle, training for a special event such as a wedding or high school reunion, or an athlete looking for a new challenge, this program can help you reach your fitness goals while enjoying it! Boredom is not an option in this 2 day a week program based on philosophies from both personal training and group fitness by combining calisthenics, plyometrics, resistance training, cardio challenges, relay races and partner drills, you get an action packed work out in one exciting hour. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-075**                          **Sports Performance Training for Athletes**
This course is designed for students with an athletic background looking to utilize current training methods to enhance their physical performance. Course work will involve group training sessions and will take place in the Hale Andrews Students Life Center and Gordon Field House, as well as adjacent track and field complexes. Students can expect each class to offer a variety of challenging exercises and/or drills that will focus on aspects of health and skill based fitness. All exercises and training programs will be modified to meet the individual needs of each student, but it is recommended that course participants already possess a base level of fitness prior to registering in the course. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-076**                                          **Intro to Weight Training**
Basic weight training fundamentals offer beginners/intermediates the chance to build strength through method discovery. Content includes: stretching; flexibility; spotting; safety; free weights; cybex; the different kinds of program designs; and cardiovascular development. Course design will focus on individual need and desire, leading to unique and successful program designs. Instructors will present information on muscle development, basic CV training; use of free weights and Cybex equipment. Highlight: Individual program effort. Class work involves initial orientation, handouts/discussion, definitions, Cybex station techniques; free weight specifics, and routine development for total body work. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-077**                                      **Intro to Olympic Weightlifting**
This course will answer questions on why Olympic Weightlifting is extensively used by both athletes in power sports as well as CrossFit programs. During training sessions students will learn how to go from never experiencing these lifts before to being competent in performing them. Students will leave the course understanding what muscles are developed and how they are involved in the movements. Each student will learn how to properly execute the Snatch and the Clean and Jerk by the end of the course and will learn how to properly incorporate these lifts into their training sessions. **Fee: A course fee applies via SFS bill. See course notes for fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WFIT-078**                                              **Intro to Powerlifting**
This course will answer questions on why powerlifting is extensively used by both athletes in power sports as well as CrossFit programs. During training sessions students will learn how to go from never experiencing these lifts before to being competent in performing them. Students will leave the course understanding what muscles are developed and how they are involved in the movements. Each student will learn how to properly execute the Back Squat, Deadlift and Bench Press by the end of the course and will learn how to properly incorporate these lifts into their training sessions. **Fee: A course fee applies via SFS bill. See course notes for fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WFIT-082**                                                      **Core Fusion**
Currently PiYo now Core Fusion: This course dramatically transforms the body to help look, feel and perform better. Core Fusion is an athletic blend of Pilates, Yoga and so much more? It includes modifications for the group exercise environment, yet also offers progression to challenges for all levels of student participants (Faculty/Staff are welcome too).Core Fusion exercises are selected and balanced through strategic variations (pose angles and application of force), with each specific movement. Each Core Fusion class session builds on the last to increase exercise adherence and avoid hitting "plateaus". **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-085**                                                          **Pilates**
This course will progress from Pilates fundamentals and basic exercises to a traditional intermediate level workout by the final class. Pilates focuses on abdominal strength, stability of the pelvis, flexibility and balance. Mindful, intelligent movement and a deeper understanding of your body is the goal. Relaxation and some stretching may be added to the traditional mat work of Joseph H. Pilates. An Intermediate section assumes that the student has knowledge in Pilates fundamentals and the mechanics of basic classic exercises. Class will be more vigorous and will begin to develop concepts of flow and transition. The class will move and flow more than the beginner level.*Note: Previous experience in Pilates or a previous class in Pilates is required for Intermediate sections.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-086**                                                  **Pilates Bootcamp**
Pilates Bootcamp will combine classic Pilates with traditional Boot Camp exercises, such as plymetrics, squats, lunges, and resistance work. Classes will be fast-paced and dynamic, providing a total body workout, while remaining true to the Pilates principles of Control, Concentration and Centering. Students will work to improve not only core strength, but also balance, muscle tone, flexibility, alignment and posture, while conditioning the total body. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-088**                                                  **Extreme Fitness**
Extreme Fitness is an exciting indoor full-body fitness program that will challenge, tone and trim your body in 15 intense weeks. Whether you are a novice or an athlete looking for a new challenge, this class will help you reach your fitness goals! Definitely challenging-working core muscle groups, endurance, PiYo type activities-they are all part of this newly designed, very dynamic class. Boredom is not an option in this class. By combining calisthenics, plyometrics, resistance training, Cardio, relay races, partner drills--you get an action packed workout in every session. Similar to "bootcamp" but very much designed for those who want the "ultimate" fitness experience! **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-089**                                                  **Fitness Infusion**
Fitness Infusion is a full-body group exercise class. The format will include a wide range of intensities to accommodate different fitness levels. Instructors will include body weight exercises, dumbbell and resistance band work, high intensity interval training, stations, and other formats based on student goals. **A course fee applied via SFS bill. Activity 2, Credits 0 (Fall, Spring, Summer)**

**WFIT-090**                                                  **120 Day Challenge**
Get ready to burn fat, boost your metabolism, and get lean. This class uses resistance training to get you better results in less time. The routine is based on proven techniques that shift your fat-burning focus from cardio to resistance training. By adding resistance training for a full Semester (120 Days), you'll build lean muscle, and that is what supercharges your metabolism so you burn fat longer after your workout even while you sleep! *Note: It is recommended that students register for a cardio class on alternate class days if possible to compliment this routine.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-091**                                                  **Ninja Training**
This course is inspired by the recent surge in popularity of obstacles course style races and the practice of free running as a means to enhance one's physical fitness. Students in this course will begin with fundamental movement and balance skills and will eventually progress to informal in-class obstacle course races with elements similar to those seen in the popular hit television show, American Ninja Warrior. All abilities are welcome to participate since all skills and movements will be custom tailored to meet in the needs of each individual student. This course will not have any martial art component, but you will learn how to move like a ninja! *Note: This course takes place off campus at Rochester Parkour, 1344 University Avenue, Rochester, NY. RIT does not provide transportation however car-pooling does exist.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WFIT-092**                                                      **Nerfology**
If you find games such as Humans versus Zombies, Airsoft, Laser Tag, or Paintball enjoyable, then this class is for you! This class takes a different approach to fitness by incorporating fun and competitive gameplay with the use of simple tracking systems, such as pedometers, to enhance student physical fitness and health. Students will participate in a variety of fitness-based foam dart tag games in both indoor and outdoor settings. Students will track their movement in each class setting through the use of pedometers to gauge the distance they travel. . **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WFIT-093**                                                      **Sunrise Yoga**
Yoga is a practice of uniting the mind, body and spirit. As such, this class focuses on physical postures as well as yogic philosophies as taught through the eight limbs of yoga. Primarily, this class is about building a solid foundation in basic yoga poses and is appropriate for those who are new to yoga as well as students that are working on refining their yoga practice. The class puts emphasis on developing strength and flexibility through asana, conscious breathing in pranayama, relaxing and de-stressing through meditation. Pose modifications are demonstrated and encouraged. This class alternates in working at a moderate pace in the vinyasa style of connecting movement and breath while moving continuously; and in working through sequences of postures held for several breath cycles, focusing on precise principles of biomechanics. Attendance is required. Recommended clothing is comfortable and loose fitting. Mats and props are provided. Music is used to create an environment appropriate for mindfulness of movement and reduce external distractions. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

RIT0001065

**Recreation and Wellness**

**WFIT-094**                                                                                  **Yoga**
A body/mind discipline, Yoga enables posture improvement, flexibility development and learned relaxation. Mastered through learning an ancient posture series incorporating breath control, the body and mind relationship is explored. The practice of meditation gives one an opportunity to experience stress management. Relaxation is Yoga practice's key. Attendance is required. Classes contain sequential stretches, postures and relaxation exercise, incorporated with breathing and visualization. Recommended clothing is comfortable and loose fitting. Mats are provided. Music featuring New Age and mainstream artists provide an inspiring atmosphere. Hatha Yoga exploration includes a diverse discipline collection for improving mental and physical health. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-095**                                                                **Vinyasa Power Yoga**
Vinyasa Power Yoga is built upon traditional yoga poses, while at the same time adding several variations and extensions to the poses along the way. Unlike meditative yoga, the pace of this class provides a steady flow through a series of vinyasas (downward dog, plank, and upward dog) that keep the body engaged in a steady flow of movement. The pace of this movement offers cardiovascular conditioning, as well as an opportunity to challenge your strength and build your flexibility. The practice will offer you the opportunity to focus on your inner self and integrate and balance your body, mind, and spirit as one being. All levels welcome. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-096**                                                                          **Hatha Yoga**
Hatha Yoga is a mind/body course that focuses on posture improvement, flexibility development and learned relaxation using visualization. These methods are mastered through learning an ancient posture series incorporating breath control to explore the body and mind relationship. The practice of meditation gives students an opportunity to experience stress management through relaxation. The music format features new age and mainstream artists to create an inspiring atmosphere. Hatha Yoga exploration includes a diverse collection for improving mental and physical health. **A course fee applies on the SFS bill. **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WFIT-097**                                                                     **Kundalini Yoga**
Kundalini yoga as taught by Yogi Bhajan is a 5,000-year-old authentic system of yoga exercise and meditation that promotes health, happiness, and spiritual awareness. Kundalini yoga is taught in over 300 centers in 35 countries by teachers trained through the international Kundalini Yoga Teacher's Association--combining breathing, movement, stretching and sound, Kundalini yoga is a safe, comprehensive technology that can be practiced by everyone. Through yogic breathing and meditation peace of mind can be obtained, giving an experience of deep inner calm and self-confidence. Kundalini yoga is more than a system of physical exercise. The technology is aimed at the spirit that has no boundaries therefore, it is universal and non denominational. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WFIT-098**                                                                     **Functional Yoga**
Yoga enables posture improvement, strength and flexibility development and learned relaxation. Students will explore their own behavioral habits such as sitting for long periods and routinely putting the body in positions that foster tight lower legs, hyper-kyphosis, back and knee issues. All students with athletic and non-athletic hobbies, everything from running to cycling or desk-jockeys and glass-blowers, will find a niche. Based on the students' identified needs, the class will have the opportunity to work on the body's muscular structure by practicing poses that affect these life activities. This class will teach how to refine basic yoga poses with deeper integration of healthy alignment actions. By combining breathing, movement, stretching and static poses, students will learn safe, comprehensive poses useful on the mat, as well as in their life activities. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

## Health and Safety

**WHLS-010**                                                                    **CPR and First Aid**
This course is designed to provide certification by the American Red Cross for CPR and First Aid. Upon successful completion of the course, students will receive certification cards for CPR and for First Aid. Students will be presented with information on the following skills that apply to: Infants, Children and Adults: Rescue Breathing, Blocked Airway for a conscious/unconscious person, CPR, responding to an emergency situation, controlling bleeding and splinting techniques. Class sessions include the use of video tapes, lectures, demonstrations, partner practice and skill evaluation (by the instructor). All equipment (mannequins, mats, wraps) are provided by RIT. *Note: "CPR Pro" is offered optionally.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**WHLS-012**                                                           **Advanced CPR and First Aid**
This advanced CPR course is designed to provide certification by the American Red Cross for CPR for the Professional Rescuer and First Aid. Upon successful completion of the course, students will receive certification cards for CPR for the Professional Rescuer and for First Aid. Class sessions are 2 hour formats. Students will be presented with information on the following skills that apply to: Infants, Children and Adults: Rescue Breathing, Blocked Airway for a conscious/unconscious person, CPR, AED, 2 Person CPR, Use of the Bag Valve Mask, Triple Airway maneuver, responding to an emergency situation, controlling bleeding and splinting techniques. Class sessions include the use of video tapes, lectures, demonstrations, partner practice and skill evaluation (by the instructor). *Note: All equipment (mannequins, mats, wraps, face masks) are provided by RIT and included in the course fee. Students must purchase the textbook.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WHLS-020**                                                                        **Lifeguarding**
Lifeguarding RIT's Lifeguarding course is designed to provide students with a certification by the American Red Cross (ARC). Training consists of methods for individual rescue around and in the water. Basic skills and concepts will be presented. Objectives are: Successful completion and certification for each individual by the final class day. Prerequisites for this course include a continuous 500 yard swim and demonstrated accomplishment in the front crawl, side stroke, and breast stroke. *Note: Students are required to have or purchase a lifeguarding textbook. The course fee via SFS bill includes the required face mask. The textbook can be purchased at the RIT bookstore. * **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WHLS-030**                                                          **Water Safety Instruction**
Water Safety Instruction (WSI), a certification course through The American Red Cross, enables students to teach swimming and lifesaving classes following successful completion. Preparation for teaching proper Red Cross classes follows instruction in lifeguarding skill review, strokes, teaching methods, class structuring and organization. class prerequisite. Assignments, quiz evaluation and a written course final are given. An intriguing course exploring teaching methods and problems, WSI allows actual teaching experience within the class curriculum. *Note: Current Lifeguarding certification is required as a class prerequisite.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Spring)**

## Health and Wellness Seminars

**WHWS-001**                                                                    **Wellness for Life**
This core wellness course is designed specifically to assist students in making healthy decisions regarding lifestyle behaviors. Students will be presented with wellness information (multidimensional) that will help students prepare for co-op, job interviews, the workplace and the building of healthy, lifelong relationships. Key areas that are covered: Behavior change strategies, stress, high risk behaviors, physical wellness, emotional wellness, psychological well being, safety and spirituality. Unique in design, this course meets once per week and includes ice breakers, instructional sessions and interactive group activities. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WHWS-002**                                                            **Wellness Challenge Exam**
This core wellness course is designed specifically as a "test out" option for students wishing to complete a wellness activity class for graduation. Strong wellness background is required (multidimensional). *Note: Textbooks are available to prepare for the exam in the RIT Bookstore (Wellness: Concepts and Applications by Anspaugh, Hamrick & Rosato).* Students should contact Dugan Davies at: dugan.davies@rit.edu , SLC 1260. Study guides are available in the SLC Lobby. Students must contact the instructor directly for more info & set up exam date. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WHWS-003**                                                                  **Everyday Nutrition**
This course is an introduction to the role of nutrition in human health with respect to essential nutrients, factors that affect eating habits, food advertising, nutrition and disease and establishing a healthy lifestyle. **Fee: A course fee applies via SFS bill. See course notes for fee information. **Activity 2, Credits 0 (Fall, Spring)**

RIT0001066

**WHWS-004**                        **Introduction to Massage Therapy**

Massage Therapy is fast becoming an accepted part of many rehab programs & has been proven beneficial in many acute and chronic medical conditions. It aids in the relief of stress, arthritis, sports injuries, trauma and many other conditions of pain and discomfort. There are many forms of massage: Medical, Orthopaedic, Sweedish, Therapeutic, Myofascial Trigger Point, Myofascial Release & Accupressure, for examples. Licensed Massage Therapists trained in New York go through extensive training in the US. They are REGISTERED and are BOARD CERTIFIED after passing the State Boards. Most states require the therapist to have passed the state tests in order to practice in the state they reside in. The vast majority of therapists go on for additional training. Anyone can feel a need for some kind of therapy to relieve stress, chronic or acute conditions. This course provides SIMPLE but effective methods of relieving stress and the freedom of enjoying everyday activities. Welcome to a new and sacred adventure that will promote your health and total well-being. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WHWS-006**                        **Motivation and Leadership**

What inspires you? Who motivates you? Would you like to learn more about how you can motivate others? Many people, past and present, stand out as great leaders, but what makes them great? Each one of us can learn from our experiences and challenges, using these opportunities to lead, inspire, and motivate in our own way. Can you? Register for this course and find out! LEARN about leadership styles and discover your own along the way. EXPLORE what keeps you motivated through stressful and challenging times. LEARN from past examples by examining great leaders-their characteristics, and their great speeches. GET STARTED on the road to becoming a better leader and motivator! **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WHWS-008**                        **Financial Fitness**

Fitness doesn't just have to mean working out in the gym. Learn how you can become financially fit! This course will give you that foundation. Learn about important topics that include: the time value of money, budgeting, taxes, credit (good debt vs. bad debt), buying vs. leasing a car, banking, housing, financing college and much more. You will learn tools on how to best manage your resources and gain a basic understanding of the complex world of personal finances.**Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WHWS-009**                        **Eating, Body Image and Food**

This course focuses on healthy and unhealthy eating behaviors, body image, and attitudes toward food. We will address factors which influence body image, dieting behaviors, cultural influences on eating and body image, obesity, eating disorders, and healthy eating. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WHWS-010**                        **Friends, Foes and Lovers**

This course is designed to provide students with educational concepts and strategies regarding relationships while keeping personal safety in mind. Instructors and students will explore the topic of relationships (friends, dating, and partnerships) and being able to set appropriate boundaries so that relationships are able to thrive. Issues of Relationship violence, stalking and sexual assault will also be addressed throughout the course.*Note: This course is taught by the staff from the Center for Women and Gender.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WHWS-012**                        **Personal Healthcare**

This course is an introduction to the importance of independent, mature decision-making, rights and responsibilities as a healthcare consumer. This course will help students to navigate the healthcare system including the continuity of care, health insurance under the new ACA (Affordable Care Act), healthy lifestyles and sexual responsibility. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Spring)**

**WHWS-015**                        **Stress Management**

This course focuses on the dynamic ways that students can effectively manage stress. Today's fast-paced daily grind can easily become overwhelming for people. It is difficult to balance the various duties and responsibilities that we, as a society face on a daily basis. This course will examine what stress is, how stress affects the body and how to effectively manage stress in a healthy fashion. Students will have the opportunity to experience a variety of different stress management techniques in order to determine which ones are best suited for them: Deep breathing, massage, tai chi practices, yoga and muscle relaxation are just a few of the techniques that will be introduced. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WHWS-016**                        **Kundalini Yoga**

Kundalini yoga as taught by Yogi Bhajan is a 5,000-year-old authentic system of yoga exercise and meditation that promotes health, happiness, and spiritual awareness. Kundalini yoga is taught in over 300 centers in 35 countries by teachers trained through the international Kundalini Yoga Teacher's Association--combining breathing, movement, stretching and sound. It is a safe, comprehensive format that can accommodate all fitness levels. Through breathing and meditation, peace of mind can be obtained, giving an experience of deep inner calmness and self-confidence. This class is universal and non denominational. **A course fee is applied via SFS bill. **Activity 2, Credits 0 (Fall, Spring)**

**WHWS-017**                        **Creativity and Addiction**

This class will cover the addiction process while exploring many great minds from art genres and other disciplines who had struggled and lost their battle or are in recovery with this disease. For example Jimi Hendrix, Frida Kahlo, Steven King and Paul Erdos to name a few. In addition we will explore artist's genres whose lives were not interrupted by an addiction. Variety of resources will be explored to use on your creative journey in life drug free. **Activity 2, Credits 0 (Fall, Spring)**

**WHWS-018**                        **How to Become Smoke Free**

This course is a self-help, low stress and "no test" class. If you have tried to quit smoking before, take comfort in the fact that most smokers try several times before successfully quitting. Your past attempts are not failures, but rather a step in the process towards becoming a non-smoker! The information presented in this class will help to ease your way through the quitting process. Discussions will include: Techniques to become "smoke free"; healthy behavior changes; stress management strategies and more! So, join your friends and learn how to quit together! *Note: Options to obtain nicotine replacement therapy are available through the N.Y. Quits and RIT Student Health.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WHWS-020**                        **Dialogues on Spirituality**

This course explores some spiritually-related topics, and shows how spirituality plays an important part in our daily life. It offers an opportunity to become more familiar with spiritual teachings from various spiritual masters and beliefs, and to recognize areas in oneself that are ripe for further growth. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WHWS-021**                        **Spirituality and Health**

This interactive course, through multiple aspects of spiritual exploration, will focus on understanding some of the laws that govern all of life. A human is a four-fold being governed by physical, mental, emotional and spiritual laws. When you learn to live and apply these teachings, you solve many human problems. These self mastery techniques: Meditation, contemplation, mysticism, color therapy, the power of intentions, sacred spaces, charkas, chanting, labyrinths, dowsing, visualization, healing and developing intuition are aimed at the spirit which has no boundaries and therefore is universal and non-denominational. This course focuses on the discovery of the wisdom within and developing the capacity to sense, understand and tap into the highest parts of yourself, others and the world around you. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WHWS-022**                        **Meditation Practices**

Learn and practice a variety of meditation techniques that develop mindfulness, concentration, tranquility and insight. This approach to wellness is one that can assist you in reducing stress and anxiety by the way of thought, contemplation and reflection. Through this course students will gain an understanding of the physical as well as the emotional benefits of meditative practices. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WHWS-023**                        **Inclusive Leadership**

This interactive course examines how distinctive populations, when properly integrated and included as equals, can enhance performance within working teams and organizations, foster innovation, and attain common goals and functioning. **Fee: A course fee applied via SFS bill. **Activity 1, Credits 0 (Fall)**

**WHWS-024**                        **Wellness Seminar Special Topics**

This course will provide students the opportunity to participate in a course designed to address modern topics in wellness that currently affect college students. Different courses may be offered each semester focusing on a special topic in wellness. **Activity 2, Credits 0 (Fall, Spring, Summer)**

RIT0001067

Recreation and Wellness

## Interactive Adventures

**WINT-001**                                         **Teambuilding Tools**
Do you want to be an effective leader? Do you want additional resources and know-how that make your leadership skills a step above the rest? Whether you are an aspiring leader, already gravitate towards the head of the pack, or just want knowledge on tools that make teams better, this class is for you. This course will present and discuss how to create experiences in team building without the benefit of having a ropes course. We will discuss the history and use of experiential activities, stages of group development, activity briefing/debriefing and safety considerations. We will spend time setting up and experiencing a variety of activities and games that require little or no props and can be easily transported. We will discuss where to find additional activities, curriculum ideas and how to use these activities and strategies to make your own endeavors more successful.. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WINT-003**                                         **Primitive Bow Making**
In this class, students will be guided through the process of constructing their own primitive bow, beginning with seasoned stave and fabricating their their own bow by hand. Topics covered will include wood selection and harvesting, bow design and performance, tillering, and shooting with the final product. The class will cover primitive bow building on a conceptual level as well as each step in the technical fabrication process. **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WINT-004**                                         **Wilderness Survival**
This is an introductory course to wilderness survival using primitive skills. This class will take place outdoors, and will integrate natural conditions and seasonal changes into teaching (a.k.a rain or shine, day or eve). Students will learn time-honored mentoring techniques, cutting edge practices and traditional ecological knowledge to master an ancient understanding of their environment and their role within. Students will leave this course with a strong base in fire-building, shelter building, tracking and edible/medicinal plant I.D. to aidless navigation, hunting, wood carving, wild crafting and wilderness cooking and Leave-No-Trace ethics. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WINT-005**                                         **Backcountry Living**
This is an introductory course in backcountry living. We will work in and out of the classroom to incorporate essential outdoor skills involved in backcountry camping and overnight basics. Students will leave this course with a strong base in fire-building; campsite selection and set up; outdoor cooking; rope work; shelter building; wilderness first aid; hypo/hyperthermia prevention, detection and care; and Leave-No-Trace ethics. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WINT-007**                                         **Intro to Permaculture Design**
Permaculture is the study and practice of the way human beings, as individuals and Communities, can participate in the creation of ethical, socially just, and ecological support systems. We present a whole systems design approach that integrates plants, animals, buildings, people, communities, economies, and the landscapes that surround us through careful analysis and thoughtful design. The course introduces students to the principles and practice of permaculture design through collaboration on real-world projects with an eye towards repairing, restoring, and regenerating human ecosystems. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WINT-009**                                         **Orienteering and Land Navigation**
In this course, participants will dive into the art of always knowing where you are and how to get where you want to go in the wilderness. By better understanding how to use a topographical map and compass, participants will build a toolset to find their way out of any situation. This course involve map reading, proper use of compass, route finding, safe travel off-trail, and advanced tools such as GPS. While some of the course work is theoretical the majority of time will be spent doing hands on work in the great outdoors. Some activities may include, orienteering events, map and compass navigation challenges, geocaching trips, and wilderness adventure preparation. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WINT-010**                                         **Maple Syrup and Our Environment**
This class will explore maple syrup production—both by way of micro production and as the yield of larger scale agriculture--as the product of a delicately strung web of environmental factors. As such, this hands-on and in-the-woods exploration of how maple syrup is produced will involve integrally related environmental topics and issues such as climate change, forest ecology, invasive species, and broader issues of sustainability. Through both classroom lecture and practical exercises in the woods, students will learn tree identification, the biology of sap production, the role of weather patterns, nutritional benefits of maple syrup, and the history of maple syrup production and its economic significance. Students will learn and actually carry out the processes of identifying trees for tapping, harvesting sap, and converting the harvested sap into their very own maple syrup. Students will learn outdoor preparedness, leave no trace wilderness ethics, and use of snowshoes for winter foot- travel. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WINT-011**                                         **Adventure Sampler**
This class is a perfect way to experience a variety of adventure sports at an introductory level without a semester –long commitment to an activity you are unfamiliar with. With the expert guidance of a trained instructor, you will get to experience short modules that begin with the most fundamental skills like basic outdoor clothing, equipment, and preparation, and progress to activities like hiking, orienteering, beginner canoeing, and more! This class will utilize the "challenge by choice" philosophy and will focus on positive support and encouragement to allow students to safely explore activities that might otherwise seem too daunting. If you are new to adventure sports or just want a sampler of a variety of activities, this class is for you. While activities may not be physically strenuous, students should be prepared for situations that might be psychologically challenging including being on deep water, heights, and being in wilderness settings. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WINT-012**                                         **Intro to Bees and Beekeeping**
Did you know that honey bees pollinate one third of the food we eat? Honey bees are complex social organisms whose role in both our environment and economy is often under-recognized and under-appreciated. Through both classroom lecture and practical experience, this class will serve as an introduction to honey bees and beekeeping. We will explore the life cycle and social habits of honey bees, basic bee-keeping skills, honey production and its nutritional benefits, governmental legislation around pollinators, and the honey bee's key role in global agriculture. Furthermore, we will examine the declining honey bee population and its critical consequences by way of investigating farming practices and individual behaviors that can either exacerbate or help reverse this trend. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Spring)**

**WINT-013**                                         **Trail Running**
those new to the sport. Students will learn through both lecture and guided experience to engage in the best practices of trail running. Students will acquire basic knowledge of the keys to the sport including; fitness, nutrition, trail running gear, proper trail use and an enhanced knowledge of local parks and trail running resources. Students will leave this course with the skill set to go out and become confident trail runners. Participation in this class requires proof of health insurance. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WINT-014**                                         **Hiking**
In this class, students will learn all about and engage in the activity of wilderness hiking. Skills taught will include outdoor preparedness including choosing proper clothing for the wilderness, wilderness safety, proper nutrition for outings, reading weather, basic navigation and map-reading, hiking technique, Leave No Trace wilderness ethics as well as exposure to local parks and trail systems. Students must have proper clothing for outdoor excursions that occur in varying weather conditions. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**WINT-016**                                         **Backpacking**
This class will impart basic backpacking skills such as fitting and properly packing your backpack, camping skills, and general outdoor awareness and preparedness. These skills will be put to use on an overnight backpacking /camping trip. The difficulty of the hike will be based on the abilities of the class. Participants should possess boots/shoes for hiking as well as clothing appropriate for the wilderness. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

RIT0001068

**WINT-017**                                                    **Backpacking Trail Maint**
This course is designed to provide experience in backpacking and volunteer trail maintenance. Students will learn how to choose proper gear, work together as a team and care for the trail they are hiking on. Students will gain a basic knowledge of backpacking skills and equipment selection, learn how to work with trail organizations and trail maintenance projects, learn to demonstrate basic backpacking skills and gear terminology, participate in trail clean-up and preservation, and practice "leave no trace" camping/hiking ethics. This course consists of both (a) mandatory pre-trip session(s), as well as a weekend backpacking and trail maintenance excursion. Basic backpacking and camping gear are provided. Participants should possess boots/shoes for hiking as well as clothing appropriate for the wilderness. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WINT-019**                                                      **Beginner Backpacking**
Explore the forests with your home in your pack. Sleep in tents or lean-tos, cook on camp stoves, and hike the trail as you learn about the lush history of the area. Class will focus on the essentials of backcountry camping: planning, communication, and execution. Learn to read the weather, a compass, and map; start fires using new and old tools; as well as interpret the flora and fauna of the trail. This class will follow Leave No Trace principles. All food will be provided. Hike requires the ability to walk for at least five hours with breaks. Participants should possess boots/shoes for hiking as well as clothing appropriate for the wilderness. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WINT-021**                                                     **Backpacking/Canoeing**
This multi-activity course will involve a weekend wilderness trip consisting of both backpacking and open water canoeing; one day of one activity will be followed by one day of the other. Topics addressed will include basic backcountry foot-travel, wilderness camping, outdoor preparedness, paddling skills and canoe navigation, and Leave No Trace ethics. Participants should possess boots/shoes for hiking as well as clothing appropriate for the wilderness. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WINT-025**                                                          **Mountain Biking**
Learn to mountain bike and improve your trail riding skills. Class highlights include: trail etiquette and safety, bike set-up, trail-side bike maintenance, control, balance, braking, weight transfer, terrain and stunt navigation, high-speed cornering, attack and descent on hills, and basic nutrition and hydration. Weekly group ride distances will be 5 - 7 miles per class, which includes daily drills and skills. IMPORTANT NOTE: Students must provide their own transportation to and from the trail each week. All students must have trail-worthy mountain bike and helmet. Class may be conducted on stationary spin bikes (indoors) when weather is unfavorable (determined by instructor). Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WINT-026**                                                               **Bicycling**
The main focus of this course will be on recreational cycling with an emphasis on cycling safety and rules of the road. In addition, students will learn about bicycle parts and terminology, riding skills and techniques, how to ride in a group, and basic bike maintenance. Throughout the class, students will be exposed to a variety of areas around Rochester where they can safely ride their bikes, including pathways and some roads. Students must have their own bicycle (road, hybrid, or mountain with road tires) in good mechanical condition, and equipped to meet all pertinent laws for daytime riding. *Note: Proof of health insurance is required.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall)**

**WINT-028**                                                     **Bicycle Care and Maint**
This course is taught as a hands-on introduction to building, caring for, and maintaining. Students are supplied with a bicycle mechanic textbook which is theirs to keep. The focus of the course is to use the and book to discover the mechanical systems of a bicycle including: breaks, drive train, derailleurs, bearings, wheel truing and more. Bikes older than 1995 may require different tools to conduct class procedures. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WINT-037**                                                **Rock Climbing-Outdr Bouldering**
This course is designed to expose students to the sport of Bouldering in an amazing outdoor setting. Climbing techniques, mental and physical preparedness, proper spotting and other safety techniques are presented. The sport of "Bouldering" is a type of rock climbing that involves shorter climbs or "problems" that require strategy and physical ability to complete. To protect falls for these shorter climbs, pads and spotters are used rather than ropes and harnesses. This is a physically demanding class! The first class meets at the Red Barn (required meeting) followed by one or more trips to outdoor bouldering venue. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WINT-039**                                                      **Rock Climbing Indoor**
This class is designed to introduce and educate students about the sport of indoor rock climbing. Subject matter includes a variety of climbing techniques and terminology, gear and equipment use, as well as safety practices and protocols specific to the indoor climbing environment. Each class will consist of a lecture, demonstration and practice components allowing students to learn and practice the skills presented. All necessary gear and equipment will be provided. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WINT-041**                                                **Rock Climbing-Indoor/Self-Guided**
This class is designed to introduce students to and educate about the sport of indoor rock climbing in a self-guided manner. Rather than the class meeting at designated times for instruction, each student will individually be provided access to various resources to assist in meeting learning objectives at their own pace and at times of their choosing, along with intermittent meetings with an assigned climbing "coach". Subject matter includes a variety of climbing techniques and terminology, gear and equipment use, as well as safety practices and protocols specific to the indoor climbing environment. Content may be provided through various media including videos, images, readings, and in-person coaching. Students will be expected to fulfill course requirements by attending open hours of Red Barn Climbing, conducting ongoing self-assessments, and meeting with a designated climbing coach. No rock climbing experience is needed to take this course. Course fee applies via SFS bill. **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WINT-042**                                                     **Rock Climbing-Outdoor**
If you have little or no climbing experience or are a gym climber looking to learn what outdoor rock climbing is all about, this course is for you. A major objective is to orient new climbers to the systems, protocols & foundational techniques of rock climbing. Skills taught include knot tying, belaying, commands & safety checks, grips and effective footwork, and activities to help develop confidence, trust and efficient climbing kinesthetics. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**WINT-043**                                                **Rock Climbing-Outdoor Advanced**
For students who have previous experience & want to take it to the next level, this course is for you. A major objective of this course is to provide the foundations & rationales for the application of advanced climbing skills. Before traveling to a nearby crag, a meeting (required) will take place at the Red Barn & will cover basic skills and trip logistics. The 1st day of the trip will focus on active and passive familiarization, placement/evaluation, gear anchor systems and equalization methods. The 2nd day will focus on advanced rappelling techniques and an introduction to self rescue with remainder of the day spent on the rocks. Throughout the trip students will be introduced to the larger concepts involved in top rope anchor construction, rock climbing physics & risk management. All equipment & transportation is provided. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**WINT-050**                                                               **Canoeing**
This class involves instruction on canoe/equipment parts and terminology, water safety, launching and landing the canoe, paddle strokes and maneuvers, and opportunity to practice skills on flat or slow moving water. Day trips may involve ventures onto moving water with sections of mild white water (some isolated sections up to class II). Additional topics and skills taught will include ferrying, eddying, basic rescue/recovery techniques, river features and hydrology, and leave no trace wilderness ethics. Participants need to be comfortable both on and in the water, and be able to swim. *Note: Proof of health insurance is required.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall)**

**Recreation and Wellness**

**WINT-053** **Canoe Camping**
Camping meets canoeing: learn to experience how a canoe allows for unique access to other wise impractical camping opportunities while being able to carry a payload greater than what could be feasibly carried on your back. This class involves a required pre-trip training meeting followed by a weekend-long trip involving backcountry camping. Skills to be covered include basic paddling, safety and navigation, map reading and route-finding, camping skills such as tenting, fire-building, camp-cooking, and water purification, and Leave No Trace Wilderness Ethics. Students need to be comfortable on and in the water. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**WINT-055** **Whitewater Kayak Skills**
This class focuses on the sport of whitewater kayaking and is taught using whitewater kayaks, which are shorter and more maneuverable than the longer recreational or touring kayaks. Instruction begins with basics and progresses to more advanced skills and techniques using drills, games and exercises leading up to, among other skills, a full Eskimo roll. Class is typically taught in the pool and covers the following skills, which are all important for river kayaking: Kayak parts, accessories and terminology, wet exits, hip snaps, paddle strokes, j-leans, Eskimo rescues and Eskimo rolls. All necessary gear and equipment is provided. Participants should be able to swim and expect to be in the water each class. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**WINT-056** **Whitewater Kayaking**
This class involves kayaking on whitewater rapids in vessels that are specifically designed for this purpose. Participants should have some, but not necessarily extensive, kayaking experience. Basic required skills are first taught in still water (typically in a pool) before the class progresses into the field on actual whitewater rapids. Skills taught include the basics of whitewater paddling, maneuvering, righting and rescue techniques, whitewater safety skills, river reading/navigation, ferrying, eddying and peeling. This class will involve paddling on easy to moderate whitewater. Depending on the skill level of the class, other more advanced skills may be introduced. Students must be able to swim and be comfortable on and in the water. WINT-055 is not a required pre-requisite but is a good introductory course and suggested for new paddlers to take first. Participation in this class requires proof of health insurance. A course fee is applied via SFS bill. See Course Notes for course fee information and information on class meeting times. (WINT-55 Co-req) **Activity, Credits 0 (Fall, Spring, Summer)**

**WINT-057** **Whitewater Kayaking-Lock 32**
This class takes place at Genesee Waterways Center's Lock 32 Whitewater Park in Pittsford, NY. This class involves kayaking on whitewater rapids in vessels that are specifically designed for this purpose. No kayaking experience is necessary to take this class, but students should be able to swim and be comfortable on and in the water. Basic required skills are first taught in still water before the class progresses into whitewater rapids. Skills taught include the basics of whitewater paddling, maneuvering, righting and rescue techniques, whitewater safety skills, ferrying, eddying and peeling. This class will involve paddling on easy to moderate whitewater. Participation in this class requires proof of health insurance. See Course Notes for course fee information and information on class meeting times. **A course fee is applied via SFS bill** **Activity 15, Credits 0 (Fall, Summer)**

**WINT-058** **Sea Kayaking**
Sea kayaks are long, narrow, seaworthy vessels that have a covered deck and, in lieu of the maneuverability of a whitewater kayak, are designed to have higher cruising speed, cargo capacity, ease of straight-line paddling, and comfort for long journeys. This class will teach students how to safely and effectively paddle a sea kayak and use this type of vessel for extended open-water trips. This class includes an overnight sea kayaking trip and involves camping that may be in a wilderness environment Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**WINT-059** **Stand Up Paddleboarding**
Stand Up Paddleboarding is an activity that is relatively easy to learn, and provides a wide array of opportunity for leisure, fitness, and appreciation of the outdoors. This class will focus on the skills of Stand Up Paddleboarding, and the many leisure and fitness opportunities it affords. You can expect to learn all the basic skills necessary to enjoy this sport on any body of flat water. Each class will deal with components of each: equipment, technical skills and language, etiquette and safety. This class may meet both in the classroom and out on the water. Student should be able to swim and feel comfortable on and in the water. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WINT-060** **Snowshoeing**
This class is designed to utilize the sport of snowshoeing as a means of promoting and imparting physical fitness, outdoor preparedness, outdoor winter skills and knowledge of our local parks and natural resources. Students can expect to gain the necessary knowledge to continue enjoying this sport on their own. This class will take place various local trails and parks. In the event of a "no snow" day, hiking will be the substitute activity for the day. Snowshoes are provided for class use. Participants should possess sturdy boots for hiking as well as clothing appropriate for a winter, wilderness environment. *Note: Proof of health insurance is required to take this course. See Course Notes for any details on class meeting times. * **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WINT-062** **Adirondack Hiking/Snowshoeing**
Come hike some of the most beautiful trails the Northeast has to offer in the largest park in the country. This class consists of a mandatory pre-trip meeting followed by a weekend trip to the Adirondack State Park. The weekend will consist of day-hikes and overnights in lodge-style accommodations. Skills introduced include: trail hiking, map reading, route finding, and leave No Trace Wilderness Ethics. Snowshoes will be will be used in winter conditions. Participants should possess boots/shoes for hiking/snowshoeing as well as clothing appropriate for the wilderness and seasonal conditions. Proof of health insurance is required to take this course.*Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WINT-063** **Intro Winter Camping**
Explore the winter forest with your home in your pack. Sleep in tents or lean-to's, cook on camp stoves and hike or snowshoe the trail. Class will focus on the essentials of winter backcountry camping: planning, communication and execution. Learn to read the weather, pack for the cold and build fires. No previous experience is needed and beginners are welcome. This class will teach and follow the seven Leave No Trace principles. Students must be able to hike several hours while wearing a thirty-pound backpack. Participants should possess boots/shoes for hiking as well as clothing appropriate for a winter, wilderness environment. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WINT-065** **Beginning Cross Country Skiing**
Learn to cross-country ski and develop the basic skills needed to move efficiently across flat to hilly terrain (cross country skiing is different than downhill/alpine skiing). Designed for beginners, this class will focus on developing the classic diagonal stride, which is the main technique used by skiers to rhythmically propel themselves. Other skills taught will include stopping, turning, and climbing. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WINT-068** **Rock Climbing/Technical Skills**
This class is designed for those with some outdoor climbing experience. The class will be taught inside, but in simulated outdoor situations, covering such skills as anchor building and management; various belay methods and considerations; belay escapes and basic rescue skills; mechanical advantage and hauling systems; and, above all, safety and its many components in the climbing discipline. Climbing movement will only be covered inasmuch as it pertains to rope work and other technical considerations. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WINT-070** **Intro to Snowboarding**
This class will focus on the skills and culture of Snowboarding. You can expect to learn all the basic skills necessary to enjoy this sport at practically any ski and snowboarding resort. Each class will deal with at least one component of each: history, equipment, technical skills and language, on-hill etiquette and safety. This class will meet both in the classroom and out on the hill. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WINT-075** **Ice Climbing**
Learn to scale frozen waterfalls! This class is designed to teach basic ice climbing skills including belaying, ice tool & crampon use as well as special skills & safety considerations particular to climbing on ice. This class will involve pre-trip meetings followed by day trips to local frozen waterfalls for climbing. This class is appropriate for all experience levels and all necessary gear & equipment is provided. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

RIT0001070

**WINT-076**                                                    **Ice Climbing Adirondacks**
Ice Climbing/Adirondacks is an introduction to ice climbing. The class will begin with a required pre-trip meeting followed by a weekend trip to the Adirondack State Park for a weekend of climbing. Skills covered will include: Proper & effective use of crampons including front-pointing and "French Technique", ice tool techniques, belays and rope work, & general winter preparedness. This class is open to all skill levels. Proof of health insurance is required to take this course. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WINT-085**                                                    **Wilderness First Aid**
Whether you are an outdoor enthusiast, a trip leader, or just want to be better prepared to prevent and deal with accidents and emergencies in the wilderness, Wilderness First Aid is a must-have. This course uses both lecture and hands-on practice to provide a solid foundation in the basics of backcountry medical care. Areas of focus include response and assessment, musculoskeletal injuries, environmental emergencies, survival skills, soft tissue injuries, and medical emergencies. No previous medical training is necessary. WFA certification is good for two years. *Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**WINT-086**                                                    **Wilderness First Responder**
Wilderness First Responder is the perfect course for anyone working in a position of leadership in an outdoor setting or for individuals who want a high level of wilderness medical training for extended personal backcountry trips or expeditions. This is an 80-hour certification-granting course that involves a comprehensive and in-depth look at the standards and skills of dealing with emergencies in the backcountry. This includes response and assessment, musculoskeletal injuries, environmental emergencies and survival skills, soft tissue Injuries, and medical emergencies. Students will learn about body systems, anatomy, and physiology as well as elevated standards and protocols for backcountry care including skills for bivouac and extended patient care, methods of emergency evacuation, advanced splinting techniques, long-term wound care, and organized incident response. Passing written and practical examinations will grant students a WFR certification that is valid for three years. This class will involve both classroom lecture and practical exercises that will take place outside in varying weather conditions. *Note: No previous medical training is required. See Course Notes for class meeting times and locations.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WINT-091**                                                    **Slacklining**
Slacklining involves walking while balancing along a narrow, flat piece of nylon that is strung taught between two anchor points. This class will teach tips and techniques for both becoming proficient at slacklining as well as how to set up a slackline. As students become comfortable with basic skills, various additional tricks and challenges will be introduced. Slacklining is, in itself, a fantastic activity for improving balance, focus and kinesthetic awareness and also serves as effective cross-training for many other activities that depend on these capabilities.*Note: See Course Notes for additional details on class meeting times.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WINT-092**                                                    **Stand Up Paddleboard Yoga**
Stand Up Paddleboarding (SUP) Yoga unites the sport of SUP, an offshoot of surfing that developed in Hawaii, with the ancient practice of yoga. In this class, students will learn the art of performing yoga poses and techniques while on an SUP in still water. Practicing yoga on a surface that is less stable, like the paddleboard, engages the core and strengthens other muscles which may be neglected in on-land activity. This also requires intense focus, mindfulness, and intentionality to transition between poses while keeping the board steady. Those with more yoga experience will have the opportunity to practice the "beginner's mindset" as even well-practiced poses and routines become new when performed on a floating surface. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

## Lifetime Recreation Activities

**WREC-001**                                                    **Archery**
This course is designed to present the lifetime recreational activity of archery in a broad perspective for future use as a recreational and /or competitive pursuit. A major objective of the course is to develop strength in the upper back, neck and shoulder girdle. Students will be presented with the proper shooting techniques and forms. Instruction in the proper selection, use and care of archery tackle (equipment) will be provided. Students will be introduced to the rules, safety, etiquette of archery and archery competition. Once the fundamental skills have been well mastered, students will participate in a variety of class competitions (field, American, hunter, golf, clout, and flight.) Equipment provided by RIT. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-004**                                                    **Badminton**
Most people regard badminton as a gentle, noncompetitive, backyard diversion for relaxing summer afternoon play. However, the best setting has been found to be indoors or a breezy court. Here the shuttle cock ("birdie") can zip back and forth under great control and amazing speed: It becomes a very exciting game! Because it is physically/mentally demanding, it is one of the most invigorating and challenging sports in the world. It is also a great reducer of stress/ tension and a wonderful muscle-toning activity. For the competitive person, badminton offers limitless opportunity to develop skills and for others, a wonderful recreational activity. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**WREC-005**                                                    **Advanced Badminton**
The class is designed for students who have very strong background and skills in the game of badminton. This course would be most suitable for students who are prepared for a competitive experience that will include tournament play. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WREC-006**                                                    **Pickleball**
Pickleball is a sport described as a combination of ping-pong, tennis and badminton. It is an intense work out, very social and athletic as well as competitive game. It is typically played on a badminton court with a net that is lowered to 34 inches in the middle. Players use a baseball sized wiffle ball and a paddle, similar to a large ping-pong paddle, to volley the ball back and forth to score on the opposing team. People of all athletic abilities can play this sport because it is easy to learn. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WREC-007**                                                    **Basketball**
This course is designed for beginner-advanced male and female students. It is designed to emphasize basic skill development and refinement, team competition and tournament play. Students will be encouraged to develop individualized skills of the game of basketball: Passing, shooting, dribbling, rebounding, offensive and defensive movement techniques. Objectives of the course are to enjoy playing the game of basketball/team competition, physical conditioning enhancement, to become more informed as to the strategies of the game and to benefit from the sociological aspects of becoming involved with a team sport. The general format of each class will include a warm-up, basic and advanced drills and in class competitions. *Note: Students must be dressed in appropriate athletic attire and sneaks.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-008**                                                    **Advanced Basketball**
This course emphasizes continued development of skills necessary to participate in competitive basketball at an advanced level through game play and drills. Students interested should have experience as a former player. The course will examine strategy, positions, skill development, individual improvement strategies and team cohesion. Part of this curriculum will be devoted to basketball officiating. **A course fee applied via SFS bill. ** **Activity 2, Credits 0 (Fall, Spring)**

**WREC-009**                                                    **Racquet Sports**
This course is an introduction of three racquet sports: Badminton, Tennis and Pickleball. Badminton is a game played on a rectangular court by two players or two pairs of players equipped with light rackets used to volley a shuttlecock over a net that divides the court in half. Tennis is a game played by two or four players on an indoor or outdoor court. Pickleball is a fast growing sport described as a combination of tennis, table tennis, and badminton. It is typically played on a badminton court with a net that is lowered to 34" using a wiffleball and paddle. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WREC-016**                                                    **Pocket Billiards**
"Pocket Billiards" is enjoyed by many of all ages and of all levels of proficiency and skill. The purpose of this course is to develop the fundamentals of a sound game. Emphasis is placed on stance, grip, bridges, stroking and aiming. Other topics introduced are: Stop shots, follow, draw, "english", position play, banks, caroms, combinations, eliminations, break shots and safety play. Games taught and played are: 8-Ball, 9-Ball, Straight (14.1) and Cutthroat. Each class period is divided into three segments: Lecture/demonstration/practice and play. All equipment is provided by RIT and no previous experience is necessary for beginner's sections. 24 student limit. *Note: Meets in the SAU game room. Advanced sections offered. * **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

RIT0001071

**Recreation and Wellness**

**WREC-017**                                                        **Advanced Pocket Billiards**
Advanced Pocket Billiards can be enjoyed by many of all ages who have had a background in basic pocket billiards and want to take their skills to the next level. The purpose of this course is to refine the pocket billiards fundamentals one already possesses and obtaining advanced billiards skills. Emphasis is placed on refining stance, grip, bridges, stroking and aiming and learning advanced techniques. . Additional topics that will be refined are: Stop shots, follow, draw, "English", position play, banks, caroms, combinations, eliminations, break shots and safety play. Games taught and played are: 8-Ball, 9-Ball, Straight (14.1) and Cutthroat. Each class period is divided into three segments: Lecture/demonstration/practice and play. This course also will have a competitive tournament to crown the Advanced Pocket Billiards Champion and prepare students for advanced tournament play outside of RIT. *NOTE: All equipment is provided by RIT and strong background experience is required.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WREC-019**                                                        **Bowling/off-campus**
This course is designed for beginner, intermediate/advanced students who wish to participate in the lifetime recreational sport of bowling. The course is designed to practice the basic techniques of bowling and covers the following: Stance, push-away, back swing, approach and release (fundamental skills of the game). Students will learn the importance of proper ball selection and care of equipment (balls, shoes, gloves). The class will be presented with the rules and etiquette of the game. Once averages have been established, students will be placed on teams and will bowl as a competitive league (format) for the remainder of the term. Course held off campus at Bowl-A-Roll Lanes, 1560 Jefferson Road in Rochester, NY. *Note: Directions in the SLC Lobby. RIT does not provide transportation but car-pooling does exist.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-022**                                                        **Diving**
This course is designed to accommodate all ability levels. The fundamentals of diving will be covered early in the quarter. Students will progress to the next ability levels at their own pace and with the guidance of the instructor. The course objectives are: To teach basic diving safety, fundamentals of diving, to build skill level and develop confidence to as high a point as possible. Course content includes the following areas: Approach, take off, aerial positions, twists and entries. Students must be reasonably coordinated, with average strength and have a basic swimming competency (should be comfortable in deep water). *Note: Materials needed: Swim suit and towel.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-025**                                                        **Introduction to Fencing**
Introduction to the sport of fencing, covering all three blades: foil, epee, and saber. Objectives include basic proficiency with footwork, blade work, abiding by the rules of the sport and following safety procedures, experiential learning through bouting and the opportunity to direct (officiate) for one another. Classes begin with a light warm-up, followed by stretching and conditioning exercises. After the day's topics have been introduced and practiced, the class typically concludes with fencing bouts. Grading is based on attendance and skill evaluation. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WREC-031**                                                        **Fresh Water Fly Fishing**
This course introduces students to fly fishing skills which includes identifying trout species, understanding trout behavior and trout habitat, basic entomology and hatch calendar, recognizing common artificial wet and dry patterns, tying wet and dry fly patterns, viewing some popular trout streams in the northeast and western United States, and reading stream conditions. This course includes hands-on sessions for fly casting techniques. Equipment is provided for students who need it (rod, reel, leader material and flies). Class meets weeks 7-14 of the with the last class meeting off site at the same regular class time. RIT does not provide transportation. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Spring)**

**WREC-034**                                                        **Flag Football**
Flag football offers a chance to experience football at its best. Sport equipment will be provided. Individual skills combine in an atmosphere of teamwork, goal attainment, leadership awareness and excitement. Skill presentation, demonstration, drill work and play allow students of all levels to benefit from flag football activity involvement. Passing, catching, flag techniques, offensive/defensive play, creativity, kickoffs, point after attempts, handoffs and rule review will highlight the course. Active participation progresses fitness levels in many areas. Flag football will be offered at various times throughout the school year (depending on instructor/ facility availability). **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-035**                                                        **Yard Games**
Yard games are usually those activities enjoyed while picnicking with family and friends. For many, they are both the first and last physical games in life that can be learned, enjoyed, and played skillfully: where old can compete evenly against young; where the physically challenged can take on the physically gifted; where finishing second is as enjoyable as winning. RIT Yard Games is mixed program with an Olympic-style format. A smorgasbord of activities will go on simultaneously in one location, either indoors or out depending on weather. Kan Jam, Corn Hole, the Washers game, Ladder golf/ball, and Bocce will be the core activities for all classes, while Badminton, Pickleball, and other miscellaneous tossing games will be included indoors. Students will have the opportunity to enjoy at least three different games per class, with both chosen and new partners. The history and rules of each game will be presented, and students will be able to keep personal-best records while evaluating the enjoyment and challenge factor of each activity. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WREC-037**                                                        **Dodgeball**
Re-live the glory days of summer camp and middle school by taking part in one of the fastest growing activities on college campuses across the country. Dodgeball is a great way to exercise, relieve stress and most importantly-have fun! This course will focus on the recreational game of Dodgeball as it is sanctioned by many leading organizations such as: The World Dodgeball Association (WDA), The National Amateur Dodgeball Association (NADA), the International Dodgeball Federation (FDA) and the National Dodgeball League (NDL). Students will play the game of Dodgeball using different rules, formats and balls, court and team sizes. This will be an intense, competitive class but with a relaxed, open environment that will accommodate all ability levels. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-040**                                                        **Ultimate Frisbee**
Ultimate Frisbee is a non-contact disc sport played by two teams of 7 players. The object of the game is to score goals. A goal is scored when a player catches any legal pass in the end zone of the opposing team. The disc (frisbee) is advanced by throwing or passing it to team mates. The disc may be passed in any direction. Any time a pass is incomplete, intercepted, knocked down, or contacts an out of bounds area, a turnover occurs. A turnover results in an immediate change of team possession of the frisbee (disc). Students will learn the rules, basic throws and strategies of this exciting game while developing levels of physical fitness. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-047**                                                        **Golf**
Beginning golf familiarizes the student with basic principles of technique, rules, etiquette, equipment and various course layouts. Players will benefit from play alongside novice and experienced level players. Unique individual critiques, etiquette discussion, grip coverage, stance, posture and swing planes are learned, as well as use of irons, woods and putters. When appropriate, videotaped presentations are shown. Stretching, technique demonstration and review combine with various club hitting practice to fill fifty minutes of experiential golf education. Professional presentation delivery and breadth of information in combination with practice, lead to continuous improvement. Written examination tests learning levels performance, as well as a self-performance videotape. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-050**                                                        **Horseback/English**
Student equitation skills, horse control, walking work, the trot and canter develop within this beginning Horseback/English course. Moving on to higher level intermediate and advanced courses, students learn fence jumping and fence course introduction, while further refining equitation skills. Course objectives include riding and stable safe work techniques, developing correct positioning, riding control and specifics dealing with a variety of horses and presented situations. Ground work education such as horse stall exiting, ground leading and correct mounting procedures along with walking, sitting, posting and two-point positioning, walking without stirrups, trotting and cantering lead into intermediate skills. *Note: Must call Huntington Meadows Stables to set up lesson times (872-6286) or email rboucard@rochester.rr.com. Leave phone number and email !* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-053**                                                        **Horseback/Western**
Enjoy scenic trail riding while learning how to safely work and communicate with western trained horses at Liberty Stables in Bloomfield, NY. This class includes weekly discussions/rides. Designed with the novice in mind, students will learn to ride at a walk, trot, and canter. However, the variety of 15 lesson horses allow for varied experience levels. Class discussions/demonstrations include ground and riding safety, basic care/maintenance of horses as well as a bit of history of the human/horse relationship over the past 3000 years! With 80 beautiful acres of rolling countryside, open fields and forested areas as well as outdoor/indoor lesson rings, you are sure to develop your riding foundation. Attendance is key to success in this class. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

RIT0001072

**WREC-059**                                        **Ice Hockey**
This course is designed for beginning to advanced ice hockey players. Students must provide their own skates, helmet with full face cage, hockey stick and gloves. Course objectives: To learn the basics of equipment, safety, skating acceleration, stick handling, skating agility (forward and backward), and basic drills. The advanced classes (POWER SKATING) are NOT for beginners! These classes will cover advanced hockey skills, including: Shooting, passing for accuracy, advanced drills, defensive zone coverage and competitive play. If the class is above average in ability, a session on Power Plays and Penalty Kills may be added. There is NO body checking allowed in class. All penalties during class will be penalty shots. *Note: Students must have their own skates and full equipment including a full face guard and helmet, gloves and full pads.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-060**                              **Hockey Power Skating**
Hockey power skating will teach you quicker starts, stops, speed, transitions, and power. The course will focus on sharpening your stride, body positioning, and quickening movements. Participants will become a more confident and fluid player. Proper skating technique will be stressed to achieve the above goals. Skaters should have a basic ability to skate forwards, backwards and stop properly.**Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WREC-062**                                 **Beginner Ice Skating**
This course is designed for beginner-advanced ice skaters. Instructional emphasis will be placed on safely learning the life-long activity of ice skating. Early in the Semester, students will be introduced to aspects of basic use and care of equipment and safety implications. Once basic skills have been obtained, students will progress as follows: Gliding and snow plough stop; forward glide and sculling; backward glide and sculling; forward cross-overs; short jumps/turns; two foot spins; forward chasses; Killian hold; backward chasses waltz hold; foxtrot hold; forward drag, bunny hop and lunge; forward arabesque; combination jumps and spins; Sal chow and basic program development. *Note: Students may use their own skates or can rent skates at the rink ($3.00).* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-063**                               **Intermediate Ice Skating**
This course is designed for those with some ice skating experience, wishing to further develop and refine skills in figure and power skating. Instructional emphasis will be placed on advancing skills and developing balance, agility, efficiency and power, with a focus on body position, core organization, and proper mechanics. Skills covered will include forward and backward power stroking, edge control and footwork phrases, advanced forward and backward cross overs, hockey stop, turns, transitions and entry level jumps and spins. Instruction can be differentiated to suit hockey based power skating skills and figure skating. Working within the format of group lessons, each skater will receive support suitable to their level of skating while challenging themselves to progress. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WREC-065**                                              **Juggling**
This course is designed to acquaint students with the art of juggling in theory and practice while at the same time conditioning their minds and bodies. Course concentrates on 3 and 4 ball juggling patterns and is geared to accommodate all levels of learners. Instructor will teach one-on-one as well as group demonstration. Clubs, rings, combination cigar boxes, scarves, club swinging and 5 ball juggling will be taught (where appropriate to advanced students). Personal instruction will be supplemented with juggling movies, literature and video taping. The goal of the course is not only for each student to achieve maximum juggling ability, but also to increase their mental concentration and physical coordination. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-068**                                           **Racquetball**
Racquetball is designed to teach skill development from beginners to advanced level players. Focus for the beginner is on skill development and refinement, while intermediates to advanced focus on perfecting the strokes and competitive strategies. Activity level is high. Students will have the opportunity to develop overall fitness elements. The basic course objectives are: skill understanding, enhancement of the social/emotional components, CV fitness, basic shots, equipment, warm up/cool down, training and game strategies. This course meets 1-2x week in the SLC racquetball courts. *Note: Racquets and balls are provided. Eye guards are required and may be purchased locally. All students must bring their RIT ID to every class.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-071**           **Skiing and Snowboarding Lift Ticket and Equipment Rental**
This course is offered at Bristol Mountain Ski Resort on Tuesday evenings from 5 pm-9pm. Bristol Mountain is located at 5662 Route 64, Canandaigua, New York, 14424, http://www. bristolmountain.com. *Note: This ski pass is valid only on the designated Tuesday evenings (TBA). This course is designed for those who need to rent equipment that includes rental of skis, boots, poles, snowboard and helmet and also includes a lift ticket. A mandatory meeting will be held for all participants on Tuesday (late evening) during the first week of the Semester (Date TBA-see course notes). Please note that ski helmets are mandatory for participation in this class. RIT does not provide transportation however car-pooling is encouraged and will be discussed at the required pre-class meeting.* **Fee: A course fee applied via SFS bill and per Bristol Mountain. See Course Notes for course fee information. The price of this course includes rental of Skis, Boots, Poles or Snowboard, helmets and lift tickets. ** **Activity, Credits 0 (Spring)**

**WREC-072**                      **Skiing and Snowboarding Lift Ticket Only**
This course is offered at Bristol Mountain Ski Resort on Tuesday evenings from 5 pm-9pm. Bristol Mountain is located at 5662 Route 64, Canandaigua, New York, 14424, http://www. bristolmountain.com. *Note: This ski pass is valid only on the designated Tuesday evenings (TBA). A mandatory meeting will be held for all participants on Tuesday late evening during the first week of the Semester (TBA-check course notes). Please note that ski helmets are mandatory for participation in this class. RIT does not provide transportation however car-pooling is encouraged and will be discussed at the required pre-class meeting.* **Fee: A course fee applied via SFS bill and per Bristol Mountain. See Course Notes for course fee information. The price of this course includes lift ticket only, not equipment or helmet rental. ** **Activity 2, Credits 0 (Spring)**

**WREC-073**                                                **Soccer**
Soccer, the sport of all the world, is a game of constant action. Each player involved in this game must be able to perform as an individual, as well as be an essential part of team play. In this class, we will cover fundamentals of ball control, trapping, dribbling, passing, heading, shooting, defensive (zone, man-to-man) techniques, offensive techniques, goal keeping and soccer terms. In this class, we will also discuss how every team is comprised of individual skill, group skill and team tactics. Class format will follow a warm-up session with skill practice, instruction for the day, along with mini-games in a controlled scrimmage situation. Winter offering will be indoors. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-074**                                                 **Futsal**
Futsal is a modified form of soccer played on an indoor court with boundaries. It is different than indoor soccer because indoor soccer is played on a turf field with walls. The players in futsal are more likely to develop their foot skills without relying on a wall for support. The rules are slightly different than traditional soccer such as there are no throw-ins, just kick-ins. The main difference is the ball is weighted and a size 4, slightly smaller with bounce restriction. This game is played with only 5 players on each side. Having a slightly smaller ball with less bounce allows for a much faster game which will increase foot skill speed and reaction time. Players contact the ball more, and improve their quick, short passes. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WREC-076**                                       **Softball: Slow Pitch**
Co-ed activity class designed for beginner to advanced players of the game of slow-pitch softball. Class will meet outdoors on the turf field or IM field, weather permitting. During inclement weather, class will meet in Clark gym, and play a modified game of softball: Mush- ball. Course consists of basic fundamentals of slo-pitch softball, with "speed up" rules of 3 balls and 2 strikes; including rules, out- field play, infield defensive skills, hitting, pitching techniques, base running, basic game strategies and umpiring. *Note: No metal spikes will be allowed. First class: Meets indoors and consists of orientation session and instruction regarding rules of the game. Most other classes: Outdoor drills and skill refinement.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-079**                                 **Swimming/Beginners Only**
Participation, enjoyment , improvement, knowledge, fitness conditioning and safety, class shares the latest swimming information and techniques. Course procedure includes individual and group instruction. Objectives involve work on skill improvement, safety development, all stroke recommendations, endurance improvement and swimming enjoyment. Course content delivers beginner, intermediate and advanced swimming skill work, freestyle, side, back, breast, fly and elementary back- stroke. In addition to turns and variation, water orientation and entry, stroke mechanics, understanding fitness conditioning, games, diving and safety skills, students explore water enjoyment. *Note: This is strictly a "beginner's" class.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**Recreation and Wellness**

---

**WREC-080**                                          **Intermediate Swimming**
This class will take students with beginner swimming skills and knowledge to the next level by introducing and practicing all four of the competitive Swimming strokes (front crawl, back crawl, breaststroke, butterfly). These strokes will be practiced and refined in the lap pool formation. Basics of starts off the blocks, flip turns and treading water will be introduced, practiced and refined. Students will progress from lap swimming of these competitive strokes to swimming for fitness by the end of the term. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WREC-081**                                                          **Water Polo**
Water Polo is an exciting, fast-paced game that incorporates athletic elements from soccer, basketball, football, rugby, wrestling, and swimming. Participants will learn basic skills and strategies including ball control, game plays, passing, set-up, and shooting. Course will begin with basic swimming head-up freestyle, swimming with the ball, and treading water with and without the use of hands. After the instruction of fundamental skills, participants will learn game set-up, plays, offensive and defensive skills. Participants must be comfortable in deep water. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WREC-082**                                                              **Tennis**
Participation, enjoyment, and lifetime game appreciation fulfill class expectations. Introduction to beginning fundamentals and skills will be covered. Objectives of the course reflect upon: game skills, rules, etiquette, tennis appreciation, and attaining a level of play that allows competition with comparable players. Court layout, surfaces, scoring, equipment, individual skills (forehand, backhand, serve, the volley, overheads) and footwork allow progression into preliminary games and round robin play.*Note Indoor Tennis periodically are now offered in the Winter/focuses on tennis drills aimed at increasing cardiovascular strength/breathing and advanced footwork. Students will do circuit training, court positioning and continuous feeding drills.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring, Summer)**

**WREC-083**                                          **Tennis: Intermediate-Adv.**
This course is designed for students who have a fairly strong background in the sport of tennis and are interested in taking their skills to the next level. There will be a brief review of tennis fundamentals and skills but class will move quickly to more advanced drills and competitions. Objectives of the course focus on: challenging game skills, review rules (singles and doubles), review etiquette, and attaining a high level of play that allows for competitive tournament play and matches. Students should have a strong background in tennis court layout, surfaces, scoring, equipment, and strong individual skills (forehand, backhand, serve, the volley, overheads) to easily enter class competitions. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WREC-085**                                                          **Volleyball**
This course designed for all levels of players of the lifetime recreational and competitive game of volleyball. Course evaluation is based on attendance, effort, improvement and enthusiasm. The basic course outline includes instruction and rehearsal of basic volleyball skills (under hand pass, over head pass, spike and serve); rules; basic formations/ positions/strategies; and tournament play. Students will have ample time to practice/refine basic-advanced skills of the game. Tournament play will take place in the form of a random team selection from class to class. *Note: Students should dress in athletic wear, with comfortable sneaks and knee pads (if desired). Advanced section offered periodically.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-086**                                                          **Wallyball**
Wallyball is a fast-paced sport that combines skills from handball, tennis and volleyball. It is played on a racquetball court with a volleyball sized rubber ball with 2 or 4 players per side. The concepts are similar to volleyball but with an element of surprise because players can hit or spike the ball off of the side walls. This sport will test your hand-eye coordination, balance, strength, power and agility. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WREC-091**                                                          **Table Tennis**
Table tennis is the 2nd most popular sport in the world. It is a sport played by all ages. At the beginner level it is recreational. At the top level, it is a world class sport requiring years of dedication and top notch training/fitness! It combines technique, speed, spin, power, touch, smarts and concentration. Course content includes: basic strokes, footwork, drills, strategies and rules. Games and matches will also be played, based on practice drills, and then a tournament near the end of the quarter. All equipment is provided. *Note: Must wear sneakers.* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WREC-092**                                          **Advanced Table Tennis**
Table tennis remains the 2nd most popular sport in the world. At the beginner level it is recreational. This course is designed for players with a strong table tennis background who want to play the sport at a higher level. Basic skills will be briefly reviewed, while advance techniques will be introduced early on. At the top level, this is a world class sport requiring years of dedication and top notch training/fitness! An advanced player must be easily able to combine technique, speed, spin, power, touch, smarts and concentration. Course content includes: Reviewing basic strokes, footwork, drills, strategies and rules but then delving into advanced techniques early on and begin competitions.. Competitive games and matches will regularly be played, and then a high level tournament will take place near the end of the term. *Note: All equipment is provided, but students must wear sneakers. * **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WREC-093**                                          **Competitive Table Tennis**
This course is designed for players with a strong table tennis background who are interested in advancing their skills to the next level. Students will learn how to combine technique, speed, spin, power, touch, and concentration to gain individual improvements by the end of the semester. ** A course fee applied via SFS bill. **Activity 2, Credits 0 (Fall, Spring)**

**WREC-094**                                                              **Curling**
This course will focus on the Olympic sport of curling. Curling is a competition between two teams with 4 players each. The game is played on ice, and the teams take turns pushing a 19.1kg stone towards a series of concentric circles. The object is to get the stone as close to the center of the circles as possible scoring more points than the opposing team. Instruction will cover all rules, equipment, safety, basic-intermediate skills and competitions. *Note: All classes will meet off campus at the Rochester Curling Club on 71 Deep Rock Rd. (11 minutes from campus). RIT does not provided transportation. For directions call 235-8246 or www.rochestercurling.com. * **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Spring)**

**WREC-098**                                                          **Team Handball**
The verbal similarity between team handball and the more familiar "handball" played in a small court causes much confusion when talking about the game of team handball. The similarity of the 2 sports stops with the name. Team handball is played on a court like Basketball. Each team has 7 players-six court players and a goalie that plays both offense and defense. The basic objectives are to throw the ball into the goal of the opposing team and to defend one's own goal against attacks by the other team. Team Handball is a rapid, continuous play type of activity. Students will learn the rules, throws and basic strategies of the game while at the same time develop cardiovascular fitness levels. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

## Martial Arts

**WMAR-001**                                                              **Karate**
Course designed to help students increase their stamina, flexibility and basic techniques in self-defense. Main course objectives: become more physically fit to enhance self-esteem; develop self-confidence to help students deal with everyday situations; relieve stress by providing an outlet to "blow off steam"; and to gain self-discipline to enable students develop better study, work and life habits. Course content: calisthenics; stretching; upper body/lower body exercises; kata (a prearranged set of movements which deal with being attacked). **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WMAR-005**                                                          **TaeKwonDo**
This course is designed to teach the physical, mental, and philosophical aspects of TaeKwonDo. Students will learn self-defense motions through kicks, strikes, and blocks. The history and philosophy of this ancient art will be discussed along with the modern Olympic sport aspect. This class will be taught using a variety of drills and exercises designed to condition the mind and body. Targets, shields, and boards will be used in practice. Tae âKwon âDo is the art of self defense that originated in Korea. It is recognized as one of the oldest forms of martial arts in the world, reaching back over 2,000 years. The name was selected for its appropriate description of the art: Tae â(foot), Kwon â(hand), Do â(art). **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WMAR-006**                                                          **Self Defense**
This empowering self defense course, designed for students is designed to help students increase their stamina, flexibility, and basic fundamental techniques needed to feel confident in the ability to protect oneself. In this positive, non-threatening environment, the class will teach proper use of hands and feet as weapons, how to fend off multiple attackers, as well as techniques that can be used against a person with a knife, gun or club. Main course objectives: become more physically fit, enhance self-esteem and gain necessary awareness of potential dangers, develop confidence and self-discipline to help deal with everyday situations, relieve stress, provide resources needed to develop better study, work and life habits. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

RIT0001074

**WMAR-011**                                                **Kali Level I**
This course is a study of Filipino Indigenous Martial Arts used in Pre-Hispanic colonial periods of the Philippines known as Kali, Arnis and Eskrima. The practice of this art was trained in the guise of cultural dances and theatrical plays to hide the Martial applications from the colonial powers. This course will explore the system's unique training method that begins with weapons and transfers the same movement to empty handed defensive applications using a 3 dimensional thought provoking process of deciphering and understanding body mechanics. Class includes skills through the use of double/single sticks in place of blades and use of these tools to develop plymetric and 2 man dynamic drills. *Note: Students must have their own rattan sticks (purchasing information is provided by the Instructor).* **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WMAR-016**                                                    **Kung Fu**
Kung Fu typical classes are 1-2 hours, depending on the class-where all students work together. Most classes start with exercises, which are followed by the introduction of basic technique and their application. Students' progress throughout the term learning more advanced skills at a workable pace, and gain more self- discipline and confidence. Kung Fu is an excellent method of getting in shape. Students will feel a definite improvement in overall well-being as they develop their offensive and defensive abilities. Students can also learn the philosophy, history and analysis of Kung Fu techniques. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WMAR-018**                                            **Kung Fu: Advanced**
This Kung Fu class allows students to utilize their current skills and obtain more advanced skills to further gain strong self- discipline and enhanced confidence. Kung Fu is an excellent method to change your fitness level and see improvements in overall well-being by developing offensive and defensive abilities. Students will utilize their current knowledge of Kung Fu philosophy, history and analysis to move to the next level of competency and rank. Students should have prior background experience in the basic skills of Kung Fu that will be important in the success at an advanced level. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WMAR-021**                                        **Kung Fu Open Practice**
This class is designed to provide extra practice time for students outside of their regular class and to give students the opportunity to receive more individual instruction on techniques they have questions about or feel they need help with. Typically class will run for about an hour and 20 minutes, starting out with a set of warm-up exercises, which will then be followed by a review of techniques or 1-on-1 bouts with a senior instructor present. The format of the class is open, providing the opportunity for previous students to rejoin and refresh on techniques they may have learned several quarters, or years ago. All are welcome to register. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WMAR-031**                                        **Kung Fu Self Defense**
This self defense class is designed to teach students the physical and mental techniques/attitudes they need to protect themselves both on campus and off. During class students will learn a variety of self- defense applications and techniques that can be used anywhere and in any situation. Over the course of the quarter students will gain an increase in physical fitness, self-confidence, and awareness, which will better enable them to deal with any situations they may encounter - whether walking back to the dorms late at night or walking home to your off-campus apartment, you'll learn how to stay safe and out of danger. The techniques taught in this course will be based in Shaolin Kung Fu. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WMAR-033**                                            **Warrior Workout**
This class focuses on functional fitness incorporating a variety of martial arts to increase overall conditioning. Whether you have a desire to improve punching, blocking, and kicking or rolling, falling, and ground work, this course can assist in achieving your personal fitness goals. While this class is designed for a wide range of martial arts, it will focus on fitness drills and is suitable for all fitness levels. This class can be taken on its own or as an additional practice session for a student taking any Martial Art. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring, Summer)**

**WMAR-036**                                        **Tai Chi Slow Paced**
This course is designed to teach 24 forms of Tai Chi movements with popular meditation ideas. Focus on creating strong internal energy and strength. Pursue and maintain good health, the "qi" sensations. Learn to balance the body with gentle movements that improve health conditions with each progressive section. Tai Chi was created 400 years ago and repeats simple movements again and again in certain frequency, allowing students to develop a special routine for maximal energy, skills and string internal power for application in defense and self-healing. First time learners are welcomed. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WMAR-050**                                                    **Qigong**
This martial arts course focuses on 'internal energy exercise' based on practices from 2000 years ago. The powerful combination of slow movement, breathing, postures and meditation practices allow the body to open energy channels instantly, thus dramatically healing disease that conventional medicine has failed to overcome. Students will focus on using 'health energy' to pursue success, peace and happiness. Basic course content: Flying Crane Qigong (combines movement with mental concentration); Fragrance Qigong (repeats simple movements in specific frequency for maximal biophysical energy); and Qigong Meditation (involves applying physical pressure to transform 'bad' energy to 'good' energy) to heal at a subconscious state. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WMAR-056**                                                    **Aikido**
Aikido was founded by Master Morihei Uyeshiba as a synthesis primarily of Aiki-jitsu, Aiki-ken, Judo and founder's philosophy of peaceful reconciliation of conflict. One of the founder's students, Koichi Tohei Sensei, founded a branch school called the Ki-Society, which emphasizes the development of personal "ki" through Aikido practice. RIT aikido traces its lineage back to the original Hombu dojo in Japan. The objective of this course is to provide physical conditioning by educating and coordinating the whole body-mind-spirit system. Basic ideas and techniques will be taught. The four basic principles to be presented: 'Keep one-point', 'Relax completely', Keep weight under- side', and 'Extend Ki'. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WMAR-066**                                                    **Sparring**
This exciting Martial Arts course is designed to help students increase their stamina, flexibility and basic techniques in self defense, with emphasis on controlled fighting bouts (2 students matching their skills against each other). Main course objectives: develop confidence through physical fitness, relieve tension by providing a healthy forum for stress relief and gain the self discipline to enable students to lead a more productive lifestyle. Course content: calisthenics, stretching, and punching and kicking drills (include bag work and sparring with other students) to promote the development of footwork, distancing timing, focus and strategies needed to be a skillful fighter. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

**WMAR-071**                                            **Brazilian Capoeira**
This exciting martial art course is one of the few, if not the only one still in existence, native to Americans, developed in Brazil by the descendants of African slaves brought there by the Portuguese during the era of the Atlantic Slave trade. Capoeira is characterized by dynamic body play, kicking, sweeping, takedowns, aggressive feinting and head butt movements. It is played within a circle of onlookers and fellow participants, called a "Roda". The game is played when two contestants enter the circle and begin to "ginga" ("to swing" in Portuguese), launching various attacks, counters and initiating defense. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity, Credits 0 (Fall, Spring)**

## Military Sciences

**WMIL-001**                                    **Air Force ROTC Physical Training**
This course is designed to help the individual establish a physical readiness program. "Physical Readiness" are those factors that determine one's ability to perform heavy, physical work and those that help maintain good health and appearance. Factors/components of readiness: muscular strength, muscular endurance and cardio-respiratory endurance. Major goals of the course: To physically challenge students and help students develop self-confidence, discipline and spirit. Students will work to develop physical readiness to a degree that will enable them to achieve or exceed the physical readiness standard established by the U.S. Air Force. *Note: Must be enrolled in RIT ROTC Air Force.* **Activity, Credits 0 (Fall, Spring)**

**WMIL-006**                                        **Air Force Leadership Lab**
This ROTC course is an Air Force Leadership Lab. Formerly Air Force Physical Training II, this revised course is designed to provide the students with a foundational understanding of the benefits, privileges and opportunities as well as responsibilities associated with an Air Force commission. Students will also be introduced to Air Force customs, courtesies, environment, drill, flight movement and ceremonies. *Note: Must be enrolled in the RIT ROTC Air Force Program.* **Activity, Credits 0 (Fall, Spring)**

**WMIL-018**                                        **Army Conditioning Drills**
This course is designed to help the individual establish a physical readiness program. "Physical Readiness" are those factors that determine one's ability to perform heavy, physical work and those that help maintain good health and appearance. Factors/components of readiness: muscular strength, muscular endurance and cardio-respiratory endurance. Major goals of course: To physically challenge students and help them develop self-confidence, discipline and spirit. Students will work to develop readiness to a degree that will enable them to achieve or exceed the physical readiness standard established by the U.S. Army Evaluation will be determined by the use of the Army's Physical Readiness Test. *Note: Must be enrolled in RIT ROTC Army.* **Activity, Credits 0 (Fall, Spring)**

RIT0001075

**Recreation and Wellness**

**WMIL-021**                                                    **Army Leadership Lab ROTC**
*Note: must have successfully completed Army Conditioning Drills and must be enrolled in RIT Army ROTC.* **Activity, Credits 0 (Fall, Spring)**

**WMIL-024**                                                    **Navy Drill ROTC U of R**
This course is designed to help the individual establish a physical readiness program. "Physical Readiness" are those factors that determine one's ability to perform heavy, physical work and those that help maintain good health and appearance. Factors/components of readiness: muscular strength, muscular endurance and cardiorespiratory endurance. Major goals of the course: to physically challenge students and help them develop self-confidence, discipline and spirit. Students will work to develop physical readiness to a degree that will enable them to achieve or exceed the physical readiness standard established by the U.S. Naval Sciences. *Note: Must be enrolled in University of Rochester ROTC Navy. Call 275-4275 @ U of R for more information.* **Activity, Credits 0 (Fall, Spring)**

## Music

**WMUS-001**                                                    **Guitar Ensemble**
This course is designed for beginning guitarists who wish to understand the fundamentals of music and performance through the guitar. Prior instruction is not required. Basic skills such as chord strumming, tablature notation, improvisation, and ensemble playing will be covered. Students are required to have their own instrument. The use of a classical guitar nylon-string is highly recommended for the purposes of this course, but acoustic guitars (steel-string) will be accepted. Upon completing this course, students may continue their studies on the guitar through lessons (FNRT-256). **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WMUS-002**                                                    **Steelband Ensemble**
This course is designed for beginning musicians who wish to understand the fundamentals of music and performance through the performance of steel drums. The instructor/band director will instruct students using both western music pedagogy and rote learning techniques that emerge from Caribbean music traditions. In addition to studying instrumental technique and individual band parts, students will learn about the history and development of the instrument from its roots in African drumming, its evolution through found instruments and discarded oil barrels, to its modern form and practice. Prior instruction is not required. **Fee: A course fee applied via SFS bill. See Course Notes for course fee information.** **Activity 2, Credits 0 (Fall, Spring)**

**WMUS-003**                                                    **African Drum Ensemble**
African Drum Ensemble is a course designed for beginner musicians who wish to understand the fundamentals of music and performance though the performance of African Drums. In addition to learning instrumental technique and individual band parts, student will learn about the history and development of the instrument from its roots in African drumming, its evolution through African history, to it's modern form and practice. Prior experience is not required for this course. **A course fee is applied via SFS bill. Activity 2, Credits 0 (Fall, Spring, Summer)**

**WMUS-004**                                                    **Gospel Ensemble**
Gospel Ensemble is a course for beginning musicians who wish to understand the fundamentals of music and performance through the performance of Gospel music. Students will learn to sing authentic Gospel music within an ensemble setting. Prior instruction is not required **A course fee is applied via SFS bill. Activity 2, Credits 0 (Fall, Spring, Summer)**

**WMUS-005**                                                    **Play, Sing, Produce**
This course is designed for beginning musicians who wish to understand the fundamentals of music and performance through the performance of American popular music. Students will learn to play and sing within an ensemble setting and learn about modern recording practices and post production practices within a recording room and mixing room. Some previous experience playing or singing is strongly encouraged. **Fee: A course fee applied via SFS bill. Activity 2, Credits 0 (Fall, Spring, Summer)**

RIT0001076