# EXHIBIT 32

**RIT0001122**

# R·I·T

**Rochester Institute of Technology**

Undergraduate Admissions Office
Bausch & Lomb Center
60 Lomb Memorial Drive
Rochester, NY 14623-5604
585-475-6631 Fax: 585-475-7424

February 27, 2015

Nicholas Bergeron
65 Valley St
Adams, MA 01220-1637
USA

Dear Nicholas:

Congratulations! I am pleased to inform you that your application to the Computing Security program at the Rochester Institute of Technology has been approved by our Admissions Committee for 2015-16 Fall entry. We believe that you possess the academic potential and motivation to benefit from the rich academic resources available to you at RIT.

In deciding to attend RIT, you will be joining the student body of an internationally recognized university. Enthusiasm and commitment to teaching are undeniable characteristics of RIT's distinguished faculty. Our students have access to some of the finest laboratories, technology and computing facilities available on any university campus. Employers know that our students have high-caliber qualifications and experience which makes our graduates highly sought after in the marketplace.

On campus you will find that just about everything you need is available to provide you with a rich and well-rounded college experience. RIT offers over 300 clubs and organizations. Whether you are interested in art, music, literature, politics, science, or sports, you will almost certainly find others at RIT who share your enthusiasm. The diverse array of students, faculty and quality of residential life contribute in many ways to a rewarding campus experience.

We have enclosed the essential information you need to accept our offer of admission. Please review this information carefully. To accept our offer of admission we encourage you to confirm your intention to enroll by completing the Acceptance of Admission Form and paying the $300 deposit online at admissions.rit.edu. If you are unable to respond online, you may complete the enclosed Acceptance of Admission Form, attach the acceptance deposit and mail it to the Office of Undergraduate Admissions. You must confirm your intention to enroll to reserve your place in the freshman class.

Submitting your acceptance deposit early provides new students with several benefits. The deposit date is used in the priority assignment of campus housing. In addition, the deposit converts your myRIT computer account into a current RIT student account, affording you full-access to all of our online educational resources. Students submitting the acceptance deposit or residence hall contract with a postmark after May 1, 2015 may have their deposit returned or be placed in temporary housing.

This offer of admission has been made with the understanding that you will successfully complete your secondary school program of study prior to entering RIT. Information regarding RIT's orientation program, housing assignments, and course registration will be forwarded to you as this information becomes available. In the meantime, if we may be of any assistance do not hesitate to contact us.

Again, please accept our congratulations on your admission to RIT. We are confident that your years on campus will be challenging and rewarding. We look forward to welcoming you to the RIT community.

Sincerely,

Daniel R. Shelley, Ph.D.
Assistant Vice President and
Director of Undergraduate Admissions

Computing Security
U01/00006

CONFIDENTIAL

RIT0001122