# EXHIBIT 35

**RIT0001887**

View Agreement Detail

**Details**

| | | |
|---|---|---|
| **Institution** RIT01 | Rochester Institute of Tech. | |
| **ID** 321008526 | | Attachments (0) |
| **Last Name** Quattrociocchi | **First Name** Nicholas | |
| **Task Title** RIT STUDENT FINANCIAL RESPONSIBILITY AGREEMENT | | |

**▼ Context Data**

| Career | ALL |
|---|---|
| Term | 2191 |

**Task Status** Completed

**Instance ID** SF_SFRA_V174844

**Item ID** SF_SFRA_V11_SF_SFRA_V174844

**Agreement** RIT STUDENT FINANCIAL RESPONSIBILITY AGREEMENT

**Acceptance Date** 10/29/2019    ☑ Acceptance Status

**Agreement Text**

PAYMENT OF FEES/PROMISE TO PAY

I understand and agree that when I register for any class at the Rochester Institute of Technology (RIT; university), or receive any service from RIT including student meals plan and/or housing charges or have deferred payments due or incur any liability for damages, I accept full responsibility to pay all tuition, fees and other associated costs assessed at any time as a result of my registration and/or receipt of services, or liability notwithstanding any anticipated third-party resource, including but not limited to financial aid, family gift, employer reimbursement or any other external resource. I promise to pay for all assessed tuition, fees and other associated costs by the published or assigned due date.

I understand and agree that if I drop or withdraw from some or all of the classes for which I register, I will be responsible for paying all or a portion of tuition and fees in accordance with RIT's Tuition Refund Policies located here: http://www.rit.edu/fa/sfs/refund. I have read the terms and conditions of the published Tuition Refund Policies in the Tuition and Fees section of the Student Financial Services web page and I further understand that my failure to attend class or receive a bill does not absolve me of my financial responsibility as described above.

DELINQUENT ACCOUNT/COLLECTION

**Financial Hold:** I understand and agree that if I fail to pay my student account bill or any monies due and owing to RIT by the scheduled due date, the university will place a financial hold on my student account, preventing me from registering for future classes, requesting transcripts, or receiving my diploma.

**Agreement Text**

**Service Charge:** I understand and agree that if I fail to pay my student account bill or any monies due and owing to RIT by the scheduled due date, the university will assess a Service Charge during each semester a late account balance is established at the rate of $25 for balances between $200 and $500, $50 for balances between $500 and $1500 and $75 for balances exceeding $1,500.

**Collection Agency Fees:** I understand and accept that if I fail to pay my student account bill or any monies due and owed to RIT by the scheduled due date, and fail to make acceptable payment arrangements to bring my account current, the university may refer my delinquent account to a collection agency. I further understand that I am responsible for paying the collection agency fee which may be based on a percentage at a maximum of 33.3% percent of my delinquent account, together with all reasonable costs and expenses, including reasonable attorney's fees, necessary for the collection of my delinquent account (except where prohibited by applicable law and only to the extent prohibited). If the claim is litigated, I agree to be responsible for all reasonable associated court costs and disbursements in addition to reasonable attorney's fees. If the account is rendered into a judgement, statutory interest will continue to accrue on the unpaid balance.

COMMUNICATION

**Method of Communication:** I understand and agree that RIT uses e-mail as an official method of communication with me, and that therefore I am responsible for reading the e-mails I receive from the university on a timely basis. I also understand that I may withdraw my consent to receiving tuition statements, tax forms, etc. electronically by submitting my request in writing to:

Rochester Institute of Technology
Student Financial Services,
25 Lomb Memorial Drive,
Rochester, NY 14623

**IP Address** 129.155.28.13

**Last Updated By** nq9009    Nicholas Quattrociocchi

**Last Updated** 10/29/2019 11:36AM

**Comment**

255 characters remaining

CONFIDENTIAL    RIT0001887