# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------- x

NICHOLAS BERGERON and NICK QUATTROCIOCCHI, individually and on behalf of others similarly situated,

                        Plaintiffs,

   -against-        Case No. 6:20-cv-06283

ROCHESTER INSTITUTE OF TECHNOLOGY,

                        Defendant.

------------------------------------------------- x

              REMOTE VIDEOCONFERENCE

               November 4, 2021
               10:07 a.m.

  EXAMINATION BEFORE TRIAL of NICHOLAS BERGERON, the Plaintiff, by the Defendant, in the above-entitled action, held at the above time, taken before Joi Rafkind, a shorthand reporter and Notary Public within and for the State of New York.

            MAGNA LEGAL SERVICES
              (866)624-6221
              www.MagnaLS.com



Page 26

```
 1   though?
 2        A.    A lot of brick.
 3        Q.    Anything else?
 4        A.    No, not in particular.
 5        Q.    You gave a list of three schools that you
 6   were interested in and visited, did you apply to all
 7   of these schools?
 8        A.    I did.
 9        Q.    Did you apply to any of these schools for
10   early admission?
11        A.    I don't recall.
12        Q.    Did you apply to any online schools or
13   online programs?
14        A.    No.
15        Q.    At which colleges were you accepted?
16        A.    RIT and MCLA.
17        Q.    Do you recall when you applied to RIT?
18        A.    Sometime in the fall of my senior year.
19        Q.    If I could ask you to flip through
20   Bergeron deposition Exhibit 3.
21        A.    Yup.
22        Q.    This is a composite document that runs
23   from Bates RIT1097 through RIT1107.  Do you
24   generally recognize these documents?
25        A.    Yes, they look familiar, as familiar as
```



Page 27

```
 1   they can.
 2         Q.    Looking, when you say as familiar as you
 3   can, what do you mean, just given the passage of
 4   time?
 5         A.    Yes, I haven't looked at these in a
 6   number of years.
 7         Q.    Understood.  So these are documents from
 8   2015, 2014, 2015 time period, correct?
 9         A.    Yes.
10         Q.    And they are all connected with your
11   application to RIT?
12         A.    It looks like that, yes.
13         Q.    Okay.  So the first document with the
14   Bates number RIT1097, when I say Bates number do you
15   know what that means?
16         A.    It's the number at the bottom right of
17   the page.
18         Q.    Exactly, good, just wanted to make sure
19   we're on the same page.  First page, RIT Bates 1097,
20   that indicated that as of November 12, 2014 you had
21   started your process applying to RIT?
22         A.    Yes.
23         Q.    And then the next page, RIT1098, and
24   continuing through RIT1105, this is the application
25   that you filed for admission to RIT, correct?
```



Page 28

```
 1      A.    Yes.
 2      Q.    Did you write out this application?
 3      A.    I did.
 4      Q.    Did anyone write any portions of it for
 5   you?
 6      A.    I don't believe so.  It's possible that
 7   my parent helped me with my application, but I did
 8   it myself.
 9      Q.    Flipping to page RIT1106, this indicates
10   that as of January 26, 2015 you had completed your
11   application for admission to RIT and filed it,
12   correct?
13      A.    Yes.
14      Q.    Sir, why did you decide to apply to RIT?
15      A.    From what I can tell it had a great cyber
16   security program, of which there were not many at
17   the time, and the co-op education was, it looked
18   very appealing to me.
19      Q.    Any other reasons?
20      A.    Nope, primarily the education.
21      Q.    When you say primarily the education, you
22   mean the cyber security program and the co-op
23   opportunity?
24      A.    Yes.
25      Q.    Anything else?
```



Page 29

```
 1      A.    Not that I recall.
 2      Q.    We'll talk a little bit about co-op, but
 3   can you describe generally what co-op means in
 4   connection with RIT?
 5      A.    Yes, so a co-op is essentially an
 6   internship, but it has to be in your field of study,
 7   it has to be paid, and it has to be approved by the
 8   school.
 9      Q.    Why was that appealing to you?
10      A.    So it gets students hands-on experience
11   that will kind of like boost their profile when they
12   are looking for jobs after graduation.
13      Q.    Any other reasons?
14      A.    Nope.
15      Q.    Had you in fact participated in several
16   co-ops during your time at RIT, correct?
17      A.    Yes.
18      Q.    We'll talk about those in a little bit.
19   Did you review any RIT written materials before you
20   filed your application to RIT?
21      A.    I don't remember.
22      Q.    Did you review RIT's website before you
23   applied?
24      A.    Probably.
25      Q.    Do you recall what portions of RIT's
```



Page 30

```
 1   website you recall you reviewed?
 2        A.    Probably within the academic side of the
 3   cyber security program.
 4        Q.    Anything else that you remember
 5   reviewing?
 6        A.    Probably the tuition schedule.
 7        Q.    Anything else?
 8        A.    Not that I recall.
 9        Q.    Did anything that you reviewed on RIT's
10   website promise that instruction at RIT would be
11   exclusively in person?
12        A.    No.
13        Q.    Did you receive any emails from anyone at
14   RIT before you applied?
15        A.    I don't recall.
16        Q.    Did you receive any letters from anyone
17   at RIT before you applied?
18        A.    I don't recall.
19        Q.    Did you review any RIT brochures or
20   pamphlets before you applied?
21        A.    Probably.
22        Q.    What do you recall about that?
23        A.    I'm just thinking it's likely that I
24   received some type of brochure or pamphlet from RIT,
25   one year approaching at that time.
```



Page 60

```
 1      Q.    You said you sign a lot of contracts?
 2      A.    Yes.
 3      Q.    What do you mean by that?
 4      A.    You end up signing a lot of stuff when
 5   you go to school.
 6      Q.    And you claim that RIT breached one of
 7   those things that you signed?
 8      A.    Yes.
 9      Q.    But you don't know what contract you
10   claim RIT breached?
11      A.    Yes, I don't recall which one
12   specifically.
13      Q.    You understand that you're the plaintiff
14   in this lawsuit, correct?
15      A.    Yes.
16      Q.    One of the claims you're bringing against
17   RIT is breach of contract --
18      A.    Yes.
19      Q.    -- correct?  But you can't testify to
20   what contract you claim RIT breached?
21      A.    I would imagine it was probably --
22            MR. ABBOTT:  Objection.
23      Q.    You can continue your answer.
24      A.    I don't have an answer.
25      Q.    So you can't testify here today to what
```



Page 61

1  contract you're claiming in this case that RIT
2  breached?
3           MR. ABBOTT:  Same objection.
4       Q.  Do you have an answer to that question?
5           MR. ABBOTT:  If you understand the
6       question you may answer this question, but if
7       you don't understand the question please ask
8       Mr. Burns if he can maybe rephrase the question
9       so you can better understand.
10      A.  Do you want to rephrase the question for
11 me, please.
12      Q.  Sure.  I'll try it again.  So you are the
13 plaintiff, you're suing RIT in this case, correct?
14      A.  Yes.
15      Q.  And one of the causes of action in your
16 lawsuit is you say RIT breached a contract with you,
17 correct?
18      A.  Yes.
19      Q.  And I'm asking you what was that
20 contract?
21      A.  I believe it's the student financial
22 responsibility agreement.
23      Q.  So you believe that RIT breached the
24 student financial responsibility agreement?
25      A.  Yes.



Page 62

```
 1        Q.    Are you claiming in this case that RIT
 2   breached any other contracts with you?
 3        A.    Not that I recall, but I don't know the
 4   details of every single contract top of my head.
 5        Q.    But I'm just asking you about your
 6   claims, you're the plaintiff in this case, you're
 7   bringing contract claims against us, you identified
 8   one contract that you say RIT breached, the SFRA,
 9   correct?
10        A.    Yes.
11        Q.    Any other contracts on which you're
12   basing your claims here?
13              MR. ABBOTT:  Objection, vague.
14        Q.    You can go ahead and answer,
15   Mr. Bergeron.
16        A.    No.
17        Q.    So in what manner do you claim that RIT
18   breached the student financial responsibility
19   agreement?
20        A.    RIT did not provide all the things that
21   were, that were promised to me as part of my on
22   campus education.
23        Q.    So when you say the student financial
24   agreement, you're referring to what we looked at a
25   while back as Bergeron Exhibit 5, correct?
```



Page 63

```
 1        A.    Yes.
 2        Q.    And if you could identify for me the
 3   language in this document that you, the agreement in
 4   this document that you claim RIT breached?
 5        A.    I'll have to pull it up.
 6        Q.    Please do.
 7        A.    I don't believe that it's the entirety of
 8   the contract.
 9        Q.    Why do you say that?
10        A.    I believe that I'm entitled to on campus
11   learning.
12        Q.    I'm not sure I understand your response.
13   Do you believe that, do you not believe that
14   Bergeron Exhibit 5 is the entirety of your student
15   financial responsibility agreement with RIT for the
16   spring 2020 semester?
17        A.    I do, but I don't believe it's the
18   entirety of the contracts I signed.
19        Q.    So in addition, tell me if I'm getting
20   this wrong, in addition to the student financial
21   responsibility agreement, you claim that there were
22   other contracts that you had with RIT that RIT
23   breached?
24        A.    Possibly.  No.  But I don't know what
25   he's talking about.
```



Page 146

```
 1                C E R T I F I C A T E
 2           I, JOI RAFKIND, a shorthand reporter and
 3    Notary Public within and for the State of New York,
 4    do hereby certify:
 5           That the witness whose testimony is
 6    hereinbefore set forth was duly sworn by me, and the
 7    foregoing transcript is a true record of the
 8    testimony given by such witness.
 9           I further certify that I am not related to
10    any of the parties to this action by blood or
11    marriage, and that I am in no way interested in the
12    outcome of this matter.
13
14
                                JOI RAFKIND
15
16
17
18
19
20
21
22
23
24
25
```

