# EXHIBIT 3

```
UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK
-------------------------------------------------X
NICHOLAS BERGERON AND NICK
QUATTROCIOCCHI, ON BEHALF OF
THEMSELVES AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED,
                                Plaintiffs,

      -against-              Case No:
                             6:20-CV-06283


ROCHESTER INSTITUTE OF
TECHNOLOGY,

                             Defendant.
-------------------------------------------------X
                             DATE: March 29, 2022


                             TIME: 10:28 A.M.
```

                    DEPOSTION of the DEFENDANT,

ROCHESTER INSTITUTE OF TECHNOLOGY, by a witness,

EDWARD LINCOLN, taken by the Plaintiff, pursuant to

a Subpoena and to the Federal Rules of Civil

Procedure, held via Remote Deposition, before

BONITA RICHARDS, a Notary Public of the

State of New York.

| | |
|---|---|
| 1 | E. LINCOLN |
| 2 | A    We describe in general terms the |
| 3 | opportunities available to students at RIT.  Yes, I mean, I |
| 4 | think that answers your question.  I'm not really sure. |
| 5 | Q    Okay. |
| 6 | So, you mentioned that, you know, to |
| 7 | describe the opportunities available to students and you've |
| 8 | mentioned a couple of things that the university marketed. |
| 9 | Do you have an understanding why the |
| 10 | university describes or markets those specific areas of the |
| 11 | university? |
| 12 | A    I can't necessarily speak for RIT in |
| 13 | general terms.  I can't say why -- this is why we do that. |
| 14 | Q    No, I'm not asking you to speak for RIT. |
| 15 | I'm just asking if you have a general |
| 16 | understanding of why they may do those things? |
| 17 | A    It's to provide information to perspective |
| 18 | students. |
| 19 | Q    Is that provided to perspective students, |
| 20 | in the hopes that they will attend Rochester? |
| 21 | A    Yes. |
| 22 | Q    Is it in the hopes that they will encourage |
| 23 | perspective students to enroll in Rochester's physical |
| 24 | New campus? |
| 25 | A    It's to encourage them to attend RIT. |

1                    E. LINCOLN
2          Q    When you say "to attend RIT", you mean
3    RIT's physical campus is Rochester, New York?
4          A    Not necessarily.
5          Q    What else could you mean by that?
6          A    It could mean perhaps taking part in
7    our campuses located in other countries around the world.
8          Q    So, how many campuses does Rochester have
9    in other countries?
10         A    I think there's five.
11         Q    Do you know where they're based?
12         A    Two in Croatia, one in China, one in Dubai.
13   What am I missing, the fifth one -- maybe there's only
14   four.  I don't recall specifically.
15         Q    Okay.
16              In your previous positions going all the
17   way to 2019 when you were viewing university publications,
18   did you review publications that were sent to or sent on
19   behalf of the schools in Croatia, China, and Dubai?
20         A    No.
21         Q    Have you ever reviewed or oversaw
22   publications that were sent on behalf of the international
23   locations?
24         A    No.
25         Q    Did you ever review or oversee publications

```
 1                      E. LINCOLN
 2   that advertise the international programs or Universities
 3   of Rochester?
 4           A    No.
 5           Q    What is your understanding of student
 6   university relationships?
 7                MR. LANNON:  Objection, the question is
 8       vague.
 9           A    Yes, could you rephrase the question?
10           Q    Sure.
11                What is your understanding of the
12   relationship between the student and Rochester Institute?
13                MR. LANNON:  I'm going to object again,
14       it's vague.
15                   Can you be specific as to what kind of
16       relationship you're talking about?
17                MR. ALESANDRO:  Sure.
18           Q    When a student goes to Rochester Institute,
19   are they required to make any payments?
20           A    Yes.
21           Q    What payments are those?
22           A    Tuition, room, board, fees.
23           Q    Anything else?
24           A    They might pay for books -- they will pay
25   for books.  But the billable charges include room, board,
```

C E R T I F I C A T E

STATE OF NEW YORK    )
                     :
COUNTY OF NEW YORK

    I, BONITA RICHARDS, a Notary Public for and within the State of New York, do hereby certify:

    That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

    I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 16th of April 2022.

*[signature: Bonita Richards]*
BONITA RICHARDS