# POULIN | WILLEY ANASTOPOULO

AKIM A. ANASTOPOULO (SC)
ERIC M. POULIN (SC)(GA)(NC)(CA)
ROY T. WILLEY, IV (SC)(KY)

BLAKE G. ABBOTT (SC)(NC)
CONSTANCE ANASTOPOULO (SC)*
A. ELLIOTT HUGER BARROW, JR. (SC)*
HANNA K. BATHRICK (NC)
BRADLEY BURGESS (SC)
MATTHEW J. BURGESS (SC)
JOSHUA P. CANTWELL (SC)
CHASE H. COBLE (SC)
RALPH JAMES D'AGOSTINO III (DC)
JENNIFER S. DICKERSON (SC) (FL)
ERICA M. DOBRICH (SC)
PAUL DOOLITTLE (SC)
JACQUELINE A. DUFOUR (SC)
HERB F. GLASS (SC)(GA)
RENATE HOHMAN (SC)
LANE D. JEFFERIES (SC)
NIKIRA M. LAFRANCE (NC) (SC)
ANGELINE LARRIVEE (NJ) (SC)
RYAN A. LOVE (SC)(NC)
STEPHANIE L. MASCELLA (SC)
FREDERICK J. MOGAB (SC)(NE)
LAUREN E. MOORE (SC)
JESSICA S. NELSON (SC)
J.C. NICHOLSON (SC)
JULIA K. PIRILLO (WV)
REBECCA A. RAYNER (OH)(SC)
INDIA D. SHAW (SC)(DC)
ANDREW D. SMITH (SC)
JOSEPH E. THOENSEN (SC)
BRADLEY TINGER (SC)

*OF COUNSEL

TOLL FREE: 1(800) 313-2546
FACSIMILE: (843) 494-5536

REPLY TO ANN STREET OFFICE
**CMAD@AKIMLAWFIRM.COM**

**Class & Mass Action
Division**

November 23, 2022

**Sent via Email**
Hon. Charles J. Siragusa
United States District Judge
100 State Street, Room 127
Rochester, New York 14614
Tel: (585) 613-4050
Fax: (585)-613-4055
Michael_kehoe@nywd.uscourts.gov

RE:   *Bergeron v. Rochester Institute of Technology*
      Case No.: 6:20-cv-06283

Dear Judge Siragusa,

Plaintiffs Nicholas Bergeron and Nick Quattrociocchi ("Plaintiffs"), and Defendant Rochester Institute of Technology ("RIT") by and through the undersigned counsel, respectfully write this Court to grant a short extension of time to Monday, November 28, 2022, for Plaintiffs to file their response to Defendant's Motion to Preclude the Expert Report of Dr. Charles Cowan, Ph.D.

Good cause exists for the extension due to the upcoming holidays. This would not affect any other case dates or deadlines.

Defendant does not oppose the relief sought by this Motion. Plaintiffs agree to a similar extension of three (3) days on RIT's reply brief, until December 15, 2022.

**MAILING: 32 Ann Street, Charleston, South Carolina 29403**

**Charleston, SC | North Charleston, SC | Columbia, SC | Florence, SC | Greenville, SC | Myrtle Beach, SC
Charlotte, NC | Lumberton, NC | Wilmington, NC (Appt. Only)**

| | |
|---|---|
| By: */s/ Qian Shen*<br>Robert J. Burns<br>Qian (Sheila) Shen<br>Robert.burns@hklaw.com<br>Qian.shen@hklaw.com<br>31 West 52nd Street<br>New York, NY 10019<br>Tel: (212) 513-3200<br>Fax: (212) 385-9010<br><br>Paul G. Lannon (admitted pro hac vice)<br>Paul.lannon@hklaw.com<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>Tel: (617) 523-2700<br>Fax: (617) 523-6850<br><br>Fernando Santiago<br>fernando@litgrp.com<br>2280 East Avenue, 2nd Floor<br>Rochester, NY 14610<br>Tel: (585) 563-2400<br>Fax: (585) 563-7526 | By: */s/ Paul J. Doolittle*<br><br>Paul J. Doolittle<br>Blake G. Abbott<br>ANASTOPOULO LAW FIRM LLC<br>32 Ann Street<br>Charleston, SC 29403<br>Tel: 843-614-8888<br>pauld@akimlawfirm.com<br>blake@akimlawfirm.com<br><br>-and-<br><br>**BURSOR & FISHER, P.A.**<br>Philip L. Fraietta<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>Email: pfraietta@bursor.com<br><br>**LEEDS BROWN LAW, P.C.**<br><br>Michael A. Tompkins, Esq.<br>Anthony M. Alesandro<br>One Old Country Road, Suite 347<br>Carle Place, NY 11514<br>(516) 873-9550<br>aalesandro@leedsbrownlaw.com<br>mtompkins@leedsbrownlaw.com<br><br><br>**CO-LEAD INTERIM COUNSEL FOR THE PUTATIVE CLASS**<br><br>-and-<br><br>**FERR & MULLIN, P.C.**<br>Robert L. Mullin<br>7635 Main Street Fishers<br>P.O. Box 440<br>Fishers, NY 14453<br>Telephone: (585) 869-0210<br>Facsimile: 95850 869-0211<br>Email: rlmullin@ferrmullinlaw.com |

<table>
<tr><td></td><td>

-and-

**MOREA SCHWARTZ BRADHAM
FRIEDMAN & BROWN LLP**

John M. Bradham*
444 Madison Avenue, 4th Floor
New York, NY 10022
Telephone: (212) 695-8050
Email: jbradham@msbllp.com

-and-

**TOPTANI LAW PLLC**

Edward Toptani*
375 Pearl Street, Suite 1410
New York, NY 10038
Telephone: (212) 699-8930
Email: edward@toptanilaw.com

-and-

**THE SULTZER LAW GROUP, P.C.**

Jason P. Sultzer, Esq.
Joseph Lipari, Esq.
Jeremy Francis, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com
francisj@thesultzerlawgroup.com

-and-

**\*Admitted via *Pro Hac Vice***

</td></tr>
</table>

SO ORDERED.
11/29/22

CHARLES J. SIRAGUSA
United States District Judge          3