# Exhibit 2

Deposition Transcript of Nicholas Quattrociocchi

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

------------------------------------------X

NICHOLAS BERGERON and NICK QUATTROCIOCCHI, on behalf of themselves and on behalf of all others similarly situated,

        Plaintiffs,

  -against-  Case No. 6:20-cv-06283

ROCHESTER INSTITUTE OF TECHNOLOGY,

        Defendants.

------------------------------------------X

      November 5, 2021
      10:00 a.m.

VIDEOTAPED DEPOSITION of NICHOLAS QUATTROCIOCCHI, the Plaintiff in the above-entitled action, pursuant to Order, held at the above time and place before Binita Shrestha, a Stenographic Court Reporter and Notary Public within and for the State of New York.



```
                                              Page 122
 1            N. QUATTROCIOCCHI
 2         MR. ALESANDRO:  Objection.
 3         You can answer.
 4      A. Yes.
 5      Q. And why do you believe RIT was
 6  obligated to provide you with in-campus
 7  instruction for the second half of spring
 8  2020?
 9      A. I signed up for online --
10  in-person classes, and that was changed
11  as a result of the pandemic, so.
12         Yeah, I signed up for in-person
13  classes.  That's my response.
14      Q. So you believe RIT had an
15  obligation to provide you with in-person
16  classes for the second half of spring
17  2020, correct?
18      A. Yes.
19      Q. And the basis for that
20  obligation, the reason why you believe
21  that obligation existed was because you
22  signed up for in-person classes; is that
23  correct?
24      A. Yes.
25      Q. Is there any other reason why
```

```
                                              Page 123
 1            N. QUATTROCIOCCHI
 2  you believe that obligation existed?
 3      A. No, not that I recall.
 4      Q. So, sir, if I could ask you to
 5  open up Deposition Exhibit NQ-10?
 6      A. Okay.
 7      Q. Do you recognize this document?
 8      A. Yes.
 9      Q. What is this?
10      A. This is the class action
11  complaint that we filed.
12      Q. So this is the second amended
13  class action complaint, correct?
14      A. Yes.
15      Q. You're one of the two plaintiffs
16  in this case, correct?
17      A. Yes.
18      Q. And this was a complaint that
19  you filed on January 14th, 2021, correct?
20      A. Yes.
21      Q. You've seen this document before
22  today, correct?
23      A. Yes.
24      Q. Did you review it before it was
25  filed?
```

```
                                              Page 124
 1            N. QUATTROCIOCCHI
 2      A. Yes.
 3      Q. Now, I would ask you to flip to
 4  page 12 of the document and specifically
 5  to paragraph 61 of your second amended --
 6  your second consolidated amended class
 7  action complaint.
 8      A. Okay.
 9      Q. Are you there?
10      A. Yes.
11      Q. So I'll just read paragraph 61.
12  It says, quote:
13         "These rights and privileges of
14  student status that comprise the
15  contractual terms are set forth by
16  Defendant through its website, academic
17  catalogs, student handbooks,
18  correspondence, marketing materials and
19  other circulars, bulletins, and
20  publications."
21         Did I read that accurately?
22      A. Yes.
23      Q. So let's work our way through
24  this list starting in paragraph 61
25  starting with the first, website.
```

```
                                              Page 125
 1            N. QUATTROCIOCCHI
 2         What -- are you referring --
 3  preliminary question:  Are you referring
 4  here to the RIT website?
 5      A. Yes.
 6      Q. And these are websites under the
 7  rit.edu domain?
 8      A. Yes.
 9      Q. Are you referring to any other
10  website when you talk about website in
11  paragraph 61 of your complaint?
12      A. No.
13      Q. So what part or parts of the RIT
14  website do you claim contain promises of
15  in-person education by RIT?
16      A. Well, the -- I know from the
17  mechanical engineering website, there's
18  several classes that require in-person
19  activities.
20         There is not really a way to get
21  around not having -- so there is not any
22  way of getting around having in-person
23  activities.  I phrased that badly.
24         So for some of the classes, they
25  have to be conducted in-person.  There is
```

```
                                                          Page 126
 1             N. QUATTROCIOCCHI
 2   no way to not have it conducted in
 3   person.  So I would vote -- so I would
 4   say even from the mechanical engineering
 5   department, the whole degree is based off
 6   of how things mechanically exist.  Like,
 7   you have to be in person for several of
 8   those courses.
 9          I would vote that because those
10   courses exist and the contents that need
11   to get covered by those courses,
12   in-person classes have to be required.
13      Q.  So is it an accurate paraphrase
14   of your answer just then, when I asked
15   you what parts of the RIT website that
16   you believe contain a promise of
17   in-person education, you referenced parts
18   of the mechanical engineering website?
19      A.  Yes.
20      Q.  And specifically, you referenced
21   classes that you believe, because of
22   their existence, needed to be in person?
23      A.  Yes.
24      Q.  Okay.  What else on the RIT
25   website, do you believe imposes an
```

```
                                                          Page 127
 1             N. QUATTROCIOCCHI
 2   obligation of in-person education by RIT?
 3      A.  The -- there is not also a
 4   specific declination between RIT online
 5   and the other courses that you can take.
 6   They are two separate degree avenues.
 7      Q.  Anything else on the website?
 8      A.  Off the top of my head, I cannot
 9   think of any more.
10      Q.  Okay.  So you gave me two
11   examples:  Mechanical engineering
12   website.  And just so I understand what
13   the second example was, is it the mere
14   fact that RIT online exists as a separate
15   program that you believe imposes an
16   obligation for in-person education for
17   the non-RIT online program?
18      A.  Yes, the non-RIT online.
19          So the -- from personal
20   experience, I know mechanical engineering
21   department specifically has several
22   courses that require in -- there is,
23   like, Strength of Materials Lab, you have
24   to rip apart small steel -- small steel
25   pieces to test certain mechanical
```

```
                                                          Page 128
 1             N. QUATTROCIOCCHI
 2   properties.
 3          I don't know anyone that owns
 4   something that can rip apart steel.
 5          I know that there is -- for the
 6   electrical engineering department, some
 7   of the things to test and set up
 8   circuits, those require in-person labs.
 9          A lot of the microfluidics
10   things, little deeper inside the
11   mechanical department, those things don't
12   exist outside of research facilities.
13          The microelectronics department
14   itself, you have to have a cleanroom.
15   You have to have access to a bunch of the
16   chemicals.  Like, it's completely
17   infeasible to expect to be able to do
18   anything in those classes amongst --
19   anything in the bio section actually too
20   -- to be able to do those outside of
21   campus.
22          So I would add those, not just
23   the mechanical engineering department.
24      Q.  So it sounds like what you're
25   saying is that there are certain aspects
```

```
                                                          Page 129
 1             N. QUATTROCIOCCHI
 2   of certain RIT classes that you believe
 3   inherently require an in-person
 4   component?
 5      A.  Yes.
 6      Q.  And as to those classes, are you
 7   aware of any specific express language
 8   anywhere on the RIT website that says
 9   this class will be conducted exclusively
10   in person?
11      A.  Explicitly described as that, I
12   don't know any specific courses.  I do
13   know that classes will say you conduct
14   experiments, which you can't conduct an
15   experiment at your house.
16      Q.  Okay.  So that's helpful.
17          So your contention or your claim
18   is that where something says an
19   experiment, that is a -- is that a
20   promise of in-person education?
21      A.  In lots of applications, yes.
22   Like I said, I can't rip apart steel --
23   steel parts at my -- at my house.
24          And I can't -- I don't have a
25   cleanroom, a molecular cleanroom or
```



```
 1           N. QUATTROCIOCCHI
 2   something to that -- nearing that caliber
 3   at my house, so yes.
 4          Purely the basis of having
 5   courses and -- courses that require those
 6   make it intractable to not have it be on
 7   campus.
 8       Q.  Would you agree with me that
 9   certain types of experiments in certain
10   disciplines -- and I'm not suggesting
11   yours -- could be conducted equally well
12   off-campus?
13       A.  Provided that you can supply a
14   lab, I guess, off-campus, having it be
15   off-campus would be viable.
16          But there is -- you -- it's --
17   other than that, you're just -- it's not
18   -- you can't do it outside of campus.
19   Like, it's just intractable.  It's not --
20   it's not possible to do those -- to do
21   certain experiments outside of campus.
22          Like I said, if you could
23   provide a lab environment in which you
24   could do that, and it was checked off by
25   RIT to be functional in that same respect
```

```
 1           N. QUATTROCIOCCHI
 2   as the ones on campus, then that's an
 3   option, but that was not provided.
 4       Q.  How about computer science?  In
 5   computer science, if there is a coding
 6   lab, presumably, that could be done just
 7   as well from home as on campus, correct?
 8       A.  I would definitely put that as
 9   subjective because I've taken computer
10   science labs before.
11          They -- oftentimes, you work in
12   a group, and working in a group in person
13   is very different than working in a group
14   on -- through Zoom because you have --
15   you can have whiteboards.  You can talk
16   with people.  It's the -- the in-person
17   action makes it very different.
18          It can be accomplished if you're
19   just scoping it strictly down to computer
20   science and programming and stuff, you
21   know, something of that nature.  But
22   anything that requires anything physical,
23   which is I'm pretty confident in large
24   part of RIT's campus has the labs in a
25   lot of -- a lot of those -- a lot of
```

```
 1           N. QUATTROCIOCCHI
 2   courses incorporating any topics that
 3   I've described before have to be
 4   in-person.
 5       Q.  Okay.  So your contention, your
 6   claim is that classes that incorporate
 7   something physical, there is -- as to
 8   those classes, there is a promise of
 9   in-person education?
10          MR. ALESANDRO:  Objection.
11          You can answer.
12       A.  Yes, under the basis that you
13   can't perform tests, most of those tests,
14   at your house.
15       Q.  So the nature of this obligation
16   that you're claiming to provide in-person
17   education comes not from anything that
18   RIT said but from the nature of what the
19   class is teaching?
20          Is that an accurate statement of
21   what you're saying?
22          MR. ALESANDRO:  Objection.
23          You can answer.
24       A.  Can you repeat the question
25   again?
```

```
 1           N. QUATTROCIOCCHI
 2       Q.  Sure.  I'm asking whether this
 3   obligation that you believe exists for
 4   in-person education with respect to
 5   classes that, as you termed it, involved
 6   something physical, comes from express
 7   words stated by RIT or your assessment of
 8   the inherent nature of what's being
 9   taught in that class?
10          MR. ALESANDRO:  Objection.
11          You can answer.
12       A.  So I -- I would say since the
13   class description for a lot of labs
14   explicitly state you -- experiments will
15   be done, you will be experimenting
16   something to that extent for labs, that
17   would -- that would imply that those
18   would have to be in person, so I would
19   vote the former, let's say the former.
20       Q.  Okay.  So "experiment" you say
21   is a word that you believe imposes an
22   obligation of in-person education?
23          MR. ALESANDRO:  Objection.
24          You can answer.
25       A.  "Experiment" and/or "conduct
```

MAGNA LEGAL SERVICES

```
                                                      Page 134                                                        Page 135
 1           N. QUATTROCIOCCHI                                      1           N. QUATTROCIOCCHI
 2   tests," or something to that nature, yes.                      2   referring to.
 3      Q.  What other words do you believe                         3      Q.  Okay.  So you were registered
 4   impose an obligation for in-person                             4   for a number of lecture classes in the
 5   educational?  "Experiment," "conduct                           5   spring of 2020, correct?
 6   tests."  What else?                                            6      A.  Yes.
 7      A.  That's a very broad question                            7      Q.  And what can you point to in the
 8   because it depends.  Explicitly, I would                       8   course descriptions or other material for
 9   definitely say "experiment," "conduct                          9   those do you believe imposes an
10   tests."                                                       10   obligation for in-person education?
11         In certain cases, I could see                           11      A.  System Dynamics specifically
12   "evaluate" because that would incur that                      12   because we -- a lot of -- a lot of
13   you had to test something.                                    13   information was lost in the process of
14         I would say -- I have had some                          14   that because System Dynamics requires --
15   -- "determine" can be used to reflect                         15   there is a lab component which you would
16   whether or not something -- you had to                        16   test and evaluate circuits.
17   test something physically.                                    17         You would do some low-level
18         There is a lot of different                             18   systems modeling for circuits, for motor
19   verbiage, but if it involves testing                          19   systems.  It's been a while since I
20   something in some form, that would have                       20   reviewed the materials.  Don't quote me
21   to require in-person classes.                                 21   on the motor systems, but I know
22      Q.  What about if it doesn't involve                       22   circuits.
23   testing something?                                            23         So the -- being -- well,
24      A.  Well, then I think that's                              24   especially being a mechanical engineering
25   outside the scope of what I'm directly                        25   course and requiring access to circuit

                                                      Page 136                                                        Page 137
 1           N. QUATTROCIOCCHI                                      1           N. QUATTROCIOCCHI
 2   analysis tools like a multimeter function                      2   believe imposes an obligation for
 3   generator, a voltage source, stuff like                        3   in-person education?
 4   that, those are not equipment that would                       4         MR. ALESANDRO:  Objection.
 5   be within reason something that a                              5         You can answer.
 6   mechanical engineer would own, even a                          6      A.  Can I pull up the specific
 7   mechanical engineering student to shrink                       7   course description?
 8   it down even further because that's                            8      Q.  What language do you recall in
 9   outside the scope of most activities a                         9   those?
10   mechanical engineer would go and do.                          10      A.  Well, they said I -- so you said
11      Q.  Okay.  That's understood.                              11   this is pertaining to the lecture
12         So you had five classes in the                          12   classes, not the lab classes, correct?
13   spring of 2020, correct?                                      13      Q.  That's correct.
14      A.  Yes.  Let me see the transcript.                       14      A.  Okay.  So off the top of my
15   I know I was signed up for five.                              15   head, I don't recall the specific
16      Q.  And you testified earlier that                         16   verbiage.  I do remember that in
17   three of those classes were lecture                           17   Contemporary Issues, there were several
18   classes, and two of them either were labs                     18   instances where we had to go into a
19   or had lab components, correct?                               19   lecture hall and get a large lecture.
20      A.  Strength of Material Lab as                            20         But aside from that, I -- if
21   well.  That was a big one.                                    21   there was anything in the course
22      Q.  Of the classes -- of the three                         22   description that covered that, that's the
23   of those that were lecture classes, what                      23   only thing I could immediately think
24   specific language can you point to                            24   about.
25   anywhere in the course materials that you                     25      Q.  So you don't have any
```