**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICHOLAS BERGERON and NICK QUATTROCIOCCHI, individually and on behalf of others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>     Defendant. | Case No. 6:20-cv-06283-CJS-MJP |

**NOTICE OF CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE THAT effective March 1, 2022, Anastopoulo Law Firm, LLC changed its name to Poulin | Willey | Anastopoulo, LLC. All future reference to the firm in this matter should be to Poulin | Willey | Anastopoulo, LLC. The firm's and its lawyers' addresses, phone numbers, email addresses, and fax numbers have not been affected by this change. Attorneys of record for Plaintiff, will be as follows, reflecting a change of firm name:

Roy T. Willey (*pro hac vice*)
Eric Poulin (*pro hac vice*)
Blake G. Abbott (*pro hac vice*)
Paul J. Doolittle (*pro hac vice*)
Poulin | Willey | Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
Tel: 843-614-8888
Email: roy@akimlawfirm.com
eric@akimlawfirm.com
blake@akimlawfirm.com
pauld@akimlawfirm.com

1

2

Dated: December 21, 2022

/s/Blake G. Abbott
**POULIN |WILLEY | ANASTOPOULO, LLC**
Roy T. Willey, IV (*pro hac vice*)
Eric M. Poulin (*pro hac vice*)
Blake G. Abbott (*pro hac vice*)
Paul J. Doolittle (*pro hac vice*)
32 Ann Street
Charleston, SC 29403
(P): 843-614-8888
roy@akimlawfirm.com
eric@akimlawfirm.com
blake@akimlawfirm.com
pauld@akimlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this December 21, 2022, all counsel of record were served with a copy of this document through the Court's CM/ECF system.

By: *<u>/s/ Blake G. Abbott</u>*