UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON and BARBARA MYCEK, individually and on behalf of others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>     Defendant. | Case No. 6:20-cv-06283 |

**REPLY DECLARATION OF QIAN (SHEILA) SHEN
IN FURTHER SUPPORT OF ROCHESTER INSTITUTE OF TECHNOLOGY'S
MOTION TO PRECLUDE THE EXPERT OPINION OF DR. CHARLES COWAN, Ph.D.**

I QIAN (SHEILA) SHEN, declare:

1. I am an associate with the law firm Holland & Knight LLP. I am one of the attorneys for Defendant Rochester Institute of Technology ("RIT") and accordingly am familiar with the facts of this case and the documents attached hereto. I make the following statements based on personal knowledge.

2. Attached as **Exhibit 5** is a true and correct copy of supplemental excerpts from the deposition of Dr. Charles D. Cowan, Ph.D. ("Cowan Deposition") taken on July 20, 2022.

3. I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed this 6th day of January 2023, in New York, New York.

              /s *Qian Shen*
              Qian (Sheila) Shen

#183227881_v1