# EXHIBIT 5

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NICHOLAS BERGERON and NICK         )
QUATTROCIOCCHI, on behalf          )
of themselves and on               )
behalf of all others               )
similarly situated,                )
                                   )
          Plaintiffs,              )
                                   )
V.                                 ) Lead Case
                                   )
ROCHESTER INSTITUTE OF             ) NO.:  6:20-cv-06283
TECHNOLOGY,                        )
                                   )
          Defendant.               )

ZOOM AND VIDEOTAPED DEPOSITION OF

CHARLES D. COWAN, Ph.D.

JULY 20, 2022

VOLUME 1

ZOOM AND VIDEOTAPED DEPOSITION OF
CHARLES D. COWAN, PH.D., produced as a witness at the
instance of the DEFENDANT, and duly sworn, was taken in
the above-styled and numbered cause on July 20, 2022,
from 9:07 a.m. to 3:06 p.m., via Zoom before Wendy
Schreiber, CSR No. 9383, in and for the State of Texas,
reported by machine shorthand, at the address 205 South
Gulf Drive, Santa Rosa Beach, Florida, 32459, pursuant
to the Federal Rules of Civil Procedure and the
provisions stated on the record or attached hereto.
Job No. 850422



Page 136

1  drawing any conclusion about why the justification is or
2  what the law is, you know, what -- as I said, it's a
3  contracts claim.  Well, I'm not a legal expert.  I'm --
4  I was told by counsel assume that their position is
5  correct what would be the damages and so my only
6  opinions relate to offering that calculation on the
7  assumption that counsel is correct.
8       Q.  The assumptions that you were provided by your
9  counsel, was one of those assumptions that you should
10 use the RIT online tuition price as the benchmark in
11 your analysis?
12      A.  I've got to tell you that I got remarkably
13 little information from counsel before I started.  They
14 supplied me with the Complaint and said, "Please
15 proceed."  So, no, that was not something that counsel
16 told me, that was something we found out through our own
17 research.
18      Q.  Did you consider any other benchmark to measure
19 the value of RIT's remote instruction -- the pivoted
20 remote instruction I guess?
21      A.  I apologize, I didn't follow all that.  Could
22 you ask me that again?
23      Q.  Yeah.  Did you consider any -- aside from the
24 RIT online program tuition rates, did you consider
25 whether there was -- whether any other data point would



Page 137

1  be more appropriate as a benchmark?
2      A.  I have considered that in a variety of
3  scenarios but for RIT because they had an online program
4  I thought that was the most straightforward comparison
5  in terms of what the courses cost through RIT online
6  versus in person.
7      Q.  What were the other benchmarks that you
8  considered?
9      A.  If you recall, about an hour ago we talked
10 briefly about the ability to go to NCES and pick up a
11 cluster of comparable schools, okay?  So if you look at
12 the set of comparable schools, let's say
13 hypothetically -- I don't know what the number is -- so
14 let's say hypothetically it's 20 in the cluster because
15 each cluster is a different size, but out of that 20
16 maybe 10 of those offer online programs as well as
17 in-person learning and the -- so you can take a ratio of
18 the online to the in-person on a credit-hour basis and
19 that ratio will vary somewhat.  If you looked across all
20 the schools that offer online instruction and then took
21 an average of those ratios, that would be a good
22 benchmark, too.
23     Q.  And you would look at that -- in looking at
24 those online tuition for those cluster schools did you
25 consider what their online education program looked



Page 138

 1  like?  And what I mean by that like, you know, what kind
 2  of academic programs are included, what faculty is
 3  teaching it, things like that?
 4       A.  For the -- so if you look at the clustering
 5  algorithm used in IPEDS, you find that it -- it takes
 6  account of faculty and a variety of other factors to be
 7  sure that the -- the schools are comparable.  It does
 8  not consider whether or not there is an online program
 9  which is why you have to do some research to figure out
10  that it's a subset of the cluster.  But then after you
11  do that then you have to go and drill down a little
12  further to be sure it's the same faculty that are
13  offering online and in-person training and I think there
14  were one or two other factors we consider.  So I didn't
15  do that in this case because RIT already provided me
16  with information telling me it was the same faculty, it
17  was -- they're a great worldwide program.  I didn't need
18  to expand out.  But you had asked me earlier was there a
19  different benchmark I could have considered and the
20  answer is -- and the answer I gave you is, yes, there is
21  one.  Here's how I'd go about doing it but I didn't
22  actually do it in this case.
23       Q.  Okay, so -- so I want to be clear that in this
24  case you could have but did not consider other
25  benchmarks.  Is that your testimony?



Page 139

1  A.  Yes, and it's because I believe that other
2  benchmarks don't have that characteristic that both
3  prices are offered by the same university.
4  Q.  And apart from the statements by RIT that it's
5  the same faculty teaching RIT online and as teaches
6  there on campus-based programs, am I correct in
7  understanding that you did not look to -- look at other
8  metrics to see if the RIT online program was comparable
9  to the RIT on-campus program?
10  A.  Well, I don't know what you mean by comparable
11  in this case.  So what happens is the students get the
12  same number of credit hours.  Those credit hours apply
13  to -- add up to the number that they need to get to get
14  through graduation.  It's -- RIT says it's the same
15  faculty.  If it's the same faculty, I have to assume
16  that for the most part they're using the same course
17  guidelines for the same courses.  So I'm not sure what
18  else to take into account for comparability.
19  Q.  Could you, Dr. Cowan, pull up Exhibit --
20  Exhibit 7, the operative Complaint in this action.
21  A.  I am there.  Thank you.
22  Q.  And I want to go back to that class definition
23  at paragraph 46.  Let me know when you're there.
24  A.  Thank you.  I'm there at the bottom of page 8.
25  Q.  Yeah.  So the -- the tuition class is defined



Page 151

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF NEW YORK
 2
 3   NICHOLAS BERGERON and NICK     )
     QUATTROCIOCCHI, on behalf      )
 4   of themselves and on           )
     behalf of all others           )
 5   similarly situated,            )
                                    )
 6             Plaintiffs,          )
                                    )
 7   V.                             ) Lead Case
                                    )
 8   ROCHESTER INSTITUTE OF         ) NO.:  6:20-cv-06283
     TECHNOLOGY,                    )
 9                                  )
               Defendant.           )
10
11                 REPORTER'S CERTIFICATION
             DEPOSITION OF CHARLES D. COWAN, Ph.D.
12                      JULY 20, 2022
13       I, Wendy Schreiber, Certified Shorthand Reporter in
14   and for the State of Texas, hereby certify to the
15   following:
16       That the witness, CHARLES D. COWAN, Ph.D., was duly
17   sworn by the officer and that the transcript of the oral
18   deposition is a true record of the testimony given by
19   the witness;
20       That examination and signature of the witness to
21   the deposition transcript was waived by the witness and
22   agreement of the parties at the time of the deposition;
23       That the original deposition was delivered to QIAN
24   (SHEILA) SHEN, ESQ.;
25       That the amount of time used by each party at the
```



```
                                                          Page 152
 1   deposition is as follows:
 2        QIAN (SHEILA) SHEN, ESQ. - 04 HOURS:37 MINUTE(S)
          PAUL DOOLITTLE, ESQ. - 00 HOURS:00 MINUTE(S)
 3
 4        That $_____ is the deposition officer's
 5   charges to the Party for preparing the original
 6   deposition transcript and any copies of exhibits;
 7        That pursuant to information given to the
 8   deposition officer at the time said testimony was taken,
 9   the following includes all parties of record:
10   COUNSEL FOR PLAINTIFFS:
11        PAUL DOOLITTLE, ESQ.  (Attending Remotely)
          BLAKE GARRETT ABBOTT, ESQ.  (Attending Remotely)
12        ANASTOPOULO LAW FIRM, LLC
          32 Ann Street
13        Charleston, South Carolina 29403
          Phone:  (843) 614-8888
14        Fax:  843 494-5536
          pauld@akimlawfirm.com
15        blake@akimlawfirm.com
16   COUNSEL FOR BERGERON:
17        SARAH N. WESTCOT, ESQ. (Attending Remotely)
          BURSOR & FISHER, P.A.
18        701 Brickell Ave, Suite 1420
          Miami, Florida 33131
19        Telephone: (305) 330-5512
          Facsimile: (305) 676-9006
20        Swestcot@bursor.com
21   //
22   //
23   //
24   //
25   //
```



```
 1   FOR THE DEFENDANT:
 2       FERNANDO SANTIAGO, ESQ.  (Attending Remotely)
         SANTIAGO BURGER LLP
 3       2280 East Avenue, 2nd Floor
         Rochester, New York 14610
 4       Tel: (585) 563-2400
         Fax: (585) 563-7526
 5       Fernando@litgrp.com
 6        - and -
 7       QIAN (SHEILA) SHEN, ESQ.  (Attending Remotely)
         HOLLAND & KNIGHT LLP
 8       31 West 52nd Street
         New York, New York 10019
 9       Tel: (212) 513-3200
         Fax: (212) 385-9010
10       qian.shen@hklaw.com
11       That a copy of this certificate was served on all
12   parties shown herein on _____ and filed
13   with the Clerk pursuant to Rule 203.3.
14       I further certify that I am neither counsel for,
15   related to, nor employed by any of the parties or
16   attorneys in the action in which this proceeding was
17   taken, and further that I am not financially or
18   otherwise interested in the outcome of the action.
19       Certified to by me this 29th day of July, 2022.
20
21
                         _Wendy Schreiber_____
22                       Wendy Schreiber, Texas CSR 9383
                         Expiration Date:  05/30/24
23                       MAGNA LEGAL SERVICES
                         Magna Registration No. 631
24                       16414 San Pedro, Suite 900
                         San Antonio, Texas 78232
25   Job No. 850422      Phone:  (866) 672-7880
```

