UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS BERGERON and NICK QUATTROCIOCCHI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br><br>Defendant. | Civil Action No. 6:20-cv-06283<br><br>**NOTICE OF MOTION** |

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE
OF MATTHEW A. GIRARDI**

PLEASE TAKE NOTICE that, a motion will be made before this Court at the United States Courthouse, 100 State Street, Room 127, Rochester, New York, 14614, on behalf of the plaintiffs,  before the Honorable Charles J. Siragusa, at a date and time to  be designated by the Court, for an Order pursuant to Local Rule of Civil Procedure 83.1(d) permitting Matthew A. Girardi, Esq., of Bursor & Fisher, P.A., to appear *pro hac vice* on behalf of Nicholas Bergeron and Nick Quattrociocchi, along with any other and further relief that this Court may deem just and proper. Accompanying the motion is the Admission Petition Form, Admission Sponsor Affidavit, Attorney's Oath, Civility Principles and Guidelines Oath, and the Attorney Database and Electronic Case Filing Registration Form. Oral argument is not requested.

Respectfully submitted January 18, 2023.

 */s/ Philip L. Fraietta*
Philip L. Fraietta
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, New York 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
pfraietta@bursor.com