UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

NICHOLAS BERGERON and NICK
QUATTROCIOCCHI, individually and on behalf of
others similarly situated,

               Plaintiffs,

      v.

ROCHESTER INSTITUTE OF TECHNOLOGY,

               Defendant.

Case No. 6:20-cv-06283

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

Defendant Rochester Institute of Technology ("RIT") hereby provides this notice of supplemental authority of the Tenth Circuit Court of Appeals of Ohio reversing the trial court's grant of plaintiffs' motion for class certification, in *Keba v. Bowling Green State Univ.*, 10th Dist. Franklin No. 22AP-226, 2022-Ohio-4592.   A true and correct copy of this decision is annexed as Exhibit 1.

In *Bowling Green*, the court of appeal reversed the district court's grant of plaintiffs' motion for class certification.   On appeal, Bowling Green argued that the trial court failed to rigorously analyze "whether the damages alleged by [plaintiff] [were] ascertainable on a class-wide basis."   *Id*. at ¶ 18.   In fact, Bowling Green had challenged plaintiffs' damage theory arguing it "was fundamentally flawed because it ignored a number of important factors that could impact the market value of a collegiate educational experience."   *Id*. at ¶ 23.   Because Bowling Green had made this argument, the Court of Appeals found the trial court had an obligation to "rigorously analyze" this "fundamental issue."   *Id*.

Despite this, neither the trial court's decision nor the transcript referenced or engaged in an analysis of plaintiffs' damages theory.   *Id*.   The Court of Appeals found the trial court had

#183609108_v1

failed to fulfill its obligation to rigorously analyze "the commonality and predominance factors in the context of damages" and if plaintiff's "theory of damages established that all members, or any members, of the proposed class suffered quantifiable damages and whether common issues predominate over individual issues." *Id*. at ¶ 25.

Dated: New York, New York
January 18, 2023

SANTIAGO BURGER LLP

By: /s *Fernando Santiago*
Fernando Santiago
fernando@litgrp.com
2280 East Avenue, 2nd Floor
Rochester, NY 14610
Tel:  (585) 563-2400
Fax:  (585) 563-7526

HOLLAND & KNIGHT LLP

By: /s/ *Qian Shen*
Robert J. Burns
Qian (Sheila) Shen
robert.burns@hklaw.com
qian.shen@hklaw.com
31 West 52nd Street
New York, NY 10019
Tel:  (212) 513-3200
Fax:  (212) 385-9010

Paul G. Lannon (*admitted pro hac vice*)
paul.lannon@hklaw.com
10 St. James Avenue, 11th Floor
Boston, MA 02116
Tel:  (617) 523-2700
Fax:  (617) 523-6850

2