**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICHOLAS BERGERON and NICK QUATTROCIOCCHI, individually and on behalf of others similarly situated, | |
| Plaintiffs, | Case No. 6:20-cv-06283-CJS-MJP |
| v. | |
| ROCHESTER INSTITUTE OF TECHNOLOGY, | **NOTICE OF APPEAL** |
| Defendant. | |

Notice is hereby given that Plaintiffs Nicholas Bergeron and Nick Quattrociocchi in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion and Order of this Court entered on February 3, 2023, granting Defendant's Motion for Summary Judgment.

Dated: March 1, 2023

Respectfully Submitted,

**POULIN | WILLEY | ANASTOPOULO, LLC**

BY: */s/Blake G. Abbott*
Blake G. Abbott*
Paul J. Doolittle*
32 Ann Street
Charleston, SC 29403
Telephone: (843) 614-8888
Email: blake@akimlawfirm.com
          pauld@akimlawfirm.com

-and-

1

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**LEEDS BROWN LAW, P.C.**

Michael A. Tompkins
Anthony M. Alesandro
One Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550
aalesandro@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com

**CO-LEAD INTERIM COUNSEL FOR THE PUTATIVE CLASS**

-and-

**FERR & MULLIN, P.C.**
Robert L. Mullin
7635 Main Street Fishers
P.O. Box 440
Fishers, NY 14453
Telephone: (585) 869-0210
Facsimile: 95850 869-0211
Email: rlmullin@ferrmullinlaw.com

-and-

**MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN LLP**

John M. Bradham*
444 Madison Avenue, 4th Floor
New York, NY 10022
Telephone: (212) 695-8050
Email: jbradham@msbllp.com

-and-

2

**TOPTANI LAW PLLC**

Edward Toptani*
375 Pearl Street, Suite 1410
New York, NY 10038
Telephone: (212) 699-8930
Email: edward@toptanilaw.com

-and-

**THE SULTZER LAW GROUP, P.C.**

Jason P. Sultzer, Esq.
Joseph Lipari, Esq.
Mindy Dolgoff, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com
dolgoffm@thesultzerlawgroup.com

**\*Admitted via *Pro Hac Vice***

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 1, 2023, the foregoing Notice of Appeal was filed electronically with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which sent electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter.

/s/*Blake G. Abbott*
Blake G. Abbott, Esq.
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
P: (843) 614-8888
Email: blake@akimlawfirm.com

4