AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of NY

| | |
|---|---|
| NICHOLAS BERGERON and NICK QUATTROCIOCCHI, individually and on behalf of others similarly situated,<br>*Plaintiff*<br>v.<br>ROCHESTER INSTITUTE OF TECHNOLOGY,<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  20-CV-6283 (CJS)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Defendant RIT's motion for summary judgment is granted in all respects. Plaintiffs' Second Consolidated Amended Complaint is dismissed. The Clerk of Court is directed to close this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Charles J. Siragusa   on a motion for summary judgment in favor of Defendant RIT.

Date:   03/02/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*