UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| NICHOLAS BERGERON and NICK QUATTROCIOCCHI, individually and on behalf of others similarly situated, | |
|---|---|
| Plaintiffs, | Case No. 6:20-cv-06283 |
| v. | **DESIGNATION OF CONTENTS FOR THE RECORD ON APPEAL** |
| ROCHESTER INSTITUTE OF TECHNOLOGY, | |
| Defendant. | |

PLEASE TAKE NOTICE that the Please take notice that the Plaintiff-Appellants, pursuant to the Federal Rules of Appellate Procedure, hereby designates the contents for the record on appeal in the above-captioned matter. The record on appeal will include all documents and exhibits listed in the table below:

| | **Date** | **Docket No.** | **Title** |
|---|---|---|---|
| 1. | 12/18/20 | 43 | Decision and Order on Motion to Dismiss |
| 2. | 1/14/21 | 48 | Second Consolidated Amended Complaint |
| 3. | 9/20/22 | 68 | Motion for Summary Judgment |
| 4. | 9/20/22 | 69 | Declaration of Milagros Concepcion |
| 5. | 9/20/22 | 70 | Declaration re Motion for Summary Judgment |

| | | | |
|---|---|---|---|
| 6. | 9/20/22 | 71 | Declaration signed by Qian Shen |
| 7. | 9/20/22 | 72 | Statement of Undisputed Material Facts |
| 8. | 10/28/22 | 87 | Reply/Response to Statement of Facts |
| 9. | 10/31/22 | 88 | Declaration re Memorandum in Opposition to Motion for Summary Judgment |
| 10. | 11/11/22 | 90 | Continuation of Exhibit to Memorandum in Opposition to Motion |
| 11. | 11/18/22 | 92 | Statement of Facts/Reply to Plaintiffs Opposition to Statement of Undisputed Facts |
| 12. | 11/18/22 | 93 | Declaration signed by Qian Shen in Support of Summary Judgment |
| 13. | 02/03/2023 | 111 | Decision and Order granting Motion for Summary Judgment |
| 14. | 03/02/2023 | 113 | Judgment |

Respectfully Submitted,

**Poulin | Willey | Anastopoulo LLC**

*By: /s/ Blake G. Abbott*
Blake G. Abbott
Paul J. Doolittle
32 Ann Street
Charleston, SC 29403
Tel: (803-222-2222)
Fax: 843-494-5536
Email: blake@akimlawfirm.com
         pauld@akimlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

>	*/s/ Blake G. Abbott*
>	Blake G. Abbott