UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

NICHOLAS BERGERON and NICK
QUATTROCIOCCHI, individually and
on behalf of others similarly situated,
                    Plaintiffs,


                    -v-


    ROCHESTER INSTITUTE OF TECHNOLOGY,
                    Defendant.

_____

20-CV-6283
USCA:

**CLERK'S CERTIFICATE / INDEX**


     I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

**The following documents are not available electronically and are maintained in the Western District of New York:**

     Docket No. n/a

Upon your request, we will make the above documents available to you.


MARY C. LOEWENGUTH
Clerk of Court
United States District Court


By: s/ Tricia M. Frisa
_____
Deputy Clerk



DATED:     March 16, 2023
          Rochester, NY